# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**ROGER MCINTOSH,**

vs.

CASE NO. **1:07–CV–01080–LJO–NEW (WMW)**

**NOTICE OF TEMPORARY ASSIGNMENT**

**NOTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,**

TO:   ALL COUNSEL

Due to the elevation of **Magistrate Judge Lawrence J. O'Neill** to the position of United States District Judge, the court finds the necessity to assign a magistrate judge temporarily to the above captioned case until a new magistrate judge is appointed.

YOU ARE THEREFORE NOTIFIED that:

The above captioned case is hereby **temporarily reassigned** to **Magistrate Judge William M. Wunderlich** for further proceedings until a new magistrate judge is appointed. The new case number for this action, which must be used on all documents filed with the court, is:

**1:07–CV–01080–LJO–NEW (WMW)**

All dates currently set in this action shall remain intact subject to further notice of the court.

**VICTORIA C. MINOR**
**CLERK OF COURT**

Dated: **July 27, 2007**

By: /s/ **M. Verduzco**
Deputy Clerk