GOODWIN PROCTER LLP
Forrest A. Hainline III (State Bar No. 64166)
Nicole Perroton (State Bar No. 233121)
101 California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 733-6069
Facsimile: (415) 677-9041
fhainline@goodwinprocter.com

Attorneys for Plaintiff
McINTOSH AND ASSOCIATES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER McINTOSH d/b/a McINTOSH and ASSOCIATES,<br><br>*Plaintiff,*<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation, LOTUS DEVELOPMENTS, LP, and DOES 1 through 10, inclusive,<br><br>*Defendants.* | Case No. 107CV01080 LJO-NEW (WMW)<br><br><br>**PROOF OF SERVICE**<br>**RE: LOTUS DEVELOPMENTS, LP** |

Goodwin Procter LLP
101 California Street, 18 Floor
San Francisco, CA 94111

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| GOODWIN & PROCTOR<br>101 CALIFORNIA STREET, SUITE 1850<br>SAN FRANCISCO, CA  94111 | (415) 733-6110 | |

ATTORNEY FOR (NAME)   ROGER MCINTOSH

REFERENCE NUMBER
0T268955-02

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
ROGER MCINTOSH vs. NORTHERN CALIFORNIA UNIVERSAL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 107CV01080LJONEW |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

### I served the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR COPYRIGHT INFRINGMENT ; ORDER
SETTING MANDATORY SCHEDULING CONFERENCE AND REQUIRING THE PARTIES TO
CONFER PURSUANT TO F.R.CIV.P. 26(F); NOTICE OF TEMPORARY ASSIGNMENT;
NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND
APPEAL INSTRUCTIONS; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION

| Name of Defendant: | LOTUS DEVELOPMENTS, LP |
|---|---|
| Person Served: | JANE DOE |
| Title: | PERSON APPARENTLY IN CHARGE |

| Date of Delivery: | 08/13/07 |
|---|---|
| Time of Delivery: | 09:28 am |

| Place of Service: | 2099 FORTUNE DRIVE<br>SAN JOSE, CA 95181 | (Business) |
|---|---|---|

| Date of Mailing: | 08/13/07 |
|---|---|
| Place of Mailing: | SAN FRANCISCO |

### Physical Description:

| AGE: | 30 | HAIR: | BLACK | HEIGHT: | 5'6" | RACE: | ASIAN |
|---|---|---|---|---|---|---|---|
| SEX: | FEMALE | EYES: | BROWN | WEIGHT: | 180 LBS | | |

### Manner of Service:

Substituted Service on the defendant by leaving copies of the documents at the defendants
dwelling, house, usual place of abode, usual place of business, or usual mailing address other
than a U.S. Postal Service Post Office Box, in the presence of a competent member of the
household or a person apparently in charge of his or her office, place of business, or usual
mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who
was informed of the contents thereof, and by mailing copies of the documents (By First-Class
Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

| In Compliance With: | ☐ Federal Rules of Civil Procedure |
|---|---|
| Fee for service: | $ 41.30 |

X   California Code of Civil Procedure

I declare under penalty of perjury that the foregoing is true and correct
and that this declaration was executed

on: . . . . . . . . . . . August 15, 2007 . . . . . . . . . ,

at: . . . . . . . . . . San Francisco . . . . . , California.

☒ Registered: . . . . SACRAMENTO . . . . . County,

Number: . . . . . 2005-05 . . . . . . . . . . .

**Attorney's Diversified Services**
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
3OC/0T268955-02

Client File # 122375-169930
PROOF OF SERVICE

Signature: *Dustin Coy*

Name: DUSTIN COY

Title: EMPLOYEE OF REGISTERED PROCESS SERVER