GOODWIN PROCTER LLP
Forrest A. Hainline III (State Bar No. 64166)
Nicole Perroton (State Bar No. 233121)
101 California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 733-6069
Facsimile: (415) 677-9041
fhainline@goodwinprocter.com

Attorneys for Plaintiff
McINTOSH AND ASSOCIATES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| ROGER McINTOSH d/b/a McINTOSH and ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation, LOTUS DEVELOPMENTS, LP, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:07-cv-01080-LJO-NEW (WMW)<br><br>**NOTICE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1, Plaintiff herein has nothing to disclose. Specifically, McIntosh & Associates is a sole proprietorship.

DATED: August 30, 2007

By: _____
GOODWIN PROCTER LLP
Forrest A. Hainline III
Nicole Perroton
101 California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 733-6065
Facsimile: (415) 677-9041

Attorneys for Plaintiff
MCINTOSH AND ASSOCIATES