UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**ROGER MCINTOSH,**

vs.  CASE NO. **1:07−CV−01080−LJO−GSA**

**NOTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,**

### ORDER OF REASSIGNMENT

The court, having considered the appointment of **Magistrate Judge Gary S. Austin**, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Magistrate Judge Lawrence J. O'Neill**, to **Magistrate Judge Gary S. Austin** for all further proceedings. The new case number for this action, which must be used on all future documents filed with the court, is:

**1:07−CV−01080−LJO−GSA**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

Dated:  October 12, 2007

GARLAND E. BURRELL, JR. Chief
United States District Judge