GOODWIN PROCTER LLP
Forrest A. Hainline III (State Bar No. 64166)
Nicole Perroton (State Bar No. 233121)
Three Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: (415) 733-6065
Facsimile: (415) 677-9041
fhainline@goodwinprocter.com

Attorneys for Plaintiff
McINTOSH AND ASSOCIATES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| ROGER McINTOSH d/b/a McINTOSH and ASSOCIATES,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation, LOTUS DEVELOPMENTS, LP, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 1:07-cv-01080-LJO GSA<br><br>**NOTICE OF CHANGE OF ADDRESS** |

    Pursuant to Local Rule 83-182(f), effective November 12, 2007, Goodwin's San Francisco office will be located at: Three Embarcadero Center, 24th Floor, San Francisco, CA 94111. The telephone number and facsimile number will not change.

DATED: November 14, 2007        By: _____/s/_____
                                GOODWIN PROCTER LLP
                                Forrest A. Hainline III
                                Nicole Perroton
                                101 California Street, 18th Floor
                                San Francisco, CA 94111
                                Telephone: (415) 733-6065
                                Facsimile: (415) 677-9041

                                Attorneys for Plaintiff
                                MCINTOSH AND ASSOCIATES