Forrest A. Hainline III (SBN 64166)
E-Mail: fhainline@goodwinprocter.com
Nicole E. Perroton (SBN 233121)
E-Mail: nperroton@goodwinprocter.com
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Plaintiff
Roger McIntosh

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| ROGER MCINTOSH, | Case No. 1:07-cv-01080-LJO-GSA |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al., | |
| Defendants. | Hearing Date:<br>Hearing Time: |

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

This Joint Stipulation to Continue Case Management Conference is entered into between Plaintiffs Roger McIntosh and Defendants Northern California Universal Enterprises, et al., by and through their counsel of record, with reference to the following facts:

1. A Case Management Conference is currently calendared for January 7, 2008, at 8:30 a.m.

2. For the past several weeks, the parties have been engaged in discussions regarding resolving this matter and believe that they would benefit from further discussions.

3. In light of this, the parties request that the Case Management Conference be continued for four weeks to allow the parties to continue working toward resolving this case.

4. The parties propose the following revised case management schedule and deadlines:

| | | |
|---|---|---|
| 1 | 1/14/08 | Last day to meet and confer |
| 2 | 1/28/08 | Last day to file Case Management Statement |
| 3 | 2/4/08 | Case Management Conference |

IT IS THEREFORE STIPULATED that, subject to the approval of the Court, the Case Management Conference currently calendared for January 7, 2008, should be continued to February 4, 2008, with all deadlines relating to the Case Management Conference continued accordingly.

Dated: January 2, 2008

Respectfully submitted,

Plaintiff
Roger McIntosh

By his attorneys,

_____
Forrest A. Hainline III (SBN 64166)
E-Mail: fhainline@goodwinprocter.com
Nicole E. Perroton (SBN 233121)
E-Mail: nperroton@goodwinprocter.com
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Dated: January 2, 2008

Defendants
Northern California Universal Enterprises, et al

By its attorneys,

_____
Steven J. Hassing (SBN 152125)
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Tel: 916.677.1776
Fax: 916.677.1770

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

For good cause shown in the Joint Stipulation to Continue Case Management Conference, PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference currently calendared for January 7, 2008, is continued to February 4, 2008, with all deadlines relating to the Case Management Conference continued accordingly.

Dated: _____          _____

HON. GARY S. AUSTIN

3

LIBA/1856155.1