**Pursuant to Local Rule 5-137(b):** When a proposed order is electronically submitted to the Court, the person proposing the order must submit it via ECF, thereby effecting service on all other parties. Except in situations in which a proposed order is contained in a stipulation, electronically submitted proposed orders may not be combined into a motion or request. **In addition to electronically filing the proposed order in .pdf format, the proposing person must also submit by e-mail a separate proposed order in word processing format compatible with Word Perfect to the appropriate Judge or Magistrate Judge's e-mail account listed below.** The e-mail subject line must contain the words "**proposed order**" as well as the case number.

### Sacramento Division Judges

| Judge | Email |
|---|---|
| Chief Judge Garland E. Burrell | geborders@caed.uscourts.gov |
| Judge William B. Shubb | wbsorders@caed.uscourts.gov |
| Judge Frank C. Damrell | fcdorders@caed.uscourts.gov |
| Judge Morrison C. England | mceorders@caed.uscourts.gov |
| Senior Judge Edward J. Garcia | ejgorders@caed.uscourts.gov |
| Senior Judge Lawrence K. Karlton | lkkorders@caed.uscourts.gov |
| Magistrate Judge Gregory G. Hollows | gghorders@caed.uscourts.gov |
| Magistrate Judge Dale A. Drozd | dadorders@caed.uscourts.gov |
| Magistrate Judge Kimberly J. Mueller | kjmorders@caed.uscourts.gov |
| Magistrate Judge Edmund F. Brennan | efborders@caed.uscourts.gov |
| Magistrate Judge Craig M. Kellison (Redding) | cmkorders@caed.uscourts.gov |
| Senior Magistrate Judge John F. Moulds | jfmorders@caed.uscourts.gov |

### Visiting Judge

| Judge | Email |
|---|---|
| Judge Arthur A. Alarcon | alaorders@caed.uscourts.gov |
| Judge Ralph R. Beistline | rrborders@caed.uscourts.gov |
| Judge John C. Coughenour | jccorders@caed.uscourts.gov |
| Judge D. Lowell Jensen | dljorders@caed.uscourts.gov |
| Judge Ronald S. W. Lew | leworders@caed.uscourts.gov |

### Fresno Division Judges

| Judge | Email |
|---|---|
| Judge Anthony W. Ishii | awiorders@caed.uscourts.gov |
| Judge Lawrence J. O'Neill | ljoorders@caed.uscourts.gov |
| Senior Judge Oliver W. Wanger | owworders@caed.uscourts.gov |
| Magistrate Judge Dennis L. Beck | dlborders@caed.uscourts.gov |
| Magistrate Judge Sandra M. Snyder | smsorders@caed.uscourts.gov |
| Magistrate Judge Gary S. Austin | gsaorders@caed.uscourts.gov |
| Magistrate Judge Theresa A. Goldner (Bakersfield) | tagorders@caed.uscourts.gov |
| Magistrate Judge William M. Wunderlich (Yosemite) | wmworders@caed.uscourts.gov |

### Visiting Judges

| Judge | Email |
|---|---|
| Judge Fred Van Sickle | fvsorders@caed.uscourts.gov |
| Magistrate Judge John M. Dixon, Jr. | jmdorders@caed.uscourts.gov |

**NOTE:** In all cases involving submission of a proposed order, simply emailing the word processing document to the Court's order emailbox does **not** constitute the proper submission of that proposed order with the Court. Conversely, simply submitting a .pdf version of the proposed order via CM/ECF does **not** constitute proper submission of the proposed order. **Both** the submission of the .pdf version and the submission via email to the emailbox of the assigned Judge or Magistrate Judge must be accomplished.