1  Forrest A. Hainline III (SBN 64166)
   E-Mail: fhainline@goodwinprocter.com
2  Nicole E. Perroton (SBN 233121)
   E-Mail: nperroton@goodwinprocter.com
3  GOODWIN PROCTER LLP
   Three Embarcadero Center, 24th Floor
4  San Francisco, California  94111
   Tel.: 415.733.6000
5  Fax: 415.677.9041

6  Attorneys for Plaintiff
   Roger McIntosh
7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11 | ROGER MCINTOSH,                        | Case No. 1:07-cv-01080-LJO-GSA
12 |         Plaintiff,                     | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
13 |   v.                                   |
14 | NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al., |
15 |                                        |
16 |         Defendants.                    |

17       **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

18       This Joint Stipulation to Continue Case Management Conference is entered into between

19 Plaintiffs Roger McIntosh and Defendants Northern California Universal Enterprises, et al., by

20 and through their counsel of record, with reference to the following facts:

21       1.    A Case Management Conference is currently calendared for February 4, 2008, at

22 8:30 a.m.

23       2.    For the past several weeks, the parties have been engaged in discussions regarding

24 resolving this matter and believe that they would benefit from further discussions.

25       3.    In light of this, the parties request that the Case Management Conference be

26 continued for three weeks to allow the parties to continue working toward resolving this case.

27       4.    The parties propose the following revised case management schedule and

28 deadlines:

                                       1

LIBA/1861959.1

| | | |
|---|---|---|
| 1 | 2/11/08 | Last day to meet and confer |
| 2 | 2/25/08 | Last day to file Case Management Statement |
| 3 | 3/3/08 | Case Management Conference |

IT IS THEREFORE STIPULATED that, subject to the approval of the Court, the Case Management Conference currently calendared for February 4, 2008, should be continued to March 3, 2008, with all deadlines relating to the Case Management Conference continued accordingly.

Dated: January 25, 2008

Respectfully submitted,

Plaintiff
Roger McIntosh

By his attorneys,

_____
Forrest A. Hainline III (SBN 64166)
E-Mail: fhainline@goodwinprocter.com
Nicole E. Perroton (SBN 233121)
E-Mail: nperroton@goodwinprocter.com
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Dated: January 25, 2008

Defendants,
Northern California Universal Enterprises, et al

By its attorneys,

/s/ Steven J. Hassing as authorized on 1/25/08

_____
Steven J. Hassing (SBN 152125)
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Tel: 916.677.1776
Fax: 916.677.1770

LIBA/1861959.1

## [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

For good cause shown in the Joint Stipulation to Continue Case Management Conference, PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference currently calendared for February 4, 2008, is continued to March 3, 2008, with all deadlines relating to the Case Management Conference continued accordingly.

Dated: _____                          _____
                                                HON. LAWRENCE O'NEILL

LIBA/1861959.1