Forrest A. Hainline III (SBN 64166) E-Mail: fhainline@goodwinprocter.com
Nicole E. Perroton (SBN 233121) E-Mail: nperroton@goodwinprocter.com
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Tel.:  415.733.6000
Fax:  415.677.9041

Attorneys for Plaintiff
Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| ROGER MCINTOSH,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al.,<br><br>Defendants. | Case No. 1:07-cv-01080-LJO-GSA<br><br>Joint stipulation to continue case management conference and order continuing case management conference |
|---|---|

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

This Joint Stipulation to Continue Case Management Conference is entered into between Plaintiffs Roger McIntosh and Defendants Northern California Universal Enterprises, et al., by and through their counsel of record, with reference to the following facts:

1. A Case Management Conference is currently calendared for February 4, 2008, at 8:30 a.m.

2. For the past several weeks, the parties have been engaged in discussions regarding resolving this matter and believe that they would benefit from further discussions.

3. In light of this, the parties request that the Case Management Conference be continued for three weeks to allow the parties to continue working toward resolving this case.

4. The parties propose the following revised case management schedule and deadlines:

    2/11/08   Last day to meet and confer
    2/25/08   Last day to file Case Management Statement
    3/3/08    Case Management Conference

IT IS THEREFORE STIPULATED that, subject to the approval of the Court, the Case

Management Conference currently calendared for February 4, 2008, should be continued to March 3, 2008, with all deadlines relating to the Case Management Conference continued accordingly.

Dated: January 25, 2008  Respectfully submitted,Plaintiff Roger McIntoshBy his attorneys,_____

Forrest A. Hainline III (SBN 64166)
E-Mail: fhainline@goodwinprocter.com
Nicole E. Perroton (SBN 233121)
E-Mail: nperroton@goodwinprocter.com
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Tel.:  415.733.6000
Fax:  415.677.9041

Defendants,Northern California Universal Enterprises, et alBy its attorneys,/s/ Steven J. Hassing as authorized on 1/25/08_____
_____Steven J. Hassing (SBN 152125)
LAW OFFICES OF STEVEN J. HASSING425 Calabria CourtRoseville, CA 95747Tel: 916.677.1776Fax: 916.677.1770

Dated: January 25, 2008

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

For good cause shown in the Joint Stipulation to Continue Case Management Conference, PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference currently calendared for February 4, 2008, is continued to March 3, 2008, with all deadlines relating to the Case Management Conference continued accordingly.

IT IS SO ORDERED.

Dated:   **January 29, 2008**              **/s/ Anthony W. Ishii**

UNITED STATES DISTRICT JUDGE