Forrest A. Hainline III (SBN 64166)
E-Mail: fhainline@goodwinprocter.com
Nicole E. Perroton (SBN 233121)
E-Mail: nperroton@goodwinprocter.com
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Plaintiff
Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROGER MCINTOSH,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al.,<br><br>Defendants. | Case No. 1:07-cv-01080-LJO-GSA<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

This Joint Stipulation to Continue Case Management Conference is entered into between Plaintiffs Roger McIntosh and Defendants Northern California Universal Enterprises, et al., by and through their counsel of record, with reference to the following facts:

1. A Case Management Conference is currently calendared for March 3, 2008, at 8:30 a.m.

2. On February 21, 2008, Plaintiff McIntosh obtained new counsel to represent him in this matter. A motion to substitute James Braze, of Borton Petrini, LLP, as McIntosh's counsel of record has been filed along with this Motion to Continue.

3. Mr. Braze has not had an opportunity to meet and confer with defense counsel and therefore requests that the case management conference be continued for a month so that counsel have an opportunity to meet and confer, and prepare the joint case management statement.

1

LIBA/1868941.1

1          4.     The parties propose the following revised case management schedule and
2   deadlines:

3          4/7/08      Last day to meet and confer
4          4/14/08     Last day to file Case Management Statement
5          4/21/08     Case Management Conference

6          IT IS THEREFORE STIPULATED that, subject to the approval of the Court, the Case
7   Management Conference currently calendared for March 3, 2008, should be continued to April 21,
8   2008, with all deadlines relating to the Case Management Conference continued accordingly.

Dated: February 22, 2008                    Respectfully submitted,

                                            Plaintiff
                                            Roger McIntosh

                                            By his attorneys,


                                            /s/
                                            _____
                                            Nicole E. Perroton (SBN 233121)
                                            E-Mail: nperroton@goodwinprocter.com
                                            GOODWIN PROCTER LLP
                                            Three Embarcadero Center, 24th Floor
                                            San Francisco, California  94111
                                            Tel.: 415.733.6000
                                            Fax: 415.677.9041

                                            Defendants,
                                            Northern California Universal Enterprises, et al
Dated: February 22, 2008
                                            By its attorneys,

                                            /s/
                                            _____
                                            Steven J. Hassing (SBN 152125)
                                            LAW OFFICES OF STEVEN J. HASSING
                                            425 Calabria Court
                                            Roseville, CA 95747
                                            Tel: 916.677.1776
                                            Fax: 916.677.1770

2

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

For good cause shown in the Joint Stipulation to Continue Case Management Conference, PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference currently calendared for March 3, 2008, is continued to April 21, 2008, with all deadlines relating to the Case Management Conference continued accordingly.

Dated: _____                           _____
                                                  HON. Lawrence J. O'Neill

LIBA/1868941.1