James J. Braze (SBN 75911)
E-Mail: jbraze@bortonpetrini.com
Jeffrey Travis (SBN 235507)
E-Mail: jtravis@bortonpetrini.com
BORTON PETRINI, LLP
1600 Truxtun Avenue
Post Office Box 2026
Bakersfield, CA 93303
Telephone: (661) 322-3051
Facsimile: (661) 322-4628

Attorneys for Plaintiff
Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROGER MCINTOSH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 1:07 -CV-01080-LJO-GSA<br><br>SUBSTITUTION OF ATTORNEYS ON BEHALF OF PLAINTIFF ROGER MCINTOSH |

　　　　Plaintiff ROGER MCINTOSH hereby substitutes attorney James J. Braze and the law firm of Borton Petrini LLP in place and instead of attorney Forest A. Hainline III and the law firm of Goodwin Procter LLP. The new address of counsel for Plaintiff will be:

　　　　　　　　James J. Braze (SBN 75911)
　　　　　　　　E-Mail: jbraze@bortonpetrini.com
　　　　　　　　Jeffrey Travis (SBN 235507)
　　　　　　　　E-Mail: jtravis@bortonpetrini.com
　　　　　　　　BORTON PETRINI, LLP
　　　　　　　　1600 Truxtun Avenue
　　　　　　　　Post Office Box 2026
　　　　　　　　Bakersfield, CA 93303
　　　　　　　　Telephone: (661) 322-3051
　　　　　　　　Facsimile: (661) 322-4628

Date: February 21, 2008　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff Roger McIntosh

---

SUBSTITUTION OF ATTORNEYS ON BEHALF OF PLAINTIFF ROGER MCINTOSH

1 | I hereby consent to the substitution

3 | Dated: February 22, 2008

Forest A Hainline (SBN 64166)
Goodwin Procter LLP

5 | I hereby accept the substitution

7 | Dated: February 21, 2008

James J. Braze (SBN 75911)
Borton Petrini LLP

IT IS SO ORDERED

12 | Dated: February ___, 2008

United States District Judge

SUBSTITUTION OF ATTORNEYS ON BEHALF OF PLAINTIFF ROGER MCINTOSH