James J. Braze (SBN 75911)
E-Mail: jbraze@bortonpetrini.com
Jeffrey Travis (SBN 235507)
E-Mail: jtravis@bortonpetrini.com
BORTON PETRINI, LLP
1600 Truxtun Avenue
Post Office Box 2026
Bakersfield, CA 93303
Telephone: (661) 322-3051
Facsimile: (661) 322-4628

Attorneys for Plaintiff
Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROGER MCINTOSH, | Case No. 1:07 -CV-01080-LJO-GSA |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS ON BEHALF OF PLAINTIFF ROGER MCINTOSH |
| v. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al., | [Local Rule 83-182(g)] |
| Defendants. | |

Plaintiff ROGER MCINTOSH hereby substitutes attorney James J. Braze and the law firm of Borton Petrini LLP in place and instead of attorney Forest A. Hainline III and the law firm of Goodwin Procter LLP.  The new address of counsel for Plaintiff will be:

    James J. Braze (SBN 75911)
    E-Mail: jbraze@bortonpetrini.com
    Jeffrey Travis (SBN 235507)
    E-Mail: jtravis@bortonpetrini.com
    BORTON PETRINI, LLP
    1600 Truxtun Avenue
    Post Office Box 2026
    Bakersfield, CA 93303
    Telephone: (661) 322-3051
    Facsimile: (661) 322-4628

Date:  February ___, 2008        /s/ Roger McIntosh_____
                                               Plaintiff, Roger McIntosh

_____
SUBSTITUTION OF ATTORNEYS ON BEHALF OF PLAINTIFF ROGER MCINTOSH

1
2  I hereby consent to the substitution
3
4  Dated: February ___, 2008                    /s/ Forest A. Hairline
                                                Forest A Hainline (SBN 64166)
5                                               Goodwin Procter LLP
6
   I hereby accept the substitution
7
8
   Dated: February ___, 2008                    /s/ James J. Braze
9                                               James J. Braze (SBN 75911)
                                                Borton Petrini LLP
10
11
12
          IT IS SO ORDERED.
13
         **Dated:   February 27, 2008**                 **/s/ Gary S. Austin**
14                                                 UNITED STATES MAGISTRATE JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28  _____
          SUBSTITUTION OF ATTORNEYS ON BEHALF OF PLAINTIFF ROGER MCINTOSH