Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendants, Northern California Universal Enterprise Company and Lotus Developments*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                                        Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                                        Defendant(s). | No.  1:07-CV-01080-LJO-NEW (WMW)<br><br>**NOTICE OF NON-AVAILABILITY OF COUNSEL** |

**TO THE COURT, AND ALL PARTIES AND COUNSEL:**

Please take notice that Steven J. Hassing will be out of the country between April 24th, 2008 and May 3, 2008 and unable during those dates to participate in Court proceedings in the above entitled matter.

Dated:  March 28, 2008         By:    /s/Steven J. Hassing
                                                    Steven J. Hassing
                                                    Attorney for Defendant

1

## CERTIFICATE OF SERVICE

1.  On April 2, 2008, I served the following document:

    - **NOTICE OF NON-AVAILABILITY OF COUNSEL**

2.  The above-named document was served by the following means to the persons as listed below:

    ECF System of the United States Bankruptcy Court, District of Nevada.

    __XX__   United States Mail, first class postage fully prepaid and addressed to:

    Forrest A. Hainline, III
    Goodwin Procter LLP
    101 California Street, Suite 1850
    San Francisco, CA 94111

    By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    I declare under penalty of perjury that the foregoing is true and correct. Dated this 2nd of April, 2008.

    Kimberley A. Hassing