nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   1600 Truxtun Avenue
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   Attorneys for Plaintiff, Roger McIntosh
5
   Steven J. Hassing, Esq.; SBN 152125
6  Steven Hassing@yahoo.com
   425 Calabria Court
7  Roseville, CA 95747

8               UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 ROGER McINTOSH,                  Case No.  107CV 01080 LJO-WMW

12             Plaintiff,           JOINT STIPULATION TO AMEND THE
                                    COMPLAINT PURSUANT TO FRCP
13 v.                               15(a)

14 NORTHERN CALIFORNIA UNIVERSAL
   ENTERPRISES COMPANY, et al,
15
                Defendants.
16

17

18              **STIPULATION FOR AMENDMENT**

19         IT IS HEREBY STIPULATED pursuant to Rule 15(a) of the Federal Rules of Civil

20 Procedure Local Rule 15-220, by and between James J. Braze of Borton Petrini, LLP, counsel for

21 plaintiff, and Steven J. Hassing of the Law Offices of Steven J. Hassing, that plaintiff may file on

22 or before June 30, 2008, a First Amended Complaint, a copy of which complaint is attached hereto.

23 DATED: ~~May~~ June 2, 2008

24                              BORTON PETRINI, LLP

25

26
                         By: _____
27                           James J. Braze, Attorney for Plaintiff,
                             Roger McIntosh
28 ///

                                     1
          JOINT STIPULATION TO AMEND THE COMPLAINT PURSUANT TO FRCP 15(a)

///

///

DATED: May 20, 2008

LAW OFFICES OF STEVEN J. HASSING

By: _____
Steven J. Hassing, Attorney for Defendants,
Northern California Universal Enterprises Company and
Lotus Development, LP

2

JOINT STIPULATION TO AMEND THE COMPLAINT PURSUANT TO FRCP 15(a)

## PROOF OF SERVICE (FRCP Rule No. 5)

STATE OF CALIFORNIA, COUNTY OF KERN

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1600 Truxtun Avenue, Bakersfield, California 93301.

On **June 2, 2008**, I served the foregoing document described as **JOINT STIPULATION TO AMEND THE COMPLAINT PURSUANT TO FRCP 15(a)** on the other parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Steven J. Hassing, Esq.
**Law Offices of Steven J. Hassing**
425 Calabria Court
Roseville, CA 95747

**BY MAIL:**

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at **Bakersfield**, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **June 2, 2008**, at **Bakersfield**, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

__Vanessa J. Claridge__
Type or Print Name                                Signature