nr

1  James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
1600 Truxtun Avenue
3  Post Office Box 2026
Bakersfield, CA 93303
4  Telephone (661) 322-3051
Attorneys for Plaintiff, Roger McIntosh

5
6
7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| | |
|---|---|
| 11  ROGER McINTOSH, | Case No.  107CV 01080 LJO-WMW |
| 12           Plaintiff, | [PROPOSED] ORDER GRANTING LEAVE TO FILE PLAINTIFF'S FIRST |
| 13  v. | AMENDED COMPLAINT |
| 14  NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al, | |
| 15  | |
| 16           Defendants. | |

17

18                                    **ORDER**

19        Pursuant to FRCP 15(a) and L.R. 83-143, requiring an order for entry of a stipulation,

20  the Court is of the opinion that plaintiff's First Amended Complaint, filed in the above entitled and

21  numbered cause , be granted.

22        IT IS ORDERED that plaintiff be granted leave to file its amended complaint; and

23        IT IS FURTHER ORDERED that defendants file an answer to the First Amended Complaint

24  within 30 days of the entry of this order.

25

26  DATED: June ____, 2008

27                                    _____
                                      United States District Judge
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28