IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER McINTOSH, | 1:07-cv-01080 LJO GSA |
| Plaintiff, | ORDER REGARDING STIPULATION TO FILE A FIRST AMENDED COMPLAINT |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al., | (Document 26) |
| Defendants. | |

Pursuant to the stipulation of the parties filed on June 2, 2008, Plaintiff may file his proposed amended complaint. Plaintiff is directed to file the First Amended Complaint on or before June 30, 2008. Defendants' response or objection to the amended complaint shall be filed within 10 days after service of the amended complaint.

IT IS SO ORDERED.

**Dated:   June 6, 2008**          /s/ **Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE