Bonifacio Bonny Garcia, Esq., SBN 100761
Eva Plaza, Esq., SBN 250321
Chaka C. Okadigbo, Esq., SBN 224547
GARCIA, CALDERON RUIZ, LLP
500 S. Grand Avenue, Suite 1100
Los Angeles, California 90071
Telephone: (213) 347-0210
Facsimile:  (213) 347-0216
bgarcia@gcrlegal.com
eplaza@gcrlegal.com
cokadigbo@gcrlegal.com

Attorneys for Defendant
City of Wasco

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>     Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPLANY, a California Corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a Municipal Corporation, and DOES 1 through 10, inclusive,<br><br>     Defendants. | CASE NO.:  1:07-CV-0180-LJO-GSA<br><br>**STIPULATION OF PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT CITY OF WASCO TO FILE A RESPONSIVE PLEADING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendant City of Wasco ("Defendant") may have two additional weeks from the initial due date of Defendant's answer and/or responsive pleading within which to file an answer and/or responsive pleading to Plaintiff's First Amended Complaint. Being that Defendant was served with the complaint on June 16, 2008, and the answer was initially due on July 7, 2008, the parties hereby agree that Defendant has until July 21, 2008, to file an

their respective attorneys of record that Defendant, City of Wasco, ("Defendant") may have two additional weeks from the initial due date of Defendant's answer within which to file an answer to Plaintiff's First Amended Complaint. Being that Defendant was served with the complaint on June 17, 2008, and the answer was initially due on July 7, 2008, the parties hereby agree that Defendant has until July 21, 2008, to file its answer. Defendant also agrees that it will have sufficient time to prepare for, meet and confer with, and attend the case management conference currently scheduled for August 7, 2008.

Dated: July 3, 2008        By: _____

Chaka C. Okadigbo
Garcia Calderon Ruiz, LLP

Dated: July 3, 2008        By: _____

Jeffrey A. Travis
BORTON PETRINI, LLP

4837-0782-9250

2

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 500 South Grand Avenue, Suite 1100, Los Angeles, California 90071.

On **July 3, 2008**, I served the following document: **STIPULATION OF PARTIES REGARDING EXTENSION OF TIME FOR DEFENDANT CITY OF WASCO TO FILE AN ANSWER** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

Jeffrey A. Travis
Borton Petrini, LLP
1600 Truxtun Avenue
Post Office Box 2026
Bakersfield, CA 93303

( X )  **BY MAIL**: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( )  **BY OVERNIGHT COURIER**: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

( )  **BY HAND-DELIVERY**: I caused the above-referenced document(s) to be hand-delivered to the addressee(s)

( )   (State)      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X )  (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **July 3, 2008**, Los Angeles, California.

Carolyn Dominguez