James J. Braze, Esq.; SBN 76911; jbraze@bortonpetrini.com
Jeffrey A. Travis, Esq.; SBN 235507; jtravis@bortonpetrini.com
BORTON PETRINI, LLP
1600 Truxtun Avenue
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051

Attorneys for Plaintiff, Roger McIntosh

Bonifacio B. Garcia, Esq., SBN 100761
Eva M. Plaza, Esq. SBN 250321
Chaka Okadigbo, Esq., SBN 224547
GARCIA CALDERON RUIZ, LLP
500 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 347-0210
Facsimile: (213) 347-0216

Attorneys for Defendant, City of Wasco

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>             Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al,<br><br>             Defendants. | Case No.  1:07-CV-01080-LJO-GSA<br><br>STIPULATION AND ORDER FOR VOLUNTARY DISPUTE RESOLUTION PROCESS PURSUANT TO L.R.16-271(i)<br><br>The Honorable Lawrence J. O'Neill<br><br>Date: August 7, 2008<br>Time: 8:30 a.m.<br>Dept: 4<br>Trial Date: |

        Pursuant to Local Rule, Rule 16-271(i), plaintiff Roger McIntosh, Defendants Northern California Universal Enterprises Company and Lotus Developments, and City of Wasco respectfully submit the proposed Joint Stipulation and Order for the Voluntary Dispute Resolution Program:

        1.    <u>L.R. 16-271(i)(2)(A)</u>

        The parties stipulate that the VDRP process should be complete by December 30, 2008 and the Neutral must file a confirmation of that process by January 30, 2009..

1       2.    L.R. 16-271(i)(2)(B)

2 No modifications to the Joint CMCS is applicable because of this order.

3       3.    L.R. 16-271(i)(2)(C)

4 Pretrial activity, discovery, or motions will not be affected by this VDRP request.

6 DATED: August 1, 2008      BORTON PETRINI, LLP

8       By    /s/James J. Braze
      James J. Braze, Esq., Attorneys for Plaintiff Roger McIntosh

11 DATED: August 1, 2008      GARCIA CALDERON RUIZ, LLP

13       By    /s/Eva Plaza (as authorized on 8/1/08)
      Eva Plaza, Attorneys for Defendant, City of Wasco

1    PROOF OF SERVICE PER (FRCP 5(B)(2)(E))

2    STATE OF CALIFORNIA, COUNTY OF KERN

3    I, Connie D. Seaton , declare:

4    I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1600 Truxtun Avenue, Bakersfield, California 93301.

6    On **August 1, 2008**, I served the foregoing document described as **STIPULATION AND ORDER FOR VOLUNTARY DISPUTE RESOLUTION PROCESS PURSUANT TO L.R.16-271(i)** on the other parties in this action as follows:

Mr. Steven John Hassing                Attorneys for Defendants Northern
Law Offices of Steven J. Hassing       California Universal Enterprises Company
425 Calabria Court                     and Lotus Developments
Roseville, CA  95747                   BUS: 916/677-1776
                                       FAX: 916/677-1770

email address: **stevenhassing@yahoo.com**

Chaka Okadigbo                         Attorneys for Defendant, City of Wasco
Garcia Calderon Ruiz, LLP
500 South Grand Avenue
Suite 1100                             Tel: 213/347-0210
Los Angeles, CA 90071                  Fax: 213-347-0216

email address: **cokadigbo@gcrlegal.com**

**BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

Executed on **August 1, 2008**, at **Bakersfield**, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Connie D. Seaton**                   /s/ Connie D. Seaton
Type or Print Name                     Signature

H:\PUBLIC\054493\060971
McIntosh v. Northern\STIP
& ORDR JNT VDRP.wpd

STIPULATION & ORDER FOR VOLUNTARY DISPUTE RESOLUTION PROCESS PURSUANT TO L.R.16-271(i)