# PROOF OF SERVICE (FRCP Rule No. 5)

State of California, County of Placer

I am employed in the County of Placer, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 425 Calabria Court, Roseville, CA 95747.

On August 4, 2008, I served the foregoing document described as **AMENDED JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND FEDERAL RULE OF CIVIL PROCEDURE, RULE 26(f) REPORT** on the other parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| James J. Braze | **Attorney for Plaintiff, Roger McIntosh** |
| Jeffrey A. Travis | |
| **Borton Petrini, LLP** | |
| 1600 Truxtun Avenue | |
| Post Office Box 2026 | Telephone: 661/322-3051 |
| Bakersfield, CA  93303 | **Facsimile:  661/322-4628** |
| | |
| Chaka Okadigbo | **Attorneys for Defendant, City of Wasco** |
| **Garcia Calderon Ruiz, LLP** | |
| 500 South Grand Avenue | |
| Suite 1100 | Telephone: 213/347-0210 |
| Los Angeles, CA  90071 | **Facsimile:  213/347-0216** |

**BY MAIL:**

As follows:  I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Roseville, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on August 4, 2008 at Roseville, California.

I declare under penalty of perjury that the foregoing is true and correct.

**Kimberley A. Hassing**
Type or Print Name                                       Signature