# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH, | CASE NO. CV F 07-1080 LJO GSA |
| Plaintiff, | **SCHEDULING CONFERENCE ORDER** |
| vs. | Rule 26 Disclosure: August 18, 2008 |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, et al., | Expert Disclosure: December 19, 2008 |
| Defendants. | Nonexpert Discovery Cutoff: January 6, 2009 |
| | Expert Discovery Cutoff: February 6, 2009 |
| | Pretrial Motion Filing Deadline: March 2, 2009 |
| | Pretrial Motion Hearing Deadline: April 2, 2009 |
| | Settlement Conf.: *See infra* |
| | Pretrial Conf.: Date: April 22, 2009  Time: 8:15 a.m.  Court.: 4 (LJO) |
| | Jury Trial: (10 days est.) Date: June 1, 2009  Time: 8:30 a.m.  Court: 4 (LJO) |

This Court conducted an August 7, 2008 scheduling conference. Plaintiff Roger McIntosh appeared by telephone personally and by counsel James Braze and Jeff Travis. Defendants Northern California Universal Enterprises and Lotus Developments LLC appeared by telephone by counsel Steven Hassing. Defendant City of Wasco appeared by telephone by counsel Chaku Okadigbo.

Pursuant to Fed. R. Civ. P. 16(b), this Court sets a schedule for this action.

**1.     Consent To Magistrate Judge**

The parties do not consent to the conduct of all proceedings by a United States Magistrate Judge.

**2.     Rule 26 Disclosure**

Fed. R. Civ. P. 26 disclosures shall be served no later than August 18, 2008.

**3.     Expert Witnesses**

Expert witness disclosures by any party shall be served no later than **December 19, 2008.** Such disclosures must be made pursuant to Fed. R. Civ. P. 26(a)(2)(A) and (B), and shall include all information required thereunder. In addition, Fed. R. Civ. P. 26(b)(4) and Fed. R. Civ. P. 26(e) shall specifically apply to all discovery relating to expert witnesses and their opinions. Each expert witness must be fully prepared to be examined on all subjects and opinions included in the designations. Failure to comply with these requirements will result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness. In particular, this Court will enforce preclusion of testimony or other evidence for failure to strictly comply with Fed. R. Civ. P. 26(e).

**4.     Discovery Cutoffs**

All nonexpert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **January 6, 2009.** All expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than **February 6, 2009.**

**5.     Pretrial Motion Schedule**

All pretrial motions, both dispositive and nondispositive (except discovery motions addressed above), shall be served <u>and filed</u> no later than **March 2, 2009.** All pretrial dispositive and nondispositive motions (except discovery motions addressed above) shall be set before the appropriate judge for a hearing to be conducted no later than **April 2, 2009.**

At the pretrial conference, the Court will set filing and hearing dates for motions in limine.

**6.     Voluntary Dispute Resolution (L.R. 16-271(i))**

This Court GRANTS the parties' joint request for voluntary dispute resolution pursuant to Local Rule 16-721. The process shall be complete no later than **December 30, 2008.** The neutral shall file

2

a confirmation of that process no later than **January 30, 2009.** The parties agree to select one neutral from the following Court-provided panel: (1) Timothy Jones, (2) Michael Marderosian, (3) Lowell Carruth, and (4) Donald Gladrud. The parties must inform the Court of their selection **no later than August 21, 2008.** The voluntary dispute resolution process shall conform to the governing local rule.

**7.     Pretrial Conference**

A pretrial conference is set for **April 22, 2009 at 8:15 a.m.** in Courtroom 4 (LJO). The parties are directed to file a joint pretrial statement which complies with the requirements of this Court's Local Rule 16-281. In addition, the joint pretrial statement should include a brief factual summary and an agreed upon neutral statement of the case. An additional copy of the joint pretrial statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and shall be e-mailed in WordPerfect format to **ljoorders@caed.uscourts.gov.**

The parties' attention is directed to this Court's Local Rules 16-281 and 16-282. This Court will insist upon strict compliance with those rules.

At the pretrial conference, the Court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents.

**8.     Trial Date**

A 10-day jury trial is set for **June 1, 2009 at 8:30 a.m.** in Courtroom 4 (LJO).

**9.     Effect Of This Order**

This order represents the best estimate of the Court and parties as to the agenda most suitable to dispose of this case. If the parties determine at any time that the schedule outlined in this order cannot be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference. Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate, which establish good cause for granting the relief requested.

Failure to comply with this order shall result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated:     August 12, 2008                          /s/ Lawrence J. O'Neill
                                                    **UNITED STATES DISTRICT JUDGE**