Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant/Cross-Defendant*
*Northern California Universal Enterprise*
*Company*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s) | No.  1:07-CV-01080-LJO-GSA<br><br>**ANSWER TO CITY OF WASCO'S CROSS-COMPLAINT** |
| CITY OF WASCO,<br><br>                    Cross-Complainants(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                    Cross-Defendant(s) | |

Cross-Defendant, Northern California Universal Enterprises Company, Inc., ("Northern"), responds to the Cross-Complaint filed by The City of Wasco, as follows;

1. Northern admits the allegations of paragraph 1 of the Cross-Complaint.

2. Northern admits the allegations of paragraph 2 of the Cross-Complaint.

1

3.      Northern admits the allegations of paragraph 3 of the Cross-Complaint.

4.      Northern does not possess sufficient information to respond to the allegations of paragraph 4 and thereby denies same.

5.      Northern does not possess sufficient information to respond to the allegations of paragraph 5 and thereby denies same.

6.      Northern does not possess sufficient information to respond to the allegations of paragraph 6 and thereby denies same.

7.      The agreement referenced in paragraph 7 speaks for itself.  With regard to the remaining allegations contained therein, Northern does not possess sufficient information to respond and thereby denies same.

8.      Northern admits that The City conveyed the Valley Rose Estates subdivision as alleged.  The remainder of the allegations contained in paragraph 8 constitute legal conclusions and are, on that basis, denied.

9.      Northern admits the allegations of paragraph 9 of the Cross-Complaint.

10.     Northern admits that Roger McIntosh has asserted that the is the exclusive owner of an alleged copyright and that he filed a First Amended Complaint.  Northern does not possess sufficient information to respond to the rest of the allegations contained therein and therefore denied.

11.     Northern admits that The City has made the denials claimed in paragraph 11 of the Cross-Complaint.

12.     Northern denies the allegations of paragraph 12 of the Cross-Complaint.

13.     Northern admits the allegations of paragraph 13 of the Cross-Complaint.

Wherefore Northern prays that Cross-Complainant take nothing by way of its Cross-Complaint and that Northern be awarded its attorneys fees and costs as allowed by law or contract.

## SEPARATE AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

14. The Cross-Complaint fails to state facts necessary to constitute a proper cause of action.

### SECOND AFFIRMATIVE DEFENSE

15. At the time the sale agreement between The City of Wasco and Wasco Project LLC was entered into neither party envisioned, foresaw or anticipated that a copyright lawsuit would or could be filed which would involve the land then being sold. Accordingly, indemnification provisions of the agreement do not apply nor is Northern liable to The City of Wasco under those provisions.

### THIRD AFFIRMATIVE DEFENSE

16. The claims of Plaintiff do not arise from the "ownership" or "operation" of the Property.

### FOURTH AFFIRMATIVE DEFENSE

17. The City of Wasco has not committed contributory infringement and Plaintiff's Cross-Complaint is therefore unfounded and does not, even if the indemnity clause of the sale agreement between The City and Northern were valid as to copyright infringement, trigger any responsibility on the part of Northern to indemnify The City.

Dated this 22nd day of September, 2008              /s/ Steven J. Hassing, Esq.
                                                    Steven J Hassing, Attorney for defendants

**CERTIFICATE OF SERVICE**

1. On September 24, 2008, I served the following document:

    - **DEFENDANT'S ANSWER TO THE CITY OF WASCO'S CROSS-COMPLAINT**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 24th Day of September, 2008.

/s/ Kimberley A. Hassing
Kimberley A. Hassing