1  GARCIA CALDERON RUIZ, LLP
   Bonifacio B. Garcia (SBN 100761)
2  Eva M. Plaza (SBN 250321)
   Chaka C. Okadigbo (SBN 224547)
3  500 S. Grand Avenue, Suite 1100
   Los Angeles, CA  90071
4  (213) 347-0210; Fax (213) 347-0216

5  Attorneys for Defendant CITY OF WASCO

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11 ROGER McINTOSH.                    Case No:  1:07-CV-01080-LJO-WMV

12         Plaintiffs,
                                      **NOTICE OF NON-AVAILABILITY OF**
13    vs.                             **COUNSEL**

14 NORTHERN CALIFORNIA
   UNIVERSAL ENTERPRISES, INC. *et al.*
15
           Defendants.
16

18 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19    PLEASE TAKE NOTICE that Chaka C. Okadigbo will be unavailable from December

20 20, 2008, through January 6, 2009, and unable during those dates to participate in Court

21 proceedings in the above entitled matter.

22 DATED:  December 17, 2008              GARCIA CALDERON RUIZ, LLP

25                                        By: /s/ Chaka C. Okadigbo
                                          CHAKA C. OKADIGBO
26                                        Attorneys for Defendant
                                          CITY OF WASCO

4814-1017-1651                    -1-
**NOTICE OF NON-AVAILABILITY OF COUNSEL**

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 500 South Grand Avenue, Suite 1100, Los Angeles, California 90071.

On **December 17 2008**, I served the following documents: **NOTICE OF NON-AVAILABILITY OF COUNSEL** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

Steven J. Hassing
Law Office of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747

Jeffrey A. Travis
Borton Petrini, LLP
5060 California Ave., Suite 700
Bakersfield, CA 93309

( X ) **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( ) **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

( ) **BY HAND-DELIVERY:** I caused the above-referenced document(s) to be hand-delivered to the addressee(s)

( X )   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( )   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **December 17, 2008**, Los Angeles, California.

Carolyn Dominguez