JAT:lj

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051

Attorneys for Plaintiff, Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al,<br><br>　　　　　Defendants. | Case No.  107CV 01080 LJO-WMW<br><br>JOINT STIPULATION TO EXTEND DISCOVERY |

**STIPULATION TO EXTEND DISCOVERY**

WHEREFORE, recent depositions have revealed that additional discovery is necessary to discover all relevant facts for trial.

WHEREFORE, to obtain these facts, the undersigned believe extending discovery will serve the interests of all parties' claims;

WHEREFORE, each of the parties are acting in good faith and have not brought this stipulation for any improper purpose, and as supported by the attached declarations;

/ / /

/ / /

/ / /

/ / /

1 THEREFORE, IT IS HEREBY STIPULATED, by and between Jeffrey A. Travis of
2 Borton Petrini, LLP, counsel for plaintiff, Steven J. Hassing of the Law Offices of Steven J. Hassing,
3 and Chaka Okadigbo of the law office of Garcia Calderon Ruiz, LLP, that discovery be extended
4 as follows:

- Non-Expert Discovery be extended an additional 30 days to February 6, 2009;
- Expert disclosure be extended to December 27, 2008.

DATED: December 27, 2008

BORTON PETRINI, LLP

By: **/s/Jeffrey A. Travis**
Jeffrey A. Travis, Attorney for Plaintiff,
Roger McIntosh

DATED: December 27, 2008

LAW OFFICES OF STEVEN J. HASSING

By: **/s/Steven J. Hassing**
Steven J. Hassing, Attorney for Defendants: Northern California Universal Enterprises Company and Lotus Developments

DATED: December 27, 2008

GARCIA CALDERON RUIZ, LLP

By: **/s/Chaka Okadigbo**
Chaka Okadigbo, Attorney for Defendant, City of Wasco

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Gina Pomato, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1600 Truxtun Avenue, Bakersfield, California 93301.

On December 26, 2008, I served the foregoing document described as JOINT STIPULATION TO EXTEND DISCOVERY on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br><br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants, Northern California Universal Enterprises Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br><br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |

☒ **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

☐ **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on December 26, 2008, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

\_\_\_\_\_Gina Pomato\_\_\_\_\_          \_\_\_\_\_/s/ Gina Pomato\_\_\_\_\_