JAT:lj

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051

Attorneys for Plaintiff, Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>   Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al,<br><br>   Defendants. | Case No.  107CV 01080 LJO-WMW<br><br>DECLARATION IN SUPPORT OF STIPULATION TO EXTEND DISCOVERY AND EXPERT DISCLOSURE |

We, Jeffrey A. Travis, Steven J. Hassing, and Chaka Okadigbo, do hereby declare as follows:

1. We are attorneys duly licensed to practice law in the State of California and are members of the law firms of Borton Petrini, LLP, attorneys for plaintiff ; Steven J. Hassing of the Law Offices of Steven J. Hassing, attorney for defendant, Northern California Universal Enterprises Company, Lotus Developments LLC, and Joe Wu; and Chaka Okadigbo of the law office of Garcia Calderon Ruiz, LLP, attorney for defendant, City of Wasco, in the above-entitled matter and have personal knowledge of the matters testified here and if called to do so, would and could competently testify as to their accuracies.

2. Recent depositions have revealed that additional discovery is necessary to discover additional relevant facts for trial.

3. To obtain these facts, the undersigned declarants believe extending discovery will serve the interests of all parties' claims.

4. Each of the parties are acting in good faith and have not brought this stipulation to extend discovery and expert disclosure for any improper purpose.

We declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 27th day of December 2008, at Bakersfield, Roseville, and Los Angeles, California.

DATED: December 27, 2008

                BORTON PETRINI, LLP

By: **s/Jeffrey A. Travis**
Jeffrey A. Travis, Attorneys for Plaintiff, Roger McIntosh

DATED: December 26, 2008

                LAW OFFICES OF STEVEN J. HASSING

By: **s/Steven. J. Hassing**
Steven J. Hassing, Attorney for Defendants: Northern California Universal Enterprises Company and Lotus Developments

DATED: December 26, 2008

                GARCIA CALDERON RUIZ, LLP

By: **s/Chaka Okadigbo**
Chaka Okadigbo, Attorneys for Defendant, City of Wasco

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Gina Pomato, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **December 26, 2008**, I served the foregoing document described as **DECLARATION IN SUPPORT OF STIPULATION TO EXTEND DISCOVERY AND EXPERT DISCLOSURE** on the other party(ies) in this action as follows:

**BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

| | |
|---|---|
| Steven John Hassing, Esq. **Offices of Steven J. Hassing** Calabria Court Roseville, CA 95747 email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants, **Law** Northern California Universal Enterprises 425 Company and Lotus Developments Tel:   916/677-1776 **Fax:   916/677-1770** |
| Chaka Okadigbo **Garcia Calderon Ruiz, LLP** 500 South Grand Ave Suite 1100 Los Angeles, CA 90071 email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco Tel: 213/347-0210 **Fax: 213-347-0216** |

Executed on **December 26, 2008**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Gina Pomato                     /s/ Gina Pomato