James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051

Attorneys for Plaintiff, Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al,<br><br>　　　　　Defendants. | Case No.  107CV 01080 LJO-GSA<br><br>NOTICE OF MOTION AND MOTION TO ADD ADDITIONAL PARTY AND EXTEND SCHEDULING ORDER DEADLINES UNDER FEDERAL RULES OF CIVIL PROCEDURE 15(a)(2)<br><br>DATE:  January 23, 2009<br>TIME:  9:30am<br>DEPT.:  4<br>JUDGE:  Lawrence J. O'Neill |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

　　　　　PLEASE TAKE NOTICE that on January 23, 2009, or as soon as the matter can be heard, plaintiff Roger McIntosh hereby moves the Court to add DeWalt CM, Inc. also known as Dewalt Corporation, ("Dewalt") as a party defendant pursuant to Federal Rules of Civil Procedure 15(a)(2).

　　　　　This notice and motion and Second Amended Complaint is made for good cause as supported by the attached Memorandum of Points and Authorities in Support of this Motion and pursuant to the Second Amended Complaint filed separately and concurrently with this motion. The Second Amended Complaint is based on the discovery of additional information obtained during the November 24, 2008 deposition of Jeffrey Gutierrez, the president of Dewalt.  This information is

H:\PUBLIC\054493\060971
McIntosh v. Northern\NT
MTN ADD DEWALT
12-29-08.wpd

1

NOTICE OF MOTION AND TO ADD PARTY

1 further detailed in the memorandum and its supporting declaration.

2 This motion is also made following a conference of counsel which took place after
3 the deposition of Roger McIntosh on December 18, 2008 and in follow-up conversations and email
4 correspondences between counsel for plaintiff and counsel for defendants which failed to result in
5 a stipulation between plaintiff and Northern California Universal Enterprises Company/Lotus
6 Developments, LLC.

7 This motion will be based on this notice, the accompanying Memorandum of Points
8 and Authorities, the declaration of counsel with supporting exhibits, and the separately filed Second
9 Amended Complaint.

10 DATED: December 30, 2008

11 BORTON PETRINI, LLP

14 By: /s/ Jeffrey A. Travis
 Jeffrey A. Travis, Attorney for Plaintiff,
 Roger McIntosh

# PROOF OF SERVICE
## (FRCP No. 5(b)(2)(E))

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Gina Pomato, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **December 30, 2008**, I served the foregoing document described as **NOTICE OF MOTION AND MOTION TO ADD ADDITIONAL PARTY AND EXTEND SCHEDULING ORDER DEADLINES UNDER FEDERAL RULES OF CIVIL PROCEDURE 15(a)(2)** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747 | Attorneys for Attorneys for Defendants, Northern California Universal Enterprises Company and Lotus Developments<br>Tel: 916/677-1776<br>**Fax:** 916/677-1770 |

email address: **stevehassing@yahoo.com**

| | |
|---|---|
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071 | Attorneys for Defendant, City of Wasco<br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |

email address: **cokadigbo@gcrlegal.com**

x    **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

____    **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **December 30, 2008**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

____Gina Pomato_____        _____/s/ Gina Pomato_____