nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, 7th Floor
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   Attorneys for Plaintiff, Roger McIntosh
5

6

7

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 ROGER McINTOSH,                          Case No. 107CV 01080 LJO-GSA

12              Plaintiff,                  [PROPOSED] ORDER ALLOWING
                                            PLAINTIFFS TO FILE A SECOND
13 v.                                       AMENDED COMPLAINT

14 NORTHERN CALIFORNIA UNIVERSAL
   ENTERPRISES COMPANY, et al,
15
                Defendants.
16

17

18                              **ORDER**

19        Plaintiff is directed to file the Second Amended Complaint on or before January 30,

20 2009. Defendant's response or objection to the second amended complaint shall be filed within 10

21 days after service of the second amended complaint.

22 / / / /

23 / / / /

24 / / / /

25 / / / /

26 / / / /

27 / / / /

28

H:\PUBLIC\054493\060971
McIntosh v.
Northern\PROPOSED
ORDER TO ADD
DEWALT.wpd

1

[PROPOSED] ORDER TO EXTEND DISCOVERY AND EXPERT DISCLOSURES

1   It is further ordered that the discovery and trial deadlines be modified as follows:

2   Trial                August 3, 2009

3   Pre-Trial            June 17, 2009

4   Motion Deadline      June 1, 2009

5   Expert Discovery     March 30, 2009

7   IT IS SO ORDERED.

9   DATED: _____, 2008

_____
United States Magistrate Judge

H:\PUBLIC\054493\060971
McIntosh v.
Northern\PROPOSED
ORDER TO ADD
DEWALT.wpd

2

[PROPOSED] ORDER TO EXTEND DISCOVERY AND EXPERT DISCLOSURES

# PROOF OF SERVICE
## (FRCP No. 5(b)(2)(E))

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Gina Pomato, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1600 Truxtun Avenue, Bakersfield, California 93301.

On December 30, 2008, I served the foregoing document described as [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE A SECOND AMENDED COMPLAINT on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br><br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br><br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |

☒ **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

☐ **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on December 30, 2008, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____Gina Pomato_____        _____/s/ Gina Pomato_____