James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
1600 Truxtun Avenue
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
Attorneys for Plaintiff, Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al,<br><br>    Defendants. | Case No.  107CV 01080 LJO-WMW<br><br>ORDER TO EXTEND DISCOVERY AND EXPERT DISCLOSURES |

### **ORDER**

Pursuant to the stipulation of the parties filed on December 27, 2008, non-expert discovery is extended for 30 days until February 6, 2009 and expert disclosure is extended until December 27, 2008.

IT IS SO ORDERED.

Dated:  **December 31, 2008**       **/s/ Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE