Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No.  1:07-CV-01080-LJO-NEW (WMW)<br><br>**DISCLOSURE BY DEFENDANT, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE COMPANY, INC. OF GARY GIANNETTA AS REBUTTAL EXPERT WITNESS** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

   COMES NOW Defendant, Northern California Universal Enterprise Company, Inc. (hereinafter "Defendant"), pursuant to Federal Rules of Civil Procedure, Rule 26 which submits this disclosure of rebuttal expert Gary Giannetta.

   Mr. Giannetta, is qualified through education and experience to testify as a rebuttal expert in this matter.  Mr. Giannetta's testimony, if any, shall depend upon the expert opinion provided by Plaintiff's expert.

   Mr. Giannetta's qualifications are attached as Exhibit "A".

1

The aforementioned expert has not reviewed the file or other relevant materials, and is not prepared to submit to meaningful deposition any opinions which he may offer at trial because his testimony shall be offered, if at all, only to rebut testimony of Plaintiff's expert and since Plaintiff's expert has not yet testified it is not yet known what opinions or testimony of Mr. Giannetta will be needed or relevant.

Dated this 9th day of January, 2009       /s/ Steven J. Hassing
                                          Steven J Hassing, Attorney
                                          for Northern Universal Enterprise
                                          Company, Inc.

**PROOF OF SERVICE (FRCP Rule No. 5)**

State of California, County of Placer

I am employed in the County of Placer, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 425 Calabria Court, Roseville, CA 95747.

On January 12, 2009, I served the foregoing document described as **DISCLOSURE BY DEFENDANT, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE COMPANY, INC. OF GARY GIANNETTA AS REBUTTAL EXPERT WITNESS** on the other parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| James J. Braze | **Attorney for Plaintiff, Roger McIntosh** |
| Jeffrey A. Travis | |
| **Borton Petrini, LLP** | |
| 1600 Truxtun Avenue | |
| Post Office Box 2026 | Telephone:  661/322-3051 |
| Bakersfield, CA  93303 | **Facsimile:  661/322-4628** |
| | |
| Chaka Okadigbo | **Attorneys for Defendant, City of Wasco** |
| **Garcia Calderon Ruiz, LLP** | |
| 500 South Grand Avenue | |
| Suite 1100 | Telephone:  213/347-0210 |
| Los Angeles, CA  90071 | **Facsimile:  213/347-0216** |

**BY MAIL:**

As follows:  I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Roseville, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on January 12, 2009 at Roseville, California.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| **Kimberley A. Hassing** | /s/ Kimberley A. Hassing |
| Type or Print Name | Signature |