# EXHIBIT "A"

GARY G. GIANNETTA
CONSULTING CIVIL ENGINEER
1119 S STREET
FRESNO, CA  93721
559-264-3590
FAX 559-264-0696

EDUCATION: BACHELOR OF SCIENCE DEGREE IN CIVIL ENGINEERING FROM CALIFORNIA STATE UNIVERSITY-FRESNO 1974

WORK EXPERIENCE: 1974- 1976  FRESNO COUNTY RESIDENT ENGINEER

1976 BEGAN OWN PRACTICE AS CIVIL ENGINEER AND LAND SURVEYOR

1976 - PRESENT SPECIALIZING IN LAND PLANNING, CIVIL ENGINEERING AND LAND SURVEYING ON RESIDENTIAL, OFFICE AND RETAIL COMMERCIAL PROJECTS.

HAS PROCESSED ENTITLEMENTS AND PROVIDED CIVIL ENGINEERING AND LAND SURVEYING SERVICES ON HUNDREDS OF PROJECTS OVER THE PAST 32 YEARS

PROJECTS INCLUDE SINGLE-FAMILY RESIDENTIAL SUB-DIVISIONS, MULTI-FAMILY RESIDENTIAL DEVELOPMENTS, OFFICE COMPLEXES, RETAIL SHOPPING CENTERS AND INFRASTRUCTURE IMPROVEMENTS IN MOST CITIES IN FRESNO COUNTY AS WELL AS PROJECTS IN MADERA COUNTY, DINUBA AND SACRAMENTO.

EXPERT DESIGNATIONS: HAS BEEN DESIGNATED AS AN EXPERT WITNESS FOR TRIAL ON AT LEAST FIVE OCCASIONS, HAS BEEN DEPOSED IN FIVE CASES AND HAS TESTIFIED AS AN EXPERT IN THREE TRIALS.

COMPENSATION: MR. GIANNETTA CHARGES $250.00 PER HOUR FOR EXPERT CONSULTATION, DEPOSITION AND TRIAL TESTIMONY.

MATERIALS REVIEWED:  MR. GIANNETTA HAS NOT YET REVIEWED ANY MATERIALS RELEVANT TO THIS CASE, HAS NOT BEEN ASKED TO RENDER ANY OPINIONS AND HAS NOT PREPARED ANY REPORTS.  HE HAS BEEN RETAINED TO PROVIDE REBUTTAL TESTIMONY IF NEEDED.  WHETHER HE TESTIFIES AND THE MATTERS HE ADDRESSES WILL DEPEND UPON THE TESTIMONY OF OTHER EXPERTS WHO HAVE NOT YET BEEN DEPOSED AND WHO HAVE NOT YET TESTIFIED AT TRIAL