GARCIA CALDERON RUIZ, LLP
Bonifacio B. Garcia (SBN 100761)
Eva M. Plaza (SBN 250321)
Chaka C. Okadigbo (SBN 224547)
500 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
(213) 347-0210; Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH.<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC. *et al.*<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DISCLOSURE OF REBUTTAL EXPERT, STEPHEN E.C. WONG, BY DEFENDANT, THE CITY OF WASCO** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COMES NOW defendant, the City of Wasco ("Wasco") pursuant to Federal Rules of Civil Procedure, Rule 26, as agreed to by the parties and as required by the Court, submits the instant disclosure of rebuttal expert Stephen E.C. Wong.

Mr. Wong is qualified through education and experience to testify as a rebuttal expert in this matter. Mr. Wong will be prepared to offer meaningful testimony in support of any and all opinions which he intends to offer at the trial in this matter. His opinions shall be limited to rebutting the testimony of Plaintiff's expert. Plaintiff's expert has not yet been deposed and the full scope of any expert testimony to be provided by Plaintiff's expert has yet to be determined. As such, it is presently uncertain what opinions and/or testimony will be provided by Mr. Wong to rebut the testimony of Plaintiff's expert. Mr. Wong has not completed a review of documents

1  and/or materials relevant to the provision of any expert testimony and is not presently prepared
2  to offer meaningful deposition testimony until the nature and extent of any testimony by
3  Plaintiff's expert has been ascertained.
4      Mr. Wong's qualifications are as stated in Exhibit A attached hereto.

6  DATED: January 16, 2009                    GARCIA CALDERON RUIZ, LLP

9                                              By: _____
10                                             CHAKA C. OKADIGBO
                                               Attorneys for Defendant
                                               CITY OF WASCO

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 500 South Grand Avenue, Suite 1100, Los Angeles, California 90071.

On **January 16, 2009**, I served the following documents: **DISCLOSURE OF REBUTTAL EXPERT, STEPHEN E.C. WONG, BY DEFENDANT, THE CITY OF WASCO** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

Jeffrey A. Travis, Esq.
Borton Petrini, LLP
5060 California Avenue
Suite 700
Bakersfield, CA 93303

Steven J. Hassing, Esq.
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747

( X )   **BY MAIL**: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( )   **BY OVERNIGHT COURIER**: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

( )   **BY HAND-DELIVERY**: I caused the above-referenced document(s) to be hand-delivered to the addressee(s)

( )   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X )   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **January 16, 2009**, Los Angeles, California.

*Carolyn Dominguez*
**Carolyn Dominguez**