# Exhibit A

# BURKETT&WONG
## ENGINEERS

**Stephen Wong, C.E.**
**Principal**



**San Diego Office**
3434 Fourth Avenue
San Diego, CA 92103

**Phone:**
619.299.5550

**Fax:**
619.299.9934

**Email:**
swong@burkett-wong.com

**EDUCATION**
Bachelor of Science, Civil Engineering, 1966
University of Southern California

Masters in Business Administration, 1980
University of Hawaii

**REGISTRATIONS**
Civil Engineer, Hawaii, 1971 #2986
Civil Engineer, California, 1976 #27480
Civil Engineer, Nevada, 1992 #9995
Civil Engineer, Arizona, 1998 #32601
Civil Engineer, Oregon, 1999 #60394

**ORGANIZATIONS**
American Society of Civil Engineers
Society of American Military Engineers

**EXPERIENCE**
Mr. Wong has extensive Civil Engineering experience in all aspects of site development including the preparation and processing of Tentative & Final Maps, Grading & Drainage Plans, Street Improvement Plans, and Utility Plans for various Cities within California & Hawaii. He has been the Principal in Charge of the Civil Engineering Department for over 30 years supervising Planning, Civil Design and Land Surveying on residential, commercial schools and military projects.

Mr. Wong has been certified as a Civil Engineering Expert and has testified in Superior Court of San Diego, Orange, San Bernardino and Los Angeles Counties, California and Clark County, Nevada. In this capacity, he has represented both Plaintiffs and Defendants in hundreds of cases and has been deposed several hundred times.

## STEPHEN E.C. WONG
Principal/Civil Engineer



| | |
|---|---|
| **EDUCATION** | Bachelor of Science, Civil Engineering, 1966<br>University of Southern California<br><br>Masters in Business Administration, 1980<br>University of Hawaii |
| **REGISTRATION** | Civil Engineer, Hawaii, 1971  #2986<br>Civil Engineer, California, 1976  #27480<br>Civil Engineer, Nevada, 1992  #9995<br>Civil Engineer, Arizona, 1998  #32601<br>Civil Engineer, Oregon, 1999  #60394 |
| **ORGANIZATION** | American Society of Civil Engineers<br>Society of American Military Engineers |
| **EXPERIENCE** | Principal<br>Burkett & Wong Engineers<br>San Diego, California, 1977–present<br><br>Project Manager<br>Watson Lee, Inc.<br>Honolulu, Hawaii, 1971–1976<br><br>Civil Engineer<br>City & County of Honolulu<br>Honolulu, Hawaii, 1970–1971<br><br>Designer<br>A.J. Blaylock & Associates<br>Honolulu, Hawaii, 1970<br><br>Facilities Planning Officer<br>U.S. Naval Civil Engineer Corps.<br>Da Nang, Vietnam, 1969–1970<br><br>Assistant Technical Officer<br>U.S. Naval Civil Engineer Corps<br>Davisville, Rhode Island, 1966–1968 |

Structural and Civil Engineering – Land Planning and Surveying – Forensic Engineering

3434 Fourth Avenue, San Diego, California 92103   Ph: (619) 299-5550  Fx: (619) 299-9934
6392 McLeod, Ste. 8, Las Vegas, California 89120   Ph: (702) 740-5551  Fx: (702) 740-5515
www.burkett-wong.com



# Rate Schedule

The following are Burkett & Wong Engineers' hourly rates for
Expert Witness, Consultation and Arbitration Services
Effective May 26, 2008

| | |
|---|---|
| Principal & Forensic Expert | 240 |
| Engineer | 200 |
| Technician | 120 |
| Engineering Assistant | 85 |

**Deposition and Trial Testimony**

**420 per hour**

Payment is expected from the deposing attorneys at the close of the deposition.
Tax I.D. number: 95-2762943