AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |

ROGER McINTOSH

V.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:07-CV-01080-LJO-WMW

TO: (Name and address of Defendant)

DeWalt CM, Inc., a California corporation also doing business as
DeWalt Corporation
1930 22nd Street
Bakersfield, CA  93301

Agent: Jeffrey Gutierrez; 5619 Rex Roth, Bakersfield, CA  93301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Braze, Esq.
Jeffrey A. Travis, Esq.
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
PO Box 2026
Bakersfield, CA  93303

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                          Date                      *Signature of Server*

                                                    _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.