| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| BORTON PETRINI LLP<br>JEFFREY A. TRAVIS, ESQ - SBN # 235507<br>5060 CALIFORNIA AVENUE, 7TH FLOOR<br>BAKERSFIELD, CA 93309 | (661) 322-3051 | |
| ATTORNEY FOR (NAME)   ROGER MCINTOSH | REFERENCE NUMBER<br>0C275227-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, EASTERN DISTRICT
2500 TULARE STREET
FRESNO, CA 93721

SHORT NAME OF CASE
ROGER MCINTOSH vs. NO. CALIF. UNIVERSAL, ET AL

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>107CV01080LJOGSA |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Fresno, California. I am over the age of 18 and not a party to this action. My business address is 741 N. FULTON STREET, FRESNO, CA, 93728.

On February 19, 2009, after substituted service under section CCP 415.20 (A) or 415.20 (B) or FRCIV.P 4(D)(1) was made, I mailed copies of the:
SUMMONS IN A CIVIL CASE; ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT; ORDER VACATING PREVIOUSLY SCHEDULED FILING DEADLINES AND HEARING DATES; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL; SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at BAKERSFIELD, **California, addressed as follows:**

> DEWALT CM, INC., A CALIFORNIA CORPORATION ALSO DOING BUSINESS AS
> DEWALT CORPORATION
> BRANDON THOMPSON, PERSON APPARENTLY IN CHARGE
> 1930 22ND ST
> BAKERSFIELD, CA 93301

**I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.**

**Fee for service:**   $ 166.00

| [X] | Registered: SACRAMENTO County,<br>Number: 2005-05<br>**Attorney's Diversified Services**<br>741 N. Fulton Street<br>Fresno, CA 93728<br>559-233-1475<br>323/0C275227-01   PROOF OF SERVICE BY MAIL | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed<br>on: February 19, 2009,<br>at: FRESNO, California.<br>Signature: _____<br>Name: CHELLE AUSTIN<br>Title: EMPLOYEE OF A REGISTERED PROCESS SERVER |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| BORTON PETRINI LLP<br>JEFFREY A. TRAVIS, ESQ - SBN # 235507<br>5060 CALIFORNIA AVENUE, 7TH FLOOR<br>BAKERSFIELD, CA 93309 | (661) 322-3051 | |
| ATTORNEY FOR (NAME)   ROGER MCINTOSH | REFERENCE NUMBER<br>0C275227-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, EASTERN DISTRICT
2500 TULARE STREET
FRESNO, CA 93721

SHORT NAME OF CASE
ROGER MCINTOSH vs. NO. CALIF. UNIVERSAL, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>107CV01080LJOGSA |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE; ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT; ORDER VACATING PREVIOUSLY SCHEDULED FILING DEADLINES AND HEARING DATES; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL; SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

**Name:** DEWALT CM, INC., A CALIFORNIA CORPORATION ALSO DOING BUSINESS AS DEWALT CORPORATION

**Person Served:** BRANDON THOMPSON
**Title:** PERSON APPARENTLY IN CHARGE

**Date of Delivery:** 02/18/09
**Time of Delivery:** 04:05 pm

**Place of Service:** 1930 22ND ST
BAKERSFIELD, CA 93301                    (Business)

**Physical Description:**

| AGE: | 25 | HAIR: | BLOND | HEIGHT: | 5'11" | RACE: | C |
| SEX: | M | EYES: | BLUE | WEIGHT: | 180LBS | | |

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 166.00

---

[X] Registered: KERN County,
Number: 548

Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728                Client File #30833/62069
559-233-1475
30B/0C275227-01         PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: February 19, 2009
at: BAKERSFIELD, California.

Signature: *Angel Raygoza*
Name: ANGEL RAYGOZA
Title: REGISTERED CALIFORNIA PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| BORTON PETRINI LLP<br>JEFFREY A. TRAVIS, ESQ - SBN # 235507<br>5060 CALIFORNIA AVENUE, 7TH FLOOR<br>BAKERSFIELD, CA  93309 | (661) 322-3051 | |
| ATTORNEY FOR (NAME)   ROGER MCINTOSH | REFERENCE NUMBER<br>0C275227-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, EASTERN DISTRICT
2500 TULARE STREET
FRESNO, CA 93721

SHORT NAME OF CASE
ROGER MCINTOSH vs. NO. CALIF. UNIVERSAL, ET AL

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>107CV01080LJOGSA |
|---|---|---|---|---|

**I received the within process on February 13, 2009 and that after due and diligent effort I have been unable to effect personal service on the within named party at the following address. However, extraordinary efforts were required to effect service as described below.**

Name:       DEWALT CM, INC., A CALIFORNIA CORPORATION ALSO DOING
            BUSINESS AS DEWALT CORPORATION

Home:       5619 REX ROTH
            BAKERSFIELD, CA 93301

Business:   1930 22ND ST
            BAKERSFIELD, CA 93301

**As enumerated below:**

| Date | Time | Description |
|---|---|---|
| 02/11/09 | 04:37 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 02/12/09 | 05:43 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 02/13/09 | 04:50 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 02/14/09 | 09:15 am | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 02/15/09 | 12:30 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 02/16/09 | 06:09 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 02/17/09 | 08:10 am | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 02/18/09 | 02:02 pm | LOCATED NEW ADDRESS. NOW ATTEMPTING SERVICE AT 1930 22ND ST. BAKERSFIELD, CA 93301. PHONE NUMBER 661-323-4600 |
| 02/18/09 | 04:05 pm | SUBSTITUTED SERVICE |

**Fee for service:**    $ 166.00

---

[X] Registered: . . . . . . KERN . . . . . . . County,
    Number: . . . . . 548 . . . . . . . . . . . . . .



Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475

Client File #30833/62069

330/0C275227-01          DECLARATION OF DILIGENCE

I declare under penalty of perjury that the foregoing is true and correct
and that this declaration was executed
on: . . . . . . . February 19, 2009 . . . . . . ,
at: . . . . . . . . . BAKERSFIELD . . . . . , California.

Signature: *Angel Raygoza*
Name: ANGEL RAYGOZA
Title: REGISTERED CALIFORNIA PROCESS SERVER