Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY, OR IN THE ALTERNATIVE, TO ORDER THAT PLAINTIFF BE PRECLUDED FROM OFFERING THE ASSIGNMENT OF COPYRIGHT AS EVIDENCE AT TRIAL**<br><br>**DATE:  APRIL 3, 2009**<br>**TIME:   9:30 A.M.**<br>**DEPT.:  4**<br>**JUDGE: Lawrence J. ONeill** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that at 9:30 a.m. on April 3, 2009, or as soon as the matter can be heard, Defendant Northern California Universal Enterprise Company will and hereby does move the Court for an order to compel discovery or, in the alternative, to order that Plaintiff be precluded from offering the assignment of copyright as evidence at trial.

1

This motion has been made for good cause and is based upon the Memorandum of Points and Authorities in Support thereof and the declaration of Steven J. Hassing filed herewith.

Dated this 23rd day of February, 2009        /s/ Steven J. Hassing, Esq.
                                             Steven J Hassing, Attorney
                                             for defendants

**CERTIFICATE OF SERVICE**

1. On February _23_, 2009, I served the following document:

    **NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY, OR IN THE ALTERNATIVE, TO ORDER THAT PLAINTIFF BE PRECLUDED FROM OFFERING THE ASSIGNMENT OF COPY-RIGHT AS EVIDENCE AT TRIAL**

2. The above-named document was served by the following means to the persons as listed below:

    ECF System of the United States Bankruptcy Court, District of Nevada.

_XX_   United States Mail, first class postage fully prepaid and addressed to:

   James Braze
   Jeffrey Travis
   Borton, Petrini, LLP
   1600 Truxtun Avenue
   Bakersfield, CA  93301

   Chaka Okadigbo
   Garcia Calderon Ruiz, LLP
   500 South Grand Avenue, Ste. 1100
   Los Angeles, CA  90071

   By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 23rd Day of February, 2009.

                              /s/ Kimberley A. Hassing
                              Kimberley A. Hassing