Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                               Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                               Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**WITHDRAWAL OF MOTION TO COMPEL DISCOVERY**<br><br>**HEARING DATE:  APRIL 3, 2009**<br>**TIME:   9:30 A.M.**<br>**DEPT.:   4**<br>**JUDGE: Lawrence J. ONeill** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Please take notice that Northern California Universal Enterprise Company hereby withdraws its motion for an order to compel discovery which is currently scheduled to be heard in Department 4 at 9:30 a.m. on April 3, 2009.


Dated this 9th day of March, 2009            /s/ Steven J. Hassing, Esq.
                                             Steven J Hassing, Attorney
                                             for defendants

1

**CERTIFICATE OF SERVICE**

1. On March 12, 2009, I served the following document:

   **NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY**

2. The above-named document was served by the following means to the persons as listed below:

__XX__  United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 12th Day of March, 2009.

                                                   /s/ Kimberley A. Hassing
                                                   Kimberley A. Hassing