**William L. Alexander** (State Bar Number 126607)
Alexander & Associates
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for defendant DeWalt CM, Inc.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | Case No.  107CV 01080 LJO-GSA |
| Plaintiff, | |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al. | |
| Defendants. | |

    DeWalt CM, Inc., a California corporation, hereby answers plaintiff's Second Amended Complaint by admitting, denying, and alleging as follows:

    1.    In answer to paragraph 1 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

    2.    In answer to paragraph 2 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

    3.    In answer to paragraph 3 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1

ANSWER TO SECOND AMENDED COMPLAINT
Case No.: 1:07-cv-01080-LJO-GSA

1  each and every allegation therein.

2      4.    In answer to paragraph 4 of the second amended complaint, defendant lacks sufficient
3  information and belief upon which to either admit or deny the allegations and, for that reason, denies
4  each and every allegation therein.

5      5.    In answer to paragraph 5 of the second amended complaint, defendant lacks sufficient
6  information and belief upon which to either admit or deny the allegations and, for that reason, denies
7  each and every allegation therein.

8      6.    In answer to paragraph 6 of the second amended complaint, defendant lacks sufficient
9  information and belief upon which to either admit or deny the allegations and, for that reason, denies
10 each and every allegation therein.

11     7.    In answer to paragraph 7 of the second amended complaint, defendant lacks sufficient
12 information and belief upon which to either admit or deny the allegations and, for that reason, denies
13 each and every allegation therein.

14     8.    In answer to paragraph 8 of the second amended complaint, defendant lacks sufficient
15 information and belief upon which to either admit or deny the allegations and, for that reason, denies
16 each and every allegation therein.

17     9.    In answer to paragraph 9 of the second amended complaint, defendant lacks sufficient
18 information and belief upon which to either admit or deny the allegations and, for that reason, denies
19 each and every allegation therein.

20     10.    In answer to paragraph 10 of the second amended complaint, defendant lacks
21 sufficient information and belief upon which to either admit or deny the allegations and, for that
22 reason, denies each and every allegation therein.

23     11.    In answer to paragraph 11 of the second amended complaint, defendant lacks
24 sufficient information and belief upon which to either admit or deny the allegations and, for that
25 reason, denies each and every allegation therein.

26     12.    In answer to paragraph 12 of the second amended complaint, defendant lacks
27 sufficient information and belief upon which to either admit or deny the allegations and, for that
28 reason, denies each and every allegation therein.

**Alexander & Associates**
**Attorneys at Law**
**1925 G Street**
**Bakersfield, CA 93301**
**(661) 316-7888**

2

**ANSWER TO SECOND AMENDED COMPLAINT**
**Case No.:  1:07-cv-01080-LJO-GSA**

13.    In answer to paragraph 13 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

14.    In answer to paragraph 14 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

15.    In answer to paragraph 15 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

16.    In answer to paragraph 16 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

17.    In answer to paragraph 17 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

18.    In answer to paragraph 18 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

19.    In answer to paragraph 19 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

20.    In answer to paragraph 20 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

21.    In answer to paragraph 21 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

22.    In answer to paragraph 22 of the second amended complaint, defendant lacks

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3

ANSWER TO SECOND AMENDED COMPLAINT
Case No.:  1:07-cv-01080-LJO-GSA

1 sufficient information and belief upon which to either admit or deny the allegations and, for that
2 reason, denies each and every allegation therein.

3     23.     In answer to paragraph 23 of the second amended complaint, defendant lacks
4 sufficient information and belief upon which to either admit or deny the allegations and, for that
5 reason, denies each and every allegation therein.

6     24.     In answer to paragraph 24 of the second amended complaint, defendant lacks
7 sufficient information and belief upon which to either admit or deny the allegations and, for that
8 reason, denies each and every allegation therein.

9     25.     In answer to paragraph 25 of the second amended complaint, defendant lacks
10 sufficient information and belief upon which to either admit or deny the allegations and, for that
11 reason, denies each and every allegation therein.

12     26.     In answer to paragraph 26 of the second amended complaint, defendant lacks
13 sufficient information and belief upon which to either admit or deny the allegations and, for that
14 reason, denies each and every allegation therein.

15     27.     In answer to paragraph 27 of the second amended complaint, defendant lacks
16 sufficient information and belief upon which to either admit or deny the allegations and, for that
17 reason, denies each and every allegation therein.

18     28.     In answer to paragraph 28 of the second amended complaint, defendant lacks
19 sufficient information and belief upon which to either admit or deny the allegations and, for that
20 reason, denies each and every allegation therein.

21     29.     In answer to paragraph 29 of the second amended complaint, defendant lacks
22 sufficient information and belief upon which to either admit or deny the allegations and, for that
23 reason, denies each and every allegation therein.

24     30.     In answer to paragraph 30 of the second amended complaint, defendant lacks
25 sufficient information and belief upon which to either admit or deny the allegations and, for that
26 reason, denies each and every allegation therein.

27     31.     To the extent paragraph 31 purports to make charging allegations against this
28 answering defendant denies, generally and specifically, each and every allegation therein.

4

**Alexander & Associates**
**Attorneys at Law**
**1925 G Street**
**Bakersfield, CA 93301**
**(661) 316-7888**

**ANSWER TO SECOND AMENDED COMPLAINT**
**Case No.: 1:07-cv-01080-LJO-GSA**

1  Otherwise, defendant lacks sufficient information and belief upon which to either admit or deny the
2  allegations and, for that reason, denies each and every allegation therein.

3      32.    In answer to paragraph 32 of the second amended complaint, defendant lacks
4  sufficient information and belief upon which to either admit or deny the allegations and, for that
5  reason, denies each and every allegation therein.

6      33.    To the extent paragraph 33 purports to make charging allegations against this
7  answering defendant denies, generally and specifically, each and every allegation therein.
8  Otherwise, defendant lacks sufficient information and belief upon which to either admit or deny the
9  allegations and, for that reason, denies each and every allegation therein.

10     34.    To the extent paragraph 34 purports to make charging allegations against this
11 answering defendant denies, generally and specifically, each and every allegation therein.
12 Otherwise, defendant lacks sufficient information and belief upon which to either admit or deny the
13 allegations and, for that reason, denies each and every allegation therein.

14     35.    In answer to paragraph 35 of the second amended complaint, defendant lacks
15 sufficient information and belief upon which to either admit or deny the allegations and, for that
16 reason, denies each and every allegation therein.

17     36.    To the extent paragraph 36 purports to make charging allegations against this
18 answering defendant denies, generally and specifically, each and every allegation therein.
19 Otherwise, defendant lacks sufficient information and belief upon which to either admit or deny the
20 allegations and, for that reason, denies each and every allegation therein.

21     37.    In answer to paragraph 37 of the second amended complaint, defendant incorporates
22 its responses above to paragraphs 1 – 36.

23     38.    In answer to paragraph 38 of the second amended complaint, defendant lacks
24 sufficient information and belief upon which to either admit or deny the allegations and, for that
25 reason, denies each and every allegation therein.

26     39.    To the extent paragraph 39 purports to make charging allegations against this
27 answering defendant denies, generally and specifically, each and every allegation therein.
28 Otherwise, defendant lacks sufficient information and belief upon which to either admit or deny the

**Alexander & Associates**
**Attorneys at Law**
**1925 G Street**
**Bakersfield, CA 93301**
**(661) 316-7888**

5

**ANSWER TO SECOND AMENDED COMPLAINT**
**Case No.: 1:07-cv-01080-LJO-GSA**

1 allegations and, for that reason, denies each and every allegation therein.

2 40. To the extent paragraph 40 purports to make charging allegations against this answering defendant denies, generally and specifically, each and every allegation therein. Otherwise, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

41. In answer to paragraph 41 of the second amended complaint, defendant incorporates its responses above to paragraphs 1 – 40.

42. In answer to paragraph 42 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

43. In answer to paragraph 43 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

44. In answer to paragraph 44 of the second amended complaint, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

45. To the extent paragraph 45 purports to make charging allegations against this answering defendant denies, generally and specifically, each and every allegation therein. Otherwise, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

46. To the extent paragraph 46 purports to make charging allegations against this answering defendant denies, generally and specifically, each and every allegation therein. Otherwise, defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's second amended complaint fails to state a claim upon which relief can be granted against this defendant.

2. Plaintiff's claims are barred in that plaintiff has failed to join an indispensable party.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

6

ANSWER TO SECOND AMENDED COMPLAINT
Case No.:  1:07-cv-01080-LJO-GSA

3. Plaintiff's claims are barred on account of misjoinder of parties.

4. Plaintiff's claims are barred under the doctrine of estoppel on account of the actions and lack of action of plaintiff.

5. Plaintiff's claims are barred under the doctrine of unclean hands on account of the actions of plaintiff.

6. Plaintiff's claims are partially or fully barred in that plaintiff would be unjustly enriched.

7. Plaintiff failed to take reasonable steps to mitigate his damages, if any.

8. Plaintiff's claims are barred in that plaintiff filed his second amended complaint without probable cause and with improper motives.

WHEREFORE, this answering defendant requests:

1. That this action be dismissed or that judgment be entered in defendant's favor and against plaintiff;

2. That defendant be awarded recoverable costs and attorneys' fees incurred herein; and

3. That defendant be awarded such other and further relief as the court deems just.

Dated: March 16, 2009                ALEXANDER & ASSOCIATES, PLC

By: /S/ WILLIAM L. ALEXANDER
Attorneys for defendant DeWalt CM, Inc.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

7

ANSWER TO SECOND AMENDED COMPLAINT
Case No.: 1:07-cv-01080-LJO-GSA