BONIFACIO B. GARCIA (SBN 100761)
EVA M. PLAZA (SBN 250321)
CHAKA C. OKADIGBO (SBN 224547)
GARCIA CALDERON RUIZ, LLP
500 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
(213) 347-0210; Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

ROGER McINTOSH.

Plaintiffs,

vs.

NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC. *et al.*

Defendants.

Case No: 1:07-CV-01080-LJO-GSA

**CROSS-COMPLAINANT CITY OF WASCO'S NOTICE OF MOTION AND MOTION SEEKING LEAVE OF COURT TO FILE A SUPPLEMENTAL PLEADING (AMENDED CROSS-COMPLAINT) PURSUANT TO RULE 15(D) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Date: April 30, 2009
Time: 8:30 a.m.
Dept: 4
Judge: Lawrence J. O'Neill

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 30, 2009, at 8:30 a.m. in Department 4 of the U.S. District Court for the Eastern District of California, Fresno Division, or as soon as the matter may be heard, Cross-Complainant City of Wasco (the "City") hereby moves the Court for leave to file an amended cross-complaint as a supplemental pleading pursuant to Rule 15(d) of the Federal Rules of Civil Procedure.

This *Notice of Motion and Motion* is made on the grounds that allowing the City to amend its cross-complaint is in the interests of judicial economy, it promotes a complete adjudication of the dispute between the parties and Cross-Defendant will not suffer any prejudice from the proposed amendment. The City's *Memorandum of Points and Authorities in Support of*

*Motion Seeking Leave of Court to File a Supplemental Pleading* and the *Declaration of Chaka C. Okadigbo in Support of Cross-Complainant City of Wasco's Motion Seeking Leave to File a Supplemental Pleading*, both of which have been filed separately and concurrently with this *Notice of Motion and Motion*, states additional grounds upon which the City's *Motion* is based.

DATED: March 30, 2009

GARCIA CALDERON RUIZ, LLP

By: ______________________________
CHAKA C. OKADIGBO
Attorneys for Defendant
CITY OF WASCO

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E)**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 500 South Grand Avenue, Suite 1100, Los Angeles, California 90071.

On **March 30, 2009**, I served the following documents: **CROSS-COMPLAINANT CITY OF WASCO'S NOTICE OF MOTION AND MOTION SEEKING LEAVE OF COURT TO FILE A SUPPLEMENTAL PLEADING (AMENDED CROSS-COMPLAINT) PURSUANT TO RULE 15(D) OF THE FEDERAL RULES OF CIVIL PROCEDURE** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

Jeffrey Travis
Borton Petrini, LLP
1600 Truxtun Ave.
Bakersfield, CA 93301
jtravis@bortonpetrini.com

Steven J. Hassing
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747
stevehassing@yahoo.com

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA 93301
walexander@alexander-law.com

( ) **BY MAIL**: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( **X** ) **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rules(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

( ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( **X**) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **March 30, 2009**, Los Angeles, California.

**Carolyn Dominguez**