1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   jbraze@bortonpetrini.com
5  jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh
   dba McIntosh & Associates
7

8                    UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | ROGER McINTOSH,                              | Case No. 1:07-CV-01080-LJO-GSA
12 |         Plaintiff,                           |
13 | v.                                            | NOTICE OF MOTION AND MOTION TO ADD ADDITIONAL PARTY UNDER FEDERAL RULES OF CIVIL PROCEDURE 15(a)(2)
14 | NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California |
15 | corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal | DATE: May 22, 2009
16 | corporation; DEWALT CM, INC., a California | TIME: 9:30 am
   | corporation also doing business as DEWALT | DEPT.: 10
17 | CORPORATION; DENNIS W. DE WALT, | JUDGE: Lawrence J. O'Neill;
   | INC., a California corporation also doing  |        Gary S. Austin
18 | business as DEWALT CORPORATION; and |
   | DOES 1 through 10, inclusive,              |
19 |                                              |
   |         Defendants.                          |
20

21 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

22          PLEASE TAKE NOTICE that on May 22, 2009, or as soon as the matter can be

23 heard, plaintiff Roger McIntosh hereby moves the Court to add Dennis W. DeWalt, Inc., also known

24 as DeWalt Corporation, ("DeWalt") as a party defendant pursuant to Federal Rules of Civil

25 Procedure 15(a)(2).

26          This notice and motion and Third Amended Complaint is made for good cause as

27 supported by the attached Memorandum of Points and Authorities in Support of this Motion and

28 pursuant to the Third Amended Complaint filed separately and concurrently with this motion. The

Third Amended Complaint is based on comments and evidence produced by DeWalt CM, Inc., after being served with the Second Amended Complaint. This information is further detailed in the memorandum and its supporting declaration.

This motion is also made based on meeting and conferring with counsel for defendants which failed to result in a stipulation between plaintiff and Northern California Universal Enterprises Company/Lotus Developments, LLC; and DeWalt CM, Inc.

This motion will be based on this notice, the accompanying Memorandum of Points and Authorities, the declaration of counsel with supporting exhibits, and the separately filed Third Amended Complaint.

DATED: April 23, 2009        BORTON PETRINI, LLP


By: /s/ Jeffrey A. Travis
    Jeffrey A. Travis, Attorneys for Plaintiff,
    Roger McIntosh dba McIntosh & Associates

# PROOF OF SERVICE
### (FRCP No. 5(b)(2)(E))

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **April 23, 2009**, I served the foregoing document **NOTICE OF MOTION AND MOTION TO ADD ADDITIONAL PARTY UNDER FEDERAL RULES OF CIVIL PROCEDURE 15(a)(2)** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>**Law Offices of Steven J. Hassing**<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>**Alexander & Associates**<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

x    **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

____    **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **April 23, 2009**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Vanessa J. Claridge                                               /s/Vanessa J. Claridge