· lj

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   email: jbraze@bortonpetrini.com
5  email: jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh dba McIntosh
   & Associates
7

8              UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                        Case No.  1:07-CV-01080 LJO-GSA

12              Plaintiff,
                                           DECLARATION OF JEFFREY A.
13  v.                                     TRAVIS IN SUPPORT OF MOTION TO
                                           AMEND PLEADINGS TO ADD DENNIS
14  NORTHERN CALIFORNIA UNIVERSAL          W. DE  WALT, INC
    ENTERPRISES COMPANY, a California
15  corporation; LOTUS DEVELOPMENTS,
    LLP; THE CITY OF WASCO, a municipal
16  corporation; DEWALT CM, INC., a California   DATE:   May 22, 2009
    corporation also doing business as DEWALT    TIME:   9:30 am
17  CORPORATION; DENNIS W. DE WALT,         DEPT.:  10
    INC., a California corporation also doing     JUDGE: Lawrence J. O'Neill;
18  business as DEWALT CORPORATION; and             Gary S. Austin
    DOES 1 through 10, inclusive,
19
20              Defendants.

21

22          I, Jeffrey A. Travis, state, and if so called, will testify as follows:

23          1.      I am an attorney for the plaintiff in the above-named case and have been

24  responsible for preparing, reviewing, instructing and conducting discovery and investigation into the

25  facts surrounding this case.

26          2.      I am duly licensed to practice in the courts of the State of California including

27  the Eastern District of California.

28          3.      An original complaint for copyright infringement was filed against Northern

1   California Universal Enterprises, Lotus Developments, LLP, and Joe Wu, on July 26, 2007.

2   Thereafter, and pursuant to a stipulation between the plaintiff and defendants, a first amended

3   complaint was filed on June 12, 2008, which added the City of Wasco as a defendant and which also

4   included a second cause of action for contributory copyright infringement against all defendants.

5           4.      Discovery so far has revealed to me that acts of indirect and direct

6   infringement occurred from 2004 to 2007.

7           5.      An unopposed motion to add DeWalt CM, Inc., doing business as DeWalt

8   Corporation was granted by this Court on February 4, 2009, and based on newly discovered evidence

9   during the deposition of Jeffrey Gutierrez, the president of "DeWalt Corporation" that DeWalt CM,

10   Inc., should be added as a party.  Thereafter, a second amended complaint was served on DeWalt

11   CM, Inc., on February 18, 2009.

12          6.      On or about March 16, 2009, we received notice that DeWalt CM, Inc., filed

13   its answer to McIntosh's Second Amended Complaint.

14          7.      On or about March 4, 2009 counsel for DeWalt CM, Inc., told me in a

15   correspondence that we had added the wrong party and that McIntosh should have added Dennis W.

16   De Walt, Inc., and demanding that plaintiffs dismiss DeWalt CM, Inc.  Attached hereto as Exhibit

17   A is a true and correct copy of an email correspondence I received from counsel for DeWalt CM, Inc.

18          8.      On or about March 6, 2009 I caused to be sent to counsel for DeWalt CM,

19   Inc., a response that explained our position that acts of infringement occurred while DeWalt CM,

20   Inc., was still in existence, that the principal is the same, the address is the same, the website is the

21   same, and the logos are the same as DeWalt Corporation.  I had also asked counsel for DeWalt CM,

22   Inc., that if he had any additional facts to present to us that would distinguish DeWalt CM, Inc., and

23   relieve them of successor liability for the acts alleged in the complaint we would consider them.

24   Attached hereto as Exhibit B is a true and correct copy of an email correspondence I caused to be

25   sent to counsel for DeWalt CM, Inc., on March 6, 2009.

26          9.      On April 13, 2009, and before the Case Management Conference on April 15,

27   2009, I emailed all counsel proposing an agreement to add Dennis W. De Walt, Inc., to avoid adding

28   them later in the event this entity should be added. I did so to avoid duplicative discovery, before the

1   parties committed themselves to discovery, and to prevent any future delays to this Court and the
2   parties. Attached hereto as Exhibit C is a true and correct copy of an email correspondence I caused
3   to be sent to counsel for DeWalt CM, Inc., on March 6, 2009.

4           10.     I received notice on April 14, 2009 that both Northern California Universal
5   Enterprises Co., and DeWalt CM, Inc., would not stipulate to the addition of Dennis W. De Walt,
6   Inc. Attached hereto as Exhibits D and E are true and correct copies I received from both counsel
7   stating they would not consent to a stipulation.

8           11.     The facts I have reviewed reveal that DeWalt CM, Inc., was formed in 2005
9   according to the California Secretary of State website and during the time when infringing acts
10  occurred. Attached hereto as Exhibit F is a true and correct copy of the California Secretary of State
11  website printout for DeWalt CM, Inc.

12          12.     The facts I have reviewed from counsel for Dennis W. De Walt, Inc., reveal
13  that Dennis W. De Walt, Inc., was formed in 1973 according to the California Secretary of State
14  website. Attached hereto as Exhibit G is a true and correct copy of the California Secretary of State
15  website printout for Dennis W. De Walt, Inc.

16          13.     All documents, websites, email addresses, and logos I have reviewed identify
17  the work done on the Valley Rose planned community as "DeWalt Corporation" without saying who
18  is the company which that name is doing business as.

19          Attached hereto as Exhibit H is a true and correct copies of the current home page and
20  selected pages of www.dewaltcorp.com which I caused to be downloaded and printed.

21          Attached hereto as Exhibit I is a true and correct copy of a website printout from
22  archive.org showing an identical DeWalt Corporation in 1999 with website, logo, and email which
23  I caused to be downloaded and printed.

24          Attached hereto as Exhibit J is a true and correct copy of a website printout from
25  archive.org showing an identical DeWalt Corporation in 2004 with website, logo, and contact
26  information which I caused to be downloaded and printed.

27          14.     I have not received any documentation from DeWalt CM, Inc., such as
28  purchase agreements or other documents, that showed that it is not doing business as DeWalt

1  Corporation and that would cause plaintiff to dismiss DeWalt CM, Inc., from the complaint.

2        15.    Plaintiffs have completed most discovery and it is believed most of the

3  depositions by parties other than DeWalt CM, Inc., have been mostly completed also.

4        16.    After the addition of DeWalt CM, Inc., plaintiff provided to them all

5  documents produced so far in connection with this case.

6        17.    Pursuant to an agreement made at the April 15, 2009 Case Management

7  Conference, on April 15 and April 21, 2009, I caused an email to be sent to counsel for DeWalt CM,

8  Inc., requesting that we get together to review any documents to relieve DeWalt CM, Inc., of

9  liability. Attached hereto as Exhibits K and L are true and correct copies of emails I caused to be sent

10  to counsel for DeWalt CM, Inc.

11        I declare under penalty of perjury, under the laws of the State of California, that the

12  foregoing is true and correct.

13        Executed this 23rd day of April, 2009, at Bakersfield, California.

14

15                     /s/ Jeffrey A.

16                     Jeffrey A. Travis, Declarant

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF MOTION TO AMEND PLEADINGS

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **April 23, 2008,** I served the foregoing document described as **DECLARATION OF JEFFREY A. TRAVIS IN SUPPORT OF MOTION TO AMEND PLEADINGS TO ADD DENNIS W. DE WALT, INC.,** on the other party(ies) in this action as follows:

Steven John Hassing, Esq.
 Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747
email address: **stevehassing@yahoo.com**

Attorneys for Attorneys for Defendants,
Northern California Universal Enterprises
Company and Lotus Developments
Tel:    916/677-1776
**Fax:   916/677-1770**

Chaka Okadigbo
**Garcia Calderon Ruiz, LLP**
500 South Grand Ave Suite 1100
Los Angeles, CA 90071
email address: **cokadigbo@gcrlegal.com**

Attorneys for Defendant, City of Wasco

Tel: 213/347-0210
**Fax: 213-347-0216**

William L. Alexander, Esq.
Alexander & Associates
1925 "G" Street
Bakersfield, CA 93301
email address: **walexander@alexander-law.com**

Attorneys for Defendant, DeWalt CM, Inc.

Tel: 661/316-7888
**Fax: 661/316-7890**

☒      **BY ELECTRONIC SERVICE:**  Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF..  Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

☐      **BY MAIL:**  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **April 23, 2009,** at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____          _/s/ Vanessa J. Claridge_
        Vanessa J. Claridge

# EXHIBIT   A

# ALEXANDER & ASSOCIATES

### A Professional Law Corporation

### ATTORNEYS AT LAW

William L. Alexander
Tenielle E. Cooper
Dustin L. Freer
Kathleen Rivera

1925 G Street
Bakersfield, CA 93301
Website: www.alexander-law.com

Phone: (661) 316-7888
Fax: (661) 316-7890
Emails: walexander@alexander-law.com
tcooper@alexander-law.com
dfreer@alexander-law.com
krivera@alexander-law.com

March 4, 2009

Jeffrey A. Travis, Esq.                                     <u>Via Email & Fax, Only</u>
Borton Petrini
56060 California Avenue, Suite 700
Bakersfield, CA 93303-2026

Re:  <u>McIntosh v. Northern California Universal, etc., et al,</u>
     USDC, Eastern District, Case No. 1:07-CV-01080-LJO-GSA

Dear Mr. Travis:

Please be advised that this firm represents DeWalt CM, Inc., a California corporation, in connection with the above-referenced matter.

It has come to my attention that DeWalt CM, Inc. has been joined as a defendant in the above-referenced matter. I must inform you that your client has joined the wrong company. DeWalt CM, Inc. is not involved in any way with the above-referenced action or in relation to any of the facts alleged in the pleadings. It would behoove your client to immediately dismiss DeWalt CM, Inc. and file the appropriate application for permission to join the proper party. It is my understanding that your client has, or should have, more than sufficient documentation to know the identity of the corporation which was, in fact, involved in the development in question, which corporation is Dennis W. DeWalt, Inc., a California corporation. As you should now be able to confirm, DeWalt CM, Inc. and Dennis W. DeWalt, Inc. are different and separate companies.

If forced to file responsive pleadings in this action, DeWalt CM will seek to recover its attorney's fees and costs incurred when it is ultimately found not responsible in this action and joined incorrectly.

Please call with any questions or comments.

Very truly yours,

WILLIAM L. ALEXANDER

WLA/dr
cc:    Client
       Counsel of record

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

# EXHIBIT  B

LAW OFFICES OF

# BORTON PETRINI, LLP

5000 CALIFORNIA AVENUE, SUITE 700
POST OFFICE BOX 2026
BAKERSFIELD, CALIFORNIA 93303-2026
(661) 322-3051
FAX: (661) 322-4628
EMAIL: BPCBAK@BORTONPETRINI.COM
WEB SITE: WWW.BORTONPETRINI.COM

F.E. BORTON (1877-1948)
JAMES PETRINI (1897-1976)
HARRY M. CONRON (1907-1979)
RICHARD E. HITCHCOCK (1925-2000)
JOHN F. PETRINI (1944-2008)

REGIONAL OFFICES
FRESNO
TELEPHONE (559) 285-0117
FAX (559) 237-7996
LOS ANGELES
TELEPHONE (213) 624-2869
FAX (213) 480-3930
MODESTO
TELEPHONE (209) 576-1701
FAX (209) 527-9753
ORANGE COUNTY
TELEPHONE (562) 508-2300
FAX (562) 506-2322
SACRAMENTO
TELEPHONE (916) 858-1212
FAX (916) 861-1252

REGIONAL OFFICES
SAN BERNARDINO
TELEPHONE (909) 381-0587
FAX (909) 341-0658
SAN DIEGO
TELEPHONE (619) 232-2424
FAX (619) 531-0794
SAN FRANCISCO
TELEPHONE (415) 677-0730
FAX (415) 677-0737
SAN JOSE
TELEPHONE (408) 535-0870
FAX (408) 536-0876

IN REPLY REFER
TO OUR FILE NO.
Bakersfield
054493/060971

March 6, 2009

**VIA E-MAIL & U.S. MAIL**
**walexander@alexander-law.com**

William L. Alexander, Esq.
Alexander & Associates
1925 "G" Street
Bakersfield, CA 93301

      Re:   McIntosh v. Northern California Universal Enterprises Company, et al.
               Case No. 1:07-CV-01080-LJO-GSA

Dear Mr. Alexander:

      We appreciate the advance notice of your position however, it was unnecessary and once you have a chance to review all of the facts you will understand why.

      First, we have no record of any entity named, "Dennis W. DeWalt, Inc." What we do know is that there was a company doing business as DeWalt Corporation and which contracted with Northern California Universal Enterprises Company ("NCUE") to process a subdivision map for Tract No. 6451 in September of 2004. DeWalt Corporation was and has been a recorded fictitious business name since June of 2000.

      We also know that Jeff Gutierrez purchased a company from Dennis DeWalt using its logo website, email address, letterhead and name. We also know that there have been no distinctions between the persons and positions at "DeWalt Corporation" dealing with NCUE when the 2004 contract was formed and as "DeWalt Corporation" continued to work pursuant to that contract until 2007, long after DeWalt CM, Inc. became a viable entity. (In fact, some of the acts of infringement occurred even after its formation.) All work during the entire contract term was performed from the exact same address where DeWalt CM, Inc. currently carries on its principal place of business.

      You have only recently been introduced to the facts of this case and we have all documents produced and ready for your pick up or delivery. If you would like to discuss these issues when these documents are produced, we would be more than willing to consider any additional facts you may have which would somehow relieve DeWalt CM, Inc. of liability for acts flowing from the 2004 contract. At this point, there is no good reason to do this and without more have no plans to do so.

# BORTON PETRINI, LLP

William L. Alexander, Esq.
March 6, 2009
Page 2

Again, we appreciate your notice of these facts.  Should you have any questions, please do not hesitate to contact us.

Very truly yours,

Jeffrey A. Travis

JAT:nr

# EXHIBIT   C

## Jeff Travis

| | |
|---|---|
| **From:** | Jeff Travis |
| **Sent:** | Tuesday, April 14, 2009 8:44 AM |
| **To:** | walexander@alexander-law.com; 'Chaka Okadigbo'; 'stevehassing@yahoo.com' |
| **Cc:** | James Braze |
| **Subject:** | McIntosh v. NCUE (CMC tomorrow) |

Gentlemen:

It occurred to me yesterday that after we have conducted discovery on the issue we may need to also add Dennis W. Dewalt, Inc at a later point in time. We can wait for this to unfold or simply bring it up to the judge and agree to add them now before we begin moving too far forward again. I also realized that this is something I should have put in the CMC regarding expected motions. If you agree, I can bring this up first thing with Judge O'Neil tomorrow.



**Jeffrey A. Travis**
Attorney At Law

jtravis@bortonpetrini.com

5060 California Avenue, Suite 700
Bakersfield, CA 93309
tel: (661) 322-3051
fax: (661) 322-4628

| | | | | |
|---|---|---|---|---|
| Fresno (559) 268-0117 | Los Angeles (213) 624-2869 | **Visit Our Website!** www.bortonpetrini.com | Modesto (209) 576-1701 | Orange County (562) 799-5434 |
| Sacramento (916) 858-1212 | San Bernardino (909) 381-0527 | San Diego (619) 232-2424 | San Francisco (415) 677-0730 | San Jose (408) 535-0870 |

*"Serving California Businesses for Over 100 Years"*

*CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, or distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Any inadvertent disclosure shall not compromise or waive the attorney-client privilege and/or attorney work-product privilege as to this communication, any attachments or otherwise. If you have received this communication in error, please contact Jeffrey A. Travis at jtravis@bortonpetrini.com or by telephone at (661) 322-3051. Thank you.*

# EXHIBIT   D

## Jeff Travis

| | |
|---|---|
| **From:** | Steve Hassing [stevehassing@yahoo.com] |
| **Sent:** | Tuesday, April 14, 2009 9:11 AM |
| **To:** | Jeff Travis |
| **Cc:** | Chaka; Bill Alexander |
| **Subject:** | Re: McIntosh v. NCUE (CMC tomorrow) |

I don't think Joe will agree to any additional parties. He refused to stipulate last time. But, I will ask. Until further notice the answer must be no.

Steve

--- On **Tue, 4/14/09, Jeff Travis** *<jtravis@bortonpetrini.com>* wrote:

> From: Jeff Travis <jtravis@bortonpetrini.com>
> Subject: McIntosh v. NCUE (CMC tomorrow)
> To: walexander@alexander-law.com, "Chaka Okadigbo" <cokadigbo@gcrlegal.com>,
> stevehassing@yahoo.com
> Cc: "James Braze" <jbraze@bortonpetrini.com>
> Date: Tuesday, April 14, 2009, 8:44 AM
>
> Gentlemen:
>
> It occurred to me yesterday that after we have conducted discovery on the issue we may need to also add Dennis W. Dewalt, Inc at a later point in time. We can wait for this to unfold or simply bring it up to the judge and agree to add them now before we begin moving too far forward again. I also realized that this is something I should have put in the CMC regarding expected motions. If you agree, I can bring this up first thing with Judge O'Neil tomorrow.



| | **Jeffrey A. Travis**<br>Attorney At Law<br><br>jtravis@bortonpetrini.com | *5060 California Avenue, Suite 700*<br>*Bakersfield, CA 93309*<br>*tel: **(661) 322-3051***<br>*fax: **(661) 322-4628*** |
|---|---|---|

| Fresno<br>(559) 268-0117 | Los Angeles<br>(213) 624-2869 | **Visit Our Website!**<br>**www.bortonpetrini.com** | Modesto<br>(209) 576-1701 | Orange County<br>(562) 799-5434 |
|---|---|---|---|---|
| Sacramento<br>(916) 858-1212 | San Bernardino<br>(909) 381-0527 | San Diego<br>(619) 232-2424 | San Francisco<br>(415) 677-0730 | San Jose<br>(408) 535-0870 |

*"Serving California Businesses for Over 100 Years"*

*CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, or distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Any inadvertent disclosure shall not compromise or waive the attorney-client privilege and/or attorney work-product privilege as to this communication, any attachments or otherwise. If you have received this communication in error, please contact Jeffrey A. Travis at jtravis@bortonpetrini.com or by telephone at (661) 322-3051. Thank you.*

# EXHIBIT   E

## Jeff Travis

| | |
|---|---|
| **From:** | William Alexander [walexander@alexander-law.com] |
| **Sent:** | Tuesday, April 14, 2009 9:16 AM |
| **To:** | Jeff Travis; Chaka Okadigbo; stevehassing@yahoo.com |
| **Cc:** | James Braze; Diane Ruff |
| **Subject:** | RE: McIntosh v. NCUE (CMC tomorrow) |

My client will not agree, especially in light of the efforts made to notify your client that he was moving to join the wrong party. What your client should do is dismiss DeWalt CM immediately and file a motion to join Dennis W. De Walt, Inc. This alternative was previously suggested to your client but rejected. If and when a claim is asserted against Dennis W. De Walt, Inc., which is insured, that company can tender the claim to its insurance carrier, if it elects to do so.

William L. Alexander
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA 93301
Phone: 661-316-7888
Fax: 661-316-7890

CONFIDENTIALITY NOTICE
This e-mail (including any attachments) may contain information from Alexander & Associates, PLC, which is legally confidential and/or privileged. The information contained in this e-mail (and any attachments) is intended only for the addressee(s) indicated. Do not copy, forward or distribute this e-mail without prior written permission of Alexander & Associates. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, forwarding or distribution of the e-mail is prohibited. If you have received this e-mail in error, please notify Alexander & Associates immediately, by e-mail and phone, and permanently delete the e-mail from your computer and destroy any printout.

**From:** Jeff Travis [mailto:jtravis@bortonpetrini.com]
**Sent:** Tuesday, April 14, 2009 8:44 AM
**To:** William Alexander; Chaka Okadigbo; stevehassing@yahoo.com
**Cc:** James Braze
**Subject:** McIntosh v. NCUE (CMC tomorrow)

Gentlemen:

It occurred to me yesterday that after we have conducted discovery on the issue we may need to also add Dennis W. Dewalt, Inc at a later point in time. We can wait for this to unfold or simply bring it up to the judge and agree to add them now before we begin moving too far forward again. I also realized that this is something I should have put in the CMC regarding expected motions. If you agree, I can bring this up first thing with Judge O'Neil tomorrow.



| Jeffrey A. Travis Attorney At Law jtravis@bortonpetrini.com | 5060 California Avenue, Suite 700 Bakersfield, CA 93309 tel: (661) 322-3051 fax: (661) 322-4628 |
|---|---|

| Fresno (559) 268-0117 | Los Angeles (213) 624-2869 | Visit Our Website! www.bortonpetrini.com | Modesto (209) 576-1701 | Orange County (562) 799-5434 |
|---|---|---|---|---|
| Sacramento (916) 858-1212 | San Bernardino (909) 381-0527 | San Diego (619) 232-2424 | San Francisco (415) 677-0730 | San Jose (408) 535-0870 |

*"Serving California Businesses for Over 100 Years"*

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are confidential and

4/21/2009

privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, or distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Any inadvertent disclosure shall not compromise or waive the attorney-client privilege and/or attorney work-product privilege as to this communication, any attachments or otherwise. If you have received this communication in error, please contact Jeffrey A. Travis at jtravis@bortonpetrini.com or by telephone at (661) 322-3051. Thank you.

# EXHIBIT   F



**California Business Portal**

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of APR 17, 2009 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| DEWALT CM, INC. | | |
| **Number:** C2744184 | **Date Filed:** 4/25/2005 | **Status:** active |
| **Jurisdiction:** California | | |
| Address | | |
| 1930 22ND STREET | | |
| BAKERSFIELD, CA 93301 | | |
| Agent for Service of Process | | |
| JEFFREY GUTIERREZ | | |
| 5619 REX ROTH | | |
| BAKERFIELD, CA 93301 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT   G

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of APR 17, 2009 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| DENNIS W. DE WALT, INC. | | |
| **Number:** C0703503 | **Date Filed:** 9/26/1973 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 1930 22ND ST | | |
| BAKERSFIELD, CA 93301 | | |
| **Agent for Service of Process** | | |
| JEFFREY A GUTIERREZ | | |
| 1930 22ND ST | | |
| BAKERSFIELD, CA 93301 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT   H





■ Who We Are    ▪ Our Services    ▪ Our Vision    ▪ Our Mission    ▣ Our Contact Info

**Innovative and Professional**

DeWalt's corporation offers an array of services and resources for Engineering, Planning, Land Surveying & Mapping, Land Development, Construction Management, and Public Works. Every aspect of these services are managed and performed by the DeWalt team from preliminary concept to completion. Every project is strategized by the firm's Staff Engineer or Project Manager under the direct supervision of a Registered Engineer with a support staff consisting of Senior Designers, CAD operators, and the Surveying Department.

▧ bottom bar

© 2004 DeWalt Corporation. All Rights Reserved.
Website development & hosting by The Marcom Group Inc.







■ Who We Are   ■ Our Services   ■ Our Vision   ■ Careers   ■ Our Contact Info

**1930 22nd St.**
**Bakersfield, CA, 93301**
**Tel 661.323.4600**
**Fax 661.323.4674**

**Innovative and Professional**

Please fill out your information in the fields below, and click
submit. We will contact you within 24 business hours. Thank
you.

First Name:
Last Name:
Email:
Address:
City:
State:
Phone:
Company Name:

Comments or
Questions:

Submit







■ Who We Are   ■ Our Services   ■ Our Vision   ■ Careers   ■ Our Contact Info

**Today's Corporation**





Serving Bakersfield, Kern County and the Southern San Joaquin Valley since 1965, Dewalt Corporation is a multi-disciplined consulting firm specializing in residential, commercial, and industrial land development. We provide professional civil engineering, land surveying, planning and construction management services to our distinguished and ever-growing clientle. Since the inception of DeWalt Corporation, we have grown from a one-man operation to one of Kern County's most accomplished and respected engineering and surveying firms.

President Jeffrey A. Gutierrez and the valued DeWalt Corporation Board of Directors have the responsibility for the strategic management and operations of the Corpoartion and for the constant improvement and possible growth of the staff and systems.

DeWalt Corporation's staff of dedicated engineers, land surveyors, designers and draftsmen hold advanced degrees and are recognized as qualified professionals in their various areas of practice. Our collective experience in residential, commercial and industrial land development, together with our overriding interest of putting the \"client first\", has earned us the acknowledged respect of local governing agencies and the long term patronage of many of our esteemed clients.

We take great pride in the fact that DeWalt Corporation is recognized for our outstanding record of professional accomplishment and our dedication to serving the total needs of the individual client. Our approach is simple: We communicate with every client to establish the intended goals and then provide the skilled personnel, resources and qualified experience necessary to ensure the successful and cost-effective completion in the project.

**Our Legacy**
**Today's Corporation**
**Curriculum Accreditations**

©DeWalt Corporation. All Rights Reserved.







▣ Who We Are   ▣ Our Services   ▣ Our Vision   ▣ Careers   ▣ Our Contact Info

**Innovative and Professional**

**Today's Corporation**

Serving Bakersfield, Kern County and the Southern San Joaquin Valley since 1965, Dewalt Corporation is a multi-disciplined consulting firm specializing in residential, commercial, and industrial land development. We provide professional civil engineering, land surveying, planning and construction management services to our distinguished and ever-growing clientle. Since the inception of DeWalt Corporation, we have grown from a one-man operation to one of Kern County's most accomplished and respected engineering and surveying firms.

President Jeffrey A. Gutierrez and the valued DeWalt Corporation Board of Directors have the responsibility for the strategic management and operations of the Corpoartion and for the constant improvement and possible growth of the staff and systems.

DeWalt Corporation's staff of dedicated engineers, land surveyors, designers and draftsmen hold advanced degrees and are recognized as qualified professionals in their various areas of practice. Our collective experience in residential, commercial and industrial land development, together with our overriding interest of putting the \"client first\", has earned us the acknowledged respect of local governing agencies and the long term patronage of many of our esteemed clients.

We take great pride in the fact that DeWalt Corporation is recognized for our outstanding record of professional accomplishment and our dedication to serving the total needs of the individual client. Our approach is simple: We communicate with every client to establish the intended goals and then provide the skilled personnel, resources and qualified experience necessary to ensure the successful and cost-effective completion in the project.

**Our Legacy**
**Today's Corporation**
**Curriculum Accreditations**

©DeWalt Corporation. All Rights Reserved.

# EXHIBIT   I



**CIVIL ENGINEERING • PLANNING • LAND SURVEYING • LAND DEVELOPMENT • CONSTRUCTION MANAGEMENT**

Serving Bakersfield and Kern County since 1965, DeWalt Corporation is a multi-disciplined consulting firm specializing in land development, civil engineering, planning, surveying, construction management, and public works. DeWalt Corporation's activities have covered five western states.

DeWalt Corporation is recognized for its outstanding record of professional accomplishments and its dedicated responsiveness to its client's needs, as well as providing the skills, resources and experience necessary to ensure the successful and cost-effective completion of each project. The rapid regional growth of the area we serve has created opportunities for more broad-based engineering services. The result has been our expansion of services from primarily Subdivision Engineering and Land Surveying to the inclusion of Public Works projects, Water Resource Projects, Oil Industry related Construction, Land Planning, Waste and Construction Management and Land Development, all of which is supported by computer-aided design and drafting technology.



Click HERE to for an introduction from Owner and President, Dennis W. DeWalt.

<u>HOME</u>

Send mail to abyrd@dewaltcorp.com with questions or comments about this web site.
Copyright © 1999 DeWalt Corporation
Last modified: June 06, 1999

# EXHIBIT   J

DEWALT
Corporation

■ Who We Are    ■ Our Services    ■ Our Vision    ■ Our Mission    ■ Our Contact Info

side

## Contact Us

1930 22nd St.
Bakersfield, CA, 93301

Tel 661.323.4600
Fax 661.323.4674

eMail

| | |
|---|---|
| **Company:** | |
| **Contact Name:** | |
| **Address:** | |
| **City:** | |
| **State:** | CA |
| **Postal/Zip:** | |
| **Phone Number:** | |
| **Fax:** | |
| **Email:** | |
| **Questions/Comments:** | |

[ Reset Form ]   [ Submit Entry ]

bottom bar

© 2004 DeWalt Corporation. All Rights Reserved.
Website development & hosting by The Marcom Group Inc.

# EXHIBIT   K

## Jeff Travis

| | |
|---|---|
| **From:** | Jeff Travis |
| **Sent:** | Wednesday, April 15, 2009 11:59 AM |
| **To:** | 'William Alexander' |
| **Subject:** | McIntosh v. NCUE (Et al.) |

Mr. Alexander,

Please let me know when is a good time to get together to review the information we discussed at the CMC today. I will make myself available the rest of the week since we have until the 20th to get this resolved.



**Jeffrey A. Travis**
Attorney At Law

jtravis@bortonpetrini.com

5060 California Avenue, Suite 700
Bakersfield, CA 93309
tel: (661) 322-3051
fax: (661) 322-4628

| | | | | |
|---|---|---|---|---|
| Fresno (559) 268-0117 | Los Angeles (213) 624-2869 | **Visit Our Website!** www.bortonpetrini.com | Modesto (209) 576-1701 | Orange County (562) 799-5434 |
| Sacramento (916) 858-1212 | San Bernardino (909) 381-0527 | San Diego (619) 232-2424 | San Francisco (415) 677-0730 | San Jose (408) 535-0870 |

*"Serving California Businesses for Over 100 Years"*

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, or distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Any inadvertent disclosure shall not compromise or waive the attorney-client privilege and/or attorney work-product privilege as to this communication, any attachments or otherwise. If you have received this communication in error, please contact Jeffrey A. Travis at jtravis@bortonpetrini.com or by telephone at (661) 322-3051. Thank you.

4/21/2009

# EXHIBIT   L

## Jeff Travis

**From:** Jeff Travis
**Sent:** Monday, April 20, 2009 2:10 PM
**To:** 'William Alexander'
**Subject:** McIntosh v. NCUE (Meet and Confer re: addition of Dennis W. Dewalt Inc.)

Mr. Alexander,

Please advise as to when would be a good time we can talk/meet to review the additional documents supporting possible dismissal of DeWalt, CM Inc and addition of Dennis W. De Walt, Inc.

 **Jeffrey A. Travis**
Attorney At Law

jtravis@bortonpetrini.com

5060 California Avenue, Suite 700
Bakersfield, CA 93309
tel: (661) 322-3051
fax: (661) 322-4628

| Fresno | Los Angeles | **Visit Our Website!** | Modesto | Orange County |
| (559) 268-0117 | (213) 624-2869 | **www.bortonpetrini.com** | (209) 576-1701 | (562) 799-5434 |
| Sacramento | San Bernardino | San Diego | San Francisco | San Jose |
| (916) 858-1212 | (909) 381-0527 | (619) 232-2424 | (415) 677-0730 | (408) 535-0870 |

*"Serving California Businesses for Over 100 Years"*

4/21/2009