IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER McINTOSH,<br><br>               Plaintiff,<br>   vs.<br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al,<br><br>               Defendants.<br>                                          / | CASE NO. CV F 07-1080 LJO GSA<br><br>**ORDER TO DENY REQUEST TO DISMISS**<br>(Doc. 85.) |

On June 22, 2009, plaintiff filed a notice to attempt to dismiss defendant DeWalt CM, Inc. Plaintiff's attempt to dismiss the defendant fails to comply with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by a defendant who has filed an answer. As such, this Court DENIES dismissal of the defendant in the absence of compliance with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ORDERS plaintiff and defendant, no later than June 30, 2009, to file a stipulation which satisfies F.R.Civ.P. 41(a)(1)(A)(ii) and a proposed order to dismiss the defendant. This Court ADMONISHES counsel to obey the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

**Dated:   June 23, 2009**                       **/s/ Lawrence J. O'Neill**
                                                                            UNITED STATES DISTRICT JUDGE