James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | Case No. 1:07-CV- 01080 LJO-GSA |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL OF DEWALT CM, INC |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive | |
| Defendants. | |

WHEREFORE, and pursuant to Federal Rule of Civil Procedure 41(a.) all parties stipulate to the dismissal of DeWalt CM, Inc. as a defendant in this action without prejudice.

DATED:   June 23, 2009

BORTON PETRINI, LLP


By:_____**/s/Jeffrey A. Travis**_____
    Jeffrey A. Travis, Attorney for Plaintiff,
    Roger McIntosh

DATED:   June 23, 2009

LAW OFFICES OF STEVEN J. HASSING

By: **/s/Steven J. Hassing**
Steven J. Hassing, Attorney for Defendants: Northern California Universal Enterprises Company and Lotus Developments

DATED:   June 23, 2009

GARCIA CALDERON RUIZ, LLP

By: **/s/Chaka Okadigbo**
Chaka Okadigbo, Attorney for Defendant, City of Wasco

DATED:   June 23, 2009

ALEXANDER & ASSOCIATES, PLC

By: **/s/ William Alexander/**
William L. Alexander, Attorneys for Defendant, DeWalt CM, Inc. and Dennis W. De Walt, Inc.

# PROOF OF SERVICE
## (FRCP No. 5(b)(2)(E))

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Jeffrey A. Travis, declare:

    I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

    On **June 23, 2009**, I served the foregoing document described as **STIPULATION OF DISMISSAL OF DEWALT CM, INC** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>**Law Offices of Steven J. Hassing**<br>425 Calabria Court<br>Roseville, CA 95747<br><br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>**Alexander & Associates**<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

X   **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

☐   **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on **June 23, 2009**, at Bakersfield, California.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Jeffrey A. Travis                     s/Jeffrey A. Travis/

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, 7th Floor
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
Attorneys for Plaintiff, Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>             Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al,<br><br>             Defendants. | Case No.  107CV 01080 LJO-GSA<br><br>[PROPOSED] ORDER DISMISSING DEWALT CM INC |

## **ORDER**

WHEREFORE, and pursuant to Federal Rule of Civil Procedure 41(a.) DeWalt CM, Inc. is hereby dismissed as a defendant in this action without prejudice.

IT IS SO ORDERED.

DATED: _____, 2009

                                        _____
                                        United States Magistrate Judge

H:\PUBLIC\054493\060971
McIntosh v.
Northern\PROPOSED
ORDER TO DISMISS
DEWALT CM INC.wpd

1

[PROPOSED] ORDER DISMISSING DEWALT CM INC

# PROOF OF SERVICE
## (FRCP No. 5(b)(2)(E))

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Jeffrey A. Travis, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **June 23, 2009**, I served the foregoing document described as **[PROPOSED] ORDER DISMISSING DEWALT CM INC** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>**Law Offices of Steven J. Hassing**<br>425 Calabria Court<br>Roseville, CA 95747<br><br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants, Northern California Universal Enterprises Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>**Alexander & Associates**<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

X    **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

☐    **BY MAIL:**  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **June 23, 2009**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

          Jeffrey A. Travis                              s/Jeffrey A. Travis/