```
1   James J. Braze, Esq.; SBN 75911
    Jeffrey A. Travis, Esq.; SBN 235507
2   BORTON PETRINI, LLP
    5060 California Avenue, 7th Floor
3   Post Office Box 2026
    Bakersfield, CA 93303
4   Telephone (661) 322-3051
    Attorneys for Plaintiff, Roger McIntosh
5
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | Case No. 107CV 01080 LJO-GSA |
| Plaintiff, | ORDER DISMISSING DEWALT CM INC |
| v. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al, | |
| Defendants. | |

### **ORDER**

WHEREFORE, and pursuant to Federal Rule of Civil Procedure 41(a.) DeWalt CM, Inc. is hereby dismissed as a defendant in this action without prejudice.

IT IS SO ORDERED.

**Dated:   June 25, 2009**             /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

K:\LJO\To_Be_Signed\07cv1080.order.wpd

[PROPOSED] ORDER DISMISSING DEWALT CM INC