Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendants, Northern California Universal Enterprise Company and Lotus Developments*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROGER MCINTOSH,<br><br>                               Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                               Defendant(s). | No.  1:07-CV-01080-LJO-NEW (WMW)<br><br>**NOTICE OF NON-AVAILABILITY OF COUNSEL** |

**TO THE COURT, AND ALL PARTIES AND COUNSEL:**

NOTICE IS HEREBY GIVEN that Steven J. Hassing, attorney for Northern California Universal Enterprise Company will be out of the country and unavailable commencing August 12, 2009 through September 3, 2009, inclusive.  During said period of time, there will be no one available and/or responsible for attending court hearings, responding to ex parte applications, drafting pleadings, responding to motions, responding to discovery, attending depositions or providing legal services in the above entitled matter.

You are referred to Tenderloin Housing Clinic, Inc. v. Sparks (1992) 8 cal.App.4th 299, 304-305, 10 Cal.Rptr.2d 371, 373, regarding the availability of sanctions for purposefully scheduling a conflicting proceeding without good cause.

Dated:  July 16, 2009                              _____
                                                                    Steven J. Hassing
                                                                    Attorney for Defendants, Northern California
                                                                    Universal Enterprise Company and Lotus
                                                                    Developments

## **CERTIFICATE OF SERVICE**

1.    On July 17, 2009, I served the following document:

- **NOTICE OF NON-AVAILABILITY OF COUNSEL**

2.    The above-named document was served by the following means to the persons as listed below:

      ECF System of the United States District Court, Eastern Division.

__XX__   United States Mail, first class postage fully prepaid and addressed to:

| | |
|---|---|
| James J. Braze | **Attorney for Plaintiff, Roger McIntosh** |
| Jeffrey A. Travis | |
| **Borton Petrini, LLP** | |
| 5060 California Ave., Ste. 700 | |
| Post Office Box 2026 | Telephone: 661/322-3051 |
| Bakersfield, CA 93309 | **Facsimile: 661/322-4628** |
| | |
| Chaka Okadigbo | **Attorneys for Defendant, City of Wasco** |
| **Garcia Calderon Ruiz, LLP** | |
| 500 South Grand Avenue | |
| Suite 1100 | Telephone: 213/347-0210 |
| Los Angeles, CA 90071 | **Facsimile: 213/347-0216** |
| | |
| William L. Alexander | **Attorney for DeWalt Corporation** |
| Tenielle E. Cooper | |
| **Alexander & Associates** | |
| 1925 G Street | Telephone: 661/316-7888 |
| Bakersfield, CA 93301 | **Facsimile: 661/316-7890** |

      By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 17th of July, 2009

                                        Kimberley A. Hassing