lj:nr

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:07-CV- 01080 LJO-GSA<br><br>NOTICE OF MOTION AND MOTION TO EXTEND DISCOVERY FOR LIMITED PURPOSES [FRCP 16(b)(1)]<br><br>DATE: August 21, 2009<br>TIME: 9:30 a.m.<br>DEPT: 10 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 21, 2009 at 9:30 a.m., in Department 10, or as soon thereafter as the matter may be heard in the above-entitled Court located at U.S. Courthouse Building, 2500 Tulare Street, Fresno, California 93721, plaintiff will and hereby does move for an order to extend discovery for limited purposes and for the reasons set forth below.

    1.    Recent Rule 26 Disclosures by Northern California Universal Enterprises Company ("Northern") of a "Developer Information Package." Plaintiff believes this disclosure is relevant and important to the matters set forth in the complaint and which were produced, pursuant

1  to Rule 26, after what defendants claim was the discovery cutoff. This disclosure has necessitated a need for limited written discovery on this item;

2.  During a recent deposition of Sarah Burgi and several days just before non-expert discovery cutoff, Ms. Burgi's testimony indicated that there was another person who actually did the drawing on the alleged infringing map and therefore it has become necessary to subpoena this person for further deposition;

3.  Northern and Lotus Developments have only recently submitted, after discovery cutoff, documents relevant to profits infringed of plaintiff's copyrighted works. Therefore it has become necessary to seek further discovery, specifically, the deposition testimony of Northern and/or Lotus' person most knowledgeable regarding profits in the Valley Rose Subdivision and in clarification of the documents produced; and

4.  Defendants have refused to respond to written discovery by plaintiff served on June 29, 2009. Both parties have different interpretations of whether the discovery cutoff date meant that all responses had to be served by the cutoff date or whether the propounding party had to file the written discovery no later than the cutoff date. Therefore, in order to avoid filing both a motion to compel and a motion to extend discovery, plaintiff is asking this Court to extend non-expert discovery cutoff by 45 days, thereby allowing plaintiff to re-serve the written discovery.

WHEREFORE, plaintiff moves the Court to allow limited discovery according to the requests set forth above and according to the proposed Order filed concurrently herewith. This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Jeffrey A. Travis and all other pleadings and papers contained in the record.

DATED: July 17, 2009

BORTON PETRINI, LLP

By: _____
Jeffrey A. Travis, Attorney for Plaintiff,
Roger McIntosh dba McIntosh & Associates

# PROOF OF SERVICE
## (FRCP No. 5(b)(2)(E))

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **July 17, 2009**, I served the foregoing document described as **NOTICE OF MOTION AND MOTION TO EXTEND DISCOVERY FOR LIMITED PURPOSES [FRCP 16(b)(1)]** on the other party(ies) in this action as follows:

**SEE ATTACHED LIST**

X    **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

X    **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **July 17, 2009**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Vanessa J. Claridge_

## LIST FOR PROOF OF SERVICE

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br><br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>Alexander & Associates<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |