James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No.  1:07-CV- 01080 LJO-GSA<br><br>JOINT STIPULATION IN SUPPORT OF PARTIAL WITHDRAWAL OF MOTION TO EXTEND DISCOVERY FOR LIMITED PURPOSES<br><br>DATE: August 21, 2009<br>TIME:   9:30 a.m.<br>DEPT.: 10 |

**STIPULATION TO EXTEND DISCOVERY**

WHEREFORE, counsel for Northern California Universal Enterprises Company and Lotus Developments, LLP (collectively "Northern") and plaintiff Roger McIntosh have continued to meet and confer regarding the dispute underlying the recent re-filed motion;

WHEREFORE, the parties have agreed that, as to Northern, limited discovery would be acceptable for the specific purposes outlined below;

WHEREFORE, to obtain these facts, the undersigned believe extending discovery will serve the interests of all parties' claims;

1

JOINT STIPULATION IN SUPP OF PARTIAL WITHDRAWAL OF MO TO EXTEND DISCOVERY, ETC.

WHEREFORE, each of the parties are acting in good faith and have not brought this Stipulation for any improper purpose; and

THEREFORE, IT IS HEREBY STIPULATED by and between Jeffrey A. Travis of Borton Petrini, LLP, counsel for plaintiff and Steven J. Hassing of the Law Offices of Steven J. Hassing, counsel for Northern that discovery be extended as follows:

1. Northern will make a person most knowledgeable available for deposition on the specific topic of profits and loss relating to Valley Rose Estate Subdivision and which will take no longer than one hour;

2. Prior to August 12, 2009, Northern will provide supplemental responses without objections to plaintiff's Request for Admissions (Set No. Two) propounded on Northern;

3. Prior to August 12, 2009, Lotus will provide supplemental responses without objections to plaintiff's Request for Admissions (Set No. Two) propounded on Lotus.

4. Prior to August 12, 2009, Northern will provide supplemental responses without objections to plaintiff's Request for Production of Documents (Set No. Three) propounded on Northern;

5. Prior to August 12, 2009, Lotus will provide supplemental responses without objections to plaintiff's Request for Production of Documents (Set No. Three) propounded on Lotus;

6. Northern will not object to the taking of the deposition of Josh Woodard and provided there are no calendaring conflicts; and

7. Those parts of the recently filed motion that relate to the above topics shall be withdrawn pursuant to this Stipulation.

DATED: August 5, 2009

BORTON PETRINI, LLP

By:   /s/ Jeffrey A. Travis
Jeffrey A. Travis, Attorney for Plaintiff,
Roger McIntosh dba McIntosh & Associates

H:\PUBLIC\054493\060971
McIntosh v. Northern\STP
TO EXTEND DISC.wpd

2

JOINT STIPULATION IN SUPP OF PARTIAL WITHDRAWAL OF MO TO EXTEND DISCOVERY, ETC.

1 | DATED: August ____, 2009
2 |                                            LAW OFFICES OF STEVEN J. HASSING
3 |
4 |                                            By:    /s/ Steven J. Hassing
                                                   Steven J. Hassing, Attorney for Defendants, Northern
5 |                                                California Universal Enterprises Company and Lotus
                                                   Developments, LLP
6 |
7 |
8 |          IT IS SO ORDERED.
9 |
   DATED: _____
10 |
11 |                                            _____
                                               Judge of the United States District Court
12 |

H:\PUBLIC\054493\060971
McIntosh v. Northern\STP
TO EXTEND DISC.wpd

3

JOINT STIPULATION IN SUPP OF PARTIAL WITHDRAWAL OF MO TO EXTEND DISCOVERY, ETC.

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**
**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **August 5, 2009**, I served the foregoing document described as **JOINT STIPULATION IN SUPPORT OF PARTIAL WITHDRAWAL OF MOTION TO EXTEND DISCOVERY FOR LIMITED PURPOSES** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>**Law Offices of Steven J. Hassing**<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>**Alexander & Associates**<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

☒ **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

☐ **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **August 5, 2009**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| | |
|---|---|
| \_\_\_\_Vanessa J. Claridge\_\_\_\_ | \_\_\_\_/s/ Vanessa J. Claridge\_\_\_\_ |

H:\PUBLIC\054493\060971
McIntosh v. Northern\STP
TO EXTEND DISC.wpd

4

JOINT STIPULATION IN SUPP OF PARTIAL WITHDRAWAL OF MO TO EXTEND DISCOVERY, ETC.