```
James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba
McIntosh & Associates
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>         Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>         Defendants. | Case No.  1:07-CV- 01080 LJO-GSA<br><br>JOINT STIPULATION IN SUPPORT OF PARTIAL WITHDRAWAL OF MOTION TO EXTEND DISCOVERY FOR LIMITED PURPOSES<br><br>DATE: August 21, 2009<br>TIME:  9:30 a.m.<br>DEPT.: 10 |

**STIPULATION TO EXTEND DISCOVERY**

WHEREFORE, counsel for Northern California Universal Enterprises Company and Lotus Developments, LLP (collectively "Northern") and plaintiff Roger McIntosh have continued to meet and confer regarding the dispute underlying the recent re-filed motion;

WHEREFORE, the parties have agreed that, as to Northern, limited discovery would be acceptable for the specific purposes outlined below;

WHEREFORE, to obtain these facts, the undersigned believe extending discovery will serve the interests of all parties' claims;

1    WHEREFORE, each of the parties are acting in good faith and have not brought this
2 Stipulation for any improper purpose; and
3    THEREFORE, IT IS HEREBY STIPULATED by and between Jeffrey A. Travis of
4 Borton Petrini, LLP, counsel for plaintiff and Steven J. Hassing of the Law Offices of Steven J.
5 Hassing, counsel for Northern that discovery be extended as follows:
6    1.    Northern will make a person most knowledgeable available for deposition on
7 the specific topic of profits and loss relating to Valley Rose Estate Subdivision and which will take
8 no longer than one hour;
9    2.    Prior to August 12, 2009, Northern will provide supplemental responses
10 without objections to plaintiff's Request for Admissions (Set No. Two) propounded on Northern;
11    3.    Prior to August 12, 2009, Lotus will provide supplemental responses without
12 objections to plaintiff's Request for Admissions (Set No. Two) propounded on Lotus.
13    4.    Prior to August 12, 2009, Northern will provide supplemental responses
14 without objections to plaintiff's Request for Production of Documents (Set No. Three) propounded
15 on Northern;
16    5.    Prior to August 12, 2009, Lotus will provide supplemental responses without
17 objections to plaintiff's Request for Production of Documents (Set No. Three) propounded on Lotus;
18    6.    Northern will not object to the taking of the deposition of Josh Woodard and
19 provided there are no calendaring conflicts; and
20    7.    Those parts of the recently filed motion that relate to the above topics shall
21 be withdrawn pursuant to this Stipulation.
22 DATED:  August 5, 2009
23                            BORTON PETRINI, LLP
24
25
26               By:   /s/ Jeffrey A. Travis
                        Jeffrey A. Travis, Attorney for Plaintiff,
27                      Roger McIntosh dba McIntosh & Associates
28

1  DATED:  August _5__, 2009
                                        LAW OFFICES OF STEVEN J. HASSING
2

3

4                                       By:   ___/s/  Steven  J.  Hassing_____
                                              Steven J. Hassing, Attorney for Defendants, Northern
5                                             California Universal Enterprises Company and Lotus
                                              Developments, LLP
6

7                                              **ORDER**

8
   IT IS SO ORDERED.
9
   **Dated:   August 6, 2009**                    ___/s/ **Gary S. Austin**_____
10                                                 UNITED STATES MAGISTRATE JUDGE