Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>  Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>  Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE COMPANY AND LOTUS DEVELOPMENTS, L.P. FOR SUMMARY JUDGMENT AGAINST PLAINTIFF, ROGER MCINTOSH**<br><br>DATE: OCTOBER 28, 2009<br>TIME: 8:30 A.M.<br>PLACE: COURTROOM 4<br><br>JUDGE: Lawrence J. O'Neill |

Notice is provided to Roger McIntosh and his attorneys that Defendants, Northern and Lotus, will and hereby do, move this Court for Summary Judgment as to all causes of action asserted against moving parties in the within action.

Hearing on Defendants' motion will take place at 8:30 a.m. on Wednesday, October 28 in Courtroom 4 located on the 7th Floor at 2500 Tulare Street, Fresno, CA.

Defendants' motion is based upon Rule 56(c) of the Rules of Civil Procedure and supported by Defendants' memorandum of points and authorities, request for judicial notice, the declarations of Steven J Hassing, Joe Wu, Eugene Martin, Jeff Gutierrez, Sarah Burgi, Greg Black, Josh Woodard, Darrell Souza and Michael Brown and the exhibits attached to those declarations.

Dated this 25th day of September, 2009          /s/ Steven J. Hassing, Esq.
                                                    Steven J Hassing, Attorney for Defendants.
                                                    Northern and Lotus

## CERTIFICATE OF SERVICE

1. On September 28, 2009, I served the following document:

   - **NOTICE OF MOTION AND MOTION BY DEFENDANTS, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE COMPANY AND LOTUS DEVELOPMENTS, L.P. FOR SUMMARY JUDGMENT AGAINST PLAINTIFF, ROGER MCINTOSH**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   Overnight service via UPS and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 28th Day of September, 2009.

/s/ Kimberley A. Hassing
Kimberley A. Hassing