Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California*
*Universal Enterprise Company and Lotus*
*Developments, L.P.*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH, <br><br> Plaintiff(s); <br> v. <br><br> NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL., <br><br> Defendant(s). | No. 1:07-CV-01080-LJO-GSA <br><br> **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** <br><br> **DATE: OCTOBER 28, 2009** <br> **TIME: 8:30 A.M.** <br> **PLACE: COURTROOM 4** <br><br> **JUDGE:** Lawrence J. O'Neill |

Defendants hereby request that this Court take Judicial Notice, pursuant to Rule

201 of the Federal Rules of Evidence, of the sworn declaration of Eugene Martin, filed in

Kern County Superior Court Case Number 227661-JES on January 5, 2001, a true and

correct copy of which is attached to the declaration of Steven J Hassing as Exhibit "D"

thereto. The declaration was filed by MM in litigation regarding money allegedly owed

to MM by The City and Defendants' predecessor in interest, Legacy.

Defendants request Judicial Notice pursuant to rule 201(b) and (d) because the authenticity of the Martin declaration is capable of accurate and ready determination by resort to the State Court's files, the accuracy of which cannot reasonably be questioned.

Dated this 25th day of September, 2009        /s/ Steven J. Hassing, Esq.
                                              Steven J Hassing, Attorney for defendants

**CERTIFICATE OF SERVICE**

1.  On September 28, 2009, I served the following document:

    - **DEFENDANT, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE COMPANY'S AND LOTUS DEVELOPMENTS, L.P.'S REQUEST FOR JUDICIAL NOTICE**

2.  The above-named document was served by the following means to the persons as listed below:

__XX__   Overnight service via UPS and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301


By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 28th Day of September, 2009.


/s/ Kimberley A. Hassing
Kimberley A. Hassing