Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>       Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>       Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**COMPENDIUM OF EVIDENCE IN SUPPORT OF SUMMARY JUDGMENT**<br><br>DATE: OCTOBER 28, 2009<br>TIME: 8:30 A.M.<br>PLACE: COURTROOM 4<br><br>JUDGE: Lawrence J. O'Neill |

In support of their Summary Judgment Motion, Defendants, Northern and Lotus, offer the following evidence consisting of;

1. Declaration of Steven J Hassing with Exhibits "A" through "Z" ("W" omitted).

2. Declaration of Michael Brown with Exhibits "A" through "L".

3. Declaration of Joe Wu with Exhibit "A".

4. Declaration of Jeff Gutierrez.

5. Declaration of Greg Black.

6. Declaration of Sarah Burgi.

7. Declaration of Josh Woodard.

8. Declaration of Darrell Souza with Exhibit "A".

9. Request for Judicial Notice of Declaration of Eugene Martin.

Dated this 25th day of September, 2009       /s/ Steven J. Hassing, Esq.
                                                      Steven J Hassing, Attorney for Defendants.
                                                      Northern and Lotus

## CERTIFICATE OF SERVICE

1. On September 28, 2009, I served the following document:

   - **COMPENDIUM OF EVIDENCE IN SUPPORT OF SUMMARY JUDGMENT**

2. The above-named document was served by the following means to the persons as listed below:

__XX__  Overnight service via UPS and addressed to::

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

_____  By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 28th Day of September, 2009.

/s/ Kimberley A. Hassing
Kimberley A. Hassing