Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF JEFF GUTIERREZ IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION**<br><br>DATE: OCTOBER 28, 2009<br>TIME: 8:30 A.M.<br>PLACE: COURTROOM 4<br><br>JUDGE: Lawrence J. O'Neill |

I, Jeff, Gutierrez, declare;

1. I am over the age of 18 and competent to testify in this matter.

2. I am president of Dennis W. DeWalt, Inc. and have personal knowledge of each fact contained below.

3. On July 21, 2004, DeWalt entered into a contract with Northern to survey and prepare tentative and final maps for Tract 6451.

4. We surveyed everything within the tract and surrounding it. We surveyed the existing streets, curbs, gutters, monuments, manholes, block walls, and all visible utilities.

5. The things we surveyed were all visible to us as we examined the site.

6. The survey data was fed into a computer which then generated Map 6451.

7. To my knowledge, no one at DeWalt copied anything from Map 5472 or the improvement plans related thereto.

8. I have examined both Map 5472 and 6451 and the maps are significantly different. One major difference is that Mr. Wu only wanted 68 residential lots which is what is shown in Map 6451. Map 5472 has 68 residential lots and a 69th lot to accommodate 96 apartments.

9. At no time did Mr. McIntosh ever inform me that my work for Mr. Wu would result in copyright infringement or litigation. In fact, during the entire time the DeWalt was working on this project I was never contacted by Mr. McIntosh.

10. During the time DeWalt was working on Map 6451, Greg Black was designated as the lead engineer and project manager.

11. The City of Wasco waived any requirement that we provide improvement plans so DeWalt never drafted or submitted any. Nor did DeWalt contract with Mr. Wu to prepare improvements plans.

12. Subdivision improvement plans are retained by the public works department of the municipality in which they are submitted.

13.  The reason that DeWalt's 68 lot subdivision, at first glance, resembles that portion of Martin-McIntosh's 69 lot subdivision is because all of the roads, curbs and gutters were constructed under the Martin-McIntosh tentative. Since we surveyed "what was there" it is inevitable that there would be a resemblance to the map under which the improvements were constructed.

14.  Tentative Map 6451 was submitted to The City of Wasco on November 10, 2004.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 23rd day of September, 2009

*Jeff Gutierrez* (signature)

Jeff Gutierrez

## CERTIFICATE OF SERVICE

1. On September 28, 2009, I served the following document:

   - **DECLARATION OF JEFF GUTIERREZ IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION**

2. The above-named document was served by the following means to the persons as listed below:

__XX__  Overnight service via UPS and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 28th Day of September, 2009.

/s/ Kimberley A. Hassing
Kimberley A. Hassing