Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Development LP*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>    Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>    Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF JOSH WOODARD IN SUPPORT OF LOTUS DEVELOPMENT'S SUMMARY JUDGMENT MOTION**<br><br>DATE: OCTOBER 28, 2009<br>TIME: 8:30 A.M.<br>PLACE: COURTROOM 4<br><br>JUDGE: Lawrence J. O'Neill |

I, Josh Woodard, declare:

1. I am over 18 years of age and have personal knowledge of each fact set forth herein.

2. Between approximately July, 2004 and April, 2007, I was employed by Dennis D. DeWalt, Inc.

3. As a DeWalt employee, I helped draft numerous subdivision maps.

4. I have no recollection of ever working on Map 6451.

5.  I have no recollection of ever having seen any of the improvement plans prepared by Martin-McIntosh related to Map 5472.

6.  I have never, before my deposition, even seen Map 5472, drafted by Martin-McIntosh.

7.  Although I have no recollection of working on Map 6451 I do know for a fact that during the time I was employed by DeWalt I never – ever – copied from any other engineer's work or other map. That, I would remember.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 19 day of September, 2009

_____
Josh Woodard

## CERTIFICATE OF SERVICE

1. On September 28, 2009, I served the following document:

    - **DECLARATION OF JOSH WOODARD IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   Overnight service via UPS and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 28th Day of September, 2009.

/s/ Kimberley A. Hassing
Kimberley A. Hassing