Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>　　　　　Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>　　　　　Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF GREG BLACK IN SUPPORT OF LOTUS DEVELOPMENT'S SUMMARY JUDGMENT MOTION**<br><br>DATE: OCTOBER 28, 2009<br>TIME: 8:30 A.M.<br>PLACE: COURTROOM 4<br><br>JUDGE: Lawrence J. O'Neill |

I, Greg Black, declare;

1. I am an individual over the age of 18 and have personal knowledge of each fact stated herein.

2. I became employed by Dennis W. DeWalt, Inc. on approximately July 12, 2004.

3. I was the project manager/lead engineer for DeWalt regarding Map 6451.

4. The work that was performed by DeWalt on behalf of Lotus Developments in preparing the tentative and final maps for Tract 6451 was performed under my supervision.

5. At my deposition I was shown emails indicating that the City of Wasco had sent me copies of the improvement plans prepared by Martin-McIntosh for Tract 5472.

6. Though I do not deny receiving them, I have no specific recollection of ever having requested them. However, it is my practice to try and obtain any and all documents in any way related to a parcel of land on which I am working.

7. I did not reproduce anything from, or otherwise make any use of any improvement plans the City of Wasco provided to me in conjunction with our work on Tentative Map 6451.

8. I have no knowledge of any DeWalt employee who worked on Map 6451 under my supervision reproducing improvement plans prepared by Martin-McIntosh.

9. I have no knowledge of any DeWalt employee reproducing anything from Tentative Map 5472 prepared by Martin-McIntosh.

10. DeWalt performed an independent survey of the parcels in which Tract 6451 is located.

11. DeWalt surveyed the existing improvements within Tract 6451, including the existing streets, curbs and gutters, building pads, any visible utilities, block walls and previously set street monumentation.

12. DeWalt then processed the survey information and created a map which depicted all observed site improvements and conditions.

Declaration of Greg Black in Support of Lotus Development's Summary Judgment Motion

13.   DeWalt was not asked to prepare improvement plans for Tract 6451.

14.   DeWalt submitted Tentative Map 6451 to The City of Wasco for preliminary review on November 10, 2004.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this **23rd** day of September, 2009

Greg Black

## CERTIFICATE OF SERVICE

1. On September 28, 2009, I served the following document:

   - **DECLARATION OF GREG BLACK IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   Overnight service via UPS and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301


By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 28th Day of September, 2009.


/s/ Kimberley A. Hassing
Kimberley A. Hassing



• ENGINEERING   • PLANNING   • SURVEYING   • LAND DEVELOPMENT   • CONSTRUCTION MANAGEMENT

November 10, 2004

Mr. Dennis McNamara
Associate Planner
City of Wasco
764 E Street
Wasco, CA 93280

NOV 1 2 2004

Re:   Preliminary Review Application
      Vesting Tentative Tract Map No. 6451

Dear Dennis:

On behalf of Lotus Developments, please find enclosed the following items submitted for preliminary review of Vesting Tentative Tract Map No. 6451:

(1) Application fee check made payable to the City of Wasco in the amount of $782; $500 + $4 X (68 lots – 60 lots) = $532, and $250 (Environmental Review Fee).

(2) Preliminary Title Report (two copies);

(3) Environmental Assessment Form (two copies); and

(4) Vesting Tentative Tract Map No. 6451 (five copies).

If there is any additional information required for the preliminary review or if you have any questions pertaining to the information included herein, please give me a call.

Sincerely,

Greg Black
DeWalt Corporation
(661) 323-4600 Ext. 120

enclosures

cc:   Jess Marimla – Lotus Developments

1930 22ND STREET BAKERSFIELD, CA 93301  (661) 323-4600  •  FAX (661) 323-4674
email dwd@dewaltcorp.com

A 02009

"A"