Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                    Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                    Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF SARAH BURGI IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION**<br><br>DATE: OCTOBER 28, 2009<br>TIME: 8:30 A.M.<br>PLACE: COURTROOM 4<br><br>JUDGE: Lawrence J. O'Neill |

I, Sarah Burgi, declare:

1. I am over 18 years of age and have personal knowledge of each fact stated below.

2. While I was employed by DeWalt I performed some work on Tentative Map 6451.

3. Prior to this litigation I never saw Tentative Map 5472 or the improvement plans related thereto.

4.  In performing work on Tentative Map 6451 I never copied from any other engineer's work.

5.  I have no knowledge of any DeWalt employee copying from another engineer's work while working on Tentative Map 6451.

6.  I have no knowledge of any DeWalt employee using the improvement plans associated with Tentative Map 5472.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 23rd day of September, 2009

*Sarah Burgi*

## CERTIFICATE OF SERVICE

1. On September 28, 2009, I served the following document:

   - **DECLARATION OF SARAH BURGI IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   Overnight service via UPS and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 28th Day of September, 2009.

/s/ Kimberley A. Hassing
Kimberley A. Hassing