Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER MCINTOSH,<br><br>Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF STEVEN J. HASSING IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION**<br><br>**DATE: OCTOBER 28, 2009**<br>**TIME: 8:30 A.M.**<br>**PLACE: COURTROOM 4**<br><br>**JUDGE: Lawrence J. O'Neill** |

I, Steven J. Hassing, declare:

1. I am an attorney licensed to practice before this Court and represent the moving parties in this summary judgment motion.

2. I have personal knowledge of each fact set forth herein.

3. Attached hereto as Exhibit "A" is a true and correct copy of Tentative Map 6451 and attached as Exhibit "B" is a true and correct copy of Tentative Map 5472. I have examined both maps very carefully and have highlighted in yellow, the items on Map

6451 that are not contained on Map 5472. I have highlighted in pink, items on Map 5472 which are not on Map 6451.

4. Attached to the Declaration of Michael Brown, as Exhibit "A" thereto, is a true and correct copy of a "draft guidance package" prepared by Martin-McIntosh in association with The City and Legacy.

5. Page 4 of the draft guidance package, Exhibit "A" to the Declaration of Michael Brown, provides that MM was to prepare a Master Development Plan in close cooperation with The City.

6. Page 4 of the draft guidance package, Exhibit "A" to the Declaration of Michael Brown, provides that MM was to serve as the planner, engineer and consultant.

7. Attached hereto as Exhibit "U" is a true and correct copy of an excerpt from the December 18, 2008 deposition of Roger McIntosh, (p 156; 2-22).

8. Page 4 of the draft guidance package, Exhibit "A" thereto, provides that Legacy was to serve as the project applicant.

9. Attached hereto as Exhibit "D" is a true and correct copy of a sworn declaration of Eugene Martin filed with the Kern County Superior Court on January 5, 2001 in case 227661-JES.

10. Attached hereto as Exhibit "E" is a true and correct copy of excerpts from the December 18, 2008 deposition of Roger McIntosh, (p 80; 1-25).

11. Attached hereto as Exhibit "F" is a true and correct copy of recorded Parcel Map 9572.

12. Attached hereto as Exhibit "I" is a true and correct copy of Parcel 1 of Parcel Map 9572.

13. Attached hereto as Exhibit "B" is a true and correct copy of Tentative Map 5472.

14. Attached hereto as Exhibit "G" is a true and correct copy of Final Map 6451.

15. Attached hereto as Exhibits “H” and “I” are true and correct copies of tax deeds to Parcels 1 and 2 of Parcel Map 9572.

16. Attached hereto as Exhibit "J" is a true and correct copy of excerpts from the January 28, 2008 deposition of Roger McIntosh. (pp 310; 24- 311; 17).

17. Attached hereto as Exhibit "K" is a true and correct copy of excerpts from the December 18, 2008 deposition of Roger McIntosh. (p 312; 2-22).

18. Attached hereto as Exhibit "L" is a true and correct copy of excerpts from the January 28, 2009 deposition of Roger McIntosh. (pp 312; 23- 314; 17).

19. Attached hereto as Exhibit "M" is a true and correct copy of excerpts from the December 18, 2008 deposition of Roger McIntosh. (pp 186; 8- 188; 13).

20. Attached hereto as Exhibit "N" is a true and correct copy of excerpts from the December 18, 2008 deposition of Roger McIntosh. (pp 191; 12- 192; 12).

21. Attached hereto as Exhibit "O" is a true and correct copy of excerpts from the December 18, 2008 deposition of Roger McIntosh. (198; 12-16).

22. Attached hereto as Exhibit "P" is a true and correct copy of an excerpt both the December 18, 2008 deposition of Roger McIntosh. (pp 196; 22- 197; 22).

23. Attached hereto as Exhibit "Q" is a true and correct copy of excerpts from the January 28, 2009 deposition of Roger McIntosh. (315; 3-8).

24. Attached hereto as Exhibit "R" is a true and correct copy of excerpts from the December 18, 2008 deposition of Roger McIntosh. (197; 17-22).

25. Attached hereto as Exhibit "S" is a true and correct copy of excerpts from the January 28, 2009 deposition of Roger McIntosh. (pp 314; 10- 315;1).

26. Attached hereto as Exhibit "T" is a true and correct copy of excerpts from the January 29, 2009 deposition of Keith Woodcock, City of Wasco Planning Director for the period July 2005 to May, 2007. (29; 2-8).

27. Attached hereto as Exhibit "U" is a true and correct copy of excerpts from the December 18, 2008 deposition of Roger McIntosh. (156; 1-22).

28. Attached hereto as Exhibit "V" is a true and correct copy of excerpts from the January 29, 2009 deposition of Keith Woodcock, City of Wasco Planning Director for the period July 2005 to May, 2007. (p 15; 7-18).

30. Attached hereto as Exhibit "X" is a true and correct copy of excerpts from the December 18, 2008 deposition of Roger McIntosh. (pp 210; 21- 211; 9).

31. Attached hereto as Exhibit "Y" are true and correct copies of excerpts from the July 2, 2009 deposition of Steven Wong. (pp 67; 4-79; 8 and 103; 22- 120; 2).

32. Attached hereto as Exhibit "Z" are true and correct copies of excerpts from the January 20, 2009 deposition of Keith Woodcock. (pp 13; 18- 14; 12).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 28 day of September, 2009

Steven J. Hassing

## CERTIFICATE OF SERVICE

1. On September 28, 2009, I served the following document:

- **DECLARATION OF STEVEN J. HASSING IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION**

2. The above-named document was served by the following means to the persons as listed below:

XX Overnight service via UPS and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA 93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA 90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA 93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 28th Day of September, 2009.

/s/ Kimberley A. Hassing
Kimberley A. Hassing

# EXIBIT A HASSING DEC


BENCHMARK
TOP OF USGS MONUMENT "V 455"
ELEVATION USED = 333.19 U.S.G.S. (NAVD 29)
PER WASCO CITY
BASIS OF BEARINGS
THE BEARING OF S. 89 18' 09" E. SHOWN FOR THE NORTH LINE OF THE NORTHWEST QUARTER OF SECTION 4, T.27S., R. 24E., AS SHOWN IN FILED MAP 7-1 BOOK 7, PAGE 48, AS FILED IN THE OFFICE OF THE KERN COUNTY SURVEYOR WAS USED AS THE BASIS OF BEARINGS SHOWN HEREON.
TENTATIVE
TRACT MAP NO. 6451
61 NUMBERED LOTS 33.51 GROSS ACRES
BEING A DIVISION PARCEL 1 OF PARCEL MAP NO. 9572, FILED IN BOOK 44 OF PARCEL MAPS AT PAGES 57 THROUGH 62 IN THE OFFICE OF THE KERN COUNTY RECORDER, AND BY CERTIFICATE OF CORRECTION RECORDED DECEMBER 18, 1992 IN BOOK 6779, PAGE 43 OF OFFICIAL RECORDS AND CERTIFICATE OF CORRECTION RECORDED JUNE 18, 1993 IN BOOK 6862, PAGE 1325 OF OFFICIAL RECORDS. ALSO BEING A PORTION OF THE SE. ¼ OF THE SW. ¼ OF SECTION 4, TOWNSHIP 27 SOUTH, RANGE 24 EAST, M.D.B.&M., IN THE CITY OF WASCO, COUNTY OF KERN, STATE OF CALIFORNIA.
LEGEND
O.R. - OFFICIAL RECORDS
K.C.S. - KERN COUNTY SURVEYOR
K.C.S.F.B. - KERN COUNTY SURVEYOR'S FIELD BOOK
P.M. - PARCEL MAP
- DIRECTION OF DRAINAGE
- MONUMENT AS DESCRIBED
- EXISTING CENTERLINE MONUMENTS
- EXISTING FRONT LOT CORNER TAGS
- EXISTING SEWER LINE
- EXISTING SEWER MANHOLE
- EXISTING WATER VALVE
- EXISTING WATER LINE
- EXISTING STORM DRAIN
- EXISTING STORM DRAIN MANHOLE
- EXISTING DRAINAGE INLET
- EXISTING CROSS GUTTER
- EXISTING FIRE HYDRANT
- EXISTING LIGHTING STANDARD
(BASIS OF BEARINGS) S89°18'09"E 2639.34"
N01°02'46"E 2627.97'
NORTH WEST QUARTER SECTION, SECTION 12
PARCEL 3 OF P.M. NO. 9572 MAP BK. 44, PG'S 57-62
PARCEL 6 OF P.M. NO. 9572 MAP BK. 44, PG'S 57-62
PARCEL 2 OF P.M. NO. 9572 MAP BK. 44, PG'S 57-62
ST. ANDREW'S CRESCENT
PEBBLE BEACH WAY
SAWGRASS COURT
OLYMPIC CLOSE
VALLEY ROSE PARKWAY
DESIGNATED REMAINDER
CURVE DATA TABLE
CURVE RADIUS LENGTH TANGENT DELTA
C1 20.00' 31.54' 20.13' 90°21'54"
C2 25.00' 12.63' 6.45' 28°57'18"
C3 95.00' 245.85' 334.33' 148°16'30"
C4 50.00' 32.18' 16.67' 36°52'12"
C5 50.00' 221.43' 66.67' 253°44'23"
C6 20.00' 31.29' 19.87' 89°38'06"
C7 20.00' 31.51' 20.09' 90°15'24"
C8 20.00' 33.04' 21.69' 94°39'15"
C9 20.00' 29.96' 18.59' 85°49'43"
C10 45.60' 32.29' 16.86' 40°34'19"
1 inch = 80 ft.
S89°14'42"E 2634.72"
GENERAL NOTES:
TOTAL AREA 33.51 ACRES (GROSS)
PHASE 1 15.33 ACGRESS, GROSS
DES. REMAINDERS 18.13 ACRES, GROSS
NUMBER OF LOTS: 68 BUILDABLE LOTS, AND 3 DESIGNATED REMAINDERS
NET DENSITY: 4.42 UNITS / NET ACRE (SINGLE FAMILY)
A.P.N. 487-05-46
EXISTING ZONE: R-1
EXISTING USE: VACANT LAND
PROPOSED USE: SINGLE-FAMILY RESIDENTIAL
WATER: CITY OF WASCO
SEWER: CITY OF WASCO
ELECTRIC: PACIFIC GAS & ELECTRIC CO.
GAS: THE GAS COMPANY
TELEPHONE: SBC
CABLE TV: BRIGHTHOUSE NETWORKS
CONTOUR INTERVAL: 1 FOOT
SCHOOLS
ELEMENTARY AND JUNIOR HIGH
WASCO UNION SCHOOL DISTRICT
JOHN L. PRUEITT ELEMENTARY SCHOOL
THOMAS JEFFERSON MIDDLE HIGH SCHOOL
HIGH SCHOOL:
WASCO UNION HIGH SCHOOL DISTRICT
WASCO UNION HIGH SCHOOL
NOTES
1. THIS DEVELOPMENT CONTAINS EXISTING IMPROVEMENTS BUILT PER "VALLEY ROSE PLANNED COMMUNITY" EXPIRED TENTATIVE TRACT 5472, AND ASSOCIATIVE APPROVED IMPROVEMENT PLANS.
2. THIS TRACT LIES WITHIN WASCO MAINTENANCE DISTRICT NO. 1.
3. THIS TRACT LIES WITHIN THE SHAFTER WASCO IRRIGATION DISTRICT.
4. THIS TRACT LIES WITHIN THE BOUNDARIES OF THE CITY OF WASCO AGRICULTURE PRESERVE NO. 6 MAP.
5. THIS TRACT LIES WITHIN THE BOUNDARIES OF THE CITY OF WASCO ASSESSMENT DISTRICT NO. 92-2.
6. THIS TRACT LIES WITHIN THE BOUNDARIES OF THE WASCO REDEVELOPMENT PROJECT
OWNER/DEVELOPER
LOTUS DEVELOPMENTS
2278 TRADE ZONE BOULEVARD
SAN JOSE, CA 95131
(209) 669-0606
SURVEYOR
JEFFREY A. GUTIERREZ
DEWALT CORPORATION
1930 22nd STREET
BAKERSFIELD, CA. 93301
(661) 323-4600
TENTATIVE TRACT NO. 6451
CITY OF WASCO, CALIFORNIA
DEWALT Corporation
1930 22nd STREET BAKERSFIELD, CA. 93301
PH. (661) 323-4600 FAX (661) 323-4674
ENGINEERING • PLANNING • SURVEYING • LAND DEVELOPMENT • CONSTRUCTION MANAGEMENT
SHEET 1 OF: 1

# EXIBIT B HASSING DEC

# "REVISED"
# TENTATIVE TRACT MAP No. 5472



## GENERAL NOTES

A.P.N. – 070-050-23

WATER – CITY OF WASCO

SEWAGE – CITY OF WASCO

ELECTRICITY – PACIFIC GAS AND ELECTRIC

TELEPHONE – PACIFIC BELL

GAS – SOUTHERN CALIFORNIA GAS CO.

EXISTING ZONING – R-1 (LOW DENSITY RESIDENTIAL)
R-2 (MEDIUM DENSITY RESIDENTIAL)

PROPOSED ZONING – R-1 (LOW DENSITY RESIDENTIAL)
R-3 (HIGH DENSITY RESIDENTIAL)

EXISTING LAND USE – AGRICULTURE

PROPOSED LAND USE – RESIDENTIAL

GENERAL PLAN DESIGNATION – LOW DENSITY RESIDENTIAL

ALL RADII ARE 20' UNLESS OTHERWISE INDICATED

THERE ARE NO STRUCTURES WITHIN THE BOUNDARY OF THIS MAP

ALL RIGHT OF WAY WIDTHS ARE 80' UNLESS OTHERWISE NOTED

THE DEVELOPER WILL BE REQUIRED TO PROVIDE ALL NECESSARY IMPROVEMENTS TO PROVIDE WATER, SEWER, DRAINAGE, STREETS, GAS, ELCTRICITY, CABLE, AND TELEPHONE SERVICE TO THIS SUBDIVISION

STREET LIGHTS AND STORM DRAINAGE DETENTION BASINS TO BE INSTALLED TO THE SATISFACTION OF THE CITY ENGINEER.

FIRE PROTECTION FACILITIES TO BE INSTALLED TO THE SATISFACTION OF THE CITY ENGINEER AND THE KERN COUNTY FIRE DEPARTMENT

## LEGAL DESCRIPTION

A PORTION OF THE SE 1/4 OF THE SW 1/4 OF SECTION 4, TOWNSHIP 27 SOUTH, RANGE 24 EAST, MT. DIABLO BASE AND MERIDIAN, CITY OF WASCO

22.48 ACRES
R-1: 15.30 ACRES
R-3: 7.09 ACRES

| SUBDIVIDER | OWNER |
|---|---|
| THE LEGACY GROUP, LTD [illegible] ROBINSON STREET BAKERSFIELD, CA [illegible] | AGIII ENTERPRISES, INC. 2233 LUNDY LAKE DRIVE ESCONDIDO, CA 92025 (619) 279-8844 |
| PREPARED BY: MARTIN-McINTOSH 2001 WHEELAN COURT BAKERSFIELD, CA. 93309 (805) 834-4814 | DATE: APRIL 21, 1992 |

EUGENE P. MARTIN L.S. 4713 EXPIRES 9-30-95 — 4/21/92 DATE

TENTATIVE TRACT MAP NO. 5472

Exhibit 7/2/09
S. Wong
PAULSON

# EXIBIT C HASSING DEC

lj

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
jbraze@bortonpetrini.com
jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh
dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; DENNIS W. DE WALT, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:07-CV-01080-LJO-GSA<br><br>THIRD AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL |

For his complaint against Northern California Universal Enterprises Company ("Universal") Lotus Developments, LLP ("Lotus"), the City of Wasco ("Wasco"), DeWalt CM, Inc., also doing business as DeWalt Corporation, and Dennis W. De Walt, Inc., also doing business as DeWalt Corporation (collectively "DeWalt") (all defendants referred to collectively as, "Defendants"), Roger McIntosh dba McIntosh & Associates ("McIntosh") alleges:

Case 1:07-cv-01080-LJO-GSA Document 78 Filed 04/23/2009 Page 2 of 12

## NATURE OF THE ACTION

1. This is an action to redress the infringement of McIntosh's registered copyrights. Universal, Lotus and Wasco have created a residential subdivision by copying and using McIntosh's copyrighted works and employing a tangible embodiment of the landscape and subdivision design McIntosh conceived and created and that is the subject of Copyright Registration Certificate No. VAU-721-180.

## PARTIES AND OTHER IMPORTANT PERSONS

2. Plaintiff Roger McIntosh is a civil engineer doing business as McIntosh & Associates and Associates, a sole proprietorship with its principal place of business at 2001 Wheelan Court, Bakersfield, CA 93309.

3. Defendant Northern California Universal Enterprises Company, a California corporation with an address at 2099 Fortune Drive, San Jose, California 95131, started as a land development company in 1980 and is now a builder in California's Central Valley. On information and belief, Joseph Wu is the founder and head of Northern California Universal Enterprises Company.

4. Defendant Lotus Developments is a California Limited Partnership with an address at 300 B Street, Turlock, CA 95380. On information and belief, Joseph Wu is also the founder and head of Lotus Developments.

5. Defendant City of Wasco is a municipal corporation formed and organized under the laws of the State of California with an address at 746 Eighth Street, Wasco, CA 93280.

6. The true names and capacities of defendants Does 1 through 10 inclusive are unknown to plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the defendants herein designated as a Doe is responsible in some manner for the events and happenings herein referred to and caused injuries proximately thereby as hereinafter alleged. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, each of the defendants was the agent, servant and employee of each of the remaining defendants, and at all times herein mentioned, each was acting within the purpose and scope of said agency and employment. Plaintiff is further informed and believes and

thereon alleges that at all times herein mentioned, each of the defendants' employees was the agent, servant and employee of each employee's respective employer, that at all times herein mentioned, each employee was acting within the purpose and scope of said agency and employment, and that each defendant has ratified and approved the acts of its agents and employees.

7. The Legacy Group, referred to throughout, is not a defendant in this action and no longer exists. The Legacy Group was a land development company originally involved in the development of the property that is the subject of this action.

## JURISDICTION AND VENUE

8. This court has subject matter jurisdiction over the claims in this action pursuant to 28 U.S.C. section 1331, 28 U.S.C. section 1338(a) through (b) and 28 U.S.C. section 1367.

9. Venue in this judicial district is proper under 28 U.S.C. section 1391(b).

## FACTUAL BACKGROUND

### McINTOSH & ASSOCIATES

10. For more than 34 years, Roger McIntosh has been engaged in urban planning, specifically the design of residential subdivisions in community spaces throughout California. In 1980, Mr. McIntosh and Eugene Martin founded Martin-McIntosh Land Surveying.

11. Over the last 27 years, the firm has expanded to offer an array of land-planning services from civil engineering and landscape architecture to construction management throughout Central and Southern California, Arizona and Nevada.

12. On May 3, 1999, Roger McIntosh bought out his partner, Mr. Martin, and Martin-McIntosh became McIntosh & Associates. Pursuant to the buy-out agreement, the rights and all works created up to that point by Martin-McIntosh were assigned to Roger McIntosh.

13. McIntosh & Associates provides all types of civil engineering services, specializing in site planning for private developments, residential developments and public works projects, including infrastructure, subdivision design and oil field facilities.

14. McIntosh & Associates also offers land surveying services, from boundary surveys to geodetic control surveys.

## CONTRACT WITH THE LEGACY GROUP

15. In or about 1992, McIntosh contracted with the Legacy Group to design and supervise the private development and construction of a subdivision called the Valley Rose Estates Project (the "Subdivision") on a parcel of land owned by the Legacy Group.

16. Specifically, McIntosh contracted to (1) develop the subdivision's master plans for water, sewer and drainage systems; (2) develop a phase traffic and circulation plan; (3) determine boundaries; (4) develop a tentative tract map for the Subdivision; and (5) develop landscape design unique to the Subdivision.

17. According to the contract between McIntosh and the Legacy Group, all work product McIntosh created for the Subdivision remained his property and McIntosh retained the right to use the plans without the Legacy Group's consent, including but not limited to McIntosh's designs and technical drawings.

18. In addition, the Legacy Group agreed that McIntosh's designs and technical drawings were being created exclusively for the Legacy Group and could only be used by the Legacy Group on the Valley Rose Estates project.

19. The contract between McIntosh and the Legacy Group also established that the agreement between the parties could not be assigned without the written consent of the other party.

20. The Legacy Group had an agreement with the City of Wasco wherein the City would pay for the Subdivision project with bond anticipation notes. The Legacy Group was to pay McIntosh and the contractor from the money it received from the City of Wasco.

21. According to the agreement between Wasco and the Legacy Group, the development agreement expired in 2002 because the improvements were not completed.

22. The tentative map for the Valley Rose Estates subdivision, Tract No. 5472, expired in 2001.

## THE SUBDIVISION PLANS

23. In accordance with his obligations under the Legacy Group contract, McIntosh designed the overall layout of the Subdivision, as well as the division of the individual

plots and common spaces. McIntosh also created landscape designs for the Subdivision. McIntosh's subdivision and landscape designs are depicted in technical drawings ("The Plans") that are the subject of Copyright Registration Certificate No. VAU-721-180, a true and correct copy of which is attached as Exhibit "A."

24. McIntosh is the sole author of the subdivision and landscape designs embodied in the technical drawings.

25. McIntosh is the sole owner of the copyright and the technical drawings. (See Exhibit "A," Copyright Registration Certificate No. VAU-721-180.)

**INITIAL CONSTRUCTION OF THE SUBDIVISION**

26. In 1993, McIntosh submitted the Plans to the City of Wasco in order to obtain a building permit to commence construction on the Subdivision. The City of Wasco subsequently approved the Plans.

27. Construction of the Subdivision commenced after the City of Wasco approved the Plans. Several different contractors worked on the construction of the Subdivision, according to McIntosh's Plans. McIntosh supervised construction of the Subdivision to ensure that the Plans were properly implemented.

28. In 1994, the bottom dropped out of the real estate market and the City of Wasco's bond anticipation notes lost their value. The City was no longer able to pay the Legacy Group for the construction on the Subdivision. Consequently, construction on the Subdivision ceased. The Legacy Group subsequently declared bankruptcy and the City of Wasco purchased the Subdivision at a tax sale.

**DEFENDANTS' INFRINGEMENT OF MCINTOSH' PLANS**

29. On information and belief, in or about December 2004, of defendants Lotus and Universal purchased the Subdivision, with all the improvements, from the City of Wasco.

30. In or about late 2005 or early 2006, Mr. Wu of Northern California Universal Enterprises Company and Lotus Developments contacted McIntosh and asked if he could use McIntosh's Plans to finish the Subdivision. McIntosh told Mr. Wu that he could use the plans if he paid for them. Mr. Wu refused to pay the price proposed by McIntosh for use of the Plans.