PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN:

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 4800 Easton Drive, Suite 114, Bakersfield, California, 93309.

On January 5 2001, I served the foregoing document described as **Declaration of Eugene Martin Submitted in Opposition to Motion for Summary Judgment or, in the Alternative, Summary Adjudication** on the interested parties in said action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

ROBERT B. SCAPA, ESQ.
California Trial Lawyers, LLP
16601 Ventura Boulevard, Suite 204
Encino, CA 91436-1921

N. THOMAS McCARTNEY, ESQ.
Law Office of N. Thomas McCartney
1920 - 20th Street
Bakersfield, CA 93301

[XXX] (BY MAIL) I caused such envelopes to be deposited in the mail at 4800 Easton Drive, Bakersfield, California. The envelopes were mailed with postage thereon fully prepaid.

[XXX] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Bakersfield, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on January 5, 2001, at Bakersfield, California.

[XXX] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Aneta L. Adams
ANETA L. ADAMS, CLA

BORRACHE, CLARK & POTTER
ATTORNEYS AT LAW
4800 EASTON DRIVE
SUITE 114
BAKERSFIELD, CALIFORNIA 93309-9424
(661) 328-1800

# EXIBIT E HASSING DEC

**Certified Copy**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

Plaintiff,

vs.

Case No. 107CV-01080-LJO-WMW

NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,

Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**ROGER McINTOSH**

December 18, 2008
9:11 a.m.

5001 East Commercenter
Suite 170
Bakersfield, California

Brian S. Cardoza, CSR No. 8362

ESQUIRE
DEPOSITION SERVICES®

PAULSON

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

                                    Roger McIntosh December 18, 2008

80

Q. All right. Why wasn't the final map completed and recorded, to your knowledge, for 5472?

THE WITNESS: Have you got enough tape?

BY MR. HASSING:

Q. Give us a short version first, then we'll see if we need the long version.

A. Well, the City of Wasco funded the improvements for the development, and normally a subdivision map, a tentative map is approved, plans are prepared, and once those plans are prepared, there's a security bond that is posted with the city to make sure that those improvements get put in. After the security bond is -- and an improvement agreement is entered into, then the jurisdiction usually allows the final map to record.

In this case, the City of Wasco came up with a program to raise the money needed for the improvements, they were in agreement with Michael Brown and The Legacy Group to pay for the improvements, so the developer put the improvements in that were funded by the City of Wasco. The City, for whatever reason, decided that they weren't going to complete the payment of all the improvements, as well as our work, so we stopped working on it because we weren't getting paid. And we were not -- we did not finalize the map or record the final map because of that.

ESQUIRE DEPOSITION SERVICES
PAULSON REPORTING & LITIGATION SERVICES, LLC
Toll Free: 800.300.1214
Facsimile: 661.322.2242
Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

# EXIBIT  F   HASSING DEC

# PARCEL MAP NO. 9572

**BEING A DIVISION OF THE NORTH HALF AND THE SOUTHWEST QUARTER OF SECTION 4, T.27S., R.24E., M.D.B.& M.
CITY OF WASCO, COUNTY OF KERN
STATE OF CALIFORNIA**

## OWNER'S STATEMENT

WE HEREBY STATE THAT WE ARE THE OWNERS OF, OR HAVE SOME RIGHT, TITLE OR INTEREST IN AND TO THE REAL PROPERTY INCLUDED WITHIN THE SUBDIVISION SHOWN UPON THIS PARCEL MAP, AND WE ARE THE ONLY PERSONS WHOSE SIGNATURE IS REQUIRED TO PASS CLEAR TITLE TO SAID PROPERTY, AND WE CONSENT TO THE PREPARATION AND RECORDATION OF THIS PARCEL MAP. WE ALSO HEREBY GRANT TO THE CITY OF WASCO, IRREVOCABLE OFFERS OF DEDICATION OF AN EASEMENT FOR INGRESS, EGRESS AND ROAD PURPOSES, OVER AND ACROSS SCOFIELD AVENUE, McCOMBS ROAD, LEONARD AVENUE, VALLEY ROSE PARKWAY AND AUGUSTA MANOR DRIVE, AS SHOWN UPON SAID MAP WITHIN SAID SUBDIVISION. THE ABOVE DESCRIBED EASEMENTS TO BE KEPT OPEN, CLEAR AND FREE FROM BUILDINGS AND STRUCTURES OF ANY KIND.

WASCO COMMUNITY DEVELOPMENT CO., A CALIFORNIA GENERAL PARTNERSHIP

BY: [signature]

ANDREW GISSINGER III
GENERAL PARTNER

TENNECO WEST INC., A DELAWARE CORPORATION
PER DEED OF TRUST RECORDED MARCH 30, 1990
IN BOOK 6364, PAGE 1803, O.R.

BY: [signature: Melvin Jans] BY: [signature: Wayne E. Broome]

MELVIN JANS
SENIOR VICE PRESIDENT

WAYNE E. BROOME
ASSISTANT SECRETARY

STATE OF CALIFORNIA)
COUNTY OF KERN ) SS.

ON THIS 14TH DAY OF JULY 1992, BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED MELVIN JANS AND WAYNE E. BROOME PERSONALLY KNOWN TO ME, OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE, TO BE THE PERSONS WHO EXECUTED THE WITHIN INSTRUMENT AS SENIOR VICE PRESIDENT AND ASSISTANT SECRETARY, ON BEHALF OF TENNECO WEST, INC., THE CORPORATION THEREIN NAMED, AND ACKNOWLEDGED TO ME THAT SUCH CORPORATION EXECUTED IT PURSUANT TO ITS BY-LAWS OR A RESOLUTION OF ITS BOARD OF DIRECTORS.

SIGNATURE [signature: Peggy R. Bauer], COUNTY OF KERN
MY COMMISSION EXPIRES MARCH 22, 1993

STATE OF CALIFORNIA)
COUNTY OF KERN ) SS.

ON THIS __ DAY OF ____ 1992, BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED ANDREW GISSINGER III, PERSONALLY KNOWN TO ME, OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE, TO BE THE PERSON WHO EXECUTED THE WITHIN INSTRUMENT ON BEHALF OF THE PARTNERSHIP, AND ACKNOWLEDGED TO ME THAT THE PARTNERSHIP EXECUTED IT.

SIGNATURE [signature], COUNTY OF KERN
MY COMMISSION EXPIRES ____

OFFICIAL SEAL MELISSA HOSKISON NOTARY PUBLIC-CALIFORNIA KERN COUNTY MY COMM. EXP. MAY 14, 1993

## CITY CLERK'S STATEMENT

THE CITY COUNCIL OF THE CITY OF WASCO HEREBY ORDERS THAT PARCEL MAP 9572 IS APPROVED. THE STREETS AND ANY OTHER EASEMENTS SHOWN UPON THIS MAP ARE HEREON OFFERED FOR DEDICATION AND THE SAME ARE HEREBY ACCEPTED FOR PUBLIC USE SUBJECT TO CONSTRUCTION OF ALL IMPROVEMENTS BY THE SUBDIVIDER AND ACCEPTANCE OF ALL IMPROVEMENTS BY THE CITY COUNCIL. IT DIRECTS THE CLERK OF THIS COUNCIL TO ENDORSE UPON THE FACE OF THIS ORDER AUTHENTICATED BY THE SEAL OF THE CITY COUNCIL OF THE CITY OF WASCO, AND IT HEREBY WAIVES, PURSUANT TO THE PROVISIONS OF SECTION 66436 OF THE SUBDIVISION MAP ACT, THE REQUIREMENT OF SIGNATURES OF THE FOLLOWING:

| NAME | NATURE OF INTEREST |
|---|---|
| PACIFIC GAS & ELECTRIC CO. | TRANSMISSION LINE EASEMENT PER BOOK 3220, PAGE 112, O.R |
| PACIFIC GAS & ELECTRIC CO. | TRANSMISSION LINE EASEMENT PER BOOK 4073, PAGE 193, O.R. |
| PACIFIC GAS & ELECTRIC CO | POLE LINE EASEMENT PER BOOK 6304, PAGE 43, O.R |
| PUBLIC IN GENERAL | STATE HIGHWAY 46 & SCOFIELD AVENUE |
| COUNTY OF KERN | EASEMENT FOR ROAD PURPOSES PER BOOK 4889, PAGE 1410, O.R. |
| COUNTY OF KERN | EASEMENT FOR ROAD PURPOSES PER BOOK 356, PAGE 142, O.R. |

## NOTES

1. ANY ROAD OR EASEMENT OR RIGHT-OF-WAY FOR ROAD OR HIGHWAY PURPOSES SHOWN OR REFERRED TO ON THIS MAP, INCLUDING, BUT NOT LIMITED TO, ANY DEDICATED OR OFFERED FOR DEDICATION TO THE PUBLIC OR TO THE CITY, IS NOT A CITY STREET AND IS NOT SUBJECT TO MAINTENANCE OR IMPROVEMENT BY THE CITY OF WASCO, UNTIL AND UNLESS THE CITY OFFICIALLY ACCEPTS THE SAME INTO THE CITY ROAD SYSTEM BY RESOLUTION OF THE CITY COUNCIL, EXCEPTING ANY EXPRESSLY SHOWN HEREON AS BEING A CITY STREET.

2. THE LAND COVERED BY THIS PARCEL MAP IS RESTRICTED BY A WILLIAMSON ACT LAND USE CONTRACT EXECUTED BY KERN LAND FARMING COMPANY ON FEBRUARY 21, 1969, AND RECORDED IN BOOK 4247, PAGES 735 TO 747, INCLUSIVE, OF THE KERN COUNTY OFFICIAL RECORDS. DURING THE TERM OF THIS CONTRACT, OR ANY RENEWALS THEREOF, THE HEREIN DESCRIBED LAND SHALL NOT BE USED FOR ANY PURPOSE OTHER THAN AGRICULTURAL USES AND THOSE USES COMPATIBLE WITH AGRICULTURAL USES. NO STRUCTURES SHALL BE ERECTED UPON SAID LAND EXCEPT SUCH STRUCTURES AS MAY BE DIRECTLY RELATED TO AGRICULTURAL USES, PURSUANT TO THE TERMS OF THE CONTRACT.

## SURVEYOR'S STATEMENT

THIS MAP WAS PREPARED BY ME OR UNDER MY DIRECTION AND IS BASED UPON A FIELD SURVEY IN CONFORMANCE WITH THE REQUIREMENTS OF THE SUBDIVISION MAP ACT AND LOCAL ORDINANCES AT THE REQUEST OF THE LEGACY GROUP,LTD. IN MAY, 1992. I HEREBY STATE THAT THIS PARCEL MAP SUBSTANTIALLY CONFORMS TO THE APPROVED TENTATIVE MAP.

[signature] 7/8/92
EUGENE P. MARTIN L.S. 4713 DATE
EXPIRES 9-30-95

## CITY ENGINEER'S STATEMENT

THIS MAP CONFORMS WITH THE REQUIREMENTS OF THE SUBDIVISION MAP ACT AND LOCAL ORDINANCES.

DATED: 7/15/92 SIGNED: [signature]
KENT D. DAVIS R.C.E. 12469
CITY ENGINEER EXPIRES 3-31-93
CITY OF WASCO

## PLANNING DIRECTOR'S STATEMENT

THIS MAP IS IN SUBSTANTIAL CONFORMANCE WITH THE APPROVED TENTATIVE MAP. A NOTICE OF EXEMPTION IN ACCORDANCE WITH THE CALIFORNIA ENVIRONMENTAL QUALITY ACT OF 1970, AS AMENDED, HAS BEEN FILED WITH THE COUNTY CLERK.

DATED: 7-15-92 SIGNED: [signature: Walter Cairns]
WALTER CAIRNS
PLANNING DIRECTOR
CITY OF WASCO

## RECORDER'S STATEMENT

FILED FOR RECORD THIS 21 DAY OF July 1992 AT 9:00 A.M. IN BOOK 44 OF PARCEL MAPS AT PAGE 57 AT THE REQUEST OF CITY OF WASCO.

GALE S. ENSTAD
COUNTY CLERK-RECORDER

BY: [signature: Sandra Swaim]
DEPUTY RECORDER

SHEET 1 OF 6 SHEETS

Exhibit 7/2/09
3 Wong
PAULSON
REPORTING & LITIGATION SERVICES

\# 102886

CERTIFICATE OF CORRECTION FILED ON BK. 6779 Pg. 43 O.R. 11-4-92 P.M. 9572 M-1

PG 57

# PARCEL MAP NO. 9572

BEING A DIVISION OF THE NORTH HALF AND THE SOUTHWEST QUARTER OF SECTION 4, T.27S., R.24E., M.D.B.& M.
CITY OF WASCO, COUNTY OF KERN
STATE OF CALIFORNIA

**BASIS OF BEARINGS**

THE BEARING OF S. 89°18'09" E. SHOWN FOR THE NORTH LINE OF THE NORTHWEST QUARTER OF SECTION 4, T.27S., R.24E., AS SHOWN IN FILED MAP 7-1 BOOK 7, PAGE 48, AS FILED IN THE OFFICE OF THE KERN COUNTY SURVEYOR WAS USED AS THE BASIS OF BEARINGS SHOWN HEREON.

**LEGEND**

| Symbol | Meaning |
|---|---|
| ⊙ | FOUND MONUMENT AS DESCRIBED HEREON |
| ⌖ | FOUND MONUMENT AS DESCRIBED PER K.C.S. FILED MAP 7-1, BK 7, PG 48 |
| ● | 2" I.P. WITH BRASS TAG MARKED LS 4383 TO BE SET WITHIN FIVE YEARS OF RECORDATION |
| ● | CONC. MON. MARKED L.S. 4713 TO BE SET WITHIN FIVE YEARS OF RECORDATION |
| P.M. | PARCEL MAP |
| O.R. | OFFICIAL RECORDS |
| K.C.S. | KERN COUNTY SURVEYOR |
| FD. | FOUND |
| MON. | MONUMENT |
| CONC. | CONCRETE |
| D.O.T. | DEPARTMENT OF TRANSPORTATION |
| MOC | MONUMENT ON CURVE |

THE BLUE BORDER INDICATES THE BOUNDARY OF LAND TO BE SUBDIVIDED BY THIS MAP.

ALL DISTANCES AND DIMENSIONS SHOWN ARE IN FEET AND DECIMALS THEREOF.

ALL RADII ARE 20.00' UNLESS OTHERWISE NOTED.

**RECORDER'S STATEMENT**

FILED FOR RECORD THIS 21 DAY OF July 1991, AT 9:00 A.M. IN BOOK 44 OF PARCEL MAPS AT PAGE 58 AT THE REQUEST OF CITY OF WASCO

GALE S. ENSTAD
COUNTY CLERK-RECORDER

BY: Sandra Swann
DEPUTY RECORDER

SHEET 2 OF 6 SHEETS

# 102886

11-4a P.M. 9572 M-1

PG 58

PG 58

PARCEL MAP NO. 9572
BEING A DIVISION OF THE NORTH HALF AND THE SOUTHWEST QUARTER OF SECTION 4, T.27S., R.24E., M.D.B.& M.
CITY OF WASCO, COUNTY OF KERN
STATE OF CALIFORNIA
BASIS OF BEARINGS
THE BEARING OF S. 89°18'09" E. SHOWN FOR THE NORTH LINE OF THE NORTHWEST QUARTER OF SECTION 4, T.27S., R.24E., AS SHOWN IN FILED MAP 7-1 BOOK 7, PAGE 48, AS FILED IN THE OFFICE OF THE KERN COUNTY SURVEYOR WAS USED AS THE BASIS OF BEARINGS SHOWN HEREON.
LEGEND
FOUND MONUMENT AS DESCRIBED HEREON
FOUND MONUMENT AS DESCRIBED PER K.C.S. FILED MAP 7-1, BK. 7, PG. 48
2" I.P. WITH BRASS TAG MARKED LS 4383 TO BE SET WITHIN FIVE YEARS OF RECORDATION
CONC. MON MARKED L.S. 4713 TO BE SET WITHIN FIVE YEARS OF RECORDATION
P.M. PARCEL MAP
O.R. OFFICIAL RECORDS
K.C.S. KERN COUNTY SURVEYOR
FD. FOUND
MON. MONUMENT
CONC. CONCRETE
D.O.T. DEPARTMENT OF TRANSPORTATION
MOC MONUMENT ON CURVE
THE BLUE BORDER INDICATES THE BOUNDARY OF LAND TO BE SUBDIVIDED BY THIS MAP.
ALL DISTANCES AND DIMENSIONS SHOWN ARE IN FEET AND DECIMALS THEREOF.
ALL RADII ARE 20.00' UNLESS OTHERWISE NOTED.
SCALE: 1" = 200'
RECORDER'S STATEMENT
FILED FOR RECORD THIS 21 DAY OF July 1992 AT 9.00 A.M. IN BOOK 44 OF PARCEL MAPS AT PAGE 59 AT THE REQUEST OF CITY OF WASCO
GALE S. ENSTAD
COUNTY CLERK-RECORDER
BY Sandra Swain
DEPUTY RECORDER
SHEET 3 OF 6 SHEETS
NW CORNER FD. CONC. MON. W/ PIN IN LAMPHOLE
N 01°02'46" E 2627.97'
SEE DETAIL 'A' SHEET 2
SEE SHEET 4
℄ AUGUSTA MANOR DRIVE
S 88°17'29" E
1459.93'
S 87°35'52" E RAD
W 1/4 CORNER FD 4"x4" CONC. MON. W/PIN
50' WIDE EASEMENT IN FAVOR OF P.G.&E. PER BOOK 3220, PAGE 112, O.R.
Δ = 33°22'46"
R = 1400.00'
L = 815.62'
T = 419.75'
℄ VALLEY ROSE PARKWAY
45.00' IRREVOCABLE OFFER OF DEDICATION TO CITY OF WASCO
N 59°01'22" E RAD
℄ SCOFIELD AVENUE
2634.75'
1829.74'
N 01°02'53" E
60' ROAD EASEMENT PER BOARD OF SUPERVISORS MINUTE BOOK 20, PAGE 386 RECORDED MARCH 4, 1919
PARCEL 3
65.32 acres
Δ = 24°03'04"
R = 1400.00'
T = 298.23'
L = 587.68'
SEE SHEET 6
554.22'
N 89°16'05" W
763.71'
1317.93'
RAD. N 83°04'25" E
Δ = 08°01'25"
R = 1400.00'
T = 98.19'
L = 196.05'
N 88°54'10" E RAD
S 01°04'22" W
512.90'
90.00' IRREVOCABLE OFFER OF DEDICATION TO CITY OF WASCO
1318.45
1317.71'
S 89°14'42" E
1597.71'
280.00'
1122.64'
PARCEL 1
33.51 acres
1268.45
PARCEL 2
27.64 acres
S 01°04'22" W
755.01'
N 01°05'50" E
N 01°05'50" E
694.86'
EASEMENT IN FAVOR OF P.G.&E. FOR POLES AND POLELINES PER BOOK 6304, PAGE 43, O.R.
PROPERTY DEEDED TO THE STATE OF CALIFORNIA PER BOOK 6189, PAGE 359, O.R.
SEE DETAIL 'B' SHEET 2
S 88°57'07" E 30.00'
S 13°54'54" E 62.02'
WITNESS CORNER FD. 2" I.P.
N 01°02'53" E 110.15'
SW CORNER FD. D.O.T. BRASS CAP IN LAMPHOLE
55.00'
1551.37'
1884.72'
2588.75'
S 89°14'42" E
2634.72'
287.38'
89' IRREVOCABLE OFFER OF DEDICATION TO THE CITY OF WASCO FOR ROAD PURPOSES
℄ STATE ROUTE 46
SET CONC. MON. FOR WITNESS CORNER L.S. 4713
SEE DETAIL 'C' SHEET 2
WITNESS CORNER FD. 2" I.P.
50.00'
750.00'
750.00'
55.00'
S 1/4 CORNER FD D.O.T. BRASS CAP IN LAMPHOLE
# 102886
11-48 P.M. 9572 M-1
PG 59
PG 59

# PARCEL MAP NO. 9572

**BEING A DIVISION OF THE NORTH HALF AND THE SOUTHWEST QUARTER OF SECTION 4, T.27S., R.24E., M.D.B.& D. CITY OF WASCO, COUNTY OF KERN STATE OF CALIFORNIA**

NW CORNER FD. CONC. MON. W/ PIN IN LAMPHOLE
60' WIDE EASEMENT FOR PUBLIC HIGHWAY PURPOSES IN FAVOR OF THE COUNTY OF KERN PER BOOK 4889, PAGE 1410, O.R.
℄ McCOMBS ROAD
55' IRREVOCABLE OFFER OF DEDICATION TO THE CITY OF WASCO FOR ROAD PURPOSES
S 89°18'09" E 2639.34'
50' WIDE EASEMENT IN FAVOR OF P.G.&E. PER BOOK 4073, PAGE 193, O.R.
NE SECTION CORNER FD. CONC. MON. W/ PIN IN LAMPHOLE
N 89°17'54" W 2639.37'
N 01°05'50" E 100.98'
1/4 CORNER FD. CONC. MON. W/ PIN IN LAMPHOLE
S 88°54'10" E RAD
Δ = 49°10'32" R = 1400.00' T = 640.61' L = 1201.58'
600.79'
S 64°18'54" E RAD
45' IRREVOCABLE OFFER OF DEDICATION TO CITY OF WASCO
MOC
S 39°43'16" E RAD
600.79'
PARCEL 4 122.87 acres
SEE SHEET 5
℄ VALLEY ROSE PARKWAY
835.61'
Δ = 47°52'36" R = 2000.00' T = 887.88' L = 1671.21'
MOC
N 63°39'34" W RAD
835.60'
55' IRREVOCABLE OFFER OF DEDICATION TO THE CITY OF WASCO FOR ROAD PURPOSES
N 01°02'46" E 2619.97'
℄ SCOFIELD AVENUE
60' ROAD EASEMENT PER BOARD OF SUPERVISORS MINUTE BOOK 20, PAGE 386 RECORDED MARCH 4, 1919
SEE DETAIL 'A' SHEET 2
45' IRREVOCABLE OFFER OF DEDICATION TO CITY OF WASCO
℄ AUGUSTA MANOR DRIVE
S 89°17'29" E 1459.95'
W 1/4 CORNER FD. 4"x4" CONC. MON. W/PIN
SEE SHEET 3
N 87°35'52" W RAD
N 01°02'53" E 2634.75'
SW CORNER FD. D.O.T. BRASS CAP IN LAMPHOLE

**BASIS OF BEARINGS**

THE BEARING OF S. 89°18'09" E. SHOWN FOR THE NORTH LINE OF THE NORTHWEST QUARTER OF SECTION 4, T.27S., R.24E., AS SHOWN IN FILED MAP 7-1 BOOK 7, PAGE 48, AS FILED IN THE OFFICE OF THE KERN COUNTY SURVEYOR WAS USED AS THE BASIS OF BEARINGS SHOWN HEREON.

**LEGEND**

- FOUND MONUMENT AS DESCRIBED HEREON
- FOUND MONUMENT AS DESCRIBED PER K.C.S. FILED MAP 7-1, BK. 7, PG. 48
- 2" I.P. WITH BRASS TAG MARKED L.S. 4383 TO BE SET WITHIN FIVE YEARS OF RECORDATION
- CONC. MON. MARKED L.S. 4713 TO BE SET WITHIN FIVE YEARS OF RECORDATION

| | |
|---|---|
| P.M. | PARCEL MAP |
| O.R. | OFFICIAL RECORDS |
| K.C.S. | KERN COUNTY SURVEYOR |
| FD. | FOUND |
| MON. | MONUMENT |
| CONC. | CONCRETE |
| D.O.T. | DEPARTMENT OF TRANSPORTATION |
| MOC | MONUMENT ON CURVE |

THE BLUE BORDER INDICATES THE BOUNDARY OF LAND TO BE SUBDIVIDED BY THIS MAP

ALL DISTANCES AND DIMENSIONS SHOWN ARE IN FEET AND DECIMALS THEREOF

ALL RADII ARE 20.00' UNLESS OTHERWISE NOTED

SCALE: 1" = 200'

100 0 200 400
200 50

**RECORDER'S STATEMENT**

FILED FOR RECORD THIS 21 DAY OF July 1992 AT 9:00 A.M. IN BOOK 44 OF PARCEL MAPS AT PAGE 60 AT THE REQUEST OF CITY OF WASCO

GALE S. ENSTAD
COUNTY CLERK-RECORDER

BY Sandra Sutam
DEPUTY RECORDER

SHEET 4 OF 6 SHEETS

# 102886

11-42 P.M. 9572 MH

PG 60

82 9d

# PARCEL MAP NO. 9572

BEING A DIVISION OF THE NORTH HALF AND THE SOUTHWEST QUARTER OF SECTION 4, T.27S., R.24E., M.D.B.& M.
CITY OF WASCO, COUNTY OF KERN
STATE OF CALIFORNIA

**LEGEND**

- FOUND MONUMENT AS DESCRIBED HEREON
- FOUND MONUMENT AS DESCRIBED PER K.C.S. FILED MAP 7-1, BK. 7, PG 48
- 2" I.P. WITH BRASS TAG MARKED LS 4383 TO BE SET WITHIN FIVE YEARS OF RECORDATION
- CONC. MON. MARKED L.S. 4713 TO BE SET WITHIN FIVE YEARS OF RECORDATION

P.M. PARCEL MAP
O.R. OFFICIAL RECORDS
K.C.S. KERN COUNTY SURVEYOR
FD FOUND
MON. MONUMENT
CONC CONCRETE
D.O.T. DEPARTMENT OF TRANSPORTATION
MOC MONUMENT ON CURVE

THE BLUE BORDER INDICATES THE BOUNDARY OF LAND TO BE SUBDIVIDED BY THIS MAP.

ALL DISTANCES AND DIMENSIONS SHOWN ARE IN FEET AND DECIMALS THEREOF.

ALL RADII ARE 20.00' UNLESS OTHERWISE NOTED

SCALE: 1" = 200'
100 0 200 400
200 50

NW CORNER
FD. CONC. MON. W/ PIN
IN LAMPHOLE
S 89°18'09" E
2639.34'

N 01°05'50" E
100.96'
S 88°54'10" E
RAD

℄ McCOMBS ROAD
55' IRREVOCABLE OFFER OF DEDICATION TO THE CITY OF WASCO FOR ROAD PURPOSES

1/4 CORNER
FD. CONC. MON. W/ PIN
IN LAMPHOLE

60' WIDE EASEMENT FOR PUBLIC HIGHWAY PURPOSES IN FAVOR OF THE COUNTY OF KERN PER BOOK 4889, PAGE 1410, O.R.

50' WIDE EASEMENT IN FAVOR OF P.G.&E. PER BOOK 4073, PAGE 193, O.R.
N 89°17'54" W
2639.37'

NE SECTION CORNER
FD. CONC. MON. W/ PIN
IN LAMPHOLE

L = 600.87
S 64°18'54" E
RAD
MOC
Δ = 49°10'54"
R = 1400.00'
T = 640.70'
L = 1201.73'
L = 600.86

℄ VALLEY ROSE PARKWAY

45' IRREVOCABLE OFFER OF DEDICATION TO CITY OF WASCO

S 39°43'16" E
RAD

PARCEL 5
154.31 acres

SEE SHEET 4
L = 835.61
Δ = 47°52'36"
R = 2000.00'
L = 1671.21'
T = 887.88'
MOC
N 63°39'34" W
RAD
L = 835.60

℄ AUGUSTA MANOR DRIVE

Δ = 29°37'55"
R = 2000.00'
T = 529.02
L = 1034.35'
L = 517.18
L = 517.17
MOC
S 21°15'57" E
RAD
N 08°27'00" W
RAD

45' IRREVOCABLE OFFER OF DEDICATION TO CITY OF WASCO

L = 414.47
Δ = 33°55'29"
R = 1400.00'
T = 427.02'
L = 828.94'
MOC
N 10°30'45" E
RAD
L = 414.47
S 27°28'30" W
RAD
Δ = 26°45'58"
R = 1400.00'
T = 333.09'
L = 654.02'

S 00°42'31" W
RAD
S 89°17'29" E
99.97'

℄ LEONARD AVENUE
2628.84'
2128.84'
N 01°08'52" E
55' IRREVOCABLE OFFER OF DEDICATION TO THE CITY OF WASCO FOR ROAD PURPOSES
60' ROAD EASEMENT PER VOLUME 21 PAGE 243, O.R.
500.00'

SEE SHEET 6

N 17°41'17" W
RAD
L = 642.11
S 36°04'54" E
RAD
MOC
Δ = 36°47'26"
R = 2000.00'
L = 1284.23'
T = 665.13'
L = 642.12

SEE DETAIL 'A'
SHEET 2
S 89°17'29" E
1459.95'
136.12'
N 0°42'31" E
RAD
N 87°35'52" W
RAD
W 1/4 CORNER
FD. 4"x4" CONC. MON
W/PIN

E 1/4 CORNER
FD. 4"x4" CONC. MON
W/PIN

**BASIS OF BEARINGS**

THE BEARING OF S. 89°18'09" E. SHOWN FOR THE NORTH LINE OF THE NORTHWEST QUARTER OF SECTION 4, T.27S., R.24E., AS SHOWN IN FILED MAP 7-1 BOOK 7, PAGE 48, AS FILED IN THE OFFICE OF THE KERN COUNTY SURVEYOR WAS USED AS THE BASIS OF BEARINGS SHOWN HEREON

**RECORDER'S STATEMENT**

FILED FOR RECORD THIS 21 DAY OF July 1992 AT 9:00 A.M. IN BOOK 44 OF PARCEL MAPS AT PAGE 61 AT THE REQUEST OF CITY OF WASCO

GALE S. ENSTAD
COUNTY CLERK-RECORDER

BY: Sandra Swann
DEPUTY RECORDER

PARCEL MAP NO. 6695

SHEET 5 OF 6 SHEETS

# 102886

11-42 P.M. 9572 M4

PG 61

PG 61

PG 62

# PARCEL MAP NO. 9572

*BEING A DIVISION OF THE NORTH HALF AND THE SOUTHWEST QUARTER OF SECTION 4, T.27S., R.24E., M.D.M. CITY OF WASCO, COUNTY OF KERN STATE OF CALIFORNIA*

**BASIS OF BEARINGS**

*THE BEARING OF S. 89°18'09" E. SHOWN FOR THE NORTH LINE OF THE NORTHWEST QUARTER OF SECTION 4, T.27S., R.24E., AS SHOWN IN FILED MAP 7-1 BOOK 7, PAGE 48, AS FILED IN THE OFFICE OF THE KERN COUNTY SURVEYOR WAS USED AS THE BASIS OF BEARINGS SHOWN HEREON.*

SEE SHEET 5
SEE SHEET 3
℄ AUGUSTA MANOR DRIVE
℄ VALLEY ROSE PARKWAY
PARCEL 6
71.15 acres
℄ LEONARD AVENUE
PARCEL MAP NO. 6695
NE SECTION CORNER FD. CONC. MON. W/ PIN IN LAMPHOLE
W 1/4 CORNER FD. 4"x4" CONC. MON. W/PIN
S 1/4 CORNER FD. D.O.T. BRASS CAP IN LAMPHOLE
E 1/4 CORNER FD. 4"x4" CONC. MON W/PIN
CENTER OF SECTION SEARCHED FOR FD. NOTHING SET POSITION BY INTERSECTION
SEE DETAIL 'A' SHEET 2
45.00' IRREVOCABLE OFFER OF DEDICATION TO CITY OF WASCO
45' IRREVOCABLE OFFER OF DEDICATION TO CITY OF WASCO
55' IRREVOCABLE OFFER OF DEDICATION TO THE CITY OF WASCO FOR ROAD PURPOSES
50' WIDE EASEMENT IN FAVOR OF P.G.&E. PER BOOK 3220, PAGE 112, O.R.
60' ROAD EASEMENT PER VOLUME 21 PAGE 243, O.R.
Δ = 29°37'55" R = 2000.00' T = 529.02' L = 1034.35'
Δ = 33°55'29" R = 1400.00' T = 427.02' L = 828.94'
Δ = 26°45'58" R = 1400.00' T = 333.09' L = 654.02'
Δ = 36°47'26" R = 2000.00' T = 665.13' L = 1284.23'
Δ = 33°22'48" R = 1400.00' L = 815.62' T = 419.75'
Δ = 24°03'04" R = 1400.00' T = 298.23' L = 587.68'
S 89°17'29" E 1459.95'
136.12
642.12'
642.11'
517.18'
517.17'
414.47'
414.47'
2628.84'
N 01°08'52" E
S 89°17'29" E 99.97'
300.00'
S 89°17'29" E
2637.04'
1318.45'
2636.89'
N 01°05'50" E
1318.45
763.71'
N 89°16'05" W
N 0°42'31" E RAD
S 87°35'52" E RAD
S 17°41'11" E RAD
S 35°04'54" E RAD
S 21°55'57" E RAD
N 06°27'00" W RAD
N 10°30'45" E RAD
S 27°28'30" W RAD
S 00°42'31" W RAD
N 59°01'22" E RAD
N 83°04'25" E RAD
MOC
SCALE: 1" = 200'
200 100 50 0 200 400

**LEGEND**

| | |
|---|---|
| ⊕ | FOUND MONUMENT AS DESCRIBED HEREON |
| ⌖ | FOUND MONUMENT AS DESCRIBED PER K.C.S. FILED MAP 7-1, BK. 7, PG. 48 |
| ● | 2" I.P. WITH BRASS TAG MARKED L.S. 4383 TO BE SET WITHIN FIVE YEARS OF RECORDATION |
| ● | CONC. MON. MARKED L.S. 4713 TO BE SET WITHIN FIVE YEARS OF RECORDATION |
| P.M. | PARCEL MAP |
| O.R. | OFFICIAL RECORDS |
| K.C.S. | KERN COUNTY SURVEYOR |
| FD. | FOUND |
| MON | MONUMENT |
| CONC | CONCRETE |
| D.O.T. | DEPARTMENT OF TRANSPORTATION |
| MOC | MONUMENT ON CURVE |

THE BLUE BORDER INDICATES THE BOUNDARY OF LAND TO BE SUBDIVIDED BY THIS MAP

ALL DISTANCES AND DIMENSIONS SHOWN ARE IN FEET AND DECIMALS THEREOF

ALL RADII ARE 20.00' UNLESS OTHERWISE NOTED.

**RECORDER'S STATEMENT**

FILED FOR RECORD THIS 21 DAY OF July 1992 AT 9:00 A.M. IN BOOK 44 OF PARCEL MAPS AT PAGE 62 AT THE REQUEST OF CITY OF WASCO

GALE S. ENSTAD
COUNTY CLERK-RECORDER

BY: Sandra Swann
DEPUTY RECORDER

SHEET 6 OF 6 SHEETS

# 102886

11-40 P.M. 9572 M-1 PG 62

# EXIBIT  G   HASSING DEC

# TRACT NO. 6451

CONSISTING OF 3 SHEETS

BEING A DIVISION OF A PORTION OF PARCEL 1 OF PARCEL MAP NO. 9572, FILED IN BOOK 44 OF PARCEL MAPS AT PAGES 57 THROUGH 62 IN THE OFFICE OF THE KERN COUNTY RECORDER, AND BY CERTIFICATE OF CORRECTION RECORDED DECEMBER 18, 1992 IN BOOK 6779, PAGE 43 OF OFFICIAL RECORDS AND CERTIFICATE OF CORRECTION RECORDED JUNE 16, 1993 IN BOOK 6862, PAGE 1325 OF OFFICIAL RECORDS. ALSO BEING A PORTION OF THE SE. 1/4 OF THE SW. 1/4 OF SECTION 4, TOWNSHIP 27 SOUTH, RANGE 24 EAST, M.D.B.&M., IN THE CITY OF WASCO, COUNTY OF KERN, STATE OF CALIFORNIA.

69 NUMBERED LOTS 1 DESIGNATED REMAINDER 33.51 GROSS ACRES

## OWNER'S STATEMENT

WE HEREBY STATE THAT WE ARE THE OWNERS OF, OR HAVE SOME RIGHT, TITLE OR INTEREST IN AND TO THE REAL PROPERTY INCLUDED WITHIN THE SUBDIVISION SHOWN UPON THIS MAP, AND THAT EXCEPT AS SHOWN ON THIS MAP AND STATEMENTS MADE A PART THEREOF WE ARE THE ONLY PERSONS WHOSE CONSENT IS NECESSARY TO PASS CLEAR TITLE TO SAID PROPERTY, AND WE CONSENT TO THE MAKING OF SAID MAP AND SUBDIVISION AS SHOWN WITHIN THE COLORED BORDER LINES AND HEREBY OFFER FOR DEDICATION TO THE PUBLIC USE, VALLEY ROSE PARKWAY, ST. ANDREWS CRESCENT, OLYMPIC COURT, SAWGRASS COURT AND PEBBLE BEACH WAY AS SHOWN UPON SAID MAP WITHIN SAID SUBDIVISION.

WE ALSO HEREBY DEDICATE FOR PUBLIC USE EASEMENTS FOR PUBLIC UTILITIES UNDER, ON OR OVER THOSE CERTAIN STRIPS OF LAND DESIGNATED AS "P.U.E.", AS SHOWN ON SAID MAP WITHIN SAID SUBDIVISION; SUCH STRIPS OR PLATS OF LAND SHALL BE KEPT OPEN AND FREE FROM BUILDINGS AND STRUCTURES OF ANY KIND.

WE ALSO HEREBY DEDICATE FOR PUBLIC USE EASEMENTS FOR LANDSCAPE PURPOSES ADJACENT TO VALLEY ROSE PARKWAY AND ACROSS PORTIONS OF LOTS 1, 18, 19, 20, 21, 28, 30, [illegible] THE DESIGNATED REMAINDER AS SHOWN ON SAID MAP WITHIN SAID SUBDIVISION; SUCH STRIPS OR PLATS OF LAND SHALL BE KEPT OPEN AND FREE FROM BUILDINGS AND STRUCTURES OF ANY KIND.

AS A DEDICATION FOR PUBLIC USE, WHILE ALL OF VALLEY ROSE PARKWAY REMAINS A PUBLIC HIGHWAY AND FOR SUCH TIME ONLY, WE HEREBY ABANDON ALL RIGHTS OF VEHICULAR INGRESS AND EGRESS FROM LOTS 1, 19, 20, 29, 30 AND 68 TO VALLEY ROSE PARKWAY, AS SHOWN UPON SAID MAP WITHIN SAID SUBDIVISION SO THAT USERS OF SAID LOTS ABUTTING SAID HIGHWAY WILL HAVE NO RIGHT OF ACCESS WHATEVER TO THE HIGHWAY AS SUCH EXCEPT THE GENERAL EASEMENT OF TRAVEL WHICH BELONGS TO THE WHOLE PUBLIC. IF ANY CHANGE IN ALIGNMENT OR WIDTH OF SAID HIGHWAY RESULTS RESULTS IN VACATION, SUCH VACATION SHALL ELIMINATE THIS DEDICATION AS TO THAT PART VACATED.

WE ALSO HEREBY DEDICATE FOR PUBLIC USE, AN EASEMENT FOR GOLF CART ACCESS ADJACENT TO OLYMPIC COURT AND ALONG THE SIDELINES OF LOTS 14 AND 15, AS SHOWN UPON SAID MAP WITHIN SAID SUBDIVISION.

WE ALSO HEREBY DEDICATE FOR PUBLIC USE, AN EASEMENT FOR GOLF CART ACCESS ADJACENT TO PEBBLE BEACH WAY AND ALONG THE SIDELINES OF LOTS 39 AND 40, AS SHOWN UPON SAID MAP WITHIN SAID SUBDIVISION.

WE ALSO HEREBY DEDICATE FOR PUBLIC USE, AN EASEMENT FOR GOLF CART ACCESS ADJACENT TO SAWGRASS COURT AND ALONG THE SIDELINES OF LOTS 52 AND 53, AS SHOWN UPON SAID MAP WITHIN SAID SUBDIVISION.

[illegible]TRUS DEVELOPMENTS

JOE WU, PRESIDENT — 5/27/06 DATE

STATE OF CALIFORNIA } SS.
COUNTY OF [illegible]

ON 5/27/06 BEFORE ME, Katy M. Penrod THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED: Joe Wu

PERSONALLY KNOWN TO ME (OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE) TO BE THE PERSON(S) WHOSE NAME(S) IS/ARE SUBSCRIBED THE WITHIN INSTRUMENT AND ACKNOWLEDGED TO ME THAT HE/SHE/THEY EXECUTED THE SAME IN HIS/HER/THEIR AUTHORIZED CAPACITY(IES) AND THAT BY HIS/HER/THEIR SIGNATURE(S) ON THE INSTRUMENT THE PERSON(S), OR THE ENTITY UPON BEHALF OF WHICH THE PERSON(S) ACTED, EXECUTED THE INSTRUMENT. WITNESS MY HAND AND OFFICIAL SEAL.

SIGNATURE: Katy M. Penrod
NAME (PRINTED): Katy M. Penrod
COMMISSION NO. 1639473
MY COMMISSION EXPIRES 1/20/2010

[UNI]TED NATIONAL BANK, AS BENEFICIARY UNDER DEED OF TRUST RECORDED DECEMBER 23, 2004 DOCUMENT NO. 0204320787 OF OFFICIAL RECORDS
[illegible] BANK, AS SUCCESSOR BY MERGER TO UNITED NATIONAL BANK

BY Andy Yen — 5-1-06 DATE
TITLE Executive Vice President

STATE OF CALIFORNIA } SS.
COUNTY OF KERN

ON 5.1.06 BEFORE ME, HELENA SOONG THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED: ANDY YEN

PERSONALLY KNOWN TO ME (OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE) TO BE THE PERSON(S) WHOSE NAME(S) IS/ARE SUBSCRIBED THE WITHIN INSTRUMENT AND ACKNOWLEDGED TO ME THAT HE/SHE/THEY EXECUTED THE SAME IN HIS/HER/THEIR AUTHORIZED CAPACITY(IES) AND THAT BY HIS/HER/THEIR SIGNATURE(S) ON THE INSTRUMENT THE PERSON(S), OR THE ENTITY UPON BEHALF OF WHICH THE PERSON(S) ACTED, EXECUTED THE INSTRUMENT. WITNESS MY HAND AND OFFICIAL SEAL.

SIGNATURE: Helena Soong
NAME (PRINTED): Helena Soong
COMMISSION NO. 1417665
MY COMMISSION EXPIRES MAY 13, 2007

## CITY PLANNING DIRECTOR'S STATEMENT

I HEREBY CERTIFY THAT I HAVE EXAMINED THIS MAP AND THAT THE SUBDIVISION SHOWN HEREON IS SUBSTANTIALLY THE SAME AS IT APPEARED ON THE TENTATIVE MAP AND APPROVED ALTERATIONS THEREOF, APPROVED BY THE PLANNING COMMISSION AT A MEETING HELD ON MARCH 14, 2005

KEITH WOODCOCK, PLANNING DIRECTOR — DATE

## CITY ENGINEER'S STATEMENT

I HEREBY STATE THAT I HAVE EXAMINED THIS MAP, THAT THE SUBDIVISION SHOWN HEREON IS SUBSTANTIALLY THE SAME AS IT APPEARED ON THE TENTATIVE MAP AND APPROVED ALTERATIONS THEREOF, THAT ALL THE PROVISIONS OF LAW HAVE BEEN COMPLIED WITH AND THAT TO MY BEST KNOWLEDGE AND BELIEF I AM SATISFIED THAT THIS MAP IS TECHNICALLY CORRECT.

GERALD F. HELT, CITY ENGINEER — DATE — R.C.E. NO. 28500 — EXP. DATE

## SURVEYOR'S STATEMENT

I, JEFFREY A. GUTIERREZ HEREBY STATE THAT I AM A LICENSED LAND SURVEYOR OF THE STATE OF CALIFORNIA; THAT THIS MAP CONSISTING OF 3 SHEETS CORRECTLY REPRESENTS A SURVEY MADE UNDER MY SUPERVISION DURING SEPTEMBER, 2004, THAT SUCH SURVEY IS TRUE AND COMPLETE, AND THAT ALL MONUMENTS SHOWN THEREON ACTUALLY EXIST, ARE OF A CHARACTER AND DO OCCUPY THE POSITIONS INDICATED AND ARE SUFFICIENT TO ENABLE THE SURVEY TO BE RETRACED, EXCEPT THAT MONUMENTS AT STREET CENTERLINES AND LOT CORNERS ARE NOT YET SET, UNLESS OTHERWISE INDICATED, THAT THEY WILL BE SET IN THE POSITIONS INDICATED WITHIN ONE YEAR FROM THE RECORDING OF THIS MAP.

Jeffrey A. Gutierrez
JEFFREY A. GUTIERREZ P.L.S. 7590 EX. 06-30-05 — 5-10-06 DATE

## CITY CLERK'S CERTIFICATE

I, HEREBY CERTIFY THAT THE CITY COUNCIL OF THE CITY OF WASCO BY RESOLUTION ________ ADOPTED ON ________, APPROVED THIS MAP AND ACCEPTED ON BEHALF OF THE PUBLIC ALL PARCELS OF LAND EASEMENTS OFFERED FOR DEDICATION FOR PUBLIC USE IN CONFORMANCE WITH THE TERMS OF THE OFFER OF DEDICATION.

THE OFFER OF DEDICATION OF VALLEY ROSE PARKWAY, ST. ANDREWS CRESCENT, OLYMPIC COURT, SAWGRASS COURT AND PEBBLE BEACH WAY IS HEREBY ACCEPTED FOR PUBLIC USE, CONDITIONAL TO COMPLETION OF IMPROVEMENTS.

IT IS FURTHER ORDERED THAT THE PUBLIC UTILITY EASEMENTS SHOWN UPON SAID MAP AND THEREIN OFFERED FOR DEDICATION AND THE SAME ARE HEREBY ACCEPTED FOR PUBLIC USE.

IT IS FURTHER ORDERED THAT THE LANDSCAPE EASEMENTS ADJACENT TO VALLEY ROSE PARKWAY AND ALONG PORTIONS OF LOTS 1, 18, 19, 20, 21, 28, 30, [illegible] AND THE DESIGNATED REMAINDER AS SHOWN UPON SAID MAP AND THEREIN OFFERED FOR DEDICATION, BE AND THE SAME ARE HEREBY ACCEPTED FOR PUBLIC USE.

IT IS FURTHER ORDERED THAT THE GOLF CART EASEMENT ADJACENT TO OLYMPIC COURT AND ALONG THE SIDELINES OF LOTS 14 AND 15 AS SHOWN UPON SAID MAP AND THEREIN OFFERED FOR DEDICATION, BE AND THE SAME ARE HEREBY ACCEPTED FOR PUBLIC USE.

IT IS FURTHER ORDERED THAT THE GOLF CART EASEMENT ADJACENT TO PEBBLE BEACH WAY AND ALONG THE SIDELINES OF LOTS 39 AND 40 AS SHOWN UPON SAID MAP AND THEREIN OFFERED FOR DEDICATION, BE AND THE SAME ARE HEREBY ACCEPTED FOR PUBLIC USE.

IT IS FURTHER ORDERED THAT THE GOLF CART EASEMENT ADJACENT TO SAWGRASS COURT AND ALONG THE SIDELINES OF LOTS 52 AND 53 AS SHOWN UPON SAID MAP AND THEREIN OFFERED FOR DEDICATION, BE AND THE SAME ARE HEREBY ACCEPTED FOR PUBLIC USE.

ALSO THE OFFER OF ABANDONMENT OF VEHICULAR INGRESS AND EGRESS FROM LOTS 1, 19, 20, 29, 30 AND 68 TO VALLEY ROSE PARKWAY IS HEREBY ACCEPTED.

PURSUANT TO SECTION 66436 OF THE GOVERNMENT CODE, THE CITY COUNCIL HEREBY WAIVES THE REQUIREMENT OF SIGNATURE FROM THE FOLLOWING INTERESTS:

| NAME | NATURE OF INTEREST |
| --- | --- |
| CITY OF WASCO (VALLEY ROSE PARKWAY) | AS PUBLIC HIGHWAY EASEMENT HOLDER PER PARCEL MAP NO. 9572, P.M. BOOK 44, PAGES 57-62. |
| PACIFIC BELL | AS COMMUNICATION FACILITIES EASEMENT HOLDER BY DOCUMENT RECORDED IN BOOK 6893, PAGE 1333, O.R. |

VICKIE HIGHT, CITY CLERK — DATE

## RECORDER'S CERTIFICATE

FILED THIS _____ DAY OF __________, 20__ AT _____ __M. IN BOOK _______ OF MAPS, AT PAGE _______, AT THE REQUEST OF JEFFREY A. GUTIERREZ

JAMES W. FITCH
ASSESSOR - RECORDER OF THE COUNTY OF KERN

BY: ____________________

SHEET 1 of 3

A 01775



BASIS OF BEARING
NOTES
THE BLUE BORDER INDICATES THE BOUNDARY OF LAND TO BE SUBDIVIDED BY THIS MAP.
ALL DISTANCES AND DIMENSIONS SHOWN ARE IN FEET AND DECIMALS THEREOF.
LEGEND
RECORDER'S CERTIFICATE
DEPUTY RECORDER
TRACT NO. 6451
CONSISTING OF 3 SHEETS
BEING A DIVISION OF A PORTION OF PARCEL 1 OF PARCEL MAP NO. 9572, FILED IN BOOK 44 OF PARCEL MAPS AT PAGES 57 THROUGH 62 IN THE OFFICE OF THE KERN COUNTY RECORDER, AND BY CERTIFICATE OF CORRECTION RECORDED DECEMBER 18, 1992 IN BOOK 6779, PAGE 43 OF OFFICIAL RECORDS AND CERTIFICATE OF CORRECTION RECORDED JUNE 18, 1993 IN BOOK 6862, PAGE 1325 OF OFFICIAL RECORDS. ALSO BEING A PORTION OF THE SE. 1/4 OF THE SW. 1/4 OF SECTION 4, TOWNSHIP 27 SOUTH, RANGE 24 EAST, M.D.B.&M., IN THE CITY OF WASCO, COUNTY OF KERN, STATE OF CALIFORNIA.
69 NUMBERED LOTS 1 DESIGNATED REMAINDER 33.51 GROSS ACRES
A 01776
PARCEL 3, P.M. 9572, P.M. BK 44, PGS. 57-62
(S89°16'05"E 1317.93')
S89°16'05"E 1317.97'
PARCEL 6, P.M. 9572, P.M. BK. 44, PGS. 57-62
PARCEL 3, P.M 9572, P.M. BK. 44, PGS. 57-62
N01°04'22"E 512.96' (N01°04'22"E 512.90')
ST. ANDREW'S CRESCENT
OLYMPIC COURT
VALLEY ROSE PARKWAY
SAWGRASS COURT
PEBBLE BEACH WAY
S89°14'42"E 280.00'
PARCEL 2, P.M. 9572, P.M. BK. 44, PGS. 57-62
DESIGNATED REMAINDER
CURVE DATA TABLE
NORTH
1 inch =60 ft.
SEE SHEET 3
N01°05'50"E 268.50'
1318.50' (1318.45')
SHEET 2 of 3

TRACT NO. 6451
CONSISTING OF 3 SHEETS
BEING A DIVISION OF A PORTION OF PARCEL 1 OF PARCEL MAP NO. 9572, FILED IN BOOK 44 OF PARCEL MAPS AT PAGES 57 THROUGH 62 IN THE OFFICE OF THE KERN COUNTY RECORDER, AND BY CERTIFICATE OF CORRECTION RECORDED DECEMBER 18, 1992 IN BOOK 6779, PAGE 43 OF OFFICIAL RECORDS AND CERTIFICATE OF CORRECTION RECORDED JUNE 16, 1993 IN BOOK 6862, PAGE 1325 OF OFFICIAL RECORDS. ALSO BEING A PORTION OF THE SE. 1/4 OF THE SW. 1/4 OF SECTION 4, TOWNSHIP 27 SOUTH, RANGE 24 EAST, M.D.B.&M., IN THE CITY OF WASCO, COUNTY OF KERN, STATE OF CALIFORNIA.
69 NUMBERED LOTS 1 DESIGNATED REMAINDER · 33.51 GROSS ACRES
A 01777
BASIS OF BEARING
NOTES
PACIFIC BELL EASEMENT DETAIL
SCALE 1" = 60'
LEGEND
P.U.E. PUBLIC UTILITIES EASEMENT
O.R. OFFICIAL RECORDS
K.C.S. KERN COUNTY SURVEYOR
SEE SHEET 2
DESIGNATED REMAINDER
OLYMPIC COURT
VALLEY ROSE PARKWAY
ST. ANDREW'S CRESCENT
NORTH
1 inch = 60 ft.
REMAINDER OF PARCEL 1, P.M. 9572, P.M. BK. 44, PGS. 57-62
N01°04'22"E 755.01'
S89°14'42"E 1,037.42'
N01°05'50"E 1,268.50
N01°05'50"E 1318.50'
(N01°05'50"E 1318.45')
℄ STATE ROUTE 46
SW CORNER, SEC. 4, 27/24 FD. D.O.T. BRASS CAP IN L.H. PER P.M. NO. 9572, P.M. BK. 44, PGS. 57-62
PROPERTY DEEDED TO THE STATE OF CALIFORNIA PER BOOK 6188, PAGE 359, O.R.
PACIFIC BELL EASEMENT PER BK. 6853 PG. 1333 O.R. SEE DETAIL "B" ABOVE
LANDSCAPE EASEMENT
CURVE DATA TABLE
LANDSCAPE EASEMENT DETAIL
SCALE 1" = 60'
RECORDER'S CERTIFICATE
JAMES W. FITCH
ASSESSOR-RECORDER OF THE COUNTY OF KERN
DEPUTY RECORDER
SHEET 3 of 3