1  out that DeWalt was doing the work that I started
2  requesting the agendas.
3       Q.  Okay.
4       A.  Because I was under the impression that Joe
5  was going to call me back, since he told me he would, and
6  I would give him a proposal and we would do the work.
7       Q.  How did you learn that DeWalt was doing some
8  work for Joe?
9       A.  I don't recall.  It might have been off an
10 agenda.
11      Q.  But you weren't getting the agendas until
12 after you found out DeWalt was doing the work?
13      A.  Yeah.  I -- I don't recall.
14      Q.  How long after you talked to Joe was it that
15 you found out that DeWalt was doing some work out there?
16      A.  I don't recall.
17      Q.  Do you think it was more or less than a month
18 after you talked to Joe?
19      A.  I would be guessing.  Probably more than a
20 month.
21      Q.  Do you think it was more or less than three
22 months?
23      A.  I don't recall.
24      Q.  And you don't know how you learned that
25 DeWalt was doing that work?


ESQUIRE DEPOSITION SERVICES

PAULSON
REPORTING & LITIGATION SERVICES, LLC

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

# EXIBIT  N   HASSING DEC

**Certified Copy**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

    Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, ET AL.,

    Defendants.

Case No.
107CV-01080-LJO-WMW

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**ROGER McINTOSH**

December 18, 2008
9:11 a.m.

5001 East Commercenter
Suite 170
Bakersfield, California

Brian S. Cardoza, CSR No. 8362




Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

1  plans, at the time you talked to Joe?
2          MR. TRAVIS:  I'm going to object, calls for a
3  legal conclusion.
4          BY MR. HASSING:
5          Q.  You can answer.
6          MR. TRAVIS:  You can answer if you know.
7          THE WITNESS:  I assumed I had a copyright.  But
8  upon further discussion with copyright attorneys, present
9  company included, it became more and more apparent that I
10 did have a copyright.
11         BY MR. HASSING:
12         Q.  All right.  You've already testified that at
13 the time you talked to Joe you knew you had a copyright
14 interest in the improvement plans, and you knew you had a
15 copyright interest in the tentative subdivision map,
16 right?
17         A.  That's correct.
18         Q.  All right.  My question was, at the time you
19 talked to Joe, did you realize that you would have a right
20 to sue Joe if he hired some other engineer to copy your
21 improvement plans?
22         MR. TRAVIS:  The same objection.
23         Go ahead and answer if you know.
24         THE WITNESS:  I assumed that because the plans
25 have a copyright on them, that any intelligent person




Toll Free: 800.300.1214
Facsimile: 661.322.2242
Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

1  would see that as a copyright.
2  　　　　　BY MR. HASSING:
3  　　　　　Q.  Yeah, but that's not what I asked you.
4  　　　　　A.  Well, that -- and I'm an intelligent person,
5  I think, --
6  　　　　　Q.  Okay.
7  　　　　　A.  -- so, yes, I felt I had a copyright.
8  　　　　　Q.  All right.  And I know you felt you had a
9  copyright, and all I want to find out is if you thought
10 that copyright would then give you the right to sue Joe if
11 he had another engineer copy those improvement plans?
12 　　　　　A.  Yes.
13 　　　　　Q.  Okay.  And did you think, at the time you
14 talked to Joe, that you would have a right to sue Joe for
15 copyright infringement if he had another engineer copy the
16 tentative map?
17 　　　　　A.  Well, when I talked to Joe, I wasn't -- I
18 left the conversation with Joe in that he was going to get
19 back to me.  He was going to think about what we had
20 talked about and get back to me and for a proposal.
21 　　　　　Q.  Okay.
22 　　　　　A.  So, I wasn't of the frame of mind to sue Joe,
23 --
24 　　　　　Q.  No.
25 　　　　　A.  -- at that point, when I talked to him.



ESQUIRE DEPOSITION SERVICES

PAULSON REPORTING & LITIGATION SERVICES, LLC

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

# EXIBIT O   HASSING DEC

**Certified Copy**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

    Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, ET AL.,

    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Case No.
107CV-01080-LJO-WMW

# DEPOSITION OF

# ROGER McINTOSH

December 18, 2008
9:11 a.m.

5001 East Commercenter
Suite 170
Bakersfield, California

Brian S. Cardoza, CSR No. 8362




Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

1   building permits.
2       Q.  Okay.  Did you ever check with the City to
3   see when he applied for permits?
4       A.  For house permits?
5       Q.  Yeah.
6       A.  No.
7       Q.  Okay.
8       A.  Or maybe he never did.
9       MR. TRAVIS:  That would be the cheapest way
10  around it.
11      BY MR. HASSING:
12      Q.  When you found out that Joe was not going to
13  hire you to process the new tentative map, and in fact
14  that he had hired DeWalt to do that work, did you consider
15  suing Joe for copyright infringement at that time?
16      A.  Yes.
17      Q.  In fact, when you found out that DeWalt was
18  processing a new tentative map, did you make the
19  determination that you were in fact going to sue Joe for
20  copyright infringement?
21      A.  No.
22      Q.  What was it that caused you to go from
23  contemplating suing Joe to actually making the decision to
24  sue him for copyright infringement?
25      A.  The fact that he could have hired DeWalt to


ESQUIRE DEPOSITION SERVICES
PAULSON REPORTING & LITIGATION SERVICES, LLC
Toll Free: 800.300.1214
Facsimile: 661.322.2242
Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

# EXIBIT  P  HASSING DEC

**Certified Copy**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

      Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, ET AL.,

      Defendants.

Case No.
107CV-01080-LJO-WMW

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**ROGER McINTOSH**

December 18, 2008
9:11 a.m.

5001 East Commercenter
Suite 170
Bakersfield, California

Brian S. Cardoza, CSR No. 8362


ESQUIRE
DEPOSITION SERVICES®


PAULSON
REPORTING & LITIGATION SERVICES, LLC

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

1       MR. OKADIGBO:  I didn't hear that.
2       MR. HASSING:  I'm just handing him the final map.
3  He wants to look at Joe's final.
4       MR. OKADIGBO:  Okay.
5       THE WITNESS:  Well, the final map was recorded
6  in -- actually, the final map was -- was signed in early
7  2006, and I was aware that -- that this final map was
8  being processed, so I started going by the site, and it
9  may have been because there were houses going up about
10 that time that I knew that he was out constructing.
11      BY MR. HASSING:
12      Q.  Okay, so when paragraph 31 of the Complaint
13 says that, "defendants commenced construction on the
14 Subdivision", what you're referring to is he started
15 building houses out there?
16      A.  I believe that was about the time he started
17 building houses.
18      Q.  Okay.  You're not referring to him installing
19 any infrastructure, sewer, water, that type of thing,
20 you're talking about building houses?
21      A.  That -- that's correct.
22      Q.  All right.  You knew from obtaining agenda of
23 the City Council when this final map was submitted to the
24 City, right?
25      A.  When it was set to go to Council for


Toll Free: 800.300.1214
Facsimile: 661.322.2242

ESQUIRE DEPOSITION SERVICES   PAULSON REPORTING & LITIGATION SERVICES, LLC

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

1  approval.
2      Q.  Right.  Right.  And prior to that time, you
3  knew that Joe was working with DeWalt to process a
4  tentative map, right?
5      A.  I believe I did know, yes.
6      Q.  Did you ever talk to DeWalt, anybody at
7  DeWalt, about their working for Joe on his new tentative
8  map?
9      A.  Not that I recall.  Typically when an
10 engineer takes over another engineer's project, they call
11 the prior engineer.
12     Q.  And DeWalt never called you, nobody at
13 DeWalt?
14     A.  No.
15     Q.  And you never called anybody at DeWalt?
16     A.  No.
17     Q.  And so you started driving by the project to
18 see what was going on, right?
19     A.  That's correct.
20     Q.  And one day you were driving by and houses
21 were growing out of the ground, right?
22     A.  Amazing.
23     Q.  All right.  And that was in October of '06,
24 you think?
25     A.  It -- it's after he started pulling his first




Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

**EXIBIT Q** HASSING DEC

**Certified Copy**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

    Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, ET AL.,

    Defendants.

Case No.
107CV-01080-LJO-WMW

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**ROGER McINTOSH**

**VOLUME 2**

Wednesday, January 28, 2009
11:38 a.m.

5001 East Commercenter
Suite 170
Bakersfield, California

Brian S. Cardoza, CSR No. 8362



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1           THE WITNESS:  That's correct.
2           BY MR. HASSING:
3           Q.  And based on your experience in the industry, you knew, did you not, that as he moved forward with his engineer to obtain a final, and as he moved forward to construct homes, that he was spending money in this process?  You knew that, right?
8           A.  Absolutely.
9           Q.  Now, you were asked about the City's benefit that was obtained by the use of your improvement plans and tentative map, remember that?
12          A.  Yes.
13          Q.  And you said something to the effect that using your improvement plans allowed Joe to obtain a higher appraisal on the Valley Rose subdivision.  Do you recall that?
17          A.  Yes.
18          Q.  What was that answer based on?  What facts was that answer based on?
20          A.  I believe there's a public record from -- in the City of Wasco that he submitted -- or some letters or documents that showed a new appraised value, and a new loan that he obtained on the property after he purchased it, that he then went and used to purchase the golf course.



Toll Free: 800.300.1214
Facsimile: 661.322.2242
Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

# EXIBIT  R   HASSING DEC

**Certified Copy**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

    Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, ET AL.,

    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Case No.
107CV-01080-LJO-WMW

### DEPOSITION OF

### ROGER McINTOSH

### VOLUME 2

Wednesday, January 28, 2009
11:38 a.m.

5001 East Commercenter
Suite 170
Bakersfield, California

Brian S. Cardoza, CSR No. 8362



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

197

1  approval.
2       Q.  Right.  Right.  And prior to that time, you
3  knew that Joe was working with DeWalt to process a
4  tentative map, right?
5       A.  I believe I did know, yes.
6       Q.  Did you ever talk to DeWalt, anybody at
7  DeWalt, about their working for Joe on his new tentative
8  map?
9       A.  Not that I recall.  Typically when an
10 engineer takes over another engineer's project, they call
11 the prior engineer.
12      Q.  And DeWalt never called you, nobody at
13 DeWalt?
14      A.  No.
15      Q.  And you never called anybody at DeWalt?
16      A.  No.
17      Q.  And so you started driving by the project to
18 see what was going on, right?
19      A.  That's correct.
20      Q.  And one day you were driving by and houses
21 were growing out of the ground, right?
22      A.  Amazing.
23      Q.  All right.  And that was in October of '06,
24 you think?
25      A.  It -- it's after he started pulling his first



ESQUIRE DEPOSITION SERVICES | PAULSON REPORTING & LITIGATION SERVICES, LLC

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

# EXIBIT  S  HASSING DEC

Certified Copy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

      Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, ET AL.,

      Defendants.

Case No.
107CV-01080-LJO-WMW

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## DEPOSITION OF

## ROGER McINTOSH

## VOLUME 2

Wednesday, January 28, 2009
11:38 a.m.

5001 East Commercenter
Suite 170
Bakersfield, California

Brian S. Cardoza, CSR No. 8362



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com