1  correct me if I'm wrong, is that Map 6451 show the
2  underground utilities which were in place when the
3  property was surveyed whereas Map 5472 does not show any
4  improvements. And can you point out on these maps what
5  it is you're referring to?
6       A.   Well, 5472 shows streets with no utilities
7  shown. 6451, however, shows a sewer line with sewer
8  manhole locations, a water line, so those are the
9  utilities that we are talking about.
10      Q.   Okay. So that's another what you consider to
11 be a significant difference, correct?
12      A.   Yes.
13      Q.   Okay. Any other significant differences that
14 are not here in your opinion?
15      A.   The Rule 26 opinion was not intended to be an
16 exhaustive but more of an example of the conditions that
17 represented differences that I mentioned. And if you
18 want me to do so I will mention everything that I
19 considered in my review. And one other very significant
20 one is the fact that the original tentative map of 5472
21 was a standard tentative map as defined in the
22 Subdivision Map Act. 6451, however, is a vesting
23 tentative map, it is defined completely different. It
24 is intended for a completely different purpose than a
25 standard tentative map.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

```
                                71
 1      Q.   I have a question:  Did you review all the
 2   tentative maps in this case?
 3      A.   I was comparing Tentative Map 5472 and
 4   Tentative Map 6451.
 5      Q.   Okay.  As far as Exhibit 5, Vesting Tentative
 6   Tract No. 6451 this is the only tentative map of any
 7   kind that you reviewed when conducting your opinion; is
 8   that correct?
 9           MR. OKADIGBO:  Vague as to only of what?
10   BY MR. TRAVIS:
11      Q.   Vesting Tentative Tract No. 6451 did you review
12   anything other than Vesting Tentative Tract Map No. 6451
13   when forming your opinion?
14           MR. OKADIGBO:  Vague and ambiguous in the sense
15   are you asking him whether he possibly other 6451
16   tentative maps, whether this vesting is the only
17   tentative map for 6451 that he looked at?
18   BY MR. TRAVIS:
19      Q.   Do you understand the question, Mr. Wong?
20      A.   I'm sorry, I don't.
21      Q.   Did you review any tentative map for 6451 that
22   was not vesting?
23      A.   No.
24      Q.   Okay.
25           MS. COOPER:  Sorry, I need to ask to take a
```



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

                                72
1    break. I didn't realize we were going to take this
2    long. If I could have two minutes, I'd appreciate it.
3            MR. TRAVIS: Go ahead.
4            (Recess taken)
5    BY MR. TRAVIS:
6        Q.   We were going through significant differences
7    between the Vesting Tentative Tract Map No, 6451 and
8    Revised Tentative Tract Map No. 5472. You'd given
9    another difference between that 5472 map was a standard
10   tract map whereas 6451 was a vesting tentative tract
11   map. Why was that a significant difference?
12       A.   The Subdivision Map Act defines these
13   differently. The vesting tentative map is intended for
14   another specific purpose of vesting rights to the
15   development that are not always vested when you file a
16   standard tentative map.
17       Q.   Do you know whether or not Wasco accepted this
18   tentative map as a vesting tentative tract map?
19       A.   No.
20       Q.   Do you have an understanding that Wasco doesn't
21   typically allow vesting tentative tract maps?
22       A.   No.
23       Q.   What is another significant difference?
24       A.   There is a legend in the upper right-hand
25   corner of Tentative Map 6451 which identifies existing



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1  improvements, some of which I already indicated but also
2  identifies existing monumentation. We had identified
3  monuments of the streets that were existing on I believe
4  another exhibit that we had looked at. There are also
5  monuments that were of the front of, I believe I counted
6  12 or 13 lots.
7      Q.  So if I can summarize, if I'm wrong let me
8  know, another significant difference is the legend in
9  addition to the monument markers which appear on the
10 6451 map and in that I'm referring to Exhibit 5 which do
11 not appear on the 5472 map; is that correct?
12     A.  Yes.
13     Q.  Okay. Any other significant differences?
14     A.  The boundary survey is different, for example,
15 the northerly boundary of 6451 reads as follows "A south
16 89 degrees, 16 minutes, nine seconds east, 1317.97 feet.
17 The 5472 shows it as north 89 degrees, 16 minutes,
18 five seconds west, and 1317.71 feet. So that reflects
19 the fact that survey was just different based on what
20 they found out in the field.
21     Q.  Well, based on your experience can you ever
22 have two surveys that are similar, that are identical?
23     A.  Sure.
24     Q.  Is it possible in your experience to go out
25 conduct one survey from one team, have another separate


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

74

1  team come out and perform another survey on the same
2  property and have identical surveys?
3       A.   If they're looking at the same monuments, yes,
4  you can.  With today's equipment you can get down fairly
5  accurately.  Whereas previously you had to pull a chain
6  and if you've ever done that the accuracy is not quite
7  the same.
8       Q.   You said "fairly accurate" that's not
9  identical.
10      A.   Well, you said is it possible and I said, yes,
11 it is possible.
12      Q.   Have you ever seen that happen?
13      A.   I've never had to redo a survey.  I never had
14 the opportunity to have to compare it.
15      Q.   So you don't know?
16      A.   Again, you ask is it possible, yes, it is
17 possible.
18      Q.   So it's possible but practically you've never
19 actually seen it happen?
20      A.   I've never had to do it, no.
21      Q.   Okay.  But then, again, as you testified
22 earlier how many actual surveys, again, was it that you
23 physically performed?
24           MR. OKADIGBO:  Objection.  Asked and answered.
25      A.   I've been out with a field crew but I've never



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1  led the field crew, I've always had a party chief do the
2  actual field work.
3  BY MR. TRAVIS:
4      Q.   But I'm actually asking you how many number of
5  times you've actually been out there whether as a party,
6  in any way as a party to a field survey in any capacity?
7      A.   Probably in my career, maybe 20 times,
8  something to that effect.
9      Q.   None of those times have you ever had to redo a
10 survey that had already been done previously?
11     A.   I'm not sure I know exactly what you mean by
12 "redo a survey."  When you go out there you find the
13 same monuments that were found previously and you shoot
14 between those monuments.  You don't know what type of
15 equipment they used.  You don't know how long ago that
16 was done and so forth, so there may be different
17 parameters.
18          But is it possible to have -- utilizing the
19 same type of equipment in the same time frame and
20 shooting the same monuments to come up with the same
21 information, yes, it is possible.
22     Q.   Probable?
23     A.   Likely, yes.
24     Q.   Let me ask you about any more significant
25 differences that you've seen on comparing these two



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1  maps.
2      A.  Well, 6451 gives reference to improvements that
3  were existing in their notes section.  Note No. 1 reads
4  "This development contains existing improvements built
5  for Valley Rose Planned Community expired Tentative Map
6  5472, and associative approved improvement plans."  So
7  they already recognize that the improvements were done
8  by or previous to the preparation of this document
9  whereas obviously 5472 did not.
10     Q.  Did you ever discover who created these
11 improvement plans or were they ever created?
12     A.  The improvement plans --
13         MR. HASSING:  Objection.  Compound.
14 BY MR. TRAVIS:
15     Q.  Well, let ask it doubly.  Did you ever
16 discovery any improvement plans for Tentative Tract Map
17 No. 6451?
18     A.  The Tentative Map 6451 clearly states that the
19 improvements were existing so no improvement plans would
20 be associated with the completion of the filing of 6451.
21 It references improvement plans prepared by or for 5472
22 and, yes, we did have a copy of the improvement plans
23 for 5472.
24     Q.  You did have a copy of those improvement plans
25 and did you see who created those improvement plans?



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1    A.    Yes.
2    Q.    Who did that?
3    A.    Martin-McIntosh.
4    Q.    Okay.  And are those the same improvement plans
5  that references the streets that we referred to earlier
6  in this deposition?
7    A.    What do you mean by streets references?
8    Q.    Well, we were looking earlier at improvement
9  plans which we had put down here as Exhibit 2.  And you
10 had testified earlier, correct me if I'm wrong, that
11 those improvement plans had street names that were
12 referred to; is that correct?
13   A.    The improvement plans do have street names on
14 them, yes.
15   Q.    Are those same street names that are Tentative
16 Map 5461?
17   A.    They appear to be.  I didn't actually compare
18 them one for one but I could do that.
19   Q.    Okay.  I could refer you for your ease to the
20 very last page if that helps you.
21   A.    We're speaking of the grading plan?
22   Q.    That's correct.
23   A.    Yes.
24   Q.    Do all those street names appear to be
25 identical?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

78

1   A.   They do appear to be identical except for the
2   apostrophe in Andrew's.
3   Q.   Okay.  So there an apostrophe difference in one
4   of the street names, correct?
5   A.   Yes.
6   Q.   What about the lot configuration, and I'm
7   referring to on that specifically the way that the lots
8   are sequentially numbered, do those appear to be the
9   same?
10  A.   Yes.
11  Q.   Okay.  What about the subdivision layout and
12  design, does that appear to be the same?
13  A.   I don't know what you mean by "design."  The
14  subdivision layout appears to be the same, yes.
15  Q.   Okay.  The subdivision layout appears to be the
16  same.  What about the lot shapes and sizes, do those
17  appear to be the same?
18  A.   We're comparing what now, the grading plan?
19  Q.   In the last page of the grading plan that you
20  were just looking at it shows on the improvement plans
21  it shows the lot numbering and lot configurations, the
22  layout of each of the lots themselves, do those appear
23  to be the same as that in Tentative Map No. 6451?
24  A.   Yes.  But your last question referred to size
25  and the sizes are not shown on the grading plan.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1  Q. Okay.
2  A. The sizes are not shown on 5472.
3  Q. That's fine. That's fair. Thank you. Good
4  point.
5  A. That's a significant difference as well.
6  Q. It is a significant difference because that's
7  not found on Tract No. 5472?
8  A. That's correct.
9  Q. It says that you'd reviewed the Wasco Municipal
10 Code, correct?
11 A. Portions of it.
12 Q. Portions of it. I wouldn't expect you to go
13 through the whole thing. I think you had mentioned the
14 subdivision map, are you familiar with that?
15 A. Yes.
16 Q. Do you know if having the legends identical,
17 monuments identical -- let me ask it one-by-one. Do you
18 know if having the identical legends is a requirement
19 forgetting approval of a tentative map?
20 A. I'm not understanding what you mean by --
21 Q. Well, do you know what the conditions are for
22 having a tentative map approved by the City of Wasco?
23      MR. OKADIGBO: Objection. Vague and ambiguous
24 as to conditions.
25 A. I believe what you're asking is do I know



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1    Yes, the words "vesting" indicated to me that
2    it was designed for a specific different purpose
3    altogether, but nevertheless they still differ in that
4    same information that we were talking about.
5        Q.   But it does appear that the City of Wasco
6    didn't require any more or less information for either
7    of these two maps; isn't that correct?
8             MR. HASSING:  Objection.  Calls for
9    speculation.
10   BY MR. TRAVIS:
11       Q.   Looking just at these two maps it appears
12   except for what you pointed out was vesting, it appears
13   that there was no any other requirements other than what
14   is on these two particular maps; isn't that true?
15       A.   Yes.
16            (Tentative Tract Map No. 6451 marked Exhibit
17   No. 7)
18            MR. TRAVIS:  I'm done.
19            MR. HASSING:  I just have a few questions.
20                         EXAMINATION
21   BY MR. HASSING:
22       Q.   Did you notice any difference between 5472 and
23   6541 with respect to the way the designated remainder
24   was handled?
25       A.   6451.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

104

1  Q.  Yes, 6451 and 5472.

2  MR. TRAVIS: Now really we're going to have to
3  be precise about which map we're looking at because have
4  three.

5  A.  You want to compare it with Exhibit 5?
6  BY MR. HASSING:

7  Q.  Let's first take a look at Exhibit 5 and
8  compare it to the 5472 map.

9  A.  Yes, there are differences. The designated
10 remainder nomenclature was identified on threes separate
11 lots on the 6451 map which is Exhibit 5 and not
12 indicated at all on the 5472 map.

13 Q.  All right. And how about with regard to
14 Exhibit 7?

15 A.  With respect to those designated remainders
16 Exhibit 7 is identical to Exhibit 5.

17 Q.  All right. And I notice from your written
18 opinion that you used the term "significant
19 differences." In that first paragraph on the last page
20 you say that after comparing the Revised Tentative Tract
21 Map 5472, Vesting Tentative Tract No. 6451 we also noted
22 several significant differences. And you gave some
23 examples of the significant differences and Mr. Travis
24 asked you about additional significant differences. And
25 I want to ask you about just differences because when


Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1  you get to trial your interpretation of "significant
2  differences" might conflict with the judge's definition
3  or with the law.  Did you find any other differences
4  between 5472 and Tentative 6451 other than those that
5  you talked about here today?
6      A.  Yes.
7      Q.  Can you tell me what they are?  And it's
8  important because if you don't talk about it now you're
9  not going to be able to talk about it at trial and
10 that's the whole focus of our defense.
11     A.  The difficult I have is because it's an
12 exhaustive amount of differences that I don't know that
13 I can expound on every single one, I may miss some.
14     Q.  Why do you say it's an exhaustive list of
15 differences?
16     A.  Well, we have discussed just a few of the
17 differences.  There's bearings differences, there's lot
18 dimension differences, there's more information on 6451
19 than on 5472.
20     Q.  Let's start this way then.  Why don't you pick
21 a lot, you have 68 lots, right, pick a lot and compare
22 the differences that are shown on 6451 with 5472 and
23 then tell me if that's representative of the other 67
24 lots?
25     A.  Okay.  Let's pick one in the corner here,



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

                                106

1    Lot No. 46.  The northerly boundary on 5472 indicates
2    that to be 84.34 feet with no bearing indicated on
3    there, that boundary line.  On 6451 it shows it as 84.38
4    feet with a bearing of north 74 degrees, 76 minutes, and
5    54 seconds west.
6            MR. TRAVIS:  What lot number is this?
7            THE WITNESS:  46.
8    BY MR. HASSING:
9        Q.    Okay.  What other differences do you see, if
10   any, between the two maps with regard to Lot 46?
11       A.    The easterly boundary of lot 46 on 5472 is
12   100.83.  On 6451 it's 100.82.  The southerly boundary on
13   5472 is not indicated at all.  The southerly boundary on
14   6451 is shown as north 88 degrees, 53 minutes, 16
15   seconds west, 37.71 feet.  It would be the southwest
16   property line, property line between Lots 46 and 47.
17   Again, with 5472 does not have a bearing on it.  It has
18   a dimension of 113.28 feet.  On 6451 it has a bearing of
19   north 33 degrees, 19 minutes, and 18 seconds west with a
20   distance of 113.33 feet.
21           And then the very last dimension along the
22   street, 5472 does not have any dimension on that nor
23   does it have any curve data relative to the curve of the
24   street.  6451 has a dimension of 35.74 feet and it
25   references in the curve table as C-5 being a radius of



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

1  50 feet from the center of the cul-de-sac.

2      Q.  Do you see any additional differences between
3  the two maps with regard to Lot 46?

4      A.  The last difference is the area.  On Map 5472
5  the area is not shown.  On 6451 it shows an area of
6  8,202 square feet.

7      Q.  Now you've indicated to my calculations here
8  five differences between the two maps with regard to
9  Lot 46.  Are those differences exhibited regularly with
10 respect to the other 67 lots?

11         MR. TRAVIS:  Objection.  Vague.  Compound.
12 Ambiguous.

13     A.  I don't know whether or not they're exactly the
14 same but, yes, those differences, and there are relative
15 to the boundaries as well as the areas are shown in
16 practically every single lot on the project.

17         There are also some indications adjacent to
18 Lot 46 where on 5472 it does not show any improvements.
19 On 6451 it shows an existing fence on the east boundary
20 line and an existing block wall on the south boundary
21 line, an existing street improvements adjacent to the
22 front of the lot.

23         MR. HASSING:  Right.  Madam Court Reporter,
24 would you read back the first three sentences in that
25 answer?


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1      (Last question read)
2    BY MR. HASSING:
3      Q.   Those first three or four sentences she read
4    you didn't indicate which map you were referring to when
5    you said those differences were standard, were you
6    referring to 6451 or 5472?
7      A.   When I'm speaking of differences I'm speaking
8    in the comparison of 5472 and 6451 in specifically
9    Exhibit No. 7 which is the one I was referring to at the
10   time that I looked at this.
11     Q.   All right.  And is the 6451 Exhibit 7 that has
12   the additional information that you were referring to?
13     A.   Yes.
14     Q.   All right.  When you started testifying about
15   the difference between the two maps with respect to
16   Lot 46 you used the term "bearing", what did you mean by
17   "bearing"?
18     A.   In surveying terminology we identify an angle
19   by a bearing relative to north, north being zero and
20   relative to that we say these are northwest or northeast
21   with the difference being from true north.
22     Q.   Are there any bearings shown on 5472?
23     A.   Yes.
24     Q.   And where are they shown?
25     A.   Along the perimeter of the project.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1   Q.  Okay.  Are there any bearings on a 5472 with
2   regard to the individual lots?
3   A.  Only where they add join the parameter.
4   Q.  All right.  With respect to 6541 are the
5   bearings shown with respect to all four sides of each
6   lot?
7   A.  Some lots have more than four sides so relative
8   to every boundary of each lot there is a bearing that is
9   indicated, yes.
10  Q.  All right.  You also mentioned a curve table,
11  is there a curve table on 5472?
12  A.  No.
13  Q.  Is there a curve table on 6541?
14  A.  6451.
15  Q.  6451.
16  A.  Yes.
17  Q.  All right.  Are there any other differences
18  between 5472 and 6541 that you haven't testified about?
19  A.  You got a block in your mind, it's 6451.  Yes,
20  I mean, even the boundary is shown differently.
21  Q.  How?
22  A.  Bearings are different distances.
23  Q.  Each boundary contains that difference?
24  A.  I have not compared every boundary so I can't
25  say that every one different.



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com