Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California
Universal Enterprise Company*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>               Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL<br>ENTERPRISES COMPANY, ET AL.,<br><br>               Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF MICHAEL BROWN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE: OCTOBER 28, 2009<br>TIME: 8:30 A.M.<br>PLACE: COURTROOM 4**<br><br>**JUDGE: Lawrence J. O'Neill** |

I, Michael Brown, declare:

1.    I am over 18 years of age and competent to testify to the facts set forth below.

2.    I am the general partner of The Legacy Group, L.P. and have actual knowledge of each fact stated herein.

3.    In around January of 1992, John Hendrikson, Wasco City Manager, encouraged Legacy to purchase approximately 480 acres adjacent to the Wasco Valley Rose Golf Course and develop the property utilizing City financing.

4.      In early 1992, Legacy, Martin-McIntosh and The City of Wasco joined together in a loose association to develop a guidance package for the purpose of providing direction and to clarify expectations of those three parties regarding development of the 480 acres. A true and correct copy of the guidance package is attached hereto as **Exhibit "A"**.

5.      Eugene Martin of Martin-McIntosh, John Hendrikson and I referred to The City of Wasco, Martin-McIntosh and Legacy Group as the "project team".

6.      The "project team" agreed to collaborate and agree upon project objectives for the 480 acre parcel.

7.      Martin-McIntosh and Legacy operated under a written contract originally entered into in March of 1992 but which was expanded over time by written addendums.  A true and correct copy of the contract with addendums is attached as;

**Exhibit "B"** - March 18, 1992 contract

**Exhibit "C"** - May 11, 1992 addendum

**Exhibit "D"** - June 24, 1992 addendum

**Exhibit "E"** - March 8, 1993 "cost update"

8.      Martin-McIntosh prepared tentative map 5472 for Legacy, intended to divide parcel 1 of parcel map 9572 into 68 residential lots and a 96 unit apartment lot with a remainder.

9.      On January 28, 1993, The City and Legacy executed an Acquisition Agreement, a true and correct copy of which is attached as **Exhibit "F"**.

Declaration of Michael Brown in Support of Defendants' Motion for Summary Judgment

10.     I have personal knowledge of the fact that Ronald Staub, an employee of Martin-McIntosh and their project manager for the 480 acre project, helped The City and Legacy with the Acquisition Agreement by providing the cost exhibits which were attached to it.

11.     On September 8, 1993, Martin-McIntosh received from Legacy, a promissory note in the amount of $250,000, a true and correct copy of which is attached as **Exhibit "G"**. The note represented payment to Martin-McIntosh in addition to the amounts that it had already received through City financing.

12.     Attached hereto as **Exhibit "H"** is a true and correct copy of a deed of trust executed to secure the $250,000 note referred to in paragraph 11 above.

13.     Attached hereto as **Exhibit "I"** is a true and correct copy of a Settlement Agreement entered into between The City of Wasco and Legacy to resolve litigation pending between them involving the Wasco Valley Rose work of improvement.

14.     Attached hereto as **Exhibit "J"** is a true and correct copy of a stipulated Judgment in favor of Martin-McIntosh and against Legacy.

15.     Attached hereto as **Exhibit "K"** is a true and correct copy of a writ of sale.

16.     Attached hereto as **Exhibit "L"** is a true and correct copy of Parcel Map 9572, prepared and recorded on behalf of Legacy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 18 day of September, 2009

Michael Brown

Declaration of Michael Brown in Support of Defendants' Motion for Summary Judgment

**CERTIFICATE OF SERVICE**

1.   On September 28, 2009, I served the following document:

- **DECLARATION OF MICHAEL BROWN IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION**

2.   The above-named document was served by the following means to the persons as listed below:

__XX__   Overnight service via UPS and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 28th Day of September, 2009.


/s/ Kimberley A. Hassing
Kimberley A. Hassing

Declaration of Michael Brown in Support of Defendants' Motion for Summary Judgment

# EXIBIT   A   BROWN DEC

# DRAFT
# GUIDANCE PACKAGE

● ● ●

# *Valley Rose Estates*

## A MASTER PLANNED COMMUNITY

### W A S C O ,   C A L I F O R N I A

## APRIL 13, 1992

A 00014



*Valley Rose Estates*
LAND USE PLAN

A MASTER PLANNED COMMUNITY
WASCO, CALIFORNIA

LOCATION

WASCO

FAIRWAY

PARKWAY

VALLEY ROSE GOLF COURSE

AMPITHEATER

LEGEND

*The*
LEGACY GROUP, LTD.

A 00015

# TABLE OF CONTENTS

1.0      Introduction                                     page......1

2.0      Purpose                                          page......2

3.0      Acknowledgement                                  page......2

4.0      Proposed Boundaries for the
         Valley Rose Master Development
         Plan                                             page......3

5.0      Process                                          page......4

6.0      Products                                         page......5

7.0      Issues and Planning Opportunities                page......8

8.0      Goals and Concepts                               page.....12

         Appendix                                         page.....15

A 00016

# VALLEY ROSE MASTER DEVELOPMENT PLAN
# CITY OF WASCO

### DRAFT GUIDANCE PACKAGE

### April 13, 1992

**1.0**   **INTRODUCTION**

The Legacy Group Limited, a California based limited partnership, together with Martin-McIntosh and with City of Wasco assistance, will be preparing a program for the development of Section 4, Township 27 South, Range 24 East, M.D.B.M. (except existing Golf Course in Southeast 1/4) located on the west side of the City's downtown area. This program will focus in detail upon a 480 acre area bordered by State Route 46 on the south, Leonard Avenue on the east, McCombs Road on the north, and Schofield Avenue on the west. Specifically, the Valley Rose Master Development Plan will involve the preparation and processing of the following products to help the City implement its General Plan adopted in 1988:

**A.**   A "Master Development Plan" for The Legacy Group Limited property that will be consistent with Wasco General Plan and applicable ordinances.

**B.**   A "Development Agreement" with a 15-year time frame prepared pursuant to Article 2.5 of the California Government Code.

**C.**   A set of "Design Guidelines" that would be applied to all properties within the Valley Rose Master Development Plan Community.

**D.**   The following maps and Williamson Act cancellations in the Southwest 1/4 of Section 4

   1.   Tract No. 5472 revisions, Improvement Plan and Final Map
   2.   Williamson Act Cancellations (if necessary)
   3.   Tentative Parcel Map No. 9576
   4.   Tract No. 5618 Tentative Map, Improvement Plans and Final Map

A 00017

Once adopted, the Valley Rose Master Development Plan will allow for the approval of additional Tentative and Final Maps and Improvement Plans for the remaining Valley Rose property.   The Master Development Plan will serve as the definitive guide for all development in this planning area, and the Development Agreement will govern the terms and conditions of these projects over the anticipated 15-year time frame of the project. The Design Guidelines will outline the project theme and provide mechanisms for implementing this theme.  The initial mapping of the Southwest 1/4 of Section 4 will set the tone for development of the plan area and bring the Master Plan to fruition.

## 2.0   PURPOSE

This Guidance package is intended to function as a device to clarify project direction and expectations between the City of Wasco, Martin-McIntosh, and The Legacy Group Limited.

This package serves primarily as a tool for guiding the future development of the 480 acres controlled by The Legacy Group Limited as defined in the Figure 4.1 on page 3.

This package identifies the:

A. <u>Process</u>:   The process to be followed by the City of Wasco, The Legacy Group Limited and Martin-McIntosh with respect to the proposed development of the  Valley Rose Master Development Plan;

B. <u>Products</u>: The actual work products to be produced as part of the Valley Rose Master Development Plan.

C. <u>Issues</u>:   The issues, opportunities, and constraints that will influence and affect the Valley Rose Master Development Plan;

D. <u>Goals</u>:   The principles and goals of the project in view of the City's role, and its General Plan and ordinances as they affect the Valley Rose Master Development Plan.

## 3.0   ACKNOWLEDGEMENT

Agreement by the City to adhere to the processing guidelines of the Guidance Package does not necessarily mean that the project will receive approval. Instead, the City's acceptance of this package as a device to define processing direction, demonstrates the City's commitment to expeditious and efficient processing of the Valley Rose Master Development Plan.

2

A 00018

The City, through its adoption of Title 16: Subdivision Ordinance, allows the City to approve, conditionally approve, or deny exceptions to the regulations and requirements of this title, under §16.36.020 B. This section states that exceptions may be allowed "When a subdivider proposes to develop property using modern site planning techniques in a manner which does not conform or literally comply to the design standards or regulations set forth in this title but would serve to facilitate the ultimate development of the land in manner that will be commensurate with contemporary living patterns and technical progress."

## 4.0   PROPOSED BOUNDARIES FOR THE VALLEY ROSE MASTER DEVELOPMENT PLAN

The boundaries of the project site are depicted in the Figure below:



**Figure 4.1**

A majority of the land within the project site is designated as LMR (Low-Medium Residential Density) in the Wasco General Plan. The proposed Master Development Plan and supporting documents will provide insight into potentially acceptable uses and detailed ways which the uses may develop. As a tool for implementing and focusing on the City's General Plan, the proposed Master Development Plan will establish more detailed policies and coherent development regulations tailored to this site and its unique circumstances.

The Master Development Plan will benefit the City and its developing urban area by laying ground work for the future development of this site consistent

3

A 00019

with the City's General Plan.  Furthermore, the Wasco environmental documentation addresses the full range of environmental concerns and mitigation measures pertaining to the Valley Rose Master Development Plan in particular.

The preparation of the Master Development Plan will be done in close cooperation with the City of Wasco and will be governed by a Development Agreement prepared pursuant to state law.  The Valley Rose Master Development Plan will seek to refine and translate emerging public policy to apply to the Valley Rose Master Plan area.

**5.0** **PROCESS**

The following identifies several key elements required for expeditious and efficient processing of the project.

5.1  **Agent/Representative**

The Legacy Group Limited, will serve as the applicant for the Valley Rose Master Development Plan project.  Martin-McIntosh, of Bakersfield, CA, in its role as planner, engineer and consultant, will serve as the representative for The Legacy Group Limited.

5.2  **Contact**

All products, information, and comments will be distributed to City staff through a single City contact, the Planning Director, ensuring an efficient and complete flow of products and information.  Martin-McIntosh, Ron Staub; Project Manager, in conjunction with The Legacy Group Limited, Chris Christensen; representative, will act a the principal developer contacts.

5.3  **Agendas**

The project team -- Martin-McIntosh,The Legacy Group Limited, and the City of Wasco-- have a strong commitment to conducting productive and timely meetings.  To guide meetings and facilitate discussion, agendas will be developed prior to the meetings  by Martin-McIntosh, in coordination with the project team.

4

A 00020

5.4    Schedule

The applicant's intent is to expedite the Valley Rose Master
Development Plan project adoption within an approximate 7-month time
frame. A work schedule has been developed to define the necessary
flow of events, which is shown in Exhibit A.

5.5    Distribution

The City Planning Department will ensure that all necessary products are
distributed to team members and interested City staff. Martin-McIntosh
will provide a master copy, and specified number of copies of all
necessary documents and plans for the City to use for distribution.

5.6    Review

It is intended that the City Planning Department will act as the lead
review agency for the Valley Rose Master Development Plan and related
products. Following the City's review period, the Valley Rose Master
Development Plan will be distributed to responsible agencies and made
available to individuals who have expressed an interest, or may have
comments on the proposed plan.

5.7    Approval

The Valley Rose Master Development Plan will be heard by the City of
Wasco Planning Commission and their recommendation forwarded to the
City Council who will, approve, conditionally approve, or deny the
Valley Rose Master Development Plan and related products. City staff
will coordinate this process.

6.0    PRODUCTS

Based upon the current understanding of the project, the anticipated products
shall be governed by the following:

6.1    Documents

The Legacy Group Limited, in conjunction with Martin-McIntosh, will produce
final documents:  Valley Rose Master Development Plan, Valley Rose
Development Agreement, Design Guidelines that will be applied throughout the
Valley Rose, Williamson Act cancellation documents, Parcel Map No.9572,
Tract No. 5472 revisions, Improvement Plans and Final Map, Tract No. 5618
Tentative Map, Improvement Plans and Final Map.

5

A 00021

6.2    **Quality**

Any document text will be of desk top publishing quality consistent with the City's desktop publishing capabilities (i.e., Microsoft Word for Windows 2.0). This will ensure that all documents will have a quality and professional appearance, and that future amendments or changes to the text can be facilitated by City staff.

6.3    **Format**

Documents will be formatted to 8 1/2" x 11" (portrait or landscape style). Exhibits of the planning area will be at a scale appropriate to show relevant information. Some graphic exhibits may need to be 11" x 17" to adequately portray necessary information. Print will be black on white paper. Documents will be spiral bound with card stock hard covers. All covers will be coordinated so that the documents appear related. Document format will be flexible to accommodate any changes desired by the City. All plans and maps will be in a format consistent with City of Wasco and/or State of California Standards.

6.4    **Content**

Each document will be prepared in accordance with State of California guidelines. The Valley Rose Master Development Plan and Development Agreement will serve as the City's definitive guides to all land use and development for the Valley Rose projects. The general content of each product is anticipated to include, but will not be limited to the following:

.    **Master Development Plan**

-Introduction
-Relationship to General Plan, Zoning Ordinance,
 and other City regulations
-Land Use Plan, Project Description
-Circulation/transportation
-Public facilities/services
-Infrastructure
-Parks and Open Space
-Phasing Plan

.    **Development Agreement**

-Future project processing principles
-Term to fit lifetime of project

6

A 00022

- **Design Guidelines**

  -How to use the guidelines
  -Streetscape and Project Theme
  -Architectural and site design
  -Landscape design
  -Pedestrian/Bike/Golf Cart circulation
  -Walls and Fencing
  -Signage and lighting

- **Tract No. 5472**

  -Revisions to fit boundary survey and zoning boundaries
  -Street and Drainage Plans
  -Sewer and Water Plans
  -Grading Plans
  -Landscape Plan
  -Final Map

- **Parcel Map 9572**

  -Tentative Parcel Map
  -Parcel Map

- **Williamson Act Cancellations**

  -Legal Description
  -Exhibit Map
  -Cancellation Document

- **Tract No 5618**

  -Tentative Tract Map
  -Street and Drainage Plan
  -Sewer and Water Plans
  -Grading Plan
  -Landscape Plan
  -Final Map

7

A 00023

**6.5    Document Revisions**

6.5.1  Five (5) copies of the Valley Rose Master Development Plan will be submitted to the City for review. The Master Plan will be subject to one revision cycle, based upon comments received by various City agencies (distributed via City staff). Following the incorporation of the City's comments into the plan. A Final Master Plan will be forwarded to the Planning Commission as stated in Section 5.7 of this Guidance Package.

6.5.2  Three (3) copies of each map or plan set will be submitted to the City for review. The map or plans will be subject to one revision cycle, based upon comments received by various City agencies (distributed via City staff).Following the incorporation of the City's comments into the plan, Tentative and Final Maps will be forwarded to the Planning Commission as stated in Section 5.7 of this Guidance Package.

**7.0    ISSUES AND PLANNING OPPORTUNITIES**

7.1    **Product Review**

7.1.1  **Issues**

A. Due to the project's nature, the Valley Rose Master Development Plan and related products require City review for content and quality. This review can be time consuming and difficult to schedule.

B. Delays in product review can also occur due to the level of input and number of reviewers involved.

C. Many of the Valley Rose Development Plan products will require simultaneous review.

7.1.2  **Solutions**

A. Planning Director, Walter Cairns, will coordinate the review of all products.

B. City review and comment time periods shall be limited to two (2) weeks.

C. The City will have one  review period: This review period will enable the City to make substantive comments on the

8

A 00024

Master Development Plan and related products. Martin-McIntosh will be responsible to make changes relating to the City's comments.

**D.** The City will appropriate necessary manpower for timely review of the Valley Rose Master Development Plan products.

7.2. **Schedule**

7.2.1 **Issues**

A 7-month time schedule will require an aggressive commitment to product preparation, timely reviews, meetings, and fulfilling target dates. Potential problems may arise if all team members do not maintain this commitment.

7.2.2 **Solutions**

**A.** Consultants shall work with the City to establish a timeline for meetings, products, and reviews early in the project process. This timeline shall serve as a master schedule, and shall be somewhat flexible. However, this master schedule shall provide the guidance and direction to achieving project approval.

**B.** The final project completion date for all  project components is October, 1992. The attached schedule (Exhibit A) is intended to be the guide to project completion.

**C.** Commitment to target deadlines and meeting the review period time schedules discussed in Section 7.1.2 is essential.

**D.** Team members shall identify conflicts and work toward resolutions in order to maintain the schedule.

7.3 **Purpose of Products**

7.3.1 **Issues**

Identifying and agreeing to  the purpose of the products and their content is critical. Defining the purpose will also clarify the products' relationships to one another.  Achieving agreement on the products'

9

A 00025

content may be difficult if a common understanding of the process is not defined.

### 7.3.2 Solutions

A. The purpose and goals of the Valley Rose Master Development Plan in Section 8.0 of this Guidance Package, will serve as the team's collaboratively approved objectives for the project.

B. The Valley Rose Master Development Plan and Development Agreement are to serve as a regulatory documents which will implement the General Plan and clearly define the City's and developer's desires for the Valley Rose Master Plan area.

C. The Design Guidelines are intended to identify a "character" and indicate a consistent philosophy for this "new" area of the City, consistent with the goals for the City's future.

D. The improvement plans and maps for the Southwest 1/4 of Section 4 will be the tools for constructing the first Valley Rose Communities.

## 7.5   Consensus Revisions

### 7.5.1 Issues

The process involves many different individuals expressing a broad range of ideas and opinions. Therefore, it is likely that reaching a consensus of these opinions may be difficult at times. Failure to reach this consensus can cause project processing delays and may jeopardize project completion.

### 7.5.2 Solutions

A. In order to ensure full consideration, written City staff comments shall be passed through a designated City reviewer so that a consensus can be facilitated. Upon City consensus, comments will be forwarded to Martin-McIntosh.

B. In order to ensure full consideration, written public comments shall be passed through a designated City reviewer. Written comments will be forwarded to Martin-McIntosh.

A 00026