NOW, THEREFORE, by reason of the law and the premises aforesaid, it is ORDERED, ADJUDGED, AND DECREED:

1. All of the undisputed facts set forth in the Stipulation of Undisputed and Disputed Facts for Trial of Severed Causes of Action Relating to Mechanic's Liens of Plaintiff, Martin-McIntosh, and Plaintiff, Turman Construction, Inc., filed with the Court on August 25, 1998, are true and correct.

2. The statute of limitations' defense raised, argued, and tried by WASCO COMMUNITY DEVELOPMENT COMPANY, and argued and tried by THE CITY OF WASCO and TURMAN CONSTRUCTION CO., INC., is without merit for the reasons set forth in the Court's Statement of Decision filed on February 11, 1999, which is incorporated herein by reference.

3. The Mechanic's Lien of MARTIN-McINTOSH recorded on October 13, 1994, had priority over the WASCO COMMUNITY DEVELOPMENT COMPANY Deed of Trust, recorded July 28, 1992, and amended by a document recorded May 2, 1994. Therefore, the MARTIN-McINTOSH Mechanic's Lien survived the foreclosure sale of the real property by WASCO COMMUNITY DEVELOPMENT COMPANY on or about July 31, 1997, and evidenced by a Trustee's Deed Upon Sale recorded on August 1, 1997, in the Official Records of Kern County as Document No. 0197100592. The basis for the priority of the MARTIN-McINTOSH Mechanic's Lien over the WASCO COMMUNITY DEVELOPMENT COMPANY Deed of Trust is more fully described in the Court's

RRACHE, CLARK
& POTTER
TTORNEYS AT LAW
00 EASTON DRIVE
SUITE 114
BAKERSFIELD,
FORNIA 93309-9424
05) 328-1800

Statement of Decision, filed on February 11, 1999, which is incorporated herein by reference.

4. There is due, owing, and unpaid to Plaintiff MARTIN-McINTOSH for and on account of engineering and surveying services, as alleged in Plaintiff's First-Amended Complaint, the principal sum of $341,487.01, together with interest accrued at the rate of eighteen percent (18%) per annum from May 9, 1994, through February 22, 1999, in the sum of $294,532.44, for a total Judgment in the amount of $636,019.45, together with Plaintiff's cost of suit in the sum of $_____.

5. Plaintiff MARTIN-McINTOSH has a lien upon the real property described as Parcels 1 and 3 of Parcel Map No. 9572 in the City of Wasco, County of Kern, State of California, as per map recorded July 21, 1992, in Book 44, at Page 57 of Parcel Maps in the Office of the County Recorder of Kern County, and upon the whole thereof, for the amount herein adjudged and decreed to be due Plaintiff MARTIN-McINTOSH.

6. With regard to Parcel 1 of Parcel Map No. 9572 in the City of Wasco, County of Kern, State of California, the Mechanic's Lien of Plaintiff MARTIN-McINTOSH shall have equal priority to the Mechanic's Lien of Plaintiff TURMAN CONSTRUCTION CO., INC.

7. The real property described herein, or so much thereof as may be necessary to raise the amount due to Plaintiff, for principal and interest, expenses and costs of suit,

BORRACHE, CLARK & POTTER
ATTORNEYS AT LAW
00 EASTON DRIVE
SUITE 114
BAKERSFIELD,
FORNIA 93309-9424
(805) 328-1800

4

including the expense of sale, is to be sold at public auction, by the Sheriff of the County of Kern, according to law. The Sheriff shall give public notice of the time and place of such sale in a manner provided by law, and according to the course and practice of this Court and in the law relative to the sale of real estate under execution. The Plaintiff or any other person or persons may become the purchaser at said sale. The Sheriff shall execute a deed to the purchaser or purchasers of said real property following sale. The Sheriff, out of the proceeds of such sale, shall retain his fees, disbursements, and commissions on said sale, and pay to the Plaintiff, out of said proceeds, its costs of this suit, and the amount herein found to be a lien upon said real property, as herein decreed, with interest thereon from this date, at the rate of 10% per annum, or so much thereof as said proceeds of said sale will pay.

8. Defendant WASCO COMMUNITY DEVELOPMENT COMPANY, and all persons claiming from or under WASCO COMMUNITY DEVELOPMENT COMPANY, and all persons having a claim to have acquired any interest or estate in the real property subsequent to the commencement of this action, be forever barred and foreclosed of and from all equity of redemption and claim in, of, and to said real property, and every part and parcel thereof, from and after delivery of the Sheriff's Deed; and that the purchaser or purchasers of said real property at such sale be let into possession thereof; and that any of the parties to this action who may be in possession of said real property, or any part thereof, and any person who, since the commencement of this action, has come into possession under them, or any of them, deliver possession thereof to such purchasers, on production of the Sheriff's deed for such real property or any part thereof, and that a

RACHE, CLARK
& POTTER
TORNEYS AT LAW
00 EASTON DRIVE
SUITE 114
BAKERSFIELD,
FORNIA 93309-9424
05) 328-1800

5

1  Writ of Possession issue therefor, if necessary, to obtain possession of the real property
2  sold, in a manner provided by law.

   9. The real property directed to be sold by this decree is situate in the County of Kern, State of California, and is particularly described as follows, to wit:

   a. Parcel 1 of Parcel Map #9572 in the City of Wasco, County of Kern, State of California, as per Map recorded July 21, 1992, in Book 44, Page 57, of Parcel Maps in the Office of the County Recorder of Kern County.

   b. Parcel 3 of Parcel Map #9572 in the City of Wasco, County of Kern, State of California, as per Map recorded July 21, 1992, in Book 44, Page 57, of Parcel Maps in the Office of the County Recorder of Kern County.

DATED: MAR 17 1999

S. P. CHAPIN

HON. SIDNEY P. CHAPIN
JUDGE OF THE SUPERIOR COURT

RRACHE, CLARK
& POTTER
TTORNEYS AT LAW
300 EASTON DRIVE
SUITE 114
BAKERSFIELD,
IFORNIA 93309-9424
305) 328-1800

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN:

    I am employed in the County of Kern, California, by a member of the Bar of this Court at whose direction this service was made. I am over the age of 18 years and not a party to the within action. My business address is 4800 Easton Drive, Suite 114, Bakersfield, California, 93309. I am readily familiar with the practice of my employer for collection and processing of correspondence, including Express Mail, said practice being that in the ordinary course of business, correspondence, including Express Mail, is deposited in the United States Postal Service the same day as it is placed for collection.

    On March 24, 1999, I served the attached **NOTICE OF ENTRY OF JUDGMENT** on the parties in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

### SEE ATTACHED SERVICE LIST

<u>XXX</u>  **(BY MAIL)**  I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Arrache, Clark & Potter, Bakersfield, California, following ordinary business practices.

\_\_  **(BY TELECOPY)**  I telecopied the foregoing document at _____ from my telecopy machine, number 805/328-0380, to the addressee(s) noted above at their indicated telecopy number(s). The transmission was reported complete and without error. A copy of the transmission report issued by my telecopy machine is attached hereto.

\_\_  **(BY OVERNIGHT DELIVERY)**  I tendered each such envelope to an authorized Federal Express courier, with delivery fees provided for, for delivery to the addressee(s) noted above.

\_\_  **(BY PERSONAL SERVICE)**  I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Bakersfield, Kern County, California, on March 24, 1999.

                                                */s/ Aneta L. Adams*
                                                ANETA L. ADAMS, CLA

ARRACHE, CLARK & POTTER
ATTORNEYS AT LAW
4800 EASTON DRIVE
SUITE 114
BAKERSFIELD,
CALIFORNIA 93309-9424
(805) 328-1800

## SERVICE LIST

N. THOMAS McCARTNEY, ESQ.
McCARTNEY & MERCADO
3434 Truxtun Avenue, Suite 280
Bakersfield, CA  93301

MAURILE J. TREMBLAY, ESQ.
Law Offices of Maurile C. Tremblay
9737 Aero Drive, Suite 160
San Diego, CA  92123

ROBERT B. SCAPA, ESQ.
California Trial Lawyers, LLP
16601 Ventura Boulevard, Suite 204
Encino, CA  91436-1921

KENNETH W. KIND, ESQ.
Attorney at Law
4042 Patton Way
Bakersfield, CA  93308

ARRACHE, CLARK
& POTTER
ATTORNEYS AT LAW
4800 EASTON DRIVE
SUITE 114
BAKERSFIELD,
CALIFORNIA 93309-9424
(805) 328-1800

EXIBIT  K   BROWN DEC

ORIGINAL

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: (661) 328-1800 | FOR RECORDER'S USE ONLY |
|---|---|---|
| [XX] Recording requested by and return to:<br>ARRACHE, CLARK & POTTER<br>4800 Easton Drive, Suite 114<br>Bakersfield, CA 93309<br>[XX] ATTORNEY FOR [XX] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD | | COUNTY OF KERN<br><br>09 AUG 30 P3:24 |

NAME OF COURT: KERN COUNTY SUPERIOR COURT
STREET ADDRESS: 1415 Truxtun Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME:

PLAINTIFF: MARTIN-McINTOSH

DEFENDANT: MICHAEL S. BROWN, et al.

**WRIT OF**
[ ] EXECUTION (Money Judgment)
[ ] POSSESSION OF [ ] Personal Property
[ ] Real Property
[XX] SALE

CASE NUMBER: 227661-AEW

FOR COURT USE ONLY

075802
FILED
KERN COUNTY
OCT 1 1 2001
TERRY McNALLY, CLERK
BY _____ DEPUTY

1. To the Sheriff or any Marshal or Constable of the County of: KERN

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. (Name): MARTIN-McINTOSH, a General Partnership
   is the [XX] judgment creditor [ ] assignee of record
   whose address is shown on this form above the court's name.

4. Judgment debtor (name and last known address):
   WASCO COMMUNITY DEVELOPMENT COMPANY
   c/o Maurile J. Tremblay, Esq.
   Law Offices of Maurile C. Tremblay
   9737 Aero Drive, Suite 160
   San Diego, CA 92123

   [ ] additional judgment debtors on reverse

5. Judgment entered on (date): 3/17/99
6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ
   a. [ ] has not been requested.
   b. [XX] has been requested (see reverse).
8. [ ] Joint debtor information on reverse.

9. [XX] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . $ 636,458.15
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . $ 0
13. Subtotal (add 11 and 12) . . . . . . . . $ 636,458.15
14. Credits . . . . . . . . . . . . . . . . . $ 0
15. Subtotal (subtract 14 from 13) . . . . $ 636,458.15
16. Interest after judgment (per filed affidavit CCP 685.050) . . . . . . . . . . . . $ 4,882.42
17. Fee for issuance of writ . . . . . . . . $ 7.00
18. Total (add 15, 16, and 17) . . . . . . . $ 641,347.57
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) of 10%. . . $ 174.37
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) . . . . . . . . . . $
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on (date): APR 2 1 1999
Clerk, by _____, Deputy
TERRY McNALLY

— NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION. —

(Continued on reverse)

Form Approved by the Judicial Council of California
EJ-130 [Rev. January 1, 1997]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
* See note on reverse.

**EXIBIT L** BROWN DEC

# PARCEL MAP NO. 9572

BEING A DIVISION OF THE NORTH HALF AND THE SOUTHWEST QUARTER OF SECTION 4, T.27S., R.24E., M.D.B.& M.
CITY OF WASCO, COUNTY OF KERN
STATE OF CALIFORNIA

## SURVEYOR'S STATEMENT

THIS MAP WAS PREPARED BY ME OR UNDER MY DIRECTION AND IS BASED UPON A FIELD SURVEY IN CONFORMANCE WITH THE REQUIREMENTS OF THE SUBDIVISION MAP ACT AND LOCAL ORDINANCES AT THE REQUEST OF THE LEGACY GROUP,LTD. IN MAY, 1992. I HEREBY STATE THAT THIS PARCEL MAP SUBSTANTIALLY CONFORMS TO THE APPROVED TENTATIVE MAP.

EUGENE P. MARTIN  7/8/92
L.S. 4713  DATE
EXPIRES 9-30-95

## CITY ENGINEER'S STATEMENT

THIS MAP CONFORMS WITH THE REQUIREMENTS OF THE SUBDIVISION MAP ACT AND LOCAL ORDINANCES.

DATED: 7/15/92  SIGNED: _____
KENT D. DAVIS   R.C.E. 12469
CITY ENGINEER   EXPIRES 3-31-93
CITY OF WASCO

## PLANNING DIRECTOR'S STATEMENT

THIS MAP IS IN SUBSTANTIAL CONFORMANCE WITH THE APPROVED TENTATIVE MAP. A NOTICE OF EXEMPTION IN ACCORDANCE WITH THE CALIFORNIA ENVIRONMENTAL QUALITY ACT OF 1970, AS AMENDED, HAS BEEN FILED WITH THE COUNTY CLERK.

DATED: 7-15-92  SIGNED: _____
WALTER CAIRNS
PLANNING DIRECTOR
CITY OF WASCO

## RECORDER'S STATEMENT

FILED FOR RECORD THIS 21 DAY OF July , 1992 AT 9:00 A.M.
IN BOOK 44 OF PARCEL MAPS AT PAGE 57 , AT THE REQUEST OF
CITY OF WASCO.

GALE S. ENSTAD
COUNTY CLERK-RECORDER
BY: _____
DEPUTY RECORDER




## OWNER'S STATEMENT

WE HEREBY STATE THAT WE ARE THE OWNERS OF, OR HAVE SOME RIGHT, TITLE OR INTEREST IN AND TO THE REAL PROPERTY INCLUDED WITHIN THE SUBDIVISION SHOWN UPON THIS PARCEL MAP, AND WE ARE THE ONLY PERSONS WHOSE SIGNATURE IS REQUIRED TO PASS CLEAR TITLE TO SAID PROPERTY, AND WE CONSENT TO THE PREPARATION AND RECORDATION OF THIS PARCEL MAP. WE ALSO HEREBY GRANT TO THE CITY OF WASCO, IRREVOCABLE OFFERS OF DEDICATION OF AN EASEMENT FOR INGRESS, EGRESS AND ROAD PURPOSES, OVER AND ACROSS SCOFIELD AVENUE, McCOMBS ROAD, LEONARD AVENUE, VALLEY ROSE PARKWAY AND AUGUSTA MANOR DRIVE, AS SHOWN UPON SAID MAP WITHIN SAID SUBDIVISION. THE ABOVE DESCRIBED EASEMENTS TO BE KEPT OPEN, CLEAR AND FREE FROM BUILDINGS AND STRUCTURES OF ANY KIND.

WASCO COMMUNITY DEVELOPMENT CO., A CALIFORNIA GENERAL PARTNERSHIP

BY: _____
ANDREW GISSINGER III
GENERAL PARTNER

TENNECO WEST INC., A DELAWARE CORPORATION
PER DEED OF TRUST RECORDED MARCH 30, 1990
IN BOOK 6364, PAGE 1803, O.R.

BY: _____
MELVIN JANS
SENIOR VICE PRESIDENT

BY: Wayne E. Broome
WAYNE E. BROOME
ASSISTANT SECRETARY

STATE OF CALIFORNIA | SS
COUNTY OF KERN |

ON THIS 14th DAY OF July , 1992, BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED MELVIN JANS AND WAYNE E. BROOME PERSONALLY KNOWN TO ME, OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE, TO BE THE PERSONS WHO EXECUTED THE WITHIN INSTRUMENT AS SENIOR VICE PRESIDENT AND ASSISTANT SECRETARY, ON BEHALF OF TENNECO WEST, INC., THE CORPORATION THEREIN NAMED, AND ACKNOWLEDGED TO ME THAT SUCH CORPORATION EXECUTED IT PURSUANT TO ITS BY-LAWS OR A RESOLUTION OF ITS BOARD OF DIRECTORS.

SIGNATURE _____
, COUNTY OF KERN
MY COMMISSION EXPIRES MARCH 23, 1993

STATE OF CALIFORNIA | SS
COUNTY OF KERN |

ON THIS ___ DAY OF _____ , 1992, BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED ANDREW GISSINGER III, PERSONALLY KNOWN TO ME, OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE, TO BE THE PERSON WHO EXECUTED THE WITHIN INSTRUMENT ON BEHALF OF THE PARTNERSHIP, AND ACKNOWLEDGED TO ME THAT THE PARTNERSHIP EXECUTED IT.

SIGNATURE _____
, COUNTY OF KERN
MY COMMISSION EXPIRES _____

## CITY CLERK'S STATEMENT

THE CITY COUNCIL OF THE CITY OF WASCO HEREBY ORDERS THAT PARCEL MAP 9572 IS APPROVED. THE STREETS AND ANY OTHER EASEMENTS SHOWN UPON THIS MAP ARE HEREON OFFERED FOR DEDICATION AND THE SAME ARE HEREBY ACCEPTED FOR PUBLIC USE SUBJECT TO CONSTRUCTION OF ALL IMPROVEMENTS BY THE SUBDIVIDER AND ACCEPTANCE OF ALL IMPROVEMENTS BY THE CITY COUNCIL. IT DIRECTS THE CLERK OF THIS COUNCIL TO ENDORSE UPON THE FACE OF THIS ORDER AUTHENTICATED BY THE SEAL OF THE CITY COUNCIL OF THE CITY OF WASCO, AND IT HEREBY WAIVES, PURSUANT TO THE PROVISIONS OF SECTION 66436 OF THE SUBDIVISION MAP ACT, THE REQUIREMENT OF SIGNATURES OF THE FOLLOWING:

| NAME | NATURE OF INTEREST |
|---|---|
| PACIFIC GAS & ELECTRIC CO. | TRANSMISSION LINE EASEMENT PER BOOK 3320, PAGE 112, O.R. |
| PACIFIC GAS & ELECTRIC CO. | TRANSMISSION LINE EASEMENT PER BOOK 4073, PAGE 193, O.R. |
| PACIFIC GAS & ELECTRIC CO | POLE LINE EASEMENT PER BOOK 6304, PAGE 43, O.R. |
| PUBLIC IN GENERAL | STATE HIGHWAY 46 & SCOFIELD AVENUE |
| COUNTY OF KERN | EASEMENT FOR ROAD PURPOSES PER BOOK 4889, PAGE 1410, O.R. |
| COUNTY OF KERN | EASEMENT FOR ROAD PURPOSES PER BOOK 356, PAGE 142, O.R. |

### NOTES

1. ANY ROAD OR EASEMENT OR RIGHT-OF-WAY FOR ROAD OR HIGHWAY PURPOSES SHOWN OR REFERRED TO ON THIS MAP, INCLUDING, BUT NOT LIMITED TO, ANY DEDICATED OR OFFERED FOR DEDICATION TO THE PUBLIC OR TO THE CITY, IS NOT A CITY STREET AND IS NOT SUBJECT TO MAINTENANCE OR IMPROVEMENT BY THE CITY OF WASCO, UNTIL AND UNLESS THE CITY OFFICIALLY ACCEPTS THE SAME INTO THE CITY ROAD SYSTEM BY RESOLUTION OF THE CITY COUNCIL, EXCEPTING ANY EXPRESSLY SHOWN HEREON AS BEING A CITY STREET.

2. THE LAND COVERED BY THIS PARCEL MAP IS RESTRICTED BY A WILLIAMSON ACT LAND USE CONTRACT EXECUTED BY KERN LAND FARMING COMPANY ON FEBRUARY 21, 1969, AND RECORDED IN BOOK 4247, PAGES 235 TO 747, INCLUSIVE, OF THE KERN COUNTY OFFICIAL RECORDS. DURING THE TERM OF THIS CONTRACT, OR ANY RENEWALS THEREOF, THE HEREIN DESCRIBED LAND SHALL NOT BE USED FOR ANY PURPOSE OTHER THAN AGRICULTURAL USES AND THOSE USES COMPATIBLE WITH AGRICULTURAL USES. NO STRUCTURES SHALL BE ERECTED UPON SAID LAND EXCEPT SUCH STRUCTURES AS MAY BE DIRECTLY RELATED TO AGRICULTURAL USES, PURSUANT TO THE TERMS OF THE CONTRACT.

SHEET 1 OF 6 SHEETS
PG 57
# 102886
CERTIFICATE OF CORRECTION FILED ON 11-48 PM 9572 M-1
BK 47TH PG 45 O.R.









