# Feasibility Study

## for the

# Wasco Valley Rose Golf Course and Adjacent Land

## in



the city of Wasco

ROSE CAPITAL OF THE NATION

## FINAL REPORT

Prepared for:
John Wooner, Finance Director
City of Wasco
764 "E" Street
Wasco, CA 93280

Prepared by:

**NGF CONSULTING**

1150 South U.S. Highway One, Suite 401
Jupiter, FL 33477
(561) 744-6006

December 2002

# Table of Contents

I. EXECUTIVE SUMMARY _____ 1
  Background to the Study _____ 1
  Conclusions and Recommendations _____ 2
    Site Development Options _____ 2
    Residential Land Adjacent to the Golf Course _____ 2
    Commercial Land Development _____ 3
    Golf Course/Site Facility Improvements _____ 4
    Planning and Marketing Efforts _____ 4

II. SUBJECT PROPERTY OVERVIEW _____ 5
  Site Overview _____ 5
  Market Overview _____ 6
  Demographic Analysis _____ 6
  Residential Market Supply _____ 9
    New Construction Activity _____ 10
  Residential Housing Demand _____ 11
  Prospective Timing of Residential Demand _____ 13

IV. GOLF MARKET ANALYSIS _____ 14
  Overall Golf Supply _____ 14
  Current Demand Patterns _____ 15
    Rounds Performance _____ 15
    Fees _____ 15
    Course Difficulty _____ 17
    Course Ratings _____ 17
    New Facilities _____ 17
    Private Courses _____ 17
    Secondary Market _____ 17
  Wasco Valley Rose Market Performance _____ 18
  Predicted Golf Demand _____ 19
    Demand Model Methodology _____ 19
    Market Area Demand Results _____ 19
    Understanding the NGF Demand Model Indices _____ 20
  Conclusions _____ 21

V. GOLF FACILITY ANALYSIS _____ 22
  Golf Facility Analysis _____ 22
  Operations Review _____ 22
    Golf Operations _____ 22
    Golf Course Maintenance _____ 23
    Food and Beverage Operations _____ 26
  Financial Assessment _____ 26
    Golf Course Revenues _____ 26
    Operating Expense _____ 26
    Payroll Expense _____ 27

   Other Operating Expense (non-payroll) _____ 27  
   Planning, Budgeting, Accounting _____ 27  
 Facility/Course Improvement Actions _____ 28  
   Increase Golf Play and Rate _____ 28  
   Improve Golf Course/Facility Conditions _____ 28  
   Course Expansion _____ 28  
   Summary _____ 28  

**VI. DEVELOPMENT POTENTIAL** _____ 30  
 Residential Development Potential _____ 30  
   Target Market(s) _____ 30  
 Golf Course Improvements _____ 32  
 Course Expansion _____ 32  
 Function Expansion _____ 33  
 Interrelationship between Residential Development and Golf Course _____ 33  
 Market Strategy _____ 33  
 Other Options _____ 34

# I. Executive Summary

BACKGROUND TO THE STUDY

- The City of Wasco requested proposals in June 2002 for a feasibility study to determine how to improve the design and profitability of the City-owned Valley Rose Golf Course, and encourage the development of vacant residential and commercial land adjacent to the golf course. This study was designed to evaluate the current and future residential and golf markets in Wasco and northwestern Kern County. Within this framework, the study was to identify the development potential of the golf course and adjacent vacant land. Specifically the objectives were:

    1. Evaluate Wasco area residential market

    2. Evaluate Wasco golf market

    3. Analyze current operations and performance of the golf facility

    4. Identify development options and financial potential for the course and adjacent areas

- In 1992, the City of Wasco purchased 155 acres of farmland and developed an 18-hole golf course, clubhouse and related facilities along State Highway 46 west of the central area of Wasco. At about the same time, a Master Land Use Plan was prepared for the adjacent vacant property of approximated 468 acres. Subsequent to the purchase and development of the course, the City purchased about 97 acres of land to the west of the course, within the 468-acre area. ==Infrastructure including roadways and water lines were developed on a 34-acre parcel within the City-owned land.==

- A Land Use Plan prepared in 1992 proposed the development of a wide variety of housing products including estate homes, single family homes, garden homes and multi-family apartments/condos. Housing densities ranged from 4 dwelling units per acre to 13 dwelling units per acre with a potential dwelling unit count of 2,342 units. The community was seen primarily as a senior retirement community. The plan suggested the addition of 9 golf-holes to the course. These holes would be developed through a portion of the residential development and was designed to maximize residential frontage. Complementing the residential use was a limited amount of neighborhood, highway-oriented, and general commercial use.

# CONCLUSIONS AND RECOMMENDATIONS

This study analyzed the current and potential residential and golf markets in Wasco and Kern County to determine the market support for such development in Wasco and adjacent to the existing Wasco Valley Rose Golf Course. It also addressed the performance of the golf facility and made recommendations for improvement. The details are presented in various chapters of this report. They are summarized below:

- Demand for residential development is strong in Kern County and can be expected to grow over the next ten years. Growth in housing demand is positive for the Wasco Area. During the next five years, it is reasonable to expect that the current pace of residential development in Wasco will accelerate. The Bakersfield area enjoys among the lowest costs of living, including housing, for major cities in the state.

- Ongoing improvements to the golf course are recommended. These include: improvements to the conditions of the golf course; maintenance of the clubhouse; and, improvements to golf course maintenance facility.

- There is not sufficient market support for expansion of the golf course in the next five years, based solely on anticipated growth in golf demand in the County. However, residential development in the area adjacent to the site could present an opportunity for expansion/or reconfiguration of the existing golf course depending on specific developer plans.

## Site Development Options

- Residential and commercial development – the site adjacent to the golf course is appropriate for residential development along with supporting commercial development. The size and configuration of the site lends itself to the development of a planned residential community. Such a development could stimulate plans that would improve golf course performance.

- Golf Course – The City has several options it can consider regarding the golf course property. These options include maintaining ownership and operation of the course with improved financial performance; sale of the golf course to an outside party; and reconfiguration of the course in conjunction with future residential and commercial development of the adjacent site. There could be potential for swapping of portions of the existing golf course land for development.

- City-owned residential land – There are several options the City can consider regarding the city-owned land west of the existing golf facility. The land could be sold to an interested developer as part the development of the planned community and/or considered for swapping for reconfiguration or expansion of the existing 18-hole course.

## Residential Land Adjacent to the Golf Course

- Development of the land adjacent to the golf course as a planned residential community is supportable from a market perspective and would contribute to the financial performance of the golf course and enhanced housing diversity in Wasco.

- The City should inform the development community of its interests regarding the development of the property adjacent to the course. Specifics regarding the site, current status of infrastructure, potential incentives to encourage residential development of the type envisioned, and options the city may consider regarding disposition of the city-owned land and the ownership and reconfiguration of the course should be outlined.

- The residential development should focus on variety of housing types consistent with the housing market demand. This includes single-family large lots, single family residential, town homes, zero lot line, and multi-family units. There is a potential yield of 1,200-2,000 units depending on design and site assembly program. The development should consider a variety of housing configurations and building heights to create additional development interest. This should increase the rate of residential absorption. Target markets and housing density ranges are described in the development potential section of this report.

- The development should capitalize on golf course views, and use water features within the residential development to complement the golf course. Commercial development should be clustered to create areas of interest. Multiple design features should be used to create visually interesting neighborhoods. They should also be used to create strong entry statements to the residential community and the golf course. Specific themes can be developed based on the final development plans.

- The potential for extension/expansion of the golf course into the community should be carefully considered at the onset of the project planning process. The cemetery use to the east of the golf course should be screened with appropriate landscaping.

- It is important that the residential development convey a strong sense of "community" based on its planning and design standards and features. The development should be conceptually linked with the golf facility in terms of a theme and also reflect the semi-rural nature of the site.

## Commercial Land Development

- Community related commercial development should be planned as part of the overall development program and citywide needs. Consider creating central community area, clustered development and "village" concepts to enhance the overall attractiveness of the community.

- Depending on the timing of the residential development, commercial development will likely need to be phased.

- The City should explore the viability of swapping golf course land adjacent to the Highway 46 for expansion or extension of the course into the residential development. This could provide financial resources to alleviate current debt on the golf course.

- Development of highway commercial land should be interrelated to the overall community development concept. It should be compatible with the character and themes of the residential and golf course development. Design and landscaping themes should be consistent with the residential development.

### Golf Course/Site Facility Improvements

- Increase focus on capturing specific golf market segments in terms of building golf play and revenues. The course currently draws the majority of its play from outside the community through active marketing. This effort should be expanded to each of the market sectors served.

- Service standards should be formalized for each market sector and staff position. Staffing levels should be reviewed to assure service level adequacy in 2003 and 2004.

- A golf course and maintenance facility improvement plan should be developed in conjunction with planning efforts and potential reconfiguration of portions of the golf course.

- Develop consistent budgets for golf course maintenance. Distinguish between routine, deferred, new improvements, and unplanned maintenance activities. The course should be brought up to consistent standards as soon as possible.

- Increase utilization of the existing golf course site. Consider recreation/retail related uses to enhance the theme, such as: fitness center, expanded banquet facility, food outlet, wellness center, and other community recreation activities. Expansion of the golf training facility should also be considered.

- Based on the residential development program, consider an annual golf program. If other recreation uses are developed, a social program should be considered.

### Planning and Marketing Efforts

- The City should enhance the visibility of the project from the perspective of the development community and the local Wasco community. Local information packages can be developed from existing materials and the results of this study.

- The City should detail city incentive actions to encourage appropriate development, including accelerated permitting, processing, etc. It should outline potential options for swapping or sale of parcels to improve the overall development plan.

- Physical concept plans can be developed for the golf club and the adjacent areas. Any such concept plans should serve as a broad guideline for more detailed project planning. Concept plans should maintain flexibility to allow for specific developer input and insights and planning creativity.

* * * * * * * * * * * *

Note: Various tables supporting the residential and golf analysis, along with the financial operating performance of the golf course are included in appropriate sections of this report. They are also reproduced in their entirety in the Appendix entitled "Project Metrics Book" at the end of this report.

## II. Subject Property Overview

### SITE OVERVIEW

- The Wasco Valley Rose Golf Course is located at the intersection of State Highway 46 and Leonard Avenue in the northwestern sector of Kern County, California. It is approximately 28 miles from downtown Bakersfield via State Highway 99, a major connector to the Central San Joaquin Valley Area. Route 46 (Paso Robles Highway) connects Route 99 to Interstate 5, which provides access to northern and southern California.

- Valley Rose Estates is the name of the unfinished master planned community that lies to the west and north of the golf course property. It consists of approximately 468 acres and infrastructure has been developed on a portion of the site.

- The site is about four miles west of the central are of the City of Wasco and about one mile west of the developed areas of the city. New commercial development in Wasco has occurred along State Highway 46 to the east of the subject property.

- Accessibility to the site is excellent via State Highway 46. Despite the distance to Bakersfield, travel times to the site under most conditions are approximately 30-35 minutes. Access is also available from the western Bakersfield area via State Road 43 through the City of Shafter located to the south of Wasco.

- In 1992, the City of Wasco purchased 155 acres of farmland and developed an 18-hole golf course, clubhouse and related facilities. At about the same time, a Master Land Use Plan was prepared for the adjacent vacant property of approximated 468 acres. Subsequent to the purchase and development of the course, the City purchased about 97 acres of land to the west of the course, within the 468-acre area. Infrastructure including roadways and water lines were developed on a 34-acre parcel within the City-owned land.

- A Land Use Plan prepared in 1992 proposed the development of a wide variety of housing products including estate homes, single family homes, garden homes and multi-family apartments/condos. Housing densities ranged from 4 dwelling units per acre to 13 dwelling units per acre with a potential dwelling unit count of 2,342 units. The community was seen primarily as a senior retirement community. The plan suggested the addition of 9 golf-holes to the course.

- The golf course and adjacent land are basically flat at an elevation of 280 feet above sea level. The soils consist of a variety of sandy loams.

- ❑ The City is now seeking to determine how to improve the design and profitability of the City-owned Valley Rose Golf Course, and encourage the development of vacant residential and commercial land adjacent to the golf course. This study was designed to evaluate the current and future residential and golf markets in Wasco and northwestern Kern County. Within this framework, the study was to identify the development potential of the golf course and adjacent vacant land.

## MARKET OVERVIEW

- ❑ Kern County is located at the southern end of California's San Joaquin Valley, about 110 miles north of Los Angeles and about 300 miles southeast of San Francisco. Three major freeways -- Interstate 5 and State Routes 99 and 58 – provide access to state's major metropolitan areas and onward to Oregon, Arizona, and Nevada. State Route 99 and Interstate 5, running north-south, provide direct access to Los Angeles, Sacramento, and San Francisco. State Routes 166, 58, and 46 provide access to the west and the Central Coast. State Route 58 east provides access to the east.

- ❑ Kern County's land area is 8,073 square miles. The most heavily populated region is the valley area, which encompasses approximately 3,600 square miles. The valley is about 60 miles long and 60 miles wide. Approximately 60 percent of the population and jobs are located in the valley area.

- ❑ The National Association of Home Builders (NAHB) ranked Bakersfield tops among California cities in terms of the most affordable housing in major cities in the state in the second quarter of 2002. The survey shows that 69.4 percent of Bakersfield's families could afford a median priced home. This compares with Fresno (52.1 percent), Riverside-San Bernardino (49.6 percent), Sacramento (43.7 percent), Modesto (33.6 percent), and San Luis Obispo-Atascadero-Paso Robles (13.0 percent). Only 34.4 percent of families in Los Angeles-Long Beach can afford to buy a median-priced home there. In San Diego, the figure is 21.6 percent and in San Francisco, 9.2 percent.

## DEMOGRAPHIC ANALYSIS

- ❑ Population and housing growth rates in Kern County continue to be strong. Between 1990 and 2000, county population grew 21.7 percent to 661,600 persons, as compared to a 13.8 percent for the State of California, and 13.2 percent for the United States as a whole.

| United States, California and Kern County Population Trends 1960-2000 | | | | | |
|---|---|---|---|---|---|
| **United States** | 1960 | 1970 | 1980 | 1990 | 2000 |
| Total | 179,323,175 | 203,302,031 | 226,545,805 | 248,709,873 | 281,421,906 |
| Change | | 23,978,856 | 23,243,774 | 22,164,068 | 32,712,033 |
| Percent Change | | 13.40% | 11.40% | 9.80% | 13.20% |
| **State of California** | 1960 | 1970 | 1980 | 1990 | 2000 |
| Total | 15,717,204 | 19,971,069 | 23,667,902 | 29,760,021 | 33,871,648 |
| Change | | 4,253,865 | 3,696,833 | 6,092,119 | 4,111,627 |
| Percent Change | | 27.10% | 18.50% | 25.70% | 13.80% |
| **Kern County** | 1960 | 1970 | 1980 | 1990 | 2000 |
| Total | 291,984 | 330,234 | 403,089 | 543,477 | 661,645 |
| Change | | 38,250 | 72,855 | 140,388 | 118,168 |
| Percent Change | | 13.10% | 22.10% | 34.80% | 21.70% |

Source: Census 2000 analyzed by the Social Science Data Analysis Network (SSDAN).

- Within Kern County, 61 percent of the growth (72,200 persons) occurred in the City of Bakersfield and 14 percent in the City of Delano (16,000 persons). Population in Wasco increased by 71 percent in the decade and reached 21,300 persons in 2000. This represents 7 percent of total county growth during the decade.

| City | 1990 | 2000 | Change | Percent Change | Percent of Growth |
|---|---|---|---|---|---|
| TOTAL COUNTY | 543,477 | 661,645 | 118,168 | 21.7% | 100% |
| Arvin | 9,286 | 12,956 | 3,670 | 39.5% | 3% |
| Bakersfield | 174,820 | 247,057 | 72,237 | 41.3% | 61% |
| California City | 5,955 | 8,385 | 2,430 | 40.8% | 2% |
| Delano | 22,762 | 38,824 | 16,062 | 70.6% | 14% |
| Maricopa | 1,193 | 1,111 | -82 | -6.9% | 0% |
| McFarland | 7,005 | 9,618 | 2,613 | 37.3% | 2% |
| Ridgecrest | 27,725 | 24,927 | -2,798 | -10.1% | -2% |
| Shafter | 8,409 | 12,736 | 4,327 | 51.5% | 4% |
| Taft | 5,902 | 6,400 | 498 | 8.4% | 0% |
| Tehachapi | 5,791 | 10,957 | 5,166 | 89.2% | 4% |
| Wasco | 12,412 | 21,263 | 8,851 | 71.3% | 7% |
| Unincorporated* | 104,465 | 114,057 | 9,592 | 9.2% | 8% |
| Other | 157,752 | 153,354 | -4,398 | -2.8% | -4% |

Kern County California and City Population Growth 1990-2000

*Unincorporated areas include: Bear Valley Springs, Bodfish, Boron, Buttonwillow, Edwards AFB, Ford City, Frazier Park, Golden Hills, Greenacres, Kernville, Lake Isabella, Lamont, Lost Hills, Mojave, Mountain Mesa, North Edwards, Oildale, Rosamond, Rosedale, South Lake, South Taft, Taft Heights, Weedpatch, and Wofford Heights.

Source: U.S. Bureau of the Census

- The Kern County Council of Governments divides the County into a number of planning areas. Growth in the Northern San Joaquin Planning Area (Planning Area 3) grew nearly twice as fast as Kern County. This area includes the incorporated cities of Wasco, Shafter, McFarland, and Delano. Population totaled 91,000 persons in 2000 with approximately 16,500 occupied housing units.

- The majority of population and housing growth occurred in the Southern San Joaquin Planning Area to the south of subject area (Planning Area 4). This area, which contains the Cities of Bakersfield and Arvin and unincorporated areas such as Rosedale and Buttonwillow, accommodated 60 percent of the county's housing growth between 1990 and 2000 and is projected to maintain that share between 2000 and 2007. The majority of growth in the planning area occurred to the west of the developed area of Bakersfield and it is expected that this development pattern will continue with some movement to the north in the direction of Planning Area 3 and Wasco. Lower residential land costs in the Wasco area could accelerate growth in Planning Area 3.

## RESIDENTIAL MARKET SUPPLY *

The City of Wasco is located in Planning Area 3, which also contains the incorporated cities of Shafter, McFarland, and Delano. In 2000, the area contained about 20,100 occupied housing units, a 22 percent increase over 1990. Wasco contained about 4,100 occupied units or 20 percent of the planning area. Housing in Wasco grew at a rate of 18 percent between 1900 and 2000, below the rates of the Shafter and Delano and the planning area as a whole.

### Population and Housing Trends
### Kern County, Planning Area 3 and Incorporated Areas

|  | Kern County | Area 3 Total | Area 3 - Components ||||| Area 4 Total |
|---|---|---|---|---|---|---|---|---|
|  |  |  | Wasco | Shafter | McFarland | Delano | Unicorp |  |
| **Population** |  |  |  |  |  |  |  |  |
| 1990 | 543,477 | 61,568 | 12,412 | 4,809 | 7,005 | 22,762 | 10,980 | 343,703 |
| 2000 | 661,645 | 91,074 | 20,092 | 11,895 | 7,438 | 35,545 | 14,104 | 412,446 |
| Change 1990-2000 | 118,168 | 29,506 | 7,680 | 7,086 | 433 | 12,783 | 3,124 | 68,743 |
| %Change 1990-2000 | 21.7% | 47.9% | 61.9% | 147.3% | 6.2% | 56.2% | 28.5% | 20.0% |
| **Household Population** |  |  |  |  |  |  |  |  |
| 1990 | 529,833 | 59,513 | 12,394 | 8,381 | 6,939 | 22,685 | 9,114 | 339,652 |
| 2000 | 631,675 | 74,011 | 14,745 | 11,391 | 8,097 | 30,256 | 9,522 | 407,548 |
| Change 1990-2000 | 101,842 | 14,498 | 2,351 | 3,010 | 1,158 | 7,571 | 408 | 67,896 |
| %Change 1990-2000 | 19.2% | 24.4% | 19.0% | 35.9% | 16.7% | 33.4% | 4.5% | 20.0% |
| **Persons Per Household** |  |  |  |  |  |  |  |  |
| 1990 | 2.92 | 3.60 | 3.57 | 3.28 | 4.12 | 3.64 | 3.55 | 2.95 |
| 2000 | 3.03 | 3.67 | 3.60 | 3.29 | 3.94 | 3.63 | 4.29 | 2.95 |
| Change 1990-2000 | 0.11 | 0.07 | 0.03 | 0.01 | (0.18) | (0.01) | 0.74 | - |
| %Change 1990-2000 | 3.8% | 1.9% | 0.8% | 0.3% | -4.4% | -0.3% | 20.8% |  |
| **Occupied Housing Units** |  |  |  |  |  |  |  |  |
| 1990 | 181,480 | 16,517 | 3,471 | 2,558 | 1,685 | 6,236 | 2,567 | 115,015 |
| 2000 | 208,652 | 20,171 | 4,093 | 3,462 | 2,056 | 8,338 | 2,222 | 138,338 |
| Change 1990-2000 | 27,172 | 3,654 | 622 | 904 | 371 | 2,102 | (345) | 23,323 |
| %Change 1990-2000 | 15.0% | 22.1% | 17.9% | 35.3% | 22.0% | 33.7% | -13.4% | 20.3% |
| **Housing Units by Tenure - 2000** |  |  |  |  |  |  |  |  |
| Owner Occupied | 129,609 |  | 2,297 | 2,001 | 1,158 | 4,993 |  |  |
| Renter Occupied | 79,043 |  | 1,674 | 1,292 | 832 | 3,416 |  |  |
| Percent Owner | 62.1% |  | 56.1% | 57.8% | 56.3% | 59.9% |  |  |
| Percent Renter | 37.9% |  | 40.9% | 37.3% | 40.5% | 41.0% |  |  |

Source: U.S. Census Bureau; Kern Council of Governments