## New Construction Activity

❑ From a housing perspective, building permit activity for single-family construction continues to be exceptionally strong in Kern County. New single-family construction averaged about 2,900 units in both 1999 and 2000. Single-family production reached over 3,400 units in 2001, a 19 percent increase over 2000. Year-to-date data through September of 2002 shows a total of over 2,400 units in production.

❑ Kern County outstripped the State of California rate of 2.2 percent growth in single-family construction between 2000 and 2001. Of the state's metropolitan areas, only Fresno and Riverside-San Bernardino registered rates higher than Kern County.

| Annual Building Permit Activity - Single Family Construction (000) United States, California, and Kern County 1999- 2002 | | | | | |
|---|---|---|---|---|---|
| United States | 1999 | 2000 | 2001 | YTD Sept 2001 | YTD Sept 2002 |
| Total | 1,246.67 | 1,198.07 | 1,235.55 | 950.23 | 1,008.44 |
| Change | | -48.60 | 37.48 | | 58.21 |
| Percent Change | | -3.90% | 3.13% | | 6.13% |
| State of California | 1999 | 2000 | 2001 | YTD Sept 2001 | YTD Sept 2002 |
| Total | 102.75 | 105.02 | 107.36 | 82.69 | 90.32 |
| Change | | 2.27 | 2.34 | | 7.63 |
| Percent Change | | 2.21% | 2.23% | | 9.23% |
| Kern County | 1999 | 2000 | 2001 | YTD Sept 2001 | YTD Sept 2002 |
| Total | 2.89 | 2.86 | 3.41 | 2.76 | 2.42 |
| Change | | -0.03 | 0.55 | | -0.34 |
| Percent Change | | -1.04% | 19.23% | | -12.32% |
| Source: U.S. Bureau of the Census | | | | | |

❑ Wasco residential construction activity grew consistently during the 1990 to 2002 period. Between 1997 and 2000, an average of 65 single-family units were permitted. This increase to 100 units in 2001 and 100 units through October of 2002. The average valuation of single-family units increase to 14 percent from $66,200 to $75,200 for the five-year periods of 1993-1997 and 1998-2002.

| Housing Building Permits and Valuations - 1990-Oct. 2002<br>City of Wasco, California | | | | | | |
|---|---|---|---|---|---|---|
| Year | Single Family No. | Multi-family No. | Single Family Valuation | Multi-Family Valuation | Single Family Average | Multi-Family Average |
| 1990 | 39 | 1 | $ 2,983,352 | $ 122,506 | $ 76,496 | $122,506 |
| 1991 | 53 | 1 | 4,482,082 | 21,518 | 84,568 | 21,518 |
| 1992 | 41 | 1 | 3,175,912 | 21,996 | 77,461 | 21,996 |
| 1993 | 78 | 4 | 5,244,306 | 59,523 | 67,235 | 14,881 |
| 1994 | 45 | 37 | 2,771,098 | 1,405,641 | 61,580 | 37,990 |
| 1995 | 53 | | 3,432,469 | - | 64,764 | |
| 1996 | 41 | 38 | 2,786,499 | 2,282,382 | 67,963 | 60,063 |
| 1997 | 69 | 3 | 4,706,957 | 153,767 | 68,217 | 51,256 |
| 1998 | 65 | 18 | 3,118,670 | 893,258 | 47,980 | 49,625 |
| 1999 | 63 | 40 | 4,501,940 | 2,659,698 | 71,459 | 66,492 |
| 2000 | 67 | | 4,901,595 | - | 73,158 | |
| 2001 | 100 | 44 | 8,380,944 | 2,900,442 | 83,809 | 65,919 |
| 2002(Oct) | 100 | 1 | 8,838,829 | 112,389 | 88,388 | 112,389 |

Source: City of Wasco

## RESIDENTIAL HOUSING DEMAND

❑ County population is projected to grow to 763,000 persons by 2007, a 21.5 percent increase. Projected additional housing construction requirements for the 2000-2007 period are estimated at 30,000 units [1].

❑ Projected housing construction needs for the entire area are 3,200 units between 2000 and 2007 [1]. Allocated housing projections for Wasco are 482 units, or an average of about 70 units annually. Of the total, an estimated 60 percent are projected at the moderate income and above level ($25,300+), 17 percent low income ($15,800-$25,300), and 23 percent very low income (<$15,800).

### Housing Demand 2000-2007
### Kern County, Planning Area 3 and Incorporated Areas, Planning Area 4

| | Kern County | Area 3 Total | Area 3 - Components | | | | | Area 4 Total |
|---|---|---|---|---|---|---|---|---|
| | | | Wasco | Shafter | McFarland | Delano | Unicorn | |
| **Occupied Housing Units** | | | | | | | | |
| 1990 | 181,480 | 16,517 | 3,471 | 2,558 | 1,685 | 6,236 | 2,567 | 115,015 |
| 2000 | 208,652 | 20,171 | 4,093 | 3,462 | 2,056 | 8,338 | 2,222 | 138,338 |
| %Change 1990-2000 | 15.0% | 22.1% | 17.9% | 35.3% | 22.0% | 33.7% | -13.4% | 20.3% |
| **Housing Demand Needs 2000-2007** | | | | | | | | |
| Additional Household Demand | 39,703 | | | | | | | |
| Vacancy and Housing Stock Adjustment | (9,692) | | | | | | | |
| Additional Housing Construction Needed | 30,011 | 3,238 | 482 | 700 | 287 | 1,628 | 141 | 18,060 |
| **Percent Increase 2000- 2007** | 14.4% | 16.1% | 11.8% | 20.2% | 14.0% | 19.5% | 6.3% | 13.1% |
| **Housing Allocation 2000-2007** Number New Units Needed by 2007 | 30,012 | 3,238 | 482 | 700 | 287 | 1,628 | 141 | 18,060 |
| Very Low Income | 6,903 | 411 | 111 | 161 | 66 | 374 | 32 | 4,154 |
| Low Income | 5,102 | 551 | 82 | 119 | 49 | 277 | 24 | 3,070 |
| Moderate and Above | 18,007 | 1,943 | 289 | 420 | 172 | 977 | 85 | 10,836 |
| **Percent Distribution by Income** | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Very Low Income | 23.0% | 12.7% | 23.0% | 23.0% | 23.0% | 23.0% | 22.7% | 23.0% |
| Low Income | 17.0% | 17.0% | 17.0% | 17.0% | 17.1% | 17.0% | 17.0% | 17.0% |
| Moderate and Above | 60.0% | 60.0% | 60.0% | 60.0% | 59.9% | 60.0% | 60.3% | 60.0% |
| **Annual Housing Demand 2000-2007** | 4,287 | 463 | 69 | 100 | 41 | 233 | 20 | 2,580 |

Source: 2000 Regional Housing Allocation Plan; Kern Council of Governments; U.S. Census Bureau

❑ In discussion with area developers and realtors, housing development is expected to remain strong in the near-term in the areas to the west of Bakersfield area based on current housing demand and development opportunities. Local interviewees indicated that a number of families left Wasco due to lack of move-up housing.

❑ Long-term growth in housing demand is positive for the Wasco Area. The Bakersfield area enjoys among the lowest cost of living, including housing, for major cities in the state. In Wasco, residential building permits continue to increase with single-family permits in excess of 60 units annually for the 1997-2000 period and 100 permits in both 2001 and 2002 (as of October). Single-family valuations averaged $83,800 in 2001 and $88,300 in l2002. Thus, the city will continue to participate in the overall metropolitan growth trends.

## PROSPECTIVE TIMING OF RESIDENTIAL DEMAND

1.  Demand for residential development is strong in Kern County. Growth in housing is demand is positive for the Wasco area. During the next five years, it is reasonable to expect the current rate of residential development to accelerate. This is based on the expected pace of growth in housing demand and the current locational focus of new development. Wasco can effectively compete for this development due to its lower land costs.

2.  Development on the land adjacent to the golf course will require the commitment of an investor/developer to the preparation of a preliminary concept plan for the residential land to set the framework for development of the parcels.

# IV. Golf Market Analysis

## OVERALL GOLF SUPPLY

❑ There are 14 public-access golf facilities in Kern County. This includes five municipal courses, one semi-private (Horse Thief), one resort course (also Horse Thief), and 3 nine-hole courses, and two military courses that are open to public play – Muroc and China Lake. There are also seven private facilities in the County. These include two nine-hole courses, six eighteen-hole facilities and one 36-hole club (Seven Oaks).

❑ The daily fee courses are mostly older facilities, with an average age of 35.9 years. Only one facility (The Links at Riverlakes) has opened within the past ten years (1999). The next newest is the subject Valley Rose Course which opened 11 years ago. This is an important consideration since, on the whole, golfers tend to prefer the newer designs rather than older courses. This fact may explain while Links at Riverlakes is one of the strongest performers, in terms of rounds, in spite of receiving relatively poor ratings and in being the most expensive course in the area.

| Golf Course Inventory and Golf Rounds by Facility Type-2002 Kern County, California | | | | |
|---|---|---|---|---|
| | Number | Holes | Estimated Rounds | Average |
| All Golf Facilities | 22 | 360 | 904,000 | 41,091 |
| 27 hole | 1 | 27 | 40,000 | 40,000 |
| 18 hole | 16 | 288 | 709,000 | 44,313 |
| 9 hole | 5 | 45 | 155,000 | 31,000 |
| Municipal | 7 | 117 | 331,000 | 47,286 |
| 18 hole | 6 | 108 | 301,000 | 50,167 |
| 9 hole | 1 | 9 | 30,000 | 30,000 |
| Daily Fee | 7 | 108 | 300,000 | 42,857 |
| 18 hole | 5 | 90 | 230,000 | 46,000 |
| 9 hole | 2 | 18 | 70,000 | 35,000 |
| Private Equity | 5 | 90 | 172,000 | 34,400 |
| 27 hole | 1 | 27 | 40,000 | 40,000 |
| 18 hole | 3 | 54 | 102,000 | 34,000 |
| 9 hole | 1 | 9 | 30,000 | 30,000 |
| Private Non-Equity | 3 | 45 | 101,000 | 33,667 |
| 18 hole | 2 | 36 | 76,000 | 38,000 |
| 9 hole | 1 | 9 | 25,000 | 25,000 |
| Source: NGF; Field Survey | | | | |

## CURRENT DEMAND PATTERNS

### Rounds Performance

❏ Average rounds of golf play, on a per course basis, is down significantly from previous years. A current survey reports an average of 41,300 rounds per course; averages from previous reports were 52,500 in 2000 and 49,700 in 2001. However, the current survey includes several lower performing 9-hole courses not reported in previous surveys.

❏ Only one facility of nine reporting indicated that its performance was improving (Links at Riverlakes), two others indicated stable rounds performance, and while the other six reported decreasing rounds, some significantly.

❏ For the 18-hole courses, the lowest performers were Muroc (military course – 20,000 rounds), Horse Thief (resort – 32,500), China Lake (35,000 – military) and Tierra Del Sol (municipal – 36,000). The highest performing courses were Kern River (municipal – 65,000), North Kern (municipal, 58,000), and The Links at Riverlakes (mid-fee daily fee, 50,000). Valley Rose accommodated 39,500 rounds for the 2001 calendar year

### Fees

❏ Golf is affordable in Kern County. Weekday playing fees (green fee plus golf car) average $28.25 and weekend green fees average $33.36. Golf car fees, alone, are inexpensive, averaging $10.21.

❏ About half of the courses charge golf car fees by the golf car and not by the rider.

❏ Almost all of the facilities offer senior discounts. Unlike other areas of the country, many provide senior discounts on the weekend as well. Most courses offer afternoon discounts, which start as early as noon.

❏ There is very little variation in fees, particularly during the week. For the eighteen-hole course, the weekday green fees range from $15 to $23.50. On weekends, the range is a wider, from $18 to $43.

❏ Only two courses charge $50 or more to play (including golf car fee) on weekends. All other facilities charge less than $40.

❏ Valley Rose green fees are $16 on weekdays, and $18 on weekends with golf car fees of $10. A senior weekday green fee of $9.00 is offered with an $8.00 golf car fee.

❏ Fees have increased at many of the municipal facilities, but have decreased at the two higher fee facilities. The three county-owned courses had sharp increases in fees, particularly for non-residents. This increase has been blamed for the decrease in rounds at these courses

## Golf Course Inventory - 2002
## Kern County, California

| Facility Name | City | Holes | Type | Cat | Opened | Green Fee Weekday | Green Fee Weekend | Golf Car Fee | Rounds |
|---|---|---|---|---|---|---|---|---|---|
| Totals | | 360 | | | | | | | 904,000 |
| **Municipal** | | **117** | | | | | | | **331,000** |
| Valley Rose Golf Course | Wasco | 18R | MU | JG | 1991 | $ 12.00 | $ 14.00 | $ 9.00 | 39,000 |
| Buena Vista Golf Course | Taft | 18R | MU | JG | 1951 | 11.75 | 15.00 | 10.00 | 60,000 |
| California City Municipal Golf Course | California City | 18P | MU | JG | 1960 | 5.00 | 5.00 | 7.00 | 30,000 |
| Delano Public Golf Course | Delano | 9R | MU | JG | 1962 | 8.00 | 10.00 | 7.00 | 30,000 |
| Kern River Golf Course | Bakersfield | 18R | MU | JG | 1953 | 11.75 | 15.00 | 10.00 | 72,000 |
| North Kern Golf Course, Inc. | Bakersfield | 18R | MU | JG | 1953 | 11.75 | 15.00 | 10.00 | 60,000 |
| Tierra Del Sol Golf Course | California City | 18R | MU | JG | 1978 | 15.00 | 20.00 | 11.00 | 40,000 |
| **Daily Fee** | | **108** | | | | | | | **300,000** |
| Camelot Golf Course | Mojave | 9R | DF | JG | 1969 | 12.00 | 15.00 | 7.50 | 30,000 |
| China Lake Golf Course | China Lake | 18R | DF | MI | 1957 | 16.00 | 16.00 | 9.00 | 40,000 |
| Horse Thief Golf & Country Club | Tehachapi | 18R | DF | RS | 1974 | 18.00 | 38.00 | 12.00 | 35,000 |
| Kern Valley Golf & Country Club | Kernville | 9R | DF | RS | 1960 | 16.00 | 23.00 | 11.00 | 40,000 |
| Sycamore Canyon Golf Course | Arvin | 18R | DF | JG | 1989 | 12.00 | 15.00 | 9/10 | 55,000 |
| The Links At Riverlakes Ranch | Bakersfield | 18R | DF | RD | 1999 | 23.00 | 43.00 | 12.00 | 50,000 |
| Valle Grande Golf Course | Bakersfield | 18R | DF | JG | 1952 | 13.00 | 16.00 | 11.00 | 50,000 |
| **Private - Equity** | | **90** | | | | | | | **172,000** |
| Bakersfield Country Club | Bakersfield | 18R | PE | JG | 1950 | 45.00 | 45.00 | 11.00 | 30,000 |
| Oak Tree Country Club | Tehachapi | 9R | PE | RD | 1970 | 15.00 | 20.00 | 12.00 | 30,000 |
| Rio Bravo Country Club | Bakersfield | 18R | PE | RS | 1975 | 35.00 | 40/65 | 11.00 | 42,000 |
| Seven Oaks Country Club | Bakersfield | 18R | PE | RD | 1991 | 40.00 | 40.00 | 11.00 | 40,000 |
| Seven Oaks Country Club | Bakersfield | 9R | PE | RD | 2002 | 40.00 | 40.00 | 11.00 | inc above |
| Stockdale Country Club | Bakersfield | 18R | PE | JG | 1925 | 35.00 | 35.00 | 10.00 | 30,000 |
| **Private - Non-Equity** | | **45** | | | | | | | **101,000** |
| Muroc Lake Golf Course | Edwards | 18R | PN | MI | 1967 | 20/10 | 20/10 | 9.00 | 30,000 |
| Pine Mountain Club | Frazier Park | 9E | PN | RD | 1972 | 15.00 | 15.00 | 7/13.00 | 25,000 |
| Sundale Country Club | Bakersfield | 18R | PN | RD | 1962 | 20/30 | 20/30 | 11.00 | 46,000 |

Source: NGF, Field Inventory

## Course Difficulty

❑ The courses all appear to be relatively easy to play. Only three courses have slopes of 130 or more from the tips (Tierra, Links, and Muroc). From the regular tees, the courses average 6,196 yards in length with a slope of 116.6.

❑ These courses are all apparently unfriendly to women as the shortest course from the forward tees (discounting Delano, which is an executive course) is the Links, with 5,180 yards. Combined, the courses average 5,470.8 yards from the forward tees. This jumps to 5,573 when Delano is eliminated from the average. This is the equivalent of 6,966 yards for men!

## Course Ratings

❑ In order to get a feel for the perceived overall quality of the various facilities, NGF examined ratings posted for the courses posted on two websites: Golfweb.com and Golfcourse.com. These ratings are given by golfers accessing the site, rather than by professionals. Golfweb utilizes a 1-10 scale, with 10 being highest, while Golfcourse.com has a 1-5 scale, with 5 being the highest.

❑ None of the courses were particularly highly rated by either the Golfweb or Golfcourse.com readers. Overall, the courses average 6.9 (out of 10) for Golfweb and 3.4 out of 5 for golfcourse.com. Apparently conditioning was the main complaint across the board – an indicator of either water problems or financial difficulties at the courses.

❑ For Golfweb reviewers, the highest rated courses were Tierra (8.1 – one reviewer), Valley Rose (7.9, two reviewers), and Horse Thief (7.6, three reviewers). The Links was not rated. The lowest rated courses were North Kern (5.0 – three reviewers), Sycamore Canyon (5.7 – four reviewers), and Kern Valley (6.6 – two reviewers).

❑ For Golfcourse.com reviewers, the highest rated courses were Tierra (4.3, six reviewers); Muroc (4.0, three reviewers); Horse Thief (3.9, eight reviewers), and Valley Rose (3.9, seven reviewers).

## New Facilities

❑ There are two new daily fee courses currently in planning: Five Fingers Golf Club, in Inyokern, which is in the extreme northwest corner of the county, and McAllister Ranch Golf Course in Bakersfield. Both are expected to start construction next year.

## Private Courses

❑ The private courses average 79% of membership capacity. The only one close to capacity was Bakersfield CC at 90%.

## Secondary Market

❑ NGF also looked at those courses to the north, just over the border in Tulare County. There were three public courses and one private course within 35 miles of the subject property.

One of the public courses was a nine-hole Par 3, another, Porterville Municipal, was a 9-hole course and one (Tulare) is an 18-hole daily fee.

❑ Both Porterville and Tulare are strong performers, with Porterville reporting 50,000 rounds and Tulare 58,000. Both maintain their rounds have been pretty steady over the past few years. Both courses are inexpensive, with Porterville charging $24 to play, weekday or weekend, and Tulare charging $28 during the week and $33 on weekends. Neither offered a senior discount, but both sold a monthly discount ticket. Porterville is rated very low by Golfcourse.com, while Tulare received fairly good ratings from both Golfweb and Golfcourse.com.

❑ Based on these two courses, it would seem Valley Rose could expect play from Tulare County, should they market themselves in that direction.

## WASCO VALLEY ROSE MARKET PERFORMANCE

❑ Golf play at Valley Rose totaled 39,000 rounds in fiscal 2002, down 7.6 percent from the 42,200 rounds recorded in 2001. This mirrors the general decline in golf play in the Kern County area. It is likely that Valley Rose lost some play to the Links at Riverlakes.

| Annual Golf Rounds* Wasco Valley Rose Course | | |
|---|---|---|
| Fiscal Year* | Total Rounds | Annual % Change |
| 2002 | 39,026 | -7.6% |
| 2001 | 42,238 | -4.0% |
| 2000 | 43,992 | -4.0% |
| 1999 | 45,806 | ---- |

*July 1- June 30 fiscal year
Source: Facility Activity Records

❑ The golf club depends heavily on daily fee players from outside the Wasco area. While specific information on player origin is not available, a review of management records indicates that an estimated 70 to 80 percent of golf play comes from outside the immediate Wasco area. This support is primarily from the Bakersfield and north county areas. This pattern is an anomaly, since, in most instances for municipal and daily fee courses, the majority of play can be expected to be drawn from within a 20 to 30 minute driving time distance of the course. While access to the course is relatively direct via State Highway 46 and State Highway 99, the course's demand base is located outside the traditionally defined "primary market area".

❑ The ability to capture this golf play reflects the ongoing successful marketing efforts of management to attract players to Wasco. Service levels appear to be good at the course. The golf shop is managed in a professional and friendly manner, which was apparent based on observations during our field visit.

❑ Continuing penetration of the market will depend on a sustained marketing effort by management and the continuance of the quality of service provided at Valley Rose.

## PREDICTED GOLF DEMAND

### Demand Model Methodology

❑ In order to accurately assess the growth of demand for the game, the NGF began, in 2002, a new method of predicting golf demand. In general, the propensity to play golf increases among Americans with their level of income. Golf participation in the United States is typically less than eight percent among those households with incomes under $30,000 annually and ranges up to 20 percent for those with annual household incomes of $75,000 and higher. Therefore, NGF Consulting, in association with DataCo Solutions, has developed an accurate income-based predictive golf demand model that can be used as a benchmark for estimating potential market strength in a particular area.

❑ The NGF has commissioned Market Facts, Inc., a market research company based in Chicago, to conduct a survey of American golf participation habits. Market Facts, Inc. surveyed 95,513 of their panel members in April and July of 2000. From these responses, 16,125 households (17.2%) responded that their household contained at least one golfer. In addition, these respondents provided the annual number of golf rounds they played and a variety of other key variables used to predict golf demand in a particular area. This multivariate statistical modeling approach, built on the data from the 93,000 households, was then validated using an independent sample of an additional 78,000 households. The NGF Golf Demand Model includes the critical combination of age and income, regional seasonality, available golf course supply, as well as existing and emerging demographic trends in a particular market area.

### Market Area Demand Results

❑ Kern County is currently predicted to contain approximately 35,200 golfing households, as shown on the following table illustrating NGF Demand Model results, These golfing households are currently predicted to be demanding approximately 942,700 rounds of golf (both public and private.)

❑ Golfing household participation rates in Kern County are 16.5 percent for 2002, projected to grow to 18.1 percent by 2007. Although these estimates are slightly lower than state and national figures, Kern County's participation rates are still high enough to be considered a reasonably active golf market.

❑ By 2007, Kern County is projected to contain just over 41,000 golfing households, an increase of about 16 percent from the 2002 prediction. These 41,000 golfing households in

2007 are projected to demand approximately 1,127,500 total rounds of golf, a 19.5 percent increase from current predictions.

❑ Both golfing households and rounds for Kern County demanded are expected to increase at a faster rate than both state and national estimates over the next five years, a positive implication for golf activity in the area. However, NGF demand figures are only predictions of golf activity in an area and must be analyzed in conjunction with existing golf course activity levels as well as demographic and economic factors affecting the market.

| | Kern County | State of California | United States |
|---|---|---|---|
| **Predicted Participation Rate** | | | |
| 2002 | 16.5% | 18.2% | 19.2% |
| 2007 | 18.1% | 19.5% | 20.4% |
| CAGR 2002-2007 | 1.9% | 1.5% | 1.2% |
| **Predicted Number of Golfing Households** | | | |
| 2002 | 35,279 | 2,124,525 | 20,688,976 |
| 2007 | 41,047 | 2,388,047 | 23,330,351 |
| CAGR 2002-2007 | 3.1% | 2.4% | 2.4% |
| **Predicted Number of Rounds Demanded** | | | |
| 2002 | 942,778 | 41,071,401 | 522,986,533 |
| 2007 | 1,127,522 | 47,844,503 | 607,219,324 |
| CAGR 2002-2007 | 3.6% | 3.1% | 3.0% |
| **Golfing Household Index** | | | |
| 2002 | 82 | 93 | 100 |
| 2007 | 90 | 100 | 100 |
| CAGR 2002-2007 | 1.9% | 1.5% | N/a |
| **Rounds Played Index** | | | |
| 2002 | 88 | 72 | 100 |
| 2007 | 100 | 81 | 100 |
| CAGR 2002-2007 | 2.5% | 2.3% | N/a |

Source: NGF Demand Model

## Understanding the NGF Demand Model Indices

❑ The above predictive indices for golfing households and rounds demanded were developed in order to determine the relative strength of a particular golf market in comparison to other metropolitan areas and the nation as a whole. These predictive demand indices help identify

where golfing households and rounds activity are concentrated by comparing various geographies with one another and the national average, which is 100. For example, Kern County's Golfing Household Index of 82 means that, overall, the area is considered 18 percent less likely to contain a golfing household as compared to the U.S. average. The real power of these indices is the ability to compare various markets of similar size and populations with one another to compare the strength of each area's golf market in terms of the concentration of golfing households and golf rounds demanded.

## CONCLUSIONS

❑ Golf play is apparently down in Kern County, based on rounds/facility. Only one facility, The Links at Riverlakes, is reporting an increase in rounds. The Links is also the area's newest facility.

❑ In spite of declining performance, the overall market remains fairly strong, with an average of over 45,000 rounds on the 18-hole facilities.

❑ From this cursory survey, there is ample low-priced golf in the area, but that there is an opportunity for a new mid-fee priced facility that is well maintained and friendly to a broad market including seniors and women golfers. It is important to note that the Links at Riverlakes is the highest daily fee course in the area, and while it did not get favorable reviews, it accommodated 50,000 golf rounds. This may well be due to the fact that it is the newest public access course in the area and golfers tend to prefer newer courses. It is also located proximate too the new housing development in the area to the west of Bakersfield.

❑ With continued population and housing growth, demand for golf will continue to grow in Kern County. Given the demographics of anticipated housing growth, the demand mix will likely remain similar to the current mix of younger and senior players. It is likely that newer courses with better playing conditions will be favored and that moderate increase in rates can be supported at these venues. There would likely be increased pressure for weekend golf based on the demographics on anticipated growth in the county.