# V. Golf Facility Analysis

## GOLF FACILITY ANALYSIS

❑  The Valley Rose Golf Course, built in 1992, is an 18-hole regulation core type golf course on a square shaped parcel of about 151 acres. The course, at par 72, is rated 73.1 (back tees) with a slope of 117. In addition to the course, the facility offers an ample driving range with approximately 35 tee stations, and a practice putting green. The course is basically flat with over seven acres of water located in lakes throughout the course.

❑  The clubhouse of approximately 17,000 square feet (excluding golf car storage building), fronts on Leonard Avenue and contains a golf pro-shop, restaurant and bar, a function room with capacity of approximately 160 persons, and several offices and a meeting room on the second level. The club does not offer locker rooms.

❑  While the clubhouse is generally attractive in appearance, there is need for roof improvements, general painting, and correction of ongoing problems with the parts of the air conditioning system, as well as the septic system serving the facility. There are number of visual improvements that should be made to screen exposed roof air-conditioning units and other equipment. The configuration of interior spaces in the clubhouse is awkward due to the original design, particularly the high ceilings in the restaurant and golf shop, and unused space in the second floor meeting rooms. In general, the clubhouse building has been well maintained.

## OPERATIONS REVIEW

### Golf Operations

❑  Golf play totaled 39,000 rounds in fiscal 2002, down seven percent from the 42,200 rounds recorded in 2001. This mirrors the general decline in golf play in the Kern County area. It was felt by management that the decline over the last several years was also due, in part, to the presence of the Links at Riverlakes Ranch, which opened in 1999.

o  The golf club depends heavily on daily fee players from outside the Wasco area. While specific information on player origin is not available, a review of management records indicates that an estimated 70 to 80 percent of golf play comes from outside the immediate Wasco area. This support is primarily from the Bakersfield and north county areas. This pattern is an anomaly, since, in most cases, the majority of play can be expected from within a 20 to 30 minute driving time distance of the course. While access to the course is relatively direct via State Highway 46 and State Highway 99, the course's demand base is located outside the traditionally defined "primary market area".

- o The ability to capture this golf play is dependent on the continued marketing efforts of management and the quality of service' provided at Valley Rose. Service levels appear to be good at the course. The golf shop is managed in a professional and friendly manner, which was apparent based on observations during our field visit.

❑ Staffing for the golf operations consist of the general manager (golf professional), assistant professional, golf car attendants, golf car maintenance personnel, and golf shop support staff. The total staffing budget was about $97,000 for 2002, excluding the general manager compensation, which is included in administrative expense. The staff levels are very reasonable and have been consistent over the last three years. Sharing of responsibilities was evident during the course of the field visit.

## Golf Course Maintenance

❑ The course can be considered a low maintenance course based on its configuration and design features. The water sources are wells and irrigation water. The course has a single row irrigation system.

❑ Trees planted on the course over the last nine years are beginning to mature

❑ Total course maintenance expenditure was $341,000 in fiscal year 2002 or $18,900 per hole, excluding capital expenditures of $32,000. Staff expense level is $234,000. Overall, maintenance expense is well below norms for courses of this type and climate region.

❑ The greens are bent grass and appeared in good condition at the time of the site visit in September 2002. The fairways and tees are Bermuda. Some of the fairways had circular areas proximate to sprinkler heads that appeared burnt. We were told that this was likely due to problems with the quality of the irrigation water used at times to water the course. At certain times of the year, the water has a high sulfur content which burns the turf. Management has utilized sulfur burners to alleviate this situation.

❑ There is no long-range maintenance plan for the golf course.

❑ Golf course maintenance area is small and is not screened well from the golf course.

❑ There is need for improvements of conditions at the course due to problems with the existing irrigation control system, occasional problems with irrigation water quality, and suspected problems with the quality of the underlying soils at the course. In general, the greens are in good to excellent condition.

❑ Despite the conditions mentioned, the course competes well with conditions observed at other municipal courses in Kern County during the time of the site visit.

Financial Operating Statements Summary 1999-2002
Wasco Valley Rose Golf Course

| | FY 1999A | % of Rev. | FY 2000A | % of Rev. | 2001A | % of Rev. | 2002A | % of Rev. |
|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | |
| Membership Dues | | | | | | | | |
| Green Fees | $ 454,379 | 36.6% | $ 453,751 | 35.0% | $ 446,930 | 36.5% | $ 513,217 | 40.6% |
| Golf Car Fees | 242,303 | 19.5% | 256,822 | 19.8% | 248,396 | 20.3% | 253,065 | 20.0% |
| Tournament Fees | 4,324 | 0.3% | 10,125 | 0.8% | 1,728 | 0.1% | - | 0.0% |
| Driving Range | 27,737 | 2.2% | 32,681 | 2.5% | 27,955 | 2.3% | 25,519 | 2.0% |
| Merchandise Sales | 150,791 | 12.2% | 149,859 | 11.6% | 140,505 | 11.5% | 132,681 | 10.5% |
| Food Sales | 195,971 | 15.8% | 221,160 | 17.0% | 214,532 | 17.5% | 202,443 | 16.0% |
| Beverage Sales | 142,363 | 11.5% | 155,401 | 12.0% | 128,111 | 10.5% | 121,938 | 9.6% |
| Other Sales | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Other Income | 19,151 | 1.5% | 14,378 | 1.1% | 12,288 | 1.0% | 13,763 | 1.1% |
| Equipment Rental | 3,255 | 0.3% | 3,053 | 0.2% | 2,533 | 0.2% | 2,120 | 0.2% |
| **TOTAL REVENUES** | $ 1,240,274 | 100.0% | $ 1,297,231 | 100.0% | $ 1,222,977 | 100.0% | $ 1,264,746 | 100.0% |
| **COST OF GOODS SOLD** | | | | | | | | |
| Clothing COS | $ 148,227 | 98.3% | $ 122,266 | 81.6% | $ 102,869 | 73.2% | $ 101,393 | 76.4% |
| Food Cost of Sales | 129,256 | 66.0% | 135,589 | 61.3% | 123,841 | 57.7% | 120,024 | 59.3% |
| Beverage Cost of Sales | 42,046 | 29.5% | 47,592 | 30.6% | 40,860 | 31.9% | 38,462 | 31.5% |
| Other Cost of Sales | 612 | 18.8% | (310) | -10.1% | - | 0.0% | - | 0.0% |
| **TOTAL COST OF GOODS** | $ 320,142 | 25.7% | $ 305,138 | 23.5% | $ 267,570 | 21.8% | $ 259,879 | 20.5% |
| **GROSS PROFIT** | $ 920,132 | 74.2% | $ 992,093 | 76.5% | $ 955,407 | 78.1% | $ 963,099 | 76.1% |
| **DEPARTMENTAL EXPENSES** | | | | | | | | |
| Golf Operations | $ 173,122 | 14.0% | $ 190,347 | 14.7% | $ 182,528 | 14.9% | $ 194,582 | 15.4% |
| Golf Course Maintenance | 312,653 | 25.2% | 328,583 | 25.3% | 356,190 | 29.1% | 341,154 | 27.0% |
| Food & Beverage | 182,792 | 14.7% | 197,923 | 15.3% | 169,556 | 13.9% | 170,144 | 13.5% |
| Admin & General | 47,350 | 3.8% | 51,630 | 4.0% | 52,663 | 4.3% | 58,067 | 4.6% |
| **TOTAL DEPARTMENTAL EXPENSE** | $ 715,917 | 57.7% | $ 768,484 | 59.2% | $ 760,937 | 62.2% | $ 763,948 | 60.4% |
| **GROSS OPERATING INCOME** | $ 204,215 | 16.5% | $ 223,609 | 17.2% | $ 194,470 | 15.9% | $ 199,151 | 15.7% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FIXED EXPENSE | $ 79,086 | 6.4% | $ 66,535 | 5.1% | $ 88,642 | 7.2% | $ 136,526 | 10.8% |
| INCOME BEFORE OTHER EXPENSE | $ 125,130 | 10.1% | $ 157,075 | 12.1% | $ 105,828 | 8.7% | $ 62,625 | 5.0% |
| Other Operating Expense | $ 94,367 | 7.6% | $ 97,964 | 7.6% | $ 73,422 | 6.0% | $ 33,037 | 2.6% |
| NET OPERATING INCOME (Loss) | $ (13,705) | -1.1% | $ 11,719 | 0.9% | $ (4,339) | -0.4% | $ 103,994 | 8.2% |
| SUMMARY STATISTICS | | | | | | | | |
| Total Golf Rounds | 45,806 | | 43,992 | | 42,238 | | 39,026 | |

Source: City of Wasco, Audited Financial Statements

## Food and Beverage Operations

❑   Food and beverage operations consist of a restaurant with 64 seats and bar service for 5, a snack bar with outside seating, and an additional function room that can accommodate about 160 persons. In fiscal year 2002, food and beverage sales totaled $324,000. Banquet sales represented about 42 percent of total sales.

❑   Management indicated that outside business for lunch is limited due to the location of the facility on the fringe of the developed area. They indicated that the size of the function space limits the capture of large banquets and functions.

## FINANCIAL ASSESSMENT

### Golf Course Revenues

❑   The course has generated gross revenues of between $1.22 and 1.29 million annually for the last four years. During the same period, golf rounds declined from 45,800 rounds in fiscal year 1999 to 39,000 rounds in 2002. The facility's fiscal year is July 1 through June 30. Net income from operations (before capital expenditures and interest income) was $137,000 for 2002, or 10.8 percent of gross revenues. This compares to $80,600 in 1999 (6.5 percent of gross revenues). Net income after capital expenditures was $104,000 or 8.2 percent of gross revenues in 2002. In general, the club has been operating at a 5 to 10 percent profit margin before capital expenditures and at a "break even" before depreciation and debt service prior to the current year, when net operating income was 8 percent. This level falls within the bottom 25 percentile for municipal courses located in climate region 8, which includes the Bakersfield and southern California area.

❑   About 60 percent of all revenues are derived from green and golf car fees. Food and beverage sales constitute 25 percent and golf merchandise sales 10 percent.

❑   Average green/golf car fees increased $3.18 per round in 2002 from $16.46 to $19.62, or 19.3 percent. Thus while total rounds declined by 7.6 percent, actual green/golf car fees increased by 19 percent, which contributed to the improved bottom line performance in 2002.

❑   Golf merchandise sales totaled $132,600 in 2002 and declined by 5 percent from the prior year, reflecting the reduced levels of rounds. Average merchandise sales per round were $3.40 a 2 percent increase over the prior year.

❑   Food and beverage sales totaled $324,000 in 2002, a five percent decline from the prior year. This was due to the reductions in rounds played since regular food and beverage sales declined 9.4 percent while banquet sales remained flat increasing only 0.6 percent for the year.

### Operating Expense

❑   Overall, operating expenses (excluding capital expenditures) have been controlled, reflecting a two percent decline in both 2001 and 2002. As a result, the revenue per round

## FACILITY/COURSE IMPROVEMENT ACTIONS

### Increase Golf Play and Rate

❏ Focus on identifying specific golf market segments in terms of building play and revenues

❏ Develop marketing activities and strategies for each market sector

❏ Formalize service standards for each market sector and staff position.

❏ Actual labor and staffing levels should be reviewed to assure service level adequacy in 2003.

### Improve Golf Course/Facility Conditions

❏ Develop a course(s) and maintenance facility improvement plan and incorporate in multi-year capital expenditure plan.

❏ Develop long-term golf course maintenance program.

❏ Develop consistent budgets for actual golf course maintenance. Distinguish between routine, deferred, new improvements, and unplanned maintenance activities.

❏ Maintain annual and three-year capital improvement program.

❏ Bring course up to desired standards as soon as possible

❏ Develop standard daily and monthly activity reports for use by department and management

### Course Expansion

❏ While growth in County golf demand will continue, due to its anticipated location generally south of the Wasco area, the Valley Rose Course will continue to depend substantially on golf play from outside its immediate market area. For this reason, there is not sufficient support for expansion of the course in the next five years, based solely on anticipated growth in golf demand in the County.

❏ Consideration should be given to expand the use of the driving range and other practice facilities as part of an overall development program. The junior program is an excellent way to continue to build local participation, as is the use of the course by the various area high school teams.

### Summary

❏ Despite the need for course and facility improvements, the Valley Rose Course offers a good golf experience at a value price when compared to the majority of municipal and other daily fee courses in the County. Continued efforts should be directed to identifying and targeting markets to support the level of golf play and increased rates at the course.

increased from $29.49 in 2000 to $32.41 in 2002 due primarily to increased green and golf car fees.

❑ Total operating expense was $1.156 million in 2002. This level falls within the bottom 25 percentile for municipal courses located in climate region 8, which includes the Bakersfield and southern California area.

❑ Overall, maintenance expense is well below norms for courses of this type and climate region as discussed in the previous section.

## Payroll Expense

❑ Payroll expenses totaled $579,600 in 2002. This includes all facility salaries and wages as well as the compensation paid to the general manager. This falls well below the level for the bottom 25 percentile of municipal courses in the region, which was $703,000.

## Other Operating Expense (non-payroll)

❑ Other operating expenses reflect a similar pattern of being below the norm for courses in the lower 25 percentile.

❑ Food and beverage cost of sales were 59.3 percent (food) and 31.5 percent (beverage). Food costs are higher than would be expected but have been decreasing annually for the past several years. Management attributed this some higher costs due to limited purveyors for the Wasco area. It is also likely due to the relatively low level of sales. We were told that new inventory controls were in place and this had reduced the overall cost of sales.

❑ Golf merchandise cost of sales was 76 percent in 2002, which is higher than would be expected. This is likely due to the level of golf play and the purchasing patterns of the regular players.

## Planning, Budgeting, Accounting

❑ Planning, budgeting, and accounting procedures are appropriate; however there can be improvements in the recording, processing, and summarization of daily and monthly activity reports.

❑ Daily reports for the golf and food and beverage departments should be reviewed and changed to include (where missing) activity levels in each department (e.g. number of rounds by type, food and beverage covers, banquet covers, etc). This will allow immediate

❑ Overall, the course has been operated within tight budget parameters based the modest revenue flows with deferral of improvements to the course and maintenance of the clubhouse and maintenance facility.

❑ With course improvements and continued marketing, increased green and golf car fees can be supported. Revenues based on facility use (e.g. food and beverage, golf merchandise sales) should continue to improve with increased activity.

❑ Over time, a larger local market can be expected, and with development of the adjacent land, an additional user base will be developed to support the course.



Single and Multifamily Housing Valuation
City of Wasco, California
1990-2002

Wasco Project Metrics Book 1.xls
EX R-9

11/20/2002
2:39 PM

Exhibit G-1
Golf Course Inventory and Golf Rounds by Facilty Type-2002
Kern County, California

| | Number | Holes | Estimated Rounds | Average |
|---|---|---|---|---|
| All Golf Facilities | 22 | 360 | 904,000 | 41,091 |
| | | | | |
| 27 hole Facilities | 1 | 27 | 40,000 | 40,000 |
| 18 hole Facilities | 16 | 288 | 709,000 | 44,313 |
| 9 hole Faciltieis | 5 | 45 | 155,000 | 31,000 |
| | | | | |
| Municipal | 7 | 117 | 331,000 | 47,286 |
| 18 hole Facilities | 6 | 108 | 301,000 | 50,167 |
| 9 hole Faciltieis | 1 | 9 | 30,000 | 30,000 |
| | | | | |
| Daily Fee | 7 | 108 | 300,000 | 42,857 |
| 18 hole Facilities | 5 | 90 | 230,000 | 46,000 |
| 9 hole Faciltieis | 2 | 18 | 70,000 | 35,000 |
| | | | | |
| Private Equity | 5 | 90 | 172,000 | 34,400 |
| 27 hole Facilities | 1 | 27 | 40,000 | 40,000 |
| 18 hole Facilities | 3 | 54 | 102,000 | 34,000 |
| 9 hole Faciltieis | 1 | 9 | 30,000 | 30,000 |
| | | | | |
| Private Non-Equity | 3 | 45 | 101,000 | 33,667 |
| 18 hole Facilities | 2 | 36 | 76,000 | 38,000 |
| 9 hole Faciltieis | 1 | 9 | 25,000 | 25,000 |

Source:

Exhibit G-2
Golf Course Inventory - 2002
Kern County, California

| Facility Name | City | | | Holes | Type | Cat | Opened | Green Fee Weekday | Green Fee Weekend | Golf Car Fee | Rounds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals | | | | 360 | | | | | | | 904,000 |
| **Municipal** | | | | **117** | | | | | | | **331,000** |
| Valley Rose Golf Course | Wasco | CA | (661) 758-8301 | 18R | MU | JG | 1991 | $ 12.00 | $ 14.00 | $ 9.00 | 39,000 |
| Buena Vista Golf Course | Taft | CA | (661) 398-9720 | 18R | MU | JG | 1951 | 11.75 | 15.00 | 10.00 | 60,000 |
| California City Municipal Golf Cours | California City | CA | (760) 373-7165 | 18P | MU | JG | 1960 | 5.00 | 5.00 | 7.00 | 30,000 |
| Delano Public Golf Course | Delano | CA | (661) 725-7527 | 9R | MU | JG | 1962 | 8.00 | 10.00 | 7.00 | 30,000 |
| Kern River Golf Course | Bakersfield | CA | (661) 872-5128 | 18R | MU | JG | 1953 | 11.75 | 15.00 | 10.00 | 72,000 |
| North Kern Golf Course, Inc. | Bakersfield | CA | (661) 399-0347 | 18R | MU | JG | 1953 | 11.75 | 15.00 | 10.00 | 60,000 |
| Tierra Del Sol Golf Course | California City | CA | (760) 373-2384 | 18R | MU | JG | 1978 | 15.00 | 20.00 | 11.00 | 40,000 |
| **Daily Fee** | | | | **108** | | | | | | | **300,000** |
| Camelot Golf Course | Mojave | CA | (661) 824-4107 | 9R | DF | JG | 1969 | 12.00 | 15.00 | 7.50 | 30,000 |
| China Lake Golf Course | China Lake | CA | (760) 939-2990 | 18R | DF | MI | 1957 | 16.00 | 16.00 | 9.00 | 40,000 |
| Horse Thief Golf & Country Club | Tehachapi | CA | (805) 822-5581 | 18R | DF | RS | 1974 | 18.00 | 38.00 | 12.00 | 35,000 |
| Kern Valley Golf & Country Club | Kernville | CA | (760) 376-2828 | 9R | DF | RS | 1960 | 16.00 | 23.00 | 11.00 | 40,000 |
| Sycamore Canyon Golf Course | Arvin | CA | (661) 854-3163 | 18R | DF | JG | 1989 | 12.00 | 15.00 | 9/10 | 55,000 |
| The Links At Riverlakes Ranch | Bakersfield | CA | (661) 587-5465 | 18R | DF | RD | 1999 | 23.00 | 43.00 | 12.00 | 50,000 |
| Valle Grande Golf Course | Bakersfield | CA | (661) 832-2259 | 18R | DF | JG | 1952 | 13.00 | 16.00 | 11.00 | 50,000 |
| **Private Equity** | | | | **90+** | | | | | | | **172,000** |
| Bakersfield Country Club | Bakersfield | CA | (661) 871-4121 | 18R | PE | JG | 1950 | 45.00 | 45.00 | 11.00 | 30,000 |
| Oak Tree Country Club | Tehachapi | CA | (661) 821-0185 | 9R | PE | RD | 1970 | 15.00 | 20.00 | 12.00 | 30,000 |
| Rio Bravo Country Club | Bakersfield | CA | (661) 871-4772 | 18R | PE | JG | 1975 | 35.00 | 40/65 | 11.00 | 42,000 |
| Seven Oaks Country Club | Bakersfield | CA | (661) 664-6474 | 18R | PE | RD | 1991 | 40.00 | 40.00 | 11.00 | 40,000 |
| Seven Oaks Country Club | Bakersfield | CA | (661) 664-6474 | 9R | PE | RD | 2002 | 40.00 | 40.00 | 11.00 | inc above |
| Stockdale Country Club | Bakersfield | CA | (661) 832-0587 | 18R | PE | JG | 1925 | 35.00 | 35.00 | 10.00 | 30,000 |
| **Private - Non-Equity** | | | | **45** | | | | | | | **101,000** |
| Muroc Lake Golf Course | Edwards | CA | (661) 277-3467 | 18R | PN | MI | 1967 | 20/10 | 20/10 | 9.00 | 30,000 |
| Pine Mountain Club | Frazier Park | CA | (661) 242-3734 | 9E | PN | RD | 1972 | 15.00 | 15.00 | 7/13.00 | 25,000 |
| Sundale Country Club | Bakersfield | CA | (661) 831-5224 | 18R | PN | RD | 1962 | 20/30 | 20/30 | 11.00 | 46,000 |

Exhibit G-3
Golf Demand Analysis 2002-2007
United State, California, and Kern County

| | Kern County | State of California | United States |
|---|---|---|---|
| **Predicted Participation Rate** | | | |
| 2002 | 16.50% | 18.20% | 19.20% |
| 2007 | 18.10% | 19.50% | 20.40% |
| CAGR 2002-2007 | 1.90% | 1.50% | 1.20% |
| **Predicted Number of Golfing Households** | | | |
| 2002 | 35,279 | 2,124,525 | 20,688,976 |
| 2007 | 41,047 | 2,388,047 | 23,330,351 |
| CAGR 2002-2007 | 3.10% | 2.40% | 2.40% |
| **Predicted Number of Rounds Demanded** | | | |
| 2002 | 942,778 | 41,071,401 | 522,986,533 |
| 2007 | 1,127,522 | 47,844,503 | 607,219,324 |
| CAGR 2002-2007 | 3.60% | 3.10% | 3.00% |
| **Golfing Household Index** | | | |
| 2002 | 82 | 93 | 100 |
| 2007 | 90 | 100 | 100 |
| CAGR 2002-2007 | 1.90% | 1.50% | N/a |
| **Rounds Played Index** | | | |
| 2002 | 88 | 72 | 100 |
| 2007 | 100 | 81 | 100 |
| CAGR 2002-2007 | 2.50% | 2.30% | N/a |

Source: NGF Demand Model

Exhibit F-1
Financial Operating Statements Summary 1999-2002
Wasco Valley Rose Golf Course

| | | FY 1999A | 1999A % of Rev. | FY 2000A | 2000A % of Rev. | 2001A | 2001A % of Rev. | 2002A | 2002A % of Rev. |
|---|---|---|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | | | | |
| Membership Dues | | | | | | | | | |
| Green Fees | $ | 454,379 | 36.6% $ | 453,751 | 35.0% $ | 446,930 | 36.5% $ | 513,217 | 40.6% |
| Golf Car Fees | | 242,303 | 19.5% | 256,822 | 19.8% | 248,396 | 20.3% | 253,065 | 20.0% |
| Tournament Fees | | 4,324 | 0.3% | 10,125 | 0.8% | 1,728 | 0.1% | - | 0.0% |
| Driving Range | | 27,737 | 2.2% | 32,681 | 2.5% | 27,955 | 2.3% | 25,519 | 2.0% |
| Merchandise Sales | | 150,791 | 12.2% | 149,859 | 11.6% | 140,505 | 11.5% | 132,681 | 10.5% |
| Food Sales | | 195,971 | 15.8% | 221,160 | 17.0% | 214,532 | 17.5% | 202,443 | 16.0% |
| Beverage Sales | | 142,363 | 11.5% | 155,401 | 12.0% | 128,111 | 10.5% | 121,938 | 9.6% |
| Other Sales | | - | 0.0% | - | 0.0% | - | 0.0% | - | 0.0% |
| Other Income | | 19,151 | 1.5% | 14,378 | 1.1% | 12,288 | 1.0% | 13,763 | 1.1% |
| Equipment Rental | | 3,255 | 0.3% | 3,053 | 0.2% | 2,533 | 0.2% | 2,120 | 0.2% |
| **TOTAL REVENUES** | $ | 1,240,274 | 100.0% $ | 1,297,231 | 100.0% $ | 1,222,977 | 100.0% $ | 1,264,746 | 100.0% |
| **COST OF GOODS SOLD** | | | | | | | | | |
| Clothing COS | $ | 148,227 | 98.3% $ | 122,266 | 81.6% $ | 102,869 | 73.2% $ | 101,393 | 76.4% |
| Food Cost of Sales | | 129,256 | 66.0% | 135,589 | 61.3% | 123,841 | 57.7% | 120,024 | 59.3% |
| Beverage Cost of Sales | | 42,046 | 29.5% | 47,592 | 30.6% | 40,860 | 31.9% | 38,462 | 31.5% |
| Other Cost of Sales | | 612 | 18.8% | (310) | -10.1% | - | 0.0% | - | 0.0% |
| **TOTAL COST OF GOODS** | $ | 320,142 | 25.7% $ | 305,138 | 23.5% $ | 267,570 | 21.8% $ | 259,879 | 20.5% |
| **GROSS PROFIT** | $ | 920,132 | 74.2% $ | 992,093 | 76.5% $ | 955,407 | 78.1% $ | 963,099 | 76.1% |
| **DEPARTMENTAL EXPENSES** | | | | | | | | | |
| Golf Operations | $ | 173,122 | 14.0% $ | 190,347 | 14.7% $ | 182,528 | 14.9% $ | 194,582 | 15.4% |
| Golf Course Maintenance | | 312,653 | 25.2% | 328,583 | 25.3% | 356,190 | 29.1% | 341,154 | 27.0% |
| Food & Beverage | | 182,792 | 14.7% | 197,923 | 15.3% | 169,556 | 13.9% | 170,144 | 13.5% |
| Admin & General | | 47,350 | 3.8% | 51,630 | 4.0% | 52,663 | 4.3% | 58,067 | 4.6% |
| **TOTAL DEPARTMENTAL EXPENSE** | $ | 715,917 | 57.7% $ | 768,484 | 59.2% $ | 760,937 | 62.2% $ | 763,948 | 60.4% |
| **GROSS OPERATING INCOME** | $ | 204,215 | 16.5% $ | 223,609 | 17.2% $ | 194,470 | 15.9% $ | 199,151 | 15.7% |
| **FIXED EXPENSE** | $ | 79,086 | 6.4% $ | 66,535 | 5.1% $ | 88,642 | 7.2% $ | 136,526 | 10.8% |
| **INCOME BEFORE OTHER EXPENSE** | $ | 125,130 | 10.1% $ | 157,075 | 12.1% $ | 105,828 | 8.7% $ | 62,625 | 5.0% |
| Other Operating Expense | $ | 94,367 | 7.6% $ | 97,964 | 7.6% $ | 73,422 | 6.0% $ | 33,037 | 2.6% |
| **NET OPERATING INCOME (Loss)** | $ | (13,705) | -1.1% $ | 11,719 | 0.9% $ | (4,339) | -0.4% $ | 103,994 | 8.2% |
| **SUMMARY STATISITICS** | | | | | | | | | |
| Total Golf Rounds | | 45,806 | | 43,992 | | 42,238 | | 39,026 | |

*Source: City of Wasco, Audited Financial Statements*

Exhibit R-7
Profile of Demographic Characteristics - 2000
Kern County and City of Wasco California

| Subject | Kern County | | City of Wasco | |
|---|---|---|---|---|
| | Number | Percent | Number | Percent |
| **Total Population** | 661,645 | 100.0 | 21,263 | 100.0 |
| **SEX AND AGE** | | | | |
| Male | 339,382 | 51.3 | 13,764 | 64.7 |
| Female | 322,263 | 48.7 | 7,499 | 35.3 |
| Under 5 years | 55,707 | 8.4 | 1,604 | 7.5 |
| 5 to 9 years | 61,659 | 9.3 | 1,710 | 8.0 |
| 10 to 14 years | 59,544 | 9.0 | 1,582 | 7.4 |
| 15 to 19 years | 55,224 | 8.3 | 1,693 | 8.0 |
| 20 to 24 years | 46,811 | 7.1 | 2,201 | 10.4 |
| 25 to 34 years | 93,251 | 14.1 | 4,342 | 20.4 |
| 35 to 44 years | 103,676 | 15.7 | 4,039 | 19.0 |
| 45 to 54 years | 76,551 | 11.6 | 2,025 | 9.5 |
| 55 to 59 years | 26,239 | 4.0 | 507 | 2.4 |
| 60 to 64 years | 20,923 | 3.2 | 411 | 1.9 |
| 65 to 74 years | 37,287 | 5.2 | 684 | 3.2 |
| 75 to 84 years | 21,310 | 3.2 | 353 | 1.7 |
| 85 years and over | 6,457 | 1.0 | 112 | 0.5 |
| Median age (years) | 30.6 | (x) | 29.3 | (x) |
| 18 years and over | 450,266 | 68.1 | 15,427 | 72.6 |
| 65 years and over | 62,054 | 9.4 | 1,149 | 5.4 |
| **RACE** | | | | |
| One race | 634,228 | 95.9 | 20,671 | 97.2 |
| White | 407,581 | 61.6 | 7,366 | 34.6 |
| Black or African American | 39,798 | 6.0 | 2,183 | 10.3 |
| American Indian and Alaska Native | 9,999 | 1.5 | 217 | 1.0 |
| Asian | 22,268 | 3.4 | 143 | 0.7 |
| Native Hawaiian and Other Pacific Islander | 972 | 0.1 | 32 | 0.2 |
| Some other race | 153,610 | 23.2 | 10,730 | 50.5 |
| Two or more races | 27,417 | 4.1 | 592 | 2.8 |
| **HISPANIC OR LATINO AND RACE** | | | | |
| Total population | 661,645 | 100.0 | 21,263 | 100.0 |
| Hispanic or Latino (of any race) | 254,036 | 38.4 | 14,187 | 66.7 |
| Not Hispanic or Latino | 407,609 | 61.6 | 7,076 | 33.3 |
| **RELATIONSHIP** | | | | |
| Total population | 661,645 | 100.0 | 21,263 | 100.0 |
| In households | 631,675 | 95.5 | 15,044 | 70.8 |
| In group quarters | 29,970 | 4.5 | 6,219 | 29.2 |
| Institutionalized population | 26,278 | 4.0 | 6,201 | 29.2 |
| Noninstitutionalized population | 3,692 | 0.6 | 18 | 0.1 |
| **HOUSEHOLDS BY TYPE** | | | | |
| Total households | 208,652 | 100.0 | 3,971 | 100.0 |
| Family households (families) | 156,401 | 75.0 | 3,403 | 85.7 |
| Nonfamily households | 52,251 | 25.0 | 568 | 14.3 |
| Households with individuals under 18 years | 97,731 | | | |
| Households with individuals 65 years and over | 44,993 | | | |
| Average household size | 3.03 | (x) | 3.79 | (x) |
| Average family size | 3.50 | (x) | 4.07 | (x) |
| **HOUSING OCCUPANCY** | | | | |
| Total housing units | 231,564 | 100.0 | 4,256 | 100.0 |
| Occupied housing units | 208,652 | 90.1 | 3,971 | 93.3 |
| Vacant housing units | 22,912 | 9.9 | 285 | 6.7 |
| For seasonal, recreational, or occasional use | 5,738 | 2.5 | 12 | 0.3 |
| Homeowner vacancy rate (percent) | 2.6 | (x) | 2.5 | (x) |
| Rental vacancy rate (percent) | 8.2 | (x) | 5.8 | (x) |
| **HOUSING TENURE** | | | | |
| Occupied housing units | 208,652 | 100.0 | 3,971 | 100.0 |
| Owner-occupied housing units | 129,609 | 62.1 | 2,297 | 57.8 |
| Renter-occupied housing units | 79,043 | 37.9 | 1,674 | 42.2 |
| Average household size of owner-occupied unit | 3.02 | (x) | 3.80 | (x) |
| Average household size of renter-occupied unit | 3.04 | (x) | 3.77 | (x) |

Sources: U.S. Census Bureau, Census 2000