APPENDIX C

CITY OF WASCO 

# APPENDIX C

## *MAPS*

| | |
|---|---|
| *B-1* | *LOCATION MAP* |
| *B-2* | *ASSESSOR'S PARCEL MAP* |
| *B-3* | *OWNERSHIP MAP* |
| *B-4* | *FINAL PARCEL MAP 9572* |
| *B-5* | *TENTATIVE TRACT MAP 5472* |
| *B-6* | *TENTATIVE TRACT MAP 5618* |
| *B-7* | *ZONING MAP* |
| *B-8* | *AERIAL PHOTO* |
| *B-9* | *SEWER MAP* |
| *B-10* | *WATER MAP* |

# MAP B-1 LOCATION MAP
## VALLEY ROSE ESTATES

☐ Parcel Boundaries

HWY 43

HWY 46

VALLEY ROSE ESTATES

ASSESSOR'S MAP NO. 487-05
COUNTY OF KERN

Note: This map is for assessment purposes only; it is not to be construed as portraying legal ownership or divisions of land for purposes of zoning or subdivision law.

ASSESSOR'S PARCEL MAP

# MAP B-3 OWNERSHIP MAP

## VALLEY ROSE ESTATES

Owned by Wasco Community
Development Corporation

Owned by the City of Wasco

Blue Numbers - APN

Black Numbers - Acreage









"REVISED"
TENTATIVE TRACT MAP No. 5472



# MAP B-7 ZONING MAP

## VALLEY ROSE ESTATES



C-N Neighborhood Commercial
C-R Commercial Retail
R-1-6 Low Density Residential 6,000
R-1-8 Low Density Res 8,000

R-2 - Medium Density Residential
R-E Residential Estate
R-F O-S Open Space
P-F Public Facilities

R-1-8

R-1-8

P-F

VALLEY ROSE PKY

R-2

AUGUSTA MANOR DR

R-E

LEONARD

R-1-8

R-F O-S

VALLEY ROSE
GOLF COURSE

R-1-6

C-R

C-N

HWY 46

# MAP B-8 AERIAL PHOTO

# VALLEY ROSE ESTATES

Parcel Boundaries 



# MAP B-9 SEWER MAP

# VALLEY ROSE ESTATES



—————  6 Inch Sewer Line

—————  8 Inch Sewer Line

—————  18 Inch Sewer Line

▭  Parcel Boundaries



# MAP B-10 WATER MAP

# VALLEY ROSE ESTATES

| | |
|---|---|
| ──────── | 6 Inch Water Line |
| ──────── | 8 Inch Water Line |
| ·········· | 12 Inch Water Line |
| ▭ | Parcel Boundaries |





AUGUSTA MANOR DR

VALLEY ROSE PKY

LEONARD

VALLEY ROSE
GOLF COURSE

HWY 46