Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments LP*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH, <br><br> Plaintiff(s); <br> v. <br><br> NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL., <br><br> Defendant(s). | No. 1:07-CV-01080-LJO-GSA <br><br> **DECLARATION OF DARRELL SOUZA IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT MOTION** <br><br> DATE: OCTOBER 28, 2009 <br> TIME: 8:30 A.M. <br> PLACE: COURTROOM 4 <br><br> JUDGE: Lawrence J. O'Neill |
| CITY OF WASCO, <br><br> Cross-Complainants(s); <br> v. <br><br> NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL., <br><br> Cross-Defendant(s) | |

I Darrell Souza, declare;

1. I am over 18 years of age and can competently testify to the facts set forth below.

---

1

Declaration of Darrell Souza in Support of Lotus Development's Summary Judgment Motion

2. I am a licensed real estate broker and represented Lotus Developments, L.P. and Northern California Universal Enterprise Company in the purchase by Northern of Parcels 1 and 3 of the Valley Rose Estates Subdivision.

3. In late 2003 or early 2004, I received a marketing booklet from the City of Wasco entitled "Developer Information Package", a true and correct copy of which is attached hereto as Exhibit "A".

4. Within a few days of my receipt of the package identified above, I provided a copy to Joe Wu.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 23rd day of September, 2009

Darrell Souza

## CERTIFICATE OF SERVICE

1. On September 28, 2009, I served the following document:

   - **DECLARATION OF DARRELL SOUZA IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   Overnight service via UPS and addressed to::

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 28th Day of September, 2009.

/s/ Kimberley A. Hassing
Kimberley A. Hassing

# EXIBIT  A   SOUZA DEC



**ROSE CAPITAL OF THE NATION**

# Developer Information Package

# (Wasco Valley Rose Golf Course) and (Valley Rose Estates)

November 2003

# TABLE OF CONTENTS

I.   LOCATION OVERVIEW                          SECTION I

II.  SITE OVERVIEW                              SECTION II

   Wasco Valley Rose Golf Course

   Valley Rose Estates

III. RESIDENTIAL DEVELOPMENT OUTLOOK            SECTION III

IV.  CITY'S DEVELOPMENT INCENTIVE PROGRAM       SECTION IV

V.   ANTICIPATED TIMELINE OF EVENTS             SECTION V

---

APPENDIX A – *Wasco Valley Rose Golf Course Financial Statements Year Ending June 2003*

APPENDIX B – *Feasibility Study for the Wasco valley Rose Golf Course and Adjacent Land in the City of Wasco, prepared by NGF Consulting and dated December 2002*

APPENDIX C – *Maps*

# SECTION I

**CITY OF WASCO**



**CITY OF WASCO**

**LOCATION OVERVIEW**

The City of Wasco, located approximately 25 miles northwest of Bakersfield, 100 miles south of Fresno, 130 miles north of Los Angeles, and 250 miles south of San Francisco and Sacramento, is known as the rose Capital of the Nation.

Wasco's central location within California provides excellent accessibility to all major markets within the State and is convenient for interstate commerce as well. Wasco also provides convenient access to a variety of recreational opportunities including sailing, fishing, skiing, hiking, climbing, as well as theater, theme parks, and much more in the nearby destinations of the High Sierras, the Pacific Coast, Los Angeles, Sequoia and Yosemite National Parks.

Wasco's population of 22,000 resides within 7.5 square miles. The largest employers are Jackson and Perkins Rose Producers and the Wasco State prison each employing 1200, followed by the School District and agriculture. In the 2000 Census the City of Wasco had the second fastest growing population within Kern County of 71%.

The City of Wasco is located in the Northwest portion of Kern County. Two major highways run through the City of Wasco, Highway 43 which runs parallel with Highway 99 and Highway 46 which runs west from Highway 99 to Coast Highway 101. Wasco is the only City on Highway 46 in Kern County and the City of Paso Robles anchors Highway 46 in San Luis Obispo County on Coast Highway 101. Visitors to Wasco can access the community from Highway 99, Interstate 5, Highway 46 and Highway 43.

Wasco's economy is based primarily on agriculture production and agricultural-related industries. Although the City will always have a large portion of its economy in agriculture the City has started to aggressively pursue non-agricultural industry and commercial businesses. The City is marketing a fully developed 72-acre industrial park and 318 acres of vacant land south of the prison. Wasco is also considered a bedroom community with citizens commuting 30 miles to Bakersfield during the day and returning to Wasco in the evening.

SECTION II

# SECTION II

# CITY OF WASCO 

## SITE OVERVIEW

Wasco Valley Rose Golf Course

In the early 1990's, the Wasco Public Finance Authority purchased 155.16 acres of farmland and developed an 18-hole professional municipal golf course which was named the Wasco Valley Rose Golf Course. Valley Rose is a Bob Putnam-designed, public GPA rated golf course open seven days a week. The clubhouse has a small restaurant, pro-shop and banquet room. Wasco Valley Rose historically experiences between 39,000 to 50,000 rounds of play per year.

The Wasco Valley Rose Golf Course is located at the intersection of State Highway 46 and Leonard Avenue in the northwestern sector of Kern County, California. It is approximately 28 miles from downtown Bakersfield via State Highway 99, a major connector to the Central San Joaquin Valley Area. Route 46 (Paso Robles Highway) connects Route 99 to Interstate 5, which provides access to northern and southern California.





3

**CITY OF WASCO** 

The following is the 2003 rate schedule for the Wasco Valley Rose Golf Course:

**GREEN FEES**

|  | 18 Hole | 9 Hole |
|---|---|---|
| Weekday Green Fees | $16.00 | $8.50 |
| Weekend/Holiday | 18.00 | 9.50 |
| Twilight |  |  |
|   Weekday | 9.00 | N/A |
|   Weekend | 10.00 | N/A |
| Junior (weekday only) | 5.00 | N/A |

**CARTS**

|  | 18 Hole | 9 Hole |
|---|---|---|
| Golf Cart 2 Rider | $16.00 | $12.00 |
| Pull Cart | 18.00 | N/A |
| Club Rental | 10.00 | 5.00 |

**DRIVING RANGE**

| Small Bucket | $16.00 | $12.00 |
|---|---|---|
| Large Bucket | 18.00 | N/A |

**SENIOR RATES**

| Senior 60 yrs. (weekday only) | $ 9.00 | N/A |
|---|---|---|
| Senior Cart | 17.00 | N/A |

**PREFERRED PLAYER CARD**

| Walk |  |  |
|---|---|---|
|   Unlimited Play | $900.00 | N/A |
|   Senior | 800.00 | N/A |
| Ride |  |  |
|   Unlimited Play | $650.00 | $ 9.00 cart |
|   Senior | 525.00 | 8.00 cart |

For additional information regarding the economic viability of the Valley Rose Golf Course please refer to the "Feasibility Study for the Wasco Valley Rose Golf Course and Adjacent Land in the City of Wasco" prepared by NGF Consulting, Jupiter, FL, dated December 2002, and enclosed as Exhibit B.

Also attached as Exhibit A are the Financial Statements for the Wasco Valley Rose Golf Course dated June 30, 2002 and June 30, 2003.

## CITY OF WASCO

Valley Rose Estates

The City and the Wasco Community Development Corporation recently purchased, through a property tax sale, 97 acres of residential and commercial land adjacent to the golf course of which 34 acres has infrastructure. This property is part of the approximately 468 acre unfinished master planned community named the Valley Rose Estates that lies to the west and north of the golf course property. Infrastructure including roadways and water lines were developed on a 34-acre parcel within the City-owned land. A location map, assessor's parcel map, Final Parcel Map 9572, Tentative Tract Maps # 5472 and #5618, zoning map, sewer and water map are included as Appendix C herein.



**CITY OF WASCO**



A Land Use Plan prepared in 1992 proposed the development of a wide variety of housing product including estate homes, single family homes, garden homes and multi-family apartments/condos. Housing densities range from 4 dwelling units pr acre to 13 dwelling units per acre with a potential dwelling unit count of 2,342 units. The community was seen primarily as a senior retirement community. The plan suggested the addition of 9 golf-holes to the course. There are several plan documents currently on file with the City that were developed in the early 1990's. The City fully expects and anticipates the direction and design of this project to change to meet the current goals and needs of both the City and a potential purchaser of the property.

The site is about four miles west of the central area of the City of Wasco and about one mile west of the developed areas of the city. New commercial development in Wasco has occurred along State Highway 46 to the east of the subject property.

Accessibility to the site is excellent via State Highway 46. Despite the distance to Bakersfield, travel times to the site under most conditions are approximately 30 – 35 minutes. Access is also available from the western Bakersfield area via State Road 43 through the City of Shafter located to the south of Wasco.

6

# SECTION III



CITY OF WASCO

**RESIDENTIAL DEVELOPMENT OUTLOOK**

Demand for residential development in the Wasco area can be expected to continue to grow over the next ten years. This is based on the expected pace of growth in housing demand, the current locational focus of new development, and lower residential land costs in the Wasco area.

The site adjacent to the golf course is appropriate for residential development along with supporting commercial development. The size and configuration of the site lends itself to the development of a planned residential community. Development is supportable from a market perspective. Such a development could stimulate plans that would improve golf course performance.

Development on the land adjacent to the golf course will require the commitment of an investor/developer to a long-range development program. With approximately 470 acres potentially available, even at modest densities, the site could accommodate well in excess of 1,000 units. (The initial Land Use Plan prepared in 1992 showed a build out of in excess of 2,300 units). Thus, the development program would likely require a 6-10 year absorption period to achieve build-out, once the program was initiated.

The City of Wasco currently has very few new above market housing opportunities. In the early 1990's, Silvertree Estates was constructed with minimum lot sizes of 10,000 sq. ft. and homes selling for between $170,000 and $250,000. 26 of the 27 lots in Silvertree Estates are developed and the remaining lot is privately held. In the mid-1990's, five ½ acre lots were developed as part of a separate tract. All five sold within 6 months of development. Because there have been no new above market housing opportunities, Wasco residents looking to "buy up" and professionals and/or retirees relocating to Wasco have very few housing options. Some residents are moving into Bakersfield in order to find this type of product.

There are a number of housing market segments that are appropriate for the residential development. Given the pace and timing of anticipated development, it is likely that a mix of target markets would result in a faster absorption rate of new housing. These segments include:

Primary-home users – housing for move-up buyers form the Bakersfield and Wasco market areas, and moderately priced new housing for new residents moving to the area. These segments would generally have preference for single-family homes, model homes, and lots. Typical age range for these groups would be 35 – 55 years of age with household incomes above $75,000.

7

**CITY OF WASCO**

Retirees and pre-retirees – permanent homes for retirees from the Bakersfield area or new residents moving into the area. The presence of the golf course would be a strong attraction. This segment would generally prefer single-family homes, model homes, and lots. The pre-retirees generally would have a higher preference for lots. Pre-retirees are typically 50 – 60 years of age. They would have household incomes above $75,000. Retirees would generally be 60 years of age and older. Incomes would typically be $50,000 and above.

The following are housing prices for similar golf course developments in the City of Bakersfield:

<u>Seven Oaks</u>:
Home prices range from $300,000 - $1,000,000 +
Undeveloped golf course lots range from $130,000 - $300,000 +

<u>Riverlakes Ranch</u>:
Home prices range from $95,000 - $1,000,000
Undeveloped golf course lots range from $31,000 – $135,000

The *"Feasibility Study for the Wasco Valley Rose Golf Course and Adjacent Land in the City of Wasco"*, attached as Exhibit B, describes in more detail the Wasco residential market.

**Single Family Residential Development Fees:**

The table below shows typical single-family dwelling unit permit fees for the City of Wasco:

| Fee | Amount | Unit of Measurement |
|---|---|---|
| Building Permit | 1% (2,000 sq. ft. and above) | Of total valuation |
| SMI | .001 | Of total valuation |
| School Fee | $ 2.14 | Per sq. ft. |
| Traffic Impact Fee | 685.00 | Per dwelling unit |
| Trash Container Fee | 155.00 | Per dwelling unit |
| Water | 1,150.00 | Per dwelling unit |
| Sewer | 1,944.00 | Per dwelling unit |
| Storm Drain | 1,000.00 | Per gross acre |