**CITY OF WASCO**

The following are example fee calculations for two hypothetical single-family residences in Valley Rose Estates:

Example #1:  1,775 sq. ft. with a 670 sq. ft. garage and a 90 sq. ft. porch – (Total Valuation of $11,274.65)

| | | |
|---|---|---|
| Building Permit Fee | $113,274.65 x 1.2% = | $ 1,359.28 |
| SMI | $113,274.65 x .0001 = | 11.33 |
| School Fee | 1,775 sq. ft. x $2.14 = | 3,798.50 |
| Traffic Impact Fee | | 685.00 |
| Trash Container Fee | | 155.00 |
| Water | | 1,150.00 |
| Sewer | | 1,944.00 |
| Storm Drain | | 223.83 |
| Site Plan Review | | 10.00 |
| **Total** | | **$9,336.94** |

Example #2:  3,717 sq. ft. with a 681 sq. ft. garage and a 330 sq. ft. porch – (Total Valuation of $225,675.93)

| | | |
|---|---|---|
| Building Permit Fee | $225,675.93 x 1.2% = | $ 2,256.76 |
| SMI | $225,675.93 x .0001 = | 22.57 |
| School Fee | 3,717 sq. ft. x $2.14 = | 7,954.38 |
| Traffic Impact Fee | | 685.00 |
| Trash Container Fee | | 155.00 |
| Water | | 1,150.00 |
| Sewer | | 1,944.00 |
| Storm Drain | | 223.83 |
| Site Plan Review | | 10.00 |
| **Total** | | **$14,401.54** |

SECTION IV

CITY OF WASCO

**CITY SPONSORED DEVELOPMENT INCENTIVE PROGRAM**

The Wasco Public Finance Authority, a joint exercise of powers authority created by agreement of the City of Wasco and the Redevelopment Agency of the City of Wasco, issued its 1989 Lease Revenue Bonds, Series A in the aggregate principal amount of $8,860,000. The Bonds were issued to acquire land and construct the Wasco Valley Rose Golf Course. The Bonds are secured by net revenues of the golf course, lease payments from the City's General Fund and ultimately, a deed of trust on the golf course land. Since April 15, 1994, the Bonds have been in default. The entire $8,860,000 of bonds remain outstanding as well as over $6 million in unpaid interest.

In addition, the City of Wasco issued its Assessment bonds, in the aggregate principal amount of $4,060,000. The bonds were issued to construct or acquire road, sewer and water improvements which directly benefited the property within the District. These Bonds are secured by the special assessment levied on property within the boundaries of the Assessment District, and ultimately, the land within the District. These Bonds are also in default and currently there is $1,600,000 of Assessment Bonds outstanding.

The City is seeking developers interested in purchasing the golf course and valley Rose Estates for the purpose of developing a comprehensive golf course community. In order to facilitate this development, the City has developed a comprehensive package of incentives that, if implemented together, offers attractive benefits to a purchaser of both the golf course property and the residential property described above. The package includes the following:

1) A City-sponsored dutch auction tender presented to existing bondowners of 1989 Lease Revenue Bonds (Valley Rose Golf Course) with intent to purchase 100% of outstanding debt and remove lien from golf course property. The tender price to be offered will be a combination of (i) revenue received from sale of golf course and (ii) new City issued Revenue bonds;

2) A City-negotiated purchase and redemption of Valley Rose Estates Assessment Bonds with the intent to redeem 100% of outstanding debt and remove assessment lien from residential property within the Assessment District boundaries;

3) City support in the formation of a Community Facilities District over the residential property in order to issue special tax bonds to reimburse the Property Purchaser for the acquisition of the property and additional infrastructure needs (to a level supported by the value of the property); and

4) Fast tracking of entitlements through the City's planning department.



## CITY OF WASCO

The City of Wasco will make available copies of the golf course financial statements, fee structure, maps and any other information requested by interested parties. Interest should be directed to:

Mr. John Wooner, Finance Director
City of Wasco
764 "E" Street
Wasco, CA  93280
(661) 758-7235 Phone
(661) 758-7239 Fax
jowooner@ci.wasco.ca.us

SECTION V

## CITY OF WASCO



### ANTICIPATED TIMELINE OF EVENTS

| EVENT | DEADLINE |
|---|---|
| Developer Information package available To interested parties | November 7, 2003 |
| Bid Packages due to the City of Wasco | December 5, 2003  5:00 PM |
| City of Wasco announces high bidder and Begins drafting MOU | December 15, 2003 |
| City Council approval of MOU | December 22, 2003 |
| Property Purchaser due diligence period Commences | January 5, 2004 |
| Begin preparation of Bond Tender Documents | January 5, 2004 |
| Finalize negotiation of redemption of Valley Rose Estates bonds | January 30, 2004 |
| Finalize preparation of Bond Tender Documents | February 13, 2004 |
| Property Purchaser due diligence period Ends | March 1, 2004 |
| Mail Bond Tender documents | March 1, 2004 |
| Redemption of 100% of Valley Rose Estates Bonds | March 1, 2004 |
| Bond Owners deliver Letter of Transmittal and Guarantee | March 31, 2004 12:00 Noon |
| Authority meets to determine whether Tender Offers will be accepted | April 5, 2004 |
| Final Sale of property (assumes Successful Bond Tender) | April 9, 2004 |
| Recordation of Cessation of Lien | April 9, 2004 |
| Begin formation of Community Facilities District | Mid-April, 2004 |

APPENDIX A

CITY OF WASCO 

# APPENDIX A

# *WASCO VALLEY ROSE GOLF COURSE*

# *FINANCIAL STATEMENTS*
# *YEAR ENDING JUNE 2003*

ASSETS

CURRENT ASSETS

| | |
|---|---|
| B of A Checking | $64,015.20 |
| B of A Checking | 5,000.00 |
| Visa, MC, Discover | 3,640.59 |
| American Express | 302.70 |
| Inventory - Food | 7,449.78 |
| Inventory - Liquor | 2,203.39 |
| Inventory - Wine | 295.80 |
| Inventory - Beer | 1,535.90 |
| Inventory - Shop | 36,046.94 |
| Inventory - Range Balls | 3,957.00 |

TOTAL CURRENT ASSETS                                    124,447.30

OTHER ASSETS

California Lottery Deposit                    300.00

TOTAL OTHER ASSETS                                        300.00

TOTAL ASSETS                                          $124,747.30

See Accountant's Report

Wasco Valley Rose Golf Cou[r]

JUNE 30, 20

## LIABILITIES AND EQUITY

CURRENT LIABILITIES

| | | |
|---|---|---|
| Accounts Payable | $25,654.67 | |
| Gift Certificates | 48,612.86 | |
| Sales Tax - Pro Shop | 296.00 | |
| Sales Tax - Restaurant | 1,156.00 | |
| TOTAL CURRENT LIABILITIES | | 75,719.53 |

LONG-TERM LIABILITIES

| | | |
|---|---|---|
| Due to City of Wasco | 50,691.65 | |
| Less Advances of Net Revenues | (40,907.16) | |
| TOTAL LONG-TERM LIABILITIES | | 9,784.49 |
| TOTAL LIABILITIES | | 85,504.02 |

EQUITY

| | | |
|---|---|---|
| Retained Earnings | .00 | |
| RETAINED EARNINGS-CURRENT YEAR | 39,243.28 | |
| TOTAL EQUITY | | 39,243.28 |
| TOTAL LIABILITIES AND EQUITY | | $124,747.30 |

See Accountant's Report

STATEMENT OF OPERATIONS

*FOR Course Maintenar*

*FOR THE 12 PERIODS ENDED JUNE 30, 20*

| | YEAR TO DATE | | |
| | ACTUAL | BUDGET | VARIANCE |
|---|---|---|---|
| SALES | | | |
| Range Revenue | $22,681.99 | 28,110.00 | (5,428.01) |
| Green Fees | 502,084.52 | 537,560.00 | (35,475.48) |
| TOTAL SALES | 524,766.51 | 565,670.00 | (40,903.49) |
| GROSS PROFIT | 524,766.51 | 565,670.00 | (40,903.49) |
| OPERATING EXPENSES | | | |
| Salaries & Wages | 210,230.37 | 198,000.00 | (12,230.37) |
| Payroll Taxes | 19,980.22 | 21,482.00 | 1,501.78 |
| Workers Compensation | 8,536.73 | 6,572.00 | (1,964.73) |
| Medical Supervision / Safety | .00 | 138.00 | 138.00 |
| Repairs & Maintenance | 4,199.19 | 8,768.00 | 4,568.81 |
| Repairs & Maint. - Parts | 12,724.75 | 11,896.00 | (828.75) |
| Repairs & Maint. - Irrigation | 16,914.81 | 15,622.00 | (1,292.81) |
| Rental Equipment | 900.00 | 3,800.00 | 2,900.00 |
| Course Maint. - Grounds | 7,241.38 | 19,861.00 | 12,619.62 |
| Course Maint. - Sand Traps | 1,748.20 | 1,265.00 | (483.20) |
| Course Maint. - Top Dressing | 2,364.88 | 1,442.00 | (922.88) |
| Course Maint. - Lakes | 386.63 | 26.00 | (360.63) |
| Course Maint. - Seed | 3,547.83 | 4,413.00 | 865.17 |
| Course Maint. - Fuel & Oil | 12,508.53 | 11,171.00 | (1,337.53) |
| Supplies - Operating | 10,388.47 | 5,433.00 | (4,955.47) |
| Supplies - Chemicals | 11,835.23 | 15,000.00 | 3,164.77 |
| Supplies - Fertilizers | 13,648.35 | 25,000.00 | 11,351.65 |
| Supplies - Range | 1,222.12 | 7,055.00 | 5,832.88 |
| Supplies - Office | .00 | 191.00 | 191.00 |
| Utilities - Water | 24,606.50 | 29,500.00 | 4,893.50 |
| Utilities - Electricity | 35,404.11 | 29,576.00 | (5,828.11) |
| Waste Removal | 2,781.41 | .00 | (2,781.41) |
| Licenses & Permits | .00 | 35.00 | 35.00 |
| Insurance | 5,837.26 | 17,532.00 | 11,694.74 |
| Travel / Education | .00 | 1,000.00 | 1,000.00 |
| Capital Expenditures | 37,545.36 | 30,000.00 | (7,545.36) |
| TOTAL OPERATING EXPENSES | 444,552.33 | 464,778.00 | 20,225.67 |
| NET INCOME FROM OPERATIONS | 80,214.18 | 100,892.00 | (20,677.82) |
| EARNINGS BEFORE INCOME TAX | 80,214.18 | 100,892.00 | (20,677.82) |
| NET INCOME (LOSS) | $80,214.18 | 100,892.00 | (20,677.82) |

See Accountant's Report

STATEMENT OF OPERATIONS

Wasco Valley Rose Golf Cour

FOR Pro S

FOR THE 12 PERIODS ENDED JUNE 30, 2(

|  | YEAR TO DATE | | |
|---|---|---|---|
|  | ACTUAL | BUDGET | VARIANCE |
| **SALES** |  |  |  |
| Merchandise | $134,427.74 | 152,010.00 | (17,582.26) |
| Cart Rental | 250,078.60 | 253,170.00 | (3,091.40) |
| Miscellaneous Rentals | 1,971.06 | 2,400.00 | (428.94) |
| Tournaments | 1,817.50 | 4,000.00 | (2,182.50) |
| TOTAL SALES | 388,294.90 | 411,580.00 | (23,285.10) |
| **COST OF SALES** |  |  |  |
| Merchandise Purchases | 106,254.63 | 115,000.00 | 8,745.37 |
| TOTAL COST OF SALES | 106,254.63 | 115,000.00 | 8,745.37 |
| GROSS PROFIT | 282,040.27 | 296,580.00 | (14,539.73) |
| **OPERATING EXPENSES** |  |  |  |
| Salaries & Wages | 90,654.63 | 83,000.00 | (7,654.63) |
| Payroll Taxes | 9,807.58 | 9,396.00 | (411.58) |
| Workers Compensation | 3,567.94 | 2,888.00 | (679.94) |
| Contract Services | 3,715.37 | 5,724.00 | 2,008.63 |
| Repairs & Maintenance | 4,612.48 | 15,108.00 | 10,495.52 |
| Repairs & Maint. - Equipment | 85.24 | 328.00 | 242.76 |
| Repairs & Maint. - Carts | 13,172.59 | 19,500.00 | 6,327.41 |
| Rental Expense | 617.12 | 952.00 | 334.88 |
| Supplies - Operating | 9,335.87 | 13,775.00 | 4,439.13 |
| Supplies - Office | 4,036.44 | 4,377.00 | 340.56 |
| Utilities - Electricity | 38,022.65 | 38,220.00 | 197.35 |
| Utilities - Gas | 5,307.99 | 8,323.00 | 3,015.01 |
| Waste Removal | 2,955.82 | .00 | (2,955.82) |
| Tournaments & Trophies | 412.97 | 2,207.00 | 1,794.03 |
| Telephone | 7,529.45 | 5,600.00 | (1,929.45) |
| Professional Services | 47,058.47 | 45,000.00 | (2,058.47) |
| Advertising | 4,907.34 | 13,500.00 | 8,592.66 |
| Dues & Subscriptions | 1,574.50 | 1,500.00 | (74.50) |
| Insurance | 1,373.47 | 4,124.00 | 2,750.53 |
| Travel / Education | 2,686.29 | 1,500.00 | (1,186.29) |
| Miscellaneous | 23,454.75 | 14,672.00 | (8,782.75) |
| Cash Deposits - (Over)/Under | (333.79) | .00 | 333.79 |
| Capital Expenditures | 14,903.86 | 8,700.00 | (6,203.86) |
| TOTAL OPERATING EXPENSES | 289,459.03 | 298,394.00 | 8,934.97 |
| NET INCOME FROM OPERATIONS | (7,418.76) | (1,814.00) | (5,604.76) |
| EARNINGS BEFORE INCOME TAX | (7,418.76) | (1,814.00) | (5,604.76) |

See Accountant's Report

Wasco Valley Rose Golf Cour

FOR Pro Sh

FOR THE 12 PERIODS ENDED JUNE 30, 20

| | YEAR TO DATE | | |
| | ACTUAL | BUDGET | VARIANCE |
| --- | --- | --- | --- |
| NET INCOME (LOSS) | $(7,418.76) | (1,814.00) | (5,604.76) |

See Accountant's Report

FOR Restau[...]

FOR THE 12 PERIODS ENDED JUNE 30, 2[...]

| | YEAR TO DATE | | |
| | ACTUAL | BUDGET | VARIANCE |
| --- | --- | --- | --- |
| **SALES** | | | |
| Food | $113,931.84 | 119,713.00 | (5,781.16) |
| Liquor | 22,567.83 | 25,310.00 | (2,742.17) |
| Wine | 2,075.54 | 3,516.00 | (1,440.46) |
| Beer | 50,213.43 | 56,433.00 | (6,219.57) |
| Food | 14,501.19 | 12,515.00 | 1,986.19 |
| Food (Banquet) | 88,245.51 | 99,356.00 | (11,110.49) |
| Beverages | 50,449.57 | 50,433.00 | 16.57 |
| Lottery | 1,632.31 | 1,009.00 | 623.31 |
| Room Charge | 6,705.00 | 6,715.00 | (10.00) |
| TOTAL SALES | 350,322.22 | 375,000.00 | (24,677.78) |
| **COST OF SALES** | | | |
| Food Purchases | 107,543.08 | 126,380.00 | 18,836.92 |
| Liquor Purchases | 9,235.67 | 9,551.00 | 315.33 |
| Wine Purchases | 789.30 | 1,518.00 | 728.70 |
| Beer Purchases | 26,366.58 | 28,791.00 | 2,424.42 |
| TOTAL COST OF SALES | 143,934.63 | 166,240.00 | 22,305.37 |
| GROSS PROFIT | 206,387.59 | 208,760.00 | (2,372.41) |
| **OPERATING EXPENSES** | | | |
| Salaries & Wages | 115,340.62 | 121,000.00 | 5,659.38 |
| Payroll Taxes | 12,933.12 | 14,605.00 | 1,671.88 |
| Workers Compensation | 4,885.08 | 4,459.00 | (426.08) |
| Contract Services | 1,250.00 | 5,090.00 | 3,840.00 |
| Maintenance | 4,564.03 | 4,602.00 | 37.97 |
| Supplies - Operating | 16,030.38 | 18,573.00 | 2,542.62 |
| Supplies - Office | 54.88 | 240.00 | 185.12 |
| Supplies - Kitchen | 240.80 | 1,973.00 | 1,732.20 |
| Waste Removal | 398.86 | 2,281.00 | 1,882.14 |
| Uniforms & Laundry | 3,915.59 | 2,673.00 | (1,242.59) |
| Linen | 1,381.99 | 2,266.00 | 884.01 |
| China / Glass / Silver | 328.03 | 1,310.00 | 981.97 |
| Flowers & Decorations | 437.21 | 45.00 | (392.21) |
| Cleaning & Housekeeping | .00 | 10.00 | 10.00 |
| Entertainment & Security | 7,831.08 | 9,068.00 | 1,236.92 |
| Licenses & Permits | 919.00 | 433.00 | (486.00) |
| Advertising | 956.00 | 1,000.00 | 44.00 |
| Insurance | 1,373.47 | 4,124.00 | 2,750.53 |
| Miscellaneous | 293.32 | 306.00 | 12.68 |
| Cash Deposits - (Over)/Under | 523.91 | .00 | (523.91) |
| Capital Expenditures | 5,310.18 | 8,000.00 | 2,689.82 |

See Accountant's Report

STATEMENT OF OPERATIONS

Wasco Valley Rose Golf Cou...

FOR Restau...

FOR THE 12 PERIODS ENDED JUNE 30, 2...

|  | YEAR TO DATE | | |
|  | ACTUAL | BUDGET | VARIANCE |
| --- | --- | --- | --- |
| TOTAL OPERATING EXPENSES | $178,967.55 | 202,058.00 | 23,090.45 |
| NET INCOME FROM OPERATIONS | 27,420.04 | 6,702.00 | 20,718.04 |
| EARNINGS BEFORE INCOME TAX | 27,420.04 | 6,702.00 | 20,718.04 |
| NET INCOME (LOSS) | $27,420.04 | 6,702.00 | 20,718.04 |

See Accountant's Report

FOR Administr

FOR THE 12 PERIODS ENDED JUNE 30, 20

| | YEAR TO DATE | | |
|---|---|---|---|
| | ACTUAL | BUDGET | VARIANCE |
| GROSS PROFIT | $.00 | .00 | .00 |
| OPERATING EXPENSES | | | |
| Management Fees | 60,972.18 | 60,970.00 | (2.18) |
| TOTAL OPERATING EXPENSES | 60,972.18 | 60,970.00 | (2.18) |
| NET INCOME FROM OPERATIONS | (60,972.18) | (60,970.00) | (2.18) |
| OTHER INCOME & EXPENSE | | | |
| Interest Income | .00 | 6,500.00 | (6,500.00) |
| TOTAL OTHER INCOME & EXPENSE | .00 | 6,500.00 | (6,500.00) |
| EARNINGS BEFORE INCOME TAX | (60,972.18) | (54,470.00) | (6,502.18) |
| NET INCOME (LOSS) | $(60,972.18) | (54,470.00) | (6,502.18) |

See Accountant's Report

INCOME STATEMENT

*FOR COMBINED OPERATIC*
*FOR THE 12 PERIODS ENDED JUNE 30, 2*

| | ACTUAL | BUDGET | VARIANCE |
|---|---|---|---|
| | YEAR TO DATE | | |
| **SALES** | | | |
| Range Revenue | $22,681.99 | 28,110.00 | (5,428.01) |
| Green Fees | 502,084.52 | 537,560.00 | (35,475.48) |
| Merchandise | 134,427.74 | 152,010.00 | (17,582.26) |
| Cart Rental | 250,078.60 | 253,170.00 | (3,091.40) |
| Miscellaneous Rentals | 1,971.06 | 2,400.00 | (428.94) |
| Tournaments | 1,817.50 | 4,000.00 | (2,182.50) |
| Food | 113,931.84 | 119,713.00 | (5,781.16) |
| Liquor | 22,567.83 | 25,310.00 | (2,742.17) |
| Wine | 2,075.54 | 3,516.00 | (1,440.46) |
| Beer | 50,213.43 | 56,433.00 | (6,219.57) |
| Food | 14,501.19 | 12,515.00 | 1,986.19 |
| Food (Banquet) | 88,245.51 | 99,356.00 | (11,110.49) |
| Beverages | 50,449.57 | 50,433.00 | 16.57 |
| Lottery | 1,632.31 | 1,009.00 | 623.31 |
| Room Charge | 6,705.00 | 6,715.00 | (10.00) |
| TOTAL SALES | 1,263,383.63 | 1,352,250.00 | (88,866.37) |
| **COST OF SALES** | | | |
| Merchandise Purchases | 106,254.63 | 115,000.00 | 8,745.37 |
| Food Purchases | 107,543.08 | 126,380.00 | 18,836.92 |
| Liquor Purchases | 9,235.67 | 9,551.00 | 315.33 |
| Wine Purchases | 789.30 | 1,518.00 | 728.70 |
| Beer Purchases | 26,366.58 | 28,791.00 | 2,424.42 |
| TOTAL COST OF SALES | 250,189.26 | 281,240.00 | 31,050.74 |
| GROSS PROFIT | 1,013,194.37 | 1,071,010.00 | (57,815.63) |
| **OPERATING EXPENSES** | | | |
| Salaries & Wages | 477,197.80 | 462,970.00 | (14,227.80) |
| Payroll Taxes | 42,720.92 | 45,483.00 | 2,762.08 |
| Workers Compensation | 16,989.75 | 13,919.00 | (3,070.75) |
| Contract Services | 4,965.37 | 10,814.00 | 5,848.63 |
| Medical Supervision / Safety | .00 | 138.00 | 138.00 |
| Repairs & Maintenance | 13,375.70 | 28,478.00 | 15,102.30 |
| Repairs & Maint. - Parts | 12,724.75 | 11,896.00 | (828.75) |
| Repairs & Maint. - Irrigation | 16,914.81 | 15,622.00 | (1,292.81) |
| Repairs & Maint. - Equipment | 85.24 | 328.00 | 242.76 |
| Repairs & Maint. - Carts | 13,172.59 | 19,500.00 | 6,327.41 |
| Rental Equipment | 1,517.12 | 4,752.00 | 3,234.88 |
| Course Maint. - Grounds | 7,241.38 | 19,861.00 | 12,619.62 |
| Course Maint. - Sand Traps | 1,748.20 | 1,265.00 | (483.20) |
| Course Maint. - Top Dressing | 2,364.88 | 1,442.00 | (922.88) |

See Accountant's Report

INCOME STATEMENT

FOR COMBINED OPERATIO

FOR THE 12 PERIODS ENDED JUNE 30, 20

|  | YEAR TO DATE | | |
|---|---|---|---|
|  | ACTUAL | BUDGET | VARIANCE |
| OPERATING EXPENSES | (Continued) | | |
| Course Maint. - Lakes | $386.63 | 26.00 | (360.63) |
| Course Maint. - Seed | 3,547.83 | 4,413.00 | 865.17 |
| Course Maint. - Fuel & Oil | 12,508.53 | 11,171.00 | (1,337.53) |
| Supplies - Operating | 35,754.72 | 37,781.00 | 2,026.28 |
| Supplies - Chemicals | 11,835.23 | 15,000.00 | 3,164.77 |
| Supplies - Fertilizers | 13,648.35 | 25,000.00 | 11,351.65 |
| Supplies - Range | 1,222.12 | 7,055.00 | 5,832.88 |
| Supplies - Office | 4,091.32 | 4,808.00 | 716.68 |
| Supplies - Kitchen | 240.80 | 1,973.00 | 1,732.20 |
| Utilities - Water | 24,606.50 | 29,500.00 | 4,893.50 |
| Utilities - Electricity | 73,426.76 | 67,796.00 | (5,630.76) |
| Utilities - Gas | 5,307.99 | 8,323.00 | 3,015.01 |
| Waste Removal | 6,136.09 | 2,281.00 | (3,855.09) |
| Uniforms & Laundry | 3,915.59 | 2,673.00 | (1,242.59) |
| Linen | 1,381.99 | 2,266.00 | 884.01 |
| China / Glass / Silver | 328.03 | 1,310.00 | 981.97 |
| Flowers & Decorations | 437.21 | 45.00 | (392.21) |
| Cleaning & Housekeeping | .00 | 10.00 | 10.00 |
| Entertainment & Security | 7,831.08 | 9,068.00 | 1,236.92 |
| Licenses & Permits | 919.00 | 468.00 | (451.00) |
| Tournaments & Trophies | 412.97 | 2,207.00 | 1,794.03 |
| Telephone | 7,529.45 | 5,600.00 | (1,929.45) |
| Professional Services | 47,058.47 | 45,000.00 | (2,058.47) |
| Advertising | 5,863.34 | 14,500.00 | 8,636.66 |
| Dues & Subscriptions | 1,574.50 | 1,500.00 | (74.50) |
| Insurance | 8,584.20 | 25,780.00 | 17,195.80 |
| Travel / Education | 2,686.29 | 2,500.00 | (186.29) |
| Miscellaneous | 23,748.07 | 14,978.00 | (8,770.07) |
| Cash Deposits - (Over)/Under | 190.12 | .00 | (190.12) |
| Capital Expenditures | 57,759.40 | 46,700.00 | (11,059.40) |
| TOTAL OPERATING EXPENSES | 973,951.09 | 1,026,200.00 | 52,248.91 |
| NET INCOME FROM OPERATIONS | 39,243.28 | 44,810.00 | (5,566.72) |
| OTHER INCOME & EXPENSE | | | |
|  | .00 | 6,500.00 | (6,500.00) |
| TOTAL OTHER INCOME & EXPENSE | .00 | 6,500.00 | (6,500.00) |
| EARNINGS BEFORE INCOME TAX | 39,243.28 | 51,310.00 | (12,066.72) |
| NET INCOME (LOSS) | $39,243.28 | 51,310.00 | (12,066.72) |

See Accountant's Report

Wasco Valley Rose Golf Cou

NCOME STATEMENT

FOR COMBINED OPERATIC
FOR THE 12 PERIODS ENDED JUNE 30, 2(

| | YEAR TO DATE | | |
| --- | --- | --- | --- |
| | ACTUAL | BUDGET | VARIANCE |

See Accountant's Report