- o Retirees and pre-retirees - permanent homes for retirees from the Bakersfield area or new residents moving into the area. The presence of the golf course would be a strong attraction. This segment would generally prefer single-family homes, model homes, and lots. The pre-retirees generally would have a higher preference for lots. Pre-retirees are typically 50-60 years of age. They would have household incomes above $75,000. Retirees would generally be 60 years of age and older. Incomes would typically be $50,000 and above.

- At this time, it would appear that a mix of 60-65 percent of the housing would be directed at primary home users and the balance toward pre-retirees and retired persons.

- The semi-rural location of the property would lend itself to include larger sized parcels in the development mix.

- The community to be developed should provide a range of housing types catering to the demographic age groups as outlined above. This will provide for the broadest appeal to the targeted market segments and thus encourage faster absorption and serve to diversify the housing choices in Wasco. The community should be multi-dimensional in terms of its presence in the marketplace. It does not appear appropriate to develop a "retirement community" or an "adult" community, although pre-retirees and retired households are expected to reside there.

- It is important that the residential development convey a strong sense of "community" based on its planning and design standards and features. The development should be conceptually linked with the golf facility in terms of a theme and also reflect the semi-rural nature of the site.

- The development should capitalize on golf course views, and use water features within the residential development to complement the golf course. Commercial development should be clustered to create areas of interest. Multiple design features should be used to create visually interesting neighborhoods. They should also be used to create strong entry statements to the residential community and the golf course. Specific themes can be developed based on the final development plans.

## COMMERCIAL DEVELOPMENT POTENTIAL

- Community related commercial development should be planned as part of the overall development program and citywide needs. Consider creating central community area, clustered development and "village" concepts to enhance the overall attractiveness of the community.

- Depending on the timing of the residential development, commercial development will likely need to be phased.

- The City should explore the viability of swapping golf course land adjacent to the Highway 46 for expansion or extension of the course into the residential development. This could provide financial resources to alleviate current debt on the golf course.

- Development of highway commercial land should be interrelated to the overall community development concept. It should be compatible with the character and themes of the residential and golf course development. Design and landscaping themes should be consistent with the residential development.

## GOLF COURSE IMPROVEMENTS

- Ongoing improvements to the golf course have been described in the Golf Facility Chapter. These include:
  - Ongoing improvement to conditions of the golf course.
  - Maintenance of the golf course clubhouse
  - Improvements to the golf course maintenance facility
- Additional improvements should be made to the entrance and approach to the golf facility. Signage to the golf course approaching the facility from the east is not seen until almost at Leonard Avenue. Additional, tasteful signage should be considered throughout the golf facility. The fenced utility station near the corner of State Route 47 and Leonard Avenue should be screened more effectively, and advertising type banners removed from the entrance.

- Consideration should be given to enhancing the design of the entranceway to the clubhouse and main parking area. Curb treatment and additional landscaping should be developed as part of an overall improvement plan for the clubhouse area. This recommendation could change if the golf facility is reconfigured.

- Planning for other related facilities in the southeast corner of the property should be conducted as part of an overall master plan. When the residential portion of the property is being planned, specific consistent "themes" or concepts should be considered to tie the development concepts together. This is appropriate but should be carefully developed in conjunction with the housing development strategy. The golf facility and any other related club ancillary developments should complement and augment the residential concept.

## COURSE EXPANSION

- The golf market does not support the expansion of the golf course to a 27-hole or 36-hole facility. However, it may be appropriate, if justified by potential benefits to the residential development, as discussed above. The City and potential development interests should consider this at the onset of the development process. For example, a developer/investor may feel the inclusion of an additional 9-holes of golf within the residential development would enhance the quality, attractiveness, and marketability of the residential community as well as increase potential values of lots and residences in the area. Developments costs for course expansion or reconfiguration would be borne by the residential development.

## FUNCTION EXPANSION

- There is space for expansion or addition of facilities in certain areas of the existing golf course. Such additions could include the expansion or extension of the current banquet function space, and the addition of a new restaurant on the site. Other suggestions have included a fitness facility, development of three additional practice holes, and expansion of the existing golf practice facilities. While each of these has merit, actual development should be driven by market demand to support these facilities. Should the configuration of the golf course change as a result of a residential development program, additional golf course improvements may be appropriate.

- We recommend that a preliminary concept plan be developed for potential expansion of uses at the golf facility to understand physical development potential and constraints and that flexibility be maintained until the conceptual plans for the residential development are prepared.

## INTERRELATIONSHIP BETWEEN RESIDENTIAL DEVELOPMENT AND GOLF COURSE

- Consideration should be given to the integration of the recreational/entertainment characteristics of the golf facility complex and the residential community, for example though the development of green space, pathways, etc. which link to the golf complex and enhance the overall community development concept. This linkage should occur whether or not the golf course is extended into the residential community.

## MARKET STRATEGY

- The City should inform the development community of their intentions regarding interest in the development of the property adjacent to the course. Of particular interest are specifics regarding the site including the current status of infrastructure and potential incentives to encourage appropriate development. During the course of this study, it was apparent that while there was general knowledge of the Wasco market, specifics regarding the City's development posture and goals for development were not general knowledge.

- The City should publicize the planned improvement plans for the golf facility and encourage greater community awareness of the facility in Wasco and the Bakersfield community as a whole. This effort should be coordinated with the golf marketing program for the facility.

- A specific marketing program for the golf related residential community should be developed to attract developer and investor interest. Initially, this could consist of the summary or recommendations developed as part of this study in conjunction with appropriate site related materials.

- The marketing effort should target key residential developer/investors active in the Bakersfield area as well other Central Valley and Southern California developers. Based on the response to this effort and market conditions at the time, the specific timing for a development package could be determined which would to formally present the concept to

the development community. The City should determine its policies regarding disposition of the City owned residential land and its position regarding the existing infrastructure. The development package could outline the development incentives that the City feels is appropriate to encourage the desired development for the site. Options for swapping or reconfiguring portions of the golf course should be detailed.

- The program can be considered an economic development program for the City with the objectives of increasing the range of housing opportunity in Wasco, building community image and enhancing the recreational assets of the City.

## OTHER OPTIONS

The program described above considered basically one development option in which the City maintains long-term control and operation of the Wasco Valley Rose golf facility. There are several other options that could be considered regarding the golf facility.

- Option 1. The City could consider the potential sale of the golf course and the City-owned Valley Rose Estates property for purposes of developing a comprehensive golf course community. Under private ownership, the course would likely need to remain open to the public to sustain the level of activity necessary to maintain viability. The scale of the adjacent development would not be of sufficient size to support a full club membership program (assuming the course would become private) and would depend on the surrounding area for additional members or daily fee players. In terms of a private membership program, it is not likely that sufficient support could be derived from the immediate Wasco area due to the small size and demographic characteristics of the population. It would be more likely that a semi-private golf facility would be supportable with continued emphasis on outside marketing. In any event, improvements to the course and clubhouse would be required to appeal to residential purchasers.

- Option 2. City retains control of the golf facility for the immediate future and continues to improve conditions and performance while the housing market in Wasco matures. At some point in the future, the City can either sell the course to a developer, other private party, or to a golf course management company. The City can sell the Valley Rose Estates property when developer interest emerges

- Option 3. City sells the golf facility to a private party or golf management company allowing the purchaser to fund required improvements and operate the course. The City can then sell the Valley Rose Estates property when developer interest emerges. Given the current performance of the golf course, it is not likely that a reasonable value for the golf facility could be realized until performance improves.

# Appendix

# Project Data Metrics Book

# City of Wasco
# Project Metrics Book
# Nov-02

Table of Contents


| Exhibit | Title | Page |
|---|---|---|
| Exhibit R-1 | United States, California and Kern County Population Trends 1960-2000 | 2 |
| Exhibit R-2 | Kern County California and City Population Growth 1990-2000 | 3 |
| Exhibit R-3 | Population and Housing Trends - Kern County and Planning Areas | 4 |
| Exhibit R-4 | Annual Building Permit Activity - Single Family Construction | 5 |
| Exhibit R-5 | Wasco Housing Building Permits and Valuations - 1990-Oct. 2002 ($000) | 6 |
| Exhibit R-6 | Housing Demand 2000-2007 - Kern County and Planning Area 3 | 7 |
| Exhibit R-7 | Profile of Demographic Characteristics - 2000 - Kern County, Wasco | 8 |
| Exhibit R-8 | Wasco Single and Multi Family New Housing Building Permits 1990-2002 | 9 |
| Exhibit R-9 | Wasco Single and Multifamily Housing Valuation 1990-2002 | 10 |
| Exhibit G-1 | Golf Course Inventory and Golf Rounds by Facilty Type-2002 | 11 |
| Exhibit G-2 | Golf Course Inventory - 2002 | 12 |
| Exhibit G-3 | Golf Demand Analysis 2002-2007 | 13 |
| Exhibit F-1 | Financial Operating Statements Summary 1999-2002 | 14 |
| Exhibit F-2 | Financial Operating Statements 1999-2002 | 15 |

Exhibit R-1

United States, California and Kern County Population Trends 1960-2000

| United States | 1960 | 1970 | 1980 | 1990 | 2000 |
|---|---|---|---|---|---|
| Total | 179,323,175 | 203,302,031 | 226,545,805 | 248,709,873 | 281,421,906 |
| Change | | 23,978,856 | 23,243,774 | 22,164,068 | 32,712,033 |
| Percent Change | | 13.40% | 11.40% | 9.80% | 13.20% |

| State of California | 1960 | 1970 | 1980 | 1990 | 2000 |
|---|---|---|---|---|---|
| Total | 15,717,204 | 19,971,069 | 23,667,902 | 29,760,021 | 33,871,648 |
| Change | | 4,253,865 | 3,696,833 | 6,092,119 | 4,111,627 |
| Percent Change | | 27.10% | 18.50% | 25.70% | 13.80% |

| Kern County | 1960 | 1970 | 1980 | 1990 | 2000 |
|---|---|---|---|---|---|
| Total | 291,984 | 330,234 | 403,089 | 543,477 | 661,645 |
| Change | | 38,250 | 72,855 | 140,388 | 118,168 |
| Percent Change | | 13.10% | 22.10% | 34.80% | 21.70% |

*Source: Census 2000 analyzed by the Social Science Data Analysis Network (SSDAN).*

Exhibit R-2

Kern County California and City Population Growth 1990-2000

| City | 1990 | 2000 | Change | Percent Change | Percent of Growth |
|---|---|---|---|---|---|
| TOTAL COUNTY | 543,477 | 661,645 | 118,168 | 21.7% | 100% |
| Arvin | 9,286 | 12,956 | 3,670 | 39.5% | 3% |
| Bakersfield | 174,820 | 247,057 | 72,237 | 41.3% | 61% |
| California City | 5,955 | 8,385 | 2,430 | 40.8% | 2% |
| Delano | 22,762 | 38,824 | 16,062 | 70.6% | 14% |
| Maricopa | 1,193 | 1,111 | -82 | -6.9% | 0% |
| McFarland | 7,005 | 9,618 | 2,613 | 37.3% | 2% |
| Ridgecrest | 27,725 | 24,927 | -2,798 | -10.1% | -2% |
| Shafter | 8,409 | 12,736 | 4,327 | 51.5% | 4% |
| Taft | 5,902 | 6,400 | 498 | 8.4% | 0% |
| Tehachapi | 5,791 | 10,957 | 5,166 | 89.2% | 4% |
| **Wasco** | **12,412** | **21,263** | **8,851** | **71.3%** | **7%** |
| Unincorporated* | 104,465 | 114,057 | 9,592 | 9.2% | 8% |
| Other | 157,752 | 153,354 | -4,398 | -2.8% | -4% |

*Unincorporated areas include: Bear Valley Springs, Bodfish, Boron, Buttonwillow, Edwards AFB, Ford City, Frazier Park, Golden Hills, Greenacres, Kernville, Lake Isabella, Lamont, Lost Hills, Mojave, Mountain Mesa, North Edwards, Oildale, Rosamond, Rosedale, South Lake, South Taft, Taft Heights, Weedpatch, and Wofford Heights.

*Source: U.S. Bureau of the Census*

Exhibit R-3
Population and Housing Trends
Kern County, Planning Area 3 and Incorporated Areas

| | Kern | Area 3 | Area 3 - Components | | | | | Area 4 |
|---|---|---|---|---|---|---|---|---|
| | County | Total | Wasco | Shafter | McFarland | Delano | Unicorp | Total |
| **Population** | | | | | | | | |
| 1990 | 543,477 | 61,568 | 12,412 | 4,809 | 7,005 | 22,762 | 10,980 | 343,703 |
| 2000 | 661,645 | 91,074 | 20,092 | 11,895 | 7,438 | 35,545 | 14,104 | 412,446 |
| Change 1990-2000 | 118,168 | 29,506 | 7,680 | 7,086 | 433 | 12,783 | 3,124 | 68,743 |
| %Change 1990-2000 | 21.7% | 47.9% | 61.9% | 147.3% | 6.2% | 56.2% | 28.5% | 20.0% |
| **Household Population** | | | | | | | | |
| 1990 | 529,833 | 59,513 | 12,394 | 8,381 | 6,939 | 22,685 | 9,114 | 339,652 |
| 2000 | 631,675 | 74,011 | 14,745 | 11,391 | 8,097 | 30,256 | 9,522 | 407,548 |
| Change 1990-2000 | 101,842 | 14,498 | 2,351 | 3,010 | 1,158 | 7,571 | 408 | 67,896 |
| %Change 1990-2000 | 19.2% | 24.4% | 19.0% | 35.9% | 16.7% | 33.4% | 4.5% | 20.0% |
| **Persons Per Household** | | | | | | | | |
| 1990 | 2.92 | 3.60 | 3.57 | 3.28 | 4.12 | 3.64 | 3.55 | 2.95 |
| 2000 | 3.03 | 3.67 | 3.60 | 3.29 | 3.94 | 3.63 | 4.29 | 2.95 |
| Change 1990-2000 | 0.11 | 0.07 | 0.03 | 0.01 | (0.18) | (0.01) | 0.74 | - |
| %Change 1990-2000 | 3.8% | 1.9% | 0.8% | 0.3% | -4.4% | -0.3% | 20.8% | |
| **Occupied Housing Units** | | | | | | | | |
| 1990 | 181,480 | 16,517 | 3,471 | 2,558 | 1,685 | 6,236 | 2,567 | 115,015 |
| 2000 | 208,652 | 20,171 | 4,093 | 3,462 | 2,056 | 8,338 | 2,222 | 138,338 |
| Change 1990-2000 | 27,172 | 3,654 | 622 | 904 | 371 | 2,102 | (345) | 23,323 |
| %Change 1990-2000 | 15.0% | 22.1% | 17.9% | 35.3% | 22.0% | 33.7% | -13.4% | 20.3% |
| **Housing Units by Tenure - 2000** | | | | | | | | |
| Owner Occupied | 129,609 | | 2,297 | 2,001 | 1,158 | 4,993 | | |
| Renter Occuipied | 79,043 | | 1,674 | 1,292 | 832 | 3,416 | | |
| Percent Owner | 62.1% | | 58.1% | 57.8% | 56.3% | 59.9% | | |
| Percent Renter | 37.9% | | 40.9% | 37.3% | 40.5% | 41.0% | | |

*Source: U.S. Census Bureau; Kern Council of Governments*

Exhibit R-4
Annual Building Permit Activity - Single Family Construction (000)
United States, California, and Kern County 1999- 2002

| United States | 1999 | 2000 | 2001 | YTD Sept 2001 | YTD Sept 2002 |
|---|---|---|---|---|---|
| Total | 1,246.67 | 1,198.07 | 1,235.55 | 950.23 | 1,008.44 |
| Change | | -48.60 | 37.48 | | 58.21 |
| Percent Change | | -3.90% | 3.13% | | 6.13% |

| State of California | 1999 | 2000 | 2001 | YTD Sept 2001 | YTD Sept 2002 |
|---|---|---|---|---|---|
| Total | 102.75 | 105.02 | 107.36 | 82.69 | 90.32 |
| Change | | 2.27 | 2.34 | | 7.63 |
| Percent Change | | 2.21% | 2.23% | | 9.23% |

| Kern County | 1999 | 2000 | 2001 | YTD Sept 2001 | YTD Sept 2002 |
|---|---|---|---|---|---|
| Total | 2.89 | 2.86 | 3.41 | 2.76 | 2.42 |
| Change | | -0.03 | 0.55 | | -0.34 |
| Percent Change | | -1.04% | 19.23% | | -12.32% |

*Source: U.S. Bureau of the Census*

Exhibit R-5
Housing Building Permits and Valuations - 1990-Oct. 2002
City of Wasco, California

| Year | Single Family No. | Multi-family No. | Single Family Valuation | Multi-family Valuation | Single Family Average | Multi-family Average |
|---|---|---|---|---|---|---|
| 1990 | 39 | 1 | $ 2,983,352 | $ 122,506 | $ 76,496 | $ 122,506 |
| 1991 | 53 | 1 | 4,482,082 | 21,518 | 84,568 | 21,518 |
| 1992 | 41 | 1 | 3,175,912 | 21,996 | 77,461 | 21,996 |
| 1993 | 78 | 4 | 5,244,306 | 59,523 | 67,235 | 14,881 |
| 1994 | 45 | 37 | 2,771,098 | 1,405,641 | 61,580 | 37,990 |
| 1995 | 53 | | 3,432,469 | - | 64,764 | |
| 1996 | 41 | 38 | 2,786,499 | 2,282,382 | 67,963 | 60,063 |
| 1997 | 69 | 3 | 4,706,957 | 153,767 | 68,217 | 51,256 |
| 1998 | 65 | 18 | 3,118,670 | 893,258 | 47,980 | 49,625 |
| 1999 | 63 | 40 | 4,501,940 | 2,659,698 | 71,459 | 66,492 |
| 2000 | 67 | | 4,901,595 | - | 73,158 | |
| 2001 | 100 | 44 | 8,380,944 | 2,900,442 | 83,809 | 65,919 |
| 2002(Oct) | 100 | 1 | 8,838,829 | 112,389 | 88,388 | 112,389 |

*Source: City of Wasco*

Exhibit R-6

Housing Demand 2000-2007

Kern County, Planning Area 3 and Incorporated Areas, Planning Area 4

| | Kern County | Area 3 Total | Area 3 - Components: Wasco | Shafter | McFarland | Delano | Unicorp | Area 4 Total |
|---|---|---|---|---|---|---|---|---|
| **Occupied Housing Units** | | | | | | | | |
| 1990 | 181,480 | 16,517 | 3,471 | 2,558 | 1,685 | 6,236 | 2,567 | 115,015 |
| 2000 | 208,652 | 20,171 | 4,093 | 3,462 | 2,056 | 8,338 | 2,222 | 138,338 |
| %Change 1990-2000 | 15.0% | 22.1% | 17.9% | 35.3% | 22.0% | 33.7% | -13.4% | 20.3% |
| **Housing Demand Needs 2000-2007** | | | | | | | | |
| Additional Household Demand | 39,703 | | | | | | | |
| Vacancy and Housing Stock Adjustment | (9,692) | | | | | | | |
| Additional Housing Construction Needed | 30,011 | 3,238 | 482 | 700 | 287 | 1,628 | 141 | 18,060 |
| **Percent Increase 2000- 2007** | 14.4% | 16.1% | 11.8% | 20.2% | 14.0% | 19.5% | 6.3% | 13.1% |
| **Housing Allocation 2000-2007** | | | | | | | | |
| Number New Units Needed by 2007 | 30,012 | 3,238 | 482 | 700 | 287 | 1,628 | 141 | 18,060 |
| Very Low Income | 6,903 | 411 | 111 | 161 | 66 | 374 | 32 | 4,154 |
| Low Income | 5,102 | 551 | 82 | 119 | 49 | 277 | 24 | 3,070 |
| Moderate and Above | 18,007 | 1,943 | 289 | 420 | 172 | 977 | 85 | 10,836 |
| **Percent Distribution by Income** | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Very Low Income | 23.0% | 12.7% | 23.0% | 23.0% | 23.0% | 23.0% | 22.7% | 23.0% |
| Low Income | 17.0% | 17.0% | 17.0% | 17.0% | 17.1% | 17.0% | 17.0% | 17.0% |
| Moderate and Above | 60.0% | 60.0% | 60.0% | 60.0% | 59.9% | 60.0% | 60.3% | 60.0% |
| **Annual Housing Demand 2000-2007** | 4,287 | 463 | 69 | 100 | 41 | 233 | 20 | 2,580 |

*Source: 2000 Regional Housing Allocation Plan; Kern Council of Governments; U.S. Census Bureau*