APPENDIX C

**CITY OF WASCO** 

# APPENDIX C

## *MAPS*

*B-1*          *LOCATION MAP*
*B-2*          *ASSESSOR'S PARCEL MAP*
*B-3*          *OWNERSHIP MAP*
*B-4*          *FINAL PARCEL MAP 9572*
*B-5*          *TENTATIVE TRACT MAP 5472*
*B-6*          *TENTATIVE TRACT MAP 5618*
*B-7*          *ZONING MAP*
*B-8*          *AERIAL PHOTO*
*B-9*          *SEWER MAP*
*B-10*        *WATER MAP*



MAP B-1 LOCATION MAP
VALLEY ROSE ESTATES

☐ Parcel Boundaries

N

HWY 43

HWY 46

VALLEY ROSE
ESTATES

ASSESSOR'S PARCEL MAP

ASSESSORS MAP NO. 487-05
COUNTY OF KERN

# MAP B-3 OWNERSHIP MAP

## VALLEY ROSE ESTATES

Owned by Wasco Community
Development Corporation

Owned by the City of Wasco

Blue Numbers - APN

Black Numbers - Acreage



487-050-49

121.07 ac

487-050-51

158.24 ac

VALLEY ROSE PKY

AUGUSTA MANOR DR

487-050-50

70.81 ac

LEONARD

487-050-48

46.06 ac

487-050-24

155.16 ac

487-050-46

33.51 ac

VALLEY ROSE
GOLF COURSE

487-050-47

27.16 ac

HWY 46



"REVISED"

TENTATIVE PARCEL MAP No. 9572

# "REVISED" TENTATIVE TRACT MAP No. 5472

**GENERAL NOTES**

**LEGAL DESCRIPTION**

SCALE 1" = 100'

**OWNER**

**SURVEYOR**

**PREPARED BY**

ST. ANDREWS CRESCENT

VALLEY OAK PARKWAY

ST. ANDREWS CRESCENT

SANDMAN COURT

OLYMPIC CLUB

HUI A PARK

HUI A PARK

N. STATE ROUTE 46

VICINITY MAP



# MAP B-7 ZONING MAP

## VALLEY ROSE ESTATES

| | |
|---|---|
| C-N Neighborhood Commercial | R-2 - Medium Density Residential |
| C-R Commercial Retail | R-E Residential Estate |
| R-1-6 Low Density Residential 6,000 | R-F O-S Open Space |
| R-1-8 Low Density Res 8,000 | P-F Public Facilities |

N

R-1-8

R-1-8

P-F

R-2

AUGUSTA MANOR DR

VALLEY ROSE PKY

R-E

LEONARD

R-1-8

R-F O-S

VALLEY ROSE
GOLF COURSE

R-1-6

C-R

C-N

HWY 46

# MAP B-8 AERIAL PHOTO

# VALLEY ROSE ESTATES

Parcel Boundaries



# MAP B-9 SEWER MAP

# VALLEY ROSE ESTATES



| | |
|---|---|
| ⌁⌁⌁ | 6 Inch Sewer Line |
| ▬▬▬ | 8 Inch Sewer Line |
| ─ ─ ─ | 18 Inch Sewer Line |
| ▭ | Parcel Boundaries |

N

VALLEY ROSE PKY

AUGUSTA MANOR DR

LEONARD

VALLEY ROSE
GOLF COURSE

HWY 46

# MAP B-10 WATER MAP

# VALLEY ROSE ESTATES

| | |
|---|---|
| ——— | 6 Inch Water Line |
| – – – | 8 Inch Water Line |
| ········· | 12 Inch Water Line |
| ▭ | Parcel Boundaries |



VALLEY ROSE PKY

AUGUSTA MANOR DR

LEONARD

VALLEY ROSE
GOLF COURSE

HWY 46