Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**-AMENDED-<br>COMPENDIUM OF EVIDENCE IN SUPPORT OF SUMMARY JUDGMENT**<br><br>**DATE:  OCTOBER 28, 2009<br>TIME:   8:30 A.M.<br>PLACE:  COURTROOM 4**<br><br>**JUDGE: Lawrence J. O'Neill** |

In support of their Summary Judgment Motion, Defendants, Northern and Lotus, offer the following evidence consisting of;

1. City of Wasco Developer Information Package-Exhibit "A" to Declaration of Joe Wu.

2. Declaration of Darrell Souza (without exhibits).

3. Declaration of Eugene Martin---------------------------------Exhibit "D" to Hassing Dec.

4. Declaration of Greg Black.

5. Declaration of Jeff Gutierrez.

1

6.  Declaration of Joe Wu (without exhibits).

7.  Declaration of Josh Woodard.

8.  Declaration of Michael Brown (without exhibits).

9.  Declaration of Sarah Burgi.

10. Declaration of Steven J Hassing (without exhibits).

11. Deed of Trust, Legacy to MM----------------------------------Exhibit "H" to Brown Dec.

12. Deed to City of Parcel 1 of Map 9572------------------------Exhibit "H' to Hassing Dec.

13. Deed to City of Parcel 3 of Map 9572------------------------Exhibit "I" to Hassing Dec.

14. Excerpts from McIntosh Depo- 80; 1-25--------------------Exhibit "E" to Hassing Dec.

15. Excerpts from McIntosh Depo- 156; 2-22------------------Exhibit "U" to Hassing Dec.

16. Excerpts from McIntosh Depo- 186; 8- 188; 13-----------Exhibit "M" to Hassing Dec.

17. Excerpts from McIntosh Depo- 191; 12- 192; 12----------Exhibit "N" to Hassing Dec.

18. Excerpts from McIntosh Depo- 196; 22- 197; 22----------Exhibit "P" to Hassing Dec.

19. Excerpts from McIntosh Depo- 197; 17- 22----------------Exhibit "R" to Hassing Dec.

20. Excerpts from McIntosh Depo- 198; 12- 16----------------Exhibit "O" to Hassing Dec.

21. Excerpts from McIntosh Depo- 310; 24- 311; 17-----------Exhibit "J" to Hassing Dec.

22. Excerpts from McIntosh Depo- 312; 2-22------------------Exhibit "K" to Hassing Dec.

23. Excerpts from McIntosh Depo- 312; 23- 314; 17----------Exhibit "L" to Hassing Dec.

24. Excerpts from McIntosh Depo- 210; 21- 211; 9-----------Exhibit "X" to Hassing Dec.

25. Excerpts from McIntosh Depo- 314; 10- 315; 1----------- Exhibit "S" to Hassing Dec.

26. Excerpts from McIntosh Depo- 315; 3- 8-------------------Exhibit "Q" to Hassing Dec.

27. Excerpts from Woodcock Depo- 13; 18- 14; 12-----------Exhibit "Z" to Hassing Dec.

28. Excerpts from Woodcock Depo- 15; 7- 18------------------Exhibit "V" to Hassing Dec.

29. Excerpts from Woodcock Depo- 29; 2- 8-------------------Exhibit "T" to Hassing Dec.

30. Final Map 6451--------------------------------------------------Exhibit "G" to Hassing Dec.

31. January 28, 1993 Acquisition Agreement--------------------Exhibit "F" to Brown Dec.

32. June 24, 1992 Addendum to Legacy/MM Contract---------Exhibit "D" to Brown Dec.

33. March 8, 1993 "cost update" to Legacy/MM Contract------Exhibit "E" to Brown Dec.

34. March 18, 1992 Contract between Legacy and MM------- Exhibit "B" to Brown Dec.

35. May 11, 1992 Addendum to Legacy/MM Contract--------Exhibit "C" to Brown Dec.

36. Parcel Map 9572-----------Exhibit "F" to Hassing Dec and Exhibit "L" to Brown Dec.

37. Promissory Note, Legacy to MM------------------------------Exhibit "G" to Brown Dec.

38. Settlement Agreement between Legacy and MM-------------Exhibit "I" to Brown Dec.

39. Stipulated Judgment, Legacy to MM--------------------------Exhibit "J" to Brown Dec.

40. Tentative Map 5472--------------------------------------------Exhibit "B" to Hassing Dec.

41. Tentative Map 6451--------------------------------------------Exhibit "A" to Hassing Dec.

42. Third Amended Complaint------------------------------------Exhibit "C" to Hassing Dec.

43. Valley Rose Estates Draft Guidance Package----------------Exhibit "A" to Brown Dec.

44. Writ of Sale-------------------------------------------------------- Exhibit "K" to Brown Dec.

45. Wong Deposition Excerpts 67; 7- 79; 8---------------------Exhibit "Y" to Hassing Dec.

46. Wong Deposition Excerpts 103; 22- 120; 2----------------Exhibit "Y" to Hassing Dec.

Dated this 28th day of September, 2009            /s/ Steven J. Hassing, Esq.
                                                    Steven J Hassing, Attorney for Defendants.
                                                    Northern and Lotus

3

**CERTIFICATE OF SERVICE**

1. On September 29, 2009, I served the following document:

   - **AMENDED COMPENDIUM OF EVIDENCE IN SUPPORT OF SUMMARY JUDGMENT**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   Overnight service via UPS and addressed to::

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 29th Day of September, 2009.

/s/ Kimberley A. Hassing
Kimberley A. Hassing