st

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
jbraze@bortonpetrini.com
jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh
dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, <br><br> Plaintiff, <br><br> v. <br><br> NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; DENNIS W. DE WALT, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 1:07-CV- 01080- LJO-GSA <br><br> NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER FEDERAL RULES OF CIVIL PROCEDURE 15(a)(2) <br><br> DATE: October 28, 2009 <br> TIME: 8:30 a.m. <br> DEPT.: 10 <br> JUDGE: Lawrence J. O'Neill; <br> Gary S. Austin |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 28, 2009, at 8:30 a.m., or as soon as the matter can be heard, plaintiff Roger McIntosh, hereby moves the Court for partial summary judgment on the following affirmative defenses and grounds:

- <u>Publication</u>: As a matter of law, submitting a tentative map and improvement plans to a public agency is not a publication;
- <u>Implied License</u>: As a matter of law, submitting a tentative map to a public agency is not sufficient to establish an implied license;

- <u>First Sale Doctrine</u>: McIntosh explicitly and in writing retained the right to his work and it was never sold.
- <u>Abandonment of Copyright</u>: The act of submitting a work to a public entity is, by law, not an act of abandonment.
- <u>Merger of Copyright</u>: All parties admit the subdivision could have been redesigned and, by law, the fact that a public entity adopts a particular design does not make it "merge" with the copyrighted work.
- <u>Statute of Limitations</u>: The earliest act of infringement occurred in September of 2004 and the copyright claim was filed in July of 2007 and well within the three year statute of limitations period allowed under the Copyright Act.
- <u>Laches</u>: McIntosh did not discover the infringement until late 2006, filed his copyright in February of 2007, and complaint in July and long after the work was started and the homes were already almost completed.
- <u>Independent Creation</u>: Defendants all admit to or clearly had access to the copyrighted work during the infringing period leaving no ability for them to rebut the presumption that they indirectly infringed the work.

Affirmative defenses generally admit the matter in a complaint but assert additional, extraneous facts that presumably defeat recovery. However, the attached Memorandum of Points and Authorities in Support of this Motion, Separate Statement of Undisputed Facts, Declarations, and Request for Judicial Notice filed herewith will show that, on identical facts, courts in this circuit and across the country have all uniformly rejected each of these defenses as they relate to tentative maps and improvement plans.

DATED: September 24, 2009

BORTON PETRINI, LLP

By: _____
Jeffrey A. Travis, Attorneys for Plaintiff,
Roger McIntosh dba McIntosh & Associates

# PROOF OF SERVICE
## (FRCP No. 5(b)(2)(E))

### STATE OF CALIFORNIA, COUNTY OF KERN

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **September 29, 2009**, I served the foregoing document described as **NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER FEDERAL RULES OF CIVIL PROCEDURE 15(a)(2)** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>Alexander & Associates<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

☒ **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

☒ **BY OVERNIGHT MAIL:** I caused such envelope with postage fully prepaid to be sent by Golden State Overnight Mail.

Executed on **September 29, 2009**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Vanessa J. Claridge_