# VI. Development Potential

## RESIDENTIAL DEVELOPMENT POTENTIAL

❑ Demand for residential development in the Wasco area can be expected to continue to grow over the next ten years. This is based on the expected pace of growth in housing demand, the current locational focus of new development, and lower residential land costs in the Wasco area.

❑ The site adjacent to the golf course is appropriate for residential development along with supporting commercial development. The size and configuration of the site lends itself to the development of a planned residential community. Development is supportable from a market perspective. Such a development could stimulate plans that would improve golf course performance.

❑ Development on the land adjacent to the golf course will require the commitment of an investor/developer to a long-range development program. With approximately 470 acres potentially available, even at modest densities, the site could accommodate well in excess of 1,000 units. (The initial Land Use Plan prepared in 1992 showed a build out of in excess of 2,300 units). Thus, the development program would likely require a 6-10 year absorption period to achieve buildout, once the program was initiated.

❑ A preliminary concept plan for the vacant land should be developed to outline the key development concept(s). This can serve as a benchmark and guideline for a specific master plan for the property when appropriate.

❑ The potential for extension/expansion of the golf course in to the community should be carefully considered at the onset of the project planning process.

## TARGET MARKET(S)

❑ There are a number of housing market segments that are appropriate for the residential development. Given the pace and timing of anticipated development, it is likely that a mix of target markets would result in a faster absorption rate of new housing. These segments include:

o  Primary-home users – housing for move-up buyers from the Bakersfield and Wasco market areas, and moderately priced new housing for new residents moving to the area. These segments would generally have preference for single-family homes, model homes, and lots. Typical age range for these groups would be 35-55 years of age with household incomes above $75,000.

BP02403

o  Retirees and pre-retirees - permanent homes for retirees from the Bakersfield area or new residents moving into the area. The presence of the golf course would be a strong attraction. This segment would generally prefer single-family homes, model homes, and lots. The pre-retirees generally would have a higher preference for lots. Pre-retirees are typically 50-60 years of age. They would have household incomes above $75,000. Retirees would generally be 60 years of age and older. Incomes would typically be $50,000 and above.

❑ At this time, it would appear that a mix of 60-65 percent of the housing would be directed at primary home users and the balance toward pre-retirees and retired persons.

❑ The semi-rural location of the property would lend itself to include larger sized parcels in the development mix.

❑ The community to be developed should provide a range of housing types catering to the demographic age groups as outlined above. This will provide for the broadest appeal to the targeted market segments and thus encourage faster absorption and serve to diversify the housing choices in Wasco. The community should be multi-dimensional in terms of its presence in the marketplace. It does not appear appropriate to develop a "retirement community" or an "adult" community, although pre-retirees and retired households are expected to reside there.

❑ It is important that the residential development convey a strong sense of "community" based on its planning and design standards and features. The development should be conceptually linked with the golf facility in terms of a theme and also reflect the semi-rural nature of the site.

❑ The development should capitalize on golf course views, and use water features within the residential development to complement the golf course. Commercial development should be clustered to create areas of interest. Multiple design features should be used to create visually interesting neighborhoods. They should also be used to create strong entry statements to the residential community and the golf course. Specific themes can be developed based on the final development plans.

## COMMERCIAL DEVELOPMENT POTENTIAL

❑ Community related commercial development should be planned as part of the overall development program and citywide needs. Consider creating central community area, clustered development and "village" concepts to enhance the overall attractiveness of the community.

❑ Depending on the timing of the residential development, commercial development will likely need to be phased.

❑ The City should explore the viability of swapping golf course land adjacent to the Highway 46 for expansion or extension of the course into the residential development. This could provide financial resources to alleviate current debt on the golf course.

BP02404

❑ Development of highway commercial land should be interrelated to the overall community development concept. It should be compatible with the character and themes of the residential and golf course development. Design and landscaping themes should be consistent with the residential development.

## GOLF COURSE IMPROVEMENTS

❑ Ongoing improvements to the golf course have been described in the Golf Facility Chapter. These include:

- o  Ongoing improvement to conditions of the golf course.
- o  Maintenance of the golf course clubhouse
- o  Improvements to the golf course maintenance facility

❑ Additional improvements should be made to the entrance and approach to the golf facility. Signage to the golf course approaching the facility from the east is not seen until almost at Leonard Avenue. Additional, tasteful signage should be considered throughout the golf facility. The fenced utility station near the corner of State Route 47 and Leonard Avenue should be screened more effectively, and advertising type banners removed from the entrance.

❑ Consideration should be given to enhancing the design of the entranceway to the clubhouse and main parking area. Curb treatment and additional landscaping should be developed as part of an overall improvement plan for the clubhouse area. This recommendation could change if the golf facility is reconfigured.

❑ Planning for other related facilities in the southeast corner of the property should be conducted as part of an overall master plan. When the residential portion of the property is being planned, specific consistent "themes" or concepts should be considered to tie the development concepts together. This is appropriate but should be carefully developed in conjunction with the housing development strategy. The golf facility and any other related club ancillary developments should complement and augment the residential concept.

## COURSE EXPANSION

❑ The golf market does not support the expansion of the golf course to a 27-hole or 36-hole facility. However, it may be appropriate, if justified by potential benefits to the residential development, as discussed above. The City and potential development interests should consider this at the onset of the development process. For example, a developer/investor may feel the inclusion of an additional 9-holes of golf within the residential development would enhance the quality, attractiveness, and marketability of the residential community as well as increase potential values of lots and residences in the area. Developments costs for course expansion or reconfiguration would be borne by the residential development.

BP02405

## FUNCTION EXPANSION

❑   There is space for expansion or addition of facilities in certain areas of the existing golf course. Such additions could include the expansion or extension of the current banquet function space, and the addition of a new restaurant on the site. Other suggestions have included a fitness facility, development of three additional practice holes, and expansion of the existing golf practice facilities. While each of these has merit, actual development should be driven by market demand to support these facilities. Should the configuration of the golf course change as a result of a residential development program, additional golf course improvements may be appropriate.

❑   We recommend that a preliminary concept plan be developed for potential expansion of uses at the golf facility to understand physical development potential and constraints and that flexibility be maintained until the conceptual plans for the residential development are prepared.

## INTERRELATIONSHIP BETWEEN RESIDENTIAL DEVELOPMENT AND GOLF COURSE

❑   Consideration should be given to the integration of the recreational/entertainment characteristics of the golf facility complex and the residential community, for example though the development of green space, pathways, etc. which link to the golf complex and enhance the overall community development concept. This linkage should occur whether or not the golf course is extended into the residential community.

## MARKET STRATEGY

❑   The City should inform the development community of their intentions regarding interest in the development of the property adjacent to the course. Of particular interest are specifics regarding the site including the current status of infrastructure and potential incentives to encourage appropriate development. During the course of this study, it was apparent that while there was general knowledge of the Wasco market, specifics regarding the City's development posture and goals for development were not general knowledge.

❑   The City should publicize the planned improvement plans for the golf facility and encourage greater community awareness of the facility in Wasco and the Bakersfield community as a whole. This effort should be coordinated with the golf marketing program for the facility.

❑   A specific marketing program for the golf related residential community should be developed to attract developer and investor interest. Initially, this could consist of the summary or recommendations developed as part of this study in conjunction with appropriate site related materials.

❑   The marketing effort should target key residential developer/investors active in the Bakersfield area as well other Central Valley and Southern California developers. Based on the response to this effort and market conditions at the time, the specific timing for a development package could be determined which would to formally present the concept to

BP02406

the development community. The City should determine its policies regarding disposition of the City owned residential land and its position regarding the existing infrastructure. The development package could outline the development incentives that the City feels is appropriate to encourage the desired development for the site. Options for swapping or reconfiguring portions of the golf course should be detailed.

❑ The program can be considered an economic development program for the City with the objectives of increasing the range of housing opportunity in Wasco, building community image and enhancing the recreational assets of the City.

## OTHER OPTIONS

The program described above considered basically one development option in which the City maintains long-term control and operation of the Wasco Valley Rose golf facility. There are several other options that could be considered regarding the golf facility.

❑ Option 1. The City could consider the potential sale of the golf course and the City-owned Valley Rose Estates property for purposes of developing a comprehensive golf course community. Under private ownership, the course would likely need to remain open to the public to sustain the level of activity necessary to maintain viability. The scale of the adjacent development would not be of sufficient size to support a full club membership program (assuming the course would become private) and would depend on the surrounding area for additional members or daily fee players. In terms of a private membership program, it is not likely that sufficient support could be derived from the immediate Wasco area due to the small size and demographic characteristics of the population. It would be more likely that a semi-private golf facility would be supportable with continued emphasis on outside marketing. In any event, improvements to the course and clubhouse would be required to appeal to residential purchasers.

❑ Option 2. City retains control of the golf facility for the immediate future and continues to improve conditions and performance while the housing market in Wasco matures. At some point in the future, the City can either sell the course to a developer, other private party, or to a golf course management company. The City can sell the Valley Rose Estates property when developer interest emerges

❑ Option 3. City sells the golf facility to a private party or golf management company allowing the purchaser to fund required improvements and operate the course. The City can then sell the Valley Rose Estates property when developer interest emerges. Given the current performance of the golf course, it is not likely that a reasonable value for the golf facility could be realized until performance improves.

BP02407

# Appendix

# Project Data Metrics Book

BP02408

# City of Wasco
# Project Metrics Book
## Nov-02

### Table of Contents

| Exhibit | Title | Page |
|---|---|---|
| Exhibit R-1 | United States, California and Kern County Population Trends 1960-2000 | 2 |
| Exhibit R-2 | Kern County California and City Population Growth 1990-2000 | 3 |
| Exhibit R-3 | Population and Housing Trends - Kern County and Planning Areas | 4 |
| Exhibit R-4 | Annual Building Permit Activity - Single Family Construction | 5 |
| Exhibit R-5 | Wasco Housing Building Permits and Valuations - 1990-Oct. 2002 ($000) | 6 |
| Exhibit R-6 | Housing Demand 2000-2007 - Kern County and Planning Area 3 | 7 |
| Exhibit R-7 | Profile of Demographic Characteristics - 2000 - Kern County, Wasco | 8 |
| Exhibit R-8 | Wasco Single and Multi Family New Housing Building Permits 1990-2002 | 9 |
| Exhibit R-9 | Wasco Single and Multifamily Housing Valuation 1990-2002 | 10 |
| Exhibit G-1 | Golf Course Inventory and Golf Rounds by Facility Type-2002 | 11 |
| Exhibit G-2 | Golf Course Inventory – 2002 | 12 |
| Exhibit G-3 | Golf Demand Analysis 2002-2007 | 13 |
| Exhibit F-1 | Financial Operating Statements Summary 1999-2002 | 14 |
| Exhibit F-2 | Financial Operating Statements 1999-2002 | 15 |

BP02409

12/20/2002

Exhibit R-1
United States, California and Kern County Population Trends 1960-2000

| United States | 1960 | 1970 | 1980 | 1990 | 2000 |
|---|---|---|---|---|---|
| Total | 179,323,175 | 203,302,031 | 226,545,805 | 248,709,873 | 281,421,906 |
| Change | | 23,978,856 | 23,243,774 | 22,164,068 | 32,712,033 |
| Percent Change | | 13.40% | 11.40% | 9.80% | 13.20% |

| State of California | 1960 | 1970 | 1980 | 1990 | 2000 |
|---|---|---|---|---|---|
| Total | 15,717,204 | 19,971,069 | 23,667,902 | 29,760,021 | 33,871,648 |
| Change | | 4,253,865 | 3,696,833 | 6,092,119 | 4,111,627 |
| Percent Change | | 27.10% | 18.50% | 25.70% | 13.80% |

| Kern County | 1960 | 1970 | 1980 | 1990 | 2000 |
|---|---|---|---|---|---|
| Total | 291,984 | 330,234 | 403,089 | 543,477 | 661,645 |
| Change | | 38,250 | 72,855 | 140,388 | 118,168 |
| Percent Change | | 13.10% | 22.10% | 34.80% | 21.70% |

*Source: Census 2000 analyzed by the Social Science Data Analysis Network (SSDAN).*

BP02410

Exhibit R-2

### Kern County California and City Population Growth 1990-2000

| City | 1990 | 2000 | Change | Percent Change | Percent of Growth |
|---|---|---|---|---|---|
| TOTAL COUNTY | 543,477 | 661,645 | 118,168 | 21.7% | 100% |
| Arvin | 9,286 | 12,956 | 3,670 | 39.5% | 3% |
| Bakersfield | 174,820 | 247,057 | 72,237 | 41.3% | 61% |
| California City | 5,955 | 8,385 | 2,430 | 40.8% | 2% |
| Delano | 22,762 | 38,824 | 16,062 | 70.6% | 14% |
| Maricopa | 1,193 | 1,111 | -82 | -6.9% | 0% |
| McFarland | 7,005 | 9,618 | 2,613 | 37.3% | 2% |
| Ridgecrest | 27,725 | 24,927 | -2,798 | -10.1% | -2% |
| Shafter | 8,409 | 12,736 | 4,327 | 51.5% | 4% |
| Taft | 5,902 | 6,400 | 498 | 8.4% | 0% |
| Tehachapi | 5,791 | 10,957 | 5,166 | 89.2% | 4% |
| Wasco | 12,412 | 21,263 | 8,851 | 71.3% | 7% |
| Unincorporated* | 104,465 | 114,057 | 9,592 | 9.2% | 8% |
| Other | 157,752 | 153,354 | -4,398 | -2.8% | -4% |

*Unincorporated areas include: Bear Valley Springs, Bodfish, Boron, Buttonwillow, Edwards AFB, Ford City, Frazier Park, Golden Hills, Greenacres, Kernville, Lake Isabella, Lamont, Lost Hills, Mojave, Mountain Mesa, North Edwards, Oildale, Rosamond, Rosedale, South Lake, South Taft, Taft Heights, Weedpatch, and Wofford Heights.

*Source: U.S. Bureau of the Census*

Exhibit R-3
Population and Housing Trends
Kern County, Planning Area 3 and Incorporated Areas

| | Kern County | Area 3 Total | Area 3 - Components | | | | | Area 4 Total |
|---|---|---|---|---|---|---|---|---|
| | | | Wasco | Shafter | McFarland | Delano | Unicorp | |
| **Population** | | | | | | | | |
| 1990 | 543,477 | 61,568 | 12,412 | 4,809 | 7,005 | 22,762 | 10,980 | 343,703 |
| 2000 | 661,645 | 91,074 | 20,092 | 11,895 | 7,438 | 35,545 | 14,104 | 412,446 |
| Change 1990-2000 | 118,168 | 29,506 | 7,680 | 7,086 | 433 | 12,783 | 3,124 | 68,743 |
| %Change 1990-2000 | 21.7% | 47.9% | 61.9% | 147.3% | 6.2% | 56.2% | 28.5% | 20.0% |
| **Household Population** | | | | | | | | |
| 1990 | 529,833 | 59,513 | 12,394 | 8,381 | 6,939 | 22,685 | 9,114 | 339,652 |
| 2000 | 631,675 | 74,011 | 14,745 | 11,391 | 8,097 | 30,256 | 9,522 | 407,548 |
| Change 1990-2000 | 101,842 | 14,498 | 2,351 | 3,010 | 1,158 | 7,571 | 408 | 67,896 |
| %Change 1990-2000 | 19.2% | 24.4% | 19.0% | 35.9% | 16.7% | 33.4% | 4.5% | 20.0% |
| **Persons Per Household** | | | | | | | | |
| 1990 | 2.92 | 3.60 | 3.57 | 3.28 | 4.12 | 3.64 | 3.55 | 2.95 |
| 2000 | 3.03 | 3.67 | 3.60 | 3.29 | 3.94 | 3.63 | 4.29 | 2.95 |
| Change 1990-2000 | 0.11 | 0.07 | 0.03 | 0.01 | (0.18) | (0.01) | 0.74 | |
| %Change 1990-2000 | 3.8% | 1.9% | 0.8% | 0.3% | -4.4% | -0.3% | 20.8% | |
| **Occupied Housing Units** | | | | | | | | |
| 1990 | 181,480 | 16,517 | 3,471 | 2,558 | 1,685 | 6,236 | 2,567 | 115,015 |
| 2000 | 208,652 | 20,171 | 4,093 | 3,462 | 2,056 | 8,338 | 2,222 | 138,338 |
| Change 1990-2000 | 27,172 | 3,654 | 622 | 904 | 371 | 2,102 | (345) | 23,323 |
| %Change 1990-2000 | 15.0% | 22.1% | 17.9% | 35.3% | 22.0% | 33.7% | -13.4% | 20.3% |
| **Housing Units by Tenure - 2000** | | | | | | | | |
| Owner Occupied | 129,609 | | 2,297 | 2,001 | 1,158 | 4,993 | | |
| Renter Occupied | 79,043 | | 1,674 | 1,292 | 832 | 3,416 | | |
| Percent Owner | 62.1% | | 53.1% | 57.8% | 56.3% | 59.9% | | |
| Percent Renter | 37.9% | | 40.9% | 37.3% | 40.5% | 41.0% | | |

Source: U.S. Census Bureau; Kern Council of Governments

Wasco Project Metrics Book 1.xls
EX R-3

Page 1 of 1

BP02412

12/20/2002
3:27 PM

Exhibit R-4
**Annual Building Permit Activity - Single Family Construction (000)**
United States, California, and Kern County 1999- 2002

| United States | 1999 | 2000 | 2001 | YTD Sept 2001 | YTD Sept 2002 |
|---|---|---|---|---|---|
| Total | 1,246.67 | 1,198.07 | 1,235.55 | 950.23 | 1,008.44 |
| Change | | -48.60 | 37.48 | | 58.21 |
| Percent Change | | -3.90% | 3.13% | | 6.13% |

| State of California | 1999 | 2000 | 2001 | YTD Sept 2001 | YTD Sept 2002 |
|---|---|---|---|---|---|
| Total | 102.75 | 105.02 | 107.36 | 82.69 | 90.32 |
| Change | | 2.27 | 2.34 | | 7.63 |
| Percent Change | | 2.21% | 2.23% | | 9.23% |

| Kern County | 1999 | 2000 | 2001 | YTD Sept 2001 | YTD Sept 2002 |
|---|---|---|---|---|---|
| Total | 2.89 | 2.86 | 3.41 | 2.76 | 2.42 |
| Change | | -0.03 | 0.55 | | -0.34 |
| Percent Change | | -1.04% | 19.23% | | -12.32% |

*Source: U.S. Bureau of the Census*

Exhibit R-5
Housing Building Permits and Valuations - 1990-Oct. 2002
City of Wasco, California

| Year | Single Family No. | Multi-family No. | Single Family Valuation | Multi-family Valuation | Single Family Average | Multi-family Average |
|------|------|------|------|------|------|------|
| 1990 | 39 | 1 | $ 2,983,352 | $ 122,506 | $ 76,496 | $ 122,506 |
| 1991 | 53 | 1 | 4,482,082 | 21,518 | 84,568 | 21,518 |
| 1992 | 41 | 1 | 3,175,912 | 21,996 | 77,461 | 21,996 |
| 1993 | 78 | 4 | 5,244,306 | 59,523 | 67,235 | 14,881 |
| 1994 | 45 | 37 | 2,771,098 | 1,405,641 | 61,580 | 37,990 |
| 1995 | 53 | | 3,432,469 | - | 64,764 | |
| 1996 | 41 | 38 | 2,786,499 | 2,282,382 | 67,963 | 60,063 |
| 1997 | 69 | 3 | 4,706,957 | 153,767 | 68,217 | 51,256 |
| 1998 | 65 | 18 | 3,118,670 | 893,258 | 47,980 | 49,625 |
| 1999 | 63 | 40 | 4,501,940 | 2,659,698 | 71,459 | 66,492 |
| 2000 | 67 | | 4,901,595 | - | 73,158 | |
| 2001 | 100 | 44 | 8,380,944 | 2,900,442 | 83,809 | 65,919 |
| 2002(Oct) | 100 | 1 | 8,838,829 | 112,389 | 88,388 | 112,389 |

*Source: City of Wasco*

Exhibit R-6
Housing Demand 2000-2007
Kern County, Planning Area 3 and Incorporated Areas, Planning Area 4

| | Kern County | Area 3 Total | Area 3 - Components | | | | | Area 4 Total |
|---|---|---|---|---|---|---|---|---|
| | | | Wasco | Shafter | McFarland | Delano | Unicorp | |
| **Occupied Housing Units** | | | | | | | | |
| 1990 | 181,480 | 16,517 | 3,471 | 2,559 | 1,685 | 6,236 | 2,567 | 115,015 |
| 2000 | 208,652 | 20,171 | 4,093 | 3,462 | 2,056 | 8,338 | 2,222 | 138,338 |
| %Change 1990-2000 | 15.0% | 22.1% | 17.9% | 35.3% | 22.0% | 33.7% | -13.4% | 20.3% |
| **Housing Demand Needs 2000-2007** | | | | | | | | |
| Additional Household Demand | 39,703 | | | | | | | |
| Vacancy and Housing Stock Adjustment | (9,692) | | | | | | | |
| Additional Housing Construction Needed | 30,011 | 3,238 | 482 | 700 | 287 | 1,628 | 141 | 18,060 |
| **Percent Increase 2000- 2007** | 14.4% | 16.1% | 11.8% | 20.2% | 14.0% | 19.5% | 6.3% | 13.1% |
| **Housing Allocation 2000-2007** | | | | | | | | |
| Number New Units Needed by 2007 | 30,012 | 3,238 | 482 | 700 | 287 | 1,628 | 141 | 18,060 |
| Very Low Income | 6,903 | 411 | 111 | 161 | 66 | 374 | 32 | 4,154 |
| Low Income | 5,102 | 551 | 82 | 119 | 49 | 277 | 24 | 3,070 |
| Moderate and Above | 18,007 | 1,943 | 289 | 420 | 172 | 977 | 85 | 10,836 |
| **Percent Distribution by Income** | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Very Low Income | 23.0% | 12.7% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% |
| Low Income | 17.0% | 17.0% | 17.0% | 17.0% | 17.1% | 17.0% | 17.0% | 17.0% |
| Moderate and Above | 60.0% | 60.0% | 60.0% | 60.0% | 59.9% | 60.0% | 60.3% | 60.0% |
| **Annual Housing Demand 2000-2007** | 4,287 | 463 | 69 | 100 | 41 | 233 | 20 | 2,580 |

Source: 2000 Regional Housing Allocation Plan; Kern Council of Governments; U.S. Census Bureau

APPENDIX C

CITY OF WASCO



# APPENDIX C

## *MAPS*

| | |
|---|---|
| *B-1* | *LOCATION MAP* |
| *B-2* | *ASSESSOR'S PARCEL MAP* |
| *B-3* | *OWNERSHIP MAP* |
| *B-4* | *FINAL PARCEL MAP 9572* |
| *B-5* | *TENTATIVE TRACT MAP 5472* |
| *B-6* | *TENTATIVE TRACT MAP 5618* |
| *B-7* | *ZONING MAP* |
| *B-8* | *AERIAL PHOTO* |
| *B-9* | *SEWER MAP* |
| *B-10* | *WATER MAP* |

BP02417



MAP B-1 LOCATION MAP
VALLEY ROSE ESTATES

☐ Parcel Boundaries

HWY 43

HWY 46

VALLEY ROSE ESTATES

BP02418



ASSESSOR'S PARCEL MAP

ASSESSORS MAP NO. 487-05
COUNTY OF KERN

# MAP B-3 OWNERSHIP MAP

## VALLEY ROSE ESTATES

Owned by Wasco Community
Development Corporation

Owned by the City of Wasco

Blue Numbers – APN

Black Numbers – Acreage



LEONARD

HWY 46



BP02420



TENTATIVE PARCEL MAP No. 9572

"REVISED"



BP02422



# MAP B-7 ZONING MAP

# VALLEY ROSE ESTATES



# MAP B-8 AERIAL PHOTO

# VALLEY ROSE ESTATES

Parcel Boundaries



BP02425



# MAP B-9 SEWER MAP

# VALLEY ROSE ESTATES



BP02426

# MAP B-10 WATER MAP

# VALLEY ROSE ESTATES



BP02427

# EXHIBIT "T"

**Certified Copy**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

2009 JUN 29  A 10: 39

ROGER McINTOSH,

Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES, COMPANY, et al.,

Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Case No.
107CV 01080 LJO-WMW

**30(b)(6) AND 34 DEPOSITION OF**

**JEFFREY A. GUTIERREZ, P.L.S.**

June 19, 2009
10:00 a.m.

5060 California Avenue
Suite 700
Bakersfield, California

Wendy Hahesy, RMR, CSR-4873



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION


ROGER McINTOSH,

        Plaintiff,

    vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES, COMPANY, et al.,

        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Case No.
107CV 01080 LJO-WMW


30(b)(6) AND 34 DEPOSITION OF

JEFFREY A. GUTIERREZ, P.L.S.

ON BEHALF OF

DeWALT CM, INC. AND DENNIS W. DeWALT, INC.


June 19, 2009

10:00 a.m.


5060 California Avenue
Suite 700
Bakersfield, California


Wendy Hahesy, RMR, CSR-4873



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Jeffrey A. Gutierrez, P.L.S.                                June 19, 2009

2

1               APPEARANCES OF COUNSEL

2

3     For the Plaintiff:

4        LAW OFFICES OF BORTON & PETRINI, LLP
         BY:   JEFFREY A. TRAVIS, ESQ.
5        5060 California Avenue, Suite 700
         Bakersfield, California 93301
6        661.322.3051

7     For the Defendants DeWalt CM, Inc. and Dennis W. DeWalt,
      Inc. :

8

9        ALEXANDER & ASSOCIATES, PLC
         BY:   WILLIAM L. ALEXANDER, ESQ.
         1925 "G" Street
10       Bakersfield, California 93301
         661.316.7888

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Jeffrey A. Gutierrez, P.L.S.                                June 19, 2009

                                    3

1                        INDEX OF EXAMINATION

2

3   WITNESS:   JEFFREY A. GUTIERREZ, P.L.S.

4   EXAMINATION                                            PAGE

5   By Mr. Travis                                            5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

4

1

INDEX OF EXHIBITS

2

3   Exhibit                Description                          Page

4      1      Notice of Deposition                              25

5      2      Notice of Deposition                              25

6      3      Proposal dated 7/21/04                            25

7      4      CELSOC contract dated 9/7/04                      25

8      5      Checks and invoices                               28

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Jeffrey A. Gutierrez, P.L.S.          June 19, 2009

5

DEPOSITION OF JEFFREY A. GUTIERREZ, P.L.S.

June 19, 2009

1
2
3
4        JEFFREY A. GUTIERREZ, P.L.S.,
5    having been first duly sworn, testifies as follows:
6                    EXAMINATION
7    BY MR. TRAVIS:
8        Q.    Mr. Gutierrez, we were here before so a lot of
9    the ground rules, well, all the ground rules are going
10   to remain the same.
11            You remember this is as if we were in a court
12   of law.  Everything you say here, you know, could be
13   used, you know, to, you know, call into question any
14   testimony you give here today should you change it later
15   on; do you understand that?
16       A.    Yes.
17       Q.    The only difference here as opposed to the last
18   time that we met is that you now are represented by an
19   attorney.  Periodically you may hear objections by your
20   attorney.  Unless he instructs you otherwise you're
21   still to answer that question as you understand it; do
22   you understand that?
23       A.    Yes.
24       Q.    Periodically he may or may not instruct you not
25   to answer any questions.  If that's the case then you do



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Jeffrey A. Gutierrez, P.L.S.                                June 19, 2009

6

1    not want to answer that question, you want to abide by

2    your attorney's advise.

3              I will also be asking you questions that may or

4    may not reveal any information that you will have

5    discussed with your attorney.  You are not to reveal

6    that information, that is confidential between you and

7    him; do you understand that?

8        A.    Yes.

9        Q.    Is there any reason you can't continue with

10   this deposition here today?

11       A.    No.

12       Q.    Okay.  As I understand it, we had two Notice of

13   Depositions that we had sent.  One was for DeWalt CM,

14   Inc. and the person most knowledgeable, and a second was

15   for Dennis W. DeWalt, Inc. the person most knowledgeable

16   related to various topics attached to that notice.  And

17   as I understand it you are here as the person most

18   knowledgeable for both of those entities; is that

19   correct?

20       A.    Yes.

21       Q.    Okay.  It might get confusing so I'm going to

22   try as best I can to differentiate the two when I ask

23   questions.  If you don't understand which entity I'm

24   referring to please state that you don't understand.

25       A.    Just so I'm clear, there was to be two



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

17

1    MR. ALEXANDER:  Why don't we do this, too, for

2    the record.  I've also produced today for counsel a copy

3    of the original articles from Dennis D. DeWalt and the

4    fictitious business name statements that were available

5    to us.  I don't square if they're attached or not but

6    they are for counsel.

7            MR. TRAVIS:  Thank you.

8    BY MR. TRAVIS:

9    Q.   I'm sorry.  What I'm going to give to you is

10   what was also previously attached to your deposition

11   transcript here and can you identify that document?

12   A.   This would be the contract letter that we'd

13   send to a client.  This is the one for Joe Wu's work

14   there in Wasco.

15           MR. ALEXANDER:  W-u.

16   BY MR. TRAVIS:

17   Q.   And I take that back, that actually was not

18   attached as an exhibit to your previous deposition so

19   we're going to be attaching that here.

20           And I'm going to ask you a question about, this

21   is after you've had a chance to review it.  Specifically

22   under topographic, there's a provision there that's

23   labeled "Topographic Survey."

24   A.   Okay.

25   Q.   There's a number of bulleted items and the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

18

1    second bulleted item is research existing infrastructure

2    improvement plans with the Kern County Resource

3    Management Agency, City of Wasco, and any other related

4    utility companies and service districts.  Can you

5    explain what that means?

6        A.   Yes.  When we start a project like this, one of

7    the tasks that we do is that we go and find out as much

8    as we can about the existing utilities in an area so

9    that we know correctly how to attach to them.  So if

10   there's off-site sewer pipelines we'll know how far we

11   need to run our sewer pipelines to tie into them.  So we

12   make an effort to get in touch with whatever service

13   districts or utility companies supply services to an

14   area.

15       Q.   Okay.  And as far as the improvement plans

16   would that also include the 5472 improvement plans?

17       A.   If they were with the City of Wasco then, yes,

18   that would include them, yes.

19       Q.   Okay.  And as far as you understand, did you

20   actually research those improvement plans when you

21   prepared Tentative Map No. 6451?

22       A.   That's a little tough for me to answer

23   specifically.  While I'm currently the most

24   knowledgeable person at DeWalt Corporation, Greg Black

25   was the guy that ran this project so he would have been



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

19

1   the one to make that request.

2          I can tell you that in my search through our

3   electronic files and our physical file I haven't found

4   any copies of those improvement plans.  But certainly if

5   they were provided we would have gone through them and

6   looked at them because they were pertinent to what we

7   were doing.

8          Q.   Okay.  And I had a question about preparing a

9   tentative map.  As I understand it, and correct me if

10  I'm wrong, a tentative map has to be approved in this

11  case by the City of Wasco; is that correct?

12         A.   Correct.

13         Q.   And then at some stage you submit the tentative

14  map to the city; is that correct?

15         A.   That's correct.

16         Q.   And are there any requirements by the city that

17  you know of where you are to provide copies of those

18  tentative maps?

19         A.   To the city?

20         Q.   Correct.

21         A.   Yes.  At the point that you're submitting

22  copies are included with that submittal package.

23         Q.   Okay.  Do you know what the size of those

24  tentative maps would be?

25         A.   They can be various sizes.  Although final maps



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

20

1   have to be a very specific size and so many times

2   engineers and surveyors will create their tentative maps

3   that exact same size because it's going to be kind of an

4   extension.  They can be as big as 24 x 36.

5       Q.   Okay.

6       A.   I don't think they can be bigger than that,

7   though.

8       Q.   What about 18 x 24?

9       A.   That would be the typical size that they are

10  because the final maps have to be 18 x 24.

11      Q.   Okay.  And as you understand it, as you

12  understand going through your records do you know if you

13  ever requested a copy of the 5472 map from the City of

14  Wasco?

15      A.   I don't know if it was made as a specific

16  request, but I do know that we made a general request

17  for any mapping that would influence a design.  And, in

18  fact, in our records, my electronic records we've got a

19  number of electronic files for record maps in the area.

20  So the 5472 tentative map, we don't have it

21  electronically, that one we just have on paper.

22      Q.   So do you know when you got a copy of that 5472

23  map?

24      A.   I don't know when we got it.

25      Q.   Have you ever processed a tentative map for a



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Jeffrey A. Gutierrez, P.L.S.                          June 19, 2009

23

1      A.    Again, because I'm not the project manager for

2  this project.  I don't know specifically why Greg chose

3  the lot numbers that he did so I can't answer with any

4  authority but I could speculate.

5      Q.    Well, I don't want you to speculate.

6      A.    Okay.

7      Q.    I don't think your attorney does either.  Well,

8  I'm going to go ahead and show you -- we had been given

9  some documents by Mr. Hassing who is the counsel for

10  Northern California Universal Enterprises and Lotus

11  Developments.  And those documents that he gave us I'm

12  going to have you take a look at them and see if they

13  look familiar, you can identify them.

14      A.    Yes, it looks like the history of invoices that

15  we've sent and checks that they've paid to Northern

16  California.

17          MR. TRAVIS:  I've got another copy.

18          MR. ALEXANDER:  I'm trying to get them

19  organized for you.

20  BY MR. TRAVIS:

21      Q.    And also I'm going to have you just review --

22          MR. ALEXANDER:  Do you want to mark this while

23  we're at it?

24          MR. TRAVIS:  I will in just a minute.  I'm

25  going to mark them all.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Jeffrey A. Gutierrez, P.L.S.                                    June 19, 2009

                                    24

1    BY MR. TRAVIS:

2        Q.   I'm sure by this time that document looks

3    familiar.

4        A.   Yes.  This is a copy of the contract that we

5    typically send after our proposal letter.

6        Q.   And this specific contract which was attached

7    to your previous deposition is the CELSOC contract.  Can

8    you identify what date that this was signed?

9        A.   It looks like 9/24, hopefully.  Oh, wait, I'm

10   sorry, that's the letter, that's not the contract.

11   Well, I signed it on 9/08 of '04.  Joe didn't date it

12   when he signed it although he initialed everything.

13       Q.   So at this point in the contract had you began

14   preparing the 6451 map?

15       A.   We probably had started the survey.  Typical of

16   the way we work things, if somebody agrees to our letter

17   they'll sign that and send it back and we'll take that

18   as their authorization to start a survey.  And then, you

19   know, within days we send them a CELSOC contract which

20   has more specific about what the terms are between us.

21       Q.   Okay.  And if you can go to the -- did I give

22   you one or two copies?

23            MR. ALEXANDER:  Actually, let me look.  Maybe

24   there are two copies.

25            MR. TRAVIS:  No, I have the another copy right



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Jeffrey A. Gutierrez, P.L.S.                                June 19, 2009

                              25

1    here.

2    BY MR. TRAVIS:

3         Q.    Okay.  What I'm going to do is I'm going to

4    attach -- we have the notice of deposition, both of

5    those as Exhibit 1 and 2.  And I'm going to attach the

6    proposal for planning/engineering/surveying as Exhibit 3

7    and that's dated July 21, 2004.  And, again, I'm going

8    to attach the CELSOC, C-E-L-S-O-C, contract signed or

9    dated September 7, 2004 as Exhibit 4.  And I'm also

10   going to attach as Exhibit 5 the stack of invoices.  And

11   it looks to be -- it says here, some of these say Lotus

12   Developments.  Did you receive all your money for this

13   work from Lotus Developments?

14        A.    Honestly I don't know.

15             (Notice of Deposition marked Exhibit No. 1)

16             (Notice of Deposition marked Exhibit No. 2)

17             (Proposal dated 7/21/04 marked Exhibit No. 3)

18             (CELSOC contract dated 9/7/04 marked Exhibit

19   No. 4)

20   BY MR. TRAVIS:

21        Q.    Do you understand offhand the difference

22   between Lotus Developments and Northern California

23   Universal Enterprises, if you know?

24        A.    I don't know.

25        Q.    In that stack of invoices, in the last invoice



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Jeffrey A. Gutierrez, P.L.S.                                June 19, 2009

                                26

1    if you could take a look at it.

2        A.    Invoice or the Blueprint invoice?

3        Q.    I'm sorry, the Blueprint invoice.  When you

4    have had a chance to review it let me know.

5        A.    Okay.

6        Q.    Do you know what that Blueprint invoice is for?

7        A.    I can't tell from this invoice.  About the only

8    thing I can tell is they picked up the original document

9    from Kern County Engineering and Survey Services

10   Department.  So we called Don Osborne, he called

11   Blueprint and said I need a copy of X map, and Blueprint

12   went and picked it up, made a copy of it and delivered

13   it to us.

14       Q.    You said "map," why did you say "map"?

15       A.    Typically that's what you'll pick up from

16   Kern County Engineering and Survey Services.

17       Q.    Okay.  And in this case it says one set of one

18   18 x 24 three square feet, do you see that?

19       A.    Yes, I do.

20       Q.    And is that typically, as I understand it

21   that's typically a size of a tentative map that's

22   submitted to -- or final map?

23       A.    Yes.

24       Q.    As far as you understand it, was a final map

25   ever submitted by the previous engineer for the 5472



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

**LOTUS DEVELOPMENTS-01**      WASCO          UNION BANK OF CALIFORNIA          2738
2099 FORTUNE DR                                 11-49/1210
SAN JOSE, CA 95131

7/23/2007

PAY TO THE
ORDER OF___DEWALT CORPORATION_____$  **18.01

Eighteen and 01/100**************************************************************************************************************************
_____DOLLARS

MEMO
    INV#1053005

⑈002738⑈ ⑆121000497⑈ 8270023046⑈

AUTHORIZED SIGNATURE



**DeWalt Corporation - billing**

# Invoice

1930 - 22nd Street
Bakersfield, California 93301
`51-323-4600 Fax: 661-323-4674

| DATE | INVOICE NO. |
|---|---|
| 6/30/2007 | 1053005 |

Northern California Enterprise Co
Attn: Sherri
2099 Fortune Drive
San Jose, Ca 95131

Regarding:

Wasco topo, tent map...
Printing and delivery charges
associated with original job

Tract 6451

| DUE DATE | Job No |
|---|---|
| Net 30 | 2004-49A |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|---|---|---|---|---|---|
| 6/1/2007 | Blueprinting | Invoice #385887 | | 18.01 | 18.01 |

e thank you for your business.  18% per annum Finance Charge on past due accounts

| **Total** | $18.01 |
|---|---|

Case 1:05-cv-00486-LJO-GSA   Document 125-9   Filed 09/29/09   Page 44 of 75

# Blue print SERVICE CO. INC

**• BLUEPRINTS •**
- LARGE COPIOUS PROCESS CAMERA • XEROX COPIES •
- OCE 9800 PRINTER/PLOTTER/SCANNER • HP650C COLOR PLOTTER •
- • DRAFTING • ENGINEERING SUPPLIES •
- COLOR COPIER • INKJET SUPPLIES & MEDIA •
- LARGE FORMAT COLOR PRINTER •
- • LARGE COLOR SCANNER •

1100 18th Street   I.D. # 95-3084112
Bakersfield, CA 93301
PHONE (661) 327-2501
FAX (661) 327-9265
www.blueprintservice.net

**INVOICE**

Time: 11:09:52

| | DATE | NUMBER |
|---|---|---|
| | 06/01/07 | 385887 |

**BILL TO**
Dewalt Corporation
1930 22nd Street
Bakersfield  CA  93301-3801

Job name: 04-49

TERMS:   Net 30 days

**SHIP TO**
Dewalt Corporation
1930 22nd Street
Bakersfield  CA  93301-3801

(661)323-4600
Ordered by: GREG BLACK

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER # | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|
| | Delivery | 23000 | 452130 | Martha | 06/01/0 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | EACH | BPS-1 | PICKUP/DELIVERY BASE CHARGE | 7.25 | 7.25 |
| 9 | 9 | | EACH | BPS-1090 | BLUELINE NAPS-TR,PM | 1.06 | 9.54 |

———————————————— Notes ————————————————
TR 6451
———————————————— Notes ————————————————

P/U & Ret Orig: BPS

HANK YOU FOR YOUR ORDER

| | |
|---|---|
| Sale amount | 16.79 |
| Tax | 1.22 |
| Balance due | 18.01 |

BY: _____

hasser Agrees to Pay a FINANCE CHARGE OF 1.5% PER MONTH which is an ANNUAL PERCENTAGE RATE OF 18%, if not Paid when Due, and all Costs of Collection, including a Reasonable s Fee.

**LOTUS DEVELOPMENTS**
VALLEY ROSE ESTATES
2099 FORTUNE DRIVE
SAN JOSE, CA 95131
TEL; (408) 922-6886

WASCO

BANK OF SANTA CLARA
SAN JOSE, CA 95116
90-4153/1211

2430

4/2/2007

PAY TO THE
ORDER OF_____ DEWALT CORPORATION _____ $ **1,500.00

___ One Thousand Five Hundred and 00/100************************************************************************************************ DOLLARS

MEMO
INV#1052190

AUTHORIZED SIGNATURE

⑈002430⑈ ⑆1211415344⑆ 18071027845⑈

DeWalt Corporation - billing
1930 - 22nd Street
Bakersfield, California 93301
661-323-4600 Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 2/28/2007 | 1052190 |

---

Northern California Enterprise Co
Joe Wu
2099 Fortune Drive
San Jose, Ca 95131

Regarding:
Wasco Topo/Tent map/FM/Mon & lot
corner installation  Contract $26,000.00
Final Map contract $5,500.00 95% billed
Billed $26000.

| DUE DATE | Job No |
|----------|--------|
| Net 30 | LS2004-49 |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 2/28/2007 | Lump Sum | Progress billing 100% | | 1,500.00 | 1,500.00 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| Total | |
|-------|--|
| | $1,500.00 |

**LOTUS DEVELOPMENTS**
VALLEY ROSE ESTATES
2099 FORTUNE DRIVE
SAN JOSE, CA 95131
TEL: (408) 922-6886

WASCO

BANK OF SANTA CLARA
SAN JOSE, CA 95116
90-4153/1211

2398

3/1/2007

PAY TO THE
ORDER OF ___ DEWALT CORPORATION _____ | $  **6,061.40

___ Six Thousand Sixty-One and 40/100*********************************************************************************************** ___ DOLLARS

MEMO

INV#1051349, 1052016, 1052109

AUTHORIZED SIGNATURE

⑈"002398"⑈  ⑈121141534⑈:  1807102785⑈"

DeWalt Corporation
1930 - 22nd Street
Bakersfield, California 93301
1-323-4600  Fax: 661-323-4674

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2006 | 1051349 |

**Bill To**

Northern California Enterprise Co
Joe Wu
2099 Fortuna Drive
San Jose, Ca 95131

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 30 | LS2004-49 |

| Item | Description | Est Amt | Prior % | Prior Amt | Est Rate | Curr % | Amount |
|------|-------------|---------|---------|-----------|----------|--------|--------|
| Lump Sum | Progress billing 60% surveying |  |  |  |  |  | 4,500.00 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| | |
|---|---|
| **Total** | $4,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,500.00 |

DeWalt Corporation - billing

# Invoice

1930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

| DATE | INVOICE NO. |
|------|-------------|
| 1/31/2007 | 1052016 |

| | |
|---|---|
| Northern California Enterprise Co<br>Joe Wu<br>2099 Fortune Drive<br>San Jose, Ca 95131 | **Regarding:**<br>Wasco Topo/Tent map/FM/Mon & lot<br>corner installation  Contract $26,000.00<br>Final Map contract $5,500.00 95% billed<br>Billed $18,500.00<br>Bal $7,500.00 |

| | DUE DATE | Job No |
|---|---|---|
| | Net 30 | LS2004-49 |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 1/31/2007 | Lump Sum | Progress payment 80% of survey complete | | 1,500.00 | 1,500.00 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| **Total** | |
|---|---|
| | $1,500.00 |

DeWalt Corporation
1930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 2/28/2007 | 1052109 |

Northern California Enterprise Co
Attn: Sherri
2099 Fortune Drive
San Jose, Ca 95131

**Regarding:**

Wasco topo, tent map...
Printing and delivery charges
associated with original job

| | DUE DATE | Job No |
|---|----------|--------|
| | Net 30 | 2004-49A |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 2/9/2007 | Misc Charges | KC Assessor, tax estimate Tr Map 6451 | | 45.00 | 45.00 |
| 2/9/2007 | Courier | KC Assessor | 0.25 | 26.00 | 6.50 |
| | Mileage | Mileage | 2 | 0.60 | 1.20 |
| 2/22/2007 | Misc Charges | tax receipt | | 1.00 | 1.00 |
| 2/22/2007 | Courier | KC Tax Collector | 0.25 | 26.00 | 6.50 |
| | Mileage | Mileage | 2 | 0.60 | 1.20 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| **Total** | |
|-----------|---|
| | $61.40 |

**LOTUS DEVELOPMENTS**
**VALLEY ROSE ESTATES**
2099 FORTUNE DRIVE
SAN JOSE, CA 95131
TEL: (408) 922-6886

BANK OF SANTA CLARA
SAN JOSE, CA 95116
90-4153/1211

2226

8/28/2006

PAY TO THE
ORDER OF_____ DEWALT CORPORATION

$ **26.44

Twenty-Six and 44/100********************************************************************************************************************** DOLLARS

MEMO
INV#1050545, 1050315

AUTHORIZED SIGNATURE

⑈⑈002226⑈⑈ ⑆1211141534⑆ 1807102785⑈⑈

DeWalt Corporation - billing

# Invoice

1930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

| DATE | INVOICE NO. |
|------|-------------|
| 7/31/2006 | 1050545 |

Northern California Enterprise Co
Attn: Sherri
2099 Fortune Drive
San Jose, Ca 95131

Regarding:

Wasco topo, tent map...
Printing and delivery charges
associated with original job

| DUE DATE | Job No |
|----------|--------|
| Net 30 | 2004-49A |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 7/3/2006 | Courier | Helt Engineering | 0.25 | 26.00 | 6.50 |
|  | Mileage | Mileage | 4 | 0.60 | 2.40 |
| 7/31/2006 | Printing | Printing |  | 8.64 | 8.64 |

Ve thank you for your business.  18% per annum Finance Charge on past due accounts

**Total**

$17.54

DeWalt Corporation - billing

# Invoice

1930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

| DATE | INVOICE NO. |
|------|-------------|
| 6/30/2006 | 1050315 |

Northern California Enterprise Co
Attn: Sherri
2099 Fortune Drive
San Jose, Ca 95131

Regarding:

Wasco topo, tent map...
Printing and delivery charges
associated with original job

| DUE DATE | Job No |
|----------|--------|
| Net 30 | 2004-49A |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 6/22/2006 | Courier<br>Mileage | Helt Engineering<br>Mileage | 0.25<br>4 | 26.00<br>0.60 | 6.50<br>2.40 |

PAST

thank you for your business.  18% per annum Finance Charge on past due accounts

**Total**                $8.90

**LOTUS DEVELOPMENTS**
**VALLEY ROSE ESTATES**
2099 FORTUNE DRIVE
SAN JOSE, CA 95131
TEL: (408) 922-6886

BANK OF SANTA CLARA
SAN JOSE, CA 95116
90-4153/1211

2179

6/19/2006

PAY TO THE
ORDER OF___DEWALT CORPORATION_____ | $   **13.13

_Thirteen and 13/100************************************************************************************************************************* ___ DOLLARS

MEMO

INV#1050062

AUTHORIZED SIGNATURE

⑈⑈002179⑈⑈ ⑈121141534⑈ 1807102785⑈⑈

DeWalt Corporation - billing
1930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 5/31/2006 | 1050062 |

| | |
|---|---|
| Northern California Enterprise Co<br>Attn: Sherri<br>2099 Fortune Drive<br>San Jose, Ca 95131 | Regarding:<br><br>Wasco topo, tent map...<br>Printing and delivery charges<br>associated with original job |

| DUE DATE | Job No |
|---|---|
| Net 30 | 2004-49A |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|---|---|---|---|---|---|
| 5/19/2006 | Blueprinting | Invoice #329200 | | 13.13 | 13.13 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| Total | $13.13 |
|---|---|

# Blueprint SERVICE CO. INC.

1100 18th Street
Bakersfield, CA 93301
PHONE (661) 327-2501
FAX (661) 327-9265
www.blueprintservice.net

I.D. # 95-3064112

## • BLUEPRINTS •
• LARGE COPIES • PROCESS CAMERA • XEROX COPIES •
• OCE 9800 PRINTER/PLOTTER/SCANNER • HP550C COLOR PLOTTER •
• DRAFTING • ENGINEERING SUPPLIES •
• COLOR COPIER • INKJET SUPPLIES & MEDIA •
• LARGE FORMAT COLOR PRINTER •
• LARGE COLOR SCANNER •

INVOICE

| DATE | NUMBER |
|------|--------|

ime: 08:47:57

05/19/06    329200

Dewalt Corporation
1930 22nd Street
Bakersfield  CA  93301-3801

S
H   Dewalt Corporation
I   1930 22nd Street
P   Bakersfield  CA  93301-3801
T
O   (661)323-4600
    Ordered by: VWELLER@ BLACK

Job name: 04-49

MS:   Net 30 days

| CUSTOMER P.O. | | SHIPPED VIA | ACCOUNT # | ORDER # | SALESPERSON | | ORDER DATE |
|---|---|---|---|---|---|---|---|
| | | Delivery | 23000 | 382276 | Vanessa | | 05/19/06 |

| RED | SHIPPED | B O | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | EACH | BPS-1 | PICKUP/DELIVERY BASE CHARGE | 6.95 * | 6.95 |
| 48 | 48 | | SQ. FT. | BPS-1000 | BLUELINE | 0.12 | 5.76 |
| | | | | | 4 sets of 3(18x26) 48 sq ft | | |

TR 6451

------------------------------------------ Notes -----------------------------

:LIVER ALL TO DEWALT

)NK YOU FOR YOUR ORDER

| Sale amount | 12.71 |
|---|---|
| Tax | 0.42 |
| Balance due | 13.13 |

BY: _Vade J. Weller_

iser Agrees to Pay a FINANCE CHARGE OF 1.5% PER MONTH which is an ANNUAL PERCENTAGE RATE OF 18%, if not Paid when Due, and all Costs of Collection, including a Reasonable
Fee.

**LOTUS DEVELOPMENTS**
**VALLEY ROSE ESTATES**
2099 FORTUNE DRIVE
SAN JOSE, CA 95131
TEL: (408) 922-6886

BANK OF SANTA CLARA
SAN JOSE, CA 95116
90-4153/1211

2154

5/22/2006

PAY TO THE
ORDER OF_____ DEWALT CORPORATION_____ | $ **297.88

__Two Hundred Ninety-Seven and 88/100********************************************************************************************** ____ DOLLARS

MEMO
          INV#1049849, 1049959

                    ⑆002154⑆ ⑈1211415341⑈ 1807102785⑈

AUTHORIZED SIGNATURE

DeWalt Corporation - billing
1930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/30/2006 | 1049959 |

Northern California Enterprise Co
Joe Wu
2099 Fortune Drive
San Jose, Ca 95131

Regarding:

Wasco Topo/Tent map/FM/Mon & lot
corner installation  Contract $26,000.00
Final Map contract $5,500.00 95% billed
Billed $18,500.00
Bal $7,500.00

| DUE DATE | Job No |
|----------|--------|
| Net 30 | LS2004-49 |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 4/30/2006 | Lump Sum | Progress payment, Final Map 100% complete | | 275.00 | 275.00 |

thank you for your business.  18% per annum Finance Charge on past due accounts

| **Total** | **$275.00** |
|-----------|-------------|

DeWalt Corporation - billing
1930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/30/2006 | 1049849 |

Northern California Enterprise Co
Attn: Sherri
2099 Fortune Drive
San Jose, Ca 95131

Regarding:

Wasco topo, tent map...
Printing and delivery charges
associated with original job

| DUE DATE | Job No |
|----------|--------|
| Net 30 | 2004-49A |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 4/3/2006 | Courier | KC Assessors | 0.25 | 26.00 | 6.50 |
| | Mileage | Mileage | 2 | 0.60 | 1.20 |
| 4/24/2006 | Courier | KC Assessors | 0.25 | 26.00 | 6.50 |
| | Mileage | Mileage | 2 | 0.60 | 1.20 |
| 4/24/2006 | Misc Charges | KC Tax Receipt | | 1.00 | 1.00 |
| 4/30/2006 | Printing | Printing | | 6.48 | 6.48 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

**Total**                    $22.88

**LOTUS DEVELOPMENTS**
**VALLEY ROSE ESTATES**
2099 FORTUNE DRIVE
SAN JOSE, CA 95131
TEL: (408) 922-6886

BANK OF SANTA CLARA
SAN JOSE, CA 95116
90-4153/1211

2137

4/24/2006

PAY TO THE
ORDER OF _____ DEWALT CORPORATION _____ ] $ **53.90

Fifty-Three and 90/100************************************************************************************************** DOLLARS

MEMO
INV#1049606

AUTHORIZED SIGNATURE

⑈002137⑈ ⑆121141534⑆ 1807102785⑈

DeWalt Corporation - billing
1930 - 22nd Street
Bakersfield, California 93301
561-323-4600  Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/31/2006 | 1049606 |

Northern California Enterprise Co
Attn: Sherri
2099 Fortune Drive
San Jose, Ca 95131

**Regarding:**

Wasco topo, tent map...
Printing and delivery charges
associated with original job

| DUE DATE | Job No |
|----------|--------|
| Net 30 | 2004-49A |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 3/20/2006 | Courier | Helt Engineering | 0.25 | 26.00 | 6.50 |
| | Mileage | Mileage | 4 | 0.60 | 2.40 |
| 3/31/2006 | Misc Charges | KC Assessor,Tax estimate fee | | 45.00 | 45.00 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| **Total** | |
|-----------|--|
| | $53.90 |

# DEWALT
## Corporation

● ENGINEERING   ● PLANNING   ● SURVEYING   ● LAND DEVELOPMENT   ● CONSTRUCTION MANAGEMENT

April 3, 2006

Mr. Mark Miller
Kern County Assessor's Office
1115 Truxtun Avenue, 2nd Floor
Bakersfield, California 93301

Re:   Tax Estimate, Tract Map 6451
      Bakersfield, California
      DWC# 04-49

Dear Mr. Miller:

Please find attached a check in the amount of $45 payable to Kern County Assessor
and a copy of Tract Map 6451. Please prepare a tax estimate and forward to Ms.
Lucinda Murphy at the Tax Collector's Office. Also, please notify me of the estimate
amount so that I can prepare a check for the taxes.

If you have any questions or require any additional information, please give me a call.

Sincerely,

Greg Black
DeWalt Corporation
(661) 323-4600 Ext. 120
gblack@dewaltcorp.com

attachment

cc:   Mr. Jess Marimla – Lotus Developments
      Ms. Sherrie Lee – Lotus Developments (w/o map)

# DEWALT
## Corporation

BANK OF THE SIERRA
Bakersfield, California 93309
90-3702/1211

CHECK DATE
4/3/2006

1930 22ND STREET BAKERSFIELD, CA 93301 (661) 323-4600

Kern County Assessors

**45.00

Forty-Five and 00/100********************************************************************************************************

AMOUNT

Kern County Assessors
TO   1115 Truxtun Ave
Bakersfield, CA 93301

Tax estimate Tr 6451

AUTHORIZED SIGNATL

"008548"  ⑈1211370271⑈     09 20087870"

Kern County Assessors                                         4/3/2006      008548
                    DWC Job #2004-49                                         45.00


Bank of Sierra, checking     Tax estimate Tr 6451
                1930 22ND STREET BAKERSFIELD, CA 93301 (661) 323-4600          45.00

Kern County Assessors                                         4/3/2006      008548
                    DWC Job #2004-49                                         45.00

Bank of Sierra, checking     Tax estimate Tr 6451                           45.00

# DEWALT
## Corporation
1930 22ND STREET BAKERSFIELD, CA 93301 (661) 323-4600

**LOTUS DEVELOPMENTS**
VALLEY ROSE ESTATES
2099 FORTUNE DRIVE.
SAN JOSE, CA 95131
TEL: (408) 922-6886

BANK OF SANTA CLARA
SAN JOSE, CA 95116
90-4153/1211

2028

12/19/2005

PAY TO THE
ORDER OF____ DEWALT CORPORATION                                             $ **550.00

Five Hundred Fifty and 00/100********************************************************************************************************

_____ DOLLARS

MEMO
     INV#1048786

⑈⑈00 2028⑈⑈ ⑈⑉1211415341⑈ 1807102785⑈⑈

AUTHORIZED SIGNATURE

cWalt Corporation - billing
1930 - 22nd Street
Bakersfield, California 93301
661-323-4600 Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 11/30/2005 | 1048786 |

Northern California Enterprise Co
Joe Wu
2099 Fortune Drive
San Jose, Ca 95131

Regarding:

Wasco Topo/Tent map/FM/Mon & lot
corner installation  Contract $26,000.00
Final Map contract $5,500.00 95% billed
Billed $18,225.00
Bal $7,775.00

| DUE DATE | Job No |
|----------|--------|
| Net 30 | LS2004-49 |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 11/30/2005 | Lump Sum | Progress payment Final Map 95% complete | | 550.00 | 550.00 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| Total | |
|-------|--|
| | $550.00 |

**LOTUS DEVELOPMENTS**
**VALLEY ROSE ESTATES**
2099 FORTUNE DRIVE
SAN JOSE, CA 95131
TEL: (408) 922-6886

BANK OF SANTA CLARA
SAN JOSE, CA 95116
90-4153/1211

2010

11/28/2005

PAY TO THE
ORDER OF____ DEWALT CORPORATION

$ **550.00

Five Hundred Fifty and 00/100************************************************************************************************************************ DOLLARS

MEMO
INV#1048287

AUTHORIZED SIGNATURE

⑈"002010"⑈  ⑆121141534⑆  1807102785"⑈

Walt Corporation - billing
1930 - 22nd Street
Bakersfield, California 93301
661-323-4600 Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/31/2005 | 1048287 |

Northern California Enterprise Co
Joe Wu
2099 Fortune Drive
San Jose, Ca 95131

**Regarding:**

Wasco Topo/Tent map/FM/Mon & lot
corner installation  Contract $26,000.00
Final Map contract $5,500.00 85% billed
Billed $17,125.00
Bal $8,325.00

| DUE DATE | Job No |
|---|---|
| Net 30 | LS2004-49 |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|---|---|---|---|---|---|
| 10/31/2005 | Lump Sum | Progress payment Final Map 85% complete | | 550.00 | 550.00 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| **Total** | |
|---|---|
| | $550.00 |

DeWalt Corporation - billing

1930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 9/30/2005 | 1048003 |

Northern California Enterprise Co
Attn: Sherri
2099 Fortune Drive
San Jose, Ca 95131

Regarding:

Wasco topo, tent map...
Printing and delivery charges
associated with original job

| DUE DATE | Job No |
|----------|--------|
| Net 30 | 2004-49A |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 9/2/2005 | Courier | Helt Eng | 0.25 | 26.00 | 6.50 |
| | Mileage | Mileage | 6 | 0.55 | 3.30 |

**Lotus Developments**
Volley Rose Estates
2099 Fortune Dr.
San Jose, CA 95121
Tel. 408-946-6858

90-4153-1211

1202

Nov. 2 __ 20 05

PAY TO THE ORDER OF  Princeton Developments, LP                    $ *9.80**

**Nine and 80/00**********************************  DOLLARS

BANK OF SANTA CLARA
2150 MCKEE ROAD
SAN JOSE, CALIFORNIA 95116
PART OF THE GREATER BAY BANKING FAMILY

FOR  Reim

⑆121141534⑈1202 180710278 5⑈

We thank you for your business.  18% per annum Finance Charge on past due accounts

# Total

$9.80

Lotus Developments, LP
Valley Rose Estates
2099 Fortune Drive
San Jose, CA 95131

90-4153/1211

T0013

DATE Sept. 26, 2005

PAY TO THE ORDER OF   DeWalt Corporation

$ *841.79**

**Eight Hundred Forty One and 79/00****************** DOLLARS

**Bank of Santa Clara**
PART OF THE GREATER BAY BANKING FAMILY
2150 McKee Road
San Jose, California 95116

MEMO   Inv#1047891, 1047769

⑆121141534⑆   1807102785⑈

Valt Corporation – billing
930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/31/2005 | 1047891 |

Northern California Enterprise Co
Joe Wu
2278 Trade Zone Blvd
San Jose, Ca 95131

Regarding:

Wasco Topo/Tent map/FM/Mon & lot
corner installation  Contract $26,000.00
Tent map contract $5,500.00 100% billed
Billed $17,125.00
Bal $8,875.00

| DUE DATE | Job No |
|----------|--------|
| Net 30 | LS2004-49 |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 8/31/2005 | Lump Sum | Progress payment final map 75% complete | | 825.00 | 825.00 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| Total | $825.00 |
|-------|---------|

Valt Corporation - billing
930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/31/2005 | 1047769 |

Northern California Enterprise Co
Attn: Sherri
2278 Trade Zone Blvd
San Jose, Ca 95131

Regarding:

Wasco topo, tent map...
Printing and delivery charges
associated with original job

| DUE DATE | Job No |
|----------|--------|
| Net 30 | 2004-49A |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 8/15/2005 | Courier | Helt Engineering | 0.25 | 26.00 | 6.50 |
| | Mileage | Mileage | 3 | 0.55 | 1.65 |
| 8/31/2005 | Printing | Printing | | 8.64 | 8.64 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

**Total**                $16.79

**LOTUS DEVELOPMENTS**
VALLY ROSE ESTATES
2278 TRADE ZONE BLVD.
SAN JOSE, CA  95131

90-3957/1222
010000698

1076

DATE  Aug. 23, 2005

PAY TO THE
ORDER OF  DeWalt Corporation                                              | $ *559.80**

**Five Hundred Fifty Nine and 80/00***************** DOLLARS

**United National Bank**
1726 Hostetter Road Ste. 10 • San Jose, CA 95131

MEMO  Inv#1047481, 1047628

⑆122239571⑈1076 010 000698⑈

Walt Corporation – billing
1930 – 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 7/31/2005 | 1047628 |

Northern California Enterprise Co
Joe Wu
2278 Trade Zone Blvd
San Jose, Ca 95131

**Regarding:**

Wasco Topo/Tent map/FM/Mon & lot
corner installation  Contract $26,000.00
Tent map contract $5,500.00 100% billed
Billed $16,300.00
Bal $9,700.00

| DUE DATE | Job No |
|----------|--------|
| Net 30 | LS2004-49 |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 7/31/2005 | Lump Sum | Final Map 60% complete | | 550.00 | 550.00 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| **Total** | **$550.00** |
|-----------|-------------|

# eWalt Corporation - billing

1930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 7/31/2005 | 1047481 |

Northern California Enterprise Co
Attn: Sherri
2278 Trade Zone Blvd
San Jose, Ca 95131

Regarding:

Wasco topo, tent map...
Printing and delivery charges
associated with original job

| DUE DATE | Job No |
|----------|--------|
| Net 30 | 2004-49A |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 7/27/2005 | Courier<br>Mileage | Helt Engineering<br>Mileage | 0.25<br>6 | 26.00<br>0.55 | 6.50<br>3.30 |

We thank you for your business. 18% per annum Finance Charge on past due accounts

| Total | |
|-------|--|
| | $9.80 |

**LOTUS DEVELOPMENTS**
VALLY ROSE ESTATES
2278 TRADE ZONE BLVD.
SAN JOSE, CA  95131

90-3957/1222
010000596

1065

DATE  Aug. 8, 2005

PAY TO THE
ORDER OF  DeWalt Corporation

$ *2,200.00**

*Two Thousand Two Hundred and 00/00****************** DOLLARS

**United National Bank**
1728 Hostetter Road Ste. 10 • San Jose, CA 95131

MEMO  Inv#1047328

⑈ ⑈ 2 2 2 3 9 5 7 ⑈⑈ ⑈ 0 6 5   0 ⑈ 0   0 0 0 6 9 6 ⑈⑈