/alt Corporation - billing
/30 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 6/30/2005 | 1047328 |

| | |
|---|---|
| Northern California Enterprise Co<br>Joe Wu<br>2278 Trade Zone Blvd<br>San Jose, Ca 95131 | **Regarding:**<br>Wasco Topo/Tent map/FM/Mon & lot<br>corner installation  Contract $26,000.00<br>Tent map contract $5,500.00 100% billed<br>Billed $15,750.00<br>Bal $10,250.00 |

| DUE DATE | Job No |
|----------|--------|
| Net 30 | LS2004-49 |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 6/30/2005 | Lump Sum | Final Map 50% billed | | 2,200.00 | 2,200.00 |

A-PDF Split DEMO : Purchase from www.A-PDF.com to remove the watermark

We thank you for your business.  18% per annum Finance Charge on past due accounts

| **Total** | |
|-----------|---|
| | $2,200.00 |

**LOTUS DEVELOPMENTS**
VALLY ROSE ESTATES
2278 TRADE ZONE BLVD.
SAN JOSE, CA  95131

90~3957/1222
010000596

1024

DATE  June 6, 2005

PAY TO THE
ORDER OF  DeWalt Corporation                          $ *550.00**

*Five Hundred Fifty and 00/00********************** DOLLARS

**United National Bank**
1728 Hostetler Road Ste. 10 · San Jose, CA 95131

MEMO  Inv#: 1046910

⑆122239571⑆1024  010  000696⑈

eWalt Corporation billing

**Invoice**

1930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

| DATE | INVOICE NO. |
|------|-------------|
| 4/30/2005 | 1046910 |

Northern California Enterprise Co
Joe Wu
2278 Trade Zone Blvd
San Jose, Ca 95131

Regarding:

Wasco Topo/Tent map/FM/Mon & lot
corner installation  Contract $26,000.00
Tent map contract $5,500.00 100% billed
Billed $13,550.00
Bal $12,450.00

| DUE DATE | Job No |
|----------|--------|
| Net 30 | LS2004-49 |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 4/30/2005 | Lump Sum | Final Map 10% billed | | 550.00 | 550.00 |

thank you for your business.  18% per annum Finance Charge on past due accounts

| **Total** | **$550.00** |
|-----------|-------------|

**LOTUS DEVELOPMENTS**
VALLY ROSE ESTATES
2273 TRADE ZONE BLVD.
SAN JOSE, CA  95131

90-3957/1222
010000696

**1019**

DATE ___ March 28, 2005

PAY TO THE
ORDER OF _ DeWalt Corporation _____ $ *2,000.00*

*Two Thousand and 00/00******************************* DOLLARS

**United National Bank**
1728 Hostetter Road Ste. 10 • San Jose, CA 95131

MEMO  Inv#1046013 Balance

⑆122239571⑆ 1019  010  000696⑈

**LOTUS DEVELOPMENTS**
VALLY ROSE ESTATES
2278 TRADE ZONE BLVD.
SAN JOSE, CA  95131

90-3957/1222
010000696

1012

DATE Jan. 10, 2005

PAY TO THE
ORDER OF  DeWalt Corporation                                    $ **2,054.40**

**Two Thousand Fifty Four and 40/00***************** DOLLARS

**United National Bank**
1728 Hostetter Road Ste. 10 · San Jose, CA 95151

MEMO Partial Pmt for Tentative Map

⑈122239571⑈ 1012 010 000696⑈

DeWalt Corporation - billing

1930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 11/30/2004 | 1046013 |

Northern California Enterprise Co
Joe Wu
2278 Trade Zone Blvd
San Jose, Ca 95131

**Regarding:**

Wasco Topo/Tent map/FM/Mon & lot
corner installation  Contract $26,000.00
Tent map contract $5,500.00 100% billed
Billed $13,000.00
Bal $13,000.00

| DUE DATE | Job No |
|----------|--------|
| Net 30 | LS2004-49 |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 11/30/2004 | Lump Sum | Lump Sum Services, 100% of Tentative Map<br>Topo billed 100% $7,500.00<br>Tentative map billed 100% $5,500.00<br>Final map billed $0.00<br>Survey billed $0.00 | | 4,000.00 | 4,000.00 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| **Total** | |
|-----------|---|
| | $4,000.00 |

# DeWalt Corporation

## INVOICE

1930 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

| DATE | INVOICE NO. |
|------|-------------|
| 11/30/2004 | 1045983 |

Northern California Enterprise Co
Attn: Sherri
2278 Trade Zone Blvdt
San Jose, Ca 95131

**Regarding:**

Wasco topo, tent map...
Printing and delivery charges
associated with original job

| DUE DATE | Job No |
|----------|--------|
| Net 30 | 2004-49A |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 11/30/2004 | Printing | Printing | | 23.04 | 23.04 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| **Total** | |
|-----------|--|
| | $23.04 |

**LOTUS DEVELOPMENTS**
VALLY ROSE ESTATES
2278 TRADE ZONE BLVD.
SAN JOSE, CA  95131

90-3857/1222
010000696

1007

DATE Nov. 29, 2004

PAY TO THE
ORDER OF DeWalt Corporation

$ *1502.88**

*One Thousand Five Hundred Two and 88/00************ DOLLARS

**United National Bank**
1728 Hostetter Road Ste. 10 · San Jose, CA 95131

MEMO Inv#1045911

⑆122239571⑆1007 010 000696⑈

eWalt Corporation - billing
1930 - 22nd Street
Bakersfield, California 93301
661-323-4600 Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 10/31/2004 | 1045911 |

Northern California Enterprise Co
Joe Wu
2278 Trade Zone Blvd
San Jose, Ca 95131

Regarding:

Wasco Topo/Tent map/FM/Mon & lot
corner installation  Contract $26,000.00
Tent map contract $5,500.00
Billed $1,500.0
Bal $17,000.00

| DUE DATE | Job No |
|----------|--------|
| Net 30 | LS2004-49 |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 10/31/2004 | Lump Sum | Lump Sum Services, 28% billed tentative map Topo contract $7,500 100% billed Tentative map contract $5,500.00 | | 1,500.00 | 1,500.00 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| Total | |
|-------|--------|
| | $1,500.00 |

**LOTUS DEVELOPMENTS**
VALLY ROSE ESTATES
2278 TRADE ZONE BLVD.
SAN JOSE, CA  95131

90-3227/1122
010000888

1002

DATE Oct. 25, 2004

PAY TO THE ORDER OF DeWalt Corporation                           $ *7,509.41**

Seven Thousand Five Hundred Nine and 41/00********** DOLLARS

**United National Bank**
1729 Hostetter Road Ste. 10 • San Jose, CA 95181

Inv#1045783.1045743

⑆222395711⑆1002 010 000696⑈

Inv#1045783.1045743

30 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 9/30/2004 | 1045783 |

Northern California Enterprise Co
Jess Marimla
300 B Street
Turlock, Ca 95380

Regarding:

Wasco Topo/Tent map/FM/Mon & lot
corner installation
Contract $26,000.00
Topo contract $7,500.00   Billed $7,500.0
Bal $18,500.00

| DUE DATE | Job No |
|----------|--------|
| Net 30 | LS2004-49 |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 9/30/2004 | Lump Sum | Lump Sum Services, Topo survey 100% | | 7,500.00 | 7,500.00 |

We thank you for your business.  18% per annum Finance Charge on past due accounts

| Total | |
|-------|--|
| | $7,500.00 |

- 22nd Street
ersfield, California 93301
)1-323-4600 Fax: 661-323-4674

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 9/30/2004 | 1045743 |

Northern California Enterprise Co
Jess Marimla
300 B Street
Turlock, Ca 95380

Regarding:

Wasco topo, tent map...
Printing and delivery charges
associated with original job

| DUE DATE | Job No |
|----------|--------|
| Net 30 | 2004-49A |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 9/14/2004 | Blueprinting | Invoice #237398 | | 9.41 | 9.41 |

We thank you for your business. 18% per annum Finance Charge on past due accounts

| Total | $9.41 |
|-------|-------|

Case 1:07-cv-02039-LJO-GSA   Document 125-10   Filed 09/29/09   Page 13 of 38

1100 18th Street
Bakersfield, CA 93301   I.D. # BPS-3064112
PHONE (661) 327-2501
FAX (661) 327-9265
www.blueprintservice.net

* LARGE COPIOUS PROCESS CAMERA * XEROX COPIES *
* OCE 9800 PRINTER * HP DESIGNJET * NP8500 COLOR PLO
* DRAFTING * ENGINEERING SUPPLIES *
* COLOR COPIER * INKJET SUPPLIES & MEDIA *
* LARGE FORMAT COLOR PRINTER *
* LARGE COLOR SCANNER *

**INVOICE**

Time: 10:40:01

| DATE | NUMBER |
|---|---|
| 09/14/04 | 237398 |

BILL TO
Dewalt Corporation
1930 22nd Street
Bakersfield  CA  93301-3801

SHIP TO
Dewalt Corporation
1930 22nd Street

(661)323-4600
Ordered by: DON O

Job name: 04-49
TERMS:  Net 30 days

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER # | SALESPERSON | ORDER D |
|---|---|---|---|---|---|
| 04-49 | Delivery | 23000 | 268898 | Paula | 09/14, |

| ORDERED | SHIPPED | BO | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | EACH | BPS-1 | PICKUP/DELIVERY BASE CHARGE | 5.95 * | 5.95 |
| 3 | 3 | | SQ. FT. | BPS-1000 | BLUELINE | 0.12 | 0.36 |
| | | | | | 1 set of 1(18x24) 3 sq ft | | |
| | | | FM 7-48 | | | | |
| 1 | 1 | | EACH | BPS-8060 | | | |
| 1 | 1 | | EACH | BPS-9015 | COUNTY FEE | 1.00 * | 1.00 |
| | | | | | SPLIT DELIVERY | 2.00 * | 2.00 |

—— Notes ——

P/U & Ret Orig: KC ESS

HANK YOU FOR YOUR ORDER

| | |
|---|---|
| Sale amount | 9.31 |
| Tax | 0.10 |
| Balance due | 9.41 |

grees to Pay a FINANCE CHARGE OF 1.5% PER MONTH which is an ANNUAL PERCENTAGE RATE OF 18%, if not Paid when Due, and all Costs of Collection, including a Reasonable

EXHIBIT "U"

609 71

**Certified Copy**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

ROGER McINTOSH,

            Plaintiff,

   vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES, COMPANY, et al.,

           Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Case No

107CV 01080 LJO-WMW

**DEPOSITION OF**

**SARAH BURGI**

July 3, 2009
10:00 a.m.

5060 California Avenue Suite 700
Bakersfield, California

Wendy Hahesy, RMR, CSR-4873



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION


ROGER McINTOSH,

         Plaintiff,

      vs.

NORTHERN CALIFORNIA UNIVERSAL

ENTERPRISES, COMPANY, et al.,


         Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Case No.

107CV 01080 LJO-WMW



DEPOSITION OF

SARAH BURGI


July 3, 2009

10:00 a.m.


5060 California Avenue

Suite 700

Bakersfield, California



Wendy Hahesy, RMR, CSR-4873



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

2

1    APPEARANCES OF COUNSEL

2

3    For the Plaintiff:

4        LAW OFFICES OF BORTON & PETRINI, LLP
         BY:  JEFFREY A. TRAVIS, ESQ.

5        5060 California Avenue, Suite 700
         Bakersfield, California 93301

6        661.322.3051

7    For the Defendants DeWalt CM, Inc. and Dennis W. DeWalt,
     Inc.:

8

         ALEXANDER & ASSOCIATES, PLC

9        BY:  TENIELLE E. COOPER, ESQ.
         1925 "G" Street

10       Bakersfield, California 93301
         661.316.7888

11

     For the Defendants Lotus Developments and Northern

12   California Universal Enterprises Company:

13       LAW OFFICES OF STEVEN J. HASSING
         BY:  STEVEN J. HASSING, ESQ.

14       425 Calabria Court
         Roseville, California 95747

15       916.677.1776

16

17

18

19

20

21

22

23

24   ALSO PRESENT:

25       KIM HASSING



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

3

INDEX OF EXAMINATION

WITNESS:   SARAH BURGI

EXAMINATION                                         PAGE

By Mr. Travis                                        5

By Mr. Hassing                                   21, 30

By Ms. Cooper                                    26, 31



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

4

INDEX OF EXHIBITS

1

2

3      Exhibit                    Description                          Page

4      None

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

8

1      A.    Correct.

2      Q.    And you were involved in the creation of

3  Tentative Map 6451; is that correct?

4      A.    Yes.

5      Q.    And I am going to pull out -- I'm going to pull

6  out somewhere -- well, let's go here first.  We had some

7  questions yesterday as we were speaking with the expert

8  for the City of Wasco regarding this tentative map.

9  Does this tentative map look familiar?

10      A.    Yes.

11           MS. COOPER:  Which tentative map is it?

12  BY MR. TRAVIS:

13      Q.    We're looking at Vesting Tentative Track Map

14  6451.

15           MR. HASSING:  It's Exhibit 5 from yesterday's

16  depo.

17  BY MR. TRAVIS:

18      Q.    This is Exhibit 5 from the deposition of

19  Stephen Wong.  And I'm standing up so I can -- it's a

20  big map.  And in the bottom right-hand corner it looks

21  like there's some sort of an identifier table.

22      A.    Yes.

23      Q.    Okay.  And there's some, looks like SAB, do you

24  know what SAB stands for?

25      A.    Those are my initials.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Sarah Burgi

9

1    Q.   Those are your initials?

2    A.   Yes.

3    Q.   And in there it says "drawn by"?

4    A.   Mmm-hmm.

5    Q.   So is it fair to say this whole map was drawn

6    by you?

7    A.   No.  I assisted Josh Woodard in drawing this

8    map.  I believe it was his first tentative map he had

9    ever done so I helped him with the bulk of it.

10   Q.   And Josh Woodard, what was his position there?

11   A.   He was an EIT, I believe he had his degree but

12   not his license.

13   Q.   And as I understand it, as you told me earlier

14   EIT is engineer in training, correct?

15   A.   Yes.

16   Q.   And Josh Woodard to your understanding does he

17   still work for DeWalt Corporation?

18   A.   No.  He left long before I did and he went up

19   north.  I believe up by Eureka or Yreka.

20   Q.   And so is it your testimony that you oversaw

21   his work in preparation for drafting this particular

22   map?

23   A.   Yes.

24   Q.   And we had some questions yesterday because we

25   had seen that there were what appeared to be two maps,



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Sarah Burgi                                                        July 28, 2009

10

1    one was a vesting tentative map and that was listed as

2    Exhibit 5 in the deposition of Stephen Wong, and then

3    Exhibit 7 which appears to be identical except for the

4    fact that Exhibit 5 has vesting and Exhibit 7 does not

5    have vesting.  Do you know why the difference between

6    the two?

7        A.    It has to deal with whether or not they're

8    going to bond for their improvement, whether or not

9    they're going to put them all in currently.  If they're

10   going to bond I believe it's vesting and if they're not

11   it's a regular tract map.

12       Q.    Okay.  Is that the only difference as far as

13   you know of between these two maps?

14       A.    Yes.

15       Q.    As far as you understand does that affect any

16   of the scope of the work for either of these two maps?

17       A.    No.

18       Q.    And to your knowledge do you know which map, if

19   any of these was the one that actually was approved by

20   the city?

21       A.    I believe it was the vesting because the

22   tentative, generally you put tentative and once a

23   supervisor tells us like Jeff or whoever was above me at

24   time would have said, no, they wanted vesting.

25       Q.    Do you know which one for sure was approved?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

11

1    A.   I almost want to say that one, the vesting.

2    Q.   Okay.  Would there be any indication on which

3    one was actually approved on the map itself?

4    A.   No.  Unless there's Jeff's stamp on there.

5    Q.   Okay.  Can you see if any of these have the

6    stamp on it?

7    A.   No, no stamp.

8    Q.   So from these two maps you can't tell which one

9    was actually approved, correct?

10   A.   Correct.

11   Q.   All right.  And can you tell us, you know, what

12   types of materials, if any, were used that you reviewed

13   in preparing either of these two maps?

14   A.   The boundary, the monuments found or surveyed,

15   the data that's on there calling out the different items

16   from the topo.

17   Q.   Okay.  What about street names, do you know how

18   you got the street names?

19   A.   To my knowledge, I believe they were given to

20   us because they had already once been approved.

21   Q.   Do you know who they were given to you by?

22   A.   No.

23   Q.   Okay.  Was it your understanding that a prior

24   tentative map had already been created for this

25   subdivision?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

12

1      A.    I don't remember that at all.  No, not really.

2      Q.    What about prior improvement plans?

3      A.    I knew that there were improvements put on

4   there and by assumption there were improvement plans.

5      Q.    Okay.  Did you ever have to review any of those

6   improvement plans during the preparation of this map?

7      A.    No.

8      Q.    Do you know whether Josh Woodard ever reviewed

9   any improvement plans during the preparation of this

10  map?

11     A.    I don't recall him mentioning anything of

12  improvement plans.

13     Q.    Okay.  Do you recall a conversation we had last

14  week?

15     A.    Mmm-hmm.

16     Q.    And in that conversation do you remember us

17  discussing Josh Woodard?

18     A.    Mmm-hmm.

19          MR. HASSING:  You might want to admonish her on

20  the uh-huhs and the uh-uhs.

21          THE WITNESS:  I'll correct that one.

22          MR. HASSING:  For the record we have to get

23  yeses and noes.

24          THE WITNESS:  I understand.

25  BY MR. TRAVIS:



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

13

1    Q.    And do you remember when we were discussing on

2    the phone that you had told me that Josh Woodard had

3    asked for improvement plans?

4    A.    Yes.

5    Q.    Okay.  So can you explain what you meant by

6    that?

7    A.    He had asked for improvement plans because it

8    would be easier to do it that way to see which way the

9    sewer is flowing but I don't remember having any in my

10   possession.  He may have asked like Greg or Jeff for

11   improvement plans.

12   Q.    Okay.  Well, yes, and I don't want you to

13   guess.  I want you to be as accurate as possible because

14   as I recall, you had told me last week that Josh Woodard

15   had asked for improvement plans.

16   A.    Yes, he asked.

17   Q.    He did ask.  And do you know at what point he

18   asked for improvement plans?

19   A.    No.

20   Q.    Okay.  Was it during his preparation of the

21   tentative map?

22   A.    Unsure.  I don't know.

23   Q.    That's okay.  It's all right to be unsure.  It

24   was a long time ago.  Can you explain or tell us what it

25   was, what your job duties were as far as overseeing the



ESQUIRE
an Alexaader Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

14

1    preparation of Josh Woodard while he was creating this

2    map?

3         A.    He had never, as I said he had never created a

4    tentative map so he was unsure as from the survey how to

5    call out the monuments that we found, and the

6    information that needed to be put on each parcel down to

7    the icons that we use for the surveyed items as sewer

8    manholes in the way the topo looked.

9         Q.    Were those specific questions that he asked you

10   while he was preparing the map?

11        A.    Yes.   The one that stands out most in my mind

12   is how to call out the monuments.

13        Q.    Okay.   And when you say "how to call out the

14   monuments" you're referring to what?

15        A.    As far as from our survey, our surveys were --

16   the surveyors left descriptions on the points fairly

17   vague and so we had to call exactly what they found and

18   where they found it.

19        Q.    Okay.   Explain to a lay person what does call

20   out a monument mean.

21        A.    Describe, call out would be how do they want us

22   to describe the monument that we found.

23        Q.    Okay.   And you were just pointing to something

24   on what was Exhibit 7 to Wong's deposition, and you're

25   pointing to something in the far top left-hand corner.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

EXHIBIT "V"

60971

COPY

2009 SEP 18 P 12: 13

1  **William L. Alexander** (State Bar Number 126607)
2  Alexander & Associates
   1925 G Street
3  Bakersfield, CA 93301
   Phone: (661) 316-7888
4  Fax: (661) 316-7890

5  **Attorneys for defendant Dennis W. De Walt, Inc.**

6

7

8                    UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10 ROGER McINTOSH,                        Case No.  107CV 01080 LJO-GSA

11                    Plaintiff,       )  **SUPPLEMENTAL RESPONSES TO**
12                                      )  **SPECIAL INTERROGATORIES, SET ONE**
   vs.                                  )
13                                      )
   NORTHERN CALIFORNIA UNIVERSAL        )
14 ENTERPRISES COMPANY, et al.          )
15                                      )
                     Defendants.        )
16                                      )
17                                      )
                                        )

18 _____

   **PROPOUNDING PARTY:**        **Plaintiff Roger McIntosh**
19
   **RESPONDING PARTY:**         **Defendant Dennis W. De Walt, Inc.**
20
   **SET NO.:**                  **One**
21

22     Defendant  Dennis  W.  De  Walt,  Inc.  ("Responding  Party")  responds  to  Special

23 Interrogatories, Set One, propounded by plaintiff Roger McIntosh. This response is based only upon

24 such information presently available to and specifically known to Responding Party as a result of a

25 diligent and reasonable inquiry.  This response is given without prejudice to Responding Party's

26 right to present evidence at the time of trial of any subsequently discovered information. Responding

27 Party expressly reserves the right to change this response as additional information becomes

28 available. This response is made in a good faith effort to state all information presently available and
   specifically known to Responding Party, but should in no way be to the prejudice of Responding

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1

1 | Party in relation to further discovery, independent investigation, and analyses.

2 |     SPECIAL INTERROGATORY NO. 1:

3 |     Please identify all persons who assisted you in the preparation of Tentative Map No. 6451

4 | including their names, addresses and contact information.

5 |     RESPONSE TO SPECIAL INTERROGATORY NO. 1:  Greg Black, Joe Stormont, Mike

6 | Weller, Robert Balow, Paul Chavez, Kenny Greer, Heath James, Joshua Woodard, Brandon

7 | Thompson, Rebekah Tiner, Sarah Burgi, Kevin Bedford, and Alberto Lopez.

8 |     SPECIAL INTERROGATORY NO. 2:

9 |     Please identify all documents which you used to assist you in preparing Tentative Map No.

10 | 6451.

11 |     RESPONSE TO SPECIAL INTERROGATORY NO. 2:  Objection(s):  overbroad and

12 | unduly burdensome and oppressive.  Without waiving and subject to such objection(s):  documents

13 | used include PM 9572; PM 9629; PM 10488; PM 10542; PM 10556; PM 10608; PM 10669; RS 19-

14 | 054; RS 20-191; RS 21-012; TTM 5472; 7-1, Bk.7 – Pg. 48; PTR by Fidelity National Title

15 | Company; City of Wasco Zoning Ordinance; Results of survey by DeWalt Corporation.

16 |     SPECIAL INTERROGATORY NO. 3:

17 |     Please identify any improvement plans you used to assist you in the preparation of Tentative

18 | Map No. 6451.

19 |     RESPONSE TO SPECIAL INTERROGATORY NO. 3:  Objection(s):  lacks foundation,

20 | assumes facts not in evidence.  Without waiving and subject to such objection(s):  responding party

21 | lacks sufficient information and belief upon which to respond.

22 |     SPECIAL INTERROGATORY NO. 4:

23 |     Please identify the location of any improvement plans for Tract No. 6451.

24 |     RESPONSE TO SPECIAL INTERROGATORY NO. 4:  Objection(s):  lacks foundation,

25 | assumes facts not in evidence, and calls for speculation.  Without waiving and subject to such

26 | objection(s):  responding party is unaware of any such plans.

27 |     SPECIAL INTERROGATORY NO. 5:

28 |     Please identify the authors of any improvement plans for Tract No. 6451.

2

1  RESPONSE TO SPECIAL INTERROGATORY NO. 5: Objection(s): lacks foundation,

2  assumes facts not in evidence, and calls for speculation. Without waiving and subject to such

3  objection(s): responding party is unaware of any such plans.

4  SPECIAL INTERROGATORY NO. 6:

5  Please identify all documents which support your contention, if any, that Dennis W. DeWalt,

6  Inc. is the corporate entity responsible for any liability flowing from the 2004 contract between

7  Northern California Universal Enterprises Company ("NCUE") and DeWalt Corporation.

8  RESPONSE TO SPECIAL INTERROGATORY NO. 6: Objection(s): unduly burdensome

9  and oppressive in that the identification of responsive documents would include nearly every piece of

10 paper involved in the project. The contract, invoices, and communications between the developer

11 and responding party are examples.

12 SPECIAL INTERROGATORY NO. 7:

13 Please identify all documents which show any of the assumption of the benefits or

14 obligations of the 2004 contract between NCUE and DeWalt Corporation by any company other than

15 Dennis W. DeWalt, Inc.

16 RESPONSE TO SPECIAL INTERROGATORY NO. 7: There are none.

17 SPECIAL INTERROGATORY NO. 8:

18 Please identify how much money you were paid for performing work pursuant to the

19 September 2004 contract between NCUE and DeWalt Corporation.

20 RESPONSE TO SPECIAL INTERROGATORY NO. 8: $27,196.76

21 SPECIAL INTERROGATORY NO. 9:

22 Please identify the person with the initials "SAB" on Tentative Map No. 6451.

23 RESPONSE TO SPECIAL INTERROGATORY NO. 9: Sarah A. Burgi

24 SPECIAL INTERROGATORY NO. 10:

25 Please identify the last known address and contact information for Heath James.

26 RESPONSE TO SPECIAL INTERROGATORY NO. 10: Unknown at this time.

27 ///

28 ///

Jessander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3

SUPPLEMENTAL RESPONSES TO SPECIAL INTERROGATORIES, SET ONE
Case No.: 1:07-cv-01080-LJO-GSA

1 | As to any objections, only.

2 | Dated:  September 17, 2009

ALEXANDER & ASSOCIATES

By: _____

WILLIAM L. ALEXANDER
Attorneys for defendant
Dennis W. De Walt, Inc.

SUPPLEMENTAL RESPONSES TO SPECIAL INTERROGATORIES, SET ONE
Case No.:  1:07-cv-01080-LJO-GSA

# PROOF OF SERVICE

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On September 17, 2009, I served the foregoing document entitled **SUPPLEMENTAL RESPONSES TO SPECIAL INTERROGATORIES, SET NO. ONE** on interested parties in this action

___ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

_X_ by placing __ the original, _x_ a true copy thereof, enclosed in sealed envelopes addressed as follows:

James J. Braze, Esq.                         Steven John Hassing, Esq.
Jeffrey A. Travis, Esq.                      Law Offices of Steven J. Hassing
Borton Petrini & Conron                      Five Sierragate Plaza, Suite 330
5060 California Avenue, Suite 700            Roseville, CA 95678
Bakersfield, CA 93303-2026

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071

_X_   BY MAIL

___   I deposited such envelope in the mail at Bakersfield, California, with postage thereon fully prepaid.

_x_   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

_____   BY FACSIMILE

I caused the foregoing document to be served by facsimile transmission to the facsimile machine telephone number last given by the person so served.

_____   BY PERSONAL SERVICE

I caused such envelope to be hand delivered to the office(s) of the addressee(s).

Executed on September 17, 2009, at Bakersfield, California.

_X_ (Federal)        I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
DIANE RUFF

# EXHIBIT "W"

1   **William L. Alexander** (State Bar Number 126607)
    Alexander & Associates
2   1925 G Street
    Bakersfield, CA 93301
3   Phone: (661) 316-7888
    Fax: (661) 316-7890
4

5   **Attorneys for defendant Dennis W. De Walt, Inc.**
6

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10  ROGER McINTOSH,                    Case No.  107CV 01080 LJO-GSA

11                    Plaintiff,    )  **SUPPLEMENTAL RESPONSES TO**
                                    )  **REQUEST FOR ADMISSIONS, SET ONE**
12  vs.                             )
                                    )
13                                  )
    NORTHERN CALIFORNIA UNIVERSAL   )
14  ENTERPRISES COMPANY, et al.     )
                                    )
15                    Defendants.   )
16                                  )
                                    )
17                                  )
                                    )
18

19  **PROPOUNDING PARTY:**      **Plaintiff Roger McIntosh**

20  **RESPONDING PARTY:**       **Defendant Dennis W. De Walt, Inc.**

21  **SET NO.:**                **One**

22      Defendant Dennis W. De Walt, Inc. ("Responding Party") responds to Requests for
    Admissions, Set One, propounded by plaintiff Roger McIntosh.  This response is based only upon
23  such information presently available to and specifically known to Responding Party as a result of a
24  diligent and reasonable inquiry.  This response is given without prejudice to Responding Party's
25  right to present evidence at the time of trial of any subsequently discovered information. Responding
26  Party expressly reserves the right to change this response as additional information becomes
27  available.  This response is made in a good faith effort to state all information presently available and
28  specifically known to Responding Party, but should in no way be to the prejudice of Responding

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1

SUPPLEMENTAL RESPONSES TO REQUEST FOR ADMISSIONS, SET ONE
Case No.: 1:07-cv-01080-LJO-GSA

2009 SEP 18  P 12: 13

1  Party in relation to further discovery, independent investigation, and analyses.

2       RESPONSE TO REQUEST FOR ADMISSION NO. 1:  Responding party admits that a
3  request was made to the City of Wasco for any and all documents which would reveal pertinent
4  information about the subject property.  Responding party lacks sufficient information and belief on
5  which to either admit or deny that a specific request for Tentative Tract Map No. 5472 was made.

6       RESPONSE TO REQUEST FOR ADMISSION NO. 2:  Responding party lacks sufficient
7  information and belief on which to either admit or deny this request and, therefore, denies this
8  request on that basis.

9       RESPONSE TO REQUEST FOR ADMISSION NO. 3:  Responding party admits that it
10  believes Martin-McIntosh prepared those plans.

11       RESPONSE TO REQUEST FOR ADMISSION NO. 4:  Responding party admits that it
12  reviewed multiple documents, which likely included Tentative Map No. 5472, before preparing
13  Tentative Map No. 6451.

14       RESPONSE TO REQUEST FOR ADMISSION NO. 5:  Responding party lacks sufficient
15  information and belief on which to either admit or deny this request and, therefore, denies this
16  request on that basis.

17       RESPONSE TO REQUEST FOR ADMISSION NO. 6:  Admitted.

18       RESPONSE TO REQUEST FOR ADMISSION NO. 7:  Responding party lacks sufficient
19  information and belief on which to either admit or deny this request and, therefore, denies this
20  request on that basis.

21       RESPONSE TO REQUEST FOR ADMISSION NO. 8:  Responding party admits that the
22  note refers to the approved improved plans on record with the City of Wasco.

23       RESPONSE TO REQUEST FOR ADMISSION NO. 9:  Admitted.

24       RESPONSE TO REQUEST FOR ADMISSION NO. 10:  Admitted.

25       RESPONSE TO REQUEST FOR ADMISSION NO. 11:  Admitted.

26       RESPONSE TO REQUEST FOR ADMISSION NO. 12:  Denied.  While the boundary refers
27  to the same property description, responding party's measurements of the subject property were
28  slightly different.

xander & Associates
Attorneys at Law
1925 G Street
kersfield, CA 93301
(661) 316-7888

2

1    RESPONSE TO REQUEST FOR ADMISSION NO. 13: Denied. Lots for Tentative Tract

2  Map and Final Map 6451 were created using information gathered from topographic and boundary

3  surveys, legal descriptions, title reporting, existing available mapping and approved plans, zoning

4  and city regulatory ordinance.

5    RESPONSE TO REQUEST FOR ADMISSION NO. 14: Denied.

6    RESPONSE TO REQUEST FOR ADMISSION NO. 15: Objection(s): calls for speculation,

7  vague and ambiguous. Without waiving and subject to such objection(s): denied. However, there

8  are obviously similarities between the maps.

9    RESPONSE TO REQUEST FOR ADMISSION NO. 16: Responding party lacks sufficient

10  information and belief on which to either admit or deny this request and, therefore, denies this

11  request on that basis.

12    RESPONSE TO REQUEST FOR ADMISSION NO. 17: Responding party lacks sufficient

13  information and belief on which to either admit or deny this request and, therefore, denies this

14  request on that basis.

15    RESPONSE TO REQUEST FOR ADMISSION NO. 18: Admitted in part and denied in

16  part. Responding party admits that Tentative Map No. 6451 was prepared with input from multiple

17  sources, including direction from NCUE.

18    RESPONSE TO REQUEST FOR ADMISSION NO. 19: Admitted in part and denied in

19  part. Responding party admits that Tentative Map No. 6451 was prepared with input from multiple

20  sources, including direction from NCUE.

21    RESPONSE TO REQUEST FOR ADMISSION NO. 20: Denied.

22    RESPONSE TO REQUEST FOR ADMISSION NO. 21: Admitted.

23    RESPONSE TO REQUEST FOR ADMISSION NO. 22: Responding party admits that no

24  improvement bond was required, and assumes that no bond was required because the improvements

25  were largely or completed in place.

26    RESPONSE TO REQUEST FOR ADMISSION NO. 23: Responding party admits that it

27  believes Martin-McIntosh prepared those plans.

28    RESPONSE TO REQUEST FOR ADMISSION NO. 24: Responding party admits that it

xander & Associates<br>Attorneys at Law<br>1925 G Street<br>kersfield, CA 93301<br>(661) 316-7888

3

1 believes Martin-McIntosh prepared those plans.

2     RESPONSE TO REQUEST FOR ADMISSION NO. 25: Denied. Tentative Map and Final

3 Map No. 6451 needed to conform to any and all of the requirements of any other tentative and final

4 maps prepared and recorded in the City of Wasco.

5     RESPONSE TO REQUEST FOR ADMISSION NO. 26: Denied.

6     RESPONSE TO REQUEST FOR ADMISSION NO. 27: Admitted.

7     RESPONSE TO REQUEST FOR ADMISSION NO. 28: Denied.

8     RESPONSE TO REQUEST FOR ADMISSION NO. 29: Denied.

9     RESPONSE TO REQUEST FOR ADMISSION NO. 30: Objection(s): lacks foundation, as

10 no exhibits were attached. Responding party lacks sufficient information and belief on which to

11 either admit or deny this request and, therefore, denies this request on that basis.

12     RESPONSE TO REQUEST FOR ADMISSION NO. 31: Denied.

13     RESPONSE TO REQUEST FOR ADMISSION NO. 32: Denied.

14     RESPONSE TO REQUEST FOR ADMISSION NO. 33: Admitted.

15     RESPONSE TO REQUEST FOR ADMISSION NO. 34: Admitted.

16     RESPONSE TO REQUEST FOR ADMISSION NO. 35: Objection(s): lacks foundation,

17 assumes facts that do not exist. Without waiving and subject to such objection(s): any physical

18 redesign was possible if a person was willing to tear out and remove the improvements.

19 As to any objections, only.

20 Dated: September 17, 2009

                       ALEXANDER & ASSOCIATES

21

22

23                     By:

24                        WILLIAM L. ALEXANDER
                       Attorneys for defendant

25                        Dennis W. De Walt, Inc.

26

27

28

ander & Associates
ttorneys at Law
1925 G Street
rsfield, CA 93301
661) 316-7888

4

**PROOF OF SERVICE**

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On September 17, 2009, I served the foregoing document entitled **SUPPLEMENTAL RESPONSES TO REQUEST FOR ADMISSIONS, SET NO. ONE** on interested parties in this action

___    by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

_X_    by placing ___ the original, _x_ a true copy thereof, enclosed in sealed envelopes addressed as follows:

James J. Braze, Esq.                 Steven John Hassing, Esq.
Jeffrey A. Travis, Esq.               Law Offices of Steven J. Hassing
Borton Petrini & Conron           Five Sierragate Plaza, Suite 330
5060 California Avenue, Suite 700    Roseville, CA 95678
Bakersfield, CA 93303-2026

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071

_X_    BY MAIL

___    I deposited such envelope in the mail at Bakersfield, California, with postage thereon fully prepaid.

_x_    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

___    BY FACSIMILE

I caused the foregoing document to be served by facsimile transmission to the facsimile machine telephone number last given by the person so served.

___    BY PERSONAL SERVICE

I caused such envelope to be hand delivered to the office(s) of the addressee(s).

Executed on September 17, 2009, at Bakersfield, California.

_X_ (Federal)      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Diane Ruff_
DIANE RUFF

Baker & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888