nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, 7th Floor
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   Attorneys for Plaintiff, Roger McIntosh
5

6

7

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 ROGER McINTOSH,                    Case No. 107CV 01080 LJO-GSA

12              Plaintiff,            [PROPOSED] ORDER GRANTING
                                      PARTIAL SUMMARY JUDGMENT
13       v.

14 NORTHERN CALIFORNIA UNIVERSAL
   ENTERPRISES COMPANY, et al,
15
               Defendants.
16

17

18                          **ORDER**

19       THIS CAUSE came before the United States District Court Magistrate Judge, Gary

20 S. Austin on Plaintiff's Motion for Partial Summary Judgment. Having reviewed the Motion,

21 supporting papers, and any response thereto, it is hereby

22       ORDERED, and pursuant to Federal Rule of Civil Procedure 56(a.) Partial Summary

23 Judgment is hereby granted and the following affirmative defenses are hereby dismissed in this

24 action without prejudice:

25       •       Publication;

26       •       Implied license;

27       •       First Sale doctrine;

28

H:\PUBLIC\054493\060971
McIntosh v.
Northern\[PROPOSED
ORDER] FOR PARTIAL
SUMMARY
JUDGMENT.wpd

1

[PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT

1     •    Abandonment of copyright;

2     •    Merger;

3     •    Statute of Limitations;

4     •    Laches;

5     •    Independent Creation.

6     IT IS FURTHER ORDERED, that defendants shall be precluded from introducing any evidence of these defenses at trial and which are not relevant to any other claims or defenses not covered by this order.

    IT IS SO ORDERED.

DATED: _____, 2009

_____
Gary S. Austin,
United States Magistrate Judge

# PROOF OF SERVICE
## (FRCP No. 5(b)(2)(E))

### STATE OF CALIFORNIA, COUNTY OF KERN

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **September 29, 2009**, I served the foregoing document described as **[PROPOSED] ORDER GRANTING PARTIAL SUMMARY JUDGMENT** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>Alexander & Associates<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

☒ **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

☒ **BY OVERNIGHT MAIL:** I caused such envelope with postage fully prepaid to be sent by Golden State Overnight Mail.

Executed on **September 29, 2009**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Vanessa J. Claridge