F. Notwithstanding the provisions of Section 16.16.120 of this code, the time for filing a final map for a vesting tentative map shall not be extended except for subdivisions on one hundred or more units where an extension is necessary to accomplish an approved phasing program. Failure to file a final map within the time period established by Section 16.20.010 of this code shall terminate all proceedings and no final map or parcel map for all or any part of the property included within the vesting tentative map shall be filed without first processing a new map pursuant to this title.

G. The time for filing a parcel map for a vesting tentative parcel map shall not be extended. Failure to file a parcel map within the time period established by Section 16.24.040 of this code shall terminate all proceedings and no final map or parcel map for all or any part of the property included within the vesting tentative map shall be filed without first processing a new map pursuant to this title.

H. A vesting tentative map or vesting tentative parcel map shall not be approved or conditionally approved unless the planning commission, finds on the basis of the studies and reports submitted by the subdivider that all public facilities necessary to serve the subdivision or mitigate any impacts created by the subdivision will be available for the entire time that the vesting tentative map or vesting tentative parcel map is valid plus any time during which the rights conferred by Section 17.26.030 of this code exist.

(Ord. 488 § 1 (Exh. A (part)), 2004: Ord. 474 (part), 2002).

## 16.26.030  Rights conferred.

A. Approval or conditional approval of a vesting tentative map or vesting tentative parcel map shall confer a right to proceed with residential development in substantial compliance with the ordinances, policies and standards described in Section 66474 of the Government Code. However, if Section 66474.20 is repealed the approval shall confer a vested right to proceed with development in substantial compliance with the ordinances, policies and standards in effect at the time the vesting tentative map or vesting tentative parcel map was approved or conditionally approved. Any disputes whether a development substantially complies with the approved or conditionally approved map, or with the ordinances, policies or standards described in this subsection, shall be resolved by the city council.

B. Notwithstanding subsection A of this section, a permit or entitlement for development may be conditionally approved or denied if at the time of the issuance of the permit approval or entitlement it is determined by the issuing authority or the city council on appeal:

   1. A failure to condition or deny the permit or entitlement would place the residents of the subdivision or of the immediate community or both in a condition dangerous to their health or safety or both; or

   2. The condition or denial is required in order to comply with state or federal law.

C. The rights conferred by a vesting tentative map or vesting tentative parcel map shall expire if:

   1. A final map or parcel map is not approved prior to the expiration of the vesting tentative map or the vesting tentative parcel map;

   2. The applicant has requested and the city has approved a change in the type, density, bulk or design of the development unless amendment to the vesting tentative map or vesting tentative parcel map has been approved.

D. Upon the filing of a final map or parcel map for a vesting tentative map or vesting tentative

A-PDF Split DEMO : Purchase from www.A-PDF.com to remove the watermark

parcel map the rights conferred by subsection A of this section shall continue for one year. Where several final maps or parcel maps are recorded on various phases of a project covered by a single vesting tentative map or vesting tentative parcel map this period shall begin for each phase when the final map or parcel map for that phase is recorded.

E.  The time period set forth in subsection D of this section shall be automatically extended by any time used for processing a complete application for a grading permit if such processing exceeds thirty days from the date a complete application is accepted.

F.  A subdivider may apply to the city council for a one year extension of the rights conferred by subsection D of this section at any time before the time period set forth in subsection D of this section expires. An extension may be granted only if the council finds that the map still complies with the requirements of this title. The city council may approve, conditionally approve or deny an extension in its sole discretion.

G.  If the subdivider submits a complete application for a building permit during the periods of time set forth in subsections D through F of this section, the rights referred to therein shall continue until the expiration of that building permit or any extension of that permit.

H.  Upon the expiration of the time limits specified in subsections A, D, E, F, or G of this section all right conferred by this section shall cease and the project shall be considered as the same as any subdivision which was not processed pursuant to this chapter.

I.  Notwithstanding subsection A of this section the amount of any fees which are required to be paid either as a condition of the map approval or by operation of any law shall be determined by application of the law or policy in effect at the time the fee is paid. The amounts of the fees are not vested upon approval of the vesting tentative map or tentative parcel map.

(Ord. 488 § 1 (Exh. A (part)), 2004: Ord. 474 (part), 2002).

## 16.26.040  Consistency with zoning and general plan.

No vesting tentative map or vesting tentative parcel map shall be approved if the proposed map or the design or improvement of the proposed development are not consistent with the applicable general, specific or master plans or with the applicable provisions of Title 17. If development of the project for which a vesting tentative map or vesting tentative parcel map. A vesting tentative map or vesting tentative parcel map shall not be approved if all other discretionary permits or approvals have not been approved either prior to or concurrently with approval of the map.

(Ord. 488 § 1 (Exh. A (part)), 2004: Ord. 474 (part), 2002).

## Chapter 16.28  DESIGN STANDARDS

Sections:

16.28.010 General requirements.
16.28.020 Conformance to plans.
16.28.030 Streets.
16.28.040 Alleys.
16.28.050 Blocks.
16.28.060 Lots.
16.28.070 Pedestrian way or walkways.
16.28.080 Commercial and industrial areas.
16.28.090 Reserve strips for controlling access.
16.28.100 Easements.

### 16.28.010 General requirements.

Each subdivision and the map thereof shall be in conformity to the standards contained in this chapter.

(Ord. 474 (part), 2002).

### 16.28.020 Conformance to plans.

All subdivision maps shall conform to any specific plans of streets, public areas or other projects or plans adopted or approved by the council. There shall be conformance to the principal and standards of the general plan and to the city zoning regulations.

(Ord. 474 (part), 2002).

### 16.28.030 Streets.

A. General. All streets shall conform to the city of Wasco improvement standards in Appendix A.

B. Local Streets. Local streets shall conform to the city of Wasco improvement standards in Appendix A.

C. Collector Streets. Collector streets shall conform to the city of Wasco improvement standards in Appendix A.

D. Arterial Streets. Arterial streets shall conform to the city of Wasco improvement standards in Appendix A. Medians or fees in lieu in the amount of an engineer's estimate will be required at the time of development for all arterial streets.

E. Cul-de-Sacs. Cul-de-sacs shall conform to the city of Wasco standards. Cul-de-sacs street shall be not exceed block lengths as described in Section 16.28.050.

F. Dead end or Stubbed Streets. Where a street is extended to the edge of the subdivision and is intended to be continued to serve future subdivisions a one foot reserve strip shall be offered for dedication for future street purposes. No stubbed streets shall be permitted unless a part of a phased and vested project for a subsequent phase. A fifty-foot radius turnaround shall be provided when determined by the planning commission to be necessary for the movement of emergency vehicles.

G. Private Streets. Private streets shall not be permitted.

H. Frontage Streets.

   1. Frontage streets shall conform to the city of Wasco standards.

   2. Frontage streets shall be required for residential lots of a subdivision fronting on a freeway, major highway, secondary highway, or arterial.

I. Planned unit development streets shall conform to the standards and guidelines set forth in the city of Wasco Zoning Ordinance and any applicable combining districts.

J. Partial Width Streets. Where a partial width street is required at the edge of a subdivision the width of such street shall not be less than one-half the full width required. The traveled way shall not be less than twenty-eight feet. A one foot reserve strip will be provided for and shall be offered for dedication to the city.

K. Street Curves and Tangents. A minimum centerline radius of at least five hundred feet shall be used on all streets except local streets shall have minimum radii of two hundred fifty feet.

L. Street Corner Property Line Radii. Street corner radii shall be twenty feet.

M. Street Intersections. Street intersection shall be as near right angles as is feasible.

N. Alignment of Continuation of Streets. Streets which are a continuation of streets in contiguous territory shall be so aligned as to assure that their centerlines will coincide. In cases where straight line continuations are not physically possible, such centerlines shall be continued by curves. In cases where such streets cannot be continued or aligned, a minimum distance of one hundred fifty feet between the centerlines shall be maintained.

O. Street Grades. No street shall be a grade of more than seven percent or less than two-tenths percent.

(Ord. 474 (part), 2002).

## 16.28.040 Alleys.

A. General. All alleys where approved or required shall conform to the city of Wasco standards.

B. Maintenance District Required. All new alleys and/or extensions of existing alleys shall be subject to annexation into a maintenance district.

C. Alley Required. Alleys may be required by the commission for lots used or intended to be used for commercial, industrial, or multifamily residential purposes.

D. Alley Optional. Alleys in single-family residential subdivisions shall be optional and subject to the commission's approval.

E. Alley Width. The width of alleys shall be thirty feet minimum except alleys in single-family residential subdivisions shall be twenty feet minimum.

F. Alley Intersections. Where two alleys intersect, the corner shall be cut on a straight line connecting points on both lot lines ten feet from the projected intersection of the alleys.

(Ord. 474 (part), 2002).

## 16.28.050 Blocks.

A. Residential Block Lengths. The design of residential blocks, including but not limited to, block length, street design, and pedestrian access shall comply with the policies and standards of the general plan.

TABLE INSET:

|  | Max. Blk. Length (in feet) |
|---|---|
| R-1 Zone 6,000 sq. ft. min. lot | 800 |
| R-1-8 Zone 8,000 sq. ft. min. lot | 1,100 |
| R-1-10 Zone 10,000 sq. ft. min. lot | 1,320 |

The planning commission may approve exceptions to the above block lengths if existing conditions merit such an exception.

B. Residential Block Widths. The width of each residential block shall be sufficient to allow two tiers of lots therein of a depth referred by the provisions of the zoning ordinance except where access to lots is limited to one street frontage only.

(Ord. 521 § 1 (Exh. A (part)), 2006; Ord. 474 (part), 2002).

### 16.28.060 Lots.

A. Access. Each lot of a subdivision shall have direct access to a street maintained by a public agency.

B. Divided Lots. No lot shall be divided by the boundary line of the city, a school district or any other taxing district.

C. Residential Lot Size. The minimum lot sizes within the subdivision shall conform to the standards as set forth in the zoning ordinance as shown in Table 17-4.

D. Double Frontage Lots Shall be Avoided Where Possible. Where such lots are unavoidable due to geographic locations, existing layout or other adverse conditions such lots will be permitted under the following conditions:

1. The dedication or irrevocable offer of dedication of the street on which double frontage occurs shall include a waiver, of direct access rights to such street from any property abutting thereon.

E. Cul-de-Sac Lots. Minimum frontage on a cul-de-sac lot shall be as shown in Table 17-4 of the zoning ordinance.

(Ord. 521 § 1 (Exh. A (part)), 2006; Ord. 474 (part), 2002).

### 16.28.070 Pedestrian way or walkways.

The subdivider may be required to dedicate and improve walkways through long blocks or to provide access to schools, parks, or other public areas.

(Ord. 474 (part), 2002).

### 16.28.080 Commercial and industrial areas.

When property is designated for commercial or industrial use either in the general plan or the zoning regulations, the plan of the subdivision shall be appropriate for such uses. Streets shall be adequate capacity to handle the anticipated traffic which will utilize them. As far as practicable, streets shall be laid out so that there will be direct access to the commercial or industrial area from arterial or collector streets without utilizing local streets traversing residential areas. Lot areas and dimensions shall be adequate to accommodate the yard spaces, off-street parking facilities, and off-street loading facilities required by the zoning regulations.

(Ord. 474 (part), 2002).

### 16.28.090 Reserve strips for controlling access.

A one foot reserve strip controlling the access to street or other public rights-of-way from adjoining property shall be approved where such strips are necessary for the protection of the public welfare or for a substantial property right. The control and disposal within the jurisdiction of the city under conditions approved by the commission. The reserve strips shall be specifically referred to in the dedication certificate.

(Ord. 474 (part), 2002).

### 16.28.100 Easements.

Distribution lines shall be placed underground within the public right-of-way. On all street rights-of-way less than sixty feet in width an additional five feet on each side and parallel to the street right-of-way will be required. Easements for equipment enclosures shall be required as needed.

(Ord. 474 (part), 2002).

## Chapter 16.32 IMPROVEMENTS

Sections:
16.32.001  Definitions.
16.32.010  General requirements.
16.32.020  In subdivisions for which a final map is required.
16.32.030  In subdivisions for which a parcel map is required.
16.32.040  Standards and design criteria.
16.32.050  Plans.
16.32.060  Required improvements--Generally.
16.32.070  Required improvements--Grading.
16.32.080  Required improvements--Street improvements.
16.32.090  Required improvements--Storm drain.
16.32.100  Required improvements--Sanitary sewer.
16.32.110  Required improvements--Water system.
16.32.120  Required improvements--Street signs.
16.32.130  Required improvements--Access barricade.
16.32.140  Required improvements--Street lights.
16.32.150  Required improvements--Public utilities.
16.32.160  Required improvements--Railroad crossings.
16.32.170  Required improvements--Fences or walls.
16.32.180  Required improvements--Trees.
16.32.190  Required improvements--Street striping.
16.32.200  Required improvements--Stop signs, stop lights or any other traffic safety device.
16.32.210  Required improvements--Solid waste containers.
16.32.220  Supplemental improvements and reimbursement agreements.
16.32.230  Monuments and lot corners.
16.32.240  Completion of subdivision improvements.
16.32.250  Subdivision agreement.
16.32.260  Security--Type.
16.32.270  Security--Form of bonds.
16.32.275  Alternative to faithful performance bond described--Procedures.
16.32.280  Security--Amount.
16.32.290  Security--Release.
16.32.300  Security--Forfeiture.
16.32.310  Notice to commence work.
16.32.315  Required permits.
16.32.320  Inspection--Required.
16.32.330  Inspection--Fees.
16.32.340  Inspections and tests--Required.

16.32.350  Final inspection.
16.32.360  As-built plans.
16.32.370  Insurance requirements.

## 16.32.001 Definitions.

"Improvement" refers to any street work and utilities to be installed, or agreed to be installed, by the subdivider on the land to be used for public or private streets, highways, ways, and easements, as are necessary for the general use of the lot owners in the subdivision and the local neighborhood traffic and drainage needs as a condition precedent to the approval and acceptance of the final map thereof. "Improvement" also refers to any other specific improvements or types of improvements, the installation of which, either by the subdivider, by the public agencies, by private utilities, by any other entity approved by the local agency, or by a combination thereof, is necessary to ensure consistency with, or implementation of, the general plan or any applicable specific plan.

(Ord. 474 (part), 2002).

## 16.32.010 General requirements.

All improvements shall be constructed at the subdivider's expense in accordance with the requirements of this chapter and in accordance with the city of Wasco improvement standards as shown in Appendix A.

(Ord. 474 (part), 2002).

## 16.32.020 In subdivisions for which a final map is required.

As a condition of approval of a tentative map for which a final map is required, all improvements as set forth in this chapter shall be required.

(Ord. 474 (part), 2002).

## 16.32.030 In subdivisions for which a parcel map is required.

As a condition of approval of a tentative map for which a parcel map is required, improvements as set forth in the chapter may be required. The extent of such improvements shall be determined by the planning commission pursuant to Section 66411.1 of the Map Act. The planning commission may waive improvements until development of proposed division of land occurs. Improvements shall not be waived in any developed area.

(Ord. 474 (part), 2002).

## 16.32.040 Standards and design criteria.

The criteria and standards used for the design and construction of improvements shall be in accordance with the following:

> A. City of Wasco "standards," copies of which are for sale or available for examination by the public in the offices of the city clerk, city planning department, or city engineer;

B. All the applicable provisions of Chapter 16.28 entitled "Design Standards";

C. All other requirements set forth in this chapter;

D. Exceptions. The city engineer or other designated city official may make minor changes in typical sections and details if unusual conditions pertain to the subdivision or arise during construction to warrant such change.

    1. Fees in lieu of certain improvements may be recommended by the city engineer to the city council upon the making the following findings:

E. All utilities shall be extended as necessary to meet the definition of "improvement" (Section 16.32.001).

(Ord. 474 (part), 2002).

### 16.32.050 Plans.

A. Improvement plans shall include all drawings and specifications necessary for the orderly construction of improvements for the subdivision.

B. All such plans shall be prepared in a professional manner in keeping with standard engineering practices.

C. All such plans shall be drawn on polyester base film in ink capable of producing a legible print.

D. All sheets shall be twenty-four inches by thirty-six inches and shall be incorporated into one complete set of plans. All such sheets shall be of the same size. When more than three sheets of drawings are required, an index to drawings shall be ascribed on the first sheet of the set.

E. Plans, profiles and specifications for such improvements shall be furnished to the city engineer or other designated city official for checking, and such plans, profiles and specifications shall be subject to the approval of the city engineer or other designated city official before any such map shall be approved or certified. Such plans, profiles and improvements shall be in accordance with the standards of the city, as adopted by the council.

F. Three Auto CAD (or compatible) copies (IBM readable) of the map shall be provided on three separate three and one-half inch floppy disks. This data is for government use and is not available to the general public in electronic format.

(Ord. 474 (part), 2002).

### 16.32.060 Required improvements--Generally.

The improvements set out in Sections 16.32.070 through 16.32.210 as required shall be clearly set forth in the improvement plans and constructed or installed in accordance therewith.

(Ord. 474 (part), 2002).

### 16.32.070 Required improvements--Grading.

Grading shall include all excavation, embankment and fill necessary to produce the surface on which the lowest layer of improvement or structure is placed. Such grading shall be constructed to the lines and grades approved by the city engineer or other designated city official for all surface

improvements in the subdivision including streets, alleys, sidewalks, curbs and gutters, building pads, and surface drainage facilities. All building pads shall be graded to provide eighteen inches minimum from finished floor of building to finish gutter flow line.

(Ord. 474 (part), 2002).

### 16.32.080  Required improvements--Street improvements.

Street improvements shall include curb and gutter, valley gutters, sidewalks, structural street and alley sections which includes subbase, base and paving as required.

(Ord. 474 (part), 2002).

### 16.32.090  Required improvements--Storm drain.

Drainage facility improvements shall include storm drain lines, catch basins, manholes or other improvements that may necessitate the drainage of stormwater from the subdivision. On site ponding basins as a method of disposal of stormwater may be permitted upon approval of the city engineer or other designated city official. The maximum distance permitted for surface drainage shall be one thousand three hundred feet.

(Ord. 474 (part), 2002).

### 16.32.100  Required improvements--Sanitary sewer.

Sanitary sewer improvements shall include the main line connected to the existing system, manholes and a lateral stubbed to the property line of each lot. Such laterals shall be marked on the top of the curb with the letter "S" at such time as concrete is placed. No septic tanks, cesspools, or leach fields, will be permitted except in documented findings of hardship to be determined by the planning commission. Permanent force mains will not be permitted unless otherwise approved by the city council with written recommendation by the city engineer or other designated city official.

(Ord. 474 (part), 2002).

### 16.32.110  Required improvements--Water system.

Water system improvements shall include water mains, fire hydrants, valves and services to property line of each lot. Location of water services shall be marked on the top of the curb with the letter "W" at such time concrete is placed. Fire hydrants shall be of the size and type approved by the Kern County fire department and city engineer or other designated city official; provided, however, that such hydrants shall not be less than any hydrant required by the city as set forth in the city of Wasco standards and adopted Uniform Fire Code. The following criteria shall be used for placement of fire hydrants:

> A.  Single-Family Residential Development. One hydrant shall be placed for each six hundred lineal feet of residential frontage. No development shall be less than two hydrants or as required by the planning commission.
>
> B.  Multiple-Family or Mobilehome Park Residential Development. One fire hydrant shall be placed for each four hundred fifty lineal feet of residential development frontage. No development shall have less than two hydrants or as required by the

planning commission.

C. Commercial and Industrial Development. One fire hydrant shall be placed for each three hundred lineal feet of commercial or industrial frontage. No development shall have less than two fire hydrants or as required by the planning commission.

D. Combined Type Development. When combined type developments are developed, fire hydrants shall be placed in accordance with the most restrictive of the above criteria as approved by the city engineer or other designated city official.

(Ord. 474 (part), 2002).

## 16.32.120 Required improvements--Street signs.

All street signs shall be provided by the subdivider. Street signs shall be of the type approved by the city. Street signs shall be placed at each intersection in accordance with the city of Wasco standards.

(Ord. 474 (part), 2002).

## 16.32.130 Required improvements--Access barricade.

Any required barricade to protect access at dead-end streets shall be provided by the subdivider.

(Ord. 474 (part), 2002).

## 16.32.140 Required improvements--Street lights.

Street lights, conduits and wiring shall be installed at the expense of the subdivider. No direct burial of wiring will be permitted. Conduit will be required for all underground wiring. Light poles shall be provided by and installed by the subdivider and dedicated to the city as part of improvements. No point along any collector or arterial street shall be more than two hundred fifty feet from a mast arm type street light and no point along any residential street shall be less than two hundred feet from a post type street light. Street lights shall be placed in the following numbers at exact locations to be determined by the city of Wasco city engineer or designee:

Number of Street Lights Required

TABLE INSET:

| Type of Intersection | Arterial/Collector Street | Residential Street |
|---|---|---|
| Four-way intersection | 4 (each corner) | 2 |
| Three-way intersection | 2 | 1 |
| Two-way intersection | 1 | 1 |
| End of a cul-de-sac | 1 | 1 |

(Ord. 474 (part), 2002).

## 16.32.150  Required improvements--Public utilities.

The subdivider shall provide public utilities to each lot of the subdivision including electric, communications (telephone), street lighting, natural gas, and cable television. Existing and new utility distribution facilities, and lines, shall be placed underground in any residential, commercial or industrial subdivision. The subdivider shall be responsible for complying with the requirements of this section, and the subdivider shall make the necessary arrangements with the utility companies for the installation and access to such facilities. Such facilities shall be installed underground before any permanent street facilities are placed. For the purpose of this chapter, appurtenances and associates equipment such as, but not limited to, surface-mounted transformers, pedestal-mounted terminal boxes and meter cabinets may be placed aboveground where below ground or ground level units are not feasible or possible. If above ground boxes or pedestals are required, they shall have a minimum amount of surface area, be aesthetically pleasing and be covered with an anti-graffiti coating. The provisions of this section shall not apply to utility distribution facilities and lines which do not provide services to the area being subdivided. Utility plans shall be incorporated into the improvement plans.

(Ord. 474 (part), 2002).

## 16.32.160  Required improvements--Railroad crossings.

Provisions shall be made for any and all railroad crossings necessary to provide access to, or circulation with, the proposed subdivision, including the preparation of all documents necessary for application to the public utilities commission of the state for the establishment and improvement of such crossing. Costs for such establishment and improvement shall be the responsibility of the subdivider.

(Ord. 474 (part), 2002).

## 16.32.170  Required improvements--Fences or walls.

Fences or walls shall be constructed by the subdivider of the size and type and in the locations as may be required by the planning commission. Block walls shall be installed per city of Wasco improvement standards. Design guideline policies may be added by the planning commission to assist developers with this section.

(Ord. 474 (part), 2002).

## 16.32.180  Required improvements--Trees.

Trees shall be planted by the subdivider of the size and type and in the locations as may be required by the planning commission for screening purposes or as required pursuant to the city of Wasco Zoning Ordinance. Street trees shall be planted along all public rights-of-way in all new development.

(Ord. 474 (part), 2002).

## 16.32.190  Required improvements--Street striping.

Street striping shall be required in accordance with the currently approved CalTrans Standards.

(Ord. 474 (part), 2002).

### 16.32.200 Required improvements--Stop signs, stop lights or any other traffic safety device.

Stop signs, stop lights or any other traffic safety device shall be as required by the planning commission and shall be installed in accordance with CalTrans Standards. (See traffic impact analysis for fees).

(Ord. 474 (part), 2002).

### 16.32.210 Required improvements--Solid waste containers.

Containers used for the collection of solid waste and recycling by the city shall be furnished at the subdivider's expense. The city staff shall determine the number of containers required. The cost of each container shall be paid prior to recordation of the subdivision map. Containers shall be purchased from the city of Wasco and remain the property of the city of Wasco.

(Ord. 474 (part), 2002).

### 16.32.220 Supplemental improvements and reimbursement agreements.

The subdivider may be required to install improvements for the benefit of the subdivision which may contain supplemental size capacity or number for the benefit of property not within the subdivision and thereafter to dedicate such improvements to the public. The subdivider may be reimbursed for a portion of his costs as provided in Sections 66486 and 66487 of the Subdivision Map Act, or other reimbursement enabling acts. The subdivider's engineer shall submit to the city engineer or other designated city official an engineer's estimate for approval.

In order to pay the costs as required by the reimbursement agreement, the city may:

  A. Collect from other persons, including public agencies, using such improvements for the benefit of real property not within the subdivision, a reasonable charge for such use;

  B. Contribute to the subdivider that part of the cost of the improvements that is attributable to the benefit of real property outside the subdivision and levy a charge upon the real property benefited to reimburse the city for such cost, together with interest thereon, of any, paid to the subdivider;

  C. Establish and maintain local benefit districts for the levy and collection of such charge or costs from the property benefited.

(Ord. 474 (part), 2002).

### 16.32.230 Monuments and lot corners.

  A. Permanent Monuments.

    1. Permanent monuments in accordance with the city of Wasco standards shall be set by the subdivider's engineer or land surveyor at the following locations:

      a. At all angle points and at the beginning and ending of all curves on the exterior boundaries of the subdivision;

      b. At all intersections of street centerlines;

      c. At the beginning and ending of all curves on the street centerlines within the tract;

      d. At all the intersections of street centerlines and the exterior boundary of the subdivision.

   2. All such monuments shall be set as to insure an unobstructed site between adjacent monuments.

   3. All such monuments shall be set as required by the Subdivision Map Act. The city engineer or other designated city official may check such monuments by field survey and verify that the positions of such monuments are correct. At such time as structural street sections are completed, frames and covers in accordance with city of Wasco standards shall be constructed.

B. Lot Corners.

   1. The subdivider's engineer or land surveyor shall monument all lot corners including each angle point, the beginning of each curve and the end of each curve. Such monument shall not be less substantial and enduring than a half inch iron pipe eighteen inches long with a noncorrosive registered engineer's or licensed surveyor's marker on the head thereof.

(Ord. 474 (part), 2002).

## 16.32.240 Completion of subdivision improvements.

A subdivision map which requires a final or parcel map shall not be approved and subsequently recorded until improvements required as a condition of approval of the tentative map have been completed or a subdivision agreement to complete the improvements has been entered into pursuant to Section 66462 of the Map Act. Such agreement to complete improvements shall be guaranteed by security in the amount, type, form, and content as set forth in this chapter.

(Ord. 474 (part), 2002).

## 16.32.250 Subdivision agreement.

A. The subdivision agreement to complete required improvements shall contain such stipulations as may be required to assure completion of the subdivision in accordance with the requirements of the city. Such stipulations shall specify that the subdivider shall complete the improved work within twelve months and providing that if he fails to complete such work within such period, the city may complete the same and recover the full cost and expense thereof from the subdivider. The subdivision agreement shall provide for inspection of all improvements by the city. The form and content of such agreement shall be approved by the city attorney.

B. The subdivision agreement shall be secured by a bond or security in the amount, type, form and content as set forth in this chapter.

C. Except for assessments authorized after tentative map approval for the financing and completion of improvements required of the subdivider, all outstanding or remaining

assessments on the land of the subdivision established for improvements contracted under special assessment district proceedings shall be paid by the subdivider.

(Ord. 474 (part), 2002).

### 16.32.260 Security--Type.

Improvement security shall be of the type as provided for in Section 66499 of the Map Act subject to review by the city attorney an approval of the city council.

(Ord. 474 (part), 2002).

### 16.32.270 Security--Form of bonds.

When a bond is used to secure the faithful performance of the agreement for subdivision improvements it shall be in substantially the same form as provided for in Section 66499.1 of the Map Act, subject to review by the city attorney and approval by the city council. The form of bond for the security of laborers and materialmen shall be in substantially the same form as provided for in Section 66499.2 of the Map Act subject to review by the city attorney and approval by the city council. Appropriate modifications shall be made in such form if the bond is being furnished for the performance of an act not provided for by agreement. All bonds shall be furnished by a surety company authorized to write the same in the state of California.

(Ord. 474 (part), 2002).

### 16.32.275 Alternative to faithful performance bond described--Procedures.

In lieu of any faithful performance bond required by this chapter, the subdivider may deposit with the city engineer, on behalf of the city council one of the following: (1) a deposit, either with the city or a responsible escrow agent or trust company, selected by the city, of cash or negotiable bonds of the kind approved for securing deposits of public moneys, or (2) an irrevocable instrument of credit from one or more responsible financial institutions regulated by state or federal government and pledging that the funds are on deposit and guaranteed for payment on demand by the city. The forms of all documents relating to such security shall be subject to approval by the city attorney.

(Ord. 474 (part), 2002).

### 16.32.280 Security--Amount.

The improvement security shall be provided in the amount as follows:

> A. Performance Security. One hundred percent of the total estimated cost of the improvements or act to be performed securing payment to the contractor, the subcontractors and to persons furnishing labor, materials or equipment to them for the improvement of the performance of the required act.
>
> B. Labor and Material Security. Fifty percent of the total estimated cost of the improvement or act to be performed securing payment to the contractor, the subcontractors and to persons furnishing labor, materials or equipment to them for the improvement or the performance of the required act.

(Ord. 474 (part), 2002).

### 16.32.290 Security--Release.

A. Security for performance may be reduced as work progresses only for the work satisfactorily completed. Upon written request from the subdivider, the city engineer or other designated city official shall determine the value of work completed satisfactorily and submit it to the city council for approval. In no event shall such security be reduced more than ninety percent. Upon final completion and acceptance of the work as determined by the city engineer or other designated city official, a notice of completion shall be filed with the county recorder. Ten percent of such security shall be retained for one year after the filing of such notice.

B. Security for labor and material shall be released six months after such notice of completion is filed; provided, that no claims are filed, the amount of such security shall be reduced equal to the amount of such claims. The balance of the security will be released on the satisfactory settlement of such claims. No security given for the guarantee or warranty of work shall be released until the expiration of the period thereof.

(Ord. 474 (part), 2002).

### 16.32.300 Security--Forfeiture.

Upon the failure of the subdivider to complete any improvement, acts, or obligations within the time specified, or an approved extension thereof the city council may, upon notice in writing of not less than ten days, served upon the person responsible for the performance thereof, or upon notice in writing of not less than twenty days, served by certified mail addressed to the last known address of such person, determine that the subdivider is in default and may cause the improvement security of such portion thereof as is necessary to complete the work or act or other obligation of the subdivider secured thereby to be forfeited to the city.

(Ord. 474 (part), 2002).

### 16.32.310 Notice to commence work.

Improvement work shall not commence until the city engineer or other designated city official has been given twenty-four hours notice. If the work is discontinued for any reason, it shall not be commenced until such notice is given.

(Ord. 474 (part), 2002).

### 16.32.315 Required permits.

All permits required to commence work including but not limited to CalTrans encroachment permits and city of Wasco encroachment permits must be obtained prior to commencement of work.

(Ord. 474 (part), 2002).

### 16.32.320 Inspection--Required.