**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

GRAPHIC LINK:**Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

**GRAPHIC LINK:Click here**

# EXHIBIT "B"





► Assessor · Recorder Homepage
► County Homepage

**Assessor's Office:**

☼ About Us
☼ Property Search
☼ Property Valuations
☼ Tax Relief, Exemptions Exclusions, Reductions
☼ Things To Know/ News
☼ Assessor's Forms
☼ Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

**Property Search - PROPERTY DETAILS**

| Kern Property Profile | | | | |
|---|---|---|---|---|
| **Property Information** | | | | |
| | | | | |
| **ATN** | 487-391-01-00-3 | | **Status** | Active |
| **Parcel Num.** | 487-391-01-3 | View Parcel Map | | GIS Map |
| **Site Addr.** | 5604 ST ANDREWS CRESENT WASCO | | | |
| **Legal** | TRACT 6451 1 | | | |
| **Acres** | 0.19 | | | |
| **Use Code** | 0101 - SGL FAM RES ON R1 ZONED LAND | | | |
| **Prior APN** | 487-050-46 | | | |
| **Supervisorial District** | 4 - Ray Watson | | | |

| Recorded Documents | | |
|---|---|---|
| **Document Number** | **Document Type** | **Date Recorded** |
| 207231894 | Deed | 11/20/07 |
| 207217436 | Deed | 10/30/07 |

| Permits | | | |
|---|---|---|---|
| **Permit No.** | W12050341 | **Status** | |
| **Date Issued** | 12/01/05 | **Date Completed** | 10/30/07 |
| **Description:** | SFR W/ATTACHED GARAGE | | |

| Property Characteristics | |
|---|---|
| **Unit** 1 | |
| **Year Built** | 2007 |
| **Sq. Ft.** | 2220 |
| **Bed / Bath** | 5/3 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | **Assessed Values** |
| Land Value: | 80,000 |
| Mineral Value: | 0 |
| Improvement Value: | 231,000 |
| Other Improvement: | 0 |

| Personal Property Value: | | 0 |
|---|---|---|
| Total: | | 311,000 |
| Less Exemption Value: | | 7,000 |
| Net Total Taxable Value: | | 304,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | | 08-1346768-00-7 | | Billed |
|---|---|---|---|---|---|
| Net Billed Value | | | Tax Rate Area | Proration Period | |
| 304000 | | | 007-047 | 1 Year | |
| General Amt | Special Amt | | Special Asmnts | General Rate | Special Rate |
| 3,241 | 250 | | 224 | 1 | 0 |

| | | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|---|
| 1st Installment | | 12/10/08 | 1857.49 | 11/17/08 | 185.74 | 1857.49 |
| 2nd Installment | | 04/10/09 | 1857.48 | | 195.74 | 0.00 |
| Total | | | 3714.97 | | | 1857.49 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 3040.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 71.61 |
| 70787 | WASCO UN 2004A | 0.005025% | 15.27 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 86.11 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.42 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 21.36 |
| 76964 | KCCD SRID 2002B | 0.001884% | 5.72 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 250.00 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 3,714.97 |





▶ Assessor · Recorder Homepage

▶ County Homepage

 Assessor's Office:

🔾 About Us

🔾 Property Search

🔾 Property Valuations

🔾 Tax Relief, Exemptions
   Exclusions, Reductions

🔾 Things To Know/ News

🔾 Assessor's Forms

🔾 Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

| Kern Property Profile | | | | |
|---|---|---|---|---|
| **Property Information** | | | | |
| | | | | |
| **ATN** | 487-391-02-00-6 | | **Status** | Active |
| **Parcel Num.** | 487-391-02-1 | View Parcel Map | | GIS Map |
| **Site Addr.** | 5614 ST ANDREWS CRESENT WASCO | | | |
| **Legal** | TRACT 6451 2 | | | |
| **Acres** | 0.14 | | | |
| **Use Code** | 0101 - SGL FAM RES ON R1 ZONED LAND | | | |
| **Prior APN** | 487-050-46 | | | |
| **Supervisorial District** | 4 - Ray Watson | | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 207090087 | Deed | 04/27/07 |

| **Permits** | | | |
|---|---|---|---|
| **Permit No.** | W10050287 | **Status** | |
| **Date Issued** | 10/01/05 | **Date Completed** | 04/27/07 |
| **Description:** | SFR W/ATTACHED GARAGE | | |

| **Property Characteristics** | |
|---|---|
| **Unit** 1 | |
| **Year Built** | 2007 |
| **Sq. Ft.** | 1680 |
| **Bed / Bath** | 4/2 |

| **Assessment Information for Tax Year** | **2008-2009** |
|---|---|
| | **Assessed Values** |
| Land Value: | 60,000 |
| Mineral Value: | 0 |
| Improvement Value: | 192,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| Total: | | 252,000 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 252,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346769-00-0 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period |
| 252000 | | 007-047 | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 2,686 | 188 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1549.09 | 12/04/08 | 154.90 | 1549.09 |
| 2nd Installment | 04/10/09 | 1549.08 | | 164.90 | 0.00 |
| Total | | 3098.17 | | | 1549.09 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2520.02 |
| 70786 | WASCO UN 2001A | 0.023557% | 59.36 |
| 70787 | WASCO UN 2004A | 0.005025% | 12.66 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 71.38 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.35 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 17.71 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.74 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 187.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 3,098.17 |





► Assessor · Recorder Homepage

► County Homepage



Assessor's Office:

Ⓠ About Us

Ⓠ Property Search

Ⓠ Property Valuations

Ⓠ Tax Relief, Exemptions
Exclusions, Reductions

Ⓠ Things To Know/ News

Ⓠ Assessor's Forms

Ⓠ Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**

## Property Search - PROPERTY DETAILS

| Kern Property Profile | | | |
|---|---|---|---|
| **Property Information** | | | |
| **ATN** | 487-391-03-00-9 | **Status** | Active |
| **Parcel Num.** | 487-391-03-9   View Parcel Map | | GIS Map |
| **Site Addr.** | 5624 ST ANDREWS CRESENT WASCO | | |
| **Legal** | TRACT 6451 3 | | |
| **Acres** | 0.14 | | |
| **Use Code** | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| **Prior APN** | 487-050-46 | | |
| **Supervisorial District** | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | AS17923 | Status | |
|---|---|---|---|
| Date Issued | 07/01/08 | Date Completed | |
| Description: | CREATED IN ERROR | | |

| Permit No. | W10050288 | Status | |
|---|---|---|---|
| Date Issued | 10/01/05 | Date Completed | 09/01/07 |
| Description: | SFR W/ATTACHED GARAGE | | |

### Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1520 |
| Bed / Bath | 4/2 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |

| Land Value: | | 24,350 |
|---|---|---|
| Mineral Value: | | 0 |
| Improvement Value: | | 135,000 |
| Other Improvement: | | 0 |
| Personal Property Value: | | 0 |
| Total: | | 159,350 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 159,350 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed
to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346770-00-2 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | Proration Period | |
| 159350 | | 007-047 | 1 Year | |

| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
|---|---|---|---|---|
| 1,699 | 76 | 224 | 1 | 0 |

| | | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|---|
| 1st Installment | | 12/10/08 | 999.59 | 12/10/08 | 99.95 | 999.59 |
| 2nd Installment | | 04/10/09 | 999.56 | | 109.95 | 0.00 |
| Total | | | 1999.15 | | | 999.59 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 1593.54 |
| 70786 | WASCO UN 2001A | 0.023557% | 37.53 |
| 70787 | WASCO UN 2004A | 0.005025% | 8.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 45.13 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.22 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 11.19 |
| 76964 | KCCD SRID 2002B | 0.001884% | 3.00 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 76.09 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 1,999.15 |




► Assessor • Recorder Homepage

► County Homepage

## Assessor's Office:

○ About Us

○ Property Search

○ Property Valuations

○ Tax Relief, Exemptions
   Exclusions, Reductions

○ Things To Know/ News

○ Assessor's Forms

○ Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**

## Property Search - PROPERTY DETAILS

### Kern Property Profile

### Property Information

| ATN | 487-391-04-00-2 | | **Status** | Active |
|---|---|---|---|---|
| **Parcel Num.** | 487-391-04-7 | View Parcel Map | | GIS Map |
| **Site Addr.** | 5634 ST ANDREWS CRESENT WASCO | | | |
| **Legal** | TRACT 6451 4 | | | |
| **Acres** | 0.14 | | | |
| **Use Code** | 0101 - SGL FAM RES ON R1 ZONED LAND | | | |
| **Prior APN** | 487-050-46 | | | |
| **Supervisorial District** | 4 - Ray Watson | | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W10050289 | Status | |
|---|---|---|---|
| **Date Issued** | 10/01/05 | **Date Completed** | 01/02/07 |
| **Description:** | SFR W/ATTACHED GARAGE | | |

### Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1440 |
| Bed / Bath | 4/2 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | **Assessed Values** |
| Land Value: | 24,350 |
| Mineral Value: | 0 |
| Improvement Value: | 190,740 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| Total: | | 215,090 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 215,090 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346771-00-5 | | | Billed |
|---|---|---|---|---|---|
| **Net Billed Value** | | **Tax Rate Area** | | **Proration Period** | |
| 215090 | | 007-047 | | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate | |
| 2,293 | 76 | 224 | 1 | 0 | |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1296.67 | 12/10/08 | 129.66 | 1296.67 |
| 2nd Installment | 04/10/09 | 1296.64 | | 139.66 | 0.00 |
| Total | | 2593.31 | | | 1296.67 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2150.93 |
| 70786 | WASCO UN 2001A | 0.023557% | 50.66 |
| 70787 | WASCO UN 2004A | 0.005025% | 10.80 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 60.92 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.30 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 15.11 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.05 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 76.09 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 2,593.31 |




► Assessor · Recorder Homepage

► County Homepage

 **Assessor's Office:**

Ⓠ About Us

Ⓠ Property Search

Ⓠ Property Valuations

Ⓠ Tax Relief, Exemptions
  Exclusions, Reductions

Ⓠ Things To Know/ News

Ⓠ Assessor's Forms

Ⓠ Related Links



**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

## Property Information

| ATN | 487-391-05-00-5 | | Status | Active |
|-----|-----------------|---|--------|--------|
| Parcel Num. | 487-391-05-4    View Parcel Map | | | GIS Map |
| Site Addr. | 5644 ST ANDREWS CRESENT WASCO | | | |
| Legal | TRACT 6451 5 | | | |
| Acres | 0.14 | | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | | |
| Prior APN | 487-050-46 | | | |
| Supervisorial District | 4 - Ray Watson | | | |

## Recorded Documents

| Document Number | Document Type | Date Recorded |
|-----------------|---------------|---------------|
| 208082753 | Deed | 05/23/08 |

## Permits

| Permit No. | W12050342 | Status | |
|------------|-----------|--------|---|
| Date Issued | 12/01/05 | Date Completed | 01/02/07 |
| Description: | SFR W/ATTACHED GARAGE | | |

## Property Characteristics

| Unit 1 | |
|--------|--|
| Year Built | 2007 |
| Sq. Ft. | 1876 |
| Bed / Bath | 5/2.5 |

| Assessment Information for Tax Year | 2008-2009 |
|-------------------------------------|-----------|
| | Assessed Values |
| Land Value: | 24,350 |
| Mineral Value: | 0 |
| Improvement Value: | 229,500 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| Total: | | 253,850 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 253,850 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed
to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346772-00-8 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | Proration Period | |
| 253850 | | 007-047 | 1 Year | |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 2,706 | 76 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1503.25 | 11/26/08 | 150.32 | 1503.25 |
| 2nd Installment | 04/10/09 | 1503.23 | | 160.32 | 0.00 |
| Total | | 3006.48 | | | 1503.25 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2538.53 |
| 70786 | WASCO UN 2001A | 0.023557% | 59.79 |
| 70787 | WASCO UN 2004A | 0.005025% | 12.75 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 71.90 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.35 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 17.84 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.78 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 76.09 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 3,006.48 |





► Assessor · Recorder Homepage

► County Homepage

 Assessor's Office:

⏱ About Us

⏱ Property Search

⏱ Property Valuations

⏱ Tax Relief, Exemptions
   Exclusions, Reductions

⏱ Things To Know/ News

⏱ Assessor's Forms

⏱ Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**

# Property Search - PROPERTY DETAILS

## Kern Property Profile

### Property Information

| ATN | 487-391-06-00-8 | | Status | Active |
|---|---|---|---|---|
| Parcel Num. | 487-391-06-2 | View Parcel Map | | GIS Map |
| Site Addr. | 5654 ST ANDREWS CRESENT WASCO | | | |
| Legal | TRACT 6451 6 | | | |
| Acres | 0.14 | | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | | |
| Prior APN | 487-050-46 | | | |
| Supervisorial District | 4 - Ray Watson | | | |

## Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

## Permits

| Permit No. | W12050343 | Status | |
|---|---|---|---|
| Date Issued | 12/01/05 | Date Completed | 01/02/07 |
| Description: | SFR W/ATTACHED GARAGE | | |

## Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 2433 |
| Bed / Bath | 4/2.5 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 24,350 |
| Mineral Value: | 0 |
| Improvement Value: | 292,740 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |