| Total: | | 317,090 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 317,090 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed
to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346773-00-1 | | | Billed |
|---|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period | |
| 317090 | | 007-047 | | 1 Year | |
| General Amt | Special Amt | Special Asmnts | | General Rate | Special Rate |
| 3,380 | 76 | 224 | | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1840.31 | 12/10/08 | 184.03 | 1840.31 |
| 2nd Installment | 04/10/09 | 1840.28 | | 194.02 | 0.00 |
| Total | | 3680.59 | | | 1840.31 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 3170.92 |
| 70786 | WASCO UN 2001A | 0.023557% | 74.69 |
| 70787 | WASCO UN 2004A | 0.005025% | 15.93 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 89.82 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.44 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 22.28 |
| 76964 | KCCD SRID 2002B | 0.001884% | 5.97 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 76.09 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 3,680.59 |





► Assessor • Recorder Homepage

► County Homepage

 **Assessor's Office:**

🜨 About Us

🜨 Property Search

🜨 Property Valuations

🜨 Tax Relief, Exemptions
    Exclusions, Reductions

🜨 Things To Know/ News

🜨 Assessor's Forms

🜨 Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**

## Property Search  -  PROPERTY DETAILS

| Kern Property Profile | | | |
|---|---|---|---|
| **Property Information** | | | |
| | | | |
| **ATN** | 487-391-07-00-1 | **Status** | Active |
| **Parcel Num.** | 487-391-07-0    View Parcel Map | | GIS Map |
| **Site Addr.** | 5664 ST ANDREWS CRESENT WASCO | | |
| **Legal** | TRACT 6451 7 | | |
| **Acres** | 0.14 | | |
| **Use Code** | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| **Prior APN** | 487-050-46 | | |
| **Supervisorial District** | 4 - Ray Watson | | |

| Recorded Documents | | |
|---|---|---|
| **Document Number** | **Document Type** | **Date Recorded** |
| 207086579 | Deed | 04/23/07 |

| Permits | | | |
|---|---|---|---|
| **Permit No.** | AS18472 | **Status** | |
| **Date Issued** | 04/23/07 | **Date Completed** | 04/23/07 |
| **Description:** | NEW SFR | | |

| Property Characteristics | |
|---|---|
| **Unit** 1 | |
| **Year Built** | 2007 |
| **Sq. Ft.** | 1440 |
| **Bed / Bath** | 4/2 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | **Assessed Values** |
| Land Value: | 60,000 |
| Mineral Value: | 0 |
| Improvement Value: | 163,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| Total: | | 223,000 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 223,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

**Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.**

| Lien Date Bill | | | 08-1346774-00-4 | | Billed |
|---|---|---|---|---|---|
| Net Billed Value | | | Tax Rate Area | Proration Period | |
| | | | | | 1 Year |
| 223000 | | | 007-047 | | |
| General Amt | Special Amt | | Special Asmnts | General Rate | Special Rate |
| 2,377 | 188 | | 224 | 1 | 0 |

| | | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|---|
| 1st Installment | | 12/10/08 | 1394.53 | 12/04/08 | 139.45 | 1394.53 |
| 2nd Installment | | 04/10/09 | 1394.51 | | 149.45 | 0.00 |
| Total | | | 2789.04 | | | 1394.53 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2230.02 |
| 70786 | WASCO UN 2001A | 0.023557% | 52.53 |
| 70787 | WASCO UN 2004A | 0.005025% | 11.20 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 63.16 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.31 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 15.67 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.20 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 187.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 2,789.04 |





► Assessor • Recorder Homepage

► County Homepage

 Assessor's Office:

○ About Us

○ Property Search

○ Property Valuations

○ Tax Relief, Exemptions
   Exclusions, Reductions

○ Things To Know/ News

○ Assessor's Forms

○ Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**



## Property Search - PROPERTY DETAILS

| Kern Property Profile | | | | |
|---|---|---|---|---|
| **Property Information** | | | | |
| | | | | |
| **ATN** | 487-391-08-00-4 | | **Status** | Active |
| **Parcel Num.** | 487-391-08-8 | View Parcel Map | | GIS Map |
| **Site Addr.** | 5674 ST ANDREWS CRESENT WASCO | | | |
| **Legal** | TRACT 6451 8 | | | |
| **Acres** | 0.14 | | | |
| **Use Code** | 0101 - SGL FAM RES ON R1 ZONED LAND | | | |
| **Prior APN** | 487-050-46 | | | |
| **Supervisorial District** | 4 - Ray Watson | | | |

| **Recorded Documents** | | |
|---|---|---|
| **Document Number** | **Document Type** | **Date Recorded** |
| 208117634 | Trustee's Deed | 07/25/08 |
| 207100298 | Deed | 05/11/07 |

| **Permits** | | | | |
|---|---|---|---|---|
| **Permit No.** | AS18473 | | **Status** | |
| **Date Issued** | 05/11/07 | | **Date Completed** | 05/11/07 |
| **Description:** | NEW SFR | | | |

| **Property Characteristics** | |
|---|---|
| Unit 1 | |
| Year Built | 2007 |
| Sq. Ft. | 1520 |
| Bed / Bath | 4/2 |

| **Assessment Information for Tax Year** | **2008-2009** |
|---|---|
| | **Assessed Values** |
| Land Value: | 60,000 |
| Mineral Value: | 0 |
| Improvement Value: | 168,000 |
| Other Improvement: | 0 |

| Personal Property Value: | | 0 |
|---|---|---|
| Total: | | 228,000 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 228,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

**Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.**

| Lien Date Bill | | 08-1346775-00-7 | | | Billed |
|---|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period | |
| | 228000 | 007-047 | | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | | Special Rate |
| 2,430 | 188 | 224 | 1 | | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1421.18 | 10/31/08 | 142.11 | 1421.18 |
| 2nd Installment | 04/10/09 | 1421.16 | | 152.11 | 0.00 |
| Total | | 2842.34 | | | 1421.18 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2280.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 53.70 |
| 70787 | WASCO UN 2004A | 0.005025% | 11.45 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 64.58 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.32 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 16.02 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.29 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 187.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 2,842.34 |




► Assessor • Recorder Homepage
► County Homepage



**Assessor's Office:**

○ About Us
○ Property Search
○ Property Valuations
○ Tax Relief, Exemptions
   Exclusions, Reductions
○ Things To Know/ News
○ Assessor's Forms
○ Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**

**Property Search - PROPERTY DETAILS**

| Kern Property Profile | | | |
|---|---|---|---|
| **Property Information** | | | |
| | | | |
| **ATN** | 487-392-01-00-0 | **Status** | Active |
| **Parcel Num.** | 487-392-01-1    View Parcel Map | | GIS Map |
| **Site Addr.** | 441 OLYMPIC CT WASCO | | |
| **Legal** | TRACT 6451 9 | | |
| **Acres** | 0.17 | | |
| **Use Code** | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| **Prior APN** | 487-050-46 | | |
| **Supervisorial District** | 4 - Ray Watson | | |

| Recorded Documents | | |
|---|---|---|
| **Document Number** | **Document Type** | **Date Recorded** |
| 208151843 | Correct Deed | 09/24/08 |

| **Permits** | | | |
|---|---|---|---|
| **Permit No.** | AS18660 | **Status** | |
| **Date Issued** | 01/02/07 | **Date Completed** | 01/02/07 |
| **Description:** | NEW SFR | | |

| **Property Characteristics** | |
|---|---|
| Unit 1 | |
| Year Built | 2007 |
| Sq. Ft. | 1680 |
| Bed / Bath | 4/2 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | **Assessed Values** |
| Land Value: | 24,350 |
| Mineral Value: | 0 |
| Improvement Value: | 222,360 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| Total: | | 246,710 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 246,710 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

### Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | | | 08-1346776-00-0 | | Billed |
|---|---|---|---|---|---|---|
| Net Billed Value | | | Tax Rate Area | | Proration Period | |
| | 246710 | | 007-047 | | | 1 Year |
| General Amt | Special Amt | | Special Asmnts | | General Rate | Special Rate |
| 2,630 | 76 | | 224 | | 1 | 0 |
| | | Due Date | Amount | Date Paid | Penalty | Total Paid |
| 1st Installment | | 12/10/08 | 1465.20 | 12/10/08 | 146.52 | 1465.20 |
| 2nd Installment | | 04/10/09 | 1465.17 | | 156.51 | 0.00 |
| Total | | | 2930.37 | | | 1465.2 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2467.14 |
| 70786 | WASCO UN 2001A | 0.023557% | 58.11 |
| 70787 | WASCO UN 2004A | 0.005025% | 12.39 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 69.88 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.34 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 17.33 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.64 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 76.09 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 2,930.37 |





► Assessor · Recorder Homepage
► County Homepage

 **Assessor's Office:**

- 🔍 About Us
- 🔍 Property Search
- 🔍 Property Valuations
- 🔍 Tax Relief, Exemptions Exclusions, Reductions
- 🔍 Things To Know/ News
- 🔍 Assessor's Forms
- 🔍 Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

| Kern Property Profile | | | |
|---|---|---|---|
| **Property Information** | | | |
| **ATN** | 487-392-02-00-3 | **Status** | Active |
| **Parcel Num.** | 487-392-02-9    View Parcel Map | | GIS Map |
| **Site Addr.** | 431 OLYMPIC CT WASCO | | |
| **Legal** | TRACT 6451 10 | | |
| **Acres** | 0.14 | | |
| **Use Code** | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| **Prior APN** | 487-050-46 | | |
| **Supervisorial District** | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060512 | **Status** | |
|---|---|---|---|
| Date Issued | 04/01/06 | **Date Completed** | 07/03/07 |
| Description: | SFR 1440 SF. GAR. 690 SF. PORCH/PATIO | | |

### Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1440 |
| Bed / Bath | 4/2 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | **Assessed Values** |
| Land Value: | 24,350 |
| Mineral Value: | 0 |
| Improvement Value: | 202,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| Total: | | 226,350 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 226,350 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed
to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346777-00-3 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | Proration Period | |
| 226350 | | 007-047 | 1 Year | |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 2,413 | 76 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1356.68 | 12/10/08 | 135.66 | 1356.68 |
| 2nd Installment | 04/10/09 | 1356.66 | | 145.66 | 0.00 |
| Total | | 2713.34 | | | 1356.68 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2263.53 |
| 70786 | WASCO UN 2001A | 0.023557% | 53.32 |
| 70787 | WASCO UN 2004A | 0.005025% | 11.37 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 64.11 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.31 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 15.90 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.26 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 76.09 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 2,713.34 |





► Assessor • Recorder Homepage

► County Homepage

 **Assessor's Office:**



🕙 About Us

🕙 Property Search

🕙 Property Valuations

🕙 Tax Relief, Exemptions
   Exclusions, Reductions

🕙 Things To Know/ News

🕙 Assessor's Forms

🕙 Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**

**Property Search - PROPERTY DETAILS**

| Kern Property Profile | | | | |
|---|---|---|---|---|
| **Property Information** | | | | |
| | | | | |
| **ATN** | 487-392-03-00-6 | | **Status** | Active |
| **Parcel Num.** | 487-392-03-7 | View Parcel Map | | GIS Map |
| **Site Addr.** | 421 OLYMPIC CT WASCO | | | |
| **Legal** | TRACT 6451 11 | | | |
| **Acres** | 0.14 | | | |
| **Use Code** | 0101 - SGL FAM RES ON R1 ZONED LAND | | | |
| **Prior APN** | 487-050-46 | | | |
| **Supervisorial District** | 4 - Ray Watson | | | |

| Recorded Documents | | |
|---|---|---|
| **Document Number** | **Document Type** | **Date Recorded** |
| 208151843 | Correct Deed | 09/24/08 |

| Permits | | |
|---|---|---|
| **Permit No.** | W4060511 | **Status** |
| **Date Issued** | 04/01/06 | **Date Completed** 07/06/07 |
| **Description:** | SFR 1897 SF. GAR. 406 SF. PORCH 97 SF. | |

| Property Characteristics | |
|---|---|
| **Unit** 1 | |
| **Year Built** | 2007 |
| **Sq. Ft.** | 1876 |
| **Bed / Bath** | 5/2.5 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | **Assessed Values** |
| **Land Value:** | 24,350 |
| **Mineral Value:** | 0 |
| **Improvement Value:** | 206,000 |
| **Other Improvement:** | 0 |
| **Personal Property Value:** | 0 |

| Total: | | 230,350 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 230,350 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346778-00-6 | | Billed |
|---|---|---|---|---|

| Net Billed Value | | Tax Rate Area | Proration Period | |
|---|---|---|---|---|
| 230350 | | 007-047 | 1 Year | |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 2,455 | 76 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1378.00 | 12/10/08 | 137.80 | 1378.00 |
| 2nd Installment | 04/10/09 | 1377.98 | | 147.79 | 0.00 |
| Total | | 2755.98 | | | 1378 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2303.53 |
| 70786 | WASCO UN 2001A | 0.023557% | 54.26 |
| 70787 | WASCO UN 2004A | 0.005025% | 11.57 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 65.25 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.32 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 16.18 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.33 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 76.09 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 2,755.98 |




► Assessor • Recorder Homepage

► County Homepage



Assessor's Office:

☼ About Us

☼ Property Search

☼ Property Valuations

☼ Tax Relief, Exemptions
   Exclusions, Reductions

☼ Things To Know/ News

☼ Assessor's Forms

☼ Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**



Property Search - **PROPERTY DETAILS**

### Kern Property Profile
## Property Information

| ATN | 487-392-04-00-9 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-392-04-5   View Parcel Map   GIS Map | | |
| Site Addr. | 411 OLYMPIC CT WASCO | | |
| Legal | TRACT 6451 12 | | |
| Acres | 0.15 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

## Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

## Permits

| Permit No. | W4060510 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | 07/06/07 |
| Description: | SFR 2408 SF. GAR. 462 SF. PORCH 97 SF. | | |

## Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 2433 |
| Bed / Bath | 4/2.5 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 24,350 |
| Mineral Value: | 0 |
| Improvement Value: | 294,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| Total: | | 318,350 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 318,350 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

**Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.**

| Lien Date Bill | | 08-1346779-00-9 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | Proration Period | |
| 318350 | | 007-047 | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 3,393 | 76 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1847.03 | 12/10/08 | 184.70 | 1847.03 |
| 2nd Installment | 04/10/09 | 1847.00 | | 194.70 | 0.00 |
| Total | | 3694.03 | | | 1847.03 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 3183.54 |
| 70786 | WASCO UN 2001A | 0.023557% | 74.99 |
| 70787 | WASCO UN 2004A | 0.005025% | 15.99 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 90.17 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.44 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 22.37 |
| 76964 | KCCD SRID 2002B | 0.001884% | 5.99 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 76.09 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| Total | | 1.378462% | 3,694.03 |





► Assessor • Recorder Homepage

► County Homepage



Assessor's Office:

**Property Search - PROPERTY DETAILS**

○ About Us

○ Property Search

○ Property Valuations

○ Tax Relief, Exemptions
  Exclusions, Reductions

○ Things To Know/ News

○ Assessor's Forms

○ Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

| Kern Property Profile | | | |
|---|---|---|---|
| **Property Information** | | | |
| | | | |
| ATN | 487-392-05-00-2 | **Status** | Active |
| Parcel Num. | 487-392-05-2      View Parcel Map      GIS Map | | |
| Site Addr. | 401 OLYMPIC CT WASCO | | |
| Legal | TRACT 6451 13 | | |
| Acres | 0.21 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

| Recorded Documents | | |
|---|---|---|
| **Document Number** | **Document Type** | **Date Recorded** |
| 208151843 | Correct Deed | 09/24/08 |

| Permits | | | |
|---|---|---|---|
| Permit No. | W4060518 | **Status** | |
| Date Issued | 04/01/06 | **Date Completed** | 07/03/07 |
| Description: | SFR 2239 SF. GAR. 403 SF. PORCH 97 SF. | | |

| Property Characteristics | |
|---|---|
| Unit 1 | |
| Year Built | 2007 |
| Sq. Ft. | 2220 |
| Bed / Bath | 5/3 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | **Assessed Values** |
| Land Value: | 24,350 |
| Mineral Value: | 0 |
| Improvement Value: | 268,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| Total: | | 292,350 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 292,350 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

**Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.**

| Lien Date Bill | | | 08-1346780-00-1 | | | Billed |
|---|---|---|---|---|---|---|
| **Net Billed Value** | | | **Tax Rate Area** | | **Proration Period** | |
| 292350 | | | 007-047 | | | 1 Year |
| **General Amt** | **Special Amt** | | **Special Asmnts** | | **General Rate** | **Special Rate** |
| 3,116 | 76 | | 224 | | 1 | 0 |
| | | **Due Date** | **Amount** | **Date Paid** | **Penalty** | **Total Paid** |
| **1st Installment** | | 12/10/08 | 1708.45 | 12/10/08 | 170.84 | 1708.45 |
| **2nd Installment** | | 04/10/09 | 1708.42 | | 180.84 | 0.00 |
| **Total** | | | 3416.87 | | | 1708.45 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2923.52 |
| 70786 | WASCO UN 2001A | 0.023557% | 68.86 |
| 70787 | WASCO UN 2004A | 0.005025% | 14.69 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 82.81 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.41 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 20.54 |
| 76964 | KCCD SRID 2002B | 0.001884% | 5.50 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 76.09 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 3,416.87 |