



- Assessor • Recorder Homepage
- County Homepage

### Assessor's Office:

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| | | | |
|---|---|---|---|
| ATN | 487-392-06-00-5 | Status | Active |
| Parcel Num. | 487-392-06-0   View Parcel Map | | GIS Map |
| Site Addr. | 5651 OLYMPIC CT WASCO | | |
| Legal | TRACT 6451 14 | | |
| Acres | 0.15 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060519 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | 07/03/07 |
| Description: | SFR 1897 SF. GAR. 406 SF. PORCH 97 SF. | | |

### Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1876 |
| Bed / Bath | 5/2.5 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 24,350 |
| Mineral Value: | 0 |
| Improvement Value: | 206,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

A-PDF Split DEMO : Purchase from www.A-PDF.com to remove the watermark

| Total: | | 230,350 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 230,350 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346781-00-4 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period |
| 230350 | | 007-047 | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 2,455 | 76 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1378.00 | 12/10/08 | 137.80 | 1378.00 |
| 2nd Installment | 04/10/09 | 1377.98 | | 147.79 | 0.00 |
| Total | | 2755.98 | | | 1378 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2303.53 |
| 70786 | WASCO UN 2001A | 0.023557% | 54.26 |
| 70787 | WASCO UN 2004A | 0.005025% | 11.57 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 65.25 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.32 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 16.18 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.33 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 76.09 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 2,755.98 |




- Assessor • Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| | | | |
|---|---|---|---|
| ATN | 487-392-07-00-8 | Status | Active |
| Parcel Num. | 487-392-07-8  View Parcel Map | | GIS Map |
| Site Addr. | 5641 OLYMPIC CT WASCO | | |
| Legal | TRACT 6451 15 | | |
| Acres | 0.15 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060520 | Status | |
| --- | --- | --- | --- |
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1670 SF. GAR. 642 SF. PORCH/PATIO | | |

### Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1680 |
| Bed / Bath | 4/2 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 23,950 |
| Mineral Value: | 0 |
| Improvement Value: | 38,100 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| | |
|---|---:|
| Total: | 62,050 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 62,050 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346782-00-7 | | | Billed |
|---|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period | |
| 62050 | | 007-047 | | 1 Year | |
| General Amt | Special Amt | Special Asmnts | | General Rate | Special Rate |
| 661 | 75 | 224 | | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---:|---|---:|---:|
| 1st Installment | 12/10/08 | 480.36 | 12/10/08 | 48.03 | 480.36 |
| 2nd Installment | 04/10/09 | 480.35 | | 58.03 | 0.00 |
| Total | | 960.71 | | | 480.36 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---:|---:|
| 00280 | GEN LOCAL GOVT | 1.000000% | 620.53 |
| 70786 | WASCO UN 2001A | 0.023557% | 14.61 |
| 70787 | WASCO UN 2004A | 0.005025% | 3.11 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 17.57 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.08 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 4.36 |
| 76964 | KCCD SRID 2002B | 0.001884% | 1.16 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 74.84 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 960.71 |





- Assessor • Recorder Homepage
- County Homepage

**Assessor's Office:**

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| ATN | 487-392-08-00-1 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-392-08-6  View Parcel Map | | GIS Map |
| Site Addr. | 5631 OLYMPIC CT WASCO | | |
| Legal | TRACT 6451 16 | | |
| Acres | 0.14 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

**Recorded Documents**

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

**Permits**

| Permit No. | W4060521 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | 12/10/07 |
| Description: | SFR 1440 SF. GAR. 690 SF. PORCH/PATIO | | |

**Property Characteristics**

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1440 |
| Bed / Bath | 4/2 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 24,350 |
| Mineral Value: | 0 |
| Improvement Value: | 115,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| Total: | | 139,350 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 139,350 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346783-00-0 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period |
| 139350 | | 007-047 | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 1,485 | 76 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 892.99 | 12/10/08 | 89.29 | 892.99 |
| 2nd Installment | 04/10/09 | 892.96 | | 99.29 | 0.00 |
| Total | | 1785.95 | | | 892.99 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 1393.52 |
| 70786 | WASCO UN 2001A | 0.023557% | 32.82 |
| 70787 | WASCO UN 2004A | 0.005025% | 7.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 39.47 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.19 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 9.79 |
| 76964 | KCCD SRID 2002B | 0.001884% | 2.62 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 76.09 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 1,785.95 |




- Assessor - Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

Kern County Assessor
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| ATN | 487-392-09-00-4 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-392-09-4  View Parcel Map | | GIS Map |
| Site Addr. | 5621 OLYMPIC CT WASCO | | |
| Legal | TRACT 6451 17 | | |
| Acres | 0.14 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

**Recorded Documents**

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

**Permits**

| Permit No. | W4060522 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | 12/10/07 |
| Description: | SFR 1897 SF. GAR. 406 SF. PORCH 97 SF. | | |

**Property Characteristics**

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1876 |
| Bed / Bath | 5/2.5 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 24,350 |
| Mineral Value: | 0 |
| Improvement Value: | 191,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| | |
|---|---:|
| Total: | 215,350 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 215,350 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346784-00-3 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 215350 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 2,296 | 76 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1298.05 | 12/10/08 | 129.80 | 1298.05 |
| 2nd Installment | 04/10/09 | 1298.03 | | 139.80 | 0.00 |
| Total | | 2596.08 | | | 1298.05 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---:|---:|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2153.52 |
| 70786 | WASCO UN 2001A | 0.023557% | 50.72 |
| 70787 | WASCO UN 2004A | 0.005025% | 10.82 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 61.00 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.30 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 15.13 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.05 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 76.09 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 2,596.08 |




- Assessor • Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

Kern County Assessor
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| ATN | 487-392-10-00-6 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-392-10-2   View Parcel Map | | GIS Map |
| Site Addr. | 5611 OLYMPIC CT WASCO | | |
| Legal | TRACT 6451 18 | | |
| Acres | 0.17 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

**Recorded Documents**

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 207174347 | Deed | 08/21/07 |

**Permits**

| Permit No. | W4060523 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | 08/21/07 |
| Description: | SFR 2408 SF. GAR. 462 SF. PORCH 97 SF. | | |

**Property Characteristics**

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 2433 |
| Bed / Bath | 4/2.5 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 80,000 |
| Mineral Value: | 0 |
| Improvement Value: | 236,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| | |
|---|---:|
| Total: | 316,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 316,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346785-00-6 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 316000 | 007-047 | 1 Year |

| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
|---|---|---|---|---|
| 3,368 | 250 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1921.45 | 11/20/08 | 192.14 | 1921.45 |
| 2nd Installment | 04/10/09 | 1921.43 | | 202.14 | 0.00 |
| Total | | 3842.88 | | | 1921.45 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---:|---:|
| 00280 | GEN LOCAL GOVT | 1.000000% | 3160.02 |
| 70786 | WASCO UN 2001A | 0.023557% | 74.44 |
| 70787 | WASCO UN 2004A | 0.005025% | 15.87 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 89.51 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.44 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 22.20 |
| 76964 | KCCD SRID 2002B | 0.001884% | 5.95 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 250.00 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 3,842.88 |




- Assessor • Recorder Homepage
- County Homepage

 **Assessor's Office:**

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| | | | |
|---|---|---|---|
| ATN | 487-392-11-00-9 | Status | Active |
| Parcel Num. | 487-392-11-0    View Parcel Map | | GIS Map |
| Site Addr. | 5601 OLYMPIC CT WASCO | | |
| Legal | TRACT 6451 19 | | |
| Acres | 0.20 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208109513 | Deed | 07/11/08 |

### Permits

| Permit No. | W4060524 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | 12/10/07 |
| Description: | SFR 1897 SF. GAR. 406 SF. PORCH 97 SF. | | |

### Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1876 |
| Bed / Bath | 5/2.5 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 23,950 |
| Mineral Value: | 0 |
| Improvement Value: | 212,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| | | |
|---|---|---|
| Total: | | 235,950 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 235,950 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346786-00-9 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 235950 | 007-047 | 1 Year |

| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
|---|---|---|---|---|
| 2,515 | 75 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1407.22 | 11/26/08 | 140.72 | 1407.22 |
| 2nd Installment | 04/10/09 | 1407.20 | | 150.72 | 0.00 |
| Total | | 2814.42 | | | 1407.22 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2359.52 |
| 70786 | WASCO UN 2001A | 0.023557% | 55.58 |
| 70787 | WASCO UN 2004A | 0.005025% | 11.85 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 66.83 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.33 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 16.58 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.44 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 74.84 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 2,814.42 |




- Assessor • Recorder Homepage
- County Homepage

 **Assessor's Office:**

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

 Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| ATN | 487-392-12-00-2 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-392-12-8   View Parcel Map | | GIS Map |
| Site Addr. | 5600 OLYMPIC CT WASCO | | |
| Legal | TRACT 6451 20 | | |
| Acres | 0.20 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

**Recorded Documents**

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

**Permits**

| Permit No. | W4060525 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1897 SF. GAR. 462 SF. PORCH 97 SF. | | |

**Property Characteristics**

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1044 |
| Bed / Bath | 5/2.5 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 23,950 |
| Mineral Value: | 0 |
| Improvement Value: | 40,900 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| | |
|---|---|
| Total: | 64,850 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 64,850 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346787-00-2 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period |
| 64850 | | 007-047 | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 691 | 75 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 495.29 | 12/10/08 | 49.52 | 495.29 |
| 2nd Installment | 04/10/09 | 495.27 | | 59.52 | 0.00 |
| Total | | 990.56 | | | 495.29 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 648.52 |
| 70786 | WASCO UN 2001A | 0.023557% | 15.27 |
| 70787 | WASCO UN 2004A | 0.005025% | 3.25 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 18.37 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.09 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 4.55 |
| 76964 | KCCD SRID 2002B | 0.001884% | 1.22 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 74.84 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 990.56 |





- Assessor • Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile
### Property Information

| ATN | 487-392-13-00-5 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-392-13-6   View Parcel Map | | GIS Map |
| Site Addr. | 5610 OLYMPIC CT WASCO | | |
| Legal | TRACT 6451 21 | | |
| Acres | 0.17 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060526 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | 12/10/07 |
| Description: | SFR 2408 SF. GAR. 462 SF. PORCH 97 SF. | | |

### Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 2433 |
| Bed / Bath | 4/2.5 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 23,950 |
| Mineral Value: | 0 |
| Improvement Value: | 262,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |