| | | |
|---|---|---|
| Total: | | 285,950 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 285,950 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346788-00-5 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 285950 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 3,048 | 75 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1673.71 | 12/10/08 | 167.37 | 1673.71 |
| 2nd Installment | 04/10/09 | 1673.69 | | 177.36 | 0.00 |
| Total | | 3347.4 | | | 1673.71 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2859.52 |
| 70786 | WASCO UN 2001A | 0.023557% | 67.36 |
| 70787 | WASCO UN 2004A | 0.005025% | 14.36 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 81.00 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.40 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 20.09 |
| 76964 | KCCD SRID 2002B | 0.001884% | 5.38 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 74.84 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 3,347.40 |

A-PDF Split DEMO : Purchase from www.A-PDF.com to remove the watermark





- Assessor • Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

Kern County Assessor
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

Property Search - PROPERTY DETAILS

### Kern Property Profile

#### Property Information

| | | | |
|---|---|---|---|
| ATN | 487-392-14-00-8 | Status | Active |
| Parcel Num. | 487-392-14-4　View Parcel Map | | GIS Map |
| Site Addr. | 5620 OLYMPIC CT WASCO | | |
| Legal | TRACT 6451 22 | | |
| Acres | 0.18 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

#### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208154500 | Deed | 09/30/08 |

#### Permits

| Permit No. | W4060527 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | 12/10/07 |
| Description: | SFR 1897 SF. GAR. 462 SF. PORCH 97 SF. | | |

#### Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1876 |
| Bed / Bath | 5/2.5 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 23,950 |
| Mineral Value: | 0 |
| Improvement Value: | 212,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| | |
|---|---|
| Total: | 235,950 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 235,950 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346789-00-8 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period |
| 235950 | | 007-047 | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 2,515 | 75 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1407.22 | 12/04/08 | 140.72 | 1407.22 |
| 2nd Installment | 04/10/09 | 1407.20 | | 150.72 | 0.00 |
| Total | | 2814.42 | | | 1407.22 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2359.52 |
| 70786 | WASCO UN 2001A | 0.023557% | 55.58 |
| 70787 | WASCO UN 2004A | 0.005025% | 11.85 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 66.83 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.33 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 16.58 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.44 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 74.84 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 2,814.42 |






- Assessor • Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| ATN | 487-392-15-00-1 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-392-15-1   View Parcel Map | | GIS Map |
| Site Addr. | 5630 OLYMPIC CT WASCO | | |
| Legal | TRACT 6451 23 | | |
| Acres | 0.16 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

**Recorded Documents**

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208121297 | Deed | 07/31/08 |

**Permits**

| Permit No. | W4060528 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | 12/10/07 |
| Description: | SFR 1670 SF. GAR. 642 SF. POR/PAT. 256SF | | |

**Property Characteristics**

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1680 |
| Bed / Bath | 4/2 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 23,950 |
| Mineral Value: | 0 |
| Improvement Value: | 198,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| | |
|---|---:|
| Total: | 221,950 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 221,950 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346790-00-0 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 221950 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 2,366 | 75 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1332.60 | 12/04/08 | 133.26 | 1332.60 |
| 2nd Installment | 04/10/09 | 1332.59 | | 143.25 | 0.00 |
| Total | | 2665.19 | | | 1332.6 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---:|---:|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2219.52 |
| 70786 | WASCO UN 2001A | 0.023557% | 52.28 |
| 70787 | WASCO UN 2004A | 0.005025% | 11.15 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 62.87 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.31 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 15.59 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.18 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 74.84 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 2,665.19 |




- Assessor • Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

### Property Information

| ATN | 487-392-16-00-4 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-392-16-9   View Parcel Map | | GIS Map |
| Site Addr. | 5640 OLYMPIC CT WASCO | | |
| Legal | TRACT 6451 24 | | |
| Acres | 0.16 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208160561 | Deed | 10/10/08 |

### Permits

| Permit No. | W4060529 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | 12/10/07 |
| Description: | SFR 1670 SF. GAR. 642 SF. POR/PAT. 256SF | | |

### Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1680 |
| Bed / Bath | 4/2 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 23,950 |
| Mineral Value: | 0 |
| Improvement Value: | 198,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| | | |
|---|---|---|
| Total: | | 221,950 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 221,950 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346791-00-3 | | | Billed |
|---|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period | |
| 221950 | | 007-047 | | 1 Year | |
| General Amt | Special Amt | Special Asmnts | | General Rate | Special Rate |
| 2,366 | 75 | 224 | | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1332.60 | 10/16/08 | 133.26 | 1332.60 |
| 2nd Installment | 04/10/09 | 1332.59 | | 143.25 | 0.00 |
| Total | | 2665.19 | | | 1332.6 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2219.52 |
| 70786 | WASCO UN 2001A | 0.023557% | 52.28 |
| 70787 | WASCO UN 2004A | 0.005025% | 11.15 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 62.87 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.31 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 15.59 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.18 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 74.84 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 2,665.19 |





- Assessor • Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

Kern County Assessor
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| ATN | 487-392-17-00-7 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-392-17-7  View Parcel Map | | GIS Map |
| Site Addr. | 5645 ST ANDREWS CRESENT WASCO | | |
| Legal | TRACT 6451 25 | | |
| Acres | 0.15 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

**Recorded Documents**

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 207155063 | Deed | 07/26/07 |

**Permits**

| Permit No. | W4060530 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | 07/26/07 |
| Description: | SFR 1670 SF. W/3-CAR ATT. GAR 642 SF. | | |

**Property Characteristics**

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1680 |
| Bed / Bath | 4/2 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 60,000 |
| Mineral Value: | 0 |
| Improvement Value: | 192,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| | |
|---|---|
| Total: | 252,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 252,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346792-00-6 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 252000 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 2,686 | 188 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1549.09 | 12/04/08 | 154.90 | 1549.09 |
| 2nd Installment | 04/10/09 | 1549.08 | | 164.90 | 0.00 |
| Total | | 3098.17 | | | 1549.09 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2520.02 |
| 70786 | WASCO UN 2001A | 0.023557% | 59.36 |
| 70787 | WASCO UN 2004A | 0.005025% | 12.66 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 71.38 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.35 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 17.71 |
| 76964 | KCCD SRID 2002B | 0.001884% | 4.74 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 187.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 3,098.17 |




- Assessor - Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

### Property Information

| | | | |
|---|---|---|---|
| ATN | 487-392-18-00-0 | Status | Active |
| Parcel Num. | 487-392-18-5  View Parcel Map | | GIS Map |
| Site Addr. | 5635 ST ANDREWS CRESENT WASCO | | |
| Legal | TRACT 6451 26 | | |
| Acres | 0.15 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060531 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | 12/10/07 |
| Description: | SFR W/2-CAR ATTACHED GARAGE | | |

### Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1520 |
| Bed / Bath | 4/2 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 23,950 |
| Mineral Value: | 0 |
| Improvement Value: | 178,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| Total: | | 201,950 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 201,950 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346793-00-9 | | | Billed |
|---|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period | |
| 201950 | | 007-047 | | | 1 Year |
| General Amt | Special Amt | Special Asmnts | | General Rate | Special Rate |
| 2,153 | 75 | 224 | | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1226.01 | 12/10/08 | 122.60 | 1226.01 |
| 2nd Installment | 04/10/09 | 1225.99 | | 132.59 | 0.00 |
| Total | | 2452 | | | 1226.01 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2019.53 |
| 70786 | WASCO UN 2001A | 0.023557% | 47.57 |
| 70787 | WASCO UN 2004A | 0.005025% | 10.14 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 57.20 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.28 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 14.19 |
| 76964 | KCCD SRID 2002B | 0.001884% | 3.80 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 74.84 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 2,452.00 |




- Assessor • Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| ATN | 487-392-19-00-3 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-392-19-3   View Parcel Map | | GIS Map |
| Site Addr. | 5625 ST ANDREWS CRESENT WASCO | | |
| Legal | TRACT 6451 27 | | |
| Acres | 0.15 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

**Recorded Documents**

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

**Permits**

| Permit No. | W4060532 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1670 SF. W/3-CAR GAR. 642 SF. PATIO/ | | |

**Property Characteristics**

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1680 |
| Bed / Bath | 4/2 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 23,950 |
| Mineral Value: | 0 |
| Improvement Value: | 43,600 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| | |
|---|---|
| Total: | 67,550 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 67,550 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346794-00-2 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 67550 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 720 | 75 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 509.68 | 12/10/08 | 50.96 | 509.68 |
| 2nd Installment | 04/10/09 | 509.66 | | 60.96 | 0.00 |
| Total | | 1019.34 | | | 509.68 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 675.52 |
| 70786 | WASCO UN 2001A | 0.023557% | 15.91 |
| 70787 | WASCO UN 2004A | 0.005025% | 3.39 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 19.13 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.09 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 4.74 |
| 76964 | KCCD SRID 2002B | 0.001884% | 1.27 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 74.84 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 1,019.34 |




- Assessor · Recorder Homepage
- County Homepage

**Assessor's Office:**

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

Kern County Assessor
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

### Property Information

| ATN | 487-392-20-00-5 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-392-20-1   View Parcel Map | | GIS Map |
| Site Addr. | 5615 ST ANDREWS CRESENT WASCO | | |
| Legal | TRACT 6451 28 | | |
| Acres | 0.15 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060533 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1440 SF. W/3-CAR GAR. 690 SF. PATIO/ | | |

### Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 1440 |
| Bed / Bath | 4/2 |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 23,950 |
| Mineral Value: | 0 |
| Improvement Value: | 38,200 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| | |
|---|---|
| Total: | 62,150 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 62,150 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346795-00-5 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 62150 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 662 | 75 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 480.90 | 12/10/08 | 48.09 | 480.90 |
| 2nd Installment | 04/10/09 | 480.88 | | 58.08 | 0.00 |
| Total | | 961.78 | | | 480.9 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 621.52 |
| 70786 | WASCO UN 2001A | 0.023557% | 14.64 |
| 70787 | WASCO UN 2004A | 0.005025% | 3.12 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 17.60 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.08 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 4.36 |
| 76964 | KCCD SRID 2002B | 0.001884% | 1.17 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 74.84 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 961.78 |