


- Assessor · Recorder Homepage
- County Homepage



Assessor's Office:

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

Kern County Assessor
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

Property Search - PROPERTY DETAILS

### Kern Property Profile

#### Property Information

| ATN | 487-392-21-00-8 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-392-21-9  View Parcel Map | | GIS Map |
| Site Addr. | 5605 ST ANDREWS CRESENT WASCO | | |
| Legal | TRACT 6451 29 | | |
| Acres | 0.21 | | |
| Use Code | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

#### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

#### Permits

| Permit No. | W4060534 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 2239 SF. W/2-CAR GAR 403 SF. PORCH | | |

#### Property Characteristics

| Unit 1 | |
|---|---|
| Year Built | 2007 |
| Sq. Ft. | 2220 |
| Bed / Bath | 5/3 |

#### Assessment Information for Tax Year: 2008-2009

| | Assessed Values |
|---|---|
| Land Value: | 23,950 |
| Mineral Value: | 0 |
| Improvement Value: | 54,200 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

A-PDF Split DEMO : Purchase from www.A-PDF.com to remove the watermark

| | |
|---|---:|
| Total: | 78,150 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 78,150 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346796-00-8 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 78150 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 833 | 75 | 224 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 566.17 | 12/10/08 | 56.61 | 566.17 |
| 2nd Installment | 04/10/09 | 566.16 | | 66.61 | 0.00 |
| Total | | 1132.33 | | | 566.17 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---:|---:|
| 00280 | GEN LOCAL GOVT | 1.000000% | 781.52 |
| 70786 | WASCO UN 2001A | 0.023557% | 18.40 |
| 70787 | WASCO UN 2004A | 0.005025% | 3.92 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 22.13 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.11 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 5.49 |
| 76964 | KCCD SRID 2002B | 0.001884% | 1.47 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 74.84 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 1,132.33 |



# KERN COUNTY · CALIFORNIA
## Assessor · Recorder Online

- Assessor · Recorder Homepage
- County Homepage

**Assessor's Office:**

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links



Kern County Assessor
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

### Property Information

| ATN | 487-393-01-00-7 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-393-01-9　View Parcel Map | | GIS Map |
| Site Addr. | 5574 ST ANDREWS CRESENT WASCO | | |
| Legal | TRACT 6451 30 | | |
| Acres | 0.20 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060535 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1670 SF. W/3-CAR GAR 642 SF. PATIO/ | | |

### Property Characteristics

| Unit |
|---|
| Year Built |
| Sq. Ft. |
| Bed / Bath |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| | |
|---|---:|
| Personal Property Value: | 0 |
| Total: | 20,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346797-00-1 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 20000 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---:|---|---:|---:|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---:|---:|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |





- Assessor - Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

Kern County Assessor
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

Property Search - PROPERTY DETAILS

### Kern Property Profile

### Property Information

| ATN | 487-393-02-00-0 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-393-02-7   View Parcel Map | | GIS Map |
| Site Addr. | 5564 ST ANDREWS CRESENT WASCO | | |
| Legal | TRACT 6451 31 | | |
| Acres | 0.15 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060536 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1440 SF. W/3-CAR GAR 690 SF. PATIO/ | | |

### Property Characteristics

| Unit |
|---|
| Year Built |
| Sq. Ft. |
| Bed / Bath |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| | |
|---|---|
| Personal Property Value: | 0 |
| Total: | 20,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346798-00-4 | | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period |
| 20000 | | 007-047 | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |





- Assessor · Recorder Homepage
- County Homepage



Assessor's Office:

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| | |
|---|---|
| ATN | 487-393-03-00-3    Status: Active |
| Parcel Num. | 487-393-03-5    View Parcel Map    GIS Map |
| Site Addr. | 5554 ST ANDREWS CRESENT WASCO |
| Legal | TRACT 6451 32 |
| Acres | 0.15 |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS |
| Prior APN | 487-050-46 |
| Supervisorial District | 4 - Ray Watson |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060537 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1670 SF. W/3-CAR GAR 642 SF. PATIO/ | | |

### Property Characteristics

| |
|---|
| Unit |
| Year Built |
| Sq. Ft. |
| Bed / Bath |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| | |
|---|---:|
| Personal Property Value: | 0 |
| Total: | 20,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346799-00-7 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 20000 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---:|---:|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |





► Assessor · Recorder Homepage
► County Homepage

**Assessor's Office:**

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

Kern County Assessor
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| | | | |
|---|---|---|---|
| ATN | 487-393-04-00-6 | Status | Active |
| Parcel Num. | 487-393-04-3   View Parcel Map | | GIS Map |
| Site Addr. | 5544 ST ANDREWS CRESENT WASCO | | |
| Legal | TRACT 6451 33 | | |
| Acres | 0.15 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

**Recorded Documents**

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

**Permits**

| Permit No. | W4060538 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1620 SF. W/3-CAR GAR 630 SF. PATIO/ | | |

**Property Characteristics**

| |
|---|
| Unit |
| Year Built |
| Sq. Ft. |
| Bed / Bath |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| Personal Property Value: | | 0 |
|---|---|---|
| Total: | | 20,000 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346800-00-6 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 20000 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |





- Assessor • Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

#### Property Information

| | | | |
|---|---|---|---|
| ATN | 487-393-05-00-9 | Status | Active |
| Parcel Num. | 487-393-05-0  View Parcel Map | | GIS Map |
| Site Addr. | 5534 ST ANDREWS CRESENT WASCO | | |
| Legal | TRACT 6451 34 | | |
| Acres | 0.15 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

#### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

#### Permits

| Permit No. | W4060539 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1440 SF. W/3-CAR GAR 690 SF. PATIO/ | | |

#### Property Characteristics

| |
|---|
| Unit |
| Year Built |
| Sq. Ft. |
| Bed / Bath |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| | |
|---|---:|
| Personal Property Value: | 0 |
| Total: | 20,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346801-00-9 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 20000 | 007-047 | 1 Year |

| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
|---|---|---|---|---|
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---:|---:|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |

 

- Assessor • Recorder Homepage
- County Homepage

### Assessor's Office:

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| | | | |
|---|---|---|---|
| ATN | 487-393-06-00-2 | Status | Active |
| Parcel Num. | 487-393-06-8   View Parcel Map | | GIS Map |
| Site Addr. | 5524 ST ANDREWS CRESENT WASCO | | |
| Legal | TRACT 6451 35 | | |
| Acres | 0.15 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| | | | |
|---|---|---|---|
| Permit No. | W4060540 | Status | |
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1670 SF. W/3-CAR GAR 642 SF. PATIO/ | | |

### Property Characteristics

| |
|---|
| Unit |
| Year Built |
| Sq. Ft. |
| Bed / Bath      / |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| | |
|---|---:|
| Personal Property Value: | 0 |
| Total: | 20,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346802-00-2 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 20000 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---:|---:|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |




- Assessor • Recorder Homepage
- County Homepage



Assessor's Office:

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

### Property Information

| | | | |
|---|---|---|---|
| ATN | 487-393-07-00-5 | Status | Active |
| Parcel Num. | 487-393-07-6   View Parcel Map | | GIS Map |
| Site Addr. | 5514 ST ANDREWS CRESENT WASCO | | |
| Legal | TRACT 6451 36 | | |
| Acres | 0.15 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| | | | |
|---|---|---|---|
| Permit No. | W4060541 | Status | |
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1670 SF. W/3-CAR GAR 642 SF. PATIO/ | | |

### Property Characteristics

| |
|---|
| Unit |
| Year Built |
| Sq. Ft. |
| Bed / Bath |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |