| Personal Property Value: | | 0 |
|---|---|---|
| Total: | | 20,000 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346803-00-5 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period |
| 20000 | | 007-047 | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |

A-PDF Split DEMO : Purchase from www.A-PDF.com to remove the watermark




- Assessor - Recorder Homepage
- County Homepage



Assessor's Office:

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| ATN | 487-393-08-00-8 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-393-08-4   View Parcel Map | | GIS Map |
| Site Addr. | 5504 ST ANDREWS CRESENT WASCO | | |
| Legal | TRACT 6451 37 | | |
| Acres | 0.15 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060542 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 2239 SF. W/3-CAR GAR 615 SF. PATIO | | |

### Property Characteristics

| Unit | |
|---|---|
| Year Built | |
| Sq. Ft. | |
| Bed / Bath | |
| -- No Information was able to be Displayed -- | |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| | |
|---|---|
| Personal Property Value: | 0 |
| Total: | 20,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346804-00-8 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 20000 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |





- Assessor - Recorder Homepage
- County Homepage

**Assessor's Office:**

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

Kern County Assessor
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

#### Property Information

| ATN | 487-394-01-00-4 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-394-01-7   View Parcel Map | | GIS Map |
| Site Addr. | 510 PEBBLE BEACH WY WASCO | | |
| Legal | TRACT 6451 38 | | |
| Acres | 0.15 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

#### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

#### Permits

| Permit No. | W4060543 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1670 SF. W/3-CAR GAR 642 SF. PORCH/ | | |

#### Property Characteristics

| Unit |
|---|
| Year Built |
| Sq. Ft. |
| Bed / Bath |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| | |
|---|---:|
| Personal Property Value: | 0 |
| Total: | 20,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346805-00-1 | | | Billed |
|---|---|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period | | |
| 20000 | 007-047 | 1 Year | | |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---:|---:|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |





- Assessor - Recorder Homepage
- County Homepage

**Assessor's Office:**

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| | | | |
|---|---|---|---|
| ATN | 487-394-02-00-7 | Status | Active |
| Parcel Num. | 487-394-02-5   View Parcel Map | | GIS Map |
| Site Addr. | 500 PEBBLE BEACH WY WASCO | | |
| Legal | TRACT 6451 39 | | |
| Acres | 0.15 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060544 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 2239 SF. W/3-CAR GAR 615 SF. PORCH | | |

### Property Characteristics

| |
|---|
| Unit |
| Year Built |
| Sq. Ft. |
| Bed / Bath |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| | |
|---|---:|
| Personal Property Value: | 0 |
| Total: | 20,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346806-00-4 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 20000 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---:|---|---:|---:|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---:|---:|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |




- Assessor · Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

### Property Information

| | | | |
|---|---|---|---|
| ATN | 487-394-03-00-0 | Status | Active |
| Parcel Num. | 487-394-03-3   View Parcel Map | | GIS Map |
| Site Addr. | 470 PEBBLE BEACH WY WASCO | | |
| Legal | TRACT 6451 40 | | |
| Acres | 0.15 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060545 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1670 SF. W/3-CAR GAR 642 SF. PORCH/ | | |

### Property Characteristics

| |
|---|
| Unit |
| Year Built |
| Sq. Ft. |
| Bed / Bath |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| | |
|---|---|
| Personal Property Value: | 0 |
| Total: | 20,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346807-00-7 | | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period |
| 20000 | | 007-047 | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |




- Assessor · Recorder Homepage
- County Homepage



Assessor's Office:

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| | | | |
|---|---|---|---|
| ATN | 487-394-04-00-3 | Status | Active |
| Parcel Num. | 487-394-04-1   View Parcel Map | | GIS Map |
| Site Addr. | 460 PEBBLE BEACH WY WASCO | | |
| Legal | TRACT 6451 41 | | |
| Acres | 0.15 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

**Recorded Documents**

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

**Permits**

| Permit No. | W4060546 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1440 SF.W/3-CAR GAR 690 SF. PORCH/ | | |

**Property Characteristics**

| | |
|---|---|
| Unit | |
| Year Built | |
| Sq. Ft. | |
| Bed / Bath | / |
| -- No Information was able to be Displayed -- | |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| Personal Property Value: | | 0 |
|---|---|---|
| Total: | | 20,000 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346808-00-0 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period |
| 20000 | | 007-047 | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |




- Assessor • Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| | | | |
|---|---|---|---|
| ATN | 487-394-05-00-6 | Status | Active |
| Parcel Num. | 487-394-05-8  View Parcel Map | | GIS Map |
| Site Addr. | 450 PEBBLE BEACH WY WASCO | | |
| Legal | TRACT 6451 42 | | |
| Acres | 0.15 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060547 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1620 SF. GAR 630 SF. PORCH/PATIO 155 | | |

### Property Characteristics

| |
|---|
| Unit |
| Year Built |
| Sq. Ft. |
| Bed / Bath |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| Personal Property Value: | | 0 |
|---|---|---|
| Total: | | 20,000 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346809-00-3 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | Proration Period | |
| 20000 | | 007-047 | 1 Year | |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |




- Assessor • Recorder Homepage
- County Homepage



## Property Search - PROPERTY DETAILS

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

### Kern Property Profile

**Property Information**

| ATN | 487-394-06-00-9 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-394-06-6   View Parcel Map | | GIS Map |
| Site Addr. | 440 PEBBLE BEACH WY WASCO | | |
| Legal | TRACT 6451 43 | | |
| Acres | 0.15 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

**Recorded Documents**

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

**Permits**

| Permit No. | W4060548 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1670 SF. GAR 642 SF. PORCH/PATIO 256 | | |

**Property Characteristics**

| Unit | |
|---|---|
| Year Built | |
| Sq. Ft. | |
| Bed / Bath | |
| -- No Information was able to be Displayed -- | |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| | |
|---|---|
| Personal Property Value: | 0 |
| Total: | 20,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346810-00-5 | | | Billed |
|---|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period | |
| 20000 | | 007-047 | | | 1 Year |
| General Amt | Special Amt | Special Asmnts | | General Rate | Special Rate |
| 213 | 63 | 144 | | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |