



► Assessor • Recorder Homepage

► County Homepage



🔘 About Us

🔘 Property Search

🔘 Property Valuations

🔘 Tax Relief, Exemptions
    Exclusions, Reductions

🔘 Things To Know/ News

🔘 Assessor's Forms

🔘 Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**



## Property Search - PROPERTY DETAILS

### Kern Property Profile

### Property Information

| ATN | 487-394-07-00-2 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-394-07-4    View Parcel Map | | GIS Map |
| Site Addr. | 430 PEBBLE BEACH WY WASCO | | |
| Legal | TRACT 6451 44 | | |
| Acres | 0.14 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060549 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1440 SF. GAR 690 SF. PORCH/PATIO 160 | | |

### Property Characteristics

| Unit |
|---|
| Year Built |
| Sq. Ft. |
| Bed / Bath |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| Personal Property Value: | | 0 |
|---|---|---|
| Total: | | 20,000 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346811-00-8 | | | Billed |
|---|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period | |
| 20000 | | 007-047 | | 1 Year | |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate | |
| 213 | 63 | 144 | 1 | 0 | |

| | | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|---|
| 1st Installment | | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |





► Assessor • Recorder Homepage

► County Homepage

 Assessor's Office:

Property Search - **PROPERTY DETAILS**

⌂ About Us

♢ Property Search

♢ Property Valuations

♢ Tax Relief, Exemptions
   Exclusions, Reductions

♢ Things To Know/ News

♢ Assessor's Forms

♢ Related Links



**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**

| Kern Property Profile | | | | |
|---|---|---|---|---|
| **Property Information** | | | | |
| **ATN** | 487-394-08-00-5 | | **Status** | Active |
| **Parcel Num.** | 487-394-08-2 | View Parcel Map | | GIS Map |
| **Site Addr.** | 420 PEBBLE BEACH WY WASCO | | | |
| **Legal** | TRACT 6451 45 | | | |
| **Acres** | 0.14 | | | |
| **Use Code** | 0010 - R1 ZONE ONE ACRE OR LESS | | | |
| **Prior APN** | 487-050-46 | | | |
| **Supervisorial District** | 4 - Ray Watson | | | |

| Recorded Documents | | |
|---|---|---|
| **Document Number** | **Document Type** | **Date Recorded** |
| 208151843 | Correct Deed | 09/24/08 |

| Permits | | |
|---|---|---|
| **Permit No.** | W4060550 | **Status** |
| **Date Issued** | 04/01/06 | **Date Completed** |
| **Description:** | SFR 1897 SF. GAR 615 SF. PORCH 97 SF. | |

| Property Characteristics |
|---|
| **Unit** |
| **Year Built** |
| **Sq. Ft.** |
| **Bed / Bath** |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | **Assessed Values** |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| Personal Property Value: | | 0 |
|---|---|---|
| Total: | | 20,000 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

**Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.**

| Lien Date Bill | | | 08-1346812-00-1 | | Billed |
|---|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period | |
| | | | | | 1 Year |
| 20000 | | 007-047 | | | |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate | |
| 213 | 63 | 144 | 1 | 0 | |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |




► Assessor · Recorder Homepage

► County Homepage



⊘ About Us

⊘ Property Search

⊘ Property Valuations

⊘ Tax Relief, Exemptions
   Exclusions, Reductions

⊘ Things To Know/ News

⊘ Assessor's Forms

⊘ Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**

## Property Search - PROPERTY DETAILS

| Kern Property Profile | |
|---|---|
| **Property Information** | |

| | | Status | Active |
|---|---|---|---|
| **ATN** | 487-394-09-00-8 | | |
| **Parcel Num.** | 487-394-09-0    View Parcel Map | | GIS Map |
| **Site Addr.** | 410 PEBBLE BEACH WY WASCO | | |
| **Legal** | TRACT 6451 46 | | |
| **Acres** | 0.19 | | |
| **Use Code** | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| **Prior APN** | 487-050-46 | | |
| **Supervisorial District** | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060551 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 2408 SF. GAR 672 SF. PORCH 97 SF. | | |

### Property Characteristics

| Unit |
|---|
| Year Built |
| Sq. Ft. |
| Bed / Bath |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| Personal Property Value: | | 0 |
|---|---|---|
| Total: | | 20,000 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed
to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346813-00-4 | | | Billed |
|---|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | | Proration Period | |
| 20000 | | 007-047 | | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate | |
| 213 | 63 | 144 | 1 | 0 | |

| | | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|---|
| 1st Installment | | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |





► Assessor • Recorder Homepage

► County Homepage



🜨 About Us

🜨 Property Search

🜨 Property Valuations

🜨 Tax Relief, Exemptions
   Exclusions, Reductions

🜨 Things To Know/ News

🜨 Assessor's Forms

🜨 Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**

## Property Search - PROPERTY DETAILS

### Kern Property Profile

#### Property Information

| | | | | |
|---|---|---|---|---|
| **ATN** | 487-394-10-00-0 | | **Status** | Active |
| **Parcel Num.** | 487-394-10-8 | View Parcel Map | | GIS Map |
| **Site Addr.** | 400 PEBBLE BEACH WY WASCO | | | |
| **Legal** | TRACT 6451 47 | | | |
| **Acres** | 0.15 | | | |
| **Use Code** | 0010 - R1 ZONE ONE ACRE OR LESS | | | |
| **Prior APN** | 487-050-46 | | | |
| **Supervisorial District** | 4 - Ray Watson | | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| **Permit No.** | W4060552 | **Status** | |
|---|---|---|---|
| **Date Issued** | 04/01/06 | **Date Completed** | |
| **Description:** | SFR 1897 SF. GAR 406 SF PORCH 97 SF. | | |

### Property Characteristics

| |
|---|
| **Unit** |
| **Year Built** |
| **Sq. Ft.** |
| **Bed / Bath** |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | **Assessed Values** |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| Personal Property Value: | | 0 |
| --- | --- | --- |
| Total: | | 20,000 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346814-00-7 | | | | Billed |
| --- | --- | --- | --- | --- | --- | --- |
| Net Billed Value | | Tax Rate Area | | Proration Period | | |
| 20000 | | 007-047 | | | | 1 Year |
| General Amt | Special Amt | Special Asmnts | | General Rate | Special Rate | |
| 213 | 63 | 144 | | 1 | 0 | |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
| --- | --- | --- | --- | --- | --- |
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
| --- | --- | --- | --- |
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |





► Assessor · Recorder Homepage

► County Homepage

 **Assessor's Office:**

○ About Us

○ Property Search

○ Property Valuations

○ Tax Relief, Exemptions
   Exclusions, Reductions

○ Things To Know/ News

○ Assessor's Forms

○ Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**

**Property Search - PROPERTY DETAILS**

| Kern Property Profile | | | |
|---|---|---|---|
| **Property Information** | | | |
| | | | |
| **ATN** | 487-394-11-00-3 | **Status** | Active |
| **Parcel Num.** | 487-394-11-6   View Parcel Map | | GIS Map |
| **Site Addr.** | 401 PEBBLE BEACH WY WASCO | | |
| **Legal** | TRACT 6451 48 | | |
| **Acres** | 0.18 | | |
| **Use Code** | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| **Prior APN** | 487-050-46 | | |
| **Supervisorial District** | 4 - Ray Watson | | |

| **Recorded Documents** | | |
|---|---|---|
| **Document Number** | **Document Type** | **Date Recorded** |
| 208151843 | Correct Deed | 09/24/08 |

| **Permits** | | |
|---|---|---|
| **Permit No.** | W4060553 | **Status** |
| **Date Issued** | 04/01/06 | **Date Completed** |
| **Description:** | SFR 1897 SF. GAR 615 SF POR.97 SF PAT_80 | |

| **Property Characteristics** |
|---|
| **Unit** |
| **Year Built** |
| **Sq. Ft.** |
| **Bed / Bath** |
| -- No Information was able to be Displayed -- |

| **Assessment Information for Tax Year** | **2008-2009** |
|---|---|
| | **Assessed Values** |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| Personal Property Value: | | 0 |
|---|---|---|
| Total: | | 20,000 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed
to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346815-00-0 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | Proration Period | |
| 20000 | | 007-047 | 1 Year | |

| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
|---|---|---|---|---|
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |





► Assessor • Recorder Homepage

► County Homepage



**Property Search  -  PROPERTY DETAILS**

○ About Us

○ Property Search

○ Property Valuations

○ Tax Relief, Exemptions
  Exclusions, Reductions

○ Things To Know/ News

○ Assessor's Forms

○ Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**

| Kern Property Profile | | | |
|---|---|---|---|
| **Property Information** | | | |
| | | | |
| **ATN** | 487-394-12-00-6 | **Status** | Active |
| **Parcel Num.** | 487-394-12-4     View Parcel Map | | GIS Map |
| **Site Addr.** | 411 PEBBLE BEACH WY WASCO | | |
| **Legal** | TRACT 6451 49 | | |
| **Acres** | 0.19 | | |
| **Use Code** | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| **Prior APN** | 487-050-46 | | |
| **Supervisorial District** | 4 -  Ray Watson | | |

| Recorded Documents | | |
|---|---|---|
| **Document Number** | **Document Type** | **Date Recorded** |
| 208151843 | Correct Deed | 09/24/08 |

| Permits | | |
|---|---|---|
| **Permit No.** | W4060554 | **Status** |
| **Date Issued** | 04/01/06 | **Date Completed** |
| **Description:** | SFR 2239 SF. GAR 615 SF PORCH 97 SF. | |

| Property Characteristics |
|---|
| **Unit** |
| **Year Built** |
| **Sq. Ft.** |
| **Bed / Bath** |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | **Assessed Values** |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |

| | |
|---|---:|
| Personal Property Value: | 0 |
| Total: | 20,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | | 08-1346816-00-3 | | Billed |
|---|---|---|---|---|---|
| Net Billed Value | | | Tax Rate Area | Proration Period | |
| 20000 | | | 007-047 | 1 Year | |
| General Amt | Special Amt | | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---:|---:|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |





► Assessor • Recorder Homepage

► County Homepage



🔾 About Us

🔾 Property Search

🔾 Property Valuations

🔾 Tax Relief, Exemptions
Exclusions, Reductions

🔾 Things To Know/ News

🔾 Assessor's Forms

🔾 Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**

## Property Search - PROPERTY DETAILS

| Kern Property Profile | | | |
|---|---|---|---|
| **Property Information** | | | |
| **ATN** | 487-394-13-00-9 | **Status** | Active |
| **Parcel Num.** | 487-394-13-2      View Parcel Map | | GIS Map |
| **Site Addr.** | 421 PEBBLE BEACH WY WASCO | | |
| **Legal** | TRACT 6451 50 | | |
| **Acres** | 0.21 | | |
| **Use Code** | 0101 - SGL FAM RES ON R1 ZONED LAND | | |
| **Prior APN** | 487-050-46 | | |
| **Supervisorial District** | 4 - Ray Watson | | |

| **Recorded Documents** | | |
|---|---|---|
| Document Number | Document Type | Date Recorded |
| 208025619 | Deed | 02/21/08 |

| **Permits** | | | |
|---|---|---|---|
| Permit No. | W4060555 | Status | |
| Date Issued | 04/01/06 | Date Completed | 10/31/07 |
| Description: | SFR 2239 SF. GAR. 615 SF. PORCH 97 SF. | | |

| **Property Characteristics** | |
|---|---|
| Unit 1 | |
| Year Built | 2007 |
| Sq. Ft. | 2220 |
| Bed / Bath | 5/3 |

| **Assessment Information for Tax Year** | 2008-2009 |
|---|---|
| | **Assessed Values** |
| Land Value: | 24,350 |
| Mineral Value: | 0 |
| Improvement Value: | 271,000 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |

| Total: | | 295,350 |
|---|---|---|
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 295,350 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | | 08-1346817-00-6 | | Billed |
|---|---|---|---|---|---|
| Net Billed Value | | | Tax Rate Area | Proration Period | |
| | | | | 1 Year | |
| 295350 | | | 007-047 | | |
| General Amt | Special Amt | | Special Asmnts | General Rate | Special Rate |
| 3,148 | 76 | | 224 | 1 | 0 |

| | | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|---|
| 1st Installment | | 12/10/08 | 1724.44 | 12/04/08 | 172.44 | 1724.44 |
| 2nd Installment | | 04/10/09 | 1724.41 | | 182.44 | 0.00 |
| Total | | | 3448.85 | | | 1724.44 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 2953.52 |
| 70786 | WASCO UN 2001A | 0.023557% | 69.57 |
| 70787 | WASCO UN 2004A | 0.005025% | 14.84 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 83.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.41 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 20.75 |
| 76964 | KCCD SRID 2002B | 0.001884% | 5.56 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 76.09 |
| 20653 | WASCO M D #1 | | 26.38 |
| 24150 | *KCSWMP LAND USE | | 72.31 |
| 42317 | KMVCD VECTOR ASMT | | 2.00 |
| 78038 | KCCD ASSMT DIST | | 6.30 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 3,448.85 |





► Assessor · Recorder Homepage

► County Homepage



**Assessor's Office:**

- ✪ About Us
- ✪ Property Search
- ✪ Property Valuations
- ✪ Tax Relief, Exemptions
  Exclusions, Reductions
- ✪ Things To Know/ News
- ✪ Assessor's Forms
- ✪ Related Links

**Kern County Assessor**
**1115 Truxtun Avenue**
**Bakersfield, CA 93301**
**661-868-3485**
assessor@co.kern.ca.us
**8-5 M-F (Except Holidays)**

**Property Search - PROPERTY DETAILS**

| Kern Property Profile | | | |
|---|---|---|---|
| **Property Information** | | | |
| | | | |
| **ATN** | 487-394-14-00-2 | **Status** | Active |
| **Parcel Num.** | 487-394-14-0    View Parcel Map | | GIS Map |
| **Site Addr.** | 5511 SAWGRASS CT WASCO     . | | |
| **Legal** | TRACT 6451 51 | | |
| **Acres** | 0.14 | | |
| **Use Code** | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| **Prior APN** | 487-050-46 | | |
| **Supervisorial District** | 4 - Ray Watson | | |

| Recorded Documents | | |
|---|---|---|
| **Document Number** | **Document Type** | **Date Recorded** |
| 208151843 | Correct Deed | 09/24/08 |

| Permits | | |
|---|---|---|
| **Permit No.** | W4060556 | **Status** |
| **Date Issued** | 04/01/06 | **Date Completed** |
| **Description:** | SFR 1670 SF. W/3-CAR GAR 642 SF. PATIO/ | |

| Property Characteristics |
|---|
| **Unit** |
| **Year Built** |
| **Sq. Ft.** |
| **Bed / Bath** |
| -- No Information was able to be Displayed -- |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | **Assessed Values** |
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |