| Personal Property Value: | | 0 |
|---|---|---|
| Total: | | 20,000 |
| Less Exemption Value: | | 0 |
| Net Total Taxable Value: | | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE | |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346834-00-5 | | | Billed |
|---|---|---|---|---|
| Net Billed Value | Tax Rate Area | | Proration Period | |
| 20000 | 007-047 | | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 | | 30.97 | 0.00 |
| Total | | 419.53 | | | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 | | 26.38 |
| 20668 | WASCO PSD #05-01 | | 117.46 |
| | Total | 1.378462% | 419.53 |

A-PDF Split DEMO : Purchase from www.A-PDF.com to remove the watermark




- Assessor • Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| ATN | 487-394-31-00-1 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-394-31-4   View Parcel Map | | GIS Map |
| Site Addr. | 5595 ST ANDREWS CRESENT WASCO | | |
| Legal | TRACT 6451 68 | | |
| Acres | 0.19 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

| Document Number | Document Type | Date Recorded |
|---|---|---|
| 208151843 | Correct Deed | 09/24/08 |

### Permits

| Permit No. | W4060573 | Status | |
|---|---|---|---|
| Date Issued | 04/01/06 | Date Completed | |
| Description: | SFR 1670 SF. W/3-CAR GAR 642 SF. PORCH/ | | |

| Permit No. | W6000476 | Status | |
|---|---|---|---|
| Date Issued | 03/01/06 | Date Completed | 03/02/07 |
| Description: | SFR W/GARAGE | | |

### Property Characteristics

| Unit | |
|---|---|
| Year Built | |
| Sq. Ft. | |
| Bed / Bath | / |
| -- No Information was able to be Displayed -- | |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|

|  | Assessed Values |
|---|---|
| Land Value: | 20,000 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |
| Total: | 20,000 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 20,000 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

## Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | 08-1346835-00-8 | Billed |
|---|---|---|
| Net Billed Value | Tax Rate Area | Proration Period |
| 20000 | 007-047 | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 213 | 63 | 144 | 1 | 0 |

|  | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 209.77 | 12/10/08 | 20.97 | 209.77 |
| 2nd Installment | 04/10/09 | 209.76 |  | 30.97 | 0.00 |
| Total |  | 419.53 |  |  | 209.77 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 200.03 |
| 70786 | WASCO UN 2001A | 0.023557% | 4.71 |
| 70787 | WASCO UN 2004A | 0.005025% | 1.00 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 5.66 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.02 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 1.40 |
| 76964 | KCCD SRID 2002B | 0.001884% | 0.37 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 62.50 |
| 20653 | WASCO M D #1 |  | 26.38 |
| 20668 | WASCO PSD #05-01 |  | 117.46 |
| Total |  | 1.378462% | 419.53 |




- Assessor - Recorder Homepage
- County Homepage



- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

**Property Information**

| ATN | 487-380-01-00-3 | Status | Active |
|---|---|---|---|
| Parcel Num. | 487-380-01-6   View Parcel Map | | GIS Map |
| Site Addr. | VALLEY ROSE PW WASCO | | |
| Legal | TRACT 6451 69 | | |
| Acres | 7.09 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

### Property Characteristics

| Unit | |
|---|---|
| Year Built | |
| Sq. Ft. | |
| Bed / Bath | |
| Characteristics for ATN/APN -- not found | |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 123,761 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |
| Total: | 123,761 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 123,761 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

### Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | | 08-1346766-00-1 | | | Billed |
|---|---|---|---|---|---|---|
| Net Billed Value | | | Tax Rate Area | | Proration Period | |
| | | 123761 | 007-047 | | | 1 Year |
| General Amt | | Special Amt | Special Asmnts | | General Rate | Special Rate |
| 1,319 | | 387 | 26 | | 1 | 0 |
| | | Due Date | Amount | Date Paid | Penalty | Total Paid |
| 1st Installment | | 12/10/08 | 866.19 | 12/10/08 | 86.61 | 866.19 |
| 2nd Installment | | 04/10/09 | 866.18 | | 96.61 | 0.00 |
| Total | | | 1732.37 | | | 866.19 |

## Tax Bill Detail

| Fund No | Taxing Agency | Rate | Amount |
|---|---|---|---|
| 00280 | GEN LOCAL GOVT | 1.000000% | 1237.64 |
| 70786 | WASCO UN 2001A | 0.023557% | 29.15 |
| 70787 | WASCO UN 2004A | 0.005025% | 6.21 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 35.05 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.17 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 8.69 |
| 76964 | KCCD SRID 2002B | 0.001884% | 2.33 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 386.75 |
| 20653 | WASCO M D #1 | | 26.38 |
| | Total | 1.378462% | 1,732.37 |



### KERN COUNTY · CALIFORNIA
## Assessor · Recorder Online

- Assessor · Recorder Homepage
- County Homepage

### Assessor's Office:

- About Us
- Property Search
- Property Valuations
- Tax Relief, Exemptions Exclusions, Reductions
- Things To Know/ News
- Assessor's Forms
- Related Links

**Kern County Assessor**
1115 Truxtun Avenue
Bakersfield, CA 93301
661-868-3485
assessor@co.kern.ca.us
8-5 M-F (Except Holidays)

## Property Search - PROPERTY DETAILS

### Kern Property Profile

#### Property Information

| | | | |
|---|---|---|---|
| ATN | 487-380-02-00-6 | Status | Active |
| Parcel Num. | 487-380-02-4   View Parcel Map | | GIS Map |
| Site Addr. | VALLEY ROSE PW WASCO | | |
| Legal | TRACT 6451 DR | | |
| Acres | 11.03 | | |
| Use Code | 0010 - R1 ZONE ONE ACRE OR LESS | | |
| Prior APN | 487-050-46 | | |
| Supervisorial District | 4 - Ray Watson | | |

### Recorded Documents

### Property Characteristics

| | |
|---|---|
| Unit | |
| Year Built | |
| Sq. Ft. | |
| Bed / Bath | / |
| Characteristics for ATN/APN -- not found | |

| Assessment Information for Tax Year | 2008-2009 |
|---|---|
| | Assessed Values |
| Land Value: | 192,549 |
| Mineral Value: | 0 |
| Improvement Value: | 0 |
| Other Improvement: | 0 |
| Personal Property Value: | 0 |
| Total: | 192,549 |
| Less Exemption Value: | 0 |
| Net Total Taxable Value: | 192,549 |
| Tax Rate Area: | 007-047 WASCO INSIDE |

### Tax Bill Information

Questions regarding tax bills should be directed to the Tax Collector at (661) 868-3490.

| Lien Date Bill | | 08-1346767-00-4 | | Billed |
|---|---|---|---|---|
| Net Billed Value | | Tax Rate Area | Proration Period | |
| | 192549 | 007-047 | | 1 Year |
| General Amt | Special Amt | Special Asmnts | General Rate | Special Rate |
| 2,052 | 602 | 26 | 1 | 0 |

| | Due Date | Amount | Date Paid | Penalty | Total Paid |
|---|---|---|---|---|---|
| 1st Installment | 12/10/08 | 1340.30 | 12/10/08 | 134.03 | 1340.30 |
| 2nd Installment | 04/10/09 | 1340.28 | | 144.02 | 0.00 |
| Total | | 2680.58 | | | 1340.3 |

| Tax Bill Detail | | | |
|---|---|---|---|
| Fund No | Taxing Agency | Rate | Amount |
| 00280 | GEN LOCAL GOVT | 1.000000% | 1925.51 |
| 70786 | WASCO UN 2001A | 0.023557% | 45.35 |
| 70787 | WASCO UN 2004A | 0.005025% | 9.67 |
| 70790 | WASCO HIGH 2008-A | 0.028327% | 54.54 |
| 76962 | KCCD SRID 2002A | 0.000141% | 0.27 |
| 76963 | KCCD SRID 02A RFD | 0.007028% | 13.53 |
| 76964 | KCCD SRID 2002B | 0.001884% | 3.62 |
| 50580 | SHAFTER-WASCO IRR | 0.312500% | 601.71 |
| 20653 | WASCO M D #1 | | 26.38 |
| | Total | 1.378462% | 2,680.58 |

# EXHIBIT "C"

GOODWIN PROCTER LLP
Forrest A. Hainline III (State Bar No. 64166)
Nicole Perroton (State Bar No. 233121)
101 California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 733-6069
Facsimile: (415) 677-9041
fhainline@goodwinprocter.com
nperroton@goodwinprocter.com

Attorneys for Plaintiff
McINTOSH AND ASSOCIATES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| ROGER McINTOSH d/b/a McINTOSH and ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation, LOTUS DEVELOPMENTS, LP, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

For his complaint against Northern California Universal Enterprises Company ("Universal") and Lotus Developments LP ("Lotus") (collectively, "Defendants"), Roger McIntosh d/b/a McIntosh and Associates ("McIntosh") alleges:

### NATURE OF THE ACTION

1. This is an action to redress the infringement of McIntosh's registered copyrights. Universal and Lotus have created a residential subdivision employing a tangible embodiment of the landscape and subdivision design McIntosh conceived and created and that is the subject of Copyright Registration Certificate No. VAU-721-180.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL

## PARTIES AND OTHER IMPORTANT PERSONS

2. Plaintiff Roger McIntosh is a civil engineer doing business as McIntosh and Associates, a sole proprietorship with its principal place of business at 2001 Wheelan Court, Bakersfield, CA 93309.

3. Defendant Northern California Universal Enterprise Company, a California Corporation with an address at 2099 Fortune Drive, San Jose, CA 95131, started as a land development company in 1980 and is now a builder in California's Central Valley. On information and belief, Joseph Wu is the founder and head of Northern California Universal Enterprise Company.

4. Defendant Lotus Developments is a California Limited Partnership with an address of 300 B Street, Turlock, CA, 95380. On information and belief, Joseph Wu is the founder and head of Lotus Developments.

5. The true names and capacities of defendants Does 1 through 10 inclusive are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that each of the defendants herein designated as a Doe is responsible in some manner for the events and happenings herein referred to and caused injuries and damages proximately thereby as hereinafter alleged. Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, each of the defendants was the agent, servant and employee of each of the remaining defendants, and at all times herein mentioned each was acting within the purpose and scope of said agency and employment. Plaintiff is further informed and believes, and thereon alleges, that at all times herein mentioned, each of the defendants' employees was the agent, servant and employee of each employee's respective employer, that at all times herein mentioned each employee was acting within the purpose and scope of said agency and employment, and that each defendant has ratified and approved the acts of its agents and employees.

6. The Legacy Group, referred to throughout, is not a defendant in this action and no longer exists. The Legacy Group was a land development company originally involved in the development of the property that is the subject of this action.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over the claims in this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. §§ 1338(a)-(b), and 28 U.S.C. § 1367.

8. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b).

## FACTUAL BACKGROUND

### McIntosh and Associates

9. For more than 34 years, Roger McIntosh has been engaged in urban planning, specifically the design of residential subdivisions and community spaces, throughout California. In 1980, Mr. McIntosh and Eugene Martin founded Martin-McIntosh Land Surveying.

10. Over the last 27 years the firm has expanded to offer an array of land planning services from civil engineering and landscape architecture to construction management throughout Central and Southern California, Arizona, and Nevada.

11. On May 3, 1999, Roger McIntosh bought out his partner, Mr. Martin, and Martin-McIntosh became McIntosh and Associates. Pursuant to the buy-out agreement the rights in all works created up to that point by Martin-McIntosh were assigned to Roger McIntosh.

12. McIntosh and Associates provides all types of civil engineering services, specializing in site planning for private developments, residential developments and Public Works Projects, including infrastructure, subdivision design, and oil field facilities.

13. McIntosh and Associates also offers land surveying services, from boundary surveys to geodetic control surveys.

### Contract With The Legacy Group

14. In or about 1992, McIntosh contracted with the Legacy Group to design and supervise the construction of a subdivision called the Valley Rose Estates Project ("the Subdivision") on a parcel of land owned by the Legacy Group.

15. Specifically, McIntosh contracted to 1) develop the Subdivision's master plans for water, sewer, and drainage systems; 2) develop a phased traffic and circulation plan; 3) determine boundaries; 4) develop a tentative tract map for the Subdivision; and 5) develop landscape design unique to the Subdivision.

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL

16. According to the contract, all work product McIntosh created for the Subdivision remained his property and McIntosh retained the right to use the plans without the Legacy Group's consent, including, but not limited to McIntosh's designs and technical drawings.

17. In addition, the Legacy Group agreed that McIntosh's designs and technical drawings were being created exclusively for the Legacy Group and could only be used by the Legacy Group on the Valley Rose Estates project.

Case 1:07-cv-01080-LJO-GSA   Document 1   Filed 07/26/2007   Page 4 of 1

18. The contract between McIntosh and the Legacy Group also established that the agreement between the parties could not be assigned without the written consent of the other party.

19. The Legacy Group had an agreement with the City of Wasco wherein the City would pay for the Subdivision project with bond anticipation notes. The Legacy Group was to pay McIntosh and the contractors from the money it received from the City of Wasco.

### The Subdivision Plans

20. In accordance with his obligations under the Legacy Group contract, McIntosh designed the overall layout of the Subdivision, as well as the division of the individual plots and common spaces. McIntosh also created landscape designs for the Subdivision. McIntosh's subdivision and landscape designs are depicted in technical drawings ("the Plans") that are the subject of Copyright Registration Certificate No. VAU-721-180, a true and correct copy of which is attached as Exhibit A.

21. McIntosh is the sole author of the subdivision and landscape designs embodied in the technical drawings.

22. McIntosh is the sole owner of the copyright in the technical drawings. *See* Exhibit A, Copyright Registration Certificate No. VAU-721-180.

### Initial Construction of the Subdivision

23. In 1993, McIntosh submitted the Plans to the City of Wasco in order to obtain a building permit to commence construction on the Subdivision. The City of Wasco subsequently approved the Plans.

24. Construction on the Subdivision commenced after the City of Wasco approved the Plans. Several different contractors constructed the Subdivision according to McIntosh's Plans.

-4-

McIntosh supervised construction of the Subdivision to ensure that the Plans were being properly implemented.

25. In 1994 the bottom dropped out of the real estate market and the City of Wasco's bond anticipation notes lost their value. The City was no longer able to pay the Legacy Group for the construction on the Subdivision. Consequently, construction on the Subdivision ceased. The Legacy Group subsequently declared bankruptcy and the City of Wasco purchased the Subdivision at a tax sale.

### Defendants' Infringement of McIntosh's Plans

26. On information and belief, in or about December 2004, Defendants purchased the Subdivision, with all the improvements, from the City of Wasco.

27. In or about late 2005 or early 2006, Mr. Wu of Northern California Universal Enterprise Company and Lotus Developments contacted McIntosh and asked if he could use McIntosh's Plans to finish the Subdivision. McIntosh told Mr. Wu that he could use the Plans if he paid for them. Mr. Wu refused to pay for the plans.

28. On information and belief, in or about October 2006, without paying McIntosh for his plans, Defendants commenced construction on the Subdivision.

29. In or about November 2006, a Wasco city employee told McIntosh that Mr. Wu was using McIntosh's Plans to complete the Subdivision.

30. On information and belief, Defendants' construction of the Subdivision is based on landscape and subdivision designs substantially similar to the subdivision and landscape design conceived and created by McIntosh that is represented in the Plans and that is the subject of Copyright Registration Certificate No. VAU-721-180.

31. A point-by-point, feature-by-feature comparison between the Subdivision constructed by Defendants and the Plans authored by McIntosh shows that the prominent features of the Subdivision are substantially similar to the Plans, such that the over-all look and feel of the design represented in the Plans is embodied in the Subdivision.

-5-

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL

<mark>Case 1:07-cv-01080-LJO-GSA   Document 126-13   Filed 09/29/09   Page 14 of 15</mark>

1    32.    Specifically, a feature-by-feature comparison between the Subdivision and the Plans reveals substantial similarity in, among other things, the streets, curbs and gutters, utilities, walls, fences, entry monuments, street lights, and landscaping.

4    33.    On information and belief, Defendants, without permission or license obtained and copied the Plans, and is using them to complete the Subdivision. Defendants have not paid McIntosh for use of the plans.

<mark>Case 1:07-cv-01080-LJO-GSA   Document 1   Filed 07/26/2007   Page 6 of 1</mark>

## FIRST CAUSE OF ACTION

### Copyright Infringement of Technical Drawings

34.    McIntosh incorporates by reference and re-alleges paragraphs 1 through 33 above.

35.    Plaintiff has in all respects complied with the requirements of the copyright laws of the United States with respect to the Plans.

36.    The copying of the Plans by Defendants constitutes infringement of McIntosh's registered copyright in the technical drawings depicted in the Plans, in violation of the Copyright Act, resulting in harm and injury to McIntosh.

37.    As a result of the above-described wrongful acts of Defendants in creating infringing copies of the Plans, McIntosh's copyright in the Plans has been infringed and he is entitled to recover actual damages and that portion of the profits realized by Defendants from the use of and commercial exploitation of the infringing copies attributable to the unlawful use by Defendants of the copyrighted material contained in the Plans that is the subject of Copyright Registration Certificate No. VAU-721-180.

### DEMAND/PRAYER FOR RELIEF

WHEREFORE, McIntosh requests that this Court enter a judgment against the defendants that provides for:

(a)    A declaration that the defendants have willfully infringed McIntosh's exclusive rights in the copyrighted material contained in the Plans that is the subject of Copyright Registration Certificate No. VAU-721-180;

(b)    A preliminary and thereafter permanent injunction against defendants, and all persons acting in concert or participation with them or persons acting or purporting to act on their behalf,

- 6 -

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL

<mark>Goodwin Procter LLP
101 California Street, 18th Floor
San Francisco, CA 94111</mark>

1  including but not limited to their officers, directors, stockholders, partners, owners, agents,
2  representatives, employees, attorneys, successors and assigns and any and all persons acting in
3  concert or privity with them, directing defendants to:
4    (1) cease and desist from infringing plaintiff's copyright in the Plans;
5    (2) destroy all copies of the Plans, including any and all drawings, models,
6      advertisements, catalogs and other materials based on or derived from the
7      Plans; and

Case 1:07-cv-01080-LJO-GSA   Document 1   Filed 07/26/2007   Page 7 of 1

8    (3) take all steps necessary to remove any structures or design elements that have
9      been copied from the Plans, or built based on the Plans
10  (c) The impounding of all copies of the Plans and any other materials derived from the
11 Plans, in whole or in part, incorporating any element of the Plans, and all means by which such
12 copies may be reproduced, and an order providing for the destruction or other reasonable disposition
13 of materials containing copies of the Plans or the designs embodied in the Plans that have been used
14 in violation of McIntosh's exclusive rights, and all means by which such copies may be reproduced;
15 and in the event that certain such copies are no longer under the control of defendants, provide the
16 name, address and relevant contact information of those believed to be in possession and control of
17 such materials; and
18  (d) The filing with this Court and the service on McIntosh within 30 days following
19 service of the injunction order, a report, under oath and in writing, setting forth in detail the manner
20 and form in which defendants have complied with the injunction; and
21  (e) The awarding to plaintiff McIntosh of damages in an amount equal to the actual
22 damages suffered by McIntosh as a result of the infringement, and that portion of the profits earned
23 by Defendants from the creation and commercial exploitation of the copied plans and the Infringing
24 Building that is attributable to the infringement, and not taken into account in computing McIntosh's
25 actual damages, including an award of the reasonable attorneys fees, costs and disbursements
26 incurred by McIntosh in connection with this action;
27  (f) Alternatively, the awarding to plaintiff McIntosh the maximum statutory damages
28 permitted under the Copyright Act with respect to each infringement, or for such other amount as

- 7 -
COMPLAINT FOR COPYRIGHT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Goodwin Procter LLP
101 California Street, 18th Floor
San Francisco, CA 94111