Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendants Northern California Universal Enterprise Company and Lotus Developments, LP*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                      Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                      Defendant(s)<br><br>CITY OF WASCO,<br><br>                      Cross-Complainants(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                      Cross-Defendant(s) | No. 1:07-CV-01080-LJO-GSA<br><br>**DEFENDANT, NORTHERN CALIFORNIA UNIVERSAL ENTERPSISE COMPANY'S AND LOTUS DEVELOPMENTS, L.P.'S POINTS AND AUTHORITIES IN SUPPORT OF SUMMARY JUDGMENT**<br><br>*AMENDED TO INCLUDE TABLES OF CONTENTS AND AUTHORTIES*<br><br>DATE: OCTOBER 28, 2009<br>TIME: 8:30 A.M.<br>PLACE: COURTROOM 4<br><br>JUDGE: Lawrence J. O'Neill |

# TABLE OF CONTENTS

PAGE

| | | |
|---|---|---|
| I | INTRODUCTION | 1 |
| | A. Case Overview | 1 |
| | B. Parties and Other Relevant Individuals | 2 |
| | C. Specialized Terminology | 2 |
| | D. Summary of Arguments | 3 |
| II | FACTS | 5 |
| | A. The City, MM and Legacy Joined Together to Develop 480 Acres in Wasco | 5 |
| | B. Legacy and MM Enter Into a Written Contract | 5 |
| | C. The 480 Acre Parcel is Divided Into 6 Separate Parcels | 7 |
| | D. The City and Legacy Enter Into a Written Contract | 7 |
| | E. The City Purchases Parcels 1 and 3 at Tax Sale and Sells Them to Lotus | 7 |
| | F. McIntosh Sets a Trap for Lotus | 8 |
| | G. DeWalt Independently Surveyed Parcel 1 and Created Its Own 68 Lot Map | 10 |
| III | LEGAL ARGUMENT | 10 |
| | A. Summary Judgment | 10 |
| | B. The Improvement Plans | 11 |
| |     1. The Improvement Plans Were Not Copied by DeWalt, Lotus or Northern | 11 |
| |     2. The City had an Implied License to use The Plans for Parcel 1 | 12 |

Case 1:07-cv-01080-LJO-GSA Document 127 Filed 09/30/09 Page 3 of 6

|  |  |  |
|---|---|---|
| | C. The Map | 18 |
| |    1. Map 6451 Was the Independent Creation of DeWalt | 18 |
| |    2. Maps 5472 and 6451 Are Not Substantially Similar | 20 |
| |    3. The Doctrine of Merger Would Prevent Plaintiff from Prevailing | 23 |
| | D. Latches, Estoppel, Misuse and Unclean Hands | 27 |
| |    1. Latches | 27 |
| |    2. Estoppel | 29 |
| |    3. McIntosh has Misused Copyright Law and Comes to This Court With Unclean Hands | 30 |
| IV | CONCLUSION | 32 |

ii

# TABLE OF AUTHORITIES

PAGE

**Federal Statutes**

| | |
|---|---|
| 17 U.S.C. section 101 | 13 |
| 17 U.S.C. Sec. 102(b) | 20 |
| Federal Rule of Civil Procedure 56(c) | 10 |

**California Statutes**

| | |
|---|---|
| Gov. Code Section 66419(a) | 3 |
| Gov. Code Section 66424.6(a) | 3 |
| Gov Code Section 66425.5 | 3 |
| Gov. Code Section 66456.2(d) | 3 |
| Gov. Code Section 66495 | 3 |
| Gov. Code Section 66498.1(b) | 3 |

**Federal Cases**

| | |
|---|---|
| *Alcatel USA, Inc. v. DGI Techs, Inc.* 166 F.3d 772 (5th Cir. 1999) | 30 |
| *Apple Computer, Inc. v. Microsoft Corp.* 35 F.3d 1435 (9th Cir. 1994) | 26 |
| *Assessment Technologies of WI, LLC v Wiredata, Inc.* 350 F.3d 640 (7th Cir. 2003) | 30 |
| *Baker v. Selden*, 101 U.S. 99 (1879) | 24 |
| *Cavalier v. Random House*, 297 F.3d 815 (9th Cir. 2002) | 22 |
| *Cherry River Music Co. v. Simitar Entertainment, Inc.*, 38 F.Supp.2d 310 (S.D.N.Y. 1999) | 29 |
| *Concrete Machinery Co., Inc. v. Classic Lawn Ornaments, Inc.* 843 F.2d 600 (1st Cir. 1988) | 25, 27 |

*Cooling Systems and Flexibles v. Stuart Radiator*, 777 F.2d 485 (9th Cir.1985) ........ 21, 24

*Effects Associates, Inc v. Cohen* 908 F. 2d 555 (9th Cir. 1990) ........ 18

*Ets-Hokin v. Skyy Spirits, Inc.* 323 F.2d 763 (9th Cir. 2003) ........ 25, 26

*Feist Publications, Inc. v. Rural Tel. Serv. Co.* 499 U.S. 340 (1991) ........ 11, 12, 19, 27, 29

*Foad Consulting Group v. Azzalino* 270 F. 3d 821 (9th Cir. 2001) ........ 15, 16, 17

*Funky Films, Inc. v. Time Warner* 462 F.3d 1072 (9th Cir. 2006) ........ 20, 21, 22

*Graham v. James*, 144 F.3d 229 (2d Cir. 1998) ........ 13

*Haas v. Leo Feist, Inc.* 234 F. 105 (S.D.N.Y. 1916 ........ 27, 29

*Hall v Wright*, 240 F.2d 787 (9th Cir. 1957) ........ 30

*Hampton v. Paramount Pictures Corp.*, 279 F.2d 100 (9th Cir. 1960) ........ 29

*Harper & Row, Publishers, Inc. v. Nation Enterprises*, 471 U.S. 539 (1985) ........ 20, 24

*Herbert Rosenthal Jewelry Corp. v. Kalpakian* 446 F.2d 738 (9th Cir. 1971) ........ 19, 24

*I.A.E., Incorporated v. Shaver* 74 F 3d 768 (7th Cir. 1996) ........ 13, 17

*Johnston v. Standard Mining Co.*, 148 U.S. 360 (1893) ........ 27

*Kay Berry, Inc. v. Taylor Gifts, Inc.* 421 F.3d 199 (3rd Cir. 2005) ........ 26

*Kern River Gas Transmission Co. v. Coastal Corp* 899 F.2d 1458 (5th Cir. 1990) ........ 25

*Kling v. Hallmark Cards*, 225 F.3d 1030 (9th Cir. 2000) ........ 27

*Kregos v. Associated Press* 795 F.Supp. 1325 (S.D.N.Y. 1992) ........ 22, 23

*Kunycia v. Melville Realty Co., Inc.* 755 F. Supp. 566 (S.D.N.Y. 1990) ........ 19

*Los Angeles News Service v. Tullo* 973 F2d. 791 (9th Cir. 1992) ........ 27

*Mason v. Montgomery Data, Inc.* 967 F.2d 135 (5th Cir. 1992) ........ 24

*Mazer v. Stein*, 347 U.S. 201 (1954) ........ 19, 24

*Metcalf v. Bochco*, 294 F.3d 1069 (9th Cir.2002) ........ 22

*Miller v. Glen Miller Productions, Inc.* 454 F.3d 975 (9th Cir. 2006) ... 11

*Nelson-Salabes, Inc. v. Morningside Development, LLC*, 284 F. 3d 505 (4th Cir. 2002) ... 13

*Practice Management Information Corp. v. American Medical Association* 121 F.3d 516 (9th Cir. 2001) ... 30

*Satava v. Lowry* 323 F.3d 805 (9th Cir. 2003) ... 24

*See v. Durang* 711 F.2d 141 (9th Cir.1983) ... 21

*Shaw v. Lindheim*, 919 F.2d 1353 (9th Cir.1990) ... 21

*Supermarket of Homes, Inc. v. San Fernando Valley Board of Realtors* 786 F2d 1400 (9th Cir. 1986) ... 30

*Warner Bros. v. American Broadcasting Co.* 720 F.2d 231 (2nd Cir. 1983) ... 20, 21

### California Cases

*Fiberboard Paper Products Corp. v. East Bay Union of Machinists* (1964) 227 CA2d 675, 728. ... 30