```
BONIFACIO B. GARCIA (SBN 100761)
EVA M. PLAZA (SBN 250321)
CHAKA C. OKADIGBO (SBN 224547)
GARCIA CALDERON RUIZ, LLP
500 S. Grand Avenue, Suite 1100
Los Angeles, CA  90071
(213) 347-0210; Fax (213) 347-0216
```

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH.<br><br>  Plaintiffs,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC. *et al.*<br><br>  Defendants. | Case No:  1:07-CV-01080-LJO-GSA<br><br>**DEFENDANT CITY OF WASCO'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**<br><br>Date: October 28, 2009<br>Time: 8:30 a.m.<br>Dept.: 4<br>Judge: Lawrence J. O'Neill |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on October 28, 2009, at 8:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 2500 Tulare Street, Fresno, California, Defendant City of Wasco will and hereby does move the Court for summary judgment against Plaintiff Roger McIntosh on the ground that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law on Plaintiff's entire Third Amended Complaint for the reasons that:

  1.  Defendant City of Wasco (the "City") is not liable to Plaintiff for direct copyright
      infringement of Plaintiff's copyright interests because Plaintiff granted the City an

1 | implied nonexclusive license to reproduce and distribute the copyrighted works at issue in this litigation;

2. The City paid Plaintiff substantial sums for the ownership and use of the improvement plans that are the subject of this action and, therefore, was within its rights to reproduce and distribute them;

3. The City is not liable to Plaintiff for contributory copyright infringement because:

   (a) the City did not know or have reason to know of the allegedly infringing activities engaged in by Defendants Northern California Universal Enterprises Company ("NCUE"), Lotus Developments, LP, and/or Dennis W. DeWalt, Inc. ("DeWalt"); and

   (b) the City did not knowingly contribute to any of the allegedly infringing activities engaged in by Co-Defendants NCUE, Lotus Developments, LP, and/or DeWalt;

   (c) there was no direct infringement upon which a finding of contributory liability may be premised

4. The City is not liable to Plaintiff for vicarious copyright infringement because the City did not have the right and ability to supervise the allegedly infringing conduct engaged in by Co-Defendants NCUE, Lotus Developments, LP, and/or DeWalt and did not financially benefit from their alleged infringement.

The City requests, only as a less favored alternative to granting its summary judgment motion, that the Court award the City summary adjudication on Plaintiff's separate claims against the City.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    This motion is based upon this *Notice of Motion and Motion*, the accompanying
2 *Memorandum of Points and Authorities*, the declarations of Dennis McNamara, Robert Wren,
3 and James Zervis, all pleadings and papers on file in this action, and upon such other matters as
4 may be presented to the Court at the time of the hearing.

5 DATED: September 30, 2009          GARCIA CALDERON RUIZ, LLP

                                     By: /s/ Chaka C. Okadigbo
                                     CHAKA C. OKADIGBO
                                     Attorneys for Defendant
                                     CITY OF WASCO