1  BONIFACIO B. GARCIA (SBN 100761)
   EVA M. PLAZA (SBN 250321)
2  CHAKA C. OKADIGBO (SBN 224547)
   GARCIA CALDERON RUIZ, LLP
3  500 S. Grand Avenue, Suite 1100
   Los Angeles, CA 90071
4  (213) 347-0210; Fax (213) 347-0216

5  Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC. *et al.*<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF DENNIS MCNAMARA IN SUPPORT OF CITY OF WASCO'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  October 28, 2009<br>Time:  8:30 a.m.<br>Dept.:  4<br>Judge:  Lawrence J. O'Neill |

I, Dennis McNamara, declare as follows:

1. I have firsthand personal knowledge of the facts set forth below, except as to those matters attested to on information and belief, and, if called as a witness, could and would competently testify thereto under oath.

2. I am currently employed by the City of Wasco ("City") as a Senior Planner in the City's Planning Department. I have served in this capacity since 2005. As the Senior Planner, part of my duties are to serve as the project Planner on a variety of projects including the processing of the Tentative Map for Tract No. 6451, which concerns the Valley Rose Estates Subdivision ("Subdivision").

4821-2087-1684                              -1-
**DECLARATION OF DENNIS MCNAMARA IN SUPPORT OF CITY OF WASCO'S MOTION FOR SUMMARY JUDGEMENT**

3. The Planning Department's dealings with respect to the Subdivision, located in the City, has consisted of: (1) communicating City requirements for review and processing of tentative and final maps for the Subdivision to Northern California Universal Enterprises Company ("NCUE"), Lotus Developments and/or DeWalt (the owners of the Subdivision); and (2) processing the tentative and final maps (Tentative Map for Tract No. 6451 and Final Map for Tract No. 6451) submitted by these parties, as required by City ordinance, the California Subdivision Map Act and the California Environmental Quality Review Act ("CEQA").

4. In his dealings with the City regarding the development of the Subdivision, Joe Wu, the President of NCUE and Lotus Developments, has used these two companies interchangeably.

5. My role with respect to the processing of the Tentative Map for Tract No. 6451 was to (1) shepherd the map through the CEQA review process by preparing a negative declaration and routing the negative declaration out to the public for comments; (2) recommend, on behalf of the Planning Department, that the map be approved because it satisfied both the City's criteria for approval of tentative maps and the California Subdivision Map Act.

6. In reviewing the Tentative Map for Tract No. 6451 and performing my analysis as to whether or not the map should be approved, I did not compare the map with the Revised Tentative Map for Tract No. 5472, a prior tentative map for the Subdivision that had expired. In fact, the Tentative Map for Tract No. 5472 has played no role in the performance of my work. To my knowledge, no other person in the Planning Department used the Revised Tentative Map for Tract No. 5472 for any purposes in connection with the Planning Department's review of, and recommendation to approve, the Tentative Map for Tract No. 6451. Furthermore, the Planning Commission was not provided with a copy of the Revised Tentative Map for Tract No. 5472 and, therefore, did not rely upon this map when it reviewed and approved the Tentative Map for Tract No. 6451.

7. Prior to the creation of the Tentative Map for Tract No. 6451, a previous developer, Legacy Group, had prepared a Revised Tentative Map for Tract No. 5472. Both tentative maps relate specifically to the Subdivision. The Revised Tentative Map for Tract No.

1    5472 expired in 2001. The Subdivision came to be identified as Tract No. 6451 upon the

2    submission of the new tentative map.

3       8.    The City approved the Tentative Map for Tract No. 6451 on March 14, 2005 and

4    the Final Map for Tract No. 6451 on February 20, 2007. The Final Map for Tract No. 6451 was

5    recorded in the Office of the County Recorder on March 13, 2007.

6       9.    At no point in time have I advised, informed or suggested to DeWalt, NCUE or

7    Lotus Developments that they copy, rely upon or use the Martin-McIntosh improvement plans or

8    Revised Tentative Map for Tract No. 5472 to perform any of the work required to finalize the

9    development of the Subdivision. To my knowledge, no one else in the Planning Department has

10    ever suggested to DeWalt, NCUE or Lotus Developments that they copy, rely upon or use the

11    Martin-McIntosh improvement plans or tentative map to perform any of the work required to

12    finalize the development of the Subdivision. In fact, improvement plans play no role in the

13    tentative map review process. The Public Works Department, not the Planning Department,

14    handles the issue of whether or not improvement plans are required to be submitted. For this

15    reason, I am confident that no one from the Planning Department advised or suggested to

16    DeWalt, NCUE or Lotus Developments that they use or rely upon the Martin-McIntosh

17    improvement plans to complete the development of the Subdivision.

18    ///
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

1  10. Prior to the filing of this lawsuit, no one ever informed me that anybody or entity was infringing upon any copyright interests that Roger McIntosh claims he has in the improvement plans for the Subdivision that had been created by Martin-McIntosh or in Revised Tentative Map for Tract No. 5472. To my knowledge, no one else in the Planning Department was advised or informed that anybody or entity have been infringing on Roger McIntosh's alleged copyright interests in the Martin-McIntosh improvement plans or the Tentative Map for Tract No. 5472.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of September, 2009, at Wasco, California.

*Dennis McNamara*

4821-2087-1684

-4-

**DECLARATION OF DENNIS MCNAMARA IN SUPPORT OF CITY OF WASCO'S MOTION FOR SUMMARY JUDGEMENT**