1  BONIFACIO B. GARCIA (SBN 100761)
   EVA M. PLAZA (SBN 250321)
2  CHAKA C. OKADIGBO (SBN 224547)
   GARCIA CALDERON RUIZ, LLP
3  500 S. Grand Avenue, Suite 1100
   Los Angeles, CA 90071
4  (213) 347-0210; Fax (213) 347-0216

5  Attorneys for Defendant CITY OF WASCO

6

7

8                    UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH.                     Case No: 1:07-CV-01080-LJO-GSA

12          Plaintiffs,                 **DECLARATION OF ROBERT EDWARD**
                                        **WREN IN SUPPORT OF DEFENDANT**
13       vs.                            **CITY OF WASCO'S MOTION FOR**
                                        **SUMMARY JUDGMENT**
14  NORTHERN CALIFORNIA
    UNIVERSAL ENTERPRISES, INC. *et al.* Date:
15                                      Time:
          Defendants.                  Dept.:   4
16                                      Judge:   Lawrence J. O'Neill

17

18
    I, Robert Edward Wren, declare as follows:
19
            1.      I have firsthand personal knowledge of the facts set forth below, except as to
20
    those matters attested to on information and belief, and, if called as a witness, could and would
21
    competently testify thereto under oath.
22
            2.      I am currently employed by the City of Wasco ("City") and have worked
23
    for the City since January 2005. Since October, 2007, I have served as the Deputy Director of
24
    City's Public Works Department. Before October 2007, I served as City Projects Manager and
25
    Superintendent of Streets and City Projects from Jan 3, 2005 through October, 2007. In all of
26
    these capacities, I have overseen City construction projects, including the construction of roads,
27
    improvements and reconstruction projects. I have also liaised with the Contract City Engineer
28

1  on civil engineering issues relating to City construction projects. Regarding the Valley Rose
2  Estates, I have overseen the public works inspections of the Valley Rose Estates Subdivision. I
3  have also interacted with the present developers of the Subdivision and their engineer (Northern
4  California Universal Enterprises Company ("NCUE"), Lotus Developments, LP and/or Dennis
5  W. DeWalt, Inc. ("DeWalt"). As City Projects Manager, Superintendent of Streets and City
6  Projects or Deputy Director of City's Public Works Department it as been my responsibility to
7  assure construction in the City right of way was done according to City Standards.

8       3.       The Public Works Departments' dealings with NCUE and Lotus Developments
9  have been limited to (1) communicating City requirements for completing the development of
10  the Subdivision and recording a final map with the Office of the County Recorder and (2)
11  inspecting the Subdivision to ensure that they have completed the work.

12       4.       In this regard, on November 6, 2007, and April 23, 2009, the Public Works
13  Department sent Joe Wu, who dealt with the City on behalf of Lotus Developments and NCUE, a
14  list of punch list items summarizing all required repairs and maintenance that NCUE needed to
15  complete. The performance of these maintenance and repair items has been all that the City has
16  required from NCUE/Lotus Developments to finalize the development of the Subdivision.

17       5.       The City has not required NCUE or Lotus Developments to construct
18  improvements or submit improvement plans for the Subdivision because the improvements had
19  already been constructed.

20       6.       During the time I have overseen the operations of the Public Works Department
21  in relation to the Valley Rose Estates Subdivision, no one has ever informed me that the present
22  developers of the Valley Rose Estates Subdivision (NCUE and/or Lotus Developments) used,
23  copied, or relied upon the Martin-McIntosh improvement plans in their efforts to complete the
24  development of the Subdivision. Similarly, to my knowledge, no other employees within the
25  Public Works Department have ever been informed that NCUE and/or Lotus Developments
26  used, copied, or relied upon the Martin-McIntosh improvement plans in their efforts to complete
27  the development of the Subdivision.

28

1      7.      Attached as Exhibit A is a list of all City employees that have worked for the

2  Public Works Department during the period December 1, 2005 though December 31, 2007. TO

3  my knowledge, no employee that has ever worked for the City, including those listed in the

4  attached list, has ever held the title of "head of the corporation yard." Indeed, no such title exists

5  officially and I am not aware of anyone who uses that title even in an informal capacity. It is my

6  understanding that the City presented this list to the City's counsel, Chaka C. Okadigbo, to use in

7  connection with discovery requests propounded to Plaintiff Roger McIntosh. To my knowledge,

8  Mr. Okadigbo sent Plaintiff a list of these employees to ascertain whether any of them were

9  persons with whom Plaintiff claims to have discussed NCUE, Lotus Developments, LP or

10  DeWalt's use of Martin-McIntosh improvement plans to finalize the development of the

11  Subdivision.

12      8.      Although, it appears that the City provided copies of the Martin-McIntosh

13  improvement plans to DeWalt, the City considers these plans to be public records and, therefore,

14  available to any member of the public upon request. Furthermore, based on my review of an

15  *Acquisition Agreement* entered into between the City and the Legacy Group, a prior developer of

16  the Subdivision, on January 28, 1993, it appears that the City, at one point in time, purchased the

17  Subdivision improvements and paid for the Martin-McIntosh improvement plans. Other

18  documents, such as *Engineer's Report and Assessment: Valley Rose Assessment District*, reveal

19  that the City paid at least $98,000.00 for the improvement plans. Attached hereto as Exhibits A

20  and B are the documents upon which I base my conclusions. The City has retained these records

21  in the ordinary course of business and they are, accordingly, public records.

22      9.      On or about February, 2007, the City and Lotus Developments entered into a

23  Subdivision Agreement. Attached hereto as Exhibits C is a true and correct copy of the

24  Subdivision Agreement. The City has retained these records in the ordinary course of business

25  and they are, accordingly, public records. The purpose of the Subdivision Agreement was to

26  ensure that NCUE and/or Lotus Developments completed all necessary repairs and maintenance

27  of the improvements in the Subdivision in exchange for the City's approval of the Final Map for

28

1    Tract No. 6451.  Although the Subdivision Agreement references the construction of

2    improvements, such work had already been performed.

3         10.    The only work that NCUE and/or Lotus Developments have performed in

4    connection with the improvements in the Valley Rose Estates consists of lift station

5    improvements and repair and maintenance work, such as repairing cracks in concrete, fixing

6    street lights, repaving streets, and landscaping work.

7         11.    At no point in time have I advised, informed or suggested to DeWalt, NCUE or

8    Lotus Developments that they copy, rely upon or use the Martin-McIntosh improvement plans or

9    tentative map to perform any of the work required to finalize the development of the

10   Subdivision.  To my knowledge, no one else in the Public Works Department has ever suggested

11   to DeWalt, NCUE or Lotus Developments that they copy, rely upon or use the Martin-McIntosh

12   improvement plans or tentative map to perform any of the work required to finalize the

13   development of the Subdivision.

14        I declare under penalty of perjury that the foregoing is true and correct.

15        Executed this _29_ th day of September, 2009, at Wasco, California.

16

17

18                                    Robert Wren

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ROBERT EDWARD WREN

# EXHIBIT A

BOOK 6816 PAGE 2317

RECORDED BY
GALE S. ENSTAD
KERN COUNTY RECORDER

90 MAR 17 PM 12: 45

Recording Requested by:                    038134

    City of Wasco

When recorded please mail to:

    City of Wasco ( DRU)
    746 Eighth Street
    Wasco, California 93280

---

### ACQUISITION AGREEMENT

#### FOR CERTAIN IMPROVEMENTS TO VALLEY ROSE ESTATES TRACT NOS. 5472 AND 5618

---

WHEREAS, the Legacy Group, L.P., a California limited partnership (hereinafter referred to as the "Subdivider") is the legal owner of all of that real property in the City of Wasco, County of Kern, commonly known as Tract Numbers 5472 and 5618, or Valley Rose Estates Subdivision, which is more fully described in Exhibit "A," which is attached hereto and incorporated by this reference (hereinafter referred to as the "Property");

WHEREAS, the City of Wasco proposes to conduct proceedings pursuant to the Municipal Improvement Act of 1913, with bonds to represent the unpaid assessments to be issued under the Improvement Bond Act of 1915, to pay the cost of acquisition of improvements including, but not limited to, such acquisition as provided herein;

WHEREAS, the parties desire to agree upon the terms and conditions of construction by the Subdivider and acquisition by the City of Wasco of the Improvements as hereinafter defined and described in Exhibit "B," attached hereto and by this reference

1



incorporated herein.

BOOK 6816 PAGE 2318

WHEREAS, Sections 10010 and 10311.5 of the California Streets and Highways Code contemplate the acquisition by a public agency of subdivision public improvements;

NOW, THEREFORE, based upon the foregoing Recitals and in consideration of the mutual covenants set forth herein, the parties agree as follows:

Section 1. Entire Agreement. This Agreement contains the entire agreement and understanding between the parties with respect to the matters pertaining to the process of acquisition by the City of Wasco of the Improvements. Insofar as any pre-existing agreement between the parties hereto is inconsistent with the terms of this Agreement, but only insofar as any such pre-existing agreement is inconsistent with the terms of this Agreement, such preexisting agreement is amended by this Agreement. In interpreting any existing agreement between the parties and this Agreement, to the extent there is an inconsistency between the terms of this Agreement and any existing agreement, the terms of this Agreement shall be given greater weight and shall prevail.

Section 2. Construction of Improvements. The Subdivider, at the Subdivider's own expense, shall cause to be constructed the improvements more particularly described in Exhibit "B" hereto (the "Improvements"). Exhibit "B" also identifies the approved plans and specifications for such Improvements and incorporates them by reference. The Total Project Cost for the Improvements does not include:   (i) Permit fees; (ii) Utility

2

BOOK6816 PAGE 2319

relocations; (iii) the cost of site grading; and (iv) Permits and inspections by other governmental agencies and any agreement fees and bonds that are required by them.

Section 3.   Acquisition of Improvements.   The City of Wasco shall acquire the Improvements from the Subdivider, as follows:

Subsection (a).   Total Project Cost.   For the purpose of this Agreement, the term "Total Project Cost" is defined in Exhibit "B," under which all of the Improvements are eligible and authorized under the applicable statutes of the State of California and the Municipal Code of the City of Wasco.   The Improvements and work provided for in Exhibit "B," including but not limited to any incidental work and Improvements not specifically set forth in said Exhibit "B" but normal and pertinent to such work and Improvements, or necessary to coordinate and connect the Improvements with other improvements of the City of Wasco, are the responsibility of the Subdivider.   The maximum amount of the Total Project Cost shall be FIVE MILLION TWO HUNDRED THOUSAND DOLLARS ($5,200,000.00).

The construction management and administration fees identified in each phase in Exhibit "B," shall, in the aggregate, constitute full compensation to the Subdivider for all costs of construction management and administration, attorney, accountant and other professional services and overhead incurred by the Subdivider in connection with the construction of the Improvements. Any such costs exceeding the amounts set forth in Exhibit "B" shall

3

not be paid out of District funds, but shall be borne solely by the Subdivider.

Subsection (b). Acquisition of Improvements. The Improvements in this particular project are set forth in Exhibit "B" in the following phases: sewer acquisition; water acquisition; storm drain acquisition; streets acquisition; and street light acquisition costs. Each of these phases is a discrete system which is capable of being completed and accepted by the City for general public use whether or not other portions of the Improvements are completed and accepted by the City, and which the City, in its sole discretion, may consider, determine complete, and accept, for the City Purposes in accordance with the list of Improvements set forth in Exhibit "B." Such consent shall not be unreasonably withheld. The phases need not be completed in any given sequence nor does there need to be the completion of one phase before the beginning of another or any given period of time between the acquisition of one phase and the acquisition of another phase.   The process of acquisition consists of:

(i) Acceptance of one particular phase of the Improvements must be in writing by the City of Wasco as issued by Department of Public Works of the City of Wasco.   Each phase shall be subject to approval for payment by the City, but such approval shall not be unreasonably withheld; such approval shall be made on behalf of the City by the Director of the Department of Public Works.  The Department of Public Works will not issue the letter of

4

acceptance as to any given phase of construction of the Improvements until such confirmation of inspection and completion has been accomplished.  All inspection and certification as to completion shall be done by the Department of Public Works in accordance with its then current standards for inspection and certification for public works of the City of Wasco.

(ii) The acceptance shall set forth the specific date of acceptance by the City of Wasco of that particular phase. That date shall constitute the date of transfer of ownership of the Improvements which are in that phase. However, the warranty to the City of Wasco as is provided in this Agreement shall begin on the date of the acceptance of any individual phase but the one year time period shall run from the date of the recordation of the Notice of Completion of the last phase of the Improvements. Acceptance of each phase shall follow inspection by the City of Wasco Department of Public Works and written confirmation of completion of the Improvements pursuant to this Agreement by the Department of Public Works.

Subsection (c).  Acquisition Value.  The amount to be paid to the Subdivider for the total of all Improvements (the "Acquisition Value") shall be the actual cost of all of the Improvements, not to exceed the Total Project Cost.

Subsection (d).  Payment for the Improvements.  Any payment for the Improvements is subject to Section 5 hereof.

(i)  Within thirty (30) days after the City of Wasco has accepted in writing a particular phase of the

5

BOOK 6816 PAGE 2322

Improvements as complete, in City of Wasco's sole determination and discretion, and provided the Subdivider has submitted the invoices and other documents determined in City of Wasco's sole judgment necessary to establish the actual cost of the Improvements, the City of Wasco shall pay to the Subdivider the Acquisition Value of that phase; provided, however, that (A) the amount paid for the acquisition of any phase of the Improvements shall never exceed the amount set forth for the total cost of that phase in Exhibit "B" and, provided further that (B) if, at the end of the project, the actual cost of a particular phase exceeded the amount budgeted for that phase in Exhibit "B," but the actual cost of another phase was below the budgeted amount in Exhibit "B," then the savings on one phase may be used to offset the deficit incurred by Subdivider in any other phase or phases.   Such correction of payment for one phase by using the savings on another shall not occur until the date of the release of the ten percent retention, as set forth herein.   (C) However, in no event shall the total Acquisition Value ever exceed the Total Project Cost set forth herein, up to and including the end of the construction of all of the Improvements. (D) It is further provided that the Developer shall not submit request for payment of the Construction Management & Supervision portion of any phase until Developer has either supplied the City with the additional MAI appraisal described in Section 5 or has completed the Project in its entirety, whichever comes first.   Once the additional MAI appraisal data has been submitted and accepted by City as adequate, Developer may submit a request for payment of

6

BOOK 6816 PAGE 2323

the Construction Management & Supervision portion of each of the phases which had been completed prior to that time.

(ii)   The City of Wasco shall withhold ten percent (10%) of the Acquisition Value of each and every phase until a date which is thirty-five (35) days after the recording of a Notice of Completion with respect to all of the Improvements and shall pay the balance immediately thereafter, exclusive of any lien pursuant to law.

(iii)   If a Notice of Completion is not filed within ten (10) days after the date of the City of Wasco's acceptance of the last phase of the Improvements, then the final ten percent (10%) payment shall be made within ninety (90) days after the date of such acceptance.   Payment of the amount of any liens withheld from the final ten percent (10%) payment shall be made when any of the following have occurred:   (A) the liens have been released, (B) an appropriate bond has been recorded with respect to the liens as required by Civil Code Section 3143, or (C) an appropriate title guarantee has been provided showing title free of such liens.

Subsection (e).   Possession.   The City of Wasco shall take and have possession of each phase of the Improvements immediately upon the City of Wasco's acceptance thereof and transfer of title as provided in Subsection (b) of Section 3 hereof.

Subsection (f).   Repairs and Corrections.   The City of Wasco's acceptance of any phase of the Improvements shall

7

BOOK 6816 PAGE 2324

constitute a finding by the City of Wasco that the work in that particular phase of Improvements complies with the plans and specifications therefor. However, in addition to any other rights and remedies the City of Wasco may have in law or equity (including without limitation express or implied warranties), the Subdivider shall be responsible to the City of Wasco for any defects in work or material in connection with the Improvements occurring or appearing within one (1) year after the date of City of Wasco acceptance for public use.  The City of Wasco shall give the Subdivider written notice to repair or correct any such defect.

Subsection (q).    Warranties.    The Subdivider warrants that the Improvements will be free from defects in materials or workmanship and will be suitable for their intended use(s).  Subdivider shall remedy or repair, to the satisfaction of the Department of Public Works of City of Wasco, any such defect or unsuitability appearing or occurring within one (1) year after the recordation of the Notice of Completion of the Improvements by the City of Wasco.  The one (1) year warranty time period for the Improvements shall begin to run at the recordation of the Notice of Completion of the Improvements by the City of Wasco as provided herein but Subdivider's responsibility to remedy or repair shall in fact commence at the time of the acceptance of the individual phase by the City of Wasco.  The Subdivider shall require each contractor, subcontractor and materialman employed in connection with the Improvements to name the City of Wasco as a beneficiary of any warranty or guarantee given by such contractor, subcontractor

8

BOOK 6816 PAGE 2325

or materialman in connection with their work, materials or supplies.

Section 4.  Limited Liability of the City of Wasco.  The City of Wasco's obligation to acquire the Improvements is not backed by the full faith and credit of the City of Wasco but is limited solely to the funds available to the City of Wasco in the District, if any, as a result of the proceedings for formation of the District, confirmation of assessments and receipt of proceeds from the issuance of bonds.  Any funds committed by the City of Wasco as a contribution, grant, subvention, or otherwise are not available for the purpose of this Agreement unless and until assessments have been confirmed under proceedings for the District and bonds validly issued pursuant thereto.  The City of Wasco cannot and does not assert, imply or guarantee the success of the proceedings or the ability to sell bonds.  Sale of any bonds is subject to the sole judgement of the Finance Director of the City of Wasco that such sale is economically viable and an unqualified opinion for issuance is provided by Bond Counsel to the City of Wasco for the District.

Notwithstanding the preceding paragraph, in addition to any other remedies or provisions under this Agreement, if the Subdivider fails or refuses to construct or complete the Improvements within a reasonable period of time after the acceptance by the City of one or more phases, the City may, but shall not be obligated to, complete the Improvements or any remaining phases thereof, as provided by law and pay the costs of

9

BOOK 6816 PAGE 2326

such completion out of proceeds of the assessment district proceedings.

Section 5.   Appraisal:   The Subdivider shall submit written evidence satisfactory to the City of Wasco, and the City of Wasco shall find and determine that the total estimated amount of the proposed assessment for acquisitions, work and improvements under the proposed assessment proceedings will not exceed a lien-to-value ratio of 1:3 based on the estimated fair market value of the Property after the Improvements shall have been constructed using the MAI Appraisal.  The City of Wasco may withhold payment of any portion of the funds that may be eligible for payment hereunder and release payment up to the amount permitted under this section. Prior to the payment of any funds permitted under this section, the City of Wasco shall require a MAI Appraisal or an amended MAI Appraisal verifying that the amount of funds to be disbursed, including funds previously disbursed, does not exceed lien-to-value ratio of 1:3.

Section 6.   Assignment and Successors In Interest.  None of the obligations or benefits of this Agreement shall be assignable by the Subdivider without the prior written consent of the City of Wasco.  However, this Agreement shall be binding upon and inure to the benefit of the parties' heirs, executors, administrators, successors, and assigns.

Section 7.   Notices.   Any notices required to be given pursuant to this Agreement shall be given in writing and shall be mailed to the parties at the following addresses:

10

BOOK 6816 PAGE 2327

City of
Wasco: City Manager
     City of Wasco
     746 Eighth Street
     Wasco, CA 93280

with a
copy to: Special Counsel
     Richard H. Hargrove
     7108 North Fresno St.
     Fresno, CA 93720-2938

Subdivider: The Legacy Group, L.P.
     16000 Ventura Boulevard, Suite 1200
     Encino, CA 91436

Section 8.  Indemnity. The Subdivider shall indemnify, hold harmless and defend the City of Wasco and each of its officers, officials and employees from any and all liability, loss, debts, costs, and damages (whether in contract, tort or strict liability, including but not limited to personal injury, death at any time, property damage and damages for breach of contract or warranty) incurred by the City of Wasco, the Subdivider or any other person, and from any and all claims, demands, actions and proceedings in law or equity (whether or not well-founded) brought by the Subdivider or any other person, arising directly or indirectly out of (i) any act, omission or contract of the Subdivider or any of its contractors, subcontractors, materialmen or employees in connection with construction of the Improvements, or (ii) any defects in materials or workmanship in the Improvements. The preceding sentence shall not apply to any liability, loss, debts, costs or damages caused solely by the negligence or willful misconduct of the City of Wasco.

Section 9.  Applicable Laws. It is further understood that the Subdivider is responsible for compliance with all applicable laws including, but not limited to the Labor Code, Public Contract Code and Government Code of the State of

11

BOOK 6816 PAGE 2328

California.  City makes no representation as to the applicability
or inapplicability of any laws regarding contracts, and especially
the payment of prevailing wages thereunder.  Subdivider will not
hold or seek to hold City liable for any failure by Subdivider to
comply with any such laws without regard to whether City knew,
could have known, or should have known as to the necessity of such
compliance.  The preceding section shall apply in regard to any
enforcement action, whether public or private, and whether brought
by a public enforcement agency or by private civil litigation,
against City with regard to the content of this section.

Section 10.  <u>Attorneys' Fees</u>.  If either party is
required to commence any legal action or proceeding to enforce the
provisions of this Agreement, the prevailing party shall be
entitled to recover its attorneys' fees and litigation expenses
from the other party.  The parties acknowledge that City of Wasco
has incurred certain legal costs in the negotiation and
drafting of this Acquisition Agreement and so hereby agree to
reimburse City of Wasco for these costs.

Section 11.  <u>Time of Essence</u>.  Time is of the essence of
this Agreement and each and every provision hereof.

Section 12.  <u>Integration</u>.  This is intended to be a fully
integrated agreement which contains the entire agreement between
the parties with respect to the matters pertaining to the process
of acquisition by the City of the Improvements.

12

BOOK 6816 PAGE 2329

IN  WITNESS  WHEREOF,  the  parties  have  caused  this
Agreement to be executed on the __28th__ day of January, 1993.

CITY:                                    SUBDIVIDER:

City of Wasco                            The  Legacy  Group,  L.P.,  a
                                         Limited Partnership

By: _____                    By: _____
    Mayor of the City of                     _____  General Partner
    Wasco

ATTEST:

By: _____
    City Clerk

APPROVED AS TO FORM:

By: _____
    Richard H. Hargrove, Special
    Counsel

710318EF.A03

13

BOOK 6816 PAGE 2330

NO. 205

## ALL-PURPOSE ACKNOWLEDGMENT

State of __CALIFORNIA__

County of __LOS ANGELES__ }

On __Mar. 9, 1993__ before me, _____ **SANDI STENDEL**
DATE                          NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared _____ **MICHAEL S. BROWN**
                            NAME(S) OF SIGNER(S)

☒ personally known to me - OR - ☐ proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are
subscribed to the within instrument and ac-
knowledged to me that he/she/they executed
the same in his/her/their authorized
capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s),
or the entity upon behalf of which the person(s)
acted, executed the instrument.

Witness my hand and official seal.

*[notary seal: SANDI STENDEL, COMM. #980556, Notary Public — California, LOS ANGELES COUNTY, My Comm. Expires DEC 13, 1996]*

_Sandi Stendel_
SIGNATURE OF NOTARY

### CAPACITY CLAIMED BY SIGNER

☐ INDIVIDUAL(S)
☐ CORPORATE
    OFFICER(S) _____
                    TITLE(S)
☒ PARTNER(S)
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ SUBSCRIBING WITNESS
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____
_____
_____

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

The Legacy Group

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it could prevent fraudulent attachment of this certificate to unauthorized document.

| THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED AT RIGHT: | Title or Type of Document __Acquisition Agreement__ |
| | Number of Pages __17__   Date of Document __1/28/93__ |
| | Signer(s) Other Than Named Above __Yes__ |

© 1991 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave. • P.O. Box 7184 • Canoga Park, CA 91309-7184

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

No. 5183

State of __CALIFORNIA__

County of __KERN__ }

On __Mar. 11, 1993__ before me, __Carol L. Hosman, Notary Public__
DATE                          NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared __Fred L. West Jr.__
                    NAME(S) OF SIGNER(S)

☒ personally known to me - OR - ☐ proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are
subscribed to the within instrument and ac-
knowledged to me that he/she/they executed
the same in his/her/their authorized
capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s),
or the entity upon behalf of which the
person(s) acted, executed the instrument.

WITNESS my hand and official seal.

*[notary seal: CAROL L. HOSMAN, COMM. #955593, NOTARY PUBLIC - CALIFORNIA, KERN COUNTY, My Comm. Expires FEB. 9, 1996]*

_Carol L. Hosman_
SIGNATURE OF NOTARY

### ═══ OPTIONAL SECTION ═══

**CAPACITY CLAIMED BY SIGNER**
Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the document.

☐ INDIVIDUAL
☐ CORPORATE OFFICER(S)
                        TITLE(S)
☐ PARTNER(S)  ☐ LIMITED
              ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☒ OTHER: __Public Agency__
         __Mayor__

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

__City of Wasco__

### ═══ OPTIONAL SECTION ═══

| THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED AT RIGHT: | TITLE OR TYPE OF DOCUMENT __Acquisition Agreement__ |
| Though the data requested here is not required by law, it could prevent fraudulent reattachment of this form. | NUMBER OF PAGES __17__   DATE OF DOCUMENT __1/28/93__ |
| | SIGNER(S) OTHER THAN NAMED ABOVE: __Yes__ |

©1992 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184

Description: Kern,CA Document-Book.Page 6816.2317 Page: 14 of 18
Order: SAL Comment:

BOOK 6816 PAGE 2331

## EXHIBIT A

### DESCRIPTION OF THE PROPERTY

**VALLEY ROSE ESTATES– TRACT NOS. 5472 AND 5618**

The subject property may be legally described as:

Parcels 1 and 3 of Parcel Map No. 9572, in the City of Wasco, County of Kern, State of California.

710318EF.E05

A-1

BOOK 6816 PAGE 2332

**EXHIBIT B**
**DESCRIPTION OF IMPROVEMENTS**

A.   Acquisition of Master Plans:

Drainage
Sewer
Water
Traffic
Utilities

$499,080.33

B.   Tract 5472

| | |
|---|---:|
| Storm Drain | $ 61,120.00 |
| Sewer | 96,310.00 |
| Water | 79,207.00 |
| Street Improvement | 147,803.00 |
| Utilities (gas) | 83,989.00 |
| Miscellaneous | 56,025.00 |
| Contract Administrative Fee | |
| | $ |

C.   Tract 5618

| | |
|---|---:|
| Storm Drain | $ 191,530.00 |
| Sewer | 361,550.00 |
| Water | 453,300.00 |
| Street | 1,216,195.00 |
| Utilities (gas) | 353,257.00 |
| Miscellaneous | 350,213.00 |
| Contract Administrative Fee | |
| | $ |

D.   Combined Off-Site Improvements

| | |
|---|---:|
| Storm Drain | $ 71,488.00 |
| Sewer | 328,175.00 |
| Water | 473,800.00 |
| Street | 255,758.00 |
| Utilities | 14,066.00 |
| Miscellaneous | 29,625.00 |
| Contract Administrative Fee | |
| 18 Phases of Acquisition | |

GRAND TOTAL        $5,200,000.00

710318EF.D24

BOOK 6816 PAGE 2333

## LEGACY GROUP
## ASSESSMENT DISTRICT EXPENSES
## FOR ACQUISITION OF MASTER PLANS

| Date | Description | Amount |
|---|---|---|
| 04/27/92 | Bruce Beaudoin, MAI (Appraisal Deposit) | |
| 05/01/92 | Colman Christensen (Const. & Mgmt Fees) | 10,800.00 |
| 06/01/92 | Colman Christensen (Const. & Mgmt Fees) | 2,500.00 |
| 07/01/92 | Colman Christensen (Const. & Mgmt Fees) | 2,500.00 |
| 07/31/92 | Soils Engineering | 5,000.00 |
| 08/01/92 | Colman Christensen (Const. & Mgmt Fees) | 9,147.25 |
| 08/10/92 | Kern County Treasurer (William Act Cancel) | 5,000.00 |
| 08/19/92 | Howard Berkson (Feasibility for Appraisal) | 50,000.00 |
| 09/01/92 | Colman Christensen (Const. & Mgmt Fees) | 15,000.00 |
| 09/18/92 | John Eastridge (Utilities Plan) | 5,000.00 |
| 09/18/92 | John Eastridge (Utilities Plan) | 385.00 |
| 09/22/92 | City of Wasco (Quad Engineering) | 1,042.00 |
| 09/24/92 | G.T. Farms (Reservoir Grading) | 436.98 |
| 10/01/92 | Colman Christensen (Const. & Mgmt Fees) | 2,419.50 |
| 10/06/92 | City of Wasco (Legal Fees) | 5,000.00 |
| 10/07/92 | City of Wasco (Williamson Act Cancel) | 3,662.80 |
| 10/14/92 | City of Wasco (Quad Engineering) | 724.65 |
| 10/14/92 | City of Wasco (Legal Publication) | 841.00 |
| 11/01/92 | Colman Christensen (Const. & Mgmt Fees) | 52.65 |
| 11/06/92 | City of Wasco (Impact Fee) | 5,000.00 |
| 11/18/92 | City of Wasco (Quad Engineering) | 1,290.00 |
| 12/02/92 | Colman Christensen (Const. & Mgmt Fees) | 945.50 |
| 01/01/93 | Colman Christensen (Const. & Mgmt Fees) | 5,000.00 |
| 01/01/93 | S.A. Camp Pump Co. (Well Sample & Analysis) | 5,000.00 |
| | | 594.00 |

TOTAL FOR EXPENSES

$137,341.33

TOTAL FOR ENGINEERING COSTS

$361,739.00

TOTAL FOR CONSTRUCTION AND EXPENSES

$499,080.33

710318EF.D23

ACQUISITION OF MASTER PLANS

BOOK 6816 PAGE 2334

| | ENGINEERING COSTS | | | DATE: | 25-Jan-93 |
|---|---|---|---|---|---|
| | VALLEY ROSE ESTATES | | | COSTS THRU: | 15-Dec-92 |
| | | | | BY: | RJS |
| PROJECT | | | % | TOTAL | REIMB. |
| NUMBER | DESCRIPTION | | REIMB. | COST | COST |
| 1 | 9222-00 | Guidance Plg. & Conceptual | | 100% | | |
| 2 | 9222-01-01 | Boundary & Topo Survey | (A) | 30% | 24287.15 | 7286.15 |
| 3 | 9222-01-02 | Rte 46 Survey | | 100% | 4547.17 | 4547.17 |
| 4 | 9222-01-03 | Offsite Sewer Survey | | 100% | 6388.72 | 6388.72 |
| 5 | 9222-01-04 | Offsite Water Survey | | 100% | 10449.15 | 10449.15 |
| 6 | 9222-02-01 | Land Use Plan | (G) | 30% | 35529.89 | 10658.97 |
| 7 | 9222-02-02 | Design Guidelines | | 100% | 1378.57 | 1378.57 |
| 8 | 9222-02-03 | Development Agreement | | 100% | 20761.06 | 20761.06 |
| 9 | 9222-02-04 | Water Master Plan | | 100% | 16501.50 | 16501.50 |
| 10 | 9222-02-05 | Sewer Master Plan | | 100% | 24678.12 | 24678.12 |
| 11 | 9222-02-06 | Drainage Master Plan | | 100% | 12967.73 | 12967.73 |
| 12 | 9222-02-07 | Traffic Master Plan | | 100% | 16785.51 | 16785.51 |
| 13 | 9222-03 | Williamson Act Cancellation | | 100% | 4281.06 | 4281.06 |
| 14 | 9222-04-01 | Tract #5472-Data hn80 | (C) | 60% | 4926.72 | 2911.03 |
| 15 | 9222-04-02 | Tract #5472-Streets & Wells | | 100% | 49188.18 | 49188.18 |
| 16 | 9222-04-03 | Tract #5472-Drainage Plans | | 100% | 2826.88 | 2826.88 |
| 17 | 9222-04-04 | Tract #5472-Grading Plan | (C) | 60% | 8934.22 | 5360.53 |
| 18 | 9222-04-05 | Tract #5472-Sewer Plan | (D) | 80% | 12902.00 | 10321.60 |
| 19 | 9222-04-06 | Tract #5472-Water Plan | (D) | 80% | 4226.06 | 3380.85 |
| 20 | 9222-04-07 | Tract #5472-Final Map | (B) | 0% | 12889.50 | 0.00 |
| 21 | 9222-04-08 | Tract #5472-Landscape Plans | | 100% | 23789.62 | 23789.62 |
| 22 | 9222-04-09 | Tract #5472-Plant. Design | | 100% | 3736.82 | 3736.82 |
| 23 | 9222-05-01 | Tract #5618-Tentative Map | (B) | 0% | 11565.74 | 0.00 |
| 24 | 9222-05-02 | Tract #5618-Street Plans | | 100% | 45755.52 | 45755.52 |
| 25 | 9222-05-03 | Tract #5618-Drainage Plans | | 100% | 3752.48 | 3752.48 |
| 26 | 9222-05-04 | Tract #5618-Grading Plan | (C) | 60% | 9658.08 | 5794.85 |
| 27 | 9222-05-05 | Tract #5618-Sewer Plans | (D) | 80% | 2618.99 | 2095.19 |
| 28 | 9222-05-06 | Tract #5618-Water Plans | (D) | 80% | 1783.78 | 1427.02 |
| 29 | 9222-05-07 | Tract #5618-Final Map | (B) | 0% | 6704.72 | 0.00 |
| 30 | 9222-05-08 | Tract #5618-Zone Change | | 100% | 760.00 | 760.00 |
| 31 | 9222-05-09 | Tract #5618-Landscape Plans | | 100% | 3385.80 | 3385.80 |
| 32 | 9222-05-10 | Tract #5618-Revise Tent Map | | 0% | 2506.20 | 0.00 |
| 33 | 9222-05-11 | Tract #5618-Revise Grading | | 100% | 39.30 | 39.30 |
| 34 | 9222-05-12 | Tract #5618-Revise Final Map | | 0% | 39.30 | 0.00 |
| 35 | 9222-05-13 | Tract #5618-Revise Plot Plan | (E) | 0% | 1852.00 | 0.00 |
| 36 | 9222-06-01 | PM #9572-Tentative Map | (F) | 0% | 7723.49 | 0.00 |
| 37 | 9222-06-01 | PM #9572-Final Map | (F) | 0% | 17924.48 | 0.00 |
| 38 | 9222-09 | Offsite Sewer Plans | | 100% | 36401.06 | 36401.06 |
| 39 | 9222-10 | Offsite Water Study & Plans | | 100% | 17802.84 | 17802.64 |
| 40 | 9222-11 | Offsite Highway Plans | | 100% | 30758.03 | 30758.03 |
| | | TOTALS | | | | 361,739.00 |
| | | | | Recoverable portion: | | |

(A)- Boundary and topo survey work was also performed for additional property not owned
by the client. Therefore, that cost is not reimbursable.

Page 1

Description: Kern,CA Document-Book.Page 6816.2317 Page: 18 of 18
Order: SAL Comment:

# EXHIBIT B

# ENGINEER'S REPORT
# AND ASSESSMENT

## CITY OF WASCO
## ASSESSMENT DISTRICT
## NO. 92-2

# VALLEY ROSE
# ASSESSMENT DISTRICT

### MARCH 1995

**L 101**



# TABLE OF CONTENTS

Engineer's Report
City of Wasco
Assessment District No. 92-2
Valley Rose Assessment District

**CERTIFICATES OF FILING AND ASSESSMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**ENGINEER'S REPORT**
Assessment District Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Engineer's Report Submittal Statement . . . . . . . . . . . . . . . . . . . . . . 4

**EXHIBIT "A"**
Description of Work and Acquisitions . . . . . . . . . . . . . . . . . . . . . . . . A-1

**EXHIBIT "B"**
Engineer's Estimate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-1

**EXHIBIT "C"**
Assessment Diagram and Boundary Map . . . . . . . . . . . . . . . . . . . . . C-1

**EXHIBIT "D"**
Report Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . D-1
Proposed Assessment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . D-1
Statement of Total Assessment . . . . . . . . . . . . . . . . . . . . . . . . . . D-2
Statement of Maximum Annual Parcel Assessment For Recovery
    of Assessment District Administration Costs and Expenses . . . . . . . . . D-3
Bond Declaration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . D-3
Engineer of Work:  Report Submittal Signature . . . . . . . . . . . . . . . . . D-4
Assessment Roll . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . D-5

**EXHIBIT "E"**
Land Owner Names and Addresses . . . . . . . . . . . . . . . . . . . . . . . E-1

**EXHIBIT "F"**
Summary of Assessment Spread . . . . . . . . . . . . . . . . . . . . . . . . . F-1

**APPENDIX "A"**
Method of Apportionment

**APPENDIX "B"**
Petition for Acquisition of Improvements AD 92-2

# ENGINEER'S REPORT AND ASSESSMENT

## CITY OF WASCO

### ASSESSMENT DISTRICT
### No. 92-2
### Valley Rose Assessment District

March 1995

## CITY COUNCIL

Mayor - Roy Johnson

### Councilmembers

Melvin McLaughlin
Paul Neufeld
Michael White
Fred West, Jr.

**QUAD Engineering, Inc.**
5500 Ming Avenue, Suite 410
Bakersfield, CA 93309
805/835-8300

## CITY STAFF

Larry Pennell, City Manager
Gordon Drescher, City Attorney
Dru Gibson, City Clerk & Finance Officer

## ASSESSMENT ENGINEER

Terry W. Schroepfer, P.E.
QUAD Engineering, Inc.
Bakersfield, California

## BOND COUNSEL

Richard H. Hargrove, Esq.
Burke, Williams & Sorenson
Fresno, California

## MANAGING UNDERWRITER

1st California Regional Securities
Michael Richardson
San Francisco, California

92909

# CERTIFICATES OF FILING & ASSESSMENT

# ENGINEER'S REPORT

## CITY OF WASCO
### Assessment District No. 92-2
### Valley Rose Assessment District

---

## CERTIFICATES OF FILING AND ASSESSMENT

I, Dru Gibson, City Clerk of the City of Wasco, do hereby certify that the following "Engineer's Report for the City of Wasco Assessment District No. 92-2 Valley Rose Assessment District", including the Assessment and Assessment Roll in the amounts set forth therein as the "Preliminary Assessment" Column one (1), with the Assessment Diagram attached thereto, was filed with me on the 17th day of January, 1995.

City Clerk,
City of Wasco, California

I have prepared this Engineer's Report and do hereby certify that the amount set forth herein as the "Confirmed Assessment Amount" as set forth in Column two (2), and the individual assessments as shown under the Column entitled "Total Assessment" on Exhibit "D", attached hereto, have been computed by me in accordance with the order of the City Council of the City of Wasco contained in a Resolution of Intention adopted as Resolution of Intention No. 92-1476 on August 18, 1992.

Terry W. Schroepfer, P.E.
Engineer of Work

I, Dru Gibson, City Clerk of the City of Wasco, do hereby certify that the following "Engineer's Report for the City of Wasco Assessment District No. 92-2 Valley Rose Assessment District" and the Confirmed Assessment contained therein in the amounts set forth in Column two (2), was approved by the City Council of the City of Wasco on the 7th day of March, 1995, by Council's adoption of Resolution No. 95-1638.

City Clerk,
City of Wasco, California

**L 106**

I, Larry Pennell, as Director of Public Works/Superintendent of Streets of the City of Wasco, do hereby certify that the foregoing Assessment, together with the Assessment Diagram attached thereto, was recorded in my office on the _____ 5th _____ day of _Marc_____, 1995.

_Larry Pennell_____

Director of Public Works
Superintendent of Streets
City of Wasco, California


On _____, 1995, a Notice of Assessment was recorded in Book _____ at Page _____, of Official Records and the Assessment Diagram was filed on _____, 1995, in Book _____ of Maps of Assessment and Community Facilities Districts at Page _____ _____, in the Office of the County Recorder of the County of Kern, California.


_____

County Recorder,
County of Kern, California

L 107

# ENGINEER'S REPORT

# ENGINEER'S REPORT

## CITY OF WASCO
### Assessment District No. 92-2
### Valley Rose Assessment District
### Municipal Improvement Act of 1913

Honorable City Council
City of Wasco
State of California

## ASSESSMENT DISTRICT PURPOSE

City of Wasco Assessment District 92-2 (Valley Rose Assessment District) is to be formed by the City Council of the City of Wasco (herein referred to as "City Council") pursuant to the property owner petition on file with the City Clerk, for the purpose of financing construction of public improvements. The assessment district will provide for the retirement of Bond Anticipation Notes issued in August 1992 and used for the interim financing of improvements constructed and acquired through the provisions of an acquisition agreement and its subsequent amendments approved by the City Council.

## INTRODUCTION

On August 18, 1992, in the course of proceedings for Assessment District No. 92-2 that you are conducting under the provisions of the Municipal Improvement Act of 1913, you adopted a Resolution of Intention (Resolution No. 92-1476) for the Assessment District to be designated City of Wasco Assessment District No. 92-2 ("AD 92-2").

Further, on August 18, 1992, you adopted Resolution Authorizing Issuance of Bond Anticipation Notes (Resolution No. 92-1477). Subsequently, a portion of the works of improvement as described under Exhibit "A", and incorporated herein by reference, have been accomplished and acquired through the use of said Bond Anticipation Notes in accordance with the provisions of the Acquisition Agreement approved by Resolution 93-1504 on January 29, 1993, and amended by Resolutions 93-1519 on June 15, 1993, 93-1536 on September 7, 1993, and 94-1594 on June 6, 1994.

## ENGINEER'S REPORT SUBMITTAL STATEMENT

In said Resolution of Intention you appointed QUAD Engineering, Bakersfield, Engineer of Work for AD 92-2 and directed QUAD Engineering to make the necessary Report to you as provided for in Streets and Highways Code Section 10204, which section is a portion of the Act stated above.

**L 109**

In accordance with your direction, I, Terry W. Schroepfer, P.E., am pleased to present this report to you which I have prepared in conformance with said Streets and Highways Code Section 10204. You will note that I have prepared and have included in this report a proposed assessment in the form and style required by said Section 10204.

I have attached said Assessment to this report in such a manner so that if, after complying with the procedures required by law, you should approve this report, you may transmit the Assessment to the Director of Public Works/Superintendent of Streets of the City of Wasco for recording in his office. The Engineer's Report for AD 92-2 consists of seven (7) parts as follows:

1.    Complying with Section 10204 (a) of the Streets and Highways Code:

         The improvements to be constructed and acquired through the provisions of the Acquisition Agreement as part of this assessment proceeding are described in "Exhibit A".

2.    Complying with Section 10204 (b) of the Streets and Highways Code:

         I report to you that all property already installed, necessary or convenient for the operation of public improvement work that is to be constructed or installed, and rights of way to be acquired in this proceeding are as described on "Exhibit A".

3.    Complying with Section 10204 (c) of the Streets and Highways Code:

         I present herewith an estimate of the construction costs of the public improvement work proposed to be constructed or acquired under this proceeding, an estimate of the engineering and inspection costs necessary for said work, and my estimate of the incidental expenses and contingencies necessary and proper in connection with this proceeding. The Engineer's Estimate is attached as "Exhibit B".

4.    Complying with Section 10204 (d) of the Streets and Highways Code:

         I attach hereto and mark "Exhibit C" a diagram showing the proposed assessment district and the boundaries and dimensions of the subdivisions of land within the district and the same is entitled "CITY OF WASCO ASSESSMENT DISTRICT NO. 92-2, VALLEY ROSE ASSESSMENT DISTRICT", and I have given a separate number upon said diagram to each lot or subdivision shown thereon and said number is encircled on said diagram.

5.    Complying with Section 10204 (e) of the Streets and Highways Code:

         I attach hereto a proposed Assessment, "Exhibit D". I have allocated the total amount of the estimated cost of the public improvement work proposed to be constructed in this proceeding, the total amount of the estimated cost of improvements, lands, easements and rights-of-way to be acquired, my estimate of the contingency expenses, and my estimate of the engineering and incidental expenses of this proceeding to and upon each of the several lots or subdivision of land in the proposed assessment district.

6.   Complying with Section 10204(f) of the Streets and Highways Code

I have attached hereto a proposed Assessment, "Exhibit D" in which I present a
statement of a proposed maximum annual assessment upon each parcel and subdivision
of land in Assessment District No. 92-2 for recovery of assessment district administration
costs and expenses.

7.   Method of Apportionment

Pursuant to the provisions of law and of Resolution of Intention No. 92-1476, I
have so assessed each said lot or subdivision in proportion to my estimate of the benefit
to be received by each of said lots or subdivisions from said construction expenses, and
I have in said assessment referred to each of said lots or subdivisions by their respective
numbers that I assigned to them in preparing the diagram as attached hereto and marked
"Exhibit C", under my report respecting Streets and Highways Code Section 10204 (d).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# EXHIBIT A

---

# Description of Work and Acquisitions

# ENGINEER'S REPORT

## CITY OF WASCO
### Assessment District No. 92-2
### Valley Rose Assessment District

## DESCRIPTION OF WORK AND ACQUISITIONS

### Project Description

City of Wasco Assessment District 92-2 (Valley Rose Assessment District) proceedings have been undertaken pursuant to the property owner petition on file with the City Council. The petition has been signed by the owner of 100% of the land area proposed to be assessed within Assessment District No. 92-2.

The works of improvement will be completed by said owner and subsequently acquired by the City of Wasco. The City has acquired a portion of said work with proceeds from City approved Bond Anticipation Notes (BAN) in accordance with the Acquisition Agreement approved by City Council on January 28, 1993, by Resolution 93-1504 and amended by Resolutions 93-1519 on June 15, 1993, 93-1536 on September 7, 1993, and 94-1594 on June 6, 1994. Bond Anticipation Notes issued in August 1992 and used for the acquisition of completed improvements shall be retired through these assessment proceedings.

### Description of Work

The works of improvement to be acquired with these assessment proceedings shall consist of in-tract improvements, off-site improvements and professional services for the benefit Tentative Tract 5618, Tentative Tract 5472 and adjacent commercial property within the boundary of AD 92-2. The work is generally described as follows:

### 1. In-Tract Subdivision Improvements for Tentative Tract 5472

City of Wasco, Tentative Tract 5472, consisting of sixty-eight (68) single family residential lots and one (1) multi-family residential lot, is located on 22.93 acres of land on Valley Rose Parkway north of State Highway 46. Work to be acquired includes subdivision improvement work conditioned, inspected and accepted by the City of Wasco. This work, shown on City of Wasco approved subdivision improvement plans for Tentative Tract 5472 on file at the City Building Inspector's office and incorporated herein by reference, includes: full street improvements, including street excavation and grading, aggregate base, asphalt concrete paving, curb, gutter and sidewalk, special paving and street lights; an in-tract sanitary sewer collection system; complete storm drainage improvements including an on-site retention basin; water distribution pipelines and appurtenances; public utilities including electricity, natural gas and telephone (Cost of utility work paid by these proceedings not to exceed ten percent (10%) of

total issue); landscaping and lighting improvements; block walls and ornamental fencing; and approved miscellaneous expenses for surveying, engineering, testing, inspection, construction management and City imposed fees for review, plan checking and construction inspection.

## 2. Tentative Tract 5618

City of Wasco, Tentative Tract 5618, as conditionally approved, consisting of 296 single family residential lots and a neighborhood park, is located on 64.86 acres of land north of State Highway 46 and immediately north of said Tentative Tract 5472. Tentative Tract 5618 is bordered to the west by Scofield Avenue, to the north by Augusta Manor Drive, to the east by Valley Rose Parkway and to the south by Tentative Tract 5472. Work to be acquired by AD 92-2 includes City approved miscellaneous expenses for surveying, design, improvement plan preparation, management expenses and city imposed fees for review, plan checking and construction inspection.

## 3. Commercial Property

Commercial property consists of 11.03 gross acres of land located northwest and northeast of the State Highway 46 and Valley Rose Parkway intersection in the City of Wasco. Work to be acquired, as shown on City of Wasco approved subdivision improvement plans for Tentative Tract 5472 on file at the City Building Inspector's Office and incorporated herein by reference, includes: full street improvements, including street excavation and grading, aggregate base, asphalt concrete paving, special paving, curb, gutter, sidewalk and street lights; sanitary sewer collection system; storm drainage system improvements; water distribution pipelines and appurtenances; public utilities including electricity, natural gas and telephone (Cost of utility work paid by these proceedings not to exceed ten percent (10%) of total issue); landscaping and lighting improvements; and approved miscellaneous expenses for surveying, engineering, testing, inspection, construction management and City imposed fees for review, plan checking and construction inspection.

## 4. Off-site Wastewater Improvements

Off-site wastewater improvements consist of a sewage pump station (convertible to lift station in the future) and an off-site force main system shown on City of Wasco approved construction plans on file in the City Building Inspector's Office and incorporated herein by reference. The pump station, designed for the entire Valley Rose Estates service area, is located at the northeast corner of State Highway 46 and Valley Rose Parkway. Pump station improvements include a triplex submersible pump assembly, wet well, valve vault, standby generator, electrical and control work, piping, fittings, valves, appurtenances, force main crossing of State Highway 46, site work and fencing. The off-site force main system consists of approximately 3,600 feet of 8 inch diameter force main, 170 feet of 12 inch diameter gravity main, two (2) manholes and eight (8) pressure cleanouts. The pump station and force main will be used to convey wastewater from the Valley Rose service area to the City of Wasco Wastewater Treatment Plant. Work for off-site wastewater improvements also acquired by AD 92-2, includes approved miscellaneous expenses for surveying, engineering, testing, inspection, construction management and City imposed fees for review, plan checking and construction inspection.

L 114

### 5. Off-site Water Service

Off-site water service to be acquired consists of an off-site water main and upgrading an existing water well as shown on City of Wasco approved construction plans on file at the City Building Inspector's Office, incorporated herein by reference. The off-site water main involves approximately 12,000 feet of 12 inch diameter pipe constructed along State Highway 46 from Central Avenue to Valley Rose Parkway and on Leonard Avenue from State Highway 46 to the well site. The upgraded water well is located on the west side of Leonard Avenue approximately 400 feet north of State Highway 46. Work on the well encompasses upgrading for potable water use and fire flow requirements, construction of piping, valves, hydro-pneumatic tank and appurtenant facilities, site work and fencing. Work also acquired by AD 92-2 for off-site water service includes approved miscellaneous expenses for surveying, engineering, testing, inspection, construction management and City imposed fees for review, plan checking and construction inspection.

### 6. Off-site Water Storage Tank

The future off-site water storage tank will consist of a 1.2 million gallon water storage tank to be constructed on a 1.09 acre site in Wasco Industrial Park near the intersection of Margolo Street and Annin Avenue. Improvements will include a welded steel water storage tank, booster pump station, piping, valves, appurtenant facilities, electrical and control work, site improvements and fencing. Preliminary off-site water storage tank plans have been prepared and are on file with the City Building Inspector's Office incorporated herein by reference. Work to be acquired by AD 92-2 includes preliminary plans for the facility only. Expenses for construction of the tank in the future will not be paid through these proceedings.

### 7. Engineering Planning and Miscellaneous Work

This work comprises all miscellaneous services necessary to plan, design and administer the works of improvement. In general the work includes preparation of master plans for land use, water, sewer, drainage and traffic; required studies; management fees; feasibility studies; appraisals; utility plans; soils investigations; land surveying related to the improvement work; city inspection fees and other miscellaneous items authorized by the city for payment.

### 8. Miscellaneous Improvement Work

This work includes entrance features and landscaping, street pavement in excess of standard residential street widths, and oversized water and sewer mains. These works of improvement are constructed within the boundaries of specific properties within the District, but are of general benefit to all properties.

# EXHIBIT  B

## Engineer's Estimate

L 116

# EXHIBIT B-1

CITY OF WASCO
ASSESSMENT DISTRICT No. 92-2

ENGINEER'S ESTIMATE

| | ITEM DESCRIPTION | ESTIMATED COST | SUBTOTAL |
|---|---|---|---|
| I. | IMPROVEMENT COSTS | | $2,821,091.00 |
| II. | BOND ANTICIPATION NOTE (BAN) INCIDENTAL COSTS OF ISSUANCE | | 800,000.00 |
| III. | BOND POOL RESERVE FUND REPAYMENT | | 268,000.00 |
| IV. | BAN INTEREST THROUGH APRIL 2, 1995 | | 297,500.00 |
| V. | BAN INTEREST EARNINGS | | (242,582.21) |
| VI. | SUBTOTAL BAN EXPENDITURES | | $3,944,008.79 |
| VII. | ASSESSMENT DISTRICT 92-2 INCIDENTAL COSTS | | |
| | A. Assessment Engineering (Note 1) | $60,000.00 | |
| | B. Disclosure Counsel Fee | OMITTED | |
| | C. Bond Counsel Fee | 26,275.00 | |
| | D. City Administrative Fee and expenses | 20,888.69 | |
| | E. City Inspection Fee (Unpaid Balance) | 8,827.52 | |
| | Subtotal Incidental Costs: | | 115,991.21 |
| VIII. | COST OF ISSUANCE | | |
| | A. Original Issue Discount (2%) | | OMITTED |
| IX. | INTEREST | | |
| | A. Funded Interest (April 3, 1995 to September 2, 1995) | | OMITTED |
| X. | RESERVE FUND | | OMITTED |
| | **TOTAL TO BE ASSESSED:** | | **$4,060,000.00** |

Note 1: Includes $26,843.37 paid thru 3/7/95)

L 117

92909 AD 92-2     B-1

# EXHIBIT B–1 (A)

## CITY OF WASCO
### ASSESSMENT DISTRICT No. 92–2

### BOND ANTICIPATION NOTE EXPENDITURES

| Item Description | Estimated Cost | Subtotal |
|---|---|---|
| **I.** IMPROVEMENT COSTS | | |
| A. ENGINEERING, PLANNING AND MISCELLANEOUS | $309,387.15 | |
| B. CONSTRUCTION COSTS | | |
| 1. Tract 5472 Improvements | 803,214.46 | |
| 2. Tract 5618 Improvements | 88,309.48 | |
| 3. Commercial Property Improvements | 412,318.62 | |
| 4. Offsite Improvements | 1,187,182.59 | |
| 5. Offsite Water Storage Tank and Appurtenances | 4,550.46 | |
| Subtotal Construction Costs: | 2,495,575.61 | |
| C. CITY INSPECTION FEES (PAID BY BAN) | 16,128.24 | |
| Subtotal Improvement Costs: | | $2,821,091.00 |
| **II.** BOND ANTICIPATION NOTE (BAN) INCIDENTAL COSTS | | |
| A. Bond Counsel | 60,000.00 | |
| B. Disclosure Counsel | 30,000.00 | |
| C. Cash Flow Consultant | 60,000.00 | |
| D. City Administration Fee | 50,000.00 | |
| E. Funded Interest | 510,000.00 | |
| F. Issue Discount | 90,000.00 | |
| Subtotal BAN Incidentals: | | 800,000.00 |
| **III.** BOND POOL RESERVE FUND REPAYMENT | | |
| A. BAN Payment from Reserve Fund (September 2, 1994) | 255,000.00 | |
| B. Interest on BAN payment (September 2, 1994 to April 2, 1995) | 13,000.00 | |
| Subtotal Reserve Fund Payment: | | 268,000.00 |
| **IV.** BAN ACCRUED INTEREST COSTS (After September 2, 1994) | | |
| A. Accrued Interest (September 3, 1994 to April 2, 1995) | | 297,500.00 |
| **V.** INTEREST EARNINGS | | |
| A. Improvement Fund Interest Balance (Through Dec. 31, 1994) | (212,582.21) | |
| B. Improvement Fund Interest Earnings (12/31/94 to 4/2/95) | (30,000.00) | |
| Subtotal Interest Earnings: | | (242,582.21) |
| NET BAN FUNDS EXPENDED (TO AD 92–2): | | **$3,944,008.79** |
| BAN FUNDS ENCUMBERED: | | $6,000,000.00 |
| UNEXPENDED BAN PROCEEDS (To be called April 2, 1995): | | $2,055,991.21 |

92909 AD 92–2                                      B–1 (A)                                    L 118

# EXHIBIT B-2

## CITY OF WASCO
### ASSESSMENT DISTRICT NO. 92-2
### COST ALLOCATION

| Item Description | Estimated Cost | Funds Encumbered Disbursed | Funds | Documentation |
|---|---|---|---|---|
| **A. ENGINEERING, PLANNING AND MISCELLANEOUS** | | | | |
| 1. Land Use Plan | $10,658.67 | $10,658.67 | $10,658.67 | EX B-5, item 6 |
| 2. Design Guidelines | 1,378.57 | 1,378.57 | 1,378.57 | EX B-5, item 7 |
| 3. Water, San Sewer & Drainage Master Plans | 54,147.35 | 54,147.35 | 54,147.35 | EX B-5, items 9, 10, 11 |
| 4. Traffic Master Plan | 16,785.51 | 16,785.51 | 16,785.51 | EX B-5, item 12 |
| 5. Williamson Act Contract Cancellation | 4,281.05 | 4,281.05 | 4,281.05 | EX B-5, item 13 |
| 6. Boundary and Topo Survey | 7,286.15 | 7,286.15 | 7,286.15 | EX B-5, item 2 |
| 7. Engineering and Planning | 79,732.00 | 79,732.00 | 79,732.00 | EX B-3, item A-2 |
| 8. Miscellaneous (See Exhibit B-1) | 135,117.85 | 135,117.85 | 135,117.85 | EX B-4, Subtotal of Expenses |
| Subtotal: | $309,387.15 | $309,387.15 | $309,387.15 | |
| **B. CONSTRUCTION COSTS** | | | | |
| 1. Tract 5472 | | | | |
| a. Construction (Street, water, sewer, storm, landscaping, walls etc.) | 498,297.00 | 484,848.24 | 546,439.27 | EX B-3, items B-1, 2, 3, 4, 6 & 7 |
| b. Construction Management | 58,184.00 | 52,246.68 | 52,246.68 | EX B-3, item B-9 |
| c. Engineering and Surveying | 98,604.48 | 98,604.48 | 98,604.48 | EX B-5, costs for Tract 5472 |
| d. Construction Staking | 25,592.00 | 26,007.26 | 26,007.26 | RX B-3, item B-8 |
| e. Utilities | 141,508.00 | 141,507.80 | 141,507.80 | EX B-3, item B-5 |
| Subtotal: | $822,185.48 | $803,214.46 | $864,805.49 | |
| 2. Tract 5618 | | | | |
| a. Construction (Street, water, sewer, storm, landscaping, walls etc.) | 1,695,278.00 | | | EX B-3, items C&D-(1,2,3,4,6&7) |
| b. Construction Management | 137,348.00 | 26,059.32 | 26,059.32 | FX B-3, items C-9&D-9(Paid) |
| c. Engineering and Surveying | 62,250.16 | 62,250.16 | 62,250.16 | EX B-5, costs for Tract 5618 |
| d. Construction Staking | 60,674.00 | | | EX B-3, items C8 & D8 |
| e. Utilities | 121,568.00 | | | EX B-3, items C5 & D5 |
| Subtotal: | $2,077,118.16 | $88,309.48 | $88,309.48 | |
| 3. Commercial Property | | | | |
| a. Engineering & Surveying (Rt. 46) | 35,305.20 | 35,305.20 | 35,305.20 | EX B-5, Commercial Property |
| b. Storm Drainage | 112,593.00 | 111,912.06 | 111,912.06 | EX B-3, item E.1 |
| c. Sewer Main (Valley Rose Parkway) | 34,523.50 | 30,049.41 | 34,863.60 | FX B-3, item E.2.c (@50%) |
| d. Water Main Rte 46 to Tr. 5472 | 23,250.00 | 23,249.01 | 23,248.01 | EX B-3, item E.3.c (@50%) |
| e. Street Improvements | 167,104.00 | 130,212.04 | 194,752.50 | EX B-3, item E.4 (@50%) |
| f. Utilities | 27,257.00 | 27,248.30 | 27,248.30 | EX B-3, item E.5 |
| g. Landscaping | 59,452.00 | 54,342.60 | 60,287.80 | EX B-3, item E.7 |
| Subtotal: | $459,484.70 | $412,318.62 | $427,619.46 | |
| 4. Offsite Improvements | | | | |
| a. Offsite Sanitary Sewer Improvements | | | | |
| 1) Force Main and Pump Station | 285,325.00 | 285,282.11 | 285,282.11 | EX B-3, item E.2.a |
| 2) Emergency Generator | 37,435.00 | 37,434.65 | 37,434.65 | EX B-3, item E.2.b |
| 3) Sewer Main (Valley Rose Parkway) | 34,523.50 | 30,049.41 | 34,863.60 | EX B-3, item E.2.c (@50%) |
| Subtotal: | $357,283.50 | $352,766.17 | $357,580.36 | |
| b. Offsite Water Improvements | | | | |
| 1) Water Main Leonard to Central | 289,542.00 | 280,542.22 | 280,542.22 | EX B-3, item E.3.a |
| 2) Upgrade Well | 46,115.00 | 46,115.00 | 48,378.00 | EX B-3, item E.3.b |
| 3) Water Main Rte 46 to Tr. 5472 | 23,250.00 | 23,249.01 | 23,249.01 | EX B-3, item E.3.c (@50%) |
| Subtotal: | $358,907.00 | $349,906.23 | $352,169.23 | |
| d. Engineering and Surveying (Water and Sewer) | $71,041.56 | $71,041.56 | 71,041.56 | EX B-5, items 4,5,38 & 39 |
| e. Street Improvements | $167,104.00 | $130,212.04 | $134,753.49 | EX B-3, item F.4 (@50%) |
| g. Miscellaneous | | | | |
| 1) Walls | 120,702.00 | 120,701.41 | 120,701.41 | EX B-3, item F.6 |
| 1) Construction Staking | 25,127.00 | 36,119.64 | 36,119.64 | EX B-3, item F.8 |
| 3) Construction Management and Misc. | 122,254.00 | 126,435.54 | 126,435.54 | FX B-3, item F.9 |
| Subtotal: | $268,083.00 | $283,256.59 | $283,256.59 | |
| Subtotal Offsite Improvements: | $1,222,419.06 | $1,187,182.59 | $1,198,801.23 | |
| 5. Storage Tank & Booster Pump Station | 309,405.00 | 4,550.46 | 309,405.00 | EX B-3, items F.1, 2, 3 & 4 |
| Subtotal Storage Tank and Booster Pump Station: | $309,405.00 | $4,550.46 | $309,405.00 | |
| **TOTAL ENGINEERING AND CONSTRUCTION COSTS:** | **$5,199,999.55** | **$2,804,962.76** | **$3,198,327.81** | |

Case 1:07-cv-01080-LJO-GSA   Document 130   Filed 09/30/09   Page 44 of 58

# EXHIBIT B–3
## CITY OF WASCO
## ASSESSMENT DISTRICT NO. 92–2

### ACQUISITION AGREEMENT BUDGET & EXPENDITURES

| ITEM DESCRIPTION | ACQUISITION AGREEMENT BUDGET | REMAINING BALANCE | AMOUNT DISBURSED | OUTSTANDING OBLIGATIONS | AMOUNT ENCUMBERED |
|---|---|---|---|---|---|
| **A. ACQUISITION OF MASTER PLANS** | | | | | |
| 1. Master Studies (From Exhibit B–4) | $496,856.55 | 0.00 | 496,856.55 | | $496,856.55 |
| 2. Engineering/Planning | 79,732.00 | 0.00 | 79,732.00 | | 79,732.00 |
| SUBTOTAL: | $576,588.55 | | $576,588.55 | $0.00 | $576,588.55 |
| | | | | | |
| **B. TRACT NO. 5472** | | | | | |
| 1. Storm Drainage, Street Excavation | 37,080.00 | 0.00 | 37,080.00 | | 37,080.00 |
| 2. Sewer | 77,347.00 | (0.01) | 77,347.01 | | 77,347.01 |
| 3. Water | 53,279.00 | 0.10 | 53,278.90 | | 53,278.90 |
| 4. Street Improvements | | | | | |
| a. Sidewalks and Special Concrete | 48,195.00 | 1.23 | 48,193.77 | 45,224.93 | 93,418.70 |
| b. Agg Base, Curb, Gutter & Paving | 129,365.00 | 9,131.73 | 120,233.28 | 12,060.30 | 132,293.58 |
| c. Street Lights and Street Signs | 23,393.00 | 846.32 | 22,546.68 | 846.00 | 23,392.68 |
| 5. Utilities | 141,508.00 | 0.20 | 141,507.80 | | 141,507.80 |
| 6. Walls | 95,040.00 | 9.59 | 95,030.41 | | 95,030.41 |
| 7. Landscaping | 34,598.00 | 3,459.80 | 31,138.20 | 3,459.80 | 34,598.00 |
| 8. Construction Staking | 25,592.00 | (415.26) | 26,007.26 | | 26,007.26 |
| 9. Construction Management and Misc. | 58,184.00 | 5,937.32 | 52,246.68 | | 52,246.68 |
| SUBTOTAL: | $723,581.00 | $18,971.02 | $704,609.99 | $61,591.03 | $766,201.02 |
| | | | | | |
| **C. TRACT NO. 5618 – PHASE I** | | | | | |
| 1. Storm Drainage, Street Excavation | 90,006.00 | 90,006.00 | | | |
| 2. Sewer | 136,295.00 | 136,295.00 | | | |
| 3. Water | 125,813.00 | 125,813.00 | | | |
| 4. Street Improvements | | | | | |
| a. Sidewalks and Special Concrete | 122,329.00 | 122,329.00 | | | |
| b. Agg Base, Curb, Gutter & Paving | 343,293.00 | 343,293.00 | | | |
| c. Street Lights and Street Signs | 52,161.00 | 52,161.00 | | | |
| 5. Utilities | 75,488.00 | 75,488.00 | | | |
| 6. Walls | 101,951.00 | 101,951.00 | | | |
| 7. Landscaping | 47,809.00 | 47,809.00 | | | |
| 8. Construction Staking | 36,606.00 | 36,606.00 | | | |
| 9. Construction Management and Misc. | 82,812.00 | 65,307.02 | 17,504.98 | | 17,504.98 |
| SUBTOTAL: | $1,214,563.00 | $1,197,058.02 | $17,504.98 | $0.00 | $17,504.98 |
| | | | | | |
| **D. TRACT NO. 5618 – PHASE II** | | | | | |
| 1. Storm Drainage, Street Excavation | 58,648.00 | 58,648.00 | | | |
| 2. Sewer | 88,808.00 | 88,808.00 | | | |
| 3. Water | 83,782.00 | 83,782.00 | | | |
| 4. Street Improvements | | | | | |
| a. Sidewalks and Special Concrete | 81,430.00 | 81,430.00 | | | |
| b. Agg Base, Curb, Gutter & Paving | 228,504.00 | 228,504.00 | | | |
| c. Street Lights and Street Signs | 34,722.00 | 34,722.00 | | | |
| 5. Utilities | 46,080.00 | 46,080.00 | | | |
| 6. Walls | 67,890.00 | 67,890.00 | | | |
| 7. Landscaping | 31,837.00 | 31,837.00 | | | |
| 8. Construction Staking | 24,068.00 | 24,068.00 | | | |
| 9. Construction Management and Misc. | 54,536.00 | 45,981.66 | 8,554.34 | | 8,554.34 |
| SUBTOTAL: | $800,305.00 | $791,750.66 | $8,554.34 | $0.00 | $8,554.34 |

L 120

QUAD

# EXHIBIT B-3
## CITY OF WASCO
## ASSESSMENT DISTRICT NO. 92-2

### ACQUISITION AGREEMENT BUDGET & EXPENDITURES

| ITEM DESCRIPTION | ACQUISITION AGREEMENT BUDGET | REMAINING BALANCE | AMOUNT DISBURSED | OUTSTANDING OBLIGATIONS | AMOUNT ENCUMBERED |
|---|---|---|---|---|---|
| **E. OFFSITE IMPROVEMENTS** | | | | | |
| 1. Storm Drainage | | | | | |
| a. Storm Drain Pipe | $72,313.00 | 680.94 | 71,632.06 | | 71,632.06 |
| b. Street Excavation | 40,280.00 | 0.00 | 40,280.00 | | 40,280.00 |
| 2. Sewer | | | | | |
| a. Force Main & Pump Station | 285,325.00 | 42.89 | 285,282.11 | | 285,282.11 |
| b. Emergency Generator | 37,435.00 | 0.35 | 37,434.65 | | 37,434.65 |
| c. Gravity Main (In Valley Rose Parkway) | 69,047.00 | 8,948.18 | 60,098.82 | 9,628.38 | 69,727.20 |
| 3. Water | | | | | |
| a. Water Main (Leonard to Central) | 289,542.00 | 8,999.78 | 280,542.22 | | 280,542.22 |
| b. Upgrade Well | 46,115.00 | 0.00 | 46,115.00 | 2,263.00 | 48,378.00 |
| c. Water Main (Rte 46 to Tr. #5472) | 46,500.00 | 1.99 | 46,498.01 | | 46,498.01 |
| 4. Street Improvements | | | | | |
| a. Sidewalks and Special Concrete | 56,429.00 | 53,517.72 | 2,911.28 | 5,024.99 | 7,936.27 |
| b. Curb & Gutter, Paving | 250,150.00 | 20,240.45 | 229,909.55 | 4,057.92 | 233,967.47 |
| c. Street Lights and Street Signs | 27,629.00 | 25.75 | 27,603.25 | | 27,603.25 |
| 5. Utilities | 27,257.00 | 8.70 | 27,248.30 | | 27,248.30 |
| 6. Walls | 120,702.00 | 0.59 | 120,701.41 | | 120,701.41 |
| 7. Landscaping | 59,452.00 | 5,109.40 | 54,342.60 | | 60,287.80 |
| 8. Construction Staking | 25,127.00 | (10,992.64) | 36,119.64 | 5,945.20 | 36,119.64 |
| 9. Construction Management and Misc. | 122,254.00 | (4,181.54) | 126,435.54 | | 126,435.54 |
| **SUBTOTAL:** | $1,575,557.00 | $82,402.56 | $1,493,154.44 | $26,919.49 | $1,520,073.93 |
| | | | | | |
| **F. WATER STORAGE** | | | | | |
| 1. Storage Tank | 234,290.00 | 229,739.54 | 4,550.46 | 229,739.54 | 234,290.00 |
| 2. Booster Pump Station | 50,000.00 | 50,000.00 | | 50,000.00 | 50,000.00 |
| 3. Construction Staking | 2,372.00 | 2,372.00 | | 2,372.00 | 2,372.00 |
| 4. Construction Mgmt & Misc. | 22,743.00 | 22,743.00 | | 22,743.00 | 22,743.00 |
| **SUBTOTAL:** | $309,405.00 | $304,854.54 | $4,550.46 | $304,854.54 | $309,405.00 |
| | | | | | |
| **TOTALS:** | $5,199,999.55 | $2,395,036.80 | $2,804,962.76 | $393,365.06 | $3,198,327.82 |

# EXHIBIT B−4

## CITY OF WASCO
### ASSESSMENT DISTRICT NO. 92−2

### MISCELLANEOUS BAN EXPENDITURES
### MASTER PLAN ACQUISITION

| DATE | DESCRIPTION | AMOUNT | SUBTOTAL |
|---|---|---|---|
| 04/27/92 | Bruce Beaudoin, MAI (Appraisal Deposit) | $10,800.00 | |
| 05/01/92 | Coleman Christensen (Const. & Mgmt. Fees) | 2,500.00 | |
| 06/01/92 | Coleman Christensen (Const. & Mgmt. Fees) | 2,500.00 | |
| 07/01/92 | Coleman Christensen (Const. & Mgmt. Fees) | 5,000.00 | |
| 07/31/92 | Soils Engineering | 9,147.25 | |
| 08/01/92 | Coleman Christensen (Const. & Mgmt. Fees) | 5,000.00 | |
| 08/10/92 | Kern County Treasurer (Williamson Act Cancel.) | 50,000.00 | |
| 08/19/92 | Howard Berkson (Feasibility for Appraisal) | 15,000.00 | |
| 09/01/92 | Coleman Christensen (Const. & Mgmt. Fees) | 5,000.00 | |
| 09/18/92 | John Eastridge (Utilities Plan) | 385.00 | |
| 09/18/92 | John Eastridge (Utilities Plan) | 1,042.00 | |
| 09/22/92 | City of Wasco (QUAD Engineering) | 436.98 | |
| 09/24/92 | G. T. Farms (Reservoir Grading) | 2,419.50 | |
| 10/01/92 | Coleman Christensen (Const. & Mgmt. Fees) | 5,000.00 | |
| 10/06/92 | City of Wasco (Legal Fees) | 3,662.80 | |
| 10/07/92 | City of Wasco (Williamson Act Cancel.) | 724.65 | |
| 10/14/92 | City of Wasco (QUAD Engineering) | 841.00 | |
| 10/14/92 | City of Wasco (Legal Publication) | 52.65 | |
| 11/01/92 | Coleman Christensen (Const. & Mgmt. Fees) | 5,000.00 | |
| 11/06/92 | City of Wasco (Impact Fees) | 1,290.00 | |
| 11/18/92 | City of Wasco (QUAD Engineering) | 945.50 | |
| 12/02/92 | Coleman Christensen (Const. & Mgmt. Fees) | 5,000.00 | |
| 01/01/93 | Coleman Christensen (Const. & Mgmt. Fees) | 5,000.00 | |
| 01/01/93 | SA Camp Pump Co. (Well Sample & Analysis) | 594.00 | |
| SUBTOTAL | | 137,341.33 | $137,341.33 |
| LESS ADJUSTMENT (ACCOUNTING BY CITY OF WASCO) | | (2,223.48) | (2,223.48) |
| NET MISCELLANEOUS EXPENDITURES | | 135,117.85 | 135,117.85 |
| TOTAL ENGINEERING EXPENDITURES (FROM EXHIBIT B−5) | | 361,738.70 | 361,738.70 |
| TOTAL FOR ENGINEERING AND MISCELLANEOUS EXPENSES | | $496,856.55 | $496,856.55 |

(NOTE: Information in EXHIBIT B−4 provided by City of Wasco.)

# EXHIBIT B-5

## CITY OF WASCO
## ASSESSMENT DISTRICT NO. 92-2

### ENGINEERING COST SUMMARY

| ITEM NO. | CATEGORY | PERCENT EXPENDED | BUDGET | AMOUNT EXPENDED | BENEFIT ALLOCATIONS | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | GENERAL | TRACT 5472 | COMMERCIAL PROPERTY | TRACT 5618 |
| 2 | Boundary and Topo Survey | 30% | $24,287.15 | $7,286.15 | $7,286.15 | | | |
| 3 | Rte 46 Survey | 100% | 4,547.17 | 4,547.17 | | | | $4,547.17 |
| 4 | Offsite Sewer Survey | 100% | 6,388.72 | 6,388.72 | 6,388.72 | | | |
| 5 | Offsite Water Survey | 100% | 10,449.15 | 10,449.15 | 10,449.15 | | | |
| 6 | Land Use Plan | 30% | 35,528.89 | 10,658.67 | 10,658.67 | | | |
| 7 | Design Guidelines | 100% | 1,378.57 | 1,378.57 | 1,378.57 | | | |
| 9 | Water Master Plan | 100% | 16,501.50 | 16,501.50 | 16,501.50 | | | |
| 10 | Sewer Master Plan | 100% | 24,678.12 | 24,678.12 | 24,678.12 | | | |
| 11 | Drainage Master Plan | 100% | 12,967.73 | 12,967.73 | 12,967.73 | | | |
| 12 | Traffic Master Plan | 100% | 16,785.51 | 16,785.51 | 16,785.51 | | | |
| 13 | Williamson Act Cancellation | 100% | 4,281.05 | 4,281.05 | 4,281.05 | | | |
| 15 | Tract 5472 Streets and Walls | 100% | 49,188.18 | 49,188.18 | | $49,188.18 | | |
| 16 | Tract 5472 Drainage Plan | 100% | 2,826.88 | 2,826.88 | | 2,826.88 | | |
| 17 | Tract 5472 Grading Plan | 60% | 8,934.22 | 5,360.53 | | 5,360.53 | | |
| 18 | Tract 5472 Sewer Plan | 80% | 12,902.00 | 10,321.60 | | 10,321.60 | | |
| 19 | Tract 5472 Water Plan | 80% | 4,226.06 | 3,380.85 | | 3,380.85 | | |
| 21 | Tract 5472 Landscape Plans | 100% | 23,789.62 | 23,789.62 | | 23,789.62 | | |
| 22 | Tract 5472 Plant Design | 100% | 3,736.82 | 3,736.82 | | 3,736.82 | | |
| 24 | Tract 5618 Street Plans | 100% | 45,755.52 | 45,755.52 | | | | $45,755.52 |
| 25 | Tract 5618 Drainage Plans | 100% | 3,752.48 | 3,752.48 | | | | 3,752.48 |
| 26 | Tract 5618 Grading Plan | 60% | 9,658.08 | 5,794.85 | | | | 5,794.85 |
| 27 | Tract 5618 Sewer Plans | 80% | 2,617.74 | 2,095.19 | | | | 2,095.19 |
| 28 | Tract 5618 Water Plans | 80% | 1,783.78 | 1,427.02 | | | | 1,427.02 |
| 31 | Tract 5618 Landscape Plans | 100% | 3,385.80 | 3,385.80 | | | | 3,385.80 |
| 33 | Tract 5618 Revise Grading | 100% | 39.30 | 39.30 | | | | 39.30 |
| 38 | Offsite Sewer Plans | 100% | 36,401.06 | 36,401.06 | 36,401.06 | | | |
| 39 | Offsite Water Study and Plans | 100% | 17,802.64 | 17,802.64 | 17,802.64 | | | |
| 40 | Offsite Highway Plans | 100% | 30,758.03 | 30,758.03 | | | 30,758.03 | |
| TOTALS: | | | $415,351.77 | $361,738.70 | $165,578.86 | $98,604.48 | $35,305.20 | $62,250.16 |

(NOTE 1: Items 1, 8, 14, 20, 23, 29, 30, 32, 34, 35, 36, and 37 were eliminated because they were not eligible for payment through these proceedings.)
(NOTE 2: Information in this exhibit provided by City and accounts for expenditures with Bond Anticipation Notes.)

92909 AD 92-2

B-5

# EXHIBIT  C

## Assessment Boundary Map and Diagram

# EXHIBIT  D

## Assessment

L 125

# ENGINEER'S REPORT

## CITY OF WASCO
### Assessment District No. 92-2
### Valley Rose Assessment District

## REPORT REQUIREMENTS

WHEREAS, on August 18, 1992 the City Council of the City of Wasco, Kern County, California, pursuant to the provisions of the Municipal Improvement Act of 1913, adopted its Resolution of Intention No. 92-1476, for the acquisitions, if any, and construction of the public improvements more particularly therein described as City of Wasco Assessment District No. 92-2 (Valley Rose Assessment District); and

WHEREAS, said Resolution of Intention directed the Engineer of Work to make and file a report presenting plans and specifications for the proposed construction, a general description of any works and appliances already installed and any other property necessary or convenient for the operation of the improvements, estimate of costs, maps and descriptions of lands and easements to be acquired and diagram and assessment of and upon the subdivisions of land within the assessment district, to which resolution reference is hereby made for further particulars;

## PROPOSED ASSESSMENT

NOW, THEREFORE, I, Terry W. Schroepfer, P.E., duly appointed Engineer of Work for Assessment District No. 92-2, by virtue of the power vested in me under said Act and the order of the City Council of said City, hereby make the following assessment to cover the portion of the estimated cost of said construction and acquisitions, if any, and the cost and expenses incidental thereto to be paid by the assessment district.

1.  The amount to be paid for said construction and acquisitions, if any, and the expenses incidental thereto, is as follows:

92902 AD 92-2

# STATEMENT OF TOTAL ASSESSMENT

## CITY OF WASCO
### Assessment District No. 92-2
### Valley Rose Assessment District

| Description | | (1)<br>Preliminary<br>Assessment | (2)<br>Assessment as<br>Confirmed |
|---|---|---|---|
| I. | Improvement Costs | $ 3,227,217.22 | $ 2,821,091.00 |
| II. | Bond Anticipation Note<br>(BAN) Incidental Costs | 800,000.00 | 800,000.00 |
| III. | Bond Pool Reserve Fund Payment | 267,643.75 | 268,000.00 |
| IV. | BAN Funded Interest Costs | 297,500.00 | 297,500.00 |
| V. | Interest Earnings | (227,316.62) | (242,582.21) |
| VI. | Net BAN Funds to Assessment | 4,365,044.35 | 3,944,008.79 |
| VII. | AD 92-2 Incidental Costs | 141,118.15 | 115,991.21 |
| VIII. | AD 92-2 Cost of Issuance | 105,100.00 | -0- |
| IX. | AD 92-2 Funded Interest | 223,337.50 | -0- |
| X. | AD 92-2 Reserve Fund | 420,400.00 | -0- |
| **TOTAL** | | **$ 5,255,000.00** | **$ 4,060,000.00** |

A detailed breakdown of the itemized costs of acquisitions, work and improvements, and expenses incidental thereto is presented in Exhibit "B", attached hereto and incorporated herein by reference.

2.      Pursuant to the provisions of law and said Resolution of Intention, I do hereby assess and apportion the total amount of the cost and expenses of construction and acquisitions, if any, upon the several lots, pieces or parcels or portions of lots or subdivisions of land liable therefor and benefitted thereby, and hereinafter numbered to correspond with the numbers upon the attached diagram, upon each, severally and respectively, in proportion to the benefits to be received by such subdivisions, respectively from the construction and acquisitions, if any, and more particularly set forth in the Assessment Roll, attached hereto as Exhibit "D" and by reference made a part hereof. The numbers on the Assessment Roll correspond with the numbers assigned to each respective parcel and shown on the Assessment Diagram. Each subdivision of land assessed is described within the Assessment Roll by reference to its parcel number as shown on the Assessor's Maps of the County of Kern or by reference to maps and deeds of record excepting those portions thereof in existing public roads or proposed to be acquired in those proceedings.

Said assessment is made upon the several property owners. The property owner list with names of each property owner of each lot or parcel shown on the Assessment Diagram

**L 127**

Said assessment is made upon the several property owners. The property owner list with names of each property owner of each lot or parcel shown on the Assessment Diagram in Exhibit "C" herein, corresponds to the latest equalized roll of the Kern County Assessor.

For a more particular description of the manner in which the Estimated Total Improvement and Acquisition Cost and Incidental Expenses have been assessed upon the several subdivisions of land in Assessment District No. 92-2, reference is made to the Method of Apportionment, attached hereto as Appendix "A" and incorporated herein by reference.

3.      As required by the Municipal Improvement Act of 1913, the assessment diagram entitled "ASSESSMENT DIAGRAM, CITY OF WASCO, ASSESSMENT DISTRICT NO. 92-2, VALLEY ROSE ASSESSMENT DISTRICT, COUNTY OF KERN, STATE OF CALIFORNIA", consisting of three (3) sheets, is on file in the office of the City Clerk.

Also, said diagram shows the assessment district, the boundaries and dimensions of the respective subdivisions of land within said assessment district, as the same which existed at the time of the passage of said Resolution of Intention, and as requested in the petition for said construction and acquisitions, if any, each of which subdivisions having been given a separate number upon said diagram. A reduced scale diagram is attached hereto in Exhibit "C" and incorporated herein by reference. For a more particular description of the Assessment District No. 92-2 exterior boundaries, reference is made to the Assessment District No. 92-2 Boundary Map on file in the office of the City Clerk. Included in Exhibit "C" and incorporated herein by reference, is a reduced copy of the boundary map.

## STATEMENT OF MAXIMUM ANNUAL PARCEL ASSESSMENT
## FOR RECOVERY OF ASSESSMENT DISTRICT
## ADMINISTRATION COSTS AND EXPENSES

Pursuant to Subdivision (f) of Section 10204 of the Streets and Highways Code, I present the following statement of a proposed maximum annual assessment upon each parcel and subdivision of land in Assessment District No. 92-2, in the amount of twenty-five and no hundredths dollars ($25.00) plus an annual maximum five percent (5%) adjustment for inflation.

Said annual assessment shall be levied by the City Council to cover all administrative costs of Assessment District No. 92-2 incurred by the City, and not otherwise reimbursed, which result from the administration and collection of assessments or from the administration or registration of any associated bonds and reserve or other related funds. The City Council shall determine, by resolution, the amount of the annual assessment for this purpose, which shall not exceed the maximum assessment stated above and shall not exceed a reasonable estimate of costs actually incurred. The above stated maximum annual assessment amount shall be separate from and in addition to any fee charged to property owners in Assessment District No. 92-2 by the City of Wasco, pursuant to Sections 8682 and 8682.1 of the Streets and Highways Code.

L 128

92002 AD 92-2

## BOND DECLARATION

NOTICE IS HEREBY GIVEN, that serial and or term bonds to represent the unpaid assessments and to bear interest at the rate not to exceed twelve percent (12%) per annum may be issued in the manner provided by the Improvement Bond Act of 1915 (being Division 10 of the Streets and Highways Code) (herein the "1915 Act") the last installment of such bonds shall mature not to exceed thirty-nine (39) years from the second day of September, next succeeding twelve (12) months from their date and shall be subject to a call premium equal to five percent (5%) of the principal. Prior to issuance, the City Council may provide for a redemption of the redemption premium to an amount equal to not less than three percent (3%) for the first five (5) years of the term of the bonds or to any amount, including zero, after the first five (5) years of the term of the bonds, or both.

The provisions of Part 11.1 of the 1915 Act, providing an alternative procedure for the advance payment of assessments and the calling of bonds, shall apply and the principal amount of the bonds maturing in each year shall be other than an amount equal to an even annual proportion of the aggregate principal of the bonds.

The total amount assessed pursuant to the Assessment District No. 92-2 proceedings includes an incidental expense to cover the estimated cost of preparing, printing, registering, servicing and collecting the improvement bonds proposed to be issued to represent the unpaid assessments.

Submitted for preliminary approval on the 17th day of January, 1995 and submitted for final approval on the 7th day of March, 1995.

Terry W. Schroepfer, P.E.
Engineer of Work
City of Wasco
Assessment District No. 92-2

**L 129**

# EXHIBIT D

## CITY OF WASCO
### Assessment District No. 92—2

---

### ASSESSMENT ROLL

| Assmt. Diagram No. | Assessor's Parcel No. | Land Owner | Preliminary Assessment | Confirmed Assessment |
|---|---|---|---|---|
| 1 | 070—050—46—00—6 | Legacy Group | $3,433,805.02 | $2,708,520.48 |
| 2 | 070—050—48—00—0 | Legacy Group | 1,821,194.98 | 1,351,479.52 |
| | | | $5,255,000.00 | $4,060,000.00 |

**L 130**

# EXHIBIT E

## Land Owner Names and Addresses

# EXHIBIT E

## CITY OF WASCO
### Assessment District No. 92-2

## LAND OWNER NAMES AND ADDRESSES

| Assmt. Diagram No. | Assessor's Parcel No. | Land Owner | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| 1 | 070-050-46-00-6 | Legacy Group | 16000 Ventura Blvd. #1200 - Encino, CA 91436 | | | |
| 2 | 070-050-48-00-0 | Legacy Group | 16000 Ventura Blvd. #1200 - Encino, CA 91436 | | | |

**L 132**

# EXHIBIT F

## Summary of Assessment Spread

# EXHIBIT F

### CITY OF WASCO ASSESSMENT DISTRICT NO. 92-2
### VALLEY ROSE ASSESSMENT DISTRICT

## SUMMARY OF ASSESSMENT SPREAD

| ASMT DIAG. NO. | ASSESSOR'S PARCEL NUMBER | TOTAL EDU | ENGR'L AND PLANNING | IMPROVEMENT COSTS / CONSTRUCTION COSTS — ON-SITE BENEFIT: TENT. TR. 5472 | TENT. TR. 5618 | COML | OFF-SITE BENEFIT: OFF-SITE IMPROVEMENTS | WATER TANK | CITY INSPECTION FEE | TOTAL IMPROVEMENT COSTS | BAN INCIDENTAL AND INTEREST COSTS | BAN NET FUNDS TO ASSESSMENT | AD 92-2 INCIDENTAL INTEREST & RESERVE FUND COSTS | AD 92-2 TOTAL ASSESSMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 468.81 | $309,387.15 | $803,214.46 | $88,309.48 | $412,318.62 | $1,187,182.59 | $4,550.46 | $16,128.24 | $2,821,091.00 | $1,122,917.79 | $3,944,008.79 | $115,991.21 | $4,060,000.00 |
| 1 | 070-050-46-00-6 | 203.11 | $134,040.71 | $803,214.46 | $0.00 | $412,318.62 | $514,341.96 | $1,971.47 | $16,128.24 | $1,882,015.46 | $749,124.59 | $2,631,140.05 | $77,380.44 | $2,708,520.48 |
| 2 | 070-050-48-00-0 | 265.70 | 175,346.44 | 0.00 | 88,309.48 | 0.00 | 672,840.63 | 2,578.59 | 0.00 | 939,075.54 | 373,793.20 | 1,312,868.74 | 38,610.77 | 1,351,479.52 |
| TOTALS: | | 468.81 | $309,387.15 | $803,214.46 | $88,309.48 | $412,318.62 | $1,187,182.59 | $4,550.46 | $16,128.24 | $2,821,091.00 | $1,122,917.79 | $3,944,008.79 | $115,991.21 | $4,060,000.00 |

L 134

12309 AD 92-2

QUAD

F