# EXHIBIT X

**Okadigbo Dec**

1  BONIFACIO BONNY GARCIA (SBN 100761)
   EVA M. PLAZA (SBN 250321)
2  CHAKA C. OKADIGBO (224547)
   GARCIA CALDERON RUIZ, LLP
3  500 SOUTH GRAND AVENUE, SUITE 1100
   LOS ANGELES, CA 90071
4  (213) 347-0210; Fax (213) 347-0216

5  Attorneys for Defendant CITY OF WASCO

6

7

8                  UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 ROGER McINTOSH                    Case No: 1:07-CV-01080-LJO-WMV

12          Plaintiff,

13     vs.                           DEFENDANT CITY OF WASCO'S
                                     SPECIAL INTERROGATORIES TO
14 NORTHERN CALIFORNIA               PLAINTIFF ROGER McINTOSH, SET NO.
   UNIVERSAL ENTERPRISES             1
15 COMPANY, INC., et al.,

16          Defendants.

17

18 PROPOUNDING PARTY:   CITY OF WASCO

19 RESPONDING PARTY:    ROGER McINTOSH

20 SET NO.:             ONE

21        Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant CITY OF

22 WASCO requests that Plaintiff ROGER McINTOSH respond to the following specially prepared

23 interrogatories within 30 days of service of this Request:

24 Special Interrogatory No. 1:

25        Is any person listed in attached Exhibit A the person to whom you spoke about the use of

26 Martin-McIntosh improvement plans as testified to in your deposition of December 18, 2008?

27 (*See Deposition of Roger McIntosh*, pages 108:8-109:22, attached hereto as Exhibit B).

28

1   Special Interrogatory No. 2:

2       If your response to Special Interrogatory 1 is yes, please identify which individual from

3   attached Exhibit A is the person to whom you spoke about the use of Martin-McIntosh

4   improvement plans. (*See Deposition of Roger McIntosh*, pages 108:8-109:22, attached hereto as

5   Exhibit B).

6   Special Interrogatory No. 3:

7       If no person listed in attached Exhibit A is the person to whom you spoke about the use

8   of Martin-McIntosh improvement plans, please identify by name, address and telephone number,

9   if known, the person to whom you spoke to about the use of Martin-McIntosh improvement

10  plans. (*See Deposition of Roger McIntosh*, pages 108:8-109:22, attached hereto as Exhibit B).

11

12  DATED:  May 22, 2009               GARCIA CALDERON RUIZ, LLP

13

14                                By: _____

15                                CHAKA C. OKADIGBO
                              Attorneys for Defendant

16                                CITY OF WASCO

17

18

19

20

21

22

23

24

25

26

27

28

| | LAST NAME | FIRST NAME |
|---|---|---|
| 1 | ACOSTA | JESUS |
| 2 | ADAMS | CHARLES |
| 3 | AGUILAR | JOSEPHINE |
| 4 | AGUILERA | JOHN |
| 5 | ALANIZ | ZARAGOZA |
| 6 | ALLEN | DANIEL |
| 7 | AMADOR | JIMMY |
| 8 | ANDERSON | GEARY |
| 9 | BARCENAS | ISMAEL |
| 10 | BENAVIDES | ANGELICA |
| 11 | BOLANOS | ROBERTO |
| 12 | BOREN | CRISTIFER |
| 13 | BROWN | BYRON |
| 14 | BUTLER | BENNY |
| 15 | CALDERON | CARLOS |
| 16 | CARRIEDO | JESUS |
| 17 | CHAPPEL | PAUL |
| 18 | CONRAD | TED |
| 19 | CORDOVA | JESUS |
| 20 | CORTEZ | JESUS |
| 21 | CORTINAS | TONY |
| 22 | COUGHENOUR | ROGER |
| 23 | COX | RUBY |
| 24 | CRAIG | WARREN |
| 25 | CRINER | TONY |
| 26 | DIAZ | ARIAL |
| 27 | FLORES | MONICA |
| 28 | FLUD | MIKE |
| 29 | GARCIA | ANTONIO |
| 30 | GARCIA | AURELIO |
| 31 | GARCIA | MICHAEL |
| 32 | GARZA | SERGIO |
| 34 | GONZALES | ARNULFO |
| 35 | HARRIS | ALMON |
| 36 | HARRISON | LEVESTER |
| 37 | HERNANDEZ | LEONEL |
| 38 | HINOJOSA | LESLIE |
| 39 | JENNINGS | LARRY |
| 40 | JENNINGS, SR | LARRY |
| 41 | JONES | MICHAEL |
| 42 | JONES | MARTY |
| 43 | LASCANO | ZENAIDA |
| 44 | LITTLE | JACKIE |
| 45 | MADRON | STANLEY |
| 46 | MALDONADO | ANTONIO |
| 47 | MARTINEZ | MARIA |
| 48 | MARTINEZ | RUBEN |
| 49 | MAXEY | GREGORY |
| 50 | MAXEY | MITCHELL |
| 51 | MCCAULEY | FRANKLIN |
| 52 | MEJIA | MIGUEL |

| | | |
|---|---|---|
| 53 | MONTES | CESAR |
| 54 | MUNGLE | NORMAN |
| 55 | PENA | LUIS |
| 56 | RIICKETTS | MELVIN |
| 57 | RUIZ | MANUEL |
| 58 | RUSSELL | BYRON |
| 59 | SALINAS | JUAN |
| 60 | SANDOVAL | ANGEL |
| 61 | SHAW | CHRISTOPHER |
| 62 | TACKETT | JEFF |
| 63 | TAYLOR | APRIL |
| 64 | TOWNER | DON |
| 65 | VILLA | LUIS |
| 66 | VILLANUEVA | ROBERTO |
| 67 | WASHINGTON | HERSHEY |
| 68 | WREN | ROBERT |

Roger McIntosh

December 18, 2008

Page 108

1    the plans attendant thereto, are you aware of any other

2    instance where the City of Wasco handed out or let

3    somebody else have copies of any plan or map prepared by

4    Martin-McIntosh or yourself, and I'm excluding their

5    delivery to you or any of the employees of

6    Martin-McIntosh?

7            A.  No.

8            Q.  All right.  Now, getting back to your last

9    answer, you were told by somebody in the Public Works

10   Department at the City that Mr. Wu was using your plans,

11   right?

12           A.  That's correct.

13           Q.  Who told you that?

14           A.  I don't recall his name, but he works in the

15   Public Works Department.  It's -- it's in the building

16   across the street from City Hall.  And he's the head of

17   the corporation yard.

18           Q.  Do you know what his position is at the

19   Public Works Department?

20           A.  He's the head at the corporation yard.

21           Q.  All right.  I'm sorry.  As head of the

22   corporation yard, do you know what he does, what his

23   duties are, do you have any idea?

24           A.  He maintains all the city improvements, the

25   city streets, the city buildings, and he keeps the records

Roger McIntosh                                December 18, 2008

Page 109

1     for the -- the tracts.

2              Q.  Okay.  And about how old is this guy?

3              A.  Forty-five.

4              Q.  Race?

5              A.  Hispanic.

6              Q.  Build?

7              A.  Five foot 10, medium build.

8         MR. TRAVIS:  Style of dress?

9         THE WITNESS:  Huh?  Dressed like a head of a

10   corporation yard.

11        BY MR. HASSING:

12             Q.  When did he give you this information?

13             A.  It was late 2006, I would guess.

14        MR. OKADIGBO:  I'm sorry, when?

15        THE WITNESS:  Late 2006.

16        BY MR. HASSING:

17             Q.  And by late 2006, are you talking about the

18   last two months, the last three months, the last four

19   months, what's your --

20             A.  November.

21             Q.  November or December?

22             A.  As best I could recall.

23             Q.  Okay.  And how did you come to be talking to

24   this gentleman at the time?

25             A.  I had been receiving the minutes of the City

1

**PROOF OF SERVICE**

2

I declare that I am over the age of eighteen (18) and not a party to this action.  My business address is 500 South Grand Avenue, Suite 1100, Los Angeles, California 90071.

3

4

On **May 22, 2009,** I served the following documents: **DEFENDANT CITY OF WASCO'S SPECIAL INTERROGATORIES TO PLAINTIFF ROGER McINTOSH, SET NO. 1** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

5

6

7

Jeffrey Travis
Borton Petrini, LLP
1600 Truxtun Ave.
Bakersfield, CA 93301

Steven J. Hassing
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747

8

9

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA 93301

10

11

12

( **X** )      **BY MAIL:**  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

13

14

15

16

( )       **BY OVERNIGHT COURIER:**  I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

17

18

19

( )       **BY HAND-DELIVERY:** I caused the above-referenced document(s) to be hand-delivered to the addressee(s)

20

( )        (State)       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21

22

( **X** )       (Federal)     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

23

24

Executed **May 22, 2009,** Los Angeles, California.

25

26

**Carolyn Dominguez**

27

28

# EXHIBIT A

| | LAST NAME | FIRST NAME |
|---|---|---|
| 1 | ACOSTA | JESUS |
| 2 | ADAMS | CHARLES |
| 3 | AGUILAR | JOSEPHINE |
| 4 | AGUILERA | JOHN |
| 5 | ALANIZ | ZARAGOZA |
| 6 | ALLEN | DANIEL |
| 7 | AMADOR | JIMMY |
| 8 | ANDERSON | GEARY |
| 9 | BARCENAS | ISMAEL |
| 10 | BENAVIDES | ANGELICA |
| 11 | BOLANOS | ROBERTO |
| 12 | BOREN | CRISTIFER |
| 13 | BROWN | BYRON |
| 14 | BUTLER | BENNY |
| 15 | CALDERON | CARLOS |
| 16 | CARRIEDO | JESUS |
| 17 | CHAPPEL | PAUL |
| 18 | CONRAD | TED |
| 19 | CORDOVA | JESUS |
| 20 | CORTEZ | JESUS |
| 21 | CORTINAS | TONY |
| 22 | COUGHENOUR | ROGER |
| 23 | COX | RUBY |
| 24 | CRAIG | WARREN |
| 25 | CRINER | TONY |
| 26 | DIAZ | ARIAL |
| 27 | FLORES | MONICA |
| 28 | FLUD | MIKE |
| 29 | GARCIA | ANTONIO |
| 30 | GARCIA | AURELIO |
| 31 | GARCIA | MICHAEL |
| 32 | GARZA | SERGIO |
| 34 | GONZALES | ARNULFO |
| 35 | HARRIS | ALMON |
| 36 | HARRISON | LEVESTER |
| 37 | HERNANDEZ | LEONEL |
| 38 | HINOJOSA | LESLIE |
| 39 | JENNINGS | LARRY |
| 40 | JENNINGS, SR | LARRY |
| 41 | JONES | MICHAEL |
| 42 | JONES | MARTY |
| 43 | LASCANO | ZENAIDA |
| 44 | LITTLE | JACKIE |
| 45 | MADRON | STANLEY |
| 46 | MALDONADO | ANTONIO |
| 47 | MARTINEZ | MARIA |
| 48 | MARTINEZ | RUBEN |
| 49 | MAXEY | GREGORY |
| 50 | MAXEY | MITCHELL |
| 51 | MCCAULEY | FRANKLIN |
| 52 | MEJIA | MIGUEL |

| 53 MONTES | CESAR |
| 54 MUNGLE | NORMAN |
| 55 PENA | LUIS |
| 56 RIICKETTS | MELVIN |
| 57 RUIZ | MANUEL |
| 58 RUSSELL | BYRON |
| 59 SALINAS | JUAN |
| 60 SANDOVAL | ANGEL |
| 61 SHAW | CHRISTOPHER |
| 62 TACKETT | JEFF |
| 63 TAYLOR | APRIL |
| 64 TOWNER | DON |
| 65 VILLA | LUIS |
| 66 VILLANUEVA | ROBERTO |
| 67 WASHINGTON | HERSHEY |
| 68 WREN | ROBERT |

# EXHIBIT B

Roger McIntosh                                    December 18, 2008

1    for the -- the tracts.

2              Q.   Okay.   And about how old is this guy?

3              A.   Forty-five.

4              Q.   Race?

5              A.   Hispanic.

6              Q.   Build?

7              A.   Five foot 10, medium build.

8         MR. TRAVIS:   Style of dress?

9         THE WITNESS:   Huh?   Dressed like a head of a

10   corporation yard.

11        BY MR. HASSING:

12             Q.   When did he give you this information?

13             A.   It was late 2006, I would guess.

14        MR. OKADIGBO:   I'm sorry, when?

15        THE WITNESS:   Late 2006.

16        BY MR. HASSING:

17             Q.   And by late 2006, are you talking about the

18   last two months, the last three months, the last four

19   months, what's your --

20             A.   November.

21             Q.   November or December?

22             A.   As best I could recall.

23             Q.   Okay.   And how did you come to be talking to

24   this gentleman at the time?

25             A.   I had been receiving the minutes of the City

Roger McIntosh                                    December 18, 2008

Page 108

1    the plans attendant thereto, are you aware of any other

2    instance where the City of Wasco handed out or let

3    somebody else have copies of any plan or map prepared by

4    Martin-McIntosh or yourself, and I'm excluding their

5    delivery to you or any of the employees of

6    Martin-McIntosh?

7            A.   No.

8            Q.   All right.  Now, getting back to your last

9    answer, you were told by somebody in the Public Works

10   Department at the City that Mr. Wu was using your plans,

11   right?

12           A.   That's correct.

13           Q.   Who told you that?

14           A.   I don't recall his name, but he works in the

15   Public Works Department.  It's -- it's in the building

16   across the street from City Hall.  And he's the head of

17   the corporation yard.

18           Q.   Do you know what his position is at the

19   Public Works Department?

20           A.   He's the head at the corporation yard.

21           Q.   All right.  I'm sorry.  As head of the

22   corporation yard, do you know what he does, what his

23   duties are, do you have any idea?

24           A.   He maintains all the city improvements, the

25   city streets, the city buildings, and he keeps the records

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 500 South Grand Avenue, Suite 1100, Los Angeles, California 90071.

On **May 22, 2009,** I served the following documents: **DEFENDANT CITY OF WASCO'S SPECIAL INTERROGATORIES TO PLAINTIFF ROGER McINTOSH, SET NO. 1** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

Jeffrey Travis
Borton Petrini, LLP
1600 Truxtun Ave.
Bakersfield, CA 93301

Steven J. Hassing
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA 93301

( **X** )      **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( )      **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

( )      **BY HAND-DELIVERY:** I caused the above-referenced document(s) to be hand-delivered to the addressee(s)

( )      (State)      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( **X** )      (Federal)      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **May 22, 2009,** Los Angeles, California.

_____
**Carolyn Dominguez**

# EXHIBIT Y

**Okadigbo Dec**

nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051

5  Attorneys for Plaintiff, Roger McIntosh dba McIntosh
   & Associates

6

7

8                UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                    Case No.  107CV 01080 LJO-WMW

12              Plaintiff,             RESPONSES OF PLAINTIFF ROGER
                                       MCINTOSH TO DEFENDANT, CITY OF
13  v.                                 WASCO'S SPECIAL
                                       INTERROGATORIES (SET NO. ONE)
14  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, et al.

15

16              Defendants.

17

18  PROPOUNDING PARTY:        DEFENDANT, CITY OF WASCO

19  RESPONDING PARTY:         PLAINTIFF, ROGER McINTOSH

20  SET NO.:                  ONE

21

22      Pursuant to Federal Rules of Civil Procedure, Rule 33, plaintiff Roger McIntosh

23  hereby responds to defendant Northern California Universal Enterprise Company's Special

    Interrogatories (Set No. One), as follows:

24  ///

25  ///

26  ///

27  ///

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\RESPS
#1 TO COW SPROGS
5-27-09.wpd

                                    1
RESPONSES OF PLF ROGER McINTOSH TO DF NCUE COMPANY'S SPECIAL ROGS (SET NO. ONE)

                        ORIGINAL

## PRELIMINARY STATEMENT

The answers and responses herein provided are made and based on information and belief, and upon information gathered from multiple sources including our attorneys (and as a result of searches and review of various documents and/or records). There may be additional records or persons having knowledge of facts which are presently unknown to us.

Responding party has not completed investigation of the facts relating to this case, and has not fully completed discovery or preparation for trial. The responses are based only on such information and documents as are presently available to and specifically known to this party and/or its attorneys, and include only those contentions heretofore thought-out or developed, and which presently occur to respondent. It is anticipated that further investigation, discovery, research and analysis will reveal and supply additional facts, add meaning to known facts, and establish new factual conclusions and legal contentions, any of which may lead to significant additions to, changes in, and variations from the facts and contentions set forth herein.

The following responses are given without prejudice to responding party's right to produce evidence of any later-discovered fact or facts or of any additional facts which responding party may later recall. Responding party accordingly reserves the right to change or supplement any response herein as additional facts are ascertained, analyses are made, legal research is performed, and contentions are developed. The responses are provided in a good faith effort to supply as much factual information and as much specification of contentions as is presently known. Such efforts will in no way prejudice this responding party in relation to further discovery, research or analysis.

**SPECIAL INTERROGATORY NO. 1:**

Is any person listed in the attached Exhibit A the person whom you spoke about the use of Martin-McIntosh improvement plans as testified to in your deposition of December 18, 2008? (See, Deposition of Roger McIntosh, pages 108:8-109:22, attached hereto as Exhibit B).

**RESPONSE TO SPECIAL INTERROGATORY NO. 1:**

Although Mr. McIntosh had discussions with a person at the Public Works department at the City of Wasco referred to in the attached Exhibit B, he was never told this person's last name and so cannot identify who that person was based on the information supplied in the

1   interrogatory and has no information at this time relating to his name, address, and telephone

2   number.

3   **SPECIAL INTERROGATORY NO. 2**:

4          If your response to Special Interrogatory 1 is yes, please identify which individual

5   from attached Exhibit A is the person to whom you spoke about the use of Martin-McIntosh

6   improvement plans. (See, Deposition of Roger McIntosh, pages 108:8-109:22, attached hereto as

7   Exhibit B).

8   **RESPONSE TO SPECIAL INTERROGATORY NO. 2**:

9          See response to Special Interrogatory No. 1.

10  **SPECIAL INTERROGATORY NO. 3**:

11         If no person listed in the attached Exhibit A is the person to whom you spoke about

12  the use of Martin-McIntosh improvement plans, please identify by name, address and telephone

13  number, if known, the person to whom you spoke about the use of Martin-McIntosh improvement

14  plans. (See, Deposition of Roger McIntosh, pages 108:8-109:22, attached hereto as Exhibit B).

15  **RESPONSE TO SPECIAL INTERROGATORY NO. 3**:

16         See response to Special Interrogatory No. 1.

17

18

19  DATED:   June ___, 2009

20                                  BORTON PETRINI, LLP

21

22                                  By: _____

23                                  Jeffrey A. Travis, Attorney for Plaintiff,
                                    Roger McIntosh dba McIntosh & Associates
24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>VERIFICATION</u>

I, the undersigned, declare:

I am the plaintiff in this action and am authorized to make this verification for that reason; I have read the **RESPONSES OF PLAINTIFF ROGER MCINTOSH TO DEFENDANT CITY OF WASCO'S SPECIAL INTERROGATORIES (SET NO. ONE)** and know its contents; I am informed and believe and on that ground allege that the matters stated in it are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this _10th_ day of June, 2009, at Bakersfield, California.

Roger McIntosh

**PROOF OF SERVICE**
(FRCP No. 5(b)(2)(E))

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Gina Pomato, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On June 9, 2009, I served the foregoing document described as **RESPONSES OF PLAINTIFF ROGER McINTOSH TO DEFENDANTCITY OF WASCO'S SPECIAL INTERROGATORIES (SET NO. ONE)** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq. <br> Law Offices of Steven J. Hassing <br> 425 Calabria Court <br> Roseville, CA 95747 <br><br> email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants, Northern California Universal Enterprises Company and Lotus Developments <br> Tel:     916/677-1776 <br> **Fax:     916/677-1770** |
| Chaka Okadigbo <br> **Garcia Calderon Ruiz, LLP** <br> 500 South Grand Ave Suite 1100 <br> Los Angeles, CA 90071 <br><br> email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco <br><br> Tel: 213/347-0210 <br> **Fax: 213-347-0216** |
| William L. Alexander, Esq. <br> Alexander & Associates <br> 1925 "G" Street <br> Bakersfield, CA 93301 <br><br> email address: **walexander@alexander-law.com** | Attorneys for DeWalt CM, Inc. <br> BUS: (661) 316-7888 <br> FAX: (661) 316-7890 |

X       **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

X       **BY MAIL:**  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1    Executed on **June 9 , 2009,** at Bakersfield, California.

2         I declare that I am employed in the office of a member of the bar of this court at
    whose direction the service was made.

3

4    _____Joanne Balduc_____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28