**EXHIBIT BB**     Okadigbo Dec

CIVIL

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:07-cv-01080-LJO-GSA

McIntosh v. Nothern California Universal Enterprises Company et al
Assigned to: District Judge Lawrence J. O'Neill
Referred to: Magistrate Judge Gary S. Austin
Cause: 15:44 Trademark Infringement

Date Filed: 07/26/2007
Jury Demand: Both
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

### Plaintiff

**Roger McIntosh**
*Doing business as*
McIntosh and Associates

represented by **Forrest A. Hainline , III**
Goodwin Procter LLP
Three Embarcadero Center
24th Floor
San Francisco , CA 94111
(415) 733-6065
Fax: (415) 677-9041
Email: fhainline@goodwinprocter.com
*TERMINATED: 02/28/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J. Braze**
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield , CA 93301
661-322-3051-140
Fax: 661-322-4628
Email: jbraze@bortonpetrini.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Travis**
Borton Petrini
5060 California Avenue
Suite 700
PO Box 2026
Bakersfield , CA 93303-2026
661-322-3051-2208
Fax: 661-322-4628
Email: jtravis@bortonpetrini.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | Nicole E. Perroton<br>Goodwin Procter LLP (SF)<br>Three Embarcadero Center<br>Suite 2400<br>San Francisco, CA 94111<br>(415) 733-6069<br>Fax: (415) 677-9041<br>Email: nperroton@goodwinprocter.com<br>*TERMINATED: 02/28/2008*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**
**Nothern California Universal Enterprises Company**
*a Califonia Corporation*

represented by **Steven John Hassing**
Law Offices of Steven J. Hassing
Five Sierragate Plaza, Suite 330
Roseville, CA 95678
(916) 677-1776
Fax: (916) 677-1770
Email: stevehassing@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Lotus Developments, LLP**

represented by **Steven John Hassing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**City of Wasco**
*a municipal corporation*

represented by **Chaka Chuba Okadigbo**
Garcia Caledron Ruiz
500 S. Grand Avenue
Suite 1100
Los Angeles, CA 90071
213-347-0210
Fax: 213-347-0216
Email: cokadigbo@gcrlegal.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**DeWalt CM, Inc.**
*also DBA DeWalt Corporation*
*TERMINATED: 06/25/2009*

represented by **William L. Alexander**
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA 93301
(661) 316-7888
Fax: (661) 316-7890
Email: walexander@alexander-law.com
*LEAD ATTORNEY*

                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Dennis W. De Walt, Inc.**
*also known as*
DeWalt Corporation

**Cross Claimant**

**City of Wasco**             represented by **Chaka Chuba Okadigbo**
*a municipal corporation*           (See above for address)
                                               *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Nothern California Universal**     represented by **Steven John Hassing**
**Enterprises Company**                 (See above for address)
*a Califonia Corporation*               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**City of Wasco**             represented by **Chaka Chuba Okadigbo**
*a municipal corporation*           (See above for address)
                                               *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Nothern California Universal**     represented by **Steven John Hassing**
**Enterprises Company**                 (See above for address)
*a Califonia Corporation*               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**City of Wasco**             represented by **Chaka Chuba Okadigbo**
*a municipal corporation*           (See above for address)
                                               *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Nothern California Universal**     represented by **Steven John Hassing**
**Enterprises Company**                 (See above for address)
*a Califonia Corporation*               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**City of Wasco**
*a municipal corporation*

represented by **Chaka Chuba Okadigbo**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Nothern California Universal Enterprises Company**
*a Califonia Corporation*

represented by **Steven John Hassing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2007 | 1 | COMPLAINT *Complaint For Copyright Infringement* against all defendants by Roger McIntosh. Attorney Hainline, Forrest A. added. (Attachments: # 1 Civil Cover Sheet Cover Sheet)(Hainline, Forrest) (Entered: 07/26/2007) |
| 07/26/2007 | 2 | CLERK'S NOTICE: Advance payment of the filing fee in the amount of $350.00 is required and should be submitted electronically using the event New Case Credit Card Payments. Your case will not be filed until the fee is paid (Local Rule 77-121c). If you wish to pay with cash, check or money order, the fee must be received by the clerk's office within 48 hours of lodging your complaint, or your documents will be deleted from the court's server. (Lundstrom, T) (Entered: 07/26/2007) |
| 07/27/2007 | | RECEIPT number 100-205253 for $350.00 for Civil Filing Fee from Williams Cole, Inc. (Verduzco, M) (Entered: 07/27/2007) |
| 07/27/2007 | 3 | SUMMONS ISSUED as to *Nothern California Universal Enterprises Company* with answer to complaint due within *20* days. Attorney *Forrest A. Hainline, III* *Goodwin Procter LLP* *101 California Street, Suite 1850* *San Francisco, CA 94111*. (Verduzco, M) (Entered: 07/27/2007) |
| 07/27/2007 | 4 | SUMMONS ISSUED as to *Lotus Developments, LP* with answer to complaint due within *20* days. Attorney *Forrest A. Hainline, III* *Goodwin Procter LLP* *101 California Street, Suite 1850* *San Francisco, CA 94111*. (Verduzco, M) (Entered: 07/27/2007) |
| 07/27/2007 | 5 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 1/7/2008 at 08:30 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill. (Attachments: # 1 Notice of Temporary Assignment # 2 Consent Forms # 3 VDRP Forms) (Verduzco, M) (Entered: 07/27/2007) |
| 07/27/2007 | 6 | CLERK'S NOTICE of DOCKET CORRECTION re 5 Civil New Case Documents for LJO, ISSUED IN ERROR . Corrected Civil New Case Documents to be issued. (Verduzco, M) (Entered: 07/27/2007) |
| 07/27/2007 | 7 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 1/7/2008 at 08:30 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill. (Attachments: # 1 Consent Forms # 2 Consent Forms # 3 VDRP Forms) (Verduzco, M) (Entered: 07/27/2007) |

| | | |
|---|---|---|
| 08/30/2007 | 8 | CERTIFICATE of SERVICE by Roger McIntosh. Attorney Perroton, Nicole E. added. *Re: Northern California Universal Enterprises Company* (Perroton, Nicole) (Entered: 08/30/2007) |
| 08/30/2007 | 9 | CERTIFICATE of SERVICE by Roger McIntosh. *RE: Lotus Developments, LP* (Perroton, Nicole) (Entered: 08/30/2007) |
| 08/30/2007 | 10 | NOTICE by Roger McIntosh. *Notice of Interested Parties* (Perroton, Nicole) (Entered: 08/30/2007) |
| 10/12/2007 | 11 | ORDER by Chief Judge Garland E. Burrell, Jr.: This action is REASSIGNED to Magistrate Judge Gary S. Austin, and the new case number is 1:07-cv-01080 LJO GSA. (Esteves, C) (Entered: 10/12/2007) |
| 11/14/2007 | 12 | NOTICE of CHANGE of ADDRESS by Nicole E. Perroton. (Perroton, Nicole) (Entered: 11/14/2007) |
| 12/13/2007 | 13 | ANSWER to COMPLAINT *by Lotus Developments and* by Nothern California Universal Enterprises Company. Attorney Hassing, Steven John added.(Hassing, Steven) (Entered: 12/13/2007) |
| 01/02/2008 | 14 | NOTICE by Roger McIntosh. *Joint Stipulation to Continue Case Management Conference And [Proposed] Order Continuing Case Management Conference* (Perroton, Nicole) (Entered: 01/02/2008) |
| 01/03/2008 | 15 | ORDER TO CONTINUE SCHEDULING CONFERENCE: Scheduling Conference currently set for 1/7/08 has been CONTINUED to 2/4/2008 at 08:30 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill signed by Judge Lawrence J. O'Neill on 1/3/08. (Lira, I) (Entered: 01/03/2008) |
| 01/03/2008 | 16 | CLERK'S NOTICE TO COUNSEL re 14 Notice *(Joint Stipulation and Order to Continue Case Management Conference)*: For future reference, when submitting a proposed order for the court's approval, please file your document using the appropriate event from the **Proposed Orders** category. Additionally, Local Rule 5-137(b) requires that you email the proposed order in word processing format to the appropriate Judge (see attached). (Hutcheson, C) (Entered: 01/03/2008) |
| 01/25/2008 | 17 | STIPULATION *Joint Stipulation to Continue Case Management Conference and [Proposed] Order Continuing Case Management Conference* by Roger McIntosh. (Perroton, Nicole) (Entered: 01/25/2008) |
| 01/30/2008 | 18 | JOINT STIPULATION and ORDER to Continue Case Management Conference - GRANTED and signed by Judge Anthony W. Ishii FOR Judge O'Neill on 1/29/08. (Scheduling Conference CONTINUED from 2/4/08 to 3/3/2008 at 08:30 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill.) (Hellings, J) (Entered: 01/30/2008) |
| 02/22/2008 | 19 | STIPULATION and PROPOSED ORDER Joint Stipulation To Continue Case Management Conference and Proposed Order by Roger McIntosh. (Perroton, Nicole) (Entered: 02/22/2008) |
| 02/25/2008 | 20 | STIPULATION and ORDER -GRANTED. Scheduling Conference currently set for 3/3/08 has been CONTINUED to 4/21/2008 at 08:30 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill signed by District Judge Lawrence J. O'Neill on 2/25/08. (Lira, I) (Entered: 02/25/2008) |

| | | |
|---|---|---|
| 02/26/2008 | 21 | SUBSTITUTION of ATTORNEY - PROPOSED, submitted by Roger McIntosh. (Braze, James) (Entered: 02/26/2008) |
| 02/28/2008 | 22 | ORDER SUBSTITUTING ATTORNEY signed by Magistrate Judge Gary S. Austin on 02/27/2008. Attorney James J. Braze added for Roger McIntosh and attorney Forrest A. Hainline, III terminated. (Lundstrom, T) (Entered: 02/28/2008) |
| 04/02/2008 | 23 | NOTICE *of Non-Availability of Counsel* by Nothern California Universal Enterprises Company. (Hassing, Steven) (Entered: 04/02/2008) |
| 04/10/2008 | 24 | JOINT PRETRIAL STATEMENT by Plaintiff Roger McIntosh. Attorney Travis, Jeffrey A added. (Travis, Jeffrey) (Entered: 04/10/2008) |
| 04/17/2008 | 25 | MINUTE ORDER: (TEXT ENTRY ONLY) Scheduling Conference currently set for 4/21/08 has been CONTINUED to 8/7/2008 at 08:15 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill signed by District Judge Lawrence J. O'Neill on 4/17/08. The Joint Scheduling Conference Statement must be filed seven days before the hearing date and e-mailed as a WordPerfect 8.0 or Word document to: ljoorders@caed.uscourts.gov. Telephonic appearances before District Judge O'Neill are encouraged. The parties may appear at hearings by telephone by arranging a one line conference call and telephoning the Court at (559) 499-5680.(Lira, I) (Entered: 04/17/2008) |
| 06/02/2008 | 26 | STIPULATION *TO AMEND THE COMPLAINT PURSUANT TO FRCP 15(a)* by Roger McIntosh. (Attachments: # 1 Proposed Order Granting leave to File Plaintiff's first Amended Complaint, # 2 First Amended Complaint for Copyright Infringement; Demand for Jury Trial)(Braze, James) (Entered: 06/02/2008) |
| 06/06/2008 | 27 | ORDER re Stipulation to File First Amended Complaint GRANTED. ( Amended Complaint due by 6/30/2008; Defendents' response shall be filed within 10 days after service of the amended complaint). Signed by Magistrate Judge Gary S. Austin on 6/6/2008. (Vasquez, J) (Entered: 06/06/2008) |
| 06/12/2008 | 28 | *FIRST* AMENDED COMPLAINT against THE CITY OF WASCO, a municipal corporation by Roger McIntosh.(Braze, James) (Entered: 06/12/2008) |
| 06/16/2008 | 29 | SUMMONS ISSUED as to *The City of Wasco* with answer to complaint due within *20* days. Attorney *James J. Braze* *Borton, Petrini, LLP* *1600 Truxtun Avenue* *Bakersfield, CA 93301*. (Flores, E) (Entered: 06/16/2008) |
| 06/26/2008 | 30 | SUMMONS RETURNED EXECUTED by Roger McIntosh. The City of Wasco served on 6/17/2008, answer due 7/7/2008. (Travis, Jeffrey) (Entered: 06/26/2008) |
| 07/03/2008 | 31 | STIPULATION re 28 Amended Complaint, 30 Summons Returned Executed *Stipulation Regarding Extension of TIme to File Responsive Pleading* by The City of Wasco. Attorney Okadigbo, Chaka Chuba added. (Okadigbo, Chaka) (Entered: 07/03/2008) |
| 07/21/2008 | 32 | *DEFENDANT CITY OF WASCO'S* ANSWER to AMENDED COMPLAINT, DEFENDANT(S) CROSSCLAIM against Nothern California Universal Enterprises Company by The City of Wasco.(Okadigbo, Chaka) (Entered: 07/21/2008) |
| 07/21/2008 | 33 | CROSSCLAIM against Nothern California Universal Enterprises Company by The City of Wasco.(Okadigbo, Chaka) (Entered: 07/21/2008) |

| | | |
|---|---|---|
| 08/01/2008 | 34 | STIPULATION and PROPOSED ORDER For Voluntary Dispute Resolution Process Pursuant to L.R. 16-271(i) by Roger McIntosh. (Braze, James) (Entered: 08/01/2008) |
| 08/01/2008 | 35 | STATEMENT of Amended Joint Case Management Conference Statement and Federal Rule of Civil Procedure, Rule 26(f) Report by Plaintiff Roger McIntosh. (Braze, James) (Entered: 08/01/2008) |
| 08/04/2008 | 36 | AMENDED DOCUMENT by Nothern California Universal Enterprises Company.. (Attachments: # 1 Proof of Service)(Hassing, Steven) (Entered: 08/04/2008) |
| 08/07/2008 | 37 | MINUTE ORDER: (TEXT ENTRY) Pursuant to this Court's order at the August 7, 2008 scheduling conference, the Court ORDERS the parties to file, no later than August 14, 2007, the appropriate document indicating whether they consent, or decline to consent, to the magistrate judge for all further proceedings. The magistrate judge consent form is available on this Court's website. (Kusamura, W) (Entered: 08/07/2008) |
| 08/14/2008 | 38 | SCHEDULING CONFERENCE ORDER: Expert Disclosure ddl 12/19/2008. Non-Expert Discovery ddl 1/6/2009. Expert Discovery ddl 02/06/2009. Pretrial Motion filing ddl 3/2/2009. Pretrial Motion Hearing ddl 04/02/2009. Pretrial Conference set for 4/22/2009 at 08:15 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill. Jury Trial set for 6/1/2009 at 08:30 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill, signed by District Judge Lawrence J. O'Neill on 08/12/2008. (Kusamura, W) (Entered: 08/14/2008) |
| 08/14/2008 | 39 | ANSWER to COMPLAINT *(FIRST AMENDED COMPLAINT)* by Nothern California Universal Enterprises Company.(Hassing, Steven) (Entered: 08/14/2008) |
| 08/26/2008 | 40 | MINUTE ORDER: (TEXT ENTRY ONLY) The Court has received and reviewed the Request for Supplemental Panel of Mediators. The Request is DENIED, as it is not provided as an option in Local Rule 16-271(e). Furthermore, in light of the high quality of the mediators provided, coupled with the inability of counsel to agree on one of the designated panel members, the Court does not elect to implement Local Rule 16-271(e)(3), thereby subjecting a panelist to parties who do not wish him to serve in the case. The trial date of June 1, 2009 is confirmed signed by District Judge Lawrence J. O'Neill on August 26, 2008. (Lira, I) (Entered: 08/26/2008) |
| 09/24/2008 | 41 | ANSWER to CROSSCLAIM by Nothern California Universal Enterprises Company(a Califonia Corporation).(Hassing, Steven) (Entered: 09/24/2008) |
| 11/14/2008 | 42 | STIPULATION *Regarding Filing of First Amended Cross-Complaint* by The City of Wasco( a municipal corporation). (Okadigbo, Chaka) (Entered: 11/14/2008) |
| 11/18/2008 | 43 | STIPULATION *Regarding Filing of First Amended Cross-Complaint (Wasco & McIntosh)* by The City of Wasco( a municipal corporation). (Okadigbo, Chaka) (Entered: 11/18/2008) |
| 11/18/2008 | 44 | FIRST AMENDED CROSSCLAIM against Nothern California Universal Enterprises Company(a Califonia Corporation) by The City of Wasco( a municipal corporation). (Okadigbo, Chaka) (Entered: 11/18/2008) |
| 12/02/2008 | 45 | ANSWER to CROSSCLAIM *of City of Wasco* by Nothern California Universal Enterprises Company(a Califonia Corporation).(Hassing, Steven) (Entered: 12/02/2008) |
| 12/19/2008 | 46 | NOTICE *of Non-Availability of Counsel* by The City of Wasco. (Okadigbo, Chaka) (Entered: 12/19/2008) |

| Date | # | Description |
|---|---|---|
| 12/26/2008 | 47 | STIPULATION *TO EXTEND DISCOVERY* by Roger McIntosh. (Attachments: # 1 Proposed Order)(Braze, James) (Entered: 12/26/2008) |
| 12/26/2008 | 48 | DECLARATION of IN SUPPORT OF STIPULATION TO EXTEND DISCOVERY AND EXPERT DISCLOSURE re 47 Stipulation. (Braze, James) (Entered: 12/26/2008) |
| 12/30/2008 | 49 | *Second* AMENDED COMPLAINT against DeWalt CM, Inc. by Roger McIntosh. (Braze, James) (Entered: 12/30/2008) |
| 12/30/2008 | 50 | MOTION to AMEND the COMPLAINT amending 49 Amended Complaint by Roger McIntosh. Motion Hearing set for 1/23/2009 at 09:30 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill. (Attachments: # 1 Points and Authorities in Support, # 2 Declaration of Jeffrey A. Travis in Support, # 3 Proposed Order)(Braze, James) (Entered: 12/30/2008) |
| 12/31/2008 | 51 | ORDER to Extend Discovery and Expert Disclosures signed by Magistrate Judge Gary S. Austin on 12/31/2008. (Esteves, C) (Entered: 12/31/2008) |
| 01/06/2009 | 52 | MINUTE ORDER (TEXT ONLY): The hearing on Plaintiff's 50 Motion to Amend the Complaint HAS BEEN RESET for **1/30/2009 at 09:30 AM in Courtroom 10 (GSA) before Magistrate Judge Gary S. Austin.** (Esteves, C) (Entered: 01/06/2009) |
| 01/12/2009 | 53 | NOTICE *of Designation of Rebuttal Expert* by Nothern California Universal Enterprises Company. (Attachments: # 1 Notice of Designation of Rebuttal Expert - Exhibit "A")(Hassing, Steven) (Entered: 01/12/2009) |
| 01/16/2009 | 54 | DESIGNATION/DISCLOSURE of EXPERT WITNESS by The City of Wasco. (Attachments: # 1 Exhibit Resume & Qualifications)(Okadigbo, Chaka) (Entered: 01/16/2009) |
| 01/29/2009 | 55 | MINUTE ORDER (TEXT ONLY): The hearing on Plaintiff's Motion to Amend the Complaint currently set for 1/30/2009 before Magistrate Judge Gary S. Austin HAS BEEN TAKEN OFF CALENDAR and TAKEN UNDER SUBMISSION. The parties DO NOT have to appear. The Court's order on the motion will be forthcoming. (Esteves, C) (Entered: 01/29/2009) |
| 02/04/2009 | 56 | ORDER Granting Plaintiff's 50 Motion For Leave to Amend The First Amended Complaint; ORDER Vacating Previously Scheduled Filing Deadlines and Hearing Dates signed by Magistrate Judge Gary S. Austin on 2/4/2009. *Amended Complaint due by 2/27/2009; Scheduling Conference set for 3/25/2009 at 09:30 AM in Courtroom 10 (GSA) before Magistrate Judge Gary S. Austin.* (Esteves, C) (Entered: 02/04/2009) |
| 02/09/2009 | 57 | *SUMMONS ON SECOND* AMENDED COMPLAINT against DeWalt CM, Inc. by Roger McIntosh.(Travis, Jeffrey) (Entered: 02/09/2009) |
| 02/09/2009 | 58 | *SECOND* AMENDED COMPLAINT against DeWalt CM, Inc. by Roger McIntosh. (Travis, Jeffrey) (Entered: 02/09/2009) |
| 02/11/2009 | 59 | SUMMONS ISSUED as to *DeWalt CM, Inc.* with answer to complaint due within *20* days. Attorney *Jeffrey A. Travis* *Borton Petrini* *56060 California Avenue, Suite 700, P.O. Box 2026* *Bakersfield, CA 93303-2026*. (Gil-Garcia, A) (Entered: 02/11/2009) |
| 02/23/2009 | 60 | CERTIFICATE of SERVICE by Roger McIntosh. (Travis, Jeffrey) (Entered: 02/23/2009) |

| | | |
|---|---|---|
| 02/23/2009 | 61 | MOTION to COMPEL *DISCOVERY* by Nothern California Universal Enterprises Company. Motion Hearing set for 4/3/2009 at 09:30 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill. (Hassing, Steven) (Entered: 02/23/2009) |
| 02/24/2009 | 62 | MINUTE ORDER (TEXT ONLY): The Hearing on Defendant Northern California Universal Enterprise Company's 61 Motion to Compel Discovery HAS BEEN RESET for 4/3/2009 at 09:30 AM in **Courtroom 10 (GSA) before Magistrate Judge Gary S. Austin.** (Esteves, C) (Entered: 02/24/2009) |
| 02/24/2009 | 63 | AMENDED MOTION to COMPEL amending 61 MOTION to COMPEL *DISCOVERY* by Nothern California Universal Enterprises Company. Motion Hearing set for 4/3/2009 at 09:30 AM in Courtroom 10 (GSA) before Magistrate Judge Gary S. Austin. (Hassing, Steven) (Entered: 02/24/2009) |
| 03/09/2009 | 64 | MINUTE ORDER (TEXT ONLY): Due to the Court's unavailability, the Scheduling Conference currently set for 3/25/2009 HAS BEEN CONTINUED to 4/15/2009 at 10:00 AM in Courtroom 10 (GSA) before Magistrate Judge Gary S. Austin. *The parties may appear telephonically by coordinating a conference call prior to calling chambers at (559) 499-5960. An updated Joint Scheduling Report shall be electronically filed in CM/ECF and e-mailed, in WordPerfect or Word Format, to gsaorders@caed.uscourts.gov one week prior to the conference.* (Esteves, C) (Entered: 03/09/2009) |
| 03/12/2009 | 65 | WITHDRAWAL of 63 AMENDED MOTION to COMPEL amending 61 MOTION to COMPEL *DISCOVERY*, 61 MOTION to COMPEL *DISCOVERY* by Nothern California Universal Enterprises Company. (Hassing, Steven) (Entered: 03/12/2009) |
| 03/16/2009 | 66 | ANSWER to AMENDED COMPLAINT by DeWalt CM, Inc.. Attorney Alexander, William L. added.(Alexander, William) (Entered: 03/16/2009) |
| 03/16/2009 | 67 | ANSWER to AMENDED COMPLAINT by The City of Wasco.(Okadigbo, Chaka) (Entered: 03/16/2009) |
| 03/26/2009 | 68 | *Northern California Universal Enterprsie Company and Lotus Developments* ANSWER to COMPLAINT *(SECOND AMENDED)* by Nothern California Universal Enterprises Company.(Hassing, Steven) (Entered: 03/26/2009) |
| 03/30/2009 | 69 | MOTION Seeking Leave of Court to File a Supplemental Pleading (Second Amended Cross-Complaint) by The City of Wasco( a municipal corporation). Motion Hearing set for 4/30/2009 at 08:30 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill. (Okadigbo, Chaka) (Entered: 03/30/2009) |
| 03/30/2009 | 70 | MEMORANDUM by The City of Wasco( a municipal corporation) in SUPPORT of 69 MOTION Seeking Leave of Court to File a Supplemental Pleading (Second Amended Cross-Complaint) MOTION Seeking Leave of Court to File a Supplemental Pleading (Second Amended Cross-Complaint). (Okadigbo, Chaka) (Entered: 03/30/2009) |
| 03/30/2009 | 71 | DECLARATION of Chaka C. Okadigbo in In Support of 69 MOTION Seeking Leave of Court to File a Supplemental Pleading (Second Amended Cross-Complaint) MOTION Seeking Leave of Court to File a Supplemental Pleading (Second Amended Cross-Complaint). (Okadigbo, Chaka) (Entered: 03/30/2009) |
| 03/31/2009 | 72 | MINUTE ORDER (TEXT ONLY): The hearing on Cross-Complainant City of Wasco's Motion Seeking Leave of Court to File a Supplemental Pleading 69 calendared for April 30, 2009 at 8:30 a.m. before District Judge O'Neill HAS BEEN RESET for **5/8/2009** at |

| | | |
|---|---|---|
| | | 09:30 AM in Courtroom 10 (GSA) before Magistrate Judge Gary S. Austin. (Esteves, C) (Entered: 03/31/2009) |
| 04/10/2009 | 73 | AMENDED DOCUMENT by Roger McIntosh.. *JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND FEDERAL RULE OF CIVIL PROCEDURE, RULE 26(f) REPORT* (Travis, Jeffrey) (Entered: 04/10/2009) |
| 04/15/2009 | 74 | MINUTES (Text Only) for proceedings held before Magistrate Judge Gary S. Austin: SCHEDULING CONFERENCE *HELD* on 4/15/2009 - Scheduling Conference Order to follow. Plaintiffs Counsel Jeffrey Travis (telephonic) present. Defendants Counsel Steven Hassing (telephonic) for Northern CA Universal Enterprises Company and Lotus Dev. LLP, Chaka Okadigbo (telephonic) for The City of Wasco, William Alexander (telephonic) for DeWalt CM. Inc. all present. (Esteves, C) (Entered: 04/15/2009) |
| 04/16/2009 | 75 | SCHEDULING CONFERENCE ORDER signed by Magistrate Judge Gary S. Austin on 4/16/2009. *Expert Disclosure: 6/5/2009; Supplemental Expert Disclosure: 6/25/2009; Nonexpert Discovery Cutoff: 7/6/2009; Expert Discovery Cutoff: 8/4/2009; Pretrial Motion Filing Deadlines - Non-Dispositive: 7/17/2009; Dispositive: 9/30/2009; Pretrial Motion Hearing: 10/30/2009; Pretrial Conference set for 12/17/2009 at 08:30 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill; Jury Trial set for 3/1/2010 at 08:30 AM in Courtroom 4(LJO) before District Judge Lawrence J. O'Neill.* (Esteves, C) (Entered: 04/16/2009) |
| 04/23/2009 | 76 | *THIRD* AMENDED COMPLAINT against all defendants by Roger McIntosh.(Travis, Jeffrey) (Entered: 04/23/2009) |
| 04/23/2009 | 77 | MOTION to AMEND the COMPLAINT by Roger McIntosh. Motion Hearing set for 5/22/2009 at 09:30 AM in Courtroom 10 (GSA) before Magistrate Judge Gary S. Austin. (Attachments: # 1 Points and Authorities In Support of Motion to Add Dennis W. De Walt, Inc., # 2 Declaration of Jeffrey A. Travis In Support of Motion to Add Dennis W. De Walt, Inc., # 3 Proposed Order to Add Dennis W. De Walt, Inc.)(Travis, Jeffrey) (Entered: 04/23/2009) |
| 04/23/2009 | 78 | *THIRD* AMENDED COMPLAINT against all defendants by Roger McIntosh.(Travis, Jeffrey) (Entered: 04/23/2009) |
| 05/06/2009 | 79 | MINUTE ORDER (TEXT ONLY): The hearing on Cross-Complainant City of Wasco's Motion Seeking Leave of Court to File a Supplemental Pleading 69 currently set for 5/8/2009 at 09:30 AM before Magistrate Judge Gary S. Austin HAS BEEN TAKEN OFF CALENDAR and TAKEN UNDER SUBMISSION. The Court's ruling on the motion shall be forthcoming. (Esteves, C) (Entered: 05/06/2009) |
| 05/15/2009 | 80 | MINUTE ORDER (TEXT ONLY): The hearing on Plaintiff's Motion to Amend The Complaint set for 5/22/2009 at 9:30 a.m. HAS BEEN TAKEN OFF CALENDAR and TAKEN UNDER SUBMISSION. The Court's order to follow. (Esteves, C) (Entered: 05/15/2009) |
| 05/21/2009 | 81 | ORDER Granting City of Wasco's 69 Motion to File Supplemental Pleading signed by Judge Magistrate Judge Gary S. Austin on 5/20/2009. (Esteves, C) (Entered: 05/21/2009) |
| 05/21/2009 | 82 | Second Amended CROSS-COMPLAINT For Contractual Indemnity by The City of Wasco.(Esteves, C) (Entered: 05/21/2009) |

| Date | # | Description |
|---|---|---|
| 05/21/2009 | 83 | ORDER Granting Plaintiff's 77 Motion to Add Dennis W. De Walt, Inc. Pursuant to FRCP 15(a)(2) signed by Judge Magistrate Judge Gary S. Austin on 5/21/2009. (Esteves, C) (Entered: 05/21/2009) |
| 06/05/2009 | 84 | DESIGNATION/DISCLOSURE of EXPERT WITNESS by The City of Wasco. (Okadigbo, Chaka) (Entered: 06/05/2009) |
| 06/22/2009 | 85 | NOTICE of VOLUNTARY DISMISSAL by Roger McIntosh. (Travis, Jeffrey) (Entered: 06/22/2009) |
| 06/23/2009 | 86 | ORDER DENYING 85 Plaintiff's Request to Dismiss Defendant DeWalt, CM, Inc., and ORDER DIRECTING Plaintiff and Defendant to File a Stipulation and Proposed Order to Dismiss the Defendant **no later than June 30, 2009**, signed by District Judge Lawrence J. O'Neill on 6/23/2009. (Jessen, A) (Entered: 06/23/2009) |
| 06/23/2009 | 87 | STIPULATION and PROPOSED ORDER for Dismissal of DeWalt CM, Inc. by Roger McIntosh. (Travis, Jeffrey) (Entered: 06/23/2009) |
| 06/25/2009 | 88 | ORDER DISMISSING DeWalt CM, Inc. as a Defendant in this Action, Without Prejudice, signed by District Judge Lawrence J. O'Neill on 6/25/2009. (Jessen, A) (Entered: 06/25/2009) |
| 07/16/2009 | 89 | NOTICE *OF NON-AVAILABILITY OF COUNSEL* by Lotus Developments, LLP. (Hassing, Steven) (Entered: 07/16/2009) |
| 07/16/2009 | 90 | NOTICE *(AMENDED) OF NON-AVAILABILITY OF COUNSEL* by Lotus Developments, LLP. (Hassing, Steven) (Entered: 07/16/2009) |
| 07/17/2009 | 91 | MOTION for 60 DAY EXTENSION OF TIME to Extend Discovery for Limited Purposes by Roger McIntosh. (Attachments: # 1 Points and Authorities in support of Motion to Extend Discovery, # 2 Declaration in support of Motion to Extend Discovery, # 3 Proposed Order to Extend Discovery for Limited Purposes)(Travis, Jeffrey) (Entered: 07/17/2009) |
| 07/20/2009 | 92 | MINUTE ORDER (TEXT ONLY): Plaintiff's 91 Motion to Extend Discovery has been noticed and SET FOR HEARING on 8/21/2009 at 09:30 AM in Courtroom 10 (GSA) before Magistrate Judge Gary S. Austin. (Esteves, C) (Entered: 07/20/2009) |
| 08/05/2009 | 93 | STIPULATION *in support of partial withdrawal of motion to extend discovery for limited purposes* by Roger McIntosh. (Travis, Jeffrey) (Entered: 08/05/2009) |
| 08/06/2009 | 94 | Joint Stipulation in Support of Partial Withdrawal of Motion to Extend Discovery for Limited Purposes signed by Magistrate Judge Gary S. Austin on 8/6/2009. (Figueroa, O) (Entered: 08/06/2009) |
| 08/19/2009 | 95 | MINUTE ORDER (TEXT ONLY): The hearing on Plaintiff's Motion to Extend Discovery For Limited Purposes currently set for 8/21/2009 at 9:30 AM before Magistrate Judge Gary S. Austin HAS BEEN TAKEN OFF CALENDAR and TAKEN UNDER SUBMISSION. The Court will issue an order. The parties DO NOT need to appear. (Timken, A) (Entered: 08/19/2009) |
| 08/20/2009 | 96 | ORDER Regarding 91 Plaintiff's Motion to Extend Discovery For Limited Purposes, signed by Magistrate Judge Gary S. Austin on 08/20/09.(New Nonexpert Discovery Deadline is 9/18/2009).(Gaumnitz, R) (Entered: 08/20/2009) |