BONIFACIO B. GARCIA (SBN 100761)
EVA M. PLAZA (SBN 250321)
CHAKA C. OKADIGBO (SBN 224547)
GARCIA CALDERON RUIZ, LLP
500 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
(213) 347-0210; Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH. <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC. *et al.* <br><br> Defendants. | Case No: 1:07-CV-01080-LJO-GSA <br><br> CROSS-COMPLAINANT CITY OF WASCO'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST CROSS-DEFENDANT NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY <br><br> Date: October 28, 2009 <br> Time: 8:30 a.m. <br> Dept.: 4 <br> Judge: Lawrence J. O'Neill |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on September 28, 2009, at 8:30 a.m. in Department 4, or as soon thereafter as counsel may be heard by the above-entitled Court, located at 2500 Tulare Street, Fresno, California, Cross-Complainant City of Wasco (the "City") will and hereby does move the Court for summary judgment against Cross-Defendant Northern California Universal Enterprises Company ("NCUE") on the ground that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law on Plaintiff's entire Second Amended Cross Complaint for the reasons that:

1. Cross-Defendant Northern California Universal Enterprises Company ("NCUE") contractually indemnified Cross-Complainant City of Wasco (the "City") against this action;

2. NCUE has failed to honor its obligation to defend the City against this action and as a result is currently responsible for reimbursing the City for legal costs that the City has expended, and will continue to expend, in defending this action.

This motion is based upon this *Notice of Motion and Motion*, the accompanying *Memorandum of Points and Authorities*, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: September 30, 2009        GARCIA CALDERON RUIZ, LLP

By: _____
CHAKA C. OKADIGBO
Attorneys for Defendant
CITY OF WASCO