GARCIA CALDERON RUIZ, LLP
Bonifacio Bonny Garcia (SBN 100761)
Chaka C. Okadigbo (SBN 224547)
500 South Grand Avenue, Suite 1100
Los Angeles, CA 90071
(213) 347-0210; Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

ROGER McINTOSH,

Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,

Defendants.

CITY OF WASCO.,

Cross-Complainant,

vs.

NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,

Cross-Defendant.

Case No: 1:07-CV-01080LJO-GSA

**DEFENDANT CITY OF WASCO'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST CROSS-DEFENDANT NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.**

Date: October 28, 2009
Time: 8:30 a.m.
Judge: Hon. Lawrence J. O'Neill
Department: 4

Moving Defendant CITY OF WASCO ("City"), submits the following Separate Statement of Undisputed Facts in Support of its Motion for Summary Judgment:

| **UNDISPUTED MATERIAL FACTS** | **SUPPORTING EVIDENCE** |
|---|---|
| 1. In 1993, Roger McIntosh submitted plans for a subdivision at Valley Rose Estates (the "Property") to the City of Wasco (the | 1. Exhibit "A" (Third Amended Complaint ¶¶ 15, 26) and Exhibit "B" (Northern California Universal Enterprise |

| | |
|---|---|
| "City"), which approved them. | Company and Lotus Developments Answers to Second Amended Complaint ¶ 26) attached thereto |
| 2. In or about 1994, construction in the Valley Rose Estates ceased and the project was cancelled, preventing the use of the McIntosh plans. | 2. Exhibit "A" (Third Amended Complaint ¶ 28) attached thereto |
| 3. Subsequent to the cessation of construction, the City obtained ownership of the Property in a tax sale. | 3. Exhibit "C" (McIntosh Deposition at 178:14-17) attached thereto |
| 4. On or about April 6, 2004, the City entered into a Purchase and Sale Agreement ("Purchase Agreement") in anticipation of development of the Property. | 4. Exhibit "D" (Second Amended Cross-Complaint for Contractual Indemnity ¶ 5) and, Ex. "E" (Purchase Agreement) attached thereto |
| 5. In the Purchase Agreement, Wasco Project acknowledged that it was purchasing the site "as is" and, in a "blighted condition" and that it had the responsibility for maintaining/improving the property and obtaining a "new subdivision map . . . for [it]." | 5. Exhibit "E" (Purchase Agreement ¶¶ 6.3, 6.4) attached thereto |
| 6. The Purchase Agreement included an indemnification clause calling for Wasco Project, LLC to indemnify and defend the City "from and against any and all claims . . . which arise out of . . . the ownership or operation of the Property." (Purchase Agreement ¶ 8) | 6. Exhibit "E" (Purchase Agreement ¶ 8) attached thereto |
| 7. On or about May 18, 2004, NCUE assumed Wasco Project's obligations under the Purchase and Sale agreement, including its duty to indemnify the City under the Purchase Agreement | 7. Exhibit "F" (Assignment ¶¶ B, C, 1, 2) attached thereto |
| 8. NCUE and the City understood, at the time of NCUE's assumption of Wasco Project's obligations under the Purchase Agreement, that NCUE would be required to obtain a new subdivision map for the property. | 8. Exhibit "F" (Assignment ¶¶ B, C, 1, 2; Purchase Agreement at ¶¶ 6.3, 6.4) attached thereto |
| 9. Defendant Wu cared only about price in his decision to become involved with the Valley Rose Estates | 9. Exhibit "G" (Wu Deposition, at 24:8-22) attached thereto. |
| 10. During the fall of 2006, NCUE began construction at the property. | 10. Exhibit "A" (Third Amended Complaint ¶ 28) and Exhibit "B" (Northern California Universal Enterprise Company and Lotus Developments Answers to Second Amended Complaint ¶ 26) attached thereto |

| | |
|---|---|
| 11. On or about February 20, 2007, NCUE entered into a Subdivision Agreement with the City which also included an indemnification clause obligating NCUE to indemnify and defend the City against all claims which arise due to any acts, omissions, or neglect on the part of NCUE or its agents. | 11. Exhibit "H" (Subdivision Agreement ¶ 10) attached thereto |
| 12. NCUE and the City understood, upon entry into the Subdivision Agreement that NCUE would need to obtain a new subdivision map for the property. | 12. Exhibit "F" (Assignment ¶¶ B, C, 1, 2) and Exhibit ("E") Purchase Agreement at ¶¶ 6.3, 6.4; ) attached thereto |
| 13. The Subdivision Agreement provided for NCUE's responsibility for the legal defense of any claim against the City which fell within the scope of the indemnity clause. | 13. Exhibit "H" (Subdivision Agreement"] ¶ 10) attached thereto |
| 14. The City did not supervise NCUE's development of the Valley Rose Estates subdivision project. | 14. Exhibit "E" (Purchase Agreement ¶ 6.4) attached thereto |
| 15. The City was not involved in the development of the Valley Rose Estates subdivision project. | 15. Exhibit "E" (Purchase Agreement ¶ 6.4) attached thereto |
| 16. On July 26, 2007, Roger McIntosh filed a complaint against NCUE, Lotus Developments, LP, and John Does 1-10 | 16. Civil Docket for E.D. Cal. No.: 1:07-cv-01080-LJO-GSA, Entry #1 |
| 17. McIntosh filed an amended complaint on June 12, 2008, against the City | 17. Civil Docket for E.D. Cal. No. 1:07-cv-01080-LJO-GSA, Entry #28 |
| 18. Currently, McIntosh is alleging copyright infringement against all defendants and contributory copyright infringement against the city | 18. Exhibit "A" (Third Amended Complaint ¶¶ 37-46) |
| 19. The City timely answered and filed a counterclaim against NCUE for contractual indemnification on July 21, 2008 | 19. Civil Docket for E.D. Cal. No. 1:07-cv-01080-LJO-GSA, Entry #32 |
| 20. On or about February 17, 2009, the City, by letter, requested that NCUE defend the City in the above captioned action. | 20. Exhibits "I" and "J" (Letters from Chaka C. Okadigbo to Steven J. Hassing dated February 17, 2009) attached thereto |
| 21. During February and March 2009, the City sent a series of emails and other correspondence, requesting that NCUE defend it against this action. | 21. Exhibits "I" and "J" (Letters from Chaka C. Okadigbo to Steven J. Hassing dated February 17, 2009) and Exhibit "K" (Letter from Chaka C. Okadigbo to Steven J. Hassing dated March 25, 2009) attached thereto |

| | |
|---|---|
| 22. NCUE has refused these demands | 22. Exhibit "L" (Letter from Steven J. Hassing to Chaka C. Okadigbo dated February 17, 2009) and Exhibit "K" (Letter from Chaka C. Okadigbo to Steven J. Hassing dated March 25, 2009) attached thereto |

Dated: September 30, 2009

Respectfully submitted,

**GARCIA CALDERON RUIZ, LLP**

By:____________________
Chaka C. Okadigbo
Attorneys for Defendant/Cross-Complainant,
CITY OF WASCO