BONIFACIO B. GARCIA (SBN 100761)
ALBERT A. ERKEL, JR. (SBN 93793)
CHAKA C. OKADIGBO (SBN 224547)
GARCIA CALDERON RUIZ, LLP
500 South Grand Avenue, Suite 1100
Los Angeles, California 90071
Tel: (213) 347-0210; Fax (213) 347-0216

Attorneys for CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER MCINTOSH,<br><br>     Plaintiffs,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC. *et al.*,<br><br>     Defendants. | Case No: 1:07-CV-01080-LJO-GSA<br><br>**PROOF OF SERVICE** |

I, Carolyn Dominguez, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 500 S. Grand Ave., Suite 1100, Los Angeles, CA 90071.

On **September 30, 2009**, I served the following documents:

(1) Defendant City of Wasco's Notice of Motion and Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Issues;
(2) Memorandum of Points and Authorities in Support of Defendant City of Wasco's Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Facts;
(3) Declaration of Chaka C. Okadigbo in Support of Defendant's Summary Judgment Motion;
(4) Defendant City of Wasco's Separate Statement of Undisputed Facts in Support of Motion for Summary Judgment and Motion for Summary Adjudication Against Plaintiff Roger McIntosh;
(5) Cross-Complainant City of Wasco's Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgment;
(6) Defendant City of Wasco's Separate Statement of Undisputed facts in Support of Motion for Summary Judgment and Motion for Summary

|   |   |   |
|---|---|---|
| | | Adjudication Against Plaintiff Roger McIntosh; |
| | (7) | Declaration of Chaka C. Okadigbo in Support of Defendant's Summary Judgment Motion; |
| | (8) | Declaration of James Zervis in Support of City of Wasco's Motion for Summary Judgment; |
| | (9) | Declaration of Robert Edward Wren in Support of Defendant City of Wasco's Motion for Summary Judgment; |
| | (10) | Declaration of Dennis McNamara in Support of City of Wasco's Motion for Summary Judgment; |
| | (11) | Defendant City of Wasco's Notice of Motion and Motion for Summary Judgment |

On the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

    Jeffrey A. Travis, Esq.
    Borton Petrini, LLP
    5060 California Ave., Suite 700
    Bakersfield, CA 93303

    Steven J. Hassing, Es.
    Law Offices of Steven J. Hassing
    425 Calabria Court
    Roseville, CA 95747

    William L. Alexander, Esq.
    Alexander & Associates
    1925 "G" Street
    Bakersfield, CA 93301

**BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed, **September 30, 2009**, Los Angeles, California.

                                      Carolyn Dominguez