**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER McINTOSH, | CASE NO. CV F 07-1080 LJO GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC., et al, | |
| Defendants. / | |
| AND RELATED CROSS-ACTION. | |
| / | |

Defendants Northern California Universal Enterprises Company, Inc., Lotus Developments, L.P. and City Wasco filed summary judgment/adjudication points and authorities which exceed this Court's 25-page limit. *See* Standing Order, doc. 7, page 6.  As such, this Court ORDERS defendants Northern California Universal Enterprises Company, Inc., Lotus Developments, L.P. and City Wasco, no later than 12 p.m. on October 5, 2009, to file papers to show cause why this Court should not impose sanctions, including striking the points and authorities, for disobedience of the Standing Order.

IT IS SO ORDERED.

**Dated:    October 1, 2009**                      **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

1