Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**MEMORANDUM BY DEFENDANTS, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE COMPANY AND LOTUS DEVELOPMENTS, L.P. RE COURT'S ORDER TO SHOW CAUSE**<br><br>**JUDGE: Lawrence J. O'Neill** |

Steven J Hassing, attorney for Northern and Lotus, simply forgot about this Court's Standing Order filed July 27, 2007 which limited briefs to 25 pages without seeking leave for variance.  The result was Hassing's filing of a brief containing 8 pages more than this Court's 25 page limit.  Hassing has submitted a declaration herewith apologizing for his mistake.

An extraordinary amount of time was spent marshalling the facts, researching the law, writing the brief and preparing the supporting documents.  Although this Court

would be justified in penalizing Hassing, Northern and Lotus should not have their entire brief stricken because of Hassing's inadvertent and unintentional <u>eight page</u> mistake.

Had Hassing properly applied for leave to file a brief containing 8 additional pages good cause would have been shown and this Court would likely have granted the application.  The grounds for summary judgment in this case are vast, including implied license, merger, independent creation, substantial similarity, latches, estoppel and unclean hands.  Considerable space is taken up in detailing the law and facts relevant to those many defenses.

The Court is asked to consider this memorandum as a belated request for leave to exceed the 25 page limit by 8 pages.

**ALTERNATIVE REMEDIES FOR VIOLATION OF THE STANDING ORDER**

This Court is urged to consider remedies other than striking the brief.  Three options are listed below in order of Defendants' preference.  Defendants suggest that the first alternative is the fairest.

**First**---Since trial is not scheduled to begin until March 1, 2010, there is plenty of time to hear a summary judgment motion well in advance of trial.  The cut off date for a hearing is presently October 30, five months prior to trial.  Northern asks this Court to consider moving the deadline back two weeks to allow Plaintiff additional time to deal with the 8 extra pages of brief.  In addition, Plaintiff should be granted leave to exceed, by 8 pages, the 25 page limit for his opposition brief.  In the event the motion is denied we would still be four and a half months away from trial.  Hearing on Plaintiff's motion could remain as scheduled, October 28.

**Second**--- Again, realizing that trial is presently six months into the future, the Court could extend the hearing date and allow Northern to shorten the brief to 25 pages by striking parts thereof.  Although difficult, it could be done within 2 or 3 days of this Court's Order allowing it.

**Third**--- Still extremely unfair to Northern and Lotus, but preferable to striking the entire brief, this Court could strike the final 8 pages.

The goal is justice.  If it takes 33 pages to adequately demonstrate that Plaintiff cannot prevail at trial everyone, including this Court and Plaintiff, would be better served by summary judgment.  A three week jury trial, if Plaintiff cannot prevail, will clog the court and cost Plaintiff, as well as Defendants, a lot of money.

For these reasons, this Court is respectfully asked to allow the brief---with the 8 extra pages---provide additional time and a similar page limit waiver to plaintiff ---and sanction Hassing a reasonable amount for his inadvertent mistake.

Dated this 2nd day of October, 2009      /s/ Steven J. Hassing, Esq.
                                         Steven J Hassing, Attorney for Defendants.
                                         Northern and Lotus

# CERTIFICATE OF SERVICE

1.    On October 2, 2009, I served the following document:

- **MEMORANDUM BY DEFENDANTS, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE COMPANY AND LOTUS DEVELOPMENTS, L.P. RE ORDER COURT'S OSC**

2.    The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

Irma Lira
Courtroom Clerk
United States District Court
Courtroom 4
2500 Tulare Street
Fresno, CA  93821

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 2nd day of October, 2009.

                                               /s/ Kimberley A. Hassing
                                               Kimberley A. Hassing