Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California
Universal Enterprise Company and Lotus
Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH, <br><br> Plaintiff(s); <br> v. <br><br> NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL., <br><br> Defendant(s). | No.  1:07-CV-01080-LJO-GSA <br><br> **DECLARATION OF STEVEN J. HASSING IN COMPLIANCE WITH THIS COURT'S ORDER TO SHOW CAUSE** <br><br> **JUDGE: Lawrence J. O'Neill** |

I, Steven J Hassing, declare;

1.      I am the attorney representing Northern and Lotus in this action and have been

since the case was filed.

2.      I am a sole practitioner and have been a practicing attorney for 33 years.

3.      Now that it has been brought to my attention, I remember receiving---and reading-

---this Court's July 27, 2007 Standing Order regarding the length of briefs.

1

4.      However, prior to receiving the OSC, I had completely forgotten about the

Standing Order received over two years ago.

5.      While in the process of writing the brief, I investigated the rules regarding brief

lengths.  I read all of the local rules, particularly 5-133, 56-260 and 78-230.

6.      I noted that rule 5-133(f) addressed briefs and other documents exceeding 25

pages and provided instruction on how to handle them, but found nothing in the local

rules regarding limitation of pages.

7.      Prior to filing the motion, and on more than one occasion, I conferred with Chaka

Okadigbo, attorney for the City of Wasco, regarding the procedural requirements for our

respective motions.  Neither the Standing Order nor a 25 page limit ever came up in any

of our conversations as evidenced by the OSC having been also addressed to him.

8.      I have spent a great deal of time and energy working on this summary judgment

motion.  Realizing that judges generally prefer succinct briefs my goal was to keep the

brief as short as possible while adequately covering the facts and law.  Notwithstanding

that fact, I struggled with length because of the numerous grounds upon which summary

judgment could be based in this case and the extensive body of law applicable thereto.

9.      The foregoing is meant to explain, not excuse, my mistake.  I obviously should

have gone back and reviewed all orders issued since the inception of this case.  **I am**

**sorry for making the mistake and I meant no disrespect to this Court or other**

**counsel**.

///

///

1    I declare, under penalty of perjury, under the laws of the United States of America

2    that the foregoing is true and correct.

3

4

5    Dated this 2nd day of October, 2009 _____ /s/ Steven J. Hassing, Esq. _____

                                            Steven J Hassing, Attorney for Defendants.
6                                           Northern and Lotus

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

1.    On October 2, 2009, I served the following document:

- **DECLARATION OF STEVEN J. HASSING IN COMPLIANCE WITH THIS COURT'S ORDER TO SHOW CAUSE**

2.    The above-named document was served by the following means to the persons as listed below:

__XX__    United States Mail, first class postage fully prepaid and addressed to:

Irma Lira
Courtroom Clerk
United States District Court
Courtroom 4
2500 Tulare Street
Fresno, CA  93821


James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301


Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071


William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301


By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 2nd day of October, 2009.

/s/ Kimberley A. Hassing
Kimberley A. Hassing

4