BONIFACIO B. GARCIA (SBN 100761)
EVA M. PLAZA (SBN 250321)
CHAKA C. OKADIGBO (SBN 224547)
GARCIA CALDERON RUIZ, LLP
500 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
(213) 347-0210; Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH.<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC. *et al.*<br><br>　　　　Defendants. | Case No: 1:07-CV-01080-LJO-GSA<br><br>**SECOND DECLARATION OF CHAKA C. OKADIGBO RE: COURT'S ORDER TO SHOW CAUSE FOR NONISSUANCE OF SANCTIONS**<br><br>Date:　October 28, 2009<br>Time:　8:30 a.m.<br>Dept.:　4<br>Judge:　Lawrence J. O'Neill |

I, Chaka C. Okadigbo, declare as follows:

　　　　1.　　I have firsthand personal knowledge of the facts set forth below, except as to and, if called as a witness, could and would competently testify thereto under oath.

　　　　2.　　I filed another declaration in this matter in response to the Court's Order to Show Cause why sanctions should not be issued against the City of Wasco. I misread the Court's Order, thinking that my filing was due by 12 a.m., instead of 12 p.m. It was only after Mr. Hassing called me at noon that I realized my response to the Court's Order was due earlier.

/ / /

/ / /

/ / /

1        3.      I completely apologize to the Court for this error and humbly request that the
2  Court overlook my transgressions.

3        I declare under penalty of perjury that the foregoing is true and correct.

4        Executed this 5th day of October, 2009, at Los Angeles, California.

                                                                 Chaka C. Okadigbo