Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**NORTHERN'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS OPPOSITION TO CITY OF WASCO'S SUMMARY JUDGMENT MOTION**<br><br>**JUDGE: Lawrence J. O'Neill** |

| UNDISPUTED MATERIAL FACTS: | SUPPORTING EVIDENCE: |
|---|---|
| 1. In November of 2003 The City of Wasco created and distributed a Developer Information Package which contained a copy of Martin- McIntosh's Tentative Map 5472 | 1. Sixth to last page of Exhibit "A" to Declaration of Darrell Souza. |
| 2. At the time Wasco sold the land to Lotus, Wasco knew that Martin-McIntosh claimed a copyright interest in Map 5472 by virtue of prior litigation in | 2. Exhibit "C" to Hassing Declaration (see provisions 8, 9, and 13 of the MM/Legacy Contract attached to December, 1994 complaint by Martin- |

| | |
|---|---|
| which they were embroiled between 1994 and 2001. The Complaint in that action had attached to it as an exhibit, a contract which McIntosh claims denotes his copyright interest. | McIntosh). |
| 3. Northern did not intend to indemnify Wasco for intentional acts committed prior to Lotus's purchase of the land. | 3. Para 3, Wu Declaration |
| 4. Northern did not intend to indemnify Wasco for intentional acts of Wasco committed separate and apart from any acts, omissions or neglect of Northern. | 4. Para 3, Wu Declaration. |
| 5. Danny Espita, the mayor of Wasco at the time that the property was sold to Lotus and who executed the assignment agreement by which Northern's obligations arose, did not even consider copyright at the time the sales agreement was entered into. | 5. Page 7, Lines 7-9 to the January 29, 2009 deposition of Danny Espita attached as Ex "A" , Hassing Dec.<br><br>Page 11; 16- 12; 14 January 29, 2009 deposition of Danny Espita; Ex. "A" to Hassing Dec. |
| 6. At the time the Subdivision Agreement was signed, Larry Pennell was the Wasco City manager and he executed the agreement on behalf of Wasco. | 6. Page 7, Lines 4-7 to the January 29, 2009 deposition of Larry Pennell attached as Ex "B" , Hassing Dec. |
| 7. Until late 2008, Pennell had no knowledge of any copyright claim effecting the subdivision. | 7. Page 10, line 16 to page 11, line 19 to the January 29, 2009 deposition of Larry Pennell attached as Ex "B", Hassing Dec |

Dated this 18 day of October, 2009        /s/ Steven J. Hassing, Esq.
                                                                Steven J Hassing, Attorney for
                                                                Northern

# CERTIFICATE OF SERVICE

1. On October 19, 2009, I served the following document:

   - **NORTHERN'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS OPPOSITION TO CITY OF WASCO'S SUMMARY JUDGMENT MOTION**

2. The above-named document was served by the following means to the persons as listed below:

__XX__  United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 19th day of October, 2009.

/s/ Kimberley A. Hassing
Kimberley A. Hassing