Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                    Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                    Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**NORTHERN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NORTHERN'S OPPOSITION TO THE CITY OF WASCO'S SUMMARY JUDGMENT MOTION**<br><br>**JUDGE: Lawrence J. O'Neill** |

Northern request that this Court take Judicial Notice of the following documents pursuant to Rule 201 of the Federal Rules of Evidence;

1. Complaint filed in Case Number 227661 AEW in Kern County Superior Court on December 29, 1994 with Exhibit "A" attached.

2. The declaration of Michael Brown and Exhibit "F" thereto filed in this action on September 28, 2009.  (Now attached hereto as Exhibit "B").

Dated this 18th day of October, 2009        /s/ Steven J. Hassing, Esq.
                                            Steven J Hassing, Attorney for Northern

1

**CERTIFICATE OF SERVICE**

1. On October 19, 2009, I served the following document:

   - **NORTHERN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NORTHERN'S OPPOSITION TO THE CITY OF WASCO'S SUMMARY JUDGMENT MOTION**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 19 day of October, 2009.

/s/ Kimberley A. Hassing
Kimberley A. Hassing

2