Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California*
*Universal Enterprise Company and Lotus*
*Developments LP*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF JOE WU IN SUPPORT OF NORTHERN'S OPPOSITION TO THE CITY OF WASCO'S SUMMARY JUDGMENT MOTION**<br><br>**JUDGE: Lawrence J. O'Neill** |
| CITY OF WASCO,<br><br>Cross-Complainants(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>Cross-Defendant(s) | |

I, Joe Wu, declare;

1.      I am over eighteen years of age and have personal knowledge of each fact stated

herein.

2.      I am president of Northern California Universal Enterprise Company and was the person responsible for negotiating and executing both the Purchase Agreement by which Lotus purchased Parcel 1 from The City and the Subdivision Agreement of February, 2007.

3.      I did not, at the time either agreement was executed, intend that Northern would be responsible for indemnifying or defending The City of Wasco for claims arising from The City's own intentional or wrongful acts.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 13th day of October, 2009

Joe Wu

## CERTIFICATE OF SERVICE

1. On October 19, 2009, I served the following document:

   - **DECLARATION OF JOE WU IN SUPPORT OF NORTHERN'S OPPOSITION TO THE CITY OF WASCO'S SUMMARY JUDGMENT MOTION**

2. The above-named document was served by the following means to the persons as listed below:

___XX___   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 19th day of October, 2009.


/s/ Kimberley A. Hassing
Kimberley A. Hassing

Declaration of Joe Wu in Support of Northern's Opposition to The City of Wasco's Summary Judgment Motion