Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California*
*Universal Enterprise Company and Lotus*
*Developments LP*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF DARRELL SOUZA IN SUPPORT OF NORTHERN'S OPPOSITION TO THE CITY OF WASCO'S SUMMARY JUDGMENT MOTION**<br><br>**JUDGE: Lawrence J. O'Neill** |
| CITY OF WASCO,<br><br>Cross-Complainants(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>Cross-Defendant(s) | |

I, Darrell Souza, declare:

1.     I am over 18 years of age, have personal knowledge of each fact stated below, and could competently testify to same in court.

2.      I am a licensed real estates broker and represented Lotus Developments, L.P. and Northern California Universal Enterprises Company in the purchase by Lotus of Parcels 1 and 3 of the Valley Rose Estates Subdivision.

3.      In late 2003 or early 2004, I received a marketing booklet from the City of Wasco entitled "Developer Information Package, a true and correct copy of which is attached hereto as Exhibit "A".

I declare under penalty of perjury under the laws of California and of the United States that the foregoing is true and correct.

Dated this 15th day of October, 2009

Darrell Souza

Declaration of Darrell Souza in Support Northern's Opposition to the City of Wasco's Summary Judgment Motion

**CERTIFICATE OF SERVICE**

1.  On October 19, 2009, I served the following document:

    - **DECLARATION OF DARRELL SOUZA IN SUPPORT OF NORTHERN'S OPPOSITION TO THE CITY OF WASCO'S SUMMARY JUDGMENT MOTION**

2.  The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 19th day of October, 2009.

/s/ Kimberley A. Hassing
Kimberley A. Hassing

# EXIBIT  A   SOUZA DEC



ROSE CAPITAL OF THE NATION

# Developer Information Package

# (Wasco Valley Rose Golf Course)
# and
# (Valley Rose Estates)

**November 2003**

## TABLE OF CONTENTS

I.      LOCATION OVERVIEW                                SECTION I

II.     SITE OVERVIEW                                    SECTION II

        Wasco Valley Rose Golf Course

        Valley Rose Estates

III.    RESIDENTIAL DEVELOPMENT OUTLOOK                  SECTION III

IV.     CITY'S DEVELOPMENT INCENTIVE PROGRAM             SECTION IV

V.      ANTICIPATED TIMELINE OF EVENTS                   SECTION V


APPENDIX A – *Wasco Valley Rose Golf Course Financial Statements Year Ending June 2003*

APPENDIX B – *Feasibility Study for the Wasco valley Rose Golf Course and Adjacent Land in the City of Wasco, prepared by NGF Consulting and dated December 2002*

APPENDIX C – *Maps*

SECTION I

**CITY OF WASCO**

## CITY OF WASCO



SECTION II

SECTION III

SECTION IV

SECTION V

CITY OF WASCO 

## LOCATION OVERVIEW

The City of Wasco, located approximately 25 miles northwest of Bakersfield, 100 miles south of Fresno, 130 miles north of Los Angeles, and 250 miles south of San Francisco and Sacramento, is known as the rose Capital of the Nation.

Wasco's central location within California provides excellent accessibility to all major markets within the State and is convenient for interstate commerce as well. Wasco also provides convenient access to a variety of recreational opportunities including sailing, fishing, skiing, hiking, climbing, as well as theater, theme parks, and much more in the nearby destinations of the High Sierras, the Pacific Coast, Los Angeles, Sequoia and Yosemite National Parks.

Wasco's population of 22,000 resides within 7.5 square miles. The largest employers are Jackson and Perkins Rose Producers and the Wasco State prison each employing 1200, followed by the School District and agriculture. In the 2000 Census the City of Wasco had the second fastest growing population within Kern County of 71%.

The City of Wasco is located in the Northwest portion of Kern County. Two major highways run through the City of Wasco, Highway 43 which runs parallel with Highway 99 and Highway 46 which runs west from Highway 99 to Coast Highway 101. Wasco is the only City on Highway 46 in Kern County and the City of Paso Robles anchors Highway 46 in San Luis Obispo County on Coast Highway 101. Visitors to Wasco can access the community from Highway 99, Interstate 5, Highway 46 and Highway 43.

Wasco's economy is based primarily on agriculture production and agricultural-related industries. Although the City will always have a large portion of its economy in agriculture the City has started to aggressively pursue non-agricultural industry and commercial businesses. The City is marketing a fully developed 72-acre industrial park and 318 acres of vacant land south of the prison. Wasco is also considered a bedroom community with citizens commuting 30 miles to Bakersfield during the day and returning to Wasco in the evening.

SECTION II

SECTION II

**CITY OF WASCO** 

## SITE OVERVIEW

Wasco Valley Rose Golf Course

In the early 1990's, the Wasco Public Finance Authority purchased 155.16 acres of farmland and developed an 18-hole professional municipal golf course which was named the Wasco Valley Rose Golf Course. Valley Rose is a Bob Putnam-designed, public GPA rated golf course open seven days a week. The clubhouse has a small restaurant, pro-shop and banquet room. Wasco Valley Rose historically experiences between 39,000 to 50,000 rounds of play per year.

The Wasco Valley Rose Golf Course is located at the intersection of State Highway 46 and Leonard Avenue in the northwestern sector of Kern County, California. It is approximately 28 miles from downtown Bakersfield via State Highway 99, a major connector to the Central San Joaquin Valley Area. Route 46 (Paso Robles Highway) connects Route 99 to Interstate 5, which provides access to northern and southern California.





3

## CITY OF WASCO



The following is the 2003 rate schedule for the Wasco Valley Rose Golf Course:

**GREEN FEES**

|  | 18 Hole | 9 Hole |
|---|---|---|
| Weekday Green Fees | $16.00 | $8.50 |
| Weekend/Holiday | 18.00 | 9.50 |
| Twilight |  |  |
|   Weekday | 9.00 | N/A |
|   Weekend | 10.00 | N/A |
| Junior (weekday only) | 5.00 | N/A |

**CARTS**

|  | 18 Hole | 9 Hole |
|---|---|---|
| Golf Cart 2 Rider | $16.00 | $12.00 |
| Pull Cart | 18.00 | N/A |
| Club Rental | 10.00 | 5.00 |

**DRIVING RANGE**

|  |  |  |
|---|---|---|
| Small Bucket | $16.00 | $12.00 |
| Large Bucket | 18.00 | N/A |

**SENIOR RATES**

|  |  |  |
|---|---|---|
| Senior 60 yrs. (weekday only) | $ 9.00 | N/A |
| Senior Cart | 17.00 | N/A |

**PREFERRED PLAYER CARD**

|  |  |  |
|---|---|---|
| Walk |  |  |
|   Unlimited Play | $900.00 | N/A |
|   Senior | 800.00 | N/A |
| Ride |  |  |
|   Unlimited Play | $650.00 | $ 9.00 cart |
|   Senior | 525.00 | 8.00 cart |

For additional information regarding the economic viability of the Valley Rose Golf Course please refer to the "Feasibility Study for the Wasco Valley Rose Golf Course and Adjacent Land in the City of Wasco" prepared by NGF Consulting, Jupiter, FL, dated December 2002, and enclosed as Exhibit B.

Also attached as Exhibit A are the Financial Statements for the Wasco Valley Rose Golf Course dated June 30, 2002 and June 30, 2003.



## CITY OF WASCO

Valley Rose Estates

The City and the Wasco Community Development Corporation recently purchased, through a property tax sale, 97 acres of residential and commercial land adjacent to the golf course of which 34 acres has infrastructure. This property is part of the approximately 468 acre unfinished master planned community named the Valley Rose Estates that lies to the west and north of the golf course property. Infrastructure including roadways and water lines were developed on a 34-acre parcel within the City-owned land.   A location map, assessor's parcel map, Final Parcel Map 9572, Tentative Tract Maps # 5472 and #5618, zoning map, sewer and water map are included as Appendix C herein.



5

CITY OF WASCO



A Land Use Plan prepared in 1992 proposed the development of a wide variety of housing product including estate homes, single family homes, garden homes and multi-family apartments/condos.  Housing densities range from 4 dwelling units pr acre to 13 dwelling units per acre with a potential dwelling unit count of 2,342 units.  The community was seen primarily as a senior retirement community.  The plan suggested the addition of 9 golf-holes to the course.  There are several plan documents currently on file with the City that were developed in the early 1990's.  The City fully expects and anticipates the direction and design of this project to change to meet the current goals and needs of both the City and a potential purchaser of the property.

The site is about four miles west of the central area of the City of Wasco and about one mile west of the developed areas of the city.  New commercial development in Wasco has occurred along State Highway 46 to the east of the subject property.

Accessibility to the site is excellent via State Highway 46.  Despite the distance to Bakersfield, travel times to the site under most conditions are approximately 30 – 35 minutes.  Access is also available from the western Bakersfield area via State Road 43 through the City of Shafter located to the south of Wasco.

SECTION III

CITY OF WASCO 

**RESIDENTIAL DEVELOPMENT OUTLOOK**

Demand for residential development in the Wasco area can be expected to continue to grow over the next ten years.  This is based on the expected pace of growth in housing demand, the current locational focus of new development, and lower residential land costs in the Wasco area.

The site adjacent to the golf course is appropriate for residential development along with supporting commercial development.  The size and configuration of the site lends itself to the development of a planned residential community.  Development is supportable from a market perspective.  Such a development could stimulate plans that would improve golf course performance.

Development on the land adjacent to the golf course will require the commitment of an investor/developer to a long-range development program.  With approximately 470 acres potentially available, even at modest densities, the site could accommodate well in excess of 1,000 units.  (The initial Land Use Plan prepared in 1992 showed a build out of in excess of 2,300 units).  Thus, the development program would likely require a 6-10 year absorption period to achieve build-out, once the program was initiated.

The City of Wasco currently has very few new above market housing opportunities. In the early 1990's, Silvertree Estates was constructed with minimum lot sizes of 10,000 sq. ft. and homes selling for between $170,000 and $250,000.  26 of the 27 lots in Silvertree Estates are developed and the remaining lot is privately held.  In the mid-1990's, five ½ acre lots were developed as part of a separate tract.  All five sold within 6 months of development.  Because there have been no new above market housing opportunities, Wasco residents looking to "buy up" and professionals and/or retirees relocating to Wasco have very few housing options.  Some residents are moving into Bakersfield in order to find this type of product.

There are a number of housing market segments that are appropriate for the residential development.  Given the pace and timing of anticipated development, it is likely that a mix of target markets would result in a faster absorption rate of new housing.  These segments include:

Primary-home users – housing for move-up buyers form the Bakersfield and Wasco market areas, and moderately priced new housing for new residents moving to the area.  These segments would generally have preference for single-family homes, model homes, and lots.  Typical age range for these groups would be 35 – 55 years of age with household incomes above $75,000.

**CITY OF WASCO** 

Retirees and pre-retirees – permanent homes for retirees from the Bakersfield area or new residents moving into the area. The presence of the golf course would be a strong attraction. This segment would generally prefer single-family homes, model homes, and lots. The pre-retirees generally would have a higher preference for lots. Pre-retirees are typically 50 – 60 years of age. They would have household incomes above $75,000. Retirees would generally be 60 years of age and older. Incomes would typically be $50,000 and above.

The following are housing prices for similar golf course developments in the City of Bakersfield:

Seven Oaks:
Home prices range from $300,000 - $1,000,000 +
Undeveloped golf course lots range from $130,000 - $300,000 +

Riverlakes Ranch:
Home prices range from $95,000 - $1,000,000
Undeveloped golf course lots range from $31,000 – $135,000

The *"Feasibility Study for the Wasco Valley Rose Golf Course and Adjacent Land in the City of Wasco"*, attached as Exhibit B, describes in more detail the Wasco residential market.

**Single Family Residential Development Fees:**

The table below shows typical single-family dwelling unit permit fees for the City of Wasco:

| Fee | Amount | Unit of Measurement |
|---|---|---|
| Building Permit | 1% (2,000 sq. ft. and above) | Of total valuation |
| SMI | .001 | Of total valuation |
| School Fee | $ 2.14 | Per sq. ft. |
| Traffic Impact Fee | 685.00 | Per dwelling unit |
| Trash Container Fee | 155.00 | Per dwelling unit |
| Water | 1,150.00 | Per dwelling unit |
| Sewer | 1,944.00 | Per dwelling unit |
| Storm Drain | 1,000.00 | Per gross acre |

**CITY OF WASCO** 

The following are example fee calculations for two hypothetical single-family residences in Valley Rose Estates:

Example #1:  1,775 sq. ft. with a 670 sq. ft. garage and a 90 sq. ft. porch – (Total Valuation of $11,274.65)

| | | |
|---|---|---|
| Building Permit Fee | $113,274.65 x 1.2% = | $ 1,359.28 |
| SMI | $113,274.65 x .0001 = | 11.33 |
| School Fee | 1,775 sq. ft. x $2.14 = | 3,798.50 |
| Traffic Impact Fee | | 685.00 |
| Trash Container Fee | | 155.00 |
| Water | | 1,150.00 |
| Sewer | | 1,944.00 |
| Storm Drain | | 223.83 |
| Site Plan Review | | 10.00 |
| **Total** | | **$9,336.94** |

Example #2:  3,717 sq. ft. with a 681 sq. ft. garage and a 330 sq. ft. porch – (Total Valuation of $225,675.93)

| | | |
|---|---|---|
| Building Permit Fee | $225,675.93 x 1.2% = | $ 2,256.76 |
| SMI | $225,675.93 x .0001 = | 22.57 |
| School Fee | 3,717 sq. ft. x $2.14 = | 7,954.38 |
| Traffic Impact Fee | | 685.00 |
| Trash Container Fee | | 155.00 |
| Water | | 1,150.00 |
| Sewer | | 1,944.00 |
| Storm Drain | | 223.83 |
| Site Plan Review | | 10.00 |
| **Total** | | **$14,401.54** |

SECTION IV



CITY OF WASCO

## CITY SPONSORED DEVELOPMENT INCENTIVE PROGRAM

The Wasco Public Finance Authority, a joint exercise of powers authority created by agreement of the City of Wasco and the Redevelopment Agency of the City of Wasco, issued its 1989 Lease Revenue Bonds, Series A in the aggregate principal amount of $8,860,000. The Bonds were issued to acquire land and construct the Wasco Valley Rose Golf Course. The Bonds are secured by net revenues of the golf course, lease payments from the City's General Fund and ultimately, a deed of trust on the golf course land. Since April 15, 1994, the Bonds have been in default. The entire $8,860,000 of bonds remain outstanding as well as over $6 million in unpaid interest.

In addition, the City of Wasco issued its Assessment bonds, in the aggregate principal amount of $4,060,000. The bonds were issued to construct or acquire road, sewer and water improvements which directly benefited the property within the District. These Bonds are secured by the special assessment levied on property within the boundaries of the Assessment District, and ultimately, the land within the District. These Bonds are also in default and currently there is $1,600,000 of Assessment Bonds outstanding.

The City is seeking developers interested in purchasing the golf course and valley Rose Estates for the purpose of developing a comprehensive golf course community. In order to facilitate this development, the City has developed a comprehensive package of incentives that, if implemented together, offers attractive benefits to a purchaser of both the golf course property and the residential property described above. The package includes the following:

1) A City-sponsored dutch auction tender presented to existing bondowners of 1989 Lease Revenue Bonds (Valley Rose Golf Course) with intent to purchase 100% of outstanding debt and remove lien from golf course property. The tender price to be offered will be a combination of (i) revenue received from sale of golf course and (ii) new City issued Revenue bonds;

2) A City-negotiated purchase and redemption of Valley Rose Estates Assessment Bonds with the intent to redeem 100% of outstanding debt and remove assessment lien from residential property within the Assessment District boundaries;

3) City support in the formation of a Community Facilities District over the residential property in order to issue special tax bonds to reimburse the Property Purchaser for the acquisition of the property and additional infrastructure needs (to a level supported by the value of the property); and

4) Fast tracking of entitlements through the City's planning department.



## CITY OF WASCO

The City of Wasco will make available copies of the golf course financial statements, fee structure, maps and any other information requested by interested parties. Interest should be directed to:

Mr. John Wooner, Finance Director
City of Wasco
764 "E" Street
Wasco, CA  93280
(661) 758-7235 Phone
(661) 758-7239 Fax
jowooner@ci.wasco.ca.us

SECTION V

## CITY OF WASCO



## ANTICIPATED TIMELINE OF EVENTS

| EVENT | DEADLINE |
|---|---|
| Developer Information package available To interested parties | November 7, 2003 |
| Bid Packages due to the City of Wasco | December 5, 2003  5:00 PM |
| City of Wasco announces high bidder and Begins drafting MOU | December 15, 2003 |
| City Council approval of MOU | December 22, 2003 |
| Property Purchaser due diligence period Commences | January 5, 2004 |
| Begin preparation of Bond Tender Documents | January 5, 2004 |
| Finalize negotiation of redemption of Valley Rose Estates bonds | January 30, 2004 |
| Finalize preparation of Bond Tender Documents | February 13, 2004 |
| Property Purchaser due diligence period Ends | March 1, 2004 |
| Mail Bond Tender documents | March 1, 2004 |
| Redemption of 100% of Valley Rose Estates Bonds | March 1, 2004 |
| Bond Owners deliver Letter of Transmittal and Guarantee | March 31, 2004 12:00 Noon |
| Authority meets to determine whether Tender Offers will be accepted | April 5, 2004 |
| Final Sale of property (assumes Successful Bond Tender) | April 9, 2004 |
| Recordation of Cessation of Lien | April 9, 2004 |
| Begin formation of Community Facilities District | Mid-April, 2004 |

APPENDIX A



CITY OF WASCO

# APPENDIX A

## *WASCO VALLEY ROSE GOLF COURSE*

## *FINANCIAL STATEMENTS*
## *YEAR ENDING JUNE 2003*

ASSETS

CURRENT ASSETS

| | |
|---|---:|
| B of A Checking | $64,015.20 |
| B of A Checking | 5,000.00 |
| Visa, MC, Discover | 3,640.59 |
| American Express | 302.70 |
| Inventory - Food | 7,449.78 |
| Inventory - Liquor | 2,203.39 |
| Inventory - Wine | 295.80 |
| Inventory - Beer | 1,535.90 |
| Inventory - Shop | 36,046.94 |
| Inventory - Range Balls | 3,957.00 |

TOTAL CURRENT ASSETS                                                   124,447.30

OTHER ASSETS

| | |
|---|---:|
| California Lottery Deposit | 300.00 |

TOTAL OTHER ASSETS                                                      300.00

TOTAL ASSETS                                                        $124,747.30

See Accountant's Report

## LIABILITIES AND EQUITY

**CURRENT LIABILITIES**

| | | |
|---|---:|---:|
| Accounts Payable | $25,654.67 | |
| Gift Certificates | 48,612.86 | |
| Sales Tax - Pro Shop | 296.00 | |
| Sales Tax - Restaurant | 1,156.00 | |
| TOTAL CURRENT LIABILITIES | | 75,719.53 |

**LONG-TERM LIABILITIES**

| | | |
|---|---:|---:|
| Due to City of Wasco | 50,691.65 | |
| Less Advances of Net Revenues | (40,907.16) | |
| TOTAL LONG-TERM LIABILITIES | | 9,784.49 |
| TOTAL LIABILITIES | | 85,504.02 |

**EQUITY**

| | | |
|---|---:|---:|
| Retained Earnings | .00 | |
| RETAINED EARNINGS-CURRENT YEAR | 39,243.28 | |
| TOTAL EQUITY | | 39,243.28 |
| TOTAL LIABILITIES AND EQUITY | | $124,747.30 |

See Accountant's Report