# STATEMENT OF OPERATIONS

FOR Course Maintenan...

FOR THE 12 PERIODS ENDED JUNE 30, 20...

| | YEAR TO DATE | | |
|---|---|---|---|
| | ACTUAL | BUDGET | VARIANCE |
| **SALES** | | | |
| Range Revenue | $22,681.99 | 28,110.00 | (5,428.01) |
| Green Fees | 502,084.52 | 537,560.00 | (35,475.48) |
| TOTAL SALES | 524,766.51 | 565,670.00 | (40,903.49) |
| GROSS PROFIT | 524,766.51 | 565,670.00 | (40,903.49) |
| **OPERATING EXPENSES** | | | |
| Salaries & Wages | 210,230.37 | 198,000.00 | (12,230.37) |
| Payroll Taxes | 19,980.22 | 21,482.00 | 1,501.78 |
| Workers Compensation | 8,536.73 | 6,572.00 | (1,964.73) |
| Medical Supervision / Safety | .00 | 138.00 | 138.00 |
| pairs & Maintenance | 4,199.19 | 8,768.00 | 4,568.81 |
| Repairs & Maint. - Parts | 12,724.75 | 11,896.00 | (828.75) |
| Repairs & Maint. - Irrigation | 16,914.81 | 15,622.00 | (1,292.81) |
| Rental Equipment | 900.00 | 3,800.00 | 2,900.00 |
| Course Maint. - Grounds | 7,241.38 | 19,861.00 | 12,619.62 |
| Course Maint. - Sand Traps | 1,748.20 | 1,265.00 | (483.20) |
| Course Maint. - Top Dressing | 2,364.88 | 1,442.00 | (922.88) |
| Course Maint. - Lakes | 386.63 | 26.00 | (360.63) |
| Course Maint. - Seed | 3,547.83 | 4,413.00 | 865.17 |
| Course Maint. - Fuel & Oil | 12,508.53 | 11,171.00 | (1,337.53) |
| Supplies - Operating | 10,388.47 | 5,433.00 | (4,955.47) |
| Supplies - Chemicals | 11,835.23 | 15,000.00 | 3,164.77 |
| Supplies - Fertilizers | 13,648.35 | 25,000.00 | 11,351.65 |
| Supplies - Range | 1,222.12 | 7,055.00 | 5,832.88 |
| Supplies - Office | .00 | 191.00 | 191.00 |
| Utilities - Water | 24,606.50 | 29,500.00 | 4,893.50 |
| Utilities - Electricity | 35,404.11 | 29,576.00 | (5,828.11) |
| ste Removal | 2,781.41 | .00 | (2,781.41) |
| Licenses & Permits | .00 | 35.00 | 35.00 |
| Insurance | 5,837.26 | 17,532.00 | 11,694.74 |
| Travel / Education | .00 | 1,000.00 | 1,000.00 |
| Capital Expenditures | 37,545.36 | 30,000.00 | (7,545.36) |
| TOTAL OPERATING EXPENSES | 444,552.33 | 464,778.00 | 20,225.67 |
| NET INCOME FROM OPERATIONS | 80,214.18 | 100,892.00 | (20,677.82) |
| EARNINGS BEFORE INCOME TAX | 80,214.18 | 100,892.00 | (20,677.82) |
| NET INCOME (LOSS) | $80,214.18 | 100,892.00 | (20,677.82) |

See Accountant's Report

Wasco Valley Rose Golf Cour

Case 1:07-cv-01080-LJO-GSA   Document 163-1   Filed 10/19/0

FOR Pro Sh

FOR THE 12 PERIODS ENDED JUNE 30, 2(

| | YEAR TO DATE | | |
| --- | --- | --- | --- |
| | ACTUAL | BUDGET | VARIANCE |
| **SALES** | | | |
| Merchandise | $134,427.74 | 152,010.00 | (17,582.26) |
| Cart Rental | 250,078.60 | 253,170.00 | (3,091.40) |
| Miscellaneous Rentals | 1,971.06 | 2,400.00 | (428.94) |
| Tournaments | 1,817.50 | 4,000.00 | (2,182.50) |
| TOTAL SALES | 388,294.90 | 411,580.00 | (23,285.10) |
| **COST OF SALES** | | | |
| Merchandise Purchases | 106,254.63 | 115,000.00 | 8,745.37 |
| TOTAL COST OF SALES | 106,254.63 | 115,000.00 | 8,745.37 |
| GROSS PROFIT | 282,040.27 | 296,580.00 | (14,539.73) |
| **OPERATING EXPENSES** | | | |
| Salaries & Wages | 90,654.63 | 83,000.00 | (7,654.63) |
| Payroll Taxes | 9,807.58 | 9,396.00 | (411.58) |
| Workers Compensation | 3,567.94 | 2,888.00 | (679.94) |
| Contract Services | 3,715.37 | 5,724.00 | 2,008.63 |
| Repairs & Maintenance | 4,612.48 | 15,108.00 | 10,495.52 |
| Repairs & Maint. - Equipment | 85.24 | 328.00 | 242.76 |
| Repairs & Maint. - Carts | 13,172.59 | 19,500.00 | 6,327.41 |
| Rental Expense | 617.12 | 952.00 | 334.88 |
| Supplies - Operating | 9,335.87 | 13,775.00 | 4,439.13 |
| Supplies - Office | 4,036.44 | 4,377.00 | 340.56 |
| Utilities - Electricity | 38,022.65 | 38,220.00 | 197.35 |
| Utilities - Gas | 5,307.99 | 8,323.00 | 3,015.01 |
| Waste Removal | 2,955.82 | .00 | (2,955.82) |
| Tournaments & Trophies | 412.97 | 2,207.00 | 1,794.03 |
| Telephone | 7,529.45 | 5,600.00 | (1,929.45) |
| Professional Services | 47,058.47 | 45,000.00 | (2,058.47) |
| Advertising | 4,907.34 | 13,500.00 | 8,592.66 |
| Dues & Subscriptions | 1,574.50 | 1,500.00 | (74.50) |
| Insurance | 1,373.47 | 4,124.00 | 2,750.53 |
| Travel / Education | 2,686.29 | 1,500.00 | (1,186.29) |
| Miscellaneous | 23,454.75 | 14,672.00 | (8,782.75) |
| Cash Deposits - (Over)/Under | (333.79) | .00 | 333.79 |
| Capital Expenditures | 14,903.86 | 8,700.00 | (6,203.86) |
| TOTAL OPERATING EXPENSES | 289,459.03 | 298,394.00 | 8,934.97 |
| NET INCOME FROM OPERATIONS | (7,418.76) | (1,814.00) | (5,604.76) |
| EARNINGS BEFORE INCOME TAX | (7,418.76) | (1,814.00) | (5,604.76) |

See Accountant's Report

STATEMENT OF OPERATIONS

Wasco Valley Rose Golf Cour

*FOR Pro Sh*

*FOR THE 12 PERIODS ENDED JUNE 30, 20*

|  | YEAR TO DATE | | |
| --- | --- | --- | --- |
|  | ACTUAL | BUDGET | VARIANCE |
| NET INCOME (LOSS) | $(7,418.76) | (1,814.00) | (5,604.76) |

See Accountant's Report

STATEMENT OF OPERATIONS

*FOR Restau*

*FOR THE 12 PERIODS ENDED JUNE 30, 2*

| | YEAR TO DATE | | |
|---|---|---|---|
| | ACTUAL | BUDGET | VARIANCE |
| **SALES** | | | |
| Food | $113,931.84 | 119,713.00 | (5,781.16) |
| Liquor | 22,567.83 | 25,310.00 | (2,742.17) |
| Wine | 2,075.54 | 3,516.00 | (1,440.46) |
| Beer | 50,213.43 | 56,433.00 | (6,219.57) |
| Food | 14,501.19 | 12,515.00 | 1,986.19 |
| Food (Banquet) | 88,245.51 | 99,356.00 | (11,110.49) |
| Beverages | 50,449.57 | 50,433.00 | 16.57 |
| Lottery | 1,632.31 | 1,009.00 | 623.31 |
| Room Charge | 6,705.00 | 6,715.00 | (10.00) |
| TOTAL SALES | 350,322.22 | 375,000.00 | (24,677.78) |
| ST OF SALES | | | |
| Food Purchases | 107,543.08 | 126,380.00 | 18,836.92 |
| Liquor Purchases | 9,235.67 | 9,551.00 | 315.33 |
| Wine Purchases | 789.30 | 1,518.00 | 728.70 |
| Beer Purchases | 26,366.58 | 28,791.00 | 2,424.42 |
| TOTAL COST OF SALES | 143,934.63 | 166,240.00 | 22,305.37 |
| GROSS PROFIT | 206,387.59 | 208,760.00 | (2,372.41) |
| **OPERATING EXPENSES** | | | |
| Salaries & Wages | 115,340.62 | 121,000.00 | 5,659.38 |
| Payroll Taxes | 12,933.12 | 14,605.00 | 1,671.88 |
| Workers Compensation | 4,885.08 | 4,459.00 | (426.08) |
| Contract Services | 1,250.00 | 5,090.00 | 3,840.00 |
| *aintenance | 4,564.03 | 4,602.00 | 37.97 |
| Supplies - Operating | 16,030.38 | 18,573.00 | 2,542.62 |
| Supplies - Office | 54.88 | 240.00 | 185.12 |
| Supplies - Kitchen | 240.80 | 1,973.00 | 1,732.20 |
| Waste Removal | 398.86 | 2,281.00 | 1,882.14 |
| Uniforms & Laundry | 3,915.59 | 2,673.00 | (1,242.59) |
| Linen | 1,381.99 | 2,266.00 | 884.01 |
| China / Glass / Silver | 328.03 | 1,310.00 | 981.97 |
| Flowers & Decorations | 437.21 | 45.00 | (392.21) |
| Cleaning & Housekeeping | .00 | 10.00 | 10.00 |
| Entertainment & Security | 7,831.08 | 9,068.00 | 1,236.92 |
| Licenses & Permits | 919.00 | 433.00 | (486.00) |
| Advertising | 956.00 | 1,000.00 | 44.00 |
| Insurance | 1,373.47 | 4,124.00 | 2,750.53 |
| Miscellaneous | 293.32 | 306.00 | 12.68 |
| Cash Deposits - (Over)/Under | 523.91 | .00 | (523.91) |
| Capital Expenditures | 5,310.18 | 8,000.00 | 2,689.82 |

See Accountant's Report

Wasco Valley Rose Golf Cour

FOR Restau
FOR THE 12 PERIODS ENDED JUNE 30, 2

|  | YEAR TO DATE | | |
|---|---|---|---|
|  | ACTUAL | BUDGET | VARIANCE |
| TOTAL OPERATING EXPENSES | $178,967.55 | 202,058.00 | 23,090.45 |
| NET INCOME FROM OPERATIONS | 27,420.04 | 6,702.00 | 20,718.04 |
| EARNINGS BEFORE INCOME TAX | 27,420.04 | 6,702.00 | 20,718.04 |
| NET INCOME (LOSS) | $27,420.04 | 6,702.00 | 20,718.04 |

See Accountant's Report

FOR Administra[tive]
FOR THE 12 PERIODS ENDED JUNE 30, 20[__]

|  | YEAR TO DATE | | |
|  | ACTUAL | BUDGET | VARIANCE |
| GROSS PROFIT | $.00 | .00 | .00 |
| OPERATING EXPENSES | | | |
| Management Fees | 60,972.18 | 60,970.00 | (2.18) |
| TOTAL OPERATING EXPENSES | 60,972.18 | 60,970.00 | (2.18) |
| NET INCOME FROM OPERATIONS | (60,972.18) | (60,970.00) | (2.18) |
| OTHER INCOME & EXPENSE | | | |
| Interest Income | .00 | 6,500.00 | (6,500.00) |
| T[OT]AL OTHER INCOME & EXPENSE | .00 | 6,500.00 | (6,500.00) |
| EARNINGS BEFORE INCOME TAX | (60,972.18) | (54,470.00) | (6,502.18) |
| NET INCOME (LOSS) | $(60,972.18) | (54,470.00) | (6,502.18) |

See Accountant's Report

FOR COMBINED OPERATIO

FOR THE 12 PERIODS ENDED JUNE 30, 2

| | YEAR TO DATE | | |
|---|---|---|---|
| | ACTUAL | BUDGET | VARIANCE |

SALES

| | | | |
|---|---|---|---|
| Range Revenue | $22,681.99 | 28,110.00 | (5,428.01) |
| Green Fees | 502,084.52 | 537,560.00 | (35,475.48) |
| Merchandise | 134,427.74 | 152,010.00 | (17,582.26) |
| Cart Rental | 250,078.60 | 253,170.00 | (3,091.40) |
| Miscellaneous Rentals | 1,971.06 | 2,400.00 | (428.94) |
| Tournaments | 1,817.50 | 4,000.00 | (2,182.50) |
| Food | 113,931.84 | 119,713.00 | (5,781.16) |
| Liquor | 22,567.83 | 25,310.00 | (2,742.17) |
| Wine | 2,075.54 | 3,516.00 | (1,440.46) |
| Beer | 50,213.43 | 56,433.00 | (6,219.57) |
| Food | 14,501.19 | 12,515.00 | 1,986.19 |
| Food (Banquet) | 88,245.51 | 99,356.00 | (11,110.49) |
| ʒeverages | 50,449.57 | 50,433.00 | 16.57 |
| ...ottery | 1,632.31 | 1,009.00 | 623.31 |
| Room Charge | 6,705.00 | 6,715.00 | (10.00) |
| TOTAL SALES | 1,263,383.63 | 1,352,250.00 | (88,866.37) |

COST OF SALES

| | | | |
|---|---|---|---|
| Merchandise Purchases | 106,254.63 | 115,000.00 | 8,745.37 |
| Food Purchases | 107,543.08 | 126,380.00 | 18,836.92 |
| Liquor Purchases | 9,235.67 | 9,551.00 | 315.33 |
| Wine Purchases | 789.30 | 1,518.00 | 728.70 |
| Beer Purchases | 26,366.58 | 28,791.00 | 2,424.42 |
| TOTAL COST OF SALES | 250,189.26 | 281,240.00 | 31,050.74 |
| GROSS PROFIT | 1,013,194.37 | 1,071,010.00 | (57,815.63) |

ERATING EXPENSES

| | | | |
|---|---|---|---|
| Salaries & Wages | 477,197.80 | 462,970.00 | (14,227.80) |
| Payroll Taxes | 42,720.92 | 45,483.00 | 2,762.08 |
| Workers Compensation | 16,989.75 | 13,919.00 | (3,070.75) |
| Contract Services | 4,965.37 | 10,814.00 | 5,848.63 |
| Medical Supervision / Safety | .00 | 138.00 | 138.00 |
| Repairs & Maintenance | 13,375.70 | 28,478.00 | 15,102.30 |
| Repairs & Maint. - Parts | 12,724.75 | 11,896.00 | (828.75) |
| Repairs & Maint. - Irrigation | 16,914.81 | 15,622.00 | (1,292.81) |
| Repairs & Maint. - Equipment | 85.24 | 328.00 | 242.76 |
| Repairs & Maint. - Carts | 13,172.59 | 19,500.00 | 6,327.41 |
| Rental Equipment | 1,517.12 | 4,752.00 | 3,234.88 |
| Course Maint. - Grounds | 7,241.38 | 19,861.00 | 12,619.62 |
| Course Maint. - Sand Traps | 1,748.20 | 1,265.00 | (483.20) |
| Course Maint. - Top Dressing | 2,364.88 | 1,442.00 | (922.88) |

See Accountant's Report

INCOME STATEMENT

FOR COMBINED OPERATIO
FOR THE 12 PERIODS ENDED JUNE 30, 2C

| | YEAR TO DATE | | |
| --- | --- | --- | --- |
| | ACTUAL | BUDGET | VARIANCE |
| OPERATING EXPENSES | (Continued) | | |
| Course Maint. - Lakes | $386.63 | 26.00 | (360.63) |
| Course Maint. - Seed | 3,547.83 | 4,413.00 | 865.17 |
| Course Maint. - Fuel & Oil | 12,508.53 | 11,171.00 | (1,337.53) |
| Supplies - Operating | 35,754.72 | 37,781.00 | 2,026.28 |
| Supplies - Chemicals | 11,835.23 | 15,000.00 | 3,164.77 |
| Supplies - Fertilizers | 13,648.35 | 25,000.00 | 11,351.65 |
| Supplies - Range | 1,222.12 | 7,055.00 | 5,832.88 |
| Supplies - Office | 4,091.32 | 4,808.00 | 716.68 |
| Supplies - Kitchen | 240.80 | 1,973.00 | 1,732.20 |
| Utilities - Water | 24,606.50 | 29,500.00 | 4,893.50 |
| Utilities - Electricity | 73,426.76 | 67,796.00 | (5,630.76) |
| Utilities - Gas | 5,307.99 | 8,323.00 | 3,015.01 |
| W te Removal | 6,136.09 | 2,281.00 | (3,855.09) |
| U orms & Laundry | 3,915.59 | 2,673.00 | (1,242.59) |
| Linen | 1,381.99 | 2,266.00 | 884.01 |
| China / Glass / Silver | 328.03 | 1,310.00 | 981.97 |
| Flowers & Decorations | 437.21 | 45.00 | (392.21) |
| Cleaning & Housekeeping | .00 | 10.00 | 10.00 |
| Entertainment & Security | 7,831.08 | 9,068.00 | 1,236.92 |
| Licenses & Permits | 919.00 | 468.00 | (451.00) |
| Tournaments & Trophies | 412.97 | 2,207.00 | 1,794.03 |
| Telephone | 7,529.45 | 5,600.00 | (1,929.45) |
| Professional Services | 47,058.47 | 45,000.00 | (2,058.47) |
| Advertising | 5,863.34 | 14,500.00 | 8,636.66 |
| Dues & Subscriptions | 1,574.50 | 1,500.00 | (74.50) |
| Insurance | 8,584.20 | 25,780.00 | 17,195.80 |
| Travel / Education | 2,686.29 | 2,500.00 | (186.29) |
| Miscellaneous | 23,748.07 | 14,978.00 | (8,770.07) |
| Cash Deposits - (Over)/Under | 190.12 | .00 | (190.12) |
| C pital Expenditures | 57,759.40 | 46,700.00 | (11,059.40) |
| TOTAL OPERATING EXPENSES | 973,951.09 | 1,026,200.00 | 52,248.91 |
| NET INCOME FROM OPERATIONS | 39,243.28 | 44,810.00 | (5,566.72) |
| THER INCOME & EXPENSE | | | |
| | .00 | 6,500.00 | (6,500.00) |
| TOTAL OTHER INCOME & EXPENSE | .00 | 6,500.00 | (6,500.00) |
| EARNINGS BEFORE INCOME TAX | 39,243.28 | 51,310.00 | (12,066.72) |
| NET INCOME (LOSS) | $39,243.28 | 51,310.00 | (12,066.72) |

See Accountant's Report

NCOME STATEMENT

Wasco Valley Rose Golf Cour

FOR COMBINED OPERATIC

FOR THE 12 PERIODS ENDED JUNE 30, 20

|  | YEAR TO DATE | | |
|---|---|---|---|
|  | ACTUAL | BUDGET | VARIANCE |

See Accountant's Report

APPENDIX B

CITY OF WASCO



# APPENDIX B

# *FEASIBILITY STUDY*
# *FOR THE*
# *WASCO VALLEY ROSE GOLF COURSE*
# *AND*
# *ADJACENT LAND IN THE CITY OF WASCO*

*PREPARED BY*

## *NGF CONSULTING*

*DECEMBER 2002*

14

# Feasibility Study

## for the

# Wasco Valley Rose Golf Course and Adjacent Land

## in



## FINAL REPORT

Prepared for:
John Wooner, Finance Director
City of Wasco
764 "E" Street
Wasco, CA 93280

Prepared by:



### CONSULTING

1150 South U.S. Highway One, Suite 401
Jupiter, FL 33477
(561) 744-6006

December 2002

# Table of Contents

I. EXECUTIVE SUMMARY _____ 1

  Background to the Study_____ 1

  Conclusions and Recommendations _____ 2

    Site Development Options _____ 2
    Residential Land Adjacent to the Golf Course _____ 2
    Commercial Land Development _____ 3
    Golf Course/Site Facility Improvements _____ 4
    Planning and Marketing Efforts _____ 4

II. SUBJECT PROPERTY OVERVIEW _____ 5

  Site Overview _____ 5

  Market Overview _____ 6

  Demographic Analysis_____ 6

  Residential Market Supply_____ 9

    New Construction Activity _____ 10

  Residential Housing Demand _____ 11

  Prospective Timing of Residential Demand _____ 13

IV. GOLF MARKET ANALYSIS _____ 14

  Overall Golf Supply _____ 14

  Current Demand Patterns _____ 15

    Rounds Performance _____ 15
    Fees _____ 15
    Course Difficulty _____ 17
    Course Ratings _____ 17
    New Facilities _____ 17
    Private Courses _____ 17
    Secondary Market_____ 17

  Wasco Valley Rose Market Performance_____ 18

  Predicted Golf Demand_____ 19

    Demand Model Methodology_____ 19
    Market Area Demand Results _____ 19
    Understanding the NGF Demand Model Indices _____ 20

  Conclusions_____ 21

V. GOLF FACILITY ANALYSIS _____ 22

  Golf Facility Analysis _____ 22

  Operations Review _____ 22

    Golf Operations_____ 22
    Golf Course Maintenance _____ 23
    Food and Beverage Operations _____ 26

  Financial Assessment _____ 26

    Golf Course Revenues _____ 26
    Operating Expense_____ 26
    Payroll Expense _____ 27

Other Operating Expense (non-payroll) _____ 27
Planning, Budgeting, Accounting _____ 27
Facility/Course Improvement Actions _____ 28
Increase Golf Play and Rate _____ 28
Improve Golf Course/Facility Conditions _____ 28
Course Expansion _____ 28
Summary _____ 28
VI. DEVELOPMENT POTENTIAL _____ 30
Residential Development Potential _____ 30
Target Market(s)_____ 30
Golf Course Improvements _____ 32
Course Expansion _____ 32
Function Expansion _____ 33
Interrelationship between Residential Development and Golf Course_____ 33
Market Strategy_____ 33
Other Options _____ 34

# I. Executive Summary

## BACKGROUND TO THE STUDY

❑ The City of Wasco requested proposals in June 2002 for a feasibility study to determine how to improve the design and profitability of the City-owned Valley Rose Golf Course, and encourage the development of vacant residential and commercial land adjacent to the golf course. This study was designed to evaluate the current and future residential and golf markets in Wasco and northwestern Kern County. Within this framework, the study was to identify the development potential of the golf course and adjacent vacant land: Specifically the objectives were:

1. Evaluate Wasco area residential market

2. Evaluate Wasco golf market

3. Analyze current operations and performance of the golf facility

4. Identify development options and financial potential for the course and adjacent areas

❑ In 1992, the City of Wasco purchased 155 acres of farmland and developed an 18-hole golf course, clubhouse and related facilities along State Highway 46 west of the central area of Wasco. At about the same time, a Master Land Use Plan was prepared for the adjacent vacant property of approximated 468 acres. Subsequent to the purchase and development of the course, the City purchased about 97 acres of land to the west of the course, within the 468-acre area. Infrastructure including roadways and water lines were developed on a 34-acre parcel within the City-owned land.

❑ A Land Use Plan prepared in 1992 proposed the development of a wide variety of housing products including estate homes, single family homes, garden homes and multi-family apartments/condos. Housing densities ranged from 4 dwelling units per acre to 13 dwelling units per acre with a potential dwelling unit count of 2,342 units. The community was seen primarily as a senior retirement community. The plan suggested the addition of 9 golf-holes to the course. These holes would be developed through a portion of the residential development and was designed to maximize residential frontage. Complementing the residential use was a limited amount of neighborhood, highway-oriented, and general commercial use.

## CONCLUSIONS AND RECOMMENDATIONS

This study analyzed the current and potential residential and golf markets in Wasco and Kern County to determine the market support for such development in Wasco and adjacent to the existing Wasco Valley Rose Golf Course. It also addressed the performance of the golf facility and made recommendations for improvement. The details are presented in various chapters of this report. They are summarized below:

❑ Demand for residential development is strong in Kern County and can be expected to grow over the next ten years. Growth in housing demand is positive for the Wasco Area. During the next five years, it is reasonable to expect that the current pace of residential development in Wasco will accelerate. The Bakersfield area enjoys among the lowest costs of living, including housing, for major cities in the state.

❑ Ongoing improvements to the golf course are recommended. These include: improvements to the conditions of the golf course; maintenance of the clubhouse; and, improvements to golf course maintenance facility.

❑ There is not sufficient market support for expansion of the golf course in the next five years, based solely on anticipated growth in golf demand in the County. However, residential development in the area adjacent to the site could present an opportunity for expansion/or reconfiguration of the existing golf course depending on specific developer plans.

### Site Development Options

❑ Residential and commercial development – the site adjacent to the golf course is appropriate for residential development along with supporting commercial development. The size and configuration of the site lends itself to the development of a planned residential community. Such a development could stimulate plans that would improve golf course performance.

❑ Golf Course – The City has several options it can consider regarding the golf course property. These options include maintaining ownership and operation of the course with improved financial performance; sale of the golf course to an outside party; and reconfiguration of the course in conjunction with future residential and commercial development of the adjacent site. There could be potential for swapping of portions of the existing golf course land for development.

❑ City-owned residential land – There are several options the City can consider regarding the city-owned land west of the existing golf facility. The land could be sold to an interested developer as part the development of the planned community and/or considered for swapping for reconfiguration or expansion of the existing 18-hole course.

### Residential Land Adjacent to the Golf Course

❑ Development of the land adjacent to the golf course as a planned residential community is supportable from a market perspective and would contribute to the financial performance of the golf course and enhanced housing diversity in Wasco.

❑ The City should inform the development community of its interests regarding the development of the property adjacent to the course. Specifics regarding the site, current status of infrastructure, potential incentives to encourage residential development of the type envisioned, and options the city may consider regarding disposition of the city-owned land and the ownership and reconfiguration of the course should be outlined.

❑ The residential development should focus on variety of housing types consistent with the housing market demand. This includes single-family large lots, single family residential, town homes, zero lot line, and multi-family units. There is a potential yield of 1,200-2,000 units depending on design and site assembly program. The development should consider a variety of housing configurations and building heights to create additional development interest. This should increase the rate of residential absorption. Target markets and housing density ranges are described in the development potential section of this report.

❑ The development should capitalize on golf course views, and use water features within the residential development to complement the golf course. Commercial development should be clustered to create areas of interest. Multiple design features should be used to create visually interesting neighborhoods. They should also be used to create strong entry statements to the residential community and the golf course. Specific themes can be developed based on the final development plans.

❑ The potential for extension/expansion of the golf course into the community should be carefully considered at the onset of the project planning process. The cemetery use to the east of the golf course should be screened with appropriate landscaping.

❑ It is important that the residential development convey a strong sense of "community" based on its planning and design standards and features. The development should be conceptually linked with the golf facility in terms of a theme and also reflect the semi-rural nature of the site.

## Commercial Land Development

❑ Community related commercial development should be planned as part of the overall development program and citywide needs. Consider creating central community area, clustered development and "village" concepts to enhance the overall attractiveness of the community.

❑ Depending on the timing of the residential development, commercial development will likely need to be phased.

❑ The City should explore the viability of swapping golf course land adjacent to the Highway 46 for expansion or extension of the course into the residential development. This could provide financial resources to alleviate current debt on the golf course.

❑ Development of highway commercial land should be interrelated to the overall community development concept. It should be compatible with the character and themes of the residential and golf course development. Design and landscaping themes should be consistent with the residential development.

## Golf Course/Site Facility Improvements

❑ Increase focus on capturing specific golf market segments in terms of building golf play and revenues. The course currently draws the majority of its play from outside the community through active marketing. This effort should be expanded to each of the market sectors served.

❑ Service standards should be formalized for each market sector and staff position. Staffing levels should be reviewed to assure service level adequacy in 2003 and 2004.

❑ A golf course and maintenance facility improvement plan should be developed in conjunction with planning efforts and potential reconfiguration of portions of the golf course.

❑ Develop consistent budgets for golf course maintenance. Distinguish between routine, deferred, new improvements, and unplanned maintenance activities. The course should be brought up to consistent standards as soon as possible.

❑ Increase utilization of the existing golf course site. Consider recreation/retail related uses to enhance the theme, such as: fitness center, expanded banquet facility, food outlet, wellness center, and other community recreation activities. Expansion of the golf training facility should also be considered.

❑ Based on the residential development program, consider an annual golf program. If other recreation uses are developed, a social program should be considered.

## Planning and Marketing Efforts

❑ The City should enhance the visibility of the project from the perspective of the development community and the local Wasco community. Local information packages can be developed from existing materials and the results of this study.

❑ The City should detail city incentive actions to encourage appropriate development, including accelerated permitting, processing, etc. It should outline potential options for swapping or sale of parcels to improve the overall development plan.

❑ Physical concept plans can be developed for the golf club and the adjacent areas. Any such concept plans should serve as a broad guideline for more detailed project planning. Concept plans should maintain flexibility to allow for specific developer input and insights and planning creativity.

* * * * * * * * * * * * *

Note: Various tables supporting the residential and golf analysis, along with the financial operating performance of the golf course are included in appropriate sections of this report. They are also reproduced in their entirety in the Appendix entitled "Project Metrics Book" at the end of this report.