❏ The City is now seeking to determine how to improve the design and profitability of the City-owned Valley Rose Golf Course, and encourage the development of vacant residential and commercial land adjacent to the golf course. This study was designed to evaluate the current and future residential and golf markets in Wasco and northwestern Kern County. Within this framework, the study was to identify the development potential of the golf course and adjacent vacant land.

## MARKET OVERVIEW

❏ Kern County is located at the southern end of California's San Joaquin Valley, about 110 miles north of Los Angeles and about 300 miles southeast of San Francisco. Three major freeways -- Interstate 5 and State Routes 99 and 58 – provide access to state's major metropolitan areas and onward to Oregon, Arizona, and Nevada. State Route 99 and Interstate 5, running north-south, provide direct access to Los Angeles, Sacramento, and San Francisco. State Routes 166, 58, and 46 provide access to the west and the Central Coast. State Route 58 east provides access to the east.

❏ Kern County's land area is 8,073 square miles. The most heavily populated region is the valley area, which encompasses approximately 3,600 square miles. The valley is about 60 miles long and 60 miles wide. Approximately 60 percent of the population and jobs are located in the valley area.

❏ The National Association of Home Builders (NAHB) ranked Bakersfield tops among California cities in terms of the most affordable housing in major cities in the state in the second quarter of 2002. The survey shows that 69.4 percent of Bakersfield's families could afford a median priced home. This compares with Fresno (52.1 percent), Riverside-San Bernardino (49.6 percent), Sacramento (43.7 percent), Modesto (33.6 percent), and San Luis Obispo-Atascadero-Paso Robles (13.0 percent). Only 34.4 percent of families in Los Angeles-Long Beach can afford to buy a median-priced home there. In San Diego, the figure is 21.6 percent and in San Francisco, 9.2 percent.

## DEMOGRAPHIC ANALYSIS

❏ Population and housing growth rates in Kern County continue to be strong. Between 1990 and 2000, county population grew 21.7 percent to 661,600 persons, as compared to a 13.8 percent for the State of California, and 13.2 percent for the United States as a whole.

# II. Subject Property Overview

## SITE OVERVIEW

❑ The Wasco Valley Rose Golf Course is located at the intersection of State Highway 46 and Leonard Avenue in the northwestern sector of Kern County, California. It is approximately 28 miles from downtown Bakersfield via State Highway 99, a major connector to the Central San Joaquin Valley Area. Route 46 (Paso Robles Highway) connects Route 99 to Interstate 5, which provides access to northern and southern California.

❑ Valley Rose Estates is the name of the unfinished master planned community that lies to the west and north of the golf course property. It consists of approximately 468 acres and infrastructure has been developed on a portion of the site.

❑ The site is about four miles west of the central are of the City of Wasco and about one mile west of the developed areas of the city. New commercial development in Wasco has occurred along State Highway 46 to the east of the subject property.

❑ Accessibility to the site is excellent via State Highway 46. Despite the distance to Bakersfield, travel times to the site under most conditions are approximately 30-35 minutes. Access is also available from the western Bakersfield area via State Road 43 through the City of Shafter located to the south of Wasco.

❑ In 1992, the City of Wasco purchased 155 acres of farmland and developed an 18-hole golf course, clubhouse and related facilities. At about the same time, a Master Land Use Plan was prepared for the adjacent vacant property of approximated 468 acres. Subsequent to the purchase and development of the course, the City purchased about 97 acres of land to the west of the course, within the 468-acre area. Infrastructure including roadways and water lines were developed on a 34-acre parcel within the City-owned land.

❑ A Land Use Plan prepared in 1992 proposed the development of a wide variety of housing products including estate homes, single family homes, garden homes and multi-family apartments/condos. Housing densities ranged from 4 dwelling units per acre to 13 dwelling units per acre with a potential dwelling unit count of 2,342 units. The community was seen primarily as a senior retirement community  The plan suggested the addition of 9 golf-holes to the course.

❑ The golf course and adjacent land are basically flat at an elevation of 280 feet above sea level. The soils consist of a variety of sandy loams.

| United States, California and Kern County Population Trends 1960-2000 | | | | | |
|---|---|---|---|---|---|
| **United States** | 1960 | 1970 | 1980 | 1990 | 2000 |
| Total | 179,323,175 | 203,302,031 | 226,545,805 | 248,709,873 | 281,421,906 |
| Change | | 23,978,856 | 23,243,774 | 22,164,068 | 32,712,033 |
| Percent Change | | 13.40% | 11.40% | 9.80% | 13.20% |
| **State of California** | 1960 | 1970 | 1980 | 1990 | 2000 |
| Total | 15,717,204 | 19,971,069 | 23,667,902 | 29,760,021 | 33,871,648 |
| Change | | 4,253,865 | 3,696,833 | 6,092,119 | 4,111,627 |
| Percent Change | | 27.10% | 18.50% | 25.70% | 13.80% |
| **Kern County** | 1960 | 1970 | 1980 | 1990 | 2000 |
| Total | 291,984 | 330,234 | 403,089 | 543,477 | 661,645 |
| Change | | 38,250 | 72,855 | 140,388 | 118,168 |
| Percent Change | | 13.10% | 22.10% | 34.80% | 21.70% |

Source: Census 2000 analyzed by the Social Science Data Analysis Network (SSDAN).

❏ Within Kern County, 61 percent of the growth (72,200 persons) occurred in the City of Bakersfield and 14 percent in the City of Delano (16,000 persons). Population in Wasco increased by 71 percent in the decade and reached 21,300 persons in 2000. This represents 7 percent of total county growth during the decade.

## Kern County California and City Population Growth 1990-2000

| City | 1990 | 2000 | Change | Percent Change | Percent of Growth |
|------|------|------|--------|----------------|-------------------|
| TOTAL COUNTY | 543,477 | 661,645 | 118,168 | 21.7% | 100% |
| Arvin | 9,286 | 12,956 | 3,670 | 39.5% | 3% |
| Bakersfield | 174,820 | 247,057 | 72,237 | 41.3% | 61% |
| California City | 5,955 | 8,385 | 2,430 | 40.8% | 2% |
| Delano | 22,762 | 38,824 | 16,062 | 70.6% | 14% |
| Maricopa | 1,193 | 1,111 | -82 | -6.9% | 0% |
| McFarland | 7,005 | 9,618 | 2,613 | 37.3% | 2% |
| Ridgecrest | 27,725 | 24,927 | -2,798 | -10.1% | -2% |
| Shafter | 8,409 | 12,736 | 4,327 | 51.5% | 4% |
| Taft | 5,902 | 6,400 | 498 | 8.4% | 0% |
| Tehachapi | 5,791 | 10,957 | 5,166 | 89.2% | 4% |
| Wasco | 12,412 | 21,263 | 8,851 | 71.3% | 7% |
| Unincorporated* | 104,465 | 114,057 | 9,592 | 9.2% | 8% |
| Other | 157,752 | 153,354 | -4,398 | -2.8% | -4% |

*Unincorporated areas include: Bear Valley Springs, Bodfish, Boron, Buttonwillow, Edwards AFB, Ford City, Frazier Park, Golden Hills, Greenacres, Kernville, Lake Isabella, Lamont, Lost Hills, Mojave, Mountain Mesa, North Edwards, Oildale, Rosamond, Rosedale, South Lake, South Taft, Taft Heights, Weedpatch, and Wofford Heights.

Source: U.S. Bureau of the Census

❑ The Kern County Council of Governments divides the County into a number of planning areas. Growth in the Northern San Joaquin Planning Area (Planning Area 3) grew nearly twice as fast as Kern County. This area includes the incorporated cities of Wasco, Shafter, McFarland, and Delano. Population totaled 91,000 persons in 2000 with approximately 16,500 occupied housing units.

❑ The majority of population and housing growth occurred in the Southern San Joaquin Planning Area to the south of subject area (Planning Area 4). This area, which contains the Cities of Bakersfield and Arvin and unincorporated areas such as Rosedale and Buttonwillow, accommodated 60 percent of the county's housing growth between 1990 and 2000 and is projected to maintain that share between 2000 and 2007. The majority of growth in the planning area occurred to the west of the developed area of Bakersfield and it is expected that this development pattern will continue with some movement to the north in the direction of Planning Area 3 and Wasco. Lower residential land costs in the Wasco area could accelerate growth in Planning Area 3.

## RESIDENTIAL MARKET SUPPLY *

The City of Wasco is located in Planning Area 3, which also contains the incorporated cities of Shafter, McFarland, and Delano. In 2000, the area contained about 20,100 occupied housing units, a 22 percent increase over 1990. Wasco contained about 4,100 occupied units or 20 percent of the planning area. Housing in Wasco grew at a rate of 18 percent between 1900 and 2000, below the rates of the Shafter and Delano and the planning area as a whole.

### Population and Housing Trends
### Kern County, Planning Area 3 and Incorporated Areas

| | Kern County | Area 3 Total | Area 3 - Components | | | | | Area 4 Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Wasco | Shafter | McFarland | Delano | Unicorp | |
| **Population** | | | | | | | | |
| 1990 | 543,477 | 61,568 | 12,412 | 4,809 | 7,005 | 22,762 | 10,980 | 343,703 |
| 2000 | 661,645 | 91,074 | 20,092 | 11,895 | 7,438 | 35,545 | 14,104 | 412,446 |
| Change 1990-2000 | 118,168 | 29,506 | 7,680 | 7,086 | 433 | 12,783 | 3,124 | 68,743 |
| %Change 1990-2000 | 21.7% | 47.9% | 61.9% | 147.3% | 6.2% | 56.2% | 28.5% | 20.0% |
| **Household Population** | | | | | | | | |
| 1990 | 529,833 | 59,513 | 12,394 | 8,381 | 6,939 | 22,685 | 9,114 | 339,652 |
| 2000 | 631,675 | 74,011 | 14,745 | 11,391 | 8,097 | 30,256 | 9,522 | 407,548 |
| Change 1990-2000 | 101,842 | 14,498 | 2,351 | 3,010 | 1,158 | 7,571 | 408 | 67,896 |
| %Change 1990-2000 | 19.2% | 24.4% | 19.0% | 35.9% | 16.7% | 33.4% | 4.5% | 20.0% |
| **Persons Per Household** | | | | | | | | |
| 1990 | 2.92 | 3.60 | 3.57 | 3.28 | 4.12 | 3.64 | 3.55 | 2.95 |
| 2000 | 3.03 | 3.67 | 3.60 | 3.29 | 3.94 | 3.63 | 4.29 | 2.95 |
| Change 1990-2000 | 0.11 | 0.07 | 0.03 | 0.01 | (0.18) | (0.01) | 0.74 | - |
| %Change 1990-2000 | 3.8% | 1.9% | 0.8% | 0.3% | -4.4% | -0.3% | 20.8% | |
| **Occupied Housing Units** | | | | | | | | |
| 1990 | 181,480 | 16,517 | 3,471 | 2,558 | 1,685 | 6,236 | 2,567 | 115,015 |
| 2000 | 208,652 | 20,171 | 4,093 | 3,462 | 2,056 | 8,338 | 2,222 | 138,338 |
| Change 1990-2000 | 27,172 | 3,654 | 622 | 904 | 371 | 2,102 | (345) | 23,323 |
| %Change 1990-2000 | 15.0% | 22.1% | 17.9% | 35.3% | 22.0% | 33.7% | -13.4% | 20.3% |
| **Housing Units by Tenure - 2000** | | | | | | | | |
| Owner Occupied | 129,609 | | 2,297 | 2,001 | 1,158 | 4,993 | | |
| Renter Occupied | 79,043 | | 1,674 | 1,292 | 832 | 3,416 | | |
| Percent Owner | 62.1% | | 56.1% | 57.8% | 56.3% | 59.9% | | |
| Percent Renter | 37.9% | | 40.9% | 37.3% | 40.5% | 41.0% | | |

Source: U.S. Census Bureau; Kern Council of Governments

## New Construction Activity

❏ From a housing perspective, building permit activity for single-family construction continues to be exceptionally strong in Kern County. New single-family construction averaged about 2,900 units in both 1999 and 2000. Single-family production reached over 3,400 units in 2001, a 19 percent increase over 2000. Year-to-date data through September of 2002 shows a total of over 2,400 units in production.

❏ Kern County outstripped the State of California rate of 2.2 percent growth in single-family construction between 2000 and 2001. Of the state's metropolitan areas, only Fresno and Riverside-San Bernardino registered rates higher than Kern County.

---

### Annual Building Permit Activity - Single Family Construction (000)
### United States, California, and Kern County 1999- 2002

| United States | 1999 | 2000 | 2001 | YTD Sept 2001 | YTD Sept 2002 |
|---|---|---|---|---|---|
| Total | 1,246.67 | 1,198.07 | 1,235.55 | 950.23 | 1,008.44 |
| Change | | -48.60 | 37.48 | | 58.21 |
| Percent Change | | -3.90% | 3.13% | | 6.13% |
| | | | | | |
| State of California | 1999 | 2000 | 2001 | YTD Sept 2001 | YTD Sept 2002 |
| Total | 102.75 | 105.02 | 107.36 | 82.69 | 90.32 |
| Change | | 2.27 | 2.34 | | 7.63 |
| Percent Change | | 2.21% | 2.23% | | 9.23% |
| | | | | | |
| Kern County | 1999 | 2000 | 2001 | YTD Sept 2001 | YTD Sept 2002 |
| Total | 2.89 | 2.86 | 3.41 | 2.76 | 2.42 |
| Change | | -0.03 | 0.55 | | -0.34 |
| Percent Change | | -1.04% | 19.23% | | -12.32% |

Source: U.S. Bureau of the Census

---

❏ Wasco residential construction activity grew consistently during the 1990 to 2002 period. Between 1997 and 2000, an average of 65 single-family units were permitted. This increase to 100 units in 2001 and 100 units through October of 2002. The average valuation of single-family units increase to 14 percent from $66,200 to $75,200 for the five-year periods of 1993-1997 and 1998-2002.

Lower

| Year | Single Family No. | Multi-family No. | Single Family Valuation | Multi-Family Valuation | Single Family Average | Multi-Family Average |
|------|------|------|------|------|------|------|
| 1990 | 39 | 1 | $ 2,983,352 | $ 122,506 | $ 76,496 | $122,506 |
| 1991 | 53 | 1 | 4,482,082 | 21,518 | 84,568 | 21,518 |
| 1992 | 41 | 1 | 3,175,912 | 21,996 | 77,461 | 21,996 |
| 1993 | 78 | 4 | 5,244,306 | 59,523 | 67,235 | 14,881 |
| 1994 | 45 | 37 | 2,771,098 | 1,405,641 | 61,580 | 37,990 |
| 1995 | 53 |  | 3,432,469 | - | 64,764 |  |
| 1996 | 41 | 38 | 2,786,499 | 2,282,382 | 67,963 | 60,063 |
| 1997 | 69 | 3 | 4,706,957 | 153,767 | 68,217 | 51,256 |
| 1998 | 65 | 18 | 3,118,670 | 893,258 | 47,980 | 49,625 |
| 1999 | 63 | 40 | 4,501,940 | 2,659,698 | 71,459 | 66,492 |
| 2000 | 67 |  | 4,901,595 | - | 73,158 |  |
| 2001 | 100 | 44 | 8,380,944 | 2,900,442 | 83,809 | 65,919 |
| 2002(Oct) | 100 | 1 | 8,838,829 | 112,389 | 88,388 | 112,389 |

**Housing Building Permits and Valuations - 1990-Oct. 2002**
**City of Wasco, California**

Source: City of Wasco

## RESIDENTIAL HOUSING DEMAND

❑ County population is projected to grow to 763,000 persons by 2007, a 21.5 percent increase. Projected additional housing construction requirements for the 2000-2007 period are estimated at 30,000 units [1].

❑ Projected housing construction needs for the entire area are 3,200 units between 2000 and 2007[1]. Allocated housing projections for Wasco are 482 units, or an average of about 70 units annually. Of the total, an estimated 60 percent are projected at the moderate income and above level ($25,300+), 17 percent low income ($15,800-$25,300), and 23 percent very low income (<$15,800).

## Housing Demand 2000-2007
### Kern County, Planning Area 3 and Incorporated Areas, Planning Area 4

| | Kern County | Area 3 Total | Area 3 - Components | | | | | Area 4 Total |
|---|---|---|---|---|---|---|---|---|
| | | | Wasco | Shafter | McFarland | Delano | Unicorn | |
| **Occupied Housing Units** | | | | | | | | |
| 1990 | 181,480 | 16,517 | 3,471 | 2,558 | 1,685 | 6,236 | 2,567 | 115,015 |
| 2000 | 208,652 | 20,171 | 4,093 | 3,462 | 2,056 | 8,338 | 2,222 | 138,338 |
| % Change 1990-2000 | 15.0% | 22.1% | 17.9% | 35.3% | 22.0% | 33.7% | -13.4% | 20.3% |
| **Housing Demand Needs 2000-2007** | | | | | | | | |
| Additional Household Demand | 39,703 | | | | | | | |
| Vacancy and Housing Stock Adjustment | (9,692) | | | | | | | |
| Additional Housing Construction Needed | 30,011 | 3,238 | 482 | 700 | 287 | 1,628 | 141 | 18,060 |
| **Percent Increase 2000- 2007** | 14.4% | 16.1% | 11.8% | 20.2% | 14.0% | 19.5% | 6.3% | 13.1% |
| **Housing Allocation 2000-2007** | | | | | | | | |
| Number New Units Needed by 2007 | 30,012 | 3,238 | 482 | 700 | 287 | 1,628 | 141 | 18,060 |
| Very Low Income | 6,903 | 411 | 111 | 161 | 66 | 374 | 32 | 4,154 |
| Low Income | 5,102 | 551 | 82 | 119 | 49 | 277 | 24 | 3,070 |
| Moderate and Above | 18,007 | 1,943 | 289 | 420 | 172 | 977 | 85 | 10,836 |
| **Percent Distribution by Income** | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Very Low Income | 23.0% | 12.7% | 23.0% | 23.0% | 23.0% | 23.0% | 22.7% | 23.0% |
| Low Income | 17.0% | 17.0% | 17.0% | 17.0% | 17.1% | 17.0% | 17.0% | 17.0% |
| Moderate and Above | 60.0% | 60.0% | 60.0% | 60.0% | 59.9% | 60.0% | 60.3% | 60.0% |
| **Annual Housing Demand 2000-2007** | 4,287 | 463 | 69 | 100 | 41 | 233 | 20 | 2,580 |

Source: 2000 Regional Housing Allocation Plan; Kern Council of Governments; U.S. Census Bureau

- ❑ In discussion with area developers and realtors, housing development is expected to remain strong in the near-term in the areas to the west of Bakersfield area based on current housing demand and development opportunities. Local interviewees indicated that a number of families left Wasco due to lack of move-up housing.

- ❑ Long-term growth in housing demand is positive for the Wasco Area. The Bakersfield area enjoys among the lowest cost of living, including housing, for major cities in the state. In Wasco, residential building permits continue to increase with single-family permits in excess of 60 units annually for the 1997-2000 period and 100 permits in both 2001 and 2002 (as of October). Single-family valuations averaged $83,800 in 2001 and $88,300 in 2002. Thus, the city will continue to participate in the overall metropolitan growth trends.

## PROSPECTIVE TIMING OF RESIDENTIAL DEMAND

1. Demand for residential development is strong in Kern County. Growth in housing is demand is positive for the Wasco area. During the next five years, it is reasonable to expect the current rate of residential development to accelerate. This is based on the expected pace of growth in housing demand and the current locational focus of new development. Wasco can effectively compete for this development due to its lower land costs.

2. Development on the land adjacent to the golf course will require the commitment of an investor/developer to the preparation of a preliminary concept plan for the residential land to set the framework for development of the parcels.

# IV. Golf Market Analysis

## OVERALL GOLF SUPPLY

❑ There are 14 public-access golf facilities in Kern County. This includes five municipal courses, one semi-private (Horse Thief), one resort course (also Horse Thief), and 3 nine-hole courses, and two military courses that are open to public play – Muroc and China Lake. There are also seven private facilities in the County. These include two nine-hole courses, six eighteen-hole facilities and one 36-hole club (Seven Oaks).

❑ The daily fee courses are mostly older facilities, with an average age of 35.9 years. Only one facility (The Links at Riverlakes) has opened within the past ten years (1999). The next newest is the subject Valley Rose Course which opened 11 years ago. This is an important consideration since, on the whole, golfers tend to prefer the newer designs rather than older courses. This fact may explain while Links at Riverlakes is one of the strongest performers, in terms of rounds, in spite of receiving relatively poor ratings and in being the most expensive course in the area.

| Golf Course Inventory and Golf Rounds by Facility Type-2002 Kern County, California | | | | |
|---|---|---|---|---|
| | Number | Holes | Estimated Rounds | Average |
| All Golf Facilities | 22 | 360 | 904,000 | 41,091 |
| 27 hole | 1 | 27 | 40,000 | 40,000 |
| 18 hole | 16 | 288 | 709,000 | 44,313 |
| 9 hole | 5 | 45 | 155,000 | 31,000 |
| Municipal | 7 | 117 | 331,000 | 47,286 |
| 18 hole | 6 | 108 | 301,000 | 50,167 |
| 9 hole | 1 | 9 | 30,000 | 30,000 |
| Daily Fee | 7 | 108 | 300,000 | 42,857 |
| 18 hole | 5 | 90 | 230,000 | 46,000 |
| 9 hole | 2 | 18 | 70,000 | 35,000 |
| Private Equity | 5 | 90 | 172,000 | 34,400 |
| 27 hole | 1 | 27 | 40,000 | 40,000 |
| 18 hole | 3 | 54 | 102,000 | 34,000 |
| 9 hole | 1 | 9 | 30,000 | 30,000 |
| Private Non-Equity | 3 | 45 | 101,000 | 33,667 |
| 18 hole | 2 | 36 | 76,000 | 38,000 |
| 9 hole | 1 | 9 | 25,000 | 25,000 |

Source: NGF; Field Survey

## CURRENT DEMAND PATTERNS

### Rounds Performance

- ❑ Average rounds of golf play, on a per course basis, is down significantly from previous years. A current survey reports an average of 41,300 rounds per course; averages from previous reports were 52,500 in 2000 and 49,700 in 2001. However, the current survey includes several lower performing 9-hole courses not reported in previous surveys.

- ❑ Only one facility of nine reporting indicated that its performance was improving (Links at Riverlakes), two others indicated stable rounds performance, and while the other six reported decreasing rounds, some significantly.

- ❑ For the 18-hole courses, the lowest performers were Muroc (military course – 20,000 rounds), Horse Thief (resort – 32,500), China Lake (35,000 – military) and Tierra Del Sol (municipal – 36,000). The highest performing courses were Kern River (municipal – 65,000), North Kern (municipal, 58,000), and The Links at Riverlakes (mid-fee daily fee, 50,000). Valley Rose accommodated 39,500 rounds for the 2001 calendar year

### Fees

- ❑ Golf is affordable in Kern County. Weekday playing fees (green fee plus golf car) average $28.25 and weekend green fees average $33.36. Golf car fees, alone, are inexpensive, averaging $10.21.

- ❑ About half of the courses charge golf car fees by the golf car and not by the rider.

- ❑ Almost all of the facilities offer senior discounts. Unlike other areas of the country, many provide senior discounts on the weekend as well. Most courses offer afternoon discounts, which start as early as noon.

- ❑ There is very little variation in fees, particularly during the week. For the eighteen-hole course, the weekday green fees range from $15 to $23.50. On weekends, the range is a wider, from $18 to $43.

- ❑ Only two courses charge $50 or more to play (including golf car fee) on weekends. All other facilities charge less than $40.

- ❑ Valley Rose green fees are $16 on weekdays, and $18 on weekends with golf car fees of $10. A senior weekday green fee of $9.00 is offered with an $8.00 golf car fee.

- ❑ Fees have increased at many of the municipal facilities, but have decreased at the two higher fee facilities. The three county-owned courses had sharp increases in fees, particularly for non-residents. This increase has been blamed for the decrease in rounds at these courses

## Golf Course Inventory - 2002
## Kern County, California

| Facility Name | City | Holes | Type | Cat | Opened | Green Fee Weekday | Green Fee Weekend | Golf Car Fee | Rounds |
|---|---|---|---|---|---|---|---|---|---|
| Totals | | 360 | | | | | | | 904,000 |
| Municipal | | 117 | | | | | | | 331,000 |
| Valley Rose Golf Course | Wasco | 18R | MU | JG | 1991 | $12.00 | $14.00 | $9.00 | 39,000 |
| Buena Vista Golf Course | Taft | 18R | MU | JG | 1951 | 11.75 | 15.00 | 10.00 | 60,000 |
| California City Municipal Golf Course | California City | 18P | MU | JG | 1960 | 5.00 | 5.00 | 7.00 | 30,000 |
| Delano Public Golf Course | Delano | 9R | MU | JG | 1962 | 8.00 | 10.00 | 7.00 | 30,000 |
| Kern River Golf Course | Bakersfield | 18R | MU | JG | 1953 | 11.75 | 15.00 | 10.00 | 72,000 |
| North Kern Golf Course, Inc. | Bakersfield | 18R | MU | JG | 1953 | 11.75 | 15.00 | 10.00 | 60,000 |
| Tierra Del Sol Golf Course | California City | 18R | MU | JG | 1978 | 15.00 | 20.00 | 11.00 | 40,000 |
| Daily Fee | | 108 | | | | | | | 300,000 |
| Camelot Golf Course | Mojave | 9R | DF | JG | 1969 | 12.00 | 15.00 | 7.50 | 30,000 |
| China Lake Golf Course | China Lake | 18R | DF | MI | 1957 | 16.00 | 16.00 | 9.00 | 40,000 |
| Horse Thief Golf & Country Club | Tehachapi | 18R | DF | RS | 1974 | 18.00 | 38.00 | 12.00 | 35,000 |
| Kern Valley Golf & Country Club | Kernville | 9R | DF | RS | 1960 | 16.00 | 23.00 | 11.00 | 40,000 |
| Sycamore Canyon Golf Course | Arvin | 18R | DF | JG | 1989 | 12.00 | 15.00 | 9/10 | 55,000 |
| The Links At Riverlakes Ranch | Bakersfield | 18R | DF | RD | 1999 | 23.00 | 43.00 | 12.00 | 50,000 |
| Valle Grande Golf Course | Bakersfield | 18R | DF | JG | 1952 | 13.00 | 16.00 | 11.00 | 50,000 |
| Private - Equity | | 90 | | | | | | | 172,000 |
| Bakersfield Country Club | Bakersfield | 18R | PE | JG | 1950 | 45.00 | 45.00 | 11.00 | 30,000 |
| Oak Tree Country Club | Tehachapi | 9R | PE | RD | 1970 | 15.00 | 20.00 | 12.00 | 30,000 |
| Rio Bravo Country Club | Bakersfield | 18R | PE | JG | 1975 | 35.00 | 40/65 | 11.00 | 42,000 |
| Seven Oaks Country Club | Bakersfield | 18R | PE | RD | 1991 | 40.00 | 40.00 | 11.00 | 40,000 |
| Seven Oaks Country Club | Bakersfield | 9R | PE | RD | 2002 | 40.00 | 40.00 | 11.00 | inc above |
| Stockdale Country Club | Bakersfield | 18R | PE | JG | 1925 | 35.00 | 35.00 | 10.00 | 30,000 |
| Private - Non-Equity | | 45 | | | | | | | 101,000 |
| Muroc Lake Golf Course | Edwards | 18R | PN | MI | 1967 | 20/10 | 20/10 | 9.00 | 30,000 |
| Pine Mountain Club | Frazier Park | 9E | PN | RD | 1972 | 15.00 | 15.00 | 7/13.00 | 25,000 |
| Sundale Country Club | Bakersfield | 18R | PN | RD | 1962 | 20/30 | 20/30 | 11.00 | 46,000 |

Source: NGF, Field Inventory

## Course Difficulty

❑ The courses all appear to be relatively easy to play. Only three courses have slopes of 130 or more from the tips (Tierra, Links, and Muroc). From the regular tees, the courses average 6,196 yards in length with a slope of 116.6.

❑ These courses are all apparently unfriendly to women as the shortest course from the forward tees (discounting Delano, which is an executive course) is the Links, with 5,180 yards. Combined, the courses average 5,470.8 yards from the forward tees. This jumps to 5,573 when Delano is eliminated from the average. This is the equivalent of 6,966 yards for men!

## Course Ratings

❑ In order to get a feel for the perceived overall quality of the various facilities, NGF examined ratings posted for the courses posted on two websites: Golfweb.com and Golfcourse.com. These ratings are given by golfers accessing the site, rather than by professionals. Golfweb utilizes a 1-10 scale, with 10 being highest, while Golfcourse.com has a 1-5 scale, with 5 being the highest.

❑ None of the courses were particularly highly rated by either the Golfweb or Golfcourse.com readers. Overall, the courses average 6.9 (out of 10) for Golfweb and 3.4 out of 5 for golfcourse.com. Apparently conditioning was the main complaint across the board – an indicator of either water problems or financial difficulties at the courses.

❑ For Golfweb reviewers, the highest rated courses were Tierra (8.1 – one reviewer), Valley Rose (7.9, two reviewers), and Horse Thief (7.6, three reviewers). The Links was not rated. The lowest rated courses were North Kern (5.0 – three reviewers), Sycamore Canyon (5.7 – four reviewers), and Kern Valley (6.6 – two reviewers).

❑ For Golfcourse.com reviewers, the highest rated courses were Tierra (4.3, six reviewers); Muroc (4.0, three reviewers); Horse Thief (3.9, eight reviewers), and Valley Rose (3.9, seven reviewers).

## New Facilities

❑ There are two new daily fee courses currently in planning: Five Fingers Golf Club, in Inyokern, which is in the extreme northwest corner of the county, and McAllister Ranch Golf Course in Bakersfield. Both are expected to start construction next year.

## Private Courses

❑ The private courses average 79% of membership capacity. The only one close to capacity was Bakersfield CC at 90%.

## Secondary Market

❑ NGF also looked at those courses to the north, just over the border in Tulare County. There were three public courses and one private course within 35 miles of the subject property.

One of the public courses was a nine-hole Par 3, another, Porterville Municipal, was a 9-hole course and one (Tulare) is an 18-hole daily fee.

❑ Both Porterville and Tulare are strong performers, with Porterville reporting 50,000 rounds and Tulare 58,000. Both maintain their rounds have been pretty steady over the past few years. Both courses are inexpensive, with Porterville charging $24 to play, weekday or weekend, and Tulare charging $28 during the week and $33 on weekends. Neither offered a senior discount, but both sold a monthly discount ticket. Porterville is rated very low by Golfcourse.com, while Tulare received fairly good ratings from both Golfweb and Golfcourse.com.

❑ Based on these two courses, it would seem Valley Rose could expect play from Tulare County, should they market themselves in that direction.

## WASCO VALLEY ROSE MARKET PERFORMANCE

❑ Golf play at Valley Rose totaled 39,000 rounds in fiscal 2002, down 7.6 percent from the 42,200 rounds recorded in 2001. This mirrors the general decline in golf play in the Kern County area. It is likely that Valley Rose lost some play to the Links at Riverlakes.

| Annual Golf Rounds* Wasco Valley Rose Course | | |
|---|---|---|
| Fiscal Year* | Total Rounds | Annual % Change |
| 2002 | 39,026 | -7.6% |
| 2001 | 42,238 | -4.0% |
| 2000 | 43,992 | -4.0% |
| 1999 | 45,806 | --- |
| *July 1- June 30 fiscal year Source: Facility Activity Records | | |

❑ The golf club depends heavily on daily fee players from outside the Wasco area. While specific information on player origin is not available, a review of management records indicates that an estimated 70 to 80 percent of golf play comes from outside the immediate Wasco area. This support is primarily from the Bakersfield and north county areas. This pattern is an anomaly, since, in most instances for municipal and daily fee courses, the majority of play can be expected to be drawn from within a 20 to 30 minute driving time distance of the course. While access to the course is relatively direct via State Highway 46 and State Highway 99, the course's demand base is located outside the traditionally defined "primary market area".