Exhibit R-6
Housing Demand 2000-2007
Kern County, Planning Area 3 and Incorporated Areas, Planning Area 4

|  | Kern County | Area 3 Total | Wasco | Shafter | McFarland | Delano | Unicorp | Area 4 Total |
|---|---|---|---|---|---|---|---|---|
| **Occupied Housing Units** | | | | | | | | |
| 1990 | 181,480 | 16,517 | 3,471 | 2,558 | 1,685 | 6,236 | 2,567 | 115,015 |
| 2000 | 208,652 | 20,171 | 4,093 | 3,462 | 2,056 | 8,338 | 2,222 | 138,338 |
| %Change 1990-2000 | 15.0% | 22.1% | 17.9% | 35.3% | 22.0% | 33.7% | -13.4% | 20.3% |
| **Housing Demand Needs 2000-2007** | | | | | | | | |
| Additional Household Demand | 39,703 | | | | | | | |
| Vacancy and Housing Stock Adjustment | (9,692) | | | | | | | |
| Additional Housing Construction Needed | 30,011 | 3,238 | 482 | 700 | 287 | 1,628 | 141 | 18,060 |
| Percent Increase 2000-2007 | 14.4% | 16.1% | 11.8% | 20.2% | 14.0% | 19.5% | 6.3% | 13.1% |
| **Housing Allocation 2000-2007** | | | | | | | | |
| Number New Units Needed by 2007 | 30,012 | 3,238 | 482 | 700 | 287 | 1,628 | 141 | 18,060 |
| Very Low Income | 6,903 | 411 | 111 | 161 | 66 | 374 | 32 | 4,154 |
| Low Income | 5,102 | 551 | 82 | 119 | 49 | 277 | 24 | 3,070 |
| Moderate and Above | 18,007 | 1,943 | 289 | 420 | 172 | 977 | 85 | 10,836 |
| **Percent Distribution by Income** | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Very Low Income | 23.0% | 12.7% | 23.0% | 23.0% | 23.0% | 23.0% | 22.7% | 23.0% |
| Low Income | 17.0% | 17.0% | 17.0% | 17.0% | 17.1% | 17.0% | 17.0% | 17.0% |
| Moderate and Above | 60.0% | 60.0% | 60.0% | 60.0% | 59.9% | 60.0% | 60.3% | 60.0% |
| Annual Housing Demand 2000-2007 | 4,287 | 463 | 69 | 100 | 41 | 233 | 20 | 2,580 |

Source: 2000 Regional Housing Allocation Plan, Kern Council of Governments, U.S. Census Bureau

APPENDIX C

**CITY OF WASCO** 

# APPENDIX C

## MAPS

| | |
|---|---|
| B-1 | LOCATION MAP |
| B-2 | ASSESSOR'S PARCEL MAP |
| B-3 | OWNERSHIP MAP |
| B-4 | FINAL PARCEL MAP 9572 |
| B-5 | TENTATIVE TRACT MAP 5472 |
| B-6 | TENTATIVE TRACT MAP 5618 |
| B-7 | ZONING MAP |
| B-8 | AERIAL PHOTO |
| B-9 | SEWER MAP |
| B-10 | WATER MAP |

MAP B-1 LOCATION MAP
VALLEY ROSE ESTATES

☐ Parcel Boundaries

HWY 43

HWY 46

VALLEY ROSE ESTATES

ASSESSORS MAP NO. 487-05
COUNTY OF KERN

ASSESSOR'S PARCEL MAP

Note: This map is for assessment purposes only. It is not to be construed as portraying legal ownership or divisions of land for purposes of zoning or subdivision law.



# MAP B-3 OWNERSHIP MAP
## VALLEY ROSE ESTATES

Owned by Wasco Community Development Corporation
Owned by the City of Wasco

Blue Numbers - APN
Black Numbers - Acreage

487-050-49
121.07 ac

487-050-51
158.24 ac

VALLEY ROSE PKY

AUGUSTA MANOR DR

487-050-50
70.81 ac

LEONARD

487-050-48
46.06 ac

487-050-46
33.51 ac

487-050-24
155.16 ac

VALLEY ROSE GOLF COURSE

487-050-47
27.16 ac

HWY 46



"REVISED"
TENTATIVE TRACT MAP No. 5472

## GENERAL NOTES

## LEGAL DESCRIPTION



# MAP B-7 ZONING MAP
## VALLEY ROSE ESTATES

- C-N Neighborhood Commercial
- C-R Commercial Retail
- R-1-6 Low Density Residential 6,000
- R-1-8 Low Density Res 8,000
- R-2 - Medium Density Residential
- R-E Residential Estate
- R-F O-S Open Space
- P-F Public Facilities

N

R-1-8

R-1-8

R-2

P-F

VALLEY ROSE PKY

AUGUSTA MANOR DR

R-E

LEONARD

R-1-8

R-F O-S

VALLEY ROSE GOLF COURSE

C-R

R-1-6

C-N

HWY 46

# MAP B-8 AERIAL PHOTO
# VALLEY ROSE ESTATES
Parcel Boundaries







# MAP B-10 WATER MAP
# VALLEY ROSE ESTATES

