Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**NORTHERN'S REQUEST FOR JUDICIAL NOTICE**<br><br><br>**JUDGE: Lawrence J. O'Neill** |

Northern requests that this Court take Judicial Notice of the following documents filed on September 28, 2009 in Support of Northern's Summary Judgment Motion pursuant to Rule 201 of the Federal Rules of Evidence;

1.      Northern's Separate Statement of Material Undisputed Facts.

2.      Declaration of Steven J Hassing, with exhibits "A" through "Z".

3.      Declaration of Michael Brown, with exhibits "A" through "L".

4.      Declaration of Joe Wu, with exhibit "A".

5.      Declaration of Jeff Gutierrez.

6.      Declaration of Greg Black.

7.      Declaration of Sarah Burgi.

8.      Declaration of Josh Woodard.


Dated this 16th day of October, 2009            _____/s/ Steven J. Hassing, Esq._____
                                                Steven J Hassing, Attorney for Northern and
                                                Lotus

## CERTIFICATE OF SERVICE

1.      On October 21, 2009, I served the following document:

- **NORTHERN'S AND LOTUS'S REQUEST FOR JUDICIAL NOTICE**

2.      The above-named document was served by the following means to the persons as listed below:

__XX__      United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 21st day of October, 2009          /s/ Kimberley A. Hassing
                                                             Kimberley A. Hassing