Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH, <br><br> Plaintiff(s); <br><br> v. <br><br> NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL., <br><br> Defendant(s). | No. 1:07-CV-01080-LJO-GSA <br><br> **DECLARATION OF JEFF GUTIERREZ IN SUPPORT OF NORTHERN'S OPPOSITION TO MCINTOSH'S SUMMARY JUDGMENT MOTION** <br><br> JUDGE: Lawrence J. O'Neill |

I, Jeff, Gutierrez, declare;

1. I have personal knowledge of each fact stated herein.

2. I am president of Dennis W. DeWalt, Inc and was the person who provided the supplemental responses to special interrogatories, set one and supplemental responses to request for admissions, set one, attached to the declaration of Jeff Travis as Exhibits "V" and "W".

3. In responding to the interrogatories and requests for admissions I indicated that Map 5472 was one of many documents used by DeWalt in preparing Map 6451. The only reason for those responses was that we compared Map 5472 to Map 6451 after Map 6451 was nearly completed for the sole reason of determining if there appeared to be any major external boundary differences.

4. We felt that there should not be any major differences between the external boundaries of the two maps and if there were, then we would need to conduct further review to determine why our interpretation of the boundary description differed from another known survey. Other than that, to my knowledge, there was no use whatsoever made of Map 5472 and that is all that I was referring to in the supplemental discovery responses.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 14th day of October, 2009

_____
Jeffrey A. Gutierrez

## CERTIFICATE OF SERVICE

1. On October 21, 2009, I served the following document:

   - **DECLARATION OF JEFF GUTIERREZ IN SUPPORT OF NORTHERN'S OPPOSITION TO MCINTOSH'S SUMMARY JUDGMENT MOTION**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 21st day of October, 2009                /s/ Kimberley A. Hassing
                                                     Kimberley A. Hassing