Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California*
*Universal Enterprise Company and Lotus*
*Developments LP*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF JOE WU IN SUPPORT OF NORTHERN'S OPPOSITION TO PLAINTIFF'S SUMMARY ADJUDICATION MOTION**<br><br>**JUDGE: Lawrence J. O'Neill** |
| CITY OF WASCO,<br><br>Cross-Complainants(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>Cross-Defendant(s) | |

I, Joe Wu, declare:

1.     I am president of Northern California Universal Enterprise Company and have

personal knowledge of the facts set forth herein.

2.     Northern had completed 21 of 68 homes by the end of 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this _14_ day of October, 2009



Joe Wu

Declaration of Joe Wu in Support of Northern's Opposition to Plaintiff's Summary Adjudication Motion

# CERTIFICATE OF SERVICE

1.   On October 21, 2009, I served the following document:

- **DECLARATION OF JOE WU  IN SUPPORT OF NORTHERN'S OPPOSITION TO PLAINTIFF'S SUMMARY ADJUDICATION MOTION**

2.   The above-named document was served by the following means to the persons as listed below:

__XX__    United States Mail, first class postage fully prepaid and addressed to::

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 21st day of October, 2009           /s/ Kimberley A. Hassing
                                                    Kimberley A. Hassing

Declaration of Joe Wu in Support of Northern's Opposition to Plaintiff's Summary Adjudication Motion