A-PDF Split DEMO : Purchase from www.A-PDF.com to remove the watermark

lj:st:nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700 (93309)
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   email: jbraze@bortonpetrini.com
5  email: jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh dba
   McIntosh & Associates

7

8               UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                        Case No.  1:07-CV-01080 LJO-GSA

12                Plaintiff,
                                           DECLARATION OF JEFFREY A.
13  v.                                     TRAVIS IN SUPPORT OF PLAINTIFF'S
                                           OPPOSITION TO WASCO AND
14  NORTHERN CALIFORNIA UNIVERSAL          NORTHERN'S MOTIONS FOR
    ENTERPRISES COMPANY, a California      SUMMARY JUDGMENT
15  corporation; LOTUS DEVELOPMENTS,
    LLP; THE CITY OF WASCO, a municipal
16  corporation; DEWALT CM, INC., a California   DATE:  October 28, 2009
    corporation also doing business as DEWALT    TIME:   OFF CALENDAR
17  CORPORATION; DENNIS W. DE WALT,        DEPT.:  4
    INC., a California corporation also doing    JUDGE: Lawrence J. O'Neill
18  business as DEWALT CORPORATION; and
    DOES 1 through 10, inclusive,
19
                  Defendants.
20

21

22          I, Jeffrey A. Travis, state, and if so called, will testify as follows:

23          1.      I am an attorney for the plaintiff in the above-named case and have been

24  responsible for preparing, reviewing, instructing and conducting discovery and investigation into the

25  facts surrounding this case.

26          2.      I am duly licensed to practice in the courts of the State of California including

27  the Eastern District of California.

28

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\MSJ -
Wasco\DCL OF JAT IN OPP
TO MSJ.wpd

1

DCL OF JEFFREY A. TRAVIS IN SUPPORT OF PLF'S OPP TO WASCO AND NORTHERN'S MOTIONS FOR SUMMARY JUDGMENT

3.      I am preparing this declaration for the Court to easily review and reference certain maps and plans which are in contention in this copyright dispute and which all appear to be admitted but which are scattered among the numerous exhibits.

4.      Attached hereto as Exhibit A, is a true and correct copy of the copy of the 5472 Tentative Map originally prepared by Martin-McIntosh in 1992 and which forms the basis for the original layout and design of the Valley Rose subdivision.

5.      Attached hereto as Exhibit B is a true and correct copy of the 5472 improvement plans originally prepared by Martin-McIntosh for the Valley Rose Estates and which supported the 5472 Tentative Map.

6.      Attached hereto as Exhibit C is a true and correct copy of Tentative Map No. 6451 originally prepared by DeWalt Corporation and which McIntosh contends infringes his 5472 Map and also his improvement plans.

7.      Attached hereto as Exhibit D is a true and correct copy of Final Map No. 6451 originally prepared by DeWalt Corporation and which McIntosh contends infringes his 5472 Map and also his improvement plans..

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 21st day of October, 2009, at Bakersfield, California.


/s/ Jeffrey A. Travis
Jeffrey A. Travis, Declarant

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\MSJ -
Wasco\DCL OF JAT IN OPP
TO MSJ.wpd

2

DCL OF JEFFREY A. TRAVIS IN SUPPORT OF PLF'S OPP TO WASCO AND NORTHERN'S MOTIONS FOR SUMMARY JUDGMENT

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **October 21, 2009**, I served the foregoing document described as **DECLARATION OF JEFFREY A. TRAVIS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO WASCO AND NORTHERN'S MOTION FOR SUMMARY JUDGMENT** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br> Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:    916/677-1776<br>**Fax:    916/677-1770** |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>Alexander & Associates<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

X    **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

X    **BY OVERNIGHT MAIL:** I caused such envelope with postage fully prepaid to be sent by Golden State Overnight Mail.

Executed on **October 21, 2009**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____              _____
Vanessa J. Claridge                         s/s Vanessa J. Claridge

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\MSJ -
Wasco\DCL OF JAT IN OPP
TO MSJ.wpd

# EXHIBIT "A"

REVISED
TENTATIVE TRACT MAP No. 5472

# EXHIBIT "B"

















STORM DRAIN PLAN

THE LEGACY GROUP, LTD.

VALLEY ROSE PLANNED COMMUNITY

"REVISED" MASTER

SHEET 1

OF SHEETS

Martin-McIntosh

LAND SURVEYING · CIVIL ENGINEERING

2001 WHEELAN COURT

BAKERSFIELD, CALIFORNIA 93309



# TENTATIVE TRACT MAP No. 5618





Case 1:07-cv-01080-LJO-GSA   Document 171-2   Filed 10/21/09   Page 15 of 41







Case 1:07-cv-01080-LJO-GSA   Document 171-2   Filed 10/21/09   Page 18 of 41



Case 1:07-cv-01080-LJO-GSA   Document 171-2   Filed 10/21/09   Page 19 of 41





Case 1:87-cv-08030-LJO-GSA   Document 171-2   Filed 10/21/09   Page 21 of 41





Case 1:07-cv-01080-LJO-GSA    Document 171-2    Filed 10/21/09    Page 23 of 41





TENTATIVE TRACT MAP No. 5618

TENTATIVE TRACT MAP NO. 5618

SCALE 1" = 100'

GENERAL NOTES

LEGAL DESCRIPTION

STATISTICS

VICINITY MAP

VALLEY ROSE PARKWAY
HIGHLAND PARK DRIVE
ST. ANDREWS CRESCENT
CASTLE PINES CT.
SHERWOOD CT.
ENGLISH TURN
ST. ANDREWS WAY
SPYGLASS WAY
FIRESTONE DRIVE
GLEN ABBEY WAY
DESERT MOUNTAIN ROAD
TUMBLE BROOK CT.
BLACK LAKE DRIVE
FIREHURST DRIVE
SCOFIELD AVENUE
HARBOUR TOWN DRIVE
EDINBURGH WAY
WINSTON PL.
AUGUSTA MANOR DRIVE
OLYMPIC CLUB



# TENTATIVE PARCEL MAP No. 9572

## "REVISED"



TENTATIVE TRACT MAP No. 5472
REVISED









# GENERAL NOTES (CITY OF WASCO)

# SPECIAL NOTES

# CONSTRUCTION TRAFFIC CONTROL

## BENCHMARK USED:

## VICINITY MAP
NOT TO SCALE

## SECTION A
NO SCALE

## SECTION B
NO SCALE

# HIGHWAY 46 AND VALLEY ROSE PARKWAY

## INCREMENT NO. 0

DEVELOPER:
THE LEGACY GROUP
BAKERSFIELD, CA

SUBMITTED:
MARTIN-McINTOSH, CIVIL ENGINEERS

APPROVALS:
CITY OF WASCO CITY ENGINEER
Approved By:

VALLEY ROSE PLANNED COMMUNITY
HIGHWAY 46 INCREMENT NO. 0
CONSTRUCTION PLANS

SHEET
1
OF   SHEETS

Martin-McIntosh
LAND SURVEYING · CIVIL ENGINEERING

2001 WHELAN COURT
BAKERSFIELD, CALIFORNIA 93309

# CITY OF WASCO
## DEPARTMENT OF PUBLIC WORKS
### OFF-SITE WATER PLANS
### FOR CONSTRUCTION

# VALLEY ROSE
# PLANNED COMMUNITY

**WATER NOTES:**

**DETAILED SPECIFICATIONS:**

**SPECIAL NOTES:**

**VICINITY MAP**
NO SCALE

**KEY MAP**
SCALE: 1" = 400'

**INDEX OF DRAWINGS:**

1. TITLE & KEY MAP
2. STA. 812+65.00−826+50.00 HWY 46
3. STA. 826+50.00−840+50.00 HWY 46
4. STA. 840+50.00−855+00.00 HWY 46
5. STA. 855+00.00−869+00.00 HWY 46
6. STA. 869+00.00−884+00.00 HWY 46
7. STA. 884+00.00−898+50.00 HWY 46
8. STA. 898+50.00−913+00.00 HWY 46
9. STA. 913+00.00−927+31.00 HWY 46
10. STA. 104+00.00−115+00.00 LEONARD AVENUE
11. DETAIL SHEET

**DEVELOPER:**
THE LEGACY GROUP
325 ROBINSON
BAKERSFIELD, CA.

**BENCHMARK USED:**

**APPROVALS.**
City of Wasco Department of Public Works

**LEGEND**



| SHEET 1 | VALLEY ROSE ESTATES OFF-SITE WATER CONSTRUCTION PLAN |
| --- | --- |

OF 11 SHEETS

Martin McIntosh
LAND SURVEYING · CIVIL ENGINEERING



PLAN VIEW

PROFILE

STATE HIGHWAY 46

VALLEY ROSE ESTATES
OFF-SITE WATER
CONSTRUCTION PLAN

SHEET
2
OF 11 SHEETS



PLAN VIEW

PROFILE

STATE HIGHWAY 46

MATCH LINE
SEE SHEET 2

MATCH LINE
SEE SHEET 4

SHEET
3
OF 11 SHEETS

VALLEY ROSE ESTATES
OFF-SITE WATER
CONSTRUCTION PLAN

Martin-McIntosh
LAND SURVEYING - CIVIL ENGINEERING

2001 WHEELAN COURT
BAKERSFIELD, CALIFORNIA 93309





MATCH LINE
SEE SHEET 4

PLAN VIEW

MATCH LINE
SEE SHEET 6

PROFILE

STATE HIGHWAY 46
STA. 854+00–864+00

VALLEY ROSE ESTATES
OFF–SITE WATER
CONSTRUCTION PLAN

Martin–McIntosh
LAND SURVEYING · CIVIL ENGINEERING
2001 WHEELAN COURT
BAKERSFIELD, CALIFORNIA 93309



STATE HIGHWAY 46

PROFILE

PLAN VIEW

MATCH LINE
SEE SHEET 5

MATCH LINE
SEE SHEET 7

VALLEY ROSE ESTATES
OFF-SITE WATER
CONSTRUCTION PLAN

Martin-McIntosh
LAND SURVEYING · CIVIL ENGINEERING
2001 WHEELAN COURT
BAKERSFIELD, CALIFORNIA 93309







MATCH LINE
SEE SHEET 8

PLAN VIEW

PROFILE

STATE HIGHWAY 46

LIMITS OF CONSTRUCTION

Martin-McIntosh
LAND SURVEYING · CIVIL ENGINEERING
2001 WHEELAN COURT
BAKERSFIELD, CALIFORNIA 93309

VALLEY ROSE ESTATES
OFF-SITE WATER
CONSTRUCTION PLAN

SHEET
9
OF 11 SHEETS



VALLEY ROSE ESTATES
OFF-SITE WATER
CONSTRUCTION PLAN

# VALLEY ROSE ESTATES OFF-SITE WATER DETAIL SHEET











| SHEET | | VALLEY ROSE ESTATES OFF-SITE WATER CONSTUCTION PLAN | | | | 2001 WHEELAN COURT BAKERSFIELD, CALIFORNIA 93309 | Martin-McIntosh |
| 11 | | | | | | | LAND SURVEYING · CIVIL ENGINEERING |
| OF | SHEETS | | | | | | |



TRACT 5472 - VALLEY ROSE ESTATES
LANDSCAPE CONSTRUCTION DRAWINGS

KEY MAP          HIGHWAY 40          SCALE: 1" = 100'

VALLEY ROSE PARKWAY

PEBBLE BEACH WAY






Martin-McIntosh

SHEET 1 OF 7 SHEETS

TRACT 5472
LANDSCAPE CONSTRUCTION DRAWINGS
VALLEY ROSE PARKWAY

