

A-PDF Split DEMO : Purchase from www.A-PDF.com to remove the watermark















SHEET
7
OF 7 SHEETS

TRACT 6472
LANDSCAPE DETAILS
VALLEY ROSE PARKWAY

2005 WHEELAN COURT
BAKERSFIELD, CALIFORNIA 93309

Martin-McIntosh
LAND SURVEYING · CIVIL ENGINEERING

3566





CITY OF WASCO
DEPARTMENT OF PUBLIC WORKS
WALL CONSTRUCTION PLANS

VALLEY ROSE
PLANNED COMMUNITY
TRACT NO. 5472











TRACT NO. 5472
VALLEY ROSE PLANNED COMMUNITY
WALL PLANS

2006 WHEELAN COURT
BAKERSFIELD, CALIFORNIA 93309

Martin-McIntosh
LAND SURVEYING · CIVIL ENGINEERING





TRACT NO. 5472
VALLEY ROSE PLANNED COMMUNITY
WALL PLANS

2001 WHEELAN COURT
BAKERSFIELD, CALIFORNIA 93308

Martin-McIntosh
LAND SURVEYING · CIVIL ENGINEERING





TRACT NO. 5472
VALLEY ROSE PLANNED COMMUNITY
WALL PLANS

Martin-McIntosh
LAND SURVEYING · CIVIL ENGINEERING
2001 WHEELAN COURT
BAKERSFIELD, CALIFORNIA 93309



# CITY OF WASCO
## DEPARTMENT OF PUBLIC WORKS
### SEWAGE PUMP STATION
### AND
### FORCE MAIN
# VALLEY ROSE
# PLANNED COMMUNITY

**INDEX OF DRAWINGS:**

1. COVER SHEET
2. SITE PLAN
3. STATION LAYOUT
4. PLAN & SECTION
5. DETAILS
6. DETAILS
7. ELECTRICAL PLAN
8. ELECTRICAL DATA
9. SEWER FORCE MAIN (STA. 10+00 TO STA. 24+00)
10. SEWER FORCE MAIN (STA. 24+00 TO STA. 36+55.04)
11. SEWER FORCE MAIN (STA. 10+00 TO STA. 21+00)
12. SEWER FORCE MAIN (STA. 21+00 TO STA. 31+18.85)

**SUBMITTED:**
MARTIN–McINTOSH, CIVIL ENGINEERS

**APPROVALS:**
CITY OF WASCO DEPARTMENT OF PUBLIC WORKS

## NOTES

### GENERAL NOTES

### SPECIAL NOTES

### CONSTRUCTION NOTES



VICINITY MAP

BENCH MARK:

2001 WHELAN COURT
BAKERSFIELD, CALIFORNIA 93309

Martin·McIntosh
LAND SURVEYING · CIVIL ENGINEERING

| SHEET | | |
|---|---|---|
| **1** | VALLEY ROSE ESTATES SEWAGE PUMP STATION AND FORCE MAIN | |
| OF 12 SHEETS | | |







SHEET

3

OF 12 SHEETS

VALLEY ROSE ESTATES
STATION LAYOUT
SEWAGE PUMP STATION

2005 WHEELAN COURT
BAKERSFIELD, CALIFORNIA 93309

Martin-McIntosh
LAND SURVEYING · CIVIL ENGINEERING





VALLEY ROSE ESTATES
SEWAGE PUMP STATION
DETAIL SHEET

2001 WHELAN COURT
BAKERSFIELD, CALIFORNIA 93309

Martin-McIntosh
LAND SURVEYING · CIVIL ENGINEERING



VALLEY ROSE ESTATES
GUIDE BAR AND CONNECTION DETAIL
SEWAGE PUMP STATION

2009 WHELAN COURT
BAKERSFIELD, CALIFORNIA 93309

Martin-McIntosh
LAND SURVEYING · CIVIL ENGINEERING

SHEET
6
OF 12 SHEETS



| SHEET | VALLEY ROSE ESTATES | | | 2001 WHEELAN COURT | |
|-------|----------------------|--|--|--------------------|--|
| 7 | ELECTRICAL CONDUIT LAYOUT | | | BAKERSFIELD, CALIFORNIA 93309 | |
| OF 12 SHEETS | SEWAGE PUMP STATION | | | | Martin-McIntosh |



SHEET 8 OF 12 SHEETS

VALLEY ROSE ESTATES
ELECTRICAL DATA + DETAILS
SEWER PUMP STATION

2001 WHELAN COURT
BAKERSFIELD, CALIFORNIA 93309

Martin-McIntosh
LAND SURVEYING · CIVIL ENGINEERING



SEWER FORCE MAIN

VALLEY ROSE PARKWAY ALIGNMENT

STA. 10+00.00 — STA. 24+00.00

SEWER FORCE MAIN PROFILE

SEE SHEET 2

₵ STATE ROUTE 46

MATCH LINE
SEE SHEET 10



| SHEET | VALLEY ROSE PARKWAY ALIGNMENT | | | 2001 WHEELAN COURT | Martin-McIntosh |
| 9 | STA. 10+00.00 TO 24+00.00 | | | BAKERSFIELD, CALIFORNIA 93309 | |
| OF 12 SHEETS | SEWER FORCE MAIN | | | | LAND SURVEYING · CIVIL ENGINEERING |



SEWER FORCE MAIN
VALLEY ROSE PARKWAY ALIGNMENT

MATCH LINE
SEE SHEET 9



# SEWER FORCE MAIN
## 7th STREET ALIGNMENT

STA. 10+00.00 – STA. 21+00.00

SEWER FORCE MAIN PROFILE





# SEWER FORCE MAIN
## 7th STREET ALIGNMENT

STA. 21+00.00 – STA. 31+20.16

SEWER FORCE MAIN PROFILE








STATE HIGHWAY 46 AND VALLEY ROSE PARKWAY

PROPOSED INTERSECTION DESIGN

INCREMENT #3

INCREMENT #2

INCREMENT #1







PROPOSED ULTIMATE INTERSECTION DESIGN

PROPOSED TRANSITION STRIPING DESIGN PHASE I

PROPOSED TRANSITION PAVING DESIGN PHASE I

MATCHLINE—SEE SHEET 2

MATCHLINE—SEE SHEET 2

MATCHLINE—SEE SHEET 2



EXHIBIT "C"



TENTATIVE TRACT MAP NO. 6451

TENTATIVE TRACT NO. 6451
CITY OF WASCO, CALIFORNIA

# EXHIBIT "D"

# TRACT NO. 6451

CONSISTING OF 3 SHEETS

BEING A DIVISION OF A PORTION OF PARCEL 1 OF PARCEL MAP NO. 9572, FILED
IN BOOK 44 OF PARCEL MAPS, PAGES 57 THROUGH 62 IN THE OFFICE OF
THE KERN COUNTY RECORDER AND A CERTIFICATE OF CORRECTION RECORDED
DECEMBER 18, 1992 IN BOOK 6739, PAGE 43 OF OFFICIAL RECORDS AND A
CERTIFICATE OF CORRECTION RECORDED JUNE 16, 1993 IN BOOK 6862, PAGE
1325 OF OFFICIAL RECORDS, ALSO BEING A PORTION OF THE SE. 1/4 OF
SW. 1/4 OF SECTION 4, TOWNSHIP 27 SOUTH, RANGE 24 EAST, M.D.B.&M., IN
THE CITY OF WASCO, COUNTY OF KERN, STATE OF CALIFORNIA.

69 NUMBERED LOTS     1 DESIGNATED REMAINDER     37.51 GROSS ACRES

## OWNER'S STATEMENT

## SURVEYOR'S STATEMENT

## CITY ENGINEER'S STATEMENT

## CITY PLANNING DIRECTOR'S STATEMENT

3-07-2007

## CITY CLERK'S CERTIFICATE

## RECORDER'S CERTIFICATE

## MADE AT REQUEST

SHEET 1 of 3

BP000018



# TRACT NO. 6451

CONSISTING OF 3 SHEETS

BEING A DIVISION OF A PORTION OF PARCEL 57 THROUGH 62 IN BOOK 44 OF PARCEL MAPS AT PAGES 57 THROUGH 62 IN THE KERN COUNTY RECORDER, AND BY CERTIFICATE OF CORRECTION RECORDED DECEMBER 18, 1992 IN BOOK 6779, PAGE 43 OF OFFICIAL RECORDS AND CERTIFICATE OF CORRECTION RECORDED JUNE 15, 1993 IN BOOK 6822, PAGE 1325 OF OFFICIAL RECORDS, ALSO BEING A PORTION OF THE SE 1/4 OF THE SW 1/4 OF SECTION 4, TOWNSHIP 27 SOUTH, RANGE 24 EAST, M.D.B.&M., IN THE CITY OF WASCO, COUNTY OF KERN, STATE OF CALIFORNIA.

69 NUMBERED LOTS   1 DESIGNATED REMAINDER   33.51 GROSS ACRES

SHEET 3 OF 3

BP000020