nr:st

1   James J. Braze, Esq.; SBN 75911
    Jeffrey A. Travis, Esq.; SBN 235507
2   BORTON PETRINI, LLP
    5060 California Avenue, Suite 700
3   Post Office Box 2026
    Bakersfield, CA 93303
4   Telephone (661) 322-3051
    email: jbraze@bortonpetrini.com
5   email: jtravis@bortonpetrini.com

6   Attorneys for Plaintiff, Roger McIntosh dba
    McIntosh & Associates

7

8                   UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11   ROGER McINTOSH,                        Case No.  1:07-CV- 01080 LJO-GSA

12              Plaintiff,                   OBJECTIONS TO THE DECLARATION
                                             OF JAMES  ZERVIS IN SUPPORT OF
13   v.                                      DEFENDANT CITY OF WASCO'S
                                             MOTION FOR SUMMARY JUDGMENT
14   NORTHERN CALIFORNIA UNIVERSAL
     ENTERPRISES COMPANY, a California
15   corporation; LOTUS DEVELOPMENTS,
     LLP; THE CITY OF WASCO, a municipal
16   corporation; DEWALT CM, INC., a California
     corporation also doing business as DEWALT
17   CORPORATION; and DOES 1 through 10,
     inclusive
18
                Defendants.
19

20
     CITY OF WASCO,
21
                Cross-Complaint,
22
          vs.
23
     NORTHERN CALIFORNIA UNIVERSAL
24   ENTERPRISES COMPANY, INC.,

25              Cross-Defendant.

26

27        Plaintiff hereby objects to certain portions of the Declaration of James Zervis  in that

28   the testimony is not admissible and request that the testimony be stricken. (*FDIC v. New Hampshire*

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\MSJ -
Wasco\OBJ DCL ZZERVIS
10-13-09.wpd

                                             1

1 | *Insurance Co.* (9th Cir. 1991) 953 F.2d 478, 484.)

2 | **DECLARATION PARAGRAPH** | **OBJECTION**

| DECLARATION PARAGRAPH | OBJECTION |
|---|---|
| 5. "Through the Agreement with the City . . . paid for the Martin-McIntosh Improvement Plans. . ." | • Legal conclusion: Mr. Zervis is testifying as to a legal conclusion of whether or not the City "paid" for Improvement Plans yet as the Government Code establishes it is not up to the City Planning Commission to create contracts with third parties but it is the City Council and the Mayor. As such, they are the only ones sufficient to testify whether or not such a written agreement was made.<br><br>• Speculative: Mr. McIntosh and/or an agent of Martin-McIntosh was not a signatory to the attached Exhibit "B," and Mr. Zervis has no personal knowledge as to Mr. McIntosh's dealings with the City at that time, therefore his testimony is irrelevant and speculative. |
| 8. "The City and NCUE have not entered into any joint venture, partnership, co-ownership or other such arrangement with respect to owning or developing the subdivision." | • Legal conclusion: Mr. Zervis is testifying as to a legal conclusion of whether or not the City "paid" for Improvement Plans yet as the Government Code establishes it is not up to the City Planning Commission to create contracts with third parties but it is the City Council and the Mayor. As such, they are the only ones sufficient to testify whether or not such a written agreement was made.<br><br>• Speculative: Mr. McIntosh and/or an agent of Martin-McIntosh was not a signatory to the attached Exhibit "B," and Mr. Zervis has no personal knowledge as to Mr. McIntosh's dealings with the City at that time, therefore his testimony is irrelevant and speculative. |
| 9. "The City and Lotus Development's LP have not entered into any joint venture, partnership, co-ownership or other such arrangement with respect to owning or developing the subdivision." | • Lack of foundation: The declarant testified that he is director of finance and works in the finance department and is not competent to testify as to the conclusions asserted in this paragraph. |

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\MSJ -
Wasco\OBJ DCL ZERVIS
10-13-09.wpd

2

OBJS TO THE DCL OF JAMES ZERVIS IN SUPPORT OF DF CITY OF WASCO'S MOJ

1
2

• Legal conclusion: The declarant is testifying as to a legal conclusion and not as to a material fact.

3
4
5
6
7
8

• Lack of foundation:  Mr. Zervis has not testified or established any foundation as to the fact that he was a party to the Acquisition Agreement attached as Exhibit "B" nor does he have personal knowledge as to the facts surrounding the acquisition agreement.  He is simply reviewing a document given to him by another department.

9
10
11
12
13
14

• Legal conclusion:   Mr. Zervis is testifying as to a legal conclusion of whether or not the City "paid" for Improvement Plans yet as the Government Code establishes it is not up to the City Planning Commission to create contracts with third parties but it is the City Council and the Mayor.   As such, they are the only ones sufficient to testify whether or not such a written agreement was made.

15
16
17
18
19

• Speculative:  Mr. McIntosh and/or an agent of Martin-McIntosh was not a signatory to the attached Exhibit "B," and   Mr. Zervis has no personal knowledge as to Mr. McIntosh's dealings with the City at that time, therefore his testimony is irrelevant and speculative.

20
21
22
23

10.  "The City and Dennis W. DeWalt, Inc. ("DeWalt"), NCUE Civil Engineer, have not entered into any joint venture, partnership, co-ownership or other such arrangement with respect to owning or developing the subdivision.

• Lack of foundation: The declarant testified that he is director of finance and works in the finance department and is not competent to testify as to te legal conclusions asserted in this paragraph.

24
25

• Legal conclusion: The declarant is testifying as to a legal conclusion and not as to a material fact.

26

11.  ". . .  City staff have not advised, encouraged or suggested . . . that any of these entities violate . . . copyright interests . . ."

• Lack of foundation: Mr. Zervis is the City Finance Director only.

27
28

• Speculative: The testimony speculates on what city staff may or may not have said.

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\MSJ -
Wasco\OBJ DCL ZZERVIS
10-13-09.wpd

3

OBJS TO THE DCL OF JAMES ZERVIS IN SUPPORT OF DF CITY OF WASCO'S MOJ

| | |
|---|---|
| 1 | • Irrelevant: Whether staff did or did not expressly encourage copyright infringement is irrelevant to the elements necessary to prove infringement. |
| 2 | |
| 3 | |
| 4 | 12. ". . . No City staff had ever been advised that [defendants] were infringing . . ."      • Lack of foundation: Mr. Zervis is the City Finance Director only. |
| 5 | |
| 6 | • Speculative: The testimony speculates on what city staff may or may not have said. |
| 7 | • Irrelevant: Whether staff did or did not expressly encourage copyright infringement is irrelevant to the elements necessary to prove infringement. |
| 8 | |
| 9 | |

10    For the foregoing reasons, plaintiff Roger McIntosh requests that the above portions

11  of the declaration be stricken and/or not considered in ruling on Wasco's Motion.

12  DATED:   October 21, 2009

13                BORTON PETRINI, LLP

14

15                By:_____/s/ Jeffrey A. Travis_____
                   Jeffrey A. Travis, Attorney for Plaintiff,
16                Roger McIntosh dba McIntosh & Associates

17

18

19

20

21

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\MSJ -
Wasco\OBJ DCL ZERVIS
10-13-09.wpd

4

OBJS TO THE DCL OF JAMES ZERVIS IN SUPPORT OF DF CITY OF WASCO'S MOJ

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA,  COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On October 21, 2009, I served the foregoing document described as **OBJECTIONS TO THE DECLARATION OF JAMES  ZERVIS IN SUPPORT OF DEFENDANT CITY OF WASCO'S MOTION FOR SUMMARY JUDGMENT** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq. | Attorneys for Attorneys for Defendants, |
| Law Offices of Steven J. Hassing | Northern California Universal Enterprises |
| 425 Calabria Court | Company and Lotus Developments |
| Roseville, CA 95747 | Tel:    916/677-1776 |
| email address: **stevehassing@yahoo.com** | **Fax:   916/677-1770** |

| | |
|---|---|
| Chaka Okadigbo | Attorneys for Defendant, City of Wasco |
| **Garcia Calderon Ruiz, LLP** | |
| 500 South Grand Ave Suite 1100 | Tel: 213/347-0210 |
| Los Angeles, CA 90071 | **Fax: 213-347-0216** |
| email address: **cokadigbo@gcrlegal.com** | |

| | |
|---|---|
| William L. Alexander, Esq. | Attorneys for Defendant, DeWalt CM, Inc. |
| Alexander & Associates | |
| 1925 "G" Street | Tel: 661/316-7888 |
| Bakersfield, CA 93301 | **Fax: 661/316-7890** |
| email address: **walexander@alexander-law.com** | |

X    **BY ELECTRONIC SERVICE:**  Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

X    **BY MAIL:**  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on October 21, 2009, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| | |
|---|---|
| _____ | _____ |
| Vanessa J. Claridge | /s/ Vanessa J. Claridge |

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\MSJ -
Wasco\OBJ DCL ZZERVIS
10-13-09.wpd

OBJS TO THE DCL OF JAMES ZERVIS IN SUPPORT OF DF CITY OF WASCO'S MOJ