nr

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>  Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>  Defendants. | Case No. 1:07-CV- 01080 LJO-GSA<br><br>OBJECTIONS TO THE DECLARATION OF CHAKA OKADIGBO IN SUPPORT OF DEFENDANT CITY OF WASCO'S MOTION FOR SUMMARY JUDGMENT |
| CITY OF WASCO,<br><br>  Cross-Complaint,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>  Cross-Defendant. | |

Plaintiff hereby objects to certain portions of the Declaration of Chaka Okadigbo in that the testimony is not admissible and request that the testimony be stricken.

1  (*FDIC v. New Hampshire Insurance Co.* (9th Cir. 1991) 953 F.2d 478, 484.)

| DECLARATION PARAGRAPH | OBJECTION |
|---|---|
| 3. "Attached hereto as Exhibit "A" is a true and correct copy of the Tentative Tract Map No. 6451 and attached as Exhibit "B" is a true and correct copy of revised Tentative Tract Map No. 5472. I have examined both Maps very carefully and have highlighted in yellow, the items on Map 6451 that are not contained on Map 5472. I have highlighted in pink, items on Map 5472 which are not on Map 6451." | • The document speaks for itself and the testimony is irrelevant.<br><br>• Argumentative: The highlighting argues for substantial differences in the two Maps sufficient to demonstrate substantial similarity or substantial dissimilarity.<br><br>• Legal conclusion: The testimony attempts to draw a legal conclusion or inference based upon the differences in markings on the two different Maps. Therefore, this paragraph does not attempt to declare to any facts that are involved but to legal inferences or conclusions that may be drawn from those facts. This is the role of the trier of fact. |

For the foregoing reasons, plaintiff Roger McIntosh requests that the above portions of the declaration be stricken and/or not considered in ruling on Wasco's Motion.

DATED:   October 21, 2009

BORTON PETRINI, LLP


By:   /s/ Jeffrey A. Travis
      Jeffrey A. Travis, Attorney for Plaintiff,
      Roger McIntosh dba McIntosh & Associates

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\MSJ -
Wasco\OBJ DCL
COKADIGBO 10-13-09.wpd

2

OBJS TO THE DCL OF CHAKA OKADIGBO IN SUPPORT OF DF CITY OF WASCO'S MOJ

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On October 21, 2009, I served the foregoing document described as **OBJECTIONS TO THE DECLARATION OF CHAKA OKADIGBO IN SUPPORT OF DEFENDANT CITY OF WASCO'S MOTION FOR SUMMARY JUDGMENT** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>Alexander & Associates<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

x   **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

x   **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on October 21, 2009, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| | |
|---|---|
| Vanessa J. Claridge | /s/ Vanessa J. Claridge |