**William L. Alexander** (State Bar Number 126607)
Alexander & Associates
1925 G Street
Bakersfield, CA 93301
Phone: (661) 316-7888
Fax: (661) 316-7890

**Attorneys for defendant Dennis W. De Walt, Inc.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | Case No. 107CV 01080 LJO-GSA |
| Plaintiff, | **DENNIS W. DE WALT, INC.'S ANSWER TO THIRD AMENDED COMPLAINT** |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, et al. | |
| Defendants. | |

Defendant, Dennis W. De Walt, Inc. hereby answers plaintiff's third amended complaint by admitting, denying, and alleging as follows:

1.  In answer to paragraph 1 of the third amended complaint, there are no charging allegations against this answering defendant. This answering defendant denies that it copied or used any copyrighted works of plaintiff so as to violate any of plaintiff's rights.

2.  In answer to paragraph 2 of the third amended complaint, this answering defendant admits the allegations.

3.  In answer to paragraph 3 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

4.  In answer to paragraph 4 of the third amended complaint, this answering defendant

1

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

**ANSWER TO THIRD AMENDED COMPLAINT**
**Case No.: 1:07-cv-01080-LJO-GSA**

1 lacks sufficient information and belief upon which to either admit or deny the allegations and, for
2 that reason, denies each and every allegation therein.

3      5. In answer to paragraph 5 of the third amended complaint, this answering defendant
4 admits the allegations.

5      6. In answer to paragraph 6 of the third amended complaint, this answering defendant
6 lacks sufficient information and belief upon which to either admit or deny the allegations and, for
7 that reason, denies each and every allegation therein.

8      7. In answer to paragraph 7 of the third amended complaint, this answering defendant
9 lacks sufficient information and belief upon which to either admit or deny the allegations and, for
10 that reason, denies each and every allegation therein.

11      8. In answer to paragraph 8 of the third amended complaint, this answering defendant
12 admits the allegations.

13      9. In answer to paragraph 9 of the third amended complaint, this answering defendant
14 admits the allegations.

15      10. In answer to paragraph 10 of the third amended complaint, this answering defendant
16 lacks sufficient information and belief upon which to either admit or deny the allegations and, for
17 that reason, denies each and every allegation therein.

18      11. In answer to paragraph 11 of the third amended complaint, this answering defendant
19 lacks sufficient information and belief upon which to either admit or deny the allegations and, for
20 that reason, denies each and every allegation therein.

21      12. In answer to paragraph 12 of the third amended complaint, this answering defendant
22 lacks sufficient information and belief upon which to either admit or deny the allegations and, for
23 that reason, denies each and every allegation therein.

24      13. In answer to paragraph 13 of the third amended complaint, this answering defendant
25 lacks sufficient information and belief upon which to either admit or deny the allegations and, for
26 that reason, denies each and every allegation therein.

27      14. In answer to paragraph 14 of the third amended complaint, this answering defendant
28 lacks sufficient information and belief upon which to either admit or deny the allegations and, for

**Alexander & Associates**
**Attorneys at Law**
**1925 G Street**
**Bakersfield, CA 93301**
**(661) 316-7888**

2

**ANSWER TO THIRD AMENDED COMPLAINT**
**Case No.: 1:07-cv-01080-LJO-GSA**

1 that reason, denies each and every allegation therein.

2     15.    In answer to paragraph 15 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

    16.    In answer to paragraph 16 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

    17.    In answer to paragraph 17 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

    18.    In answer to paragraph 18 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

    19.    In answer to paragraph 19 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

    20.    In answer to paragraph 20 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

    21.    In answer to paragraph 21 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

    22.    In answer to paragraph 22 of the third amended complaint, this answering defendant admits the allegations.

    23.    Defendant does not possess information sufficient to know if the allegations of paragraph 23 are true or false and therefore denies same.

    24.    In answer to paragraph 24 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for

3

**Alexander & Associates**
**Attorneys at Law**
**1925 G Street**
**Bakersfield, CA 93301**
**(661) 316-7888**

**ANSWER TO THIRD AMENDED COMPLAINT**
**Case No.: 1:07-cv-01080-LJO-GSA**

1  that reason, denies each and every allegation therein.

2      25.    In answer to paragraph 25 of the third amended complaint, this answering defendant denies the allegations and is informed and believes and thereon alleges, to the extent this answering defendant understands the allegations, that the ownership of the copyright and technical drawings is in dispute and that the City of Wasco may own partial or complete rights in such.

    26.    In answer to paragraph 26 of the third amended complaint, this answering defendant admits the allegations.

    27.    In answer to paragraph 27 of the third amended complaint, this answering defendant admits the allegations.

    28.    In answer to paragraph 28 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

    29.    In answer to paragraph 29 of the third amended complaint, this answering defendant admits the allegations.

    30.    In answer to paragraph 30 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

    31.    In answer to paragraph 31 of the third amended complaint, this answering defendant is informed and believes and thereon alleges that construction commenced in or around that period of time, but, except as admitted above, lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

    32.    In answer to paragraph 32 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

    33.    In answer to paragraph 33 of the third amended complaint, this answering defendant alleges that the improvements were constructed by other persons or entities many years ago, alleges that there is not substantial similarity as defined by applicable law and, except as otherwise admitted or alleged above, denies the allegations.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

4

ANSWER TO THIRD AMENDED COMPLAINT
Case No.: 1:07-cv-01080-LJO-GSA

34. In answer to paragraph 34 of the third amended complaint, this answering defendant denies the allegations.

35. In answer to paragraph 35 of the third amended complaint, this answering defendant denies the allegations.

36. In answer to paragraph 36 of the third amended complaint, this answering defendant admits that it received a copy of the tract map but not all of the Plans, as defined by plaintiff and, except as admitted above, denies the allegations.

37. In answer to paragraph 37 of the third amended complaint, this answering defendant incorporates its admissions, denials, and allegations above.

38. In answer to paragraph 32 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

39. In answer to paragraph 39 of the third amended complaint, this answering defendant denies the allegations.

40. In answer to paragraph 40 of the third amended complaint, this answering defendant denies the allegations.

41. In answer to paragraph 41 of the third amended complaint, this answering defendant incorporates its admissions, denials, and allegations above.

42. In answer to paragraph 42 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

43. In answer to paragraph 43 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

44. In answer to paragraph 44 of the third amended complaint, this answering defendant lacks sufficient information and belief upon which to either admit or deny the allegations and, for that reason, denies each and every allegation therein.

45. In answer to paragraph 45 of the third amended complaint, this answering defendant

**Alexander & Associates**
**Attorneys at Law**
**1925 G Street**
**Bakersfield, CA 93301**
**(661) 316-7888**

5

**ANSWER TO THIRD AMENDED COMPLAINT**
**Case No.:  1:07-cv-01080-LJO-GSA**

denies the allegations.

46. In answer to paragraph 46 of the third amended complaint, this answering defendant denies the allegations.

## **AFFIRMATIVE DEFENSES**

1. The third amended complaint and each cause of action alleged therein fail to state a claim upon which relief can be granted, and further fail to state facts sufficient to support injunctive relief or an award of attorney's fees.

2. The third amended complaint and each cause of action alleged therein are barred in whole or in part by plaintiff's acts of copyright misuse. Plaintiff has misused its copyrights and is wrongfully attempting to extend the scope of the limited monopoly granted by the Copyright Act.

3. The third amended complaint and each cause of action alleged therein are barred by the doctrine of Laches.

4. The third amended complaint and each cause of action alleged therein are barred by the doctrine of Unclean Hands.

5. Plaintiff failed to mitigate the amount of damages, if any, thereby eliminating or reducing plaintiff's damages, if any.

6. The third amended complaint and each cause of action alleged therein are barred or any recovery is limited by the applicable statute of limitations. Specifically, some or all of the purported infringements alleged by plaintiffs are barred by the statutes of limitations set forth in section 507 of the Copyright Act, 17 U.S.C. §507, as well as California Civil Code §339(1).

7. The third amended complaint and each cause of action alleged therein are barred by the doctrine of Fair Use.

8. The third amended complaint and each cause of action alleged therein are barred by the First Sale Doctrine.

9. The third amended complaint and each cause of action alleged therein are barred by the waiver, license, abandonment or forfeiture by plaintiff of any rights previously held under the Copyright Act or otherwise surrendered by the operation of law.

10. The third amended complaint and each cause of action alleged therein are barred by

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

6

ANSWER TO THIRD AMENDED COMPLAINT
Case No.: 1:07-cv-01080-LJO-GSA

the doctrine of Estoppel.

11. The third amended complaint and each cause of action alleged therein for statutory damages and attorney's fees under 17 U.S.C. §504 are barred because the identified copyright registration of plaintiff were not made within three months after the first publication of the allegedly infringing works as required by 17 U.S.C. §412.

12. The third amended complaint and each cause of action alleged therein are barred by the doctrine of Consent in that plaintiff and his predecessors in interest consented to use of plaintiff's copyrighted material under agreements between plaintiff and his customers and/or former customers and by the submission of said copyrighted works to a governmental agency.

13. Any damages sustained by plaintiff were caused by others and in no way caused by this answering defendant.

14. This answering defendant is informed and believes and thereon alleges that plaintiff intended that its improvement plans would be used for the construction of the improvements now existing, for dedication to the City of Wasco, for approval and recording of a final map and to allow for the construction of homes.

15. The third amended complaint and each cause of action alleged therein are barred by the doctrine of Merger. This answering defendant is informed and believes and thereon alleges that the subdivision improvements, including streets, curbs, landscaping and underground utilities, were constructed and in place when this answering defendant was hired to perform services. When the City of Wasco required the developer to prepare and submit a new tentative map, there was only one way in which to express the improvements as constructed. The design of the subdivision was the result of the designer's idea. In this case, the idea and the form merged. Ideas cannot be copyrighted, and the independent preparation of a tentative map based upon the improvements already constructed and in place which resemble the form or design of the subdivision itself is not an infringement.

16. There is no substantial similarity, as defined by law, between tentative map 6451 and tentative map 5274.

17. In providing subdivision improvement plans to the City of Wasco with the intent of

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

7

ANSWER TO THIRD AMENDED COMPLAINT
Case No.: 1:07-cv-01080-LJO-GSA

1  gaining approval on behalf of plaintiff's client (The Legacy Group) for construction thereof and in
2  supervising the construction of those improvements with the knowledge and intent that the
3  improvements would be accepted and ultimately owned by the City of Wasco, plaintiff placed the
4  plans and map into the public domain with no copyright protection.

5      18.    In providing subdivision improvement plans to the City of Wasco with the intent of
6  gaining approval on behalf of plaintiff's client (The Legacy Group) for construction thereof and in
7  supervising the construction of those improvements with the knowledge and intent that the
8  improvements would be accepted and ultimately owned by the City of Wasco, plaintiff granted an
9  implied license to the City of Wasco to utilize the map and plans in exactly the manner in which the
10 City of Wasco has done.

11     19.    The third amended complaint and each cause of action alleged therein are barred in
12 that if plaintiff were to receive any of the relief requested by his third amended complaint he would
13 be unjustly enriched.

## **PRAYER FOR RELIEF**

15 This answering defendant respectfully requests the following relief:
16     1.    For dismissal of plaintiff's action with prejudice and a judgment in favor of defendant
17 denying all relief requested by plaintiff in this action;
18     2.    For an award of defendant's costs of suit including reasonable attorneys' fees; and
19     3.    For such further and other relief as the Court deems fair and just.

20 Dated:  October 21, 2009           ALEXANDER & ASSOCIATES, PLC

22            By: /s/WILLIAM L. ALEXANDER
                Attorneys for defendant Dennis W. De Walt, Inc.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

8

ANSWER TO THIRD AMENDED COMPLAINT
Case No.:  1:07-cv-01080-LJO-GSA

**PROOF OF SERVICE**

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On October 21, 2009, I served the foregoing document entitled **DENNIS W. DE WALT, INC.'S ANSWER TO THIRD AMENDED COMPLAINT** on interested parties in this action:

| | |
|---|---|
| James J. Braze, Esq. | Steven John Hassing, Esq. |
| Jeffrey A. Travis, Esq. | Law Offices of Steven J. Hassing |
| Borton Petrini & Conron | 425 Calabria Court |
| 5060 California Avenue, Suite 700 | Roseville, CA 95747 |
| Bakersfield, CA 93303-2026 | Email address: stevehassing@yahoo.com |
| Email address: jbraze@bortonpetrini.com | |
| Email address: jtravis@bortonpetrini.com | |

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address: cokadigbo@gerlegal.com

\_\_\_ BY MAIL. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX   BY ELECTRONIC SERVICE. Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on October 21, 2009, at Bakersfield, California.

 X   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

            /s/      Diane Ruff
            DIANE RUFF

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

9

**ANSWER TO THIRD AMENDED COMPLAINT**
**Case No.: 1:07-cv-01080-LJO-GSA**