Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**NORTHERN'S AND LOTUS'S REQUEST FOR RECONSIDERATION AND MODIFICATION OF THE OCTOBER 7, 2009 ORDER PROHIBITING THE FILING OF A REPLY BRIEF OR EVIDENTIARY OBJECTIONS**<br><br>**JUDGE: Lawrence J. O'Neill** |

On October 7, 2009, This Court issued an Order prohibiting Northern and Lotus from filing a reply or evidentiary objections to Plaintiff's opposition to Northern's Summary Judgment Motion.  The Order resulted from Northern filing a brief which exceeded, by 8 pages, the 25 page allotment proscribed in this Court's 2007 Standing Order.

Considering the transgression, for which Hassing apologized, denying Northern the ability to protect the record for possible appeal by filing evidentiary objections constitutes overly severe and unreasonable sanctions and is an abuse of discretion.

1  Northern respectfully asks that this Court reconsider and modify the Order to allow for
2  evidentiary objections and a ten page reply brief.
3      This request respectfully asks that this Court take into consideration the
4  declaration filed by Steven J Hassing in compliance with this Court's Order to Show
5  Cause as well as the legal authority presented by The City of Wasco in its own objection
6  to the order filed October 21, 2009, all of which are incorporated herein by reference.

Dated this 21st day of October, 2009       /s/ Steven J. Hassing, Esq.
                                                               Steven J. Hassing, Attorney for Northern and Lotus

# CERTIFICATE OF SERVICE

1. On October 21, 2009, I served the following document:

   - **NORTHERN'S AND LOTUS'S REQUEST FOR RECONSIDERATION AND MODIFICATION OF THE OCTOBER 7, 2009 ORDER PROHIBITING THE FILING OF A REPLY BRIEF OR EVIDENTIARY OBJECTIONS**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

   James Braze
   Jeffrey Travis
   Borton, Petrini, LLP
   1600 Truxtun Avenue
   Bakersfield, CA  93301

   Chaka Okadigbo
   Garcia Calderon Ruiz, LLP
   500 South Grand Avenue, Ste. 1100
   Los Angeles, CA  90071

   William L. Alexander
   Alexander & Associates
   1925 G Street
   Bakersfield, CA  93301

_____   By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 21st day of October, 2009              /s/ Kimberley A. Hassing
                                                  Kimberley A. Hassing