BONIFACIO BONNY GARCIA (SBN 100761)
EVA M. PLAZA (SBN 250321)
CHAKA C. OKADIGBO (224547)
GCR, LLP
500 SOUTH GRAND AVENUE, SUITE 1100
LOS ANGELES, CA 90071
(213) 347-0210; Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

ROGER McINTOSH

Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,

Defendants.

Case No: 1:07-CV-01080-LJO-WMV

**CITY OF WASCO'S REQUEST FOR JUDICIAL NOTICE**

City of Wasco's request that this Court take Judicial Notice of the following documents pursuant to Rule 201 of the Federal Rules of Evidence:

1. Declaration of Chaka C. Okadigbo in Support of Defendant's Summary Judgment Motion and exhibits attached thereto (filed with City's summary judgment motion against Plaintiff).

2. Declaration of Steven J. Hassing in Support of Defendants' Summary Judgment Motion, with exhibits "A" through "Z" (filed with Northern California Universal Enterprises Company's summary judgment motion against Plaintiff).

3. Declaration of James Zervis in Support of City of Wasco's Motion for Summary Judgment, with Exhibit A (filed with City's summary judgment motion against Plaintiff).

4. Defendant Northern California Universal Enterprises Company's Statement of Undisputed Facts in Support of Summary Judgment (filed with Northern California Universal Enterprises Company's summary judgment motion against Plaintiff).

5. Defendant City of Wasco's Separate Statement of Undisputed Facts in Support of Motion for Summary Judgment and Motion for Summary Adjudication Against Plaintiff Roger McIntosh (filed with City's summary judgment motion against Plaintiff).

6. Memorandum of Points and Authorities in Support of Defendant City of Wasco's Motion for Summary Judgment or, In the Alternative, Summary Adjudication of Facts (filed with City's summary judgment motion against Plaintiff).

7. Declaration of Michael Brown, with exhibits "A" through "L" (filed with Northern California Universal Enterprises Company's summary judgment motion against Plaintiff).

4. Declaration of Jeff Gutierrez in Support of Northern's Opposition to McIntosh's Summary Judgment Motion (filed with Northern California Universal Enterprises Company's summary judgment motion against Plaintiff).

6. Declaration of Greg Black (filed with Northern California Universal Enterprises Company's summary judgment motion against Plaintiff).

7. Declaration of Sarah Burgi (filed with Northern California Universal Enterprises Company's summary judgment motion against Plaintiff).

8. Declaration of Josh Woodard (filed with Northern California Universal Enterprises Company's summary judgment motion against Plaintiff).

9. Declaration of Robert Wren in Support of City of Wasco's Motion for Summary Judgment, with Exhibit A (filed with City's summary judgment motion against Plaintiff).

10. Declaration of Jeff Gutierrez in Support of Opposition to McIntosh's Summary Judgment Motion (filed with Northern California Universal Enterprises Company's opposition to Plaintiff's motion for partial summary judgment).

DATED: October 21, 2009

GCR, LLP

By:____________________________________
CHAKA C. OKADIGBO
Attorneys for Defendant
CITY OF WASCO

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E)**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 500 South Grand Avenue, Suite 1100, Los Angeles, California 90071.

On **October 21, 2009**, I served the following documents: **CITY OF WASCO'S REQUEST FOR JUDICIAL NOTICE** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

Jeffrey Travis
Borton Petrini, LLP
1600 Truxtun Ave.
Bakersfield, CA 93301
jtravis@bortonpetrini.com

Steven J. Hassing
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747
stevehassing@yahoo.com

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA 93301
walexander@alexander-law.com

( X ) **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( X ) **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rules(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

( ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **October 21, 2009**, Los Angeles, California.

**Carolyn Dominguez**