**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER McINTOSH,<br><br>        Plaintiff,<br><br>  vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC., et al,<br><br>        Defendants.<br>_____/<br><br>AND RELATED CROSS-ACTION.<br>_____/ | CASE NO. CV F 07-1080 LJO GSA<br><br>**ORDER TO DENY RECONSIDERATION OF REPLY PAPERS PRHOHIBITION**<br>(Doc. 176.) |

      This Court DENIES defendants Northern California Universal Enterprises Company and Lotus Developments, L.P.'s request to reconsider prohibition of defense summary judgment reply papers for the following reasons:

      1.    Defendants have burdened this Court with unimpressive summary judgment papers to render reply papers a further burden to this Court;

      2.    The issues have been adequately presented;

3. Defense reply papers would serve to delay disposition of the summary judgment motions;
4. This Court thoroughly reviews, considers and applies the evidence it deems admissible, material and appropriate for summary judgment/adjudication and thus does not rule on objections in a summary judgment context; and
5. Disobedience of this Court's order is not a "transgression" and warrants prohibition of defense reply papers.

Again, this Court ADMONISHES defendants that it will strike defense reply papers of any kind.

IT IS SO ORDERED.

Dated:    October 22, 2009             /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE