st

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>           Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>           Defendants.<br><br>CITY OF WASCO,<br><br>           Cross-Complaint,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>           Cross-Defendant. | Case No. 1:07-CV- 01080 LJO-GSA<br><br>PLAINTIFF'S OPPOSITION TO DEFENDANT CITY OF WASCO'S SEPARATE STATEMENT OF CONTROVERTED MATERIAL FACTS IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>DATE: October 28, 2009<br>TIME:  OFF CALENDAR<br>DEPT:  4<br>JUDGE: Lawrence J. O'Neill |

Plaintiff has reviewed the Separate Statement but finds most of them duplicative of the Separate Statements filed by Wasco in its Moving Papers. To the extent they have already been

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\MSJ -
McIntosh\REPLY\OPP TO
SEP STMT
CONTROVERTED MAT
FACTS IN OPP TO MOT
SUM JUDG (WASCO).wpd

1
PLF'S OPP TO DF WASCO'S SEP STMT OF CONTROVERTED MATERIAL FACTS IN OPP TO MOT FOR PARTIAL SUMM JUDGMENT