lj

1   James J. Braze, Esq.; SBN 75911
    Jeffrey A. Travis, Esq.; SBN 235507
2   BORTON PETRINI, LLP
    5060 California Avenue, Suite 700
3   Post Office Box 2026
    Bakersfield, CA 93303
4   Telephone (661) 322-3051
    email: jbraze@bortonpetrini.com
5   email: jtravis@bortonpetrini.com

6   Attorneys for Plaintiff, Roger McIntosh dba McIntosh
    & Associates

7

8                   UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                          Case No.  1:07-CV- 01080 LJO-GSA

12              Plaintiff,
                                             REQUEST FOR JUDICIAL NOTICE BY
13  v.                                       PLAINTIFF (CITY OF WASCO CITY
                                             COUNCIL AGENDAS FROM 2004
14  NORTHERN CALIFORNIA UNIVERSAL            UNTIL 2006)
    ENTERPRISES COMPANY, a California
15  corporation; LOTUS DEVELOPMENTS,
    LLP; THE CITY OF WASCO, a municipal
16  corporation; DEWALT CM, INC., a California   DATE:   October 28, 2009
    corporation also doing business as DEWALT    TIME:   Off Calendar
17  CORPORATION; and DOES 1 through 10,          DEPT:   4
    inclusive                                    JUDGE: Lawrence J. O'Neill
18
                Defendants.
19

20  _____

    CITY OF WASCO,
21
                Cross-Complaint,
22
    vs.
23
    NORTHERN CALIFORNIA UNIVERSAL
24  ENTERPRISES COMPANY, INC.,

25              Cross-Defendant.

26  _____

27  REQUEST FOR JUDICIAL NOTICE

28          Plaintiff, Roger McIntosh ("McIntosh") hereby requests the Court take judicial notice

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\RJN ISO
REPLY TO MTN FOR MSJ
(LACHES).wpd

1

REQUEST FOR JUDICIAL NOTICE BY PLAINTIFF (CITY OF WASCO CITY COUNCIL AGENDAS FROM 2004 UNTIL 2006)

1   of the following documents attached hereto as Exhibit "A."  This request is made pursuant to

2   Rule 201 of the Federal Rules of Evidence.  This request is made in support of Roger McIntosh's

3   Motion for a Partial Summary Judgment as to defendant's affirmative defenses.

4   **EXHIBIT**                          **DESCRIPTION**

5   A                                    City of Wasco Council Agendas from November 2004 until August

6                                        2006, downloaded and printed from the city of Wasco's Website.

7                                        (http://www.ci.wasco.ca.us/Public_Documents/WascoCA_Council

8                                        Agendas/)

9

10                          **BASIS FOR REQUESTING JUDICIAL NOTICE**

11          Plaintiff McIntosh would refer this Court to its previous Request for Judicial Notice

12  and authorities in support thereof which cites to Federal Rules of Evidence section 201 for the

13  proposition that courts may take judicial notice of documents outside of the complaint that are

14  capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably

15  be questioned.

16          Northern, in its opposition to McIntosh's Motion for Partial Summary Judgment,

17  argues that because McIntosh received city agendas from the City of Wasco, he therefore had actual

18  knowledge of infringement sufficient to justify a material fact relating to the defense of laches.

19  However, no City Council agendas were supplied in support of this opposition.   Therefore,

20  McIntosh, through his counsel, has downloaded all agendas from November 2004 until August 15,

21  2006, which mention or refer to the Valley Rose Estates or Tract No. 6451 and submitted them to

22  this Court.

23          For the foregoing reasons, plaintiff requests the Court take judicial notice of

24  Exhibit "A."

25  DATED:   October 28, 2009

                                        BORTON PETRINI, LLP
26

27                                      By:_____/s/ Jeffrey A. Travis_____
                                             Jeffrey A. Travis, Attorney for Plaintiff,
28                                           Roger McIntosh dba McIntosh & Associates

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\RJN ISO
REPLY TO MTN FOR MSJ
(LACHES).wpd

2

REQUEST FOR JUDICIAL NOTICE BY PLAINTIFF (CITY OF WASCO CITY COUNCIL AGENDAS FROM 2004 UNTIL 2006)

1

## MAILING LIST FOR PROOF OF SERVICE

2

3  Steven John Hassing, Esq.                      Attorneys for Attorneys for Defendants,
   Law Offices of Steven J. Hassing             Northern California Universal Enterprises
4  425 Calabria Court                            Company and Lotus Developments
   Roseville, CA 95747                           Tel:    916/677-1776
5                                                **Fax:   916/677-1770**

6  email address: **stevehassing@yahoo.com**

7  Chaka Okadigbo                                Attorneys for Defendant, City of Wasco
   **GCR, LLP**
8  520 S. Grand Ave,  Suite 695                  Tel: 213/347-0210
   Los Angeles, CA 90071                         **Fax: 213-347-0216**
9  email address: **cokadigbo@gcrlegal.com**

10 William L. Alexander, Esq.                    Attorneys for Defendant, DeWalt CM, Inc.
   Alexander & Associates
11 1925 "G" Street                               Tel: 661/316-7888
   Bakersfield, CA 93301                         **Fax: 661/316-7890**
12 email address: **walexander@alexander-law.com**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\RJN ISO
REPLY TO MTN FOR MSJ
(LACHES).wpd

5

REQUEST FOR JUDICIAL NOTICE BY PLAINTIFF (CITY OF WASCO CITY COUNCIL AGENDAS FROM 2004 UNTIL 2006)

# EXHIBIT "A"

# City of Wasco

746 8th Street, Wasco CA 93280
ph: (661) 758-7214
fx: (661) 758-5411

## Council Agenda 11/16/2004

### City of Wasco
### City Council Agenda
**TUESDAY, November 16, 2004 – 7:00pm**
**City Council Chambers**
**746 8th Street, Wasco, California 93280**

1) **CALL TO ORDER**

2) **FLAG SALUTE**

3) **INVOCATION:** Jim Wheeler – Grace Community Church

4) **ROLL CALL**

5) **PRESENTATIONS AND AWARDS:** None

6) **COMMUNICATIONS FROM THE AUDIENCE:** This portion of the meeting is reserved for persons desiring to address the Council on any matter not on this agenda and over which the council has jurisdiction. Speakers are limited to two (2) minutes. Please state your name and address for the record before making presentation.

7) **CONSENT CALENDAR:** The Consent Agenda consists of items that in staffs' opinion are routine and non-controversial. These items are approved in one motion unless a Councilmember or member of the public removes a particular item.

   a) Approval of the Minutes from the Following Meetings:
       11/02/04 Regular City Council Meeting
       11/02/04 Special City Council Meeting
     **b)** Approval of Bill Paying List.

c) Acknowledge Receipt of Correspondence.

     **d)** Adoption of a Resolution of the City Council of the City of Wasco Approving and Accepting the Pavement Management System Study prepared by Helt Engineering.

     **e)** Minute Action Authorizing Approval of Low Bid Award of a New Shop Maintenance Truck.

     **f)** Approval to Purchase a Replacement Water Division Maintenance Truck at a cost of $35,033.75.

     **g)** Adoption of a Resolution Approving Participation in a "Piggyback" Bid Agreement with Nevada County and Subsequent Three Year Lease Agreement with G.C.S. Western Power & Equipment for a New Tymco Street Sweeper at an annual cost of $32,119.57.

     **h)** Adoption of a Resolution Approving a Pre-Application to the California Department of Health Services for funding under the Proposition 50 Water Security, Clean Drinking Water, Coastal and Beach Protection Act of 2002 and the Preparation of a full Application if invited to submit.

     **i)** Adoption of a Resolution Approving the Engineering Contract of Advanced Geomatics for the Legal Description of Annexation No. 35 at a cost not to exceed $10,980.

     **j)** Adoption of a Resolution Approving an Amendment to the Memorandum of Understanding between Service

Employees International Union-Wasco Employees Association and the City of Wasco RE: Sick Leave.

k) Minute Action Approving Modification of the Mileage Rate Reimbursement to reflect 2004 Internal Revenue Service standards.

l) Minute Action Accepting and Recording Notice of Completion regarding Construction of ADA Compliant Handicap Ramps on 7th St. between Griffith Ave. and Palm Ave. in the City of Wasco by Granite Construction.

m) Minute Action Approval of Cooperative Agreement for the Provision of Work Experience/Community Service Workfare Worksites for Participants in the CalWORKs Program.

n) Approve the Reading of All Ordinances and Resolutions by Title Only and Approve Publication of All Ordinances in Summary Form.

8) VALLEY ROSE ESTATES & WASCO VALLEY ROSE GOLF COURSE ITEMS:

a) Report and Possible Minute Action RE: Amendment to Purchase and Sale Agreement between the City of Wasco and Northern California Universal Enterprises concerning "Valley Rose Estates". (Peake)

b) Report and Possible Minute Action RE: Amendment to Supplemental Golf Course Bonds Agreement between the City of Wasco, H. Michael Richardson, Badger Technology, Inc., and Northern California Universal Enterprises. (Peake)

c) Report and Possible Minute Action RE: Amendment to Work Out and Settlement Agreement between the City of Wasco, the Wasco Public   Financing Authority, U.S. Bank National Association, and Northern California Universal Enterprises concerning Wasco Valley Rose Golf Course. (Peake)

d) Report and Possible Minute Action RE: Amendment to Allocation Agreement between the City of Wasco, the Wasco Public Financing Authority, and U.S. Bank National Association concerning "Valley Rose Estates". (Peake)

e) Report and Possible Minute Action RE: Amendment to Settlement Agreement and Mutual Release between the City of Wasco, the Wasco Public Financing Authority, H. Michael Richardson and Badger Technology, Inc. (Peake)

f) Report and Possible Minute Action RE: Amendment to Settlement Agreement and Mutual Release between the City of Wasco, the Wasco Public Financing Authority, and Cary Lapidus. (Peake)

9) Discussion and Possible Minute Action, RE: Term of Mayor and Pro Tempore. (Mayor Espitia)

10) Report, Discussion and Possible Adoption, RE: A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF WASCO APPROVING THE RECOMMENDATION OF THE PLANNING COMMISSION IN THE MATTER OF THE APPLICATION OF MERJAN FINANCIAL FOR THE CANCELLATION OF A WILLIAMSON ACT CONTRACT AND AMENDMENT TO THE CITY OF WASCO'S AGRICULTURAL PRESERVE #1 (McNamara)

11) **REPORTS FROM CITY ATTORNEY**

12) **REPORTS FROM CITY STAFF**

13) **REPORTS FROM CITY MANAGER**

14) **REPORTS FROM CITY COUNCIL**

15) **CLOSED SESSION**
    a)    Conference with Legal Counsel RE: Byron A. Brown vs. Wasco.
                Government Code Section 54956.9(a). (Peake)

16) **ADJOURNMENT** – to Wasco Redevelopment Agency Meeting

This is to certify that this agenda was posted at Wasco City Hall on November 12, 2004.

_____

Dru Gibson, City Clerk

*The City of Wasco does not discriminate on the basis of disability in the access to, provision of or employment in its programs and activities pursuant to 29 United States Code Section 12132 and California Civil Code Section 54. Information regarding the rights provided under the Americans with Disabilities Act (ADA) may be obtained from the City Clerk's Office.*

*If you need special assistance to participate in this meeting, please contact the City Clerk's Office at (661) 758-7215 to make reasonable arrangements to ensure accessibility to this meeting. Telephone (661) 758-7215 or via California Relay Service (Hearing Impaired Only). Requests for assistance should be made at least two (2) days in advance whenever possible.*

| *Type of Call* | *MCI California Relay Service* | *Sprint California Relay Service* |
|---|---|---|
| *TTY* | *1-800-735-2929* | *1-888-877-5378* |
| *Voice* | *1-800-735-2922* | *1-888-877-5379* |
| *Spanish* | *1-800-855-3000* | *1-888-877-5381* |
| *Speech to Speech* | *1-800-854-7784* | |

# City of Wasco

746 8th Street, Wasco CA 93280
ph: (661) 758-7214
fx: (661) 758-5411

## Council Agenda 12/21/2004

### City of Wasco
### City Council Agenda
TUESDAY, December 21, 2004 – 7:00pm
City Council Chambers
746 8th Street, Wasco, California 93280

1) **CALL TO ORDER**

2) **FLAG SALUTE**

3) **INVOCATION:** Mike Bradley – Grace Community Church

4) **ROLL CALL**

5) **PRESENTATIONS AND AWARDS:** None

6) **COMMUNICATIONS FROM THE AUDIENCE:** This portion of the meeting is reserved for persons desiring to address the Council on any matter not on this agenda and over which the council has jurisdiction. Speakers are limited to two (2) minutes. Please state your name and address for the record before making presentation.

7) **CONSENT CALENDAR:** The Consent Agenda consists of items that in staffs' opinion are routine and non-controversial. These items are approved in one motion unless a Councilmember or member of the public removes a particular item.

    a) Approval of the Minutes from the City Council Meeting of December 7, 2004.
        b) Approval of Bill Paying List.

c) Acknowledge Receipt of Correspondence.
        d) Sheriff's Monthly Activity Report – November 2004

        e) Re-appointment of Planning Commission incumbent Commissioners Danny Brown, Gary Steward and Linda Voth to fill four-year terms expiring December 2008.

        f) Approve the Reading of All Ordinances and Resolutions by Title Only and Approve Publication of All Ordinances in Summary Form.

8) Report and Discussion, Keith Fields 903 Oak Avenue, concerning Disposal of Green Waste from Alley (Espitia)

9) Report, Public Hearing and Possible Adoption, RE: A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF WASCO APPROVING THE RECOMMENDATION OF THE PLANNING COMMISSION IN THE MATTER OF THE APPLICATION OF MERJAN FINANCIAL FOR THE CANCELLATION OF A WILLIAMSON ACT CONTRACT AND AMENDMENT TO THE CITY OF WASCO'S AGRICULTURAL PRESERVE #1 (McNamara)

10) Report, Second Reading and Possible Adoption, RE: AN ORDINANCE OF THE CITY OF WASCO ADOPTING CHAPTER 13.19 OF THE WASCO MUNICIPAL CODE ESTABLISHING VALLEY ROSE ESTATES INFRASTRUCTURE SEWER AND WATER FACILITY IMPACT FEES (Jones)

11) Report, Discussion and Possible Minute Action, RE: Authorizing Approval of Low Bid Award for Construction of the Project designated as Wasco Barker Park Lighting Improvements CD #21.02.2 (Jones)

12) **REPORTS FROM CITY ATTORNEY**

Case 1:07-cv-01080-LJO-GSA   Document 184-3   Filed 10/28/09   Page 9 of 22

**13) REPORTS FROM CITY STAFF**

**14) REPORTS FROM CITY MANAGER**

**15) REPORTS FROM CITY COUNCIL**

**16) CLOSED SESSION**
    **a)** Conference with Legal Counsel RE: George Ramirez vs. Wasco
       Government Code Section 54956.9(a).(Peake)

**17) ADJOURNMENT** – to Wasco Redevelopment Agency Meeting

This is to certify that this agenda was posted at Wasco City Hall on December 17, 2004.

_____
Dru Gibson, City Clerk

*The City of Wasco does not discriminate on the basis of disability in the access to, provision of or employment in its programs and activities pursuant to 29 United States Code Section 12132 and California Civil Code Section 54. Information regarding the rights provided under the Americans with Disabilities Act (ADA) may be obtained from the City Clerk's Office.*

*If you need special assistance to participate in this meeting, please contact the City Clerk's Office at (661) 758-7215 to make reasonable arrangements to ensure accessibility to this meeting. Telephone (661) 758-7215 or via California Relay Service (Hearing Impaired Only). Requests for assistance should be made at least two (2) days in advance whenever possible.*

| Type of Call | MCI California Relay Service | Sprint California Relay Service |
|---|---|---|
| TTY | 1-800-735-2929 | 1-888-877-5378 |
| Voice | 1-800-735-2922 | 1-888-877-5379 |
| Spanish | 1-800-855-3000 | 1-888-877-5381 |
| Speech to Speech | 1-800-854-7784 | |

# City of Wasco

746 8th Street, Wasco CA 93280
ph: (661) 758-7214
fx: (661) 758-5411

## Council Agenda 05/17/2005

**City of Wasco**
**City Council Agenda**
**TUESDAY, May 17, 2005 -- 7:00pm**
**City Council Chambers**
**746 8th Street, Wasco, California 93280**

1) **CALL TO ORDER**

2) **FLAG SALUTE**

3) **INVOCATION:** Pastor Jim Wheeler – Grace Community Church

4) **ROLL CALL**

5) **PRESENTATIONS AND AWARDS:**

    a) Proclamation RE: Valley Fever

6) **COMMUNICATIONS FROM THE AUDIENCE:** This portion of the meeting is reserved for persons desiring to address the Council on any matter not on this agenda and over which the council has jurisdiction. Speakers are limited to two (2) minutes. Please state your name and address for the record before making presentation.

7) **CONSENT CALENDAR:** The Consent Agenda consists of items that in staffs' opinion are routine and non-controversial. These items are approved in one motion unless a Councilmember or member of the public removes a particular item.

    a) Approval of Minutes from the following Meetings:
        05/03/2005 Special City Council Meeting; and

        05/03/2005 Regular City Council Meeting

    b) Approval of Bill Paying List.

    c) Acceptance of April 2005 Building Permit Report.

    d) Approval of License Agreement for City use of Property located at the Southeast Corner of 8th and "F" Streets (APN#030-081-01 and #030-081-02) owned by Dennis Martin.

    e) Approval of a Resolution of the City Council Accepting the Recommendation of the City of Wasco Planning Commission in the Matter of the Application of P.H.R. Development LLC for Parcel Map11244 concerning property located at the Southwest Corner of Palm and Gromer Avenues.

    f) Approval of a Resolution of the City Council Accepting the Recommendation of the City of Wasco Planning Commission in the Matter of the Application of P.H.R. Development LLC for Parcel Map11245 concerning property located ¼ mile North of the Northeast Intersection of Highway 46 and Palm Avenue.

    g) Acknowledge Receipt of Correspondence.

    h) Approve the Reading of All Ordinances and Resolutions by Title Only and Approve Publication of All Ordinances in Summary Form.

8) Report, Public Hearing and Possible Minute Action, RE: Design Phase 2005-2006 Community Development Block Grant Program for a Planning and Technical Assistance Application (Wren)

9) Planning Commission Recommendations to Approve the Application of C.F.Y. Development, Inc. Concerning Property Located at the Southwest Corner of Poso Drive and Highway 43.

**a)** Report, Public Hearing and Possible Approval, RE:  A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF WASCO ACCEPTING THE RECOMMENDATION OF THE CITY OF WASCO PLANNING COMMISSION IN THE MATTER OF THE APPLICATION OF C.F.Y. DEVELOPMENT FOR GENERAL PLAN AMENDMENT 05-01(McNamara)

**b)** Report, Public Hearing and Introduction of an Ordinance, RE:  AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF WASCO IN THE MATTER OF THE APPLICATION OF C.F.Y. DEVELOPMENT FOR AN AMENDMENT TO THE OFFICIAL ZONING MAP (ZONE CHANGE 05-01) REGARDING APN 030-450-07, LOCATED AT THE SOUTHWEST CORNER OF THE INTERSECTION OF HIGHWAY 43 AND POSO DRIVE (McNamara)

**10)** Planning Commission Recommendations to Approve the Application of the City of Wasco Concerning Three Properties; Two Properties Located North of Hwy 46 Between the Central Avenue and Poplar Avenue Alignments; and One Property Located at the Northwest Corner of Poplar and Filburn Avenues.

**a)** Report, Public Hearing and Possible Approval, RE:  A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF WASCO ACCEPTING THE RECOMMENDATION OF THE CITY OF WASCO PLANNING COMMISSION IN THE MATTER OF THE APPLICATION OF THE CITY OF WASCO FOR GENERAL PLAN AMENDMENT 05-02 (McNamara)

**b)** Report, Public Hearing and Introduction of an Ordinance, RE:  AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF WASCO IN THE MATTER OF THE APPLICATION OF THE CITY OF WASCO FOR AN AMENDMENT TO THE OFFICIAL ZONING MAP (McNamara)

**11)** Report and Possible Minute Action, RE:  Approval to participate in Building Equity and Growth in Neighborhoods (BEGIN) Program (Litten)

**12)** Report and Possible Minute Action, RE: Accepting the Project Proposal and Authorizing the Mayor to Execute a Contract with Carollo Engineers for the Planning, Design, and Engineering Services for the Expansion of the City of Wasco Wastewater Reclamation Facility (Wren)

**13)** Report and Possible Minute Action, RE: Future Block Wall along Poso Avenue between Poplar and Palm Avenues (Councilmember Espitia)

**14) REPORTS FROM CITY ATTORNEY**

**15) REPORTS FROM CITY STAFF**

**16) REPORTS FROM CITY MANAGER**

**17) REPORTS FROM CITY COUNCIL**

**18) CLOSED SESSION**

**19) ADJOURNMENT –** to Wasco Redevelopment Agency Meeting

This is to certify that this agenda was posted at Wasco City Hall on May 13, 2005.

_____
Dru Gibson, City Clerk

*The City of Wasco does not discriminate on the basis of disability in the access to, provision of or employment in its programs and activities pursuant to 29 United States Code Section 12132 and California Civil Code Section 54.  Information regarding the rights provided under the Americans with Disabilities Act (ADA) may be obtained from the City Clerk's Office.*

*If you need special assistance to participate in this meeting, please contact the City Clerk's Office at (661) 758-7215 to make reasonable arrangements to ensure accessibility to this meeting. Telephone (661) 758-7215 or via California Relay Service (Hearing Impaired Only). Requests for assistance should be made at least two (2) days in advance whenever possible.*

**Type of Call    MCI California Relay Service    Sprint California Relay Service**
*TTY    1-800-735-2929  1-888-877-5378*
*Voice   1-800-735-2922  1-888-877-5379*
*Spanish 1-800-855-3000  1-888-877-5381*
*Speech to Speech        1-800-854-7784*

# City of Wasco

746 8th Street, Wasco CA 93280
ph: (661) 758-7214
fx: (661) 758-5411

## Council Agenda 12/20/2005

### City of Wasco
### City Council Agenda
**TUESDAY, December 20, 2005 – 7:00pm**
**City Council Chambers**
**746 8th Street, Wasco, California 93280**

**1) CALL TO ORDER**

**2) FLAG SALUTE**

**3) INVOCATION:** Pastor Jim Wheeler – Grace Community Church

**4) ROLL CALL**

**PRESENTATIONS AND AWARDS:** Commendation to business owners Tommy Davis and Sena Walker in appreciation of improvements made to Central Business District establishment known as Tommie's.

**6) COMMUNICATIONS FROM THE AUDIENCE:** This portion of the meeting is reserved for persons desiring to address the Council on any matter not on this agenda and over which the council has jurisdiction.  Speakers are limited to two (2) minutes.  Please state your name and address for the record before making presentation.

**7) CONSENT CALENDAR:** The Consent Agenda consists of items that in staffs' opinion are routine and non-controversial.  These items are approved in one motion unless a Councilmember or member of the public removes a particular item.

    **a)**   Approval of Minutes from the following Meetings on December 6, 2005:
            Special Joint Meeting of City Council and Redevelopment Agency, and
            Regular City Council Meeting.

      **b)**  Approval of Bill Paying List.

  **c)**  Acceptance of November 2005 Building Permit Report.

        Approval of a Resolution of the City Council of the City of Wasco Accepting a
          Pacific Gas & Electric Company Grant in the amount of $3,500 to be used for
          Economic Development.

        Approval of Modification of Standard Mileage Rate Reimbursement to 44.5 cents per mile to reflect revised 2006
          Internal Revenue Service standards.

      **f)**  Approval of a Resolution of the City Council of the City of Wasco Approving Fee
        Schedule dated January 2006 for Helt Engineering, Inc.

      **g)**  Approval of Wasco Chamber of Commerce & Agriculture 2005 Calendar and
        Request for Waiver of Fees.

      **h)**  Acknowledge Receipt of Correspondence.

      **i)**  Approve the Reading of All Ordinances and Resolutions by Title Only and
        Approve Publication of All Ordinances in Summary Form.

**8)**  Report, Public Hearing and Possible Approval, RE:  A RESOLUTION OF THE CITY
        COUNCIL OF THE CITY OF WASCO APPROVING GENERAL PLAN AMENDMENT 05-05 AMENDING THE
        SAFETY ELEMENT OF THE WASCO GENERAL PLAN RELATED TO POLICE SERVICES (Woodcock)

**9)**  Report, Second Reading and Possible Adoption, RE: AN ORDINANCE OF THE CITY
        OF WASCO APPROVING ZONE CHANGE 05-03 REGARDING CERTAIN REAL PROPERTY IN THE CITY

Case 1:07-cv-01080-LJO-GSA   Document 184-3   Filed 10/28/09   Page 14 of 22

OF WASCO (Woodcock)

10) Report and Introduction of an Ordinance, RE: AN ORDINANCE OF THE CITY
OF WASCO APPROVING ZONE CHANGE 05-04 REGARDING CERTAIN REAL PROPERTY IN THE CITY OF
WASCO (Woodcock)

11) Report and Possible Approval, RE: A RESOLUTION OF THE CITY COUNCIL APPROVING THE FINAL
SUBDIVISION MAP, IMPROVEMENT PLANS, IMPROVEMENT SECURITY AND SUBDIVISION AGREEMENT FOR
TRACT 6473 PHASE 1, ACCEPTING FOR PUBLIC USE ALL DEDICATIONS FOR THE PURPOSES FOR WHICH THEY
ARE OFFERED, AUTHORIZING THE CITY MANAGER TO EXECUTE THE SUBDIVISION AGREEMENT, AND
AUTHORIZE THE CITY CLERK TO ENDORSE THE FINAL MAP AND TRANSMIT SAME TO THE COUNTY CLERK'S
OFFICE (Woodcock)

12) Report and Possible Minute Action, RE: Engineer's Reports Related to Impact and
Connection Fees (Pennell)
   a) Water Impact Fees (Jerry Helt/Jeremy Bowman)
   b) Sanitation Impact Fees (Jerry Helt/Jeremy Bowman)
   c) Wastewater Connection Fees (Amando Garza)

13) Report and Possible Appointment of Council Committee to Review Central Business
District Beautification Recommendations (Councilmember Pearson)

14) Report and Possible Minute Action, RE: Back-up Generator Installation at Wasco Valley
Rose Estates (Pennell)

15) Report and Possible Minute Action, RE: Possible Purchase of Property located at the SE
corner of McCombs Road & Griffith Avenue (Water Well) APN#487-010-31, Lot #1 of
Parcel Map 4438, owned by Wayne & Patricia Ketcherside and Alan & Julie Townsend (Pennell)

16) **REPORTS FROM CITY ATTORNEY**

17) **REPORTS FROM CITY STAFF**

18) **REPORTS FROM CITY MANAGER**

19) **REPORTS FROM CITY COUNCIL**

20) **CLOSED SESSION**
   a) Conference with Legal Counsel RE: Gomez, et. al. vs. City of Wasco

   Government Code Section 54956.9(a)  (Peake)

   b) Conference with Real Property Negotiators, Larry Pennell, Marty Jones, John
   Wooner and Alan Peake, RE: Possible Purchase of Property located at the SE corner of McCombs Road &
   Griffith Avenue (Water Well) APN#487-010-31,
   Lot #1 of Parcel Map 4438, owned by Wayne & Patricia Ketcherside and Alan & Julie Townsend, with respect
   to Price and Terms and other Conditions of Sale.
   Government Code Section 54956.8

21) **ADJOURNMENT** – to Wasco Redevelopment Agency Meeting

This is to certify that this agenda was posted at Wasco City Hall on December 16, 2005.

_____
Vickie Hight, City Clerk

*The City of Wasco does not discriminate on the basis of disability in the access to, provision of or employment in its programs and activities
pursuant to 29 United States Code Section 12132 and California Civil Code Section 54. Information regarding the rights provided under the*

Case 1:07-cv-01080-LJO-GSA   Document 184-3   Filed 10/28/09   Page 15 of 22

*Americans with Disabilities Act (ADA) may be obtained from the City Clerk's Office.*

*If you need special assistance to participate in this meeting, please contact the City Clerk's Office at (661) 758-7215 to make reasonable arrangements to ensure accessibility to this meeting.  Telephone (661) 758-7215 or via California Relay Service (Hearing Impaired Only).  Requests for assistance should be made at least two (2) days in advance whenever possible.*

**Type of Call   MCI California Relay Service   Sprint California Relay Service**
*TTY    1-800-735-2929  1-888-877-5378*
*Voice   1-800-735-2922  1-888-877-5379*
*Spanish 1-800-855-3000   1-888-877-5381*
*Speech to Speech 1-800-854-7784*

Case 1:07-cv-01080-LJO-GSA　Document 184-3　Filed 10/28/09　Page 16 of 22

# City of Wasco

746 8th Street, Wasco CA 93280
ph: (661) 758-7214
fx: (661) 758-5411

## Council Agenda 08/15/2006

### City of Wasco
### City Council Agenda
**TUESDAY, August 15, 2006 – 7:00pm**
**City Council Chambers**
**746 8th Street, Wasco, California 93280**

1) **CALL TO ORDER**

2) **FLAG SALUTE**

3) **INVOCATION:** Pastor John Ross – Westside Family Fellowship Church

4) **ROLL CALL**

5) **PRESENTATIONS AND AWARDS:** None

6) **COMMUNICATIONS FROM THE AUDIENCE:** This portion of the meeting is reserved for persons desiring to address the Council on any matter not on this agenda and over which the council has jurisdiction. Speakers are limited to two (2) minutes. Please state your name and address for the record before making presentation.

7) **CONSENT CALENDAR:** The Consent Agenda consists of items that in staffs' opinion are routine and non-controversial. These items are approved in one motion unless a Councilmember or member of the public removes a particular item.

a) Approval of Bill Paying List.

b) Acceptance of Fire Prevention Services, Inc. Code Enforcement Progress Report for July 2006.

c) Approval of a Resolution of the City of Wasco Approving the Final Subdivision Map, Improvement Plans, Improvement Security and Subdivision Agreement for Tract 6334 Phase 1 (located 1/8 mile northwest of the intersection of SR 46 and Palm Avenue), Accepting for Public Use all Dedications for the Purposes for which they are offered, Authorizing the City Manager to Execute the Subdivision Agreement, and Authorize the City Clerk to Endorse the Final Map and Transmit same to the County Clerk's Office.

d) Approval of a Resolution of the City of Wasco Approving the Final Subdivision Map, Improvement Plans, Improvement Security and Subdivision Agreement for Tract 6600 Phase 1 (located at the southeast corner of the intersection of Gromer and Palm Avenues), Accepting for Public Use all Dedications for the Purposes for which they are offered, Authorizing the City Manager to Execute the Subdivision Agreement, and Authorize the City Clerk to Endorse the Final Map and Transmit same to the County Clerk's Office.

e) Approval of a Resolution of the City of Wasco Approving the Final Subdivision Map, Improvement Plans, Improvement Security and Subdivision Agreement for Tract 6432 (located at the northwest corner of the intersection of Poplar and Filburn Avenues), Accepting for Public Use all Dedications for the Purposes for which they are offered, Authorizing the City Manager to Execute the Subdivision Agreement, and Authorize the City Clerk to Endorse the Final Map and Transmit same to the County Clerk's Office.

f) Approval of a Resolution of the City of Wasco Approving the Final Subdivision Map, Improvement Plans, Improvement Security and Subdivision Agreement for Tract 6451 (located directly west of the Valley Rose Golf Course), Accepting for Public Use all Dedications for the Purposes for which they are offered, Authorizing the City Manager to Execute the Subdivision Agreement, and Authorize the City Clerk to Endorse the Final Map and Transmit same to the County Clerk's Office.

g) Approval of a Resolution of the City of Wasco Approving the Final Subdivision Map, Improvement Plans, Improvement

Security and Subdivision Agreement for Tract 6589 Phase 1 (located at the northeast corner of the intersection of Filburn and Central Ave.), Accepting for Public Use all Dedications for the Purposes for which they are offered, Authorizing the City Manager to Execute the Subdivision Agreement, and Authorize the City Clerk to Endorse the Final Map and Transmit same to the County Clerk's Office.

h)   Acknowledge Receipt of Correspondence.

i)   Approve the Reading of All Ordinances and Resolutions by Title Only and
     Approve Publication of All Ordinances in Summary Form.

8)   Report and Possible Minute Action, RE: Request for Proposals to Retain Executive Search Firm for City Manager Recruitment (Mayor West)

9)   Second Reading, Public Hearing and Possible Adoption, RE: AN ORDINANCE AMENDING SECTION 17.19.01.H OF THE CITY OF WASCO MUNICIPAL CODE RELATED TO DESIGN REQUIREMENTS FOR THE PLACEMENT OF MANUFACTURED HOUSING ON RESIDENTIAL LOTS; AND AMENDING SECTION 17.79.06.P RELATED TO THE USE OF PORTABLE CANOPIES AND CARPORTS IN RESIDENTIAL ZONE DISTRICTS (Woodcock) Continued from July 18, 2006.

10)  Report, Public Hearing and Introduction of an Ordinance, RE: AN ORDINANCE OF THE CITY OF WASCO AMENDING THE CITY OF WASCO HISTORIC DOWNTOWN OVERLAY DISTRICT TO ALLOW FOR AN ADDITION TO AN EXISTING COMMERCIAL BUILDING (Woodcock)

11)  Report and Possible Minute Action, RE: Request by resident Joanne Martin to address Council concerning Annexation 37 (Joanne Martin)

12)  Report and Possible Minute Action, RE: Consider adoption of the Economic Development Opportunities Plan (Mittag)

13)  Report and Possible Minute Action, RE: Consider Continuing Ad Hoc Economic Development Committee and Expanding Membership to include one Community at Large member and one Agriculture Sector member (Mittag)

14)  Report and Possible Minute Action, RE: Approval of Signage and Marketing Program with Chabin Concepts and Authorize City Manager to Execute Agreement for Phase 1, at a Cost Not to Exceed $11,000 (Mittag)

15)  Report and Possible Minute Action, RE: Request to Retain a Landscape Architectural firm for review of landscaping and irrigation plans for new land developments (Woodcock)

16)  Report and Possible Minute Action, RE: Transfer of Public Use Covenant and Personal Property Sale Agreement with Northern California Universal Enterprises, Inc. to Valley Rose Golf Course, a California Limited Partnership (Peake)

17)  **REPORTS FROM CITY ATTORNEY**

18)  **REPORTS FROM CITY STAFF**

19)  **REPORTS FROM CITY MANAGER**

20)  **REPORTS FROM CITY COUNCIL**

21)  **CLOSED SESSION**

22)  **ADJOURNMENT** – to Wasco Redevelopment Agency Meeting

     This is to certify that this agenda was posted at Wasco City Hall on August 11, 2006.

Case 1:07-cv-01080-LJO-GSA   Document 184-3   Filed 10/28/09   Page 18 of 22

Vickie Hight, City Clerk

*The City of Wasco does not discriminate on the basis of disability in the access to, provision of or employment in its programs and activities pursuant to 29 United States Code Section 12132 and California Civil Code Section 54. Information regarding the rights provided under the Americans with Disabilities Act (ADA) may be obtained from the City Clerk's Office.*

*If you need special assistance to participate in this meeting, please contact the City Clerk's Office at (661) 758-7215 to make reasonable arrangements to ensure accessibility to this meeting. Telephone (661) 758-7215 or via California Relay Service (Hearing Impaired Only). Requests for assistance should be made at least two (2) days in advance whenever possible.*

**Type of Call   MCI California Relay Service   Sprint California Relay Service**
*TTY    1-800-735-2929  1-888-877-5378*
*Voice   1-800-735-2922  1-888-877-5379*
*Spanish 1-800-855-3000   1-888-877-5381*
*Speech to Speech 1-800-854-7784*

# City of Wasco

746 8th Street, Wasco CA 93280
ph: (661) 758-7214
fx: (661) 758-5411

## Council Agenda 08/15/2006

**City of Wasco**
**City Council Agenda**
TUESDAY, August 15, 2006 – 7:00pm
City Council Chambers
746 8th Street, Wasco, California 93280

**1) CALL TO ORDER**

**2) FLAG SALUTE**

**3) INVOCATION:** Pastor John Ross – Westside Family Fellowship Church

**4) ROLL CALL**

**5) PRESENTATIONS AND AWARDS:** None

**6) COMMUNICATIONS FROM THE AUDIENCE:** This portion of the meeting is reserved for persons desiring to address the Council on any matter not on this agenda and over which the council has jurisdiction. Speakers are limited to two (2) minutes. Please state your name and address for the record before making presentation.

**7) CONSENT CALENDAR:** The Consent Agenda consists of items that in staffs' opinion are routine and non-controversial. These items are approved in one motion unless a Councilmember or member of the public removes a particular item.

a)   Approval of Bill Paying List.

b)   Acceptance of Fire Prevention Services, Inc. Code Enforcement Progress Report for July 2006.

c)   Approval of a Resolution of the City of Wasco Approving the Final Subdivision Map, Improvement Plans, Improvement Security and Subdivision Agreement for Tract 6334 Phase 1 (located 1/8 mile northwest of the intersection of SR 46 and Palm Avenue), Accepting for Public Use all Dedications for the Purposes for which they are offered, Authorizing the City Manager to Execute the Subdivision Agreement, and Authorize the City Clerk to Endorse the Final Map and Transmit same to the County Clerk's Office.

d)   Approval of a Resolution of the City of Wasco Approving the Final Subdivision Map, Improvement Plans, Improvement Security and Subdivision Agreement for Tract 6600 Phase 1 (located at the southeast corner of the intersection of Gromer and Palm Avenues), Accepting for Public Use all Dedications for the Purposes for which they are offered, Authorizing the City Manager to Execute the Subdivision Agreement, and Authorize the City Clerk to Endorse the Final Map and Transmit same to the County Clerk's Office.

e)   Approval of a Resolution of the City of Wasco Approving the Final Subdivision Map, Improvement Plans, Improvement Security and Subdivision Agreement for Tract 6432 (located at the northwest corner of the intersection of Poplar and Filburn Avenues), Accepting for Public Use all Dedications for the Purposes for which they are offered, Authorizing the City Manager to Execute the Subdivision Agreement, and Authorize the City Clerk to Endorse the Final Map and Transmit same to the County Clerk's Office.

f)   Approval of a Resolution of the City of Wasco Approving the Final Subdivision Map, Improvement Plans, Improvement Security and Subdivision Agreement for Tract 6451 (located directly west of the Valley Rose Golf Course), Accepting for Public Use all Dedications for the Purposes for which they are offered, Authorizing the City Manager to Execute the Subdivision Agreement, and Authorize the City Clerk to Endorse the Final Map and Transmit same to the County Clerk's Office.

g)   Approval of a Resolution of the City of Wasco Approving the Final Subdivision Map, Improvement Plans, Improvement

Security and Subdivision Agreement for Tract 6589 Phase 1 (located at the northeast corner of the intersection of Filburn and Central Ave.), Accepting for Public Use all Dedications for the Purposes for which they are offered, Authorizing the City Manager to Execute the Subdivision Agreement, and Authorize the City Clerk to Endorse the Final Map and Transmit same to the County Clerk's Office.

**h)**  Acknowledge Receipt of Correspondence.

**i)**  Approve the Reading of All Ordinances and Resolutions by Title Only and
Approve Publication of All Ordinances in Summary Form.

**8)**  Report and Possible Minute Action, RE: Request for Proposals to Retain Executive Search Firm for City Manager Recruitment (Mayor West)

**9)**  Second Reading, Public Hearing and Possible Adoption, RE: AN ORDINANCE AMENDING SECTION 17.19.01.H OF THE CITY OF WASCO MUNICIPAL CODE RELATED TO DESIGN REQUIREMENTS FOR THE PLACEMENT OF MANUFACTURED HOUSING ON RESIDENTIAL LOTS; AND AMENDING SECTION 17.79.06.P RELATED TO THE USE OF PORTABLE CANOPIES AND CARPORTS IN RESIDENTIAL ZONE DISTRICTS (Woodcock) Continued from July 18, 2006.

**10)**  Report, Public Hearing and Introduction of an Ordinance, RE: AN ORDINANCE OF THE CITY OF WASCO AMENDING THE CITY OF WASCO HISTORIC DOWNTOWN OVERLAY DISTRICT TO ALLOW FOR AN ADDITION TO AN EXISTING COMMERCIAL BUILDING (Woodcock)

**11)**  Report and Possible Minute Action, RE: Request by resident Joanne Martin to address Council concerning Annexation 37 (Joanne Martin)

**12)**  Report and Possible Minute Action, RE: Consider adoption of the Economic Development Opportunities Plan (Mittag)

**13)**  Report and Possible Minute Action, RE: Consider Continuing Ad Hoc Economic Development Committee and Expanding Membership to include one Community at Large member and one Agriculture Sector member (Mittag)

**14)**  Report and Possible Minute Action, RE: Approval of Signage and Marketing Program with Chabin Concepts and Authorize City Manager to Execute Agreement for Phase 1, at a Cost Not to Exceed $11,000 (Mittag)

**15)**  Report and Possible Minute Action, RE: Request to Retain a Landscape Architectural firm for review of landscaping and irrigation plans for new land developments (Woodcock)

**16)**  Report and Possible Minute Action, RE: Transfer of Public Use Covenant and Personal Property Sale Agreement with Northern California Universal Enterprises, Inc. to Valley Rose Golf Course, a California Limited Partnership (Peake)

**17)**  **REPORTS FROM CITY ATTORNEY**

**18)**  **REPORTS FROM CITY STAFF**

**19)**  **REPORTS FROM CITY MANAGER**

**20)**  **REPORTS FROM CITY COUNCIL**

**21)**  **CLOSED SESSION**

**22)**  **ADJOURNMENT** – to Wasco Redevelopment Agency Meeting

This is to certify that this agenda was posted at Wasco City Hall on August 11, 2006.

Vickie Hight, City Clerk

*The City of Wasco does not discriminate on the basis of disability in the access to, provision of or employment in its programs and activities pursuant to 29 United States Code Section 12132 and California Civil Code Section 54. Information regarding the rights provided under the Americans with Disabilities Act (ADA) may be obtained from the City Clerk's Office.*

*If you need special assistance to participate in this meeting, please contact the City Clerk's Office at (661) 758-7215 to make reasonable arrangements to ensure accessibility to this meeting. Telephone (661) 758-7215 or via California Relay Service (Hearing Impaired Only). Requests for assistance should be made at least two (2) days in advance whenever possible.*

*Type of Call   MCI California Relay Service   Sprint California Relay Service*
*TTY    1-800-735-2929  1-888-877-5378*
*Voice  1-800-735-2922  1-888-877-5379*
*Spanish1-800-855-3000  1-888-877-5381*
*Speech to Speech1-800-854-7784*

1

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

2

3

**STATE OF CALIFORNIA,  COUNTY OF KERN**

4

I, Vanessa J. Claridge, declare:

5

I am a citizen of the United States. I am employed in the County of Kern, State of

6

California. I am over the age of 18 and not a party to the within action; my business address
is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

7

8

On **October 28, 2009**, I served the foregoing document described as **REQUEST**
**FOR JUDICIAL NOTICE BY PLAINTIFF (CITY OF WASCO CITY COUNCIL**

9

**AGENDAS FROM 2004 UNTIL 2006)** on the other party(ies) in this action as follows:

10

**SEE ATTACHED MAILING LIST**

11

12   X

**BY ELECTRONIC SERVICE:**  Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court
Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the

13

CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail
Notice List to receive ECF transmission at the email address(es) indicated below:

14

X

15

**BY MAIL:**   As follows:  I am "readily familiar" with the firm's practice of collection and
processing correspondence for mailing.  Under that practice it would be deposited with U.S.

16

postal service on that same day with postage thereon fully prepaid at , California in the
ordinary course of business.  I am aware that on motion of the party served, service is

17

presumed invalid if postal cancellation date or postage meter date is more than one day after
date of deposit for mailing in affidavit.

18

Executed on **October 28, 2009**, at Bakersfield, California.

19

I declare that I am employed in the office of a member of the bar of this court at

20

whose direction the service was made.

21

_____                    _____
Vanessa J. Claridge                                          /s/ Vanessa J. Claridge

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\RJN ISO
REPLY TO MTN FOR MSJ
(LACHES).wpd

4

REQUEST FOR JUDICIAL NOTICE BY PLAINTIFF (CITY OF WASCO CITY COUNCIL AGENDAS FROM 2004 UNTIL 2006)