James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants.<br> | Case No. 1:07-CV- 01080 LJO-GSA<br><br>PLAINTIFF'S OPPOSITION TO DEFENDANT CITY OF WASCO'S SEPARATE STATEMENT OF CONTROVERTED MATERIAL FACTS IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>DATE: October 28, 2009<br>TIME: OFF CALENDAR<br>DEPT: 4<br>JUDGE: Lawrence J. O'Neill |
| CITY OF WASCO,<br><br>　　　　　Cross-Complaint,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>　　　　　Cross-Defendant. | |

　　　　　Plaintiff has reviewed the Separate Statement but finds most of them duplicative of the Separate Statements filed by Wasco in its Moving Papers. To the extent they have already been

H:\PUBLIC\054493\060971
McIntosh v.
Northern\Pleadings\MSJ -
McIntosh\REPLY\OPP TO
SEP STMT
CONTROVERTED MAT
FACTS IN OPP TO MOT
SUM JUDG (WASCO).wpd

1
PLF'S OPP TO DF WASCO'S SEP STMT OF CONTROVERTED MATERIAL FACTS IN OPP TO MOT FOR PARTIAL SUMM JUDGMENT

1 opposed, Plaintiff will refer to his previously filed Opposition to Wasco's Separate Statement, but
2 will oppose any new facts presented below.

| ALLEGED UNDISPUTED MATERIAL FACTS | ALLEGED SUPPORTING EVIDENCE | DISPUTED OR UNDISPUTED | SUPPORTING EVIDENCE FOR DISPUTED FACTS |
|---|---|---|---|
| 33. Josh Woodard, another DeWalt employee involved in preparing the Tentative Map for Tract No. 6451, does not recall ever working on Tentative Map for Tract No. 6451 but knows for a fact that he has never copied from another engineer's work while working on any map for DeWalt. | Josh Woodard Declaration, ¶¶ 4 and 7. | Disputed. | Josh Woodard testified that he remembers nothing about working on the 6451 Map as he unequivocally stated he did not remember even when presented with the 6451 Tentative Map and Final Maps, 5472 Map, 5472 improvements and plans. (Woodard Deposition 17:7-25 and 18-27 and the Deposition of Sarah Burgi.) |

DATED:   October 28 2009

BORTON PETRINI, LLP


By:    /s/ Jeffrey A. Travis
Jeffrey A. Travis, Attorney for Plaintiff,
Roger McIntosh dba McIntosh & Associates

H:\PUBLIC\054493\060971 McIntosh v. Northern\Pleadings\MSJ - McIntosh\REPLY\OPP TO SEP STMT CONTROVERTED MAT FACTS IN OPP TO MOT SUM JUDG (WASCO).wpd

2

PLF'S OPP TO DF WASCO'S SEP STMT OF CONTROVERTED MATERIAL FACTS IN OPP TO MOT FOR PARTIAL SUMM JUDGMENT

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA,  COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On October 28, 2009, I served the foregoing document described as **PLAINTIFF'S OPPOSITION TO DEFENDANT CITY OF WASCO'S SEPARATE STATEMENT OF CONTROVERTED MATERIAL FACTS IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:     916/677-1776<br>**Fax:    916/677-1770** |
| Chaka Okadigbo<br>**GCR, LLP**<br>520 S. Grand Ave, Suite 695<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>Alexander & Associates<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

X    **BY ELECTRONIC SERVICE:**  Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

X    **BY MAIL:**  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on October 28, 2009, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____Vanessa J. Claridge_____

H:\PUBLIC\054493\060971 McIntosh v. Northern\Pleadings\MSJ - McIntosh\REPLY\OPP TO SEP STMT CONTROVERTED MAT FACTS IN OPP TO MOT SUM JUDG (WASCO).wpd

3

PLF'S OPP TO DF WASCO'S SEP STMT OF CONTROVERTED MATERIAL FACTS IN OPP TO MOT FOR PARTIAL SUMM JUDGMENT