EXHIBIT "E" TO CROSS-CLAIM

## AMENDMENT TO PURCHASE AND SALE AGREEMENT

This Amendment Agreement ("Agreement") is entered into as of May 18th, 2004 by and between the City of Wasco, a municipal corporation ("City") and Northern California Universal Enterprises, a California limited partnership ("Northern") with reference to the following facts:

A. The City and Wasco Project, LLC. entered into that certain Purchase and Sale Agreement ("Purchase Agreement") dated as of April 6th, 2004.

B. The Purchase Agreement was assigned to Northern on the condition that certain amendments were made to the Purchase Agreement.

C. Section 22 of the Purchase Agreement provides that it can be modified in writing.

NOW THEREFORE, based upon the foregoing, the parties agree that Sections 2, 3.1, 4.3, 7.1(a) (c) and (d), 13 and 15, shall be modified as follows:

2. "Purchase Price. The purchase price for the Property (the "Purchase Price") shall be $1,605,000.00."

"3.1   Deposit. Buyer shall deposit into the Escrow, at the Opening, the sum of $160,500.00 (10% of the Purchase Price) (the "Deposit"). Escrow Holder (as defined in Paragraph 4.1 below) shall invest the Deposit in an interest-bearing account and the interest earned on such account shall be applied as provided in this Agreement." As part of the consideration for this Agreement, the Deposit shall be non-refundable and retained by Seller if Buyer does not purchase the Property by the Closing Deadline.

"4.3   Closing Deadline. The Grant Deed (as defined in Paragraph 4.4, below) shall be recorded and the Escrow shall close (the "Closing") as soon as possible after the satisfaction of all of the conditions contained in this Agreement, including but not limited to Section 7.1, but in no event later than November 1st, 2004 (the "Closing Deadline"). Time is specifically of the essence as to the Closing Deadline, and the Closing Deadline shall not be extended except by the mutual written agreement of Buyer and Seller."

"7.1(a)   Financing. Prior to June 1st, 2004, the Buyer shall submit to the Seller evidence that the Buyer has obtained sufficient equity capital and firm and binding commitments for interim and/or permanent financing necessary for the purchase of the Property in accordance with this Agreement. Such evidence of financing shall include copies of all conditional and firm financing commitments and any permanent financing commitments or other documents that indicate Buyer's ability to finance the purchase of the Property. Conditional commitments shall be firm and binding commitments subject only to standard conditions required by the lender. Proof of funding acceptance of each loan commitment by Buyer and proof of payment of all loan commitment fees required to fund the financing commitments and proof of funding of equity capital contributions shall also be required."

"7.1(c)   Settlement Agreement and Mutual Release. The Seller shall enter into a Settlement Agreement and Mutual Release with Michael Richardson and Badger Technology, Inc. and all the terms and conditions of said Agreement shall be in full force and effect for the duration of this Agreement"

"7.1(d)   Workout Agreement. The Seller shall enter into a satisfactory agreement with U.S. Bank National Association in its capacity as the Trustee for the Wasco Public Financing Authority 1989 Local Agency Revenue Bonds Series A and the Assessment District No. 1992-2 Assessment District Bonds, Michael Richardson and Badger Technology, Inc. and all

L 017

the terms and conditions of said agreement shall be in full force and effect for the duration of this Agreement."

13.     "....

    If to Buyer:  Northern California Universal Enterprises

                    2278 Trade Zone Blvd.

                    San Jose, CA 95131

    Attention:  Mr. Joe Wu

    Telephone: (408) 946-7856  "

"15.   **Brokers.** Except for Darrell Sousa of Sperry Van Ness Commercial Real Estate, ("Broker"), who shall be paid One Hundred Thousand Dollars ($100,000) by Buyer when the Property is transferred, each party represents and warrants to the other that no broker or real estate agent has been engaged by it in connection with this Agreement or the subject transaction. Buyer shall be solely responsible for any commission due to Broker. Buyer and Seller each hereby indemnify and hold the other harmless from and against all costs, expenses or liabilities (including without limitation attorneys' fees and court costs, whether or not taxable and whether or not any action is prosecuted to judgment) incurred by the indemnified party in connection with any claim or demand by any person or entity for any broker's, finder's or other commission or fee in connection with the indemnifying party's entry into this Agreement and the transactions contemplated hereby."

All other terms and provisions of the Purchase Agreement, which are not expressly modified by this amendment shall remain in full force and effect.

NORTHERN CALIFORNIA
UNIVERSAL ENTERPRISES

By: _attached_

APPROVED AND RECOMMENDED

By: _[signature]_
Larry Pennell, City Manager

APPROVED AS TO FORM

By: _[signature]_
Alan J. Peake, City Attorney

CITY OF WASCO

By: _[signature]_
Danny Espitia, Mayor

c.files\wasco\agreements\vrepurchase0521clean.amd

Case 1:07-cv-01080-LJO-GSA   Document 187-7   Filed 11/09/09   Page 4 of 4

Case 1:07-cv-01080-LJO-GSA   Document 142   Filed 09/30/2009   Page 35 of 48
Case 1:07-cv-01080-LJO-GSA   Document 82   Filed 05/21/2009   Page 31 of 44

05/17/2004 16:19   3278568                          WA
04/04/1999 21:06   2095933010                       SPERRY VAN NESS                PAGE 03/03
                                                                                   PAGE 04

04/04/1999  03:25   2095932010                      SPERRY VAN NESS                PAGE 03

1892-2 Assessment District Bonds, Michael Richardson and Badger Technology, Inc, and all the terms and conditions of said agreement shall be in full force and effect for the duration of this Agreement."

13.   "....

   If to Buyer:   Northern California Universal Enterprises
                  3278 Trade Zone Blvd.
                  San Jose, CA 95131
   Attention:     Mr. Joe Wu
   Telephone:     (408) 945-7388 "

"16.   Brokers. Except for Darrell Sousa of Sperry Van Ness Commercial Real Estate, ("Broker"), who shall be paid One Hundred Thousand Dollars ($100,000) by Buyer when the Property is transferred, each party represents and warrants to the other that no broker or real estate agent has been engaged by it in connection with this Agreement or the subject transaction. Buyer shall be solely responsible for any commission due to Broker. Buyer and Seller each hereby indemnify and hold the other harmless from and against all costs, expenses or liabilities (including without limitation attorneys' fees and court costs, whether or not taxable and whether or not any action is prosecuted to judgment) incurred by the indemnified party in connection with any claim or demand by any person or entity for any broker's, finder's or other commission or fee in connection with the indemnifying party's entry into this Agreement and the transactions contemplated hereby."

All other terms and provisions of the Purchase Agreement, which are not expressly modified by this amendment shall remain in full force and effect.

NORTHERN CALIFORNIA
UNIVERSAL ENTERPRISES

By: _____   5-24-04

APPROVED AND RECOMMENDED

By: _____
    Larry Pennell, City Manager

APPROVED AS TO FORM                              CITY OF WASCO

By: _____                    By: _____
    Alan J. Panke, City Attorney                     Danny Espitia, Mayor

NO. 446   P. 5                                   MAY. 13. 2004  4:32PM