1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ROGER McINTOSH,                              CASE NO. CV F 07-1080 LJO GSA

12                    Plaintiff,                  **ORDER TO SHOW CAUSE REGARDING**
                                                  **BELATED CROSS CLAIMS**
13        vs.

14   NORTHERN CALIFORNIA
     UNIVERSAL ENTERPRISES,
15   INC., et al,

16                    Defendants.
                                              /
17
     AND RELATED CROSS-ACTION.
18
                                              /
19

20        The April 16, 2009 scheduling order required the parties to file amended pleadings no later than

21   April 24, 2009 and set motion deadlines, which have passed, and a December 17, 2009 pretrial

22   conference.  On November 9, 2009, defendants Northern California Universal Enterprises Company,

23   Inc. ("NCUE") and Lotus Developments, L.P. ("Lotus") filed for the first time cross claims against

24   defendants City of  Wasco ("Wasco") and DeWalt, Inc. ("DeWalt").  As such, this Court ORDERS

25   NCUE and Lotus, no later than November 16, 2009, to file papers to show cause why this Court should

26   not impose sanctions, including striking the cross claims, on NCUE, Lotus and/or their counsel for

27   disobedience of this Court's scheduling order and belated filing of cross claims well after discovery and

28   motion deadlines have passed.

                                                   1

1      This Court ADMONISHES all parties and counsel to comply with this Court's orders, Local

2  Rules and the Federal Rules of Civil Procedure.  This Court requires counsel, as officers of the Court,

3  to comply with their ethical and professional obligations.

4      IT IS SO ORDERED.

5  **Dated:    November 12, 2009**                    **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE