BONIFACIO B. GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
GCR, LLP
520 South Grand Avenue, Suite 695
Los Angeles, California 90071
(213) 347-0210; Fax (213) 347-0216

Attorneys for Defendant/Cross-Complainant
CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation; LOTUS DEVELPMENTS, LLP; THE CITY OF WASCO, a municipal California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 1:07-CV – 01080 LJO-GSA<br><br>STIPULATION OF DISMISSAL OF NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY AS TO CROSS-CLAIM FILED BY CITY OF WASCO |

Pursuant to Federal Rule of Civil Procedure 41(c), all parties stipulate to the dismissal without prejudice of NORTHERN CALIFORNIA UNIVERAL ENTERPRISES COMPANY as a cross-defendant to the City of Wasco's cross-claim.

DATED: December 4, 2009

　　　　　　　　　　　　　　　　　　　　　　　　GCR, LLP

　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chaka C. Okadigbo

1
STIPULATION OF VOLUNTARY DISMISSAL

DATED: December 4, 2009

                         LAW OFFICES OF STEVEN J. HASSING

                         By:    /s/**Steven J. Hassing**
                                Steven J. Hassing, Attorney for Defendant,
                                Northern California Universal Enterprises
                                Company and Lotus Developments

DATED: December 4, 2009

                         ALEXANDER & ASSOCIATES

                         By:    /s/**William Alexander**
                                William L. Alexander, Attorney for Defendant,
                                DeWalt CM, Inc. and Dennis W. DeWalt, Inc.

DATED: December 4, 2009

                         BORTON PETRINI, LLP

                         By:    /s/**Jeffrey A. Travis**
                                Jeffrey A. Travis, Attorney for Plaintiff,
                                Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>        Plaintiffs,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation; LOTUS DEVELPMENTS, LLP; THE CITY OF WASCO, a municipal California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No. 1:07-CV – 01080 LJO-GSA<br><br>[PROPOSED] ORDER DISMISSING NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY |

Pursuant to Federal Rule of Civil Procedure 41(c), NORTHERN CALIFORNIA UNIVERAL ENTERPRISES COMPANY is hereby dismissed as a cross-defendant in this action without prejudice.

IT IS SO ORDERED

DATED: _____, 2009

By:_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avenue, Suite 695, Los Angeles, California 90071.

On **December 4, 2009**, I served the following documents: **STIPULATION OF DISMISSAL OF NORTHERN CALIFORNIA UNIVERSAL ENTERPISES COMPANY AS TO CROSS-CLAIM FILED BY CITY OF WASCO** and **[PROPOSED] ORDER DISMISSING NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

Steven John Hassing, Esq.
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747

stevehassing@yahoo.com

William L. Alexander, Esq.
Alexander & Associates
1925 "G" Street
Bakersfield, CA 93301

walexander@alexander-law.com

Chaka C. Okadigbo, Esq.
GCR, LLP
520 South Grand Avenue
Suite 695
Los Angeles, CA 90071

cokadigbo@gcrlegal.com

Jeffrey A. Travis, Esq.
Borton Petrini, LLP
P.O. Box 2026
5060 California Ave., Suite 700
Bakersfield, CA 93303

jtravis@bortonpetrini.com

( X )  **BY ELECTRONIC SERVICE**: Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above:

( )  **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

( )  **BY HAND-DELIVERY:** I caused the above-referenced document(s) to be hand-delivered to the addressee(s)

( )  (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X )  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **December 4, 2009**, Los Angeles, California.

Marie Velez