UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation; LOTUS DEVELPMENTS, LLP; THE CITY OF WASCO, a municipal California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 1:07-CV – 01080 LJO-GSA<br><br>ORDER DISMISSING NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY |

　　　　Pursuant to Federal Rule of Civil Procedure 41(c), NORTHERN CALIFORNIA UNIVERAL ENTERPRISES COMPANY is hereby dismissed as a cross-defendant in this action without prejudice.

IT IS SO ORDERED

DATED: _December 8, 2009　　　　　　　　By:_/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE