**ATTACHMENT "C" TO JOINT PRETRIAL STATEMENT**

**X.**

**WITNESSES**

A.      **PLAINTIFF**

**Non-Expert Witnesses**

1.      Roger McIntosh

        2001 Wheelan Court, Bakersfield CA

2.      Joe Wu

        300 B Street, Turlock, CA

3.      Dennis McNamara

        City of Wasco

        746 8th Street, Wasco, CA 93280

4.      Terry W. Schroepfer, P.E.

        7025 Luke Avenue, Bakersfield, CA 93308

5.      Jeff Gutierrez

        1930 22nd Street, Bakersfield

6.      Jim Zervis

        City of Wasco

        746 8th Street, Wasco, CA 93280

1

1

7.      Robert Wren

2

        City of Wasco

3

        746 8th Street, Wasco, CA 93280

4

5

8.      Greg Black

6

        1118 Sungro Way, Bakersfield

7

8

9.      Sarah Burgi

9

        3124 Bank St, Bakersfield, 93304

10

11

10.     Josh Woodard

12

        3550 Orion, Redding CA 96002

13

14

11.     Gerald Helt

15

        2930 Union Avenue, Bakersfield CA 93305

16

17

12.     Keith Woodcock

18

        City of Wasco

19

        746 8th Street, Wasco, CA 93280

20

21

13.     Alan Peake

22

        1601 F Street, Bakersfield, CA, 93301

23

24

14.     Larry Pennell

25

        1101 Cypress Ave., Wasco

26

27

28

2

15. Kevin V. Lam

Three Embarcadero Center, 24th Floor

San Francisco, CA 94111

**Expert Witnesses**

16. James DelMarter (for purposes of establishing substantial similarity in accordance with civil engineering standards)

2901 H Street

Bakersfield, CA 93301

17. Jubin Murati (rebuttal expert for purposes of rebutting any damage calculations by defendants).

B. **DEFENDANTS, NORTHERN, LOTUS, and DeWALT**

**Non-Expert Witnesses**

1. Roger McIntosh

2001 Wheelan Court, Bakersfield, California

2. Eugene Martin

(Address unknown)

3. Ron Staub

(Address unknown)

4. Joe Wu

300 B Street, Turlock, California

///

///

Attachment "C" - Witnesses

Case No.  1:07-CV-01080 LJO-GSA

1     5.     Darrell Souza

2              5760 American Avenue, Modesto, California

3

4     6.     Sam Tiang

5              7621 Clements Circle, Sacramento, California

6

7     7.     Jeff Gutierrez

8              1930 22nd Street, Bakersfield, California

9

10    8.     Greg Black

11             1118 Sungro Way, Bakersfield, California

12

13    9.     Sara Burgi

14             3124 Bank Street, Bakersfield, California

15

16    10.    Josh Woodard

17             1039 Edgewater Court, Redding, California

18

19    11.    Eric Heath James

20             5909 Hesketh Drive, Bakersfield, California

21

22    12.    Jeff McDonald

23             1120 Beryl Drive, Bakersfield, California

24

25    13.    Joe Stormont

26             5536 Nicholas Street, Bakersfield, California

27  ///

28  ///

4

14.   Mike Weller

      5451 Midsummer #C, Bakersfield, California

15.   Robert Balow

      2900 San Emidio Street, Bakersfield, California

16.   Paul Chavez

      7713 Gallup Drive, Bakersfield, California

17.   Brandon Thompson

      14008 Toluca Drive, Bakersfield, California

18.   Kevin Bedford

      PO Box 11898, Bakersfield, California

19.   Alberto Lopez

      5318 Vista Del Mar, Bakersfield, California

20.   Judy Higgins

      101 Lakeview Drive, Wofford Heights, California

21.   Keith Woodcock

      1015 11th Avenue, Delano, California

22.   Larry Pennell

      1101 Cypress Avenue, Wasco, California

///

///

5

23.  Ted Conrad

     (Address unknown)

24.  Michael Brown

     16601 Ventura Blvd, Encino, California

25.  Gerald Helt

     2930 Union Ave, Bakersfield, California

26.  Bob Wren

     (City employee, contact through Wasco counsel)

27.  Dennis McNamera

     (City employee, contact through Wasco counsel)

28.  Dan Allen

     (City employee, contact through Wasco counsel)

29.  King Leonard

     141 La Costa Lane, Lompoc, California 93436

30.  Terry Schroepfer

     1800 30th Street, Ste 280, Bakersfield, California

31.  Fred Porter

     1200 21st Street, Bakersfield, California

///

///

6

32.   Mitch Maxey

801 8th Street, Wasco, California

**Expert Witnesses**

33.   Gary Giannetta

1119 S Street, Fresno, California

34.   Steve Wong

3434 Fourth Ave, San Diego, California

35.   James DelMarter

2901 H Street, Ste 3, Bakersfield, California

Further, Defendants, NORTHERN, LOTUS, and DeWALT intend to call any and all of the witnesses (non-expert or expert) listed or called by all parties.

**C.   DEFENDANT, THE CITY OF WASCO**

THE CITY plans, and reserves its right to, rely on all witnesses listed by the other parties to this case.  In addition thereto, THE CITY plans to call:

**Non-Expert Witnesses**

1.   King Leonard

141 La Costa Lane, Lompoc, CA  93436

2.   Marty Jones

2200 Garden Street, Wasco, CA  93280

3.   Larry Pennell

1109 Cypress, Wasco, CA  93280

7

1    4.    John Hendrickson

2

3    5.    Keith Marshall

4          633 W. Fifth Street – 24th Floor, Los Angeles, CA  90071

5

6    6.    Budd Kopp

7

8    7.    Kari Cobb

9          909 Rosewood Ave, Wasco, CA  93280

10

11   8.    John Wooner

12         10814 Cypress Falls Avenue, Bakersfield, CA  93312

13

14   9.    Eddie Johnson

15         1231 Pecan, Wasco, CA  93280

16

17   10.   Bill Black

18

19   11.   Ron Staub

20

21   12.   Jim Zervis, City Manager, City of Wasco

22         746 8th Street, Wasco, CA 93280

23

24   13.   Dan Allen, Public Works Department, City of Wasco

25          801 8th Street, Wasco, CA 93280

26

27   14.   Bob Wren, Public Works Department, City of Wasco

28         801 8th Street, Wasco, CA 93280

Attachment "C" - Witnesses
Case No.  1:07-CV-01080 LJO-GSA

15.    Jerry Helt, Helt Engineering, Inc.

        2390 Union Avenue, Bakersfield, CA

16.    Mitch Maxey, Public Works Department, City of Wasco

        801 8th Street, Wasco, CA 93280

17.    Dennis McNamara, Community Development Department,

        Planning Division, City of Wasco,

        764 E Street, Wasco, CA 93280

18.    Jess Marimla

19.    Darrell Souza

        5760 American Avenue, Modesto, California

20.    Michael Brown

        16601 Ventura Blvd, Encino, California

21.    Eugene Martin

22.    Bill Black

23.    Ron Staub

24.    Alan Peake

        Wall, Wall & Peake

        1601 F Street, Bakersfield, CA 93301

25.   Terry Schroepfer

      Provost and Pritchard

      7025 Luke Avenue, Bakersfield, CA 93308


26.   Fred West, Jr., Council Member, City of Wasco

      746 8th Street, Wasco, CA 93280


27.   Vickie Hight, City Clerk ,City of Wasco

      746 8th Street, Wasco, CA 93280


28.   C. Alan Whitten, P.E., Supervising Engineer

      Cornerstone Engineering, Inc.

      208 Oak Street, Bakersfield, CA 93304


29.   Brett Dawson

      San Joaquin Engineering, Inc.

      1801 21st Street, Ste 1, Bakersfield, CA


30.   Warren Craig, City of Wasco employee, Street Department


31.   Dru Gibson

      Helt Engineering

      2930 Union Avenue, Bakersfield, CA


32.   Ted Conrad

      E-mail: tconrad@bak.rr.com


10

33. Marlo Glaser

    764 E Street, Wasco, CA 93280

34. Greg Black

    1118 Sungro Way, Bakersfield, California

35. Sara Burgi

    3124 Bank Street, Bakersfield, California

36. Josh Woodard

    1039 Edgewater Court, Redding, California

37. Eric Heath James

    5909 Hesketh Drive, Bakersfield, California

38. Joe Wu

    300 B Street, Turlock, CA

39. Jeff Gutierrez

    1930 22nd Street, Bakersfield, California

**Expert Witnesses**

40. Stephen Wong

    Burkett and Wong Engineers

    3434 Fourth Avenue, San Diego, California 92103

41. James DelMarter

    2901 H Street, Ste 3, Bakersfield, California

Attachment "C" - Witnesses

Case No.  1:07-CV-01080 LJO-GSA