**ATTACHMENT "D" TO JOINT PRETRIAL STATEMENT**

**XI.**

**EXHIBITS**

A.      **PLAINTIFF**

1.      Certificate of Copyright Registration VAU721-180 [I will bring the original

2.      5472 Staff Report (BP000928-000930)

3.      5472 Tentative Maps

4.      5472 Improvement Plans

5.      1992 Independent Contractor's Agreement (Legacy/Martin-McIntosh) (BP000425-427)

6.      Scope of Work Addendums to Independent Contractor's Agreement

7.      Invoice Reports (BP000490-000492)

8.      MM Open invoice reports - annotated (BP000431-433)

9.      1999 Buyout Agreement between Eugene Martin and Roger McIntosh (Redacted) (BP001342-1345)

10.     6451 Tentative Map

11.     6451 Final Map

12.     Developer Information Package

13.     DeWalt new job request form

14.     DeWalt survey and electronic documents provided on compact disc attached as Exhibit 7 to November 24, 2008 deposition of Jeff Gutierrez.

15.     All exhibits attached to November 24, 2008 deposition of Jeff Gutierrez

16.     DeWalt contract proposal (BP000217-220)

17.     Emails on Compact Disc provided by DeWalt at the deposition of its person most knowledgeable on November 24, 2008.

18.     Declaration of James Zervis and attachments in support of Wasco's Motion for Summary Judgment

19.     Contract between DeWalt and Northern (2004) (BP000193-201)

1

20. Wasco term sheets (A00537-538)

21. Wasco Resolution No. 2004-40 (A00438-439)

22. Northern's Seller's Closing Statements

23. Development Agreement between Wasco and Northern  (BP000344-000395)

24. Northern/Wasco Purchase Agreement (BP000202-000214)

25. 6451 Staff Report (A01898, BP000135)

26. Quad Knopf Report (A00648-00651 or BP000228-000231)

27. Wasco Impact Fees Statement (BP1337-1341)

28. December 20, 2004 Correspondence from Greg Black to Dennis McNamara (A01975)

29. 2004 Bonding and Construction Estimates

30. City of Wasco resolution No. 2005-2257

31. Environmental Assessment Form (A02011-2024)

32. Wasco Special meeting minutes for October 4, 1994 (A00620-62)

33. November 8, 2007 Correspondence from Wasco to Joe Wu (BP0001069-1072)

34. January 13, 2006 Correspondence to Joe Wu from Larry Pennell (BP000508)

35. Martin-McIntosh Master Plans (E.g., water, sewer, utility)

36. February 16, 2006 Correspondence to Northern from Marlo Glaser (BP000637-649)

37. October 5, 2004 letter from Northern to Wasco (BP000761-763)

38. Wasco Resolution No. 2007-2400 (BP00874-825)

39. November 08, 2007 letter from Joe Wu to Dan Allen (BP001069-1072)

40. Cost spreadsheets for Valley Rose Estates (BP001835-2152)

41. May 2, 1994 Letter from Walter Cairns (BP002155-2158)

42. Exhibit showing potential damages owed

43. Exhibit showing levels of similarities between copyrighted works

44. Wasco Resolution No. 92-9 (BP 002312-2315)

45. April 21, 1992 correspondence from Ron Staub to Walter Cairns (BP 002159)

46. March 17, 2006 Correspondence from Greg Black to Larry Pennell (CW00102-104)

2

47.     Fax plus letter with closing statement (CW00702-709)

48.     DeWalt contracts plus invoices from NCUE

49.     December 20, 2009 correspondence from Greg Black to Dennis McNamara (L049)

50.     All depositions taken with accompanying attachments

All deposition transcripts taken by all parties will be submitted to the court or requested to be lodged by opposing counsel.

**B.      DEFENDANTS NORTHERN, LOTUS, and DeWALT**

1.      January 15, 1991 Tentative Map 5472 Bates Stamped BP002273.

2.      April 21, 1992 Revised Tentative Map 5472 Bates Stamped BP002274.

3.      April 26, 2002 Tax Deed to City of Wasco regarding Parcel 1 of Parcel Map 9572 Bates Stamped A00576.

4.      April 26, 2002 Tax Deed to City of Wasco regarding Parcel 3 of Parcel Map 9572 Bates Stamped A00577.

5.      March 18, 1992 contract between Brown and Martin-McIntosh Bates Stamped BP000425- 433.

6.      March 25, 1992 letter from Sandy Bergam to Michael Brown with March 25, 1992 Schedule.

7.      April 21, 1992 letter from Ronald Staub to Walter Cairns BP002159.

8.      April 27, 1992 Agenda of Wasco Planning Commission Special Meeting, Bates Stamped BP002269 through BP002274.

9.      May 4, 1992 Martin-McIntosh Weekly Status Report.

10.     May 11, 1992 letter from Ronald Staub to Kent Davis Bates Stamped BP002160.

11.     May 11, 1992 Addendum to Brown/Martin-McIntosh Contract.

12.     May 18, 1992 Martin-McIntosh Weekly Status Report.

13.     May 22, 1992 Martin-McIntosh Weekly Status Report.

14.     May 29, 1992 Martin-McIntosh Weekly Status Report.

15.     June 5, 1992 Martin-McIntosh Weekly Status Report.

3

| | | |
|---|---|---|
| 1 | 16. | June 10, 1992 Design Schedule Bates Stamped RMO 018- 026. |
| 2 | 17. | June 24, 1992 Addendum to Brown/Martin-McIntosh Contract Bates Stamped |
| 3 | | BP000417- 418. |
| 4 | 18. | June 26, 1992 Martin-McIntosh Weekly Status Report. |
| 5 | 19. | July 6, 1992 Martin-McIntosh Weekly Status Report. |
| 6 | 20. | July 8, 1992 Parcel Map 9572 and blow up. |
| 7 | 21. | July 10, 1992 Letter of Transmittal from Sandy Bergman to Commonwealth Title |
| 8 | | Co Bates Stamped BP002161. |
| 9 | 23. | August 17, 1992 Martin-McIntosh Weekly Status Report. |
| 10 | 24. | August 18, 1992 City of Wasco Resolution Bates Stamped BP000408- 414. |
| 11 | 25. | August 24, 1992 Martin-McIntosh Weekly Status Report. |
| 12 | 26. | November 16, 1992 Martin-McIntosh Weekly Status Report. |
| 13 | 27. | November 23, 1992 Martin-McIntosh Weekly Status Report. |
| 14 | 28. | December 7, 1992 Martin-McIntosh Weekly Status Report. |
| 15 | 29. | December 14, 1992 Martin-McIntosh Weekly Status Report. |
| 16 | 30. | January 12, 1993 Inter Office Memo from Ron Staub to Gregg Polubinsky Bates |
| 17 | | Stamped BP001891 through BP001895. |
| 18 | 31 | January 28, 1993 Notice of Special Meeting re: engineering costs Bates Stamped |
| 19 | | BP000304- 311. |
| 20 | 32. | January 28, 1993 Acquisition Agreement |
| 21 | 33. | February 1, 1993 Martin-McIntosh Weekly Status Report. |
| 22 | 34. | March 8, 1993 "cost update" to Brown/Martin-McIntosh Contract. |
| 23 | 35. | April 9, 1993 Martin-McIntosh Weekly Status Report. |
| 24 | 36. | April 12, 1993 Engineering Costs Bates Stamped BP001896- 97. |
| 25 | 37. | April 23, 1993 Martin-McIntosh Weekly Status Report. |
| 26 | 38. | April 30, 1993 Martin-McIntosh Weekly Status Report. |
| 27 | 39. | May 7, 1993 Martin-McIntosh Weekly Status Report. |
| 28 | 40. | May 21, 1993 letter from John Hendrickson to Jack Turman with enclosures |

4

Bates Stamped BP000250- 252.

41. June 10, 1993 Valley Rose Estates Plan Review Status Report Bates Stamped BP001918.

42. June 15, 1993 Exhibit B-1 Description of Improvements Bates Stamped BP001841- 42.

43. June 25, 1993 Parameter Cost list Bates Stamped BP001903- 1917.

44. June 30, 1993 letter from Marin-McIntosh to Legacy regarding the Turman contract.

45. July 1, 1993 construction contract between Turman and Legacy.

46. August 12, 1993 letter from Ron Staub to Legacy Group Bates Stamped BP001883 and 84.

47. August 31, 1993 Martin-McIntosh Weekly Status Report.

48. October 4, 1993 Martin-McIntosh Weekly Status Report.

49. December 8, 1993 - July 23, 1994 Invoices from Turman Construction Company to Legacy and billing summaries related thereto.

50. March 16, 1994 Martin-McIntosh Weekly Status Report.

51. May 2, 1994 letter to Whom It May Concern from Walter Cairns with list of addresses attached Bates Stamped RMO 027- 030.

52. July 18, 1994 Comments from Larry Pennell, Wasco City Manager regarding landscape up keep Bates Stamped BP000293- 296.

53. August 20, 1994 Exhibit B-1 Description of Improvements Bates Stamped RMO 001- 003.

54. September 30, 1994 letter from Bennie Wilkinson to Jack Turman with punch list Bates Stamped BP001827, 28.

55. Oct 12, 1994 Martin-McIntosh Aged Open Invoice Report of Bates Stamped BP000431- 433.

56. December 20, 1994 letter from Greg Black to Dennis McNamara Bates Stamped BP000179.

5

57.   March, 1995 Engineer's Report and Assessment Bates Stamped L101- 139.

58.   March 7, 1995 City of Wasco Resolution 95-1638 Bates Stamped BP000261.

59.   June 15, 1995 Martin-McIntosh Outstanding Balance Summary Bates Stamped BP001712.

60.   January 17, 1996 letter from Tricia Mitchell to Dane Potter with adding machine tape and checks, Bates Stamped BP001688 through BP001711.

61.   February 2, 2000 letter from Terry Schroepfer to Keith Marshall Bates with enclosures Stamped BP000228- 237.

62.   April 6, 2004 Purchase and Sale Agreement between Wasco Project LLC and City of Wasco Bates Stamped BP000202- 214.

63.   May 18, 2004 Assignment of Purchase and Sale Agreement from Wasco Project LLC to Northern.

64.   May 18, 2004 Amendment to Purchase and Sale Agreement between City of Wasco and Northern Bates Stamped BP000215- 216.

65.   July 21, 2004 Proposal between DeWalt and Northern Bates Stamped BP000217- 220.

66.   September 7, 2004 Agreement between DeWalt Corporation and Northern Bates Stamped BP000193- 201.

67.   November 8, 2004 Vesting Tentative Map 6451.

68.   November 8, 2004 Tentative Map 6451.

69.   November 29, 2004 letter from Greg Black to Dennis McNamara Bates Stamped L048.

70.   December 28, 2004 Escrow Closing Statement, City of Wasco to Lotus, Bates Stamped BP000172- 175.

71.   October 31, 2005 Engineer's Estimate Bates Stamped BP00067, 68.

72.   May 18, 2006 Final Map 6451.

73.   May 19, 2006 letter from Greg Black to Dennis McNamara regarding Final 6451 Map Bates Stamped A 01809.

6

74.    June 25, 2008 appraisal by Fraventhal & Associates.

75    Group Exhibit of all invoices from Martin-McIntosh to Brown/Legacy.

76.    Group Exhibit of all Lotus closing statements re homes sold in the subdivision.

77.    Group Exhibit of copies of all checks representing cost of construction, overhead, operations, etc to be used in calculating profit.

78.    Group Exhibit of copies of all invoices representing cost of construction, overhead, operation, etc to be used in calculating profit.

79.    All construction loan agreements and promissory notes evidencing interest obligations to be used in calculating profit.

80.    Summaries of checks representing cost of construction.

81.    Summaries of invoices representing cost of construction.

82.    Summaries of overhead expenses.

83.    Summaries of operating expenses.

84.    DeWalt's survey data produced at first Deposition of Jeff Guiterrez.

85.    Power Point displays of Maps 5472 and 6451 which detail in progression, the differences between the maps.

86.    Ariel photos of the subdivision at or prior to the time Lotus purchased it.

87.    All subdivision improvement plans which Plaintiff contends were copyrighted by him.

88.    Martin-McIntosh Invoice 29470 to Michael Brown.

89.    Martin-McIntosh Invoice 25516 to Michael Brown.

90.    Martin-McIntosh Invoice 26124 to Michael Brown.

91.    Martin-McIntosh Invoice 26426 to Michael Brown.

92.    Martin-McIntosh Invoice 26734 to Michael Brown.

93.    Martin-McIntosh Invoice 27059 to Michael Brown.

94.    Martin-McIntosh Invoice 27347 to Michael Brown.

95.    Martin-McIntosh Invoice 27353 to Michael Brown.

96.    Martin-McIntosh Invoice 27681 to Michael Brown.

7

97.  Martin-McIntosh Invoice 27971 to Michael Brown.

98.  Martin-McIntosh Invoice 28243 to Michael Brown.

99.  Martin-McIntosh Invoice 28938 to Michael Brown.

100.  Martin-McIntosh Invoice 29697 to Michael Brown.

101.  Martin-McIntosh Invoice 29698 to Michael Brown.

102.  Martin-McIntosh Invoice 29699 to Michael Brown.

103.  Martin-McIntosh Invoice 29700 to Michael Brown.

104.  Martin-McIntosh Invoice 29701 to Michael Brown.

105.  Martin-McIntosh Invoice 29702 to Michael Brown.

106.  Martin-McIntosh Invoice 29728 to Michael Brown.

107.  Martin-McIntosh Invoice 30729 to Michael Brown.

108.  Martin-McIntosh Invoice 30730 to Michael Brown.

109.  Martin-McIntosh Invoice 30731 to Michael Brown.

110.  Martin-McIntosh Invoice 30732 to Michael Brown.

111.  Valley Rose Estates Map List, 2 pages Bates Stamped RMO 007, 008.

112.  Valley Rose Estates Plan Review Status Report Bates Stamped RMO 004.

113.  Martin-McIntosh calculation of unpaid Legacy invoices Bates Stamped
      BP001817- 19.

114.  Martin-McIntosh Schedule of Value Bates Stamped BP001854- 55.

115.  Lotus summary of profit/loss from Tract 6451.

116.  Northern summary of profit/loss from Tract 6451.

117.  DeWalts 6451 Cost Summary.

118.  DeWalts invoices to Northern.

119.  Valley Rose Estates Summary, Bates Stamped 5153- 5160.

120.  Register Reports Bates Stamped 5161, 5194, 5195, 5200- 5209, 5249- 5253,
      5298-5301.

121.  Musante Billing Summary, Bates Stamped 5162.

122.  Summary of Materials by Payee, Bates Stamped 5163- 5192.

123.    Permit Summary, Bates Stamped 5193.

124.    Encroachment Permits, Bates Stamped 5196- 5199.

125.    Building Permit Fee Summary, Bates Stamped 5202.

126.    Overall Total Summary, Bates Stamped 5203.

127.    Subcontractor by Payee Summary, Bates Stamped 5204- 5248.

128.    Generator Cost, Bates Stamped 5254.

129.    Commission Summary, Bates Stamped 5255.

130.    Escrow Fee Summary, Bates Stamped 5256.

131.    Insurance Summary, Bates Stamped 5257.

132.    Property Tax Summary, Bates Stamped 5258- 5259.

133.    Utility Summary, Bates Stamped 5260- 5261.

134.    Inspection Fee Summary, Bates Stamped 5262.

135.    Land Purchase Summary, Bates Stamped 5263- 5264.

136.    Advertisement Summary, Bates Stamped 5265- 5267.

137.    Equipment Cost Summary, Bates Stamped 5268, 5284- 5293.

138.    Visa Account Cost Summary, Bates Stamped 5269.

139.    Auto Expense Summary, Bates Stamped 5270, 5283.

140.    General Liability Insurance Summary, Bates Stamped 5294.

141.    Health Insurance Summary, Bates Stamped 5295.

142.    Workers Compensation Insurance Summary, Bates Stamped 5296

143.    Business License Summary, Bates Stamped 5297.

144.    Office Expense Summary, Bates Stamped 5302.

145.    Payroll Summary, Bates Stamped 5303- 5314.

146.    Appraisal Fee Summary, Bates Stamped 5315.

147.    Franchise Tax Board Summary, Bates Stamped 5316.

148.    Employee Housing Cost Summary, Bates Stamped 5317.

149.    Operating Expense Summary, Bates Stamped 5318- 5319.

150.    September 8, 1993 Promissory Note, Legacy to Martin-McIntosh.

9

151.  January 26, 2001 Settlement Agreement between Legacy and Martin-McIntosh.

152.  March 17, 1999 Judgment against Legacy in favor of Martin-McIntosh.

153.  April 12, 1999 Writ of Sale.

154.  December 29, 1994 Complaint by Martin-McIntosh against Legacy, Brown and City of Wasco.

155.  January 12, 1996 First Amended Complaint by Martin-McIntosh against Legacy, Brown and City of Wasco

156.  October 13, 1994 Mechanic's Lien filed by Martin-McIntosh.

157.  Summary Profit/Loss Charts.

158.  Wasco Aerial Photo taken in 2000.

159.  Tract Photo, 2000.

160.  All other joint or individual exhibits agreed to by counsel for the parties prior to trial.

161.  June 25, 2008 Appraisal by Frauenthal.

All deposition transcripts taken by all parties will be submitted to the court or requested to be lodged by opposing counsel.


**C.**   **DEFENDANT, THE CITY OF WASCO**

1.  Purchase and Sale Agreement [CW 00289-301]

2.  Assignment of Purchase and Sale Agreement [CW00302-305; CW00752-756]

3.  Amendment to Purchase and Sale Agreement. [CW00306-310; CW00746-751]

4.  Subdivision Agreement for Tract 6451 [BP 000826-835; CW00312-321]].

5.  Assignment of Workout and Settlement Agreement [CW00710-00718]

6.  Assignment of Supplemental Golf Course Bonds Agreement [CW00719-724]

7.  Resolution No. 2004-39 [CW00726-735]

8.  Wasco Subdivision – Expired Tract 5472: Proposal for Planning, Engineering/Surveying/Professional Services [BP000217-220]

9.  Assignment Between Client and Consultant

10.  December 20, 2004 Letter from Black to McNamara, "Removal of 'Vesting' Designation from Vesting Tentative Tract Map No. 6451.

10

11.    February 2, 2000 letter from Schroepfer to Keith Marshall, entitled "Wasco Valley Rose Estates."

12.    City of Wasco Municipal Code, Chapters 12, 13 and 16.

13.    Impact Engineering Study Prepared By Helt Engineering [BP000766-804].

14.    Marimla Letter to Keith Woodcock regarding posting of bond for improvements.

15.    Job status reports/billing statements from Martin-McIntosh in connection with payment for work performed on Subdivision.

16.    Martin-McIntosh Parameter Costlists [BP001900-1917 and additional Parameter Costs obtained from Plaintiff's office by counsel for NCUE].

17.    All contracts between Wasco and NCUE related to Valley Rose Estates Subdivision.

18.    Correspondence between Wasco and NCUE/Lotus Developments related to performance of maintenance and repairs in Subdivision.

19.    Correspondence between the City and Trustee (US Bank) regarding outstanding monies owed on bonds for financing of improvements and golf course purchase.

20.    City resolutions regarding bond indebtedness.

21.    City resolutions regarding creation of assessment district for issuance of bond anticipation notes and bonds for construction, installation and acquisition of Subdivision improvements [A 01129-01189]

22.    Agreement between DeWalt and NCUE/Lotus regarding performance of topographical surveys, preparation of tentative maps and improvement plans. [BP000193-000201; L023-031]

23.    April 11, 2008, California Public Records Act Request from Jeff Travis of Borton,              Petrini to the City of Wasco.

24.    Aerial photographs of Valley Rose Estates Subdivision from period prior to purchase of Subdivision by Northern California Universal Enterprises Co.

25.    City of Wasco Planning Department Staff Report Tentative Tract 6451.

26.    Resolution No. 05-10 [A Resolution of the Planning Department in the Matter of the Application of Lotus Development for Tentative Tract 6451] [BP 000806-808]

27.    City Council Resolution Approving Final Subdivision Map for Tract 6451 [BP 000824-825]

11

28.   City of Wasco Planning Department Project Description: Tentative Tract 6451 [BP000840-841]

29.   May 11, 2006, Letter from Northern California Universal Enterprises Co. to Keith Woodcock disputing various fees and posting of security bond for improvements. [BP000875]

30.   September 26, 2005, Letter from Gerald Helt to Greg Black [BP000878]

31.   August 29, 2005, Letter from Gerald Helt to Greg Black [BP000879]

32.   Staff Report for Tentative Tract 5472 [BP 000928-933]

33.   City of Wasco Planning Department Staff Report for Tract 6451 [BP000809-823]

34.   October 20, 2004, Letter from Marlo Glaser to Northern California Universal Enterprises Co. regarding fees for plan review of model homes. [BP000540]

35.   March 31, 2006, Letter from Marlo Glaser to Jess Marimla and Joe Wu regarding plan check fees and zone of benefit credits.  [BP000570]

36.   Traffic Impact Fees [BP000573574]

37.   City of Wasco Ordinances Regarding Amendment of Chapter 13.16 [BP000577-586].

38.   City Council Resolution Adopting Water Impact Fees [BP000587-602]

39.   City Council Resolution Adopting Sanitation Impact Fees [BP000603-611; BP000612-616]

40.   Ordinance No. 2005-510 Regarding Modification of Sewer Connection Charges and Amendment to Wasco Municipal Code Regarding Same [BP000617-619]

41.   March 6, 2006, Letter from Jess Marimla Regarding Disputed Plan Check Fees [BP000632; BP000641]

42.   February 16, 2006, Letter from Marlo Glaser to Jess Marimla and Joe Wu Regarding Issuance of Permits for Homes [BP000637; BP000642]

43.   July 25, 2005, Letter From Stacie Lopez to Northern California Universal Enterprises Co. Regarding Plan Check Fees [BP000643]

44.   January 13, 2006, Letter from Larry Pennell to Joe Wu Regarding Zone of Benefit Credits [BP000647].

45.   February 14, 2006, Letter from Jess Marimla to Public Works Department of City of Wasco Regarding Non-Issuance of Building Permits to Northern California Universal Enterprises Co. [BP000648]

12

46.    November 21, 2005, Letter from Darrell Souza to Larry Pennell Regarding Backup Generator Installation [BP000662]

47.    November 7, 2007, Letter from Dennis McNamara to Dan Allen Regarding Incorrect Driveway Approach for 5620 Olympic Court in Valley Rose Estates [BP000674-000675].

48.    January, 1995, Preliminary Engineer's Report and Assessment: Valley Rose Assessment District [BP000980-1031]

49.    September 28, 2006, Letter from Bob Wren to Joe Wu Regarding City Invoices to Joe Wu for Engineering and Inspection Work Associated With Lift Station [BP001134]

50.    September 26, 2006, Letter from Joe Wu to Public Works Department, City of Wasco Objecting to Valley Rose Estate Lift Station Invoices.  [BP001136]

51.    Additional Correspondence Between City of Wasco and Northern California Universal Enterprises Co. Regarding Lift Station Engineering Costs and Invoices. [BP001141-1143]

52.    June 5, 1992 Valley Rose Subdivision Weekly Status Report Prepared By Martin-McIntosh [BP001875]

53.    August 24, 1992 Valley Rose Subdivision Weekly Status Report Prepared By Martin-McIntosh [BP001878]

54.    October 5, 1992 Letter from Ron Staub to Terry Schroepfer Regarding Valley Rose Assessment Work [BP001879]

55.    August 12, 1993 Letter from Ron Staub to Michael Brown, entitled "Phased Acquisition Schedule – Valley Rose Martin-McIntosh Project #92-22.08 [BP001833-001884]

56.    May 7, 1993 Valley Rose Subdivision Weekly Status Report Prepared By Martin-McIntosh [BP001885]

57.    August 31, 1993 Valley Rose Subdivision Weekly Status Report Prepared By Martin-McIntosh [BP001888]

58.    October 4, 1993 Valley Rose Subdivision Weekly Status Report Prepared By Martin-McIntosh [BP001889]

59.    March 16, 1994 Valley Rose Subdivision Weekly Status Report Prepared By Martin-McIntosh [BP001852-1853]]

13

60.     Engineering Costs: Valley Rose Estates [BP001896-1897]

61.     Martin-McIntosh Summary of Billings for Improvement Work [BP 0019221924]

62.     Martin-McIntosh Job Status Reports [BP01295-2152 , BP001856-1872] and additional documents received from McIntosh's Office by counsel for Northern California Universal Enterprises Co.]

63.     Martin-McIntosh Schedule of Value [BP001854-1855]

64.     July 7, 2004, Letter from Dennis McNamara to Sperry Van Ness [A01432; BP000223].

65.     January 20, 2000, Letter from Terry Schroepfer to Keith Marshall Concerning Valley Rose Estates [BP000227]

66.     February 2, 2000, Letter from Terry Schroepfer to Keith Marshall Regarding Valley Rose Estates [BP000228-231; A00658-00655]

67.     Certificate of Registration [BP000001-02]

68.     City of Wasco Planning Commission Agenda and attached documentation [BP002269-2284; BP 0022296-002311]

69.     April 28, 1992, Letter from Walter Cairns to Ron Staub Regarding Approval of Tentative Map 5472 by Planning Commission and attachments thereto [BP002285-2289]

70.     April 16, 1992 Letter From Terry Schroepfer to Walter Cairns, "Preliminary Comments for Tentative Tract Map #5472" [BP002291-2295]

71.     Resolution 92-9 Setting Forth Findings of Fact, Determinations and Decision Regarding Approval of Revised Tentative Map 5472 [BP002312-2314]

72.     Michael Brown Letter to Sandy Bergam, "Letter of Authorization" [BP002326-002327]

73.     November 20, 2004, Letter from Greg Black to Joe Wu, "Wasco Expired Tract No. 5472." [L032]

74.     Wasco Subdivision – Expired Tract 5472 Proposal for Planning/Engineering/Surveying/Professional Services [L019-022]

75.     Environmental Assessment Form (L033-046)

76.     November 10, 2004, Letter from Greg Black to Dennis McNamara, "Preliminary Review Application Vesting Tentative Tract Map No. 6451." [L047-048]

14

77. December 20, 2004, Letter from Greg Black to Dennis McNamara, "Removal of 'Vesting' Designation." [L049]

78. Tentative Tract 6451 Staff Report [L050-062]

79. Miscellaneous Documents Regarding Issuance of Bond Anticipation Notes [L311-538]

80. The *Legacy Group v. City of Wasco*, Fifth Circuit Court of Appeals Opinion [F038382](March 13, 2003).

81. November 14, 2006, Letter from Steve Hassing to Alan Peake Regarding Golf Course Gift Certificates and Payment of Engineering Fees [CW01093-01105].

82. Thomas McCartney Letter to Gordon McClintock, "Martin-McIntosh v. Legacy et al." and attached documents [BP000240-000252].

83. Acquisition Agreement for Improvements.

84. Amendments to Acquisition Agreement for Improvements.

85. Workout and Settlement Agreement.

86. March 1995, Engineer's Report and Assessment, "Valley Rose Assessment District" and other documents regarding bonds for Valley Rose Estates  [L95-538].

87. All Martin-McIntosh invoices for work done in Valley Rose Estates Subdivision [e.g. BP001407-1637 and other invoices submitted by Martin-McIntosh's office to counsel for Northern California Universal Enterprises Co.]

88. All checks and/or warrants on checks from City to developers and/or engineers for work done on Subdivision.[e.g. BP001640-1711].

89. All documents listed by counsel for Northern California Universal Enterprises Company in its exhibit list.

90. Martin-McIntosh Redemption and Dissolution Agreement.

91. *US Bank National Association v. City of Wasco*, Certificate of Progress/Status Report Pursuant to Minute Order Dated January 31, 2007 [CW01070-1075]

92. Declaration of Eugene Martin Submitted in Opposition to City of Wasco's Summary Judgment Motion (Kern County Superior Court Case No. 227661-JES), filed January 5, 2001.

93. Verified Petition of U.S. Bank National Trust Association as Trustee for Instructions in the Administration of a Trust Pursuant to Minn.Stat. § 501B.16 filed In the Matter

15

of the Trusteeship Created by the Wasco Public Financing Authority in Minnesota state court.

94. Tentative Map for Tract 6451

95. Vesting Tentative Map for Tract 6451.

96. Revised Tentative Map for Tract 5472.

97. Final Map for Tract 6451.

98. All maps filed and/or submitted to the City in connection with Tract 5472 or 6451.

99. Miscellaneous Documents Regarding Satisfaction of Bond Debts for both Valley Rose Estates Subdivision and Valley Rose Estates Golf Course.

100. The California Subdivision Map Act.

101. *Declaration of Michael Brown in Support of Defendants Motion for Summary Judgment* and exhibits attached thereto [submitted in the instant action].

102. Miscellaneous documents filed in *McIntosh v. Brown* (Kern County Superior Court Case No. 227661-AEW), including complaint, *Stipulation for Entry of Judgment and Judgment Thereon* and *Judgment for Plaintiff, Martin-McIntosh, on Severed Cause of Action Relating to the Mechanic's Lien of Plaintiff Martin-McIntosh*.

103. *Settlement Agreement and Mutual Release* between the Legacy Group, Eugene Martin, Roger McIntosh and Michael Brown related to *McIntosh v. Brown* (Kern County Superior Court Case No. 227661-AEW).

104. Tax Deed to Purchaser of Defaulted Property [A00577 and A00576]

105. Plaintiff's Third Amended Complaint.

106. April 18, 1992 Letter from Walter Cairns to Ron Staub [BP002285-2289].

107. All other joint or individual exhibits agreed to by counsel for the parties prior to trial.

16