**ATTACHMENT "E" TO JOINT PRETRIAL STATEMENT**

**XII.**

**DISCOVERY DOCUMENTS**

**A.    PLAINTIFF**

Plaintiff reserves the right to utilize all or portions of each deposition, and their exhibits, taken in this case, related to parties, experts, and/or third parties, for the purposes of impeachment, or in the event of the unavailability of a witness and for all other allowable purposes.  Depositions taken in this case include:  Greg Black, James Delmarter, Danny Espetia, Gerald Helt, Roger McIntosh (multiple volumes), Danny McNamara, Alan J. Peake, Larry F. Pennell, Keith Woodcock, Robert Wren, Joe Wu (multiple volumes), James Zervis (multiple volumes), Jeffrey Gutierrez (multiple volumes), Sarah Burgi, Stephen Wong, Terry Schroepfer, and Joshua Woodard.   Plaintiff additionally reserves the right to utilize any and all responses to written discovery, by any party, for the purposes of impeachment or any other permissible purpose.

The plaintiff intends to offer responses to discovery at trial for purposes of cross-examination and/or rebuttal:

City of Wasco's Responses to California Public Records Request by McIntosh

The City of Wasco's Responses to McIntosh' Request for Admissions

The City of Wasco's Responses to Northern California Universal Enterprises/Lotus' Responses to Request for Admissions.

Northern/Lotus' Responses to Request for Production No. 3

Dennis W. DeWalt, Inc's Supplemental Responses to Request for Admissions

Dennis W. DeWalt, Inc's Supplemental Responses to Special Interrogatories

**B.    DEFENDANTS, and each of them**

Defendants reserve the right to utilize all or portions of each deposition, and their exhibits, taken in this case, related to parties, experts, and/or third parties, for the purposes of impeachment, or in the event of the unavailability of a witness and for all other allowable purposes.  Depositions taken in this case include:  Greg Black, James Delmarter, Danny Espetia, Gerald Helt, Roger

1

McIntosh (multiple volumes), Danny McNamara, Alan J. Peake, Larry F. Pennell, Keith Woodcock, Robert Wren, Joe Wu (multiple volumes), James Zervis (multiple volumes), Jeffrey Gutierrez (multiple volumes), Sarah Burgi, Stephen Wong, Terry Schroepfer, and Joshua Woodard. Defendants additionally reserve the right to utilize any and all responses to written discovery, by any party, for the purposes of impeachment or any other permissible purpose.

Defendants may use portions of the depositions of Terry Schroepfer and Keith Woodcock and to impeach or refresh memory as applicable and necessary.

Defendants will offer their deposition notice with request for production of documents served on Plaintiff November 6, 2008.

Defendants will use parts of all three volumes of Plaintiff's deposition for purposes of direct testimony, impeachment and to refresh memory where applicable. Specific sections include those passages listed.

Defendants will use parts James Delmarter's deposition for purposes of direct testimony, impeachment and to refresh memory where applicable. Specific sections include those passages listed.

THE CITY OF WASCO intends to offer the following responses at trial:  Plaintiff, ROGER McINTOSH's Response to THE CITY OF WASCO's Request for Production of Documents. Remaining defendants reserve their right to offer the same.

**December 18, 2008 Deposition of Roger McIntosh**

Page 24; Line 13- 25

25; 1- 25

26; 1- 25

27; 1- 25

28; 1- 25

29; 1- 4

30; 22- 25

32; 1- 2

35; 5- 15

2

| | |
|---|---|
| 1 | 37; 15- 25 |
| 2 | 38; 1- 25 |
| 3 | 39; 1-25 |
| 4 | 40; 1-25 |
| 5 | 41; 1-25 |
| 6 | 42; 1- 25 |
| 7 | 43; 1- 17 |
| 8 | 60; 14- 22 |
| 9 | 69; 5- 12 |
| 10 | 71; 13- 23 |
| 11 | 73; 6- 17 |
| 12 | 81; 21- 25 |
| 13 | 82; 1-12 |
| 14 | 88; 10- 17 |
| 15 | 88; 24, 25 |
| 16 | 89; 1- 9 |
| 17 | 89; 23- 25 |
| 18 | 90; 1-25 |
| 19 | 108; 8- 25 |
| 20 | 109; 1- 25 |
| 21 | 110; 1- 5 |
| 22 | 113; 20-25 |
| 23 | 114; 1- 7 |
| 24 | 115; 16- 24 |
| 25 | 121; 20- 25 |
| 26 | 122; 1-17 |
| 27 | 132; 5- 8 |
| 28 | 142; 9- 15 |

Attachment "E" – Discovery Documents

Case No.  1:07-CV-01080 LJO-GSA

| | |
|---|---|
| 1 | 160; 4- 8 |
| 2 | 165; 10- 25 |
| 3 | 166; 1- 9 |
| 4 | 167; 15- 25 |
| 5 | 168; 1- 13 |
| 6 | 173; 2- 25 |
| 7 | 174; 1- 25 |
| 8 | 175; 1- 25 |
| 9 | 176; 1- 11 |
| 10 | 182; 3- 25 |
| 11 | 183; 1- 25 |
| 12 | 183; 1- 25 |
| 13 | 184; 1-25 |
| 14 | 185; 2- 15 |
| 15 | 186; 1- 25 |
| 16 | 187; 1- 25 |
| 17 | 188; 1- 8 |
| 18 | 189; 1- 11 |
| 19 | 189; 18- 25 |
| 20 | 190; 1- 25 |
| 21 | 191; 1- 25 |
| 22 | 192; 1- 25 |
| 23 | 193; 1-25 |
| 24 | 194; 1- 25 |
| 25 | 195; 1- 11 |
| 26 | 196; 1- 25 |
| 27 | 197; 1- 25 |
| 28 | 198; 12- 25 |

4

| | |
|---|---|
| 1 | 199; 1- 8 |
| 2 | 199; 24, 25 |
| 3 | 200; 1- 6 |
| 4 | 209; 4- 25 |
| 5 | 210; 21- 25 |
| 6 | 211; 1-9 |
| 7 | 212; 1- 25 |
| 8 | 213; 1- 5 |
| 9 | **January 28, 2009 Deposition of Roger McIntosh** |
| 10 | 265; 14- 25 |
| 11 | 266; 1- 25 |
| 12 | 267; 1- 6 |
| 13 | 278; 5- 25 |
| 14 | 279; 1-25 |
| 15 | 280; 1- 25 |
| 16 | 281; 1 |
| 17 | 299; 1-25 |
| 18 | 300; 1- 25 |
| 19 | 301; 1- 25 |
| 20 | 302; 1- 25 |
| 21 | 303; 1- 25 |
| 22 | 304; 1-25 |
| 23 | 305; 1- 25 |
| 24 | 306; 1- 25 |
| 25 | 307; 1- 25 |
| 26 | 308; 1- 17 |
| 27 | 310; 24- 25 |
| 28 | 311; 1- 25 |

5

| | |
|---|---|
| 1 | 312; 1- 25 |
| 2 | 313; 1- 25 |
| 3 | 314; 1- 25 |
| 4 | 315; 1- 8 |
| 5 | **June 24, 2009 Deposition of Roger McIntosh** |
| 6 | 10; 8- 25 |
| 7 | 12; 18- 25 |
| 8 | 13; 1- 10 |
| 9 | 18; 11- 25 |
| 10 | 19; 1- 25 |
| 11 | 34; 13- 23 |
| 12 | 35; 1- 25 |
| 13 | 36; 1- 2 |
| 14 | **February 2, 2009 Deposition of James DelMarter** |
| 15 | 22; 17- 25 |
| 16 | 23; 1- 15 |
| 17 | 27; 11- 25 |
| 18 | 28; 1- 25 |
| 19 | 29; 1- 25 |
| 20 | 30; 1- 25 |
| 21 | 31; 1- 25 |
| 22 | 32; 1- 25 |
| 23 | 33; 1- 25 |
| 24 | 34; 1- 25 |
| 25 | 35; 1- 25 |
| 26 | 36; 1- 25 |
| 27 | 37; 1- 25 |
| 28 | 38; 1- 25 |

6

| | |
|---|---|
| 1 | 39; 1- 25 |
| 2 | 54; 23- 25 |
| 3 | 55; 1- 25 |
| 4 | 57; 10- 25 |
| 5 | 58; 1- 25 |
| 6 | 62; 24- 25 |
| 7 | 63; 1- 25 |
| 8 | 64; 1-25 |
| 9 | 65; 1-25 |
| 10 | 66; 1- 25 |
| 11 | 73; 2- 25 |
| 12 | 74; 1- 5 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

7