IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER McINTOSH,<br><br>                Plaintiff,<br><br>   vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC., et al,<br><br>                Defendants.<br>_____/ | CASE NO. CV F 07-1080 LJO GSA<br><br>**ORDER TO RESET PRETRIAL CONFERENCE**<br><br>**Date: January 7, 2010**<br>**Time: 8:30 a.m.**<br>**Dept.: 4 (LJO)** |

      This Court sets no settlement conference with the unlikelihood of global settlement. To better accommodate its schedule, this Court RESETS the pretrial conference for January 7, 2010 at 8:30 a.m. in Department 4 (LJO). The parties' counsel are encouraged to appear at the pretrial conference by telephone by arranging a conference call and adding the Court at (559) 499-5680.

      IT IS SO ORDERED.

**Dated:    December 14, 2009**              **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE