BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (224547)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Phone (213) 347-0210
Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DEFENDANT CITY OF WASCO'S REQUEST TO RELY UPON ADDITIONAL DISCOVERY DOCUMENTS FOR TRIAL**<br><br>Judge:    Hon. Lawrence J. O'Neill<br>Department:  4 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The City of Wasco requests that the Joint Pretrial Statement be amended so as to reflect in section XII (Discovery Documents) that the City of Wasco intends to rely upon *Responses of Plaintiff Roger McIntosh to Defendant, City of Wasco's Special Interrogatories (Set No. One)*.

DATED: January 7, 2010          GCR, LLP


By: _/s/ Chaka C. Okadigbo_
CHAKA C. OKADIGBO
Attorneys for Defendant
CITY OF WASCO

4845-7328-4357

1

**DEFENDANT CITY OF WASCO'S REQUEST TO RELY UPON ADDITIONAL DISCOVERY DOCUMENTS FOR TRIAL**

## PROOF OF SERVICE
## (FRCP No. 5(b)(2)(E))

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avenue, Suite 695, Los Angeles, California 90071.

On **January 7, 2010**, I served the following documents: **DEFENDANT CITY OF WASCO'S REQUEST TO RELY UPON ADDITIONAL DISCOVERY DOCUMENTS FOR TRIAL** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

Jeffrey Travis  
Borton Petrini, LLP  
1600 Truxtun Ave.  
Bakersfield, CA 93301  
jtravis@bortonpetrini.com

Steven J. Hassing  
Law Offices of Steven J. Hassing  
425 Calabria Court  
Roseville, CA 95747  
stevehassing@yahoo.com

William L. Alexander  
Alexander & Associates  
1925 G Street  
Bakersfield, CA 93301  
walexander@alexander-law.com

( )   **BY MAIL**: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( X )  **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rules(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

( )   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X )  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **January 7, 2010**, Los Angeles, California.

Carolyn Dominguez