EXHIBIT "A"



EXHIBIT "B"

**Certified Copy**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

    Plaintiff,

vs.

    Case No.
    107CV-01080-LJO-WMW

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, ET AL.,

    Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**ROGER McINTOSH**

December 18, 2008
9:11 a.m.

5001 East Commercenter
Suite 170
Bakersfield, California

Brian S. Cardoza, CSR No. 8362




Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

                                165

1   strike a balance to maximize the amount of return on that
2   land?
3         A.   Yes.
4         Q.   Okay.  How did you come up with the name of
5   the streets?
6         MR. TRAVIS:  I'm going to object that it lacks
7   foundation.  It hasn't been determined that Mr. McIntosh
8   came up with the name of the streets.
9         BY MR. HASSING:  Okay.
10        Q.   Well, let's take a look at these streets.
11  I'm looking at revised 5472 and I see a street here called
12  Pebble Beach Way.  Do you see that?
13        A.   Yes.
14        Q.   Do you know how that name was derived?
15        A.   I believe those were proposed by the
16  developer.
17        Q.   Mike Brown?
18        A.   Possibly, yes.
19        Q.   Yeah.  And Sawgrass Court, the same thing?
20        A.   It looks like this was a golf themed
21  subdivision.  So, Sawgrass, Olympic Clos, Pebble Beach,
22  St. Andrew's, are all names of golf courses.
23        Q.   Right.  And so it's your testimony that each
24  of the names of each of the streets in 5472 was proposed
25  by Mr. Brown?



ESQUIRE DEPOSITION SERVICES

PAULSON
REPORTING & LITIGATION SERVICES, LLC

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

1    A.   I am guessing they were, but I believe they
2    came from the developer.
3    Q.   Well, isn't the developer Mr. Brown?
4    A.   Yes.
5    Q.   Okay.  All right.  You don't have any
6    information that would cause you to believe that one of
7    your draftsman at Martin-McIntosh came up with those
8    names, do you?
9    A.   I don't have any -- any information.
10   Q.   You've done a lot of tract maps in your life,
11   right?
12   A.   Yes.
13   Q.   How often is it that you, as the engineer or
14   the surveyor, is designated as the one to come up with the
15   names of the streets, as opposed to the developer doing
16   that?
17   A.   I would say 60 percent of the time.
18   Q.   Okay, so you do it often?
19   A.   Yes.
20   Q.   All right.  All right.  So, if
21   Martin-McIntosh would have done it in this case, you'd
22   probably remember that, right?
23   A.   Not necessarily.
24   Q.   All right.  Do you know anybody who would
25   know how those names were derived?



ESQUIRE DEPOSITION SERVICES

PAULSON REPORTING & LITIGATION SERVICES, LLC

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

# EXHIBIT "C"

# PARCEL MAP NO. 9572

BEING A DIVISION OF THE NORTH HALF AND THE SOUTHWEST QUARTER OF SECTION 4, T.27S., R.24E., M.D.B.& M.
CITY OF WASCO, COUNTY OF KERN
STATE OF CALIFORNIA

## OWNER'S STATEMENT

WE HEREBY STATE THAT WE ARE THE OWNERS OF, OR HAVE SOME RIGHT, TITLE OR INTEREST IN AND TO THE REAL PROPERTY INCLUDED WITHIN THE SUBDIVISION SHOWN UPON THIS PARCEL MAP, AND WE ARE THE ONLY PERSONS WHOSE SIGNATURE IS REQUIRED TO PASS CLEAR TITLE TO SAID PROPERTY, AND WE CONSENT TO THE PREPARATION AND RECORDATION OF THIS PARCEL MAP. WE ALSO HEREBY GRANT TO THE CITY OF WASCO, IRREVOCABLE OFFERS OF DEDICATION OF AN EASEMENT FOR INGRESS, EGRESS AND ROAD PURPOSES, OVER AND ACROSS SCOFIELD AVENUE, MANOR DRIVE, LEONARD AVENUE, VALLEY ROSE PARKWAY AND AUGUSTA THE ABOVE DESCRIBED EASEMENTS TO BE KEPT OPEN, CLEAR AND FREE FROM BUILDINGS AND STRUCTURES OF ANY KIND.

WASCO COMMUNITY DEVELOPMENT CO., A CALIFORNIA GENERAL PARTNERSHIP

BY: _____
ANDREW GISSINGER III
GENERAL PARTNER

TENNECO WEST INC., A DELAWARE CORPORATION
PER DEED OF TRUST RECORDED MARCH 30, 1990
IN BOOK 6364, PAGE 1803, O.R.

BY: _____
MELVIN JANS
SENIOR VICE PRESIDENT

SIGNATURE _____
WAYNE E. BROOME
ASSISTANT SECRETARY

STATE OF CALIFORNIA )
COUNTY OF KERN ) SS

ON THIS 1st DAY OF July, 1992, BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED MELVIN JANS AND WAYNE E. BROOME PERSONALLY KNOWN TO ME, OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE, TO BE THE PERSONS WHO EXECUTED THE WITHIN INSTRUMENT AS SENIOR VICE PRESIDENT AND ASSISTANT SECRETARY, ON BEHALF OF TENNECO WEST, INC. THE CORPORATION THEREIN NAMED, AND ACKNOWLEDGED TO ME THAT SUCH CORPORATION EXECUTED IT PURSUANT TO ITS BY-LAWS OR A RESOLUTION OF ITS BOARD OF DIRECTORS.

SIGNATURE _____
MY COMMISSION EXPIRES MARCH 23, 1993
COUNTY OF KERN

STATE OF CALIFORNIA )
COUNTY OF KERN ) SS

ON THIS ___ DAY OF _____, 1992, BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED ANDREW GISSINGER III, PERSONALLY KNOWN TO ME, OR PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE, TO BE THE PERSON WHO EXECUTED THE WITHIN INSTRUMENT ON BEHALF OF THE PARTNERSHIP, AND ACKNOWLEDGED TO ME THAT THE PARTNERSHIP EXECUTED IT.

SIGNATURE _____
MY COMMISSION EXPIRES _____

## CITY CLERK'S STATEMENT

THE CITY COUNCIL OF THE CITY OF WASCO HEREBY ORDERS THAT PARCEL MAP 9572 IS APPROVED. THE STREETS AND ANY OTHER EASEMENTS SHOWN UPON THIS MAP ARE HEREIN OFFERED FOR DEDICATION AND THE SAME ARE HEREBY ACCEPTED FOR PUBLIC USE SUBJECT TO CONSTRUCTION OF ALL IMPROVEMENTS BY THE SUBDIVIDER AND ACCEPTANCE OF ALL IMPROVEMENTS BY THE CITY COUNCIL. IT DIRECTS THE CLERK OF THIS COUNCIL TO ENDORSE UPON THE FACE OF THIS ORDER AUTHENTICATED BY THE SEAL OF THE CITY COUNCIL OF THE CITY OF WASCO, AND IT HEREBY WAIVES PURSUANT TO THE PROVISIONS OF SECTION 66436 OF THE SUBDIVISION MAP ACT, THE REQUIREMENT OF SIGNATURES OF THE FOLLOWING:

| NAME | NATURE OF INTEREST |
|---|---|
| PACIFIC GAS & ELECTRIC CO. | TRANSMISSION LINE EASEMENT PER BOOK 3220, PAGE 112, O.R. |
| PACIFIC GAS & ELECTRIC CO | TRANSMISSION LINE EASEMENT PER BOOK 4073, PAGE 193, O.R. |
| PACIFIC GAS & ELECTRIC CO | POLE LINE EASEMENT PER BOOK 6304, PAGE 43, O.R. |
| PUBLIC IN GENERAL | STATE HIGHWAY 46 & SCOFIELD AVENUE |
| COUNTY OF KERN | EASEMENT FOR ROAD PURPOSES PER BOOK 4889, PAGE 1410, O.R. |
| COUNTY OF KERN | EASEMENT FOR ROAD PURPOSES PER BOOK 356, PAGE 142, O.R |

### NOTES

1. ANY ROAD OR EASEMENT OR RIGHT-OF-WAY FOR ROAD OR HIGHWAY PURPOSES SHOWN OR REFERRED TO ON THIS MAP, INCLUDING, BUT NOT LIMITED TO, ANY DEDICATED OR OFFERED FOR DEDICATION TO THE PUBLIC OR TO THE CITY, IS NOT A CITY STREET AND IS NOT SUBJECT TO MAINTENANCE OR IMPROVEMENT BY THE CITY OF WASCO, UNTIL AND UNLESS THE CITY OFFICIALLY ACCEPTS THE SAME INTO THE CITY ROAD SYSTEM BY RESOLUTION OF THE CITY COUNCIL, EXCEPTING ANY EXPRESSLY SHOWN HEREON AS BEING A CITY STREET.

2. THE LAND COVERED BY THIS PARCEL MAP IS RESTRICTED BY A WILLIAMSON ACT LAND USE CONTRACT EXECUTED BY KERN LAND FARMING COMPANY ON FEBRUARY 21, 1969, AND RECORDED IN BOOK 4247, PAGES 735 TO 747 INCLUSIVE, OF THE KERN COUNTY OFFICIAL RECORDS, DURING THE TERM OF THIS CONTRACT, OR ANY RENEWALS THEREOF, THE HEREIN DESCRIBED LAND SHALL NOT BE USED FOR ANY PURPOSE OTHER THAN AGRICULTURAL USES AND THOSE USES COMPATIBLE WITH AGRICULTURAL USES. NO STRUCTURES SHALL BE ERECTED UPON SAID LAND EXCEPT SUCH STRUCTURES AS MAY BE DIRECTLY RELATED TO AGRICULTURAL USES, PURSUANT TO THE TERMS OF THE CONTRACT.

## SURVEYOR'S STATEMENT

THIS MAP WAS PREPARED BY ME OR UNDER MY DIRECTION AND IS BASED UPON A FIELD SURVEY IN CONFORMANCE WITH THE REQUIREMENTS OF THE SUBDIVISION MAP ACT AND LOCAL ORDINANCES AT THE REQUEST OF THE LEGACY GROUP, LTD. IN MAY, 1992. I HEREBY STATE THAT THIS PARCEL MAP SUBSTANTIALLY CONFORMS TO THE APPROVED TENTATIVE MAP.

_____
EUGENE P. MARTIN
L.S. 4713
EXPIRES 9-30-95
DATE 7/8/92

## CITY ENGINEER'S STATEMENT

THIS MAP CONFORMS WITH THE REQUIREMENTS OF THE SUBDIVISION MAP ACT AND LOCAL ORDINANCES.

DATED 7/15/92   SIGNED _____
KENT D. DAVIS
CITY ENGINEER
CITY OF WASCO
R.C.E. 12469
EXPIRES 3-31-93

## PLANNING DIRECTOR'S STATEMENT

THIS MAP IS IN SUBSTANTIAL CONFORMANCE WITH THE APPROVED TENTATIVE MAP. A NOTICE OF EXEMPTION IN ACCORDANCE WITH THE CALIFORNIA ENVIRONMENTAL QUALITY ACT OF 1970, AS AMENDED, HAS BEEN FILED WITH THE COUNTY CLERK.

DATED 7-15-92   SIGNED _____
WALTER CAIRNS
PLANNING DIRECTOR
CITY OF WASCO

## RECORDER'S STATEMENT

FILED FOR RECORD THIS 21 DAY OF July, 1992 AT 9:20 A.M.
IN BOOK 44 OF PARCEL MAPS AT PAGE 57, AT THE REQUEST OF CITY OF WASCO

GALE S. ENSTAD
COUNTY CLERK-RECORDER

BY: _____
DEPUTY RECORDER

# 102886

CERTIFICATE OF CORRECTION FILED ON 11-4-8 PM 9572 M-1 BK 6779 PG 45 OR

SHEET 1 OF 6 SHEETS











# EXHIBIT "D"

**Certified Copy**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

    Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, ET AL.,

    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Case No.
107CV-01080-LJO-WMW

**DEPOSITION OF**

**ROGER McINTOSH**

December 18, 2008
9:11 a.m.

5001 East Commercenter
Suite 170
Bakersfield, California

Brian S. Cardoza, CSR No. 8362




Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

167

| | | |
|---|---|---|
| 1 | A. | Probably Mr. Staub. |
| 2 | Q. | Mr. Staub and Mr. Brown probably, huh? |
| 3 | A. | Yeah. |
| 4 | Q. | All right. |
| 5 | A. | Or Mr. Christensen. |
| 6 | Q. | Yeah. Is he still alive? |
| 7 | A. | No. |
| 8 | Q. | He died? |
| 9 | A. | Yeah. |
| 10 | Q. | How about Mr. Kamm, he died too? |
| 11 | A. | He's gone. |
| 12 | Q. | Wow. How was the lot numbering in 5472 |
| 13 | | determined? Each lot has a number, one through 68 here? |
| 14 | A. | Yes. |
| 15 | Q. | And who came up with the numbers for the |
| 16 | | lots? |
| 17 | A. | We did. |
| 18 | Q. | Based on what? |
| 19 | A. | Based on a numbering system from one to 68. |
| 20 | Q. | All right. |
| 21 | A. | They have to be in order. |
| 22 | Q. | Okay. Why did you start number one over here |
| 23 | | on Andrew's Crescent, at the intersection of Valley Rose |
| 24 | | Parkway, and work to my left? |
| 25 | A. | Because that's where the draftsman decided to |




Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

168

1    start numbering --
2        Q.   Okay.
3        A.   -- on that day.
4        Q.   All right.  Where 38 is, he could have
5    numbered that lot number one, right?
6        A.   Yes, but the --
7        Q.   All right.
8        A.   -- wherever he starts, they have to be in
9    order.
10       Q.   Where 38 presently is, he could have put one
11   there and then consecutively numbered the rest of the lots
12   as he moved away from number one, right?
13       A.   Yes.
14       Q.   Okay.  Do you know which draftsman it was at
15   Martin-McIntosh that came up with that numbering system?
16       A.   No, I do not.
17       Q.   All right.
18            Let's take a look at Number 13.
19            (Defendants' Exhibit 13 was marked for
20            identification by the court reporter.)
21            MR. TRAVIS:  I see that pile getting smaller,
22   Steve.
23            MR. HASSING:  It's getting smaller, and then we
24   can get out of here.
25            THE WITNESS:  You're up to 16?




Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com