EXHIBIT "A"

**Certified Copy**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

    Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, ET AL.,

    Defendants.

Case No.
107CV-01080-
LJO-WMW

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**KEITH WOODCOCK**

January 29, 2009
1:40 p.m.

Suite 170, 5001 East Commercenter
Bakersfield, California

Brian S. Cardoza, CSR No. 8362



ESQUIRE

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Keith Woodcock January 29, 2009

7

1  Q. Another thing is, the court reporter can't
2  get the nodding of a head or the shaking of a head, so we
3  have to go by "yes", and "no", and verbal responses.
4  A. Yes.
5  Q. I guess we can get started, unless you have
6  any questions?
7  A. No, none.
8  Q. All right. Did you use to be employed by the
9  City of Wasco?
10 A. Yes.
11 Q. And when did you begin your employment there?
12 A. It was July of 2005.
13 Q. And when did that employment terminate?
14 A. That was May of 2007.
15 Q. Okay. During the time of your employment,
16 did you always occupy one position at the City?
17 A. That's correct.
18 Q. What was that position?
19 A. It -- it was planning director with the City.
20 Q. And as planning director, what were your
21 duties?
22 A. Responsible for all long-range and current
23 planning and environmental planning activities.
24 Q. In your capacity as planning director, did
25 you have any responsibilities with regard to tentative


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1  subdivision maps?
2      A.  Yes.
3      Q.  Explain to me what your responsibilities were
4  with regard to tentative subdivision maps?
5      A.  A tentative map requires approval by the
6  planning commission, and so that we'd work with the
7  applicant and insuring that we had the sufficient
8  information, number of maps, how the -- the -- the
9  property was going to be subdivided.
10         I then was responsible for chairing what we call
11 the development review team that consisted of the various
12 department heads, most importantly the city engineer and
13 public works.
14         Then we would review projects, develop the -- the
15 list of conditions of -- of approval, and then responsible
16 for writing that staff report and presenting it, along
17 with the staff's recommendation, to the planning
18 commission.
19     Q.  Okay.  How about with regard to final
20 subdivision maps, was the planning director also the lead
21 person involved in final maps at the City?
22     A.  That's -- that's correct.
23     Q.  What specifically were your duties with
24 regard to final maps?
25     A.  We would again coordinate with the city



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1  engineer and the public works director on conditions
2  related to a subdivision agreement on the project.  That
3  we would make sure that -- that -- like in my -- my
4  review, that comparing the -- the tentative map and the --
5  and the final map to insure consistency that -- that
6  they -- that they were in conformance.
7         That we would not then schedule it for City
8  Council approval until -- until the various, if necessary,
9  bonds or security instruments were -- were in place,
10 that -- that there is proof that -- that -- that all
11 current taxes had been paid, and then we would write a
12 staff report that -- that presented the -- the final map,
13 along with the subdivision agreement for approval by
14 council.
15        Q.  Okay.  Are you familiar with a tentative
16 subdivision map 6451 that was processed by DeWalt
17 Engineering on behalf of Northern California?
18        A.  Yes.
19        Q.  And did you go through the same steps with
20 regard to examining and writing a staff report with regard
21 to 6451 as you've just testified that was your general
22 responsibility?
23        A.  For the final map, yes.  The -- the -- the
24 tentative map was approved prior to my employment with the
25 City, but as -- as far as the final map, yes.



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

10

1  Q. Okay. Do you know who the planning director
2  was at the time the tentative map was approved?
3  A. It was a -- a King Patrick Leonard.
4  Q. Okay. Do you know where he works now?
5  A. No, I don't.
6  Q. Okay. All right. Do you know where he
7  lives?
8  A. I think he lives in Lompoc.
9  Q. All right. What was your function, if any,
10 with regard to requiring bonding for the 6451 final map?
11 A. The -- the bonding is really the
12 responsibility of public works and engineering, but I was
13 involved in making sure that the subdivision agreement
14 reflected the -- the requirements of -- of both public
15 works and engineers related to the bonding and -- and what
16 engineering or public work inspection fees would be
17 required.
18 Q. Okay. And you mentioned subdivision
19 agreements.
20 A. Yes.
21 Q. Was the subdivision agreement something that
22 came under your purview as the planning director?
23 A. Yes, and working that out with the -- with
24 the city attorney.
25 Q. Okay. You're familiar with the subdivision



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Keith Woodcock                                             January 29, 2009

                                    11

1    agreement for map 6451, correct?  I don't mean you have
2    memorized it, but you were a --
3         A.   Right, I'm familiar -- right, that's correct.
4         Q.   Okay.  You're familiar with it?
5         A.   Yes.
6         Q.   And you worked with it?
7         A.   Yes.
8         Q.   Okay.  The subdivision agreement for 6451,
9    was that an agreement that had to be drafted by the city
10   attorney, or was there a form that you used, or somebody
11   within your department used, to create that document and
12   then have it reviewed by the city attorney?
13        A.   We had what I would call like a boilerplate
14   that -- that we would use as far as the format of -- of
15   the structure of that agreement.  As we filled in the
16   various pieces, like from public works, engineering, my
17   statements of whether it conformed or not, etcetera,
18   were -- were in that, and then -- then we would submit
19   that to the city attorney and he would review on that.
20        Q.   Okay.  In preparing that subdivision
21   agreement, did you include a requirement for a maintenance
22   bond?
23        A.   That -- I don't recall specifically a bond,
24   but I do recall that -- that all improvements needed to be
25   warranted for -- for 24 months.



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

                                  13

1        Q.  Okay.  And do you recall what process you
2    undertook to determine what those improvements were?
3        A.  The -- I -- I -- I need to defer to the
4    public works and then the -- and the city engineer on --
5    on how they costed items out.  But as far as -- as
6    inspection for improvements, that it was that each -- each
7    aspect of the improvement that would be within the public
8    right-of-way.  Value of streets, of fire hydrants, sewer
9    lines, water lines, etcetera, would each have a cost that
10   would come up with a -- with a total, and then -- and then
11   typically that -- that the developer would have to -- to
12   bond for a certain percent of that.
13       Q.  Okay.  Is it also customary, in approving a
14   final tentative subdivision map, that the developer bond
15   the amount, or a percentage of the amount, of the
16   infrastructure improvements?
17       A.  Yes.
18       Q.  And with regard to 6451, was there a
19   requirement that Northern bond the subdivision
20   infrastructure improvements?
21       A.  No.
22       Q.  Well, why is that?
23       A.  That the infrastructure had already been
24   completed, and at the time of the prior -- I forget the
25   number that -- that -- that you referred to -- the prior


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1   tentative map and the infrastructure was -- was in place,
2   and so that when this -- the newer tentative map came up,
3   that since that the improvements were already in and had
4   been inspected and conformed to the -- the improvement
5   plans, that no bonding was required because that they were
6   already in.
7       Q.  All right.  So, what I hear you telling me
8   then, if I understand you correctly, is that Northern was
9   not required to bond the infrastructure improvements
10  because it was not required to build any infrastructure
11  improvements; is that correct?
12      A.  That's correct.
13      Q.  In the subdivision agreement, though, I think
14  I remember some language in there that indicated that as
15  part of that agreement, that Northern would construct
16  improvements.  Do you recall anything like that in the
17  subdivision agreement?
18      A.  Yes.
19      Q.  Well, why would that have been in there if
20  those improvements were already in place and the City
21  wasn't requiring Northern to build any?
22      A.  I -- I don't recall all the specifics, but
23  that I think the City wanted a list of what to place in
24  the record of what improvements needed to be warranted for
25  the 24-month period, and -- and that because later on in



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

1   meet the standards of the City.
2           Q.  And to your understanding, were there any
3   improvement plans that were accepted by the City for tract
4   6451?
5           A.  They were not required to be submitted.
6           Q.  And not required pursuant to what?
7           A.  Because that the improvements were already in
8   place.
9           Q.  I understand.  Doing this for as many years
10  as you have been doing it, and I'm speaking about, you
11  know, the planning and coordination of these subdivisions,
12  if work needs to be done, let's say that a water main
13  breaks, which I'm sure happens sometimes?
14          A.  Yes.
15          Q.  A water main breaks and work needs to be done
16  to fix that work, and someone needs to understand the
17  layout of the problem, would they typically consult the
18  improvement plans for that subdivision in order to fix
19  that problem?
20          MR. OKADIGBO:  Objection, calls for speculation,
21  lack of personal knowledge, incomplete hypothetical.
22          You can answer if you understand.
23          THE WITNESS:  I -- I -- I do not know how public
24  works would approach the issue, but I presume that they
25  would use -- look -- look at the improvement plans to see



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

EXHIBIT "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form VA
For a Work of the Visual Arts

VAu 721-180

EFFECTIVE DATE OF REGISTRATION

FEB 22 2007

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**
Valley Rose Planned Community

**NATURE OF THIS WORK ▼** See Instructions
Land Planning Drawings and Landscape Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**  **Number ▼**  **Issue Date ▼**  **On Pages ▼**

---

**NAME OF AUTHOR ▼**
Martin-McIntosh

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of __United States__
    { Domiciled in __California__

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map          ☒ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**Name of Author ▼**
N/A

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map          ☒ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
1992  Year  This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month __N/A__   Day ____   Year ____   Nation ____

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Roger McIntosh d/b/a McIntosh & Associates, a sole proprietorship
2001 Wheelan Court, Bakersfield, CA 93309

APPLICATION RECEIVED
FEB 22 2007
ONE DEPOSIT RECEIVED
FEB 22 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
The Work was assigned from Martin-McIntosh to McIntosh & Associates on May 3, 1999 via a buyout agreement.

BP000001

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

6

a

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                                Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Kevin V. Lam
Goodwin Procter LLP
101 California St., Suite 1850, San Francisco, CA 94111

Area code and daytime telephone number  (415) 733-6052        Fax number  (415) 677-9041
Email   klam@goodwinprocter.com

CERTIFICATION* I, the undersigned, hereby certify that I am the
                                                    ☐ author
                                                    ☐ other copyright claimant
                            check only one ▶        ☐ owner of exclusive right(s)
                                                    ☑ authorized agent of  Roger McIntosh d/b/a McIntosh & Associates
                                                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Kevin V. Lam, Esq.                                                              Date  February 21, 2007

Handwritten signature (X) ▼
X

BP000002

Certificate will be mailed in window envelope to this address:

Name ▼
Kevin V. Lam

Number/Street/Apt ▼
101 California St., Suite 1850

City/State/ZIP ▼
San Francisco, CA 94111

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA – Full  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper                                    U.S. Government Printing Office: 2004-320-958/80,125