**William L. Alexander** (State Bar Number 126607)
**Tenielle E. Cooper** (State Bar Number 226717)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA 93301
Phone: (661) 316-7888
Fax: (661) 316-7890

**Attorneys for Defendant, Dennis W. DeWalt, Inc.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation, et al, <br><br> Defendants. | Case No. 1:07-CV-01080 LJO-GSA <br><br> **DECLARATION OF JOE WU IN SUPPORT OF DeWALT and DEFENDANTS' JOINT MOTION *IN LIMINE* No. 1 – TO PRECLUDE USE OF THE TERMS "PARTNERSHIP" AND "JOINT VENTURE"** <br><br> Date: February 12, 2010 <br> Time: 1:30 p.m. <br> Courtroom: 4 <br> Judge: Hon. Lawrence J. O'Neill |

I, JOE WU, declare:

1. I have personal knowledge of each fact stated herein.

2. I am president of NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY ("NORTHERN") and was so at the time of the incidents alleged in this action.

3. NORTHERN is LOTUS' general partner.

4. NORTHERN hired defendant Dennis W. DeWalt, Inc. ("DeWALT") to prepare a tentative and final tract map for Parcel 1 of the Valley Rose Estates subdivision in Wasco, California ("CITY"), which was owned by LOTUS.

5. DeWALT's contract with NORTHERN was solely for a fixed payment for the work

1   Case No. 1:07-CV-01080 LJO-GSA

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

DECLARATION OF JOE WU IN SUPPORT OF DeWALT AND DEFENDANTS' JOINT MOTION IN LIMINE No. 1 – TO PRECLUDE USE OF THE TERMS "PARTNERSHIP" AND "JOINT VENTURE"

performed and did not extend beyond that work.

6. DeWALT at no time had any financial interest in any of the profits to potentially be earned by NORTHERN or LOTUS as related to the Valley Rose Estates subdivision project.

7. DeWALT never stood to lose anything should NORTHERN and LOTUS' Valley Rose Estates project fail to turn a profit.

8. At no time did DeWALT ever have any managerial or supervisorial authority over the Valley Rose Estates project.

9. After DeWALT completed the job and processed the tract map its relationship with NORTHERN/LOTUS as to the Valley Rose Estates project was over.

10. The CITY retained no ownership in the Valley Rose Estates property after it sold the property to LOTUS.

11. DeWALT was not a party in any way with the CITY's sale of the Valley Rose Estates property to LOTUS.

12. At no time did the CITY have any managerial or supervisorial authority over the Valley Rose Estates project along with NORTHERN/LOTUS, except any general and standard authority provided to any municipality from a governmental stand point.

13. The CITY did not have any right to the profits or losses sustained by NORTHERN or LOTUS from the Valley Rose Estates project.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed in _____Turlock_____, California.

Dated this 28th day of January, 2010.

JOE WU

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

Case No. 1:07-CV-01080 LJO-GSA


# PROOF OF SERVICE

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On January 29, 2010, I served the foregoing document entitled **DECLARATION OF JOE WU IN SUPPORT OF DeWALT and DEFENDANTS' JOINT MOTION *IN LIMINE* No. 1 – TO PRECLUDE USE OF THE TERMS "PARTNERSHIP" AND "JOINT VENTURE"** on interested parties in this action:

| | |
|---|---|
| James J. Braze, Esq.<br>Jeffrey A. Travis, Esq.<br>Borton Petrini & Conron<br>5060 California Avenue, Suite 700<br>Bakersfield, CA 93303-2026<br>Email address: jbraze@bortonpetrini.com<br>Email address: jtravis@bortonpetrini.com | Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>Email address: stevehassing@yahoo.com |

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address: cokadigbo@gerlegal.com

___ BY MAIL. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX  BY ELECTRONIC SERVICE. Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on January 29, 2010, at Bakersfield, California.

 X  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/     Diane Ruff
DIANE RUFF