1  BONIFACIO B. GARCIA (SBN 100761)
   CHAKA C. OKADIGBO (SBN 224547)
2  GCR, LLP
   500 S. Grand Avenue, Suite 1100
3  Los Angeles, CA 90071
   (213) 347-0210; Fax (213) 347-0216
4
   Attorneys for Defendant CITY OF WASCO
5

6

7
                    UNITED STATES DISTRICT COURT
8
          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
9

10
   ROGER McINTOSH,                    Case No: 1:07-CV-01080-LJO-WMV
11
              Plaintiffs,             DECLARATION OF JAMES ZERVIS IN
12                                    SUPPORT OF DEFENDANTS' MOTIONS
       vs.                            IN LIMINE
13
   NORTHERN CALIFORNIA
14 UNIVERSAL ENTERPRISES, INC. et al. Date:
                                      Time:
15            Defendants.             Dept.:
                                      Judge:
16

17
I, James Zervis, declare as follows:

18
   1.   I have firsthand personal knowledge of the facts set forth below, except as to
19
those matters attested to on information and belief, and, if called as a witness, could and would
20
competently testify thereto under oath.
21
   2.   I am currently the City Manager for the City of Wasco ("City"). I have served in
22
this capacity since July 7, 2009. As City Manager, I am responsible for the day to day operations
23
of the City and report to the City Council.
24
   3.   Prior to becoming City Manager, I served as an Assistant City Manager from
25
January 21, 2009 through July 6, 2009. Before that, I was the City's Director of Finance from
26
December 10, 2006 through January 20, 2009. In my capacity as Director of Finance, I oversaw
27
the Finance Department, which provides support to the City Manager and City Departments in
28

4818-9621-8684                           -1-
          DECLARATION OF JAMES ZERVIS IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE

1  matters relating to revenue generation, budgetary accounting and reporting, investments, business licenses and purchasing. In addition, the Finance Department is responsible for all utility billing for the City of Wasco. In the case of the Valley Rose Estates Subdivision ("Subdivision"), I am knowledgeable about the City's collection of impact fees and other forms of revenue from the Subdivision.

4.  I am aware the City has never shared impact fees and/or any other type of revenue collected from the Valley Rose Estates Subdivision with any other persons or entities, inclusive of the Defendants named in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of January, 2010, at Wasco, California.

*/s/ James Zervis*
James Zervis

4818-9621-8884                                    -2-
DECLARATION OF JAMES ZERVIS IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE