1  **William L. Alexander** (State Bar Number 126607)
2  **Tenielle E. Cooper** (State Bar Number 226717)
   Alexander & Associates, PLC
3  1925 G Street
   Bakersfield, CA  93301
4  Phone:  (661) 316-7888
   Fax:  (661) 316-7890
5
6  **Attorneys for Defendant, Dennis W. DeWalt, Inc.**

7

8

9                    **UNITED STATES DISTRICT COURT**

10        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

11

12  ROGER McINTOSH,                    )  Case No.  1:07-CV-01080 LJO-GSA
                                       )
13                    Plaintiff,       )  **DECLARATION OF TENIELLE E.**
                                       )  **COOPER IN SUPPORT OF DeWALT and**
14  vs.                                )  **DEFENDANTS' JOINT MOTIONS** *IN*
                                       )  *LIMINE* **Nos. 2 and 3**
15  NORTHERN CALIFORNIA UNIVERSAL      )
16  ENTERPRISES COMPANY, a California  )  Date:        February 12, 2010
    Corporation, et al,                )  Time:        1:30 p.m.
17                                     )  Courtroom: 4
                                       )  Judge:       Hon. Lawrence J. O'Neill
18                    Defendants.      )
19  ─────────────────────────────────  )

20        I, TENIELLE E. COOPER, declare:

21        1.      I am an attorney at law duly admitted to practice in the United States District Court,

22  Eastern District of California, and am the attorney of record on behalf of defendant DENNIS W.

23  DeWALT, INC. ("DeWALT") in the above-entitled matter.

24        2.      I am personally familiar with all of the pleadings and papers in this case, and I have

25  personal knowledge of the facts stated herein.  If called as a witness, I could and would competently

26  testify to the matters stated in this Declaration.

27        3.      Attached hereto as Exhibit "A" is a true and correct copy of portions of the deposition

28  testimony of plaintiff Roger McIntosh, pages 105, 106, and 108 taken on December 19, 2008, along

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

DECLARATION OF TENIELLE E. COOPER IN SUPPORT OF DeWALT and
DEFENDANTS' JOINT MOTION IN LIMINE Nos. 2 and 3

with cover page and certification page.

4.     Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff's Requests for Admissions, Set One, propounded to DeWALT.

5.     Attached hereto as Exhibit "C" is a true and correct copy of DeWALT's responses to Plaintiff's Request for Admissions, Set One.

6.     Attached hereto as Exhibit "D" is a true and correct copy of the Declaration of Jeffrey Gutierrez, filed in this court on October 21, 2009 in support of defendant NORTHERN CALIFORNIA UNIVERSAL COMPANY's Opposition to Plaintiff's Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 29, 2010 at Bakersfield, California.

By:/s/__ Tenielle E. Cooper_____
        TENIELLE E. COOPER,
        Attorney for Defendant Dennis W. DeWalt, Inc.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

DECLARATION OF TENIELLE E. COOPER IN SUPPORT OF DeWALT and
DEFENDANTS' JOINT MOTION IN LIMINE Nos. 2 and 3

**PROOF OF SERVICE**

I am employed in the County of Kern, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On January 29, 2010, I served the foregoing document entitled **DECLARATION OF TENIELLE E. COOPER IN SUPPORT OF DeWALT and DEFENDANTS' JOINT MOTIONS *IN LIMINE* Nos. 2 and 3** on interested parties in this action:

James J. Braze, Esq.                          Steven John Hassing, Esq.
Jeffrey A. Travis, Esq.                        Law Offices of Steven J. Hassing
Borton Petrini & Conron                   425 Calabria Court
5060 California Avenue, Suite 700    Roseville, CA 95747
Bakersfield, CA 93303-2026            Email address:  stevehassing@yahoo.com
Email address: jbraze@bortonpetrini.com
Email address: jtravis@bortonpetrini.com

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address:  cokadigbo@gerlegal.com

____   BY MAIL.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business.  The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX    BY ELECTRONIC SERVICE.  Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on January 29, 2010, at Bakersfield, California.

 X   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/        Diane Ruff
DIANE RUFF

3                    Case No. 1:07-CV-01080 LJO-GSA

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888