# EXHIBIT "A"

1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF CALIFORNIA
3
4     ROGER McINTOSH,                )
                                     )
5                    Plaintiff,      )
                                     )
6          vs.                       ) Case No.
                                     ) 107CV-01080-LJO-WMW
7     NORTHERN CALIFORNIA UNIVERSAL  )
      ENTERPRISES COMPANY, ET AL.,   )
8                                    )
                     Defendants.     )
9     _____)
10
11
12
                          DEPOSITION OF
13
                          ROGER McINTOSH
14
15
16
                   Thursday, December 18, 2008
17                         9:11 a.m.
18
19
                      5001 East Commercenter
20                          Suite 170
                      Bakersfield, California
21
22
23
24
                  Brian S. Cardoza, CSR No. 8362
25

```
 1    Other than map 5472, do you know of any other instance
 2    when the City of Wasco gave a copy of any tentative map
 3    drawn by you or Martin-McIntosh to anybody?
 4              A.  No.
 5              Q.  Okay.  Do you know of any instance when the
 6    City of Wasco gave out to anybody a copy of any plan or
 7    any map produced by you or Martin-McIntosh?
 8              A.  Yes.
 9              Q.  Tell me how many times, to your knowledge,
10    that's occurred?
11              A.  Well, it occurred when I requested all the
12    maps and plans from the City of Wasco.
13              Q.  And they gave them to you?
14              A.  Yes.
15              Q.  All right.  I believe I'm asking about their
16    delivery of any plans or maps to anybody other than you or
17    an employee of Martin-McIntosh?
18              A.  I can only assume that the contractor that
19    called had a copy of the plans.
20              Q.  Okay.  Any other instance?
21              A.  I don't know directly, but I was told by the
22    Public Works Department, when I inquired about the
23    improvement plans for 6451, that the City had used the
24    plans for tract 5472.  And whether or not they gave them
25    out to other parties, I would assume that they would have
```

1    to give them to the city engineer, to Mr. Wu, to anyone

2    that was working on the project to finish up the project.

3              They probably would have given them to

4    Quad-Knopf, who they hired to inspect the subdivision, who

5    was also the assessment engineer.

6              They would have had to give them to DeWalt to

7    prepare his -- his estimates, his engineer's estimates

8    that was used by Mr. Wu in the improvement agreement, and

9    for him to post a bond to get his final map recorded.

10             But other than those instances, I -- I'm not

11   aware of any other where they may have given it out to --

12   to someone else.

13             MR. HASSING:  Can you read that answer back to

14   me?

15             (Record read as follows:

16             "Answer:  I don't know directly, but I was

17   told by the Public Works Department, when I inquired about

18   the improvement plans for 6451, that the City had used the

19   plans for tract 5472.  And whether or not they gave them

20   out to other parties, I would assume that they would have

21   to give them to the city engineer, to Mr. Wu, to anyone

22   that was working on the project to finish up the project.

23             They probably would have given them to

24   Quad-Knopf, who they hired to inspect the subdivision, who

25   was also the assessment engineer.

1    the plans attendant thereto, are you aware of any other

2    instance where the City of Wasco handed out or let

3    somebody else have copies of any plan or map prepared by

4    Martin-McIntosh or yourself, and I'm excluding their

5    delivery to you or any of the employees of

6    Martin-McIntosh?

7            A.   No.

8            Q.   All right.   Now, getting back to your last

9    answer, you were told by somebody in the Public Works

10   Department at the City that Mr. Wu was using your plans,

11   right?

12           A.   That's correct.

13           Q.   Who told you that?

14           A.   I don't recall his name, but he works in the

15   Public Works Department.   It's -- it's in the building

16   across the street from City Hall.   And he's the head of

17   the corporation yard.

18           Q.   Do you know what his position is at the

19   Public Works Department?

20           A.   He's the head at the corporation yard.

21           Q.   All right.   I'm sorry.   As head of the

22   corporation yard, do you know what he does, what his

23   duties are, do you have any idea?

24           A.   He maintains all the city improvements, the

25   city streets, the city buildings, and he keeps the records

1    STATE OF CALIFORNIA, )

2                        ) ss.

3    COUNTY OF KINGS.     )

4

5            I, the undersigned, a Certified Shorthand

6    Reporter of the State of California, do hereby certify:

7            That the foregoing proceedings were taken before

8    me at the time and place herein set forth; that any

9    witnesses in the foregoing proceedings, prior to

10   testifying, were placed under oath; that a verbatim record

11   of the proceedings was made by me using machine shorthand

12   which was thereafter transcribed under my direction;

13   further, that the foregoing is an accurate transcription

14   thereof.

15           I further certify that I am neither financially

16   interested in the action nor a relative or employee of any

17   attorney of any of the parties.

18           IN WITNESS WHEREOF, I have this date subscribed

19   my name.

20

21   Dated: _____

22

23

24          _____

                   BRIAN S. CARDOZA  C.S.R. #8362

25

# EXHIBIT "B"

*Response due 2-17-09*

nr

1   James J. Braze, Esq.; SBN 75911
    Jeffrey A. Travis, Esq.; SBN 235507
2   BORTON PETRINI, LLP
    5060 California Avenue, Suite 700 (93309)
3   Post Office Box 2026
    Bakersfield, CA 93303
4   Telephone (661) 322-3051
    email: jbraze@bortonpetrini.com
5   email: jtravis@bortonpetrini.com

6   Attorneys for Plaintiff, Roger McIntosh dba
    McIntosh & Associates
7

8                    UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                      Case No.  1:07-CV- 01080 LJO-GSA

12              Plaintiff,               REQUEST FOR ADMISSIONS
                                         (SET NO. ONE) TO DENNIS W.
13  v.                                   DeWALT, INC.

14  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, a California
15  corporation; LOTUS DEVELOPMENTS,
    LLP; THE CITY OF WASCO, a municipal
16  corporation; DEWALT CM, INC., a California
    corporation also doing business as DEWALT
17  CORPORATION; and DOES 1 through 10,
    inclusive
18
19              Defendants.

20

21  PROPOUNDING PARTY:          PLAINTIFF,   ROGER   McINTOSH DBA
                                MCINTOSH & ASSOCIATES
22
    RESPONDING PARTY:           DEFENDANT, DENNIS W. DeWALT, INC.
23
    SET NO.:                    ONE
24

25  **REQUEST FOR ADMISSION NO. 1**:

26          Admit that you requested a copy of Tentative Map No. 5472 from the City of Wasco.

27  (You refers to Dennis W. De Walt, Inc. or any of its agents or subsidiaries that engaged in the

28  preparation of Tentative Map No. 6451 and City of Wasco refers to those who you worked with at

1  the City of Wasco or communicated while working on the preparation of Tentative Map No. 6451.)

2  **REQUEST FOR ADMISSION NO. 2**:

3          Admit that you received emails from Dennis McNamara from the City of Wasco with

4  copies of Roger McIntosh's improvement plans attached to those emails.

5  **REQUEST FOR ADMISSION NO. 3**:

6          Admit that you knew Martin-McIntosh prepared the improvement plans for Tract

7  No. 5472.

8  **REQUEST FOR ADMISSION NO. 4**:

9          Admit that you reviewed Tentative Map No. 5472 before you prepared Tentative Map

10  No. 6451.  (Reviewed means that you looked at and used Tentative Map No. 5472 to assist you in

11  the preparation of Tentative Map No. 6451.)

12  **REQUEST FOR ADMISSION NO. 5**:

13          Admit that you reviewed the improvement plans for Tract No. 5472 before you

14  prepared Tentative Map No. 6451.  (Reviewed means that you looked at and used the improvement

15  plans for Tract No. 5472 to assist you in the preparation of Tentative Map No. 6451.)

16  **REQUEST FOR ADMISSION NO. 6**:

17          Admit that you saw Tentative Map No. 5472 before you prepared Tentative Map

18  No. 6451.

19  **REQUEST FOR ADMISSION NO. 7**:

20          Admit that you saw the improvement plans for Tract No. 5472 before you prepared

21  Tentative Map No. 6451.

22  **REQUEST FOR ADMISSION NO. 8**:

23          Admit that the "Associative Improvement Plans" referred to in the Notes section of

24  Tentative Map No. 6451 refers to the improvement plans originally created by Martin-McIntosh for

25  Tract No. 5472.

26  **REQUEST FOR ADMISSION NO. 9**:

27          Admit that you prepared Vesting Tentative Tract Map No. 6451

28  .

1  **REQUEST FOR ADMISSION NO. 10**:

2        Admit that the 6451 Tentative and Final Maps included the same lot numbering as

3  Tentative Map No. 5472.

4  **REQUEST FOR ADMISSION NO. 11**:

5        Admit that except for the street formerly known as Olympic on Tentative Map

6  No. 5472, the Tentative and Final Maps include the same street names as Tentative Map No. 5472.

7  **REQUEST FOR ADMISSION NO. 12**:

8        Admit that the 6451 Tentative and Final Maps include the same parcel boundaries

9  as Tentative Map No. 5472.

10  **REQUEST FOR ADMISSION NO. 13**:

11        Admit that the 6451 Tentative and Final Maps include the same lot boundaries as

12  Tentative Map No. 5472.

13  **REQUEST FOR ADMISSION NO. 14**:

14        Admit that the 6451 Tentative and Final Maps include the subdivision design as

15  Tentative Map No. 5472.

16  **REQUEST FOR ADMISSION NO. 15**:

17        Admit that the 6451 Tentative and Final Maps are substantially similar to Tentative

18  Map No. 5472.

19  **REQUEST FOR ADMISSION NO. 16**:

20        Admit that you received improvement plans prepared by Martin-McIntosh for Tract

21  No. 5472 from the City of Wasco.

22  **REQUEST FOR ADMISSION NO. 17**:

23        Admit that you received improvement plans prepared by Martin-McIntosh for Tract

24  No. 5472 from Northern California Universal Enterprises Company ("NCUE").

25  **REQUEST FOR ADMISSION NO. 18**:

26        Admit that you prepared Tentative Map No. 6451 based on direction from NCUE.

27  **REQUEST FOR ADMISSION NO. 19**:

28        Admit that you prepared Tentative Map No. 6451 based on direction from the City

1  of Wasco.

2  **REQUEST FOR ADMISSION NO. 20**:

3         Admit that you were paid $26,000 to prepare Tentative Map No. 6451 according to

4  the contract between you and NCUE.

5  **REQUEST FOR ADMISSION NO. 21**:

6         Admit that you did not prepare any improvement plans for Tract No. 6451.

7  **REQUEST FOR ADMISSION NO. 22**:

8         Admit that a bond did not need to be posted for Tract No. 6451 because the

9  improvements were already in place.

10  **REQUEST FOR ADMISSION NO. 23**:

11         Admit that Martin-McIntosh prepared the improvement plans for Tract No. 5472.

12  **REQUEST FOR ADMISSION NO. 24**:

13         Admit that Martin-McIntosh prepared Tentative Map No. 5472 for Tract No. 5472

14  in the Valley Rose Estates.

15  **REQUEST FOR ADMISSION NO. 25**:

16         Admit that in order to get the City of Wasco to accept Final Map No. 6451, Final Map

17  No. 6451 needed to conform to the improvement plans created by Martin-McIntosh for Tract

18  No. 5472. (Conform to the improvement plans means that the Tentative Map had to incorporate the

19  placement of streets of division layout street names, lot numbering and basis of bearing as shown

20  on the improvement plans.)

21  **REQUEST FOR ADMISSION NO. 26**:

22         Admit that improvement plans for Tract No. 6451 were submitted to the City of

23  Wasco prior to approval of Final Map No. 6451.

24  **REQUEST FOR ADMISSION NO. 27**:

25         Admit that Dennis W. DeWalt, Inc. was the corporation doing business as DeWalt

26  Corporation on the September 7, 2004 Contract between NCUE and DeWalt Corporation.

27  **REQUEST FOR ADMISSION NO. 28**:

28         Admit that DeWalt CM, Inc. assumed some of the obligations of the September 2004

1   contract between NCUE and DeWalt Corporation for the preparation of Tentative Map No. 6451.

2   **REQUEST FOR ADMISSION NO. 29**:

3         Admit that DeWalt CM, Inc. assumed some of the benefits of the September 2004

4   contract between NCUE and DeWalt Corporation for the preparation of Tentative Map No. 6451.

5   **REQUEST FOR ADMISSION NO. 30**:

6         Admit that the "plans referred to in Part II, second paragraph of the 2007 Subdivision

7   Agreement attached hereto as Exhibit "2," refers to the improvement plans originally prepared by

8   Martin-McIntosh for the Valley Rose Estates subdivision.

9   **REQUEST FOR ADMISSION NO. 31**:

10         Admit that without the prior approval of Tentative Map No. 5472 by the City of

11   Wasco you could not have processed Tentative Map. No. 6451.

12   **REQUEST FOR ADMISSION NO. 32**:

13         Admit that without the prior approval of the Martin-McIntosh improvement plans by

14   the City of Wasco for Tract No. 5472 you could not have processed Tentative Map No. 6451.

15   **REQUEST FOR ADMISSION NO. 33**:

16         Admit that you never contacted Roger McIntosh or McIntosh & Associates to prepare

17   Tentative Map No. 6451.

18   **REQUEST FOR ADMISSION NO. 34**:

19         Admit that you never paid Roger McIntosh or McIntosh & Associates for the rights

20   to prepare Tentative Map No. 6451

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1  **REQUEST FOR ADMISSION NO. 35**:

2          Admit that you could have redesigned the Valley Rose subdivision to include a

3  different subdivision layout of streets and lots if there were no previous conditions for the Valley

4  Rose subdivision preventing such a redesign.

5

6  DATED:   June  11 , 2009

7                               BORTON PETRINI, LLP

8

9

10                           By:_____
                             Jeffrey A. Travis, Attorney for Plaintiff,

11                               Roger McIntosh dba McIntosh & Associates

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Joanne Balduc, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **June 12, 2009**, I served the foregoing document described as **REQUEST FOR ADMISSIONS (SET NO. ONE) TO DENNIS W. DEWALT, INC.** on the other party(ies) in this action as follows:

Steven John Hassing, Esq.
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747

email address: **stevehassing@yahoo.com**

Attorneys for Attorneys for Defendants, Northern California Universal Enterprises Company and Lotus Developments
Tel:   916/677-1776
**Fax:   916/677-1770**

Chaka Okadigbo
**Garcia Calderon Ruiz, LLP**
500 South Grand Ave Suite 1100
Los Angeles, CA 90071
email address: **cokadigbo@gcrlegal.com**

Attorneys for Defendant, City of Wasco

Tel: 213/347-0210
**Fax: 213-347-0216**

William L. Alexander, Esq.
Alexander & Associates
1925 "G" Street
Bakersfield, CA 93301
email address: **walexander@alexander-law.com**

Attorneys for Defendant, DeWalt CM, Inc.

Tel: 661/316-7888
**Fax: 661/316-7890**

X   **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

X   **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **June 12, 2009**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____**Joanne Balduc**_____

REQUEST FOR ADMISSIONS (SET NO. ONE)

H:\PUBLIC\054493\060971 McIntosh v. Northern\RQA #1 TO DEWALT 5-19-09.wpd

# EXHIBIT "C"

1  **William L. Alexander** (State Bar Number 126607)
2  Alexander & Associates
   1925 G Street
3  Bakersfield, CA  93301
   Phone:  (661) 316-7888
4  Fax:  (661) 316-7890

5  **Attorneys for defendant Dennis W. De Walt, Inc.**

6

7

8                    **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10  ROGER McINTOSH,                    )  Case No.  107CV 01080 LJO-GSA
                                       )
11                      Plaintiff,     )  **RESPONSES TO REQUEST FOR**
                                       )  **ADMISSIONS, SET ONE**
12  vs.                                )
                                       )
13                                     )
    NORTHERN CALIFORNIA UNIVERSAL      )
14  ENTERPRISES COMPANY, et al.        )
                                       )
15                      Defendants.    )
                                       )
16                                     )
                                       )
17                                     )
                                       )
    _____ )

18      **PROPOUNDING PARTY:**        **Plaintiff Roger McIntosh**

19      **RESPONDING PARTY:**         **Defendant Dennis W. De Walt, Inc.**

20      **SET NO.:**                  **One**

21      Defendant Dennis W. De Walt, Inc. ("Responding Party") responds to Requests for

22  Admissions, Set One, propounded by plaintiff Roger McIntosh.  This response is based only upon

23  such information presently available to and specifically known to Responding Party as a result of a

24  diligent and reasonable inquiry.  This response is given without prejudice to Responding Party's

25  right to present evidence at the time of trial of any subsequently discovered information.  Responding

26  Party expressly reserves the right to change this response as additional information becomes

27  available.  This response is made in a good faith effort to state all information presently available and

28  specifically known to Responding Party, but should in no way be to the prejudice of Responding

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1  Party in relation to further discovery, independent investigation, and analyses.

2  RESPONSES TO REQUESTS FOR ADMISSIONS

3  REQUEST FOR ADMISSION NO. 1:

4  Admit that you requested a copy of Tentative Map No. 5472 from the City of Wasco.  (You

5  refers to Dennis W. De Walt, Inc. or any of its agents or subsidiaries that engaged in the preparation

6  of Tentative Map No. 6451 and City of Wasco refers to those who you worked with at the City of

7  Wasco or communicated while working on the preparation of Tentative Map No. 6451.)

8  RESPONSE:

9  Responding party objects to this Request on the ground that the deadline for completion of

10  such discovery was July 6, 2009.

11  REQUEST FOR ADMISSION NO. 2:

12  Admit that you received emails from Dennis McNamara from the City of Wasco with copies

13  of Roger McIntosh's improvement plans attached to those emails.

14  RESPONSE:

15  Responding party objects to this Request on the ground that the deadline for completion of

16  such discovery was July 6, 2009.

17  REQUEST FOR ADMISSION NO. 3:

18  Admit that you knew Martin-McIntosh prepared the improvement plans for Tract No. 5472.

19  RESPONSE:

20  Responding party objects to this Request on the ground that the deadline for completion of

21  such discovery was July 6, 2009.

22  REQUEST FOR ADMISSION NO. 4:

23  Admit that you reviewed Tentative Map No. 5472 before you prepared Tentative Map No.

24  6451.  (Reviewed means that you looked at and used Tentative Map No. 5472 to assist you in the

25  preparation of Tentative Map No. 6451.)

26  RESPONSE:

27  Responding party objects to this Request on the ground that the deadline for completion of

28  such discovery was July 6, 2009.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1     REQUEST FOR ADMISSION NO. 5:

2        Admit that you reviewed the improvement plans for Tract No. 5472 before you prepared

3 Tentative Map No. 6451. (Reviewed means that you looked at and used the improvement plans for

4 Tract No. 5472 to assist you in the preparation of Tentative Map No. 6451.)

5     RESPONSE:

6        Responding party objects to this Request on the ground that the deadline for completion of

7 such discovery was July 6, 2009.

8     REQUEST FOR ADMISSION NO. 6:

9        Admit that you saw Tentative Map No. 5472 before you prepared Tentative Map No. 6451.

10     RESPONSE:

11        Responding party objects to this Request on the ground that the deadline for completion of

12 such discovery was July 6, 2009.

13     REQUEST FOR ADMISSION NO. 7:

14        Admit that you saw the improvement plans for Tract No. 5472 before you prepared Tentative

15 Map No. 6451.

16     RESPONSE:

17        Responding party objects to this Request on the ground that the deadline for completion of

18 such discovery was July 6, 2009.

19     REQUEST FOR ADMISSION NO. 8:

20        Admit that the "Associative Improvement Plans" referred to in the Notes section of Tentative

21 Map No. 6451 refers to the improvement plans originally created by Martin-McIntosh for Tract No.

22 5472.

23     RESPONSE:

24        Responding party objects to this Request on the ground that the deadline for completion of

25 such discovery was July 6, 2009.

26     REQUEST FOR ADMISSION NO. 9:

27        Admit that you prepared Vesting Tentative Map No. 6451.

28     RESPONSE:

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1    Responding party objects to this Request on the ground that the deadline for completion of

2  such discovery was July 6, 2009.

3    REQUEST FOR ADMISSION NO. 10:

4    Admit that the 6451 Tentative and Final Maps included the same lot numbering as Tentative

5  Map No. 5472.

6    RESPONSE:

7    Responding party objects to this Request on the ground that the deadline for completion of

8  such discovery was July 6, 2009.

9    REQUEST FOR ADMISSION NO. 11:

10    Admit that except for the street formerly known as Olympic on Tentative Map No. 5472, the

11  Tentative and Final Maps include the same street names as Tentative Map No. 5472.

12    RESPONSE:

13    Responding party objects to this Request on the ground that the deadline for completion of

14  such discovery was July 6, 2009.

15    REQUEST FOR ADMISSION NO. 12:

16    Admit that the 6451 Tentative and Final Maps include the same parcel boundaries as

17  Tentative Map No. 5472.

18    RESPONSE:

19    Responding party objects to this Request on the ground that the deadline for completion of

20  such discovery was July 6, 2009.

21    REQUEST FOR ADMISSION NO. 13:

22    Admit that the 6451 Tentative and Final Maps include the same lot boundaries as Tentative

23  Map No. 5472.

24    RESPONSE:

25    Responding party objects to this Request on the ground that the deadline for completion of

26  such discovery was July 6, 2009.

27    REQUEST FOR ADMISSION NO. 14:

28    Admit that the 6451 Tentative and Final Maps include the subdivision design as Tentative

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1 | Map No. 5472.

2 |       RESPONSE:

3 |       Responding party objects to this Request on the ground that the deadline for completion of

4 | such discovery was July 6, 2009.

5 |       REQUEST FOR ADMISSION NO. 15:

6 |       Admit that the 6451 Tentative and Final Maps are substantially similar to Tentative Map No.

7 | 5472.

8 |       RESPONSE:

9 |       Responding party objects to this Request on the ground that the deadline for completion of

10 | such discovery was July 6, 2009.

11 |       REQUEST FOR ADMISSION NO. 16:

12 |       Admit that you received improvement plans prepared by Martin-McIntosh for Tract No. 5472

13 | from the City of Wasco.

14 |       RESPONSE:

15 |       Responding party objects to this Request on the ground that the deadline for completion of

16 | such discovery was July 6, 2009.

17 |       REQUEST FOR ADMISSION NO. 17:

18 |       Admit that you received improvement plans prepared by Martin-McIntosh for Tract No. 5472

19 | from Northern California Universal Enterprises Company ("NCUE").

20 |       RESPONSE:

21 |       Responding party objects to this Request on the ground that the deadline for completion of

22 | such discovery was July 6, 2009.

23 |       REQUEST FOR ADMISSION NO. 18:

24 |       Admit that you prepared Tentative Map No. 6451 based on direction from NCUE.

25 |       RESPONSE:

26 |       Responding party objects to this Request on the ground that the deadline for completion of

27 | such discovery was July 6, 2009.

28 |       REQUEST FOR ADMISSION NO. 19:

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1   Admit that you prepared Tentative Map No. 6451 based on direction from the City of Wasco.

2   RESPONSE:

3   Responding party objects to this Request on the ground that the deadline for completion of

4   such discovery was July 6, 2009.

5   REQUEST FOR ADMISSION NO. 20:

6   Admit that you were paid $26,000 to prepare Tentative Map No. 6451 according to the

7   contract between you and NCUE.

8   RESPONSE:

9   Responding party objects to this Request on the ground that the deadline for completion of

10   such discovery was July 6, 2009.

11   REQUEST FOR ADMISSION NO. 21:

12   Admit that you did not prepare any improvement plans for Tract No. 6451.

13   RESPONSE:

14   Responding party objects to this Request on the ground that the deadline for completion of

15   such discovery was July 6, 2009.

16   REQUEST FOR ADMISSION NO. 22:

17   Admit that a bond did not need to be posed for Tract No. 6451 because the improvements

18   were already in place.

19   RESPONSE:

20   Responding party objects to this Request on the ground that the deadline for completion of

21   such discovery was July 6, 2009.

22   REQUEST FOR ADMISSION NO. 23:

23   Admit that martin-McIntosh prepared the improvement plans for Tract No. 5472.

24   RESPONSE:

25   Responding party objects to this Request on the ground that the deadline for completion of

26   such discovery was July 6, 2009.

27   REQUEST FOR ADMISSION NO. 24:

28   Admit that Martin-McIntosh prepared Tentative Map No. 5472 for Tract No. 5472 in the

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1 | Valley Rose Estates.

2 |     RESPONSE:

3 |     Responding party objects to this Request on the ground that the deadline for completion of

4 | such discovery was July 6, 2009.

5 |     REQUEST FOR ADMISSION NO. 25:

6 |     Admit that in order to get the City of Wasco to accept Final Map No. 6451, Final Map No.

7 | 6451 needed to conform to the improvement plans created by martin-McIntosh for Tract No. 5472.

8 | (Conform to the improvement plans means that the Tentative Map had to incorporate the placement

9 | of streets of division layout street names, lot numbering and basis of bearing as shown on the

10 | improvement plans.)

11 |     RESPONSE:

12 |     Responding party objects to this Request on the ground that the deadline for completion of

13 | such discovery was July 6, 2009.

14 |     REQUEST FOR ADMISSION NO. 26:

15 |     Admit that improvement plans for Tract No. 6451 were submitted to the City of Wasco prior

16 | to approval of Final Map No. 6451.

17 |     RESPONSE:

18 |     Responding party objects to this Request on the ground that the deadline for completion of

19 | such discovery was July 6, 2009.

20 |     REQUEST FOR ADMISSION NO. 27:

21 |     Admit that Dennis W. DeWalt, Inc. was the corporation doing business as DeWalt

22 | corporation on the September 7, 2004 contract between NCUE and DeWalt Corporation.

23 |     RESPONSE:

24 |     Responding party objects to this Request on the ground that the deadline for completion of

25 | such discovery was July 6, 2009.

26 |     REQUEST FOR ADMISSION NO. 28:

27 |     Admit that DeWalt CM, Inc. assumed some of the obligations of the September 2004contract

28 | between NCUE and DeWalt Corporation for the preparation of Tentative Map No. 6451.

7

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

RESPONSES TO REQUEST FOR ADMISSIONS, SET ONE
Case No.: 1:07-cv-01080-LJO-GSA

1    RESPONSE:

2      Responding party objects to this Request on the ground that the deadline for completion of

3 such discovery was July 6, 2009.

4    REQUEST FOR ADMISSION NO. 29:

5      Admit that DeWalt CM, Inc. assumed some of the benefits of the September 2004 contract

6 between NCUE and DeWalt Corporation for the preparation of Tentative Map No. 6451.

7    RESPONSE:

8      Responding party objects to this Request on the ground that the deadline for completion of

9 such discovery was July 6, 2009.

10    REQUEST FOR ADMISSION NO. 30:

11      Admit that the "plans referred to in Part II, second paragraph of the 2007 Subdivision

12 Agreement attached hereto as Exhibit "2," refers to the improvement plans originally prepared by

13 Martin-McIntosh for the Valley Rose Estates subdivision.

14    RESPONSE:

15      Responding party objects to this Request on the ground that the deadline for completion of

16 such discovery was July 6, 2009.

17    REQUEST FOR ADMISSION NO. 31:

18      Admit that without the prior approval of the Tentative map No. 5472 by the City of Wasco

19 you could not have processed Tentative Map No. 6451.

20    RESPONSE:

21      Responding party objects to this Request on the ground that the deadline for completion of

22 such discovery was July 6, 2009.

23    REQUEST FOR ADMISSION NO. 32:

24      Admit that without the prior approval of the Martin-McIntosh improvement plans by the City

25 of Wasco for Tract No. 5472 you could not have processed Tentative Map No. 6451.

26    RESPONSE:

27      Responding party objects to this Request on the ground that the deadline for completion of

28 such discovery was July 6, 2009.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

8

RESPONSES TO REQUEST FOR ADMISSIONS, SET ONE
Case No.: 1:07-cv-01080-LJO-GSA

1      REQUEST FOR ADMISSION NO. 33:

2      Admit that you never contacted Roger McIntosh or McIntosh & Associates to prepare

3 Tentative Map No. 6451.

4      RESPONSE:

5      Responding party objects to this Request on the ground that the deadline for completion of

6 such discovery was July 6, 2009.

7      REQUEST FOR ADMISSION NO. 34:

8      Admit that you never paid Roger McIntosh or McIntosh & Associates for the rights to

9 prepare Tentative Map No. 6451.

10      RESPONSE:

11      Responding party objects to this Request on the ground that the deadline for completion of

12 such discovery was July 6, 2009.

13      As to any objections, only.

14 Dated:  July 17, 2009             ALEXANDER & ASSOCIATES

15

16

17                   By:_____

18                       WILLIAM L. ALEXANDER
                      Attorneys for defendant

19                       Dennis W. De Walt, Inc.

20

21

22

23

24

25

26

27

28

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

9

**PROOF OF SERVICE**

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On July 17, 2009, I served the foregoing document entitled **RESPONSE TO REQUEST FOR ADMISSIONS, SET NO. ONE** on interested parties in this action

___ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

_X_ by placing ___ the original, _x_ a true copy thereof, enclosed in sealed envelopes addressed as follows:

James J. Braze, Esq.
Jeffrey A. Travis, Esq.
Borton Petrini & Conron
5060 California Avenue, Suite 700
Bakersfield, CA 93303-2026

Steven John Hassing, Esq.
Law Offices of Steven J. Hassing
Five Sierragate Plaza, Suite 330
Roseville, CA 95678

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071

_X_ BY MAIL

___ I deposited such envelope in the mail at Bakersfield, California, with postage thereon fully prepaid.

_x_ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

___ BY FACSIMILE

I caused the foregoing document to be served by facsimile transmission to the facsimile machine telephone number last given by the person so served.

___ BY PERSONAL SERVICE

I caused such envelope to be hand delivered to the office(s) of the addressee(s).

Executed on July 17, 2009, at Bakersfield, California.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Diane Ruff_
DIANE RUFF

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

# EXHIBIT "D"

Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California*
*Universal Enterprise Company and Lotus*
*Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROGER MCINTOSH,<br><br>                    Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL<br>ENTERPRISES COMPANY, ET AL.,<br><br>                    Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF JEFF**<br>**GUTIERREZ IN SUPPORT OF**<br>**NORTHERN'S OPPOSITION TO**<br>**MCINTOSH'S SUMMARY**<br>**JUDGMENT MOTION**<br><br>**JUDGE: Lawrence J. O'Neill** |

I, Jeff, Gutierrez, declare;

1.    I have personal knowledge of each fact stated herein.

2.    I am president of Dennis W. DeWalt, Inc and was the person who provided the supplemental responses to special interrogatories, set one and supplemental responses to request for admissions, set one, attached to the declaration of Jeff Travis as Exhibits "V" and "W".

1

3.     In responding to the interrogatories and requests for admissions I indicated that Map 5472 was one of many documents used by DeWalt in preparing Map 6451.  The only reason for those responses was that we compared Map 5472 to Map 6451 after Map 6451 was nearly completed for the sole reason of determining if there appeared to be any major external boundary differences.

4.     We felt that there should not be any major differences between the external boundaries of the two maps and if there were, then we would need to conduct further review to determine why our interpretation of the boundary description differed from another known survey.  Other than that, to my knowledge, there was no use whatsoever made of Map 5472 and that is all that I was referring to in the supplemental discovery responses.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 14th day of October, 2009          Jeffrey A. Gutierrez

Declaration of Jeff Gutierrez in Support of Northern's Opposition to McIntosh's Summary Judgment Motion

## CERTIFICATE OF SERVICE

1.      On October 21, 2009, I served the following document:

- **DECLARATION OF JEFF GUTIERREZ IN SUPPORT OF NORTHERN'S OPPOSITION TO MCINTOSH'S SUMMARY JUDGMENT MOTION**

2.      The above-named document was served by the following means to the persons as listed below:

  XX      United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

        By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

     I declare under penalty of perjury that the foregoing is true and correct.

Dated this 21st day of October, 2009                 /s/ Kimberley A. Hassing
                                                     Kimberley A. Hassing

Declaration of Jeff Gutierrez in Support of Northern's Opposition to McIntosh's Summary Judgment Motion