**William L. Alexander** (State Bar Number 126607)
**Tenielle E. Cooper** (State Bar Number 226717)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for Defendant, Dennis W. DeWalt, Inc.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | Case No.  1:07-CV-01080 LJO-GSA |
| Plaintiff, | **DeWALT and DEFENDANTS' JOINT REQUEST FOR JUDICIAL NOTICE** |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation, et al, | Date:         February 12, 2010<br>Time:         1:30 p.m.<br>Courtroom: 4<br>Judge:        Hon. Lawrence J. O'Neill |
| Defendants. | |

Defendant DENNIS W. DeWALT, INC. ("DeWALT") and defendants, and each of them, in accordance with Federal Rule of Evidence 201, request that this Court take Judicial Notice of the sworn declaration of Jeff Gutierrez, filed in this Court on October 21, 2009.  A true and correct copy of that declaration is attached as Exhibit D to the declaration of Tenielle E. Cooper, filed in support of DeWALT's motions *in limine*.

DATED:   January 28, 2010

ALEXANDER & ASSOCIATES, PLC
By:      /s/  Tenielle E. Cooper
     TENIELLE E. COOPER,
     Attorneys for Defendant, Dennis W. DeWalt, Inc.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1    Case No. 1:07-CV-01080 LJO-GSA

DeWALT and DEFENDANTS' JOINT REQUEST FOR JUDICIAL NOTICE

**PROOF OF SERVICE**

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On January 29, 2010, I served the foregoing document entitled **DeWALT and DEFENDANTS' JOINT REQUEST FOR JUDICIAL NOTICE** on interested parties in this action:

| | |
|---|---|
| James J. Braze, Esq. | Steven John Hassing, Esq. |
| Jeffrey A. Travis, Esq. | Law Offices of Steven J. Hassing |
| Borton Petrini & Conron | 425 Calabria Court |
| 5060 California Avenue, Suite 700 | Roseville, CA 95747 |
| Bakersfield, CA 93303-2026 | Email address: stevehassing@yahoo.com |
| Email address: jbraze@bortonpetrini.com | |
| Email address: jtravis@bortonpetrini.com | |

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address: cokadigbo@gerlegal.com

___ BY MAIL. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX  BY ELECTRONIC SERVICE. Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on January 29, 2010, at Bakersfield, California.

 X  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/      Diane Ruff
DIANE RUFF

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

2   Case No. 1:07-CV-01080 LJO-GSA

DeWALT and DEFENDANTS' JOINT REQUEST FOR JUDICIAL NOTICE