nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   email: jbraze@bortonpetrini.com
5  email: jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh dba
   McIntosh & Associates
7

8               UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 ROGER McINTOSH,                          Case No. 1:07-CV- 01080 LJO-GSA

12         Plaintiff,

13 v.                                       NOTICE OF MOTIONS IN LIMINE BY
                                            PLAINTIFF ROGER McINTOSH
14 NORTHERN CALIFORNIA UNIVERSAL
   ENTERPRISES COMPANY, a California
15 corporation; LOTUS DEVELOPMENTS,
   LLP; THE CITY OF WASCO, a municipal
16 corporation; DEWALT CM, INC., a California
   corporation also doing business as DEWALT
17 CORPORATION; and DOES 1 through 10,
   inclusive
18
           Defendants.
19

20
   CITY OF WASCO,
21
           Cross-Complaint,                 DATE:  February 12, 2010
22                                          TIME:  1:30 p.m.
   vs.                                      DEPT.: 4
23                                          TRIAL  March 1, 2010
   NORTHERN CALIFORNIA UNIVERSAL           JUDGE: Lawrence J. O'Neill
24 ENTERPRISES COMPANY, INC.,

25         Cross-Defendant.

26

27 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

28         PLEASE TAKE NOTICE that on February 12, 2010, at 1:30 p.m., or as soon as the

matter can be heard, plaintiff Roger McIntosh will hereby move the court to consider the following motions in limine. The hearing on his motion shall be heard before the Honorable Lawrence J. O'Neill in Department 4 of the Eastern District of California, Fresno Division, located at 2500 Tulare Street, Fresno, California 93721.

It is within this Court's authority to exclude any evidence or testimony that is unduly prejudicial or irrelevant. *Luce v. United States*, 469 U.S. 38, 40 (1984); *See Also, Ohler v. United States*, 529 U.S. 753, 758 (2000). Based on this authority, plaintiff will bring the following motions:

1. Motion in Limine No. 1 to Preclude the Testimony of the City of Wasco's Expert Witness, Steven Wong, To Testify As To Legal Conclusions Relating to Copyright Law;

2. Motion in Limine No. 2 to Exclude Evidence of a Lawsuit Filed by Plaintiff Against the City of Wasco in the 1990's;

3. Motion in Limine No. 3 to Exclude Certain Testimony or Evidence Relating to the Preparation of Tentative Map No. 5461;

4. Motion in Limine No. 4 to Exclude All Evidence by Defendants Relating to Deductible Expenses;

5. Motion in Limine No. 5 to Exclude Any testimony By City of Wasco Relating to Bond Debts;

6. Motion in Limine No. 6 to Preclude Any Testimony by Heath James.

DATED: January 29, 2010

BORTON PETRINI, LLP

By: _____
James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff, Roger McIntosh dba McIntosh & Associates

# PROOF OF SERVICE
## (FRCP No. 5(b)(2)(E))

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **January 29, 2010**, I served the foregoing document described as **NOTICE OF MOTIONS IN LIMINE BY PLAINTIFF ROGER McINTOSH AND MOTIONS IN LIMINE NOS. 1 THROUGH 6** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br><br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**GCR, LLP**<br>520 S. Grand Ave, Suite 695<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>Alexander & Associates<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

X  **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

☐  **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **January 29, 2010**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____Vanessa J. Claridge_____           _____/s/ Vanessa J. Claridge_____