BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (224547)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>  Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>  Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF CITY OF WASCO'S MOTIONS IN LIMINE** |

I, Chaka C. Okadigbo, state, and if so called, will testify as follows:

1. I am an attorney for the defendant in the above-named case and have been responsible for preparing, reviewing, instructing and conducting discovery and investigation into the facts surrounding this case.

2. I am duly licensed to practice in the courts of the State of California including the Eastern District of California.

3. On or about December 18, 2008 and January 28, 2009, I attended the depositions of Roger McIntosh, the Plaintiff in the instant action. Attached hereto as Exhibit A are true and correct copies of selected excerpts of the deposition transcript.

///

1  4.  On or about January 29, 2009, I attended the deposition of Keith Woodcock, the former Planning Director for the City of Wasco. Attached hereto as Exhibit B are true and correct copies of selected excerpts of the deposition transcript.

5.  Attached hereto as Exhibit C is a true and correct copy of the Declaration of Robert Wren In Support of Defendant City of Wasco's Motions in Limine.

6.  On or about January 22, 2009, I attended the deposition of Greg Black, the Director of Engineering at Dennis W. DeWalt, Inc. during the time of the alleged infringement at issue in this litigation. Attached hereto as Exhibit D are true and correct copies of selected excerpts of the deposition transcript.

7.  On or about October 28, 2008, I attended the deposition of Gerald Helt, the City Engineer for the City of Wasco. Attached hereto as Exhibit E are true and correct copies of selected excerpts of the deposition transcript.

8.  On or about February 2, 2009, I attended the deposition of James Delmarter, the designated expert for Plaintiff. Attached hereto as Exhibit F are true and correct copies of selected excerpts of the deposition transcript.

9.  Attached hereto as Exhibit G is a true and correct copy of Copyright Registration Certificate No. VAU-721-180 that Plaintiff produced to our offices during the course of discovery.

10.  Attached hereto as Exhibit H is a true and correct copy of the Expert Witness Disclosure of James K. Delmarter, which was sent to our offices by Plaintiff's attorneys.

11.  On or about April 23, 2009, Plaintiff filed a Third Amended Complaint ("TAC"). Attached hereto as Exhibit I is a true and correct copy of this TAC.

12.  Attached hereto as Exhibit J is a true and correct copy of the Declaration of Dennis McNamara in Support of Defendants' Summary Judgment Motion, with exhibits "A" through "Z" (filed with Northern California Universal Enterprises Company's Summary Judgment Motion against Plaintiff).

13. Attached hereto as Exhibit K are true and correct copies of improvement plans to Tract 5472 produced by Plaintiff to our offices during the course of discovery. Full size improvement plan maps are attached to the Declaration of Robert Wren In Support of Defendant City of Wasco's Motions in Limine, which is attached hereto as Exhibit O.

14. On or about January 29, 2009, I attended the deposition of Larry Pennell, the City Manager for the City of Wasco during some of the time period that is relevant to the instant litigation. Attached hereto as Exhibit L are true and correct copies of selected excerpts of the deposition transcript.

15. On behalf of the City of Wasco, our offices propounded Special Interrogatories to Plaintiff. Attached hereto as Exhibit M are true and correct copies of Plaintiff's Responses to City of Wasco's Special Interrogatories produced to my office.

16. Attached hereto as Exhibit N is a true and correct copy of the Revised Tentative Tract Map No. 5472 produced by Plaintiff to our offices during the course of discovery.

I declare under penalty of perjury, under the laws of the State of California, that the forgoing is true and correct.

Executed this 29th day of January, 2010, at Los Angeles, California

By: _____
Chaka C. Okadigbo