BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (224547)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**CITY OF WASCO'S REQUEST FOR JUDICIAL NOTICE** |

City of Wasco's request that this Court take Judicial Notice of the following documents pursuant to Rule 201 of the Federal Rules of Evidence:

1. Plaintiff's Third Amended Complaint for Copyright Infringement (filed on or about April 23, 2009).

2. Declaration of Dennis McNammara in Support of Defendants' Summary Judgment Motion, with exhibits "A" through "Z" (filed with Northern California Universal Enterprises Company's Summary Judgment Motion against Plaintiff).

DATED: January 29, 2010                         GCR, LLP

                                                By: /s/
                                                CHAKA C. OKADIGBO
                                                Attorneys for Defendant
                                                CITY OF WASCO

4816-8177-5365                                1

**CITY OF WASCO'S REQUEST FOR JUDICIAL NOTICE**