BONIFACIO B. GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
GCR, LLP
520 South Grand Avenue, Suite 695
Los Angeles, California 90071
Tel: (213) 347-0210
Fax (213) 347-0216

Attorneys for CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER MCINTOSH,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC. et al.,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-GSA<br><br>**PROOF OF SERVICE** |

I, Carolyn Dominguez, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 S. Grand Ave., Suite 695, Los Angeles, CA 90071.

On **January 29, 2010**, I served the following documents:

(1) **Declaration of Chaka C. Okadigbo in Support of City of Wasco's Motions In Limine;**
(2) **city of Wasco's Request for Judicial Notice;**
(3) **Defendants City of Wasco and Dennis W. DeWalk, Inc.'s Joint Motion In Limine No. 1 to Exclude the Testimony of Plaintiff's Expert Witness, James K. Delmarter; Memorandum of Points and Authorities in Support Thereof;**
(4) **Defendant City of Wasco, DeWalt and Northern California Universal Enterprises Company's Motion In Limine No. 2 to Exclude Evidence of any damages Not Related to the Alleged Infringement of Tract 5472 Maps and Plans; Memorandum of Points and Authorities in Support Thereof;**
(5) **Defendant City of Wasco and Dennis W. DeWalt, Inc.'s Joint Motion In Limine No. 3 to Exclude Evidence or Testimony related to Infringement of Improvement Plans; Memorandum of Points and Authorities in Support Thereof;**

(6) Defendants City of Wasco and Dennis W. DeWalt Inc.'s Joint Motion In Limine No. 4 to Preclude Evidence of Attorneys' Fees' Memorandum of Points and Authorities in Support Thereof;

(7) Defendant City of Wasco's Motion In Limine No. 5 to Exclude Testimony and/or Evidence related to the City's collection of Impact Fees; Memorandum of Points and Authorities in Support Thereof;

(8) Defendant City of Wasco and Dennis W. DeWalt, Inc.'s Joint Motion In Limine No. 6 to Exclude Testimony Relating to Concopyrightable Aspects of the Copyrighted Works at Issue; Memorandum of Points and Authorities in Support Thereof;

(9) Defendant City of Wasco and Northern California Universal Enterprises company's Joint Motion In Limine No. 7 to Exclude Plaintiff's Testimony relating to Conversation with An Unnamed City Employee About the Use of Martin-McIntosh Improvement Plans; Memorandum of Points and Authorities in Support Thereof;

(10) Defendant City of Wasco's Motion In Limine No. 8 to Exclude Irrelevant Testimony Regarding the City's Acquisition of Valley Rose Estates Subdivision Tracts; Memorandum of Points and Authorities in Support Thereof

On the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

Jeffrey A. Travis, Esq.
Borton Petrini, LLP
5060 California Ave., Suite 700
Bakersfield, CA 93303
jtravis@bortonpetrini.com

Steven J. Hassing, Es.
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747
stevehassing@yahoo.com

William L. Alexander, Esq.
Alexander & Associates
1925 "G" Street
Bakersfield, CA 93301
walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rules(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

/ / /

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.
3  Executed, **January 29, 2010**, Los Angeles, California.

*[signature]*
Carolyn Dominguez