1 **William L. Alexander** (State Bar Number 126607)
2 **Tenielle E. Cooper** (State Bar Number 226717)
Alexander & Associates, PLC
3 1925 G Street
Bakersfield, CA  93301
4 Phone:  (661) 316-7888
Fax:  (661) 316-7890
5

6 **Attorneys for Defendant, Dennis W. DeWalt, Inc.**

7

8

9 **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

11

12 ROGER McINTOSH,                          ) Case No.  1:07-CV-01080 LJO-GSA
                                          )
13            Plaintiff,                   ) **DeWALT and DEFENDANTS' JOINT**
                                          ) **OPPOSITION TO PLAINTIFF'S MOTION**
14 vs.                                      ) *IN LIMINE* **NO. 6 TO EXCLUDE**
                                          ) **TESTIMONY AT TRIAL OF HEATH**
15 NORTHERN CALIFORNIA UNIVERSAL           ) **JAMES**
16 ENTERPRISES COMPANY, a California        )
Corporation, et al,                       ) Date:      February 12, 2010
17                                          ) Time:      1:30 p.m.
                                          ) Courtroom: 4
18            Defendants.                   ) Judge:     Hon. Lawrence J. O'Neill
19 _____ )

20          Defendant DENNIS W. DeWALT, INC. ("DeWALT") and defendants, and each of them,

21 submit the following Opposition to Plaintiff's Motion *in liminie* to exclude trial testimony of Heath

22 James, and request this Court allow Mr. James to be called as a witness at trial.

23                     <u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

24                                 <u>**INTRODUCTION**</u>

25          The introductory facts provided by Plaintiff in his motion *in limine* regarding plaintiff's

26 attempts to locate and depose Heath James are less than complete.  For almost one year plaintiff had

27 the opportunity to subpoena and depose Mr. James, but did not follow up to do so.  Now, Plaintiff

28 inappropriately seeks to preclude DeWALT and defendants from calling Mr. James to testify.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1                    Case No. 1:07-CV-01080 LJO-GSA

DeWALT and DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE
TESTIMONY OF HEATH JAMES

1  Plaintiff's choice not to pursue the deposition of Mr. James should not be punishable to defendants

2  in the presentation of their cases in chief.

3  **<u>DISCUSSION</u>**

4  On November 24, 2008 DeWALT's president – Jeffrey Gutierrez – was deposed by

5  Plaintiff's counsel.  During that deposition Mr. Gutierrez was asked about the draftsmen from

6  DeWALT who worked on the Valley Rose Estates tentative map  - the map at issue in this case.  Mr.

7  Gutierrez disclosed the names of Greg Black and Heith [sic] James.  Moreover, Mr. Gutierrez

8  disclosed that Mr. James was, at that time, still an employee of DeWALT.  Mr. Gutierrez testified:

9      A:    It was Greg's project, so either Greg or one of his draftsmen who

10            prepared our tentative map would have numbered the lots….

11      Q:    Do you know who did that?

12      A:    That was probably Heith [sic] James.

13      Q:    And is he still employed by DeWalt?

14      A:    Yes.

15  (See Depo. J. Gutierrez, Vol. I (11/24/08) p. 15, lines 16 – 26, attached as Exhibit A to Declaration

16  of Tenielle Cooper.)

17  On December 29, 2008 plaintiff's counsel attempted to serve a deposition subpoena on Mr.

18  James through DeWALT, but Mr. James' last day of employment with DeWALT was on December

19  12, 2008.  (Declaration Jeffrey Gutierrez ¶4.)

20  Subsequently, on June 19, 2009 – over seven months later – plaintiff again deposed Mr.

21  Gutierrez.  Through questioning, Plaintiff's counsel again attempted to locate various individuals

22  who worked for, or formerly worked for, DeWALT that were previously identified as having worked

23  on the Valley Rose Estates project.  At Mr. Gutierrez's deposition, he advised plaintiff's counsel that

24  for privacy reasons he would not disclose the home addresses from the employee files of those

25  individuals who were no longer employed by DeWALT.   Plaintiff's counsel did not object.

26  However, Mr. Gutierrez did advise plaintiff's counsel that Ms. Sarah Burgi was employed by

27  Cannon & Associates in Bakersfield, and that Heath James was employed by Smith & Associates in

28

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

2          Case No. 1:07-CV-01080 LJO-GSA

DeWALT and DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE
TESTIMONY OF HEATH JAMES

1  Bakersfield.   (See Depo. J. Gutierrez, Vol. II (6/19/09) pp. 15, line 1 – pp.16, line 17; attached as

2  Exhibit D to Decl. T. Cooper.)

3        Subsequently, Plaintiff deposed Sarah Burgi on July 3, 2009.   Plaintiff had presumably

4  located her through her place of employment, which had been disclosed by Mr. Gutierrez during his

5  deposition and is further shown through the series of emails exchanged between plaintiff's counsel

6  and Ms. Burgi at her work e-mail address at Cannon & Associates.  (See Exhibit E, attached to Decl.

7  T. Cooper.)

8        During Ms. Burgi's deposition, Plaintiff's counsel never asked her for any contact

9  information related to Heath James, even though she testified that she would have to consult with

10 Mr. James for certain information about the map project.  (See Depo. S. Burgi, p. 25, lines 17 – 21,

11 attached as Exhibit C to Decl. T. Cooper.)  Ms. Burgi also testified about working on the project

12 with Josh Woodard.  Plaintiff sought leave of this Court to extend discovery for the limited purpose

13 of deposing Josh Woodard – which Plaintiff did. But Plaintiff never followed up to depose Mr.

14 James and subsequently never subpoenaed Heath James for deposition.

15       Heath James has been employed at Smith & Associates in Bakersfield since March of 2009,

16 as well as at the time of Jeff Gutierrez's June 19, 2009 deposition, and is still employed there today.

17 (Decl. J. Gutierrez ¶¶ 5, 6.)  Based upon the employment contact information provided to Plaintiff

18 by Jeff Gutierrez on June 19, 2009, Plaintiff could have subpoenaed Mr. James – but did not.

19       As to Mr. Heath's name being "Eric Heath James" as opposed to Heath James – Mr. James

20 went by "Heath" and was always referred to as "Heath."  It was only recently that Mr. Gutierrez

21 remembered that his legal name was "Eric."   (Decl. J. Gutierrez ¶3.)   However, this distinction

22 would not have prevented Plaintiff from subpoenaing Mr. James at Smith & Associates.

23       Plaintiff chose to not pursue locating Mr. James at his place of employment to serve a

24 deposition subpoena – even though Mr. Gutierrez had disclosed where Mr. James worked.  And

25 although Plaintiff's counsel chose to track down Sarah Burgi and Josh Woodard – he chose to not

26 pursue Mr. James.  Plaintiff's choice to exclude Mr. James from discovery should not prejudice

27 defendants from calling him as a witness.

28 ///

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3        Case No. 1:07-CV-01080 LJO-GSA

DeWALT and DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE
TESTIMONY OF HEATH JAMES

## <u>CONCLUSION</u>

Accordingly, DeWALT and defendants, jointly and respectfully request this Court deny Plaintiff's Motion *in limine* No. 6 and allow Heath James to testify at trial.


DATED:   February 4, 2010                    ALEXANDER & ASSOCIATES, PLC
                                             By:    /s/  Tenielle E. Cooper
                                                  TENIELLE E. COOPER,
                                                  Attorneys for Defendant, Dennis W.
                                                  DeWalt, Inc.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

4                    Case No. 1:07-CV-01080 LJO-GSA

**PROOF OF SERVICE**

I am employed in the County of Kern, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On February 5, 2010, I served the foregoing document entitled **DeWALT and DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* NO. 6 TO EXCLUDE TESTIMONY AT TRIAL OF HEATH JAMES** on interested parties in this action:

James J. Braze, Esq.                                    Steven John Hassing, Esq.
Jeffrey A. Travis, Esq.                                 Law Offices of Steven J. Hassing
Borton Petrini & Conron                                 425 Calabria Court
5060 California Avenue, Suite 700                        Roseville, CA 95747
Bakersfield, CA 93303-2026                              Email address:  stevehassing@yahoo.com
Email address: jbraze@bortonpetrini.com
Email address: jtravis@bortonpetrini.com

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address:  cokadigbo@gerlegal.com

___   BY MAIL.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business.  The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX   BY ELECTRONIC SERVICE.  Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on February 5, 2010, at Bakersfield, California.

 X   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/      Rocki L. Parnell
ROCKI L. PARNELL