**William L. Alexander** (State Bar Number 126607)
**Tenielle E. Cooper** (State Bar Number 226717)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for Defendant, Dennis W. DeWalt, Inc.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | Case No.  1:07-CV-01080 LJO-GSA |
| Plaintiff, | **DECLARATION OF TENIELLE E. COOPER IN SUPPORT OF DeWALT and DEFENDANTS' JOINT OPPOSITIONS TO PLAINTIFF'S MOTIONS *IN LIMINE* Nos. 3 and 6** |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation, et al, | Date:      February 12, 2010
Time:      1:30 p.m.
Courtroom: 4 |
| Defendants. | Judge:     Hon. Lawrence J. O'Neill |

I, TENIELLE E. COOPER, declare:

1.  I am an attorney at law duly admitted to practice in the United States District Court, Eastern District of California, and am the attorney of record on behalf of defendant DENNIS W. DeWALT, INC. ("DeWALT") in the above-entitled matter.

2.  I am personally familiar with all of the pleadings and papers in this case, and I have personal knowledge of the facts stated herein.  If called as a witness, I could and would competently testify to the matters stated in this Declaration.

3.  Attached hereto as Exhibit "A" is a true and correct copy of portions of the deposition testimony of Jeffrey Gutierrez, Vol. I, taken on November 24, 2008, along with a cover page and

1                Case No. 1:07-CV-01080 LJO-GSA

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

DECLARATION OF TENIELLE E. COOPER IN SUPPORT OF DeWALT and
DEFENDANTS' JOINT OPPOSITIONS TO PLAINTIFF'S MOTIONS IN LIMINE Nos. 3 and 6

1  certification page.

2  4. Attached hereto as Exhibit "B" is a true and correct copy of portions of the deposition
3  testimony of Gregory Black, taken on January 22, 2009, along with a cover page and certification
4  page.

5  5. Attached hereto as Exhibit "C" is a true and correct copy of portions of the deposition
6  testimony of Sarah Burgi, taken on July 3, 2009, along with a cover page and certification page.

7  6. Attached hereto as Exhibit "D" is a true and correct copy of portions of the deposition
8  testimony of Jeffrey Gutierrez, Vol. II, taken on June 19, 2009, along with a cover page and
9  certification page.

10  7. Attached hereto as Exhibit "E" are true and correct copies of email correspondence
11  between Jeffrey Travis, counsel for Plaintiff, and Sarah Burgi – at her work e-mail address at
12  Cannon & Associates, dated June 23, 2009.

13

14  I declare under penalty of perjury under the laws of the State of California that the foregoing
15  is true and correct and that this declaration was executed on February 5, 2010 at Bakersfield,
16  California.

17
18              By:/s/   Tenielle E. Cooper
                TENIELLE E. COOPER,
19              Attorney for Defendant Dennis W. DeWalt, Inc.
20
21
22
23
24
25
26
27
28

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

2                Case No. 1:07-CV-01080 LJO-GSA

DECLARATION OF TENIELLE E. COOPER IN SUPPORT OF DeWALT and
DEFENDANTS' JOINT OPPOSITIONS TO PLAINTIFF'S MOTIONS IN LIMINE Nos. 3 and 6

## PROOF OF SERVICE

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On February 5, 2010, I served the foregoing document entitled **DECLARATION OF TENIELLE E. COOPER IN SUPPORT OF DeWALT and DEFENDANTS' JOINT OPPOSITIONS TO PLAINTIFF'S MOTIONS *IN LIMINE* Nos. 3 and 6** on interested parties in this action:

| | |
|---|---|
| James J. Braze, Esq. | Steven John Hassing, Esq. |
| Jeffrey A. Travis, Esq. | Law Offices of Steven J. Hassing |
| Borton Petrini & Conron | 425 Calabria Court |
| 5060 California Avenue, Suite 700 | Roseville, CA 95747 |
| Bakersfield, CA 93303-2026 | Email address: stevehassing@yahoo.com |
| Email address: jbraze@bortonpetrini.com | |
| Email address: jtravis@bortonpetrini.com | |

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address: cokadigbo@gerlegal.com

___   BY MAIL. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX   BY ELECTRONIC SERVICE. Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on February 5, 2010, at Bakersfield, California.

 X   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/     Rocki L. Parnell
ROCKI L. PARNELL

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

DECLARATION OF TENIELLE E. COOPER IN SUPPORT OF DeWALT and
DEFENDANTS' JOINT OPPOSITIONS TO PLAINTIFF'S MOTIONS IN LIMINE Nos. 3 and 6