Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>               Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>               Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**NORTHERN'S, AND LOTUS'S — JOINED BY DEWALT AND CITY OF WASCO — MOTION IN LIMINE NUMBER 1**<br><br>**TO PRECLUDE COMMENT THAT SIMILAR STREET NAMES, LOT NUMBERS OR LAND BOUNDARIES PROVIDE EVIDENCE OF COPYING**<br><br>DATE: FEBRUARY 12, 2010<br>TIME: 1:30 P.M.<br>DEPT.: 4 (LJO)<br><br>TRIAL DATE: MARCH 1, 2010<br><br>HONORABLE LAWRENCE O'NEILL |

      Defendants move this Court for and Order precluding Plaintiff or Plaintiff's witnesses from mentioning, commenting on or arguing that in creating Map 6451, DeWalt's use of the identical lot numbers, street names and exterior land boundaries as employed by McIntosh in his creation of Map 5472, signify, or are evidence of, copying.

1

Any such comment would be unfairly prejudicial and would likely mislead the jury because numbers, names and boundaries are not, as a matter of law, copyrightable items. Accordingly, they must not be used to persuade the jury to view them as such.

**Points and Authorities in Support of Northern's Motion Number 1**

**A.** **Lot Numbers**

As with all lots, each of the residential lots shown on Maps 5472 and 6451 were assigned identification numbers to be used later as part of each lot's legal description. The lots on Map 6451 are numbered 1- 68 while the lots on Map 5472 are numbered 1- 69 with lot 69 being a large apartment lot. The 68 residential lots contained on each map are numbered identically.

However, numbers are not protected by copyright. *Southco, Inc. v. Kanebridge Corporation* 390 F.3d 276, 278 (3rd Cir. 2004). The *Southco* Court's decision is based upon two separate principals; First, citing *Feist Publications, Inc. v. Rural Tel. Serv. Co.,* 499 U.S. 340, 361- 363 (1991), the Court noted that in order to be copyrightable, a work had to express some creativity. In Plaintiff's December 18, 2008 deposition he clearly establishes a lack of creativity in the numbering of the lots. He testified that the lots had to be numbered sequentially and that the draftsman just started with number one at a certain lot and continued on, sequentially, from there. He testified that the draftsman could have started anywhere. (para 5, Hassing dec.).

Secondly, it determined that the part numbers at issue were analogous to "short phrases or titles" and noted that, "Since at least 1899, it has been the practice of the

2

Copyright Office to deny registration to "words and phrases... even if they are distinctively arranged or printed". (also see *R & B, Inc. v. Needa Parts Manufacturing, Inc.* 481 F. Supp. 2d 684, 695 (E.D. Pa. 2005).

**B.**     **Street Names**

Like numbers, names are not copyrightable. The Copyright Office's own interpretive regulations explicitly embrace the rule of non-copyrightability for names and titles. (37 C.F.R. § 202.1(a) (listing as an example of non-copyrightable material: "Words and short phrases such as names, titles, and slogans....").

Further, to qualify for copyright protection, a work must be original to the author. *Feist* at 345. The work must be independently created by the author, not copied from other works. *Feist* at 347. The street names used by McIntosh were taken by him from an earlier tentative map on the same property created by Porter-Robinson, a different engineering company. (para 2, Hassing dec). Plaintiff freely admits that he has no information to cause a belief that the street names on Revised Map 5472 originated with his firm. (para 3, Hassing dec.).

**C.**     **Land Boundaries**

On July 21, 1992, Martin-McIntosh recorded Parcel Map 9572 which divided 480 acres into six separate legal parcels at which time it became part of the public domain with the boundaries noted therein becoming <u>facts</u> available to anyone wishing to reference them. Facts are not copyrightable. (*Feist* at 347) The use of those "facts", available to all do not provide evidence of copying and should not be referenced as such to the jury.

3

**Declaration of Steven J Hassing in Support of Motion Number 1**

I, Steven J Hassing, declare;

1. I represent Northern and Lotus herein. I have personal knowledge of each fact stated below.

2. Attached hereto as Exhibit "A" is a true and correct copy of Tentative Map 5472 created by Porter-Robertson prior to the creation of "Revised Tentative Map 5472 by Martin-McIntosh.

3. Attached hereto as Exhibit "B" is an excerpt from the deposition of Roger McIntosh taken on December 18, 2008. At pages 165 and 166 Mr. McIntosh stated that he did not possess any information which would cause him to believe that Martin-McIntosh originated the street names for Revised Tentative Map 5472. (165; 4- 166; 9)

4. Attached hereto as Exhibit "C" is a true and correct copy of Parcel Map 9572 showing that it was recorded on July 21, 1992.

5. Attached hereto as Exhibit "D" is a true and correct copy of an excerpt of Plaintiff's deposition taken on December 18, 2008. (167; 12- 168; 16)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 26 day of January, 2010            /s/ Steven J. Hassing, Esq.
                                                                          Steven J Hassing, Attorney for
                                                                          defendants, Northern and Lotus

# CERTIFICATE OF SERVICE

1. On January 28, 2010, I served the following document:

   **NORTHERN'S, AND LOTUS'S — JOINED BY DEWALT AND CITY OF WASCO — MOTION IN LIMINE NUMBER 1**

   - 

2. The above-named document was served by the following means to the persons as listed below:

__XX__  United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Tenielle E. Cooper
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of January, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing

5