# EXHIBIT "A"

```
 1              UNITED STATES DISTRICT COURT

 2        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

 3                    _____

 4


 5   ROGER McINTOSH,              No. 107CV 01080 LJO-WMW

 6                 Plaintiff,

 7   vs.

 8   NORTHERN CALIFORNIA UNIVERSAL
     ENTERPRISES COMPANY, et al.,
 9
                   Defendants.
10   _____

11


12          DEPOSITION OF JEFFREY GUTIERREZ

13                  Taken at

14               Borton Petrini
                1600 Truxtun Avenue
15              Bakersfield, California

16      Monday, November 24, 2008 at 10:08 A.M.

17


18                Reported by:

19          Naomi S. Alvarez, CSR #13007

20

21

22

23

24

25

                                            1
```

1   and that he wanted to look at some of the numbers that

2   were on the map.

3        Q.   Was anything further said in that

4   conversation?

5        A.   That was mostly the gist of it.  He spent a

6   lot of time explaining what the meaning of the -- to

7   his knowledge, what the meaning of the lawsuit was

8   about.

9        Q.   What did he say in that regard?

10       A.   That the engineer who had prepared the

11  original tentative map had accused him of copying it.

12       Q.   And did you have a response for that?

13       A.   I kind of talked to him a little bit about

14  what our process was.

15       Q.   And what was your process?

16       A.   Well, that in preparation for what we did for

17  Mr. Wu, we prepared a survey.  We had a survey crew go

18  out to the site and do a complete topographic survey of

19  the existing conditions, and that's what influenced the

20  map design that we came up with.

21       Q.   And what did you survey out there, if you

22  know?

23       A.   I'll say that I wasn't involved in the actual

24  survey.  We had a crew that went out there.  I have

25  seen the results of it on paper with points that are

1   set.   And so just from that observation, we surveyed --

2   I'll start from the outside and kind of come in.   We

3   surveyed the section, we surveyed monumentation that

4   was local to the site and adjacent to it.   We surveyed

5   monumentation that was within the site.   We surveyed

6   the curbs and gutters.   We surveyed the actual pads,

7   any visible utilities, street signs.   That's pretty

8   much it.

9        Q.    Then what did you do with that?

10       A.    After the survey, it's processed in our office

11  where a map is generated that shows all those points.

12       Q.    And where did you get the lot numbers for the

13  lots?

14       A.    I don't know.

15       Q.    And who would know that, if you know?

16       A.    It was Greg's project, so either Greg or one

17  of his draftsmen who prepared our tentative map would

18  have numbered the lots.

19       Q.    Was there -- at any time, to your knowledge,

20  did anyone compare your results with map 5472?

21       A.    I believe yes, they did.

22       Q.    Do you know who did that?

23       A.    That was probably Heith James.

24       Q.    And is he still employed by DeWalt?

25       A.    Yes.

```
 1   STATE OF CALIFORNIA     )
                             )     ss.
 2   COUNTY OF KERN          )

 3              I, Naomi S. Álvarez, a Certified Shorthand

 4   Reporter in the State of California, holding

 5   Certificate No. 13007, do hereby certify that Jeffrey

 6   Gutierrez, the witness named in the foregoing

 7   deposition, was by me duly sworn; that said deposition

 8   was taken Monday, November 24, 2008, at the time and

 9   place set forth on the first page hereof.

10              That upon the taking of the deposition, the

11   words of all parties present were written down by me in

12   stenotypy and thereafter transcribed by computer under

13   my supervision; that the foregoing is a true and

14   correct transcript of the testimony given by the

15   witness.

16              I further certify that I am neither counsel

17   for, nor in any way related to any party to said

18   action, nor in any way interested in the result or

19   outcome thereof.

20              Dated the 9th day of December, 2008, at

21   Bakersfield, California.

22

23

24
                          Naomi S. Álvarez, CSR #13007
25
```

# EXHIBIT "B"

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

_____

ROGER McINTOSH,                        No. 1:07-CV-01808-LJO-GSA

              Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, et. al.,

              Defendants.

_____

DEPOSITION OF GREG BLACK

Taken at

Borton, Petrini, LLP
5060 California Avenue, Seventh Floor
Bakersfield, California

Wednesday, January 22, 2009 at 9:05 A.M.

Reported by:

Karen A. Marousek, CSR #10022

1

1     that.

2           When you said "two-man survey crew," I take it

3     you're saying that a two-man survey crew, and on top of

4     that there's the survey technician, and on top of that

5     there's one or to two designers and then you, correct?

6     A.   Yes.  And again, in that specific instance,

7     could have been a three-man survey crew, I just don't

8     recall.  The records at DeWalt may more accurately

9     reflect that, but ...

10    Q.   Okay.  Can you describe exactly what your

11    particular job duties involved in connection with

12    DeWalt preparing the tentative and final maps for Tract

13    No. 6451?

14    A.   That's a pretty broad question.

15    Q.   Okay.  Let me sort of give definition to it.

16    I know that you have a survey crew, survey technician

17    and the designers.  I'm trying to get a picture of how

18    involved in the process of going to the field, going

19    out to the field, doing the actual work, how involved

20    in that you are and, you know, what your role in

21    supervising these people consists of.  How do you check

22    their work?  That's what I'm getting at.

23    A.   I would have made a site visit, probably not

24    before the survey crew went out, but at some point in

25    time early in the project would have made a site visit

 1    just to look around, inspect the conditions on-site.

 2    Then after the survey crew had gathered their data and

 3    the survey technician had processed that data in

 4    creating the base map, I would have then taken that,

 5    sat down with the designer and say "Here's" -- "Here's

 6    what the site looks like right now and this is kind of

 7    approximately how I want to lay it out."

 8          This was a very unique case in the fact that,

 9    with the streets and all the improvements already

10    there, it was kind of limiting to how you would lay it

11    out.  If it were a clean slate, if you will, depending

12    on the experience of the designer, a very experienced

13    designer, I would just say, "Here, do the lot layout on

14    this."  If it's a very inexperienced designer, then I

15    would, you know, provide a lot more direction than

16    that.  "Hey, look, let's put a street here.  Let's put

17    a row of lots here" and provide that direction.  In

18    this case, because of the physical improvements in

19    place, streets were already defined, so the lotting

20    options were -- well, there was really no options as

21    far as how they would be laid out.  So that designer

22    would then do the lot layout, do all the numbering, the

23    dimension, and then that map would come to me for

24    review.

25          Q.    Okay.  Let me ask this:  Did you tell the

1/22/2009    McINTOSH vs. NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY    GREG BLACK

Case 1:07-cv-01080-LJO-GSA   Document 233-1   Filed 02/05/10   Page 10 of 24

```
 1   STATE OF CALIFORNIA    )
                            )   ss.
 2   COUNTY OF KERN         )

 3           I, Karen A. Marousek, a Certified Shorthand

 4   Reporter in the State of California, holding

 5   Certificate No. 10022, do hereby certify that GREG

 6   BLACK, the witness named in the foregoing deposition,

 7   was by me duly sworn; that said deposition was taken

 8   Wednesday, January 22, 2009, at the time and place set

 9   forth on the first page hereof.

10           That upon the taking of the deposition, the

11   words of all parties present were written down by me in

12   stenotypy and thereafter transcribed by computer under

13   my supervision; that the foregoing is a true and

14   correct transcript of the testimony given by the

15   witness.

16           I further certify that I am neither counsel

17   for, nor in any way related to any party to said

18   action, nor in any way interested in the result or

19   outcome thereof.

20           Dated the 3rd day of February, 2009, at

21   Bakersfield, California.

22

23

24
                         Karen A. Marousek, CSR #10022
25
```

# EXHIBIT "C"

```
 1              UNITED STATES DISTRICT COURT

 2         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

 3

 4   ROGER McINTOSH,

 5                  Plaintiff,

 6          vs.                        Case No.

                                       107CV 01080 LJO-WMW

 7   NORTHERN CALIFORNIA UNIVERSAL

     ENTERPRISES, COMPANY, et al.,

 8

                  Defendants.

 9   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~

10

11

12                  DEPOSITION OF

13                   SARAH BURGI

14

15               July 3, 2009

16                 10:00 a.m.

17

18           5060 California Avenue

                 Suite 700

19           Bakersfield, California

20

21

22       Wendy Hahesy, RMR, CSR-4873

23

24

25
```

```
 1        A.   Correct.

 2        Q.   And you were involved in the creation of

 3   Tentative Map 6451; is that correct?

 4        A.   Yes.

 5        Q.   And I am going to pull out -- I'm going to pull

 6   out somewhere -- well, let's go here first.  We had some

 7   questions yesterday as we were speaking with the expert

 8   for the City of Wasco regarding this tentative map.

 9   Does this tentative map look familiar?

10        A.   Yes.

11             MS. COOPER:  Which tentative map is it?

12   BY MR. TRAVIS:

13        Q.   We're looking at Vesting Tentative Track Map

14   6451.

15             MR. HASSING:  It's Exhibit 5 from yesterday's

16   depo.

17   BY MR. TRAVIS:

18        Q.   This is Exhibit 5 from the deposition of

19   Stephen Wong.  And I'm standing up so I can -- it's a

20   big map.  And in the bottom right-hand corner it looks

21   like there's some sort of an identifier table.

22        A.   Yes.

23        Q.   Okay.  And there's some, looks like SAB, do you

24   know what SAB stands for?

25        A.   Those are my initials.
```

1       Q.    Those are your initials?

2       A.    Yes.

3       Q.    And in there it says "drawn by"?

4       A.    Mmm-hmm.

5       Q.    So is it fair to say this whole map was drawn

6    by you?

7       A.    No.  I assisted Josh Woodard in drawing this

8    map.  I believe it was his first tentative map he had

9    ever done so I helped him with the bulk of it.

10      Q.    And Josh Woodard, what was his position there?

11      A.    He was an EIT, I believe he had his degree but

12   not his license.

13      Q.    And as I understand it, as you told me earlier

14   EIT is engineer in training, correct?

15      A.    Yes.

16      Q.    And Josh Woodard to your understanding does he

17   still work for DeWalt Corporation?

18      A.    No.  He left long before I did and he went up

19   north.  I believe up by Eureka or Yreka.

20      Q.    And so is it your testimony that you oversaw

21   his work in preparation for drafting this particular

22   map?

23      A.    Yes.

24      Q.    And we had some questions yesterday because we

25   had seen that there were what appeared to be two maps,

```
 1   STATE OF CALIFORNIA          )

                                  )   ss.

 2   COUNTY OF TULARE             )

 3

 4              I, the undersigned, a Certified Shorthand

 5   Reporter of the State of California, do hereby certify:

 6              That the foregoing proceedings were taken

 7   before me at the time and place herein set forth; that

 8   any witnesses in the foregoing proceedings, prior to

 9   testifying, were placed under oath; that a verbatim

10   record of the proceedings was made by me using machine

11   shorthand which was thereafter transcribed under my

12   direction; further, that the foregoing is an accurate

13   transcription thereof.

14              I further certify that I am neither

15   financially interested in the action nor a relative or

16   employee of any attorney of any of the parties.

17              IN WITNESS WHEREOF, I have this date

18   subscribed my name.

19

20

21   Dated:_____

22

23          _____

             WENDY HAHESY, RMR

24             CSR No. 4873

25
```

**EXHIBIT "D"**

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION


ROGER McINTOSH,

        Plaintiff,

      vs.                        Case No.
                                107CV 01080 LJO-WMW

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES, COMPANY, et al.,

        Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


30(b)(6) AND 34 DEPOSITION OF

JEFFREY A. GUTIERREZ, P.L.S.

ON BEHALF OF

DeWALT CM, INC. AND DENNIS W. DeWALT, INC.


June 19, 2009

10:00 a.m.


5060 California Avenue
Suite 700
Bakersfield, California


Wendy Hahesy, RMR, CSR-4873



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

15

1      Q.    Okay.  Thank you.  Who is that person?

2      A.    Sarah Burgi, B-u-r-g-i.

3            MR. ALEXANDER:  And I think Sarah is with an

4  "h."

5  BY MR. TRAVIS:

6      Q.    So S-a-r-a-h?

7      A.    Correct.

8      Q.    And does Sarah still work for you?

9      A.    No, she doesn't.

10     Q.    Okay.  When did her employment with you end?

11     A.    It was last year.  It was last year.

12     Q.    And you have no records of any of her last

13  known addresses?

14     A.    We decided not to produce those for privacy

15  reasons.

16           MR. ALEXANDER:  Well, actually, they weren't

17  requested for your deposition.  I think they're in

18  relation to interrogatories.  So we can produce them but

19  I think you can ask him a few more questions and try to

20  locate her more easily that way right now.

21  BY MR. TRAVIS:

22     Q.    Okay.  Do you happen to know where she is

23  currently located?

24     A.    She still lives here in Bakersfield and works

25  here in town.



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Case 1:07-cv-01080-LJO-GSA · Document 233-1   Filed 02/05/10   Page 19 of 24

16

1    Q.    Do you know where she works?

2    A.    She works for Cannon & Associates.

3    Q.    Can you tell that?

4    A.    C-a-n-n-o-n.

5    Q.    Okay.  What is that company, if you know?

6    A.    Civil engineering and land surveying company.

7    Q.    And as to the next question, the next number,

8    all documents identify the person known as Heath James.

9    Similar to Miss, the question related to Miss Burgi,

10   number one, is Heath James spelled correctly on that

11   notice?

12   A.    I believe so.

13   Q.    Okay.  Do you know where he's currently

14   working?

15   A.    He works for Smith & Associates.

16   Q.    And they're also here in Bakersfield?

17   A.    Yes.

18   Q.    And they're also a civil engineering/land

19   surveying company?

20   A.    You know, I think they're strictly land

21   surveying.  I don't think they have any civil engineers

22   on staff.

23   Q.    All right.  A few more questions and then we

24   will be finished.  I'm going to give you what's labeled

25   as the consultant agreement.



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

30

STATE OF CALIFORNIA        )

                           )    ss.

COUNTY OF TULARE           )


            I, the undersigned, a Certified Shorthand

Reporter of the State of California, do hereby certify:

            That the foregoing proceedings were taken

before me at the time and place herein set forth; that

any witnesses in the foregoing proceedings, prior to

testifying, were placed under oath; that a verbatim

record of the proceedings was made by me using machine

shorthand which was thereafter transcribed under my

direction; further, that the foregoing is an accurate

transcription thereof.

            I further certify that I am neither

financially interested in the action nor a relative or

employee of any attorney of any of the parties.

            IN WITNESS WHEREOF, I have this date

subscribed my name.




Dated:_____




            _____
            WENDY HAHESY, RMR
            CSR No. 4873


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

# EXHIBIT "E"

| | |
|---|---|
| **From:** | Sarah Burgi [SarahB@CannonAssoc.com] |
| **Sent:** | Tuesday, June 23, 2009 10:39 AM |
| **To:** | Jeff Travis |
| **Subject:** | RE: Tentative Map No. 6451 |

I will be here until 4 or 5.

**Sarah A. Burgi**
*Survey Technician*

**Cannon**

5001 California Ave, Suite 120, Bakersfield, CA 93309
T 661.328.6280
F 661.328.6284  E sarahb@CannonCorp.us

**CannonCorp.us**

*This transmission is confidential and intended solely for the person or organization to whom it is addressed. It may contain privileged and confidential information.  If you are not the intended recipient, you should not copy, distribute or take any action in reliance on it.  If you have received this transmission in error, please notify me immediately by email or call 805.544.7407.*

---

**From:** Jeff Travis [mailto:jtravis@bortonpetrini.com]
**Sent:** Tuesday, June 23, 2009 10:20 AM
**To:** Sarah Burgi
**Subject:** RE: Tentative Map No. 6451

I still have to get agreement from counsel so I will let you know about tomorrow. I will have someone run the document over to you today at your work. Are you in all day?



| | |
|---|---|
| **Jeffrey A. Travis** | 5060 California Avenue, Suite 700 |
| Attorney At Law | Bakersfield, CA 93309 |
| | tel:  (661) 322-3051 |
| jtravis@bortonpetrini.com | fax:  (661) 322-4628 |

| | | | | |
|---|---|---|---|---|
| Fresno (559) 268-0117 | Los Angeles (213) 624-2869 | **Visit Our Website!** **www.bortonpetrini.com** | Modesto (209) 576-1701 | Orange County (562) 799-5434 |
| Sacramento (916) 858-1212 | San Bernardino (909) 381-0527 | San Diego (619) 232-2424 | San Francisco (415) 677-0730 | San Jose (408) 535-0870 |

*"Serving California Businesses for Over 100 Years"*

*CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, or distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Any inadvertent disclosure shall not compromise or waive the attorney-client privilege and/or attorney work-product privilege as to this communication, any attachments or otherwise. If you have received this communication in error, please contact Jeffrey A. Travis at jtravis@bortonpetrini.com or by telephone at (661) 322-3051. Thank you.*

---

**From:** Sarah Burgi [mailto:SarahB@CannonAssoc.com]

**Sent:** Tuesday, June 23, 2009 10:15 AM
**To:** Jeff Travis
**Subject:** RE: Tentative Map No. 6451

That works, just let me know a time. I will have to inform my boss as I would be missing work.

**Sarah A. Burgi**
*Survey Technician*

# Cannon

5001 California Ave, Suite 120, Bakersfield, CA 93309
T 661.328.6280
F 661.328.6284  E sarahb@CannonCorp.us

**CannonCorp.us**

*This transmission is confidential and intended solely for the person or organization to whom it is addressed. It may contain privileged and confidential information. If you are not the intended recipient. you should not copy, distribute or take any action in reliance on it. If you have received this transmission in error, please notify me immediately by email or call 805.544.7407.*

---

**From:** Jeff Travis [mailto:jtravis@bortonpetrini.com]
**Sent:** Tuesday, June 23, 2009 10:13 AM
**To:** Sarah Burgi
**Subject:** RE: Tentative Map No. 6451

Nope, right down the street on California and Mohawk on the 7th floor of Stockdale Tower.



| | | |
|---|---|---|
| LAW OFFICES OF **BORTON PETRINI** LLP | **Jeffrey A. Travis**<br>*Attorney At Law*<br><br>jtravis@bortonpetrini.com | *5060 California Avenue, Suite 700*<br>*Bakersfield, CA 93309*<br>*tel:  (661) 322-3051*<br>*fax:  (661) 322-4628* |

| Fresno | Los Angeles | **Visit Our Website!** | Modesto | Orange County |
|---|---|---|---|---|
| (559) 268-0117 | (213) 624-2869 | **www.bortonpetrini.com** | (209) 576-1701 | (562) 799-5434 |
| Sacramento | San Bernardino | San Diego | San Francisco | San Jose |
| (916) 858-1212 | (909) 381-0527 | (619) 232-2424 | (415) 677-0730 | (408) 535-0870 |

*"Serving California Businesses for Over 100 Years"*

*CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, or distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Any inadvertent disclosure shall not compromise or waive the attorney-client privilege and/or attorney work-product privilege as to this communication, any attachments or otherwise. If you have received this communication in error, please contact Jeffrey A. Travis at jtravis@bortonpetrini.com or by telephone at (661) 322-3051. Thank you.*

---

**From:** Sarah Burgi [mailto:SarahB@CannonAssoc.com]
**Sent:** Tuesday, June 23, 2009 10:13 AM
**To:** Jeff Travis
**Subject:** RE: Tentative Map No. 6451

Jeff,

Would this be in Fresno?

**Sarah A. Burgi**
*Survey Technician*

# Cannon

5001 California Ave, Suite 120, Bakersfield, CA 93309
T 661.328.6280
F 661.328.6284  E sarahb@CannonCorp.us

**CannonCorp.us**

*This transmission is confidential and intended solely for the person or organization to whom it is addressed. It may contain privileged and confidential information. If you are not the intended recipient, you should not copy, distribute or take any action in reliance on it. If you have received this transmission in error, please notify me immediately by email or call 805.544.7407.*

---

**From:** Jeff Travis [mailto:jtravis@bortonpetrini.com]
**Sent:** Tuesday, June 23, 2009 9:39 AM
**To:** Sarah Burgi
**Subject:** Tentative Map No. 6451

Sarah,

Thanks for talking. I just spoke with my boss and he said that he would like you to come in for a deposition but wanted to make sure that the schedule is convenient for you. We were thinking about July 3, 2009, does that work? It would be maybe an hour at the most?

 **Jeffrey A. Travis**
*Attorney At Law*

*jtravis@bortonpetrini.com*

5060 California Avenue, Suite 700
Bakersfield, CA 93309
tel: (661) 322-3051
fax: (661) 322-4628

| Fresno | Los Angeles | **Visit Our Website!** | Modesto | Orange County |
|---|---|---|---|---|
| (559) 268-0117 | (213) 624-2869 | www.bortonpetrini.com | (209) 576-1701 | (562) 799-5434 |
| Sacramento | San Bernardino | San Diego | San Francisco | San Jose |
| (916) 858-1212 | (909) 381-0527 | (619) 232-2424 | (415) 677-0730 | (408) 535-0870 |

*"Serving California Businesses for Over 100 Years"*