**William L. Alexander** (State Bar Number 126607)
**Tenielle E. Cooper** (State Bar Number 226717)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA 93301
Phone: (661) 316-7888
Fax: (661) 316-7890

Attorneys for Defendant, Dennis W. DeWalt, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation, et al,<br><br>    Defendants. | Case No. 1:07-CV-01080 LJO-GSA<br><br>**DECLARATION OF JEFF GUTIERREZ IN SUPPORT OF DeWALT and DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTIONS *IN LIMINE* No. 3 – 6**<br><br>Date:    February 12, 2010<br>Time:    1:30 p.m.<br>Courtroom:    4<br>Judge:    Hon. Lawrence J. O'Neill |

I, JEFF GUTIERREZ, declare:

1. I am over the age of eighteen and I have personal knowledge of each fact stated herein.

2. I am president of Dennis W. DeWalt, Inc. ("DeWALT") and was at the time of the incidents alleged in this action.

3. Eric Heath James, always was referred to as "Heath" – such that he was never referred to as "Eric" or "Eric Heath James.". However, when preparing DeWALT's list of witnesses for the joint pretrial statement, I remembered then that his legal name was "Eric Heath James."

4. Heath James' last date of employment with DeWALT was December 12, 2008.

1    Case No. 1:07-CV-01080 LJO-GSA

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

DECLARATION OF JEFF GUTIERREZ IN SUPPORT OF DeWALT and DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S *MOTIONS IN LIMINE*

5.	I am informed and believe that Heath James was employed by Smith & Associates in Bakersfield in March of 2009, and has been employed there since.

6.	I am informed and believe that Mr. James is still currently employed at Smith & Associates and has had no gaps in his employment with them since March of 2009 when he began working there.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this ___5___ day of February, 2010.		_____
						JEFFREY A. GUTIERREZ

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

**DECLARATION OF JEFF GUTIERREZ IN SUPPORT OF DeWALT and DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S *MOTIONS IN LIMINE***

**PROOF OF SERVICE**

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On February 5, 2010, I served the foregoing document entitled **DECLARATION OF JEFFREY GUTIERREZ IN SUPPORT OF DeWALT and DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTIONS *IN LIMINE* NO. 3 AND NO. 6** on interested parties in this action:

| | |
|---|---|
| James J. Braze, Esq. | Steven John Hassing, Esq. |
| Jeffrey A. Travis, Esq. | Law Offices of Steven J. Hassing |
| Borton Petrini & Conron | 425 Calabria Court |
| 5060 California Avenue, Suite 700 | Roseville, CA 95747 |
| Bakersfield, CA 93303-2026 | Email address: stevehassing@yahoo.com |
| Email address: jbraze@bortonpetrini.com | |
| Email address: jtravis@bortonpetrini.com | |

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address: cokadigbo@gerlegal.com

___ BY MAIL. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

_XX_ BY ELECTRONIC SERVICE. Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on February 5, 2010, at Bakersfield, California.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/    Rocki L. Parnell
ROCKI L. PARNELL