James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 1:07-CV- 01080 LJO-GSA<br><br>PLAINTIFF'S NON OPPOSITION TO CITY OF WASCO'S MOTION IN LIMINE NO. 8 (EXCLUSION OF TESTIMONY REGARDING THE CITY'S ACQUISITION OF VALLEY ROSE ESTATES SUBDIVISION TRACTS) |
| CITY OF WASCO,<br><br>　　　　Cross-Complaint,<br><br>　　vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>　　　　Cross-Defendant. | |

/ / /

1

1  ///

2        Plaintiff agrees with the City of Wasco that the subject of their acquisition of the
3  property is irrelevant.  Plaintiff also would use Wasco's rationale to underscore plaintiff's Motion
4  in Limine No. 2 relating to the years of related litigation and which also has nothing to do with what
5  occurred in the years prior to the sale and later alleged infringement of McIntosh's copyrighted
6  works.

7        Therefore, and for the reasons articulated in Wasco's motion and also articulated in
8  Plaintiff's Motion in Limine No. Two, plaintiff agrees with Wasco and respectfully requests this
9  court grant this motion.

10 DATED:   February ___, 2010

11                                               BORTON PETRINI, LLP

14                                 By:      /s/ Jeffrey A. Travis
                                                  Jeffrey A. Travis, Attorney for Plaintiff,
                                                  Roger McIntosh dba McIntosh & Associates

H:\PUBLIC\054493\060971 McIntosh v. Northern\Trial Prep\Motions In Limine\Wasco\OPPOSITIONS\NON-OPP TO WASCOS MIL NO 8.wpd

2

PLAINTIFF'S NON OPPOSITION TO CITY OF WASCO'S MOTION IN LIMINE NO. 8 (EXCLUSION OF TESTIMONY REGARDING THE CITY'S ACQUISITION OF VALLEY ROSE ESTATES SUBDIVISION TRACTS)