nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700 (93309)
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   email: jbraze@bortonpetrini.com
5  email: jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh dba McIntosh
   & Associates
7

8              UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| 11 | ROGER McINTOSH, | Case No. 1:07-CV- 01080 LJO-GSA |
|---|---|---|
| 12 | Plaintiff, | PLAINTIFF'S OPPOSITION TO NORTHERN/LOTUS' MOTION IN LIMINE NO. 3 (PRELUDE EVIDENCE RELATING TO COPYRIGHT OF PUMP STATION AND LANDSCAPE PLANS) |
| 13 | v. | |
| 14 | NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive | |
| 18 | Defendants. | |
| 19 | | |
| 20 | CITY OF WASCO, | |
| 21 | Cross-Complaint, | |
| 22 | vs. | |
| 23 | NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., | |
| 25 | Cross-Defendant. | |

26

27  / / /

28

H:\PUBLIC\054493\060971 McIntosh v. Northern\Trial Prep\Motions In Limine\Northern\OPPOSITIONS\OPP NORTHERN MIL 3.wpd

1

PLAINTIFF'S OPPOSITION TO NORTHERN/LOTUS' MOTION IN LIMINE NO. 3

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

In this motion, Northern is effectively arguing two of the points (Copying and Utilitarian Exception) that it previously argued in its Motion in Limine No. 2 and therefore plaintiff will refer this court to its opposition to that motion.

However, and on the first point addressed in Northern/Lotus' motion, that of whether or not these defendants merely retained possession of the works and did not copy them, plaintiff states that he will present direct evidence that a copy was made of the improvement plans for Northern/Lotus at the request of Joe Wu, their principal for uses that were infringing in nature. This was admitted by Joe Wu several times in deposition.

At worst, this is a case for contributory or vicarious liability that plaintiff should be allowed to present at trial.

DATED: February ____, 2010

                              BORTON PETRINI, LLP

                              By:_____
                                  Jeffrey A. Travis, Attorney for Plaintiff,
                                  Roger McIntosh dba McIntosh & Associates