BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (224547)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF DEFENDANTS CITY OF WASCO, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, AND DENNIS W. DEWALT, INC.S' JOINT RESPONSE TO PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE OF PRIOR LITIGATION**<br><br>Date: February 12, 2010<br>Time: 1:30 p.m.<br>Dept: 4 (JLO)<br>Trial Date: March 1, 2010<br>Honorable Lawrence O'Neill |

I, Chaka C. Okadigbo, state, and if so called, will testify as follows:

1.  I am an attorney for the defendant in the above-named case and have been responsible for preparing, reviewing, instructing and conducting discovery and investigation into the facts surrounding this case.

2.  I am duly licensed to practice in the courts of the State of California including the Eastern District of California.

4838-2454-1701                                                        1
DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF DEFENDANTS CITY OF WASCO, NORTHERN CALIFORNIA
UNIVERSAL ENTERPRISES COMPANY, AND DENNIS W. DEWALT, INC.S' JOINT RESPONSE TO PLAINTIFF'S MOTION TO
EXCLUDE EVIDENCE OF PRIOR LITIGATION

1      3.    On or about December 18, 2008, I attended the deposition of Robert McIntosh, the Plaintiff in the instant action. Attached hereto as Exhibit A are true and correct copies of selected excerpts of the deposition transcript.

4.    On or about January 28, 2009, I attended the deposition of Robert McIntosh, the Plaintiff in the instant action. Attached hereto as Exhibit B are true and correct copies of selected excerpts of the deposition transcript.

5.    Attached hereto as Exhibit C is a true and correct copy of the Martin-McIntosh Schedule of Value that Plaintiff produced to our offices during the course of discovery.

Executed this 5th day of February, 2010, at Los Angeles, California

By: _____
Chaka C. Okadigbo

4838-2454-1701      2

DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF DEFENDANTS CITY OF WASCO, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, AND DENNIS W. DEWALT, INC.S' JOINT RESPONSE TO PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE OF PRIOR LITIGATION

# EXHIBIT A

**Certified Copy**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

    Plaintiff,

vs.                              Case No.
                                          107CV-01080-LJO-WMW

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, ET AL.,

    Defendants.

**DEPOSITION OF**

**ROGER McINTOSH**

December 18, 2008
9:11 a.m.

5001 East Commercenter
Suite 170
Bakersfield, California

Brian S. Cardoza, CSR No. 8362



PAULSON
REPORTING & LITIGATION SERVICES, LLC

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

Roger McIntosh                                      December 18, 2008

208
1  submitted versus that map being submitted.
2       Q.   All right.  Anything else?
3       A.   No.
4       Q.   Okay.
5       MR. TRAVIS:  I'd love to get some more coffee.
6       MR. HASSING:  All right, sure.
7       We're going to take five or 10 minutes, Chaka.
8       MR. OKADIGBO:  Yeah.
9       (Break taken.)
10      BY MR. HASSING:  Back on the record.
11      Q.   You're still under oath.  You understand
12 that?
13      A.   Yes.
14      Q.   What damages have you suffered by virtue of
15 this copyright infringement that you've complained of?
16      A.   I'm not sure what you mean by "damages".
17      Q.   Well, you've sued Joe and you want some money
18 from him, right?
19      A.   Correct.
20      Q.   And you want some money from him because
21 you've been damaged, right?
22      A.   Correct.
23      Q.   Well, what damages have you suffered?
24      A.   The amounts that have not been paid and the
25 profits that Mr. Wu profited from, or the City of Wasco.



ESQUIRE DEPOSITION SERVICES | PAULSON REPORTING & LITIGATION SERVICES, LLC

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

Roger McIntosh                                                    December 18, 2008

```
                              209
 1        Q.  Okay, so let's start with the amount of money
 2   you have not been paid.
 3        A.  Okay.
 4        Q.  We looked at your accounts receivable
 5   aging --
 6        A.  Uh-huh.
 7        Q.  -- for October 12th of 1994 and it appeared
 8   that you were owed around $338,000.00, something like
 9   that, correct?
10        A.  I believe so.
11        Q.  Roughly?  Rough numbers?
12        A.  Roughly.
13        Q.  Okay.  And so you're claiming as damages in
14   this case the 338,000, or whatever it is, that you were
15   owed at the time the job blew up, for lack of a better
16   word, correct?
17        A.  Yes.
18        Q.  Are you claiming interest on that sum from
19   the date it was due?
20        A.  Yes.
21        Q.  At 18 percent?
22        A.  Yes.
23        Q.  So, it's up around 800,000 bucks now, I think
24   you said earlier?
25        A.  I'd have to do the math.
```


ESQUIRE
DEPOSITION SERVICES

PAULSON
REPORTING & LITIGATION SERVICES, LLC

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.paulsonreporting.com

# EXHIBIT B

Certified Copy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

    Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, ET AL.,

    Defendants.

Case No.
107CV-01080-LJO-WMW

## DEPOSITION OF

## ROGER McINTOSH

## VOLUME 2

Wednesday, January 28, 2009
11:38 a.m.

5001 East Commercenter
Suite 170
Bakersfield, California

Brian S. Cardoza, CSR No. 8362



ESQUIRE
DEPOSITION SOLUTIONS
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

Roger McIntosh - Volume II                                    January 28, 2009

310

1  had been paid for preparing the improvement plans for 5472
2  prior to this lawsuit being filed?
3       A.  Yes.
4       Q.  And again, what was done in that regard?
5       A.  The same thing as on the tentative map.
6       Q.  And did you determine then that neither the
7  work in preparing the tentative map, nor the work in
8  preparing the improvement plans, had been fully paid for?
9       A.  I believe it's in the summary.
10      Q.  Is that what you concluded?
11      A.  Yes.
12      Q.  You indicated on prior questioning today that
13 Martin-McIntosh prepared a revised 5472 tentative map,
14 correct?
15      A.  Correct.
16      Q.  And you also indicated that prior to
17 preparing the revised 5472, that Martin-McIntosh had
18 prepared an original 5472, correct?
19      A.  I'm assuming that, since the revised one was
20 a revised map.
21      Q.  And was your answer based strictly on that
22 assumption?
23      A.  Yes.
24      Q.  Mr. Wu, according to you, contacted you at
25 some point and asked if he could use your plans to obtain



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

311
1  a final map; is that correct?
2       A.  He contacted me to ask if I would reprocess
3  his tentative map, or a tentative map, and -- and -- and
4  prepare a final map, because he was purchasing the
5  property from the City of Wasco.
6       Q.  And you told him that you would do it if he
7  would pay you what was left owing for work done on that
8  subdivision?
9       A.  That's correct.
10      Q.  But as I recall, you didn't give him a dollar
11 figure; is that correct?
12      A.  I gave him a ballpark figure.
13      Q.  And what was the ballpark figure?
14      A.  I don't recall.
15      Q.  Was it more than 300,000 or less than
16 300,000?
17      A.  I believe with interest, it was more around
18 800,000.
19      Q.  Okay.  All right.  Did you know at the time
20 you gave him that figure that you had a copyright interest
21 in the improvement plans and the tentative map?
22      A.  Yes.
23      Q.  Did you know at that time that if he went
24 forward and had somebody else prepare a tentative map
25 substantially similar to yours that he would be infringing



Toll Free: 800.300.1214
Facsimile: 661.322.2242

Suite 170
5001 East Commercenter Drive
Bakersfield, CA 93309
www.esquiresolutions.com

# EXHIBIT C

SCHEDULE OF VALUE
MARTIN-MCINTOSH

| | TOTAL ENGR. COSTS | PERCENT COMPLETE | WORK IN-PLACE | PAID BY BOND DESIGN FEES REVISIONS |
|---|---|---|---|---|
| **TRACT 5472 (69 LOTS)** | | | | |
| Tentative Map | $10,000.00 | 100% | $10,000.00 | |
| Storm Drain: | | | | |
| street excavation, curb & gutter, aggregate base | $18,000.00 | 100% | $18,000.00 | $18,000.00 |
| Sewer | $17,000.00 | 100% | $17,000.00 | $17,000.00 |
| Water | $9,000.00 | 100% | $9,000.00 | $9,000.00 |
| Street Improvements: | $71,000.00 | 100% | $71,000.00 | $71,000.00 |
| Sidewalks, Special Concrete, Paving, street lights & Street Signs | | | | |
| Final Tract Map | $23,000.00 | 100% | $23,000.00 | $23,000.00 |
| Landscape and walls | $36,500.00 | 100% | $36,500.00 | $36,500.00 |
| **SUBTOTAL:** | $184,500.00 | | $184,500.00 | $174,500.00 |
| **TRACT 5618 (293 LOTS)** | | | | |
| Tentative Map | $13,500.00 | 100% | $13,500.00 | |
| Storm Drain: | $36,000.00 | 95% | $34,200.00 | $13,500.00 |
| Street Excavation, Curb & Gutter, Aggregate Base | | | | |
| Sewer | $24,000.00 | 95% | $22,800.00 | |
| Water | $17,000.00 | 95% | $16,150.00 | |
| Street improvements: | $97,500.00 | 90% | $87,750.00 | |
| Final Tract Map | $8,700.00 | 100% | $8,700.00 | $8,700.00 |
| Landscape and Wall Plans | $31,000.00 | 90% | $27,900.00 | |
| Revisions: | $18,500.00 | 100% | $18,500.00 | $18,500.00 |

V-R-VALU.XLS

BP001854

# PROOF OF SERVICE
## (FRCP No. 5(b)(2)(E))

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avenue, Suite 695, Los Angeles, California 90071.

On **February 5, 2010**, I served the following documents: **DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF DEFENDANTS CITY OF WASCO, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, AND DENNIS W. DEWALT, INC.S' JOINT RESPONSE TO PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE OF PRIOR LITIGATION** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

Jeffrey Travis
Borton Petrini, LLP
1600 Truxtun Ave.
Bakersfield, CA 93301
jtravis@bortonpetrini.com

Steven J. Hassing
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747
stevehassing@yahoo.com

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA 93301
walexander@alexander-law.com

( )   **BY MAIL**: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( X )  **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rules(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

( )   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X )  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **February 5, 2010**, Los Angeles, California.

Carolyn Dominguez