**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

ROGER McINTOSH

Plaintiff(s),

v.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES, INC. *et al.*

Defendant(s).

Case No. 1:07-CV-01080-LJO-GSA

I, __Susan Graham Barnes__,

attorney for __City of Wasco__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | GCR, LLP |
| Address: | 633 17th Street |
| | Suite 1700 |
| City: | Denver |
| State: | Colorado    ZIP Code: 80202 |
| Voice Phone: | ( 303 ) 292-6545 |
| FAX Phone: | ( 303 ) 292-6546 |
| Internet E-mail: | sbarnes@gcrlegal.com |
| Additional E-mail: | |
| I reside in City: | Evergreen    State: Colorado |

I was admitted to practice in the <u>Bar of the Supreme Court of Colorado</u> (court) on <u>October 3, 1967</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Chaka C. Okadigbo

Firm Name: GCR, LLP

Address: 520 S. Grand Ave.

Suite 695

City: Los Angeles

State: California   ZIP Code: 90071

Voice Phone: (213) 347-0210

FAX Phone: (213) 347-0210

E-mail: cokadigbo@gcrlegal.com

Dated: 2/9/10                     Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: _____

                                          JUDGE, U.S. DISTRICT COURT



# SUPREME COURT
## State of Colorado

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**SUSAN GRAHAM BARNES**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the 3rd day of **October** A. D. **1967** and that at the date hereof the said **SUSAN GRAHAM BARNES** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this 4th day of **February** A. D. **2010**

*Susan J. Festag*

Clerk

By *Carla Trujillo*