# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER McINTOSH, | 1:07-cv-01080 LJO GSA |
| Plaintiff, | ORDER GRANTING PRO HAC VICE APPLICATION OF SUSAN GRAHAM BARNES |
| vs. | |
| | (Document No. 249) |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC., ET AL., | |
| Defendants. | |

On February 9, 2010, attorney Susan Graham Barnes filed an application to appear pro hac vice as counsel for Defendant City of Wasco pursuant to the provisions of Local Rule 83-180(b)(2). The application appearing in order and the requisite fee having been paid, the application is hereby GRANTED.

IT IS SO ORDERED.

Dated:   **February 10, 2010**         **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

-1-