**William L. Alexander** (State Bar Number 126607)
**Tenielle E. Cooper** (State Bar Number 226717)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for Defendant, Dennis W. DeWalt, Inc.**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | ) Case No.  1:07-CV-01080 LJO-GSA |
| Plaintiff, | ) **JOINT JUROR QUESTIONNAIRE FOR** |
| | ) **VOIR DIRE** |
| vs. | ) |
| NORTHERN CALIFORNIA UNIVERSAL | ) |
| ENTERPRISES COMPANY, a California | ) |
| Corporation, et al, | ) |
| Defendants. | ) |

The parties, and each of them, have stipulated to and herein submit the attached Jury Questionnaire and request this Court allow prospective jurors to complete this questionnaire and allow counsel to review the responses in advance of voir dire.

The proposed questionnaire is attached hereto as Exhibit "A".

DATED:  February 16, 2010

ALEXANDER & ASSOCIATES, PLC
By:  _____/s/  Tenielle E. Cooper_____
TENIELLE E. COOPER,
Attorneys for Defendant, Dennis W.
DeWalt, Inc.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1   Case No. 1:07-CV-01080 LJO-GSA

STIPULATED JUROR QUESTIONNAIRE FOR VOIR DIRE

# EXHIBIT "A"

## **PROPOSED JURY QUESTIONNAIRE FOR VOIR DIRE**

1.      What is your name and address?

      _____

2.      What is your birth date and age?

      _____

3.      What is your gender?

      Male           Female

4.      Do you work outside your home?

      YES        NO        Part-time       Unemployed

5.      Who is your employer?

      _____

6.      How long have you been employed by your current employer?

      _____

7.      What type of work do you do and what is your job title?

      _____

8.      Have you performed military service?

      YES           NO        If yes, what branch: _____

9.      What is your marital status?

      SINGLE            DIVORCED          NEVER MARRIED          WIDOWED

10.     Does your spouse work?

      YES          NO

11.     Who is your spouse's employer?

_____

12.     How long has your spouse been employed by his/her current employer?

_____

13.     What type of work does your spouse do and what is his/her job title?

_____

14.     Has your spouse performed military service?

      YES          NO      If yes, what branch: _____

15.     Do you have any children?

      YES          NO

16.     If you have children, how many? _____

17.     Please list the age and gender for each of your children.

2

_____

18.     If any of your children are adults, please list their occupations.

_____

19.     Have any of your children performed military service?  If yes, please state which child and which military branch.

_____

20.     What do you do in your spare time?

_____

_____

_____

21.     What is the highest level of education you have completed?

_____

22.     If you attended any trade schools, vocational schools, colleges, or universities, please list them here by name, and include the year(s) attended, your course/major of study, and any degree(s) you received.

_____

_____

_____

23.     What organizations, clubs, sports teams, etc. do you belong to and/or what volunteer activities have you been active in?

_____

_____

_____

24.     Do you, or does anyone close to you, have a background in construction?

        YES              NO


25.     If you answered YES to Question 25, please describe the person's background in construction.

        _____

        _____

        _____

        _____


26.     Do you, or does anyone close to you, have a background in civil engineering?

        YES              NO


27.     If you answered YES to Question 27, please describe the person's background in civil engineering.

        _____

        _____

        _____

        _____


28.     Do you, or does anyone close to you, have a background in land surveying?

        YES              NO

29.     If you answered YES to Question 29, please describe the person's background in land surveying.

_____

_____

_____

_____


30.     Have you, or has anyone close to you, ever worked in a business that had, or claimed to have, copyrights?

        YES            NO


31.     If you answered YES to Question 31, please describe who the person with the experience is, and what was the nature of the copyright?

_____

_____

_____

_____


32.     Have you, or has anyone close to you, ever been responsible for protecting trade secrets, patents, or copyrights?

        YES            NO


33.     If you answered YES to Question 33, please describe who the person with the experience is, and what was the nature of the responsibility for protecting trade secrets, patents, or copyright?

_____

_____

_____

_____

34.     Have you, or has anyone close to you, ever been involved in a situation in which protected information (such as trade secrets, patents, or copyrights) were disclosed to a third party?

        YES           NO


35.     If you answered YES to Question 35, please describe who the person with the experience is, and what was the nature of the responsibility for protecting trade secrets, patents, or copyright?

        _____

        _____

        _____

        _____


36.     Have you ever been sued in a court of law – where you had to defend yourself as the "defendant"?

        YES           NO


37.     If you answered YES to Question 37, please describe the type of lawsuit, the overall outcome of the case, when it occurred, and where it occurred.

        _____

        _____

        _____

        _____

38.     Have you ever filed a lawsuit in a court of law – where you were the plaintiff asserting your legal rights?

        YES             NO


39.     If you answered YES to Question 39, please describe the type of lawsuit, the overall outcome of the case, when it occurred, and where it occurred.

        _____

        _____

        _____

        _____


40.     Have you heard of any copyright legal cases in the news media or internet that you recall?

        YES             NO


41.     If you answered YES to Question 41, please describe the copyright legal case(s) you recall hearing about in the news media or on the internet, and give your general impression and feelings about that case or cases.

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

_____

_____

_____

*I affirm that the above information is true and I understand that I could be subject to criminal charges for providing false information.*

_____        _____
JUROR's SIGNATURE                                    SEAT NUMBER

**<u>PROOF OF SERVICE</u>**

      I am employed in the County of Kern, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On February 16, 2010, I served the foregoing document entitled **JUROR QUESTIONNAIRE** on interested parties in this action:

| | |
|---|---|
| James J. Braze, Esq. | Steven John Hassing, Esq. |
| Jeffrey A. Travis, Esq. | Law Offices of Steven J. Hassing |
| Borton Petrini & Conron | 425 Calabria Court |
| 5060 California Avenue, Suite 700 | Roseville, CA 95747 |
| Bakersfield, CA 93303-2026 | Email address:  stevehassing@yahoo.com |
| Email address: jbraze@bortonpetrini.com | |
| Email address: jtravis@bortonpetrini.com | |

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address:  cokadigbo@gerlegal.com

<u>   </u>  BY MAIL.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business.  The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

<u>XX</u>  BY ELECTRONIC SERVICE.  Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on February 16, 2010, at Bakersfield, California.

<u> X </u> (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

          /s/     Diane Ruff        
          DIANE RUFF

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

STIPULATED JUROR QUESTIONNAIRE FOR VOIR DIRE