**William L. Alexander** (State Bar Number 126607)
**Tenielle E. Cooper** (State Bar Number 226717)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for Defendant, Dennis W. DeWalt, Inc.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | Case No. 1:07-CV-01080 LJO-GSA |
| Plaintiff, | **DEFENDANTS DEWALT, NORTHERN AND LOTUS' WITNESS LIST** |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation, et al, | Date: March 1, 2010<br>Time: 8:30 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence J. O'Neill |
| Defendants. | |

Defendants DeWalt, Northern and Lotus respectfully submit the following list of persons who may be called as witnesses during their cases-in-chief in the above-captioned matter:

1. Jo Wu
   300 B Street, Turlock, CA

2. Jeff Gutierez
   1930 22nd Street, Bakersfield, California

3. Greg Black
   1118 Sungro Way, Bakersfield, California

4. Sarah Burgi
   3124 Bank Street, Bakersfield, California

5. Josh Woodward

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1   Case No. 1:07-CV-01080 LJO-GSA

DEFENDANTS DEWALT, NORTHERN AND LOTUS' WITNESS LIST

1039 Edgewater Court, Redding, California

6. Fred Porter
1200 21st Street, Bakersfield, California

7. James Delmarter
2901 H Street, Ste 3, Bakersfield, California

8. Steve Wong
3434 Fourth Ave, San Diego, California

9. Roger McIntosh
2001 Wheelan Court, Bakersfield CA

10. Dan Allen
Public Works Department, City of Wasco
801 8th Street, Wasco, CA 93280

11. Gary Giannetta
1119 S Street, Fresno, California

In addition to the above witnesses, defendants DeWalt, Northern and Lotus hereby reserve the right to call unknown or unforeseen rebuttal witnesses.

Finally, and in addition to the above witnesses, defendants DeWalt, Northern and Lotus hereby reserve the right to call any and all witnesses contained on plaintiff's Witness List.

DATED:  February 16, 2010        ALEXANDER & ASSOCIATES, PLC

By:   /s/  Tenielle E. Cooper
TENIELLE E. COOPER,
Attorneys for Defendant, Dennis W. DeWalt, Inc.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

2    Case No. 1:07-CV-01080 LJO-GSA

DEFENDANTS DEWALT, NORTHERN AND LOTUS' WITNESS LIST

# PROOF OF SERVICE

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On February 16, 2010, I served the foregoing document entitled **DEFENDANTS DEWALT, NORTHERN AND LOTUS' WITNESS LIST** on interested parties in this action:

| | |
|---|---|
| James J. Braze, Esq. | Steven John Hassing, Esq. |
| Jeffrey A. Travis, Esq. | Law Offices of Steven J. Hassing |
| Borton Petrini & Conron | 425 Calabria Court |
| 5060 California Avenue, Suite 700 | Roseville, CA 95747 |
| Bakersfield, CA 93303-2026 | Email address: stevehassing@yahoo.com |
| Email address: jbraze@bortonpetrini.com | |
| Email address: jtravis@bortonpetrini.com | |

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address: cokadigbo@gerlegal.com

___ BY MAIL. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

_XX_ BY ELECTRONIC SERVICE. Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on February 16, 2010, at Bakersfield, California.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/     Diane Ruff
DIANE RUFF

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3                Case No. 1:07-CV-01080 LJO-GSA

DEFENDANTS DEWALT, NORTHERN AND LOTUS' WITNESS LIST