**William L. Alexander** (State Bar Number 126607)
**Tenielle E. Cooper** (State Bar Number 226717)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for Defendant, Dennis W. DeWalt, Inc.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, ) | Case No.  1:07-CV-01080 LJO-GSA |
| ) | |
| Plaintiff, ) | **JOINT STATEMENT OF THE CASE** |
| ) | |
| vs. ) | |
| ) | Date:     February 12, 2010 |
| NORTHERN CALIFORNIA UNIVERSAL ) | Time:     1:30 p.m. |
| ENTERPRISES COMPANY, a California ) | Courtroom: 4 |
| Corporation, et al, ) | Judge:    Hon. Lawrence J. O'Neill |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties, and each of them, herein submit the stipulated Joint Statement of the Case, prepared jointly for the trial in the above-entitled actions.  The Statement is attached hereto as Exhibit "A."

DATED:  February 16, 2010                ALEXANDER & ASSOCIATES, PLC
                                         By:      /s/  Tenielle E. Cooper
                                            TENIELLE E. COOPER,
                                            Attorneys for Defendant, Dennis W.
                                            DeWalt, Inc.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1              Case No. 1:07-CV-01080 LJO-GSA

JOINT STATEMENT OF THE CASE

**EXHIBIT "A"**

**JOINT STATEMENT OF THE CASE**

This case is about copyrights. Plaintiff, ROGER McINTOSH, claims to own a copyright in a Tract Map and Improvement Plans for Tract 5472. Plaintiff claims that his copyright has been infringed. Defendants, and each of them, deny Plaintiff's claims.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1    Case No. 1:07-CV-01080 LJO-GSA

EXHIBIT "A" - JOINT STATEMENT OF THE CASE

## PROOF OF SERVICE

I am employed in the County of Kern, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On February 16, 2010, I served the foregoing document entitled **JOINT STATEMENT OF THE CASE** on interested parties in this action:

| | |
|---|---|
| James J. Braze, Esq. | Steven John Hassing, Esq. |
| Jeffrey A. Travis, Esq. | Law Offices of Steven J. Hassing |
| Borton Petrini & Conron | 425 Calabria Court |
| 5060 California Avenue, Suite 700 | Roseville, CA 95747 |
| Bakersfield, CA 93303-2026 | Email address: stevehassing@yahoo.com |
| Email address: jbraze@bortonpetrini.com | |
| Email address: jtravis@bortonpetrini.com | |

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address: cokadigbo@gerlegal.com

___  BY MAIL.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business.  The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX   BY ELECTRONIC SERVICE.  Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on February 16, 2010, at Bakersfield, California.

 X   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/      Diane Ruff
DIANE RUFF

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

2                Case No. 1:07-CV-01080 LJO-GSA

JOINT STATEMENT OF THE CASE