**William L. Alexander** (State Bar Number 126607)
**Tenielle E. Cooper** (State Bar Number 226717)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for Defendant, Dennis W. DeWalt, Inc.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation, et al,<br><br>　　　　　　Defendants. | Case No.  1:07-CV-01080 LJO-GSA<br><br>**JOINT STATEMENT OF STIPULATED FACTS**<br><br>Trial Date:　　March 1, 2010<br>Time:　　　　8:30 a.m.<br>Courtroom:　　4<br>Judge:　　　　Hon. Lawrence J. O'Neill |

　　　The parties, and each of them, submit the following Joint Statement of Undisputed Facts:

　　　1.　　The Plaintiff is ROGER McINTOSH.

　　　2.　　Mr. McINTOSH is a civil engineer who does business as McIntosh & Associates.

　　　3.　　Prior to 1999, ROGER McINTOSH was partners with Eugene Martin in the firm Martin-McIntosh.

　　　4.　　The firm, Martin-McIntosh, dissolved in 1999.

　　　5.　　Defendant, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES CO. ("NORTHERN") is a California corporation engaged in real estate acquisition and development.

　　　6.　　Defendant LOTUS DEVELOPMENTS, L.P. ("LOTUS") is a California limited partnership engaged in real estate development and sales.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1　　　Case No. 1:07-CV-01080 LJO-GSA

**JOINT STATEMENT OF STIPULATED FACTS**

7. NORTHERN is the general partner of LOTUS.

8. Defendant, THE CITY OF WASCO ("THE CITY") is a city located in Kern County, California.

9. Defendant, DENNIS W. DeWALT, INC. ("DeWALT") is a California corporation that performs civil engineering work in Kern County, California.

10. In 1992 a company called The Legacy Group, which is not a party to this case, hired the Martin-McIntosh firm to perform civil engineering services for a 480 acre parcel of land located in Wasco, California. The Legacy Group planned to develop the land and build a residential community.

11. The 480 acre parcel of land was named the "Valley Rose Estates."

12. The 480 acre parcel was then subdivided into six (6) separate parcels in preparation for development and construction.

13. In 1992 the Martin-McIntosh firm prepared a Tentative Tract Map for a part of Parcel Number One in the Valley Rose Estates. The tract in Parcel One was named "5472."

14. Martin-McIntosh also prepared improvement plans for Tract 5472.

15. THE CITY approved the Tentative Tract Map and Improvement Plans for Tract 5472.

16. The Legacy Group constructed streets, sidewalks, curbs, gutters, storm drains, sewers, water utility, block walls, and driveway approaches within Tract 5472.

17. The Legacy Group ran out of funding and declared bankruptcy before it could begin building any homes on Tract 5472.

18. In 2001, the Tentative Tract Map for Tract 5472 expired.

19. In 2002, The Legacy Group's development agreement with THE CITY expired.

20. In 2002, THE CITY purchased Tract 5472 of the Valley Rose Estates subdivision at a tax sale.

21. In December of 2004, THE CITY sold Tract 5472 to LOTUS.

22. THE CITY required LOTUS/NORTHERN to prepare a new tentative tract map for Tract 5472.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

2    Case No. 1:07-CV-01080 LJO-GSA

JOINT STATEMENT OF STIPULATED FACTS

23.     THE CITY did not require LOTUS/NORTHERN to prepare or submit new improvement plans for Tract 5472 because the improvements had already been constructed in Tract 5472 by The Legacy Group.

24.     THE CITY required LOTUS/NORTHERN to repair and/or replace damaged subdivision improvements.

25.     NORTHERN hired DeWALT to prepare a new tentative tract map for Tract 5472.

26.     In 2004, DeWALT prepared a new tentative map which DeWALT numbered as Tract 6451.

27.     DeWALT submitted its Tentative Tract Map 6451 to THE CITY in November of 2004.

28.     On February 22, 2007, ROGER McINTOSH received copyright registration certificate No. VAU 721-180.

29.     Between 2006 and the present day, LOTUS sold 19 total homes at Tract 6451.

DATED:  February 16, 2010                    ALEXANDER & ASSOCIATES, PLC

                                             By:____/s/  Tenielle E. Cooper____
                                                 TENIELLE E. COOPER
                                                 Attorneys for Defendant, Dennis W.
                                                 DeWalt, Inc.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3                          Case No. 1:07-CV-01080 LJO-GSA

JOINT STATEMENT OF STIPULATED FACTS

**PROOF OF SERVICE**

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On February 16, 2010, I served the foregoing document entitled **JOINT STATEMENT OF STIPULATED FACTS** on interested parties in this action:

| | |
|---|---|
| James J. Braze, Esq. | Steven John Hassing, Esq. |
| Jeffrey A. Travis, Esq. | Law Offices of Steven J. Hassing |
| Borton Petrini & Conron | 425 Calabria Court |
| 5060 California Avenue, Suite 700 | Roseville, CA 95747 |
| Bakersfield, CA 93303-2026 | Email address: stevehassing@yahoo.com |
| Email address: jbraze@bortonpetrini.com | |
| Email address: jtravis@bortonpetrini.com | |

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address: cokadigbo@gerlegal.com

___ BY MAIL. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX  BY ELECTRONIC SERVICE. Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on February 16, 2010, at Bakersfield, California.

 X  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/     Rocki L. Parnell
ROCKI L. PARNELL