**William L. Alexander** (State Bar Number 126607)
**Tenielle E. Cooper** (State Bar Number 226717)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for Defendant, Dennis W. DeWalt, Inc.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | ) Case No.  1:07-CV-01080 LJO-GSA |
| | ) |
| Plaintiff, | ) **DEWALT'S PROPOSED SPECIAL JURY** |
| | ) **INSTRUCTION NO. 4** |
| vs. | ) |
| | ) **JOINED BY NORTHERN, LOTUS AND** |
| NORTHERN CALIFORNIA UNIVERSAL | ) **CITY OF WASCO** |
| ENTERPRISES COMPANY, a California | ) |
| Corporation, et al, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SPECIAL JURY INSTRUCTION NO. 4

### (Substantial Similarity)

Only those elements of a work that are protectable by copyright can be compared in determining whether or not a defendant copied a work.  Elements unprotected by copyright law have to be identified and filtered out before the works can be considered as a whole.  You cannot base a finding of infringement on unprotected items within Plaintiff's work.

///

///

///

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1                    Case No. 1:07-CV-01080 LJO-GSA

DEWALT'S PROPOSED SPECIAL JURY INSTRUCTION NO. 4

1

**SUPPORTING AUTHORITIES:**

2

*Apple Computer, Inc. v. Microsoft Corp.* 35 F.3d 1435, 1446 (9th Cir. 1994)

3

DATED:  February 16, 2010                    ALEXANDER & ASSOCIATES, PLC

4

                                                    By:    /s/  Tenielle E. Cooper

5

                                                           TENIELLE E. COOPER,
                                                           Attorneys for Defendant, Dennis W.

6

                                                           DeWalt, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

2                          Case No. 1:07-CV-01080 LJO-GSA

DEWALT'S PROPOSED SPECIAL JURY INSTRUCTION NO. 4

## PROOF OF SERVICE

I am employed in the County of Kern, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On February 16, 2010, I served the foregoing document entitled **DEWALT'S PROPOSED SPECIAL JURY INSTRUCTION NO. 4** on interested parties in this action:

James J. Braze, Esq.                              Steven John Hassing, Esq.
Jeffrey A. Travis, Esq.                           Law Offices of Steven J. Hassing
Borton Petrini & Conron                           425 Calabria Court
5060 California Avenue, Suite 700                  Roseville, CA 95747
Bakersfield, CA 93303-2026                         Email address:  stevehassing@yahoo.com
Email address: jbraze@bortonpetrini.com
Email address: jtravis@bortonpetrini.com

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address:  cokadigbo@gerlegal.com

____   BY MAIL.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business.  The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX    BY ELECTRONIC SERVICE.  Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on February 16, 2010, at Bakersfield, California.

 X   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/      Diane Ruff
DIANE RUFF

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3                    Case No. 1:07-CV-01080 LJO-GSA

DEWALT'S PROPOSED SPECIAL JURY INSTRUCTION NO. 4