**William L. Alexander** (State Bar Number 126607)
**Tenielle E. Cooper** (State Bar Number 226717)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for Defendant, Dennis W. DeWalt, Inc.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

|  |  |
|---|---|
| ROGER McINTOSH, | ) Case No.  1:07-CV-01080 LJO-GSA |
|  | ) |
| Plaintiff, | ) **DEWALT'S PROPOSED SPECIAL JURY** |
|  | ) **INSTRUCTION NO. 7** |
| vs. | ) |
|  | ) |
| NORTHERN CALIFORNIA UNIVERSAL | ) **JOINED BY NORTHERN, LOTUS AND** |
| ENTERPRISES COMPANY, a California | ) **CITY OF WASCO** |
| Corporation, et al, | ) |
|  | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

### SPECIAL JURY INSTRUCTION NO. 7

### (Useful Articles)

A "useful article" is an article having an intrinsic utilitarian function that is not merely to portray the appearance of the article or to convey information.  The design of a "useful article" is only protected to the extent that such design incorporates pictorial, graphic, or sculptural features that can be identified separately from, and are capable of existing independently of, the utlitarian aspects of the article.

///

///

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1                Case No. 1:07-CV-01080 LJO-GSA

DEWALT'S PROPOSED SPECIAL JURY INSTRUCTION NO. 7

1  <u>**SUPPORTING AUTHORITIES:**</u>

2      Authority; 17 U.S.C. Section 101; *Amini Innovation Corporation v. Anthony California,*

3  *Inc.*, 439 F.3d 1365, 1369 (Fed Cir.2006, Cent Dist Cal.); *Lamps Plus, Inc. v. Seattle Lighting*

4  *Fixture Co.*, 345 F.3d 1140, 1147 (9th Cir. 2003); *Harper House, Inc. v. Nelson*, 889 F.2d 197,

5  201- 202, (9th Cir. 1989); *Fabrica Inc. v. El Dorado Corp.*, 697 F.2d 890, 893 (9th Cir. 1983);

6  DATED:  February 16, 2010          ALEXANDER & ASSOCIATES, PLC

7            By:    _____/s/  Tenielle E. Cooper

8            TENIELLE E. COOPER,
          Attorneys for Defendant, Dennis W.

9            DeWalt, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

DEWALT'S PROPOSED SPECIAL JURY INSTRUCTION NO. 7

**PROOF OF SERVICE**

I am employed in the County of Kern, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On February 16, 2010, I served the foregoing document entitled **DEWALT'S PROPOSED SPECIAL JURY INSTRUCTION NO. 7** on interested parties in this action:

James J. Braze, Esq.                        Steven John Hassing, Esq.
Jeffrey A. Travis, Esq.                     Law Offices of Steven J. Hassing
Borton Petrini & Conron                     425 Calabria Court
5060 California Avenue, Suite 700           Roseville, CA 95747
Bakersfield, CA 93303-2026                  Email address:  stevehassing@yahoo.com
Email address: jbraze@bortonpetrini.com
Email address: jtravis@bortonpetrini.com

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address:  cokadigbo@gerlegal.com

____   BY MAIL.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business.  The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX    BY ELECTRONIC SERVICE.  Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on February 16, 2010, at Bakersfield, California.

 X   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/       Diane Ruff
DIANE RUFF

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3                    Case No. 1:07-CV-01080 LJO-GSA

DEWALT'S PROPOSED SPECIAL JURY INSTRUCTION NO. 7