TK:lj

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants.<br><br>CITY OF WASCO,<br><br>　　　　　Cross-Complaint,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>　　　　　Cross-Defendant. | Case No.  1:07-CV- 01080 LJO-GSA<br><br>JOINT TRIAL EXHIBIT LIST |

/ / /

/ / /

| | | |
|---|---|---|
| 1 | | JOINT EXHIBIT LIST |
| 2 | J-1 | Gene Martin letter to Michael Brown March 18, 1992 re: Proposal |
| 3 | J-2 | Staff Report - Tentative Tract 5472 |
| 4 | J-3 | Seller Final Closing Statements |
| 5 | J-4 | Valley Rose Account Summary |
| 6 | J-5 | Certificate of Registration |
| 7 | J-6 | Redemption and Dissolution Agreement |
| 8 | J-7 | Purchase and Sale Agreement |
| 9 | J-8 | Wasco City Ordinance - title 16: Subdivisions |
| 10 | J-9 | Appraisal of Valley Rose Estates |
| 11 | J-10 | City of Wasco - Developer Information Packet |
| 12 | J-11 | Wasco Cost Publishing |
| 13 | J-12 | Tract No. 6451 (3 pages) (unsigned) |
| 14 | J-13 | Vesting Tentative Tract map No. 6451 |
| 15 | J-14 | December 13, 2004 letter from Leonard to Black |
| 16 | J-15 | April 13, 2005 mail from McNamara to Black with attachments |
| 17 | J-16 | Agreement Between Client and Consultant September 7, 2004 |
| 18 | J-17 | Engineer's Report and assessment - Valley Rose Assessment District March 1995 |
| 19 | J-18 | July 21, 2004 Proposal for Planning |
| 20 | J-19 | Checks/Invoices |
| 21 | J-20 | March 15, 2005 McNamara letter to Lotus Development |
| 22 | J-21 | Lotus Development Fees Collected Analysis |
| 23 | J-22 | December 20, 2004 letter from Black to McNamara |
| 24 | J-23 | Quad Knopf Report February 2, 2000 |
| 25 | J-24 | Agreement between client and consultant march 18, 1992 |
| 26 | J-25 | Tentative Tract 5472 Map |
| 27 | J-26 | Revised Tentative Tract Map No. 5472 |
| 28 | J-27 | Tax Deed to Purchaser of Tax-Defaulted Property #057944 |

| | | |
|---|---|---|
| 1 | J-28 | Tax Deed to Purchaser of Tax-Defaulted Property #057946 |
| 2 | J-29 | March 25, 1992 letter from Bergan to Brown, Kamm, Christensen |
| 3 | J-30 | April 21, 1992 letter from Staub to Cairns |
| 4 | J-31 | April 27, 1992 Wasco Planning Commission Agenda |
| 5 | J-32 | May 4, 1992 Weekly Status Report |
| 6 | J-33 | May 11, 1992 letter from Staub to Davis re: Conditions of Approval |
| 7 | J-34 | March 18, 1992 Proposal for Professional Planning |
| 8 | J-35 | May 18, 1992 Weekly Status Report |
| 9 | J-36 | May 22, 1992 Weekly Status Report |
| 10 | J-37 | May 29, 1992 Weekly Status Report |
| 11 | J-38 | June 5, 1992 Weekly Status Report |
| 12 | J-39 | June 24, 1992 Addition to Agreement |
| 13 | J-40 | June 26, 1992 Weekly Status Report |
| 14 | J-41 | July 6, 1992 Weekly Status Report |
| 15 | J-42 | Parcel Map No. 9572 |
| 16 | J-43 | July 10, 1992 Letter of Transmittal |
| 17 | J-44 | August 17, 1992 Weekly Status Report |
| 18 | J-45 | Resolution No. 92-1476 |
| 19 | J-46 | August 24, 1992 Weekly Status Report |
| 20 | J-47 | November 16, 1992 Weekly Status Report |
| 21 | J-48 | November 23, 1992 Weekly Status Report |
| 22 | J-49 | December 7, 1992 Weekly Status Report |
| 23 | J-50 | December 17, 1992 Weekly Status Report |
| 24 | J-51 | Contract Agreement for Tract 5472 - Turman Construction |
| 25 | J-52 | Notice of Special Meeting |
| 26 | J-53 | February 1, 1992 Weekly Status Report |
| 27 | J-54 | March 8, 1992 Letter from Martin to Legacy Group re: Cost Update |
| 28 | J-55 | April 9, 1993 Weekly Status Report |

| | | |
|---|---|---|
| 1 | J-56 | Engineering Costs - Valley Rose Estates |
| 2 | J-57 | April 23, 1993 Weekly Status Report |
| 3 | J-58 | April 30, 1993 Weekly Status Report |
| 4 | J-59 | May 7, 1993 Weekly Status Report |
| 5 | J-60 | May 21, 1993 Letter from Hendrickson to Turman re: Pay Schedule Approval |
| 6 | J-61 | June 15, 1993 Description of Improvements |
| 7 | J-62 | Parameter Cost List |
| 8 | J-63 | August 31, 1993 Weekly Status Report |
| 9 | J-64 | October 4, 1993 Weekly Status Report |
| 10 | J-65 | March 16, 1994 Status Report |
| 11 | J-66 | May 2, 1992 Addresses for Tract 5472 |
| 12 | J-67 | September 30, 1994 Letter from Wilkinson to Turman re: Final Punch List |
| 13 | J-68 | Resolution No. 95-1638 |
| 14 | J-69 | Tentative Tract map No. 6451 |
| 15 | J-70 | Tract Map No. 6451 (1 page) |
| 16 | J-71 | November 29, 2004 Letter from Black to McNamara re: Preliminary Review |
| 17 | J-72 | Attachment to RESPA |
| 18 | J-73 | Bonding Estimates Tract 6451 |
| 19 | J-74 | Tract No. 6451 (3 pages - signed) |
| 20 | J-75 | May 19, 2006 Letter from Black to McNamara re:  Final Map, Tract 6451 |
| 21 | J-76 | Job Cost Master file Listing |
| 22 | J-77 | Valley Rose Estates Map List |
| 23 | J-78 | Plan View Schedule |
| 24 | J-79 | Valley Rose Project - Wasco |
| 25 | J-80 | Subdivision Agreement for Tract 6451 |
| 26 | J-81 | Assignment of Workout and Settlement Agreement |
| 27 | J-82 | Assignment of Supplemental Golf Course Bonds Agreement |
| 28 | J-83 | Resolution No. 2004-39 |

| | | |
|---|---|---|
| 1 | J-84 | Title 13 - Public Services |
| 2 | J-85 | Impact Fee Engineering Study |
| 3 | J-86 | Resolution No. 92-1474 |
| 4 | J-87 | Development Agreement - The Legacy Group November 3, 1992 |
| 5 | J-88 | Google Type Map |
| 6 | J-89 | Staff Report Tentative Tract 6451 |
| 7 | J-90 | Resolution No. 05-10 |
| 8 | J-91 | Resolution No. 2007-2400 |
| 9 | J-92 | Wasco Planning Department Project Description Tentative Tract 6451 |
| 10 | J-93 | May 11, 2006 Letter to City of Wasco from Northern |
| 11 | J-94 | September 26, 2005 Letter from Helt to Black re: Tract 6541 |
| 12 | J-95 | August 29, 2005 Letter from Helt to Black re: Tract 6541 |
| 13 | J-96 | Appraisal of 68 proposed single family lots October 4, 2004 |
| 14 | J-97 | March 15, 2005 letter from McNamara to Lotus re: Tentative Tract Map 6451 |
| 15 | J-98 | October 20, 2004 letter from Glaser to Northern |
| 16 | J-99 | March 31, 2006 Letter from Glaser to Northern re: Plan check fees |
| 17 | J-100 | Valley Rose Outstanding Balance Summary 6/15/95 |
| 18 | J-101 | Ordinance No. 2005-510 |
| 19 | J-102 | Resolution No. 06-2298 |
| 20 | J-103 | Resolution No. 06-2297 |
| 21 | J-104 | March 6, 2006 Letter from Marimla to City of Wasco re: Valley Rose Estates |
| 22 | J-105 | February 16, 2006 Letter from Glaser to Northern re: Permits |
| 23 | J-106 | July 25, 2005 Letter from Lopez to Northern re:" Plan check fees |
| 24 | J-107 | January 13, 2006 Letter from Pennel to Wu |
| 25 | J-108 | February 14, 2006 Letter from Marimla to Wasco Public Works re: water drop |
| 26 | J-109 | November 21, 2005 Letter from Souza to Pennel re: backup generator installation |
| 27 | J-110 | November 7, 2007 Memorandum from McNamara to Allen |
| 28 | J-111 | Preliminary Engineer's Report & Assessment Valley Rose Assessment District January 1995 |

| | | |
|---|---|---|
| 1 | J-112 | September 28, 2006 Letter from Wren to Wu re: Valley Rose Estates |
| 2 | J-113 | September 26, 2006 Letter from Wu to Public Works Dept. re: Development Agreement |
| 3 | J-114 | August 18, 2006 Letter from Wren to Wooner re: Tract 6451 fees |
| 4 | J-115 | October 5, 1992 Letter from Statu b to Schroepfer re: Valley Rose assessment work |
| 5 | J-116 | July 7, 2006 Letter from McNamara to Souza |
| 6 | J-117 | January 20, 2000 Letter from Schroepfer to Marshall re: Wasco Valley Rose Estates |
| 7 | J-118 | April 28, 1992 Letter from Cairns to McIntosh |
| 8 | J-119 | Resolution No. 92-9 Setting Forth Findings of Fact |
| 9 | J-120 | Environmental Assessment Form |
| 10 | J-121 | November 1, 2004 Letter from Black to McNamara re: Preliminary Review Application |
| 11 | J-122 | Analysis - Tentative Tract 6451 (Exhibit "D") |
| 12 | J-123 | November 14, 2006 Letter from Hassing to Peake re: Joe Wu and the Wasco Valley Rose |
| 13 | | Golf Course |
| 14 | J-124 | U.S. Bank N.A. |
| 15 | J-125 | Vesting Tentative Tract No. 6451 City of Wasco - (enlarged) |
| 16 | J-126 | Tract No. 6451 signed P. 1 (enlarged) |
| 17 | J-127 | Tract No. 6451 signed P. 2 (enlarged) |
| 18 | J-128 | Tract No. 6451 signed P. 3 (enlarged) |
| 19 | J-129 | Tentative Tract Map No. 6451 (enlarged) |
| 20 | J-130 | Tentative Tract 5472 (enlarged) |
| 21 | J-131 | Revised Tentative Tract Map 5472 (enlarged) |
| 22 | J-132 | Third Amended Complaint |
| 23 | J-133 | Enlarged 5472 |
| 24 | J-134 | Enlarged 6451 Tentative |
| 25 | J-135 | Enlarged 6451 Final |
| 26 | J-136 | Enlarged 5472 Grading Plan |
| 27 | J-137 | Enlarged Verdict Form |
| 28 | /// | |

DATED: February 16, 2010

BORTON PETRINI, LLP

By: _____
James J. Braze, Attorney for Plaintiff,
Roger McIntosh dba McIntosh & Associates

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\Exhibit List\JOINT
EXHIBIT LIST 2-16-10.wpd

7

JOINT TRIAL EXHIBIT LIST

# PROOF OF SERVICE
## (FRCP No. 5(b)(2)(E))

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On February ____, 2010, I served the foregoing document described as **JOINT TRIAL EXHIBIT LIST** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br><br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants, Northern California Universal Enterprises Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**GCR, LLP**<br>520 S. Grand Ave, Suite 695<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>Alexander & Associates<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

☐ **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

☐ **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **February ____, 2010**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

____Connie D. Seaton____         ____/s/ Connie D. Seaton____