nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700 (93309)
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   email: jbraze@bortonpetrini.com
5  email: jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh dba
   McIntosh & Associates

7

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                        Case No.  1:07-CV- 01080 LJO-GSA

12              Plaintiff,                 PLAINTIFF'S PROPOSED SPECIAL
                                           JURY INSTRUCTIONS
13  v.

14  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, a California
15  corporation; LOTUS DEVELOPMENTS,
    LLP; THE CITY OF WASCO, a municipal
16  corporation; DEWALT CM, INC., a California
    corporation also doing business as DEWALT
17  CORPORATION; and DOES 1 through 10,
    inclusive
18
                Defendants.
19

20  ─────────────────────────────────

21  CITY OF WASCO,

22              Cross-Complaint,

23      vs.

24  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, INC.,
25
                Cross-Defendant.
26

27  / / /

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\PLTFFS
PROPOSED SPEC JURY
INSTR.wpd

1

2        Plaintiff, Roger McIntosh, hereby submits and respectfully requests this Court include the

3 following ten special jury instructions.  Included with each instruction is supporting authority from

4 this jurisdiction and applicable treatise citations.

5

6 DATED:   February 15, 2010

7                              BORTON PETRINI, LLP

8

9                              By:____s/Jeffrey A. Travis/_____

10                                   James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff,

11                                   Roger McIntosh dba McIntosh & Associates

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\PLTFFS
PROPOSED SPEC JURY
INSTR.wpd

2
PLAINTIFF'S PROPOSED SPECIAL JURY INSTRUCTIONS

nr

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700 (93309)
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba
McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>        Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No.  1:07-CV- 01080 LJO-GSA<br><br>PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 1 |
| CITY OF WASCO,<br><br>        Cross-Complaint,<br><br>    vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>        Cross-Defendant. | |

/ / /

/ / /

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
1.wpd

1

PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 1

1

## SPECIAL JURY INSTRUCTION NO. 1

2

3

## COPYING

4

The fact that a work has been copied from a work in another medium does not render

5 it any less a copy.

6

7 **SUPPORTING AUTHORITIES:**

8          17 U.S.C. § 101; *2 Nimmer on Copyright*, Section 8.01[B] (2006); *Atari, Inc. v. North*

9 *American Phillips Consumer Electronics Corp.*, 672 F.2d 607 (7th Cir. 1982), cert. denied, 459 U.S.

10 880 (1982); *Tennessee Fabricating Company v. Multry Manufacturing Company*, 421 F.2d 279, 284

11 (5th Cir. 1970) (two dimensional reproduction of three dimensional work held in infringement), cert.

12 denied, 398 U.S. 928 (1970).

13 DATED:   February 15, 2010

14                              BORTON PETRINI, LLP

15

16

                              By: ____s/Jeffrey A. Travis/_____
17                                   James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff,
                                     Roger McIntosh dba McIntosh & Associates
18

19

20

21

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
1.wpd

2
PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 1

nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700 (93309)
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   email: jbraze@bortonpetrini.com
5  email: jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh dba
   McIntosh & Associates

7

8              UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                    Case No.  1:07-CV- 01080 LJO-GSA

12              Plaintiff,             PLAINTIFF'S [PROPOSED] SPECIAL
                                       JURY INSTRUCTION NO. 2
13  v.

14  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, a California
15  corporation; LOTUS DEVELOPMENTS,
    LLP; THE CITY OF WASCO, a municipal
16  corporation; DEWALT CM, INC., a California
    corporation also doing business as DEWALT
17  CORPORATION; and DOES 1 through 10,
    inclusive
18
               Defendants.
19

20  ──────────────────────────────

    CITY OF WASCO,
21
               Cross-Complaint,
22
    vs.
23
    NORTHERN CALIFORNIA UNIVERSAL
24  ENTERPRISES COMPANY, INC.,

25             Cross-Defendant.

26  ──────────────────────────────

27  / / /

28  / / /

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
2.wpd

1

PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 2

1

**SPECIAL JURY INSTRUCTION NO. 2**

2

**COPYING FROM A COMMON SOURCE**

3        A work is copied even if defendant copied from a third work rather than from the

4 plaintiff's work if such third work was itself a copy of the plaintiff's work.

5

6 **SUPPORTING AUTHORITIES:**

7        2 *Nimmer on Copyright*, Section 8.01[C] (2006); *Pye v. Mitchell,* 574 F.2d 476, 481

8 (9th Cir. 1978; *Well-Made Toy Manufacturing Corp. v. Goffa International Corp.*, 210 F.Supp.2d

9 147, 165, Eastern District of NY (2002); *affirmed* 354 F.3d 112 (2nd Cir. 2003) (holding that if

10 Work A is an actual copy of Work B and Work B is an actual copy of Work C, then Work A is

11 deemed an actual copy of Work C); *De Acosta v. Brown*, 146 F.2d 408, 413 (2nd Cir. 1944) (it is

12 no defense even if the defendant did copy from a third work rather than from the plaintiff if such

13 third work was itself an unauthorized copy of the plaintiff's work).

14 DATED:   February 15, 2010

15                        BORTON PETRINI, LLP

16

17

18                        By:    s/Jeffrey A. Travis/
                            James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff,
19                            Roger McIntosh dba McIntosh & Associates

20

21

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
2.wpd

2

PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 2

nr

1   James J. Braze, Esq.; SBN 75911
    Jeffrey A. Travis, Esq.; SBN 235507
2   BORTON PETRINI, LLP
    5060 California Avenue, Suite 700 (93309)
3   Post Office Box 2026
    Bakersfield, CA 93303
4   Telephone (661) 322-3051
    email: jbraze@bortonpetrini.com
5   email: jtravis@bortonpetrini.com

6   Attorneys for Plaintiff, Roger McIntosh dba
    McIntosh & Associates

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                          Case No.  1:07-CV- 01080 LJO-GSA

12                  Plaintiff,               PLAINTIFF'S [PROPOSED] SPECIAL
                                             JURY INSTRUCTION NO. 3
13  v.

14  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, a California
15  corporation; LOTUS DEVELOPMENTS,
    LLP; THE CITY OF WASCO, a municipal
16  corporation; DEWALT CM, INC., a California
    corporation also doing business as DEWALT
17  CORPORATION; and DOES 1 through 10,
    inclusive
18
                    Defendants.
19

20  ─────────────────────────────────

21  CITY OF WASCO,

22                  Cross-Complaint,

23         vs.

24  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, INC.,
25
                    Cross-Defendant.
26

27  / / /

28  / / /

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
3.wpd

1

PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 3

## SPECIAL JURY INSTRUCTION NO. 3

## COPYING-ACCESS - STRIKING SIMILARITY

In the absence of proof of access, a copyright plaintiff can still make out a case for infringement by showing that the works were "strikingly similar."  A striking similarity is one sufficiently unique or complex as to make it unlikely that it was independently created.

**SUPPORTING AUTHORITIES:**

*Three Boys Music Corp. v. Bolton*, 212 F.3d 477, 486 (9th Cir. 2000); *Baxter v. MCA, Inc.* 812 F.2d 421, 423 (9th Cir. 1987); *Selle v. Gibb*, 741 F.2d 896, 903 (7th Cir. 1984)..

DATED:   February 15, 2010

BORTON PETRINI, LLP


By:    s/Jeffrey A. Travis/
James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff, Roger McIntosh dba McIntosh & Associates

PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 3

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
3.wpd

nr

1   James J. Braze, Esq.; SBN 75911
    Jeffrey A. Travis, Esq.; SBN 235507
2   BORTON PETRINI, LLP
    5060 California Avenue, Suite 700 (93309)
3   Post Office Box 2026
    Bakersfield, CA 93303
4   Telephone (661) 322-3051
    email: jbraze@bortonpetrini.com
5   email: jtravis@bortonpetrini.com

6   Attorneys for Plaintiff, Roger McIntosh dba
    McIntosh & Associates

7

8                       UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                           Case No.  1:07-CV- 01080 LJO-GSA

12                    Plaintiff,              PLAINTIFF'S [PROPOSED] SPECIAL
                                              JURY INSTRUCTION NO. 4
13  v.

14  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, a California
15  corporation; LOTUS DEVELOPMENTS,
    LLP; THE CITY OF WASCO, a municipal
16  corporation; DEWALT CM, INC., a California
    corporation also doing business as DEWALT
17  CORPORATION; and DOES 1 through 10,
    inclusive
18
                      Defendants.
19

20  CITY OF WASCO,

21                    Cross-Complaint,

22        vs.

23  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, INC.,
24
                      Cross-Defendant.
25

26

27  / / /

28  / / /

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
4.wpd

1
PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 4

1

## SPECIAL JURY INSTRUCTION NO. 4

2

### JOINT LIABILITY FOR INFRINGER'S PROFITS

3          When a copyright is infringed, all infringers are jointly and severally liable for

4  plaintiff's actual damages but each defendant is severally liable for his or its own illegal profit.  One

5  defendant is not liable for the profit made by another.

6          However, the rule of several liability for profit does not apply where the defendants

7  act as partners or "practically partners."

8          Relevant factors in determining whether any of the defendants were acting as partners

9  or practically partners is their role in the infringing activity, the degree of direction of activity, and

10  each's financial interest in activity.

11  **SUPPORTING AUTHORITIES:**

12          *Nelson v. Salabes, Inc. v. Morningside Development, LLC*, 284 F.3d 505, 517

13  (4th Cir. 2002); *MCA, Inc. v. Wilson*, 677 F.2d 180, 186 (2nd Cir. 1981); *Frank Music Corp. v.*

14  *Metro Goldwyn Meyer, Inc.*, 772 F.2d 505, 519 (9th Cir. 1985); *Sammons v. Colonial Press, Inc.*,

15  126 F.2d 341 (1st Cir. 1942); and *Belford, Clarke & Company v. Scribner,* 144 U.S. 488, 1892.

16  DATED:   February 15, 2010

17                         BORTON PETRINI, LLP

18

19

20                         By:     s/Jeffrey A. Travis/
                                James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff,
21                              Roger McIntosh dba McIntosh & Associates

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
4.wpd

2

PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 4

nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700 (93309)
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   email: jbraze@bortonpetrini.com
5  email: jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh dba
   McIntosh & Associates

7

8              UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                    Case No.  1:07-CV- 01080 LJO-GSA

12              Plaintiff,             PLAINTIFF'S [PROPOSED] SPECIAL
                                       JURY INSTRUCTION NO. 5
13  v.

14  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, a California
15  corporation; LOTUS DEVELOPMENTS,
    LLP; THE CITY OF WASCO, a municipal
16  corporation; DEWALT CM, INC., a California
    corporation also doing business as DEWALT
17  CORPORATION; and DOES 1 through 10,
    inclusive
18
                Defendants.
19

20  CITY OF WASCO,

21              Cross-Complaint,

22      vs.

23  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, INC.,
24
                Cross-Defendant.
25

26  / / /

27  / / /

28  / / /

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
5.wpd

1
PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 5

1

## SPECIAL JURY INSTRUCTION NO. 5

2

## DEFINITION OF WHAT IS A COPY

3       "Copies are material objects, other than phono records, in which a work is fixed by

4 any method now known or later developed, and from which the work can be perceived, reproduced,

5 or otherwise communicated, either directly or with the aid of a machine or device.  The term "copies"

6 includes the material object, other than a phono record, in which the work is fixed."

7 **SUPPORTING AUTHORITIES:**

8       The above-cited is a direct quotation from 17 U.S.C. § 101.

9 DATED:   February 15, 2010

10                         BORTON PETRINI, LLP

11

12                         By:___s/Jeffrey A. Travis/_____

13                              James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff,
                                Roger McIntosh dba McIntosh & Associates

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
5.wpd

2
PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 5

nr

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700 (93309)
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba
McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

ROGER McINTOSH,

               Plaintiff,

v.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, a California
corporation; LOTUS DEVELOPMENTS,
LLP; THE CITY OF WASCO, a municipal
corporation; DEWALT CM, INC., a California
corporation also doing business as DEWALT
CORPORATION; and DOES 1 through 10,
inclusive

               Defendants.

CITY OF WASCO,

               Cross-Complaint,

      vs.

NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, INC.,

               Cross-Defendant.

Case No.  1:07-CV- 01080 LJO-GSA

PLAINTIFF'S [PROPOSED] SPECIAL
JURY INSTRUCTION NO. 6

/ / /

/ / /

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
6.wpd

1

PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 6

1

**SPECIAL JURY INSTRUCTION NO. 6**

2

**COPYING-ACCESS AND SUBSTANTIAL SIMILARITY, INVERSE RATIO RULE**

3

4          There is a lesser showing of substantial similarity if there is a strong showing of

5 access.  This is also known as the inverse-ratio rule.  A prominent factor in applying the inverse ratio

6 rule is a confession of access by defendant to the plaintiff's copyrighted work.

7 **SUPPORTING AUTHORITIES:**

8          *Three Boys Music Corp. v. Bolton*, 212 F.3d 477, 486 (9th Cir. 2000); and *Rice v.*

9 *Broadcasting Company*, 330 F.3d 1170, 1178 (9th Cir. 2003).

10 DATED:   February 15, 2010

11                              BORTON PETRINI, LLP

12

13                    By:     s/Jeffrey A. Travis/

14                         James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff,
                         Roger McIntosh dba McIntosh & Associates

15

16

17

18

19

20

21

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
6.wpd

2

PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 6

nr

1   James J. Braze, Esq.; SBN 75911
    Jeffrey A. Travis, Esq.; SBN 235507
2   BORTON PETRINI, LLP
    5060 California Avenue, Suite 700 (93309)
3   Post Office Box 2026
    Bakersfield, CA 93303
4   Telephone (661) 322-3051
    email: jbraze@bortonpetrini.com
5   email: jtravis@bortonpetrini.com

6   Attorneys for Plaintiff, Roger McIntosh dba
    McIntosh & Associates

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                      Case No.  1:07-CV- 01080 LJO-GSA

12           Plaintiff,                  PLAINTIFF'S [PROPOSED] SPECIAL
                                         JURY INSTRUCTION NO. 7
13  v.

14  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, a California
15  corporation; LOTUS DEVELOPMENTS,
    LLP; THE CITY OF WASCO, a municipal
16  corporation; DEWALT CM, INC., a California
    corporation also doing business as DEWALT
17  CORPORATION; and DOES 1 through 10,
    inclusive
18
             Defendants.
19

20  CITY OF WASCO,

21           Cross-Complaint,

22      vs.

23  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, INC.,
24
             Cross-Defendant.
25

26

27  / / /

28  / / /

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
7.wpd

1
PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 7

1        **SPECIAL JURY INSTRUCTION NO. 7**

2        **COPYRIGHT VALIDITY - CERTIFICATE OF
         REGISTRATION**

3

4        Inadvertent mistakes on registration certificates do not invalidate a copyright and thus

5   do not bar infringement actions unless the claimant intended to defraud the Copyright Office by

6   making the misstatement.

7   **SUPPORTING AUTHORITIES:**

8        *Entm't Research Group v. Genesis Creative Group, Inc.* 122 F. 3d 1211, 1217 (9th

9   Cir. 1997).; 2 *Nimmer*, § 7.20[b] at 7-210, Release 69 (2006); see also, *Eckes v. Card Prices Update*,

10  736 F.2d, 860, 861-62 (2nd Cir. 1994).

11  DATED:   February 15, 2010

12                          BORTON PETRINI, LLP

13

14

           By:____s/Jeffrey A. Travis/_____
15              James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff,
                Roger McIntosh dba McIntosh & Associates
16

17

18

19

20

21

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
7.wpd

2

PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 7

nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700 (93309)
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   email: jbraze@bortonpetrini.com
5  email: jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh dba
   McIntosh & Associates

7

8              UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 ROGER McINTOSH,                          Case No.  1:07-CV- 01080 LJO-GSA

12              Plaintiff,                   PLAINTIFF'S [PROPOSED] SPECIAL
                                             JURY INSTRUCTION NO. 8
13 v.

14 NORTHERN CALIFORNIA UNIVERSAL
   ENTERPRISES COMPANY, a California
15 corporation; LOTUS DEVELOPMENTS,
   LLP; THE CITY OF WASCO, a municipal
16 corporation; DEWALT CM, INC., a California
   corporation also doing business as DEWALT
17 CORPORATION; and DOES 1 through 10,
   inclusive
18
                Defendants.
19

20 ─────────────────────────────

21 CITY OF WASCO,

22              Cross-Complaint,

23     vs.

24 NORTHERN CALIFORNIA UNIVERSAL
   ENTERPRISES COMPANY, INC.,
25
                Cross-Defendant.
26

27 / / /

28 / / /

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
8.wpd

                                    1

1    **SPECIAL JURY INSTRUCTION NO. 8**

2    **COPYING - SUBSTANTIAL SIMILARITY**

3        Even if the similar material is quantitatively small, if its is qualitatively important,

4    you may still find substantial similarity.

5    **SUPPORTING AUTHORITIES:**

6        *2 Nimmer on Copyright*, §13.03[A][2][a] 13-55 (2006); *Baxter v. MCA*, 812 F.2d 421,

7    425 (9th Cir. 1987); *citing Walt Disney Prods. v. Air Pirates*,  581 F.2d 751 (9th Cir. 1989)

8    DATED:   February 15, 2010

9                        BORTON PETRINI, LLP

10

11

12

13

14                    By:___s/Jeffrey A. Travis/_____

15                        James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff,

16                        Roger McIntosh dba McIntosh & Associates

17

18

19

20

21

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
8.wpd

2

PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 8

nr

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700 (93309)
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba
McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | Case No.  1:07-CV- 01080 LJO-GSA |
| Plaintiff, | PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 9 |
| v. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive | |
| Defendants. | |
| CITY OF WASCO, | |
| Cross-Complaint, | |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., | |
| Cross-Defendant. | |

/ / /

/ / /

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
9.wpd

1
PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 9

1    **SPECIAL JURY INSTRUCTION NO. 9**

2    **DAMAGES - INFRINGERS PROFITS**

3    Indirect profits are available as an increase in value of a property if that value is

4    ascertainable.

5    **SUPPORTING AUTHORITIES:**

6    *May v. Watt*, 822 F.2d 896, 901 (9th Cir. 1987); *Eales v. Environmental Lifestyles,*

7    *Inc.*, 958 F.2d 876, 881 (9th Cir. 1992), *abrogated on other grounds by Hunt v. Pasternack*, 179 F.3d

8    683 (9th Cir.1999).

9    DATED:   February 15, 2010

10                          BORTON PETRINI, LLP

11

12

13

14

15                          By:   s/Jeffrey A. Travis/

16                          James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff,

17                          Roger McIntosh dba McIntosh & Associates

18

19

20

21

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
9.wpd

2

PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 9

nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700 (93309)
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   email: jbraze@bortonpetrini.com
5  email: jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh dba
   McIntosh & Associates

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                          Case No.  1:07-CV- 01080 LJO-GSA

12              Plaintiff,                    PLAINTIFF'S [PROPOSED] SPECIAL
                                              JURY INSTRUCTION NO. 10
13  v.

14  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, a California
15  corporation; LOTUS DEVELOPMENTS,
    LLP; THE CITY OF WASCO, a municipal
16  corporation; DEWALT CM, INC., a California
    corporation also doing business as DEWALT
17  CORPORATION; and DOES 1 through 10,
    inclusive
18
                Defendants.
19

20  CITY OF WASCO,

21              Cross-Complaint,

22       vs.

23  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, INC.,
24
                Cross-Defendant.
25

26

27  / / /

28  / / /

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
10.wpd

1

PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 10

1

## SPECIAL JURY INSTRUCTION NO. 10

2

## COPYRIGHTS - STATUTORY SUBJECT MATTER

3      Effort expended in creating tentative maps and supporting documents is effort

4 expended in creating tangible works of authorship.  As such, this effort is within the scope of

5 copyright protection.

6 **SUPPORTING AUTHORITIES:**

7      *Del Madera v. Rhodes & Gardner*, 820 F.2d 973, 976 (9th Cir.1987).

8 DATED:   February 15, 2010

9                          BORTON PETRINI, LLP

10

11                          By:___s/Jeffrey A. Travis/_____

12                               James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff,

13                               Roger McIntosh dba McIntosh & Associates

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
10.wpd

2
PLAINTIFF'S [PROPOSED] SPECIAL JURY INSTRUCTION NO. 10