nr

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700 (93309)
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>        Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No. 1:07-CV- 01080 LJO-GSA<br><br>PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM |
| CITY OF WASCO,<br><br>        Cross-Complaint,<br><br>    vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>        Cross-Defendant. | |

/ / /

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\PLTFFS
PROPOSED VERDICT
FRM.wpd

1

PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM

/ / /

Plaintiff, hereby presents his proposed special verdict form. As proposed, the verdict form is identical to the agreed-on verdict form except for the last question (Question 9 below) and which requests the jury to identify issues relating to joint and several liability.

## VERDICT FORM

We, the jury, impaneled in this matter hereby answer the verdict questions put to us as follows:

**1.     Did plaintiff Roger McIntosh own the copyright to the 5472 Tentative Map No. and Improvement Plans?**

YES _____          NO _____

If your answer to question No. 1 is yes, please proceed to Question No. 2.

**2.     Did the defendants copy Mr. McIntosh's copyrighted works?**

Did Northern California Universal Enterprises Company copy the copyrighted works?

YES _____          NO _____

Did Lotus Developments, LLP copy the copyrighted works?

YES _____          NO _____

Did the City of Wasco copy the copyrighted works?

YES _____          NO _____

Did Dennis W. DeWalt, Inc. copy the copyrighted works?

YES _____          NO _____

If the answer is yes to any of the above in Question No. 2, please proceed to Question No. 3.

**3.     What are the actual damages that should be awarded to plaintiff?**

$_____

**4.     Did any of the defendants vicariously infringe Mr. McIntosh's**

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\PLTFFS
PROPOSED VERDICT
FRM.wpd

2

PLAINTIFF'S [PROPOSED] SPECIAL VERDICT FORM

**copyrighted works?**

   Did Northern California Universal Enterprises Company vicariously infringe the copyrighted works?

    YES _____       NO_____

   Did Lotus Developments, LLP vicariously infringe the copyrighted works?

    YES _____       NO_____

   Did the City of Wasco vicariously infringe the copyrighted works?

    YES _____       NO_____

   Did Dennis W. De Walt, Inc. vicariously infringe the copyrighted works?

    YES _____       NO_____

**5.  Did any of the defendants contributorily infringe Mr. McIntosh's copyright?**

   Did Northern California Universal Enterprises Company contributorily infringe the copyright?

    YES _____       NO_____

   Did Lotus Developments, LLP contributorily infringe the copyright?

    YES _____       NO_____

   Did the City of Wasco contributorily infringe the copyright?

    YES _____       NO_____

   Did Dennis W. DeWalt, Inc. contributorily infringe the copyright?

    YES _____       NO_____

If you answered yes to

**6.  Did any of the defendants wilfully infringe the copyright?**

   Did Northern California Universal Enterprises Company wilfully infringe the copyright?

    YES _____       NO_____

   Did Lotus Developments, LLP wilfully infringe the copyright?

    YES _____       NO_____

        Did the City of Wasco wilfully infringe the copyright?

        YES _____                    NO_____

        Did Dennis W. DeWalt, Inc. wilfully infringe the copyright?

        YES _____                    NO_____

**7.   Were any of the defendants acting as "practically partners?"**

        Were Northern Universal Enterprises Company and the City of Wasco acting as partners or practically partners?

        YES _____                    NO_____

        Were Lotus Development, LLP and City of Wasco acting as partners or practically partners?

        YES _____                    NO_____

        Were Northern Universal Enterprises Company and Dennis W. DeWalt acting as partners or practically partners?

        YES _____                    NO_____

        Were Lotus Developments, LLP and Dennis W. DeWalt acting as partners or practically partners?

        YES _____                    NO_____

        Were Lotus Developments, LLP and Northern Universal Enterprises Company acting as partners or practically partners?

        YES _____                    NO_____

        Were the City of Wasco and Dennis W. DeWalt, Inc. acting as partners or practically partners?

        YES _____                    NO_____

If you answered yes, to

**8.   What is the amount of profits attributable to each defendant for their infringing activity?**

   NORTHERN $_____              LOTUS $_____

DeWALT $_____         WASCO $_____

We all this \_\_\_\_\_ day of March 2010.

**9.    Were any of the defendants acting as partners or "practically partners?"**

Were Northern Universal Enterprises Company and the City of Wasco acting as partners or practically partners?

YES _____          NO_____

Were Lotus Development, LLP and City of Wasco acting as partners or practically partners?

YES _____          NO_____

Were Northern Universal Enterprises Company and Dennis W. DeWalt acting as partners or practically partners?

YES _____          NO_____

Were Lotus Developments, LLP and Dennis W. DeWalt acting as partners or practically partners?

YES _____          NO_____

Were Lotus Developments, LLP and Northern Universal Enterprises Company acting as partners or practically partners?

YES _____          NO_____

Were the City of Wasco and Dennis W. DeWalt, Inc. acting as partners or practically partners?

YES _____          NO_____

Please sign, date and return this verdict form to the marshal or bailiff.  Thank you for your service.