nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700 (93309)
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   email: jbraze@bortonpetrini.com
5  email: jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

7

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| | |
|---|---|
| 11  ROGER McINTOSH, | Case No. 1:07-CV- 01080 LJO-GSA |
| 12          Plaintiff, | PLAINTIFF'S OBJECTIONS TO EXHIBITS |
| 13  v. | |
| 14  NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19          Defendants. | |
| 20 | |
| 21  CITY OF WASCO, | |
| 22          Cross-Complaint, | |
| 23      vs. | |
| 24  NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., | |
| 25          Cross-Defendant. | |

26

27  / / /

28  / / /

Plaintiff, Roger McIntosh, hereby objects to the following exhibits expected to be entered by defendants at trial:

**AS TO ALL DEFENDANTS:**

Plaintiff has not objected as to foundation as to most of the documents presented by all of the defendants. However, at trial he will objects to many of the documents defendants intend to offer as irrelevant. Although plaintiff does not object to the foundation of certain documents (E.g., documents related to prior litigation, accounting summaries of Valley Rose Estates, and etc.) many of them are irrelevant and excluded by this Court's motions in limine. As examples:

- Documents that show how much Martin-McIntosh received for their engineering work on the Valley Rose Estates. These are too numerous to mention but what was paid has no bearing on anything related to infringement and so would be encompassed by this Court's order on Wasco's Motion in Limine No. 2.

Further, there are a second set of documents that encompass what plaintiff believes were specifically excluded and so objected to completely. The defendants have certain documents they intend to offer such as a declaration by Eugene Martin, settlement, and other litigation documents and which were specifically excluded by this Court's order on plaintiff's Motion in Limine No. 2 and Wasco's Motion in Limine No. 8.

Plaintiff respectfully requests this Court take the above objections into consideration and as presented by defendants at trial.

DATED: February 16, 2010

BORTON PETRINI, LLP

By: ___s/Jeffrey A. Travis/___
James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff, Roger McIntosh dba McIntosh & Associates