nr

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700 (93309)
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 1:07-CV- 01080 LJO-GSA<br><br>PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY |
| CITY OF WASCO,<br><br>    Cross-Complaint,<br><br>    vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>    Cross-Defendant. | |

/ / /

/ / /

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
10.wpd

1

PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY

1       Plaintiff, Roger McIntosh, hereby presents his page line summary of deposition
2 testimony to be used at trial:

**1.    TERRY SCHROEPFER (July 2, 2009)**

    8:7-23
    11:6-25;
    12:1-2
    14:8-25;
    15:1-7
    21:24-25
    22:1-5
    30:20-24
    31:23-25
    32:1, 11-25
    43:20-25
    44

**2.    JOE WU (October 28, 2008)**

    8:1-17
    17:24-25
    18:1-8
    24:1-22
    26:1-15
    29:9-25
    30:1-16
    33:5-25;
    34:
    35:1-24
    38:12-16
    39:25
    40
    41:1-10
    48:13-25
    49:1-12
    54:7-15
    55:1
    55:20-24
    56:2-5
    58:13-16
    69:20-25,
    70;
    71
    72:1-7
    73:12-25
    74:1-9

**3.    JOE WU (January 7, 2010)**

    6:11-25
    7:1-6
    8:16-25
    9

| | |
|---|---|
| 1 | 22:17-25 |
| | 23:1-14 |
| 2 | 31:9-20 |
| | 36:21-25 |
| 3 | 37:1-23 |
| | 39:16-25 |
| 4 | 40:1-16 |
| | 42:13-22 |
| 5 | 46:25 |
| | 47:1-5, 23-25 |
| 6 | 48:1-14, 25 |
| | 49:1-2 |
| 7 | 50:25 |
| | 51 |
| 8 | 52:1-20 |
| | 60:12-23 |
| 9 | 61:18-25 |
| | 62 |
| 10 | 63:4-14 |
| | 64:20-25 |
| 11 | 65:1 |
| | 71:9-25 |
| 12 | 72 |
| | 73 |
| 13 | 74 |
| | 75 |
| 14 | 76:1-21 |
| | 77:1-18 |
| 15 | 78:21-25 |
| | 79:1-15, 20-25 |
| 16 | 80:1-12 |
| | 88:16-25 |
| 17 | 89: |
| | 90:1-11 |
| 18 | 93:13-25 |
| | 94 |
| 19 | 95:1-21 |
| | 96:12-25 |
| 20 | 97:1-6 |
| | 98:12-25 |
| 21 | 99 |
| | 100 |
| 22 | 101:1-6 |
| | 106:5-25 |
| 23 | 107:1-23 |
| | 114:7-25 |
| 24 | 115 |
| | 116 |
| 25 | 117: |
| | 118:1-9,12-25 |
| 26 | 119:1-18 |
| | 120:3-22 |
| 27 | 121:7-25 |
| | 122:1-20 |
| 28 | 123:19-25 |

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
10.wpd

3

PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY

```
 1        124:1-21
 2
    4.    JEFF GUTIERREZ (November 24, 2008)
 3        7:9-19
          8:3-19
 4        12:17-25
          14:21-25
 5        15
          16:1-9
 6        17
          18:1-2
 7        32:3-17
          33:17-25
 8        34
          35
 9        36:1-14
          37:6-21
10        39: 3-25
          40
11        41:1-6
          43:2-13
12        46:16-25
          47:1-17
13        48:21-25
          49:1-4
14        50:5-19
          63:5-11
15
    5.    JEFF GUTIERREZ (June 19, 2009)
16
          17:9-25
17        18
          19:1-7
18        20
          21
19        22:1-3

20  6.    GREG BLACK (January 22, 2009)

21        6:3-18
          7:6-18
22        9:24-25
          10:1-13
23        11:5-25;
          12:1-6, 20-25
24        13:1-6, 14-25;
          14:1-6, 24-25,
25        15
          16:1-7, 23-25
26        17
          18
27        23:7-25
          24:1-11
28        26:16-25
```

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
10.wpd

4

PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY

```
 1      27
        28:1-18
 2      29:15-23
        30:20-25;
 3      31:1-8
        32:2-10
 4      33:8-25;
        34:1-8
 5      35
        36:1-17
 6      37:3-24
        39:4-10;
 7      50
        51:1-17
 8      52:19-25
        53:1-7, 17-25
 9      54
        57:3-12
10      62:20-25
        63:1-14
11      69:24-25;
        70:1-9
12      76:8-15
        77:1-13
13
```

**7.   SARAH BURGI (July 3, 2009)**

```
        7:24-25
        9:1-9, 20-23
        11:11-25
        12:1-18
        13:1-22
        25:4-24
```

**8.   JOSH WOODARD (September 11, 2009)**

```
        18:10-22
        20:17-25
        21:1-17
        22:
        23
        24:1-4
        25:15-25
        26
        27:1-10, 21-25
        28:1-2
```

**9.   ROBERT WREN (October 28, 2008)**

```
        5:6-10, 22-25
        6:1
        7:22-25
        8:1-4
        9:12-25
```

|   |   |
|---|---|
| 1 | 10:1-7, 23-25 |
|   | 11:1-6, 12-18 |
| 2 | 13:1-22 |
|   | 16 |
| 3 | 17:1-5 |

10. **DENNIS MCNAMARA (October 28, 2008)**

   5:5-19
   7:5-24
   8:1-23
   10:8-25
   11:1-6
   12:2-7, 21-25
   13:1-2, 20-25;
   14:1-9, 21-25
   15
   16:1
   17:5-15;
   18;
   19:1-16
   20:19-25
   21:1-11
   32:15-18
   15-1

11. **GERALD HELT (October 28, 2008)**

   5:4-24
   7:18-23
   14:8-24
   41:3-16
   43:12-17
   43:15-25;
   44:1-23
   45:1-15

12. **KEITH WOODCOCK (January 29, 2009)**

   7:11-19
   7:24-25;
   8;
   9:1-14, 19-25
   12:13-25
   13
   14:1-12
   17:8-22
   18:16-25;
   19:1-9, 19-25;
   20:1-7
   22:2-25
   23:1;18-24
   25:2-25; 26:1-4
   35:5-20

1  **13.   JAMES ZERVIS (October 28, 2008)**

2        8:14-25
         9:1-15
3        10:21-24
         10:21-25
4        11:1-9

5  **14.   LARRY PENNELL  (January 29, 2009)**

6        13:8-25
         14:20-25;
7        15:1-16
         18:16-25,
8        19: 1-3,22-25,
         20:1-9
9

10 **15.   ALAN PEAKE  (January 29, 2009)**

11       10:11-21
         8:14-25;
12       9:1-14

13 **16.   STEPHEN WONG (July 2, 2009)**

14       34:22-25
         35
15       36
         37:1-5
16       38:15-25
         39: 1-6
17       50:9-25;
         51;
18       52:1-20;
         54:8-25;
19       55;
         56:1-5, 18-25
20       57:1-7
         76:15-25
21       77:1-3
         78:11-15
22       80:30-16
         82:8 -15
23       87
         88:1-5
24       91:20-25
         92:1-25
25       93:1-10

26

27 DATED:   February 15, 2010
                                    BORTON PETRINI, LLP
28

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\JURY
INSTRUCTIONS\JIN NO.
10.wpd

7

PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY

1  By:   s/Jeffrey A. Travis/
2  James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff, Roger McIntosh dba McIntosh & Associates