TK:lj

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>          Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>          Defendants. | Case No. 1:07-CV- 01080 LJO-GSA<br><br>PLAINTIFF'S EXHIBIT LIST |
| CITY OF WASCO,<br><br>          Cross-Complaint,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>          Cross-Defendant. | |

/ / /

/ / /

1 PLAINTIFF'S EXHIBIT LIST

2 P-100   October 31, 2005 Letter of Transmittal

3 P-101   McIntosh Request for Public Records and emails

4 P-102   Valley Rose Master Sewer Plan

5 P-103   Valley Rose Master Land Use Plan

6 P-104   Valley Rose Master Water Plan

7 P-105   Valley Rose Master Utility Plan

8 P-106   Enlarged Damages Exhibit

9 P-107   Enlarged 6451/5472 Overlay

10 P-108   5472 Improvement Plans

11 P-109   October 20, 2004 letter from Black to Wu

12 P-110   Redemption and Dissolution Agreement

13 DATED:   February 16, 2010

14 BORTON PETRINI, LLP

17 By:   s/Jeffrey A. Travis/
James J. Braze, Attorney for Plaintiff,
Roger McIntosh dba McIntosh & Associates

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\Exhibit
List\PLAINTIFF'SEXHIBIT
LIST 2-16-10.wpd

2

PLAINTIFF'S EXHIBIT LIST

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Jeffrey A. Travis, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **February 16, 2010**, I served the foregoing document described as **PLAINTIFF'S EXHIBIT LIST** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**GCR, LLP**<br>520 S. Grand Ave, Suite 695<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>Alexander & Associates<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

X   **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

☐   **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **February 16, 2010**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____Jeffrey A. Travis_____      _____s/Jeffrey A. Travis/_____

H:\PUBLIC\054493\060971
McIntosh v. Northern\Trial
Prep\Exhibit
List\PLAINTIFF'SEXHIBIT
LIST 2-16-10.wpd

PLAINTIFF'S EXHIBIT LIST