Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California*
*Universal Enterprise Company and Lotus*
*Developments, L.P.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL<br>ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s) | No.  1:07-CV-01080-LJO-GSA<br><br>**NORTHERN/LOTUS/DEWALT<br>TRIAL EXHIBITS D-201 THROUGH<br>D-257** |

D-201.        Engineering Costs

D-202.        Construction Materials

D-203.        City Fees

D-204.        Building Permits

D-205.        Subcontractor Costs

D-206.        Off-site Improvements

D-207.        Commissions

D-208.        Escrow Fees

D-209.        Construction Insurance

D-210.        Interest Payments

D-211.        Property Taxes on 30 Lots

D-212.        Utilities

D-213.        Bank Inspection Fees

D-214.        Operating Expenses

D-214a.       Advertising

D-214b.       Auto Expense

D-214c.       Equipments Leases and Repairs

D-214d.       Insurance

D-214e.       Licenses

D-214f.       Employee Meals

D-214g.       Office Supplies

D-214h.       Payroll (including Payroll Taxes)

D-214i.       Employee Housing

D-214j.       Utilities

NORTHERN/LOTUS/DEWALT TRIAL EXHIBITS D-201 THROUGH D-257

D-214k.        Appraisal Fees

D-214l.        Legal and Professional

D-214m.        Off-site Payroll (including Payroll Taxes)

D-214n.        Franchise Tax Board Allocations For 68 Lots

D-215.        Land Cost

D-216.        Property Tax on 38 Lots

D-217.        Profit and Loss Summary (Ex 14 to Jan 7, 2010 Deposition of Joe Wu).

D-218.        January 28, 1993 Acquisition Agreement

D-219.        June 10, 1993 VRE Plan Review Status Report BP1918

D-220.        August 12, 1993 letter; Staub to Legacy, BP 1883, 1884

D-221.        Dec 8, 1993- July 23, 1994 Invoices; Turman to Legacy w billing summaries

D-222.        July 18, 1994 Pennel comments re landscape up-keep BP 293- 296

D-223.        August 20, 1994 Exhibit B-1, Description of Improvements RMO 001- 003

D-224.        October 12, 1994 Martin-McIntosh Aged Open Invoice Report BP 431- 433

D-225.        June 15, 1995 Martin-McIntosh Outstanding Bal. Summary BP 1712

D-226.        DeWalt's survey data

D-227.        Martin- McIntosh Invoice 29470 to Michael Brown

D-228.        Martin- McIntosh Invoice 25516 to Michael Brown

D-229.        Martin- McIntosh Invoice 26124 to Michael Brown

NORTHERN/LOTUS/DEWALT TRIAL EXHIBITS D-201 THROUGH D-257

D-230.	Martin- McIntosh Invoice 26426 to Michael Brown

D-231.	Martin- McIntosh Invoice 26734 to Michael Brown

D-232.	Martin- McIntosh Invoice 27059 to Michael Brown

D-233.	Martin- McIntosh Invoice 27347 to Michael Brown

D-234.	Martin- McIntosh Invoice 27353 to Michael Brown

D-235.	Martin- McIntosh Invoice 27681 to Michael Brown

D-236.	Martin- McIntosh Invoice 27971 to Michael Brown

D-237.	Martin- McIntosh Invoice 28243 to Michael Brown

D-238.	Martin- McIntosh Invoice 28938 to Michael Brown

D-239.	Martin- McIntosh Invoice 29697 to Michael Brown

D-240.	Martin- McIntosh Invoice 29698 to Michael Brown

D-241.	Martin- McIntosh Invoice 29699 to Michael Brown

D-242.	Martin- McIntosh Invoice 29700 to Michael Brown

D-243.	Martin- McIntosh Invoice 29701 to Michael Brown

D-244.	Martin- McIntosh Invoice 29702 to Michael Brown

D-245.	Martin- McIntosh Invoice 29728 to Michael Brown

D-246.	Martin- McIntosh Invoice 30729 to Michael Brown

D-247.	Martin- McIntosh Invoice 30730 to Michael Brown

D-248.	Martin- McIntosh Invoice 30731 to Michael Brown

NORTHERN/LOTUS/DEWALT TRIAL EXHIBITS D-201 THROUGH D-257

D-249.        Martin- McIntosh Invoice 30732 to Michael Brown

D-250.        Martin-McIntosh Schedule of Values BP 1854- 1855

D-251.        DeWalt's Cost Summary

D-252.        DeWalt's Invoices to Northern and Northern's checks to DeWalt

D-253.        September 8, 1993 Promissory Note, Legacy to Martin- McIntosh

D-254.        Jan 26, 2001 Settlement Agreement, Legacy and Martin-McIntosh

D-255.        March 17, 1999 Judgment against Legacy in favor of Martin- McIntosh

D-256.        April 12, 1999 Writ of Sale

D-257.        October 13, 1994 Mechanic's Lien filed by Martin- McIntosh


Dated this 16th day of February, 2010              _____/s/ Steven J. Hassing_____
                                                   Steven J. Hassing, attorney for
                                                   Northern and Lotus

NORTHERN/LOTUS/DEWALT TRIAL EXHIBITS D-201 THROUGH D-257

## CERTIFICATE OF SERVICE

1. On February 16th, 2010, I served the following document:

**NORTHERN/LOTUS/DEWALT TRIAL EXHIBITS D-201 THROUGH D-257**

2. The above-named document was served by the following means to the persons as listed below:

_XX_    United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Tenielle E. Cooper
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of February, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing

NORTHERN/LOTUS/DEWALT TRIAL EXHIBITS D-201 THROUGH D-257