1
2
3
4

Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

5
6

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

7

8

9

10

**UNITED STATES DISTRICT COURT**

11

**EASTERN DISTRICT OF CALIFORNIA**

12

13

14

ROGER MCINTOSH,

No.  1:07-CV-01080-LJO-GSA

15

Plaintiff(s);

**NORTHERN'S OBJECTION TO PLAINTIFF'S PROPOSED SPECIAL JURY INSTRUCTION NO. 1**

16

v.

17
18

NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,

**JOINED BY LOTUS, DEWALT AND CITY OF WASCO**

19

Defendant(s)

20

21
22

Northern, joined by all other Defendants, objects to the following special jury

23

instruction proposed by Plaintiff;

24

///

25

///

26

///

27

///

28

Northern's Objection to Plaintiff's Proposed Special Jury Instruction No. 1 Joined in by Lotus, DeWalt and City of Wasco

## SPECIAL JURY INSTRUCTION NO. 1

## COPYING

The fact that a work has been copied from a work in another medium does not render it any less a copy.

## SUPPORTING AUTHORITIES:

17 U.S.C. § 101; 2 *Nimmer on Copyright*, Section 8.01 [B] (2006); *Atari, Inc. v. North American Phillips Consumer Electronics Corp.*, 672F.2d 607 (7th Cir. 1982), cert. denied, 459 U.S. 880 (1982); *Tennessee Fabricating Company v. Multry Manufacturing Company*, 421 F.2d 279, 284 (5th Cir. 1970) (two dimensional reproduction of three dimensional work held in infringement), cert. denied, 398 U.S. 928 (1970).

DATED:  February 15, 2010

BORTON PETRINI, LLP


By:   s/Jeffrey A. Travis/
    James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff,
    Roger McIntosh dba McIntosh & Associates

**Objectionable Matter**

The special instruction is deemed objectionable due to inclusion of the words, "copied from work in another medium" which renders the entire instruction objectionable.

**Legal Authority Explaining Grounds for Objection**

One purpose of jury instructions is to inform the jury of various permissible ways of resolving the issues in the case, and a party is entitled to an instruction on its theory of the case so long as it is legally correct and there is factual evidence to support it.  *Rahn v. Hawkins*, 464 F.3d 813, 818 (8th Cir. 2006).

The primary purpose of jury instructions is to clarify issues for the jury and to educate the jury about what factors are probative on those issues.  *Humphrey v. Staszak,* 148 F.3d 719, 724 (7th Cir. 1998).

**Reason Why The Proposed Instruction is Improper**

Here, the copyright infringement alleged, involves only a map and plans drawn on paper.  There are no allegations or facts from which the jury could conclude that any defendant copied Plaintiffs "copyrighted" material from "another medium".

Defendants surmise that Plaintiff wants to circumvent the effect of independent creation by somehow claiming that surveying items constructed from Plaintiff's plans is copying "work in another medium".  Such an instruction would be improper under *Kunycia v. Melville* Co., 755 F. Supp 566, 576 (S.D.N.Y. 1990) citing *Mazer v. Stein*, 347 U.S. 201, 217- 218 holding that creating a new plan from improvements constructed is not infringement of the plans from which those improvements were created.

///

Northern's Objection to Plaintiff's Proposed Special Jury Instruction No. 1 Joined in by Lotus, DeWalt and City of Wasco

**<u>Possible Alternate Instruction</u>**

None

Dated this 16th day of February, 2010                    /s/ Steven J. Hassing

Steven J. Hassing, attorney for
Northern and Lotus

Northern's Objection to Plaintiff's Proposed Special Jury Instruction No. 1 Joined in by Lotus,
DeWalt and City of Wasco

**CERTIFICATE OF SERVICE**

1.      On February 16th, 2010, I served the following document:

**NORTHERN'S OBJECTION TO PLAINTIFF'S PROPOSED SPECIAL JURY INSTRUCTION NO. 1 JOINED BY NORTHERN, LOTUS AND CITY OF WASCO**

2.      The above-named document was served by the following means to the persons as listed below:

 XX      United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301


Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071


William L. Alexander
Tenielle E. Cooper
Alexander & Associates
1925 G Street
Bakersfield, CA  93301


          By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of February, 2010.


                                        /s/ Kimberley A. Hassing
                                        Kimberley A. Hassing

Northern's Objection to Plaintiff's Proposed Special Jury Instruction No. 1 Joined in by Lotus, DeWalt and City of Wasco