1  BONIFACIO BONNY GARCIA (SBN 100761)
   CHAKA C. OKADIGBO (224547)
2  GCR, LLP
   520 SOUTH GRAND AVENUE, SUITE 695
3  LOS ANGELES, CA  90071
   Tel: (213) 347-0210
4  Fax (213) 347-0216

5  Attorneys for Defendant CITY OF WASCO

         UNITED STATES DISTRICT COURT

         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DEFENDANT CITY OF WASCO'S DESIGNATION OF DISCOVERY DOCUMENTS INTENDED TO BE USED AT TRIAL**<br><br>Date: February 12, 2010<br>Time: 1:30 p.m.<br>Dept: 4 (LJO)<br>Trial Date: March 1, 2010<br>Honorable Lawrence O'Neill |

The City of Wasco intends to offer the following responses at trial:

1. *Defendant City of Wasco's Request for Production of Documents Propounded to Plaintiff Roger McIntosh, Set One.*

2. *Plaintiff, ROGER McINTOSH's Response to THE CITY OF WASCO'S Request for Production of Documents.* Remaining defendants reserve their right to offer the same.

3. *Defendant City of Wasco's Special Interrogatories to Plaintiff Roger McIntosh, Set No. 1.*

/ / /

/ / /

/ / /

1   4.   *Responses of Plaintiff Roger McIntosh to Defendant, City of Wasco's Special
2   Interrogatories (Set No. One).*

3   None of these documents have been previously lodged with the Court. Counsel for the
4   City of Wasco will be lodging originals with the Court.

5   DATED: February 16, 2010                    GCR, LLP

By: *[signature]*
CHAKA C. OKADIGBO
Attorneys for Defendant
CITY OF WASCO

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avenue, Suite 695, Los Angeles, California 90071.

On **February 16, 2010**, I served the following documents: **DEFENDANT CITY OF WASCO'S DESIGNATION OF DISCOVERY DOCUMENTS INTENDED TO BE USED AT TRIAL** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

Jeffrey Travis
Borton Petrini, LLP
5060 California Ave., Suite 700
Bakersfield, CA 93301
jtravis@bortonpetrini.com

Steven J. Hassing
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747
stevehassing@yahoo.com

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA 93301
walexander@alexander-law.com

( )   **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( X )   **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rules(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

( )   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X )   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **February 16, 2010**, Los Angeles, California.

Carolyn Dominguez