Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                                   Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                                   Defendant(s) | No.  1:07-CV-01080-LJO-GSA<br><br>**NORTHERN'S DESIGNATION OF DEPOSITION TESTIMONY JOINED BY LOTUS, DEWALT AND CITY OF WASCO** |

**Deposition of Roger McIntosh, December 18, 2008**

Page 24; Line 13- 25

25; 1- 25

26; 1- 25

27; 1- 25

28; 1- 25

29; 1- 4

30; 22- 25

32; 1- 2

35; 5- 15

37; 15- 25

38; 1- 25

39; 1-25

40; 1-25

41; 1-25

42; 1- 25

43; 1- 17

54; 1- 25

60; 14- 22

69; 5- 12

71; 13- 23

73; 6- 17

80; 1-25

81; 21- 25

82; 1-12

84; 1-87; 25

88; 10- 17

88; 24, 25

Northern's Designation of Deposition Testimony Joined by Lotus, DeWalt and City of Wasco

89; 1- 25

90; 1- 25

96; 1- 25

102; 1- 104; 25

108; 8- 25

109; 1- 25

110; 1- 5

113; 20-25

114; 1- 7

115; 16- 24

121; 20- 25

122; 1-17

132; 5- 8

142; 9- 15

160; 4- 8

165; 10- 25

166; 1- 9

167; 15- 25

168; 1- 13

173; 2- 25

174; 1- 25

175; 1- 25

1. 176; 1- 11
2. 182; 3- 25
3. 183; 1- 25
4. 
5. 183; 1- 25
6. 184; 1-25
7. 185; 2- 15
8. 
9. 186; 1- 25
10. 187; 1- 25
11. 188; 1- 8
12. 189; 1- 11
13. 
14. 189; 18- 25
15. 190; 1- 25
16. 191; 1- 25
17. 
18. 192; 1- 25
19. 193; 1-25
20. 194; 1- 25
21. 195; 1- 11
22. 
23. 196; 1- 25
24. 197; 1- 25
25. 198; 12- 25
26. 199; 1- 8
27. 
28. 199; 24, 25

200; 1- 25

209; 4- 25

210; 21- 25

211; 1-9

212; 1- 25

213; 1- 5

222; 1- 25

239; 1- 25

**Deposition of Roger McIntosh, January 28, 2009**

264; 1- 25

265; 14- 25

266; 1- 25

267; 1- 6

267; 7- 25

268; 1 -25

269; 1- 25

278; 5- 25

279; 1-25

280; 1- 25

281; 1- 25

299; 1-25

300; 1- 25

301; 1- 25

302; 1- 25

303; 1- 25

304; 1-25

305; 1- 25

306; 1- 25

307; 1- 25

308; 1- 17

309; 1- 25

310; 24- 25

311; 1- 25

312; 1- 25

313; 1- 25

314; 1- 25

315; 1- 8

**Deposition of Roger McIntosh, June 24, 2009**

10; 8- 25

12; 18- 25

13; 1- 10

15; 1- 25

18; 11- 25

19; 1- 25

20; 1- 25

25; 1- 25

34; 13- 23

35; 1- 25

36; 1- 2

38; 1- 25

**Deposition of James DelMarter, February 2, 2009**

22; 17- 25

23; 1- 15

27; 11- 25

28; 1- 25

29; 1- 25

30; 1- 25

31; 1- 25

32; 1- 25

33; 1- 25

34; 1- 25

35; 1- 25

36; 1- 25

37; 1- 25

38; 1- 25

39; 1- 25

Northern's Designation of Deposition Testimony Joined by Lotus, DeWalt and City of Wasco

1. 54; 23- 25
2. 55; 1- 25
3. 57; 10- 25
4. 58; 1- 25
5. 62; 24- 25
6. 63; 1- 25
7. 64; 1-25
8. 65; 1-25
9. 66; 1- 25
10. 73; 2- 25
11. 74; 1- 5

Dated this 16th day of February, 2010        /s/ Steven J. Hassing
Steven J. Hassing, attorney for
Northern and Lotus

# CERTIFICATE OF SERVICE

1. On February 16th, 2010, I served the following document:

**NORTHERN'S DESIGNATION OF DEPOSITION TESTIMONY JOINED BY LOTUS, DEWALT AND CITY OF WASCO**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

    James Braze
    Jeffrey Travis
    Borton, Petrini, LLP
    1600 Truxtun Avenue
    Bakersfield, CA  93301

    Chaka Okadigbo
    Garcia Calderon Ruiz, LLP
    520 South Grand Avenue, Ste. 695
    Los Angeles, CA  90071

    William L. Alexander
    Tenielle E. Cooper
    Alexander & Associates
    1925 G Street
    Bakersfield, CA  93301

_____   By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of February, 2010.

                                                /s/ Kimberley A. Hassing
                                                Kimberley A. Hassing