Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                            Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                            Defendant(s) | No.  1:07-CV-01080-LJO-GSA<br><br>**NORTHERN'S DESIGNATION OF DISCOVERY DOCUMENTS JOINED BY LOTUS, DEWALT AND CITY OF WASCO** |

   Northern, with joinder by Lotus, DeWalt and City of Wasco, hereby designates, written discovery documents which Defendants want to make eligible for admission into evidence.  None of the originals have previously been lodged with the Court but originals will be lodged in accordance with the Pre-Trial Order.

1. Northern's and Lotus's Initial 26(a)(1) Disclosures.

2. Northern's Special Interrogatories Propounded Upon Roger McIntosh, Set One

1

Northern's Designation of Discovery Documents Joined by Lotus, DeWalt and City of Wasco

3. Roger McIntosh's Responses to Northern's Special Interrogatories, Set One.

4. Northern's Request for Admissions Propounded Upon Roger McIntosh, Set One.

5. Roger McIntosh's Response to Northern's Request for Admissions, Set One.

6. City of Wasco's Request for Production Propounded Upon Roger McIntosh, Set One.

7. Roger McIntosh Responses to City of Wasco's Request for Production, Set One.

8. Northern's and Lotus's Deposition Notice Upon Roger McIntosh With Request for Documents.

9. Roger McIntosh's Request for Production of Documents Upon Northern, Set One.

10. Northern's Responses to McIntosh Request for Production of Documents, Set One.

11. Roger McIntosh's Request for Production of Documents Upon Lotus, Set One.

12. Lotus's Responses to McIntosh Request for Production of Documents, Set One.

13. Roger McIntosh's Request for Admissions Upon Northern, Set One.

14. Northern's Responses to McIntosh Request for Admissions, Set One.

15. Roger McIntosh's Request for Admissions Upon Lotus, Set One.

16. Lotus's Responses to McIntosh Request for Admissions, Set One.

17. Roger McIntosh's Request for Production of Documents Upon Northern, Set Two.

18. Northern's Responses to Roger McIntosh's Request for Production, Set Two.

19. Roger McIntosh's Request for Production of Documents Upon Lotus, Set Two.

20. Lotus's Responses to Roger McIntosh's Request for Production, Set Two.

Dated this 16th day of February, 2010

/s/ Steven J. Hassing
Steven J. Hassing, attorney for
Northern and Lotus

**CERTIFICATE OF SERVICE**

1. On February 16th, 2010, I served the following document:

   **NORTHERN'S DESIGNATION OF DISCOVERY DOCUMENTS JOINED BY LOTUS, DEWALT AND CITY OF WASCO**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

   James Braze
   Jeffrey Travis
   Borton, Petrini, LLP
   1600 Truxtun Avenue
   Bakersfield, CA  93301

   Chaka Okadigbo
   Garcia Calderon Ruiz, LLP
   520 South Grand Avenue, Ste. 695
   Los Angeles, CA  90071

   William L. Alexander
   Tenielle E. Cooper
   Alexander & Associates
   1925 G Street
   Bakersfield, CA  93301

   By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of February, 2010.

                                        /s/ Kimberley A. Hassing
                                        Kimberley A. Hassing