Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                                   Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                                   Defendant(s) | No.  1:07-CV-01080-LJO-GSA<br><br>**NORTHERN'S OBJECTION TO PLAINTIFF'S TRIAL EXHIBITS**<br><br>**JOINED BY LOTUS AND DEWALT** |

**Exhibit 10**;    Redemption and Dissolution Agreement is objected to as <u>incomplete</u>.  It is a 19 page document but only pages 1, 2, 13 and 18 are provided.  The exhibit also references exhibits which are not attached.  Upon information and belief, the complete document is available.

Dated this 16th day of February, 2010           /s/ Steven J. Hassing
                                                                                        Steven J. Hassing, attorney for
                                                                                        Northern and Lotus

**CERTIFICATE OF SERVICE**

1. On February 16th, 2010, I served the following document:

   **NORTHERN'S OBJECTION TO PLAINTIFF'S TRIAL EXHIBITS JOINED BY LOTUS AND DEWALT**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

   James Braze
   Jeffrey Travis
   Borton, Petrini, LLP
   1600 Truxtun Avenue
   Bakersfield, CA  93301

   Chaka Okadigbo
   Garcia Calderon Ruiz, LLP
   520 South Grand Avenue, Ste. 695
   Los Angeles, CA  90071

   William L. Alexander
   Tenielle E. Cooper
   Alexander & Associates
   1925 G Street
   Bakersfield, CA  93301

_____   By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of February, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing