1  BONIFACIO BONNY GARCIA (SBN 100761)
   SUSAN GRAHAM BARNES (phv)
2  CHAKA C. OKADIGBO (224547)
   GCR, LLP
3  520 SOUTH GRAND AVENUE, SUITE 695
   LOS ANGELES, CA 90071
4  Tel: (213) 347-0210
   Fax (213) 347-0216
5
   Attorneys for Defendant CITY OF WASCO
6

7

8                    UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH                    Case No: 1:07-CV-01080-LJO-WMV

12         Plaintiff,
                                      **DEFENDANT CITY OF WASCO'S**
13    vs.                             **PROPOSED JURY VOIR DIRE**

14  NORTHERN CALIFORNIA               Dept: 4 (LJO)
    UNIVERSAL ENTERPRISES             Trial Date: March 1, 2010
15  COMPANY, INC., *et al.*,          Honorable Lawrence O'Neill

16         Defendants.

17

18         The City of Wasco, through counsel, submits its proposed jury voir dire as follows:

19         1.     Do you, or any one close to you, have a background of employment with a city, a
20  county or any agency of government?

21         2.     If your answer to the preceding question as yes, please describe.

22         3.     Have you, or anyone close to you, ever been involved in a dispute with a city, a
23  county or any agency of local, state or federal government?

24         4.     If your answer to the foregoing question is yes, describe it briefly.

25         5.     If your answer to the foregoing question is yes, was the dispute resolved to your
26  satisfaction?

27         6.     Have you had experience with, involvement in or background the planning,
28  zoning or construction approval processes of local government?

7. If your answer to the foregoing question is yes, describe the nature of your background, experience or involvement.

8. Have you visited Wasco, do you know anyone who lives there, or do you have any impressions about Wasco that would cause you to feel you could not be a fair and impartial juror in a case in which Wasco is a party?

9. Do you think of yourself as inquisitive, interested in learning new things?

10. If your answer to the preceding question is yes, what kind of things are you interested in learning about?

11. Do you know how the surveying process works?

12. If your answer to the preceding question is no, would you keep an open mind and listen to any evidence that might be offered to explain what a surveyor does and how that is important to this case?

13. Do you understand that just because one party has made an allegation against another party in the complaint in this case, the allegation by itself is not evidence, that all of the parties have the duty of providing you with evidence to support their claims?

14. Is there any reason that you can think of, regardless of whether the topic has been discussed here, why you would not be able to serve as a fair and impartial juror in this case?

DATED: February 16, 2010.

GCR, LLP

By: _____
CHAKA C. OKADIGBO
BONIFACIO BONNY GARCIA
SUSAN GRAHAM BARNES

Attorneys for Defendant
CITY OF WASCO

**Defendant City of Wasco's Proposed Jury Voir Dire**