# UNITED STATES DISTRICT COURT

Eastern District of California

**EXHIBIT LIST OF DEFENDANT CITY OF WASCO**

Roger McIntosh, Plaintiff v. Northern California Universal Enterprises Company, et al.,

Case No.; 1:07-cv-01080LJO-GSA

| PRESIDING JUDGE  Hon. Lawrence J. O'Neill | | | | | PLAINTIFF'S ATTORNEY  James J. Braze, Esq., SBN 75911  Jeffrey A. Travis, Esq., SBN 23507  Borton Petrini, LLP | DEFENDANT CITY OF WASCO'S ATTORNEYS:  Chaka C. Okadigbo, Esq., SBN 224547  Susan Graham Barnes, Esq., (phv)  Bonifacio B. Garcia, Esq., SBN 100761  GCR, LLP |
|---|---|---|---|---|---|---|
| TRIAL DATES(S)  March 1 – March 15, 2010 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* | |
|  | D400 |  | X |  | Exhibit 11 from Wong deposition (formerly City's # 9) | |
|  | D401 |  | X |  | Letter, Staub to Brown, re Phased acquisition schedule with enclosures (formerly City's #45) | |
|  | D402 |  | X |  | McIntosh Brown job status reports and additional documents received from McIntosh' office by counsel for NCUE (formerly City's #50) | |
|  | D403 |  | X |  | N. Thomas McCartney letter to Gordon McClintock "Martin-McIntosh v. Legacy et al" and attached documents (formerly City's# 65) | |
|  | D404 |  | X |  | Acquisition Agreement for Improvements (formerly City's # 66) | |
|  | D405 |  | X |  | Amendments to Acquisition Agreement for Improvements (formerly City's# 67) | |
|  | D406 |  | X |  | McIntosh invoices for work done on Valley Rose subdivision (formerly City's# 69) | |
|  | D407 |  | X |  | Checks and/or warrants for checks from city to developers and/or engineers for work done on subdivision (formerly City's #70) | |
|  | D408 |  | X |  | Declaration of Eugene Martin filed in Kern County Superior Court Case No. 227661-JES filed January 5, 2001(formerly City's # 71). | |

---

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avenue, Suite 695, Los Angeles, California 90071.

On **February 16, 2010**, I served the following documents: **EXHIBIT LIST OF DEFENDANT CITY OF WASCO** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Jeffrey Travis<br>Borton Petrini, LLP<br>5060 California Ave., Suite 700<br>Bakersfield, CA 93301<br>jtravis@bortonpetrini.com | Steven J. Hassing<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>stevehassing@yahoo.com |

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA 93301
walexander@alexander-law.com

( )   **BY MAIL**: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( X )   **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rules(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

( )   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X )   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **February 16, 2010**, Los Angeles, California.

Carolyn Dominguez