BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
SUSAN GRAHAM BARNES (phv)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DEFENDANT CITY OF WASCO'S IDENTIFICATION OF WITNESSES FOR TRIAL**<br><br>Trial Date: March 1, 2010<br>Time: 8:30 a.m.<br>Dept: 4 (LJO)<br>Honorable Lawrence O'Neill |

The City of Wasco hereby identifies the following with whom it intends to give testimony at Trial:

<u>Non-Expert Witnesses</u>

1. Larry Pennell

   1109 Cypress, Wasco, CA 93280

2. John Wooner

   10814 Cypress Falls Avenue, Bakersfield, CA 93312

3. Jim Zervis, City Manager, City of Wasco

   746 8th Street, Wasco, CA 93280

4. Bob Wren, Public Works Department, City of Wasco
   801 8th Street, Wasco, CA 93280

5. Jerry Helt, Helt Engineering, Inc.
   2390 Union Avenue, Bakersfield, CA

6. Dennis McNamara, Community Development Department, Planning Division
   City of Wasco
   746 8th Street, Wasco, CA 93280

7. Darrell Souza
   5760 American Avenue, Modesto, CA

8. Alan Peake
   Wall, Wall & Peake
   1601 F Street, Bakersfield, CA 93301

9. Terry Schroepfer
   Provost and Pritchard
   7025 Luke Avenue, Bakersfield, CA 93301

10. Vickie Hight, City Clerk, City of Wasco
    746 8th Street, Wasco, CA 93280

11. Warren Craig, City of Wasco employee, Street Development

12. Greg Black
    1118 Sungro Way, Bakersfield, CA

13. Sara Burgi
    3124 Bank Street, Bakersfield, CA

14. Josh Woodard
    1039 Edgewater Court, Redding, CA

15. Joe Wu
    300 B Street, Turlock, CA

16. Roger McIntosh
    2001 Wheelan Court, Bakersfield, CA

<u>Expert Witnesses</u>

17. Stephen Wong

    Burkett and Wong Engineers

    3434 Fourth Avenue, San Diego, CA 92103

18. James Delmarter

    2901 H Street, Ste. 3, Bakersfield, CA

DATED: February 16, 2010           GCR, LLP

                                   By:_____
                                   Chaka C. Okadigbo
                                   Susan Graham Barnes
                                   Bonifacio Bonn Garcia

                                   Attorneys for Defendant
                                   CITY OF WASCO

# PROOF OF SERVICE
## (FRCP No. 5(b)(2)(E))

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avenue, Suite 695, Los Angeles, California 90071.

On **February 16, 2010**, I served the following documents: **DEFENDANT CITY OF WASCO'S IDENTIFICATION OF WITNESSES FOR TRIAL** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

Jeffrey Travis
Borton Petrini, LLP
5060 California Ave., Suite 700
Bakersfield, CA 93301
jtravis@bortonpetrini.com

Steven J. Hassing
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747
stevehassing@yahoo.com

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA 93301
walexander@alexander-law.com

( ) **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

( X ) **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rules(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

( ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( X ) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **February 16, 2010**, Los Angeles, California.

Carolyn Dominguez