BONIFACIO BONNY GARCIA (SBN 100761)
SUSAN GRAHAM BARNES (phv)
CHAKA C. OKADIGBO (SBN 224547)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DEFENDANT CITY OF WASCO'S DESIGNATION OF DEPOSITION TRANSCRIPTS INTENDED TO BE USED AT TRIAL**<br><br>Dept: 4 (LJO)<br>Trial Date: March 1, 2010<br>Honorable Lawrence O'Neill |

The City of Wasco, joined by Defendant Dennis W. DeWalt, Inc. ("DeWalt") where indicated below, intends to offer the following deposition testimony at trial:

**Designations from Deposition of Greg Black (joined by DeWalt)**

12:24-25; 13:1-3; 13:20-25; 15:3-12; 15:13-16; 16:22; 17:1-8; 17:9-12; 17:25-18:1; 18:14-18; 20:1-4; 23:24-24:5; 25:17-20; 27:23-25; 28:1-3; 31:21-32:2; 32:15-18; 33:15-19; 37:2; 37:20-38:6;39:4-10; 41:3-5, 16-20; 45:12; 48:11-20; 49:11-12; 49:21-23; 50:9-16; 54:10-12, 13-15, 17-25; 56:4-9; 57:4-12; 58:20-25; 63:12-14; 65: 8-24; 66:19-25; 67:13-25; 67:21-25; 68:1; 68:2-22; 65:8-24; 69:2; 69:10; 69:19; 69:20-23; 76:5-7; 77:2-10; 81:14-21.

**Designations from Deposition of Roger McIntosh (12/28/08) (joined by DeWalt)**

27:21-28:7; 29:5-18; 30:22-31:1; 33:1-6; 35:5-15;37:21-28:5; 38:9-16; 39:23-40:5; 42:2-11; 42:16-21; 44:8-25; 46:6-47:4; 49:11-51:9; 53:12-54:8-21, 21; 60;19-22; 61:22-25; 80:16-25; 81:1-7; 81: 1-7, 21-24; 82:1-11; 88:10-91:2; 94:24-94:6; 95:7-9; 102:9-11, 21-24; 103: 17-18; 109:25-111:21; 112-8-12; 114:24-115:10-15; 120:15;124:5-20; 129; 145:15-18;160:4-8; 163:21-22; 165:1-3; 165:10-166:19; 167:24-168:13; 175:23-176:3; 176:8-9; 180:7-10; 182:21; 183:21-25; 186:8-10, 15-18; 190:20; 192:8-20; 198:22-199:5; `199:12-16; 202:20-25; 203:15-204:6;

1  205:9-207:2; 206:1-7, 15-16, 23-25; 207:11-21, 207;24-208:1; 208:23-25; 209:7-12; 210:21-211:1; 211:2-9;217:2-9; 220:22-24; 227:18-21; 234:16; 238:24-239:7.

**Designations from Deposition of Roger McIntosh (1/28/09) (joined by DeWalt)**

262:11-4; 264-265; 266:7-11; 265:6; 272:18-21; 282:19-22; 305:24-306:19; 307:24-308:1;310:24-311:18; 313:9-25; 314:2-9; 315:13-316:7.

**Designations from Deposition of Alan Peake**

7:19-25; 8:1-6; 8:9-9:14; 9:20-24; 10:11-14; 10:16-21, 23-24; 13:11-18; 13:19-24; 18:19 – 19:21; 21:17-22:19; 23:10-25:1; 24:11-17, 22-24.

**Designations from Deposition of Sarah Burgi**

8:9-9:8; 9:20-23; 11:17-22; 11:19-12:1; 12:5-7; 13:7-11, 17-19; 14:3-8; 14:13-22; 24:2-5; 24:25-25:1-3, 11; 29:19-25; 30:5-18; 30:23-31:1.

**Designations from Deposition of Josh Woodard**

12:16 – 13:3; 18: 2-15, 17-21; 20:24-21:1; 21:3-6, 13, 15-17; 25:6-11;28:11-16; 28:17-24; 29:8-16.

**Designations from Deposition of Joe Wu (10/28/08)**

18:21-19:21; 33:5-10; 34:1-24; 35:2-12; 35:18-20; 36:17-24; 37:19-22; 38:24-39:6; 39:13-21; 39:22-24; 39:25-:40:5; 40:6-13; 40:9-13;40:19-24;  42:18-22; 43:11-25; 45:3-24; 46:4-14; 48:4-12; 48:12-49:5;50:18-23;  52:4-8; 56:15-17; 59:2; 64:21-65:8; 69:7-13.

**Designations from Deposition of Terry Schroepfer**

9:25-10:10; 10:16-10:23; 12:3-6; 14:8-21; 15:1-9; 15:17-20; 15:21-24; 21:24-22:10-19; 26: 15-27:4; 27:18-23; 28:4-13, 14-16; 29:23-25; 30:4-7; 33-34; 35:9-18; 40:12-20; 41:1-15; 42:18-22; 44:13-14; 45:1-4; 47: 9-14; 51:17-52:10; 58: 14-17; 58:25-59:1; 59:2-5; 60:1-5; 71: 4-19.

**Designations from Deposition of James K. Delmarter (joined by DeWalt)**

12:1-6;16:8-11;22:20 – 23:8; 23:12-15; 34:12-14; 38:14-18; 43:8-14; 44:2-5; 45:5-14;45:22-24; 52:13-17; 55:2-6; 53:11-13; 55:2-6; 55:7-9; 57:10-21; 58:3 – 59:12; 60:17-25; 63:8-11; 64:7-13; 65:24-66:2; 66:5-19; 67:`1-3; 67: 14-23; 67:24-68:2; 69:20-22; 70: 4-7; 73:12-14; 74:24-75:2; 85:15-20; 85:21-86:5; 86:12-87:12; 87:22-88:5; 90:6-9; 90:12-19; 93:12-19.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Designations from Deposition of Jeffrey Gutierrez (November 24, 2008)**

14:16-20; 15:2-10, 16-18; 16:10-13; 20:13-21:6; 21:13-18; 24:11-13, 17-20; 33:25-34:1; 39:8-21, 24-25; 41:7, 20-24; 42:2-10; 43:6-13; 47:20-22; 48:1-2, 5-13; 48:24-49:4.

DATED: February 16, 2010

                                              GCR, LLP

                                              By: _____
                                                  Chaka C. Okadigbo
                                                  Susan Graham Barnes
                                                  Bonifacio Bonny Garcia

                                                  Attorneys for Defendant
                                                  CITY OF WASCO