BONIFACIO BONNY GARCIA (SBN 100761)
SUSAN GRAHAM BARNES (phv)
CHAKA C. OKADIGBO (SBN 224547)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DEFENDANT CITY OF WASCO'S OBJECTION TO PLAINTIFF'S JOINT TRIAL EXHIBIT LIST**<br><br>Dept: 4 (LJO)<br>Trial Date: March 1, 2010<br>Honorable Lawrence O'Neill |

Defendant City of Wasco objects to the Joint Exhibit List filed by Plaintiff upon the following grounds.

1. On February 10, 2010, counsel for the parties met from approximately 9:00 A.M. until 6:30 p.m. to determine, inter alia, what exhibits they could agree would be admitted in evidence.

2. The parties agreed on admission of most of the exhibits tendered. Plaintiff's counsel agreed to compile a master list reflecting the joint trial exhibits that had been agreed upon and to provide it to counsel for the other parties by the close of business on Friday, February 12. The purpose was to enable all counsel to have adequate time to review it in order to assure its accuracy

3. Plaintiff's counsel did not produce the list until 4:00 pm on February 16, 2010, the date by which the list was required to be filed. As a result other counsel, including the undersigned, have been deprived of the opportunity to fully review Plaintiff's version of the list and to verify that it is accurate and complete.

4. A cursory review of the list by counsel for the City of Wasco has disclosed that the list is neither accurate nor complete. Exhibits which were agreed to by all counsel have been omitted from Plaintiff's Joint Trial Exhibit List, and exhibits which were objected to by one or more of the parties inexplicably have been included as joint exhibits.

WHEREFORE, the City of Wasco asks that the Court sustain the objection to Plaintiff's Joint Trial Exhibit List filed this date and extend the time for filing of a revised joint exhibit list to February 19, 2010.

DATED: February 16, 2010

                GCR, LLP

                By: _____
                Chaka C. Okadigbo
                Susan Graham Barnes
                Bonifacio Bonny Garcia

                Attorneys for Defendant
                CITY OF WASCO

Objection to Joint Exhibit List filed by Plaintiff