BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (224547)
SUSAN GRAHAM BARNES (admitted Pro Hac Vice)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DEFENDANTS CITY OF WASCO'S OBJECTIONS TO PLAINTIFF'S SPECIAL JURY INSTRUCTIONS**<br><br>Trial Date: March 1, 2010<br>Time: 8:30 a.m.<br>Dept: 4 (LJO)<br>Honorable Lawrence O'Neill |

Defendant City of Wasco, joined by Defendant Dennis W. DeWalt, Inc., object to Plaintiff's Special Jury instructions as follows:

**Special Instruction No. 6**

Defendant objects to this instruction on the ground that the cases cited do not support the proposition that "[a] prominent factor in applying the inverse ratio rule is a confession of access by defendant to the plaintiff's copyrighted work." Accordingly, the reference is misleading and inaccurate.

**Special Instruction No. 9**

Defendant objects to this instruction on the ground that it is misleading to the extent that it fails to communicate that Plaintiff must still establish a causal nexus between profits and infringement. If the court is inclined to grant the instruction, Defendant asks that it be modified

1  so as to read: "Indirect profits are available as an increase in value of a property if that value is
2  ascertainable, **provided that Plaintiff proves a causal relationship between the increased**
3  **value and infringement.**"

5  DATED: February 17, 2010              GCR, LLP

                                        By: _____
                                        CHAKA C. OKADIGBO
                                        SUSAN GRAHAM BARNES
                                        BONIFACIO BONNY GARCIA
                                        Attorneys for Defendant
                                        CITY OF WASCO