**William L. Alexander** (State Bar Number 126607)
**Tenielle E. Cooper** (State Bar Number 226717)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA 93301
Phone: (661) 316-7888
Fax: (661) 316-7890

**Attorneys for Defendant, Dennis W. DeWalt, Inc.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | Case No. 1:07-CV-01080 LJO-GSA |
| Plaintiff, | **DEWALT'S *AMENDED* PROPOSED SPECIAL JURY INSTRUCTION NO. 2** |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation, et al, | **JOINED BY NORTHERN, LOTUS AND CITY OF WASCO** |
| Defendants. | |

## SPECIAL JURY INSTRUCTION NO. 2

### (Independent Creation)

If you determine that DeWalt surveyed all of the visible improvements previously constructed within Tract 5472 and then created Map 6451 entirely from that survey, you must find that DeWalt did not infringe upon Plaintiff's copyright of Map 5472.

**SUPPORTING AUTHORITIES:**

*Kunycia v. Melville Co., Inc.*, 755 F. Supp 566, 576 (S.D.N.Y. 1990) citing *Mazer v. Stein* 347 U.S. 201, 217-218.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1   Case No. 1:07-CV-01080 LJO-GSA

DEWALT'S *AMENDED* PROPOSED SPECIAL JURY INSTRUCTION NO. 2

| | |
|---|---|
| DATED:  February 16, 2010 | ALEXANDER & ASSOCIATES, PLC |
| | By:       /s/  Tenielle E. Cooper |
| | TENIELLE E. COOPER, |
| | Attorneys for Defendant, Dennis W. DeWalt, Inc. |

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

2                    Case No. 1:07-CV-01080 LJO-GSA

DEWALT'S *AMENDED* PROPOSED SPECIAL JURY INSTRUCTION NO. 2

# PROOF OF SERVICE

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On February 17, 2010, I served the foregoing document entitled **DEWALT'S *AMENDED* PROPOSED SPECIAL JURY INSTRUCTION NO. 2** on interested parties in this action:

| | |
|---|---|
| James J. Braze, Esq. | Steven John Hassing, Esq. |
| Jeffrey A. Travis, Esq. | Law Offices of Steven J. Hassing |
| Borton Petrini & Conron | 425 Calabria Court |
| 5060 California Avenue, Suite 700 | Roseville, CA 95747 |
| Bakersfield, CA 93303-2026 | Email address: stevehassing@yahoo.com |
| Email address: jbraze@bortonpetrini.com | |
| Email address: jtravis@bortonpetrini.com | |

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address: cokadigbo@gerlegal.com

___ BY MAIL. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX  BY ELECTRONIC SERVICE. Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on February 17, 2010, at Bakersfield, California.

 X  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/     Diane Ruff
DIANE RUFF

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3                          Case No. 1:07-CV-01080 LJO-GSA

DEWALT'S *AMENDED* PROPOSED SPECIAL JURY INSTRUCTION NO. 2