BONIFACIO BONNY GARCIA (SBN 100761)
SUSAN GRAHAM BARNES (admitted PRO HAC VICE)
CHAKA C. OKADIGBO (224547)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DEFENDANT CITY OF WASCO'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST**<br><br>Date: March 1, 2010<br>Time: 8:30 a.m.<br>Dept: 4 (LJO)<br>Honorable Lawrence O'Neill |

Defendant City of Wasco objects to Plaintiff's Exhibit list as follows:

1. Regarding P-102 through 105, these exhibits are master plans of the entire Subdivision whereas the case concerns allegations of infringement only with respect to Tract 5472 (currently 6451). These documents are irrelevant under Rules 402 and 403 of the Federal Rules of Evidence insofar as they are being offered to establish Plaintiff's actual damages. The Court has already ruled on motions in limine that Plaintiff's actual damages is limited to the value of Tract 5472 map and plans. The master plans for the entire Subdivision do not relate to this issue.

2. Regarding P-107, the City refers the Court to the objection submitted by counsel for Dennis W. DeWalt, Inc. and joined in by the City.

3. With respect to the Redemption and Dissolution Agreement (P-110), the City joins in the objections raised by counsel for Northern California Universal Enterprises Company.

4. Regarding Plaintiff's exhibits related to damages (P-106), the City objects to the exhibit on lack of foundation grounds. Plaintiff fails to establish the bases for the damage information portrayed in the exhibit.

DATED: February 16, 2010

GCR, LLP

By: _____
CHAKA C. OKADIGBO
SUSAN GRAHAM BARNES
BONIFACIO BONNY GARCIA
Attorneys for Defendant
CITY OF WASCO