BONIFACIO BONNY GARCIA (SBN 100761)
SUSAN GRAHAM BARNES (phv)
CHAKA C. OKADIGBO (SBN 224547)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DEFENDANT CITY OF WASCO'S OBJECTION TO PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM**<br><br>Dept: 4 (LJO)<br>Trial Date: March 1, 2010<br>Honorable Lawrence O'Neill |

Defendant City of Wasco objects to the Proposed Special Verdict Form filed by Plaintiff upon the following grounds.

1.   On February 10, 2010, counsel for the parties met from approximately 9:00 a.m. until 6:30 p.m. to determine, inter alia, what jury instructions and special verdict forms they could agree would be used by the Court. The parties also met again on February 16, 2010 for 4 or so hours to hammer out an agreement.

2.   The parties agreed to submit a joint special verdict form separately for liability and damages. Indeed, the Court required the parties to submit a joint special verdict form. The parties worked assiduously to prepare the special verdict forms, debating in great detail the specific questions to be asked of the jury and ultimately agreeing to submit jointly a particular set

Objection to Plaintiff's Special Verdict Form

of jury instructions and verdict forms. The only matter upon which the parties could not agree was language relating to Plaintiff's claim that Defendants were "practically partners" such as to hold them liable jointly and severally for each other's alleged profits. The parties disputed the elements of the test for "practically partners," with Defendants' counsel claiming that the notion of partnership encompasses necessarily the concept of profit sharing and Plaintiff's counsel insisting that it does not. Counsel for all parties understood that Plaintiff's counsel would craft his own instruction on the concept of "practically partners," but that the parties would otherwise be submitting the joint special verdict form filed by counsel for Dennis W. DeWalt, Inc. ("DeWalt").

3. Despite Plaintiff's counsel's agreement that the parties would submit a joint special verdict form, Plaintiff has filed a special verdict form that betrays the parties' agreement to jointly submit a special verdict form. Plaintiff's Proposed Special Verdict Form includes questions on liability for contributory infringement and vicarious infringement despite the fact that these questions are covered by the parties' joint special verdict form. It also asks the jury to make determinations on contributory and vicarious infringement causes of action against Defendants DeWalt, Northern California Universal Enterprises Company, and Lotus Developments, LP even though Plaintiff's counsel admitted that he had not properly pled these causes of action against these defendants in his complaint and, therefore, would focus his claims of contributory and vicarious infringement against the City only. Plaintiff also inserts language about partnership in the instruction even though he had previously indicated that only the concept of "practical partnership" was at play.

4. Most importantly, however, Defendants' counsel was not aware that Plaintiff's counsel would be filing his own special verdict form until Plaintiff filed his form at 7:03 p.m. on February 16, 2010. As a result other counsel, including the undersigned, have been deprived of the opportunity to fully review and object to Plaintiff's special verdict form on February 16, 2010.

5. In any event, the City's counsel objects to Plaintiff's Proposed Special Verdict Form on the grounds that it betrays the parties' agreement and disregards the Court's instruction

Objection to Plaintiff's Special Verdict Form

that the parties agree to a special verdict form. Furthermore, the questions are overly broad and fail to sufficiently specify the legal elements that are necessary to understand the jury's decision making as to each of the questions being asked.

WHEREFORE, the City of Wasco asks that the Court sustain the objection to Plaintiff's Proposed Special Verdict Form filed on February 16, 2010.

DATED: February 18, 2010

                                             GCR, LLP

                                             By: _____
                                                 Chaka C. Okadigbo
                                                 Susan Graham Barnes
                                                 Bonifacio Bonny Garcia

                                                 Attorneys for Defendant
                                                 CITY OF WASCO