BONIFACIO BONNY GARCIA (SBN 100761)
SUSAN GRAHAM BARNES (phv)
CHAKA C. OKADIGBO (224547)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DEFENDANT CITY OF WASCO'S COUNTER DESIGNATIONS TO PLAINTIFF'S DESIGNATIONS OF DEPOSITION TESTIMONY**<br><br>Trial Date: March 1, 2010<br>Time: 8:30 a.m.<br>Dept: 4 (LJO)<br>Honorable Lawrence O'Neill |

**DEFENDANT CITY OF WASCO'S COUNTER DESIGNATIONS TO PLAINTIFF'S**

**DESIGNATIONS OF DEPOSITION TESTIMONY**

The City of Wasco ("City") hereby offers counter designations to designations of deposition testimonies cited in Plaintiff's designations:

**Counter Designations Regarding Testimony of Dennis McNamara**

15:2-8.

**Counter Designations Regarding Testimony of Gerald Helt**

45:12-17

**Counter Designations Regarding Testimony of Keith Woodcock**

7:8-10

9:10-18

19:10-13

**Counter Designations Regarding Testimony of Stephen Wong**

53:12-54:7

DATED: February 18, 2010        GCR, LLP

By: *[signature]*
CHAKA C. OKADIGBO
SUSAN GRAHAM BARNES
BONIFACIO BONNY GARCIA
Attorneys for Defendant
CITY OF WASCO