BONIFACIO BONNY GARCIA (SBN 100761)
SUSAN GRAHAM BARNES (phv)
CHAKA C. OKADIGBO (224547)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210; Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., et al.,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**AMENDED JOINT TRIAL EXHIBIT LIST**<br><br>Trial Date: March 1, 2010<br>Time: 8:30 a.m.<br>Dept: 4 (LJO)<br>Honorable Lawrence O'Neill |

**AMENDED JOINT EXHIBIT LIST**

J-1  Gene Martin let to Michael Brown March 18, 1992 re: Proposal

J-2  Staff Report – Tentative Tract 5472

J-3  Seller Final Closing Statements

J-4  Valley Rose Account Summary

J-5  Certificate of Registration

J-6  October 20, 2004 Letter from Black to Wu

J-7  Purchase and Sale Agreement

J-8  Wasco City Ordinance – title 16: Subdivisions

J-9  Appraisal of Valley Rose Estates

J-10  City of Wasco – Developer Information Packet

| | | |
|---|---|---|
| 1 | J-11 | Wasco Cost Publishing |
| 2 | J-12 | Tract No. 6451 (3 pages) (unsigned) |
| 3 | J-13 | Vesting Tentative Tract map No. 6451 |
| 4 | J-14 | December 13, 2004 letter from Leonard to Black |
| 5 | J-15 | April 13, 2005 mail from McNamara to Black with attachments |
| 6 | J-16 | Agreement Between Client and Consultant September 7, 2004 |
| 7 | J-17 | Engineer's Report and Assessment – Valley Rose Assessment District March 1995 |
| 8 | J-18 | July 21, 2004 Proposal for Planning |
| 9 | J-19 | Checks/Invoices |
| 10 | J-20 | March 15, 2005 McNamara letter to Lotus Development |
| 11 | J-21 | Lotus Development Fees Collected Analysis |
| 12 | J-22 | December 20, 2004 letter from Black to McNamara |
| 13 | J-23 | Quad Knopf Report February 2, 2000 |
| 14 | J-24 | Agreement between client and consultant March 18, 1992 |
| 15 | J-25 | Tentative Tract 5472 Map |
| 16 | J-26 | Revised Tentative Tract Map No. 5472 |
| 17 | J-27 | Tax Deed to Purchaser of Tax-Defaulted Property #057944 |
| 18 | J-28 | Tax Deed to Purchaser of Tax-Defaulted Property #057946 |
| 19 | J-29 | March 25, 1992 letter from Bergan to Brown, Kamm, Christensen |
| 20 | J-30 | April 21, 1992 letter from Staub to Cairns |
| 21 | J-31 | April 27, 1992 Wasco Planning Commission Agenda |
| 22 | J-32 | May 4, 1992 Weekly Status Report |
| 23 | J-33 | May 11, 1992 letter from Staub to Davis re: Conditions of Approval |
| 24 | J-34 | March 18, 1992 Proposal for Professional Planning |
| 25 | J-35 | May 18, 1992 Weekly Status Report |
| 26 | J-36 | May 22, 1992 Weekly Status Report |
| 27 | J-37 | May 29, 1992 Weekly Status Report |
| 28 | J-38 | June 5, 1992 Weekly Status Report |

| # | Ex. | Description |
|---|---|---|
| 1 | J-39 | June 24, 1992 Addition to Agreement |
| 2 | J-40 | June 26, 1992 Weekly Status Report |
| 3 | J-41 | July 6, 1992 Weekly Status Report |
| 4 | J-42 | Parcel Map No. 9572 |
| 5 | J-43 | July 10, 1992 Letter of Transmittal |
| 6 | J-44 | August 17, 1992 Weekly Status Report |
| 7 | J-45 | Resolution No. 92-1476 |
| 8 | J-46 | August 24, 1992 Weekly Status Report |
| 9 | J-47 | November 16, 1992 Weekly Status Report |
| 10 | J-48 | November 23, 1992 Weekly Status Report |
| 11 | J-49 | December 7, 1992 Weekly Status Report |
| 12 | J-50 | December 17, 1992 Weekly Status Report |
| 13 | J-51 | Contract Agreement for Tract 5472 – Turman Construction |
| 14 | J-52 | Notice of Special Meeting |
| 15 | J-53 | February 1, 1992 Weekly Status Report |
| 16 | J-54 | March 8, 1992 Letter from Martin to Legacy Group re: Cost Update |
| 17 | J-55 | April 9, 1993 Weekly Status Report |
| 18 | J-56 | Engineering Costs – Valley Rose Estates |
| 19 | J-57 | April 23, 1993 Weekly Status Report |
| 20 | J-58 | April 30, 1993 Weekly Status Report |
| 21 | J-59 | May 7, 1993 Weekly Status Report |
| 22 | J-60 | May 21, 1993 Letter from Hendrickson to Turman re: Pay Schedule Approval |
| 23 | J-61 | June 15, 1993 Description of Improvements |
| 24 | J-62 | Parameter Cost List |
| 25 | J-63 | August 31, 1993 Weekly Status Report |
| 26 | J-64 | October 4, 1993 Weekly Status Report |
| 27 | J-65 | March 16, 1994 Status Report |
| 28 | J-66 | May 2, 1992 Addresses for Tract 5472 |

| | | |
|---|---|---|
| 1 | J-67 | September 30, 1994 Letter from Wilkinson to Turman re: Final Punch List |
| 2 | J-68 | Resolution No. 95-1638 |
| 3 | J-69 | Tentative Tract Map No. 6451 |
| 4 | J-70 | Tract Map No. 6451 (1 page) |
| 5 | J-71 | November 29, 2994 Letter from Black to McNamara re: Preliminary Review |
| 6 | J-72 | Attachment to RESPA |
| 7 | J-73 | Bonding Estimates Tract 6451 |
| 8 | J-74 | Tract No. 6451 (3 pages – signed) |
| 9 | J-75 | May 19, 2006 Letter from Black to McNamara re: Final Map, Tract 6451 |
| 10 | J-76 | Job Cost Master file Listing |
| 11 | J-77 | Valley Rose Estates Map List |
| 12 | J-78 | Plan View Schedule |
| 13 | J-79 | Valley Rose Project – Wasco |
| 14 | J-80 | Subdivision Agreement for Tract 6451 |
| 15 | J-81 | Assignment of Workout and Settlement Agreement |
| 16 | J-82 | Assignment of Supplemental Golf Course Bonds Agreement |
| 17 | J-83 | Resolution No. 2004-39 |
| 18 | J-84 | Title 13- Public Services |
| 19 | J-85 | Impact Fee Engineering Study |
| 20 | J-86 | Resolution No. 92-1474 |
| 21 | J-87 | Development Agreement – The Legacy Group November 3, 1992 |
| 22 | J-88 | Aerial photograph of Tract 6451/5472 |
| 23 | J-89 | Staff Report Tentative Tract 6451 |
| 24 | J-90 | Resolution No. 05-10 |
| 25 | J-91 | Resolution No. 2007-2400 |
| 26 | J-92 | Wasco Planning Department Project Description Tentative Tract 6451 |
| 27 | J-93 | May 11, 2006 Letter to City of Wasco from Northern |
| 28 | J-94 | September 26, 2005 Letter from Helt to Black re: Tract 6451 |

| | | |
|---|---|---|
| 1 | J-95 | August 29, 2005 Letter from Helt to Black re: Tract 6541 |
| 2 | J-96 | Appraisal of 68 proposed single family lots October 4, 2004 |
| 3 | J-97 | March 15, 2005 letter from McNamara to Lotus re: Tentative Tract Map 6451 |
| 4 | J-98 | October 20, 2004 letter from Glaser to Northern |
| 5 | J-99 | March 31, 2006 letter from Glaser to Northern re: Plan check fee |
| 6 | J-100 | Valley Rose Outstanding Balance Summary 6/15/95 |
| 7 | J-101 | Ordinance No. 2005-510 |
| 8 | J-102 | Resolution No. 06-2298 |
| 9 | J-103 | Resolution No. 06-2297 |
| 10 | J-104 | March 6, 2006 Letter from Marimla to City of Wasco re: Valley Rose Estates |
| 11 | J-105 | February 16, 1006 Letter from Glaser to Northern re: Permits |
| 12 | J-106 | July 25, 2005 Letter from Lopez to Northern re: Plan check fees |
| 13 | J-107 | January 13, 2006 Letter from Pennell to Wu |
| 14 | J-108 | February 14, 2006 Letter from Marimla to Wasco Public Works re: water drop |
| 15 | J-109 | November 21, 2005 Letter from Souza to Pennell re: backup generator installation |
| 16 | J-110 | November 7, 2007 Memorandum from McNamara to Allen |
| 17-18 | J-111 | Preliminary Engineer's Report & Assessment Valley Rose Assessment District, January 1995 |
| 19 | J-112 | September 28, 2006 Letter from Wren to Wu: re Valley Rose Estates |
| 20 | J-113 | September 26, 2006 Letter from Wu to Public Works Dept re: Development Agreement |
| 21 | J-114 | August 18, 2006 Letter from Wren to Wooner re: Tract 6451 fees |
| 22 | J-115 | October 5, 1992 Letter from Staub to Schroepfer re: Valley Rose assessment work |
| 23 | J-116 | July 7, 2006, Letter from McNamara to Souza |
| 24 | J-117 | January 20, 2000 Letter from Schroepfer to Marshall re: Wasco Valley Rose Estates |
| 25 | J-118 | April 28, 1992 Letter from Cairns to McIntosh |
| 26 | J-119 | Resolution No. 92-9 Setting Forth Findings of Fact |
| 27 | J-120 | Environmental Assessments Form |
| 28 | J-121 | November 1, 2004 Letter from Black to McNamara re: Preliminary Review Application |

4853-2394-2917

5

**AMENDED JOINT TRIAL EXHIBIT LIST**

| | | |
|---|---|---|
| 1 | J-122 | Analysis – Tentative Tract 6451 (Exhibit "D") |
| 2 | J-123 | November 14, 2006 Letter from Hassing to Peake re: Joe Wu and the Wasco Valley Rose |
| 3 | | Golf Course |
| 4 | J-124 | U.S. Bank N.A. |
| 5 | J-125 | Vesting Tentative Tract No. 6451 City of Wasco – (enlarged) |
| 6 | J-126 | Tract No. 6451 signed P.1 (enlarged) |
| 7 | J-127 | Tract No. 6451 signed P.2 (enlarged) |
| 8 | J-128 | Tract No. 6451 signed P.3 (enlarged) |
| 9 | J-129 | Tentative Tract Map No. 6451 (enlarged) |
| 10 | J-130 | Tentative Tract 5472 (enlarged) |
| 11 | J-131 | Revised Tentative Tract Map 5472 (enlarged) |
| 12 | J-132 | Third Amended Complaint |
| 13 | J-133 | Enlarged 5472 |
| 14 | J-134 | Enlarged 6451 Tentative |
| 15 | J-135 | Enlarged 6451 Final |
| 16 | J-136 | Enlarged 5472 Grading Plan |
| 17 | J-137 | Enlarged Verdict Form |
| 18 | J-138 | Maps and Charts re: Tentative and final municipal application process (enlarged version |
| 19 | also to be offered at trial) | |
| 20 | J-139 | Chapter 12 Wasco Municipal Code |

DATED: February 21, 2010            GCR, LLP

By: _/s/ Chaka C. Okadigbo_
CHAKA C. OKADIGBO
SUSAN GRAHAM BARNES
BONIFACIO BONNY GARCIA
Attorneys for Defendant
CITY OF WASCO

BONIFACIO BONNY GARCIA (SBN 100761)
SUSAN GRAHAM BARNES (phv)
CHAKA C. OKADIGBO (224547)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210; Fax (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**PROOF OF SERVICE** |

I, Rosa Urias, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 S. Grand Avenue, Suite 695, Los Angeles, CA 90071. On February 21, 2010, I served the **AMENDED JOINT EXHIBIT LIST** pursuant to the method described below:

(1)  Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2)  James Braze, Esq. at jbraze@bortonpetrini.com

(3)  Steven J. Hassing at stevehassing@yahoo.com

(4)  William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the

1 | CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail
2 | Notice List to receive ECF transmission at the email address(es) indicated above.
3 |     I declare under penalty of perjury under the laws of the state of California that the above
4 | is true and correct.
5 |     Executed, February 21, 2010, Los Angeles, California.

_____
Rosa Urias

4812-8626-9957

2

**PROOF OF SERVICE**