# UNITED STATES DISTRICT COURT

## Eastern District of California

### EXHIBIT LIST OF DEFENDANT CITY OF WASCO

Roger McIntosh , Plaintiff v. Northern California Universal Enterprises Company, et al.,

Case No.; 1:07-cv-01080LJO-GSA

| PRESIDING JUDGE<br>Hon. Lawrence J. O'Neill | PLAINTIFF'S ATTORNEY<br>James J. Braze, Esq., SBN 75911<br>Jeffrey A. Travis, Esq., SBN 23507<br>Borton Petrini, LLP | DEFENDANT CITY OF WASCO'S ATTORNEYS:<br>Chaka C. Okadigbo, Esq., SBN 224547<br>Susan Graham Barnes, Esq. (phv)<br>Bonifacio B. Garcia, Esq., SBN 100761<br>GCR, LLP |
|---|---|---|
| TRIAL DATES(S)<br>March 1 – March 15, 2010 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | D400 | | X | | Exhibit 11 from Wong deposition (formerly City's # 9) |
| | D401 | | X | | McIntosh costs and invoices  (formerly City's #45) |
| | D402 | | X | | McIntosh Brown job status reports and payments of invoices and checks for improvements [received from Plaintiff's office by counsel for NCUE] (formerly City's #50) |
| | D403 | | X | | N. Thomas McCartney letter to Gordon McClintock "Martin-McIntosh v..Legacy et al" and attached documents (formerly City's# 65) |
| | D404 | | X | | Acquisition Agreement for Improvements (formerly City's # 66) |
| | D405 | | X | | Amendments to Acquisition Agreement for Improvements (formerly City's# 67) |
| | D406 | | X | | McIntosh invoices for  work done on Valley Rose subdivision (formerly City's# 69) |
| | D407 | | X | | Checks and/or warrants for checks from  city to developers and/or engineers for  work done on subdivision (formerly City's #70) |
| | D408 | | X | | Declaration of Eugene Martin filed in Kern county Superior Court  Case No. 227661-JES filed January 5, 2001(formerly City's # 71). |
| | D409 | | X | | Chapter 12 Wasco Municipal Code |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

---

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

1 | BONIFACIO BONNY GARCIA (SBN 100761)
SUSAN GRAHAM BARNES (phv)
2 | CHAKA C. OKADIGBO (224547)
GCR, LLP
3 | 520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
4 | Tel: (213) 347-0210; Fax (213) 347-0216

5 | Attorneys for Defendant CITY OF WASCO

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | ROGER McINTOSH | Case No: 1:07-CV-01080-LJO-WMV

12 | Plaintiff,

13 | vs. | **PROOF OF SERVICE**

14 | NORTHERN CALIFORNIA
UNIVERSAL ENTERPRISES
15 | COMPANY, INC., *et al.*,

16 | Defendants.

17

18 | I, Rosa Urias, declare that I am over the age of eighteen (18) and not a party to this

19 | action. My business address is 520 S. Grand Avenue, Suite 695, Los Angeles, CA 90071. On

20 | February 21, 2010, I served the **AMENDED EXHIBIT LIST OF DEFENDANT CITY OF**

21 | **WASCO** pursuant to the method described below:

22 | (1) Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

23 | (2) James Braze, Esq. at jbraze@bortonpetrini.com

24 | (3) Steven J. Hassing at stevehassing@yahoo.com

25 | (4) William L. Alexander at walexander@alexander-law.com

26 | **BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court

27 | Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the

28

1  CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail

2  Notice List to receive ECF transmission at the email address(es) indicated above.

3        I declare under penalty of perjury under the laws of the state of California that the above

4  is true and correct.

5        Executed, February 21, 2010, Los Angeles, California.

6

7                                            Rosa Urias

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28