1  BONIFACIO BONNY GARCIA (SBN 100761)
   SUSAN GRAHAM BARNES (phv)
2  CHAKA C. OKADIGBO (224547)
   GCR, LLP
3  520 SOUTH GRAND AVENUE, SUITE 695
   LOS ANGELES, CA 90071
4  Tel: (213) 347-0210; Fax (213) 347-0216

5  Attorneys for Defendant CITY OF WASCO

6
7
8               UNITED STATES DISTRICT COURT
9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
10

11 ROGER McINTOSH                    Case No: 1:07-CV-01080-LJO-WMV

12         Plaintiff,
                                     **AMENDED EXHIBIT LIST**
13     vs.

14 NORTHERN CALIFORNIA               Trial Date: March 1, 2010
   UNIVERSAL ENTERPRISES             Time: 8:30 a.m.
15 COMPANY, INC., et al.,            Dept: 4 (LJO)
                                     Honorable Lawrence O'Neill
16         Defendants.

17

18                    **AMENDED EXHIBIT LIST**

19 D-400  Helt Memo for file (formerly classified as exhibit 11 of Wong deposition/D-400)

20 D-401  McIntosh costs and invoices

21 D-402  McIntosh-Brown job status reports and payments of invoices and checks for

22        improvements

23 D-403  N. Thomas McCartney letter to Gordon McClintock "Martin-McIntosh" v. Legacy et al"

24        and attached documents

25 D-404  Acquisition Agreement for Improvements

26 D-405  Amendments to Acquisition Agreement for Improvements

27 D-406  November 12, 2004 Memo from McNamara to King Leonard (formerly part of D-400; all

28        former 406 deleted)

1  D-407 Checks and/or warrants for checks from city to developers and/or engineers for work
2       done on subdivision
3  D-408 Declaration of Eugene Martin filed in Kern County Superior Court Case No. 227661-JES
4       filed January 5, 2001
5  D-409 Chapter 12 Wasco Municipal Code
6  D-410 Tentative and Final Tract Map Flowchart for Planning Division Review
7  D-411 April 23, 2009 letter from Dan Allen to Joe Wu regarding Re-inspection of Tract 6451
8       Valley Rose Estate (formerly part of D-400)
9  D-412 November 6, 2007 letter from Dan Allen to Joe Wu regarding Punch List for Valley Rose
10      Estates (formerly part of D-400)
11 D-413 Deposition and Production of Documents of Stephen Wong (formerly part of D-400)
12 D-414 Expert Witness Disclosure of Stephen Wong (formerly part of D-400)
13 D-415 Expert Witness Disclosure of James K. Delmarter (formerly part of D-400)
14 D-416 Schedule of Value (formerly part of D-401)
15 D-417 Schedule of Value (formerly part of D-402)
16 D-418 May 21, 1993 letter from John Hendrickson to Jack Turman regarding Pay Schedule,
17      Approved Discrete Systems, and City Inspectors (formerly part of D-403)
18 DATED: February 26, 2010                    GCR, LLP

By: _____
CHAKA C. OKADIGBO
SUSAN GRAHAM BARNES
BONIFACIO BONNY GARCIA
Attorneys for Defendant
CITY OF WASCO

4842-8749-3125
2
AMENDED EXHIBIT LIST

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avenue, Suite 695, Los Angeles, California 90071.

On **February 26, 2010**, I served the following documents: **AMENDED EXHIBIT LIST** on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

Jeffrey Travis
Borton Petrini, LLP
5060 California Ave., Suite 700
Bakersfield, CA 93301
jtravis@bortonpetrini.com

Steven J. Hassing
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747
stevehassing@yahoo.com

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA 93301
walexander@alexander-law.com

( ) **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Los Angeles, California.

(X) **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rules(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

( )   (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X)   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **February 26, 2010**, Los Angeles, California.

_____
Carolyn Dominguez