# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

        Plaintiff,

vs.

NORTHERN CALIFORNIA
UNIVERSAL ENTERPRISES,
INC., LOTUS DEVELOPMENTS,
LP, THE CITY OF WASCO, AND
DENNIS W. DeWALT, INC.,

        Defendants.

_____/

CASE NO. CV F 07-1080 LJO GSA

**FILED**

MAR 1 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

## NOTE FROM THE JURY

____   The jury has reached a unanimous verdict.

____   The jury requests the following :

_____

_____

_____

_____

____   The jury has the following question(s):

    BE BACK from lunch @ 1:20

_____

_____

_____

DATED: March _____,2010

_____
PRESIDING JUROR

Court
Ex "A"