FILED

IN THE UNITED STATES DISTRICT COURT

MAR 10 2010

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

ROGER McINTOSH,

         Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC., LOTUS DEVELOPMENTS, LP, THE CITY OF WASCO, AND DENNIS W. DeWALT, INC.,

         Defendants.

CASE NO. CV F 07-1080 LJO GSA

## NOTE FROM THE JURY

___ The jury has reached a unanimous verdict.

☒ The jury requests the following:

DOES THE COPYRIGHT HAVE TO BE REGISTERED TO BE VALID? JUST BECAUSE THERE IS A © MARK ON THE MAP DOES THAT MAKE THE COPYRIGHT VALID? IF SO WHERE CAN WE FIND THAT MARK ON TENTATIVE TRACK MAP 5472 AND HOW LONG WOULD THAT © BE VALID.

☒ The jury has the following question(s):

_____

_____

_____

_____

DATED: March _____, 2010

                                          _____
                                          PRESIDING JUROR

Court Ex "B"