IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


Court Ex "B"-1

ROGER McINTOSH,

          Plaintiff,

vs.

NORTHERN CALIFORNIA
UNIVERSAL ENTERPRISES,
INC., LOTUS DEVELOPMENTS,
LP, THE CITY OF WASCO, AND
DENNIS W. DeWALT, INC.,

          Defendants.

CASE NO. CV F 07-1080 LJO GSA

**FILED**

MAR 10 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

### NOTE FROM THE JURY

____ The jury has reached a unanimous verdict.

~~The jury requests the following:~~

DOES THE COPYRIGHT HAVE TO BE REGISTERED TO BE VALID? JUST BECAUSE THERE IS A Ⓒ MARK ON THE MAP DOES THAT MAKE THE COPYRIGHT VALID? IF SO WHERE CAN WE FIND THAT MARK ON TENTATIVE TRACK MAP 5472 AND HOW LONG WOULD THAT Ⓒ BE VALID.

X̶ The jury has the following question(s):

{ Response }
- A copyright exists the moment the work is created
- A copyright holder must register the work to file a lawsuit
- A copyright symbol (c) is not required to be on the work
- A copyright lasts 70 years from the end of the calendar year in which the author dies.

DATED: March ____, 2010

                                  _[signature]_
                                  PRESIDING JUROR

There is no copyright symbol on the ~~map~~ 5472 Tentative Map

If you believe this does not answer your questions please send out another note.

                            - Judge O'Neill