Court
Ex "C"

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

        Plaintiff,

vs.

NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC., LOTUS DEVELOPMENTS, LP, THE CITY OF WASCO, AND DENNIS W. DeWALT, INC.,

        Defendants.

CASE NO. CV F 07-1080 LJO GSA

**FILED**

MAR 1 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

## NOTE FROM THE JURY

___ The jury has reached a unanimous verdict.

___ The jury requests the following :

_____
_____
_____
_____

X  The jury has the following question(s):

(1) IF AND WHEN WERE IMPROVEMENT PLANS APROVED BY CITY. (2) IF THEY WERE APPROVED DID THEY BECOME PUBLIC RECORD SO THAT ANYONE COULD HAVE USED OR VIEWED THEM.

DATED: March ____, 2010

_____
PRESIDING JUROR

(1) The Improvement Plans for tract 5472 were approved in 1993-1994.

(2) As your question defines "Public Record," yes, anyone could have viewed them. The portion of the question asking about "use" is too broad to answer.

— Judge O'Neill