*Court*
*Ex "D."*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

    Plaintiff,

  vs.

NORTHERN CALIFORNIA
UNIVERSAL ENTERPRISES,
INC., LOTUS DEVELOPMENTS,
LP, THE CITY OF WASCO, AND
DENNIS W. DeWALT, INC.,

    Defendants.

_____/

CASE NO. CV F 07-1080 LJO GSA

# FILED

MAR 1 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## NOTE FROM THE JURY

____ The jury has reached a unanimous verdict.

____ The jury requests the following :

_____

_____

_____

_____

 X   The jury has the following question(s):

WHERE would we find ①MR Wu + ②Dr. Meratis Financial
STATEMENTS + Projections USED AS exhibits in
TRial

_____

DATED: March _____,2010

*Mrs J Regel*
PRESIDING JUROR

① mr wu:   D-217 _ 1st 3 pages constitute his summary pages
    D 201 - D216  Back up Documents

② Dr. merati:   P111 - P115

      - Judge ONeill