*Court +*
*Ex "E."*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,                                CASE NO. CV F 07-1080 LJO GSA

        Plaintiff,

vs.

**FILED**

NORTHERN CALIFORNIA
UNIVERSAL ENTERPRISES,
INC., LOTUS DEVELOPMENTS,
LP, THE CITY OF WASCO, AND
DENNIS W. DeWALT, INC.,

MAR 10 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

        Defendants.
_____/

## NOTE FROM THE JURY

___ The jury has reached a unanimous verdict.

___ The jury requests the following :

_____
_____
_____
_____

X   The jury has the following question(s):

IF WE award money to the Plaintiff REGARDING MR WU's COMPANIES DO WE SPLIT THE AWARD between lotus + Northern.

_____

DATED: March ____, 2010

                                       *[signature]*
                                 PRESIDING JUROR

Answer: If you decide that the Plaintiff is due any damages from one or both of Mr. Wu's companies, then you must treat each company separately, both on the decision to award and the amount of the award. — Judge Meceal