**FILED**

IN THE UNITED STATES DISTRICT COURT

MAR 1 0 2010

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ROGER McINTOSH,                                   CASE NO. CV F 07-1080 LJO GSA

        Plaintiff,

  vs.

NORTHERN CALIFORNIA
UNIVERSAL ENTERPRISES,
INC., LOTUS DEVELOPMENTS,
LP, THE CITY OF WASCO, AND
DENNIS W. DeWALT, INC.,

        Defendants.
                      /

## NOTE FROM THE JURY

✓   The jury has reached a unanimous verdict.

___   The jury requests the following :

    _____

    _____

    _____

    _____

___   The jury has the following question(s):

    _____

    _____

    _____

    _____

DATED: March _10_ ,2010

                     _____
                     PRESIDING JUROR

*Court Exhibit "F"*