**FILED**

MAR 10 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER McINTOSH, | CASE NO. CV F 07-1080 LJO GSA |
| Plaintiff, | **VERDICT** |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC., LOTUS DEVELOPMENTS, LP, THE CITY OF WASCO, AND DENNIS W. DeWALT, INC., | |
| Defendants. | |

We, the jury, unanimously find the following, by a **preponderance of the evidence**:

## COPYRIGHT INFRINGEMENT

**Question No. 1:**

Did defendant Dennis W. DeWalt, Inc. copy plaintiff Roger McIntosh's Tentative Map for Tract 5472?

YES ✓

NO _____

Proceed to Question No. 2.

1

1 **Question No. 2:**

2 Did defendant Dennis W. DeWalt, Inc. copy plaintiff Roger McIntosh's Improvement Plans for

3 Tract 5472?

4 YES _____

5 NO ____✓____

6 Proceed to Question No. 3.

7 **Question No. 3:**

8 Did defendant Northern California Universal Enterprises, Inc. copy plaintiff Roger McIntosh's

9 Tentative Map for Tract 5472?

10 YES ____✓____

11 NO _____

12 Proceed to Question No. 4.

13 **Question No. 4:**

14 Did defendant Northern California Universal Enterprises, Inc. copy plaintiff Roger McIntosh's

15 Improvement Plans for Tract 5472?

16 YES _____

17 NO ____✓____

18 Proceed to Question No. 5.

19 **Question No. 5:**

20 Did defendant Lotus Developments, LP copy plaintiff Roger McIntosh's Tentative Map for Tract

21 5472?

22 YES ____✓____

23 NO _____

24 Proceed to Question No. 6.

25 / / /

26 / / /

27 / / /

28 / / /

2

1  **Question No. 6:**
2      Did defendant Lotus Developments, LP copy plaintiff Roger McIntosh's Improvement Plans for
3  Tract 5472?
4  YES _____
5  NO ___✓_____
6  Proceed to Question No. 7.
7  **Question No. 7:**
8      Did defendant City of Wasco copy plaintiff Roger McIntosh's Tentative Map for Tract 5472?
9  YES ___✓_____
10 NO _____
11 Proceed to Question No. 8.
12 **Question No. 8:**
13     Did defendant City of Wasco copy plaintiff Roger McIntosh's Improvement Plans for Tract
14 5472?
15 YES ___✓_____
16 NO _____
17 If you answered "yes" to any of Question Nos. 1-8, proceed to Question No. 9.
18 If you answered "no" to all of Question Nos. 1-8, stop here, answer no further questions, and have your
19 presiding juror date and sign this form.

20                     **CONTRIBUTORY COPYRIGHT INFRINGEMENT**
21                          **BY DEFENDANT CITY OF WASCO**
22 **Question No. 9:**
23     Did defendant City of Wasco know or have reason to know of the infringing activity by the other
24 defendants, if any?
25 YES ___✓_____
26 NO _____
27 If you answered "yes" to Question No. 9, proceed to Question No. 10.
28 If you answered "no" to Question No. 9, proceed to Question No. 11.

**Question No. 10:**

Did defendant City of Wasco intentionally and materially contribute to any infringement by any of the other defendants?

YES ✓

NO _____

Proceed to Question No. 11.

### VICARIOUS COPYRIGHT INFRINGEMENT

**Question No. 11:**

Did defendant City of Wasco profit directly from any copying of plaintiff Roger McIntosh's work (either the Tentative Map for Tract 5472 or Improvement Plans for Tract 5472) done by any of the other defendants?

YES ✓

NO _____

If you answered "yes" to Question No. 11, proceed to Question No. 12.

If you answered "no" to Question No. 11, proceed to Question No. 14.

**Question No. 12:**

Did defendant City of Wasco have the right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES ✓

NO _____

If you answered "yes" to Question No. 12, proceed to Question No. 13.

If you answered "no" to Question No. 12, proceed to Question No. 14.

**Question No. 13:**

Did defendant City of Waco fail to exercise that right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES ✓

NO _____

Proceed to Question No. 14.

4

**Question No. 14:**

Did defendant Dennis W. DeWalt, Inc. profit directly from any copying of plaintiff Roger McIntosh's work done by any of the other defendants?

YES_____

NO\_\_\_\_✓_____

If you answered "yes" to Question No. 14, proceed to Question No. 15.

If you answered "no" to Question No. 14, proceed to Question No. 17.

**Question No. 15:**

Did defendant Dennis W. DeWalt, Inc. have the right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES_____

NO_____

If you answered "yes" to Question No. 15, proceed to Question No. 16.

If you answered "no" to Question No. 15, proceed to Question No. 17.

**Question No. 16:**

Did defendant Dennis W. DeWalt, Inc. fail to exercise that right and ability to supervise or control the other defendants' copying of plaintiff's work?

YES_____

NO_____

Proceed to Question No. 17.

**Question No. 17:**

Did defendant Northern California Universal Enterprises, Inc. profit directly from any copying of plaintiff Roger McIntosh's work done by any of the other defendants?

YES\_\_\_✓_____

NO_____

If you answered "yes" to Question No. 17, proceed to Question No. 18.

If you answered "no" to Question No. 17, proceed to Question No. 20.

///

**Question No. 18:**

Did defendant Northern California Universal Enterprises, Inc. have the right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES_____✔_____

NO_____

If you answered "yes" to Question No. 18, proceed to Question No. 19.

If you answered "no" to Question No. 18, proceed to Question No. 20.

**Question No. 19:**

Did defendant Northern California Universal Enterprises, Inc. fail to exercise that right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES_____✔_____

NO_____

Proceed to Question No. 20.

**Question No. 20:**

Did defendant Lotus Developments, LP profit directly from any copying of plaintiff Roger McIntosh's work done by any of the other defendants?

YES_____✔_____

NO_____

If you answered "yes" to Question No. 20, proceed to Question No. 21.

If you answered "no" to Question No. 20, proceed to Question No. 23.

**Question No. 21:**

Did defendant Lotus Developments, LP have the right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES_____✔_____

NO_____

If you answered "yes" to Question No. 21, proceed to Question No. 22.

If you answered "no" to Question No. 21, proceed to Question No. 23.

/ / /

1  **Question No. 22:**

2  Did defendant Lotus Development, LP fail to exercise that right and ability to supervise or
3  control the other defendants' copying of plaintiff Roger McIntosh's work?
4  YES ✓
5  NO _____
6  Proceed to Question No. 23.

7  **DAMAGES**

8  **Question No. 23:**

9  What is the total amount of actual damages plaintiff Roger McIntosh is entitled to? (This is the
10  amount of money you will be awarding plaintiff Roger McIntosh.)
11  $ **1.4 million**
12  Proceed to Question No. 24.

13  **Question No. 24:**

14  Did defendant Dennis W. DeWalt, Inc. obtain a profit from its infringing activity?
15  YES _____
16  NO ✓
17  If you answered "yes" to Question No. 24, proceed to Question No. 25.
18  If you answered "no" to Question No. 24, proceed to Question No. 26.

19  **Question No. 25:**

20  What was the amount of defendant Dennis W. DeWalt, Inc.'s profit?
21  $ _____
22  Proceed to Question No. 26.
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**Question No. 26:**

Did defendant Northern California Universal Enterprises, Inc. obtain a profit from its infringing activity?

YES ✓

NO _____

If you answered "yes" to Question No. 26, proceed to Question No. 27.

If you answered "no" to Question No. 26, proceed to Question No. 28.

**Question No. 27:**

What was the amount of defendant Northern California Universal Enterprises, Inc.'s profit?

$ 1,992,107.50

Proceed to Question No. 28.

**Question No. 28:**

Did defendant Lotus Developments, LP obtain a profit from its infringing activity?

YES ✓

NO _____

If you answered "yes" to Question No. 28, proceed to Question No. 29.

If you answered "no" to Question No. 28, proceed to Question No. 29.

**Question No. 29:**

What was the amount of defendant Lotus Developments, LP's profit?

$ 1,992,107.50

Proceed to Question No. 30.

**Question No. 30:**

Did defendant City of Wasco obtain a profit from its infringing activity?

Yes ✓

No _____

If you answered "yes" to Question No. 30, proceed to Question No. 31.

If you answered "no" to Question No. 30, proceed to Question No. 32.

///

**Question No. 31:**

What was the amount of defendant City of Wasco's profit?

$ _____1.5 million_____

**Question No. 32:**

If you entered an amount more than $0 in response to Question No. 27, answer Question No. 32.

If you did not enter an amount in response to Question No. 27, proceed to Question No. 33.

In committing infringing activity, did defendant Northern California Universal Enterprises, Inc. act as a partner or practically partner with defendant Lotus Developments, LP?

Yes ✓

No ____

Proceed to Question No. 33.

**Question No. 33:**

If you entered an amount more than $0 in response to Question No. 29, answer Question No. 33.

If you did not enter an amount in response to Question No. 29, stop here, answer no further questions, and have your presiding juror date and sign this form.

In committing infringing activity, did defendant Lotus Developments, LP act as a partner or practically partner with defendant Northern California Universal Enterprises, Inc.?

Yes ✓

No ____

Please have the presiding juror date and sign this form.

DATED:   March 10, 2010             _____
                                    PRESIDING JUROR

After this form has been dated and signed, please use a "Note From The Jury" to inform the Court that you have reached a unanimous verdict.