Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                    Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                    Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**NOTICE OF MOTION AND MOTION BY NORTHERN REQUESTING THE COURT TO MAKE DETERMINATIONS LEFT UNRESOLVED BY THE JURY**<br><br>DATE:  APRIL 20, 2010<br>TIME:  8:30 A.M.<br>DEPT.:  4 (LJO)<br><br>TRIAL DATE:  MARCH 1, 2010<br><br>HONORABLE LAWRENCE O'NEILL<br><br>FRCP 49(a)(3) |

   Please take notice that Northern California Universal Enterprise Company will, and hereby does, move this Court to make certain material factual determinations left unresolved by the jury.  Those factual determinations are;

   **1.     What portion of profits, if any, bore a casual relationship to infringement and are therefore attributable to infringement?**

  **2.  What is the amount of actual damages for which each defendant is liable?**

  **3.  Through which Defendant's actions was Northern and Lotus found to be vicariously liable?**

This motion is based on Rule 49(a)(3) of the Federal Rules of Civil Procedure, the Points and Authorities filed herewith and the Declaration of Steven J Hassing with Exhibits "A" through "F" attached.

The hearing will take place at 8:30 A.M. on April 20, 2010 in Department 4 of the United States District Court for the Eastern District of California located at 2500 Tulare Street Fresno, CA 93721.

Any written opposition must be filed and served no later than 14 days prior to the hearing pursuant to local rule 230.

Dated this 18th day of March, 2010        /s/ Steven J. Hassing, Esq.
                               Steven J Hassing, Attorney for Northern

**CERTIFICATE OF SERVICE**

1.  On March 19, 2010, I served the following document:

    - **NOTICE OF MOTION AND MOTION REQUESTING THE COURT TO MAKE DETERMINATIONS LEFT UNRESOLVED BY THE JURY**

2.  The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

_____   By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of March, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing