Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California*
*Universal Enterprise Company*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                         Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                         Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF STEVEN J. HASSING IN SUPPORT OF NORTHERN'S MOTION REQUESTING THE COURT TO MAKE DETERMINATIONS LEFT UNRESOLVED BY THE JURY**<br><br>**DATE:  APRIL 20, 2010**<br>**TIME:   8:30 A.M.**<br>**DEPT.:  4 (LJO)**<br><br>**TRIAL DATE:  MARCH 1, 2010**<br><br>**HONORABLE LAWRENCE O'NEILL**<br><br>**FRCP 49(a)(3)** |

I, Steven J Hassing, declare:

1.      I am an attorney authorized to practice before this Court, represent Northern and

Lotus, and have personal knowledge of the facts stated below.

Declaration of Steven J. Hassing in Support of Motion Requesting the Court to Make Determinations Left
Unresolved by the Jury

2.        Attached as Exhibit "A" is a true and correct copy of Jury Instruction 43 read to

the jury in this action.

3.        Attached as Exhibit "B" is a true and correct copy of the Special Verdict Form

returned by the jury in this action.

4.        Attached as Exhibit "C" is a true and correct copy of Trial Exhibit P-112, (Dr.

Merati's profit calculation.

5.        Attached as Exhibit "D" is the relevant portion of Trial Exhibit D-217, (Lotus's

summary analysis of profit/loss detailing those factors to which profit or loss are

attributable).

6.        Attached as Exhibit "E" is a true and correct copy of Trial Exhibit D-250,

(Plaintiff's costs).

7.        Attached as Exhibit "F" is a true and correct copy of Trial Exhibit J-18,

(DeWalt/Northern Contract).

8.        I have ordered a copy of the trial transcript and once received will file a

supplemental declaration with a copy of the page reflecting Mr. Wu's testimony regarding

various factors attributable to his ability to sell the Wasco homes, including the necessity

of such things as roofs, plumbing, windows and doors----all in addition to a subdivision

map as well as Mr. McIntosh's testimony regarding the doubling of his rate between

1992 and 2004.

Dated this 18th day of March, 2010                    _____/s/ Steven J. Hassing, Esq.
                                                       Steven J Hassing, Attorney for
                                                       Northern

2

Declaration of Steven J. Hassing in Support of Motion Requesting the Court to Make Determinations Left
Unresolved by the Jury

**CERTIFICATE OF SERVICE**

1.    On March 19th, 2010, I served the following document:

- **DECLARATION OF STEVEN J. HASSING IN SUPPORT OF NORTHERN'S MOTION REQUESTING THE COURT TO MAKE DETERMINATIONS LEFT UNRESOLVED BY THE JURY**

2.    The above-named document was served by the following means to the persons as listed below:

  XX    United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of March, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing

3
Declaration of Steven J. Hassing in Support of Motion Requesting the Court to Make Determinations Left Unresolved by the Jury