# EXHIBIT "A"

1
2
3
4

## INSTRUCTION NO. 43
## COPYRIGHT—DAMAGES—DEFENDANT'S PROFITS
### (17 U.S.C. § 504(b))

5    In addition to actual damages, the copyright owner is entitled to any profits of the defendant
6    attributable to the infringement. You may not include in an award of profits any amount that you took
7    into account in determining actual damages.

8

9    You may make an award of the defendant's profits only if you find that the plaintiff showed a
10   causal relationship between the infringement and the profits generated indirectly from the infringement.

11

12   The defendant's profit is determined by subtracting all expenses from the defendant's gross
13   revenue.

14

15   The defendant's gross revenue is all of the defendant's receipts from the use or sale of a
16   copyrighted work associated with the infringement. The plaintiff has the burden of proving the
17   defendant's gross revenue by a preponderance of the evidence.

18

19   Expenses are all operating costs, overhead costs, and production costs incurred in producing the
20   defendant's gross revenue. The defendant has the burden of proving the defendant's expenses by a
21   preponderance of the evidence.

22

23   Unless you find that a portion of the profit from the use or sale of a copyrighted work is
24   attributable to factors other than use of the copyrighted work, all of the profit is to be attributed to the
25   infringement. The defendant has the burden of proving the portion of the profit, if any, attributable to
26   factors other than infringing the copyrighted work.

27
28

EXHIBIT "B"

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,

               Plaintiff,

      vs.

NORTHERN CALIFORNIA
UNIVERSAL ENTERPRISES,
INC., LOTUS DEVELOPMENTS,
LP, THE CITY OF WASCO,
AND DENNIS W. DeWALT,
INC.,

               Defendants.

CASE NO. CV F 07-1080 LJO GSA

**VERDICT**

We, the jury, unanimously find the following, by a **preponderance of the evidence**:

## COPYRIGHT INFRINGEMENT

**Question No. 1:**

     Did defendant Dennis W. DeWalt, Inc. copy plaintiff Roger McIntosh's Tentative Map for Tract 5472?

YES_____✓_____

NO_____

Proceed to Question No. 2.

1

**Question No. 2:**

Did defendant Dennis W. DeWalt, Inc. copy plaintiff Roger McIntosh's Improvement Plans for Tract 5472?

YES_____

NO_____✓_____

Proceed to Question No. 3.

**Question No. 3:**

Did defendant Northern California Universal Enterprises, Inc. copy plaintiff Roger McIntosh's Tentative Map for Tract 5472?

YES_____✓_____

NO_____

Proceed to Question No. 4.

**Question No. 4:**

Did defendant Northern California Universal Enterprises, Inc. copy plaintiff Roger McIntosh's Improvement Plans for Tract 5472?

YES_____

NO_____✓_____

Proceed to Question No. 5.

**Question No. 5:**

Did defendant Lotus Developments, LP copy plaintiff Roger McIntosh's Tentative Map for Tract 5472?

YES_____✓_____

NO_____

Proceed to Question No. 6.

///

///

///

///

1  **Question No. 6:**

2         Did defendant Lotus Developments, LP copy plaintiff Roger McIntosh's Improvement Plans for

3  Tract 5472?

4  YES_____

5  NO_____✓_____

6  Proceed to Question No. 7.

7  **Question No. 7:**

8         Did defendant City of Wasco copy plaintiff Roger McIntosh's Tentative Map for Tract 5472?

9  YES_____✓_____

10  NO_____

11  Proceed to Question No. 8.

12  **Question No. 8:**

13         Did defendant City of Wasco copy plaintiff Roger McIntosh's Improvement Plans for Tract

14  5472?

15  YES_____✓_____

16  NO_____

17  If you answered "yes" to any of Question Nos. 1-8, proceed to Question No. 9.

18  If you answered "no" to all of Question Nos. 1-8, stop here, answer no further questions, and have your

19  presiding juror date and sign this form.

20                **CONTRIBUTORY COPYRIGHT INFRINGEMENT**

21                      **BY DEFENDANT CITY OF WASCO**

22  **Question No. 9:**

23         Did defendant City of Wasco know or have reason to know of the infringing activity by the other

24  defendants, if any?

25  YES_____✓_____

26  NO_____

27  If you answered "yes" to Question No. 9, proceed to Question No. 10.

28  If you answered "no" to Question No. 9, proceed to Question No. 11.

3

1  **Question No. 10:**

2      Did defendant City of Wasco intentionally and materially contribute to any infringement by any

3  of the other defendants?

4  YES_____✔_____

5  NO_____

6  Proceed to Question No. 11.

7                   **VICARIOUS COPYRIGHT INFRINGEMENT**

8  **Question No. 11:**

9      Did defendant City of Wasco profit directly from any copying of plaintiff Roger McIntosh's work

10  (either the Tentative Map for Tract 5472 or Improvement Plans for Tract 5472) done by any of the other

11  defendants?

12  YES_____✔_____

13  NO_____

14  If you answered "yes" to Question No. 11, proceed to Question No. 12.

15  If you answered "no" to Question No. 11, proceed to Question No. 14.

16  **Question No. 12:**

17      Did defendant City of Wasco have the right and ability to supervise or control the other

18  defendants' copying of plaintiff Roger McIntosh's work?

19  YES_____✔_____

20  NO_____

21  If you answered "yes" to Question No. 12, proceed to Question No. 13.

22  If you answered "no" to Question No. 12, proceed to Question No. 14.

23  **Question No. 13:**

24      Did defendant City of Waco fail to exercise that right and ability to supervise or control the other

25  defendants' copying of plaintiff Roger McIntosh's work?

26  YES_____✔_____

27  NO_____

28  Proceed to Question No. 14.

4

**Question No. 14:**

Did defendant Dennis W. DeWalt, Inc. profit directly from any copying of plaintiff Roger McIntosh's work done by any of the other defendants?

YES_____

NO_____✔_____

If you answered "yes" to Question No. 14, proceed to Question No. 15.

If you answered "no" to Question No. 14, proceed to Question No. 17.

**Question No. 15:**

Did defendant Dennis W. DeWalt, Inc. have the right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES_____

NO_____

If you answered "yes" to Question No. 15, proceed to Question No. 16.

If you answered "no" to Question No. 15, proceed to Question No. 17.

**Question No. 16:**

Did defendant Dennis W. DeWalt, Inc. fail to exercise that right and ability to supervise or control the other defendants' copying of plaintiff's work?

YES_____

NO_____

Proceed to Question No. 17.

**Question No. 17:**

Did defendant Northern California Universal Enterprises, Inc. profit directly from any copying of plaintiff Roger McIntosh's work done by any of the other defendants?

YES_____✔_____

NO_____

If you answered "yes" to Question No. 17, proceed to Question No. 18.

If you answered "no" to Question No. 17, proceed to Question No. 20.

///

5

**Question No. 18:**

Did defendant Northern California Universal Enterprises, Inc. have the right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES_____✓_____

NO_____

If you answered "yes" to Question No. 18, proceed to Question No. 19.

If you answered "no" to Question No. 18, proceed to Question No. 20.

**Question No. 19:**

Did defendant Northern California Universal Enterprises, Inc. fail to exercise that right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES_____✓_____

NO_____

Proceed to Question No. 20.

**Question No. 20:**

Did defendant Lotus Developments, LP profit directly from any copying of plaintiff Roger McIntosh's work done by any of the other defendants?

YES_____✓_____

NO_____

If you answered "yes" to Question No. 20, proceed to Question No. 21.

If you answered "no" to Question No. 20, proceed to Question No. 23.

**Question No. 21:**

Did defendant Lotus Developments, LP have the right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES_____✓_____

NO_____

If you answered "yes" to Question No. 21, proceed to Question No. 22.

If you answered "no" to Question No. 21, proceed to Question No. 23.

/ / /

6

1   **Question No. 22:**

2       Did defendant Lotus Development, LP fail to exercise that right and ability to supervise or

3   control the other defendants' copying of plaintiff Roger McIntosh's work?

4   YES_____✔_____

5   NO_____

6   Proceed to Question No. 23.

7                           **DAMAGES**

8   **Question No. 23:**

9       What is the total amount of actual damages plaintiff Roger McIntosh is entitled to? (This is the

10  amount of money you will be awarding plaintiff Roger McIntosh.)

11  $_____1.4 million_____

12  Proceed to Question No. 24.

13  **Question No. 24:**

14      Did defendant Dennis W. DeWalt, Inc. obtain a profit from its infringing activity?

15  YES_____

16  NO_____✔_____

17  If you answered "yes" to Question No. 24, proceed to Question No. 25.

18  If you answered "no" to Question No. 24, proceed to Question No. 26.

19  **Question No. 25:**

20      What was the amount of defendant Dennis W. DeWalt, Inc.'s profit?

21  $_____

22  Proceed to Question No. 26.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                    7

1   **Question No. 26:**

2       Did defendant Northern California Universal Enterprises, Inc. obtain a profit from its infringing

3   activity?

4   YES_____✓_____

5   NO_____

6   If you answered "yes" to Question No. 26, proceed to Question No. 27.

7   If you answered "no" to Question No. 26, proceed to Question No. 28.

8   **Question No. 27:**

9       What was the amount of defendant Northern California Universal Enterprises, Inc.'s profit?

10  $ _1,992,107.50_____

11  Proceed to Question No. 28.

12  **Question No. 28:**

13      Did defendant Lotus Developments, LP obtain a profit from its infringing activity?

14  YES_____✓_____

15  NO_____

16  If you answered "yes" to Question No. 28, proceed to Question No. 29.

17  If you answered "no" to Question No. 28, proceed to Question No. 29.

18  **Question No. 29:**

19      What was the amount of defendant Lotus Developments, LP's profit?

20  $ _1,992,107.50_____

21  Proceed to Question No. 30.

22  **Question No. 30:**

23      Did defendant City of Wasco obtain a profit from its infringing activity?

24  Yes_____✓_____

25  No_____

26  If you answered "yes" to Question No. 30, proceed to Question No. 31.

27  If you answered "no" to Question No. 30, proceed to Question No. 32.

28  ///

1  **Question No. 31:**

2      What was the amount of defendant City of Wasco's profit?

3  $_____1.5 million_____

4  **Question No. 32:**

5  If you entered an amount more than $0 in response to Question No. 27, answer Question No. 32.

6  If you did not enter an amount in response to Question No. 27, proceed to Question No. 33.

7      In committing infringing activity, did defendant Northern California Universal Enterprises, Inc.

8  act as a partner or practically partner with defendant Lotus Developments, LP?

9

10                                          Yes_____✔_____

                                           No_____

11  Proceed to Question No. 33.

12  **Question No. 33:**

13  If you entered an amount more than $0 in response to Question No. 29, answer Question No. 33.

14  If you did not enter an amount in response to Question No. 29, stop here, answer no further questions,

15  and have your presiding juror date and sign this form.

16      In committing infringing activity, did defendant Lotus Developments, LP act as a partner or

17  practically partner with defendant Northern California Universal Enterprises, Inc.?

18                                          Yes_____✔_____

19                                          No_____

20  Please have the presiding juror date and sign this form.

21

22

23  DATED:      March __10__, 2010

24                                          _____

25                                          PRESIDING JUROR

26      After this form has been dated and signed, please use a "Note From The Jury" to inform the

27  Court that you have reached a unanimous verdict.

28

                                    9

EXHIBIT "C"

P 112

## Profit & Loss for Projected Homes on 38 Lots

| | |
|---|---|
| PROJECTED HOME  SALE | $9,093,702.50 |

**Cost of Sales**

| | |
|---|---|
| 1 Engineering | $21,291.02 |
| 2 Materials | $830,741.08 |
| 3 City Fees  & Permits | $8,329.47 |
| 4 Building Permit | $546,674.24 |
| 5 Subcontractors | $2,923,332.82 |
| 6 Offsite Improvements | $50,273.95 |
| TOTAL COST OF SALES | **$4,380,642.58** |

**General Expenses**

| | |
|---|---|
| 7 Commission | $197,090.70 |
| 8 Escrow | $395,476.90 |
| 9 Construction Insurance | $49,576.57 |
| 10 Interest Payment-land | $37,264.46 |
| Interest Payment-construction | $498,226.52 |
| 11 Property Tax | $24,565.86 |
| 12 Utilities | $17,891.74 |
| 13 Inspection Fees | $7,600.00 |

| | |
|---|---|
| 14 Operating Expenses | |
| A Advertising | $18,066.92 |
| B Auto Expenses | |
| fuel | $48,161.45 |
| monthly payments | $73,622.34 |
| license renewal | $3,088.13 |
| auto insurance | $23,674.00 |
| parts and repair | $9,468.97 |
| total auto | $158,014.89 |
| C Equipment Lease & Repair | |
| container- (50% of $5,400) | $3,420.00 |
| lease | $69,481.01 |
| mowers | $1,251.21 |
| repairs | $2,732.73 |
| trailers | $1,203.33 |
| total equipment lease and repair | $78,088.29 |
| D Insurance | |
| general liability | $61,159.63 |
| medical insurance | $0.00 |
| workers compensation | $0.00 |
| total insurance | $61,159.63 |

| | |
|---|---|
| E Licenses-Business License | $257.06 |
| F Employee Meal Expenses | $7,105.38 |
| G Office Supplies | $30,999.16 |
| I Housing Expense-Employee | $2,551.54 |

P- 112 pg1

| | | |
|---|---|---|
| J Utilities | $69,419.19 | |
| | | |
| Shared Operating Expenses with 30 homes | | |
| K Appraisal (68 lots) | $12,400.00 | |
| L Legal and Professional Services (68 lots) | $5,919.26 | |
| M Payroll & Payroll Taxes (offsite) | $97,475.88 | |
| N Tax : FTB (68 lots) | $1,866.68 | |
| Subtotal | $117,661.82 | |
| | | |
| Total Shared Operating Expenses with 38 lots | $65,752.19 | (1) |
| | | |
| 15 Land Cost | $308,026.32 | |
| 15 Land Closing Cost | $20,614.61 | |
| 15 Land Loan Renewal Fees | $39,596.00 | |
| Total | $368,236.93 | |
| | | |
| TOTAL GENERAL EXPENSES | $2,087,343.93 | |
| | | |
| TOTAL COST OF SALES AND GENERAL EXPENSES | $6,467,986.51 | |
| | | |
| NET PROFIT FOR 38 LOTS | $2,625,715.99 | |
| | | |
| NET PROFIT FOR 30 HOMES BUILT | $1,358,498.83 | |
| | | |
| TOTAL PROFITS FOR ALL 68 LOTS | $3,984,214.83 | |

(1) The Shared  operating expenses for 68 lots are divided into 30 home portion and 38 lots portion.

P- 112 P9 2

EXHIBIT "D"

### Valley Rose Estates
### 30 Homes Profit & Loss Summary Statement  as of 10/31/09

**SALES - 30 homes**                                                                          $  6,621,883.00
- 18 homes sold + 12 homes unsold - $4,443,870 + $2,178,013

**Cost of Sales**

| | | |
|---|---|---|
| 1 Engineer | $ | 16,808.70 |
| 2 Material | $ | 678,071.82 |
| 3 City Fee & plans | $ | 6,576.00 |
| 4 Building Permit | $ | 432,729.62 |
| 5 Subcontractor | $ | 2,377,658.60 |
| 6 Offsite Improvement | $ | 39,690.00 |
| Subtotal | | $ 3,551,534.74 |

**General Expense**

| | | |
|---|---|---|
| 7 Commission | $ | 208,735.74 |
| 8 Escrow | $ | 392,311.28 |
| 9 Const. Insurance | $ | 39,139.40 |
| 10 Interest | $ | 468,186.30 |
| 11 Property Tax | $ | 49,668.20 |
| Utilities | $ | 14,125.05 |
| 13 Inspection (Bank) | $ | 3,200.00 |
| 14 Op Expense - see attached | $ | 1,309,593.60 |
| Subtotal | | $ 2,484,959.57 |

| | | |
|---|---|---|
| 15 Land Cost | $ | 600,000.00 |
| 15 Land Closing Cost | $ | 40,798.80 |
| 15 Land Loan Renewal Fee | $ | 31,260.00 |
| Subtotal | | $ 672,058.80 |

| | | |
|---|---|---|
| Total Cost | | $ 6,708,553.11 |
| Gross Profit / Loss - 30 homes | | $ (86,670.11) |

## Summary of profit & Loss for 38 lots

**Projected Land Sale**                                                              $  760,000.00

**Cost of Sales**

| | | |
|---|---|---|
| 1 Engineer | $ | 21,291.18 |
| 3 City Fee & Permit | $ | 8,329.47 |
| 4 Building Permit | $ | 546,674.24 |
| 6 Offsite Improvement | $ | 50,273.91 |
| Subtotal | | $ 626,568.80 |

**General Expense**

| | | |
|---|---|---|
| 14 Operating Expense -see attached | $ | 142,731.60 |
| 10 Interest payment | $ | 92,318.44 |
| 16 Property Tax | $ | 24,565.86 |
| Subtotal | | $ 259,615.90 |

| | | |
|---|---|---|
| 15 Land Cost | $ | 760,000.00 |
| 15 Land Closing Cost | $ | 51,678.48 |
| 15 Land Loan Renewal Fee | $ | 39,596.00 |
| Subtotal | | $ 851,274.48 |

| | | |
|---|---|---|
| Total cost for 38 lots | | $ 1,737,459.18 |
| Gross profit / Loss - 38 lots | | $ (977,459.18) |

| | |
|---|---|
| Total Gross Profit / Loss for 68 lots | $ (1,064,129.29) |

D-217

Exhibit "E"

BP0018S4

V-R-VALU.XLS

SCHEDULE OF VALUE

MARTIN-McINTOSH

| | TOTAL ENGR. COSTS | PERCENT COMPLETE | WORK IN-PLACE | PAID BY BOND DESIGN FEES | REVISIONS |
|---|---|---|---|---|---|
| TRACT 5472 (69 LOTS) | | | | | |
| Tentative Map | $10,000.00 | 100% | $10,000.00 | | |
| Storm Drain: | $18,000.00 | 100% | $18,000.00 | $18,000.00 | |
| street excavation, curb & gutter, aggregate base | | | | | |
| Sewer | $17,000.00 | 100% | $17,000.00 | $17,000.00 | |
| Water | $9,000.00 | 100% | $9,000.00 | $9,000.00 | |
| Street Improvements: | $71,000.00 | 100% | $71,000.00 | $71,000.00 | |
| Sidewalks, Special Concrete, Paving, street lights & Street Signs | | | | | |
| Final Tract Map | $23,000.00 | 100% | $23,000.00 | $23,000.00 | |
| Landscape and walls | $36,500.00 | 100% | $36,500.00 | $36,500.00 | |
| SUBTOTAL: | $184,500.00 | | $184,500.00 | $174,500.00 | |
| TRACT 5618 (293 LOTS) | | | | | |
| Tentative Map | $13,500.00 | 100% | $13,500.00 | $13,500.00 | |
| Storm Drain: | $36,000.00 | 95% | $34,200.00 | | |
| Street Excavation, Curb & Gutter, Aggregate Base | | | | | |
| Sewer | $24,000.00 | 95% | $22,800.00 | | |
| Water | $17,000.00 | 95% | $16,150.00 | | |
| Street Improvements: | $97,500.00 | 90% | $87,750.00 | | |
| Final Tract Map | $8,700.00 | 100% | $8,700.00 | $8,700.00 | |
| Landscape and Wall Plans | $31,000.00 | 90% | $27,900.00 | | |
| Revisions: | $18,500.00 | 100% | $18,500.00 | $18,500.00 | |

Page 1

D 250

Exhibit "F"

07/21/2004  16:57   6613234674                    DEWALT                                      PAGE 01

**DEWALT**
*Corporation*

• ENGINEERING   • PLANNING   • SURVEYING   • LAND DEVELOPMENT   • CONSTRUCTION MANAGEMENT

July 21, 2004

04-01P

**NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE CO.**
300 "B" Street
Turlock, CA  95380
FAX:   209.669.0498

Attn.:   Mr. Jess Marimla

Re:   **Wasco Subdivision – Expired Tract 5472**
      **Proposal for Planning / Engineering / Surveying / Professional Services**

Dear Mr. Marimla,

DeWalt Corporation is pleased to provide this proposal for the following Planning, Engineering, and Surveying services for the property on Valley Rose Park Way in the City of Wasco, County of Kern. You will recall that the Tentative Map for Tract 5472 was approved with conditions at one point in time. Many of the conditions of approval with regard to infrastructure improvements to the site in question were completed, yet the Tentative Map was allowed to expire before recordation.  Find below the various services that DeWalt Corporation proposes to provide to you for this project and their associated costs:

**TOPOGRAPHIC SURVEY:**

Topographic survey will be performed in such a manner as to gather data which will be used for planning or engineering purposes. Please note that prior to the commencement of survey we will require a current (less that 30 days old) preliminary title report.

- Research existing horizontal and vertical monumentation with the Kern County Surveyor.
- Research existing infrastructure improvement plans with the Kern County Resource Management Agency, City of Wasco and any other related utility companies and service districts.
- Perform a boundary survey of the site, corroborating the existence of property corners and defining the site boundary. During the course of the boundary portion of the survey, we will also devote time to identifying any encroachment of the property lines.
- Perform a topographic survey of the existing pads, street and infrastructure improvements. Pad certification will be desired for proof of flood and grading plan conformance with County of Kern.
- Process and transfer the survey data for entry into electronic drafting software (AutoCAD) for the purposes of preparing the topographic survey plat.
- Dissemination of the Preliminary Title Report and identification of easements, licenses and recorded documents that encumber the property in question.
- Drafting and review of topographic survey plat.
- Validation and Certification of survey by a licensed land surveyor.
- **Cost :**                                                      $7,500.00

**Agreed and Understood:**

By: _____
Title: _____PRESIDENT_____          Date: _____

EXHIBIT
J-18

1400 22ND STREET  BAKERSFIELD, CA 93301  (805) 323-4600   •   FAX (805) 323-4674

07/21/2004 10:57   6613234574          DEWALT                    PAGE  02

Case 1:07-cv-01080-LJO-GSA   Document 331-1   Filed 03/19/10   Page 22 of 23

Expired Tract 5472, Wasco, CA
Proposal for Planning, Engineering and Surveying
Page 2 of 3

## TENTATIVE MAP:

- Meetings with the Owner to discuss development plans / proposed layout / phasing
- Meetings with County Staff to discuss development options, scheduling and fees
- Preparation of Boundary and Easement Map from Record Data and available Title Information
- Prepare and Process Tentative Subdivision Map and Application Package
- Assist in coordination and completion of Tentative Map approval studies and mitigation measures
- Present Tentative Subdivision Map to Governing Bodies for Consideration and Action
- **Cost :**                                    $5,500.00

Agreed and Understood:

By:
Title:                     president          Date:

Upon approval of the Tentative Map, DeWalt Corporation and the owner will review and consider the conditions of approval. There may be items in the conditions of approval that will require DeWalt Corporation to engineer and process construction plans for approval by the County of Kern. Costs for these plans are un-determinable at this time and are not a part of this proposal.

## FINAL MAPS:

- Prepare Final Subdivision Map for Recordation
- Process County Improvement Agreements if required
- Prepare legal descriptions as needed
- **Cost :**                                    $5,500.00

Agreed and Understood:

By:
Title:                     president          Date

## SURVEYING SERVICES:

- Surveying for Centerline Monument and lot corner installation
- **Cost:**                                    $7,500.00

Agreed and Understood:

By:
Title:                     president          Date

M:\Proposals\DWC\NCUEC\Wasco-ttm-FM-eng-survproposal.doc

BP000218

L 020

Any work not specifically listed herein shall not be assumed to be included in this proposal. Prices quoted do not include reimbursables such as printing, soils work, document transport, or any governmental, title or other fees. Billing will be monthly, with reimbursables billed separately. Any "extra" work or changes to the scope of work, or revisions requested by the Owner, Title Company, or any other entity, will be performed on a time-and-materials basis per the attached DeWalt Corporation 2004 Fee Schedule as an "extra" or negotiated separately.

Thank you for this opportunity to work with **NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE CO.** on this project. If you have any questions regarding any aspect of this proposal, please do not hesitate to contact me at (661) 323-4600x122. Please sign in the spaces provided authorizing the services you are approving and return one copy to our office at your earliest convenience, indicating our notice to proceed. We will then prepare a Standard Form of Agreement which will serve as our Contract (sample copy attached), and will forward it to you for execution.

Respectfully submitted,

Jeffrey A. Gutierrez, P.L.S. 7595
President / Director of Surveying
Jag@dewaltcorp.com

cc:     Gregory O. Black / Project Manager