nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700 (93309)
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   email: jbraze@bortonpetrini.com
5  email: jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh dba
   McIntosh & Associates
7

8               UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| 11 | ROGER McINTOSH, | Case No. 1:07-CV- 01080 LJO-GSA |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | FINAL JUDGMENT |
| 14 | NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive | Hon. Lawrence J. O'Neill |
| 15 | | Date of Trial and Verdict: March 10, 2010 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |
| 20 | CITY OF WASCO, | |
| 21 | Cross-Complaint, | |
| 22 | vs. | |
| 23 | NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., | |
| 24 | | |
| 25 | Cross-Defendant. | |

26

27  ///

28

A jury trial and Special Verdict being delivered by the jury in the above-referenced matter on March 10, 2010, the Court hereby enters judgment as follows:

1. Actual damages against all defendants, Dennis W. De Walt, Inc., Northern California Universal Enterprises, Co., Lotus Developments, L.P., and the City of Wasco, jointly and severally, in favor of plaintiff, in the amount of 1.4 million dollars;

2. Infringer's profits against defendant, City of Wasco, and in favor of plaintiff, in the amount of 1.5 million dollars;

3. Infringer's profits against defendant, Northern California Universal Enterprises Co., and in favor of plaintiff, in the amount of $1,992,107.50.

4. Infringers profits against defendant, Lotus Developments, L.P., and in favor of plaintiff, in the amount of $1,992,107.50;

5. Northern and Lotus, found to have acted as partners, are jointly and severally liable for each of their respective profits against them.

6. The return of all hard copies by all defendants of the 5472 Maps and Improvement Plans to plaintiff within 30 days after entry of judgment;

7. The removal of all electronic copies by all defendants of the 5472 Maps and Improvement Plans to plaintiff within 30 days after entry of judgment;

7. A written report by each defendant within 30 days after entry of judgment a report under oath and in writing setting forth in detail the manner and form in which defendants have complied with this injuntion.

IT IS SO ORDERED.

DATED: March 23, 2010            /s/ Lawrence J. O'Neill_____
                                 Hon. Lawrence J. O'Neill
                                 United States District Judge