IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER McINTOSH, | CASE NO. CV F 07-1080 LJO GSA |
| Plaintiff, | **ORDER REGARDING POTENTIAL POST-TRIAL MOTIONS** |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC., et al, | |
| Defendants. | |
| _____/ | |

Judgment has been entered on the jury verdict, and the court reporter has prepared the 1148-page trial transcript. Any post-trial motions must be fully supported by relevant portions of the record, including **page-and-line citations** to the transcript and **specific portions** of exhibits. Motion papers must explain how specific portions of the record support a party's arguments. Mere references to an exhibit or witness testimony will not be accepted. A mere summary of recollections or inferences will not be accepted. The parties must not extrapolate from the record to support their points. Rather, the parties must pinpoint precise portions of the record to support their points. This Court will entertain extensions to submit supporting papers if further time is necessary to review and analyze the record, including the transcript and exhibits. This Court requires strict compliance with this order, and disobedience of this order will warrant sanctions.

IT IS SO ORDERED.

**Dated:    March 26, 2010                    /s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE