1
2
3
4
5
6

7                    **IN THE UNITED STATES DISTRICT COURT**

8              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   ROGER McINTOSH,                          CASE NO. CV F 07-1080 LJO GSA

11               Plaintiff,                   **ORDER REGARDING POTENTIAL POST-
                                              TRIAL MOTIONS**
12        vs.

13   NORTHERN CALIFORNIA
     UNIVERSAL ENTERPRISES,
14   INC., et al,

15               Defendants.
                                          /
16

17        Judgment has been entered on the jury verdict, and the court reporter has prepared the 1148-page

18   trial transcript.  Any post-trial motions must be fully supported by relevant portions of the record,

19   including **page-and-line citations** to the transcript and **specific portions** of exhibits.  Motion papers

20   must explain how specific portions of the record support a party's arguments.  Mere references to an

21   exhibit or witness testimony will not be accepted.  A mere summary of recollections or inferences will

22   not be accepted.  The parties must not extrapolate from the record to support their points. Rather, the

23   parties must pinpoint precise portions of the record to support their points.  This Court will entertain

24   extensions to submit supporting papers if further time is necessary to review and analyze the record,

25   including the transcript and exhibits.  This Court requires strict compliance with this order, and

26   disobedience of this order will warrant sanctions.

27        IT IS SO ORDERED.

28   **Dated:    March 26, 2010                    /s/ Lawrence J. O'Neill**

1

1                                         UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28