

060871

Esquire Paulson - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

ESQUIRE
DEPOSITION SERVICES®

PAULSON
REPORTING & LITIGATION SERVICES, LLC

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.paulsonreporting.com

2009 JAN 27  A 12: 53

**Invoice # PL125354**

70 Suit
126.39

| Invoice Date | Terms |
|---|---|
| 01/15/2009 | NET 30 |

JEFFREY TRAVIS ,ESQ.
THE LAW OFFICES OF BORTON PETRINI
SUITE 700
5060 CALIFORNIA AVE.
BAKERSFIELD, CA 93309

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | PL File | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/18/2008 | MCINTOSH, ROGER vs. NORTHERN CALIF | 22316 | 01/12/2009 | F-S-O |
| Description | | | | |

Copy Transcript of ROGER McINTOSH

JAN 27 2009

FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.
CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.
THANK YOU FOR YOUR BUSINESS!

Office: _____ Matter # 060871

Matter Des: Mc Intosh : Northern

Client Name: Mc Intosh

Atty. Approval: JAP   Date: _____

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 928.95 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 928.95** |
| **Payment Due:** | **02/14/2009** |

After Due Date Pay This Amount: $ 1,045.07

Tax Number: 20-4667049

## Method of Payment

Company: Esquire Paulson - Bakersfield
Invoice Number: PL125354
Invoice Date: 01/15/2009
Balance: $ 928.95
Due Date: 02/14/2009
Late Date: 02/15/2009
Late Amount: $ 1,045.07

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Paulson Reporting & Litigation
Services, LLC

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Paulson Reporting & Litigation Services, LLC   PO Box 79509,   City of Industry CA 91716-9509

015 0000125354 01152009 2 000092895 7 02142009 02152009 5 000104507 72

305747



BKF

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA (1000804816)

**Date Range:** December 01, 2008 - December 31, 2008

**Report Format:** Summary-Account by Client

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: 1000804816 | | | | | | | | |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | ▬ | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | ▮ | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | ▮ | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | ▮ | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| Totals for Client 54493/60971 | | | | | | $19.32 | $0.00 | $19.32 |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | ▮ | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | ▮ | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | ▮ | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| ▬▬▬▬▬▬▬▬ | | ▬ | ▮ | ▬ | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| Totals for Account: 1000804816 | | ▬ | ▮ | ▬ | ▬▬▬ | ▬▬▬ | $0.00 | ▬▬▬ |
| Report Totals | | | | | | | $0.00 | |

# INVOICE

**KELEHER'S**
Certified Shorthand Reporters
3400 Unicorn Road, Suite 101
Bakersfield, California 93308
1 800-635-6044

FEB 09 2009
ACCOUNTING

2009 FEB -6 A 11: 51

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9461 | 2/4/2009 | 7435 |

| Job Date | Case No. |
|---|---|
| 1/22/2009 | 107CV 01080 LJO-WMW |

| Case Name |
|---|
| McINTOSH VS. NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY |

| Payment Terms |
|---|
| Net 30 |

JEFFREY A. TRAVIS
BORTON, PETRINI
5060 CALIFORNIA AVENUE, 7TH FLOOR
Bakersfield, CA 93309

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| GREG BLACK | 97.00 Pages | @ | 4.25 | 412.25 |
| Exhibit | 89.00 Pages | @ | 0.35 | 31.15 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| JAMES LEE ZERVIS | | | | |
| Exhibit | 481.00 Pages | @ | 0.35 | 168.35 |
| MINIMUM CHG - ORIG. & 1 | | | 170.00 | 170.00 |
| DELIVERY CHARGE | | | 18.00 | 18.00 |
| | | **TOTAL DUE >>>** | | **$799.75** |

FRESNO - VISALIA - BAKERSFIELD — We have the Valley covered to serve you!
100% ACCESS to your transcripts, calendar, invoices, 24/7, www.kelehers.com.
A finance charge of 1% (12% a.p.r.) will be charged to past-due accounts.

Office: _Bill_  Matter # _60971_

Matter Des: _# Northern Ca_

Client Name: _McIntosh_

Atty. Approval _____ Date _2/8/9_

**Tax ID:** 95-3829175

Phone: 661-322-3051   Fax:322-4628

*Please detach bottom portion and return with payment.*

JEFFREY A. TRAVIS
BORTON, PETRINI
5060 CALIFORNIA AVENUE, 7TH FLOOR
Bakersfield, CA 93309

Job No.     : 7435          BU ID       : 1-MAIN
Case No.    : 107CV 01080 LJO-WMW
Case Name : McINTOSH VS. NORTHERN CALIFORNIA
              UNIVERSAL ENTERPRISES COMPANY

Invoice No. : 9461          Invoice Date : 2/4/2009
**Total Due : $ 799.75**

Remit To: **KELEHER'S CERTIFIED SHORTHAND
          REPORTERS
          3400 UNICORN ROAD, SUITE 101
          BAKERSFIELD, CA 93308**

| PAYMENT WITH CREDIT CARD | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | 306315 | | |



# GSO
## GOLDEN STATE OVERNIGHT

RECEIVED
FEB 0 6 2009
ACCOUNTING

| Invoice # | | Invoice Date | | Payment |
|---|---|---|---|---|
| 1734118 | | 1/31/2009 | | |

**35766**
BORTON PETRINI AND CONRON LLP
PO BOX 2026
BAKERSFIELD  CA  93303

Please detach this portion and remit with Payment to:
**Golden State Overnight**
**P.O. BOX 2508**
**Alameda, CA 94501**
For questions about this invoice call 510-749-5300

## Account Statement



### GSO Service Types

| | | |
|---|---|---|
| **PDS** | : | Priority Overnight Service |
| **SDS** | : | Priority Saturday Service |
| **EPS** | : | Early Overnight Service |
| **ESS** | : | Early Saturday Service |
| **CPS** | : | California Parcel Service |

## Invoice Detail

| Ship Date / Tracking # | Ship To Company / Delivery Address | Zip / City | Signed By / Delivery Time | Reference# / Comments | Type / #LBS | COD Chrg / Ins Chrg | Fuel Chrg / Total Chrg |
|---|---|---|---|---|---|---|---|
| 1/21/2009 / 511128605 | LAW OFFICES OF STEVE / 425 CALABRIA COURT | 95747 / ROSEVILLE | K. Hassing / 8:20 AM | 60971/ GINA P. | PDS / 10 | | $ 1.38 / $ 14.53 |
| 1/21/2009 / 511128623 | GARCIA CALDERON RUIZ / 500 SOUTH GRAND AVE | 90071 / LOS ANGELE | C. DOMINGUEZ / 10:15 AM | 60971 / GINA P. | PDS / 10 | | $ 1.38 / $ 14.53 |

306361



1731 16th Street, Suite H
**Bakersfield, CA 93301**
www.attorneyscertified.com
**CAPPS Pouch #E-042**
**(661) 327-8022**

FEB 1 7 2009

**INVOICE DATE: 01/27/2009**                              **INVOICE NUMBER: ACS140085-1**

Client No. 6613223051
Client **Borton Petrini, LLP – Bakersfield**
Address **Stockdale Towers: 5060 California Avenue, Suite 700**   Contact: **Connie**
  **Bakersfield, CA 93309**
Route#: **0**
Phone: **(661) 322-3051**     Fax: **(661) 322-4628**
Client File No.: **054493/060971**

---

Case No.: **1:07-CV-01080-LJO-GSA**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **McIntosh, Roger**
Defendant: **Northern California Universal**
Servee: **Please perform skip trace on Heath James**

2009 JAN 30 A 10 56

---

Documents:
  **Subpoena in a Civil Case**

---

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| **Not Found - Returned Unserved. Regarding: Please perform skip trace on Heath James at 1930 22nd St., Bakersfield, CA 93301.** | **Process - Non Service - ZONE 1** | 35.00 |
| | **Process - RUSH Fee - ZONE 1** | 25.00 |
| | **Process - Skip Trace - Basic (California)** | 45.00 |
| | Office: _01_   Matter # _016041_ | |
| | Matter Des: _Mc Intosh v. Northern_ | |
| | Client Name: _Mc Intosh_ | |
| | Atty. Approval: _M_  Date: _2/16/_ | |
| | _F 113_ | |

| Thank you for choosing Attorney's Certified Services!!! | **INVOICE TOTAL** | **$ 105.00** |

306562



**ACS**

**Attorney's Certified**
S E R V I C E S

FEB 1 7 2009

1731 16th Street, Suite H
Bakersfield, CA 93301
www.attorneycertified.com
CAPPS Pouch #E-042
**(661) 327-8022**

**INVOICE DATE:** 01/27/2009    2009 JAN 29 P 1:07    **INVOICE NUMBER:** ACS141312-1

| | |
|---|---|
| Client No. | 6613223051 |
| Client | Borton Petrini, LLP ~ Bakersfield |
| Address | Stockdale Towers: 5060 California Avenue, Suite 700   Contact: Connie |
| | Bakersfield, CA 93309 |
| Route#: | 0 |
| Phone: | (661) 322-3051    Fax: (661) 322-4628 |
| Client File No.: | 054493/060971 |

| | |
|---|---|
| Case No.: | 1:07-CV-01080-LJO-GSSA |
| Court: | UNITED STATES DISTRICT COURT |
| Plaintiff: | McIntosh, Roger |
| Defendant: | Northern California Universal |
| Servee: | Please perform skip trace on Joseph Wu |

Documents:
   Subpoena in a Civil Case

Office: _01_   Matter # _060971_
Matter Des: _mc Intosh v. Northern_
Client Name: _mc Intosh_
Atty. Approval: _JR_   Date: _2/16_
                    F113

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: Please perform skip trace on Joseph Wu at 2099 Fortune Dr., San Jose, CA 95131. | Process - Skip Trace - Basic (California) | 45.00 |
| | Process - RUSH Fee | 20.00 |

| | | |
|---|---|---|
| Thank you for choosing Attorney's Certified Services!!! | **INVOICE TOTAL** | **$ 65.00** |

Invoices are due upon receipt of statement. Accounts over 30 days past due are subject to a 1.5% finance charge ($5.00 minimum) per month.    Order#: ACS141312-1/GINV

306563

**BLUEPRINT SERVICE CO. INC**

SERVING KERN COUNTY SINCE 1954

• BLUEPRINTS •
• LARGE COPIOUS PROCESS CAMERA • XEROX COPIES •
• OCE 9800 PRINTER/PLOTTER/SCANNER • HP650C COLOR PLOTTER •
• DRAFTING • ENGINEERING SUPPLIES •
• COLOR COPIER • INKJET SUPPLIES & MEDIA •
• LARGE FORMAT COLOR PRINTER •
• LARGE COLOR SCANNER •

1100 18th Street
Bakersfield, CA 93301
PHONE (661) 327-2501
FAX (661) 327-9265
www.blueprintservice.net

I.D. # 95-3064112

LEAVE WHITE COPY

INVOICE

| DATE | NUMBER |
|---|---|
| 02/24/09 | 659584 |

Time: 11:40:16

BILL TO
Borton, Petrini, & Conron
Suite 700, Stockdale Tower
5060 California Avenue
Bakersfield  CA  93309

SHIP TO
Borton, Petrini, & Conron
Suite 700, Stockdale Tower
5060 California Avenue
Bakersfield  CA  93309
(661)322-3051
Ordered by: ROXANNE

Job name: CD ROM

TERMS: Net 30 days

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER # | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|
| | Delivery | 01649 | 544224 | Tanya | 02/24/09 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | EACH | BPS-6354 | WRITE TO CD INCLUDE DISK | 10.00 | 10.00 |
| 420 | 420 | | SQ. FT. | BPS-6310 | PLOTTING B/W BOND FR PLOT FILE | 0.18 | 75.60 |
| | | | | | 1 set of 70(24x36) 420 sq ft | | |
| 11 | 11 | | SQ. FT. | BPS-6310 | PLOTTING B/W BOND FR PLOT FILE | 0.18 | 1.98 |
| | | | | | 1 set of 1(18x88) 11 sq ft | | |

Office: BP&C  Matter # 60971

Matter Des: McIntosh

Client Name: NCUE

Atty. Approval: AT   Date:

FEB 25 2009

THANK YOU FOR YOUR ORDER

Sale amount      87.58

Tax       6.35

Balance due      93.93

GNED BY:

306797

e Purchaser Agrees to Pay a FINANCE CHARGE OF 1.5% PER MONTH which is an ANNUAL PERCENTAGE RATE OF 18%, if not Paid when Due, and all Costs of Collection, including a Reasonable orney's Fee.

**1731 16th Street, Suite H**
**Bakersfield, CA 93301**
www.attorneyscertified.com
**CAPPS Pouch #E-042**
**(661) 327-8022**

**INVOICE DATE: 11/11/2008**                  **INVOICE NUMBER: ACS136406~1**

Client No. 6613223051
    Client Borton Petrini, LLP - Bakersfield
    Address Stockdale Towers: 5060 California Avenue, Suite 700   Contact: Gina Pomato
    Bakersfield, CA 93309
    Route#: 0
    Phone: (661) 322-3051    Fax (661) 322-4628
Client File No.: 054493/060971

---

Case No.: 1:07-CV-01080-LJO-GSSA                              FEB 25 2009
    Court: UNITED STATES DISTRICT COURT
    Plaintiff: McIntosh, Roger
Defendant: Northern California Universal
    Serve#: De Walt Corporation's Person Most Knowledgeable

---

Documents:
    Subpoena in a Civil Case; Notice of Deposition and Production of Documents of De Walt
    Corp.'s Person Most Knowledgeable

---

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: De Walt Corporation's Person Most Knowledgeable at 5619 Rexroth Ave., Bakersfield, CA 93306. | Process - Service Fee - ZONE 1 | 35.00 |
| | Office: _Brll_  Matter # _60971_ | |
| | Matter Des: _____ _NoCa._ | |
| | Client Name: _McIntosh_ | |
| | Atty. Approval: _PAT_  Date: _____ | |

| | | |
|---|---|---|
| Thank you for choosing Attorney's Certified Services!!! | INVOICE TOTAL | $ 35.00 |

Invoices are due upon receipt of statement. Accounts over 30 days past due are subject to a 1.5% finance charge ($5.00 minimum) per month.      Order#: ACS136406-1/22rv

306798

Bakersfield

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA (1000804816)
**Date Range:** January 01, 2009 - January 31, 2009
**Report Format:** Summary-Account by Client

| Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| 1000804816 | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| Totals for Client 54493/60971 | | | | | | $39.59 | $0.00 | $39.59 |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| Totals for Client | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| Totals for Account: 1000804816 | | | | | | | | |
| Report Totals | | | | | | | | |

# INVOICE

# RUSH!

**P.O. BOX 17038**
**741 N. FULTON STREET**
**FRESNO, CA, 93744**
PHONE (559) 233-1475 FAX (559) 486-4119

## Attorney's Diversified Services
www.attorneysdiversified.com
IRS NO. 20-0709641

FEB 2 6 2009

| Customer | Date | Invoice |
|----------|------|---------|
| 3223051 | 02/19/09 | 0C275227-01 |

### Ship To:

BORTON PETRINI LLP

**ATTN: ROXANNE L. FLOM**
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051    Client Type: 01
Fax: (661) 322-4684

### Ordered By:

BORTON PETRINI LLP

**ATTN: ROXANNE L. FLOM**
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051    Client Type: 01

## CASE INFORMATION

Court: UNITED STATES DISTRICT COURT
Depo Date:
Case #: 107CV01080LJOGSA
Case Name: ROGER MCINTOSH
vs NO. CALIF. UNIVERSAL, ET AL

## VITAL INFORMATION

SERVEE: **DEWALT CM, INC., A CALIFO**
ADDRESS: **1930 22ND ST**
**BAKERSFIELD, CA 93301**
FIRM'S FILE NUMBER: **30833/62069**
CLAIM NUMBER:
POLICY ID NUMBER:
INSURED:
DATE OF LOSS:

| Description | Units | Rate | Amount | Tax |
|-------------|-------|------|--------|-----|
| Service Fee A/1930 22ND STREET | 1 | 35.50 | 35.50 | N |
| Rush Handling A | 1 | 35.00 | 35.00 | N |
| Not Found Return/5619 REX ROTH | 1 | 35.50 | 35.50 | N |
| Rush Handling A | 1 | 35.00 | 35.00 | N |
| Locate fee | 1 | 25.00 | 25.00 | N |

Office: _Bkfld_   Matter # _60971_

Matter Des: _MClntosh_

Client Name: _NCUE_

Atty. Approval _JAB_   Date: _7/13_

Regarding: DEWALT CM, INC., A CALIFORNIA CORPORATION ALSO at 1930 22ND ST, BAKERSFIELD CA 933010000. SUMMONS IN A CIVIL CASE; ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT; ORDER VACATING PREVIOUSLY SCHEDULED FILING DEADLINES AND HEARING DATES; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL; SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

| | | |
|---|---|---|
| SUBTOTAL | $ | 166.00 |
| TOTAL DUE | $ | 166.00 |

### Bill to:

BORTON PETRINI LLP

**ATTN: ROXANNE L. FLOM**
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

| Customer | Date | Invoice |
|----------|------|---------|
| 3223051 | 02/19/09 | 0C275227-01 |

**TOTAL DUE $   166.00**
**PAYMENT DUE DATE:   03/01/09**

### Remit Payment to:

Attorney's Diversified Services
PO Box 2799
Sacramento, CA  95812

916 441-4396  FAX 916 443-1162.
IRS NO. 20-0709641

To pay by credit card, mail, fax or call (916) 441-4396

CARD NUMBER: _____

NAME ON CARD: _____

TYPE OF CARD: VISA   MASTERCARD   AMERICAN EXPRESS
(CIRCLE ONE)

EXPIRATION DATE: ____/____

TERMS: 10 DAYS NET OF INVOICE DATE - ACCOUNTS OVER 30 DAYS WILL BE SUBJECT TO 3.0% MONTHLY INTEREST - IN THE EVENT OF DEFAULT, COLLECTION FEES AND/OR ATTORNEY FEES WILL BE ASSESSED.

306840



# HALL
# ESTILL
ATTORNEYS AT LAW

**INVOICE**

TAX ID: 73-0931831

Borton Petrini, LLP
5060 California Ave., Ste. 700
Bakersfield CA  93309

February 10, 2009
ID: 223589
Invoice No: 297792
WC Milks

## BILLING SUMMARY

| | |
|---|---:|
| Fees For Professional Services through January 31, 2009 | 400.00 |
| **CURRENT BILL** | **400.00** |
| Previous Balance Due | 0.00 |
| Payments/Adjustments through February 10, 2009 | (0.00) |
| Outstanding Previous Balance | 0.00 |
| **TOTAL BALANCE DUE** | **400.00** |

Office: _____  Matter # 60971

Matter Des: _____

Client Name: _____

Atty. Approval: _____   Date: _____

320 SOUTH BOSTON AVENUE
SUITE 200
TULSA, OK 74103-3706
(918) 594-0400

HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON
A PROFESSIONAL CORPORATION
WWW.HALLESTILL.COM

OKLAHOMA CITY, OK
NORTHWEST ARKANSAS
WASHINGTON, D.C.

307148

HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.

Borton Petrini, LLP
ID: 223589

February 10, 2009
Invoice No: 297792
Page 2

## MATTER RECAP

Re:  **01315, McIntosh vs. NCUE**
    Fees For Professional Services:        400.00
    Expenses and Advances:             .00

    **Matter Total:**                       **400.00**

HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.

Borton Petrini, LLP
ID: 223589

February 10, 2009
Invoice No: 297792
Page 3

## PROFESSIONAL SERVICES

**Re:** **(01315) McIntosh vs. NCUE**
Client/Matter Ref No.: 54493-60971

| DATE | DESCRIPTION | INIT | HOURS |
|------|-------------|------|-------|
| 12/04/08 | Draft email re McIntosh regarding copyright rights for real estate development plans. (No Charge) | WCM | 0.20 |
| 12/05/08 | Teleconference with Mr. Travis re McIntosh regarding copyright rights for real estate development plans and draft email regarding same. | WCM | 1.00 |

TOTAL FOR SERVICES      $    400.00

## SERVICES RECAP

| INIT | NAME | RATE | HOURS | AMOUNT |
|------|------|------|-------|--------|
| WCM | WC Milks | 0.00 | 0.20 | 0.00 |
| WCM | WC Milks | 400.00 | 1.00 | 400.00 |

| | | |
|---|---|---|
| TOTAL EXPENSES | | .00 |
| Total For Matter before Prepayments Applied | | 400.00 |
| Total Due For Matter after Prepayments Applied | $ | 400.00 |

# KELEHER'S CERTIFIED SHORTHAND REPORTERS

*3400 UNICORN ROAD, SUITE 101*
*BAKERSFIELD, CA 93308*
*Phone #: (661)393-1856  Fax #: (661)393-0851*

To:

JEFF TRAVIS

BORTON-PETRINI

5060 CALIFORNIA AVENUE

7th FLOOR

BAKERSFIELD, CA 93309

| Employer I.D. No. 95-3829175 | |
|---|---|
| Invoice Date: | |
| | 3/05/2009 |
| Invoice No. | |
| | 22,977 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

MAR ( . . . .

RE: McINTOSH vs. N.C.U.E.

Records Pertain To:

Case No.

County: KERN

| Description | Qty | Amount | Charges |
|---|---|---|---|
| COPIES @ .12 | 6,978 | 0.12 | 837.36 |
| SALES TAX | 1 | 60.71 | 60.71 |
| BLUEPRINTS | 2 | 10.00 | 20.00 |
| CD'S | 8 | 10.00 | 80.00 |
| DELIVERY CHARGE | 1 | 10.00 | 10.00 |

3,489 PAGES @ 2 COPIES

Office: *Bkfld*  Matter # *60971*

Matter Des: *NCUE*

Client Name: *McIntosh*

Atty. Approval: ___  Date: ___

=7102

| TERMS: NET 30 DAYS | **Total:** | 1,008.07 |
|---|---|---|

To insure proper credit, please enclose a copy of this invoice with payment. We accept MC/Visa &
AMEX. A finance charge of 1% (12% apr) will be charged on past-due accounts.

| TOTAL BALANCE DUE: | 1,008.07 |
|---|---|

307194



**ESQUIRE**

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

2009 MAR -6  P 12: 11

## Invoice # PL132168

| Invoice Date | Terms |
|---|---|
| 02/19/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Assignment | Case | PL File | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/28/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 22316 | 02/17/2009 | F-S-O |

**Description**

Copy Transcript of ROGER McINTOSH

RECEIVED
MAR 02 09
ACCOUNTING

FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.
CREDIT CARD PAYMENTS ARE ACCEPTED. THANK YOU.

THANK YOU FOR YOUR BUSINESS!

Matter # 60971

Matter Des: NCUE

Client Name: Mc Intosh

Atty. Approval: _____ Date: _____

Tax Number: 20-4667049

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 333.10 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 333.10** |
| **Payment Due:** | **03/21/2009** |

After Due Date Pay This Amount:  $ 374.74

## Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL132168
Invoice Date: 02/19/2009
Balance: $ 333.10
Due Date: 03/21/2009
Late Date: 03/22/2009
Late Amount: $ 374.74

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                          Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509**

015 0000132168 02192009 9 000033310 0 03212009 03222009 2 000037474 19

307376



**ESQUIRE**

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

2009 MAR 13  A 11: 45    *Invoice # PL134350*

| Invoice Date | Terms |
|---|---|
| 02/27/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Assignment | Case | PL File | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/29/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 22316 | 02/26/2009 | F-S-O |

| Description |
|---|

Copy Transcript of KEITH WOODCOCK
Copy Transcript of DANNY ESPITIA
Copy Transcript of ALAN PEAKE
Copy Transcript of LARRY PENNELL

Office: *BYLD*  Matter # *60971*

Matter Des: *MCINTOSH*

Client Name: *NONE*

Atty. Approval: _____  Date: *3/3/09*

*FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.*
*CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.*

*THANK YOU FOR YOUR BUSINESS!*

MAR 16 2009

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 750.60 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 750.60** |
| **Payment Due:** | **03/29/2009** |

After Due Date Pay This Amount:    $ 844.43

Tax Number:  20-4667049

## Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL134350
Invoice Date: 02/27/2009
Balance: $ 750.60
Due Date: 03/29/2009
Late Date: 03/30/2009
Late Amount: $ 844.43

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 79509,    City of Industry CA 91716-9509

015  0000134350  02272009  9  000075060  7  03292009  03302009  6  000084443  38

307507

Bakersfield

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA (1000804816)

**Date Range:** February 01, 2009 - February 28, 2009

**Report Format:** Summary-Account by Client

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: 1000804816 | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| Totals for Client 54493/60971 | | | | | | $4.20 | $0.00 | $4.20 |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| Totals for Account: 1000804816 | | | | | | | $0.00 | |
| Report Totals | | | | | | | $0.00 | |



| Invoice Number | Invoice Date | | Page |
|---|---|---|---|
| 9-113-68857 | Mar 06, 2009 | | 4 of 4 |

## FedEx Express Shipment Detail By Reference (Original)

Office: 01    Matter # 6097/

Dropped off: Feb 24, 2009      Cust. Ref.: NO REFERENCE INFORMATION      Ref. #2:
Payor: Shipper      Ref. #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 1.00% to this shipment.
- Distance Based Pricing, Zone 8
- 1st attempt Feb 25, 2009 at 12:55 PM.

Client Name: McIntosh & Assoc.

Recipient Approval: Date:

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 868261483584 | JEFFREY TRAVIS | DENISE GARROTT | |
| Service Type | FedEx Priority Overnight | LAW OFFICE OF BORTON PETRINI | COPYRIGHT OFFICE | |
| Package Type | Customer Packaging | 5060 CALIFORNIA AVE STE 700 | 208 2ND ST SE | |
| Zone | 08 | BAKERSFIELD CA 93309-7056 US | WASHINGTON DC 20003 US | |
| Packages | 1 | | | |
| Rated Weight | 8.0 lbs, 3.6 kgs | Transportation Charge | | 73.85 |
| Delivered | Feb 26, 2009 09:22 | Discount | | -11.08 |
| Svc Area | A1 | Hold for Pickup | | 0.00 |
| Signed by | H.OBBS | Fuel Surcharge | | 0.63 |
| FedEx Use | 005509446/0001618/_ | Total Charge | USD | $63.40 |

MAR 23 2009

ACCOUNTING



**ESQUIRE**

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
an Alexander Gallo Company

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

2009 MAR 23   **Invoice # PL136500**

| Invoice Date | Terms |
|---|---|
| 03/10/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Assignment | Case | PL File | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/02/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 22316 | 03/05/2009 | F-P-O |

**Description**

Copy Transcript of JAMES DELMARTER

Office: _____  Matter # _____

Matter Des: _____

Client Name: _____

Atty. Approval: _____ Date _____

MAR 24 2009

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
*FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.*
*CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.*

*THANK YOU FOR YOUR BUSINESS!*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 802.80 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 802.80** |
| **Payment Due:** | **04/09/2009** |

After Due Date Pay This Amount: $ 903.15

Tax Number:  20-4667049

## Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL136500
Invoice Date: 03/10/2009
Balance: $ 802.80
Due Date: 04/09/2009
Late Date: 04/10/2009
Late Amount: $ 903.15

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                                          Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

015 0000136500 03102009 4 000080280 6 04092009 04102009 6 000090315 29

367770

# GSO
## GOLDEN STATE OVERNIGHT

INVOICE

| | | |
|---|---|---|
| 1747308 | | 2/28/2009 |

MAR 0 5 2009

BKF

35766
BORTON PETRINI AND CONRON LLP
PO BOX 2026
BAKERSFIELD  CA  93303

Please detach this portion and remit with Payment to:
**Golden State Overnight**
**P.O. BOX 2508**
**Alameda, CA 94501**
For questions about this invoice call 800-322-5555 Ext. 6

**Account Statement**



**GSO Service Types**

| | | |
|---|---|---|
| **PDS :** | Priority Overnight Service | |
| **SDS :** | Priority Saturday Service | |
| **EPS :** | Early Overnight Service | |
| **ESS :** | Early Saturday Service | |
| **CPS :** | California Parcel Service | |

## Invoice Detail

| Ship Date Tracking # | Ship To Company Delivery Address | Zip City | Signed By Delivery Time | Reference# Comments | Type #LBS | COD Chrg Ins Chrg | Fuel Chrg Total Chrg |
|---|---|---|---|---|---|---|---|
| 2/23/2009 511330265 | MR. VAN ROBERTS 22710 FRAN | 93561 TEHACHAPI | OTL 9:37 AM | 60971 / ROX | PDS 3 | | $ 0.89 $ 9.39 |

---

**GOLDEN STATE OVERNIGHT**  •  800-322-5555  •  **PAYMENT DUE ON RECEIPT**     Page 1
A FINANCE CHARGE OF 1½% PER MONTH WILL BE ASSESSED ON BALANCES OVER 30 DAYS.

307817

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA (1000804816)
**Date Range:** March 01, 2009 - March 31, 2009
**Report Format:** Summary-Account by Client

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: 1000804816 | | | | | | | | |
| ▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| Total ▬▬▬▬▬▬▬▬▬ | | ⋮ | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| Totals for Client 54493/60971 | | | | | ▬▬▬▬ | $37.59 | $0.00 | $37.59 |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | ▬▬▬▬ | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | ▬▬▬▬ | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | ▬▬▬▬ | | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | ▬▬▬▬ | ▬▬▬▬ | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| ▬▬▬▬▬▬▬▬▬ | ▬▬▬▬ | ▬▬▬▬ | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| Totals for Account: 1000804816 | ▬▬▬▬ | ▬▬▬▬ | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |
| Report Totals | ▬▬▬▬ | ▬▬▬▬ | | | ▬▬▬▬ | ▬▬▬▬ | $0.00 | ▬▬▬▬ |

THIS WARNING BAR MUST HAVE A GRAY BACKGROUND WHICH FADES TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. ADDITIONAL SECURITY FEATURES ARE LISTED ON THE BACK.

**BORTON, PETRINI & CONRON, LLP**
**BAKERSFIELD OFFICE**
P.O. BOX 2026
BAKERSFIELD, CA 93303

**004505**

DATE 4/10/09

11-24/1210

PAY TO THE ORDER OF *Telephonic Hearing Account*     $ 25.00

*Twenty — Five and no/100* _____ DOLLARS

**WELLS FARGO BANK, N.A.**

MEMO 54493-60971
Conf. ID# 2762350

⑈004505⑈ ⑆121000248⑆ ⑈4000048108⑈

ENDORSEMENT AREA
Know your endorser. Require identification.

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
COURTCALL LLC GENERAL ACCOUNT
4121545933

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

THIS CHECK MUST HAVE THE FOLLOWING SECURITY FEATURES:
- MULTI-TYPE PRINTED SIGNATURE LINE ON FACE AND ENDORSE-MENT LINES (ABOVE) CAN BE EASILY READ WITH MAGNIFIER BUT APPEAR AS DOTS ON PHOTOCOPIES.
- MULTI-COLOR PRINTING ON FACE.
- FAINT IMAGE OF WORD "ORIGINAL" ON BACK OF CHECK.
- PAPER CONTAINS CHEMICAL ALTERATION INDICATORS.

| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | CD Volume |
|---|---|---|---|---|---|
| 4/17/2009 | 4000048108 | $25.00 | 4505 | 4620242333 | 20090430104301 |

# GSO
## GOLDEN STATE OVERNIGHT

INVOICE

PDS: Priority Overnight
EPS: Early Overnight
ESS: Early Saturday
CPS: California Parcel

Invoice Date:   4/30/2009

| hip Date / acking # | Ship To Company / Delivery Address | Zip / City | Signed By / Delivery Time | Reference# / Comments | Type / #LBS | COD Chrg / Ins Chrg | Fuel Chrg / Total Chrg |
|---|---|---|---|---|---|---|---|
| 30/2009 / 11771704 | GOODWIN PROCTOR LLP / THREE EMBARCADERO CE | 94111 / SAN FRANCI | Xay / 9:30 AM | 60971 / VANESSA C. | PDS / L | | $ 0.53 / $ 6.78 |

BKF Office

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA
(1000804816)

**Date Range:** April 01, 2009 - April 30, 2009

**Report Format:** Summary-Account by Client

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| Account: 1000804816 | | | | | | | | | |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| Totals for Client 54493/60971 | | | | | ▓▓▓ | ▓▓▓ | $29.38 | $0.00 | $29.38 |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |
| Totals for Account: 1000804816 | | | | | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ | |
| Report Totals | | | | | ▓▓▓ | ▓▓▓ | ▓▓▓ | $0.00 | ▓▓▓ |

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA
(1000804816)
**Date Range:** May 01, 2009 - May 31, 2009
**Report Format:** Summary-Account by Client

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| Account: 1000804816 | | | | | | | | | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | $40.34 | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | $11.00 | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Totals for Client 54493/60971 | | | | | | | | $0.00 | |
| | | | | | | | $41.79 | $0.00 | $41.79 |
| | | | | | | | $17.70 | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**LAW OFFICES OF**
**BORTON PETRINI, LLP**
Post Office Box 2026
5060 California Ave  Suite 700
Bakersfield, CA 93303-2026
Phone (661) 322-3051

Wells Fargo
General Operating Account
5401 California Ave, Suite 200
Bakersfield, CA 93309

**353640**

11-24
1210(8)

**CHECK DATE**
06-30-2009

CHECK AMOUNT

**$1,680.00*****

PAY**ONE THOUSAND SIX HUNDRED EIGHTY AND 00/100 Dollar

BORTON PETRINI, LLP

PAY TO THE
ORDER OF
**Burrett & Wong Engineers/Stephen Wong**
**3434 Fourth Ave.**
**San Diego, CA 92103**

VOID AFTER 120 DAYS

TWO SIGNATURES REQUIRED OVER $25,000.00

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE • RED IMAGE DISAPPEARS WITH HEAT

⑈"353640"⑈ ⑆121000248⑆: 4000 048314"⑈

C3  1019a  Ba4

Burkett & Wong Engineers Inc
1893099669

| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | CD Volume |
|---|---|---|---|---|---|
| 7/6/2009 | 4000048314 | $1680.00 | 353640 | 8818213345 | 20090731085301 |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**LAW OFFICES OF**
**BORTON PETRINI, LLP**
Post Office Box 2026
5060 California Ave, Suite 700
Bakersfield, CA 93303-2026
Phone (661) 322-3051

**353897**

Wells Fargo
General Operating Account
5401 California Ave. Suite 200
Bakersfield, CA 93309

11-24
1210(8)

**CHECK DATE**
07-16-2009

**CHECK AMOUNT**
$40.00********

PAY** FORTY AND 00/100 Dollar

573583520 07-30-09 5774 07

BORTON PETRINI, LLP

VOID AFTER 120 DAYS

PAY TO THE
ORDER OF

**Sarah Burgi**
**c/o Cannon**
**5100 California Avenue**
**Bakersfield, CA 93309**

TWO SIGNATURES REQUIRED OVER $25,000.00

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑆353897⑆ ⑆121000248⑆ 4000 048314⑆ ⑆0000004000⑆

PROC. CTR - EL SEGUNDO CA
573583520 3535 5774 04 50 0000

WAMU BK   CA
>322271627<
07-30-09
573583020

NFB LA, CA 07312009
TRACER # 0086  PKT. 046
122105278
0722435790

| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | CD Volume |
|---|---|---|---|---|---|
| 7/31/2009 | 4000048314 | $40.00 | 353897 | 722435790 | 20090731085301 |

**ESQUIRE**

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

an Alexander Gallo Company



2009 JUL 13  P 1:32

### Invoice # PL162327

| Invoice Date | Terms |
|---|---|
| 06/29/2009 | NET 30 |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/19/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 230630 | 06/26/2009 | F-S-O |

| Description | | Amount |
|---|---|---|

Original Transcript of JEFFREY GUTIERREZ

| | |
|---|---|
| ORIGINAL & 1 COPY | $ 258.00 |
| EXHIBITS | $ 43.15 |
| E-DEPO MULTI MEDIA CD | $ 30.00 |
| ORIGINAL & 1 HANDLING FEE | $ 20.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 351.15 |
| DEL-STANDARD | $ 31.75 |
| | $ 31.75 |

Officer _____ Matter # 6577

Matter Des: McIntosh v. NCUE

Client Name: Roger McIntosh

Atty. Approval: JAT Date: 7/13/09

We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.
CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.

THANK YOU FOR YOUR BUSINESS!

Tax Number: 20-4667049

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 382.90 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 382.90** |
| **Payment Due:** | **07/29/2009** |
| After 08/13/2009 Pay This Amount: | $ 421.19 |

### Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL162327
Invoice Date: 06/29/2009
Balance: $ 382.90
Due Date: 07/29/2009
Late Date: 08/13/2009
Late Amount: $ 421.19

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card Number                                          Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

015 0000162327 06292009 2 000038290 8 07292009 08132009 6 000042119 52

311862



**ESQUIRE**

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

2009 JUL 20 P 1: 19

RECEIVED
JUL 20 2009
ACCOUNTING

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

### Invoice # PL166013

| Invoice Date | Terms |
|---|---|
| 07/14/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/03/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 230631 | 07/09/2009 | F-S-O |

| Description | | Amount |
|---|---|---|

Original Transcript of SARAH BURGI

| | |
|---|---|
| ORIGINAL & 1 COPY | $ 258.00 |
| E-DEPO MULTI MEDIA CD | $ 30.00 |
| ORIGINAL & 1 HANDLING FEE | $ 20.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| HOLD ORIGINAL FEE | $ 15.00 |
| | $ 323.00 |
| DEL-STANDARD | $ 31.75 |
| | $ 31.75 |

Office: 01    Matter # 6.0077
Matter Des: McINTOSH v. NCUTE
Client Name: McINTOSH
Atty. Approval: JAT    Date: 7/20/09
F115

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 354.75 |
| Paid: | $ 0.00 |

| Balance Due : | $ 354.75 |
|---|---|
| Payment Due: | 08/13/2009 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.*
*CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.*

*THANK YOU FOR YOUR BUSINESS!*

Tax Number: 20-4667049

After 08/28/2009 Pay This Amount:    $ 390.23

---

### Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL166013
Invoice Date: 07/14/2009
Balance: $ 354.75
Due Date: 08/13/2009
Late Date: 08/28/2009
Late Amount: $ 390.23

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                                          Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

015 0000166013 07142009 8 000035475 4 08132009 08282009 2 000039023 10

311941

# INVOICE

**WOOD ⟨⟩ RANDALL**

Certified Shorthand Reporters

(661) 395-1050 • TOLL FREE (800) 322-4595

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10885 | 7/13/2009 | 6494 |
| **Job Date** | **Case No.** | |
| 6/24/2009 | 107CV 01080 LJO-GSA | |
| **Case Name** | | |
| McIntosh vs. Northern California Universal Enterprises Company | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. James J. Braze
Borton Petrini LLP
Stockdale Tower
5060 California Avenue
Suite 700
Bakersfield, CA 93309

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Roger Alan McIntosh

150.00

**TOTAL DUE  >>>**          **$150.00**

Thank you!  Your business is appreciated.

~We accept Visa, MasterCard and now American Express.~

1.2% Finance Charge assessed on accounts 30 days past due.

Office: _01_    Matter # _6.0971_

Matter Des: _McIntosh v. NCUE_

Client Name: _McIntosh_

Atty. Approval: _JAB_    Date: _7/22/09_

_F115_

**Tax ID:** 77-0034815

*Please detach bottom portion and return with payment.*

Mr. James J. Braze
Borton Petrini LLP
Stockdale Tower
5060 California Avenue
Suite 700
Bakersfield, CA 93309

| | | | | |
|---|---|---|---|---|
| Job No. | : 6494 | BU ID | :4 - Web | |
| Case No. | : 107CV 01080 LJO-GSA | | | |
| Case Name | : McIntosh vs. Northern California Universal Enterprises Company | | | |
| Invoice No. | : 10885 | Invoice Date | :7/13/2009 | |
| **Total Due** | **: $ 150.00** | | | |

Remit To: **Wood & Randall**
          **Certified Shorthand Reporters**
          **A Professional Corporation**
          **423 Truxtun Avenue**
          **Bakersfield, CA 93301**

**PAYMENT WITH CREDIT CARD**      AMEX  MC  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____    Phone#: _____

Billing Address: _____

Zip: _____    Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _312057_

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA
(1000804816)
**Date Range:** June 01, 2009 - June 30, 2009
**Report Format:** Summary-Account by Client

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| Account: 1000804816 | | | | | | | | | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Totals for Client 54493/60971 | | | | | | | | $0.00 | |
| | | | | | | | $35.52 | $0.00 | $35.52 |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Totals for Account: 1000804816 | | | | | | | | $0.00 | |
| Report Totals | | | | | | | | $0.00 | |

Page 1 of 2



**ESQUIRE**

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

## ESQUIRE
*an Alexander Gallo Company*

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

2009 JUL 27 P 1:56

### Invoice # PL166593

RECEIVED
JUL 29 2009
ACCOUNTING

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Invoice Date | Terms |
|---|---|
| 07/16/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/02/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 233182 | 07/16/2009 | F-S-O |

| Description | Amount |
|---|---|

Original Transcript of STEPHEN WONG

| | |
|---|---|
| ORIGINAL & 1 COPY | $ 863.90 |
| EXHIBITS | $ 413.80 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| E-DEPO MULTI MEDIA CD | $ 30.00 |
| ORIGINAL & 1 HANDLING FEE | - $ 20.00 |
| | $ 1,327.70 |

Office: □    Matter #: 60971

Matter Des: McIntosh v. NCWE

Client Name: McINTOSH

Atty. Approve: [signature]    Date: 7/27/09

#115

Original Transcript of TERRY SCHROEPFER

| | |
|---|---|
| ORIGINAL & 1 COPY | $ 530.00 |
| EXHIBITS | $ 24.90 |
| ORIGINAL & 1 HANDLING FEE | $ 20.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| HOLD ORIGINAL FEE | $ 15.00 |
| E-DEPO MULTI MEDIA CD | $ 30.00 |

### *CONTINUED ON NEXT PAGE ...*

Tax Number: 20-4667049

## Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL166593
Invoice Date: 07/16/2009
Balance: $ 1,999.35
Due Date: 08/15/2009
Late Date: 08/30/2009
Late Amount: $ 2,199.29

□ VISA
□ MasterCard
□ American Express

□ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509**

015 0000166593 07162009 9 000199935 7 08152009 08302009 1 000219929 87

3( 2331

Page 2 of 2



ESQUIRE

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
an Alexander Gallo Company

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

2009 JUL 27 P 1:56

### Invoice # PL166593

| Invoice Date | Terms |
|---|---|
| 07/16/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/02/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 233182 | 07/16/2009 | F-S-O |

| Description | Amount |
|---|---|
| Original Transcript of TERRY SCHROEPFER | |
| OVERTIME APPEARANCE FEE | $ 17.50 |
| | $ 637.40 |
| | |
| DEL-STANDARD | $ 34.25 |
| | $ 34.25 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.*
*CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.*

*THANK YOU FOR YOUR BUSINESS!*

Tax Number: 20-4667049

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,999.35 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 1,999.35** |
| **Payment Due:** | **08/15/2009** |
| After 08/30/2009 Pay This Amount: | $ 2,199.29 |

## Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL166593
Invoice Date: 07/16/2009
Balance: $ 1,999.35
Due Date: 08/15/2009
Late Date: 08/30/2009
Late Amount: $ 2,199.29

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized
☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐
Credit Card Number                        Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

015 0000166593 07162009 9 000199935 7 08152009 08302009 1 000219929 87

TEAM LEGAL, INC.
25876 The Old Road
Suite 314
Valencia, CA 91381
Phone:  661-948-4515
Fax:      661-948-4517
Federal ID No.: 20-5348217

2009 AUG 28  A 11: 56

Jeffrey A. Travis
Borton Petrini, LLP
5060 California Avenue, Suite 700
Bakersfield, CA 93309

Ordered By:  Vanessa Claridge

| | |
|---|---|
| Date: | 8/26/2009 |
| Invoice No: | 0019683 |
| TL Work Order #'s: | 15942 |

**RECEIVED**
**AUG 28 2009**
**ACCOUNTING**

Regarding:          Borton/McIntosh/Northern California Universal

Case Reference:     McIntosh vs. Northern Ca

| Start Date | Staff | Description | Quantity | Price | Charges |
|---|---|---|---|---|---|
| 8/26/2009 | SO | Rush attempted service upon Josh Woodard at 1039 Edgewater Court, Redding, CA 96003. This is a bad address for service. Per current occupant, the Subject does not live at this address. Upon address verification, we were able to locate a new viable address for service at 3550 Orion Way, Redding, CA 96002. | 1.00 | $99.50 | $99.50 |
| 8/26/2009 | SO | Rush attempted service upon Josh Woodard at business address of 1567 Yuba Street, Redding, CA 96001. This is a bad address for service. Per current employee, the Subject no longer works at this address. | 1.00 | $99.50 | $99.50 |
| 8/26/2009 | SO | Field Locate - Located a new viable address for service at 3550 Orion Way, Redding, CA 96002. | 1.00 | $36.25 | $36.25 |
| 8/26/2009 | SO | Rush Service of Process upon Josh Woodard located at 3550 Orion Way, Redding, CA 96002 completed as requested on August 26, 2009 at 11:54am. | 1.00 | $99.50 | $99.50 |
| 8/26/2009 | SO | Fees Advanced for statutory witness fees. | 1.00 | $45.00 | $45.00 |
| | | | | Subtotal | $379.75 |

Total New Charges                                                                                                          $379.75

Office: 21    Matter # 6471

Matter Des: McIntosh v NCUE

Client Name: Roger McIntosh

Atty. Approval: JAT    Date: 8/28/09

F113                                                    313593

AO 88  (Rev.01/09)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____   Josh Woodard   _____

was received by me on *(date)*   08/25/2009   .

☑ I personally served the subpoena on the individual at *(place)*  3550 Orion Way, Redding, CA 96002

_____   on *(date)*   08/26/2009   ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)*

_____   _____   _____ , a person of suitable age and discretion who resides there,

on *(date)* ___ , and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)*   _____   _____   _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   _____   _____   on *(date)*   _____   _____ ; or

☐ I returned the subpoena unexecuted because   _____   _____   _____ ; or

☐ Other *(specify):*


Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   45.00   .

My fees are $   0.00   for travel and $   99.50   for services, for a total of $   99.50   .


I declare under penalty of perjury that this information is true.


Date:   08/26/2009

_Server's signature_

Randall Abbe, Process Server
*Printed name and title*
2395 Bechelli Lane, Suite C
Redding, CA 96002

_Server's address_


Additional information regarding attempted service, etc:

BKF

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA
(1000804816)
**Date Range:** July 01, 2009 - July 31, 2009
**Report Format:** Summary-Account by Client

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Client 00000/50971 | | | | | | | $0.00 | $0.00 | |
| | | | | | | | $9.08 | $0.00 | $9.08 |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Total for Client | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Total for Client | | | | | | | | $0.00 | |
| Totals for Client | | | | | | | | $0.00 | |
| Client 00000/ | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Client 00000/ | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Totals for Client | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Totals for Client | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Totals for Client | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Totals for Client | | | | | 34 | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Totals for Client 54493/50971 | | | | | | | $5.20 | $0.00 | $5.20 |
| Totals for | | | | 17 | | | | $0.00 | |
| Totals for Client | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | $85.00 | | | | $0.00 | |

# INVOICE



**Attorney's Diversified Services**
www.attorneysdiversified.com
IRS NO. 20-0709641

RECEIVED
AUG 1 1 2009

**ATTORNEY'S DIVERSIFIED SERVICES**
741 N. FULTON STREET
FRESNO, CA, 93728
PHONE (559) 233-1475 FAX (559) 486-4119

| Customer | Date | Invoice |
|---|---|---|
| 3223051 | 05/28/2009 | 0C276537-01 |

## Ship To:

RECEIVED
SEP 04 2009
ACCOUNTING

BORTON PETRINI LLP

ATTN: VANESSA J. CLARIDGE
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051   Client Type: 01

### Ordered By:
BORTON PETRINI LLP

ATTN: VANESSA J. CLARIDGE
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051   Client Type: 01

## CASE INFORMATION

Court: UNITED STATES DISTRICT COURT
Case #: 107CV01080LJOGSA
Case Name: ROGER MCINTOSH
vs NO. CALIF. UNIVERSAL, ET AL

## VITAL INFORMATION

RE: DENNIS W. DE WALT, INC.
LOCATION:
ADDRESS: 1930 22ND STREET
BAKERSFIELD, CA
FIRM'S FILE NUMBER: 054493/060971
CLAIM NUMBER:
INSURED:
Date of Injury:

| Description | Units | Rate | Amount | Tax |
|---|---|---|---|---|
| Service Fee A | 1 | 35.50 | 39.50 | N |

Office: _01_   Matter # _60971_

Matter Des: _McIntosh v. Northern CA Universal Enterprises Co._

Client Name: _McIntosh & Associates_

Atty. Approval: _OAT_   Date: _9/3/09_
_F113_

didn't F already sign this?

SERVED: DENNIS W. DE WALT, INC. at 1930 22ND STREET,
BAKERSFIELD CA 933010000 on 05/28/2009 @ 11:05am. SUMMONS
IN A CIVIL ACTION; SCHEDULING CONFERENCE ORDER; THIRD AMENDED
COMPLAINT                                         ,SUMMONS I N A
CIVIL ACTION; SCHEDULING CONFERENCE ORDER;   ,THIRD AMENDED
COMP LAINT

SUBTOTAL        $    35.50

TOTAL DUE      $    35.50

## Remit Payment to:

Attorney's Diversified Services
PO Box 2799
Sacramento, CA  95812
916 441-4396 FAX 916 443-1162.

IRS NO. 20-0709641

| Customer | Date | Invoice |
|---|---|---|
| 3223051 | 05/28/2009 | 0C276537-01 |

Claim #:   File #: 054493/060971

**TOTAL DUE   $    35.50**

## Bill to:

BORTON PETRINI LLP

ATTN: VANESSA J. CLARIDGE
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051
Fax: (661) 322-4664
Client Type: 01

received
from Jeanne 9/3/09

INVOICE DUE AND PAYABLE UPON RECEIPT. ACCOUNTS 30 DAYS OR MORE PAST DUE SUBJECT TO SERVICE CHARGE OF 1 1/2% PER MONTH (18% APR).

313862

09/11/2009  12:48   5593542928                                                    PAGE  04/11



# INVOICE

**ATTORNEY'S DIVERSIFIED SERVICES**
1424 21st. Street
Sacramento, CA 95814
(916) 441-4396 FAX: (916) 443-1162

## Attorney's Diversified Services
www.attorneysdiversified.com
IRS NO. 20-0709641

SEP 11 2009

| Customer | Date | Invoice |
|----------|------|---------|
| 3223051 | 06/15/2009 | 0C276699 01 |

**Ship To:**

BORTON PETRINI LLP

ATTN: JOANNE BALDUC
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051   Client Type: 01

**Ordered By:**
BORTON PETRINI LLP

ATTN: JOANNE BALDUC
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309
Phone: (661) 322-3051   Client Type: 01

### CASE INFORMATION

| | |
|---|---|
| Court: | UNITED STATES DISTRICT COURT |
| Case #: | 107CV01081OLiOGSA |
| Case Name: | ROGER MCINTOSH |
| | vs NORTHERN CALIFORNIA UNIVERS |

### VITAL INFORMATION

| | |
|---|---|
| RE: | TERRY SCHROEPFER |
| LOCATION: | |
| ADDRESS: | 1800 30TH STREET, STE 280 |
| | BAKERSFIELD, CA |
| FIRM'S FILE NUMBER: | 054493 |
| CLAIM NUMBER: | |
| INSURED: | |
| Date of Injury: | |

| Description | Units | Rate | Amount | Tax |
|-------------|-------|------|--------|-----|
| Service Fee A | 1 | 35.50 | 35.50 | N |
| Not Found Return | 1 | 35.50 | 35.50 | N |

Office: 01   Matter #: 60971

Matter Des: McIntosh v Northern CA Universal Enterprizes, Co.

Client Name: McIntosh & Assoc.

Atty. Approval: ANH   Date: =113

SERVED: TERRY SCHROEPFER at 1800 30TH STREET, STE 280,
BAKERSFIELD CA 933010000 on 06/12/2009 @ 10:35am.
DOCUMENTS: SUBPOENA IN A CIVIL CASE  SUBCC

**received**
from EDIH  9/11/09

SUBTOTAL    $    71.00

TOTAL DUE    $    71.00

**Remit Payment to:**

Attorney's Diversified Services
PO Box 2799
Sacramento, CA 95812
916 441-4396  FAX 916 443-1162.
IRS NO. 20-0709641

| Customer | Date | Invoice |
|----------|------|---------|
| 3223051 | 06/15/2009 | 0C276699-01 |

Claim #:    File #: 054493

**TOTAL DUE    $    71.00**

**Bill to:**

BORTON PETRINI LLP

ATTN: JOANNE BALDUC
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051
Fax: (661) 322-4664
Client Type: 01

TERMS: DUE UPON RECEIPT OF INVOICE - PAST DUE ACCOUNTS MAY BE SUBJECT TO A $20.00 SERVICE CHARGE AND/OR 2.0% MONTHLY INTEREST - IN THE EVENT OF DEFAULT, COLLECTION FEES AND/OR ATTORNEY FEES WILL BE ASSESSED.

314252

09/11/2009  12:48    5593542928                                                   PAGE  03/11



# INVOICE

## ATTORNEY'S DIVERSIFIED SERVICES
1424 21st. Street
Sacramento, CA 95814
(916) 441-4396 FAX: (916) 443-1182

**Attorney's Diversified Services**
www.attorneysdiversified.com
IRS NO. 20-0709641

| Customer | Date | Invoice |
|---|---|---|
| 3223051 | 06/09/2009 | 0C276668-01 |

### Ship To:

SEP 11 2009

BORTON PETRINI LLP

ATTN: JOANNE BALDUC
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051    Client Type: 01

*Ordered By:*
BORTON PETRINI LLP

ATTN: JOANNE BALDUC
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309
Phone: (661) 322-3051    Client Type: 01

### CASE INFORMATION

Court: UNITED STATES DISTRICT COURT
Case #: 107CV01081OLJOGSA
Case Name: ROGER MCINTOSH
vs NORTHERN CALIFORNIA UNIVERS

### VITAL INFORMATION

RE: TERRY SCHROEPFER
LOCATION:
ADDRESS: 5080 CALIFORNIA AVE., STE 400
BAKERSFIELD, CA
FIRM'S FILE NUMBER: 054493
CLAIM NUMBER:
INSURED:
Date of Injury:

| Description | Units | Rate | Amount | Tax |
|---|---|---|---|---|
| Not Found Return | | 55.50 | 55.50 | N |
| Rush Handling A | 1 | 35.00 | 35.00 | N |

Office: _01_    Matter # _60971_

Matter Des: _McIntosh v. Northern CA Universal Enterprises, Co_

Client Name: _McIntosh & Associates # 54493_

Atty. Approval: _ANP_    Date: _____
_#113_

Not Found - Returned Unserved. Regarding: TERRY SCHROEPFER at 5080
CALIFORNIA AVE., STE 400, BAKERSFIELD CA 333091697 on
06/09/2009 @ 04:00pm. SUBPOENA IN A CIVIL CASE; DEPOSITION
NOTICE OF TERRY SCHROEPFER
,SUBPOENA IN A CIVIL CASE; DEPOSITION NOTICE OF TERRY
,SCHROEPFER

_from Edith_    **received**
_9/11/09_

**SUBTOTAL    $    90.50**

**TOTAL DUE    $    90.50**

*Remit Payment to:*

Attorney's Diversified Services
PO Box 2799
Sacramento, CA  95812
916 441-4396  FAX 916 443-1182
IRS NO. 20-0709641

| Customer | Date | Invoice |
|---|---|---|
| 3223051 | 06/09/2009 | 0C276668-01 |

Claim #:    File #: 054493

**TOTAL DUE    $    90.50**

*Bill to:*

BORTON PETRINI LLP

ATTN: JOANNE BALDUC
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone:  (661) 322-3051
Fax: (661) 322-4664
Client Type: 01

TERMS: DUE UPON RECEIPT OF INVOICE - PAST DUE ACCOUNTS MAY BE SUBJECT TO A $20.00 SERVICE CHARGE AND/OR 3.0% MONTHLY INTEREST - IN THE EVENT OF DEFAULT,
COLLECTION FEES AND/OR ATTORNEY FEES WILL BE ASSESSED.

314253

BKF

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA (1000804816)

**Date Range:** August 01, 2009 - August 31, 2009

**Report Format:** Summary-Account by Client

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| Account: 1000804816 | | | | | | | | | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Totals for Client 54493/60971 | | | | | | | $12.09 | $0.00 | $12.09 |
| Totals for Client 54493/63780 | | | | | | | $2.20 | $0.00 | $2.20 |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Totals for Account: 1000804816 | | | | | | | | $0.00 | |
| | | | | | | | | | |



**J.V. KILLINGSWORTH & ASSOCIATES**
CERTIFIED SHORTHAND REPORTERS

1422 OREGON STREET
REDDING, CALIFORNIA 96001
(530) 241-2224   (800) 995-0447
Fax (530) 241-5992

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 264417 | 09/15/2009 | 01-28424 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/11/2009 | ANDESH | 1:07-CV-01080- |

**CASE CAPTION**

McIntosh v Northern California Universal

JEFFREY A. TRAVIS, Esq.
Borton Petrini Law Offices
5060 California Avenue, Suite 700
Bakersfield, CA 93309


RECEIVED
SEP 24 2009
ACCOUNTING

**TERMS**

Due upon receipt

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Joshua Woodard

| | | |
|---|---|---|
| | 35 Pages | 127.75 |
| EXHIBITS | 57 Pages | 17.10 |
| REPORTER ATTENDANCE | | 60.00 |
| SHIPPING CHARGE | | 7.00 |
| RETURN ORIGINAL | | 7.00 |

TOTAL  DUE  >>>>        218.85

CONDENSED & WORD INDEX provided at no charge.
THANK YOU FOR THE WORK!!

Office ____   Matter # 6097 1

Matter Des: McIntosh v. NCUE

Client Name: Roger McIntosh

Atty. Approval: ____   Date: 9/17/09

F 115

TAX ID NO.: 94-2715214

(661) 322-3051    Fax (661) 322-4628

*Please detach bottom portion and return with payment.*

JEFFREY A. TRAVIS, Esq.
Borton Petrini Law Offices
5060 California Avenue, Suite 700
Bakersfield, CA 93309

Invoice No.:  264417
Date       :  09/15/2009
**TOTAL DUE :     218.85**

Job No.   :  01-28424
Case No.  :  1:07-CV-01080-LJO-GSSA
McIntosh v Northern California Unive

Remit To:    **J.V. Killingsworth & Associates**
             1422 Oregon Street
             Redding, CA 96001

314712

# GSO
## GOLDEN STATE OVERNIGHT

| | |
|---|---|
| Company: | BORTON PETRINI AND CONRON LLP |
| Invoice #: | 1838676 |
| Invoice Date: | 9/30/2009 |

| | |
|---|---|
| PDS: | Priority Overnight |
| SDS: | Priority Saturday |
| EPS: | Early Overnight |
| ESS: | Early Saturday |
| CPS: | California Parcel |

| Ship Date<br>Tracking # | Ship To Company<br>Delivery Address | Zip<br>City | Signed By<br>Delivery Time | Reference#<br>Comments | Type<br>#LBS | COD Chrg<br>Ins Chrg | Fuel Chrg<br>Total Chrg |
|---|---|---|---|---|---|---|---|
| 9/30/2009<br>512739212 | LAW OFFICES OF STEVE<br>425 CALABRIA COURT | 95747<br>ROSEVILLE | S. H<br>10:50 AM | 60971 - VANESSA | PDS<br>9 | | $ 1.62<br>$ 14.07 |
| 9/30/2009<br>512739295 | GARCIA CALDERON RUIZ<br>500 SOUTH GRAND AVE | 90071<br>LOS ANGELE | M. Velez<br>10:47 AM | 60971 - VANESSA | PDS<br>9 | | $ 1.62<br>$ 14.07 |
| 9/30/2009<br>512739359 | ALEXANDER & ASSOCIAT<br>1925 "G" STREET | 93301<br>BAKERSFIEL | M. Vasquez<br>8:44 AM | 60971 - VANESSA | PDS<br>9 | | $ 1.62<br>$ 14.07 |
| 9/30/2009<br>512739440 | EASTERN DISTRICT OF<br>2500 TULARE STREET, | 93721<br>FRESNO | M. Rooney<br>8:22 AM | 60971 - VANESSA | PDS<br>9 | | $ 1.62<br>$ 14.07 |

**GOLDEN STATE OVERNIGHT** • 800-322-5555 • **PAYMENT DUE ON RECEIPT**
A FINANCE CHARGE OF 1½% PER MONTH WILL BE ASSESSED ON BALANCES OVER 30 DAYS.

Page 3





INVOICE

| Invoice # | Invoice Date |
|---|---|
| 1845494 | 10/15/2009 |

*BKF*

35766
BORTON PETRINI AND CONRON LLP
PO BOX 2026
BAKERSFIELD CA 93303

Please detach this portion and remit with Payment to:

Golden State Overnight
P.O. BOX 2508
Alameda, CA 94501

For questions about this invoice call 800-322-5555 Ext. 6



**GSO Service Types**

| PDS : | Priority Overnight Service |
|---|---|
| SDS : | Priority Saturday Service |
| EPS : | Early Overnight Service |
| ESS : | Early Saturday Service |
| CPS : | California Parcel Service |

### Invoice Detail

| Ship Date Tracking # | Ship To Company Delivery Address | Zip City | Signed By Delivery Time | Reference# Comments | Type #LBS | COD Chrg Ins Chrg | Fuel Chrg Total Chrg |
|---|---|---|---|---|---|---|---|
| 10/7/2009 512786488 | EASTERN DISTRICT OF 2500 TULARE STREET, | 93721 FRESNO | S. Santagata 8:29 AM | 60971 / VANESSA C. | PDS 22 | | $ 2.80 $ 24.35 |

---

# Blueprint SERVICE CO. INC.

1100 18th Street
Bakersfield, CA 93301
PHONE (661) 327-2501
FAX (661) 327-9265
www.blueprintservice.net

I.D. # 95-3064112

SERVING KERN COUNTY SINCE 1954
• **BLUEPRINTS** •
• LARGE COPIOUS PROCESS CAMERA • XEROX COPIES •
• OCE 9800 PRINTER/PLOTTER/SCANNER • HP56C COLOR PLOTTER •
• DRAFTING • ENGINEERING SUPPLIES •
• COLOR COPIER • INKJET SUPPLIES & MEDIA •
• LARGE FORMAT COLOR PRINTER •
• LARGE COLOR SCANNER •

INVOICE

| DATE | NUMBER |
|------|--------|
| 10/06/09 | 679393 |

Time: 13:04:52

**BILL TO**
Borton, Petrini, & Conron
Suite 700, Stockdale Tower
5060 California Avenue
Bakersfield  CA  93309

Job name: 60971
Net 30 days

**SHIP TO**
Borton, Petrini, & Conron
Suite 700, Stockdale Tower
5060 California Avenue
Bakersfield  CA  93309
(661)322-3051
Ordered by: VANESSA

TERMS:

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER # | SALESPERSON | ORDER DATE |
|---------------|-------------|-----------|---------|-------------|------------|
| | Wait | 01649 | 568087 | Stacy | 10/06/09 |

| ORDERED | SHIPPED | B O | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---------|---------|-----|------|-------------|-------------|------------|--------|
| 1 | 1 | | EACH | BPS-11 | BASE CHARGE - OVER THE COUNTER | 0.00 | 0.00 |
| 10.50 | 10.50 | | SQ. FT. | BPS-2120 | BOND DIGITAL | 0.18 | 1.89 |
| | | | | | 1 set of 3(18x26) 10.5 sq ft | | |
| 6.00 | 6.00 | | SQ. FT. | BPS-2120 | BOND DIGITAL | 0.18 | 1.08 |
| | | | | | 1 set of 1(24x36) 6 sq ft | | |

Office: _____  Matter # _____

Matter Des: _____

Client Name: _____

Atty. Approval: _____  Date: _____

CONES OF MARS TOYOTO CONECT
WITH AEROS.

RECEIVED
OCT 04 2009
ACCOUNTING

7102

THANK YOU FOR YOUR ORDER

| | |
|---|---|
| Sale amount | 2.97 |
| Tax | 0.25 |
| Balance due | 3.22 |

SIGNED BY: _____

31620

The Purchaser Agrees to Pay a FINANCE CHARGE of 1.5% PER MONTH which is an ANNUAL PERCENTAGE RATE OF 18%, if not Paid when Due, and all Costs of Collection, including a Reasonable Attorney's Fee.

# GSO
**GOLDEN STATE OVERNIGHT**

**INVOICE**

Case 1:07-cv-01080-LJO-GSA Document 342-1 Filed 03/30/10 Page 46 of 69

Account #: 35746
Invoice #: 1851999
Invoice Date: 10/31/2009
Total Due: $713.20

PDS: Priority Overnight
EPS: Early Overnight
ERS: Early Saturday
ESS: Early Saturday
CPS: California Parcel

| Ship Date / Tracking # | Ship To Company / Delivery Address | Zip / City | Signed By / Delivery Time | Reference# / Comments | Type / #LBS | COD Chrg / Ins Chrg | Fuel Chrg / Total Chrg |
|---|---|---|---|---|---|---|---|
| 10/29/2009 / 512930546 | EASTERN DISTRICT OF / 2500 TULARE STREET, | 93721 / FRESNO | D. Figueroa / 8:53 AM | 60971 / VANESSA C. | PDS / 3 | | $ 1.11 / $ 9.61 |

---

**GOLDEN STATE OVERNIGHT** • 800-322-5555 • **PAYMENT DUE ON RECEIPT**

A FINANCE CHARGE OF 1½% PER MONTH WILL BE ASSESSED ON BALANCES OVER 30 DAYS.

Page 2

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA
(1000804816)

**Date Range:** October 01, 2009 - October 31, 2009

**Report Format:** Summary-Account by Client

| by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | $40.85 | $0.00 | $40.85 |
| Totals for Client 54493/60971 | | | | | | | $40.85 | $0.00 | $40.85 |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |



## Stops - Images - Search®                                      Close

---

**Image**
Image Front:



Image Back:

---

**Item Details**

Amount: $ 30.00
Check Number: 356712
Posting Date: 12/29/2009
As Of Date: 12/29/2009

Account Name:  FIRM GENERAL ACCOUNT
Account Number: 4000048314
Routing Number: 121000248
Type Code/Description: 475/CHECK PAID
Item Sequence Number: 004620761643

© Copyright 2002 - 2010 Wells Fargo. All rights reserved.

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA
(1000804816)

**Date Range:** November 01, 2009 - November 30, 2009

**Report Format:** Summary-Account by Client

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | $67.43 | $0.00 | $67.43 |
| Totals for Client 54493/60971 | | | | | | | | | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |

12/18/2009

**GSO**
**GOLDEN STATE OVERNIGHT**

PDS: Priority Overnight
EPS: Early Overnight
ESS: Early Saturday
CPS: California Parcel

Invoice #: 1870877
Invoice Date: 12/15/2009

| Ship Date Tracking # | Ship To Company Delivery Address | Zip City | Signed By Delivery Time | Reference# Comments | Type #LBS | COD Chrg Ins Chrg | Fuel Chrg Total Chrg |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 12/11/2009 513190129 | MR. NICK STANKOVICH 3455 CORTE FRESA | 92009 CARLSBAD | L. Stankovic 11:43 AM | 60971 / VANESSA C. | PDS 3 | | $ 1.15 $ 9.65 |

Office: ~~SF~~   Matter # ~~_____~~

Matter Des: *McIntosh v. News*

Client Name: *Roger McIntosh*.

Atty. Approval: *SAT*   Date: 2/10/10

*I 113*   2010 FEB 11 A 11: 41

Jeffrey A. Travis
Borton Petrini, LLP
5060 California Avenue, Suite 700
Bakersfield, CA 93309

Ordered By:   Vanessa Claridge

TEAM LEGAL, INC.
25876 The Old Road
Suite 314
Valencia, CA 91381
Phone:   (661) 964-0154
Fax:      (661) 255-7484
Federal ID No.: 20-5348217

| | |
|---|---|
| Date: | 2/08/2010 |
| Invoice No: | 0020497 |

TL Work Order #'s:
17331

RECEIVED
FEB 1 0 2010
ACCOUNTING

Regarding:        Borton/McIntosh/Northern California Universal

Case Reference:   McIntosh vs. Northern Ca

| Start Date | Staff | Description | Quantity | Price | Charges |
|---|---|---|---|---|---|
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Keith Woodcock in Wasco, CA. | 1.00 | $146.70 | $146.70 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Alan Peake in Bakersfield, CA. | 1.00 | $159.90 | $159.90 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Gregg Black in Bakersfield, CA. | 1.00 | $159.90 | $159.90 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Terry W. Schroepfer, P.E. in Bakersfield, CA. | 1.00 | $159.90 | $159.90 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Dennis McNamara in Wasco, CA. | 1.00 | $146.70 | $146.70 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Jim Zervis in Wasco, CA. | 1.00 | $146.70 | $146.70 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Robert Wren in Wasco, CA. | 1.00 | $146.70 | $146.70 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Larry Pennell in Wasco, CA. | 1.00 | $146.70 | $146.70 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Sarah Burgi in Bakersfield, CA. | 1.00 | $159.90 | $159.90 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Jeff Gutierrez in Bakersfield, CA. | 1.00 | $159.90 | $159.90 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Gerald Helt in Bakersfield, CA. | 1.00 | $159.90 | $159.90 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Kevin V. Lam in San Francisco, CA. | 1.00 | $40.00 | $40.00 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Josh Woodard in Redding, CA. | 1.00 | $40.00 | $40.00 |

TEAM LEGAL, INC.
Page No.:    2

|  | Subtotal | $1,772.90 |
|---|---|---|
| Total New Charges | | $1,772.90 |
| Previous Balance | | $379.75 |
| Previous Balance of Retainer | | $0.00 |
| 1/26/2010  Deposit to account | | $1,772.90 |
| 2/08/2010  Retainer Applied | | $-1,772.90 |
| New Balance of Retainer | | $0.00 |
| Balance Due | | $0.00 |



2010 JAN 28  A 11: 10

Jeffrey A. Travis
Borton Petrini, LLP
5060 California Avenue, Suite 700
Bakersfield, CA 93309

Ordered By:  Vanessa Claridge

**TEAM LEGAL, INC.**
25876 The Old Road
Suite 314
Valencia, CA 91381
Phone:  (661) 964-0154
Fax:     (661) 255-7484
Federal ID No.: 20-5348217

| | |
|---|---|
| Date: | 1/26/2010 |
| Invoice No: | 0020444 |
| TL Work Order #'s: | |
| 15942 | |

Regarding:          Borton/McIntosh/Northern California Universal

Case Reference:     McIntosh vs. Northern Ca

| Start Date | Staff | Description | Quantity | Price | Charges |
|---|---|---|---|---|---|
| 1/25/2010 | SO | Attempted service upon Josh Woodard at 3550 Orion, Redding, CA 96002. Per the Subject's Wife, he was not available during the time of service. She provided us with his work address and helped set up for us to meet him for service. | 1.00 | $69.50 | $69.50 |
| 1/25/2010 | SO | Service of Process upon Josh Woodard located at 17698 Aarly Drive, Redding, CA completed as requested on January 25, 2010 at 11:30am. | 1.00 | $69.50 | $69.50 |
| 1/25/2010 | SO | Field Locate - Located a viable address for service upon Josh Woodard at 17698 Aarly Drive, Redding, CA. | 1.00 | $25.00 | $25.00 |
| | | | | Subtotal | $164.00 |

Total New Charges

$164.00

Office: O1   Matter #6693/

Matter Des: McIntosh v. NCUE

Client Name: Keon McIntosh.

Atty. Approval:          Date:

31911/

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA (1000804816)

**Date Range:** December 01, 2009 - December 31, 2009

**Report Format:** Summary-Account by Client

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| Account: 1000804816 | | | | | | | | | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Totals for Client 54493/60971 | | | | | | | | $0.00 | $12.19 |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| | | | | | | | | $0.00 | |
| Totals for Account: 1000804816 | | 1,: | | | | | | $0.00 | |
| | | 1,: | | | | | | | |

# GSO

**GOLDEN STATE OVERNIGHT**

RECEIVED
FEB 0 5 2010
ACCOUNTING

**INVOICE**

| | Invoice Date | | Payment |
|---|---|---|---|
| 1889667 | ▇▇ | 1/31/2010 | ▇▇ |

BKF

35766
BORTON PETRINI AND CONRON LLP
PO BOX 2026
BAKERSFIELD CA 93303

Please detach this portion and remit with Payment to:
**Golden State Overnight**
**P.O. BOX 2508**
**Alameda, CA 94501**
For questions about this invoice call 800-322-5555 Ext. 6

*Account Statement*



*GSO Service Types*

| PDS : | Priority Overnight Service |
|---|---|
| SDS : | Priority Saturday Service |
| EPS : | Early Overnight Service |
| ESS : | Early Saturday Service |
| CPS : | California Parcel Service |

## Invoice Detail

| Ship Date Tracking # | Ship To Company Delivery Address | Zip City | Signed By Delivery Time | Reference# Comments | Type #LBS | COD Chrg Ins Chrg | Fuel Chrg Total Chrg |
|---|---|---|---|---|---|---|---|
| ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| 1/26/2010 513452084 | MERATI ECONOMIC GROU 1875 CENTURY PARK EA | 90067 LOS ANGELE | M. Monica 8:36 AM | 60971 / VANESSA C. | PDS 8 | | $ 1.17 $ 13.82 |
| ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |

319572



## Lee's Printing Center

4410 Easton Drive • Bakersfield, CA 93309
(661) 322-3450 • (800) 895-3326 • FAX (661) 327-9653
E-Mail: info@leesprintingcenter.com
* Federal Tax I.D. #95-2668382 *

| INVOICE |
|---|
| 97196 |
| CUSTOMER NO |
| 1053 |

**SOLD TO**
Borton, Petrini & Conron
5060 California Ave. Ste 700
Bakersfield, CA
93309

**SHIP TO**
Borton, Petrini & Conron
Jeff / Cindi
5060 California Ave. Ste 700
Bakersfield, CA
93309

| INVOICE DATE | SHIP VIA | F.O.B. | PAYMENT TERMS |
|---|---|---|---|
| 02/08/10 | del | debbie | Fin.Chg of 1 1/2% net 30 days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
|---|---|---|---|
| MCINTOSH | | General Sale | |

| QTY ORDERED | QTY SHIPPED | QTY BO | ITEM NUMBER | DESCRIPTION | UNIT PRICE | DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 4336.00 | 4336.00 | 1 | | 8.5 x 11 ss copies | 0.07 | | 303.52 |

RECEIVED
FEB 09 2010
ACCOUNTING

# 60971

RECEIVED
FEB
ACCOUNTING

Office 01 ___ Matter # 60971
Matter Des: McIntosh v. Northern California Universal Enterprises Co.
Client Name: McIntosh & Associates
Atty. Approval ___ Date: 2/17/10

F102

| | | Subtotal | 303.52 |
|---|---|---|---|
| Taxable | 303.52 | Freight | 5.00 |
| Non-Taxable | 5.00 | Sales Tax | 25.04 |
| | | **Total** | **333.56** |
| | | | 0.00 |
| | | | 333.56 |

319808

Case 1:07-cv-01080-LJO-GSA  Document 342-1  Filed 03/30/10  Page 57 of 69



# Stops - Images - Search®

Close

---

**Image**

Image Front:



ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDERS

**LAW OFFICES OF**
**BORTON PETRINI, LLP**
Post Office Box 2026
5060 California Ave, Suite 700
Bakersfield, CA 93303-2026
Phone (661) 322-3051

Wells Fargo
General Operating Account
5401 California Ave, Suite 200
Bakersfield, CA 93309

357751

11-24
1210(9)

CHECK DATE
02-24-2010

PAY**THREE HUNDRED AND 00/100 Dollar

CHECK AMOUNT
$300.00*******

BR 34
TLR 3429    BORTON PETRINI, LLP

VOID AFTER 120 DAYS

PAY TO THE
ORDER OF
Josh Woodard
3550 Orlon Way
Redding, CA 96002

TWO SIGNATURES REQUIRED OVER $25,000.00

⑈357751⑈ ⑆121000248⑉ 4000 048314⑈

Image Back:



03012010
P0024915590 3
Sacramento, CA 95826

>3211752614<
Golden 1 Credit Union

3211752

Joshua Woodard

---

**Item Details**

Amount: $ 300.00
Check Number: 357751
Posting Date: 03/02/2010
As Of Date: 03/02/2010

Account Name: **FIRM GENERAL ACCOUNT**
Account Number: 4000048314
Routing Number: 121000248
Type Code/Description: 475/CHECK PAID
Item Sequence Number: 008245680125

© Copyright 2002 - 2010 Wells Fargo. All rights reserved.

# Blueprint SERVICE CO. INC.

1100 18th Street   I.D. # 95-3064112
Bakersfield, CA 93301
PHONE (661) 327-2501
FAX (661) 327-9265
www.blueprintservice.net

SERVING KERN COUNTY SINCE 1954
• BLUEPRINTS •
• LARGE COPIOUS PROCESS CAMERA • XEROX COPIES •
• OCE 9800 PRINTER/PLOTTER/SCANNER • HP650C COLOR PLOTTER •
• DRAFTING • ENGINEERING SUPPLIES •
• COLOR COPIER • INKJET SUPPLIES & MEDIA •
• LARGE FORMAT COLOR PRINTER •
• LARGE COLOR SCANNER •

**INVOICE**

Time: 16:30:23

DATE   NUMBER
02/18/10   690302

BILL TO:
Borton Petrini, LLP
Suite 700, Stockdale Tower
5060 California Avenue
Bakersfield CA 93309
Job name: MCINTOSH

SHIP TO:
Borton Petrini, LLP
Suite 700, Stockdale Tower
5060 California Avenue
Bakersfield CA 93309
(661)322-3051
Ordered by: TOM KAPSTROM

TERMS: Net 30 days

| CUSTOMER P.O. | | | SHIPPED VIA | ACCOUNT # | JOB # | SALESPERSON | | ORDER DATE |
|---|---|---|---|---|---|---|---|---|
| | | | Delivery | 01649 | 580699 | Misty | | 02/18/10 |

| ORDERED/SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EACH | BPS-2 | PICKUP/DELIVERY BASE CHARGE | 7.75 | 7.75 | |
| 2535 | 2535 | EACH | BPS-3010 | COPY 8.5 X 11 | 0.07 | 177.45 | |
| 66 | 66 | EACH | BPS-3094 | 5 copies of 507 originals TAB 8.5X11 PRINTED/BLANK/LABEL | 0.50 | 33.00 | |
| 5 | 5 | EACH | BPS-3179 | VIEW BINDER SLANT 4" | 22.95 | 114.75 | |

2/18/10 @ 320PM
HECTOR INSERTED EXHIBIT STICKERS
ON 8 PAGES AFTER TAB
EXCEPT TABS P106;P107;P109

------------------- Notes -------------------

Office: 01   Matter # 6 55 1
Matter Des: M-INTOSH V. NCWS
Client Name: XAVIER MCINTOSH
Atty. Approval:          Date:

7102

THANK YOU FOR YOUR ORDER

RECEIVED
FEB 22 2010
ACCOUNTING

Sale amount    332.95

Tax    27.47

Balance due    360.42

BY: Hector Saenz

...aser Agrees to Pay a FINANCE CHARGE OF 1.9% PER MONTH which is an ANNUAL PERCENTAGE RATE OF 18%, if not Paid when Due, and all Costs of Collection, including a Reasonable Fee.

380 005

TEAM LEGAL, INC.
25876 The Old Road
Suite 314
Valencia, CA 91381
Phone: (661) 964-0154
Fax:     (661) 255-7484
Federal ID No.: 20-5348217

2010 FEB 24  A 11: 23

Jeffrey A. Travis
Borton Petrini, LLP
5060 California Avenue, Suite 700
Bakersfield, CA 93309

| | |
|---|---|
| Date: | 2/23/2010 |
| Invoice No: | 0020556 |

TL Work Order #'s:
17331

Ordered By:  Vanessa Claridge

Regarding:        Borton/McIntosh/Northern California Universal

Case Reference:   McIntosh vs. Northern Ca

**RECEIVED**

MAR - 1 2010

**ACCOUNTING**

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 2/10/2010 | SO | Waiting Time to completed service upon Terry W. Schroepfer, P.E. at 1800 30th Street, Suite 280, Bakersfield, CA 93301 on February 10, 2010. | 0.50 | $55.00 | $27.50 |
| | | | | Subtotal | $27.50 |

| Start Date | Staff | Description | Quantity | Price | Charges |
|---|---|---|---|---|---|
| 2/04/2010 | SO | Attempted service upon Terry W. Schroepfer at 7025 Luke Avenue, Bakersfield, CA 93308. Unable to get an answer at the door during any of the attempts. Received a new address for service from your office on February 4, 2010. | 1.00 | $45.50 | $45.50 |
| 2/10/2010 | SO | Service of Process upon Terry W. Schroepfer, P.E. located at 1800 30th Street, Suite 280, Bakersfield, CA 93301 completed as requested on February 10, 2010 at 11:55am. | 1.00 | $45.50 | $45.50 |
| 2/11/2010 | SO | Service of Process upon Robert Wren located at City of Wasco, 748 8th Street, Wasco, CA 93280 completed as requested on February 11, 2010 at 2:01pm. | 1.00 | $69.50 | $69.50 |
| | | | | Subtotal | $160.50 |

Office: ____   Matter # _____

Matter Des: _____

Client Name: _____

Atty. Approval: ____   Date: ____

#113     320207

| | |
|---|---|
| Total New Charges | $188.00 |

BKF

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA
(1000804816)

**Date Range:** January 01, 2010 - January 31, 2010

**Report Format:** Summary-Account by Client

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| Account: 1000804816 | | | | | | | | | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| Totals for Client 54493/60971 | | | | | | | | $0.00 | $35.36 |
| Totals for Client 55483/60971 | | | | | | | | $0.00 | $275.16 |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | $0.00 | |
| Totals for Account: 1000804816 | | | | | | | | $0.00 | |
| ▮▮▮▮▮▮▮▮▮▮ | | | | | | | | | |

# GSO

**GOLDEN STATE OVERNIGHT**

INVOICE

RECEIVED

FEB 19 2010

ACCOUNTING

| | | |
|---|---|---|
| 1895914 | | 2/15/2010 |

BKF

35766
BORTON PETRINI AND CONRON LLP
PO BOX 2026
BAKERSFIELD CA 93303

Please detach this portion and remit with Payment to:
**Golden State Overnight**
**P.O. BOX 2508**
**Alameda, CA 94501**
For questions about this invoice call 800-322-5555 Ext. 6

**Account Statement**



**GSO Service Types**

| | |
|---|---|
| PDS : | Priority Overnight Service |
| SDS : | Priority Saturday Service |
| EPS : | Early Overnight Service |
| ESS : | Early Saturday Service |
| CPS : | California Parcel Service |

## Invoice Detail

| Ship Date Tracking # | Ship To Company Delivery Address | Zip City | Signed By Delivery Time | Reference# Comments | Type #LBS | COD Chrg Ins Chrg | Fuel Chrg Total Chrg |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 2/8/2010 513531559 | LAW OFFICES OF STEVE 425 CALABRIA COURT | 95747 ROSEVILLE | S. Hassing 10:21 AM | 60971 / VANESSA C. | PDS 13 | | $ 1.56 $ 17.96 |
| 2/8/2010 513531721 | GCR ,LLP 520 S. GRAND AVENUE | 90071 LOS ANGELE | CAROLINE 10:30 AM | 60971 / VANESSA C. | PDS 13 | | $ 1.56 $ 17.96 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

---

**GOLDEN STATE OVERNIGHT** • 800-322-5555 • **PAYMENT DUE ON RECEIPT**   Page 1
A FINANCE CHARGE OF 1½% PER MONTH WILL BE ASSESSED ON BALANCES OVER 30 DAYS. 32025C

# GSO
## GOLDEN STATE OVERNIGHT

RECEIVED
MAR 04 2010
ACCOUNTING

Case 1:07-cv-01080-LJO-BAK   Document 343-1   Filed 03/30/10   Page 62 of 69

| Invoice # | Invoice Date |
|---|---|
| 1902113 | 2/28/2010 |

BKF

**35766**
BORTON PETRINI AND CONRON LLP
PO BOX 2026
BAKERSFIELD CA 93303

Please detach this portion and remit with Payment to:
**Golden State Overnight**
**P.O. BOX 2508**
**Alameda, CA 94501**
For questions about this invoice call 800-322-5555 Ext. 6

## Account Statement



## GSO Service Types

| | |
|---|---|
| PDS : | Priority Overnight Service |
| SDS : | Priority Saturday Service |
| EPS : | Early Overnight Service |
| ESS : | Early Saturday Service |
| CPS : | California Parcel Service |

## Invoice Detail

| Ship Date / Tracking # | Ship To Company / Delivery Address | Zip / City | Signed By / Delivery Time | Reference# / Comments | Type / #LBS | COD Chrg / Ins Chrg | Fuel Chrg / Total Chrg |
|---|---|---|---|---|---|---|---|
| 2/17/2010 / 513589445 | UNITED STATES DISTRI / EASTERN DISTRICT OF | 93721 / FRESNO | C. Bradley / 8:01 AM | 60971, VANESSA | PDS / 19 | | $ 1.99 / $ 22.89 |
| | | | | | | | |
| | | | | | | | |
| 2/19/2010 / 513606352 | U.S. DISTRICT COURT- / 2500 TULARE STREET - | 93721 / FRESNO | C. Bradley / 8:02 AM | CONNIE S. / 60971 | PDS / 19 | | $ 1.99 / $ 22.89 |
| 2/19/2010 / 513606425 | GCR,LLP / 520 S GRAND AVE, SU | 90071 / LOS ANGELE | Front desk / 8:48 AM | CONNIE S. / 60971 | PDS / 10 | | $ 1.34 / $ 15.49 |
| 2/19/2010 / 513606502 | LAW OFFICES OF STEVE / 425 CALABRIA COURT | 95747 / ROSEVILLE | S. Hassing / 9:16 AM | CONNIE S. / 60971 | PDS / 10 | | $ 1.34 / $ 15.49 |
| | | | M. | | | | |
| 2/23/2010 / 513618726 | LAW OFFICES OF STEVE / 425 CALABRIA COURT | 95747 / ROSEVILLE | J. Hassing / 9:05 AM | 60971 / CONNIE S. | PDS / 32 | | $ 2.91 / $ 33.56 |
| 2/23/2010 / 513618801 | GCR,LLP / 520 S GRAND AVE , SU | 90071 / LOS ANGELE | M. Mari / 9:00 AM | 60971 / CONNIE S. | PDS / 32 | | $ 2.91 / $ 33.56 |

320488

**GSO**
GOLDEN STATE OVERNIGHT

INVOICE

Company:   BORTON PETRINI AND CONRON LLP
Invoice #:   1902113
Invoice Date:   2/28/2010

PDS: Priority Overnight
SDS: Priority Saturday
EPS: Early Overnight
ESS: Early Saturday
CPS: California Parcel

| Ship Date Tracking # | Ship To Company Delivery Address | Zip City | Signed By Delivery Time | Reference# Comments | Type #LBS | COD Chrg Ins Chrg | Fuel Chrg Total Chrg |
|---|---|---|---|---|---|---|---|
| 2/23/2010 513618965 | UNITED STATES DISTRI EASTERN DISTRICT OF | 93721 FRESNO | C. Bradley 8:31 AM | 60971 / CONNIE S. | PDS 32 | | $ 2.91 $ 33.56 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 2/25/2010 513644286 | JOSH WOODARD 3550 ORION WAY | 96002 REDDING | J. Woodward 10:25 AM | 60971 / VANESSA C. | PDS L | | $ 0.64 $ 7.39 |
| | | | | | | | |
| | | | | | | | $ |

**GOLDEN STATE OVERNIGHT** • 800-322-5555 • **PAYMENT DUE ON RECEIPT**
A FINANCE CHARGE OF 1½% PER MONTH WILL BE ASSESSED ON BALANCES OVER 30 DAYS.

Page 2



SERVING KERN COUNTY SINCE 1954
## • BLUEPRINTS •
• LARGE COPIOUS PROCESS CAMERA • XEROX COPIER •
• OCE 9600 PRINTER/PLOTTER/SCANNER • HP6500 COLOR PLOTTER •
• DRAFTING • ENGINEERING SUPPLIES •
• COLOR COPIER • INKJET SUPPLIES & MEDIA •
• LARGE FORMAT COLOR PRINTER •
• LARGE COLOR SCANNER •

## SERVICE CO. INC.

1100 18th Street    I.D. # 95-3064112
Bakersfield, CA 93301
PHONE (661) 327-2501
FAX (661) 327-9285
www.blueprintservice.net

**INVOICE**

| DATE | NUMBER |
|---|---|
| 02/23/10 | 690592 |

Time: 08:35:19

BILL TO
Borton Petrini, LLP
Suite 700, Stockdale Tower
5060 California Avenue
Bakersfield CA  93309

SHIP TO
Borton Petrini, LLP
Suite 700, Stockdale Tower
5060 California Avenue
Bakersfield  CA  93309
(661)322-3051          UPS: 0
Ordered by: TOM KAPSTROM

Job name: MCINTOSH VS NORTHERN

TERMS:   Net 30 days

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER # | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|
| 107CV01080 LJO-WMW | Hold | 01649 | 581092 | Esteban | 02/22/10 |

| ORDERED | SHIPPED | B O | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | EACH | BLU-TERRY | | 356.86 | 356.86 |
| | | | | 1ST BINDER J-1 THRU J-20 | | | |
| | | | | 2ND BINDER J-21 THRU J-52 | | | |
| | | | | 3RD BINDER J-53 THRU J-114 | | | |
| | | | | 4TH BINDER J-115 THRU J-132 | | | |
| | | | | MCINTOSH V NORTHERN ET AL | | | |

-------------------------------- Notes --------------------------------

Tracking #: 23924

Office: 01    Matter # 60971
Matter Desc: McIntosh v. Northern California Universal Enterprises Co.
Client Name: McIntosh & Associates
Atty. Approval: JAT    Date: _____

#124

| | Sale amount | 356.86 |
|---|---|---|
| | Tax | 29.44 |

THANK YOU FOR YOUR ORDER

RECEIVED
MAR 12 2010
ACCOUNTING

Balance due    386.30

SIGNED BY: _____

The Purchaser Agrees to Pay a FINANCE CHARGE OF 1.5% PER MONTH which is an ANNUAL PERCENTAGE RATE OF 18%, if not Paid when Due, and all Costs of Collection, including a Reasonable Attorney's Fee.

320619

TEAM LEGAL, INC.
25876 The Old Road
Suite 314
Valencia, CA 91381
Phone:  (661) 964-0154
Fax:     (661) 255-7484
Federal ID No.:  20-5348217

RECEIVED
MAR 12 2010
ACCOUNTING

Jeffrey A. Travis
Borton Petrini, LLP
5060 California Avenue, Suite 700
Bakersfield, CA 93309

Date:                1/28/2010
Invoice No:       0020454
TL Work Order #'s:
17331

Ordered By:  Vanessa Claridge

Office: _CI_  Matter # _60971_

Matter Des: McIntosh v. Northern CA Universal

Regarding:          Borton/McIntosh/Northern California Universal

Client Name: McIntosh v. Northern CA Universal

Case Reference:    McIntosh vs. Northern Ca

Atty. Approval:          Date:

F 113

| Start Date | Staff | Description | Quantity | Price | Charges |
|---|---|---|---|---|---|
| 1/26/2010 | JW | Service of Process upon Sarah Burgi located at 5001 California Avenue, Suite 120, Bakersfield, CA 93309 completed as requested on January 28, 2010 at 11:33am. | 1.00 | $45.50 | $45.50 |
| 1/26/2010 | JW | Attempted service upon Sarah Burgi at 3124 Bank Street, Bakersfield, CA 93304. Per female occupant, the Subject was at work and she provided us with the location. | 1.00 | $45.50 | $45.50 |
| 1/26/2010 | JW | Field Locate - Located a viable address for service upon Sarah Burgi of: Cannon, 5001 California Avenue, Suite 120, Bakersfield, CA 93309. | 1.00 | $25.00 | $25.00 |
| 1/26/2010 | JW | Service of Process upon Gregg Black located at 1118 Sungro Way, Bakersfield, CA 93311 completed as requested on January 26, 2010 at 10:47am. | 1.00 | $45.50 | $45.50 |
| 1/26/2010 | JW | Service of Process Gerald Helt located at 2930 Union Avenue, Bakersfield, CA 93305 completed as requested on January 26, 2010 at 10:12am. | 1.00 | $45.50 | $45.50 |
| 1/26/2010 | JW | Service of Process upon Larry Pennell located at 1109 Cypress Avenue, Wasco, CA 93280 completed as requested on January 26, 2010 at 7:17am. | 1.00 | $69.50 | $69.50 |
| 1/26/2010 | JW | Service of Process upon Dennis McNamara located at City of Wasco, 746 8th Street, Wasco, CA 93280 completed as requested on January 26, 2010 at 7:37am. | 1.00 | $69.50 | $69.50 |
| 1/26/2010 | JW | Service of Process - Multiple Part - 2nd Service of | 1.00 | $25.75 | $25.75 |

320620

TEAM LEGAL
Page No.

Process upon Jim Zervis located at City of Wasco,
746 8th Street, Wasco, CA 93280 completed as
requested on January 26, 2010 at 7:44am.

Subtotal

Total New Charges

Page 1 of 2



**ESQUIRE**

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (661) 322-2202
Toll Free (800) 875-5071
Fax (866) 590-9205

www.esquiresolutions.com

## Invoice # PL206581

| Invoice Date | Terms |
|---|---|
| 01/21/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/07/2010 | MCINTOSH, ROGER vs. NORTHERN CALIF | 288397 | 01/20/2010 | UPS |

| Description | Amount |
|---|---|

Services Provided on 01/07/2010, JOE WU

| | |
|---|---|
| COMPLEX ORIGINAL & 1 CERTIFIED TRANSCRIPT/WORD INDEX (153 Pages) | $ 589.05 |
| EXHIBITS | $ 344.50 |
| ORIGINAL HANDLING FEE | $ 20.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| APPEARANCE FEE HOURLY (4.50 Hours) | $ 135.00 |
| LITIGATION SUPPORT DISK | $ 30.00 |
| | $ 1,133.55 |
| DEL-STANDARD | $ 33.00 |
| | $ 33.00 |

Office: _01_  Matter # _60971_

Matter Desc: McIntosh v. Northern Universal Enterprises Co.
California

Client Name: McIntosh & Assoc.

Atty. Approval: _____ Date: _____
F 115

**RECEIVED**
MAR 12 2010
**ACCOUNTING**

Tax Number: 20-4867649

## CONTINUED ON NEXT PAGE ...

### Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Company: Esquire - Bakersfield
Invoice Number: PL206581
Invoice Date: 01/21/2010
Balance: $ 1,166.55
Due Date: 02/20/2010
Late Date: 03/07/2010
Line Amount: $ 1,283.21

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

015 0000206581 01212010 5 000116655 0 02202010 03072010 6 000128321 99

320621



**ESQUIRE**

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Page 2 of 2

Telephone (661) 322-2202
Toll Free (800) 875-5071
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # PL206581

| Invoice Date | Terms |
|---|---|
| 01/21/2010 | NET 30 |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/07/2010 | MCINTOSH, ROGER vs. NORTHERN CALIF | 296397 | 01/20/2010 | UPS |

| Description | Amount |
|---|---|

RECEIVED MAR 2 7 ACCOUNTING

Office: 01   Matter # 60971
Matter Des: McIntosh v. Northern CA
Client Name: McIntosh & Assoc.
Atty. Approval: ___ Date: ___

| Tax | $ 0.00 |
| Amount Due: | $ 1,166.55 |
| Paid: | $ 0.00 |
| Balance Due : | $ 1,166.55 |
| Payment Due: | 02/20/2010 |
| After 03/07/2010 Pay This Amount: | $ 1,283.21 |

Tax Number: 20-5567049

## Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL206581
Invoice Date: 01/21/2010
Balance: $ 1,166.55
Due Date: 02/20/2010
Late Date: 03/07/2010
Late Amount: $ 1,283.21

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized
Credit Card Number
Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

015 0000206581 01212010 5 000116655 0 02202010 03072010 6 000128321 99

BKE

**Account:** BORTON PETRINI & CONRON LLP, BAKERSFIELD CA (1000804816)

**Date Range:** February 01, 2010 - February 28, 2010

**Report Format:** Summary-Account by Client

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| Account: 1000804816 | | | | | | | | | |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| Totals for Client 54493/60971 | | | | | | | | $0.00 | $53.08 |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| ████████████████ | | | | | | | | $0.00 | ████ |
| Totals for Account: 1000804816 | | | | | | | | $0.00 | ████ |
| ████████ | | | | | | | | | |