# BORTON PETRINI, LLP

## EXPENSE REIMBURSEMENT VOUCHER

39292

NAME: Jim Braze OFFICE: ______ DATE SUBMITTED: 3.5.10

POSITION: Partner BILL TO FILE? (Check one) : YES ✓ NO ____

CLIENT/MATTER NO.: 54493160971 CASE NAME: McIntosh

PURPOSE OF BUSINESS: Trial Pre Trial Prep

| CALENDAR | SUN | MON | TUES | WED | THUR | FRI | SAT | CLIENT EXP TOTAL |
|---|---|---|---|---|---|---|---|---|
| Date | 2/28 | 3.1 | 3.2 | 3.3 | 3.4 | 2/26 | | |
| Destination | Fresno | | | | Bak | Fresno | | |
| **TRANSPORTATION** | | | | | | | | |
| Client Miles 496 @ .55 p/m | 115 | 12 | 12 | 12 | 115 | 230 | | [illegible] |
| Employee Miles ____ @.34 or __ p/m | | | | | | | | |
| Parking or Toll Fees | | 12 | 12 | 12 | 12 | | | 48.00 |
| Car Rental | | | | | | | | |
| Airfare | | | | | | | | |
| Taxi/Bus/Transit | | | | | | | | |
| Other | | | | | | | | |
| **LODGING** | | | | | | | | |
| Room Charges | | | | | | | | 676.09 |
| Hotel Tips | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Membership Dues | | | | | | | | |
| Name | | | | | | | | |
| Period | | | | | | | | |
| Telephone | | | | | | | | |
| Photocopies/FAX | | | | | | | | |
| Auto Repairs/Maint. | | | | | | | | |
| Other | | | | | | | | |

### BUSINESS MEALS/ENTERTAINMENT

| Establishment Name Meal Type (*use code) | Date | Persons Entertained Title & Company | Nature & Duration of Business Discussion | |
|---|---|---|---|---|
| Courthouse Cafe L | 3.1 | Roger McIntosh, Jeff Travis, | | 24.75 |
| L | 3.2 | Norm Kapstrom, Jim Braze | | [illegible] |
| L | 3.3 | + Jim Delmarter | | [illegible] |
| L | 3.4 | + Jubin Merati | | [illegible] |
| | | | | |
| | | | | |

*Meal Type Codes: B = Breakfast; L = Lunch; D = Dinner; O = Other (describe)

GRAND TOTAL 1058.54

I certify these expenses were incurred by me in the transaction of authorized company business:

Employee Signature: [signature] Date: 3.5.10 Supervisor Signature [signature]

32035

COURTYARD
Marriott

Courtyard by Marriott
Fresno

140 E Shaw Ave
Fresno Ca 93710
T 559.221.6000

Jim/Mr Braze
5060 California Avenue
Suite 700
Bakersfield CA 93309

Room: 112
Room Type: GENR
Number of Guests: 1
Rate: $149.00 Clerk: PAM

Arrive: 28Feb10 Time: 03:05PM Depart: 04Mar10 Time: 08:50AM Folio Number: 77525

| Date | Description | Charges | Credits |
|---|---|---|---|
| 28Feb10 | Room Charge | 149.00 | |
| 28Feb10 | City Tax | 17.88 | |
| 28Feb10 | Calif/Local Tourism Fee | 0.08 | |
| 01Mar10 | Room Charge | 149.00 | |
| 01Mar10 | City Tax | 17.88 | |
| 01Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 02Mar10 | Room Charge | 149.00 | |
| 02Mar10 | City Tax | 17.88 | |
| 02Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 03Mar10 | Room Charge | 149.00 | |
| 03Mar10 | City Tax | 17.88 | |
| 03Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 04Mar10 | LD 661-831-8355(1) | 3.90 | |
| 04Mar10 | LD 661-331-8309(1) | 4.35 | |
| 04Mar10 | Visa | | 676.09 |
| | *Card #: VIXXXXXXXXXXXX2227/XXXX* | | |
| | *Amount: 676.09 Auth: 209014 Signature on File* | | |
| | *This card was electronically swiped on 28Feb10* | | |
| | **Balance:** | **0.00** | |

**Marriott Rewards Account # XXXXX9706.** Your Marriott Rewards points/miles earned on your room rate will be credited to your account. For account activity: 801-468-4000 or MarriottRewards.com.

**Latest News From Marriott Rewards**

Tell a friend about Marriott Rewards, you'll both get 1,000 points when they stay -- up to five friends, five stays each. That's up to 25,000 points for you. Refer Friends, Get Points! See details at MarriottRewards.com/Friend

Register by March 31 to earn up to 25,000 MegaBonus points! Earn bonus points for stays between February 1 and April 30, 2010 at over 3,100 participating properties around the world. Register now at MarriottRewards.com/MegaBonus or 888-MARRIOTT

Get all your hotel bills by email by updating your Marriott Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

AMANO

N Street Parking Pavilion
956 N STREET
Fresno CA 93721

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | HUGO ID #11 |
| Transaction Number: | 124 |
| Entered: | 03/01/10 07:43 AM |
| Exited: | 03/01/10 05:15 PM |
| Ticket #87838 | Dispenser #2 |
| Rate: | Area 1 |
| **Total Fee:** | $12.00 |
| Cash: | $20.00 |
| Change: | $8.00 |

Thank you for choosing
Thank You For Chosing Pavilion
Have a nice day

AMANO

N Street Parking Pavilion
956 N STREET
Fresno CA 93721

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | HUGO ID #11 |
| Transaction Number: | 128 |
| Entered: | 03/02/10 07:51 AM |
| Exited: | 03/02/10 05:46 PM |
| Ticket #87999 | Dispenser #2 |
| Rate: | Area 1 |
| **Total Fee:** | **$12.00** |
| Cash: | $20.00 |
| Change: | $8.00 |

Thank you for choosing
Thank You For Chosing Pavilion
Have a nice day

AMANO

N Street Parking Pavilion
956 N STREET
Fresno CA 93721

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | HUGO ID #11 |
| Transaction Number: | 97 |
| Entered: | 03/03/10 07:29 AM |
| Exited: | 03/03/10 02:45 PM |
| Ticket #88150 | Dispenser #2 |
| Rate: | Area 1 |
| **Total Fee:** | **$12.00** |
| Cash: | $12.00 |

Thank you for choosing
Thank You For Chosing Pavilion
Have a nice day

AMANO

N Street Parking Pavilion
956 N STREET
Fresno CA 93721

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | HUGO ID #11 |
| Transaction Number: | 118 |
| Entered: | 03/04/10 09:03 AM |
| Exited: | 03/04/10 04:58 PM |
| Ticket #88307 | Dispenser #2 |
| Rate: | Area 1 |
| **Total Fee:** | **$12.00** |
| Cash: | $20.00 |
| Change: | $8.00 |

Thank you for choosing
Thank You For Chosing Pavilion
Have a nice day

# The Café at 2500

**2500 Tulare Street, Suite 2240**

**Fresno, CA 93721**

**559 485 0819**

**March 1, 2010**

**Receipt for lunch at the Cafe.**

**Total amount paid: $24.75**

**George Bagetakos**

**Owner**

# The Café at 2500

2500 Tulare Street, Suite 2240

Fresno, CA 93721

559 485 0819

March 2, 2010

Receipt for lunch at the Cafe.

Total amount paid: $25.20

George Bagetakos

Owner

# The Café at 2500

2500 Tulare Street, Suite 2240

Fresno, CA 93721

559 485 0819

March 2, 2010

Receipt for lunch at the Cafe.

Total amount paid: $5.45

George Bagetakos

Owner

# The Café at 2500

2500 Tulare Street, Suite 2240

Fresno, CA 93721

559 485 0819

March 3, 2010

Receipt for lunch at the Cafe.

Total amount paid: $25.30

George Bagetakos

Owner

# The Café at 2500

2500 Tulare Street, Suite 2240

Fresno, CA 93721

559 485 0819

March 4, 2010

Receipt for lunch at the Cafe.

Total amount paid: $30.55

George Bagetakos

Owner

# BORTON PETRINI, LLP

38027

## EXPENSE REIMBURSEMENT VOUCHER

NAME: Tim Bronze OFFICE: BAK DATE SUBMITTED: 3/16/10

POSITION: Partner BILL TO FILE? (Check one) : YES ✓ NO

CLIENT/MATTER NO.: 54493, 60971 CASE NAME: McIntosh v. NCUE

PURPOSE OF BUSINESS: Trial (WK2) Fresno, CA

| Date | 3/7 | 3/8 | 3/9 | 3/10 | | | |
|---|---|---|---|---|---|---|---|
| Destination | | | | | | | |
| **TRANSPORTATION** | | | | | | | 139.70 |
| Employee Miles @.34 or __ p/m | | | | | | | |
| Parking or Toll Fees | | 12.00 | 12.00 | 12.00 | | F110 | |
| Car Rental | | | | | | | |
| Airfare | | | | | | | |
| Taxi/Bus/Transit | | | | | | | |
| Other | | | | | | | |
| **LODGING** | | | | | | | |
| Room Charges | | | | | | | |
| Hotel Tips | | | | | | | |
| Other | | | | | | | |
| **MISCELLANEOUS** | | | | | | | |
| Membership Dues | | | | | | | |
| Name | | | | | | | |
| Period | | | | | | | |
| Telephone | | | | | | | |
| Photocopies/FAX | | | | | | | |
| Auto Repairs/Maint. | | | | | | | |
| Other | | | | | | | |

RECEIVED MAR 10 2010 ACCOUNTING

**BUSINESS MEALS/ENTERTAINMENT**

| | | | |
|---|---|---|---|
| Court Cafe L | 3/8 | Tim Bronze, Jeff Travis, Tom Kapstrom | |
| ↓ | 3/9 | Roger McIntosh | |
| | 3/10 | | F111 |
| 3/14 D (Pizza) | 3/7 | Jeff Travis & Tom Kapstrom | 76 |
| Elbow Room - D | 3/8 | plus Roger McIntosh | |
| | | | |

***Meal Type Codes: B = Breakfast; L = Lunch; D = Dinner; O = Other (describe)**

**GRAND TOTAL** 676.5[illegible]

I certify these expenses were incurred by me in the transaction of authorized company business:

Employee Signature: [signature] Date: 3/16/10 Supervisor Signature [signature] / OK



COURTYARD
Marriott

Courtyard by Marriott
Fresno

140 E Shaw Ave
Fresno Ca 93710
T 559.221.6000

J. Braze
Room: 112
Room Type: GENR
Number of Guests: 1
Rate: $149.00
Clerk:

Arrive: 07Mar10 Time: [illegible] Depart: 10Mar10 Time: [illegible] Folio Number: [illegible]

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07Mar10 | Room Charge | 149.00 | |
| 07Mar10 | City Tax | 17.88 | |
| 07Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 08Mar10 | Room Charge | 149.00 | |
| 08Mar10 | City Tax | 17.88 | |
| 08Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 09Mar10 | Room Charge | 149.00 | |
| 09Mar10 | City Tax | 17.88 | |
| 09Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 10Mar10 | Master Card<br>*Card #: MCXXXXXXXXXXXX6130/XXXX*<br>*Amount: 500.88 Auth: 571020 Signature on File*<br>*This card was electronically swiped on 07Mar10* | | 500.88 |
| | **Balance:** | **0.00** | |

**Marriott Rewards Account # XXXXX9706.** Your Marriott Rewards points/miles earned on your room rate will be credited to your account. For account activity: 801-468-4000 or MarriottRewards.com.

**Latest News From Marriott Rewards**

Tell a friend about Marriott Rewards, you'll both get 1,000 points when they stay -- up to five friends, five stays each. That's up to 25,000 points for you. Refer Friends, Get Points! See details at MarriottRewards.com/Friend

Register by March 31 to earn up to 25,000 MegaBonus points! Earn bonus points for stays between February 1 and April 30, 2010 at over 3,100 participating properties around the world. Register now at MarriottRewards.com/MegaBonus or 888-MARRIOTT

As requested, a final copy of your bill will be emailed to you at: JBRAZE@BORTONPETRINI.COM. See "Internet Privacy Statement" on Marriott.com.

AMANO

N Street Parking Pavilion
956 N STREET
Fresno CA 93721

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | HUGO ID #11 |
| Transaction Number: | 88 |
| Entered: | 03/09/10 07:41 AM |
| Exited: | 03/09/10 04:51 PM |
| Ticket #88659 | Dispenser #2 |
| Rate: | Area 1 |
| **Total Fee:** | $12.00 |
| Cash: | $12.00 |

Thank you for choosing
Thank You For Chosing Pavilion
Have a nice day

AMANO

N Street Parking Pavilion
956 N STREET
Fresno CA 93721

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | HUGO ID #11 |
| Transaction Number: | 69 |
| Entered: | 03/08/10 07:40 AM |
| Exited: | 03/08/10 04:48 PM |
| Ticket #88562 | Dispenser #2 |
| Rate: | Area 1 |
| **Total Fee:** | **$12.00** |
| Cash: | $20.00 |
| Change: | $8.00 |

Thank you for choosing
Thank You For Chosing Pavilion
Have a nice day

AMANO

N Street Parking Pavilion
956 N STREET
Fresno CA 93721

| | |
|---|---|
| Fee Computer Number: | [illegible] |
| Cashier: | [illegible] |
| Transaction Number: | 10 |
| Entered: | 03/10/10 08:03 AM |
| Exited: | 03/10/10 03:24 PM |
| Ticket #88793 | Dispenser #2 |
| Rate: | Area 1 |
| **Total Fee:** | **$12.00** |
| Cash: | $20.00 |
| Change: | $8.00 |

Thank you for choosing
Thank You For Chosing Pavilion
Have a nice day

# BORTON PETRINI, LLP

39474

## EXPENSE REIMBURSEMENT VOUCHER

NAME: J Travis OFFICE: BField DATE SUBMITTED: 1|

POSITION: Attorney BILL TO FILE? (Check one) : YES ✓ NO

CLIENT/MATTER NO.: 54493 / 60971 CASE NAME: McIntosh v. NRU

PURPOSE OF BUSINESS: Deposition of Joe Wu

| CALENDAR | SUN | MON | TUES | WED | THUR | FRI | SAT | CLIENT EXP. TOTAL |
|---|---|---|---|---|---|---|---|---|
| Date | | | | | 1/7/10 | | | |
| Destination | | | | | Fresno | | | |
| **TRANSPORTATION** | | | | | | | | |
| Client Miles 218 @ 55 p/m | | | | | 218 miles | | | 119.90 |
| Employee Miles 218 @ .34 or 55 p/m | | | | | 218 miles | | | [illegible] |
| Parking or Toll Fees | | | | | | | | |
| Car Rental | | | | | | | | |
| Airfare | | | | | | | | |
| Taxi/Bus/Transit | | | | | | | | |
| Other | | | | | | | | |
| **LODGING** | | | | | | | | |
| Room Charges | | | | | | | | |
| Hotel Tips | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Membership Dues | | | | | | | | |
| Name | | | | | | | | |
| Period | | | | | | | | |
| Telephone | | | | | | | | |
| Photocopies/FAX | | | | | | | | |
| Auto Repairs/Maint. | | | | | | | | |
| Other | | | | | | | | |

### BUSINESS MEALS/ENTERTAINMENT

| Establishment Name Meal Type (*use code) | Date | Persons Entertained Title & Company | Nature & Duration of Business Discussion | |
|---|---|---|---|---|
| (D) Carl's Jr. | 1/7/10 | Self | | [redacted] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

RECEIVED
[illegible]
ACCOUNTING

*Meal Type Codes: B = Breakfast; L = Lunch; D = Dinner; O = Other (describe)

GRAND TOTAL 119.90

I certify these expenses were incurred by me in the transaction of authorized company business:

Employee Signature: ____________ Date: ________ Supervisor Signature [signature]

318804

LEGEND WHITE-ACCOUNTING PINK-EMPLOYEE

UNIGLOBE GOLDEN EMPIRE TRAVEL
1820 CHESTER AVE
BAKERSFIELD CA 93301
661 323-1213

INVOICE #: 090909449
Date: 9/9/2009
Account: BORTON
Page #: 1
PNR Locator: ZQRKG7

60971

Borton Petrini & Conron
Attn: Sandy/Accounts Payable
PO Box 2026
Bakersfield CA 93303

| Traveler | Tkt#/Cf# | Tvl Dt | Itinerary | Pymt Due | By | Invoiced Amt | Booked Amt |
|---|---|---|---|---|---|---|---|
| TRAVIS/JEFFREY | 7567616194 | 09/10/09 | BFL-SFO-RDD-SFO-BFL<br>United Airlines | 09/09/09 | C | 736.20 | |

PO2329

| Airline | Flight | Origin | Destination | Depart | Arrive | Depart |
|---|---|---|---|---|---|---|
| United Airlines | 6295 | Bakersfield CA | San Francisco CA | 0508P | 0622P | 09/10/09 |
| United Airlines | 6825 | San Francisco CA | Redding CA | 0705P | 0807P | 09/10/09 |
| United Airlines | 6822 | Redding CA | San Francisco CA | 1256P | 0208P | 09/11/09 |
| United Airlines | 6173 | San Francisco CA | Bakersfield CA | 0403P | 0528P | 09/11/09 |

| Traveler | Tkt#/Cf# | Tvl Dt | Itinerary | Pymt Due | By | Invoiced Amt | Booked Amt |
|---|---|---|---|---|---|---|---|
| TRAVIS/JEFFREY | | 09/09/09 | TTRANSACTION FEE<br>SERVIC | 09/09/09 | R | 30.00 | |
| TRAVIS/JEFFREY | 16335550 | 09/10/09 | RED LION REDDING<br>Red Lion | 09/09/09 | P | | 119.00 |

| | | |
|---|---|---|
| Total Amount of Invoice | 766.20 | 119.00 |
| Less CC Payments or Payments not yet due | 0.00 | |
| Less Cash Payments Received | 0.00 | |
| Net Amount Due | 766.20 | |

314613

# BORTON PETRINI, LLP

39369

## EXPENSE REIMBURSEMENT VOUCHER

**NAME:** Jeff Travis **OFFICE:** BField **DATE SUBMITTED:** 9/18/09

**POSITION:** Attorney **BILL TO FILE? (Check one) : YES** ✓ **NO**

**CLIENT/MATTER NO.:** 54493 / 60971 **CASE NAME:** McIntosh v. NCOE

**PURPOSE OF BUSINESS:** Deposition of Josh Woodard

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | | | | | 9/10/09 | 9/11/09 | | |
| Destination | | | | | Redding | BField | | |
| **TRANSPORTATION** | | | | | | | | |
| Client Miles @ p/m | | | | | | | | |
| Employee Miles @.34 or p/m | | | | | | | | |
| Parking or Toll Fees | | | | | | | | |
| Car Rental | | | | | | | | |
| Airfare | – Unisloke sep. billing | | | | | | | |
| Taxi/Bus/Transit | | | | | | 15.00 ✓ | | 15.00 |
| Other | | | | | | | | |
| **LODGING** | | | | | | | | |
| Room Charges | | | | | 146.78 ✓ | F110 | | 146.78 |
| Hotel Tips | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Membership Dues | | | | | | | | |
| Name | | | | | | | | |
| Period | | | | | | | | |
| Telephone | | | | | | | | |
| Photocopies/FAX | | | | | | | | |
| Auto Repairs/Maint. | | | | | | | | |
| Other | | | | | | | | |

**BUSINESS MEALS/ENTERTAINMENT**

| | | | | |
|---|---|---|---|---|
| Red Lion Redding (D) | 9/10/09 | Self | Dinner ✓ F111 | 16.47 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

RECEIVED SEP 18 2009

***Meal Type Codes: B = Breakfast; L = Lunch; D = Dinner; O = Other (describe)**

**GRAND TOTAL** 178.25

I certify these expenses were incurred by me in the transaction of authorized company business:

Employee Signature: [signature] Date: 9/18/09 Supervisor Signature [signature]

M96CS000481 1/08 LEGEND WHITE-ACCOUNTING PINK-EMPLOYEE

314365

**ABC CAB L.L.C.**
2404 Waldon Ave.
Redding, CA 96001
(530) 246-0577
Passenger Cab Fare Receipt

Charge to: RFCKing
From: Red Lion
To: 1522 Oregon
Date: 9-11-9
Amount: $ 1500

Drivers Name: RA Wright
Drivers #

Emporio Rulli
Gran Caffe SFO
Domestic Term 3 Gate 77
San Francisco, CA 94128
650-821-8341

Server: Maan DOB: 09/11/2009
02:48 PM 09/11/2009
T18/1 4/40121

MC 4194433
Card #XXXXXXXXXXXX0005
Magnetic card present: TRAVIS JEFFREY A
Approval: 011570

Amount: 14.97

Tip: 1.50

= Total: 16.47

X

**Customer Copy**



Wells Fargo Business Online®

## Account Activity

**Business and Personal Accounts**

MASTERCARD XXXX-XXXX-XXXX-0005

| | |
|---|---|
| **Scheduled minimum payment amount DUE ON 10/05/09** | |
| Credit Line | |
| Available Credit | |
| Outstanding balance as of 09/17/09 | |
| Last billing statement balance amount as of 09/08/09 | |
| View Online Statements | |

### Transactions - Since Last Statement

Show Since Last Statement View

| Posting Date | Description | Amount | Running Balance |
|---|---|---|---|
| 09/18/2009 | ENDING BALANCE | ------ | |
| 09/16/2009 | AN ADJUSTMENT TO YOUR ACCOUNT <REFERENCE F18210083000AD259> | +$150.00 | |
| 09/14/2009 | CARL'S JR #808 Q43 CASTAIC CA <REFERENCE 5542950825SEOSPG0> | $5.58 | |
| 09/14/2009 | AMPCO PARKING S HOPQPS LOS ANGELES CA <REFERENCE 2541117827GD8F4ZA> | $24.00 | |
| 09/14/2009 | 344 GREEN ACRES MA BAKERSFIELD CA <REFERENCE 255360682158A8HLN> | $37.63 | |
| 09/11/2009 | EMPORIO RULLI SFIA DOM SAN FRANCISCOCA <REFERENCE 25247807Z04SZ8HBH> | $16.47 | |
| 09/11/2009 | RED LION HOTEL REDDING REDDING CA <REFERENCE 55547517ZEWKYVT0G> | $146.78 | |
| 09/08/2009 | PREVIOUS BALANCE | ------ | |

View more account history through Online Statements .

For more information regarding your business credit account call 1-800-225-5935.

Equal Housing Lender

© 1995 – 2009 Wells Fargo. All rights reserved.

# BORTON PETRINI, LLP

39381

## EXPENSE REIMBURSEMENT VOUCHER

NAME: J Travis OFFICE: BField DATE SUBMITTED: 3/15/10

POSITION: Attorney BILL TO FILE? (Check one) : YES ✓ NO

CLIENT/MATTER NO.: 54493 / 60971 CASE NAME: McIntosh v. NCUE

PURPOSE OF BUSINESS: Trial

| CALENDAR | SUN | MON | TUES | WED | THUR | FRI | SAT | CLIENT EXP TOTAL |
|---|---|---|---|---|---|---|---|---|
| Date | 3/7/10 | → | → | 3/10/10 | | | | |
| Destination | Fresno | → | → | | | | | |
| **TRANSPORTATION** | | | | | | | | |
| Client Miles ____ @ ____ p/m | | | | | | | | |
| Employee Miles ____ @.34 or __ p/m | | | | | | | | |
| Parking or Toll Fees | | | | | | | | |
| Car Rental | | | | | | | | |
| Airfare | | | | | | | | |
| Taxi/Bus/Transit | | | | | | | | |
| Other | | | | | | | | |
| **LODGING** | | | | | | | | |
| Room Charges | | | | | | $110 | | 553.53 |
| Hotel Tips | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Membership Dues | | | | | | | | |
| Name | | | | | | | | |
| Period | | | | | | | | |
| Telephone | | | | | | | | |
| Photocopies/FAX | | | | | | | | |
| Auto Repairs/Maint. | | | | | | | | |
| Other | | | | | | | | |

RECEIVED MAR 15 2010 ACCOUNTING

### BUSINESS MEALS/ENTERTAINMENT

| Establishment Name Meal Type (use code) | Date | Persons Entertained Title & Company | Nature & Duration of Business Discussion | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Meal Type Codes: B = Breakfast; L = Lunch; D = Dinner; O = Other (describe)

GRAND TOTAL 553.53

I certify these expenses were incurred by me in the transaction of authorized company business:

Employee Signature: [signature] Date: ________ Supervisor Signature [signature]

320679

M06CS000181 1/08 LEGEND WHITE-ACCOUNTING PINK-EMPLOYEE

COURTYARD
Marriott

Courtyard by Marriott
Fresno

140 E Shaw Ave
Fresno Ca 93710
T 559.221.6000

Jeffery Travis
140 E Shaw
Fresno NE 11111
Borton Petrini

Room: 212
Room Type: GENR
Number of Guests: 1
Rate: $149.00 Clerk: JAM

Arrive: 07Mar10 Time: 05:09PM Depart: 10Mar10 Time: 07:49AM Folio Number: 79777

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07Mar10 | Room Charge | 149.00 | |
| 07Mar10 | City Tax | 17.88 | |
| 07Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 08Mar10 | Room Charge | 149.00 | |
| 08Mar10 | City Tax | 17.88 | |
| 08Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 09Mar10 | Room Charge | 149.00 | |
| 09Mar10 | City Tax | 17.88 | |
| 09Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 10Mar10 | Restaurant Room Charge | 52.65 | |
| 10Mar10 | Visa<br>*Card #: VIXXXXXXXXXXXX1038/XXXX*<br>*Amount: 553.53 Auth: 007546 Signature on File*<br>*This card was electronically swiped on 07Mar10* | | 553.53 |
| | **Balance:** | **0.00** | |

As a Marriott Rewards member, you could have earned points towards your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk, MarriottRewards.com, or 801-468-4000.

Want your final hotel bill by email? Just ask the Front Desk! See "Internet Privacy Statement" on Marriott.com.

# BORTON PETRINI, LLP

39380

## EXPENSE REIMBURSEMENT VOUCHER

AME: J Trans OFFICE: B Field DATE SUBMITTED: 3/15/10

OSITION: Attorney BILL TO FILE? (Check one) : YES ✓ NO

LIENT/MATTER NO.: 54493 / 60971 CASE NAME: McIntosh v. NCUF

URPOSE OF BUSINESS: Trial

| ALENDAR | SUN | MON | TUES | WED | THUR | FRI | SAT | CLIENT EXP TOTAL |
|---|---|---|---|---|---|---|---|---|
| Date | 2/28/10 | 3/1/10 | | | 3/4/10 | | | |
| Destination | Fresno | → | → | → | | | | |
| **RANSPORTATION** | | | | | | | | |
| Client Miles ____@____p/m | | | | | | | | |
| Employee Miles ____@.34 or__p/m | | | | | | | | |
| Parking or Toll Fees | | | | | | | | |
| Car Rental | | | | | | | | |
| Airfare | | | | | | | | |
| Taxi/Bus/Transit | | | | | | | | |
| Other | | | | | | F 110 | | |
| **ODGING** | | | | | | | | |
| Room Charges | | | | | | | | 649.39 |
| Hotel Tips | | | | | | | | |
| Other | | | | | | | | |
| **IISCELLANEOUS** | | | | | | | | |
| Membership Dues | | | | | | | | |
| Name | | | | | | | | |
| Period | | | | | | | | |
| Telephone | | | | | | | | |
| Photocopies/FAX | | | | | | | | |
| Auto Repairs/Maint. | | | | | | | | |
| Other | | | | | | | | |

RECEIVED [date illegible] ACCOUNTING

**BUSINESS MEALS/ENTERTAINMENT**

| Establishment Name Meal Type (use code) | Date | Persons Entertained Title & Company | Nature & Duration of Business Discussion | |
|---|---|---|---|---|
| Haf Brau (Silver Dollar) | 3/1/10 | Self / Kapistrans | Trial - Meal in Fresno | 17.33 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Meal Type Codes: B = Breakfast; L = Lunch; D = Dinner; O = Other (describe)**

**GRAND TOTAL** 666.72

certify these expenses were incurred by me in the transaction of authorized company business:

mployee Signature: [signature] Date: ________ Supervisor Signature [signature]

320680

LEGEND WHITE ACCOUNTING PINK EMPLOYEE



COURTYARD Marriott

Courtyard by Marriott
Fresno

140 E Shaw Ave
Fresno Ca 93710
T 559.221.6000

Jeffery Travis
Ne 11111
Leisure

Room: 305
Room Type: GENR
Number of Guests: 1
Rate: $142.00 Clerk: PAM

Arrive: 28Feb10 Time: 03:04PM Depart: 04Mar10 Time: 08:51AM Folio Number: 78076

| Date | Description | Charges | Credits |
|---|---|---|---|
| 28Feb10 | Room Charge | 142.00 | |
| 28Feb10 | City Tax | 17.04 | |
| 28Feb10 | Calif/Local Tourism Fee | 0.08 | |
| 01Mar10 | Restaurant Room Charge | 12.91 | |
| 01Mar10 | Room Charge | 142.00 | |
| 01Mar10 | City Tax | 17.04 | |
| 01Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 02Mar10 | Room Charge | 142.00 | |
| 02Mar10 | City Tax | 17.04 | |
| 02Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 03Mar10 | Room Charge | 142.00 | |
| 03Mar10 | City Tax | 17.04 | |
| 03Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 04Mar10 | Visa | | 649.39 |

*Card #: VIXXXXXXXXXXXX1038/XXXX*
*Amount: 649.39 Auth: 028630 Signature on File*
*This card was electronically swiped on 28Feb10*

**Balance: 0.00**

As a Marriott Rewards member, you could have earned points towards your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk, MarriottRewards.com, or 801-468-4000.

As requested, a final copy of your bill will be emailed to you at: JTRAVIS@BORTONPETRINI.COM. See "Internet Privacy Statement" on Marriott.com.

# BORTON PETRINI, LLP

39887

## EXPENSE REIMBURSEMENT VOUCHER

NAME: Tom Karstrom OFFICE: Bakersfield DATE SUBMITTED:

POSITION: Law clerk BILL TO FILE? (Check one) : YES X NO

CLIENT/MATTER NO.: / 60971 CASE NAME: McIntosh

PURPOSE OF BUSINESS: Attend trial to Assist Mr. Braze + Mr. Travis

| CALENDAR | SUN | MON | TUES | WED | THUR | FRI | SAT | CLIENT EXP TOTAL |
|---|---|---|---|---|---|---|---|---|
| Date | 2-28-10 | 3-1-10 | 3-2-10 | 3-3-10 | 3-4-10 | 3-5-10 | | |
| Destination | Fresno | court | | | | | | |
| **TRANSPORTATION** | | | | | | | | |
| Client Miles 243.5 @ .55 p/m | | | | | | | | 133.93 |
| Employee Miles 243.5 @ .34 .45 or p/m | 115 miles | 12 miles | | | 116.5 miles | | | |
| Parking or Toll Fees | | $12.00 | | | $12.00 | | | 24.00 |
| Car Rental | | | | | | F 110 | | |
| Airfare | | | | | | | | |
| Taxi/Bus/Transit | | | | | | | | |
| Other | | | | | | | | |
| **LODGING** | | | | | | | | |
| Room Charges | | | | | | | | |
| Hotel Tips | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Membership Dues | | | | | | | | |
| Name | | | | | | | | |
| Period | | | | | | | | |
| Telephone | | | | | | | | |
| Photocopies/FAX | | | | | | | | |
| Auto Repairs/Maint. | | | | | | | | |
| Other | | | | | | | | |

RECEIVED MAR 11 2010 ACCOUNTING

### BUSINESS MEALS/ENTERTAINMENT

| Establishment Name Meal Type (*use code) | Date | Persons Entertained Title & Company | Nature & Duration of Business Discussion | |
|---|---|---|---|---|
| B | 3/1/10 | Trial | F 111 | 7.16 |
| B | 3/2/10 | Trial | | 13.91 |
| B | 3/3/10 | Trial | | 13.91 |
| B | 3/4/10 | Trial | | 13.91 |
| | | | | |
| | | | | |

*Meal Type Codes: B = Breakfast; L = Lunch; D = Dinner; O = Other (describe)

GRANDTOTAL ~~[illegible]~~ 206.82

I certify these expenses were incurred by me in the transaction of authorized company business:

Employee Signature: [signature] Date: 3/11/10 Supervisor Signature [signature]

320707

LEGEND WHITE-ACCOUNTING PINK-EMPLOYEE

AMANO

N Street Parking Pavilion
956 N STREET
Fresno CA 93721

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | HUGO ID #11 |
| Transaction Number: | 129 |
| Entered: | 03/01/10 07:29 AM |
| Exited: | 03/01/10 05:30 PM |
| Ticket #87831 | Dispenser #2 |
| Rate: | Area 1 |
| **Total Fee:** | **$12.00** |
| Cash: | $20.00 |
| Change: | $8.00 |

Thank you for choosing
Thank You For Chosing Pavilion
Have a nice day

AMANO

N Street Parking Pavilion
956 N STREET
Fresno CA 93721

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | HUGO ID #11 |
| Transaction Number: | 119 |
| Entered: | 03/04/10 09:03 AM |
| Exited: | 03/04/10 04:59 PM |
| Ticket #88308 | Dispenser #2 |
| Rate: | Area 1 |
| **Total Fee:** | **$12.00** |
| Cash: | $15.00 |
| Change: | $3.00 |

Thank you for choosing
Thank You For Chosing Pavilion
Have a nice day

Mcdonald'S Corporation
WWW.MCCALIFORNIA.COM/7579
Store Manager Alicia V.
Try our new Mac Snack Wraps

368 E SHAW AVE
FRESNO, CA 93710-7610

THANK YOU

FRESNO&SHAW TEL# (559)224-1169
22 KS#03 S#2 Mar.01'10(Mon)05:35
STORE# 6222

| | |
|---|---|
| 1 BIG BREAKFAST W/HTCK | 4.19 |
| 2 MILK | 2.38 |
| SUB TOTAL | 6.57 |
| TAKE OUT TAX | 0.59 |
| | 7.16 |
| CASH TENDERED | 23.00 |
| CHANGE | 15.84 |

Courtyard by Marriott
Fresno
140 East Shaw Avenue
Fresno, CA 93710
1-559-221-6000
Restaurant

5 Jena S

Tbl 2/1 Chk 3699 Gst 0
Mar02'10 06:17AM

**Restaurant**

| | |
|---|---|
| 1 CMADULTBUFFET | 10.95 |
| Subtotal | 10.95 |
| Sales Tax | 0.96 |
| 06:31AM Total | **11.91** |

Gratuity: 2.00

Total: $13.91

Room #__________

Print Name__________

Signature__________

Thank you for joining us at
Courtyard by Marriott!

Courtyard by Marriott
Fresno
140 East Shaw Avenue
Fresno, CA 93710
1-559-221-6000
Restaurant

7 ALYCE

Tbl 7/1 Chk 3725 Gst 0
Mar03'10 06:12AM

Restaurant

1 CMADULTBUFFET 10.95

Subtotal 10.95
Sales Tax 0.96
06:12AM Total 11.91

Gratuity: $2.00

Total: $13.91

Room #

Print Name

Signature

Thank you for joining us at
Courtyard by Marriott!

Courtyard by Marriott
Fresno
140 East Shaw Avenue
Fresno, CA 93710
1-559-221-6000
Restaurant

5 Jena S

Tbl 2/1 Chk 3761 Gst 0
Mar04'10 07:15AM

Restaurant

1 CMADULTBUFFET 10.95

Subtotal 10.95
Sales Tax 0.96
07:31AM Total 11.91

Gratuity: $2.00

Total: $13.91

Room #

Print Name

Signature

Thank you for joining us at
Courtyard by Marriott!

# BORTON PETRINI, LLP

39888

## EXPENSE REIMBURSEMENT VOUCHER

NAME: Tom Karstrom OFFICE: Bakersfield DATE SUBMITTED:

POSITION: Law Clerk BILL TO FILE? (Check one) : YES X NO

CLIENT/MATTER NO.: /60971 CASE NAME: McIntosh

PURPOSE OF BUSINESS: Attend trial to assist Mr. Braze + Mr. Travis

| CALENDAR | SUN | MON | TUES | WED | THUR | FRI | SAT | CLIENT EXP TOTAL |
|---|---|---|---|---|---|---|---|---|
| Date | 3-7-10 | | 3/9/10 | 3-10-10 | | | | |
| Destination | | | | | | | | |
| **TRANSPORTATION** | | | | | | | | |
| Client Miles 245 @ .55 p/m | | | | | | | | 134.75 |
| Employee Miles 245 @ ~~.34~~ or .45 p/m | 116.5 miles | | 12 miles | 116.5 miles | | F110 | | |
| Parking or Toll Fees | | | $19.00 | $12.00 | | | | 31.00 |
| Car Rental | | | | | | | | |
| Airfare | | | | | | | | |
| Taxi/Bus/Transit | | | | | | | | |
| Other | | | | | | | | |
| **LODGING** | | | | | | | | |
| Room Charges | | | | | | | | |
| Hotel Tips | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Membership Dues | | | | | | | | |
| Name | | | | | | | | |
| Period | | | | | | | | |
| Telephone | | | | | | | | |
| Photocopies/FAX | | | | | | | | |
| Auto Repairs/Maint. | | | | | | | | |
| Other | | | | | | | | |

RECEIVED ... 2010 ACCOUNTING

### BUSINESS MEALS/ENTERTAINMENT

| Establishment Name Meal Type (*use code) | Date | Persons Entertained Title & Company | Nature & Duration of Business Discussion | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

***Meal Type Codes: B = Breakfast; L = Lunch; D = Dinner; O = Other (describe)**

**GRAND TOTAL** 165.75

I certify these expenses were incurred by me in the transaction of authorized company business:

Employee Signature: [signature] Date: 3/11/10 Supervisor Signature

VERIFIED [initials]

320708

LEGEND WHITE ACCOUNTING PINK EMPLOYEE

AMANO

N Street Parking Pavilion
956 N STREET
Fresno CA 93721

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | HUGO ID #11 |
| Transaction Number: | 49 |
| Entered: | 03/09/10 07:41 AM |
| Exited: | 03/09/10 01:37 PM |
| Ticket #88660 | Dispenser #2 |
| Rate: | Area 1 |
| **Total Fee:** | **$12.00** |
| Cash: | $20.00 |
| Change: | $8.00 |

Thank you for choosing
Thank You For Chosing Pavilion
Have a nice day

AMANO

N Street Parking Pavilion
956 N STREET
Fresno CA 93721

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | FLORENTINO ID #962 |
| Transaction Number: | 12 |
| Entered: | 03/10/10 08:02 AM |
| Exited: | 03/10/10 03:25 PM |
| Ticket #88791 | Dispenser #2 |
| Rate: | Area 1 |
| **Total Fee:** | **$12.00** |
| Cash: | $20.00 |
| Change: | $8.00 |

Thank you for choosing
Thank You For Chosing Pavilion
Have a nice day

AMANO

N Street Parking Pavilion
956 N STREET
Fresno CA 93721

| | |
|---|---|
| Fee Computer Number: | 1 |
| Cashier: | HUGO ID #11 |
| Transaction Number: | 89 |
| Entered: | 03/09/10 01:44 PM |
| Exited: | 03/09/10 04:52 PM |
| Ticket #88760 | Dispenser #2 |
| Rate: | Area 1 |
| **Total Fee:** | **$7.00** |
| Cash: | $7.00 |

Thank you for choosing
Thank You For Chosing Pavilion
Have a nice day



Courtyard by Marriott
Fresno

140 E Shaw Ave
Fresno Ca 93710
T 559.221.6000

Tom Kapstrom
5060 California Avenue
Suite 700
Bakersfield CA 93309

Room: 227
Room Type: GENR
Number of Guests: 1
Rate: $142.00 Clerk: MLS

| Date | Description | Charges | Credits |
|---|---|---|---|
| 28Feb10 | Room Charge | 142.00 | |
| 28Feb10 | City Tax | 17.04 | |
| 28Feb10 | Calif/Local Tourism Fee | 0.08 | |
| 01Mar10 | Room Charge | 142.00 | |
| 01Mar10 | City Tax | 17.04 | |
| 01Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 02Mar10 | Room Charge | 142.00 | |
| 02Mar10 | City Tax | 17.04 | |
| 02Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 03Mar10 | Room Charge | 142.00 | |
| 03Mar10 | City Tax | 17.04 | |
| 03Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 04Mar10 | American Express<br>*Card #: AXXXXXXXXXXXX2013/XXXX*<br>*Amount: 636.48 Auth: 186377 Signature on File* | | 636.48 |
| | **Balance:** | **0.00** | |

**Marriott Rewards Account # XXXXX9706.** Your Marriott Rewards points/miles earned on your room rate will be credited to your account. For account activity: 801-468-4000 or MarriottRewards.com.

Get all your hotel bills by email by updating your Marriott Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

009711

COURTYARD Marriott

Courtyard by Marriott
Fresno

140 E Shaw Ave
Fresno Ca 93710
T 559.221.6000

Tom Kapstrom
5060 California Avenue
Suite 700
Bakersfield CA 93309

Room: 120
Room Type: GENR
Number of Guests: 1
Rate: $149.00 Clerk: PAM

Arrive: 07Mar10 Time: 03:04PM Depart: 10Mar10 Time: 06:54AM Folio Number: 79743

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07Mar10 | Room Charge | 149.00 | |
| 07Mar10 | City Tax | 17.88 | |
| 07Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 08Mar10 | Room Charge | 149.00 | |
| 08Mar10 | City Tax | 17.88 | |
| 08Mar10 | Calif/Local Tourism Fee | 0.08 | |
| 09Mar10 | Room Charge | 149.00 | |
| 09Mar10 | City Tax | 17.88 | |
| 09Mar10 | Calif/Local Tourism Fee | 0.08 | |
| | Balance: | 500.88 | |

AMEX Back UP

**Marriott Rewards Account # XXXXX9706.** Your Marriott Rewards points/miles earned on your room rate will be credited to your account. For account activity: 801-468-4000 or MarriottRewards.com.

As requested, a final copy of your bill will be emailed to you at: TKAPSTROM@BORTONPETRINI.COM. See "Internet Privacy Statement" on Marriott.com.

# Project Status Detail Rpt.

Thursday, March 25, 2010

**McIntosh & Associates** Transactions for 1/1/06 through 3/25/10 11:16:49 AM

*Show Unposted*

| Description | Labor Category | Total Hours | T&M |
|---|---|---|---|

**Project Number: 092-022-017 Valley Rose Legal & research**

| | | | | |
|---|---|---|---|---|
| Principal: | Roger McIntosh | Percent Compl: | | Compensation: |
| Project Manager: | | Labor Pct Compl: | | Consultant Fee: |
| Client: | Michael S. Brown | Expense Pct Compl: | | Reimburs Allow: |
| Organization: | BU:01 | Start Date: | 1/9/96 | |
| Status: | Active | Est Compl Date: | | |
| Type: | Regular | | | |
| Billing Type: | | | | |
| Memo: | | | | |

**Project Long Name: BROWN: Corporate - Valley Rose Legal & research**

**Phase Number: 000 Archived Phase**

| | | | | | |
|---|---|---|---|---|---|
| Principal: | Roger McIntosh | Percent Compl: | | Compensation: | |
| Project Manager: | | Labor Pct Compl: | | Consultant Fee: | |
| Client: | Michael S. Brown | Expense Pct Compl: | | Reimburs Allow: | |
| Organization: | BU:01 | Start Date: | 1/9/96 | Budgeted OH Rate: | |
| Status: | Inactive | Est Compl Date: | | Multiplier/Amount: | |
| Billing Type: | | Unit Table: | 1 | Revenue Method: | B |
| Memo: | | | | | |

**Phase Number: 001 Legal Research**

| | | | | | |
|---|---|---|---|---|---|
| Principal: | Roger McIntosh | Percent Compl: | | Compensation: | |
| Project Manager: | | Labor Pct Compl: | | Consultant Fee: | |
| Client: | Michael S. Brown | Expense Pct Compl: | | Reimburs Allow: | |
| Organization: | BU:01 | Start Date: | 1/9/96 | Budgeted OH Rate: | |
| Status: | Active | Est Compl Date: | | Multiplier/Amount: | |
| Billing Type: | | Unit Table: | 1 | Revenue Method: | B |
| Memo: | | | | | |

**Labor**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 074 | B | 048 | Burdette, Kathy | 1/4/10 | SECRETARY | .30 | 16.80 |
| PICK UP FROM BORTON PETRINI., VALLE ROSE APPRASIAL | | | | | | | |
| 074 | B | 048 | Burdette, Kathy | 2/12/10 | SECRETARY | .30 | 16.80 |
| DEL. TO BORTON PETRINI., VALLEY ROSE PAVING DESIGN PHASE 1 | | | | | | | |
| 074 | B | 048 | Burdette, Kathy | 2/17/10 | SECRETARY | .60 | 33.60 |
| PICK-UP FROM BORTON PETRINI AND DEL TO JIM DELMARTER., WONG DEPOSITION | | | | | | | |
| 074 | B | 048 | Burdette, Kathy | 2/25/10 | SECRETARY | .30 | 16.80 |
| DEL. TO JIM DELMARTER., TR 5472 GRADING PLAN | | | | | | | |
| 074 | B | 048 | Burdette, Kathy | 2/26/10 | SECRETARY | .30 | 16.80 |
| DEL. TO JIM DELMARTER., TR 5472 GRADING PLAN AND AERIAL | | | | | | | |
| 315 | B | 048 | Burdette, Kathy | 3/5/10 | SECRETARY | 1.20 | 67.20 |
| VALLEY ROSE LEGAL RESEARCH AND COPIES | | | | | | | |
| 006 | B | 058 | Clasen, Colleen | 3/3/10 | ADMINISTRATIVE ASSISTANT | .50 | 32.50 |
| Asst. RAM in Fresno w/finding printing co w/ability to reproduce, mount & deliver ASAP. Follow through. | | | | | | | |
| 111 | B | 200 | Johnson, Ronald | 2/2/10 | SENIOR PROJECT MGR | .50 | 95.00 |
| overlay exhibits | | | | | | | |
| 111 | B | 200 | Johnson, Ronald | 2/8/10 | SENIOR PROJECT MGR | 4.50 | 855.00 |
| exhibits | | | | | | | |
| 111 | B | 200 | Johnson, Ronald | 2/18/10 | SENIOR PROJECT MGR | 1.50 | 285.00 |
| overly exhibits068-003-017 | | | | | | | |
| 111 | B | 200 | Johnson, Ronald | 2/22/10 | SENIOR PROJECT MGR | 3.00 | 570.00 |
| exhibits for trial | | | | | | | |
| 111 | B | 200 | Johnson, Ronald | 2/25/10 | SENIOR PROJECT MGR | 1.00 | 190.00 |
| exhibits for trial | | | | | | | |
| 111 | B | 200 | Johnson, Ronald | 2/26/10 | SENIOR PROJECT MGR | 1.00 | 190.00 |
| exhibits for trial | | | | | | | |
| 091 | B | 269 | Luttrell, Donna | 2/19/10 | AERIAL DRAFTER | 1.00 | 95.00 |
| VALLEY ROSE LEGAL-Michael S. Brown-Working with Scott Mayo on Display Boards. | | | | | | | |

***Show Unposted***

| Description | | | | Date | Labor Category | Total Hours | T&M |
|---|---|---|---|---|---|---|---|
| **Project Number: 092-022-017 Valley Rose Legal & research (continued)** | | | | | | | |
| **Phase Number: 001 Legal Research (continued)** | | | | | | | |
| 091 | *B* | 269 | Luttrell, Donna | 2/25/10 | AERIAL DRAFTER | 4.00 | 380.00 |
| VALLEY ROSE LEGAL-Michael S. Brown-Per Ron Johnson-Preparing Display Boards for Court. | | | | | | | |
| 091 | *B* | 269 | Luttrell, Donna | 2/26/10 | AERIAL DRAFTER | 3.00 | 285.00 |
| VALLEY ROSE LEGAL-Michael S. Brown-Per Ron Johnson-Preparing Display Boards for Court. | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/4/10 | OFFICE ENGINEER | 7.50 | 982.50 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/5/10 | OFFICE ENGINEER | 5.00 | 655.00 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/8/10 | OFFICE ENGINEER | 8.70 | 1,139.70 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/9/10 | OFFICE ENGINEER | .50 | 65.50 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/11/10 | OFFICE ENGINEER | .40 | 52.40 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/12/10 | OFFICE ENGINEER | 2.00 | 262.00 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/16/10 | OFFICE ENGINEER | 1.00 | 131.00 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/18/10 | OFFICE ENGINEER | 5.50 | 720.50 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/19/10 | OFFICE ENGINEER | .50 | 65.50 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/26/10 | OFFICE ENGINEER | .50 | 65.50 |
| plotting exhibits | | | | | | | |
| 318 | *B* | 329 | Mitchell, Patricia | 3/4/10 | PLANNER | .80 | 92.00 |
| Research for RAM | | | | | | | |
| 318 | *B* | 329 | Mitchell, Patricia | 3/5/10 | PLANNER | 2.00 | 230.00 |
| Research for RAM | | | | | | | |
| 318 | *B* | 329 | Mitchell, Patricia | 3/10/10 | PLANNER | 3.00 | 345.00 |
| Research and summary for RAM all Section 4 owners | | | | | | | |
| 318 | *B* | 329 | Mitchell, Patricia | 3/11/10 | PLANNER | 1.00 | 115.00 |
| Hardcopies for RAM back-up/scan and save to file/email to RAM | | | | | | | |
| 111 | *B* | 372 | Niz, Yelena | 2/3/10 | DRAFTSPERSON | 1.50 | 123.00 |
| Adobe Photoshop Exhibit | | | | | | | |
| 111 | *B* | 372 | Niz, Yelena | 2/4/10 | DRAFTSPERSON | 7.75 | 635.50 |
| Adobe Photoshop Exhibit | | | | | | | |
| 111 | *B* | 372 | Niz, Yelena | 2/5/10 | DRAFTSPERSON | 5.00 | 410.00 |
| Adobe Photoshop Exhibit | | | | | | | |
| 111 | *B* | 372 | Niz, Yelena | 2/8/10 | DRAFTSPERSON | 6.50 | 533.00 |
| Adobe Photoshop - Exhibits | | | | | | | |
| 111 | *B* | 372 | Niz, Yelena | 2/16/10 | DRAFTSPERSON | 1.50 | 123.00 |
| Adobe Photoshop | | | | | | | |
| 111 | *B* | 483 | Uy, Sanny | 3/1/10 | OFFICE ENGINEER | .50 | 65.50 |
| Prepare exhibit drawings for legal research. | | | | | | | |
| 111 | *B* | 483 | Uy, Sanny | 3/2/10 | OFFICE ENGINEER | 3.00 | 393.00 |
| Continued preparing exhibit dwg. for legal research. | | | | | | | |
| 074 | *F* | 048 | Burdette, Kathy | 4/7/09 | SECRETARY | .30 | 16.80 |
| PICK UP FROM BORTON PETRINI VALLEY ROSE CD | | | | | | | |
| 074 | *F* | 048 | Burdette, Kathy | 8/12/09 | SECRETARY | .30 | 16.80 |
| PICK UP FROM BORTON PETRINI VALLEY ROSE LEGAL DOCUMENTS | | | | | | | |
| 000 | *N* | 440 | Riley, Yvonne | 11/3/06 | ADMINISTRATIVE ASSISTANT | .10 | |
| 5 | | | | | | | |
| 074 | *X* | 048 | Burdette, Kathy | 4/17/08 | SECRETARY | 1.00 | 56.00 |
| PICK UP FROM CITY OF WASCO CD WITH TR 6451 AND TR 5472 INFORMATION | | | | | | | |
| 074 | *X* | 048 | Burdette, Kathy | 12/10/08 | SECRETARY | .20 | 11.20 |
| DEL. TO BORTON PETRINI VALLEY ROSE TENTATIVE TR MAPS 5472 AND 6451 | | | | | | | |
| 315 | *X* | 048 | Burdette, Kathy | 12/15/08 | SECRETARY | 2.00 | 112.00 |
| MAKING COPIES OF JOB FILES | | | | | | | |
| 315 | *X* | 048 | Burdette, Kathy | 12/16/08 | SECRETARY | 2.00 | 112.00 |
| MAKING COPIES OF VALLEY ROSE FILES | | | | | | | |

*Show Unposted*

| Description | | | | | Labor Category | Total Hours | T&M |
|---|---|---|---|---|---|---|---|
| **Project Number: 092-022-017 Valley Rose Legal & research (continued)** | | | | | | | |
| **Phase Number: 001 Legal Research (continued)** | | | | | | | |
| 074 | X | 048 | Burdette, Kathy | 12/16/08 | SECRETARY | .30 | 16 80 |
| DEL. TO DELMARTER & DEIFEL VALLEY ROSE APPROVED PLANS | | | | | | | |
| 315 | X | 048 | Burdette, Kathy | 12/17/08 | SECRETARY | 1.50 | 84.00 |
| MAKING COPIES OF VALLEY ROSE JOB FILES | | | | | | | |
| 315 | X | 048 | Burdette, Kathy | 12/22/08 | SECRETARY | 3.20 | 179.20 |
| MAKING COPIES OF VALLEY ROSE FILES | | | | | | | |
| 074 | X | 048 | Burdette, Kathy | 12/30/08 | SECRETARY | .30 | 16.80 |
| DEL. TO BORTON PETRINI COPIES OF FILES REQUESTED FROM MR. HESSING | | | | | | | |
| 074 | X | 048 | Burdette, Kathy | 1/12/09 | SECRETARY | .30 | 16.80 |
| PICK UP FROM BORTON PETRINI VALLEY ROSE DOCUMENTS | | | | | | | |
| 074 | X | 048 | Burdette, Kathy | 2/2/09 | SECRETARY | .30 | 16.80 |
| DEL. TO BORTON PETRINI TRANSCRIPT OF 12-18-08 DEPOSITION | | | | | | | |
| 074 | X | 048 | Burdette, Kathy | 2/18/09 | SECRETARY | .30 | 16.80 |
| DEL. TO BORTON PETRINI TR 6451 SALES DETAIL AND ASSESSOR'S MAPS | | | | | | | |
| 074 | X | 048 | Burdette, Kathy | 5/8/09 | SECRETARY | .30 | 16.80 |
| DEL. TO BORTON.PETRINI & CONRON | | | | | | | |
| 074 | X | 048 | Burdette, Kathy | 6/9/09 | SECRETARY | .30 | 16.80 |
| DEL. TO BORTON PETRINI RESPONSES TO CITY OF WASCO | | | | | | | |
| 315 | X | 180 | Green, Julie | 12/16/08 | ADMINISTRATIVE ASSISTANT | 4.50 | 292.50 |
| Copy Billing files for Roger | | | | | | | |
| 315 | X | 180 | Green, Julie | 12/17/08 | ADMINISTRATIVE ASSISTANT | 4.50 | 292.50 |
| Copy billing files for Roger | | | | | | | |
| 006 | X | 180 | Green, Julie | 12/22/08 | ADMINISTRATIVE ASSISTANT | 4.00 | 260.00 |
| Copy Invoices | | | | | | | |
| 315 | X | 180 | Green, Julie | 5/8/09 | ADMINISTRATIVE ASSISTANT | .50 | 32.50 |
| Copies of infromation on Development Agreement to Jeff Travis | | | | | | | |
| 006 | X | 180 | Green, Julie | 6/12/09 | ADMINISTRATIVE ASSISTANT | 2.00 | 130.00 |
| Look for info on street names for Roger | | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/3/09 | PLANNER | 4.00 | 460.00 |
| Wasco Tr 6451 research | | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/4/09 | PLANNER | 3.80 | 437.00 |
| Research Tr 6451 | | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/5/09 | PLANNER | 2.00 | 230.00 |
| Finalize Tr 6451 Research and Spreadsheet | | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/9/09 | PLANNER | 1.20 | 138.00 |
| Wasco - research and calc profit column | | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/10/09 | PLANNER | 1.00 | 115.00 |
| Wasco - research and calc profit column | | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/11/09 | PLANNER | 2.30 | 264.50 |
| Wasco - research and calc profit column | | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/18/09 | PLANNER | 1.80 | 207.00 |
| Revisions to Wasco spreadsheet per RAM/copy for file | | | | | | | |
| **Total for Labor** | | | | | | **131.45** | **13,914.70** |

**Expenses**

**Direct Expenses**

**Consultants**

623-00 Misc. Direct Expense

| | | | | |
|---|---|---|---|---|
| B | AP 00005771 | 11/30/09 | Invoice: 586393, 11/30/09 / Borton, Petrini & Conron, LLP, The Law O / 5816 Valley Rose Estates | < 196.00 > |
| B | AP 00006181 | 2/28/10 | Invoice: 588133, 2/28/10 / Borton, Petrini & Conron, LLP, The Law O / vs Norther Calfornia Universal Ent | < 23,599.99 > |
| B | AP 00006191 | 3/18/10 | Invoice: 2-24, 3/2/10 / Delmarter and Deifel / Expert Witness vs Northern California | 4,280.70 |
| B | AP 00006201 | 3/19/10 | Invoice: 17292-10, 2/25/10 / Merati Economic Group, Inc / v City of Wasco | 20,540.00 |
| B | AP 00006193 | 3/18/10 | Invoice: 17292-2, 3/5/10 / Merati Economic Group, Inc / vs City of Wasco | 11,760.00 |
| F | AP 00000303 | 2/14/07 | Invoice: 606991, 1/31/07 / Goodwin Proctor LLP | < 6,861.85 > |
| F | AP 00000444 | 3/16/07 | Invoice: 613563, 3/7/07 / Goodwin Proctor LLP / Legal Fees | < 4,614.72 > |

Got figure from Borton Petrini

refunded.

| Show Unposted Description | | | | Labor Category | Total Hours | T&M |
|---|---|---|---|---|---|---|
| **Project Number: 092-022-017 Valley Rose Legal & research (continued)** | | | | | | |
| **Phase Number: 001 Legal Research (continued)** | | | | | | |
| F | JE 00070214 | 2/28/07 | / To reclassify Goodwin to actual @ 2/07 / Misc direct expense | | | <460.00> |
| N | HE 00000000 | 11/3/06 | / / Airbills | | | 30.00 |
| X | AP 00001070 | 5/1/07 | Invoice: 620685, 5/1/07 / Goodwin Proctor LLP / Svcs thru 3/31/07 for client #122375 | | | <5,393.71> |
| X | AP 00001071 | 5/16/07 | Invoice: 625338, 5/16/07 / Goodwin Proctor LLP / Svcs thru 4/30/07 for client# 122375 | | | <320.58> |
| X | AP 00001098 | 6/13/07 | Invoice: 629907, 6/13/07 / Goodwin Proctor LLP / Thru 5/31/07 | | | <578.69> |
| X | AP 00001293 | 7/19/07 | Invoice: 636969, 7/19/07 / Goodwin Proctor LLP / Thru 6/30/07 | | | <2,056.70> |
| X | AP 00001507 | 8/16/07 | Invoice: 642912, 8/16/07 / Goodwin Proctor LLP / City of Wasco Purchase of Real Property | | | <4,758.80> |
| X | AP 00001686 | 9/16/07 | Invoice: 646723, 9/16/07 / Goodwin Proctor LLP / City of Wasco | | | <4,772.87> |
| X | AP 00002386 | 12/17/07 | Invoice: 659171, 12/17/07 / Vendor-- Not on File / Goodwin/Procter - legal | | | <8,906.23> |
| X | AP 00003211 | 4/1/08 | Invoice: 4/1/08, 4/1/08 / Vendor-- Not on File / City of Wasco-Documents | | | 2.00 |
| Total for 623-00 | | | | | | 99,132.84 |
| **Total for Consultants** | | | | | | **99,132.84** |
| **Total for Direct Expenses** | | | | | | **99,132.84** |
| **Reimbursable Expenses** | | | | | | |
| **Consultants** | | | | | | |
| 523-00 Misc Reimbursables Expense | | | | | | |
| B | UN 00000029 | 1/4/10 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | | 1.95 |
| B | UN 00000060 | 2/12/10 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | | 1.95 |
| B | UN 00000093 | 2/17/10 | Mileage / / 8.0 Mileage @ 0 | 8.0 Mileage @ 0.65 | | 5.20 |
| B | UN 00000124 | 2/25/10 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | | 1.95 |
| F | UN 00000093 | 4/7/09 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | | 1.95 |
| F | UN 00000068 | 8/12/09 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | | 1.95 |
| N | HE 00000000 | 11/3/06 | / / Airbills | | | 30.00 |
| X | UN 00000161 | 4/17/08 | Mileage / / 40.0 Mileage @ 0 | 40.0 Mileage @ 0.65 | | 26.00 |
| X | UN 00000067 | 12/10/08 | Mileage / / 2.0 Mileage @ 0 | 2.0 Mileage @ 0.65 | | 1.30 |
| X | UN 00000121 | 12/16/08 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | | 1.95 |
| X | UN 00000053 | 12/30/08 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | | 1.95 |
| X | UN 00000128 | 1/12/09 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | | 1.95 |
| X | UN 00000026 | 2/2/09 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | | 1.95 |
| X | UN 00000080 | 2/18/09 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | | 1.95 |
| X | UN 00000041 | 5/8/09 | Mileage / / 2.5 Mileage @ 0 | 2.5 Mileage @ 0.65 | | 1.63 |
| X | UN 00000020 | 6/9/09 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | | 1.95 |
| Total for 523-00 | | | | | | 85.58 |
| 526-00 Reproduction / Bluelines | | | | | | |
| B | AP 00006105 | 3/4/10 | Invoice: 690222, 2/18/10 / Blueprint Services Co. | | | 43.15 |
| B | AP 00006106 | 3/4/10 | Invoice: 690373, 2/19/10 / Blueprint Services Co. | | | 260.39 |
| B | AP 00006111 | 3/4/10 | Invoice: 690980, 2/26/10 / Blueprint Services Co. | | | 97.53 |
| X | UN 00000006 | 12/16/08 | Blueline/Repro D-Bond / / 116.0 D-Bonds @ 0 | 116.0 D-Bonds @ 1.50 | | 174.00 |
| X | UN 00000006 | 12/16/08 | B&W Copies-Letter / / 893.0 Copies @ 0 | 893.0 Copies @ 0.16 | | 142.88 |
| X | UN 00000006 | 12/17/08 | B&W Copies-Letter / / 168.0 Copies @ 0 | 168.0 Copies @ 0.16 | | 26.88 |
| X | UN 00000006 | 12/23/08 | B&W Copies-Letter / / 5,466.0 Copies @ 0 | 5,466.0 Copies | | 874.56 |
| X | UN 00000066 | 1/12/09 | B&W Copies-Letter / / 16.0 Copies @ 0 | 16.0 Copies @ 0.16 | | 2.56 |
| X | UN 00000020 | 2/9/09 | B&W Copies-Letter / / 316.0 Copies @ 0 | 316.0 Copies @ 0.16 | | 50.56 |
| X | UN 00000094 | 2/21/09 | B&W Copies-Letter / / 9.0 Copies @ 0 | 9.0 Copies @ 0.16 | | 1.44 |

Goodwin Proctor

*Show Unposted*

| Description | | | Labor Category | | Total Hours | T&M |
|---|---|---|---|---|---|---|
| **Project Number: 092-022-017 Valley Rose Legal & research (continued)** | | | | | | |
| **Phase Number: 001 Legal Research (continued)** | | | | | | |
| X | UN 00000072 | 5/15/09 | B&W Copies-Letter / / 222.0 Copies @ 0 | 222.0 Copies @ 0.16 | | 35.52 |
| X | UN 00000153 | 5/29/09 | B&W Copies-Letter / / 448.0 Copies @ 0 | 448.0 Copies @ 0.16 | | 71.68 |
| X | UN 00000036 | 6/22/09 | B&W Copies-Letter / / 192.0 Copies @ 0 | 192.0 Copies @ 0.16 | | 30.72 |
| Total for 526-00 | | | | | | 1,811.87 |
| 529-00 Office Equipment | | | | | | |
| B | UN 00000023 | 2/4/10 | Computer / / 7.5 Computers @ 0 | 7.5 Computers | | 285.00 |
| B | UN 00000023 | 2/5/10 | Computer / / 5.0 Computers @ 0 | 5.0 Computers | | 190.00 |
| B | UN 00000093 | 2/19/10 | Computer / / 1.0 Computer @ 0 | 1.0 Computer @ 38.00 | | 38.00 |
| B | UN 00000041 | 3/1/10 | Computer / / 0.5 Computers @ 0 | 0.5 Computers | | 19.00 |
| B | UN 00000041 | 3/2/10 | Computer / / 3.0 Computers @ 0 | 3.0 Computers | | 114.00 |
| Total for 529-00 | | | | | | 646.00 |
| **Total for Consultants** | | | | | | **2,543.45** |
| **Total for Reimbursable Expenses** | | | | | | **2,543.45** |
| **Total for Expenses** | | | | | | **101,676.29** |
| **Total for 001** | | | | | **131.45** | **115,590.99** |
| **Total for BROWN: Corporate - Valley Rose Legal** | | | | | **131.45** | **115,590.99** |
| **Total for 092-022-017** | | | | | **131.45** | **115,590.99** |

**OPEN**

View Billing Statements

CARD ACTIVITY for **ROGER A MC INTOSH**    TIME PERIOD

Business Gold Card 52004 (All Cards)    Current Statement

Feb 22, 2010 to Mar 24, 2010

View Tutorial Download Print  Year-End Summary

NARROW RESULTS

Search Transactions    Other Filters

| TRANSACTION DETAILS | VIEW BY: | CATEGORY | MERCHANT | CARDMEMBER | DUE IN FULL/FLEXIBLE | | GRAPH ON |

1 - 30 of 30 Transactions

| | Date | Description | Cardmember | Amount $ |
|---|---|---|---|---|
| | _03/20/2010 | Sat ████████6845BAKERSFIELD | ROGER A MC INTOSH████ | |
| | _03/20/2010 | Sat ████████/1050BAKERSFIELD | ROGER A MC INTOSH████ | |
| | _03/18/2010 | Thu ████████STN BAKERSFIELD | ROGER A MC INTOSH████ | |
| | _03/17/2010 | Wed ████████S 22650-591-4707 | ROGER A MC INTOSH████ | |
| | _03/13/2010 | Sat ████████STINGSCOTTSDALE | ROGER A MC INTOSH████ | |
| | _03/12/2010 | Fri 5% OPEN Savings at Courtyard by Marriott | ROGER A MC INTOSH-8.35 | |
| | _03/12/2010 | Fri ████████. WWW.DELL.COM | ROGER A MC INTOSH████ | |
| | _03/11/2010 | Thu 5% OPEN Savings at Courtyard by Marriott | ROGER A MC INTOSH-21.64 | |
| | _03/10/2010 | WedCOURTYRD-2 1J2 FRESNO | ROGER A MC INTOSH166.96 | |
| | _03/10/2010 | Wed ████████THANK YOU | ROGER A MC INTOSH████ | |
| | _03/09/2010 | Tue BJS RESTAURANTS 435 FRESNO | ROGER A MC INTOSH108.66 | |
| | _03/09/2010 | Tue COURTYRD-2 1J2 FRESNO | ROGER A MC INTOSH432.70 | |
| | _03/07/2010 | Sun ████████364 | ROGER A MC INTOSH████ | |
| | _03/07/2010 | Sun SHELL OIL 5744109190BAKERSFIELD | ROGER A MC INTOSH62.60 | |
| | _03/06/2010 | Sat 5% OPEN Savings at Courtyard by Marriott | ROGER A MC INTOSH-32.58 | |
| | _03/04/2010 | Thu COURTYRD-2 1J2 FRESNO | ROGER A MC INTOSH651.52 | |
| | _03/03/2010 | WedFRESNO REPROGRAPHICSFRESNO | ROGER A MC INTOSH76.01 | |
| | _03/02/2010 | Tu ████████NBAKERSFIELD | ROGER A MC INTOSH████ | |
| | _03/01/2010 | MonSILVER DOLLAR FRESNO | ROGER A MC INTOSH35.89 | |
| | _02/28/2010 | Sun ████████CoBakersfield | ROGER A MC INTOSH.00 | |

*VRE expenses since 2-22*

0·00 *

8·35 *
21·64 –
166·96 +
108·66 +
432·70 +
62·60 +
32·58 –
651·52 +
76·01 +
35·89 +

010
1,471·77 *