Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                                   Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                                   Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**NORTHERN'S AND LOTUS'S MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING RESOLUTION OF RULE 59 MOTIONS**<br><br>**DATE:  MAY 6, 2010**<br>**TIME:   8:30 A.M.**<br>**PLACE:  COURTROOM 4 (LJO)**<br><br>**FRCP 62(b)**<br><br>**JUDGE: Lawrence J. O'Neill** |

Northern and Lotus hereby provide notice to all parties that they intend, and hereby do, move for an order staying enforcement of the Judgment entered in this matter on March 23, 2010 until Court determination of Defendants' post-trial Rule 59 motions. The hearing shall be held at 8:30 a.m. on May 6, 2010 in courtroom 4 (LJO) of the United States Federal Courthouse located at 2500 Tulare Street in Fresno, California.

1

This motion is brought pursuant to FRCP 62(b) and supported by the memorandum of points and authorities and declaration of Joe Wu filed herewith.

Dated this 5th day of April, 2010            /s/ Steven J. Hassing
Steven J Hassing, Attorney for defendants, Northern and Lotus

## CERTIFICATE OF SERVICE

1. On April 5, 2010, I served the following document:

   - **NORTHERN'S AND LOTUS'S MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING RESOLUTION OF RULE 59 MOTIONS**

2. The above-named document was served by the following means to the persons as listed below:

__XX__  United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
GCR, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

_____  By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 5th day of April, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing