Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>　　　　　　　　　　Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>　　　　　　　　　　Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF JOE WU IN SUPPORT OF MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING RESOLUTION OF RULE 59 MOTIONS**<br><br>DATE: MAY 6, 2010<br>TIME: 8:30 A.M.<br>PLACE: COURTROOM 4 (LJO)<br><br>FRCP 62(b)<br><br>JUDGE: Lawrence J. O'Neill |

I, Joe Wu, declare;

1.  I am president of Northern with is the general partner of Lotus. I have personal knowledge of each fact stated herein.

2. Because of the failed real estate market and general absence of credit available to development companies, including mine, it is not possible for Northern or Lotus to obtain a bond of 100% to 150% of the judgment amount.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 5th day of April, 2010    
Joe Wu

## CERTIFICATE OF SERVICE

1. On April 5, 2010, I served the following document:

   - **DECLARATION OF JOE WU IN SUPPORT OF MOTION TO STAY ENFORCEMENT OF JUDGMENT PENDING RESOLUTION OF RULE 59 MOTIONS**

2. The above-named document was served by the following means to the persons as listed below:

__XX__  United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
GCR, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 5th day of April, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing