1  BONIFACIO BONNY GARCIA (SBN 100761)
   CHAKA C. OKADIGBO (SBN 224547)
2  SUSAN GRAHAM BARNES (phv)
   GCR, LLP
3  520 SOUTH GRAND AVENUE, SUITE 695
   LOS ANGELES, CA 90071
4  Tel: (213) 347-0210
   Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| ROGER McINTOSH | Case No: 1:07-CV-01080-LJO-WMV |
|---|---|
| Plaintiff, | **DEFENDANT CITY OF WASCO'S NOTICE AND EX-PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THE CITY'S MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT PENDING THE DISPOSITION OF RULE 59 MOTIONS** |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*, | |
| Defendants. | |
| | HONORABLE LAWRENCE J. O'NEILL<br>Division 4 |

Defendant, City of Wasco ("the City") hereby notifies all parties of the following motion, and, pursuant to Local Rule 144(d), moves this Court for an order shortening the time to hear the City's *Motion for a Stay on Execution of Judgment* upon the grounds set forth in its Memorandum in support of this Motion. As the Motion requests the granting of the application *ex parte,* no date for a hearing of the Application is stated herein.

///
///
///
///

1  The City further states that the other parties to this litigation have been asked to stipulate
2  to the shortening of time requested in this Application and, as explained in the Declaration
3  Chaka Okadigbo, although good cause exists for granting the Application, the Plaintiff has
4  refused to agree. *Declaration of Chaka C. Okadigbo* at ¶¶ 4.

6  DATED: April 5, 2010                    GCR, LLP

9                                          By:  /s/ Chaka C. Okadigbo
                                                CHAKA C. OKADIGBO
10                                              SUSAN GRAHAM BARNES
                                                Attorneys for Defendant
11                                              CITY OF WASCO

**PROOF OF SERVICE**

I, Rodrigo E. Guevara, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 625 Broadway, Suite 1400, San Diego, CA 92101. On April 5, 2010, I served the **DEFENDANT CITY OF WASCO'S NOTICE AND EX-PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THE CITY'S MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT PENDING THE DISPOSITION OF RULE 59 MOTIONS** upon the following parties pursuant to the method described below:

(1)  Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2)  James Braze, Esq. at jbraze@bortonpetrini.com

(3)  Steven J. Hassing at stevehassing@yahoo.com

(4)  William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 5, 2010 San Diego, California.

                                 /s/ Rodrigo E. Guevara
                                 Rodrigo E. Guevara