BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
SUSAN GRAHAM BARNES (phv)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DEFENDANT CITY OF WASCO'S NOTICE AND EX-PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THE CITY'S MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT PENDING THE DISPOSITION OF RULE 59 MOTIONS**<br><br>HONORABLE LAWRENCE J. O'NEILL<br>Division 4 |

Defendant, City of Wasco ("the City") hereby notifies all parties of the following motion, and, pursuant to Local Rule 144(d), moves this Court for an order shortening the time to hear the City's *Motion for a Stay on Execution of Judgment* upon the grounds set forth in its Memorandum in support of this Motion. As the Motion requests the granting of the application *ex parte,* no date for a hearing of the Application is stated herein.

///
///
///
///

1  The City further states that the other parties to this litigation have been asked to stipulate
2  to the shortening of time requested in this Application and, as explained in the Declaration
3  Chaka Okadigbo, although good cause exists for granting the Application, the Plaintiff has
4  refused to agree. *Declaration of Chaka C. Okadigbo* at ¶¶ 4.

6  DATED: April 5, 2010                    GCR, LLP

9                                          By:  /s/ Chaka C. Okadigbo
                                                CHAKA C. OKADIGBO
10                                              SUSAN GRAHAM BARNES
                                                Attorneys for Defendant
11                                              CITY OF WASCO

**PROOF OF SERVICE**

I, Rodrigo E. Guevara, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 625 Broadway, Suite 1400, San Diego, CA 92101. On April 5, 2010, I served the **DEFENDANT CITY OF WASCO'S NOTICE AND EX-PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THE CITY'S MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT PENDING THE DISPOSITION OF RULE 59 MOTIONS** upon the following parties pursuant to the method described below:

(1) Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2) James Braze, Esq. at jbraze@bortonpetrini.com

(3) Steven J. Hassing at stevehassing@yahoo.com

(4) William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 5, 2010 San Diego, California.

                                               /s/ Rodrigo E. Guevara
                                               Rodrigo E. Guevara

BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
SUSAN GRAHAM BARNES (phv)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CITY OF WASCO'S NOTICE AND EX-PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THE CITY'S MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT PENDING THE DISPOSITION OF RULE 59 MOTIONS**<br><br>HONORABLE LAWRENCE J. O'NEILL<br>Division 4 |

Defendant City of Wasco ("the City") presents the following Memorandum of Authorities in support of its Ex Parte Application for an Order Shortening Time to Hear the City's Motion for a Stay of Enforcement of Judgment Pending the Disposition of Rule 59 Motions under rule 62(b) of the Federal Rules of Civil Procedure.

**I.    LEGAL STANDARD**

Under Local Rule 230(b), a regularly noticed motion is required to be set for hearing at least twenty-eight (28) days from service or filing of the motion. However, the Court has

1

authority to shorten time for setting a hearing pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 144(e) if the matter can be heard *ex parte* and/or for good cause.

## II. GOOD CAUSE EXISTS FOR THE COURT TO GRANT THE CITY'S APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR ITS MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT

Judgment was entered in this case on March 23, 2010. An order shortening time is imperative because the 14 day automatic stay granted by Federal Rule of Civil Procedure ("FRCP") 62(a) will expire on April 6, 2010, before the Court has an opportunity to hear the City's Motion for a Stay of Execution of Judgment. Because Local Rule 230(b) requires notice of at least twenty-eight (28) days before a scheduled hearing, it is impossible for the City to obtain a ruling on its *Motion for a Stay on Execution of Judgment* prior to the expiration of the 14 day automatic stay.

Even if the City had been able to file and serve its *Motion for a Stay on Execution of Judgment* on the same day that the judgment was entered, the earliest regularly noticed hearing date would be April 20, 2010 – two weeks after the 14 day automatic stay expires. If the *Motion for a Stay on Execution of Judgment* were to be heard more than two weeks after the automatic stay expires, Plaintiffs could execute on the judgment, which would defeat the purpose of staying the enforcement of the judgment.

As for the stay of execution, the City's request also is based on good cause. As a practical matter, based on the City's intent to file a motion to amend and alter judgment under FRCP 59(e), a motion for new trial under FRCP 59(a), and a motion for remittitur, it is more prudent for the Court to issue a stay on the enforcement of judgment until the motions are resolved.

The City will be prejudiced if an order shortening time is not granted. Through its post-trial motions, the City will establish that there is no legal or factual basis for $1.4 million in actual damages and $1.5 million in infringer profits. As such, it would be impractical to permit the Plaintiff to begin collection on his judgment before the City's post-trial motions are resolved.

Counsel for the City has contacted all parties to seek a stipulation for an order shortening time to hear its *Motion for a Stay on Execution of Judgment*. However, Plaintiff's counsel has refused to agree to the requested stipulation. Declaration of Chaka Okadigbo, ¶¶4.

### III. CONCLUSION

For the foregoing reasons, good cause has been shown and the interests of justice would be served by granting the City's application.

Dated: April 5, 2010               GCR, LLP


By:   /s/ Chaka C. Okadigbo
    CHAKA C. OKADIGBO
    SUSAN GRAHAM BARNES
    Attorneys for Defendant
    CITY OF WASCO

## PROOF OF SERVICE

I, Rodrigo E. Guevara, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 625 Broadway, Suite 1400, San Diego, CA 92101. On April 5, 2010, I served the **MEMORANDUM AND POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CITY OF WASCO'S NOTICE AND EX-PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THE CITY'S MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT PENDING THE DISPOSITION OF RULE 59 MOTIONS** upon the following parties pursuant to the method described below:

(1)   Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2)   James Braze, Esq. at jbraze@bortonpetrini.com

(3)   Steven J. Hassing at stevehassing@yahoo.com

(4)   William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:**   Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 5, 2010 San Diego, California.


                                                                /s/ Rodrigo E. Guevara
                                                                Rodrigo E. Guevara