UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON THE CITY OF WASCO'S MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT PENDING THE DISPOSITION OF RULE 59 MOTIONS** |

Having read and considered *The City of Wasco's Ex Parte Application for an Order Shortening Time to Hear the City's Motion for a Stay on Enforcement of Judgment Pending the Disposition of Rule 59 Motions* ("*Application*"), and good cause appearing,

IT IS SO ORDERED that the *Application* is granted.

IT IS FURTHER ORDERED that *The City of Wasco's Motion for a Stay on Enforcement of Judgment Pending the Disposition of Rule 59 Motions* shall be heard on April __, at __ _.m. in Courtroom 4 of the U.S. District Court for the Eastern District of California, located at 2500 Tulare Street, Fresno, California 93721.

///

///

1

[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON THE CITY OF WASCO'S MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT PENDING THE DISPOSITION OF RULE 59 MOTIONS

1   IT IS FURTHER ORDERED that any opposition to *Motion for a Stay on Enforcement*
2   *of Judgment Pending the Disposition of Rule 59 Motions* be filed and served no later than
3   _____. Any reply papers shall be filed and served no later than _____.

Dated: April ___, 2010

_____
THE HONORABLE LAWRENCE O'NEILL
UNITED STATES DISTRICT JUDGE