BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
SUSAN GRAHAM BARNES (phv)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**MEMORANDUM AND POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CITY OF WASCO'S MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT PENDING THE DISPOSITION OF RULE 59 MOTIONS**<br><br>FRCP 62(b)<br><br>HONORABLE LAWRENCE J. O'NEILL<br>Division 4 |

Defendant City of Wasco ("the City") presents the following Memorandum of Authorities in support of its Motion for a Stay of Enforcement of Judgment Pending the Disposition of Rule 59 Motions under rule 62(b) of the Federal Rules of Civil Procedure.

I. **LEGAL STANDARD**

Rule 62(b) provides this Court with the authority to order a stay of execution of judgment pending the resolution of post-trial motions seeking to alter or amend the judgment, or in the alternative, a new trial.

## II. STAY OF EXECUTION OF JUDGMENT SHOULD BE ORDERED

This Court has the discretion to stay execution of judgment until such time as it rules on the City's post-trial motions. *Houben v. Telular Corp.*, 309 F.3d 1028 (7th Cir. 2002).

The City of Wasco ("the City") intends to timely file motions seeking to alter or amend the judgment under FRCP 59(e) and for a new trial under FRCP 59(a). Through these motions, the City will establish that there was no legal or factual basis for the jury's damages verdict. The City will establish that the value of the copyrighted works at issue in this litigation (Tract Map 5472 and improvement plans) are drastically less than the jury award of $1.4 million in actual damages. Similarly, the City will establish that there is no basis for the verdict of $1.5 million for infringer profits against the City based on a failure to establish a sufficient causal nexus between infringement and "profits". Additionally, as a practical matter, based on the City's intent to file its post-trial motions, it is more prudent to issue a stay on the execution of judgment until the post-trial motions are resolved.

Further, stay of execution of judgment should be granted because Plaintiff will not be prejudiced by a stay of enforcement because it is highly likely that Plaintiff will be forced to return any judgment proceeds after this Court rules on the City's motions.

## III. CONCLUSION

Based on the forgoing, the City believes it is more prudent for this Court to stay the enforcement of judgment until after it has heard the City's motion to alter or amend the judgment and motion for a new trial.

DATED: April 5, 2010                    GCR, LLP

By: /s/ Chaka Okadigbo
CHAKA C. OKADIGBO
SUSAN GRAHAM BARNES
Attorneys for Defendant
CITY OF WASCO

## PROOF OF SERVICE

I, Rodrigo E. Guevara, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 625 Broadway, Suite 1400, San Diego, CA 92101. On April 5, 2010, I served the **MEMORANDUM AND POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CITY OF WASCO'S MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT PENDING THE DISPOSITION OF RULE 59 MOTIONS** upon the following parties pursuant to the method described below:

(1) Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2) James Braze, Esq. at jbraze@bortonpetrini.com

(3) Steven J. Hassing at stevehassing@yahoo.com

(4) William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 5, 2010 San Diego, California.

                                                /s/ Rodrigo E. Guevara
                                                Rodrigo E. Guevara

3

Memorandum and Points and Authorities in Support of Defendant City of Wasco's Motion For Stay of Enforcement of Judgment