UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>    Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**[PROPOSED] ORDER ON THE CITY OF WASCO'S MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT PENDING THE DISPOSITION OF RULE 59 MOTIONS** |

Having read and considered *The City of Wasco's Motion for a Stay on Enforcement of Judgment Pending the Disposition of Rule 59 Motions* ("*Motion*"), and good cause appearing,

IT IS SO ORDERED that the *Motion* is granted.

IT IS FURTHER ORDERED that any enforcement or execution of Judgment be stayed until the resolution of the parties' post-trial motions grounded upon Rule 59 of the Federal Rules of Civil Procedure.

Dated: April ___, 2010

_____
THE HONORABLE LAWRENCE O'NEILL
UNITED STATES DISTRICT JUDGE