```
BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
SUSAN GRAHAM BARNES (phv)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA  90071
Tel: (213) 347-0210
Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF DEFENDANT CITY OF WASCO'S NOTICE AND EX-PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THE CITY'S MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT PENDING THE DISPOSITION OF RULE 59 MOTIONS**<br><br>HONORABLE LAWRENCE J. O'NEILL<br>Division 4 |

**DECLARATION OF CHAKA C. OKADIGBO**

1. I am an attorney with the law firm of GCR, LLP ("GCR"). I represent Defendant City of Wasco ("the City") in this action. I have been principally responsible for handling the litigation of the instant action. Except as to those matters attested to on information and belief, I have firsthand personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify thereto under oath.

2. The City intends to file post trial motions including, *inter alia*, a motion to alter or amend the judgment, a new trial motion and a motion for remittitur.

1  3.  Judgment was entered in this matter on March 23, 2010. The 14 day automatic stay granted by Federal Rule of Civil Procedure ("FRCP") 62(a) will expire on or about April 6, 2010. Even if the City had been able to file and serve a motion for stay of execution of judgment, the earliest regularly noticed hearing date would be April 20, 2010.

4.  I attempted to obtain a stipulation by all the parties to the requested order shortening time. However, Plaintiff's counsel has refused to stipulate to such an order.

5.  I attempted to obtain a stipulation by all the parties to the requested motion to stay enforcement of judgment. However, Plaintiff's counsel has refused to stipulate to such an order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of April, 2010, in Los Angeles, California.


      /s/ Chaka C. Okadigbo
      Chaka C. Okadigbo

## PROOF OF SERVICE

I, Rodrigo E. Guevara, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 625 Broadway, Suite 1400, San Diego, CA 92101. On April 5, 2010, I served the **DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF DEFENDANT CITY OF WASCO'S NOTICE AND EX-PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THE CITY'S MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT PENDING THE DISPOSITION OF RULE 59 MOTIONS** upon the following parties pursuant to the method described below:

(1)   Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2)   James Braze, Esq. at jbraze@bortonpetrini.com

(3)   Steven J. Hassing at stevehassing@yahoo.com

(4)   William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 5, 2010 San Diego, California.

                    /s/ Rodrigo E. Guevara
                        Rodrigo E. Guevara

**DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF DEFENDANT CITY OF WASCO'S NOTICE AND EX-PARTE APPLICATION**