```
 1  BONIFACIO BONNY GARCIA (SBN 100761)
    CHAKA C. OKADIGBO (SBN 224547)
 2  SUSAN GRAHAM BARNES (phv)
    GCR, LLP
 3  520 SOUTH GRAND AVENUE, SUITE 695
    LOS ANGELES, CA 90071
 4  Tel: (213) 347-0210
    Fax: (213) 347-0216
 5
    Attorneys for Defendant CITY OF WASCO
 6
 7
 8              UNITED STATES DISTRICT COURT
 9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
10
```

| | |
|---|---|
| ROGER McINTOSH | Case No: 1:07-CV-01080-LJO-WMV |
| Plaintiff, | **DEFENDANT CITY OF WASCO'S NOTICE AND EX-PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THE CITY'S MOTION FOR AN EXTENSION OF TIME TO FILE POST TRIAL MOTIONS AND SUPPORTING PAPERS UNDER RULE 59 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*, | |
| Defendants. | |
| | HONORABLE LAWRENCE J. O'NEILL<br>Division 4 |

Defendant, City of Wasco ("the City") hereby notifies all parties of the following motion, and, pursuant to Local Rule 144(d), moves this Court for an order shortening the time to hear the City's *Motion for an Extension of Time to File Post Trial Motions and Supporting Papers under Rule 59 of the Federal Rules of Civil Procedure* upon the grounds set forth in its Memorandum in support of this Motion. As the Motion requests the granting of the application *ex parte,* no date for a hearing of the Application is stated herein.

1

Defendant's Notice and Application for Order Shortening Time to Hear City's Motion for Extension of Time to File post trial Motions

1 | The City further states that the other parties to this litigation have been asked to stipulate
2 | to the shortening of time requested in this Application and, as explained in the Declaration
3 | Chaka Okadigbo, although good cause exists for granting the Application, the Plaintiff has
4 | refused to agree. *Declaration of Chaka C. Okadigbo* at ¶¶ 4-5.

6 | DATED: April 5, 2010                    GCR, LLP

By: _/s/ Chaka C. Okadigbo_
CHAKA C. OKADIGBO
SUSAN GRAHAM BARNES
Attorneys for Defendant
CITY OF WASCO

# PROOF OF SERVICE

I, Chaka C. Okadigbo, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avene, Suite 695, Los Angeles, CA 90071.

On April 5, 2010, I served the **NOTICE AND APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON DEFENDANT CITY OF WASCO'S MOTION FOR AN EXTENSION OF TIME TO FILE FRCP 59 POST TRIAL MOTIONS AND SUPPORTING PAPERS** upon the following parties pursuant to the method described below:

(1) Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2) James Braze, Esq. at jbraze@bortonpetrini.com

(3) Steven J. Hassing at stevehassing@yahoo.com

(4) William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 6, 2010 Los Angeles, California.

                                              /s/ Chaka C. Okadigbo
                                              Chaka C. Okadigbo