1  BONIFACIO BONNY GARCIA (SBN 100761)
   CHAKA C. OKADIGBO (SBN 224547)
2  SUSAN GRAHAM BARNES (phv)
   GCR, LLP
3  520 SOUTH GRAND AVENUE, SUITE 695
   LOS ANGELES, CA 90071
4  Tel: (213) 347-0210
   Fax: (213) 347-0216
5
   Attorneys for Defendant CITY OF WASCO
6

7

8               UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH                    Case No: 1:07-CV-01080-LJO-WMV

12          Plaintiff,                **DECLARATION OF CHAKA C.
                                       OKADIGBO IN SUPPORT OF**
13      vs.                           **DEFENDANT CITY OF WASCO'S NOTICE
                                       AND EX-PARTE APPLICATION FOR AN**
14  NORTHERN CALIFORNIA               **ORDER SHORTENING TIME TO HEAR
    UNIVERSAL ENTERPRISES             THE CITY'S MOTION FOR AN**
15  COMPANY, INC., et al.,            **EXTENSION OF TIME TO FILE POST
                                       TRIAL MOTIONS AND SUPPORTING**
16          Defendants.               **PAPERS UNDER RULE 59 OF THE
                                       FEDERAL RULES OF CIVIL PROCEDURE**
17

18                                    HONORABLE LAWRENCE J. O'NEILL
                                      Division 4
19

20

21              <u>**DECLARATION OF CHAKA C. OKADIGBO**</u>

22      1.    I am an attorney with the law firm of GCR, LLP ("GCR"). I represent Defendant

23  City of Wasco ("the City") in this action. I have been principally responsible for handling the

24  litigation of the instant action. Except as to those matters attested to on information and belief, I

25  have firsthand personal knowledge of the facts set forth below and, if called as a witness, could

26  and would competently testify thereto under oath.

27      2.    The trial transcript is 1,148 pages long and exhibits are well in excess of 132

28  documents. The parties only recently received the trial transcript, and the City needs time to

                                      1

1  review and analyze the record, particularly in light of the Court's requirement that all post trial

2  motions cite to specific page and lines of the trial transcript and specific portions of the exhibits.

3  *See Order Regarding Potential Post-Trial Motions*, March 26, 2010, lines 18-19.

4      3.    Additionally, the City intends to file post trial motions including, *inter alia*, a

5  motion to alter or amend the judgment, a new trial motion and a motion for remittitur. Twenty-

6  eight (28) days is insufficient time for the City to fully review and analyze the record, prepare all

7  of these motions and supporting papers and adhere to the Court's citation requirements. The trial

8  transcript for this matter is 1,148 pages long. There were more than 132 joint exhibits plus many

9  additional exhibits submitted by each party.

10      4.    Judgment was entered in this matter on March 23, 2010. Currently, papers in

11  support of motions for new trial and/or for altering or amending judgment are due no later than

12  April 20, 2010. Even if the City had been able to file and serve a motion for an extension of

13  time, the earliest regularly noticed hearing date would be April 20, 2010. A hearing date for a

14  motion to extend time to file a motion being heard on the same date that motion is required to be

15  filed with the court would obviously defeat the purpose of seeking an extension of time and

16  adversely impact the City's opportunity to file a motion for new trial and/or a motion altering or

17  amending judgment.

18      5.    I attempted to obtain a stipulation by all the parties to the requested order

19  shortening time. However, Plaintiff's counsel has refused to stipulate to such an order.

20      I declare under penalty of perjury that the foregoing is true and correct.

21      Executed this 6th day of April, 2010, in Los Angeles, California.

22

23

24                                                 Chaka C. Okadigbo

25

26

27

28

2

1          **PROOF OF SERVICE**

2          I, Chaka C. Okadigbo, declare that I am over the age of eighteen (18) and not a party to

3    this action. My business address is 520 South Grand Avene, Suite 695, Los Angeles, CA

4    90071.

5          On April 5, 2010, I served the **DECLARATION OF CHAKA C. OKADIGBO IN**

6    **SUPPORT OF EX PARTE MOTION FOR ORDER SHORTENING TIME FOR**

7    **HEARING ON THE CITY OF WASCO'S MOTION FOR AN EXTENSION OF TIME**

8    **TO FILE FRCP 59 POST TRIAL MOTIONS AND SUPPORTING PAPERS** upon the

9    following parties pursuant to the method described below:

10         (1)    Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

11         (2)    James Braze, Esq. at jbraze@bortonpetrini.com

12         (3)    Steven J. Hassing at stevehassing@yahoo.com

13         (4)    William L. Alexander at walexander@alexander-law.com

14         **BY ELECTRONIC SERVICE:**    Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court

15   Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the

16   CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail

17   Notice List to receive ECF transmission at the email address(es) indicated above.

18         I declare under penalty of perjury under the laws of the state of California that the above

19   is true and correct.

20         Executed, April 6, 2010 Los Angeles, California.

21

22

23              /s/ Chaka C. Okadigbo
                Chaka C. Okadigbo

24

25

26

27

28

Declaration of Chaka C. Okadigbo in Support of Ex Parte Application for Order Shortening Time to Hear Motion for Extension of
Time to File Post Trial Motions