BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
SUSAN GRAHAM BARNES (phv)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA  90071
Tel: (213) 347-0210
Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CITY OF WASCO'S NOTICE AND EX-PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THE CITY'S MOTION FOR AN EXTENSION OF TIME TO FILE POST TRIAL MOTIONS AND SUPPORTING PAPERS UNDER RULE 59 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>HONORABLE LAWRENCE J. O'NEILL<br>Division 4 |

Defendant City of Wasco ("the City") presents the following Memorandum of Authorities in support of its Ex Parte Application for an Order Shortening Time to Hear the City's Motion for an Extension of Time to File Post Trial Motions and Supporting Papers under Rule 59 of the Federal Rules of Civil Procedure.

I. **LEGAL STANDARD**

Under Local Rule 230(b) , a regularly noticed motion is required to be set for hearing at least twenty-eight (28) days from service or filing of the motion.  However, the Court has

authority to shorten time for setting a hearing pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 144(e) if the matter can be heard *ex parte* and/or for good cause.

## II. GOOD CAUSE EXISTS FOR THE COURT TO GRANT THE CITY'S APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR ITS MOTION SEEKING AN EXTENSION OF TIME TO FILE MOVING PAPERS

Judgment was entered in this case on March 23, 2010. An order shortening time is imperative because the deadline for filing papers in support of a Motion for New Trial and/or Motion Altering or Amending Judgment will expire before a regularly noticed hearing for the City's *Motion for an Extension of Time* can come before the Court. Because Rule 59 of Federal Rules of Civil Procedure requires that a motion for a new trial and/or motion altering or amending judgment be filed within twenty-eight (28) days of an entry of judgment and Local Rule 230(b) requires notice of at least twenty-eight (28) days before a scheduled hearing, it is impossible for the City to obtain a ruling on its *Motion for an Extension of Time* prior to the filing deadline set forth in Rule 59.

Even if the City had been able to file and serve its *Motion for an Extension of Time* on the same day that the judgment was entered, the earliest regularly noticed hearing date would be April 20, 2010 – the same day as the deadline for filing a motion for new trial or a motion for altering or amending judgment. If the *Motion for an Extension of Time* were to be heard on the same day that the Rule 59 based post trial motions are required to be filed, this would defeat the purpose of seeking an extension of time.

As for the extension of time, the City's request also is based on good cause. The trial transcript is 1,148 pages long and exhibits are well in excess of 132 documents. The parties only recently received the trial transcript, and the City needs time to review and analyze the record, particularly in light of the Court's requirement that all post trial motions cite to specific page and lines of the trial transcript and specific portions of the exhibits. *See Order regarding Potential Post-Trial Motions*, March 26, 2010. lines 18-19. Additionally, the City intends to file post trial motions including, *inter alia*, a motion to alter or amend the judgment, a motion for new trial and a motion for remittitur. Twenty-eight (28) days is insufficient time for the

City to fully review and analyze the record and prepare all of these motions and supporting papers.

The City will be prejudiced if an order shortening time is not granted. The City must know if the Court will grant it the opportunity to fully review and analyze the trial transcript and exhibits prior to the deadline for filing its papers in support of the Motion for New Trial and/or Motion Altering or Amending Judgment.

Counsel for the City has contacted all parties to seek a stipulation for an order shortening time to hear its *Motion for an Extension of Time*. However, Plaintiff's counsel has refused to agree to the requested stipulation. Declaration of Chaka Okadigbo, ¶¶4-5.

### III. CONCLUSION

For the foregoing reasons, good cause has been shown and the interests of justice would be served by granting the City's application.

April 6, 2010                                    GCR, LLP

By: _____
CHAKA C. OKADIGBO
SUSAN GRAHAM BARNES
Attorneys for Defendant
CITY OF WASCO

**PROOF OF SERVICE**

I, Chaka C. Okadigbo, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avene, Suite 695, Los Angeles, CA 90071.

On April 5, 2010, I served the **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CITY OF WASCO'S NOTICE AND EX-PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR THE CITY'S MOTION FOR AN EXTENSION OF TIME TO FILE POST TRIAL MOTIONS AND SUPPORTING PAPERS UNDER RULE 59 OF THE FEDERAL RULES OF CIVIL PROCEDURE** upon the following parties pursuant to the method described below:

(1) Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2) James Braze, Esq. at jbraze@bortonpetrini.com

(3) Steven J. Hassing at stevehassing@yahoo.com

(4) William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 6, 2010 Los Angeles, California.

　　　　　　　　　　　　　　　　　　　/s/ Chaka C. Okadigbo
　　　　　　　　　　　　　　　　　　　Chaka C. Okadigbo