UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>    Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**[PROPOSED] ORDER SHORTENING TIME TO HEAR THE CITY OF WASCO'S MOTION FOR AN EXTENSION OF TIME TO FILE FRCP 59 POST TRIAL MOTIONS AND SUPPORTING PAPERS** |

Having read and considered *The City of Wasco's Ex Parte Application for an Order Shortening Time to Hear the City's of Wasco's Motion for an Extension of Time to File Post Trial Motions and Supporting Papers Under Rule 59 of the Federal Rules of Civil Procedure* ("*Application*"), and good cause appearing therefor,

IT IS SO ORDERED that the *Application* is granted.

IT IS FURTHER ORDERED that *The City of Wasco's Motion for an Extension of Time to File Post-Trial Motions and Supporting Papers Under Rule 59 of the Federal Rules of Civil Procedure* shall be heard on April ___, at ___ _.m. in Courtroom 4 of the U.S. District Court for the Eastern District of California, located at 2500 Tulare Street, Fresno, California 93721.

/ / /

/ / /

1     IT IS FURTHER ORDERED that any opposition to *The City of Wasco's Motion for an Extension of Time to File Post-Trial Motions and Supporting Papers Under Rule 59 of the Federal Rules of Civil Procedure* be filed and served no later than _____. Any reply papers shall be filed and served no later than _____.

Dated: April ___, 2010

                                                                       THE HONORABLE LAWRENCE O'NEILL
                                                                       UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Chaka C. Okadigbo, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avene, Suite 695, Los Angeles, CA 90071.

On April 5, 2010, I served the **[PROPOSED] ORDER SHORTENING TIME TO HEAR THE CITY OF WASCO'S MOTION FOR AN EXTENSION OF TIME TO FILE FRCP 59 POST TRIAL MOTIONS AND SUPPORTING PAPERS** upon the following parties pursuant to the method described below:

(1) Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2) James Braze, Esq. at jbraze@bortonpetrini.com

(3) Steven J. Hassing at stevehassing@yahoo.com

(4) William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 6, 2010 Los Angeles, California.

                                    /s/ Chaka C. Okadigbo
                                    Chaka C. Okadigbo