BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
SUSAN GRAHAM BARNES (phv)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DEFENDANT CITY OF WASCO'S NOTICE AND MOTION FOR AN EXTENSION OF TIME TO FILE POST TRIAL MOTIONS AND SUPPORTING PAPERS UNDER RULE 59 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>HONORABLE LAWRENCE J. O'NEILL<br>Division 4 |

Defendant City of Wasco ("the City") hereby notifies all parties of the following motion, and moves this Court for an order granting a 30 day extension of time from April 20, 2010 to May 20, 2010 to file all post trial motions and supporting papers pursuant to Rule 59 of the Federal Rules of Civil Procedure. As the Motion is filed in conjunction with the *City's Ex Parte Application for an Order Shortening of Time to Hear the City's Motion for Order Shortening Time to Hear the City's Motion for an Extension of Time to File Post Trial Motions and Supporting Papers under Rule 59 of the Federal Rules of Civil Procedure,* no date for a hearing of the Application is stated herein.

The City further states that the other parties to this litigation have been asked to stipulate to the extension of time requested in this Application and, as explained in the Declaration

Chaka Okadigbo, although good cause exists for granting the Application, the Plaintiff has refused to agree to the stipulation. *Declaration of Chaka C. Okadigbo* at ¶¶ 5-6.

DATED: April 6, 2010

GCR, LLP

By: _____
CHAKA C. OKADIGBO
SUSAN GRAHAM BARNES
Attorneys for Defendant
CITY OF WASCO

4811-5960-4741

2

THE CITY OF WASCO'S MOTION FOR AN EXTENSION OF TIME TO FILE POST TRIAL MOTIONS AND SUPPORTING PAPERS UNDER RULE 59 OF THE FEDERAL RULES OF CIVIL PROCEDURE

## PROOF OF SERVICE

I, Chaka C. Okadigbo, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avene, Suite 695, Los Angeles, CA 90071.

On April 6, 2010, I served the **DEFENDANT CITY OF WASCO'S NOTICE AND MOTION FOR AN EXTENSION OF TIME TO FILE POST TRIAL MOTIONS AND SUPPORTING PAPERS UNDER RULE 59 OF THE FEDERAL RULES OF CIVIL PROCEDURE** upon the following parties pursuant to the method described below:

(1) Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com
(2) James Braze, Esq. at jbraze@bortonpetrini.com
(3) Steven J. Hassing at stevehassing@yahoo.com
(4) William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 6, 2010 Los Angeles, California.


                                        /s/ Chaka C. Okadigbo
                                        Chaka C. Okadigbo