1  BONIFACIO BONNY GARCIA (SBN 100761)
   CHAKA C. OKADIGBO (SBN 224547)
2  SUSAN GRAHAM BARNES (phv)
   GCR, LLP
3  520 SOUTH GRAND AVENUE, SUITE 695
   LOS ANGELES, CA 90071
4  Tel: (213) 347-0210
   Fax: (213) 347-0216
5

6  Attorneys for Defendant CITY OF WASCO

7

8                    UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH                    Case No: 1:07-CV-01080-LJO-WMV

12          Plaintiff,                **DEFENDANT  CITY OF WASCO'S
                                      MEMORANDUM OF POINTS AND**
13      vs.                           **AUTHORITIES IN SUPPORT OF
                                      MOTION FOR AN EXTENSION OF TIME**
14  NORTHERN CALIFORNIA               **TO FILE POST TRIAL MOTIONS AND**
    UNIVERSAL ENTERPRISES             **SUPPORTING PAPERS UNDER RULE 59**
15  COMPANY, INC., *et al.*,          **OF THE FEDERAL RULES OF CIVIL
                                      PROCEDURE**
16          Defendants.

17                                    HONORABLE LAWRENCE J. O'NEILL
                                      Division 4
18

19

20      Defendant City of Wasco ("the City") presents the following Memorandum of

21  Authorities in support of its Motion for an Extension of Time to File Post Trial Motions and

22  Supporting Papers under Rule 59 of the Federal Rules of Civil Procedure.

23      I.    **PLAINTIFF HAS REFUSED TO AGREE TO TO THE CITY'S
              PROPOSED 30-DAY EXTENSION OF TIME TO FILE ITS RULE 59**
24            **MOTIONS AND SUPPORTING PAPERS**

25      The parties have agreed that an extension of time is necessary to enable the City to fully

26  and appropriately address all of points that will become the subject of the City's post trial

27  motions, but have been unable to agree on the amount of additional time to be afforded the City.

28  The City's counsel believes that the City will need a minimum extension of thirty days from the

Memorandum of Points and Authorities in Support of Motion for Extension of Time to File Post
Trial  Motions

1   original filing deadline to fully address the issues which the City will present in its post trial

2   motions. Plaintiff's attorney has refused to agree to the thirty day extension of time that defense

3   counsel contends will be necessary to make a complete presentation of the City's post-trial

4   motions and briefing to the Court.  Plaintiff's attorney has stated no reasons for Plaintiff's

5   opposition to the City's motion and has refused without explanation to stipulate to the City's

6   contemporaneously filed *Ex Parte Application for an Order Shortening Time to Hear the City's*

7   *Motion for an Extension of Time to File Post Trial Motions and Supporting Papers under Rule*

8   *59 of the Federal Rules of Civil Procedure*. See Declaration of Chaka C. Okadigbo ¶¶ 5-6.

9

10   **II.   THERE IS GOOD CAUSE FOR EXTENDING THE TIME FOR FILING
        THE CITY'S RULE 59 MOTIONS AND SUPPORTING PAPERS**

11       Good cause for granting this motion is established by the following facts.

12       The trial lasted seven days, beginning Monday, March 1, 2010.  The jury returned its

13   verdict in favor of Plaintiff on Wednesday, March 10, 2010.  Judgment was entered on the

14   verdict on March 23, 2010.  The present deadline for filing post trial motions and supporting

15   papers is April 20.

16       The resulting transcript of the trial is 1,148 pages long.  Furthermore, 132 joint exhibits

17   were admitted into evidence and the parties also introduced additional separate exhibits into

18   evidence.  The Court subsequently entered judgment and issued an order requiring that post

19   trial motions and supporting papers cite to specific page and lines of the trial transcript and

20   specific portions of the exhibits in their post trial motions and any papers supporting them. *See*

21   *Order Regarding Potential Post-Trial Motions*, dated March 26, 2010, lines 18-19.

22       The City will need the at least thirty days after the April 20 deadline to review and

23   analyze the trial transcript and the offered and admitted exhibits and to prepare its moving

24   papers in accordance with the Court's requirements on citations to the record.

25       The Court issued numerous rulings on the parties' cross motions for summary judgment

26   and on parties' motions *in limine*.  The City also intends to address these rulings in its post trial

27   motions and, therefore, for this additional reason, needs the requested extension of time to

28   adequately cover these matters.

Memorandum of Points and Authorities in Support of Motion for Extension of Time to File Post Trial Motions

1    In sum, in order to fully review and analyze the record (including the transcript, exhibits,

2  instructions and rulings on motions), to meet the requirements of the Court's March 26  Order

3  and to prepare properly the post trial motions and the supporting papers,  the City is in need of

4  the thirty day extension of time requested in this Motion.

5    **III.    CONCLUSION AND REQUEST FOR RELIEF**

6    The Declaration of Chaka Okadigbo is attached in support of this motion. It shows that

7  no previous extensions have been requested by any of the parties and that the City's need for the

8  additional time requested in this Motion is reasonable.    As counsel further explains in the

9  Declaration, although good cause exists for granting the City's Motion, the Plaintiff without

10  stating any reason  has  refused to agree to the extension, even though there is no evidence that

11  Plaintiff would be prejudiced by granting the Motion. *Declaration of Chaka C. Okadigbo* at ¶¶

12  5-6.

13    The City respectfully asks that the Court enter its Order granting to the City an extension

14  of time to file its post trial motions and supporting papers from April 20, 2010 to May 20, 2010.

15

16  DATED:  April 6, 2010                          GCR, LLP

17

18                                        By:___/s/  Chaka C. Okadigbo___
                                              CHAKA C. OKADIGBO
19                                            SUSAN GRAHAM BARNES
                                              Attorneys for Defendant
20                                            CITY OF WASCO

21

22

23

24

25

26

27

28

Memorandum of Points and Authorities in Support of Motion for Extension of Time to File Post
Trial  Motions

1

2 **PROOF OF SERVICE**

3    I, Chaka C. Okadigbo, declare that I am over the age of eighteen (18) and not a party to

4 this action.  My business address is 520 South Grand Avene, Suite 695, Los Angeles, CA

5 90071.

6    On April 6, 2010, I served the **MEMORANDUM OF POINTS AND AUTHORITIES**

7 **IN SUPPORT OF DEFENDANT  CITY OF WASCO'S MOTION FOR  AN** .

8 **EXTENSION OF TIME TO FILE POST TRIAL MOTIONS AND SUPPORTING**

9 **PAPERS UNDER RULE 59 OF THE FEDERAL RULES OF CIVIL PROCEDURE** upon

10 the following parties pursuant to the method described below:

11    (1)    Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

12    (2)    James Braze, Esq. at jbraze@bortonpetrini.com

13    (3)    Steven J. Hassing at stevehassing@yahoo.com

14    (4)    William L. Alexander at walexander@alexander-law.com

15    **BY ELECTRONIC SERVICE:**   Pursuant to Fed.R.Civ.P.5(b)(2)  and  Local  Court

16 Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the

17 CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail

18 Notice List to receive ECF transmission at the email address(es) indicated above.

19    I declare under penalty of perjury under the laws of the state of California that the above

20 is true and correct.

21    Executed, April 6, 2010 Los Angeles, California.

22

23

24    _/s/ Chaka C. Okadigbo_____
       Chaka C. Okadigbo

25

26

27

28

Memorandum of Points and Authorities in Support of Motion for Extension of Time to File Post
Trial  Motions