BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
SUSAN GRAHAM BARNES (phv)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF DEFENDANT CITY OF WASCO'S NOTICE AND MOTION FOR AN EXTENSION OF TIME TO FILE POST TRIAL MOTIONS AND SUPPORTING PAPERS UNDER RULE 59 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

### DECLARATION OF CHAKA C. OKADIGBO

1. I am an attorney with the law firm of GCR, LLP ("GCR"). I represent Defendant City of Wasco ("the City") in this action. I have been principally responsible for handling the litigation of the instant action. Except as to those matters attested to on information and belief, I have firsthand personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify thereto under oath.

2. The trial transcript for this matter is 1,148 pages long. There were more than 132 joint exhibits plus many additional exhibits submitted by each party. It will take more than the twenty-eight (28) day time frame provided by Rule 59 of the Federal Rules of Civil Procedure to review, analyze and cite to specific page and lines of the transcript and specific portions of

Declaration of Chaka C. Okadigbo in Support of Motion for Extension of Time to File Post Trial Motions

exhibits in the papers supporting post-trial motions.

3. Judgment was entered in this litigation on March 23, 2010. Currently, papers in support of Motions for New Trial and/or for Altering or Amending Judgment are due no later than April 20, 2010. The City respectfully requests an extension of time until May 20, 2010 to file its papers in support of its Motion for New Trial and/or its Motion for Altering or Amending Judgment.

4. There have been no other requests for an extension of time by any party.

5. I attempted to obtain a stipulation by all the parties to an extension of time. Plaintiff's counsel initially stated that he would not agree to more than a three week extension, and but later refused to stipulate to the City's proposed shortening the time for hearing this motion. The combined effect of the Plaintiff's position on the two proposed stipulations would deprive the City of the opportunity to present its motions to the Court in a timely and fully effective manner.

6. Due to the size of the record, the number of exhibits introduced into evidence, the Court's requirement that the parties cite to page and line numbers within the record, and to counsel's intent to discuss the Court's summary judgment and motion in limine rulings in the City's post trial motions, I believe that the City will need at least 30 days beyond the initial deadline for the filing of post-trial motions under Rule 59 of the Federal Rules of Civil Procedure to adequately address these matters. I also believe that the Plaintiff would not be prejudiced by the requested extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of April, 2010, in Los Angeles, California.

_____
CHAKA C. OKADIGBO

Declaration of Chaka C. Okadigbo in Support of Motion for Extension of Time to File Post Trial Motions

**PROOF OF SERVICE**

I, Chaka C. Okadigbo, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avene, Suite 695, Los Angeles, CA 90071.

On April 6, 2010, I served the **DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF DEFENDANT CITY OF WASCO'S NOTICE AND MOTION FOR AN EXTENSION OF TIME TO FILE POST TRIAL MOTIONS AND SUPPORTING PAPERS UNDER RULE 59 OF THE FEDERAL RULES OF CIVIL PROCEDURE** upon the following parties pursuant to the method described below:

(1) Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2) James Braze, Esq. at jbraze@bortonpetrini.com

(3) Steven J. Hassing at stevehassing@yahoo.com

(4) William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 6, 2010 Los Angeles, California.


                        /s/ Chaka C. Okadigbo
                        Chaka C. Okadigbo

Declaration of Chaka C. Okadigbo in Support of Motion for Extension of Time to File Post Trial Motions