# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER McINTOSH,<br><br>    Plaintiff,<br><br>    vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC., et al,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 07-1080 LJO GSA<br><br>**ORDER ON DEFENDANT CITY OF WASCO'S EX PARTE APPLICATIONS AND DEFENSE MOTION TO STAY ENFORCEMENT OF JUDGMENT**<br>(Docs. 343, 350, 355.) |

Defendant City of Wasco seeks on shortened time an extension to file post-trial motions and to stay enforcement of judgment against it pending this Court's ruling on post-trial motions. Defendants Northern California Universal Enterprises Company and Lotus Developments, L.P. also seek to stay enforcement of judgment against them pending this Court's ruling on post-trial motions. This Court is troubled by defendants and this Court's need to address such matters given that such requested relief is routine and would have been granted if requested orally after the verdict. As such, this Court:

1. SETS May 20, 2010 as the deadline to file post-trial motions and supporting papers;
2. ORDERS the parties to comply with Local Rule 230 on filing opposition and reply papers and setting a hearing;
3. ADMONISHES counsel to comply with this Court's March 26, 2010 order regarding post-trial motions; and

1

4. STAYS enforcement of the judgment pending post-trial motions and this Court's further orders.

IT IS SO ORDERED.

**Dated:     April 6, 2010**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE