BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
SUSAN GRAHAM BARNES (phv)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA  90071
Tel: (213) 347-0210
Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al*.,<br><br>Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**DEFENDANT CITY OF WASCO'S OBJECTION TO BILL OF COSTS**<br><br>HONORABLE LAWRENCE J. O'NEILL<br>Division 4 |

Defendant, City of Wasco ("the City") objects to the Bill of Costs filed by Plaintiff upon the following grounds:

1. The Plaintiff's Bill of Costs requests taxing of certain alleged costs that are not allowable under 28 U.S.C. §1920;

2. Plaintiff has not provided sufficient support for the amounts of certain categories of other costs.

3. Plaintiff has not provided sufficient support for his Bill of Costs as required by Local Rule 292(b).  Plaintiff has not submitted the required memorandum with itemization sufficient to show the relationship between the individual expenses recited in the voluminous materials attached to the Bill of Costs and the totals of the categories listed on the first page of the Bill of Costs.  Further, the affidavit signed

1  by Plaintiff's counsel (page 1, Bill of Costs) standing alone is insufficient to show
2  that each of the expenses claimed is an allowable cost permitted by law.
3  Specifically, the City objects to:

Fees for exemplification and costs of making copies, total $14, 560, are **excessive** and not shown by itemization attached to the Bill of Costs to be necessarily obtained for use in the case  (Bill of Costs, page 1 of 45 and attachments); further, the itemization appears to include claimed costs for self copying by Plaintiff that are **not allowable** costs (Attachment, page 5 of 45).

Other costs: Travel, hotel and meals of attorneys James Braze and Jeffrey Travis and law clerk Tom Kapstrom,[1] total $5425.25, are **not allowable** (Attachment, page 5 of 45);

Other costs:  travel and other expenses claimed for persons who were not trial witnesses or subpoenaed for trial, **not shown to be necessarily obtained for use in the ca**se (Attachment, page 5 of 45);

Subpoena costs (unclear where these costs are listed on the Bill of Costs), for subpoena of Heath James, $105 and Dennis DeWalt, $35.50, **not shown to be necessarily obtained for use in the case**  (Attachment, page  5 of 45);

"Other expenses" (unclear where these claimed costs are listed on the Bill of Costs) delivery/messenger $606.66 **not allowable** (Attachment, page 5 of 45);

"Copying," documentation insufficient, not identified as part of claimed total of $14,560 or shown to be in an additional expense, **not shown to be necessarily obtained for use in the case** (Attachment, page 5 of 45);

"Expenses McIntosh Paid Direct," $17,961.92, including "Prepare of Trial Documents" (sic, ) "Document Reproduction," "Office Equipment Charges," "Delivery Service," and  "Meals, Lodging & Mileage for Trial are expenses paid by Plaintiff that are **not allowable** as costs (Attachment, page 5 of 45);

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /

---

[1] Mr. Kapstrom was not counsel of  record and  did not serve as an attorney for the Plaintiff.  His role appeared to be limited to activities as a law clerk or paralegal.

Defendant City of Wasco's Objection to Bill of Costs

1  |  Fees and disbursements for printing, $4,780.05, are **not sufficiently identified in the attached itemization and not shown to be necessarily obtained for use in the case** (Bill of Costs, page 1, and attachments).

DATED:  April 8, 2010                GCR, LLP


By:   /s/Chaka C. Okadigbo
    CHAKA C. OKADIGBO
    SUSAN GRAHAM BARNES
    Attorneys for Defendant
    CITY OF WASCO

**PROOF OF SERVICE**

I, Chaka C. Okadigbo, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avenue, Suite 695, Los Angeles, CA 90071.

On April 8, 2010, I served **DEFENDANT CITY OF WASCO'S OBJECTION TO BILL OF COSTS** upon the following parties pursuant to the method described below:

(1) Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2) James Braze, Esq. at jbraze@bortonpetrini.com

(3) Steven J. Hassing at stevehassing@yahoo.com

(4) William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding, the foregoing person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 8, 2010 Los Angeles, California.

                                             /s/ Chaka C. Okadigbo
                                              Chaka C. Okadigbo