IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER McINTOSH, | CASE NO. CV F 07-1080 LJO GSA |
| Plaintiff, | **ORDER ON PLAINTIFF'S F.R.Civ.P. 37(c)(2) MOTION FOR ATTORNEY FEES** |
| vs. | (Doc. 360.) |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC., et al, | |
| Defendants. | |

This Court VACATES plaintiff's F.R.Civ.P. 37(c)(2) motion for attorney fees and the May 13, 2010 hearing on the motion. This Court deems the motion premature given potential post-trial motions and rulings thereon. Defendants need not respond to the motion at this time. If appropriate, plaintiff may refile the motion pending the outcome of post-trial motions. If plaintiff refiles the motion, this Court ADMONISHES plaintiff specifically to: (1) attribute and allocate attorney fees that flow directly from denial of requests for admission and need to prove denied requests for admission; and (2) demonstrate calculation of reasonable fees. This Court will not accept a mere splitting of all fees incurred since denial of the requests of admission, as plaintiff currently proposes. This Court also will not comb through billings to ascertain reasonableness or need for incurred attorney fees. The clerk is directed to term doc. 360.

IT IS SO ORDERED.

1 | **Dated:   April 15, 2010**                    **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES DISTRICT JUDGE