1   BONIFACIO BONNY GARCIA (SBN 100761)
    CHAKA C. OKADIGBO (SBN 224547)
2   SUSAN GRAHAM BARNES (phv)
    GCR, LLP
3   520 SOUTH GRAND AVENUE, SUITE 695
    LOS ANGELES, CA  90071
4   Tel: (213) 347-0210
    Fax: (213) 347-0216
5
    Attorneys for Defendant CITY OF WASCO
6

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH                    Case No: 1:07-CV-01080-LJO-WMV

12          Plaintiff,

13      vs.                           **NOTICE OF APPEAL**

14  NORTHERN CALIFORNIA
    UNIVERSAL ENTERPRISES
15  COMPANY, INC., *et al*.,

16          Defendants.

17

18          Notice is hereby given that Defendant City of Wasco in the above named case hereby

19  appeals to the United States Court of Appeals for the Ninth Circuit from the following orders of

20  the United States District Court for the Eastern District of California, Fresno Division:

21      1.  Final Judgment (Document No. 333), dated March 23, 2010.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    2.   Summary Judgment/ Adjudication Decision (Document No. 186), dated October 28,

2    2009.

3        DATED:  April 22, 2010        GCR, LLP

4

5

6                     By:____/s/Chaka C. Okadigbo_____

7                         CHAKA C. OKADIGBO
                          SUSAN GRAHAM BARNES

8                         BONIFACIO BONNY GARCIA
                         Attorneys for Defendant

9                         CITY OF WASCO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Chaka C. Okadigbo, declare that I am over the age of eighteen (18) and not a party to this action.  My business address is 520 South Grand Avenue, Suite 695, Los Angeles, CA 90071.

On April 22, 2010, I served **NOTICE OF APPEAL** upon the following parties pursuant to the method described below:

    (1)    Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

    (2)    James Braze, Esq. at jbraze@bortonpetrini.com

    (3)    Steven J. Hassing at stevehassing@yahoo.com

    (4)    William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:**  Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the CM/ECF docket for this case proceeding, the foregoing person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 22, 2010 Los Angeles, California.


                                  __/s/ Chaka C. Okadigbo_____
                                      Chaka C. Okadigbo