## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
**2500 Tulare Street**
**Fresno, CA 93721**

**ROGER MCINTOSH,**
           Plaintiff

           v.                                                    **CASE NO. 1:07–CV–01080–LJO–GSA**

**NOTHERN CALIFORNIA UNIVERSAL**
**ENTERPRISES COMPANY, ET AL.,**
           Defendant

       You are hereby notified that a Notice of Appeal was filed on **April 22, 2010**
in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant
to FRAP 3(d).

April 23, 2010

                              **VICTORIA C. MINOR**
                              **CLERK OF COURT**

                         **by:**  /s/  J. Hellings

                         Deputy Clerk