BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
SUSAN GRAHAM BARNES (phv)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>  Plaintiff,<br><br>  vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al*.,<br><br>  Defendants. | Case No: 1:07-CV-01080-LJO-WMV<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant City of Wasco in the above named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following orders of the United States District Court for the Eastern District of California, Fresno Division:

1. Final Judgment (Document No. 333), dated March 23, 2010.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2. Summary Judgment/ Adjudication Decision (Document No. 186), dated October 28, 2009.

DATED: April 22, 2010          GCR, LLP


By: /s/Chaka C. Okadigbo
CHAKA C. OKADIGBO
SUSAN GRAHAM BARNES
BONIFACIO BONNY GARCIA
Attorneys for Defendant
CITY OF WASCO

## PROOF OF SERVICE

I, Chaka C. Okadigbo, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avenue, Suite 695, Los Angeles, CA 90071.

On April 22, 2010, I served **NOTICE OF APPEAL** upon the following parties pursuant to the method described below:

(1)　　Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2)　　James Braze, Esq. at jbraze@bortonpetrini.com

(3)　　Steven J. Hassing at stevehassing@yahoo.com

(4)　　William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding, the foregoing person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 22, 2010 Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　/s/ Chaka C. Okadigbo
　　　　　　　　　　　　　　　　　　　　Chaka C. Okadigbo

4839-5518-0806
3
**NOTICE OF APPEAL**