1  BONIFACIO BONNY GARCIA (SBN 100761)
   CHAKA C. OKADIGBO (SBN 224547)
2  SUSAN GRAHAM BARNES (phv)
   GCR, LLP
3  520 SOUTH GRAND AVENUE, SUITE 695
   LOS ANGELES, CA  90071
4  Tel: (213) 347-0210
   Fax: (213) 347-0216
5
   Attorneys for Defendant CITY OF WASCO
6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | ROGER McINTOSH | Case No: 1:07-CV-01080-LJO-WMV |
12 | Plaintiff, | **DEFENDANT/APPELLANT CITY OF WASCO'S NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |
13 | vs. | |
14 | NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al*., | Date: June 23, 2010
Time: 8:30 a.m.
Courtroom.: 4 |
15 | | |
16 | Defendants. | Judge: Honorable Lawrence J. O'Neill |

17

18

19  **RULE 3-2 REPRESENTATION STATEMENT**

20  Defendant/Appellant in this action, City of Wasco, is represented by the following

21  counsel:

22  GCR, LLP                              MCDONOUGH HOLLAND & ALLEN PC
    BONIFACIO GARCIA                      ANN T. SCHWING
23  CHAKA C. OKADIGBO                     500 Capitol Mall, 18th Floor
    SUSAN GRAHAM BARNES                   Sacramento, CA 95814-4704
24  520 S. Grand Ave., Suite 695          Telephone:  916-444-3900
    Los Angeles, CA 90071                 Facsimile: 916-444-8334
25  Telephone:  213-347-0210
    Facsimile: 213-347-0216
26

27  / / /

28  / / /

Plaintiff/Appellee in this action, Roger McIntosh, is represented by:

BORTON PETRINI, LLP
JAMES J. BRAZE
Stockdale Tower
5060 California Avenue Suite 700
Bakersfield, CA 93309
Telephone: (661) 322-3051
Facsimile: (661) 322-4628

DATED: April 27, 2010                    GCR, LLP


                                         By:   /s/Chaka C. Okadigbo
                                                CHAKA C. OKADIGBO
                                                SUSAN GRAHAM BARNES
                                                Attorneys for Defendant
                                                CITY OF WASCO

**PROOF OF SERVICE**

I, Chaka C. Okadigbo, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 South Grand Avenue, Suite 695, Los Angeles, CA 90071.

On April 27, 2010, I served **DEFENDANT CITY OF WASCO'S NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** upon the following parties pursuant to the method described below:

(1) Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2) James Braze, Esq. at jbraze@bortonpetrini.com

(3) Steven J. Hassing at stevehassing@yahoo.com

(4) William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding, the foregoing person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, April 27, 2010 Los Angeles, California.


                                                      /s/ Chaka C. Okadigbo
                                                      Chaka C. Okadigbo