Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**EX PARTE APPLICATION BY LOTUS AND NORTHERN TO EXCEED THE 25 PAGE LIMIT ON BRIEFS**<br><br>**HONORABLE LAWRENCE O'NEILL** |

     Lotus Developments, L.P. and Northern California Universal Enterprise Company hereby apply for an Order allowing them to exceed by five pages, this court's 25 page limit on briefs.

     On April 20, 2010, Lotus and Northern filed a Rule 59 Motion seeking to alter or amend the judgment entered March 23, 2010.  Alternatively, the motion seeks a new trial. The motion asserts numerous and varied grounds.  The brief is due May 20. Counsel is making a good faith effort to keep the brief to the 25 page limit.  Although not yet

completed, it is doubtful that the 25 page limit can be observed while adequately covering all of the issues and providing the full and complete analysis of the facts, law and circumstances requiring the relief sought.

Dated this 9th day of May, 2010              /s/ Steven J. Hassing
                                             Steven J Hassing, Attorney for Lotus
                                             Developments, LP and Northern
                                             California Universal Enterprise
                                             Company

Ex Parte Application by Louts and Northern to Exceed The 25 Page Limit on Briefs

### CERTIFICATE OF SERVICE

1. On May 9th, 2010, I served the following document:

   - **EX PARTE APPLICATION BY LOTUS DEVELOPMENTS, LP TO EXCEED THE 25 PAGE LIMIT ON BRIEFS**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
5060 California Ave, Suite 700
Bakersfield 93309

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

_____   By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9th day of May, 2010

/s/ Kimberley A. Hassing
Kimberley A. Hassing