Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF STEVEN J. HASSING IN SUPPORT OF LOTUS'S AND NORTHERN'S EX PARTE APPLICATION FOR ORDER ALLOWING THE FILING OF A BRIEF EXCEEDING 25 PAGES**<br><br>**HONORABLE LAWRENCE O'NEILL** |

I, Steven J Hassing, declare;

1. I am authorized to practice before this court and represent Lotus and Northern in the above entitled action.

2. On April 20 I filed a Motion under Rule 59 seeking an order altering or vacating the March 23 judgment entered in this matter.

3. The supporting brief is due May 20, 2010.

4.       The motion is based upon numerous and varied grounds and, although I am trying, I do not believe that I will be able to effectively or completely support the motion without exceeding, by up to five pages, this court's 25 page limit on briefs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 9th day of May, 2010                     /s/ Steven J. Hassing
                                                    Steven J Hassing, Attorney for Lotus
                                                    Developments, LP and Northern
                                                    California Universal Enterprise
                                                    Company

# CERTIFICATE OF SERVICE

1. On May 9th, 2010, I served the following document:

    - **DECLARATION OF STEVEN J. HASSING IN SUPPORT OF LOTUS'S AND NORTHERN'S EX PARTE APPLICATION FOR ORDER ALLOWING THE FILING OF A BRIEF EXCEEDING 25 PAGES**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
5060 California Ave, Suite 700
Bakersfield 93309

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301


_____   By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9th day of May, 2010

/s/ Kimberley A. Hassing
Kimberley A. Hassing