IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER McINTOSH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NORTHERN CALIFORNIA<br>UNIVERSAL ENTERPRISES, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | CASE NO. CV F 07-1080 LJO GSA<br><br>**ORDER ON BRIEFING PAGE LIMITS**<br>(Docs. 371-372.) |

　　　　Defendants Northern California Universal Enterprises Co. and Lotus Developments, L.P. seek leave to exceed this Court's briefing limits for their post-trial motions. In cursory fashion, defense counsel fails to indicate by how many pages he seeks to exceed the briefing limits. This Court does not provided open-ended briefing limits and treats briefs in excess of page limits as a necessity, not a luxury to be taken lightly. This Court PERMITS defendants Northern California Universal Enterprises Co. and Lotus Developments, L.P. to file an opening brief not to exceed 30 pages on the condition that such brief is **well-organized, clear and succinct and avoids unnecessary duplication**. All other briefing shall conform to the Standing Order page limitations of this Court, unless this Court orders otherwise.

　　　　IT IS SO ORDERED.

**Dated:　May 10, 2010**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE