BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
SUSAN GRAHAM BARNES (phv)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA  90071
Tel: (213) 347-0210
Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>    Plaintiff,<br><br>    vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>    Defendants. | Case No: 1:07-CV-01080-LJO-GSA<br><br>**DEFENDANT CITY OF WASCO'S NOTICE AND EX PARTE APPLICATION FOR AN ORDER EXTENDING THE PAGE LIMIT ON BRIEFS TO 33 PAGES**<br><br>HONORABLE LAWRENCE J. O'NEILL<br>Courtroom 4 |

Defendant, City of Wasco ("the City") hereby moves this Court for an Order extending the page limit for the City's *Memorandum of Points and Authorities in Support of Motion to Alter or Amend the Judgment or in the Alternative for a New Trial* to 33 pages.

The City of Wasco filed its *Motion to Alter or Amend the Judgment or, in the Alternative, for a New Trial* on April 20, 2010.  The supporting brief for this Motion is due on May 20, 2010.

This court has previously set a 25 page limit pursuant to the "Standing Order in All Civil Suits Assigned to District Judge Lawrence J. O'Neil."  Given the length of the trial, the extensiveness of the record, the court's requirement of a complete citation to the record, and the

grounds in support of the Motion that the City intends to cover, the City believes that 33 pages may be needed to adequately set forth all of its arguments. To be clear, the City will do the utmost it can to comply with the court's 25 page limit and understands the Court's preference for succinctness and organization. However, the City requests the page limit extension out of necessity.

As the Motion requests the granting of the application *ex parte,* no date for a hearing of the Application is stated herein.

DATED: May 10, 2010                    GCR, LLP


                                       By:    /s/ Chaka C. Okadigbo
                                          CHAKA C. OKADIGBO
                                          SUSAN GRAHAM BARNES
                                          Attorneys for Defendant
                                          CITY OF WASCO

# **PROOF OF SERVICE**

I, Chaka C. Okadigbo, declare that I am over the age of eighteen (18) and not a party to this action. My business address is 520 S. Grand Ave, Suite 695, Los Angeles, CA 90071. On May 12, 2010, I served the **DEFENDANT CITY OF WASCO'S NOTICE AND EXPARTE APPLICATION FOR AN ORDER EXTENDING THE PAGE LIMIT ON BRIEFS TO 33 PAGES** upon the following parties pursuant to the method described below:

(1) Jeffrey A. Travis, Esq. at jtravis@bortonpetrini.com

(2) James Braze, Esq. at jbraze@bortonpetrini.com

(3) Steven J. Hassing at stevehassing@yahoo.com

(4) William L. Alexander at walexander@alexander-law.com

**BY ELECTRONIC SERVICE:** Pursuant to Fed.R.Civ.P.5(b)(2) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed, May 12, 2010 in Los Angeles, California.

       /s/ Chaka C. Okadigbo
       Chaka C. Okadigbo