BONIFACIO BONNY GARCIA (SBN 100761)
CHAKA C. OKADIGBO (SBN 224547)
SUSAN GRAHAM BARNES (phv)
GCR, LLP
520 SOUTH GRAND AVENUE, SUITE 695
LOS ANGELES, CA 90071
Tel: (213) 347-0210
Fax: (213) 347-0216

Attorneys for Defendant CITY OF WASCO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., *et al.*,<br><br>　　　　Defendants. | Case No: 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF CHAKA C. OKADIGBO IN SUPPORT OF DEFENDANT CITY OF WASCO'S NOTICE AND EX PARTE APPLICATION FOR AN ORDER EXTENDING THE PAGE LIMIT ON THE CITY'S POST-TRIAL MOTION TO 33 PAGES**<br><br>HONORABLE LAWRENCE J. O'NEILL<br>Courtroom 4 |

I, Chaka C. Okadigbo, state, and if so called, will testify as follows:

1.　I am an attorney for the defendant in the above-named case and have been responsible for preparing, reviewing, instructing and conducting discovery and investigation into the facts surrounding this case.

2.　I am duly licensed to practice in the courts of the State of California including the Eastern District of California.

3.　On or about April 20, 2010, I filed Defendant City of Wasco's *Motion to Alter or Amend the Judgment or in the Alternative for a New Trial.*

4816-8666-4710　　　　　　　　　　　　　　1

**Declaration Of Chaka C. Okadigbo In Support Of Defendant City of Wasco's Notice and Ex Parte Application for an Order Extending Page Limit**

1   4.   The supporting *Memorandum of Points and Authorities* for the above-referenced
2   Motion is due on May 20, 2010.
3   5.   I am making every reasonable effort to comply with the court's 25 page limit for
4   all briefs but believe that an additional eight pages may be needed to adequately set forth all of
5   the City of Wasco's arguments in its *Memorandum of Points and Authorities in Support of*
6   *Motion to Alter or Amend the Judgment or in the Alternative for a New Trial.*
7   I declare under penalty of perjury under the laws of the State of California that the
8   foregoing is true and correct.
9   Executed this 12th day of May, 2010, at Los Angeles, California

By:   /s/ Chaka C. Okadigbo
　　　　Chaka C. Okadigbo

4816-8666-4710                         2

**Declaration Of Chaka C. Okadigbo In Support Of Defendant City of Wasco's Notice and Ex Parte Application for an Order Extending Page Limit**