

McDonough Holland & Allen PC
Attorneys at Law

Ann Taylor Schwing
Sacramento Office
916-325-4501 tel
916-444-3249 fax



May 6, 2010

**FILED**

MAY 1 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Molly C. Dwyer
Clerk of Court
Gerald Rosen, Deputy Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, CA 94119-3939

Re:   Roger McIntosh v. City of Wasco, et al.  No. 10-15999
      Eastern District of California No. 1:07 CV 01080-LJO-GSA

Dear Ms. Dwyer:

    Thank you for your April 30, 2010 communication regarding this appeal. We are submitting the mediation questionnaire separately.

    I write with regard to the Time Schedule Order. The transcript has already been obtained, but the parties are engaged in a post-trial motions under Federal Rules of Civil Procedure 59 and 60, as contemplated in Federal Rule of Appellate Procedure 4(a)(4). The hearing for all of these motions is currently set for June 23, 2010. The decision is likely to require some time thereafter given the number of issues and parties. If these motions do not resolve the appeal, they may affect the circumstances sufficiently to lead to a settlement. Moreover, the City is amenable to mediation, although it cannot speak for other parties, and the post-trial motions may encourage a mediation.

    As a result, the briefing schedule with opening brief due August 2, 2010 poses significant concern. There may be less than a month between the trial court's decision on the post-trial motions and the due date of the opening brief.

    The clerk preparing the Time Schedule Order could not have known of the pendency of the post-trial motions that are now being briefed. I assume that a different schedule would have been entered, with that knowledge.

**Sacramento**
500 Capitol Mall
18th Floor
Sacramento, CA
95814
tel 916.444.3900
toll free 800.403.3900
fax 916.444.8334

**Oakland**
1901 Harrison Street
9th Floor
Oakland, CA
94612
tel 510.273.8780
toll free 800.339.3030
fax 510.839.9104

www.mhalaw.com

1313584v1 37534/0003

**MHA**  McDonough Holland & Allen PC
Attorneys at Law

May 6, 2010
Page 2

      I bring this to your attention now, in case you wish to alter the Time Schedule Order now, or I can seek an extension of time in early July.

                    Very truly yours,

                    Ann Taylor Schwing

cc:    Honorable Lawrence J. O'Neill
        James J. Braze
        Steven J. Hassing
        William L. Alexander
        Chaka C. Okadigbo