# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER McINTOSH, | CASE NO. CV F 07-1080 LJO GSA |
| Plaintiff, | **ORDER ON BRIEFING PAGE LIMITS**<br>(Doc. 374.) |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, INC., et al., | |
| Defendants. / | |

Defendant City of Wasco ("Wasco") seeks leave to exceed this Court's briefing limits. This Court treats briefs in excess of page limits as a necessity, not a luxury to be taken lightly. This Court PERMITS Wasco to file an opening post-judgment motion brief not to exceed 33 pages on the condition that such brief is **well-organized, clear and succinct and avoids unnecessary duplication**. All other briefing shall conform to the Standing Order page limitations of this Court, unless this Court orders otherwise.

IT IS SO ORDERED.

**Dated:   May 12, 2010**               /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE