# EXHIBIT T

BP000464



INCREMENT #1

INCREMENT #2

INCREMENT #3

STATE HIGHWAY 46 AND VALLEY ROSE PARKWAY

PROPOSED INTERSECTION DESIGN

**EXHIBIT**
**P.108**



BP000459



BP000460



BP000462

BP000463



STATE HIGHWAY 46 AND VALLEY ROSE PARKWAY
PROPOSED INTERSECTION DESIGN

B  /481

BP000465

# TENTATIVE PARCEL MAP No. 9572
## "REVISED"





VICINITY MAP

BP000466



TENTATIVE TRACT MAP No. 5618



TENTATIVE TRACT MAP No. 5618

BP000467



BP000468



"REVISED" TENTATIVE TRACT MAP No. 5618
GENERAL NOTES
LEGAL DESCRIPTION
STATISTICS
SCALE: 1" = 100'
SUBDIVIDER
OWNER
PREPARED BY:
DATE
"REVISED" TENTATIVE TRACT MAP NO. 5618
VALLEY ROSE PARKWAY
HIGHLAND PARK DRIVE
OLYMPIC CLOSE
CASTLE PINES CT.
ENGLISH TURN
ST. ANDREWS CRESCENT
WYNSTONE PL
SHERWOOD CT.
BELLERIVE WAY
FIRESTONE DRIVE
DESERT MOUNTAIN ROAD
TUMBLE BROOK CT.
GLEN ABBEY WAY
NEIGHBORHOOD PARK
BROADMOOR CIR.
HARBOUR TOWN DRIVE
EDINBURGH WAY
AUGUSTA MANOR DRIVE
PINEHURST DRIVE
BLACK LAKE DRIVE
ST. MELLION WAY
SCOFIELD AVENUE
VICINITY MAP
PROJECT LOCATION

BP000469

## GENERAL NOTES: (CITY OF WASCO)

1. IMPROVEMENTS SHALL BE IN ACCORDANCE WITH STATE OF CALIFORNIA BUSINESS AND TRANSPORTATION AGENCY DEPARTMENT OF TRANSPORTATION STANDARD SPECIFICATIONS, JULY 1992 AS MODIFIED.
2. ALL IMPROVEMENTS SHALL BE IN ACCORDANCE WITH CITY OF WASCO STREET IMPROVEMENT STANDARDS.
3. THE STREET HAS BEEN DESIGNED FOR A TRAFFIC INDEX OF 6.0 FOR COLLECTOR STREETS.
4. ALL STREETS HAVE BEEN DESIGNED USING A MINIMUM "R" VALUE AS SHOWN. SHOULD FURTHER TESTING SHOW A LOWER "R" VALUE OF THE ACTUAL IN PLACE MATERIAL STREETS SHALL BE REDESIGNED ACCORDING TO THE DIFFERENT "R" VALUE, IN ACCORDANCE WITH CITY ENGINEER'S POLICY.
5. ANY LAYER OF "R" VALUE MATERIAL SPECIFIED IN THE TYPICAL CROSS-SECTION MAY BE INCREASED IN DEPTH PROVIDED THAT THE MATERIAL BELOW THAT LAYER HAS NO LESS THAN THE MINIMUM THICKNESS SHOWN.
6. RELATIVE COMPACTION OF NOT LESS THAN 95% SHALL BE OBTAINED FOR A MINIMUM DEPTH OF 1.0 FEET BELOW GRADING PLANE FOR THE ENTIRE WIDTH OF PAVEMENT (LIP OF GUTTER TO LIP OF GUTTER). IN ADDITION, RELATIVE COMPACTION OF NOT LESS THAN 95% SHALL BE OBTAINED FOR A MINIMUM DEPTH OF 2.0 FEET BELOW FINISH GRADE ON COLLECTOR STREETS FOR THE FL TO FL WIDTH PLUS 1 FOOT ON EACH SIDE.

   EXAMPLE: FL TO FL WIDTH ON LOCAL STREET IS 20' EACH SIDE OF CENTERLINE THEREFORE THE WIDTH OF 1' DEPTH IS 45'+ 1' AND 45' + 1' = 92'
7. ANY WORK WHICH EFFECTS ANY EXISTING MAINTAINED ROAD OR TRAFFIC THEREON SHALL BE COMPLETED WITHIN 20 WORKING DAYS FROM START OF WORK.
8. PORTLAND CEMENT CONCRETE SHALL BE CLASS "A" WITH TYPE V CEMENT AND A WATER CEMENT RATIO OF 0.50, UNLESS OTHERWISE INDICATED.
9. INSTALL PERMANENT TRAFFIC CONTROL SIGNING AND OTHER SAFETY DEVICES TO MEET WITH THE APPROVAL OF THE CITY ENGINEER PRIOR TO OPENING STREETS FOR TRAFFIC TEMPORARY OR OTHERWISE.
10. STREET LIGHTING SHALL BE INSTALLED AND A MEANS PROVIDED TO CONTRACT FOR PUBLIC UTILITY SERVICES.
11. PRIOR TO START OF ANY EARTHWORK, SUBDIVIDER SHALL OBTAIN A GRADING PERMIT AS REQUIRED BY CITY ADOPTED CHAPTER 70 OF U.B.C. AND GRADING ORDINANCE.
12. ALL EXISTING FACILITIES, INCLUDING BUT NOT LIMITED TO STRUCTURES, POLES, PIPELINES, CONDUITS, CANALS, AND APPURTENANCES, WHICH ARE CONSIDERED TO BE OBSTRUCTIONS SHALL BE REMOVED AND/OR RELOCATED AT THE EXPENSE OF THE SUBDIVIDER.
13. ASPHALT REJUVENATING AGENT SHALL BE APPLIED TO NEW ASPHALT CONCRETE PAVEMENT IN ACCORDANCE WITH THE PROVISIONS FOR FOG SEAL IN SECTION 37, BITUMINOUS SEALS, OF THE STATE DEPARTMENT OF TRANSPORTATION STANDARD SPECIFICATIONS, CURRENT EDITION, AND THE STATE DEPARTMENT OF TRANSPORTATION STANDARD SPECIAL PROVISIONS CURRENTLY IN EFFECT.

## SPECIAL NOTES:

1. CONTRACTOR AGREES THAT HE SHALL ASSUME SOLE AND COMPLETE RESPONSIBILITY FOR JOB SITE CONDITIONS DURING THE COURSE OF CONSTRUCTION OF THIS PROJECT, INCLUDING SAFETY OF ALL PERSONS AND PROPERTY. THIS REQUIREMENT SHALL APPLY CONTINUOUSLY AND NOT BE LIMITED TO NORMAL WORKING HOURS; AND THAT THE CONTRACTOR SHALL DEFEND, INDEMNIFY, AND HOLD THE OWNER, THE ENGINEER, AND THE CITY AND IT'S AGENT HARMLESS FROM ANY LIABILITY, REAL OR ALLEGED, IN REGARD TO THE PERFORMANCE OF WORK ON THIS PROJECT, EXCEPTING FOR LIABILITY ARISING FROM THE SOLE NEGLIGENCE OF THE OWNER OR THE ENGINEER, OR THE CITY AND IT'S AGENT.
2. EXISTING UTILITIES HAVE BEEN SHOWN ON THIS PLAN TO THE BEST OF THE ENGINEER'S KNOWLEDGE. THE ENGINEER ASSUMES NO RESPONSIBILITY FOR UNDERGROUND FACILITIES NOT SHOWN OR FOR INFORMATION OBTAINED FROM OUTSIDE SOURCES.
3. CONTRACTOR SHALL STUDY AND COMPARE ALL EXISTING CONDITIONS AND PROPOSED PLANS AND VERIFY THEIR ACCURACY AND COMPATABILITY WITH EACH OTHER PRIOR TO THE START OF CONSTRUCTION. THE CONTRACTOR SHALL ASSUME THE RESPONSIBILITY TO NOTIFY THE ENGINEER WHEN ADJACENT PLANS ARE NOT COMPATIBLE AND SHALL BE RESPONSIBLE FOR LOST WORK, INCLUDING TIME AND MATERIALS FOR PORTIONS OF THE PROJECT THAT ARE NOT ACCEPTABLE BECAUSE OF THE INCOMPATIBILITY OR REVISION OF ADJACENT AREAS.
4. CONTRACTOR WILL NOTIFY THE ENGINEER WHENEVER FIELD REVISIONS ARE MADE TO THE CONSTRUCTION DRAWINGS.
5. IN THE EVENT CONSTRUCTION STAKING BASED ON MARTIN-McINTOSH'S PLANS, DRAWINGS, OR OTHER DOCUMENTS IS PERFORMED BY ANOTHER FIRM, MARTIN-McINTOSH SHALL BE HELD HARMLESS AND RELEASED FROM ALL LIABILITY ARISING FROM THE USE OF SAID PLANS, DRAWINGS, OR OTHER DOCUMENTS.
6. MARTIN-McINTOSH SHALL NOT BE RESPONSIBLE OR LIABLE FOR UNAUTHORIZED CHANGES TO, OR USES OF THESE PLANS. ALL CHANGES TO THESE PLANS MUST BE APPROVED IN WRITING BY MARTIN-McINTOSH.
7. SUBDIVIDER SHALL OBTAIN THE NECESSARY BUILDING, GRADING, AND ENCROACHMENT PERMITS PRIOR TO STARTING ANY WORK REQUIRED BY THESE PLANS.
8. PRIOR TO ANY EXCAVATION, CONTRACTOR SHALL NOTIFY UNDERGROUND SERVICE ALERT (U.S.A.) AT 1-800-642-2444.
9. THE CITY OF WASCO SHALL BE NOTIFIED AT LEAST TWO (2) WORKING DAYS PRIOR TO START OF CONSTRUCTION. TELEPHONE (805) 758-3063.

## BENCHMARK USED:

TOP OF NGS BENCH MARK "U 455" LOCATED 37' NORTH AND 163' WEST OF THE INTERSECTION OF HIGHWAY 46 AND SCOFIELD AVENUE.
ELEVATION = 263.347 (N.G.S. FB. 494 PG. 73)

## CONSTRUCTION TRAFFIC CONTROL

1. NOTIFY THE CITY OF WASCO (805) 758-3063, TWO WORKING DAYS IN ADVANCE OF ALL WORK WHICH AFFECTS TRAFFIC ON CITY STREETS.
2. NO CONSTRUCTION WORK WILL COMMENCE UNTIL ALL CONSTRUCTION SIGNING IS IN PLACE.
3. CONSTRUCTION SIGNING SHALL BE IN ACCORDANCE WITH THE STATE OF CALIFORNIA MANUAL OF *TRAFFIC CONTROLS*. THE CITY SHALL DESIGNATE THE LOCATION OF ALL CONSTRUCTION SIGNS AND DEVICES TO BE USED ON THE PROJECT.
4. ALL CONSTRUCTION SIGNS AND DEVICES SHALL BE REFLECTORIZED AND PROVIDED BY THE CONTRACTOR. CONTRACTOR SHALL ERECT AND MAINTAIN SAID SIGNS FOR THE LENGTH OF THE CONTRACT. ALL SIGNS TO BE MOUNTED ON *WOOD POSTS PER CALTRANS STANDARD PLANS*. MINIMUM EMBEDMENT OF POST SHALL BE 3 FEET - 6 INCHES INTO SOIL. BOTTOM OF SIGN SHALL BE 7 FEET ABOVE CENTERLINE OF THE ROAD GRADE.
5. CONTRACTOR SHALL ALSO PROVIDE ANY ADDITIONAL CONSTRUCTION TRAFFIC CONTROL NECESSARY. THIS MAY INCLUDE TEMPORARY TRAVEL LANE TAPE DELINEATORS, AND TEMPORARY SIGNING FOR ALL PERMANENT SIGNS REMOVED.
6. COMPETENT FLAGMEN AND NECESSARY SIGNING SHALL BE USED WHEN:
   A. TWO-WAY TRAFFIC MUST USE A SINGLE LANE OR
   B. EQUIPMENT IS WORKING ON OR IMMEDIATELY ADJACENT TO TRAVELED ROADWAY.
7. ONLY PLYWOOD, METAL OR CANVAS SHALL BE USED AS A SIGN COVER. SIGN COVER SHALL BE PLACED TO COVER THE ENTIRE SIGN MESSAGE THAT IS TEMPORARILY INAPPLICABLE.
8. MINIMUM WIDTH OF ANY TRAVEL LANE SHALL BE 12 FEET.
9. ALL REGULATORY SIGNS SHALL BE IN PLACE PRIOR TO ACCEPTANCE OF IMPROVEMENTS BY THE CITY OF WASCO.

SECTION A
NO SCALE

SECTION B
NO SCALE

CURVE DATA

| CURVE | RADIUS | LENGTH | TANGENT | DELTA |
|---|---|---|---|---|
| (1) | 40.00' | 37.70' | 20.38' | [illegible] |
| (2) | 40.00' | 53.00' | 29.92 | [illegible] |

VICINITY MAP
NOT TO SCALE

# INCREMENT NO. 0
# HIGHWAY 46 AND VALLEY ROSE PARKWAY

DEVELOPER:
THE LEGACY GROUP
525 ROBINSON
BAKERSFIELD, CA.
322-4808

SUBMITTED:
MARTIN-McINTOSH, CIVIL-ENGINEERS
Submitted By: ________ Date
Roger A. McIntosh R.C.E. 33322
(Expires 6-30-94)

APPROVALS:
CITY OF WASCO CITY ENGINEER
Approved By: ________

Martin-McIntosh
LAND SURVEYING · CIVIL ENGINEERING
2001 WHEELAN COURT
BAKERSFIELD, CALIFORNIA 93309

VALLEY ROSE PLANNED COMMUNITY
HIGHWAY 46 INCREMENT NO. 0
CONSTRUCTION PLANS

SHEET 1 OF __ SHEETS



BP000451





BP000449















Case 1:07-cv-01080-LJO-GSA   Document 382   Filed 05/20/10   Page 26 of 71





# CITY OF WASCO
## DEPARTMENT OF PUBLIC WORKS
### SEWAGE PUMP STATION
AND
### FORCE MAIN
## VALLEY ROSE
## PLANNED COMMUNITY

### INDEX OF DRAWINGS

1. COVER SHEET
2. SITE PLAN
3. STATION LAYOUT
4. PLAN & SECTION
5. DETAILS
6. DETAILS
7. ELECTRICAL PLAN
8. ELECTRICAL DATA
9. SEWER FORCE MAIN (STA 10+00 TO STA 24+00)
10. SEWER FORCE MAIN (STA 24+00 TO STA 36+55.04)
11. SEWER FORCE MAIN (STA 10+00 TO STA 21+00)
12. SEWER FORCE MAIN (STA 21+00 TO STA 31+19.85)

SUBMITTED:
MARTIN-McINTOSH, CIVIL ENGINEERS

APPROVALS:
CITY OF WASCO DEPARTMENT OF PUBLIC WORKS

## CONSTRUCTION NOTES

### EARTHWORK

### REINFORCING STEEL

### REINFORCING STEEL

### STRUCTURAL STEEL

NOTE

## SPECIAL NOTES

### WET WELL CONSTRUCTION

### VALVE BOX CONSTRUCTION

### DUCTILE IRON PIPE

### PVC SEWER PIPE

### PVC FORCE MAIN

### PER INSTALLATION BACKFILL

## NOTES

## GENERAL NOTES

VICINITY MAP

BENCH MARK:







Case 1:07-cv-01080-LJO-GSA   Document 382   Filed 05/20/10   Page 32 of 71



Case 1:07-cv-01080-LJO-GSA   Document 382   Filed 05/20/10   Page 33 of 71





Case 1:07-cv-01080-LJO-GSA   Document 382   Filed 05/20/10   Page 35 of 71



SEWER FORCE MAIN
VALLEY ROSE PARKWAY ALIGNMENT

SEWER FORCE MAIN PROFILE



SEWER FORCE MAIN
VALLEY ROSE PARKWAY ALIGNMENT

SEWER FORCE MAIN PROFILE



SEWER FORCE MAIN
7th STREET ALIGNMENT

SEWER FORCE MAIN PROFILE



SEWER FORCE MAIN
7th STREET ALIGNMENT



TENTATIVE TRACT MAP No. 5472

"REVISED"

BP000434



BP000470



BP000471

BP000472



PLAN VIEW

PROFILE

STATE HIGHWAY 46



PLAN VIEW

PROFILE

STATE HIGHWAY 46

BP000473



BP000474

Case 1:07-cv-01080-LJO-GSA   Document 382   Filed 05/20/10   Page 46 of 71
BP000475





BP000476



CONSTRUCTION PLAN
VALLEY ROSE ESTATES
OFF-SITE WATER
LIMITS OF CONSTRUCTION
PLAN VIEW
PROFILE
STATE HIGHWAY 46
SECTION A-A
LEGEND:
MATCH LINE
SEE SHEET 8

BP000478

BP000479



LEONARD AVENUE

PLAN VIEW

PROFILE

Martin-McIntosh
30V McKlEE COURT
BAKERSFIELD, CALIFORNIA 93309

CONSTRUCTION PLAN
OFF-SITE PLAN
VALLEY ROSE ESTATES

SHEET
10

OF 8 SHEETS



BP000480





BP000436



TRACT 5472- VALLEY ROSE ESTATES
LANDSCAPE CONSTRUCTION DRAWINGS

KEY MAP

SCALE: 1" = 100'

Case 1:07-cv-01080-LJO-GSA   Document 382   Filed 05/20/10   Page 55 of 71







Case 1:07-cv-01080-LJO-GSA   Document 382   Filed 05/20/10   Page 58 of 71



SCALE IN FEET

VALLEY ROSE PARKWAY
STA 104+00 TO STA 174+00
TRACT 5472

VALLEY ROSE PARKWAY
LANDSCAPE INNOVATION
TRACT 5472

SHEET
6

SCALE IN FEET
0   20   40   60

North

10+00
SCALE 1"=10'

OLYMPIC CLOSE
South of Station 10+00
TRACT 5472

13+00
SCALE 1"=10'

PEBBLE BEACH WAY
South of Station 13+00
TRACT 5472

BOUNDARY TRACT 5472

ST ANDREWS
CRESCENT

VALLEY ROSE PARKWAY

VALLEY ROSE PARKWAY
STA 7+00 TO STA 23+82.0
TRACT 5472

MATCH LINE                    SEE SHEET 9





BP000437

BP000438





Martin-McIntosh
2001 WHEELAN COURT
BAKERSFIELD, CALIFORNIA 93309
WALL PLANS
TRACT NO. 5472
VALLEY ROSE PLANNED COMMUNITY
SHEET
3
SECTION A-A
NO SCALE
SECTION B-B
NO SCALE
CORNER
NO SCALE
PASEO - NORTH
PASEO - SOUTH
ST. ANDREW'S CRESCENT
SAWGRASS COURT
PEBBLE BEACH WAY
SEE SHEET 2
SCALE: 1" = 50' HORIZONTAL
1" = 5' VERTICAL

BP000439

BP000440

BP000441



WALL PLANS
VALLEY ROSE PLANNED COMMUNITY
PUMP STATION PLAN VIEW
DETAIL A
Valley Rose
TYPICAL ENTRY ELEVATION VIEW
SECTION B-B
TYPICAL ENTRY PLAN VIEW
EAST ENTRY PROFILE
WEST ENTRY PROFILE

BP000442

BP000443





BP000444



BP000445

BP000446



