EXHIBIT "G"

TRIAL EXHIBIT J-3



# Fidelity National Title Company

110 New Stine Road, Bakersfield, CA 93309
800 479-4070 • FAX 661 833-5943

DATE: October 30, 2007　　　　　　　　　　　　　　　　　　　　TIME: 11:08 AM
ESCROW NO.: 07-75126-SA
LOCATE NO.: CAFNT0915-0915-0001-0000075126
ESCROW OFFICER: Shaun Anderson-Bor　　　　　　　　　　CLOSING DATE: October 30, 2007

## SELLER FINAL CLOSING STATEMENT

SELLER:    Lotus Developments
BUYER:     Catarino Ponce
PROPERTY:  5604 St. Andrew's Crescent, Wasco, CA 93280

|  | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** |  |  |
| Total Consideration |  | 339,950.00 |
| **?ORATIONS/ADJUSTMENTS:** |  |  |
| ᴜnpaid County Taxes at $55.55 Semi-Annual from 10/30/2007 to 1/1/2008 | 18.82 |  |
| Seller Contribution Towards Buyers Closing Costs | 10,000.00 |  |
| Funds Paid to Seller Outside of Escrow | 500.00 |  |
| **PAYOFFS - East West Bank** |  |  |
| **Total Payoff $289,060.50** |  |  |
| Principal Balance to East West Bank | 288,957.50 |  |
| Forwarding/Demand Fee to East West Bank | 30.00 |  |
| Reconveyance Fee to East West Bank | 45.00 |  |
| Recording Fee to East West Bank | 18.00 |  |
| FAX Fee to East West Bank | 10.00 |  |
| NET PROCEEDS DUE SELLER | $40,370.68 |  |
| TOTALS | $339,950.00 | $339,950.00 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES



EXHIBIT J-3



# Fidelity National Title Company

110 New Stine Road, Bakersfield, CA 93309
800 479-4070 • FAX 661 833-5943

DATE: April 27, 2007
ESCROW NO.: 07-72425-CH
LOCATE NO.: CAFNT0915-0915-0001-0000072425
ESCROW OFFICER: Cindy Granlee

TIME: 9:13 AM

CLOSING DATE: April 27, 2007

## SELLER FINAL CLOSING STATEMENT

SELLER: Lotus Developments
BUYER: Richard Molina, Jr. and Gloria Molina
PROPERTY: 5614 St. Andrews Crescent, Wasco, CA 93280

|  | $ DEBITS | $ CREDITS |
|---|---:|---:|
| **FINANCIAL:** |  |  |
| Total Consideration |  | 309,950.00 |
| Deposit - LOTUS DEVELOPMENT |  | 41,233.24 |
| **PRORATIONS/ADJUSTMENTS:** |  |  |
| Prepaid County Taxes at $55.55 Annual from 4/27/2007 to 7/1/2007 |  | 9.88 |
| Funds paid outside of escrow | 2,000.00 |  |
| Seller credit toward closing costs | 9,298.50 |  |
| **TITLE CHARGES:** |  |  |
| Recording Notice of Completion | 14.00 |  |
| **ESCROW CHARGES:** |  |  |
| Draw Deed | 50.00 |  |
| **PAYOFFS - East West Bank** |  |  |
| **Total Payoff $263,580.50** |  |  |
| Principal Balance to East West Bank | 263,457.50 |  |
| Forwarding/Demand Fee to East West Bank | 30.00 |  |
| Reconveyance Fee to East West Bank | 45.00 |  |
| Recording Fee to East West Bank | 18.00 |  |
| FAX Fee to East West Bank | 10.00 |  |
| UCC Termination Fee to East West Bank | 20.00 |  |
| **MISCELLANEOUS:** |  |  |
| Millwood Cabinet Co., Inc. for Mechanic's Lien payment | 41,233.24 |  |
| NET PROCEEDS DUE SELLER | $35,016.88 |  |
| TOTALS | $351,193.12 | $351,193.12 |

DATE: December 9, 2009  TIME: 2:05 PM
ESCROW NO.: 09-3006149-JC
LOCATE NO.: CAFNT0915-0924-0001-0005703805
ESCROW OFFICER: Judy Caplan              CLOSING DATE: December 9, 2009

## SELLER FINAL CLOSING STATEMENT

SELLER: Valley Rose Estates, a California Limited Partnership 
BUYER: Karen A. Hilchey
PROPERTY: 5634 Saint Andrew's Crescent, Wasco, CA 93280

|  | $ DEBITS | $ CREDITS |
|---|---:|---:|
| **FINANCIAL:** |  |  |
| Total Consideration |  | 160,000.00 |
| **TITLE CHARGES:** |  |  |
| 02-ALTA Homeowner's 1-4 Res. for $160,000.00 | 600.60 |  |
| County Transfer Tax | 176.00 |  |
| Recording Deed | 15.00 |  |
| **ESCROW CHARGES:** |  |  |
| Escrow Fee to Fidelity National Title | 560.00 |  |
| Draw Deed | 50.00 |  |
| Overnight Delivery Fee | 10.00 |  |
| **PAYOFFS - East West Bank** |  |  |
| Total Payoff $50,103.00 |  |  |
| Principal Balance to East West Bank | 50,000.00 |  |
| Forwarding/Demand Fee to East West Bank | 30.00 |  |
| Reconveyance Fee to East West Bank | 45.00 |  |
| Recording Fee to East West Bank | 18.00 |  |
| FAX Fee to East West Bank | 10.00 |  |
| **COMMISSIONS:** |  |  |
| Listing Brokers Commission to Heartland Realty 0.00% | 4,500.00 |  |
| **MISCELLANEOUS:** |  |  |
| Hirst Consulting Services for NHD | 79.95 |  |
| Kern County Tax Collector for 1st inst 09/10 + 10% penalty 487-391-04 | 1,053.05 |  |
| NET PROCEEDS DUE SELLER | $102,852.40 |  |
| TOTALS | $160,000.00 | $160,000.00 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES



# Fidelity National Title Company

110 New Stine Road, Bakersfield, CA 93309
800 479-4070 • FAX 661 833-5943

DATE: May 23, 2008  TIME: 4:33 PM
ESCROW NO.: 08-77870-SA
LOCATE NO.: CAFNT0915-0915-0001-0000077870
ESCROW OFFICER: Shaun Anderson-Bor  CLOSING DATE: May 23, 2008

## SELLER FINAL CLOSING STATEMENT

SELLER:     Lotus Developments
BUYER:      Christopher Zimmerle
PROPERTY:   5644 St. Andrew's Crescent, Wasco, CA  93280

|  | $ DEBITS | $ CREDITS |
|---|---:|---:|
| **FINANCIAL:** | | |
| Total Consideration | | 250,000.00 |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Prepaid County Taxes at $55.55 Semi-Annual from 5/23/2008 to 7/1/2008 | | 11.73 |
| Funds Paid to Seller Outside of Escrow | 1,000.00 | |
| **PAYOFFS - East West Bank** | | |
| **Total Payoff $212,603.00** | | |
| Principal Balance to East West Bank | 212,500.00 | |
| Forwarding/Demand Fee to East West Bank | 30.00 | |
| Reconveyance Fee to East West Bank | 45.00 | |
| Recording Fee to East West Bank | 18.00 | |
| FAX Fee to East West Bank | 10.00 | |
| **COMMISSIONS:** | | |
| Selling Brokers Commission to Prudential Bakersfield Realtors 3.00% | 7,500.00 | |
| **MISCELLANEOUS:** | | |
| Residential Warranty Corporation for Home Protection Plan | 531.95 | |
| Nehemiah for Down Payment Assistance | 15,000.00 | |
| Nehemiah for Down Payment Processing Fee | 385.00 | |
| NET PROCEEDS DUE SELLER | $12,991.78 | |
| TOTALS | $250,011.73 | $250,011.73 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES

(dcctmtfs)(07-02)



# Fidelity National Title Company

110 New Stine Road, Bakersfield, CA 93309
800 479-4070 • FAX 661 833-5943

DATE: April 23, 2007
ESCROW NO.: 07-72428-CH
LOCATE NO.: CAFNT0915-0915-0001-0000072428
ESCROW OFFICER: Cindy Granlee

TIME: 9:43 AM

CLOSING DATE: April 23, 2007

## SELLER FINAL CLOSING STATEMENT

SELLER: Lotus Developments
BUYER: James Adams and Monica Adams
PROPERTY: 5664 St. Andrews Crescent / Lot 7, Tract 6451, Wasco, CA 93280

|  | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** |  |  |
| Total Consideration |  | 279,950.00 |
| **ORATIONS/ADJUSTMENTS:** |  |  |
| Prepaid County Taxes at $55.55 Annual from 4/23/2007 to 7/1/2007 |  | 10.49 |
| Funds paid outside of escrow | 2,000.00 |  |
| Seller credit toward closing costs | 8,338.00 |  |
| **TITLE CHARGES:** |  |  |
| 01-O-CLTA Standard - 1990 for $279,950.00 | 465.00 |  |
| County Transfer Tax | 307.95 |  |
| Recording Notice of Completion | 17.00 |  |
| **ESCROW CHARGES:** |  |  |
| Escrow Fee to Fidelity National Title | 108.00 |  |
| Draw Deed | 50.00 |  |
| **PAYOFFS - East West Bank** |  |  |
| Total Payoff $238,060.50 |  |  |
| Principal Balance to East West Bank | 237,957.50 |  |
| Reconveyance Fee to East West Bank | 45.00 |  |
| Recording Fee to East West Bank | 18.00 |  |
| FAX Fee to East West Bank | 10.00 |  |
| Statement fee to East West Bank | 30.00 |  |
| NET PROCEEDS DUE SELLER | $30,614.04 |  |
| TOTALS | $279,960.49 | $279,960.49 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES

Print Date: May 14, 2007 11:10 AM

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT FINAL STATEMENT Fidelity National Title Company | B. TYPE OF LOAN   OMB No. 2502-0265 |
|---|---|
| | 1. [ ] FHA   2. [ ] FmHA   3. [X] Conv. Unins |
| | 4. [ ] VA    5. [ ] Conv. Ins |
| | 6. ESCROW NUMBER: 07-73188-CH   7. LOAN NUMBER: 0046182184 |
| | 8. MORTGAGE INSURANCE CASE NUMBER: |

NOTE: THIS FORM IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING; THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. NAME & ADDRESS OF BORROWER: Jose H. Navarrete and Lidia I. Navarrete 5674 St. Andrews Crescent / Lot 8, Tract 6451 Wasco, CA 93280 | E. NAME & ADDRESS OF SELLER: Lotus Developments c/o Northern California Universal Enterprise Co. 300 B Street Turlock, CA 95380 | F. NAME & ADDRESS OF LENDER: Lehman Brothers Bank, FSB 327 Inverness Drive South Englewood, CO 80112 |
|---|---|---|
| G. PROPERTY LOCATION: 5674 St. Andrews Crescent / Lot 8, Tract 6451 Wasco, California 93280 Lot #8; Tract #6451 | H. SETTLEMENT AGENT: Fidelity National Title Company PLACE OF SETTLEMENT: 110 New Stine Road Bakersfield, CA 93309 | I. SETTLEMENT DATE: May 11, 2007 |

Lot # 8

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract Sales Price | 289,950.00 | 401. Contract Sales Price | 289,950.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 7,304.81 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. PPD County Taxes fr 5/11/2007 to 7/1/2007 | 7.72 | 407. PPD County Taxes fr 5/11/2007 to 7/1/2007 | 7.72 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| | | 416. | |
| | | 417. | |
| 118. | | 418. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 297,262.53 | 420. GROSS AMOUNT DUE TO SELLER | 289,957.72 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 289,950.00 | 502. Settlement charges to seller (line 1400) | 67.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Funds paid outside of Escrow | 2,000.00 | 504. Payoff to East West Bank | 246,560.50 |
| 205. Seller credit toward closing costs | 7,312.53 | 505. Funds paid outside of Escrow | 2,000.00 |
| 206. | | 506. Seller credit toward closing costs | 7,312.53 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 299,262.53 | 520. Total Reductions in Amount Due Seller | 255,940.03 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 297,262.53 | 601. Gross amount due to seller (line 420) | 289,957.72 |
| 302. Less amounts paid by/for borrower (line 220) | 299,262.53 | 602. Less reduction in amount due seller (line 520) | 255,940.03 |
| 303. CASH ( FROM) (XX TO) BORROWER | 2,000.00 | 603. CASH (XX TO) ( FROM) SELLER | 34,017.69 |

The document to which this certification is affixed is a full, true and exact copy of the original.

FIDELITY NATIONAL TITLE

Print Date: February 20, 2009 3:10 PM



#9

| A. U.S. DEPARTMENT OF HOUSING AND DEVELOPMENT | | B. TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|---|---|
| SETTLEMENT STATEMENT | | 1. [X] FHA  2. [ ] FmHA  3. [ ] Conv. Unins | | |
| FINAL STATEMENT | | 4. [ ] VA  5. [ ] Conv. Ins | | |
| Chicago Title Company | | 6. ESCROW NUMBER: 09-79064Z-JP | 7. LOAN NUMBER: 100427 | |
| | | 8. MORTGAGE INSURANCE CASE NUMBER: 045-6597927-703 | | |

NOTE: THIS FORM IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING; THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. NAME & ADDRESS OF BORROWER: | E. NAME & ADDRESS OF SELLER: | F. NAME & ADDRESS OF LENDER: |
|---|---|---|
| Jose J. Tarazon<br>PO Box 21403<br>Bakersfield, CA 93390 | Lotus Developments<br>2099 Fortune Drive<br>San Jose, CA 95131 | RPM Mortgage, Inc.<br>2175 N. California Blvd. Ste. 1000<br>Walnut Creek, CA 94596 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 441 Olympic Court, Lot 9<br>Wasco, California 93280 | Chicago Title Company | February 20, 2009 |
| | PLACE OF SETTLEMENT:<br>4015 Coffee Road, Suite 103<br>Bakersfield, CA 93308 | DISBURSEMENT DATE:<br>February 20, 2009 |

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract Sales Price | | 401. Contract Sales Price | 188,850.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. PPD County Taxes fr 2/20/2009 to 7/1/2009 | 1,066.31 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | | 420. GROSS AMOUNT DUE TO SELLER | 189,916.31 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 13,365.02 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff to East West Bank | 160,615.50 |
| 205. | | 505. deposit paid to seller outside of escrow | 2,000.00 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | | 520. Total Reductions in Amount Due Seller | 175,980.52 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | | 601. Gross amount due to seller (line 420) | 189,916.31 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reduction in amount due seller (line 520) | 175,980.52 |
| 303. CASH ( FROM) ( TO) BORROWER | | 603. CASH (XX TO) ( FROM) SELLER | 13,935.79 |



# Fidelity National Title Company
## OF CALIFORNIA

105 W. El Portal Drive, Merced, CA 95340
209 722-3911 • FAX 209 723-1958

DATE: October 27, 2009
ESCROW NO.: 09-3005625-JC
LOCATE NO.: CAFNT0915-0924-0001-0005703725
ESCROW OFFICER: Judy Caplan

TIME: 9:50 AM

CLOSING DATE: October 16, 2009

## MASTER STATEMENT

SELLER: Valley Rose Estates, A California Limited Partnership
BUYER: Miguel Ruiz and Emma C. Rivas
PROPERTY: 431 Olympic Court, Wasco, CA 93280

| SELLER | | | BUYER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | 160,000.00 | **FINANCIAL:**<br>Total Consideration<br>Deposit - Miguel Ruiz<br>Deposit - Miguel Ruiz | 160,000.00 | 8,000.00<br>151,405.84 |
| 791.40<br>1,662.00 | | **PRORATIONS/ADJUSTMENTS:**<br>Unpaid County Taxes at $1,356.68<br>Semi-Annual from 7/1/2009 to 10/16/2009<br>Seller Credit for Actual Closing Costs | | 791.40<br>1,662.00 |
| | | **TITLE CHARGES:**<br>01-O-CLTA Standard - 1990 for $160,000.00<br>County Transfer Tax<br>Recording Deed | 840.00<br>176.00<br>11.00 | |
| | | **ESCROW CHARGES:**<br>Escrow Fee to Fidelity National Title<br>Draw Deed<br>Overnight Delivery Fee | 560.00<br>50.00<br>25.00 | |
| 150,000.00<br>30.00<br>45.00<br>18.00 | | **PAYOFFS - East West Bank**<br>Total Payoff $150,093.00<br>Principal Balance to East West Bank<br>Forwarding/Demand Fee to East West Bank<br>Reconveyance Fee to East West Bank<br>Recording Fee to East West Bank | | |
| 4,000.00 | | **MISCELLANEOUS:**<br>HomeStar Real Estate for Referral Fee to Manuel Rojas<br>Bancserv for Accommodation Fee | 100.00 | |
| $3,453.60 | | BALANCE | $97.24 | |
| $160,000.00 | $160,000.00 | TOTAL | $161,859.24 | $161,859.24 |

(clsstmtmstr)(03-06)



# Chicago Title Company

4015 Coffee Road., Suite 100, Bakersfield, CA 93308
661 410-4700 • FAX 661 410-4660

#13

DATE: March 10, 2009　　　　　　　　　　　　　　　　　　　　　　　　TIME: 10:58 AM
ESCROW NO.: 09-55012124-JP
LOCATE NO.: CACTI7715-7715-4550-0055012124
ESCROW OFFICER: Joanne Palmer　　　　　　　　　　　　　　　　CLOSING DATE: March 10, 2009

## SELLER FINAL CLOSING STATEMENT

SELLER: Valley Rose Estates
BUYER: Francisco Espinoza
PROPERTY: 401 Olympic Court, Wasco, CA 93280

|  | $ DEBITS | $ CREDITS |
|---|---:|---:|
| **FINANCIAL:** |  |  |
| Total Consideration |  | 220,000.00 |
| **PRORATIONS/ADJUSTMENTS:** |  |  |
| Prepaid County Taxes at $1,708.42 Semi-Annual from 3/10/2009 to 7/1/2009 |  | 1,053.52 |
| buyer paid deposit to seller outside of escrow | 500.00 |  |
| **NEW LOAN CHARGES - Platinum Home Mortgage** |  |  |
| Total Loan Charges: $12,169.82 |  |  |
| Origination Fee 1.00% to Platinum Home Mortgage | 2,123.00 |  |
| Discount Points 1.50% to Platinum Home Mortgage | 3,240.23 |  |
| Processing Fee to Platinum Home Mortgage | 450.00 |  |
| Underwriting Fee to Platinum Home Mortgage | 400.00 |  |
| Lender Admin Fee to Platinum Home Mortgage | 175.00 |  |
| Interest at $31.0700 per day fr 3/9/2009 to 4/1/2009 to Platinum Home Mortgage | 211.77 |  |
| **PAYOFFS - East West Bank** |  |  |
| Total Payoff $187,093.00 |  |  |
| Principal Balance to East West Bank | 187,000.00 |  |
| Forwarding/Demand Fee to East West Bank | 30.00 |  |
| Reconveyance Fee to East West Bank | 45.00 |  |
| Recording Fee to East West Bank | 18.00 |  |
| **COMMISSIONS:** |  |  |
| Listing Brokers Commission to Westex Realtors 0.00% | 4,000.00 |  |
| **MISCELLANEOUS:** |  |  |
| Residential Warranty Corporation for builder warranty | 556.95 |  |
| Kern County Tax Collector for 2nd 1/2 08-09 487-392-05-00-2 | 1,708.42 |  |
| NET PROCEEDS DUE SELLER | $20,595.15 |  |
| TOTALS | $221,053.52 | $221,053.52 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES

(dostmtrs)(07-02)



Page 1

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT FINAL STATEMENT Fidelity National Title Company of California | B. TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|---|
| | 1. [X] FHA  2. [ ] FmHA  3. [ ] Conv. Unins | | |
| | 4. [ ] VA  5. [ ] Conv. Ins | | |
| | 6. ESCROW NUMBER: 09-3004187-JC | 7. LOAN NUMBER: 6498751319 | |
| | 8. MORTGAGE INSURANCE CASE NUMBER: 045-690973-9-703 | | |

NOTE: THIS FORM IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING; THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. NAME & ADDRESS OF BORROWER: Rene Martin De Leon 5631 Olympic Court Wasco, CA 93280 | E. NAME & ADDRESS OF SELLER: Valley Rose Estates, a California Limited Partnership 2099 Fortune Dr San Jose, CA 95131 | F. NAME & ADDRESS OF LENDER: Bank of America 9000 Southside Blvd. Bldg. 600 Jacksonville, FL 32256 |
|---|---|---|
| G. PROPERTY LOCATION: 5631 Olympic Court Wasco, California 93280 | H. SETTLEMENT AGENT: Fidelity National Title Company of California  PLACE OF SETTLEMENT: 105 W. El Portal Drive Merced, CA 95340 | I. SETTLEMENT DATE: May 22, 2009  DISBURSEMENT DATE: May 22, 2009 |

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract Sales Price | 170,000.00 | 401. Contract Sales Price | 170,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 2,959.44 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. PPD County Taxes fr 5/18/2009 to 7/1/2009 | 213.32 | 407. PPD County Taxes fr 5/18/2009 to 7/1/2009 | 213.32 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. Gross Amount Due From Borrower | 173,172.76 | 420. Gross Amount Due To Seller | 170,213.32 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | 5,748.62 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 166,920.00 | 502. Settlement charges to seller (line 1400) | 10,050.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. deposit paid to seller outside of escrow | 1,000.00 | 504. Payoff to East West Bank | 150,093.00 |
| 205. | | 505. deposit paid to seller outside of escrow | 1,000.00 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 173,668.62 | 520. Total Reductions In Amount Due Seller | 161,143.00 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 173,172.76 | 601. Gross amount due to seller (line 420) | 170,213.32 |
| 302. Less amounts paid by/for borrower (line 220) | 173,668.62 | 602. Less reduction in amount due seller (line 520) | 161,143.00 |
| 303. CASH ( FROM) (XX TO) BORROWER | 495.86 | 603. CASH (XX TO) ( FROM) SELLER | 9,070.32 |

# FINANCIAL TITLE COMPANY
6255 Sunset Boulevard, Suite 909, Hollywood, CA 90028
(323) 468-1200

## SELLERS CLOSING STATEMENT
### Final

(#18)

Seller: LOTUS DEVELOPMENTS, A CALIFORNIA LIMITED PARTNERSHIP

Escrow No: 00362392-321 SMJ
Close Date: 08/21/2007
Proration Date: 08/21/2007
Date Prepared: 08/23/2007

Property: 5611 Olympic Court
Wasco, CA 93280

| Description | Debit | Credit |
|---|---|---|
| **TOTAL CONSIDERATION:** | | 359,950.00 |
| Total Consideration | | |
| **ESCROW CHARGES:** | | |
| Escrow Fee to Financial Title Company | 534.95 | |
| Document Preparation to Financial Title Company | 100.00 | |
| **MISCELLANEOUS CHARGES:** | | |
| County Transfer Tax to County of Kern | 395.95 | |
| **ADDITIONAL CHARGES:** | | |
| Property Disclosure to First American NHD | 79.95 | |
| **PRORATIONS AND ADJUSTMENTS:** | | |
| County Taxes          From 07/01/07 To 08/21/07 | 628.68 | |
| Based on the Semi - Annual amount of $2,249.69 | | |
| Deposit to Seller COE | 2,000.00 | |
| Credit Closing Costs-Estimate | 8,634.96 | |
| **PAYOFFS:** | | |
| Payoff to East West Bank | 306,060.50 | |
| $305,957.50   Principal Balance | | |
| $30.00   Statement Fee | | |
| $10.00   Fax Fee | | |
| $45.00   Reconveyance Fee | | |
| $18.00   Recording Fee | | |
| **TITLE CHARGES:** | | |
| Owners Policy $359,950.00 to Financial Title Company | 702.90 | |
| Title Wire/Misc Fees to Financial Title Company | 25.00 | |
| Demand Processing Fee to Financial Title Company | 50.00 | |
| Sub Totals | 319,212.89 | 359,950.00 |
| Proceeds Due Seller | 40,737.11 | |
| Totals | $359,950.00 | $359,950.00 |



# Fidelity National Title Company

110 New Stina Road, Bakersfield, CA 93309
800 479-4070 • FAX 661 833-5943

DATE: July 11, 2008　　　　　　　　　　　　　　　　　　TIME: 9:15 AM
ESCROW NO.: 08-78330-JP
LOCATE NO.: CAFNT0915-0915-0001-0000078330
ESCROW OFFICER: Joanne Palmer　　　　　　　　　　　CLOSING DATE: July 11, 2008

## SELLER FINAL CLOSING STATEMENT

SELLER: Lotus Developments, a California Limited Partnership
BUYER: Rudy Gonzalez
PROPERTY: 5601 Olympic Court, Wasco, CA 93280

|  | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** | | |
| Total Consideration | | 230,000.00 |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Prepaid County Taxes at $55.55 Semi-Annual from 7/1/2008 to 7/11/2008 | 3.09 | |
| **PAYOFFS - East West Bank** | | |
| Total Payoff $200,093.00 | | |
| Principal Balance to East West Bank | 200,000.00 | |
| Forwarding/Demand Fee to East West Bank | 30.00 | |
| Reconveyance Fee to East West Bank | 45.00 | |
| Recording Fee to East West Bank | 18.00 | |
| **COMMISSIONS:** | | |
| Selling Brokers Commission to Prudential Bakersfield Realtors 0.00% | 6,900.00 | |
| **MISCELLANEOUS:** | | |
| Residential Warranty Corp. for 210 Warranty | 581.95 | |
| Nehemiah for contribution | 13,800.00 | |
| Nehemiah for processing fee | 399.00 | |
| NET PROCEEDS DUE SELLER | $8,222.96 | |
| TOTALS | $230,000.00 | $230,000.00 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES



# Fidelity National Title Company

4015 Coffee Road, Suite 100, Bakersfield, CA 93308
661-410-4700 • FAX 661-410-4670

(#22)

DATE: September 30, 2008　　　　　　　　　　　　　　　　　　TIME: 11:38 AM
ESCROW NO.: 08-78598-JP
LOCATE NO.: CAFNT0915-0915-0001-0000078598
ESCROW OFFICER: Joanne Palmer　　　　　　　　　　　CLOSING DATE: September 30, 2008

## SELLER FINAL CLOSING STATEMENT

SELLER: Lotus Developments
BUYER: Daniel Thomas Hill and John Najera and Geraldine Najera
PROPERTY: 5620 Olympic Court - Lot 22, Wasco, CA 93280

| | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** | | |
| Total Consideration | | 215,000.00 |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Unpaid County Taxes at $1,407.22 Semi-Annual from 7/1/2008 to 9/30/2008 | 695.79 | |
| desposit paid to seller outside of escrow | 2,000.00 | |
| **TITLE CHARGES:** | | |
| Recording grant deed from Valley to Lotus | 12.00 | |
| Recording accommodation grant deed for Valley Rose | 24.00 | |
| **NEW LOAN CHARGES - Bank of America** | | |
| Total Loan Charges: $9,764.95 | | |
| x Service to Homefocus | 82.00 | |
| **PAYOFFS - East West Bank** | | |
| Total Payoff $182,843.00 | | |
| Principal Balance to East West Bank | 182,750.00 | |
| Forwarding/Demand Fee to East West Bank | 30.00 | |
| Reconveyance Fee to East West Bank | 45.00 | |
| Recording Fee to East West Bank | 18.00 | |
| **MISCELLANEOUS:** | | |
| Residential Warranty Corp. for 210 warranty | 544.45 | |
| Nehemiah Program for Nehemiah contribution | 12,900.00 | |
| Nehemiah Program for Nehemiah processing | 399.00 | |
| NET PROCEEDS DUE SELLER | $15,499.76 | |
| TOTALS | $215,000.00 | $215,000.00 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES

(cfsstmt(fs)(07-02)




110 New Stine Road, Bakersfield, CA 93309
800 479-4070 • FAX 661 833-5943

TIME: 9:10 AM

DATE: August 4, 2008
ESCROW NO.: 08-78597-JP
LOCATE NO.: CAFNT0915-0915-0001-0000078597
ESCROW OFFICER: Joanne Palmer

CLOSING DATE: July 31, 2008

## SELLER FINAL CLOSING STATEMENT

SELLER: Lotus Developments
BUYER: John M. Najera and Geraldine G. Najera
PROPERTY: 5630 Olympic Court, Wasco, CA 93280

|  | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** |  |  |
| Total Consideration |  | 210,000.00 |
| Deposit - Lotus Developments |  | 5,666.21 |
| **PRORATIONS/ADJUSTMENTS:** |  |  |
| Unpaid County Taxes at $55.55 Semi-Annual from 7/1/2008 to 7/31/2008 | 9.26 |  |
| deposit paid to seller outside of escrow | 2,000.00 |  |
| **TITLE CHARGES:** |  |  |
| Recording accommodation grant deed | 15.00 |  |
| Notice of Completion for lot 18 as accommodation | 18.00 |  |
| **PAYOFFS - East West Bank** |  |  |
| Total Payoff $200,093.00 |  |  |
| Principal Balance to East West Bank | 200,000.00 |  |
| Forwarding/Demand Fee to East West Bank | 30.00 |  |
| Reconveyance Fee to East West Bank | 45.00 |  |
| Recording Fee to East West Bank | 18.00 |  |
| **MISCELLANEOUS:** |  |  |
| Residential Warranty Corp. for 210 warranty | 531.95 |  |
| Nehemiah for gift contribution | 12,600.00 |  |
| Nehemiah for processing fee | 399.00 |  |
| **BALANCE DUE ESCROW** |  |  |
| TOTALS | $215,666.21 | $215,666.21 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES