# EXHIBIT "O"

# COURT'S EXHIBIT "E"

Copy +
Ex "E."

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,                           CASE NO. CV F 07-1080 LJO GSA

    Plaintiff,

vs.

NORTHERN CALIFORNIA
UNIVERSAL ENTERPRISES,
INC., LOTUS DEVELOPMENTS,
LP, THE CITY OF WASCO, AND
DENNIS W. DeWALT, INC.,

    Defendants.

**FILED**

MAR 10 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## NOTE FROM THE JURY

___ The jury has reached a unanimous verdict.

___ The jury requests the following:

_____
_____
_____
_____

X  The jury has the following question(s):

IF WE award Money to the PlainTIFF REGARDING MR WU's COMPANIES DO WE SPLIT THE AWARD between lotus + Northern.

DATED: March ____, 2010

    _____
    PRESIDING JUROR

Answer: If you decide that the Plaintiff is due any damages from one or both of Mr. Wu's companies, than you must treat each company separately, both on the decision to award and the amount of the award. — Judge Neal

EXHIBIT "P"

CORP CODE 15643(b)

California Corporations Code § 15643.

CALIFORNIA CODES

CALIFORNIA CORPORATIONS CODE

Title 2. PARTNERSHIPS

Chapter 3. CALIFORNIA REVISED LIMITED PARTNERSHIP ACT

Article 4. General Partners

*Current through 2010*

**§ 15643.**

(a) Except as otherwise provided in this chapter, a general partner of a limited partnership has the rights and powers and is subject to the restrictions of a partner in a partnership without limited partners.

(b) Except as provided in this chapter, a general partner of a limited partnership has the liabilities of a partner in a partnership without limited partners to persons other than the partnership and the other partners. Except as provided in this chapter, a general partner of a limited partnership has the liabilities of a partner in a partnership without limited partners to the partnership and to the other partners.

# EXHIBIT "Q"

# CORP CODE 15653

California Corporations Code � 15653.

CALIFORNIA CODES

CALIFORNIA CORPORATIONS CODE

Title 2. PARTNERSHIPS

Chapter 3. CALIFORNIA REVISED LIMITED PARTNERSHIP ACT

Article 5. Finance

*Current through 2010*

§ 15653.

The profits and losses of a limited partnership shall be allocated among the partners in the manner provided in the partnership agreement. If the partnership agreement does not otherwise provide, profits and losses shall be allocated in proportion to the contributions of each partner.