EXHIBIT "G"

TRIAL EXHIBIT  J-3



# Fidelity National Title Company

110 New Stine Road, Bakersfield, CA 93309
800 479-4070 • FAX 661 833-5943

**DATE:** October 30, 2007
**ESCROW NO.:** 07-75126-SA
**LOCATE NO.:** CAFNT0915-0915-0001-0000075126
**ESCROW OFFICER:** Shaun Anderson-Bor

**TIME:** 11:08 AM

**CLOSING DATE:** October 30, 2007

## SELLER FINAL CLOSING STATEMENT

**SELLER:** Lotus Developments
**BUYER:** Catarino Ponce
**PROPERTY:** 5604 St. Andrew's Crescent , Wasco, CA 93280

| | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** | | |
| Total Consideration | | 339,950.00 |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Unpaid County Taxes at $55.55 Semi-Annual from 10/30/2007 to 1/1/2008 | 18.82 | |
| Seller Contribution Towards Buyers Closing Costs | 10,000.00 | |
| Funds Paid to Seller Outside of Escrow | 500.00 | |
| **PAYOFFS - East West Bank** | | |
| **Total Payoff $289,060.50** | | |
| Principal Balance to East West Bank | 288,957.50 | |
| Forwarding/Demand Fee to East West Bank | 30.00 | |
| Reconveyance Fee to East West Bank | 45.00 | |
| Recording Fee to East West Bank | 18.00 | |
| FAX Fee to East West Bank | 10.00 | |
| NET PROCEEDS DUE SELLER | $40,370.68 | |
| TOTALS | $339,950.00 | $339,950.00 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES



EXHIBIT
J-3

 Fidelity National Title Company

110 New Stine Road, Bakersfield, CA  93309
800 479-4070 • FAX 661 833-5943

DATE: April 27, 2007                                                      TIME: 9:13 AM
ESCROW NO.: 07-72425-CH
LOCATE NO.: CAFNT0915-0915-0001-0000072425
ESCROW OFFICER: Cindy Granlee                                            CLOSING DATE: April 27, 2007

### SELLER FINAL CLOSING STATEMENT

SELLER:   Lotus Developments
BUYER:    Richard Molina, Jr.  and Gloria Molina
PROPERTY: 5614 St. Andrews Crescent, Wasco, CA 93280

|  | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** | | |
| Total Consideration | | 309,950.00 |
| Deposit - LOTUS DEVELOPMENT | | 41,233.24 |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Prepaid County Taxes at $55.55 Annual from 4/27/2007 to 7/1/2007 | | 9.88 |
| Funds paid outside of escrow | 2,000.00 | |
| Seller credit toward closing costs | 9,298.50 | |
| **TITLE CHARGES:** | | |
| Recording Notice of Completion | 14.00 | |
| **ESCROW CHARGES:** | | |
| Draw Deed | 50.00 | |
| **PAYOFFS - East West Bank** | | |
| **Total Payoff $263,580.50** | | |
| Principal Balance to East West Bank | 263,457.50 | |
| Forwarding/Demand Fee to East West Bank | 30.00 | |
| Reconveyance Fee to East West Bank | 45.00 | |
| Recording Fee to East West Bank | 18.00 | |
| FAX Fee to East West Bank | 10.00 | |
| UCC Termination Fee to East West Bank | 20.00 | |
| **MISCELLANEOUS:** | | |
| Millwood Cabinet Co., Inc. for Mechanic's Lien payment | 41,233.24 | |
| NET PROCEEDS DUE SELLER | $35,016.88 | |
| TOTALS | $351,193.12 | $351,193.12 |

**DATE:** December 9, 2009                                          **TIME:** 2:05 PM
**ESCROW NO.:** 09-3006149-JC
**LOCATE NO.:** CAFNT0915-0924-0001-0005703805
**ESCROW OFFICER:** Judy Caplan

**CLOSING DATE:** December 9, 2009

## SELLER FINAL CLOSING STATEMENT

**SELLER:**    Valley Rose Estates, a California Limited Partnership      
**BUYER:**     Karen A. Hilchey
**PROPERTY:**  5634 Saint Andrew's Crescent, Wasco, CA  93280

| | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** | | |
| Total Consideration | | 160,000.00 |
| **TITLE CHARGES:** | | |
| 02-ALTA Homeowner's 1-4 Res. for $160,000.00 | 600.60 | |
| County Transfer Tax | 176.00 | |
| Recording Deed | 15.00 | |
| **ESCROW CHARGES:** | | |
| Escrow Fee to Fidelity National Title | 560.00 | |
| Draw Deed | 50.00 | |
| Overnight Delivery Fee | 10.00 | |
| **PAYOFFS - East West Bank** | | |
| **Total Payoff $50,103.00** | | |
| Principal Balance to East West Bank | 50,000.00 | |
| Forwarding/Demand Fee to East West Bank | 30.00 | |
| Reconveyance Fee to East West Bank | 45.00 | |
| Recording Fee to East West Bank | 18.00 | |
| FAX Fee to East West Bank | 10.00 | |
| **COMMISSIONS:** | | |
| Listing Brokers Commission to Heartland Realty 0.00% | 4,500.00 | |
| **MISCELLANEOUS:** | | |
| Hirst Consulting Services for NHD | 79.95 | |
| Kern County Tax Collector for 1st inst 09/10 + 10% penalty 487-391-04 | 1,053.05 | |
| | | |
| NET PROCEEDS DUE SELLER | $102,852.40 | |
| TOTALS | $160,000.00 | $160,000.00 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES



# Fidelity National Title Company

110 New Stine Road, Bakersfield, CA 93309
800 479-4070 • FAX 661 833-5943

DATE: May 23, 2008                                                    TIME: 4:33 PM
ESCROW NO.: 08-77870-SA
LOCATE NO.: CAFNT0915-0915-0001-0000077870
ESCROW OFFICER: Shaun Anderson-Bor                      CLOSING DATE: May 23, 2008

## SELLER FINAL CLOSING STATEMENT

SELLER:       Lotus Developments
BUYER:        Christopher Zimmerle
PROPERTY:     5644 St. Andrew's Crescent, Wasco, CA 93280

| | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** | | |
| Total Consideration | | 250,000.00 |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Prepaid County Taxes at $55.55 Semi-Annual from 5/23/2008 to 7/1/2008 | | 11.73 |
| Funds Paid to Seller Outside of Escrow | 1,000.00 | |
| **PAYOFFS - East West Bank** | | |
| **Total Payoff $212,603.00** | | |
| Principal Balance to East West Bank | 212,500.00 | |
| Forwarding/Demand Fee to East West Bank | 30.00 | |
| Reconveyance Fee to East West Bank | 45.00 | |
| Recording Fee to East West Bank | 18.00 | |
| FAX Fee to East West Bank | 10.00 | |
| **COMMISSIONS:** | | |
| Selling Brokers Commission to Prudential Bakersfield Realtors 3.00% | 7,500.00 | |
| **MISCELLANEOUS:** | | |
| Residential Warranty Corporation for Home Protection Plan | 531.95 | |
| Nehemiah for Down Payment Assistance | 15,000.00 | |
| Nehemiah for Down Payment Processing Fee | 385.00 | |
| NET PROCEEDS DUE SELLER | $12,991.78 | |
| TOTALS | $250,011.73 | $250,011.73 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES

(docmstk)(07-02)



# Fidelity National Title Company

110 New Stine Road, Bakersfield, CA  93309
800 479-4070 • FAX 661 833-5943

**DATE:** April 23, 2007
**ESCROW NO.:** 07-72428-CH
**LOCATE NO.:** CAFNT0915-0915-0001-0000072428
**ESCROW OFFICER:** Cindy Granlee

**TIME:** 9:43 AM

**CLOSING DATE:** April 23, 2007

## SELLER FINAL CLOSING STATEMENT

**SELLER:** Lotus Developments
**BUYER:** James Adams  and Monica Adams
**PROPERTY:** 5664 St. Andrews Crescent / Lot 7, Tract 6451, Wasco, CA  93280

|  | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** |  | 279,950.00 |
| Total Consideration |  |  |
|  |  |  |
| **ORATIONS/ADJUSTMENTS:** |  | 10.49 |
| Prepaid County Taxes at $55.55 Annual from 4/23/2007 to 7/1/2007 |  |  |
| Funds paid outside of escrow | 2,000.00 |  |
| Seller credit toward closing costs | 8,338.00 |  |
|  |  |  |
| **TITLE CHARGES:** |  |  |
| 01-O-CLTA Standard - 1990 for $279,950.00 | 465.00 |  |
| County Transfer Tax | 307.95 |  |
| Recording Notice of Completion | 17.00 |  |
|  |  |  |
| **ESCROW CHARGES:** |  |  |
| Escrow Fee to Fidelity National Title | 108.00 |  |
| Draw Deed | 50.00 |  |
|  |  |  |
| **PAYOFFS - East West Bank** |  |  |
| **Total Payoff $238,060.50** |  |  |
| Principal Balance to East West Bank | 237,957.50 |  |
| Reconveyance Fee to East West Bank | 45.00 |  |
| Recording Fee to East West Bank | 18.00 |  |
| FAX Fee to East West Bank | 10.00 |  |
| Statement fee to East West Bank | 30.00 |  |
|  |  |  |
| NET PROCEEDS DUE SELLER | $30,614.04 |  |
| TOTALS | $279,960.49 | $279,960.49 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | B. TYPE OF LOAN | | | OMB No. 2502-0265 |
|---|---|---|---|---|
| SETTLEMENT STATEMENT | 1. [ ] FHA | 2. [ ] FmHA | 3. [ X ] Conv. Unins | |
| FINAL STATEMENT | 4. [ ] VA | 5. [ ] Conv. Ins | | |
| Fidelity National Title Company | 6. ESCROW NUMBER: 07-73188-CH | | 7. LOAN NUMBER: 0046182184 | |
| | 8. MORTGAGE INSURANCE CASE NUMBER: | | | |

NOTE: THIS FORM IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING; THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. NAME & ADDRESS OF BORROWER: | E. NAME & ADDRESS OF SELLER: | F. NAME & ADDRESS OF LENDER: |
|---|---|---|
| Jose H. Navarrete and Lidia J. Navarrete | Loans Developments | Lehman Brothers Bank, FSB |
| 5674 St. Andrews Crescent / Lot 8, Tract 6451 | c/o Northern California Universal Enterprise Co. | 327 Inverness Drive South |
| Wasco, CA 93280 | 300 B Street | Englewood, CO 80112 |
| | Turlock, CA 95380 | |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 5674 St. Andrews Crescent / Lot 8, Tract 6451 | Fidelity National Title Company | May 11, 2007 |
| Wasco, California 93280 | PLACE OF SETTLEMENT: | |
| Lot #8; Tract #6451 | 110 New Stine Road | |
| | Bakersfield, CA 93309 | |

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract Sales Price | 289,950.00 | 401. Contract Sales Price | 289,950.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 7,304.81 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. PPD County Taxes fr 5/11/2007 to 7/1/2007 | 7.72 | 407. PPD County Taxes fr 5/11/2007 to 7/1/2007 | 7.72 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| | | 416. | |
| | | 417. | |
| 118. | | 418. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 297,262.53 | **420. GROSS AMOUNT DUE TO SELLER** | 289,957.72 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 289,950.00 | 502. Settlement charges to seller (line 1400) | 67.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Funds paid outside of Escrow | 2,000.00 | 504. Payoff to East West Bank | 246,560.50 |
| 205. Seller credit toward closing costs | 7,312.53 | 505. Funds paid outside of Escrow | 2,000.00 |
| 206. | | 506. Seller credit toward closing costs | 7,312.53 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| | | | |
| | | | |
| | | | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 299,262.53 | 520. Total Reductions in Amount Due Seller | 255,940.03 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 297,262.53 | 601. Gross amount due to seller (line 420) | 289,957.72 |
| 302. Less amounts paid by/for borrower (line 220) | 299,262.53 | 602. Less reduction in amount due seller (line 520) | 255,940.03 |
| 303. CASH ( FROM) (XX TO) BORROWER | 2,000.00 | 603. CASH (XX TO) ( FROM) SELLER | 34,017.69 |



Print Date: February 20, 2009 3:10PM

| A. U.S. DEPARTMENT OF HOUSING AND DEVELOPMENT | | B. TYPE OF LOAN | | | OMB No. 2502-0265 |
|---|---|---|---|---|---|

| A. U.S. DEPARTMENT OF HOUSING AND DEVELOPMENT SETTLEMENT STATEMENT FINAL STATEMENT **Chicago Title Company** | B. TYPE OF LOAN 1. [ X ] FHA   2. [   ] FmHA   3. [   ] Conv. Unins 4. [   ] VA   5. [   ] Conv. Ins |
|---|---|
| | 6. ESCROW NUMBER: 09-79064Z-JP | 7. LOAN NUMBER: 100427 |
| | 8. MORTGAGE INSURANCE CASE NUMBER: 045-6597927-703 | |

NOTE: THIS FORM IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING; THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. NAME & ADDRESS OF BORROWER: Jose J. Tarazon PO Box 21403 Bakersfield, CA 93390 | E. NAME & ADDRESS OF SELLER: Lotus Developments 2099 Fortune Drive San Jose, CA 95131 | F. NAME & ADDRESS OF LENDER: RPM Mortgage, Inc. 2175 N. California Blvd. Ste. 1000 Walnut Creek, CA 94596 |
|---|---|---|
| G. PROPERTY LOCATION: 441 Olympic Court, Lot 9 Wasco, California 93280 | H. SETTLEMENT AGENT: Chicago Title Company PLACE OF SETTLEMENT: 4015 Coffee Road, Suite 103 Bakersfield, CA 93308 | I. SETTLEMENT DATE: February 20, 2009 DISBURSEMENT DATE: February 20, 2009 |

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | 188,850.00 |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. PPD County Taxes fr 2/20/2009 to 7/1/2009 | 1,066.31 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. Gross Amount Due From Borrower | | 420. Gross Amount Due To Seller | 189,916.31 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 13,365.02 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff to East West Bank | 160,615.50 |
| 205. | | 505. deposit paid to seller outside of escrow | 2,000.00 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | | 520. Total Reductions in Amount Due Seller | 175,980.52 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | | 601. Gross amount due to seller (line 420) | 189,916.31 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reduction in amount due seller (line 520) | 175,980.52 |
| 303. CASH ( FROM ) ( TO ) BORROWER | | 603. CASH (XX TO) ( FROM ) SELLER | 13,935.79 |



# Fidelity National Title Company
## OF CALIFORNIA

105 W. El Portal Drive, Merced, CA  95340
209 722-3911 • FAX 209 723-1958

**DATE:** October 27, 2009                                         **TIME:** 9:50 AM
**ESCROW NO.:** 09-3005625-JC
**LOCATE NO.:** CAFNT0915-0924-0001-0005703725
**ESCROW OFFICER:** Judy Caplan                                    **CLOSING DATE:** October 16, 2009

## MASTER STATEMENT

**SELLER:** Valley Rose Estates, A California Limited Partnership
**BUYER:** Miguel Ruiz  and Emma C. Rivas
**PROPERTY:** 431 Olympic Court, Wasco, CA  93280

| SELLER | | | BUYER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | 160,000.00 | **FINANCIAL:** Total Consideration | 160,000.00 | |
| | | Deposit - Miguel Ruiz | | 8,000.00 |
| | | Deposit - Miguel Ruiz | | 151,405.84 |
| 791.40 | | **PRORATIONS/ADJUSTMENTS:** Unpaid County Taxes at $1,356.68 Semi-Annual from 7/1/2009 to 10/16/2009 | | 791.40 |
| 1,662.00 | | Seller Credit for Actual Closing Costs | | 1,662.00 |
| | | **TITLE CHARGES:** 01-O-CLTA Standard - 1990 for $160,000.00 | 840.00 | |
| | | County Transfer Tax | 176.00 | |
| | | Recording Deed | 11.00 | |
| | | **ESCROW CHARGES:** Escrow Fee to Fidelity National Title | 560.00 | |
| | | Draw Deed | 50.00 | |
| | | Overnight Delivery Fee | 25.00 | |
| | | **PAYOFFS - East West Bank** **Total Payoff $150,093.00** | | |
| 150,000.00 | | Principal Balance to East West Bank | | |
| 30.00 | | Forwarding/Demand Fee to East West Bank | | |
| 45.00 | | Reconveyance Fee to East West Bank | | |
| 18.00 | | Recording Fee to East West Bank | | |
| 4,000.00 | | **MISCELLANEOUS:** HomeStar Real Estate for Referral Fee to Manuel Rojas | | |
| | | Bancserv for Accommodation Fee | 100.00 | |
| $3,453.60 | | BALANCE | $97.24 | |
| $160,000.00 | $160,000.00 | TOTAL | $161,859.24 | $161,859.24 |



## Chicago Title Company

4015 Coffee Road, Suite 100, Bakersfield, CA 93308
661 410-4700 • FAX 661 410-4660

(#13)

DATE: March 10, 2009                                         TIME: 10:58 AM
ESCROW NO.: 09-55012124-JP
LOCATE NO.: CACT17715-7715-4550-0055012124
ESCROW OFFICER: Joanne Palmer                               CLOSING DATE: March 10, 2009

### SELLER FINAL CLOSING STATEMENT

SELLER:      Valley Rose Estates
BUYER:       Francisco Espinoza
PROPERTY:    401 Olympic Court, Wasco, CA  93280

|  | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** | | |
| Total Consideration | | 220,000.00 |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Prepaid County Taxes at $1,708.42 Semi-Annual from 3/10/2009 to 7/1/2009 | | 1,053.52 |
| buyer paid deposit to seller outside of escrow | 500.00 | |
| **NEW LOAN CHARGES – Platinum Home Mortgage** | | |
| Total Loan Charges: $12,169.82 | | |
| Origination Fee 1.00% to Platinum Home Mortgage | 2,123.00 | |
| Discount Points 1.50% to Platinum Home Mortgage | 3,240.23 | |
| Processing Fee to Platinum Home Mortgage | 450.00 | |
| Underwriting Fee to Platinum Home Mortgage | 400.00 | |
| Lender Admin Fee to Platinum Home Mortgage | 175.00 | |
| Interest at $31.0700 per day fr 3/9/2009 to 4/1/2009 to Platinum Home Mortgage | 211.77 | |
| **PAYOFFS – East West Bank** | | |
| Total Payoff $187,093.00 | | |
| Principal Balance to East West Bank | 187,000.00 | |
| Forwarding/Demand Fee to East West Bank | 30.00 | |
| Reconveyance Fee to East West Bank | 45.00 | |
| Recording Fee to East West Bank | 18.00 | |
| **COMMISSIONS:** | | |
| Listing Brokers Commission to Westex Realtors 0.00% | 4,000.00 | |
| **MISCELLANEOUS:** | | |
| Residential Warranty Corporation for builder warranty | 556.95 | |
| Kern County Tax Collector for 2nd 1/2 08-09 487-392-05-00-2 | 1,708.42 | |
| NET PROCEEDS DUE SELLER | $20,595.15 | |
| TOTALS | $221,053.52 | $221,053.52 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES

(dsutmifsX07-92)



Page 1

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | B. TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|---|
| SETTLEMENT STATEMENT | 1. [X] FHA    2. [  ] FmHA    3. [  ] Conv. Unins | | |
| FINAL STATEMENT | 4. [  ] VA    5. [  ] Conv. Ins | | |
| Fidelity National Title Company of California | 6. ESCROW NUMBER: 09-3004187-JC | 7. LOAN NUMBER: 6498751319 | |
| | 8. MORTGAGE INSURANCE CASE NUMBER: 045-690973-9-703 | | |

NOTE: THIS FORM IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING; THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. NAME & ADDRESS OF BORROWER:<br>Rene Martin De Leon<br>5631 Olympic Court<br>Wasco, CA 93280 | E. NAME & ADDRESS OF SELLER:<br>Valley Rose Estates, a California Limited<br>Partnership<br>2099 Fortune Dr<br>San Jose, CA 95131 | F. NAME & ADDRESS OF LENDER:<br>Bank of America<br>9000 Southside Blvd. Bldg. 600<br>Jacksonville, FL 32256 |
|---|---|---|
| G. PROPERTY LOCATION:<br>5631 Olympic Court<br>Wasco, California 93280 | H. SETTLEMENT AGENT:<br>Fidelity National Title Company of California<br>PLACE OF SETTLEMENT:<br>105 W. El Portal Drive<br>Merced, CA 95340 | I. SETTLEMENT DATE:<br>May 22, 2009<br>DISBURSEMENT DATE:<br>May 22, 2009 |

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract Sales Price | 170,000.00 | 401. Contract Sales Price | 170,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 2,959.44 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. PPD County Taxes fr 5/18/2009 to 7/1/2009 | 213.32 | 407. PPD County Taxes fr 5/18/2009 to 7/1/2009 | 213.32 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 16. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 173,172.76 | 420. GROSS AMOUNT DUE TO SELLER | 170,213.32 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | 5,748.62 | 501. Excess deposit (see instructions) | 10,050.00 |
| 202. Principal amount of new loan(s) | 166,920.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. deposit paid to seller outside of escrow | 1,000.00 | 504. Payoff to East West Bank | 150,093.00 |
| 205. | | 505. deposit paid to seller outside of escrow | 1,000.00 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 173,668.62 | 520. Total Reductions in Amount Due Seller | 161,143.00 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 173,172.76 | 601. Gross amount due to seller (line 420) | 170,213.32 |
| 302. Less amounts paid by/for borrower (line 220) | 173,668.62 | 602. Less reduction in amount due seller (line 520) | 161,143.00 |
| 303. CASH ( FROM) (XX TO) BORROWER | 495.86 | 603. CASH (XX TO) ( FROM) SELLER | 9,070.32 |

# FINANCIAL TITLE COMPANY

6255 Sunset Boulevard, Suite 909, Hollywood, CA 90028
(323) 468-1200

## SELLERS CLOSING STATEMENT

Final

( #18 )

| | |
|---|---|
| Seller: LOTUS DEVELOPMENTS, A CALIFORNIA LIMITED PARTNERSHIP | Escrow No: 00362392-321 SMJ |
| | Close Date: 08/21/2007 |
| | Proration Date: 08/21/2007 |
| | Date Prepared: 08/23/2007 |

Property: 5611 Olympic Court
Wasco, CA 93280

| Description | Debit | Credit |
|---|---|---|
| TOTAL CONSIDERATION: | | 359,950.00 |
|    Total Consideration | | |
| ESCROW CHARGES: | | |
|    Escrow Fee to Financial Title Company | 534.95 | |
|    Document Preparation to Financial Title Company | 100.00 | |
| MISCELLANEOUS CHARGES: | | |
|    County Transfer Tax to County of Kern | 395.95 | |
| ADDITIONAL CHARGES: | | |
|    Property Disclosure to First American NHD | 79.95 | |
| PRORATIONS AND ADJUSTMENTS: | | |
|    County Taxes   From 07/01/07 To 08/21/07 | 628.68 | |
|       Based on the Semi - Annual amount of $2,249.69 | | |
|    Deposit to Seller COE | 2,000.00 | |
|    Credit Closing Costs-Estimate | 8,634.96 | |
| PAYOFFS: | | |
|    Payoff to East West Bank | 306,060.50 | |
|    $305,957.50  Principal Balance | | |
|    $30.00  Statement Fee | | |
|    $10.00  Fax Fee | | |
|    $45.00  Reconveyance Fee | | |
|    $18.00  Recording Fee | | |
| TITLE CHARGES: | | |
|    Owners Policy $359,950.00 to Financial Title Company | 702.90 | |
|    Title Wire/Misc Fees to Financial Title Company | 25.00 | |
|    Demand Processing Fee to Financial Title Company | 50.00 | |
| Sub Totals | 319,212.89 | 359,950.00 |
| Proceeds Due Seller | 40,737.11 | |
| Totals | 359,950.00 | 359,950.00 |

#19



# Fidelity National Title Company

110 New Stine Road, Bakersfield, CA 93309
800 479-4070 • FAX 661 833-5943

DATE: July 11, 2008                                                        TIME: 9:15 AM
ESCROW NO.: 08-78330-JP
LOCATE NO.: CAFNT0915-0915-0001-0000078330
ESCROW OFFICER: Joanne Palmer                              CLOSING DATE: July 11, 2008

## SELLER FINAL CLOSING STATEMENT

SELLER:      Lotus Developments, a California Limited Partnership
BUYER:       Rudy Gonzalez
PROPERTY:    5601 Olympic Court, Wasco, CA  93280

|                                                                 | $ DEBITS   | $ CREDITS   |
|-----------------------------------------------------------------|------------|-------------|
| **FINANCIAL:**                                                  |            |             |
| Total Consideration                                             |            | 230,000.00  |
| **PRORATIONS/ADJUSTMENTS:**                                     |            |             |
| Prepaid County Taxes at $55.55 Semi-Annual from 7/1/2008 to 7/11/2008 | 3.09 |     |
| **PAYOFFS - East West Bank**                                    |            |             |
| **Total Payoff $200,093.00**                                    |            |             |
| Principal Balance to East West Bank                             | 200,000.00 |             |
| Forwarding/Demand Fee to East West Bank                         | 30.00      |             |
| Reconveyance Fee to East West Bank                              | 45.00      |             |
| Recording Fee to East West Bank                                 | 18.00      |             |
| **COMMISSIONS:**                                                |            |             |
| Selling Brokers Commission to Prudential Bakersfield Realtors 0.00% | 6,900.00 |          |
| **MISCELLANEOUS:**                                              |            |             |
| Residential Warranty Corp. for 210 Warranty                     | 581.95     |             |
| Nehemiah for contribution                                       | 13,800.00  |             |
| Nehemiah for processing fee                                     | 399.00     |             |
| NET PROCEEDS DUE SELLER                                         | $8,222.96  |             |
| TOTALS                                                          | $230,000.00 | $230,000.00 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES



# Fidelity National Title Company

4015 Coffee Road, Suite 100, Bakersfield, CA 93308
661-410-4700 • FAX 661-410-4670

(# 22)

DATE: September 30, 2008                                    TIME: 11:38 AM
ESCROW NO.: 08-78598-JP
LOCATE NO.: CAFNT0915-0915-0001-0000078598
ESCROW OFFICER: Joanne Palmer                    CLOSING DATE: September 30, 2008

## SELLER FINAL CLOSING STATEMENT

SELLER:     Lotus Developments
BUYER:      Daniel Thomas Hill  and John Najera  and Geraldine Najera
PROPERTY:   5620 Olympic Court - Lot 22, Wasco, CA  93280

| | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** | | |
| Total Consideration | | 215,000.00 |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Unpaid County Taxes at $1,407.22 Semi-Annual from 7/1/2008 to 9/30/2008 | 695.79 | |
| deposit paid to seller outside of escrow | 2,000.00 | |
| **TITLE CHARGES:** | | |
| Recording grant deed from Valley to Lotus | 12.00 | |
| Recording accommodation grant deed for Valley Rose | 24.00 | |
| **NEW LOAN CHARGES - Bank of America** | | |
| Total Loan Charges: $9,764.95 | | |
| x Service to Homefocus | 82.00 | |
| **PAYOFFS - East West Bank** | | |
| Total Payoff $182,843.00 | | |
| Principal Balance to East West Bank | 182,750.00 | |
| Forwarding/Demand Fee to East West Bank | 30.00 | |
| Reconveyance Fee to East West Bank | 45.00 | |
| Recording Fee to East West Bank | 18.00 | |
| **MISCELLANEOUS:** | | |
| Residential Warranty Corp. for 210 warranty | 544.45 | |
| Nehemiah Program for Nehemiah contribution | 12,900.00 | |
| Nehemiah Program for Nehemiah processing | 399.00 | |
| NET PROCEEDS DUE SELLER | $15,499.76 | |
| TOTALS | $215,000.00 | $215,000.00 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES

(doctmfs)(07-02)

 **Fidelity National Title Company** 

110 New Stine Road, Bakersfield, CA 93309
800 479-4070 • FAX 661 833-5943

TIME: 9:10 AM

DATE: August 4, 2008
ESCROW NO.: 08-78597-JP
LOCATE NO.: CAFNT0915-0915-0001-0000078597
ESCROW OFFICER: Joanne Palmer

CLOSING DATE: July 31, 2008

## SELLER FINAL CLOSING STATEMENT

SELLER:     Lotus Developments
BUYER:      John M. Najera  and Geraldine G. Najera
PROPERTY:   5630 Olympic Court, Wasco, CA 93280

|  | $ DEBITS | $ CREDITS |
|---|---|---|
| **FINANCIAL:** | | |
| Total Consideration | | 210,000.00 |
| Deposit - Lotus Developments | | 5,666.21 |
| **PRORATIONS/ADJUSTMENTS:** | | |
| Unpaid County Taxes at $55.55 Semi-Annual from 7/1/2008 to 7/31/2008 | 9.26 | |
| deposit paid to seller outside of escrow | 2,000.00 | |
| **TITLE CHARGES:** | | |
| Recording accommodation grant deed | 15.00 | |
| Notice of Completion for lot 18 as accommodation | 18.00 | |
| **PAYOFFS - East West Bank** | | |
| Total Payoff $200,093.00 | | |
| Principal Balance to East West Bank | 200,000.00 | |
| Forwarding/Demand Fee to East West Bank | 30.00 | |
| Reconveyance Fee to East West Bank | 45.00 | |
| Recording Fee to East West Bank | 18.00 | |
| **MISCELLANEOUS:** | | |
| Residential Warranty Corp. for 210 warranty | 531.95 | |
| Nehemiah for gift contribution | 12,600.00 | |
| Nehemiah for processing fee | 399.00 | |
| BALANCE DUE ESCROW | | |
| TOTALS | $215,666.21 | $215,666.21 |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES