# A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
## SETTLEMENT STATEMENT
## FINAL STATEMENT
### Fidelity National Title Company

B. TYPE OF LOAN:
1. [X] FHA   2. [ ] FmHA   3. [ ] Conv. Unins
4. [ ] VA    5. [ ] Conv. Ins

6. ESCROW NUMBER: 08-79164-JP
7. LOAN NUMBER: 6049575126
8. MORTGAGE INSURANCE CASE NUMBER: 0456688637703

NOTE: THIS FORM IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING. THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. NAME & ADDRESS OF BORROWER: | E. NAME & ADDRESS OF SELLER: | F. NAME & ADDRESS OF LENDER: |
|---|---|---|
| Frank Marroquin and Jennifer Marroquin<br>5640 Olympic Court - Lot 24<br>Wasco, CA 93280 | Lotus Developments<br>c/o Northern California Universal Enterprises Co.<br>2099 Fortune Drive<br>San Jose, CA 95131 | Bank of America<br>9000 Southside Blvd, Bldg 600 File Receipt Dept.<br>FL9-700-01-01 Jackson Post Closing<br>Jacksonville, FL 32256 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 5640 Olympic Court - Lot 24<br>Wasco, California 93280 | Fidelity National Title Company<br>PLACE OF SETTLEMENT:<br>4015 Coffee Road, Suite 100<br>Bakersfield, CA 93308 | October 10, 2008<br><br>DISBURSEMENT DATE:<br>October 10, 2008 |

Lot#24

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract Sales Price | | 401. Contract Sales Price | 205,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. PPD County Taxes fr 10/10/2008 to 1/1/2009 | 599.67 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. Gross Amount Due From Borrower | | 420. Gross Amount Due To Seller | 205,599.67 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 8,096.05 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff to East West Bank | 180,093.00 |
| 205. | | 505. deposit paid outside of escrow | 2,000.00 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | | 520. Total Reductions in Amount Due Seller | 190,189.05 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | | 601. Gross amount due to seller (line 420) | 205,599.67 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reduction in amount due seller (line 520) | 190,189.05 |
| 303. CASH ( FROM) ( TO) BORROWER | | 603. CASH (XX TO) ( FROM) SELLER | 15,410.62 |

# FINANCIAL TITLE COMPANY
23030 Lyons Avenue, Newhall, CA 91321
(661) 286-2490

## SELLERS CLOSING STATEMENT
### Final

Seller: LOTUS DEVELOPMENT, A CALIFORNIA LIMITED PARTNERSHIP

Escrow No: 00362379-346 FLS
Close Date: 07/26/2007
Proration Date:
Date Prepared: 07/27/2007

Property: 5645 Saint Andrews Crescent
Wasco, CA 93280

| Description | Debits | Credits |
|---|---|---|
| **TOTAL CONSIDERATION:** | | |
| Total Consideration | | 312,450.00 |
| **ESCROW CHARGES:** | | |
| Escrow Fee to Financial Title Company | 487.45 | |
| Document Preparation to Financial Title Company | 100.00 | |
| **MISCELLANEOUS CHARGES:** | | |
| County Transfer Tax to FINANCAIL TITLE | 343.75 | |
| **ADDITIONAL CHARGES:** | | |
| Property Disclosure Report to First American Disclsures | 79.95 | |
| **PRORATIONS AND ADJUSTMENTS:** | | |
| Credit Costs & Charges | 9,667.54 | |
| **PAYOFFS:** | | |
| Payoff to East West Bank | 265,685.50 | |
| $265,582.50   Principal Balance | | |
| $30.00   STATEMENT FEES | | |
| $10.00   FAX FEES | | |
| $45.00   RECONVEYANCE FEES | | |
| $18.00   RECORDING FEES | | |
| **TITLE CHARGES:** | | |
| Lenders Policy $312,450.00 to FINANCAIL TITLE | 480.00 | |
| Demand Fee to Financial Title Company | 50.00 | |
| Sub Totals | 276,894.19 | 312,450.00 |
| Proceeds Due Seller | 35,555.81 | |
| Totals | $312,450.00 | $312,450.00 |

# U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
## SETTLEMENT STATEMENT
### FINAL STATEMENT
**Chicago Title Company**

| B. TYPE OF LOAN | |
|---|---|
| 1. [X] FHA  2. [ ] FmHA  3. [ ] Conv. Unins | |
| 4. [ ] VA   5. [ ] Conv. Ins | |
| 6. Escrow Number: 09-55011993-JP | 7. Loan Number: 1590900016 |
| 8. Mortgage Insurance Case Number: 04568100809703 | |

NOTE: THIS FORM IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING; THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Cole A. Rogers<br>5625 St. Andrew's Crescent<br>Wasco, CA 93280 | Valley Rose Estates<br>2099 Fortune Drive<br>San Jose, CA 95131 | Golden Empire Mortgage dba Signature Home Lending<br>7702 Meany Avenue<br>Suite 105<br>Bakersfield, CA 93308 |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 5625 St. Andrew's Crescent<br>Wasco, California 93280 | Chicago Title Company | February 2, 2009 |
| | Place of Settlement:<br>4015 Coffee Road., Suite 100<br>Bakersfield, CA 93308 | Disbursement Date:<br>February 2, 2009 |

Lot #27

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract Sales Price | | 401. Contract Sales Price | 185,370.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. PPD County Taxes fr 2/2/2009 to 7/1/2009 | 421.88 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. Gross Amount Due From Borrower | | 420. Gross Amount Due To Seller | 185,791.88 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 14,041.22 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff to East West Bank | 160,015.94 |
| 205. | | 505. deposit paid to seller outside of escrow | 2,000.00 |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | | 520. Total Reductions In Amount Due Seller | 176,057.16 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | | 601. Gross amount due to seller (line 420) | 185,791.88 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reduction in amount due seller (line 520) | 176,057.16 |
| 303. CASH ( FROM) ( TO) BORROWER | | 603. CASH (XX TO) ( FROM) SELLER | 9,734.72 |

#27

Print Date: April 30, 2009 7:43 AM

#26

| A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | B. TYPE OF LOAN | | OMB No. 2502-0265 |
|---|---|---|---|
| SETTLEMENT STATEMENT<br>FINAL STATEMENT<br>Fidelity National Title Company of California | 1. [X] FHA  2. [ ] FmHA  3. [ ] Conv. Unins<br>4. [ ] VA   5. [ ] Conv. Ins | | |
| | 6. ESCROW NUMBER:<br>09-3003398-JC | 7. LOAN NUMBER:<br>6418155278 | |
| | 8. MORTGAGE INSURANCE CASE NUMBER: 045-683192-3-703 | | |

NOTE: THIS FORM IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING; THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. NAME & ADDRESS OF BORROWER:<br>Anthony J. Martinez<br>5635 St. Andrew Crescent<br>Wasco, CA 93280 | E. NAME & ADDRESS OF SELLER:<br>Valley Rose Estates, a California Limited Partnership | F. NAME & ADDRESS OF LENDER:<br>Bank of America<br>9000 Southside Blvd. Bldg. 600<br>Jacksonville, FL 32256 |
|---|---|---|
| G. PROPERTY LOCATION:<br>5635 St. Andrew Crescent<br>Wasco, California 93280 | H. SETTLEMENT AGENT:<br>Fidelity National Title Company of California<br>PLACE OF SETTLEMENT:<br>105 W. El Portal Drive<br>Merced, CA 95340 | I. SETTLEMENT DATE:<br>April 8, 2009<br>DISBURSEMENT DATE:<br>April 8, 2009 |

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract Sales Price | 175,000.00 | 401. Contract Sales Price | 175,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 2,790.53 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. PPD County Taxes fr 4/8/2009 to 7/1/2009 | 565.32 | 407. PPD County Taxes fr 4/8/2009 to 7/1/2009 | 565.32 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 16. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 178,355.85 | 420. GROSS AMOUNT DUE TO SELLER | 175,565.32 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | 4,239.74 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 171,830.00 | 502. Settlement charges to seller (line 1400) | 14,773.62 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Deposit paid to seller outside of escrow | 2,000.00 | 504. Payoff to East West Bank | 150,093.00 |
| 205. seller credit for appraisal | 440.00 | 505. Deposit paid to seller outside of escrow | 2,000.00 |
| 206. | | 506. seller credit for appraisal | 440.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 178,509.74 | 520. Total Reductions in Amount Due Seller | 167,306.62 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 178,355.85 | 601. Gross amount due to seller (line 420) | 175,565.32 |
| 302. Less amounts paid by/for borrower (line 220) | 178,509.74 | 602. Less reduction in amount due seller (line 520) | 167,306.62 |
| 303. CASH ( FROM) (XX TO) BORROWER | 153.89 | 603. CASH (XX TO) ( FROM) SELLER | 8,258.70 |

Lot #26

#50

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT
FINAL STATEMENT

Fidelity National Title Company

| B. TYPE OF LOAN | | |
|---|---|---|
| 1. [ ] FHA | 2. [ ] FmHA | 3. [X] Conv. Unins |
| 4. [ ] VA | 5. [ ] Conv. Ins | |
| 6. ESCROW NUMBER: 07-72420-SA | | 7. LOAN NUMBER: 1000491268 |
| 8. MORTGAGE INSURANCE CASE NUMBER: | | |

OMB No. 2502-0265

NOTE: THIS FORM IS FURNISHED TO GIVE YOU A STATEMENT OF THE ACTUAL SETTLEMENT COSTS. AMOUNTS PAID TO AND BY THE SETTLEMENT AGENT ARE SHOWN. ITEMS MARKED "(P.O.C.)" WERE PAID OUTSIDE OF THE CLOSING: THEY ARE SHOWN HERE FOR INFORMATIONAL PURPOSES AND ARE NOT INCLUDED IN THE TOTALS.

| D. NAME & ADDRESS OF BORROWER: | E. NAME & ADDRESS OF SELLER: | F. NAME & ADDRESS OF LENDER: |
|---|---|---|
| Tito Galarlo and Erlinda Galarlo<br>421 Pebble Beach Way<br>Wasco, CA 93280 | Lotus Development<br>c/o Northern California Universal Enterprise Co.<br>300 B Street<br>Turlock, CA 95380 | Chase Bank USA, N.A.<br>901 Oakmont Lane, 3rd Floor<br>Westmont, IL 60559 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 421 Pebble Beach Way<br>Wasco, California 93280 | Fidelity National Title Company | February 21, 2008 |
| 50 | PLACE OF SETTLEMENT:<br>110 New Stine Road<br>Bakersfield, CA 93309 | |

| J. SUMMARY OF BORROWER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract Sales Price | | 401. Contract Sales Price | 342,450.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments: Items Paid by Seller in Advance | | Adjustments: Items Paid by Seller in Advance | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. PPD County Taxes fr 2/21/2008 to 7/1/2008 | 40.12 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 117. | | 417. | |
| 118. | | 418. | |
| 120. Gross Amount Due From Borrower | | 420. Gross Amount Due To Seller | 342,490.12 |
| AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff to East West Bank | 278,471.18 |
| 205. | | 505. Fund Paid to Seller outside of escrow | 5,000.00 |
| 206. | | 506. Seller Contribution towards Buyer's Closing Costs | 10,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments: Items Unpaid by Seller | | Adjustments: Items Unpaid by Seller | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | | 520. Total Reductions in Amount Due Seller | 293,471.18 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | | 601. Gross amount due to seller (line 420) | 342,490.12 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reduction in amount due seller (line 520) | 293,471.18 |
| 303. CASH ( FROM) ( TO) BORROWER | | 603. CASH (XX TO) ( FROM) SELLER | 49,018.94 |

# EXHIBIT "H"

# TRIAL EXHIBIT J-4

## VALLEY ROSE ACCOUNT SUMMARY
| JOB #'S | DESCRIPTION | TOTAL INVOICED | TOTAL PAID | DATE OF LAST PAYMENT | AMOUNT OF LAST PAYMENT |
|---|---|---|---|---|---|
| 92-22 | Valley Rose Golf Course & Sub. Sec 4 | $18,499.27 | $18,499.27 | 6/21/93 | $22. |
| 92-22.01 | Survey Topo & Boundary | $47,000.46 | $47,000.46 | 10/27/93 | $1,088. |
| 92-22.02 | Master Planning | $142,893.98 | $129,837.77 | 3/21/94 | $5,000. |
| 92-22.03 | Williamson Act Cancellation | $4,190.45 | $4,190.45 | 11/12/92 | $380. |
| 92-22.04 | Tract #5472 | $308,419.37 | $240,776.18 | 4/28/94 | $6,662. |
| 92-22.05 | Tract #5618 | $275,257.17 | $149,459.94 | 4/28/94 | $64. |
| 92-22.06 | Parcel Map 9572 | $26,073.40 | $25,835.80 | 6/21/93 | $27. |
| 92-22.07 | Business Card Development | $142.76 | $142.76 | 9/8/92 | $142. |
| 92-22.08 | Assessment District Engineering | $36,113.11 | $0.00 | | |
| 92-22.09 | Offsite Sewer | $111,125.83 | $67,943.18 | 5/9/94 | $3,635. |
| 92-22.10 | Offsite Water | $101,633.48 | $69,855.35 | 4/28/94 | $969. |
| 92-22.11 | Offsite Highway (CalTrans) | $59,111.82 | $51,698.89 | 4/28/94 | $1,621. |
| 92-22.12 | Color Rendering | $4,260.29 | $946.16 | 2/2/94 | $946. |
| 92-22.13 | Resubdivide R-2 in Tr. 5618 | $180.00 | $180.00 | 2/2/94 | $180. |
| 92-22.14 | Surveying Extras | $77.10 | $77.10 | 2/17/94 | $77. |
| 92-22.15 | Unbilled Assessment Work | $11,157.89 | $0.00 | | |
| 92-22.16 | Lot Study Plan | $3,773.90 | $2,000.00 | 3/2/94 | $2,000. |
| TOTALS: | | $1,149,910.28 | $808,443.31 | | $24,816. |
| | City of Wasco | | $195,729.62 | | |
| | Michael Brown | | $612,512.02 | | |
| | | | $808,241.64 | | |



EXHIBIT J-4

# EXHIBIT "I"

# TRIAL EXHIBIT J-18



July 21, 2004

04-01P

**NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE CO.**
300 "B" Street
Turlock, CA 95380
FAX: 209.669.0498

Attn.: Mr. Jess Marimla

Re: Wasco Subdivision – Expired Tract 5472
Proposal for Planning / Engineering / Surveying / Professional Services

Dear Mr. Marimla,

DeWalt Corporation is pleased to provide this proposal for the following Planning, Engineering, and Surveying services for the property on Valley Rose Park Way in the City of Wasco, County of Kern. You will recall that the Tentative Map for Tract 5472 was approved with conditions at one point in time. Many of the conditions of approval with regard to infrastructure improvements to the site in question were completed, yet the Tentative Map was allowed to expire before recordation. Find below the various services that DeWalt Corporation proposes to provide to you for this project and their associated costs:

## TOPOGRAPHIC SURVEY:

Topographic survey will be performed in such a manner as to gather data which will be used for planning or engineering purposes. Please note that prior to the commencement of survey we will require a current (less that 30 days old) preliminary title report.

- Research existing horizontal and vertical monumentation with the Kern County Surveyor.
- Research existing infrastructure improvement plans with the Kern County Resource Management Agency, City of Wasco and any other related utility companies and service districts.
- Perform a boundary survey of the site, corroborating the existence of property corners and defining the site boundary. During the course of the boundary portion of the survey, we will also devote time to identifying any encroachment of the property lines.
- Perform a topographic survey of the existing pads, street and infrastructure improvements. Pad certification will be desired for proof of flood and grading plan conformance with County of Kern.
- Process and transfer the survey data for entry into electronic drafting software (AutoCAD) for the purposes of preparing the topographic survey plat.
- Dissemination of the Preliminary Title Report and identification of easements, licenses and recorded documents that encumber the property in question.
- Drafting and review of topographic survey plat.
- Validation and Certification of survey by a licensed land surveyor.
- Cost : $7,500.00

Agreed and Understood:

By: _____ Date: 9/3/04
Title: PRESIDENT

EXHIBIT J-18

1630 22ND STREET BAKERSFIELD, CA 93301 (805) 323-4600 • FAX (805) 323-4874

## TENTATIVE MAP:

- Meetings with the Owner to discuss development plans / proposed layout / phasing
- Meetings with County Staff to discuss development options, scheduling and fees
- Preparation of Boundary and Easement Map from Record Data and available Title Information
- Prepare and Process Tentative Subdivision Map and Application Package
- Assist in coordination and completion of Tentative Map approval studies and mitigation measures
- Present Tentative Subdivision Map to Governing Bodies for Consideration and Action
- **Cost :**                                                                                   $5,500.00

**Agreed and Understood:**

By: _____  Date: 9/8/04
Title:  president

Upon approval of the Tentative Map, DeWalt Corporation and the owner will review and consider the conditions of approval. There may be items in the conditions of approval that will require DeWalt Corporation to engineer and process construction plans for approval by the County of Kern. Costs for these plans are un-determinable at this time and are <u>not</u> a part of this proposal.

## FINAL MAPS:

- Prepare Final Subdivision Map for Recordation
- Process County Improvement Agreements if required
- Prepare legal descriptions as needed
- **Cost :**                                                                                   $5,500.00

**Agreed and Understood:**

By: _____  Date: 9/8/04
Title:  president

## SURVEYING SERVICES:

- Surveying for Centerline Monument and lot corner installation
- **Cost:**                                                                                    $7,500.00

**Agreed and Understood:**

By: _____  Date: 9/8/04
Title:  president

Expired Tract 5472, Wasco, CA
Proposal for Planning, Engineering and Surveying
Page 3 of 3

Any work not specifically listed herein shall not be assumed to be included in this proposal. Prices quoted do not include reimbursables such as printing, soils work, document transport, or any governmental, title or other fees. Billing will be monthly, with reimbursables billed separately. Any "extra" work or changes to the scope of work, or revisions requested by the Owner, Title Company, or any other entity, will be performed on a time-and-materials basis per the attached DeWalt Corporation 2004 Fee Schedule as an "extra" or negotiated separately.

Thank you for this opportunity to work with **NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE CO.** on this project. If you have any questions regarding any aspect of this proposal, please do not hesitate to contact me at (661) 323-4600x122. Please sign in the spaces provided authorizing the services you are approving and return one copy to our office at your earliest convenience, indicating our notice to proceed. We will then prepare a Standard Form of Agreement which will serve as our Contract (sample copy attached), and will forward it to you for execution.

Respectfully submitted,

*[signature]*

Jeffrey A. Gutierrez, P.L.S. 7595
President / Director of Surveying
jag@dewaltcorp.com


cc:     Gregory O. Black / Project Manager


M:\Proposals\DWC\NCUEC\Wasco-ttm-FM-eng-survproposal.doc

BP000219

L 021

# EXHIBIT "J"

# TRIAL EXHIBIT D-250

V-R-VALU.XLS

## SCHEDULE OF VALUE

### MARTIN-McINTOSH

| | TOTAL ENGR. COSTS | PERCENT COMPLETE | WORK IN-PLACE | PAID BY BOND DESIGN FEES | REVISIONS |
|---|---|---|---|---|---|
| **TRACT 5472 (69 LOTS)** | | | | | |
| Tentative Map | $10,000.00 | 100% | $10,000.00 | | |
| Storm Drain: | | | | | |
| street excavation, curb & gutter, aggregate base | $18,000.00 | 100% | $18,000.00 | $18,000.00 | |
| Sewer | $17,000.00 | 100% | $17,000.00 | $17,000.00 | |
| Water | $9,000.00 | 100% | $9,000.00 | $9,000.00 | |
| Street Improvements: | $71,000.00 | 100% | $71,000.00 | $71,000.00 | |
| Sidewalks, Special Concrete, Paving, street lights & Street Signs | | | | | |
| Final Tract Map | $23,000.00 | 100% | $23,000.00 | $23,000.00 | |
| Landscape and walls | $36,500.00 | 100% | $36,500.00 | $36,500.00 | |
| SUBTOTAL: | $184,500.00 | | $184,500.00 | $174,500.00 | |
| **TRACT 5618 (293 LOTS)** | | | | | |
| Tentative Map | $13,500.00 | 100% | $13,500.00 | $13,500.00 | |
| Storm Drain: | $36,000.00 | 95% | $34,200.00 | | |
| Street Excavation, Curb & Gutter, Aggregate Base | | | | | |
| Sewer | $24,000.00 | 95% | $22,800.00 | | |
| Water | $17,000.00 | 95% | $16,150.00 | | |
| Street Improvements: | $97,500.00 | 90% | $87,750.00 | | |
| Final Tract Map | $8,700.00 | 100% | $8,700.00 | $8,700.00 | |
| Landscape and Wall Plans | $31,000.00 | 90% | $27,900.00 | | |
| Revisions: | $18,500.00 | 100% | $18,500.00 | $18,500.00 | |

Page 1

D 250

# EXHIBIT "K"

# TRIAL EXHIBIT P-112

## Profit & Loss for Projected Homes on 38 Lots

| | |
|---|---:|
| **PROJECTED HOME SALE** | **$9,093,702.50** |
| **Cost of Sales** | |
| 1 Engineering | $21,291.02 |
| 2 Materials | $830,741.08 |
| 3 City Fees & Permits | $8,329.47 |
| 4 Building Permit | $546,674.24 |
| 5 Subcontractors | $2,923,332.82 |
| 6 Offsite Improvements | $50,273.95 |
| **TOTAL COST OF SALES** | **$4,380,642.58** |
| **General Expenses** | |
| 7 Commission | $197,090.70 |
| 8 Escrow | $395,476.90 |
| 9 Construction Insurance | $49,576.57 |
| 10 Interest Payment-land | $37,264.46 |
| Interest Payment-construction | $498,226.52 |
| 11 Property Tax | $24,565.86 |
| 12 Utilities | $17,891.74 |
| 13 Inspection Fees | $7,600.00 |
| **Operating Expenses** | |
| A Advertising | $18,066.92 |
| B Auto Expenses | |
| fuel | $48,161.45 |
| monthly payments | $73,622.34 |
| license renewal | $3,088.13 |
| auto insurance | $23,674.00 |
| parts and repair | $9,468.97 |
| total auto | $158,014.89 |
| C Equipment Lease & Repair | |
| container- (50% of $5,400) | $3,420.00 |
| lease | $69,481.01 |
| mowers | $1,251.21 |
| repairs | $2,732.73 |
| trailers | $1,203.33 |
| total equipment lease and repair | $78,088.29 |
| D Insurance | |
| general liability | $61,159.63 |
| medical insurance | $0.00 |
| workers compensation | $0.00 |
| total insurance | $61,159.63 |
| E Licenses-Business License | $257.06 |
| Employee Meal Expenses | $7,105.38 |
| G Office Supplies | $30,999.16 |
| I Housing Expense-Employee | $2,551.54 |

P-112 pg1

| | | |
|---|---|---|
| Utilities | $69,419.19 | |
| Shared Operating Expenses with 30 homes | | |
| K  Appraisal (68 lots) | $12,400.00 | |
| L  Legal and Professional Services (68 lots) | $5,919.26 | |
| M  Payroll & Payroll Taxes (offsite) | $97,475.88 | |
| N  Tax : FTB (68 lots) | $1,866.68 | |
| Subtotal | $117,661.82 | |
| Total Shared Operating Expenses with 38 lots | $65,752.19 | (1) |
| 15  Land Cost | $308,026.32 | |
| 15  Land Closing Cost | $20,614.61 | |
| 15  Land Loan Renewal Fees | $39,596.00 | |
| Total | $368,236.93 | |
| **TOTAL GENERAL EXPENSES** | $2,087,343.93 | |
| **TOTAL COST OF SALES AND GENERAL EXPENSES** | $6,467,986.51 | |
| **NET PROFIT FOR 38 LOTS** | $2,625,715.99 | |
| **NET PROFIT FOR 30 HOMES BUILT** | $1,358,498.83 | |
| **TOTAL PROFITS FOR ALL 68 LOTS** | $3,984,214.83 | |

(1) The Shared operating expenses for 68 lots are divided into 30 home portion and 38 lots portion.

P-112, pg 2