EXHIBIT "L"

TRIAL EXHIBIT P-113

P-113 p.1

| Lot # | 1 | 2 | 4 | 5 | 7 | 8 | 9 | 10 | 13 | 16 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plan # | 2239 | 1670 | 1440 | 1897 | 1440 | 1620 | 1670 | 1440 | 2239 | 1440 | 2408 |
| NOE Date | 2/27/07 | 12/07/06 | 12/07/06 | 03/02/07 | 03/05/07 | 03/02/07 | 03/02/07 | 07/03/07 | 07/03/07 | 04/25/08 | 07/27/07 |
| COE Date | 10/30/07 | 04/27/07 | 12/09/09 | 05/23/08 | 04/23/07 | 05/11/07 | 02/20/09 | 10/16/09 | 03/10/09 | 05/22/09 | 08/21/07 |
| Sales Price | $339,950.00 | $309,950.00 | $160,000.00 | $250,000.00 | $279,950.00 | $289,950.00 | $188,850.00 | $160,000.00 | $220,000.00 | $170,000.00 | $359,950.00 |
| **Cost of Sales** | | | | | | | | | | | |
| Engineer |  |  |  |  |  |  |  |  |  |  |  |
| Material / lot | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 |
| Fee & plans | $26,845.65 | $20,052.29 | $19,337.26 | $22,184.53 | $20,546.42 | $20,568.88 | $19,685.70 | $19,154.50 | $22,598.70 | $20,543.96 | $27,549.14 |
| Building Permit | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 |
| Subs / lot | $20,944.64 | $17,546.52 | $16,234.44 | $18,820.03 | $9,509.66 | $9,920.75 | $10,201.27 | $10,836.55 | $12,873.20 | $12,083.23 | $15,975.64 |
| Offsite Improvements | $102,476.07 | $77,644.19 | $68,057.62 | $84,108.99 | $65,228.74 | $73,606.19 | $76,258.35 | $66,022.34 | $96,705.53 | $65,211.14 | $100,376.15 |
| Subtotal | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 |
|  | $152,368.85 | $117,345.49 | $105,731.81 | $127,216.04 | $97,387.31 | $106,198.31 | $108,247.81 | $98,115.88 | $134,279.92 | $99,940.82 | $146,003.42 |
| **Gen. Expenses** | | | | | | | | | | | |
| Commission/lot |  |  |  |  |  |  |  |  |  |  |  |
| Escrow / lot | $3,000.00 | $3,000.00 | $4,500.00 | $10,500.00 | $3,000.00 | $3,000.00 | $4,000.00 | $8,500.00 | $6,600.00 | $5,100.00 | $3,000.00 |
| Const insurance / lot | $10,121.82 | $9,485.50 | $1,594.55 | $16,019.95 | $9,399.44 | $7,379.53 | $13,365.02 | $1,755.00 | $6,693.00 | $10,050.00 | $10,626.71 |
| Land and Construction Interest | $1,196.52 | $718.59 | $1,230.61 | $2,648.55 | $498.98 | $551.71 | $1,878.84 | $1,686.31 | $2,764.66 | $590.52 | $175.95 |
| Property Tax | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 |
| Utilities / Lot | $245.76 | $217.06 | $2,820.25 | $215.21 | $524.40 | $219.22 | $2,091.00 | $3,731.68 | $2,590.29 | $1,799.57 | $1,251.57 |
| Inspection (East West Bank) | $524.06 | $142.25 | $1,167.66 | $237.43 | $34.28 | $49.68 | $318.78 | $403.40 | $338.39 | $163.14 | $29.98 |
| Op Expense-advertising | $352.78 | $352.78 | $352.75 | $352.78 | $152.77 | $152.77 | $152.81 | $108.33 | $75.00 | $- | $- |
| Op Expense- Auto Fuel | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 |
| Op Expense- Auto Payments | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 |
| Op Expense- Auto License Renewal | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 |
| Op Expense-Auto Insurance | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 |
| Op Expense-Auto Parts and Repairs | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 |
| Op Expense-Equipment-Container (50% of $5,400) | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 |
| Op Expense-Equipment Lease Payment | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| Op Expense-Equipment-Mowers | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 |
| Op Expense-Equipment-Repairs | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 |
| Op Expense-Equipment-Trailers | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 |
| Op Expense-Insurance-General Liability | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 |
| Op Expense-Insurance-Medical Insurance | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 |
| Op Expense-Insurance-Workers Comp Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Business License | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Employee Meal Expenses | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 |
| Op Expense-Office expense | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 |
| Op Expense-Payroll and Payroll Taxes | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 |
| Op Expense-Housing Expenses-Employees | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 |
| Op Expense-Utilities | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 |
| Shared Operating expenses with 38 lots | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 |
| Subtotal | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 |
|  | $68,132.71 | $66,607.95 | $64,357.59 | $82,665.69 | $66,301.64 | $64,044.68 | $74,498.22 | $68,876.49 | $71,753.11 | $70,395.00 | $67,775.98 |
| Land Cost | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 |
| Land Closing Cost | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 |
| Loan Renewal Fee | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 |
| Subtotal | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 |
| **Total Cost** | $230,192.00 | $193,643.88 | $179,779.84 | $219,572.17 | $173,379.39 | $179,933.43 | $192,436.47 | $176,682.81 | $215,723.47 | $180,026.26 | $223,469.84 |
| **Net Profit/Loss** | $109,758.00 | $116,306.12 | ($19,779.84) | $30,427.83 | $106,570.61 | $110,016.57 | ($3,586.47) | ($16,682.81) | $4,276.53 | ($10,026.26) | $136,480.16 |

| Lot # | 19 | 22 | 23 | 24 | 25 | 26 | 27 | 50 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Plan # | 1897 | 1897 | 1670 | 1670 | 1670 | 1620 | 1670 | 2239 | |
| NOC Date | 3/13/08 | 4/4/08 | 10/30/07 | 7/27/07 | 7/3/07 | 7/26/07 | 9/25/08 | 10/31/07 | |
| COE Date | 7/11/08 | 9/30/08 | 7/31/08 | 10/10/08 | 7/27/07 | 4/8/09 | 2/2/09 | 2/21/08 | |
| Sales Price | $230,000.00 | $215,000.00 | $210,000.00 | $205,000.00 | $312,450.00 | $175,000.00 | $185,370.00 | $342,450.00 | $4,603,870.00 |
| **Cost of Sales** | | | | | | | | | |
| Engineer | | | | | | | | | |
| Material / lot | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $10,645.51 |
| Fee & plans | $25,566.59 | $23,642.14 | $20,223.03 | $20,465.55 | $20,115.11 | $19,642.93 | $19,984.47 | $27,095.49 | $415,802.34 |
| Building Permit | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $4,164.80 |
| Subs / lot | $14,566.71 | $14,711.40 | $14,078.20 | $14,078.20 | $14,197.55 | $13,879.68 | $14,078.20 | $15,686.76 | $270,345.66 |
| Offsite Improvements | $87,090.05 | $84,831.53 | $77,593.43 | $71,425.18 | $77,002.44 | $74,462.13 | $62,041.55 | $94,370.06 | $1,504,511.68 |
| Subtotal | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $25,137.00 |
| | $129,325.84 | $125,287.56 | $113,997.15 | $108,194.45 | $113,417.59 | $110,087.23 | $98,206.71 | $139,254.80 | $2,230,606.99 |
| **Gen. Expenses** | | | | | | | | | |
| Commission/lot | | | | | | | | | |
| Escrow / lot | $10,900.00 | $4,000.00 | $4,000.00 | $4,000.00 | $3,000.00 | $5,250.00 | $10,195.35 | $3,000.00 | $98,545.35 |
| Const insurance / lot | $14,873.95 | $14,054.45 | $13,656.95 | $8,096.05 | $11,311.69 | $15,213.62 | $14,041.22 | $10,000.00 | $197,738.45 |
| Land and Construction Interest | $1,569.11 | $1,047.65 | $1,611.01 | $1,653.34 | $411.48 | $904.29 | $1,343.88 | $488.61 | $22,970.61 |
| Property Tax | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $267,745.49 |
| Utilities / Lot | $230.03 | $922.73 | $236.20 | $959.87 | $570.69 | $2,660.52 | $824.40 | $186.82 | $22,297.27 |
| Inspection (East West Bank) | $248.69 | $230.40 | $192.62 | $247.09 | $49.04 | $387.66 | $66.65 | $25.91 | $4,857.11 |
| Op Expense-advertising | $- | $- | $75.00 | $75.00 | $- | $- | $- | $- | $2,202.77 |
| Op Expense- Auto Fuel | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $9,033.46 |
| Op Expense-Auto Payments | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $24,080.73 |
| Op Expense- Auto License Renewal | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $36,811.17 |
| Op Expense-Auto Insurance | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $1,544.07 |
| Op Expense-Auto Parts and Repairs | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $11,837.00 |
| Op Expense-Equipment-Container (50% of $5,400) | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $4,734.48 |
| Op Expense-Equipment-Equipment Lease Payment | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $1,710.00 |
| Op Expense-Equipment-Mowers | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $34,740.51 |
| Op Expense-Equipment-Repairs | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $625.61 |
| Op Expense-Equipment-Trailers | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $1,366.37 |
| Op Expense-Insurance-General Liability | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $601.67 |
| Op Expense-Insurance-Medical Insurance | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $30,579.81 |
| Op Expense-Insurance-Workers Comp Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Business License | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Employee Meal Expenses | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $128.53 |
| Op Expense-Office expense | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $3,552.69 |
| Op Expense-Payroll and Payroll Taxes | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $15,499.58 |
| Op Expense-Housing Expenses-Employees | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $487,690.98 |
| Op Expense-Utilities | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $1,275.77 |
| Shared Operating expenses with 38 lots | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $34,709.59 |
| | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $32,876.10 |
| Subtotal | $80,513.55 | $72,947.00 | $72,463.55 | $67,723.12 | $68,034.67 | $77,107.86 | $79,163.27 | $66,393.11 | $1,349,755.15 |
| Land Cost | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $154,013.16 |
| Land Closing Cost | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $10,307.30 |
| Loan Renewal Fee | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $19,798.00 |
| Subtotal | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $184,118.46 |
| **Total Cost** | $219,529.83 | $207,925.00 | $196,151.14 | $185,608.01 | $191,142.70 | $196,885.53 | $187,060.42 | $215,338.35 | $3,764,480.61 |
| **Net Profit/Loss** | $10,470.17 | $7,075.00 | $13,848.86 | $19,391.99 | $121,307.30 | ($21,885.53) | ($1,690.42) | $127,111.65 | $839,389.39 |

# EXHIBIT "M"

# TRIAL EXHIBIT P-114

# PROFIT LOSS FOR 11 UNSOLD HOMES- MERATI CALCULATIONS

| Lot # | 3 | 6 | 11 | 12 | 14 | 15 | 17 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|
| Plan # | 1620 | 2408 | 1897 | 2408 | 1897 | 1670 | 1897 | 1897 | 2408 |
| NOC Date | 12/07/06 | 02/27/07 | 07/06/07 | 07/06/07 | 07/03/07 | 01/15/09 | 04/03/08 | 01/15/09 | 07/13/07 |
| COE Date | | | | | | | | | |
| Projected Sale Price | $232,475.00 | $287,960.00 | $231,666.67 | $287,960.00 | $231,666.67 | $235,270.00 | $231,666.67 | $231,666.67 | $287,960.00 |
| **Cost of Sales** | | | | | | | | | |
| Engineer | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 |
| Material / lot | $19,916.81 | $27,930.91 | $25,350.27 | $27,658.84 | $25,589.94 | $19,135.09 | $23,374.37 | $20,145.94 | 29392.59 |
| City Fee & plans | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | 219.20 |
| Building Permit | $17,237.69 | $21,762.31 | $12,056.26 | $13,328.88 | $11,992.24 | $11,462.16 | $14,854.07 | $14,604.43 | $15,983.16 |
| Subs / lot | $72,934.44 | $98,507.58 | $81,435.51 | $95,102.89 | $81,544.13 | $60,554.90 | $80,655.45 | $64,854.02 | $102,657.81 |
| offsite Improvement | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 |
| Subtotal | $112,191.43 | $150,303.29 | $120,944.53 | $138,193.10 | $121,228.80 | $93,254.64 | $120,986.38 | $101,706.88 | $150,136.05 |
| **Gen. Expense** | | | | | | | | | |
| Proj. Commission/lot | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 |
| Pro.Escrow /lot | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 |
| Const Insurance / lot | $1,251.19 | $2,613.01 | $2,153.77 | $2,424.78 | $2,076.37 | $747.13 | $921.84 | $770.67 | $1,507.65 |
| Land and Construction Interest | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 | $14,091.87 |
| Property Tax | $2,226.09 | $3,907.53 | $2,982.92 | $3,920.97 | $2,982.92 | $1,187.65 | $2,823.02 | $1,217.50 | $3,574.34 |
| Utilities / Lot | $4,460.76 | $550.54 | $420.17 | $421.06 | $422.38 | $433.30 | $352.06 | $437.24 | $948.43 |
| Inspection (East West Bank) | $352.75 | $352.78 | $108.33 | $108.37 | $75.00 | $ - | $ | $ - | |
| Op Expense-advertising | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 |
| Op Expense- Auto Fuel | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 |
| Op Expense-Auto Payments | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 |
| Op Expense- Auto License Renewal | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 |
| Op Expense-Auto Insurance | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 |
| Op Expense-Auto Parts and Repairs | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 |
| Op Expense-Equipment-Container (50% of $5,400) | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| Op Expense-Equipment-Equipment Lease Payment | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 |
| Op Expense-Equipment-Mowers | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 |
| Op Expense-Equipment-Repairs | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 |
| Op Expense-Equipment-Trailers | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 |
| Op Expense-Insurance-General Liability | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | 1609.463878 |
| Op Expense-Insurance-Medical Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Insurance-Workers Comp Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Business License | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 |
| Op Expense-Employee Meal Expenses | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 |
| Op Expense-Office expense | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 |
| Op Expense-Payroll and Payroll Taxes | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 | $25,667.95 |
| Op Expense-Housing Expenses-Employees | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | - $67.15 | $67.15 |
| Op Expense-Utilities | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 |
| Shared Operating expenses with 38 lots | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 |
| Subtotal | $76,576.44 | $75,709.51 | $73,950.84 | $75,160.83 | $73,842.32 | $70,653.73 | $72,382.57 | $70,711.06 | $74,316.07 |
| Land Cost | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 |
| Land Closing Cost | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 |
| Loan Renewal Fee | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 |
| Subtotal | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 |
| **Total Cost** | $198,458.32 | $235,703.25 | $204,585.82 | $223,044.38 | $204,761.57 | $173,598.82 | $203,059.40 | $182,108.39 | $234,142.57 |
| **Net Profit/Loss** | $34,016.68 | $52,256.75 | $27,080.85 | $64,915.62 | $26,905.10 | $61,671.18 | $28,607.27 | $49,558.28 | $53,817.43 |

P-114 091

## PROFIT LOSS FOR 11 UNSOLD HOMES- MERATI CALCULATIONS

| | 28 | 29 | Total |
|---|---|---|---|
| Lot # | | | |
| Plan # | 1440 | 2239 | |
| NOC Date | 10/17/08 | 11/06/08 | |
| COE Date | | | |
| *Projected Sale Price* | $192,487.50 | $300,800.00 | $2,751,579.17 |
| **Cost of Sales** | | | |
| Engineer | $560.29 | $560.29 | $6,163.19 |
| Material / lot | 18876.85 | 24897.87 | $262,269.48 |
| City Fee & plans | $219.20 | 219.20 | $2,411.20 |
| Building Permit | 13,468.41 | $15,634.35 | $162,383.96 |
| Subs / lot | $54,406.98 | $80,493.21 | $873,146.92 |
| offsite Improvement | $1,323.00 | $1,323.00 | $14,553.00 |
| Subtotal | $ 88,854.73 | $ 123,127.92 | $1,320,927.75 |
| | | | |
| **Gen. Expense** | | | |
| Proj. Commission/lot | $5,186.60 | $5,186.60 | $57,052.57 |
| Pro.Escrow /lot | $10,407.29 | $10,407.29 | $114,480.16 |
| Const Insurance / lot | $709.91 | $992.47 | $16,168.79 |
| Land and Construction Interest | $14,091.87 | $14,091.87 | $155,010.55 |
| Property Tax | $1,188.72 | $1,359.27 | $27,370.93 |
| Utilities / Lot | $568.81 | $253.20 | $9,267.95 |
| Inspection (East West Bank) | | | $997.23 |
| Op Expense-advertising | $475.45 | $475.45 | $5,229.90 |
| Op Expense- Auto Fuel | $1,267.41 | $1,267.41 | $13,941.47 |
| Op Expense-Auto Payments | $1,937.43 | $1,937.43 | $21,311.73 |
| Op Expense- Auto License Renewal | $81.27 | $81.27 | $893.93 |
| Op Expense-Auto Insurance | $623.00 | $623.00 | $6,853.00 |
| Op Expense-Auto Parts and Repairs | $249.18 | $249.18 | $2,741.02 |
| Op Expense-Equipment-Container (50% of $5,400) | $90.00 | $90.00 | $990.00 |
| Op Expense-Equipment-Equipment Lease Payment | $1,828.45 | $1,828.45 | $20,112.92 |
| Op Expense-Equipment-Mowers | $32.93 | $32.93 | $362.19 |
| Op Expense-Equipment-Repairs | $71.91 | $71.91 | $791.05 |
| Op Expense-Equipment-Trailers | $31.67 | $31.67 | $348.33 |
| Op Expense-Insurance-General Liability | 1609.463878 | 1609.463878 | $17,704.10 |
| Op Expense-Insurance-Medical Insurance | $0.00 | $0.00 | $0.00 |
| Op Expense-Insurance-Workers Comp Insurance | $0.00 | $0.00 | $0.00 |
| Op Expense-Business License | $6.76 | $6.76 | $74.41 |
| Op Expense-Employee Meal Expenses | $186.98 | $186.98 | $2,056.82 |
| Op Expense-Office expense | $815.77 | $815.77 | $8,973.44 |
| Op Expense-Payroll and Payroll Taxes | $25,667.95 | $25,667.95 | $282,347.41 |
| Op Expense-Housing Expenses-Employees | $67.15 | $67.15 | $738.60 |
| Op Expense-Utilities | $1,826.82 | $1,826.82 | $20,095.03 |
| Shared Operating expenses with 38 lots | $1,730.32 | $1,730.32 | $19,033.53 |
| Subtotal | $70,753.09 | $70,890.59 | $804,947.07 |
| | | | |
| Land Cost | $8,105.96 | $8,105.96 | $89,165.51 |
| Land Closing Cost | $542.49 | $542.49 | $5,967.39 |
| Loan Renewal Fee | $1,042.00 | $1,042.00 | $11,462.00 |
| Subtotal | $9,690.45 | $9,690.45 | $106,594.90 |
| | | | |
| **Total Cost** | $169,298.27 | $203,708.96 | $2,232,469.73 |
| | | | |
| **Net Profit/Loss** | $23,189.23 | $97,091.04 | $519,109.44 |

p-114 pg 2

# EXHIBIT "N"

# TRIAL EXHIBIT P-115

## PROFIT LO[SS] FOR PROJECTED 38 HOMES TO BE BUILT- MERATI CAL[CUL]ATIONS

| Lot # | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 |
|---|---|---|---|---|---|---|---|---|---|---|
| Plan # | 1670 | 1440 | 1670 | 1620 | 1440 | 1670 | 1670 | 2239 | 1670 | 2239 |
| **Projected Sale Price** | $235,270.00 | $192,487.50 | $235,270.00 | $232,475.00 | $192,487.50 | $235,270.00 | $235,270.00 | $300,800.00 | $235,270.00 | $300,800.00 |
| **Cost of Sales** | | | | | | | | | | |
| Engineer | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 |
| Material / lot | $19,951.61 | $19,691.80 | $19,951.61 | $20,042.87 | $19,691.80 | $19,951.61 | $19,951.61 | $25,359.43 | $19,951.61 | $25,359.43 |
| City Fee & plans | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 |
| Building Permits | $14,159.86 | $13,458.84 | $14,068.63 | $13,911.10 | $13,458.84 | $14,068.63 | $14,068.63 | $15,630.21 | $14,070.45 | $15,594.53 |
| Subcontractor | $71,788.58 | $63,785.36 | $71,788.58 | $73,667.59 | $63,785.36 | $71,788.58 | $71,788.58 | $93,511.22 | $71,788.58 | $93,511.22 |
| Offsite Improvement | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 |
| | $108,002.53 | $99,038.49 | $107,911.30 | $109,724.05 | $99,038.49 | $107,911.30 | $107,911.30 | $136,603.34 | $107,913.12 | $136,567.66 |
| **General Expenses** | | | | | | | | | | |
| Commission | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 |
| Escrow | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 |
| Construction Insurance | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 |
| Interest-land | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 |
| Interest-construction | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 |
| Property Tax | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 |
| Utilities | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 |
| Inspection Fees | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Op Expense-advertising | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 |
| Op Expense- Auto Fuel | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 |
| Op Expense-Auto Payments | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 |
| Op Expense- Auto License Renewal | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 |
| Op Expense-Auto Insurance | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 |
| Op Expense-Auto Parts and Repairs | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 |
| Op Expense-Equipment-Container (50% of $5,400) | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| Op Expense-Equipment-Equipment Lease Payment | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 |
| Op Expense-Equipment-Mowers | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 |
| Op Expense-Equipment-Repairs | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 |
| Op Expense-Equipment-Trailers | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 |
| Op Expense-Insurance-General Liability | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 |
| Op Expense-Insurance-Medical Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Insurance-Workers Comp Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Business License | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 |
| Op Expense-Employee Meal Expenses | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 |
| Op Expense-Office expense | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 |
| Op Expense-Housing Expenses-Employees | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 |
| Op Expense-Utilities | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 |
| Shared Operating expenses with 38 lots | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 |
| Subtotal | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 |
| Land Cost | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 |
| Land Closing Cost | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 |
| Loan Renewal Fee | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 |
| Subtotal | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 |
| **Total Cost** | $162,932.63 | $153,968.59 | $162,841.40 | $164,654.15 | $153,968.59 | $162,841.40 | $162,841.40 | $191,533.44 | $162,843.22 | $191,497.76 |
| **Net Profit/Loss** | $72,337.37 | $38,518.91 | $72,428.60 | $67,820.85 | $38,518.91 | $72,428.60 | $72,428.60 | $109,266.56 | $72,426.78 | $109,302.24 |

P-115 P71

# PROFIT LO● OR PROJECTED 38 HOMES TO BE BUILT- MERATI CAL●ATIONS

P-115 Pg 2

| Lot # | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 |
|---|---|---|---|---|---|---|---|---|---|---|
| Plan # | 1670 | 1440 | 1620 | 1670 | 1440 | 1897 | 2408 | 1897 | 1897 | 2239 |
| **Projected Sale Price** | $235,270.00 | $192,487.50 | $232,475.00 | $235,270.00 | $192,487.50 | $231,666.67 | $287,960.00 | $231,666.67 | $231,666.67 | $300,800.00 |
| **Cost of Sales** | | | | | | | | | | |
| Engineer | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 |
| Material / lot | $19,951.61 | $19,691.80 | $20,042.87 | $19,951.61 | $19,691.80 | $23,693.40 | $28,132.87 | $23,693.40 | $23,693.40 | $25,359.43 |
| City Fee & plans | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 |
| Building Permits | $14,065.77 | $13,455.98 | $13,908.24 | $14,065.77 | $13,444.43 | $14,690.73 | $15,996.17 | $14,630.69 | $14,630.69 | $15,531.40 |
| Subcontractor | $71,788.58 | $63,785.36 | $73,667.59 | $71,788.58 | $63,785.36 | $80,645.67 | $99,161.11 | $80,645.67 | $80,645.67 | $93,511.22 |
| Offsite Improvement | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 |
| | $107,908.44 | $99,035.63 | $109,721.19 | $107,908.44 | $99,024.08 | $121,132.28 | $145,392.63 | $121,011.38 | $121,072.24 | $136,504.53 |
| **General Expenses** | | | | | | | | | | |
| Commission | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 |
| Escrow | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 |
| Construction Insurance | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 |
| Interest-land | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 |
| Interest-construction | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 |
| Property Tax | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 |
| Utilities | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 |
| Inspection Fees | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Op Expense-advertising | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 |
| Op Expense- Auto Fuel | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 |
| Op Expense-Auto Payments | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 |
| Op Expense- Auto License Renewal | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 |
| Op Expense-Auto Insurance | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 |
| Op Expense-Auto Parts and Repairs | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 |
| Op Expense-Equipment-Container (50% of $5,400) | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| Op Expense-Equipment-Equipment Lease Payment | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 |
| Op Expense-Equipment-Mowers | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 |
| Op Expense-Equipment-Repairs | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 |
| Op Expense-Equipment-Trailers | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 |
| Op Expense-Insurance-General Liability | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 |
| Op Expense-Insurance-Medical Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Insurance-Workers Comp Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Business License | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 |
| Op Expense-Employee Meal Expenses | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 |
| Op Expense-Office expense | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 |
| Op Expense-Housing Expenses-Employees | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 |
| Op Expense-Utilities | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 |
| Shared Operating expenses with 38 lots | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 |
| Subtotal | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 |
| Land Cost | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 |
| Land Closing Cost | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 |
| Loan Renewal Fee | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 |
| Subtotal | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 |
| **Total Cost** | $162,838.54 | $153,965.73 | $164,651.29 | $162,838.54 | $153,954.18 | $176,062.38 | $200,322.74 | $175,941.48 | $176,002.34 | $191,434.63 |
| **Net Profit/Loss** | $72,431.46 | $38,521.77 | $67,823.71 | $72,431.46 | $38,533.32 | $55,604.28 | $87,637.26 | $55,725.18 | $55,664.32 | $109,365.37 |

# PROFIT LOSS FOR PROJECTED 38 HOMES TO BE BUILT- MERATI CALCULATIONS

| Lot # | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 |
|---|---|---|---|---|---|---|---|---|---|---|
| Plan # | 1670 | 1897 | 2408 | 1897 | 2239 | 2408 | 1897 | 1670 | 1440 | 1670 |
| **Projected Sale Price** | $235,270.00 | $231,666.67 | $287,960.00 | $231,666.67 | $300,800.00 | $287,960.00 | $231,666.67 | $235,270.00 | $192,487.50 | $235,270.00 |
| **Cost of Sales** | | | | | | | | | | |
| Engineer | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 |
| Material / lot | $19,951.61 | $23,693.40 | $28,132.87 | $23,693.40 | $25,359.43 | $28,132.87 | $23,693.40 | $19,951.61 | $19,691.80 | $19,951.61 |
| City Fee & plans | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 |
| Building Permits | $14,033.50 | $14,701.62 | $15,979.09 | $14,639.38 | $15,539.81 | $16,017.47 | $14,695.33 | $14,029.46 | $13,445.46 | $14,089.43 |
| Subcontractor | $71,788.58 | $80,645.67 | $99,161.11 | $80,645.67 | $93,511.22 | $99,161.11 | $80,645.67 | $71,788.58 | $63,785.36 | $71,788.58 |
| Offsite Improvement | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 |
| | $107,876.17 | $121,143.17 | $145,375.55 | $121,080.93 | $136,512.94 | $145,413.93 | $121,136.88 | $107,872.13 | $99,025.11 | $107,932.10 |
| **General Expenses** | | | | | | | | | | |
| Commission | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 |
| Escrow | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 |
| Construction Insurance | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 |
| Interest-land | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 |
| Interest-construction | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 |
| Property Tax | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 |
| Utilities | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 |
| Inspection Fees | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Op Expense-advertising | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 |
| Op Expense- Auto Fuel | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 |
| Op Expense-Auto Payments | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 |
| Op Expense- Auto License Renewal | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 |
| Op Expense-Auto Insurance | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 |
| Op Expense-Auto Parts and Repairs | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 |
| Op Expense-Equipment-Container (50% of $5,400) | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| Op Expected-Equipment Lease Payment | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 |
| Op Expense-Equipment-Mowers | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 |
| Op Expense-Equipment-Repairs | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 |
| Op Expense-Equipment-Trailers | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 |
| Op Expense-Insurance-General Liability | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 |
| Op Expense-Insurance-Medical Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Insurance-Workers Comp Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Business License | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 |
| Op Expense-Employee Meal Expenses | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 |
| Op Expense-Office expense | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 |
| Op Expense-Housing Expenses-Employees | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 |
| Op Expense-Utilities | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 |
| Shared Operating expenses with 38 lots | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 |
| Subtotal | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 |
| Land Cost | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 |
| Land Closing Cost | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 |
| Loan Renewal Fee | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 |
| Subtotal | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 |
| **Total Cost** | $162,806.27 | $176,073.27 | $200,305.66 | $176,011.03 | $191,443.04 | $200,344.04 | $176,066.98 | $162,802.23 | $153,955.21 | $162,862.20 |
| **Net Profit/Loss** | $72,463.73 | $55,593.39 | $87,654.34 | $55,655.63 | $109,356.96 | $87,615.96 | $55,599.68 | $72,467.77 | $38,532.29 | $72,407.80 |

p-115 pg 3

# PROFIT LOSS OR PROJECTED 38 HOMES TO BE BUILT- MERATI CALCULATIONS

| Lot # | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Plan # | 2239 | 1620 | 1670 | 1440 | 1670 | 1440 | 1620 | 1670 | |
| **Projected Sale Price** | $300,800.00 | $232,475.00 | $235,270.00 | $192,487.50 | $235,270.00 | $192,487.50 | $232,475.00 | $235,270.00 | $9,093,702.50 |
| **Cost of Sales** | | | | | | | | | |
| Engineer | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $560.29 | $21,291.02 |
| Material / lot | $25,359.43 | $20,042.87 | $19,951.61 | $19,691.80 | $19,951.61 | $19,691.80 | $20,042.87 | $19,951.61 | $830,741.08 |
| City Fee & plans | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $219.20 | $8,329.47 |
| Building Permits | $15,630.30 | $13,911.18 | $14,068.71 | $13,458.92 | $14,068.71 | $13,458.92 | $13,911.18 | $14,147.04 | $546,674.24 |
| Subcontractor | $93,511.22 | $73,667.59 | $71,788.58 | $63,785.36 | $71,788.58 | $63,785.36 | $73,667.59 | $71,788.58 | $2,923,332.82 |
| Offsite Improvement | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $1,323.00 | $50,273.95 |
| | $136,603.43 | $109,724.13 | $107,911.38 | $99,038.57 | $107,911.38 | $99,038.57 | $109,724.13 | $107,989.71 | $4,380,642.58 |
| **General Expenses** | | | | | | | | | |
| Commission | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $5,186.60 | $197,090.70 |
| Escrow | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $10,407.29 | $395,476.90 |
| Construction Insurance | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $1,304.65 | $49,576.57 |
| Interest-land | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $980.64 | $37,264.46 |
| Interest-construction | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $13,111.22 | $498,226.52 |
| Property Tax | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $646.47 | $24,565.86 |
| Utilities | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $470.84 | $17,891.74 |
| Inspection Fees | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $7,600.00 |
| Op Expense-advertising | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $475.45 | $18,066.92 |
| Op Expense- Auto Fuel | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $1,267.41 | $48,161.45 |
| Op Expense-Auto Payments | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $1,937.43 | $73,622.34 |
| Op Expense- Auto License Renewal | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $81.27 | $3,088.13 |
| Op Expense-Auto Insurance | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $623.00 | $23,674.00 |
| Op Expense-Auto Parts and Repairs | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $249.18 | $9,468.97 |
| Op Expense-Equipment-Container (50% of $5,400) | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $3,420.00 |
| Op Expense-Equipment-Equipment Lease Payment | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $1,828.45 | $69,481.01 |
| Op Expense-Equipment-Mowers | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $32.93 | $1,251.21 |
| Op Expense-Equipment-Repairs | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $71.91 | $2,732.73 |
| Op Expense-Equipment-Trailers | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $31.67 | $1,203.33 |
| Op Expense-Insurance-General Liability | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $1,609.46 | $61,159.63 |
| Op Expense-Insurance-Medical Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Insurance-Workers Comp Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Op Expense-Business License | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $6.76 | $257.06 |
| Op Expense-Employee Meal Expenses | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $186.98 | $7,105.38 |
| Op Expense-Office expense | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $815.77 | $30,999.16 |
| Op Expense-Housing Expenses-Employees | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $67.15 | $2,551.54 |
| Op Expense-Utilities | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $1,826.82 | $69,419.19 |
| Shared Operating expenses with 38 lots | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $1,730.32 | $65,752.19 |
| Subtotal | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $45,239.66 | $1,719,107.00 |
| Land Cost | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $8,105.96 | $308,026.32 |
| Land Closing Cost | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $542.49 | $20,614.61 |
| Loan Renewal Fee | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $1,042.00 | $39,596.00 |
| Subtotal | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $9,690.45 | $368,236.93 |
| **Total Cost** | $191,533.53 | $164,654.23 | $162,841.48 | $153,968.67 | $162,841.48 | $153,968.67 | $164,654.23 | $162,919.81 | $6,467,986.51 |
| **Net Profit/Loss** | $109,266.47 | $67,820.77 | $72,428.52 | $38,518.83 | $72,428.52 | $38,518.83 | $67,820.77 | $72,350.19 | $2,625,715.99 |

P-115 P.4