**William L. Alexander** (State Bar Number 126607)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for Defendant, Dennis W. DeWalt, Inc.**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | ) Case No.  1:07-CV-01080 LJO-GSA |
| Plaintiff, | ) |
| | ) **APPENDIX OF EXHIBITS RE** |
| vs. | ) **DeWALT'S BRIEF IN SUPPORT OF** |
| | ) **MOTION FOR AN ORDER ALTERING OR** |
| NORTHERN CALIFORNIA UNIVERSAL | ) **AMENDING THE JUDGMENT AND/OR** |
| ENTERPRISES COMPANY, a California | ) **GRANTING A NEW TRIAL** |
| Corporation, et al, | ) |
| | ) Date:       June 23, 2010 |
| Defendants. | ) Time:       8:30 a.m. |
| | ) Courtroom: 4 |
| | ) Judge:      Hon. Lawrence J. O'Neill |

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1          Case No. 1:07-CV-01080 LJO-GSA

APPENDIX OF EXHIBITS RE DeWALT'S BRIEF IN SUPPORT OF MOTION FOR NEW TRIAL, ETC.

# VALLEY ROSE
# ACCOUNT
# SUMMARY

EXHIBIT J-4

| JOB #'S | DESCRIPTION | TOTAL INVOICED | TOTAL PAID | DATE OF LAST PAYMENT | AMOUNT OF LAST PAYMENT |
|---|---|---|---|---|---|
| 92-22 | Valley Rose Golf Course & Sub.Sec 4 | $18,499.27 | $18,499.27 | 6/21/93 | $22.3 |
| 92-22.01 | Survey Topo & Boundary | $47,000.46 | $47,000.46 | 10/27/93 | $1,088.0 |
| 92-22.02 | Master Planning | $142,893.98 | $129,837.77 | 3/21/94 | $2,000.0 |
| 92-22.03 | Williamson Act Cancellation | $4,190.45 | $4,190.45 | 11/12/92 | $380.0 |
| 92-22.04 | Tract #5472 | $308,419.37 | $240,776.18 | 4/28/94 | $6,662.2 |
| 92-22.05 | Tract #5618 | $275,257.17 | $149,459.94 | 4/28/94 | $64.0 |
| 92-22.06 | Parcel Map 9572 | $26,073.40 | $25,835.80 | 6/21/93 | $27.0 |
| 92-22.07 | Business Card Development | $142.76 | $142.76 | 9/8/92 | $142.7 |
| 92-22.08 | Assessment District Engineering | $36,113.11 | $0.00 | | |
| 92-22.09 | Offsite Sewer | $111,125.83 | $67,943.18 | 5/9/94 | $6,635.1 |
| 92-22.10 | Offsite Water | $101,633.48 | $69,855.35 | 4/28/94 | $2,969.9 |
| 92-22.11 | Offsite Highway (CalTrans) | $59,111.82 | $51,698.89 | 4/28/94 | $1,621.6 |
| 92-22.12 | Color Rendering | $4,260.29 | $946.16 | 2/2/94 | $946.1 |
| 92-22.13 | Resubdivide R-2 in Tr. 5618 | $180.00 | $180.00 | 2/2/94 | $180.0 |
| 92-22.14 | Surveying Extras | $77.10 | $77.10 | 2/17/94 | $77.1 |
| 92-22.15 | Unbilled Assessment Work | $11,157.89 | $0.00 | | |
| 92-22.16 | Lot Study Plan | $3,773.90 | $2,000.00 | 3/2/94 | $2,000.0 |
| | | | | | |
| TOTALS: | | $1,149,910.28 | $808,443.31 | | $24,816.3 |
| | | | | | |
| | City of Wasco | | $195,729.62 | | |
| | Michael Brown | | $612,512.02 | | |
| | | | $808,241.64 | | |

EXCERPTS FROM J-16   (4-0001; 4-0009)



This form of agreement is distributed by:

**CELSOC**
CONSULTING ENGINEERS AND
LAND SURVEYORS OF CALIFORNIA

**AGREEMENT BETWEEN CLIENT AND CONSULTANT**
This form of agreement (Form A) was developed by the Consulting Engineers and Land Surveyors of California and is intended primarily for the use of CELSOC members and may not be reproduced without the permission of the Consulting Engineers and Land Surveyors of California. © 2003, 2001, 1998, 1994, 1991, 1989, 1987, 1984, 1982, 1979, 1978, 1975, 1973, 1970, 1967.

**Notice:** *This form of agreement is copyrighted by CELSOC and is only printed by CELSOC on security paper, which has the CELSOC logo background design.*

Project No. 2004-49

Agreement entered into at __Bakersfield__ on this date of __7 Sept 2004__, by and between:

Client: __Northern California Universal Enterpise__ Consultant: __DeWalt Corporation__

Name __Mr. Joe Wu__                           Name __Jeffrey A Gutierrez__

Address __300 'B' Street__                    Address __1930 22nd Street__
__Turlock, Ca 95380__                         __Bakersfield, Ca 93301__

Phone: __209-669-0606__   Fax __209-669-0498__    Phone __661-323-4600__   Fax __661-323-4674__

Email _____                   Email __jag@dewaltcorp.com__

                                             License No. __PLS 7595__

*Client and Consultant agree as follows:*

A. Client retains Consultant to perform services for:

   WASCO SUBDIVISION-EXPIRED TRACT 5472
   hereinafter called "project."

B. Consultant agrees to perform the following scope of services:

   TOPO SURVEY
   TENTATIVE MAP
   FINAL MAPS
   SURVEYING SERVICES

C. Client agrees to compensate Consultant for such services as follows:

   LUMP SUM $26,000.00

D. This agreement is subject to the Provisions of Agreement contained in paragraphs 1 through 52, and the provisions of the exhibits attached hereto and made a part hereof. (List exhibits below.)

   EXHIBIT 'A' SIGNED LETTER OF PROPOSAL



EXHIBIT
J-16

Form A                          Page 1 of 9

4-0001

| Client Initials | Consultant Initials |
|---|---|

IN WITNESS WHEREOF, the parties hereby execute this agreement upon the terms and conditions stated above.

Client __Northern California Universal Enterprise__ Consultant __DeWalt Corporation__

By _____    By _____

Name _____    Name __Jeffrey A Gutierrez__

Title _____    Title __President__

Date Signed _____    Date Signed __9-8-04__

**Client should mail completed contract to the address shown for Consultant.**

4-0009

# DEWALT Corporation

• ENGINEERING   • PLANNING   • SURVEYING   • LAND DEVELOPMENT   • CONSTRUCTION MANAGEMENT

July 21, 2004                                                      04-01P

**NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE CO.**
300 "B" Street
Turlock, CA 95380
FAX:   209.669.0498

Attn.:   Mr. Jess Marimla

Re:   **Wasco Subdivision – Expired Tract 5472**
      **Proposal for Planning / Engineering / Surveying / Professional Services**

Dear Mr. Marimla,

DeWalt Corporation is pleased to provide this proposal for the following Planning, Engineering, and Surveying services for the property on Valley Rose Park Way in the City of Wasco, County of Kern. You will recall that the Tentative Map for Tract 5472 was approved with conditions at one point in time. Many of the conditions of approval with regard to infrastructure improvements to the site in question were completed, yet the Tentative Map was allowed to expire before recordation.  Find below the various services that DeWalt Corporation proposes to provide to you for this project and their associated costs:

## TOPOGRAPHIC SURVEY:

Topographic survey will be performed in such a manner as to gather data which will be used for planning or engineering purposes. Please note that prior to the commencement of survey we will require a current (less that 30 days old) preliminary title report.

- Research existing horizontal and vertical monumentation with the Kern County Surveyor.
- Research existing infrastructure improvement plans with the Kern County Resource Management Agency, City of Wasco and any other related utility companies and service districts.
- Perform a boundary survey of the site, corroborating the existence of property corners and defining the site boundary. During the course of the boundary portion of the survey, we will also devote time to identifying any encroachment of the property lines.
- Perform a topographic survey of the existing pads, street and infrastructure improvements. Pad certification will be desired for proof of flood and grading plan conformance with County of Kern.
- Process and transfer the survey data for entry into electronic drafting software (AutoCAD) for the purposes of preparing the topographic survey plat.
- Dissemination of the Preliminary Title Report and identification of easements, licenses and recorded documents that encumber the property in question.
- Drafting and review of topographic survey plat.
- Validation and Certification of survey by a licensed land surveyor.
- **Cost :**                                                   **$7,500.00**

**Agreed and Understood:**

By: _____  9/7/04    Date:
Title:   _PRESIDENT_

EXHIBIT
J-18

Expired Tract 5472, Wasco, CA
Proposal for Planning, Engineering and Surveying
Page 2 of 3

## TENTATIVE MAP:

- Meetings with the Owner to discuss development plans / proposed layout / phasing
- Meetings with County Staff to discuss development options, scheduling and fees
- Preparation of Boundary and Easement Map from Record Data and available Title Information
- Prepare and Process Tentative Subdivision Map and Application Package
- Assist in coordination and completion of Tentative Map approval studies and mitigation measures
- Present Tentative Subdivision Map to Governing Bodies for Consideration and Action
- **Cost :**                                                                    $5,500.00

Agreed and Understood:

By:
Title:                     president            Date:

Upon approval of the Tentative Map, DeWalt Corporation and the owner will review and consider the conditions of approval. There may be items in the conditions of approval that will require DeWalt Corporation to engineer and process construction plans for approval by the County of Kern. Costs for these plans are un-determinable at this time and are not a part of this proposal.

## FINAL MAPS:

- Prepare Final Subdivision Map for Recordation
- Process County Improvement Agreements if required
- Prepare legal descriptions as needed
- **Cost :**                                                                    $5,500.00

Agreed and Understood:

By:
Title:                     president            Date

## SURVEYING SERVICES:

- Surveying for Centerline Monument and lot corner installation
- **Cost:**                                                                     $7,500.00

Agreed and Understood:

By:
Title:                     president            Date

Expired Tract 5472, Wasco, CA
Proposal for Planning, Engineering and Surveying
Page 3 of 3

Any work not specifically listed herein shall not be assumed to be included in this proposal.  Prices quoted do not include reimbursables such as printing, soils work, document transport, or any governmental, title or other fees. Billing will be monthly, with reimbursables billed separately.  Any "extra" work or changes to the scope of work, or revisions requested by the Owner, Title Company, or any other entity, will be performed on a time-and-materials basis per the attached DeWalt Corporation 2004 Fee Schedule as an "extra" or negotiated separately.

Thank you for this opportunity to work with **NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE CO.** on this project.  If you have any questions regarding any aspect of this proposal, please do not hesitate to contact me at (661) 323-4600x122.  Please sign in the spaces provided authorizing the services you are approving and return one copy to our office at your earliest convenience, indicating our notice to proceed.  We will then prepare a Standard Form of Agreement which will serve as our Contract (sample copy attached), and will forward it to you for execution.

Respectfully submitted,

Jeffrey A. Gutierrez, P.L.S. 7595
President / Director of Surveying
jag@dewaltcorp.com

cc:     Gregory O. Black / Project Manager

BP000219

04/21/2004  10:31   6615234674                    DEWALT                         PAGE  04



# DEWALT
## *Corporation*

• ENGINEERING    • PLANNING    • SURVEYING    • LAND DEVELOPMENT    • CONSTRUCTION MANAGEMENT

## *2004 FEE SCHEDULE*

### OFFICE

| | |
|---|---|
| C.E.O./C.F.O | $ 110.00 Per Hour |
| Consulting Civil Engineer / Land Surveyor | $  98.00 Per Hour |
| Registered Civil Engineer | $  92.00 Per Hour |
| Licensed Land Surveyor | $  92.00 Per Hour |
| Staff Engineer | $  80.00 Per Hour |
| Senior Designer / Senior Planner | $  80.00 Per Hour |
| Senior Draftsperson | $  76.00 Per Hour |
| Draftsperson | $  68.00 Per Hour |
| Clerical | $  50.00 Per Hour |
| Assistant Clerical | $  26.00 Per Hour |

### FIELD

| | |
|---|---|
| 3-Man Survey Crew | $ 150.00 Per Hour |
| 2-Man Survey Crew | $ 120.00 Per Hour |
| 1-Man Survey Crew | $  80.00 Per Hour |
| Construction Inspector | $  86.00 Per Hour |
| Construction Manager | $  80.00 Per Hour |
| Survey Coordinator | $  78.00 Per Hour |
| Survey Technician | $  68.00 Per Hour |

### MISCELLANEOUS / REIMBURSABLES

| | |
|---|---|
| GPS Total Station | $  50.00 Per Hour |
| Robotic Total Station | $  24.00 Per Hour |
| $H_2S$ Monitor | $  10.00 Per Hour |
| Outside Consultant | $    Actual Cost |
| Materials / Reproduction | $    Actual Cost |
| Fees, Permits, Etc. | $    Actual Cost |
| Subsistence | $  60.00 Per Day/ Per Person |
| Mileage | $   0.55 Per Mile/ Per Vehicle |
| Courier | $    Employee's Hourly Rate |

*Rates subject to change January 1, 2005*

KFMc>C:\Documents and Settings\kmcwhorter\My Documents\McWhorter\ratesheet2004.wpd

1930 22ND STREET BAKERSFIELD, CA 93301  (661) 323-4600  •  FAX (661) 323-4674

BP000220

EXCERPTS FROM J-20   (A 01894; A 01904)

*the city of*

# Wasco

ROSE CAPITAL OF THE NATION

764 "E" Street  P.O. Box 836  Wasco, California  93280

Fax (661) 758-7239

March 15, 2005

Lotus Development
2278 Trade Zone Blvd.,
San Jose, CA 95131

RE:  Tentative tract Map 6451

Dear Sirs:

Please be advised that at 7:00 P.M. on March 14, 2005 the City of Wasco
Planning Commission reviewed the above-mentioned requests for  Tentative Tract Map
6451, which was initiated by you. The Planning Commission approved the request. There
is a fourteen (14) day appeal period (starting from the date of receipt of this letter). Any
appeals must be made in writing within that time frame and be submitted to the City
Clerk.

If you have any questions please call 758-7210, thank you.

Sincerely,

Dennis McNamara
Associate Planner

Enclosure: Resolution

*— The City with a rosy future —*

| Engineering | Building | Planning & Zoning | Police Services | Public Works | City Administration | City Clerk Personnel | Animal Control | |
|---|---|---|---|---|---|---|---|---|
| 758-7208 | 758-7250 | 758-7210 | 758-7266 | 758-7270 | 758-7200 | 758-7215 | 758-7240 | 7 |



EXHIBIT
J-20

16) The developer shall provide Cluster Mailbox Units (CBU's), placed for efficient access for all residents and Postal Service personnel. Locations must be approved by the City of Wasco Planning Department and the United States Postal Service.

17) The proposed subdivision is located in the Valley Rose Estates Zone of Benefit, therefore all applicable fees shall be collected prior to the final recordation of the last phase.

18) **The applicant is required to rename Olympic Close to Olympic Ct.**

## WATER/FIRE

1) Water line locations, sizes and materials shall be subject to the approval of the City Engineer

2) Tie-ins to existing water mains shall be constructed as directed by the City Engineer.

3) The City Engineer shall recommend the hydrant type and location. Developer shall seek approval in writing from the County Fire Marshall for hydrant locations.

4) Prior to issuance of a building permit, water mains and fire hydrants to be installed by the developer shall be tested and accepted by the Kern County Fire Department.

## BUILDING

1) No building permit, with the exception of model homes, shall be issued until this subdivision, or any phase thereof, has been recorded pursuant to the requirements of the California State Subdivision Map Act and the Wasco Municipal Code.

2) Prior to the issuance of a building permit an approved final soils report will be required.

3) Private drives shall be constructed of Portland cement-concrete and shall be constructed at a minimum width of twenty (20) feet from the edge of the public roadway pavement to the garage of each house.

4) Prior to permitting occupancy of any lot all required improvements must be completed and accepted by the City of Wasco.

A 01904

# TENTATIVE TRACT 5472

EXHIBIT
J-25

STATISTICS:

UTILITIES:

DEVELOPER:

SURVEYOR:

NOTES:

TENTATIVE TRACT 5472
CITY OF WASCO

972204(01)

# TENTATIVE TRACT 5472



BP002152

VALLEY ROSE GOLF COURSE

NOT A PART

COMMERCIAL

STATE ROUTE 46

SCHOFIELD ROAD

COMMERCIAL

TENTATIVE TRACT 5472
CITY OF WASCO

**STATISTICS:**

ZONING: R-1, R-2

AREA:  R-1   21.0 ACRES
     R-2    4.1 ACRES
     TOTAL 25.1 ACRES

NUMBER OF LOTS:  R-1   86
         R-2    8
         TOTAL LOTS   94

LOTS PER ACRE:  R-1 = 4.1
         R-2 = 4.0

LENGTH OF STREETS:   3610± L.F.
SMALLEST R-1 LOT:   7040 S.F.
LARGEST R-1 LOT:   12,520 S.F.
AVERAGE R-1 LOT:   7150 S.F.
AVERAGE R-2 LOT:   7440 L.F.

**UTILITIES:**

SEWER:  CITY OF WASCO
WATER:  CITY OF WASCO
POWER:  PACIFIC GAS & ELECTRIC
GAS:  SOUTHERN CALIFORNIA GAS CO.
PHONE: PACIFIC BELL

**NOTES:**

ALL SUBDIVISION IMPROVEMENTS AND DRAINAGE
FACILITIES TO BE CONSTRUCTED IN ACCORDANCE
WITH THE CITY OF WASCO STANDARDS, AS APPROVED
BY THE CITY ENGINEER.

**DEVELOPER:**

WASCO COMMUNITY DEVELOPMENT
2233 LUNDY LAKE DRIVE
ESCONDIDO, CALIFORNIA  92029

**SURVEYOR:**

HAROLD W. ROBERTSON   L.S. 5332
PORTER-ROBERTSON ENGINEERING & SURVEYING
1900 21st STREET
BAKERSFIELD, CALIFORNIA  93301

PORTER · ROBERTSON

JOB No.: 90-690
DATE: 1/15/91
DRAWN BY: DDG
CHECKED BY: H.W.R.
SCALE: NOTED
SHEET

1

OF 1 SHEET

# "REVISED" TENTATIVE TRACT MAP No. 5472

GENERAL NOTES

A.P.N. - [illegible]

[illegible]

ELECTRICITY - PACIFIC GAS AND ELECTRIC

TELEPHONE - PACIFIC BELL

GAS - SOUTHERN CALIFORNIA GAS CO.

EXISTING ZONING - R-1 (LOW DENSITY RESIDENTIAL) R-2 (MEDIUM DENSITY RESIDENTIAL)

PROPOSED ZONING - R-1 (LOW DENSITY RESIDENTIAL) R-3 (HIGH DENSITY RESIDENTIAL)

EXISTING LAND USE - AGRICULTURAL

PROPOSED LAND USE - RESIDENTIAL

GENERAL PLAN DESIGNATION - LOW DENSITY RESIDENTIAL

[illegible]

THERE ARE NO STRUCTURES WITHIN THE BOUNDARY OF THIS MAP

[illegible]

[illegible]

[illegible]

[illegible]

LEGAL DESCRIPTION

[illegible]

[illegible] ACRES

[illegible]

EXHIBIT J-26

| SUBDIVIDER | OWNER |
| --- | --- |
| [illegible] | [illegible] |
| PREPARED BY: [illegible] | DATE: [illegible] |
| | TENTATIVE TRACT MAP NO. 5472 |











# CITY OF WASCO

746 8th Street        P. O. Box 159        Wasco, California  93280      805-758-3003

May 2, 1994

Re:  Addresses for Tract 5472

To whom It May Concern:

     Please be advised that attached list of addresses will be used for Tract 5472.  If you have any questions regarding the above please call (805) 758-3003, thank you.

Very truly yours,

Walter E. Cairns
Community Development Director

*The City with a rosy future*

EXHIBIT
J-66

| Lot # | | |
|---|---|---|
| 1 | 6200 | St. Andrews Crescent |
| 2 | 6210 | St. Andrews Crescent |
| 3 | 6220 | St. Andrews Crescent |
| 4. | 6230 | St. Andrews Crescent |
| 5. | 6240 | St. Andrews Crescent |
| 6. | 6250 | St. Andrews Crescent |
| 7. | 6260 | St. Andrews Crescent |
| 8. | 6270 | St. Andrews Crescent |
| 9. | 6291 | Olympic Close |
| 10 | 6281 | Olympic Close |
| 11 | 6271 | Olympic Close |
| 12 | 6261 | Olympic Close |
| 13 | 6251 | Olympic Close |
| 14 | 6241 | Olympic Close |
| 15 | 6231 | Olympic Close |
| 16 | 6221 | Olympic Close |
| 17 | 6211 | Olympic Close |
| 18 | 6205 | Olympic Close |
| 19 | 6201 | Olympic Close |
| 20 | 6200 | Olympic Close |
| 21 | 6210 | Olympic Close |
| 22 | 6220 | Olympic Close |
| 23 | 6230 | Olympic Close |
| 24 | 6240 | Olympic Close |
| 25 | 6251 | St. Andrews Crescent |
| 26 | 6241 | St. Andrews Crescent |
| 27 | 6231 | St. Andrews Crescent |
| 28 | 6221 | St. Andrews Crescent |
| 29 | 6201 | St. Andrews Crescent |
| 30 | 6180 | St. Andrews Crescent |
| 31 | 6160 | St. Andrews Crescent |
| 32 | 6140 | St. Andrews Crescent |
| 33 | 6120 | St. Andrews Crescent |
| 34 | 6100 | St. Andrews Crescent |
| 35 | 6080 | St. Andrews Crescent |

**RMO 029**

| 36 | 6040 | St. Andrews Crescent |
| 37 | 6000 | St. Andrews Crescent |
| 38 | 480 | Pebble Beach Way |
| 39 | 460 | Pebble Beach Way |
| 40 | 440 | Pebble Beach Way |
| 41 | 420 | Pebble Beach Way |
| 42 | 400 | Pebble Beach Way |
| 43 | 380 | Pebble Beach Way |
| 44 | 360 | Pebble Beach Way |
| 45 | 340 | Pebble Beach Way |
| 46 | 320 | Pebble Beach Way |
| 47 | 300 | Pebble Beach Way |
| 48 | 301 | Pebble Beach Way |
| 49 | 321 | Pebble Beach Way |
| 50 | 341 | Pebble Beach Way |
| 51 | 6041 | Sawgrass Court |
| 52 | 6061 | Sawgrass Court |
| 53 | 6081 | Sawgrass Court |
| 54 | 6091 | Sawgrass Court |
| 55 | 6090 | Sawgrass Court |
| 56 | 6080 | Sawgrass Court |
| 57 | 6060 | Sawgrass Court |
| 58 | 6040 | Sawgrass Court |
| 59 | 6020 | Sawgrass Court |
| 60 | 6000 | Sawgrass Court |
| 61 | 6001 | St. Andrews Crescent |
| 62 | 6041 | St. Andrews Crescent |
| 63 | 6081 | St. Andrews Crescent |
| 64 | 6100 | St. Andrews Crescent |
| 65 | 6120 | St. Andrews Crescent |
| 66 | 6140 | St. Andrews Crescent |
| 67 | 6180 | St. Andrews Crescent |
| 68 | 6190 | St. Andrews Crescent |
| 69 | No Address | |

# TRACT MAP NO. 6451

61 NUMBERED LOTS   33.51 GROSS ACRES

BEING A DIVISION PARCEL 1 OF PARCEL MAP NO. 9572, FILED IN BOOK 44 OF PARCEL MAPS AT PAGES 57 THROUGH 62 IN THE OFFICE OF THE KERN COUNTY RECORDER, AND BY CERTIFICATE OF CORRECTION RECORDED DECEMBER 18, 1992 IN BOOK 8779, PAGE 43 OF OFFICIAL RECORDS AND CERTIFICATE OF CORRECTION RECORDED JUNE 18, 1993 IN BOOK 6962, PAGE 1325 OF OFFICIAL RECORDS. ALSO BEING A PORTION OF THE SE. 1/4 OF THE SW. 1/4 OF SECTION 4, TOWNSHIP 27 SOUTH, RANGE 24 EAST, M.D.B.&M., IN THE CITY OF WASCO, COUNTY OF KERN, STATE OF CALIFORNIA.

## BENCHMARK

TOP OF USGS MONUMENT "V 455"
ELEVATION USED = 333.19 U.S.G.S. (NAVD 29)
PER WASCO CITY

## BASIS OF BEARINGS

THE BEARING OF S. 89°18'09" E. SHOWN FOR THE NORTH LINE OF THE NORTHWEST 1/4 OF SECTION 4, T.27S., R. 24E., AS SHOWN IN FILED MAP 7-1 BOOK 7, PAGE 46, FILED IN THE OFFICE OF THE KERN COUNTY SURVEYOR WAS USED AS THE BASIS OF BEARINGS SHOWN HEREON.

## LEGEND

| | |
|---|---|
| O.R. | = OFFICIAL RECORDS |
| K.C.S. | = KERN COUNTY SURVEYOR |
| K.C.S.F.B. | = KERN COUNTY SURVEYOR'S FIELD BOOK |
| P.M. | = PARCEL MAP |
| △ | = DIRECTION OF DRAINAGE |
| △ | = DIMENSION AS DESCRIBED |
| □ | = MONUMENT AS DESCRIBED |
| ● | = EXISTING CENTRLINE MONUMENT |
| ○ | = EXISTING FRONT LOT CORNER TAGS |
| — | = EXISTING SEWER LINE |
| ○ | = EXISTING SEWER MANHOLE |

| | |
|---|---|
| ⋈ | = EXISTING WATER VALVE |
| — | = EXISTING WATER LINE |
| — SD — | = EXISTING STORM DRAIN |
| ⊙ | = EXISTING STORM DRAIN MANHOLE |
| ⊡ | = EXISTING DRAINAGE INLET |
| ⊞ | = EXISTING CROSS GUTTER |
| ⋈ | = EXISTING FIRE HYDRANT |
| ✦ | = EXISTING LIGHTING STANDARD |

## GENERAL NOTES:

TOTAL AREA: 33.51 ACRES (GROSS)
PHASE 1      15.38 ACRES, GROSS
DES. REMAINDERS 18.13 ACRES, GROSS
NUMBER OF LOTS: 68 BUILDABLE LOTS
            AND 3 DESIGNATED REMAINDERS
NET DENSITY: 4.42 UNITS / NET ACRE (SINGLE FAMILY)

A.P.N. = 487-05-46

EXISTING ZONE: R-1
EXISTING USE: VACANT LAND
PROPOSED USE: SINGLE-FAMILY RESIDENTIAL
WATER: CITY OF WASCO
SEWER: CITY OF WASCO
ELECTRIC: PACIFIC GAS & ELECTRIC CO.
GAS: THE GAS COMPANY
TELEPHONE: SBC
CABLE TV: BRIGHTHOUSE NETWORKS
CONTOUR INTERVAL: 1 FOOT

## SCHOOLS

ELEMENTARY AND JUNIOR HIGH:
WASCO UNION SCHOOL DISTRICT
JOHN L. PRUETT ELEMENTARY SCHOOL
THOMAS JEFFERSON MIDDLE SCHOOL
HIGH SCHOOL:
WASCO UNION HIGH SCHOOL DISTRICT
WASCO UNION HIGH SCHOOL

## NOTES

1. THIS DEVELOPMENT CONTAINS EXISTING IMPROVEMENTS BUILT PER "VALLEY ROSE PLANNED COMMUNITY" EXPIRED TENTATIVE TRACT 5472, AND ASSOCIATE APPROVED IMPROVEMENT PLANS.
2. THIS TRACT LIES WITHIN SCHOOL MAINTENANCE DISTRICT NO. 1.
3. THIS TRACT LIES WITHIN THE SHAFTER WASCO IRRIGATION DISTRICT.
4. THIS TRACT LIES WITHIN THE BOUNDARIES OF THE CITY OF WASCO AGRICULTURE PRESERVE NO. 6 MAP.
5. THIS TRACT LIES WITHIN THE BOUNDARIES OF THE CITY OF WASCO ASSESSMENT DISTRICT NO. 92-2.
6. THIS TRACT LIES WITHIN THE BOUNDARIES OF THE WASCO REDEVELOPMENT DISTRICT.

## OWNER/DEVELOPER

LOTUS DEVELOPMENTS
2276 TRADE ZONE BOULEVARD
SAN JOSE, CA 95131
(209) 669-0606

## SURVEYOR

JEFFREY A. GUTIERREZ
DEWALT CORPORATION
1930 22nd STREET
BAKERSFIELD, CA. 93301
(661) 323-4600

## CURVE DATA TABLE

| CURVE | RADIUS | LENGTH | TANGENT | DELTA |
|---|---|---|---|---|
| C1 | 20.00' | 31.54' | 20.13' | 90°21'34" |
| C2 | 25.00' | 12.63' | 6.43' | 28°57'18" |
| C3 | 55.00' | 245.85' | 134.33' | 148°16'30" |
| C4 | 50.00' | 32.18' | 16.67' | 36°52'32" |
| C5 | 20.00' | 22.43' | 66.67' | 257°44'23" |
| C6 | 20.00' | 31.29' | 19.87' | 89°38'56" |
| C7 | 20.00' | 31.51' | 20.09' | 90°15'24" |
| C8 | 20.00' | 33.04' | 21.69' | 94°39'31" |
| C9 | 20.00' | 29.96' | 18.39' | 85°49'14" |
| C10 | 45.60' | 32.29' | 16.60' | 40°34'19" |

**-N-**

1 inch = 80 ft.
( IN FEET )

DESIGNATED REMAINDER

DESIGNATED REMAINDER

DESIGNATED REMAINDER

ANDREW'S CRESCENT

OLYMPIC CLOSE

SAWGRASS COURT

VALLEY ROSE PARKWAY

PARCEL 3 OF P.M. NO. 9572
MAP BK. 44, PGS 57-62

PARCEL 2 OF P.M. NO. 9572
MAP BK. 44, PGS 57-62

PARCEL 3 OF P.M. NO. 9572
MAP BK. 44, PGS. 57-62

PARCEL 8 OF P.M. NO. 9572
MAP BK. 44, PGS 57-62

NORTH WEST QUARTER SECTION, SECTION 12.

(BASIS OF BEARINGS)  S89°18'09"E  2639.34'

S89°16'09"E  317.97'

## DEWALT Corporation

ENGINEERING · PLANNING · SURVEYING · LAND DEVELOPMENT · CONSTRUCTION MANAGEMENT

1930 22nd STREET BAKERSFIELD, CA. 93301
PH. (661) 323-4600   FAX (661) 323-4674

## TENTATIVE TRACT MAP NO. 6451
CITY OF WASCO, CALIFORNIA

EXHIBIT
J-69

SHEET
1
OF 1



**BENCHMARK**
TOP OF USGS MONUMENT "V 455"
ELEVATION USED = 333.19 U.S.G.S. (NAVD 29)
PER WASCO CITY

**BASIS OF BEARINGS**
THE BEARING OF S. 89 18' 09" E. SHOWN FOR THE NORTH LINE OF THE NORTHWEST QUARTER OF SECTION 4, T.27S., R. 24E., AS SHOWN IN FILED MAP 7-1 BOOK 7, PAGE 48, AS FILED IN THE OFFICE OF THE KERN COUNTY SURVEYOR WAS USED AS THE BASIS OF BEARINGS SHOWN HEREON.

# TRACT MAP NO. 6451

61 NUMBERED LOTS 33.51 GROSS ACRES

BEING A DIVISION PARCEL 1 OF PARCEL MAP NO. 9572, FILED IN BOOK 44 OF PARCEL MAPS AT PAGES 57 THROUGH 62 IN THE OFFICE OF THE KERN COUNTY RECORDER, AND BY CERTIFICATE OF CORRECTION RECORDED DECEMBER 18, 1992 IN BOOK 6779, PAGE 43 OF OFFICIAL RECORDS AND CERTIFICATE OF CORRECTION RECORDED JUNE 16, 1993 IN BOOK 6882, PAGE 1325 OF OFFICIAL RECORDS. ALSO BEING A PORTION OF THE SE. ¼ OF THE SW. ¼ OF SECTION 4, TOWNSHIP 27 SOUTH, RANGE 24 EAST, M.D.B.&M., IN THE CITY OF WASCO, COUNTY OF KERN, STATE OF CALIFORNIA.

O.R. - OFFICIAL RECORDS
K.C.S. - KERN COUNTY SURVEYOR
K.C.S.F.B. - KERN COUNTY SURVEYOR'S FIELD BOOK
P.M. - PARCEL MAP
- DIRECTION OF DRAINAGE
- MONUMENT AS DESCRIBED
- EXISTING CENTERLINE MONUMENTS
- EXISTING FRONT LOT CORNER TAGS
- EXISTING SEWER LINE
- EXISTING SEWER MANHOLE
- EXISTING WATER VALVE
- EXISTING WATER LINE
- EXISTING STORM DRAIN
- EXISTING STORM DRAIN MANHOLE
- EXISTING DRAINAGE INLET
- EXISTING CROSS GUTTER
- EXISTING FIRE HYDRANT
- EXISTING LIGHTING STANDARD

| CURVE DATA TABLE | | | | |
|---|---|---|---|---|
| CURVE | RADIUS | LENGTH | TANGENT | DELTA |
| C1 | 20.00' | 31.54' | 20.13' | 90°21'54" |
| C2 | 25.00' | 12.63' | 6.45' | 28°57'18" |
| C3 | 95.00' | 245.65' | 334.33' | 148°16'30" |
| C4 | 50.00' | 32.18' | 16.67' | 36°52'12" |
| C5 | 50.00' | 221.45' | 66.67' | 253°44'23" |
| C6 | 20.00' | 31.29' | 19.87' | 89°38'06" |
| C7 | 20.00' | 31.31' | 20.05' | 90°15'24" |
| C8 | 20.00' | 33.06' | 21.69' | 94°39'15" |
| C9 | 20.00' | 29.86' | 16.53' | 85°49'43" |
| C10 | 45.60' | 32.29' | 16.86' | 40°34'19" |

**GENERAL NOTES:**
TOTAL AREA: 33.51 ACRES (GROSS)
PHASE 1 15.38 ACRES, GROSS
DES. REMAINDERS 18.13 ACRES, GROSS
NUMBER OF LOTS: 68 BUILDABLE LOTS, AND 3 DESIGNATED REMAINDERS
NET DENSITY: 4.42 UNITS / NET ACRE (SINGLE FAMILY)
A.P.N. : 487-03-46
EXISTING ZONE: R-1
EXISTING USE: VACANT LAND
PROPOSED USE: SINGLE-FAMILY RESIDENTIAL
WATER: CITY OF WASCO
SEWER: CITY OF WASCO
ELECTRIC: PACIFIC GAS & ELECTRIC CO.
GAS: THE GAS COMPANY
TELEPHONE: SBC
CABLE TV: BRIGHTHOUSE NETWORKS
CONTOUR INTERVAL: 1 FOOT

**SCHOOLS**
ELEMENTARY AND JUNIOR HIGH:
WASCO UNION SCHOOL DISTRICT
JOHN L. PRUEITT ELEMENTARY SCHOOL
THOMAS JEFFERSON MIDDLE HIGH SCHOOL
HIGH SCHOOL:
WASCO UNION HIGH SCHOOL DISTRICT
WASCO UNION HIGH SCHOOL

**NOTES**
1. THIS DEVELOPMENT CONTAINS EXISTING IMPROVEMENTS BUILT PER "VALLEY ROSE PLANNED COMMUNITY" EXPIRED TENTATIVE TRACT 5472, AND ASSOCIATIVE APPROVED IMPROVEMENT PLANS.
2. THIS TRACT LIES WITHIN WASCO MAINTENANCE DISTRICT NO. 1.
3. THIS TRACT LIES WITHIN THE SHAFTER WASCO IRRIGATION DISTRICT.
4. THIS TRACT LIES WITHIN THE BOUNDARIES OF THE CITY OF WASCO AGRICULTURE PRESERVE NO. 6 MAP.
5. THIS TRACT LIES WITHIN THE BOUNDARIES OF THE CITY OF WASCO ASSESSMENT DISTRICT NO. 92-2.
6. THIS TRACT LIES WITHIN THE BOUNDARIES OF THE WASCO REDEVELOPMENT PROJECT.

**OWNER/DEVELOPER**
LOTUS DEVELOPMENTS
2278 TRADE ZONE BOULEVARD
SAN JOSE, CA 95131
(209) 669-0606

**SURVEYOR**
JEFFREY A. GUTIERREZ
DEWALT CORPORATION
1930 22nd STREET
BAKERSFIELD, CA 93301
(661) 323-4800

EXHIBIT J-70

TENTATIVE TRACT NO. 6451
CITY OF WASCO, CALIFORNIA

DEWALT Corporation
1930 22nd STREET BAKERSFIELD, CA 93301
PH. (661) 323-4800 FAX (661) 323-4874
ENGINEERING · PLANNING · SURVEYING · LAND DEVELOPMENT · CONSTRUCTION MANAGEMENT

SHEET 1 OF 1

# VALLEY ROSE
## OUTSTANDING BALANCE
### SUMMARY
### 6/15/95

| JOB #'S | OUTSTANDING BALANCE | OUTSTANDING PRINCIPLE | OUTSTANDING INTEREST | DATE OF LAST PAYMENT | AMOUNT OF LAST PAYMENT | AMOUNT OF INTEREST PAID |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| 92-22 | $0.00 |  |  | 6/21/93 | $22.36 |  |
| 92-22.01 | $0.00 |  |  | 10/27/93 | $1,088.00 |  |
| 92-22.02 | $13,056.21 |  |  | 3/21/94 | $2,000.00 |  |
| 92-22.03 | $0.00 |  |  | 11/12/92 | $380.00 |  |
| 92-22.04 | $67,663.23 |  |  | 4/28/94 | $6,662.24 |  |
| 92-22.05 | $125,797.45 |  |  | 4/28/94 | $64.00 |  |
| 92-22.06 | $237.60 |  |  | 6/21/93 | $27.05 |  |
| 92-22.07 | $0.00 |  |  | 9/8/92 | $142.76 |  |
| 92-22.08 | $36,113.11 |  |  |  |  |  |
| 92-22.09 | $43,182.65 |  |  | 5/9/94 | $6,635.14 |  |
| 92-22.10 | $31,778.13 |  |  | 4/28/94 | $2,969.97 |  |
| 92-22.11 | $7,412.93 |  |  | 4/28/94 | $1,621.60 |  |
| 92-22.12 | $3,314.13 |  |  | 2/2/94 | $946.16 |  |
| 92-22.13 | $0.00 |  |  | 2/2/94 | $180.00 |  |
| 92-22.14 | $0.00 |  |  | 2/17/94 | $77.10 |  |
| 92-22.15 | $11,157.89 |  |  |  |  |  |
| 92-22.16 | $1,773.90 |  |  | 3/2/94 | $2,000.00 |  |
|  |  |  |  |  |  |  |
| TOTAL | $341,487.23 |  |  |  |  |  |

4/28/94 date of last payment received
5/9/94



EXHIBIT
J-100

lj

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051
   jbraze@bortonpetrini.com
5  jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh
   dba McIntosh & Associates
7

8                    UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 ROGER McINTOSH,                      Case No. 1:07-CV-01080-LJO-GSA

12              Plaintiff,

13 v.                                   THIRD AMENDED COMPLAINT FOR
                                        COPYRIGHT INFRINGEMENT; DEMAND
14 NORTHERN CALIFORNIA UNIVERSAL        FOR JURY TRIAL
   ENTERPRISES COMPANY, a California
15 corporation; LOTUS DEVELOPMENTS,
   LLP; THE CITY OF WASCO, a municipal
16 corporation; DEWALT CM, INC., a
   California corporation also doing business as
17 DEWALT CORPORATION; DENNIS W.
   DE WALT, INC., a California corporation
18 also doing business as DEWALT
   CORPORATION; and DOES 1 through 10,
19 inclusive,

20              Defendants.

21

22       For his complaint against Northern California Universal Enterprises Company

23 ("Universal") Lotus Developments, LLP ("Lotus"), the City of Wasco ("Wasco"), DeWalt CM, Inc.,

24 also doing business as DeWalt Corporation, and Dennis W. De Walt, Inc., also doing business as

25 DeWalt Corporation (collectively "DeWalt") (all defendants referred to collectively as,

26 "Defendants"), Roger McIntosh dba McIntosh & Associates ("McIntosh") alleges:

27

28

H:\PUBLIC\05449\06\0971
McIntosh v.
Northern\THIRD AMD CP
12-29-08.wpd

                                        1

EXHIBIT
J·132

<center>**NATURE OF THE ACTION**</center>

1.      This is an action to redress the infringement of McIntosh's registered copyrights. Universal, Lotus and Wasco have created a residential subdivision by copying and using McIntosh's copyrighted works and employing a tangible embodiment of the landscape and subdivision design McIntosh conceived and created and that is the subject of Copyright Registration Certificate No. VAU-721-180.

<center>**PARTIES AND OTHER IMPORTANT PERSONS**</center>

2.      Plaintiff Roger McIntosh is a civil engineer doing business as McIntosh & Associates and Associates, a sole proprietorship with its principal place of business at 2001 Wheelan Court, Bakersfield, CA 93309.

3.      Defendant Northern California Universal Enterprises Company, a California corporation with an address at 2099 Fortune Drive, San Jose, California 95131, started as a land development company in 1980 and is now a builder in California's Central Valley. On information and belief, Joseph Wu is the founder and head of Northern California Universal Enterprises Company.

4.      Defendant Lotus Developments is a California Limited Partnership with an address at 300 B Street, Turlock, CA 95380. On information and belief, Joseph Wu is also the founder and head of Lotus Developments.

5.      Defendant City of Wasco is a municipal corporation formed and organized under the laws of the State of California with an address at 746 Eighth Street, Wasco, CA 93280.

6.      The true names and capacities of defendants Does 1 through 10 inclusive are unknown to plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the defendants herein designated as a Doe is responsible in some manner for the events and happenings herein referred to and caused injuries proximately thereby as hereinafter alleged. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, each of the defendants was the agent, servant and employee of each of the remaining defendants, and at all times herein mentioned, each was acting within the purpose and scope of said agency and employment. Plaintiff is further informed and believes and

<center>2</center>

H:\PUBLIC\054493\060971 McIntosh v Northern\THIRD AMD CP 12-29-08 wpd

1  thereon alleges that at all times herein mentioned, each of the defendants' employees was the agent,

2  servant and employee of each employee's respective employer, that at all times herein mentioned,

3  each employee was acting within the purpose and scope of said agency and employment, and that

4  each defendant has ratified and approved the acts of its agents and employees.

5         7.     The Legacy Group, referred to throughout, is not a defendant in this action

6  and no longer exists.  The Legacy Group was a land development company originally involved in

7  the development of the property that is the subject of this action.

8                          **JURISDICTION AND VENUE**

9         8.     This court has subject matter jurisdiction over the claims in this action

10  pursuant to 28 U.S.C. section 1331, 28 U.S.C. section 1338(a) through (b) and 28 U.S.C.

11  section 1367.

12         9.     Venue in this judicial district is proper under 28 U.S.C. section 1391(b).

13                          **FACTUAL BACKGROUND**

14                          **McINTOSH & ASSOCIATES**

15         10.    For more than 34 years, Roger McIntosh has been engaged in urban planning,

16  specifically the design of residential subdivisions in community spaces throughout California.  In

17  1980, Mr. McIntosh and Eugene Martin founded Martin-McIntosh Land Surveying.

18         11.    Over the last 27 years, the firm has expanded to offer an array of land-

19  planning services from civil engineering and landscape architecture to construction management

20  throughout Central and Southern California, Arizona and Nevada.

21         12.    On May 3, 1999, Roger McIntosh bought out his partner, Mr. Martin, and

22  Martin-McIntosh became McIntosh & Associates.  Pursuant to the buy-out agreement, the rights and

23  all works created up to that point by Martin-McIntosh were assigned to Roger McIntosh.

24         13.    McIntosh & Associates provides all types of civil engineering services,

25  specializing in site planning for private developments, residential developments and public works

26  projects, including infrastructure, subdivision design and oil field facilities.

27         14.    McIntosh & Associates also offers land surveying services, from boundary

28  surveys to geodetic control surveys.

## CONTRACT WITH THE LEGACY GROUP

15.  In or about 1992, McIntosh contracted with the Legacy Group to design and supervise the private development and construction of a subdivision called the Valley Rose Estates Project (the "Subdivision") on a parcel of land owned by the Legacy Group.

16.  Specifically, McIntosh contracted to (1) develop the subdivision's master plans for water, sewer and drainage systems; (2) develop a phase traffic and circulation plan; (3) determine boundaries; (4) develop a tentative tract map for the Subdivision; and (5) develop landscape design unique to the Subdivision.

17.  According to the contract between McIntosh and the Legacy Group, all work product McIntosh created for the Subdivision remained his property and McIntosh retained the right to use the plans without the Legacy Group's consent, including but not limited to McIntosh's designs and technical drawings.

18.  In addition, the Legacy Group agreed that McIntosh's designs and technical drawings were being created exclusively for the Legacy Group and could only be used by the Legacy Group on the Valley Rose Estates project.

19.  The contract between McIntosh and the Legacy Group also established that the agreement between the parties could not be assigned without the written consent of the other party.

20.  The Legacy Group had an agreement with the City of Wasco wherein the City would pay for the Subdivision project with bond anticipation notes. The Legacy Group was to pay McIntosh and the contractor from the money it received from the City of Wasco.

21.  According to the agreement between Wasco and the Legacy Group, the development agreement expired in 2002 because the improvements were not completed.

22.  The tentative map for the Valley Rose Estates subdivision, Tract No. 5472, expired in 2001.

## THE SUBDIVISION PLANS

23.  In accordance with his obligations under the Legacy Group contract, McIntosh designed the overall layout of the Subdivision, as well as the division of the individual

1   plots and common spaces. McIntosh also created landscape designs for the Subdivision. McIntosh's

2   subdivision and landscape designs are depicted in technical drawings ("The Plans") that are the

3   subject of Copyright Registration Certificate No. VAU-721-180, a true and correct copy of which

4   is attached as Exhibit "A."

5           24.     McIntosh is the sole author of the subdivision and landscape designs

6   embodied in the technical drawings.

7           25.     McIntosh is the sole owner of the copyright and the technical drawings. (See

8   Exhibit "A," Copyright Registration Certificate No. VAU-721-180.)

9                   **INITIAL CONSTRUCTION OF THE SUBDIVISION**

10          26.     In 1993, McIntosh submitted the Plans to the City of Wasco in order to obtain

11  a building permit to commence construction on the Subdivision.  The City of Wasco subsequently

12  approved the Plans.

13          27.     Construction of the Subdivision commenced after the City of Wasco approved

14  the Plans.  Several different contractors worked on the construction of the Subdivision, according

15  to McIntosh's Plans.  McIntosh supervised construction of the Subdivision to ensure that the Plans

16  were properly implemented.

17          28.     In 1994, the bottom dropped out of the real estate market and the City of

18  Wasco's bond anticipation notes lost their value.  The City was no longer able to pay the Legacy

19  Group for the construction on the Subdivision.  Consequently, construction on the Subdivision

20  ceased.  The Legacy Group subsequently declared bankruptcy and the City of Wasco purchased the

21  Subdivision at a tax sale.

22                  **DEFENDANTS' INFRINGEMENT OF MCINTOSH' PLANS**

23          29.     On information and belief, in or about December 2004, of defendants Lotus

24  and Universal  purchased the Subdivision, with all the improvements, from the City of Wasco.

25          30.     In or about late 2005 or early 2006, Mr. Wu of Northern California Universal

26  Enterprises Company and Lotus Developments contacted McIntosh and asked if he could use

27  McIntosh's Plans to finish the Subdivision.  McIntosh told Mr. Wu that he could use the plans if he

28  paid for them.  Mr. Wu refused to pay the price proposed by McIntosh for use of the Plans.

31.     On information and belief, in or about October 2006, without paying McIntosh for his Plans, defendants commenced construction on the Subdivision.

32.     In or about November 2006, a Wasco city employee told McIntosh that Mr. Wu was using McIntosh's plans to complete the Subdivision.

33.     On information and belief, Defendants' construction of the Subdivision is based on landscape and subdivision designs substantially similar to the subdivision and landscape design conceived and created by McIntosh that is represented in the plans and that is the subject of Copyright Registration Certificate No. VAU-721-180.

34.     A point-by-point, feature-by-feature comparison between the subdivision constructed by Defendants and the Plans authored by McIntosh shows that the prominent features of the subdivision are substantially similar to the Plans, such that the overall look and feel of the design representative of the plans is embodied in the subdivision.

35.     Specifically, a feature-by-feature comparison between the subdivision and the Plans reveals substantial similarity in, among other things, the streets, curbs and gutters, utilities, walls, fences, entry monuments, street lights, landscaping, and reference lines, annotations, and reference numbering.

36.     On information and belief, Defendants, without permission or license, obtained and copied the Plans and are using them or have used them to complete the subdivision. Defendants have not paid McIntosh for use of the Plans.

## FIRST CAUSE OF ACTION

## COPYRIGHT INFRINGEMENT OF TECHNICAL DRAWINGS

37.     McIntosh incorporates by reference and re-alleges paragraphs 1 through 36 above.

38.     Plaintiff has in all respects complied with the requirements of the copyright laws of the United States with respect to the Plans.

39.     The copying of the Plans by defendants constitutes infringement of McIntosh's registered copyright and the technical drawings depicted in the Plans, in violation of the Copyright Act, resulting in harm and injury to McIntosh.

1        40.    As a result of the above-described wrongful acts of defendants in creating

2  infringing copies of the Plans, McIntosh's copyright of the Plans has been infringed and he is entitled

3  to recover actual damages and that portion of the profits realized by Defendants from the use and

4  commercial exploitation of the infringing copies attributable to the unlawful use by Defendants of

5  the copyrighted material contained in the plans that is the subject of Copyright Registration

6  Certificate No. VAU-721-180.

7                        **SECOND CAUSE OF ACTION**

8              **C O N T R I B U T O R Y   C O P Y R I G H T**
**INFRINGEMENT OF TECHNICAL DRAWINGS**

9

10        41.    McIntosh incorporates by reference and re-alleges paragraphs 1 through 40

11  above.

12        42.    At all times during the construction of the Valley Rose Estates subdivision,

13  the City of Wasco controlled the development of the Valley Rose Estates subdivision project.

14        43.    As a result of the construction of the Valley Rose Estates subdivision and the

15  unlawful use of McIntosh's copyrighted plans, Wasco obtained a direct financial benefit.

16        44.    As a result of its actions, the City of Wasco knowingly and materially

17  contributed to and induced the infringing conduct of Lotus and Universal.

18        45.    Defendants also induced infringement through their copying, distribution, and

19  continued recording of the Plans.

20        46.    As a result of the above-described wrongful acts of defendants in contributing

21  to the infringement and infringing use of the Plans, McIntosh's copyright in the Plans has been

22  infringed and he is entitled to recover actual damages and that portion of the profits realized by

23  Defendants from the use of and commercial exploitation of the infringing copies attributable to the

24  unlawful use by Defendants of the copyrighted material contained in the Plans that is the subject of

25  Copyright Registration Certificate No. VAU-721-180.

26                       **DEMAND/PRAYER FOR RELIEF**

27        WHEREFORE, McIntosh requests that this Court enter a judgment against the

28  defendants that provides for:

THIRD AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

1          (a)     A declaration that the defendants have willfully infringed McIntosh's

2   exclusive rights in the copyrighted material contained in the Plans that is the subject of Copyright

3   Registration Certificate No. VAU-721-180;

4          (b)     A preliminary and thereafter permanent injunction against defendants and all

5   persons acting in concert or participation with them or persons acting or purporting to act on their

6   behalf, including but not limited to their officers, directors, stockholders, partners, owners, agents,

7   representatives, employees, attorneys, successors and assigns and any and all other persons acting

8   in concert or privity with them, directing defendants to:

9              (i)     Cease and desist from infringing plaintiff's copyright in the Plans;

10             (ii)     Destroy all copies of the plans, including any and all drawings, models,

11  advertisements, catalogues and other materials based on or derived from the Plans; and

12             (iii)     Take all steps necessary to remove any structures or design elements

13  that have been copied from the Plans or built based on the Plans;

14         (c)     The impounding of all copies of the Plans and any other materials derived

15  from the Plans in whole or in part, incorporating any element of the Plans, and all means by which

16  such copies may be reproduced and in order providing for the destruction or other reasonable

17  disposition of materials containing copies of the Plans of the designs embodied in the Plans that have

18  been used in violation of McIntosh's exclusive rights and all means by which such copies may be

19  produced; and in the event that certain such copies are no longer under the control of defendants,

20  provide the name, address and relevant contact information of those believed to be in possession and

21  control of such materials;

22         (d)     The filing with this Court and the service on McIntosh within thirty (30) days

23  following service of the injunction order, a report under oath and in writing, setting forth in detail

24  the manner and form in which defendants have complied with the injunction;

25         (e)     The awarding to plaintiff McIntosh of damages in an amount equal to the

26  actual damages suffered by McIntosh as a result of the infringement and that portion of the profits

27  earned by Defendants from the creation and commercial exploitation of the copied Plans and the

28  infringing building that is attributable to the infringement, and not taken into account in computing

1  McIntosh's actual damages, including an award of the reasonable attorney fees, costs and

2  disbursements incurred by McIntosh in connection with this action;

3          (f)     Alternatively, the awarding to plaintiff McIntosh the maximum statutory

4  damages permitted under the Copyright Act with respect to each infringement, or for such other

5  amount as may be proper pursuant to 17 U.S.C. section 504(c), including an award of reasonable

6  attorney fees, costs, and disbursements incurred by McIntosh in connection with this action; and

7          (g)     The granting to McIntosh of such other and further relief as this Court may

8  deem just and proper.

9                          **JURY TRIAL DEMAND**

10         McIntosh demands a trial by jury on all issues triable of right by a jury.

11  DATED:  April 23, 2009               BORTON PETRINI, LLP

12

13

14                          By:____/s/ Jeffrey A. Travis_____
                                 Jeffrey A. Travis, Attorneys for Plaintiff, Roger
15                               McIntosh dba McIntosh & Associates

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form VA

EFFECTIVE DATE OF REGISTRATION

FEB 12 2007

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼

Valley Rose Planned Community

NAME OF AUTHOR ▼

Marin Vartanian

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **April 23, 2009**, I served the foregoing document described as **THIRD AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>**Law Offices of Steven J. Hassing**<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: stevehassing@yahoo.com | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:  916/677-1770** |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br>email address: cokadigbo@gcrlegal.com | Attorneys for Defendant, City of Wasco<br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>**Alexander & Associates**<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: walexander@alexander-law.com | Attorneys for Defendant, DeWalt CM, Inc.<br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

☒ **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

☐ **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **April 23, 2009**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____Vanessa J. Claridge_____        _____/s/ Vanessa J. Claridge_____

```
osting Date: 10/12/94              A/R Aged Open Invoice Report              Page: 1    JLH
oap    No: 001                        MARTIN-MCINTOSH                     Run Date: 10/12/94
ge                                                                        Run Time: 10:18 am
o     By Number and Job Site            From  00BROWN  To 00BROWN
```

```
ustomer                   Job   Invoice  Last Pmt  Invoice    Balance/
Code     Name/Phone       Nmbr  Number Type Chck #  Date      Balance    Current   30 Days   60 Days   90+ Days   Retentn
```

ROWN    Michael S. Brown                     05/11/94
        (818) 981-3712 92-022-02 Master planning
                              0026422    P 0001155 04/24/93   4229.05                                   4229.05
                              0026731    P        05/22/93   1458.44                                   1458.44
                              0027058    P        06/19/93   1081.86                                   1081.86
                              0027343    P        07/24/93   1444.28                                   1444.28
                              0027680    P        08/21/93    119.59                                    119.59
                              0027968    P        09/18/93    472.19                                    472.19
                              0028241    P        10/23/93    162.95                                    162.95
                              0029696    P        04/23/94   4029.77                                   4029.77
                              0030727    P        08/20/94     58.08              58.08

                              Job Site Total:              13056.21              58.08                12998.13

        92-022-04 Tract #5472
                              0025516    P 0001596 02/20/93    522.08                                    522.08
                              0026124    P        03/20/93  17838.60                                  17838.60
                              0026426    P        04/24/93  18594.39                                  18594.39
                              0026734    P        05/22/93   5968.00                                   5968.00
                              0027059    P        06/19/93   2454.67                                   2454.67
                              0027347    P        07/24/93   1546.38                                   1546.38
                              0027353    P 0001596 07/24/93    148.10                                    148.10
                              0027681    P        08/21/93    188.35                                    188.35
                              0027971    P        09/18/93   4045.00                                   4045.00
                              0028243    P        10/23/93    506.04                                    506.04
                              0028938    P        01/22/94   4295.49                                   4295.49
                              0029697    P        04/23/94     30.08                                     30.08
                              0029698    P        04/23/94    618.90                                    618.90
                              0029699    P        04/23/94    140.99                                    140.99
                              0029700    P        04/23/94   1353.73                                   1353.73
                              0029701    P        04/23/94    245.75                                    245.75
                              0029702    P        04/23/94   1374.45                                   1374.45
                              0030728    P        08/20/94   1147.55            1147.55
                              0030729    P        08/20/94   1275.96            1275.96
                              0030730    P        08/20/94   1277.36            1277.36
                              0030731    P        08/20/94   1350.69            1350.69
                              0030732    P        08/20/94   2679.09            2679.09

                              Job Site Total:              67601.57            7730.65                59870.92

        92-022-05 Tract 5618
                              0026134    P 0001596 03/20/93  19964.71                                  19964.71
                              0026436    P        04/24/93  46833.63                                  46833.63
                              0026763    P        05/22/93  24576.31                                  24576.31
                              0027066    P        06/19/93  12265.51                                  12265.51

EXHIBIT
D-224

```
sting Date: 10/12/94                        A/R Aged Open Invoice Report                          Page: 2    JLH
nr   No: 001                                      MARTIN-MCINTOSH                             Run Date: 10/12/94
ec  nvoice Date                                                                               Run Time: 10:18 am
rted By Number and Job Site                    From  00BROWN  To 00BROWN
-----------------------------------------------------------------------------------------------------------------
```

| stomer Code | Name/Phone | Job Nmbr | Invoice Number | Last Pmt Type Chck # | Invoice Date | Balance/ Balance | Current | 30 Days | 60 Days | 90+ Days | Retentn |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OWN | Michael S. Brown | | | 05/11/94 | | | | | | | |
| | (818) 981-3712 | | 0027075 | P | 06/19/93 | 3647.36 | | | | 3647.36 | |
| | | | 0027355 | P | 07/24/93 | 9173.07 | | | | 9173.07 | |
| | | | 0027684 | P | 08/21/93 | 591.00 | | | | 591.00 | |
| | | | 0027685 | P | 08/21/93 | 591.00 | | | | 591.00 | |
| | | | 0027686 | P | 08/21/93 | 6941.60 | | | | 6941.60 | |
| | | | 0027977 | P | 09/18/93 | 463.60 | | | | 463.60 | |
| | | | 0028247 | P | 10/23/93 | 308.00 | | | | 308.00 | |
| | | | 0029703 | P | 04/23/94 | 64.00 | | | | 64.00 | |
| | | | 0030733 | P | 08/20/94 | 239.20 | | 239.20 | | | |
| | | | 0030734 | P | 08/20/94 | 138.46 | | 138.46 | | | |

Job Site Total:    125797.45   *Brown's*   377.66                    125419.79

`92-022-06 Parcel Map #9572`

| | | | 0025534 | P | 02/20/93 | 216.00 | | | | 216.00 | |
| | | | 0026144 | P | 03/20/93 | 21.60 | | | | 21.60 | |

Job Site Total:    237.60                                           237.60

`92-022-09 Offsite sewer`

| | | | 0026145 | P | 03/20/93 | 10674.06 | | | | 10674.06 | |
| | | | 0026450 | P | 04/24/93 | 9634.40 | | | | 9634.40 | |
| | | | 0026777 | P | 05/22/93 | 10305.29 | | | | 10305.29 | |
| | | | 0027076 | P | 06/19/93 | 4580.73 | | | | 4580.73 | |
| | | | 0027077 | P | 06/19/93 | 113.16 | | | | 113.16 | |
| | | | 0027364 | P | 07/24/93 | 2786.91 | | | | 2786.91 | |
| | | | 0027366 | P | 07/24/93 | 2065.62 | | | | 2065.62 | |
| | | | 0027687 | P | 08/21/93 | 424.70 | | | | 424.70 | |
| | | | 0027688 | P | 08/21/93 | 67.94 | | | | 67.94 | |
| | | | 0029704 | P | 04/23/94 | 2223.06 | | | | 2223.06 | |
| | | | 0030736 | P | 08/20/94 | 306.78 | | 306.78 | | | |

Job Site Total:    43182.65                306.78                   42875.87

`92-022-10 Offsite water`

| | | | 0026147 | P 0001596 | 03/20/93 | 448.53 | | | | 448.53 | |
| | | | 0026453 | P | 04/24/93 | 8301.86 | | | | 8301.86 | |
| | | | 0026743 | P | 05/22/93 | 7434.91 | | | | 7434.91 | |
| | | | 0027078 | P | 06/19/93 | 5473.99 | | | | 5473.99 | |
| | | | 0027079 | P | 06/19/93 | 262.00 | | | | 262.00 | |
| | | | 0027368 | P | 07/24/93 | 3892.82 | | | | 3892.82 | |
| | | | 0027369 | P | 07/24/93 | 118.49 | | | | 118.49 | |
| | | | 0027689 | P | 08/21/93 | 137.51 | | | | 137.51 | |

BP000432

sting Date: 10/12/94                    A/R Aged Open Invoice Report                        Page: 3   JLH
apm No: 001                                  MARTIN-MCINTOSH                            Run Date: 10/12/94
e. nvoice Date                                                                         Run Time: 10:19 am
rted y Number and Job Site                    From  00BROWN  To  00BROWN

| stomer Code | Name/Phone | Job Nmbr | Invoice Number | Last Pmt Type Chck # | Invoice Date | Balance/ Balance | Current | 30 Days | 60 Days | 90+ Days | Retentn |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OWN | Michael S. Brown | | | | 05/11/94 | | | | | | |
| | (818) 981-3712 | | 0027690 | P | 08/21/93 | 10.25 | | | | 10.25 | |
| | | | 0027691 | P | 08/21/93 | 1353.80 | | | | 1353.80 | |
| | | | 0029705 | P | 04/23/94 | 192.00 | | | | 192.00 | |
| | | | 0029706 | P | 04/23/94 | 289.18 | | | | 289.18 | |
| | | | 0029707 | P | 04/23/94 | 17.71 | | | | 17.71 | |
| | | | 0030737 | P | 08/20/94 | 454.00 | | 454.00 | | | |
| | | | 0030738 | P | 08/20/94 | 1389.11 | | 1389.11 | | | |
| | | | 0030739 | P | 08/20/94 | 407.51 | | 407.51 | | | |
| | | | 0030740 | P | 08/20/94 | 64.00 | | 64.00 | | | |

                        Job Site Total:         30247.75         2314.62                   27933.13

**92-022-11 Offsite highway (Caltrans)**
| | | | 0027090 | P 0001596 | 06/19/93 | 4463.63 | | | | 4463.63 | |
| | | | 0027370 | P | 07/24/93 | 1485.20 | | | | 1485.20 | |
| | | | 0027692 | P | 08/21/93 | 1464.10 | | | | 1464.10 | |

                        Job Site Total:         7412.93   *Brown's*                       7412.93

**92-022-12 Color Rendering**
| | | | 0026454 | P | 04/24/93 | 3314.13 | | | | 3314.13 | |

**92-022-16 Lot Study Plan**
| | | | 0029400 | P | 03/19/94 | 256.70 | | | | 256.70 | |
| | | | 0029708 | P | 04/23/94 | 1517.20 | | | | 1517.20 | |

*Brown's*

                    $ 292,024.19

        35,000              36,113.11
         1,113.11        328,737.30
      $ 36,113.11
                            35,695.35    Total
                                         Int.

                        $ 364,432.65    *

        *Bond Funds to pay $15,468.27*
        *Mr. Brown to pay $313,269.03*
                        $ 328,737.30

BP000433

V-R-VALU.XLS

BP001854

SCHEDULE OF VALUE

MARTIN-McINTOSH

| | TOTAL ENGR. COSTS | PERCENT COMPLETE | WORK IN-PLACE | PAID BY BOND DESIGN FEES | REVISIONS |
|---|---|---|---|---|---|
| **TRACT 5472 (69 LOTS)** | | | | | |
| Tentative Map | $10,000.00 | 100% | $10,000.00 | | |
| Storm Drain: | $18,000.00 | 100% | $18,000.00 | $18,000.00 | |
| street excavation, curb & gutter, aggregate base | | | | | |
| Sewer | $17,000.00 | 100% | $17,000.00 | $17,000.00 | |
| Water | $9,000.00 | 100% | $9,000.00 | $9,000.00 | |
| Street Improvements: | $71,000.00 | 100% | $71,000.00 | $71,000.00 | |
| Sidewalks, Special Concrete, Paving, street lights & Street Signs | | | | | |
| Final Tract Map | $23,000.00 | 100% | $23,000.00 | $23,000.00 | |
| Landscape and walls | $36,500.00 | 100% | $36,500.00 | $36,500.00 | |
| SUBTOTAL: | $184,500.00 | | $184,500.00 | $174,500.00 | |
| **TRACT 5618 (293 LOTS)** | | | | | |
| Tentative Map | $13,500.00 | 100% | $13,500.00 | $13,500.00 | |
| Storm Drain: | $36,000.00 | 95% | $34,200.00 | | |
| Street Excavation, Curb & Gutter, Aggregate Base | | | | | |
| Sewer | $24,000.00 | 95% | $22,800.00 | | |
| Water | $17,000.00 | 95% | $16,150.00 | | |
| Street Improvements: | $97,500.00 | 90% | $87,750.00 | | |
| Final Tract Map | $8,700.00 | 100% | $8,700.00 | $8,700.00 | |
| Landscape and Wall Plans | $31,000.00 | 90% | $27,900.00 | | |
| Revisions: | $18,500.00 | 100% | $18,500.00 | $18,500.00 | |

EXHIBIT
D-250

V-R-VALU.XLS

BP001855

Zone Changes, Tentative Map,
Grading, final map and plot plan to R-1

| | | | | | |
|---|---|---|---|---|---|
| SUBTOTAL: | $246,200.00 | | $229,500.00 | $40,700.00 | |
| **OFF-SITE IMPROVEMENT PLANS** | | | | | |
| Water Plans | $66,600.00 | 95% | $63,270.00 | $42,000.00 | $21,?0.00 |
| Sewer Plans | $82,500.00 | 95% | $78,375.00 | $31,000.00 | $47,375.00 |
| Caltrans-Highway Planning | $45,500.00 | 95% | $43,225.00 | $29,500.00 | $13,?00 |
| SUBTOTAL: | $194,600.00 | | $184,870.00 | $102,500.00 | |
| **GENERAL ENGINEERING PLANNING** | | | | | |
| **Master Plan Studies:** | | | | | |
| Water | $17,500.00 | 100% | $17,500.00 | $17,500.00 | |
| Sewer | $25,300.00 | 100% | $25,300.00 | $25,300.00 | |
| Drainage | $13,300.00 | 100% | $13,300.00 | $13,300.00 | |
| Traffic Studies | $16,800.00 | 100% | $16,800.00 | $16,800.00 | |
| General Plan Amendment | $47,000.00 | 100% | $47,000.00 | $47,000.00 | |
| Development Agreement | $21,000.00 | 100% | $21,000.00 | $21,000.00 | |
| Parcel Map 9572 | $26,000.00 | 100% | $26,000.00 | $26,000.00 | |
| Assessment District | $32,000.00 | 100% | $32,000.00 | | |
| Assessment Street Lights | $2,000.00 | 100% | $2,000.00 | | |
| Williamson Act Cancellation | $4,500.00 | 100% | $4,500.00 | | |
| SUBTOTAL: | $205,400.00 | | $205,400.00 | $166,900.00 | |
| TOTAL ENGINEERING IN PLACE: | | | $804,270.00 | $484,600.00 | |

EXCERPTS FROM P-108   (0464; 0465; 0468; 0434)

*INCREMENT #1*

*INCREMENT #2*

*INCREMENT #3*

## STATE HIGHWAY 46 AND VALLEY ROSE PARKWAY

## PROPOSED INTERSECTION DESIGN



EXHIBIT
P-108

BP000464



# "REVISED"
## TENTATIVE PARCEL MAP No. 9572



"REVISED" TENTATIVE TRACT MAP No. 5618




# "REVISED"
## TENTATIVE TRACT MAP No. 5472



GENERAL NOTES

A.P.N. = 090-050-09

WATER = CITY OF WASCO

SEWAGE = CITY OF WASCO

ELECTRICITY = PACIFIC GAS AND ELECTRIC

TELEPHONE = PACIFIC BELL

GAS = SOUTHERN CALIFORNIA GAS CO.

EXISTING ZONING = R-1 ( LOW DENSITY RESIDENTIAL)
R-2 ( MEDIUM DENSITY RESIDENTIAL)

PROPOSED ZONING = R-1 ( LOW DENSITY RESIDENTIAL)
R-2 ( MEDIUM DENSITY RESIDENTIAL)

EXISTING LAND USE = AGRICULTURE

PROPOSED LAND USE = RESIDENTIAL

GENERAL PLAN DESIGNATION = LOW DENSITY RESIDENTIAL

ALL RADII ARC 20' UNLESS OTHERWISE INDICATED

THERE ARE NO STRUCTURES WITHIN THE BOUNDARY
OF THIS MAP

ALL RIGHT OF WAY WIDTHS ARE 60' UNLESS OTHERWISE NOTED

THE DEVELOPER WILL BE REQUIRED TO PROVIDE ALL NECESSARY
IMPROVEMENTS TO PROVIDE WATER, SEWER, DRAINAGE, STREETS,
GAS, ELECTRICITY, CABLE, AND TELEPHONE SERVICE TO THIS SUBDIVISION.

STREET LIGHTS AND STORM DRAINAGE DETENTION BASINS TO BE INSTALLED
TO THE SATISFACTION OF THE CITY ENGINEER.

FIRE PROTECTION FACILITIES TO BE INSTALLED TO THE SATISFACTION OF THE
CITY ENGINEER AND THE KERN COUNTY FIRE DEPARTMENT

LEGAL DESCRIPTION

A PORTION OF THE SE 1/4 OF THE SW 1/4
OF SECTION 4, TOWNSHIP 27 SOUTH, RANGE 24 EAST,
MT. DIABLO BASE AND MERIDIAN, CITY OF WASCO

22.48 ACRES
R-1   15.39 ACRES
R-2    7.09 ACRES

SCALE: 1" = 100'

| SUBDIVIDER | OWNER |
|---|---|
| THE LEGACY GROUP, LTD<br>38 ADDISON STREET<br>BAKERSFIELD, CA  93309<br>805 324-9404 | ASW ENTERPRISES, INC.<br>2223 LUNDY LANE DRIVE<br>EDGEWOOD, CA  92025<br>(619) 271-8644 |
| PREPARED BY:<br>MARTIN-McINTOSH<br>2001 McCLAY COURT<br>BAKERSFIELD, CA  93309<br>(805) 834-4814 | DATE:<br>APRIL 27, 1993 |

TENTATIVE TRACT
MAP NO. 5472

VICINITY MAP

BP000434

**PROOF OF SERVICE**

I am employed in the County of Kern, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On May 20, 2010, I served the foregoing document entitled **APPENDIX OF EXHIBITS RE DeWALT'S BRIEF IN SUPPORT OF MOTION FOR NEW TRIAL, ETC.** on interested parties in this action:

James J. Braze, Esq.                                Steven John Hassing, Esq.
Jeffrey A. Travis, Esq.                             Law Offices of Steven J. Hassing
Borton Petrini & Conron                             425 Calabria Court
5060 California Avenue, Suite 700                    Roseville, CA 95747
Bakersfield, CA 93303-2026                          Email address:  stevehassing@yahoo.com
Email address: jbraze@bortonpetrini.com
Email address: jtravis@bortonpetrini.com

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address:  cokadigbo@gerlegal.com

\_\_\_\_    BY MAIL.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business.  The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX     BY ELECTRONIC SERVICE.   Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on May 20, 2010, at Bakersfield, California.

 X   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/       Diane Ruff
DIANE RUFF

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

2                        Case No. 1:07-CV-01080 LJO-GSA

APPENDIX OF EXHIBITS RE DeWALT'S BRIEF IN SUPPORT OF MOTION FOR NEW TRIAL, ETC.