# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 10-15999      U.S. District Court Case No. 1:07-CV-01080-LJO-GSA

Short Case Title  McIntosh v. Northern California Universal Enterprises Company

Date Notice of Appeal Filed by Clerk of District Court  April 22, 2010

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Please Specify) |
|---|---|---|
| March 1, 2010 | Peggy Crawford | Jury Trial, Day 1 |
| March 2, 2010 | Peggy Crawford | Jury Trial, Day 2 |
| March 3, 2010 | Peggy Crawford | Jury Trial, Day 3 |
| March 4, 2010 | Peggy Crawford | Jury Trial, Day 4 |
| March 8, 2010 | Peggy Crawford | Jury Trial, Day 5 |
| March 9, 2010 | Peggy Crawford | Jury Trial, Day 6 |
| March 10, 2010 | Peggy Crawford | Jury Trial, Day 7 |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
☐ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  Trial transcripts previously ordered and paid for by parties.

Type or Print Name  Ann Taylor Schwing

Signature of Attorney  /s/ Ann Taylor Schwing      Phone Number  (916) 444-3900

Address:  McDonough Holland & Allen PC

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(Signature of court reporter)

☐ Arrangements for payment were made on _____

☐ Arrangements for payment have not been made pursuant to FRAP 10(b). _____

_____ Approximate Number of Pages in Transcript - Due Date _____

**SECTION C** - To be completed by court reporter
When the transcript is filed, complete this copy and submit it to the U.S. District Court with the completed transcript. District Court will not file the transcript without this completed form.

Date Transcript Filed _____      Court Reporter's Signature _____

**SECTION D**
U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

_____      BY: _____
(U.S. District Court Clerk)      (date)                                     DEPUTY CLERK

## **CERTIFICATE OF SERVICE**

CASE NAME: *Roger McIntosh v. Northern California Universal Enterprises Co., et al.*
NINTH CIR. CASE NO: 10-15999

I certify that a copy of the **UNITED STATE DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, TRANSCRIPT DESIGNATION AND ORDERING FORM** and any attachments were served, either in person or by mail, on the persons listed below.

                                                     /s/Michelle Chavez
                                                     MICHELLE CHAVEZ

| | |
|---|---|
| Bonifacio Bonny Garcia<br>Chaka C. Okadigbo<br>Susan Graham Barnes<br>GCR, LLP<br>520 South Grand Avenue, Suite 695<br>Los Angeles, CA 90071<br>Tel: (213) 347-0210<br>Fax: (213) 347-0216<br>E-Mail: bgarcia@gcrlegal.com<br>E-Mail: cokadigbo@gcrlegal.com<br>E-Mail: sbarnes@gcrlegal.com<br><br>Attorneys for Defendant City of Wasco<br><br>Date Served May 24, 2010. | Steven J. Hassing<br>LAW OFFICES OF STEVEN J. HASSING<br>425 Calabria Court<br>Roseville, CA 95747<br>Tel: (916) 677-1776<br>Fax: (916) 677-1770<br>E-Mail: stevehassing@yahoo.com<br><br>Attorney for Defendants, Northern California Universal Enterprises Company and Lotus Developments<br><br>Date Served May 24, 2010. |
| James J. Braze<br>Jeffrey A. Travis<br>BORTON PETRINI, LLP<br>Stockdale Tower<br>5060 California Avenue Suite 700<br>Bakersfield, CA 93309<br>Tel: (661) 322-3051<br>Fax: (661) 322-4628<br>E-Mail: braze@bortonpetrini.com<br><br>Attorney for Plaintiff/Appellee Roger McIntosh dba McIntosh & Associates<br><br>Date Served May 24, 2010. | William L. Alexander<br>ALEXANDER & ASSOCIATES, PLC<br>1925 "G" Street<br>Bakersfield, CA 93301<br>Tel: (661) 316-7888<br>Fax: (661) 316-7890<br>E-Mail: walexander@alexander-law.com<br><br>Attorney for Defendant, DeWalt CM, Inc.<br><br>Date Served May 24, 2010. |

1