Case 1:07-cv-01080-LJO-GSA   Document 388   Filed 05/24/2010   Page 1 of 2

**FILED**
MAY 28 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 10-15999   U.S. District Court Case No. 1:07-CV-01080-LJO-GSA

Short Case Title: McIntosh v. Northern California Universal Enterprises Company

Date Notice of Appeal Filed by Clerk of District Court: April 22, 2010

### SECTION A - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Please Specify) |
|---|---|---|
| March 1, 2010 | Peggy Crawford | Jury Trial, Day 1 |
| March 2, 2010 | Peggy Crawford | Jury Trial, Day 2 |
| March 3, 2010 | Peggy Crawford | Jury Trial, Day 3 |
| March 4, 2010 | Peggy Crawford | Jury Trial, Day 4 |
| March 8, 2010 | Peggy Crawford | Jury Trial, Day 5 |
| March 9, 2010 | Peggy Crawford | Jury Trial, Day 6 |
| March 10, 2010 | Peggy Crawford | Jury Trial, Day 7 |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
☐ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: Trial transcripts previously ordered and paid for by parties.

Type or Print Name: Ann Taylor Schwing

Signature of Attorney: /s/ Ann Taylor Schwing    Phone Number: (916) 444-3900

Address: McDonough Holland & Allen PC

### SECTION B - To be completed by court reporter

I, _____ (Signature of court reporter) have received this designation.

☐ Arrangements for payment were made on _____

☐ Arrangements for payment have not been made pursuant to FRAP 10(b). _____

_____ Approximate Number of Pages in Transcript - Due Date _____

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this copy and submit it to the U.S. District Court with the completed transcript. District Court will not file the transcript without this completed form.

Date Transcript Filed: 3/25/10   Court Reporter's Signature: [signed]

### SECTION D

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

**Victoria C. Minor**   3/26/10   BY: [signed]
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

## CERTIFICATE OF SERVICE

CASE NAME:   *Roger McIntosh v. Northern California Universal Enterprises Co., et al.*
NINTH CIR. CASE NO:   10-15999

I certify that a copy of the **UNITED STATE DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, TRANSCRIPT DESIGNATION AND ORDERING FORM** and any attachments were served, either in person or by mail, on the persons listed below.

/s/Michelle Chavez
MICHELLE CHAVEZ

Bonifacio Bonny Garcia
Chaka C. Okadigbo
Susan Graham Barnes
GCR, LLP
520 South Grand Avenue, Suite 695
Los Angeles, CA 90071
Tel:   (213) 347-0210
Fax:   (213) 347-0216
E-Mail:   bgarcia@gcrlegal.com
E-Mail:   cokadigbo@gcrlegal.com
E-Mail:   sbarnes@gcrlegal.com

Attorneys for Defendant City of Wasco

Date Served May 24, 2010.

James J. Braze
Jeffrey A. Travis
BORTON PETRINI, LLP
Stockdale Tower
5060 California Avenue Suite 700
Bakersfield, CA 93309
Tel:   (661) 322-3051
Fax:   (661) 322-4628
E-Mail:   braze@bortonpetrini.com

Attorney for Plaintiff/Appellee Roger McIntosh dba McIntosh & Associates

Date Served May 24, 2010.

Steven J. Hassing
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Tel:   (916) 677-1776
Fax:   (916) 677-1770
E-Mail:   stevehassing@yahoo.com

Attorney for Defendants, Northern California Universal Enterprises Company and Lotus Developments

Date Served May 24, 2010.

William L. Alexander
ALEXANDER & ASSOCIATES, PLC
1925 "G" Street
Bakersfield, CA 93301
Tel:   (661) 316-7888
Fax:   (661) 316-7890
E-Mail:   walexander@alexander-law.com

Attorney for Defendant, DeWalt CM, Inc.

Date Served May 24, 2010.