sd

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:07-CV- 01080 LJO-GSA<br><br>DECLARATION OF CHAKA OKADIGBO IN SUPPORT OF PLAINTIFF ROGER McINTOSH'S MOTION TO DETERMINE A GOOD FAITH SETTLEMENT. |
| CITY OF WASCO,<br><br>Cross-Complaint,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>Cross-Defendant. | |

I, CHAKA OKADIGBO, state and if so called will testify as follows:

1. I am an attorney for the defendant, City of Wasco, in the above-referenced

H:\PUBLIC\054493\060971
McIntosh v. Northern\DCL
OF COKADIGBO ISO MTN
FOR GOOD FAITH
SETTLEMENT.wpd

1

DECLARATION. OF C. OKADIGBO IN SUPPORT OF MOTION TO DETERMINE GOOD FAITH SETTLEMENT

1  matter and have been responsible for preparing, reviewing, instructing and conducting discovery and
2  investigation of the facts surrounding this matter, and have been the primary person responsible for
3  and familiar with settlement negotiations between plaintiff and defendants.

4      2.    I am duly licensed to practice in the State of California and also licensed to
5  practice in the Eastern District of California.

6      3.    In or about June of this year, plaintiff and the City of Wasco, through their
7  respective counsel, negotiated a final settlement of all claims between the City and Plaintiff
8  conditioned on the Court's approval of a good faith settlement.

9      4.    A true and correct copy of the Settlement and Release Agreement is attached
10 as Exhibit "A" to the Declaration of Jeffrey A. Travis filed contemporaneously with the Motion to
11 Determine a Good Faith Settlement..

12     5.    The proposed settlement was made in good faith and was not made as the
13 result of any collusion, fraud or tortious conduct between the settling parties aimed at making the
14 non-settling parties pay more than their fair share.

15     I declare under penalty of perjury, under the laws of the State of California, that the
16 foregoing is true and correct.

17     Executed this __17__ day of June, 2010, at Bakersfield, California.

_____
Chaka Okadigbo, Esq., Declarant

H:\PUBLIC\054493\060971
McIntosh v. Northern\DCL
OF COKADIGBO ISO MTN
FOR GOOD FAITH
SETTLEMENT.wpd

2
DECLARATION OF C. OKADIGBO IN SUPPORT OF MOTION TO DETERMINE GOOD FAITH SETTLEMENT