Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                    Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                    Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**NORTHERN'S AND LOTUS'S AMENDMENT TO POINTS AND AUTHORITIES FILED JUNE 23, 2010 AS DOCUMENT 392 IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>**HONORABLE LAWRENCE O'NEILL** |

Northern and Lotus hereby amend their points and authorities (Doc # 392) to correct two typographical errors.

1.    At page 3, line 9 of Doc 392 the reference to Doc # 328 should be to Doc #346.

2.    At page 3, line 10 of Doc 392 the reference to Doc # 329 should be to Doc # 359.

Dated this 28th day of June, 2010                    /s/ Steven J. Hassing
                                                                         Steven J Hassing, Attorney for
                                                                         defendants, Northern and Lotus

1
Northern's and Lotus's Amendment to Points and Authorities Filed June 23, 2010 as Document No. 392 in Support of Their Opposition to Plaintiff's Motion for  Determination of Good Faith Settlement

# CERTIFICATE OF SERVICE

1. On June 28, 2010, I served the following document:

**NORTHERN'S AND LOTUS'S AMENDMENT TO POINTS AND AUTHORITIES FILED JUNE 23, 2010 AS DOCUMENT 392 IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

Jeffrey Travis
Borton, Petrini, LLP
5060 California Ave, Suite 700
Bakersfield 93309
*Email: jtravis@bortonpetrini.com*

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071
*Email:  cokadigbo@gcrlegal.com*

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301
*Email:  walexander@alexander-law.com*

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28th day of June, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing