sd

1   James J. Braze, Esq.; SBN 75911
    Jeffrey A. Travis, Esq.; SBN 235507
2   BORTON PETRINI, LLP
    5060 California Avenue, Suite 700
3   Post Office Box 2026
    Bakersfield, CA 93303
4   Telephone (661) 322-3051
    email: jbraze@bortonpetrini.com
5   email: jtravis@bortonpetrini.com

6   Attorneys for Plaintiff, Roger McIntosh dba McIntosh
    & Associates

7

8                    UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                          Case No.  1:07-CV- 01080 LJO-GSA

12            Plaintiff,                      DECLARATION OF JEFFREY A.
                                             TRAVIS IN SUPPORT OF PLAINTIFF
13  v.                                       ROGER McINTOSH'S OPPOSITION TO
                                             THE MOTIONS TO ALTER OR AMEND
14  NORTHERN CALIFORNIA UNIVERSAL            THE JUDGMENT OR IN THE
    ENTERPRISES COMPANY, a California        ALTERNATIVE FOR A NEW TRIAL BY
15  corporation; LOTUS DEVELOPMENTS,         DEFENDANTS, NORTHERN
    LLP; THE CITY OF WASCO, a municipal      CALIFORNIA UNIVERSAL
16  corporation; DEWALT CM, INC., a California ENTERPRISES, LOTUS
    corporation also doing business as DEWALT DEVELOPMENTS, LLP, AND
17  CORPORATION; and DOES 1 through 10,      DENNIS W. DEWALT, INC.
    inclusive
18
19            Defendants.

20

21  CITY OF WASCO,

22            Cross-Complaint,

23  vs.

24  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, INC.,
25
              Cross-Defendant.
26

27  I, JEFFREY A. TRAVIS, state and if so called will testify as follows:

28       1.    I am an attorney for the Plaintiff in the above-referenced matter and have been

H:\PUBLIC\054493\060971
McIntosh v. Northern\DCL
OF JAT ISO PLTFS OPP TO
DEFS MOT ALTER
AMEND ETC.wpd

1

DEC. OF JAT ISO PLTFS OPP. TO DEFS MOT ALTER AMEND ETC.

1 | responsible for preparing, reviewing, instructing and conducting discovery and investigation of the

2 | facts surrounding this matter, in addition to being familiar with the proceedings at trial.

3 |     2.    I am duly licensed to practice in the State of California and also licensed to

4 | practice in the Eastern District of California.

5 |     3.    Attached hereto as Exhibit "1" is a true and correct copy of Exhibit "P-108",

6 | admitted into evidence at trial.

7 |     4.    Attached hereto as Exhibit "2" is a true and correct copy of Exhibit "P-112"

8 | admitted into evidence at trial.

9 |     5.    Attached hereto as Exhibit "3" is a true and correct copy of Exhibit "P-113"

10 | admitted into evidence at trial.

11 |     6.    Attached hereto as Exhibit "4" is a true and correct copy of Exhibit "P-114"

12 | admitted into evidence at trial.

13 |     7.    Attached hereto as Exhibit "5" is a true and correct copy of Exhibit "P-115"

14 | admitted into evidence at trial.

15 |     8.    Attached hereto as Exhibit "6" is a true and correct copy of Exhibit "D-217"

16 | pages 1 through 7, admitted into evidence at trial.

17 |     9.    Attached hereto as Exhibit "7" is a true and correct copy of Exhibit "J-1"

18 | admitted into evidence at trial.

19 |     10.    Attached hereto as Exhibit "8" is a true and correct copy of Exhibit "J-3" page

20 | 1, admitted into evidence at trial.

21 |     11.    Attached hereto as Exhibit "9" is a true and correct copy of Exhibit "J-4"

22 | admitted into evidence at trial.

23 |     12.    Attached hereto as Exhibit "10" is a true and correct copy of Exhibit "J-8"

24 | pages 224 - 224-23, admitted into evidence at trial.

25 |     13.    Attached hereto as Exhibit "11" is a true and correct copy of Exhibit "J-10",

26 | Cover page, and pp. 5, 10, 11, 15 and Appendix Maps, admitted into evidence at trial.

27 |     14.    Attached hereto as Exhibit "12" is a true and correct copy of Exhibit "J-16"

28 | page 1, admitted into evidence at trial.

H:\PUBLIC\054493\060971
McIntosh v. Northern\DCL
OF JAT ISO PLTFS OPP. TO
DEFS MOT ALTER
AMEND ETC.wpd

2

DEC. OF JAT ISO PLTFS OPP. TO DEFS MOT ALTER AMEND ETC.

1    15.    Attached hereto as Exhibit "13" is a true and correct copy of Exhibit "J-18"
2    admitted into evidence at trial.

3    16.    Attached hereto as Exhibit "14" is a true and correct copy of Exhibit "J-19"
4    Relevant Selected Portions, admitted into evidence at trial.

5    17.    Attached hereto as Exhibit "15" is a true and correct copy of Exhibit "J-24"
6    admitted into evidence at trial.

7    18.    Attached hereto as Exhibit "16" is a true and correct copy of Exhibit "J-32"
8    admitted into evidence at trial.

9    19.    Attached hereto as Exhibit "17" is a true and correct copy of Exhibit "J-41"
10   admitted into evidence at trial.

11   20.    Attached hereto as Exhibit "18" is a true and correct copy of Exhibit "J-44"
12   admitted into evidence at trial.

13   21.    Attached hereto as Exhibit "19" is a true and correct copy of Exhibit "J-46"
14   admitted into evidence at trial.

15   22.    Attached hereto as Exhibit "20" is a true and correct copy of Exhibit "J-47"
16   admitted into evidence at trial.

17   23.    Attached hereto as Exhibit "21" is a true and correct copy of Exhibit "J-48"
18   admitted into evidence at trial.

19   24.    Attached hereto as Exhibit "22" is a true and correct copy of Exhibit "J-49"
20   admitted into evidence at trial.

21   25.    Attached hereto as Exhibit "23" is a true and correct copy of Exhibit "J-50"
22   admitted into evidence at trial.

23   26.    Attached hereto as Exhibit "24" is a true and correct copy of Exhibit "J-53"
24   admitted into evidence at trial.

25   27.    Attached hereto as Exhibit "25" is a true and correct copy of Exhibit "J-54"
26   admitted into evidence at trial.

27   28.    Attached hereto as Exhibit "26" is a true and correct copy of Exhibit "J-55"
28   admitted into evidence at trial.

H:\PUBLIC\054493\060971
McIntosh v. Northern\DCL
OF JAT ISO PLTFS OPP TO
DEFS MOT ALTER
AMEND ETC.wpd

3

DEC. OF JAT ISO PLTFS OPP. TO DEFS MOT ALTER AMEND ETC.

1         29.    Attached hereto as Exhibit "27" is a true and correct copy of Exhibit "J-56"

2   admitted into evidence at trial.

3         30.    Attached hereto as Exhibit "28" is a true and correct copy of Exhibit "J-57"

4   admitted into evidence at trial.

5         31.    Attached hereto as Exhibit "29" is a true and correct copy of Exhibit "J-58"

6   admitted into evidence at trial.

7         32.    Attached hereto as Exhibit "30" is a true and correct copy of Exhibit "J-59"

8   admitted into evidence at trial.

9         33.    Attached hereto as Exhibit "31" is a true and correct copy of Exhibit "J-60"

10  admitted into evidence at trial.

11        34.    Attached hereto as Exhibit "32" is a true and correct copy of Exhibit "J-73"

12  pages 1and 2, admitted into evidence at trial.

13        35.    Attached hereto as Exhibit "33" is a true and correct copy of Exhibit "J-87",

14  pages 1 and 7, admitted into evidence at trial.

15        36.    Attached hereto as Exhibit "34" is a true and correct copy of Exhibit "J-133"

16  admitted into evidence at trial.

17        37.    Attached hereto as Exhibit "35" is a true and correct copy of Exhibit "J-134"

18  admitted into evidence at trial.

19        38.    Attached hereto as Exhibit "36" is a true and correct copy of Exhibit "J-135"

20  admitted into evidence at trial.

21        39.    Attached hereto as Exhibit "37" is a true and correct copy of Special Jury

22  Instructions No. 17 (Stipulated Facts 18 and 19) and Instruction Nos. 32 and 34,  filed as Document

23  No. 320.

24        40.    Attached hereto as Exhibit "38" is a true and correct copy of Plaintiff's Third

25  Amended Complaint filed as Document No. 76.

26        41.    Attached hereto as Exhibit "39" is a true and correct copy of this Court's

27  Summary Judgment/Adjudication Order, page 28 filed as Document No. 186.

28        42.    Attached hereto as Exhibit "40" is a true and correct copy of all parties' Jointly

H:\PUBLIC\054493\060971
McIntosh v. Northern\DCL
OF JAT ISO PLTFS OPP TO
DEFS MOT ALTER
AMEND ETC.wpd

4

DEC. OF JAT ISO PLTFS OPP. TO DEFS MOT ALTER AMEND ETC.

1   Proposed Jury Instructions, filed as Document No. 259, Instruction Nos. 17.0 and 17.20.

2          43.    Attached hereto as Exhibit "41" is a true and correct copy of all parties' Jointly

3   Proposed Verdict Form, Nos. 19 - 24, filed as Document No. 299.

4          44.    Attached hereto as Exhibit "42" is a true and correct copy of the Jury Verdict,

5   filed as Document No. 328, Nos. 17 - 22, and 32 - 33.

6          45.    Attached hereto as Exhibit "43" is a true and correct copy of relevant portions

7   of the Reporter's Transcript of Trial.  Although only relevant portions of the transcript are submitted

8   in support of this opposition, those portions are set forth in this Exhibit chronologically and

9   underlined.

10         I declare under penalty of perjury, under the laws of the State of California, that the

11   foregoing is true and correct.

12         Executed this 2nd day of  July, 2010, at Bakersfield, California.

13

14

15                                        Jeffrey A. Travis, Declarant

16

17

18

19

20

21

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\DCL
OF JAT ISO PLTFS OPP TO
DEFS MOT ALTER
AMEND ETC.wpd

5
DEC. OF JAT ISO PLTFS OPP. TO DEFS MOT ALTER AMEND ETC.

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **July 2, 2010**, I served the foregoing document described as **DECLARATION OF JEFFREY A. TRAVIS IN SUPPORT OF PLAINTIFF ROGER McINTOSH'S OPPOSITION TO THE MOTIONS TO ALTER OR AMEND THE JUDGMENT OR IN THE ALTERNATIVE FOR A NEW TRIAL BY DEFENDANTS, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES, LOTUS DEVELOPMENTS, LLP, AND DENNIS W. DEWALT, INC.** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:    916/677-1776<br>**Fax:    916/677-1770** |
| Chaka Okadigbo, Esq.<br>**GCR, LLP**<br>520 S. Grand Ave,  Suite 695<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Def./Appellant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| Ann T. Schwing, Esq.<br>**McDonough Holland & Allen PC**<br>500 Capitol Mall, 18th Floor<br>Sacramento, CA  95814-4704<br>email address: | Attorneys for Def./Appellant, City of Wasco<br><br>Tel: 916/444-3900<br>**Fax: 916/444-8334** |
| William L. Alexander, Esq.<br>**Alexander & Associates**<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

X      **BY ELECTRONIC SERVICE:**  Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

X      **BY MAIL:**  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **July 2, 2010**, at Bakersfield, California.
I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____                    /s/ Vanessa J. Claridge_____
        Vanessa J. Claridge

H:\PUBLIC\054493\060971
McIntosh v. Northern\DCL
OF JAT ISO PLTFS OPP TO
DEFS MOT ALTER
AMEND ETC.wpd

DEC. OF JAT ISO PLTFS OPP. TO DEFS MOT ALTER AMEND ETC.