A-PDF Split DEMO : Purchase from www.A-PDF.com to remove the watermark

# EXHIBIT   6

## EXHIBITS FOR PROFIT AND LOSS STATEMENT

| | |
|---|---|
| 1 | Engineer |
| 2 | Material (Lots #1-29 and #50) |
| 3 | City Fees and plans |
| 4 | Building Permits |
| 5 | Subcontractors (Lots #1-29 and #50) |
| 6 | Offsite Improvement |
| 7 | Commission |
| 8 | Escrow |
| 9 | Construction Insurance |
| 10 | Interest Payments |
| 11 | Property Tax |
| 12 | Utilities |
| 13 | Inspection (Bank) |
| 14 | Operating Expenses (Breakdown items A-N) |
| 15 | Land (Cost, Closing Cost, Loan Renewal Fee) |
| 16 | Property Tax |

### OPERATING EXPENSES EXHIBIT #14 BREAKDOWN

| | |
|---|---|
| A | Advertising |
| B | Auto Expenses |
| C | Equipments Lease and Repair |
| D | Insurances |
| E | Licenses |
| F | Employee Meal Expenses |
| G | Office Supplies |
| H | Payroll and Payroll Taxes |
| I | Housing Expense Employee |
| J | Utilities |
| K | Appraisal (68 lots) |
| L | Legal and Professions Services (68 lots) |
| M | Payroll and Payroll Taxes (Offsite) (68 lots) |
| N | Tax FTB (68 lots) |

**SALES - 30 homes**      $ 6,621,883.00

- 18 homes sold + 12 homes unsold - $4,443,870 + $2,178,013

**Cost of Sales**

| | | |
|---|---|---|
| 1 Engineer | $ | 16,808.70 |
| 2 Material | $ | 678,071.82 |
| 3 City Fee & plans | $ | 6,576.00 |
| 4 Building Permit | $ | 432,729.62 |
| 5 Subcontractor | $ | 2,377,658.60 |
| 6 Offsite Improvement | $ | 39,690.00 |
| Subtotal | | $ 3,551,534.74 |

**General Expense**

| | | |
|---|---|---|
| 7 Commission | $ | 208,735.74 |
| 8 Escrow | $ | 392,311.28 |
| 9 Const. Insurance | $ | 39,139.40 |
| 10 Interest | $ | 468,186.30 |
| 11 Property Tax | $ | 49,668.20 |
| 12 Utilities | $ | 14,125.05 |
| 13 Inspection (Bank) | $ | 3,200.00 |
| 14 Op Expense - see attached | $ | 1,309,593.60 |
| Subtotal | | $ 2,484,959.57 |

| | | |
|---|---|---|
| 15 Land Cost | $ | 600,000.00 |
| 15 Land Closing Cost | $ | 40,798.80 |
| 15 Land Loan Renewal Fee | $ | 31,260.00 |
| Subtotal | | $ 672,058.80 |

| | | |
|---|---|---|
| Total Cost | $ | 6,708,553.11 |
| Gross Profit / Loss -  30 homes | | $ (86,670.11) |

## Summary of profit & Loss for 38 lots

**Projected Land Sale**      $ 760,000.00

**Cost of Sales**

| | | |
|---|---|---|
| 1 Engineer | $ | 21,291.18 |
| 3 City Fee & Permit | $ | 8,329.47 |
| 4 Building Permit | $ | 546,674.24 |
| 6 Offsite Improvement | $ | 50,273.91 |
| Subtotal | | $ 626,568.80 |

**General Expense**

| | | |
|---|---|---|
| 14 Operating Expense -see attached | $ | 142,731.60 |
| 10 Interest payment | $ | 92,318.44 |
| 16 Property Tax | $ | 24,565.86 |
| Subtotal | | $ 259,615.90 |

| | | |
|---|---|---|
| 15 Land Cost | $ | 760,000.00 |
| 15 Land Closing Cost | $ | 51,678.48 |
| 15 Land Loan Renewal Fee | $ | 39,596.00 |
| Subtotal | | $ 851,274.48 |

| | | |
|---|---|---|
| Total cost for 38 lots | $ | 1,737,459.18 |
| Gross profit / Loss - 38 lots | | $ (977,459.18) |

**Total Gross Profit / Loss for 68 lots**      $ (1,064,129.29)

2

# Valley Rose Estates Operating Expenses as of: 10/31/09

## OPERATING EXPENSE FOR 30 HOMES

| | | | | |
|---|---|---|---|---|
| A | **ADVERTISING** | | $ | 14,263.36 |
| B | **AUTO EXPENSES:** | | | |
| | AUTO FUEL | $ 38,022.20 | | |
| | AUTO MONTHLY PMTS | $ 58,122.90 | | |
| | LICENSE RENEWAL | $ 2,438.00 | | |
| | AUTO INSURANCE | $ 18,690.00 | | |
| | PARTS & REPAIR | $ 7,475.50 | | |
| | **TOTAL AUTO EXPENSES** | | $ | 124,748.60 |
| C | **EQUIPMENTS LEASE & REPAIR:** | | | |
| | CONTAINER (50% of $5400.00) | $ 2,700.00 | | |
| | LEASE | $ 54,853.43 | | |
| | MOWERS | $ 987.80 | | |
| | REPAIRS | $ 2,157.42 | | |
| | TRAILERS | $ 950.00 | | |
| | **TOTAL EQUIPMENTS COST:** | | $ | 61,648.65 |
| D | **INSURANCES:** | | | |
| | GENERAL LIABILITY | $ 48,283.62 | | |
| | MEDICAL INS | $ 15,209.68 | | |
| | WORK COMPENSATION INC | $ 42,296.12 | | |
| | **TOTAL INSURANCES:** | | $ | 105,789.42 |
| E | **LICENSES - Business License** | | $ | 460.00 |
| F | **EMPLOYEE MEAL EXPENSES** | | $ | 5,609.51 |
| G | **OFFICE SUPPLIES** | | $ | 24,473.02 |
| H | **PAYROLL & PAYROLL TAXES** | | $ | 770,039.15 |
| I | **HOUSING EXPENSE - EMPLOYEE** | | $ | 35,074.37 |
| J | **UTILITIES** | | $ | 54,804.62 |

| | | |
|---|---|---|
| Sharing Expense from 68 lots for 30 homes | $ | 112,682.85 |
| **TOTAL OPERATING EXPENSE FOR 30 HOMES** | **$ 1,309,593.55** | |
| **Expense per homes (30 total)** | | $ 43,653.12 |

## OPERATING EXPENSE FOR 68 LOTS

| | | | |
|---|---|---|---|
| K | APPRAISAL ( 68 lots ) | $ | 12,400.00 |
| L | LEGAL & PROFESSIONAL SERVICE ( 68 lots ) | $ | 143,671.89 |
| M | PAYROLL & PAYROLL TAXES (OFFSITE) | $ | 97,475.88 |
| N | TAX: FTB ( 68 lots ) | $ | 1,866.68 |
| | **TOTAL OFFSITE OPERATING EXPENSE FOR 68 LOTS** | $ | 255,414.45 |

| | | |
|---|---|---|
| Operating expense for 38 lots @ $ 3576.09 per lot | $ | 142,731.60 |
| Sharing expense from 68 lots for 30 homes @ $3,756.09 per home | $ | 112,682.85 |

3

# Valley Rose Estates

## Construction Cost - 12 unsold lots

| Lot # | 3 | 4 | 6 | 11 | 12 | 14 | 15 | 17 | 20 |
|---|---|---|---|---|---|---|---|---|---|
| Plan # | 1620 | 1440 | 2408 | 1897 | 2408 | 1897 | 1670 | 1897 | 1897 |
| NOC Date | 12/07/06 | 12/07/06 | 02/27/07 | 07/06/07 | 07/06/07 | 07/03/07 | 01/15/09 | 04/03/08 | 01/15/09 |
| COE Date | | | | | | | | | |
| *Projected Sales Price* | | | | | | | | | |
| **Cost of Sales** | | | | | | | | | |
| Engineer | $ 560.29 | $ 560.29 | $ 560.29 | $ 560.29 | $ 560.29 | $ 560.29 | $ 560.29 | $ 560.29 | $ 560.29 |
| Material / lot | $ 19,916.81 | $ 19,337.28 | $ 27,930.91 | $ 25,350.27 | $ 27,658.84 | $ 25,589.94 | $ 19,135.09 | $ 23,374.37 | $ 20,145.94 |
| City Fee & plans | $ 219.20 | $ 219.20 | $ 219.20 | $ 219.20 | $ 219.20 | $ 219.20 | $ 219.20 | $ 219.20 | $ 219.20 |
| Building Permit | $ 17,237.69 | $ 16,234.44 | $ 21,762.31 | $ 12,056.26 | $ 13,328.88 | $ 11,992.24 | $ 11,462.16 | $ 14,854.07 | $ 14,604.43 |
| Subs / lot | $ 72,934.44 | $ 68,057.62 | $ 98,507.58 | $ 81,435.61 | $ 95,102.89 | $ 81,544.13 | $ 60,564.90 | $ 80,655.45 | $ 64,854.00 |
| Offsite Improvement | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 |
| Subtotal | $ 112,191.43 | $ 105,731.81 | $ 150,303.29 | $ 120,944.53 | $ 138,193.10 | $ 121,228.80 | $ 93,254.64 | $ 120,986.38 | $ 101,706.88 |
| **Gen. Expense** | | | | | | | | | |
| *Proj. Commission/lot* | | | | | | | | | |
| *Proj. Escrow / lot* | | | | | | | | | |
| Const Insurance / lot | $ 1,251.19 | $ 1,230.61 | $ 2,613.01 | $ 2,153.77 | $ 2,424.78 | $ 2,076.37 | $ 747.13 | $ 921.84 | $ 770.67 |
| Interest | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 |
| Property Tax | $ 2,226.09 | $ 2,820.25 | $ 3,907.53 | $ 2,982.92 | $ 3,920.97 | $ 2,982.92 | $ 1,187.65 | $ 2,823.02 | $ 1,217.50 |
| Utilities / Lot | $ 4,460.76 | $ 1,167.65 | $ 550.54 | $ 420.17 | $ 421.06 | $ 422.38 | $ 433.30 | $ 352.06 | $ 437.24 |
| Inspection (East West Bank) | $ 352.75 | $ 352.75 | $ 352.78 | $ 108.33 | $ 108.37 | $ 75.00 | $ - | $ - | $ - |
| Op Expense | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 |
| Subtotal | $ 67,550.12 | $ 64,830.59 | $ 66,683.19 | $ 64,924.52 | $ 66,134.51 | $ 64,816.00 | $ 61,627.41 | $ 63,356.25 | $ 61,684.74 |
| Land Cost | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| Land Closing Cost | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 |
| Loan Renewal Fee | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 |
| Subtotal | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 |
| **Total Cost** | $ 202,143.51 | $ 192,964.36 | $ 239,388.44 | $ 208,271.01 | $ 226,729.57 | $ 208,446.76 | $ 177,284.01 | $ 206,744.59 | $ 185,793.58 |
| Gross Profit/Loss | | | | | | | | | |

4

12/3/2009 ; page2

# Valley Rose Estates          Construction Cost – 12 unsold lots

| Lot # | 21 | 28 | 29 | Total |
|---|---|---|---|---|
| Plan # | 2408 | 1440 | 2239 | |
| NOC Date | 07/13/07 | 10/17/08 | 11/06/08 | |
| COE Date | | | | |
| *Projected Sales Price* | | | | $ 2,178,013.00 |
| **Cost of Sales** | | | | |
| Engineer | $ 560.29 | $ 560.29 | $ 560.29 | $ 6,723.48 |
| Material / lot | $ 29,392.59 | $ 18,876.85 | $ 24,897.87 | $ 281,606.74 |
| City Fee & plans | $ 219.20 | $ 219.20 | $ 219.20 | $ 2,630.40 |
| Building Permit | $ 15,983.16 | $ 13,468.41 | $ 15,634.35 | $ 178,618.40 |
| Subs / lot | $ 102,657.81 | $ 54,406.98 | $ 80,493.21 | $ 941,204.54 |
| Offsite Improvement | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 15,876.00 |
| Subtotal | $ 150,136.05 | $ 88,854.73 | $ 123,127.92 | $ 1,426,659.56 |
| **Gen. Expense** | | | | |
| *Proj. Commission/lot* | $ 1,507.65 | $ 709.91 | $ 992.47 | $ 113,790.39 |
| *Proj. Escrow / lot* | | | | $ 87,120.52 |
| Const Insurance / lot | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 17,399.40 |
| Interest | $ 3,574.34 | $ 1,188.72 | $ 1,359.27 | $ 187,274.52 |
| Property Tax | $ 948.43 | $ 568.81 | $ 253.20 | $ 30,191.18 |
| Utilities / Lot | | | | $ 10,435.60 |
| Inspection (East West Bank) | $ - | $ - | $ - | $ 1,349.98 |
| Op Expense | $ 43,853.12 | $ 43,853.12 | $ 43,653.12 | $ 523,837.44 |
| Subtotal | $ 65,289.75 | $ 61,726.77 | $ 61,864.27 | $ 971,399.03 |
| Land Cost | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 240,000.00 |
| Land Closing Cost | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 16,319.52 |
| Loan Renewal Fee | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 12,504.00 |
| Subtotal | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 268,823.52 |
| **Total Cost** | $ 237,827.76 | $ 172,883.46 | $ 207,394.15 | $ 2,666,882.11 |
| Gross Profit/Loss | | | | $ (488,869.11) |

## Total for 30 homes

| Lot # | Total for 30 homes |
|---|---|
| Plan # | |
| NOC Date | |
| COE Date | |
| *Projected Sales Price* | $ 6,621,883.00 |
| **Cost of Sales** | |
| Engineer | $ 16,808.70 |
| Material / lot | $ 678,071.82 |
| City Fee & plans | $ 6,576.00 |
| Building Permit | $ 432,729.62 |
| Subs / lot | $ 2,377,658.60 |
| Offsite Improvement | $ 39,690.00 |
| Subtotal | $ 3,551,534.74 |
| **Gen. Expense** | |
| *Proj. Commission/lot* | $ 208,735.74 |
| *Proj. Escrow / lot* | $ 392,311.28 |
| Const Insurance / lot | $ 39,139.40 |
| Interest | $ 468,186.30 |
| Property Tax | $ 49,668.20 |
| Utilities / Lot | $ 14,125.05 |
| Inspection (East West Bank) | $ 3,200.00 |
| Op Expense | $ 1,309,593.60 |
| Subtotal | $ 2,484,959.57 |
| Land Cost | $ 600,000.00 |
| Land Closing Cost | $ 40,798.80 |
| Loan Renewal Fee | $ 31,260.00 |
| Subtotal | $ 672,058.80 |
| **Total Cost** | $ 6,708,553.11 |
| Gross Profit/Loss | $ (86,670.11) |

5

Case 1:07-cv-01080-JOE-SA Document 337-3 Filed 05/02/10 Page 7 of 79

# Valley Rose Estates

## 18 Homes sold - Profit/Loss Analysis

| Lot # | 1 | 2 | 5 | 7 | 8 | 9 | 10 | 13 | 16 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|
| Plan # | 2239 | 1670 | 1897 | 1440 | 1620 | 1670 | 1440 | 2239 | 1440 | 2408 |
| NOC Date | 02/27/07 | 12/07/06 | 03/02/07 | 03/05/07 | 03/02/07 | 03/02/07 | 07/03/07 | 07/03/07 | 04/25/08 | 07/27/07 |
| COE Date | 10/30/07 | 04/27/07 | 05/23/08 | 04/23/07 | 05/11/07 | 02/20/09 | 10/16/09 | 03/10/09 | 05/22/09 | 08/21/07 |
| Sales Price | $ 339,950.00 | $ 309,950.00 | $ 250,000.00 | $ 279,950.00 | $ 289,950.00 | $ 188,850.00 | $ 160,000.00 | $ 220,000.00 | $ 170,000.00 | $ 359,950.00 |
| **Cost of Sales** | | | | | | | | | | |
| Engineer | $ 560.29 | $ 560.29 | $ 560.29 | $ 560.29 | $ 560.29 | $ 560.29 | $ 560.29 | $ 560.29 | $ 560.29 | $ 560.29 |
| Material / lot | $ 26,845.65 | $ 20,052.29 | $ 22,184.53 | $ 20,546.42 | $ 20,588.88 | $ 19,685.70 | $ 19,154.50 | $ 22,598.70 | $ 20,643.96 | $ 27,549.14 |
| City Fee & plans | $ 219.20 | $ 219.20 | $ 219.20 | $ 219.20 | $ 219.20 | $ 219.20 | $ 219.20 | $ 219.20 | $ 219.20 | $ 219.20 |
| Building Permit | $ 20,944.84 | $ 17,546.62 | $ 18,820.03 | $ 9,509.86 | $ 9,920.75 | $ 10,201.27 | $ 10,836.55 | $ 12,873.20 | $ 12,083.23 | $ 15,975.64 |
| Subs / lot | $ 102,476.07 | $ 77,644.19 | $ 84,108.99 | $ 65,228.74 | $ 73,606.19 | $ 76,258.35 | $ 68,022.34 | $ 96,705.53 | $ 65,211.14 | $ 100,376.15 |
| Offsite Improvement | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 | $ 1,323.00 |
| Subtotal | $ 152,368.85 | $ 117,345.49 | $ 127,216.04 | $ 97,387.31 | $ 106,198.31 | $ 108,247.81 | $ 98,115.88 | $ 134,279.92 | $ 99,940.82 | $ 146,003.42 |
| **Gen. Expense** | | | | | | | | | | |
| Commission/lot | $ 3,075.00 | $ 3,075.00 | $ 10,575.00 | $ 3,075.00 | $ 3,075.00 | $ 4,075.00 | $ 8,575.00 | $ 6,675.00 | $ 5,100.00 | $ 3,000.00 |
| Escrow / lot | $ 28,103.00 | $ 19,485.50 | $ 15,448.00 | $ 34,743.00 | $ 15,482.53 | $ 7,513.77 | $ 1,755.00 | $ 6,693.00 | $ 5,043.00 | $ 34,205.76 |
| Const Insurance / lot | $ 1,196.52 | $ 718.59 | $ 2,648.55 | $ 498.98 | $ 551.71 | $ 1,878.84 | $ 1,686.31 | $ 2,764.66 | $ 590.52 | $ 175.96 |
| Interest | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 | $ 15,606.21 |
| Property Tax | $ 245.76 | $ 217.06 | $ 215.21 | $ 524.40 | $ 19.22 | $ 2,091.00 | $ 3,731.88 | $ 2,590.29 | $ 1,799.57 | $ 1,255.57 |
| Utilities / Lot | $ 524.06 | $ 142.25 | $ 237.43 | $ 34.28 | $ 49.88 | $ 318.78 | $ 403.40 | $ 338.39 | $ 163.14 | $ 25.98 |
| Inspection (East West Bank) | $ 352.78 | $ 352.78 | $ 352.78 | $ 152.77 | $ 152.77 | $ 152.81 | $ 108.33 | $ 75.00 | $ - | |
| Op Expense | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 | $ 43,653.12 | $ 43,669.12 |
| Subtotal | $ 92,756.45 | $ 83,250.51 | $ 88,736.30 | $ 98,287.76 | $ 78,790.24 | $ 75,289.53 | $ 75,519.06 | $ 78,385.67 | $ 71,955.56 | $ 97,922.59 |
| Land Cost | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 |
| Land Closing Cost | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 | $ 1,359.96 |
| Loan Renewal Fee | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 | $ 1,042.00 |
| Subtotal | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 | $ 22,401.96 |
| **Total Cost** | $ 267,527.26 | $ 222,997.96 | $ 238,354.30 | $ 218,077.03 | $ 207,390.51 | $ 205,939.30 | $ 196,036.89 | $ 235,077.55 | $ 194,298.34 | $ 266,327.97 |
| Gross Profit/Loss | $ 72,422.74 | $ 86,952.04 | $ 11,645.70 | $ 61,872.97 | $ 82,559.49 | $ (17,089.30) | $ (36,036.89) | $ (15,077.55) | $ (24,298.34) | $ 93,622.03 |

12/3/2009; page2

# Valley Rose Estates

## 18 Homes sold - Profit/Loss Analysis

| Lot # | 19 | 22 | 23 | 24 | 25 | 26 | 27 | 50 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Plan # | 1897 | 1897 | 1670 | 1670 | 1670 | 1620 | 1670 | 2239 | |
| NOC Date | 03/13/08 | 04/04/08 | 10/30/07 | 07/27/07 | 07/03/07 | 07/26/07 | 09/25/08 | 10/31/07 | |
| COE Date | 07/11/08 | 09/30/08 | 07/31/08 | 10/10/08 | 07/27/07 | 04/08/09 | 02/02/09 | 02/21/08 | |
| Sales Price | $230,000.00 | $215,000.00 | $210,000.00 | $205,000.00 | $312,450.00 | $175,000.00 | $185,370.00 | $342,450.00 | $4,443,870.00 |
| **Cost of Sales** | | | | | | | | | |
| Engineer | 560.29 | 560.29 | 560.29 | 560.29 | 560.29 | 560.29 | 560.29 | 560.29 | 10,085.22 |
| Material / lot | 25,566.59 | 23,642.14 | 20,223.03 | 20,465.55 | 20,115.11 | 19,642.93 | 19,984.47 | 27,095.49 | 396,465.08 |
| City Fee & plans | 219.20 | 219.20 | 219.20 | 219.20 | 219.20 | 219.20 | 219.20 | 219.20 | 3,945.60 |
| Building Permit | 14,566.71 | 14,711.40 | 14,078.20 | 14,201.23 | 14,197.55 | 13,879.88 | 14,078.20 | 15,686.76 | 254,111.22 |
| Subs / lot | 87,090.05 | 84,831.53 | 77,593.43 | 71,425.18 | 77,002.44 | 74,462.13 | 62,041.55 | 94,370.06 | 1,436,454.06 |
| Offsite Improvement | 1,323.00 | 1,323.00 | 1,323.00 | 1,323.00 | 1,323.00 | 1,323.00 | 1,323.00 | 1,323.00 | 23,814.00 |
| Subtotal | 129,325.84 | 125,287.56 | 113,997.15 | 108,194.45 | 113,417.59 | 110,087.23 | 98,206.71 | 139,254.80 | 2,124,875.18 |
| **Gen. Expense** | | | | | | | | | |
| Commission/lot | 10,900.00 | 4,000.00 | 4,075.00 | 4,075.00 | 3,075.00 | 5,325.00 | 10,195.35 | 3,000.00 | 94,945.35 |
| Escrow / lot | 14,292.00 | 14,054.45 | 13,125.00 | 6,337.00 | 34,967.94 | 6,245.73 | 7,593.08 | 40,103.00 | 305,190.76 |
| Const Insurance / lot | 1,569.11 | 1,047.85 | 1,611.01 | 1,653.34 | 411.48 | 904.29 | 1,343.88 | 488.61 | 21,740.00 |
| Interest | 15,606.21 | 15,606.21 | 15,606.21 | 15,606.21 | 15,606.21 | 15,606.21 | 15,606.21 | 15,606.21 | 280,911.78 |
| Property Tax | 230.03 | 922.73 | 236.20 | 959.87 | 570.69 | 2,660.52 | 824.40 | 186.82 | 19,477.02 |
| Utilities / Lot | 248.69 | 230.40 | 192.62 | 247.09 | 49.04 | 387.66 | 66.65 | 25.91 | 3,689.45 |
| Inspection (East West Bank) | | - | 75.00 | 75.00 | - | - | - | | 1,850.02 |
| Op Expense | 43,653.12 | 43,653.12 | 43,653.12 | 43,653.12 | 43,653.12 | 43,653.12 | 43,653.12 | 43,653.12 | 785,756.16 |
| Subtotal | 86,499.16 | 79,514.56 | 78,574.16 | 72,606.63 | 96,333.48 | 74,782.53 | 79,282.69 | 103,063.67 | 1,513,560.54 |
| Land Cost | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 360,000.00 |
| Land Closing Cost | 1,359.96 | 1,359.96 | 1,359.96 | 1,359.96 | 1,359.96 | 1,359.96 | 1,359.96 | 1,359.96 | 24,479.28 |
| Loan Renewal Fee | 1,042.00 | 1,042.00 | 1,042.00 | 1,042.00 | 1,042.00 | 1,042.00 | 1,042.00 | 1,042.00 | 18,756.00 |
| Subtotal | 22,401.96 | 22,401.96 | 22,401.96 | 22,401.96 | 22,401.96 | 22,401.96 | 22,401.96 | 22,401.96 | 403,235.28 |
| Total Cost | $238,226.96 | $227,204.08 | $214,973.27 | $203,203.04 | $234,153.03 | $207,271.72 | $199,891.36 | $264,720.43 | $4,041,671.00 |
| Gross Profit/Loss | $(8,226.96) | $(12,204.08) | $(4,973.27) | $1,796.98 | $78,296.97 | $(32,271.72) | $(14,521.36) | $77,729.57 | $402,199.00 |

# EXHIBIT   7



**Martin-McIntosh**
LAND SURVEYING • CIVIL ENGINEERING

March 18, 1992

Mr. Michael S. Brown
16255 Ventura Blvd., Suite 1000
Encino, CA 91436

Reference:    Proposal for Professional Planning and Engineering Services for
Valley Rose Subdivision - Wasco, California
Martin-McIntosh Project # 92-22

Dear Mr. Brown:

We are pleased to submit our proposal for professional planning and engineering services for the design of Valley Rose Subdivision in Wasco, California. Martin-McIntosh proposes to provide the following design services:

1.    Prepare Conceptual Plan Alternatives with associated densities.
2.    Prepare Draft Guidance Package consisting of the following:
    a.    Define Issues.
    b.    Determine roles and responsibilities of project players.
    c.    Determine development process.
    d.    Determine review process with City of Wasco.
3.    Refine Draft and Prepare Final Guidance Package.
4.    Prepare Final Conceptual Plan with preliminary lot layout.

We estimate the cost for the above services to be $15,200.00.

Upon approval of the Conceptual Plan for the project, the following services would be performed:

1.    Develop Master Plans for water, sewer, and drainage systems.
2.    Develop a phased Traffic and Circulation Plan per Cal-Trans requirement.
3.    Determine boundaries for first Williamson Act cancellation.
4.    Develop Tentative Tract Map for first 100 acres and process through City of Wasco.



EXHIBIT
J-1

4130 ARDMORE AVE., SUITE 101 • BAKERSFIELD, CA. 93309 • 805/834-4814

Valley Rose Proposal
March 18, 1992
Page 2


5.   Write Environmental Findings for first Tentative Map.
6.   Process Zone Change through City of Wasco.
7.   Coordinate Development Agreement.

We estimate the cost for these services to be $54,800.00

A field survey will be required for some of the above work and for all Improvement Plans and Final Maps. The following services would be provided:

1.   Boundary Survey
2.   Topographic Survey - 200' grid.
3.   Utility Research.
4.   Title Report - Easements.
5.   Topo Map
6.   Boundary Map.
7.   Soils Report
We estimate the cost for these services to be $19,100.00.

This proposal is provided to you with the following qualifications:

1.   If fast-track timing is pursued, Martin-McIntosh would not be responsible for costs associated with developer - initiated revisions or unusual City of Wasco requirements.
2.   Costs of printing and reproductions are not included, and would be billed on a cost plus 10% basis.
3.   Public meetings are based on normal processing procedures and do not include cost for appeals, if required.


This proposal is subject to your acceptance and execution of our standard agreement. Thank you for the opportunity to provide this proposal. If you have any questions, please feel free to contact us.

Sincerely,
MARTIN-MCINTOSH


Gene Martin

GM/pm

18



**Martin-McIntosh**

LAND SURVEYING • CIVIL ENGINEERING

May 11, 1992

Mr. Michael S. Brown
16255 Ventura Blvd., Suite 1000
Encino, CA 91436

Reference:    Addition to Agreement, dated March 18, 1992
              Valley Rose Subdivision, Wasco, CA
              M-Mc #92-22 — *Billing*

Dear Mr. Brown:

As you are aware, we are proceeding with a number of the tasks as outlined in our letter and agreement, dated March 18, 1992. As the scope has been more clearly defined and the need for additional services determined, we are pleased to submit our proposal for these services:

1)    Prepare Parcel Map No. 9572. This map is required as part of your agreement to purchase the land from the seller. We estimate the cost of these services to be $ 5,000.

2)    Prepare Improvement Plans and Final Map for Tract No. 5472. These will be developed from the approved Tentative Map. We estimate the cost of these services to be $57,900.

3)    Prepare Improvement Plans and Final Map for Tract No. 5618. These will be developed from the approved Tentative Map. We estimate the cost of these services to be $183,000.

4)    In our March 18 letter, we included an estimated fee of $54,800 for Master Planning services. The scope of these services have changed somewhat. For example, the scope of the sewer, water and drainage studies has been reduced, Since the City has provided us with approved studies to use as a basis for our work. However, we have expanded the Master Plan to include landscaping and design guidelines for the public facilities. The estimated fee for these services should remain unchanged.

π EXHIBIT  b
Deponent  McIntosh
Date 12-12-02  Rptr.  B.C.
WWW.DEPOBOOK.COM

4130 ARDMORE AVE., SUITE 101 • BAKERSFIELD, CA. 93309 • 805/834-4814

8X6

Mr. Michael Brown
May 11, 1992
Page 2


In addition to the above services, Improvement Plans for off-site water, sewer, drainage and roadway facilities will be required.  The concept design for this work has not yet been determined.  We will provide an estimated fee as soon as possible.

Enclosed is an updated schedule which includes the above additional services. Please review the estimate as well as the schedule.  If you have any questions, please feel free to call me.

This proposal is subject to your acceptance and will become an extension to our current agreement dated March 18, 1992.

Sincerely,
MARTIN-MCINTOSH

Gene Martin


Accepted:


_____     _____
Michael S. Brown            Date



GM:RJS:pm


Enclosure

2

# *Martin-McIntosh*

### LAND SURVEYING • CIVIL ENGINEERING

March 8, 1993

Legacy Group, LP
C/O Scapa & Brown
16000 Ventura Blvd.
Suite 1200
Encino, CA 91436

ATTN: Mr. Michael S. Brown

RE:   Valley Rose Estates – Cost Update
      Martin-McIntosh Project No. 92-22

Dear Mr. Brown:

The purpose of this letter is to bring you up to date regarding costs on the above project. As you are aware, your contract with Martin-McIntosh is hourly based on our current rate schedule. On March 18, 1992, and June 24, 1992, you were provided with the scope of the work and estimates of cost as they were known at that time. Since then, the scope of the project has increased requiring additional design services.

The following is a list of tasks and contract items which changed in scope or were added to the project at the request of the Legacy Group since the June 24, 1992 letter. The costs shown are in addition to the original budget estimates.

> 1.  Route 46 Offsite Survey – Work was required to perform
> design for Route 46 Improvements. (No original budget.)         $   4,550.00
>
> 2.  Offsite Sewer Survey – Work was required as a result of
> the City's decision to require construction of sewer lines to
> existing Waste Water Treatment Plant.
> (No original budget.)                                            $   6,570.00
>
> 3.  Offsite Water Survey – Work was required for design of
> Route 46 water main, water storage tank and booster
> station. (No original budget.)
>                                                                  $  11,860.00

2001 WHEELAN COURT • BAKERSFIELD, CA 93309 • 805/834-4814


π EXHIBIT ___
Deponent McInto
Date _____ Rptr __

Legacy Group, LP
March 8, 1993
Page 2

4. <u>Development Agreement</u> - Time was originally budgeted
only for review of engineering issues in the document.  At
the request of the Legacy Group, we were involved in
writing and editing of a number of technical sections in
addition to the review of the entire document.
(Original budget - $5,000)                          $ 16,100.00

5. <u>Parcel Map #9572</u> - Original budget estimated
completion of a Final Map based on a previously approved
Tentative Map.  Upon approval of the Land Plan, Legacy
Group authorized a revised Tentative Parcel Map to be
prepared based on the Land Plan to obtain City approval of
the revised Map.  The City then limited the number of
parcels after submittal of the Tentative Map, requiring
redesign.  In addition, Legacy Group requested preparation
of legal descriptions for drilling islands and research into the
mineral rights ownership, surface waiver processing and
research of waiver statutes.  (Original budget - $10,000)    $ 16,040.00

6. <u>Williamson Act Cancellation</u> - Work was required to
process Tentative Map No. 5618.  Corrected previous land
owner's cancellation legal descriptions on the property.  (No
original budget.)                                   $  4,280.00

7. <u>Master Studies (Water, Sewer, Drainage)</u> - Original
budget estimate included revisions to previously approved
studies necessary to reflect changes in roadway alignments.
The City then required a rewrite of all studies, and re-
analysis of the systems per the standards provided.  Multiple
City reviews occurred over a five month period requiring a
number of changes and refinements.
(Original budget - $15,000)                         $ 40,720.00

8. <u>Revisions to Tract 5618</u> - At the request of Legacy
Group, we revised the Tract to increase the number of R-1
lots, reducing the number of R-2 lots, including changes to
the Tentative Map, Grading Plan, Street Plans, Plot Plan
and Final Map.  (No original budget.)               $ 12,660.00

Legacy Group, LP
March 8, 1993
Page 3

*9. <u>Offsite Sewer</u> - After early concurrence from the City
to allow an on-site WWTP, the City then reversed their
thinking  and required a pump station and force main
connection to the City's existing WWTP south of the
project.  (Original budget - $25,000)                          $  22,060.00

*10. <u>Oversizing Pump Station</u> - The City authorized
oversizing of the pump station, gravity sewers and force
main.  (City has agreed to reimburse Legacy Group for this
work.)  (No original budget.)                                  $   2,000.00

*11. <u>Offsite Water</u> - Legacy Group authorized an alternate
water study and the design of an offsite water main and a
storage tank.  Also, investigation of the use of existing Ag
wells and coordination with well driller.  Original budget
allowed only for the development of a well site and on-site
storage tanks.  (Original budget - $25,000)                    $  18,430.00

*12. <u>Offsite Highway (Caltrans)</u> - CalTrans has required
that the Legacy Group provide a Project Study Report (not
originally required). Also modification of required
improvements on Route 46 following the first plan check.
(Original budget - $25,000)                                    $  12,570.00

*13. <u>Plot Plans for Tracts 5472 & 5618</u> - Legacy Group
requested our review of floor plans and development of Plot
Plans and matrices to show lot availability.  Also, a Special
Planning District is required to provide flexibility in setbacks
to accommodate models and meet stated project objectives.
(No original budget.)                                          $   6,600.00

Total Additional Cost Through February 22, 1993        $174,440.00

The costs shown above represent our services through February 26, 1993.  The work
noted with an asterisk (*) is on-going and additional costs will be incurred.  It should also
be noted that our experience with Quad Consultants to date has been difficult.  Their
review process is very slow and many times we find that their review comments represent
personal views and are not necessarily the requirements of City Codes and Ordinances
presently in place.

Legacy Group, LP
March 8, 1992
Page 4


While some personal opinion is expected, a meeting of the minds usually resolves issues. In this case we are finding a lack of commitment by City staff to the Codes and Standards provided to us early in the project. Unless this procedure is modified, we expect the costs for completion of plans currently in process to exceed our best estimates.

I hope this brings you up to date on the status of the various phases of the project. If you have any questions or comments, please call me.

Sincerely,
Martin-McIntosh

Gene Martin

GM:RJS:yr

cc:    R. Staub
       C. Christensen
       J. Higgins

# EXHIBIT  8

# Fidelity National Title Company

110 New Stine Road, Bakersfield, CA  93309
800 479-4070 • FAX 661 833-5943

**DATE:** October 30, 2007                                    **TIME:** 11:08 AM
**ESCROW NO.:** 07-75126-SA
**LOCATE NO.:** CAFNT0915-0915-0001-0000075126
**ESCROW OFFICER:** Shaun Anderson-Bor              **CLOSING DATE:** October 30, 2007

## SELLER FINAL CLOSING STATEMENT

**SELLER:**       Lotus Developments
**BUYER:**        Catarino Ponce
**PROPERTY:**     5604 St. Andrew's Crescent , Wasco, CA  93280

|                                                                 | $ DEBITS      | $ CREDITS    |
|-----------------------------------------------------------------|---------------|--------------|
| **FINANCIAL:**                                                  |               |              |
| Total Consideration                                             |               | 339,950.00   |
|                                                                 |               |              |
| **PRORATIONS/ADJUSTMENTS:**                                     |               |              |
| Unpaid County Taxes at $55.55 Semi-Annual from 10/30/2007 to 1/1/2008 | 18.82   |              |
| Seller Contribution Towards Buyers Closing Costs                | 10,000.00     |              |
| Funds Paid to Seller Outside of Escrow                          | 500.00        |              |
|                                                                 |               |              |
| **PAYOFFS - East West Bank**                                    |               |              |
| **Total Payoff $289,060.50**                                    |               |              |
| Principal Balance to East West Bank                             | 288,957.50    |              |
| Forwarding/Demand Fee to East West Bank                         | 30.00         |              |
| Reconveyance Fee to East West Bank                              | 45.00         |              |
| Recording Fee to East West Bank                                 | 18.00         |              |
| FAX Fee to East West Bank                                       | 10.00         |              |
|                                                                 |               |              |
| NET PROCEEDS DUE SELLER                                         | $40,370.68    |              |
|                                                                 |               |              |
| TOTALS                                                          | $339,950.00   | $339,950.00  |

SAVE THIS STATEMENT FOR INCOME TAX PURPOSES



EXHIBIT
J-3

# EXHIBIT 9

# VALLEY ROSE
## ACCOUNT
## SUMMARY

| JOB #'S | DESCRIPTION | TOTAL INVOICED | TOTAL PAID | DATE OF LAST PAYMENT | AMOUNT O LAST PAYM |
|---|---|---|---|---|---|
| 92-22 | Valley Rose Golf Course & Sub.Sec 4 | $18,499.27 | $18,499.27 | 6/21/93 ✓ | $2 |
| 92-22.01 | Survey Topo & Boundary | $47,000.46 | $47,000.46 | 10/27/93 | $1,08 |
| 92-22.02 | Master Planning | $142,893.98 | $129,837.77 | 3/21/94 ✓ | $2,00 |
| 92-22.03 | Williamson Act Cancellation | $4,190.45 | $4,190.45 | 11/12/92 ✓ | $38 |
| 92-22.04 | Tract #5472 | $308,419.37 | $240,776.18 | 4/28/94 ✓ | $6,66 |
| 92-22.05 | Tract #5618 | $275,257.17 | $149,459.94 | 4/28/94 ✓ | $6 |
| 92-22.06 | Parcel Map 9572 | $26,073.40 | $25,835.80 | 6/21/93 ✓ | $2 |
| 92-22.07 | Business Card Development | $142.76 | $142.76 | 9/8/92 ✓ | $14 |
| 92-22.08 | Assessment District Engineering | $36,113.11 | $0.00 | | |
| 92-22.09 | Offsite Sewer | $111,125.83 | $67,943.18 | 5/9/94  2.48 | $6,63 |
| 92-22.10 | Offsite Water | $101,633.48 | $69,855.35  64752.63 | 4/28/94 | $2,96 |
| 92-22.11 | Offsite Highway (CalTrans) | $59,111.82 | $51,698.89 | 4/28/94 ✓ | $1,62 |
| 92-22.12 | Color Rendering | $4,260.29 | $946.16 | 2/2/94 ✓ | $94 |
| 92-22.13 | Resubdivide R-2 in Tr. 5618 | $180.00 | $180.00 | 2/2/94 ✓ | $18 |
| 92-22.14 | Surveying Extras | $77.10 | $77.10 | 2/17/94 ✓ | $7 |
| 92-22.15 | Unbilled Assessment Work | $11,157.89 | $0.00 | | |
| 92-22.16 | Lot Study Plan | $3,773.90 | $2,000.00 | 3/2/94 ✓ | $2,00 |
| TOTALS: | | $1,149,910.28 | $808,443.31 | | $24,81 |
| | City of Wasco | | $195,729.62 | | |
| | Michael Brown | | $612,512.02 | | |
| | | | $808,241.64 | | |


EXHIBIT
J-4

# EXHIBIT   10

Title 16

SUBDIVISIONS

Chapters:

16.04  General Provisions
16.08  Definitions
16.12  Administration and Enforcement
16.16  Tentative Maps
16.20  Final and Parcel Maps
16.26  Vesting Tentative Maps
16.28  Design Standards
16.32  Improvements
16.36  Exceptions
16.40  Appeals
16.44  Storm Drainage Fees
16.46  Park Land Dedication
16.48  Violation--Penalty
       Appendix A

Chapter 16.04

GENERAL PROVISIONS

Sections:

16.04.010   Title.
16.04.020   Purpose.

16.04.010   Title.
    This title shall be known as the subdivision ordinance of the city.  (Ord. 474 (part), 2002).

16.04.020   Purpose.
    This title is adopted to supplement and implement the Subdivision Map Act of the state and shall apply to all subdivision within the city.  (Ord. 474 (part), 2002).


EXHIBIT
J-8

subtitle shall consist of the words "A Reversion of Acre-
age of..." (insert a legal description of the land being
reverted.)

   B.   A parcel map may be used to revert to acreage
land previously subdivided and consisting of four or less
contiguous parcels under the same ownership.   (Ord. 474
(part), 2002).

## 16.20.070   Approval of the city engineer.

   A.   The city engineer shall examine all the docu-
ments as to conformity with the tentative map, as to the
sufficiency of affidavits and acknowledgments, correctness
of surveying data, mathematical data and computations, and
such other matters as require checking to insure compli-
ance with the provisions of the Subdivision Map Act and of
this title.

   B.   Within twenty working days after date of receipt
of the map, the city engineer shall either approve or re-
turn one copy of the map, improvement plans or other docu-
ments to the subdivider or his engineer showing the neces-
sary corrections.   On subsequent resubmittals to the city
engineer, the subdivider shall submit corrected documents
and plans in duplicate.   The city engineer shall respond
within ten working days approving or showing required cor-
rections.   At such time as the map, improvement plans, and
other required documents are found to be in correct form
and the matters shown thereon are sufficient, the city en-
gineer shall endorse his approval thereon and transmit it
to the city council for approval.   (Ord. 474 (part), 2002).

## 16.20.080   Action by the city council.

   Within the time limits set forth in the Map Act, the
city council shall approve the map if it conforms to all
the requirements of this title and the Map Act applicable
at the time of approval or conditional approval of the
tentative map and any rulings made thereunder, or, if it
does not so conform, disapprove the map.   If the city
council does not approve or disapprove the map within the
time prescribed in the Map Act, or any authorized exten-
sion thereof, and the map conforms to all the requirements
and rulings, it shall be deemed approved, and the clerk of
the city council shall certify its approval thereon.
(Ord. 474 (part), 2002).

# EXHIBIT   11



*the city of*

*Wasco*

ROSE CAPITAL OF THE NATION

# Developer Information Package

# (Wasco Valley Rose Golf Course)
# and
# (Valley Rose Estates)

**November 2003**



EXHIBIT
J-10



## CITY OF WASCO

Valley Rose Estates

The City and the Wasco Community Development Corporation recently purchased, through a property tax sale, 97 acres of residential and commercial land adjacent to the golf course of which 34 acres has infrastructure. This property is part of the approximately 468 acre unfinished master planned community named the Valley Rose Estates that lies to the west and north of the golf course property. Infrastructure including roadways and water lines were developed on a 34-acre parcel within the City-owned land. A location map, assessor's parcel map, Final Parcel Map 9572, Tentative Tract Maps # 5472 and #5618, zoning map, sewer and water map are included as Appendix C herein.





BP02338



CITY OF WASCO

## CITY SPONSORED DEVELOPMENT INCENTIVE PROGRAM

The Wasco Public Finance Authority, a joint exercise of powers authority created by agreement of the City of Wasco and the Redevelopment Agency of the City of Wasco, issued its 1989 Lease Revenue Bonds, Series A in the aggregate principal amount of $8,860,000. The Bonds were issued to acquire land and construct the Wasco Valley Rose Golf Course. The Bonds are secured by net revenues of the golf course, lease payments from the City's General Fund and ultimately, a deed of trust on the golf course land. Since April 15, 1994, the Bonds have been in default. The entire $8,860,000 of bonds remain outstanding as well as over $6 million in unpaid interest.

In addition, the City of Wasco issued its Assessment bonds, in the aggregate principal amount of $4,600,000. The bonds were issued to construct or acquire road, sewer and water improvements which directly benefited the property within the District. These Bonds are secured by the special assessment levied on property within the boundaries of the Assessment District, and ultimately, the land within the District. These Bonds are also in default and currently there is $1,600,000 of Assessment Bonds outstanding.

The City is seeking developers interested in purchasing the golf course and valley Rose Estates for the purpose of developing a comprehensive golf course community. In order to facilitate this development, the City has developed a comprehensive package of incentives that, if implemented together, offers attractive benefits to a purchaser of both the golf course property and the residential property described above. The package includes the following:

1) A City-sponsored dutch auction tender presented to existing bondowners of 1989 Lease Revenue Bonds (Valley Rose Golf Course) with intent to purchase 100% of outstanding debt and remove lien from golf course property. The tender price to be offered will be a combination of (i) revenue received from sale of golf course and (ii) new City issued Revenue bonds;

2) A City-negotiated purchase and redemption of Valley Rose Estates Assessment Bonds with the intent to redeem 100% of outstanding debt and remove assessment lien from residential property within the Assessment District boundaries;

3) City support in the formation of a Community Facilities District over the residential property in order to issue special tax bonds to reimburse the Property Purchaser for the acquisition of the property and additional infrastructure needs (to a level supported by the value of the property); and

4) Fast tracking of entitlements through the City's planning department.

BP02345



CITY OF WASCO

The City of Wasco will make available copies of the golf course financial statements, fee structure, maps and any other information requested by interested parties. Interest should be directed to:

Mr. John Wooner, Finance Director
City of Wasco
764 "E" Street
Wasco, CA  93280
(661) 758-7235 Phone
(661) 758-7239 Fax
jowooner@ci.wasco.ca.us

BP02346

CITY OF WASCO 

# APPENDIX C

## *MAPS*

| | |
|---|---|
| *B-1* | *LOCATION MAP* |
| *B-2* | *ASSESSOR'S PARCEL MAP* |
| *B-3* | *OWNERSHIP MAP* |
| *B-4* | *FINAL PARCEL MAP 9572* |
| *B-5* | *TENTATIVE TRACT MAP 5472* |
| *B-6* | *TENTATIVE TRACT MAP 5618* |
| *B-7* | *ZONING MAP* |
| *B-8* | *AERIAL PHOTO* |
| *B-9* | *SEWER MAP* |
| *B-10* | *WATER MAP* |

BP02417



MAP B-1 LOC. ION MAP
VALLEY ROSE ESTATES

☐ Parcel Boundaries

HWY 43

HWY 46

VALLEY ROSE ESTATES

BP02418

ASSESSOR'S PARCEL MAP

ASSESSORS MAP NO. 487-05
COUNTY OF KERN

BP02419

# MAP B-3 OWNERSHIP MAP

# VALLEY ROSE ESTATES

Owned by Wasco Community
Development Corporation

Owned by the City of Wasco

Blue Numbers - APN

Black Numbers - Acreage





BP02420

TENTATIVE PARCEL MAP No. 9572

"REVISED"









BP02422



BB02433

# MAP B-7 ZONING MAP
## VALLEY ROSE ESTATES



C-N Neighborhood Commercial

C-R Commercial Retail

R-1-6 Low Density Residential 6,000

R-1-8 Low Density Res 8,000

R-2 - Medium Density Residential

R-E Residential Estate

R-F O-S Open Space

P-F Public Facilities

R-1-8

R-1-8

R-2

AUGUSTA MANOR DR

R-E

R-1-8

R-1-6

R-F O-S
VALLEY ROSE
GOLF COURSE

C-N

LEONARD

HWY 46

BP02424

# MAP B-8 AERIAL PHOTO

# VALLEY ROSE ESTATES

Parcel Boundaries



BP02425



# MAP B-9 SEWER MAP

# VALLEY ROSE ESTATES



# MAP B-10 WATER MAP

## VALLEY ROSE ESTATES



# EXHIBIT  12

| Client Initials | Consultant Initials |
|---|---|
| | |

This form of agreement is distributed by:

**CELSOC**
CONSULTING ENGINEERS AND
LAND SURVEYORS OF CALIFORNIA

**AGREEMENT BETWEEN CLIENT AND CONSULTANT**
This form of agreement (Form A) was developed by the Consulting Engineers and Land Surveyors of California and is intended primarily for the use of CELSOC members and may not be reproduced without the permission of the Consulting Engineers and Land Surveyors of California. © 2003, 2001, 1998, 1994, 1991, 1989, 1987, 1984, 1982, 1979, 1978, 1975, 1973, 1970, 1967.

*Notice: This form of agreement is copyrighted by CELSOC and is only printed by CELSOC on security paper, which has the CELSOC logo background design.*

Project No. 2004-49

Agreement entered into at Bakersfield on this date of 7 Sept 2004, by and between:

Client: Northern California Universal Enterpise Consultant: DeWalt Corporation

Name Mr. Joe Wu                          Name Jeffrey A Gutierrez

Address 300 'B' Street                   Address 1930 22nd Street
        Turlock, Ca 95380                        Bakersfield, Ca 93301

Phone: 209-669-0606   Fax 209-669-0498   Phone 661-323-4600   Fax 661-323-4674

Email                                    Email jag@dewaltcorp.com

                                         License No. PLS 7595

*Client and Consultant agree as follows:*

A. Client retains Consultant to perform services for:

   WASCO SUBDIVISION-EXPIRED TRACT 5472
   hereinafter called "project."

B. Consultant agrees to perform the following scope of services:

   TOPO SURVEY
   TENTATIVE MAP
   FINAL MAPS
   SURVEYING SERVICES

C. Client agrees to compensate Consultant for such services as follows:

   LUMP SUM $26,000.00

D. This agreement is subject to the Provisions of Agreement contained in paragraphs 1 through 52, and the provisions of the exhibits attached hereto and made a part hereof. (List exhibits below.)

   EXHIBIT 'A' SIGNED LETTER OF PROPOSAL


EXHIBIT
J-16

Form A                          Page 1 of 9

4-0001

# EXHIBIT  13

# DEWALT
## *Corporation*

• ENGINEERING   • PLANNING   • SURVEYING   • LAND DEVELOPMENT   • CONSTRUCTION MANAGEMENT

July 21, 2004                                                                04-01P

**NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE CO.**
300 "B" Street
Turlock, CA  95380
FAX:   209.669.0498

Attn.:   Mr. Jess Marimla

Re:    **Wasco Subdivision – Expired Tract 5472**
        **Proposal for Planning / Engineering / Surveying / Professional Services**

Dear Mr. Marimla,

DeWalt Corporation is pleased to provide this proposal for the following Planning, Engineering, and Surveying services for the property on Valley Rose Park Way in the City of Wasco, County of Kern. You will recall that the Tentative Map for Tract 5472 was approved with conditions at one point in time. Many of the conditions of approval with regard to infrastructure improvements to the site in question were completed, yet the Tentative Map was allowed to expire before recordation.  Find below the various services that DeWalt Corporation proposes to provide to you for this project and their associated costs:

## TOPOGRAPHIC SURVEY:

Topographic survey will be performed in such a manner as to gather data which will be used for planning or engineering purposes. Please note that prior to the commencement of survey we will require a current (less that 30 days old) preliminary title report.

*   Research existing horizontal and vertical monumentation with the Kern County Surveyor.
*   Research existing infrastructure improvement plans with the Kern County Resource Management Agency, City of Wasco and any other related utility companies and service districts.
*   Perform a boundary survey of the site, corroborating the existence of property corners and defining the site boundary. During the course of the boundary portion of the survey, we will also devote time to identifying any encroachment of the property lines.
*   Perform a topographic survey of the existing pads, street and infrastructure improvements. Pad certification will be desired for proof of flood and grading plan conformance with County of Kern.
*   Process and transfer the survey data for entry into electronic drafting software (AutoCAD) for the purposes of preparing the topographic survey plat.
*   Dissemination of the Preliminary Title Report and identification of easements, licenses and recorded documents that encumber the property in question.
*   Drafting and review of topographic survey plat.
*   Validation and Certification of survey by a licensed land surveyor.
*   **Cost :**                                          $7,500.00

Agreed and Understood:

By:  _____

Title: _____   Date: _____

PRESIDENT

**EXHIBIT**
**J-18**

Expired Tract 5472, Wasco, CA
Proposal for Planning, Engineering and Surveying
Page 2 of 3

## TENTATIVE MAP:

- Meetings with the Owner to discuss development plans / proposed layout / phasing
- Meetings with County Staff to discuss development options, scheduling and fees
- Preparation of Boundary and Easement Map from Record Data and available Title Information
- Prepare and Process Tentative Subdivision Map and Application Package
- Assist in coordination and completion of Tentative Map approval studies and mitigation measures
- Present Tentative Subdivision Map to Governing Bodies for Consideration and Action
- **Cost :**                                                              $5,500.00

Agreed and Understood:

By:
Title:   _president_          Date:  9/3/04

Upon approval of the Tentative Map, DeWalt Corporation and the owner will review and consider the conditions of approval. There may be items in the conditions of approval that will require DeWalt Corporation to engineer and process construction plans for approval by the County of Kern. Costs for these plans are un-determinable at this time and are <u>not</u> a part of this proposal.

## FINAL MAPS:

- Prepare Final Subdivision Map for Recordation
- Process County Improvement Agreements if required
- Prepare legal descriptions as needed
- **Cost :**                                                              $5,500.00

Agreed and Understood:

By:
Title:   _president_          Date  9/3/04

## SURVEYING SERVICES:

- Surveying for Centerline Monument and lot corner installation
- **Cost:**                                                              $7,500.00

Agreed and Understood:

By:
Title:   _president_          Date  9/3/04



## DEWALT
### *Corporation*

• ENGINEERING   • PLANNING   • SURVEYING   • LAND DEVELOPMENT   • CONSTRUCTION MANAGEMENT

# *2004 FEE SCHEDULE*

| OFFICE | |
|---|---|
| C.E.O./C.F.O | $ 110.00 Per Hour |
| Consulting Civil Engineer / Land Surveyor | $ 98.00 Per Hour |
| Registered Civil Engineer | $ 92.00 Per Hour |
| Licensed Land Surveyor | $ 92.00 Per Hour |
| Staff Engineer | $ 80.00 Per Hour |
| Senior Designer / Senior Planner | $ 80.00 Per Hour |
| Senior Draftsperson | $ 76.00 Per Hour |
| Draftsperson | $ 68.00 Per Hour |
| Clerical | $ 50.00 Per Hour |
| Assistant Clerical | $ 26.00 Per Hour |

| FIELD | |
|---|---|
| 3-Man Survey Crew | $ 150.00 Per Hour |
| 2-Man Survey Crew | $ 120.00 Per Hour |
| 1-Man Survey Crew | $ 80.00 Per Hour |
| Construction Inspector | $ 86.00 Per Hour |
| Construction Manager | $ 80.00 Per Hour |
| Survey Coordinator | $ 78.00 Per Hour |
| Survey Technician | $ 68.00 Per Hour |

| MISCELLANEOUS / REIMBURSABLES | |
|---|---|
| GPS Total Station | $ 50.00 Per Hour |
| Robotic Total Station | $ 24.00 Per Hour |
| $H_2S$ Monitor | $ 10.00 Per Hour |
| Outside Consultant | $ Actual Cost |
| Materials / Reproduction | $ Actual Cost |
| Fees, Permits, Etc. | $ Actual Cost |
| Subsistence | $ 60.00 Per Day/ Per Person |
| Mileage | $ 0.55 Per Mile/ Per Vehicle |
| Courier | $ Employee's Hourly Rate |

*Rates subject to change January 1, 2005*

Expired Tract 5472, Wasco, CA
Proposal for Planning, Engineering and Surveying
Page 3 of 3

Any work not specifically listed herein shall not be assumed to be included in this proposal. Prices quoted do not include reimbursables such as printing, soils work, document transport, or any governmental, title or other fees. Billing will be monthly, with reimbursables billed separately. Any "extra" work or changes to the scope of work, or revisions requested by the Owner, Title Company, or any other entity, will be performed on a time-and-materials basis per the attached DeWalt Corporation 2004 Fee Schedule as an "extra" or negotiated separately.

Thank you for this opportunity to work with **NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE CO.** on this project. If you have any questions regarding any aspect of this proposal, please do not hesitate to contact me at (661) 323-4600x122. Please sign in the spaces provided authorizing the services you are approving and return one copy to our office at your earliest convenience, indicating our notice to proceed. We will then prepare a Standard Form of Agreement which will serve as our Contract (sample copy attached), and will forward it to you for execution.

Respectfully submitted,

Jeffrey A. Gutierrez, P.L.S. 7595
President / Director of Surveying
jag@dewaltcorp.com

cc:     Gregory O. Black / Project Manager

BP000219

M:\Proposals\DWC\NCUEC\Wasco-ttm-FM-eng-survproposal.doc

L 021

# EXHIBIT  14

**LOTUS DEVELOPMENTS-01**   WASCO   UNION BANK OF CALIFORNIA   2738
2099 FORTUNE DR                                 11-49/1210
SAN JOSE, CA 95131

7/23/2007

PAY TO THE       DEWALT CORPORATION                                    $  **18.01
ORDER OF

Eighteen and 01/100*************************************************************************************   DOLLA

MEMO

INV#1053005                                                          AUTHORIZED SIGNATURE

⑈002738⑈ ⑆121000497⑆ 8270023046⑈



EXHIBIT
J-19

/alt Corporation - billing

# Invoice

/30 - 22nd Street
Bakersfield, California 93301
661-323-4600  Fax: 661-323-4674

| DATE | INVOICE NO. |
|------|-------------|
| 6/30/2005 | 1047328 |

Northern California Enterprise Co
Joe Wu
2278 Trade Zone Blvd
San Jose, Ca 95131

**Regarding:**

Wasco Topo/Tent map/FM/Mon & lot
corner installation  Contract $26,000.00
Tent map contract $5,500.00 100% billed
Billed $15,750.00
Bal $10,250.00

| DUE DATE | Job No |
|----------|--------|
| Net 30 | LS2004-49 |

| Date | Employee | Description | Hrs / Units | Rate | AMOUNT |
|------|----------|-------------|-------------|------|--------|
| 6/30/2005 | Lump Sum | Final Map 50% billed | | 2,200.00 | 2,200.00 |

We thank you for your business. 18% per annum Finance Charge on past due accounts

**Total** $2,200.00

**LOTUS DEVELOPMENTS**
VALLY ROSE ESTATES
2278 TRADE ZONE BLVD.
SAN JOSE, CA 95131

90-3957/1222
01C000696

1065

DATE Aug. 8, 2005

PAY TO THE
ORDER OF DeWalt Corporation                                    $ *2,200.00**

*Two Thousand Two Hundred and 00/00***************** DOLLARS

**United National Bank**
1728 Hostetter Road Ste. 10 · San Jose, CA 95131

MEMO Inv#1047328

⑈122239571⑈ ⑈1065 010 000696⑈

# EXHIBIT 15

Form A was developed by the California Council of Civil Engineers and Land Surveyors,
is intended primarily for the use of Council members, and may not be reproduced without
the permission of the California Council of Civil Engineers and Land Surveyors. Copyright
1991, 1989, 1987, 1984, 1982, 1979, 1978, 1975, 1973, 1970 and 1967.

| Client Initials | Consultant Initials |
|---|---|

Project No. __92-22__ Billing

Agreement entered into at _____ **Bakersfield, California** _____

made this ____18th____ day of ____March____ , 19 **92** , by and between

**Client:**
Name **Mr. Michael S. Brown**
Address **16255 Ventura Blvd., Suite 1000**
**Encino, CA  91436**
Phone _____
FAX _____

**Consultant:**
Name **Martin-McIntosh**
Address **4130 Ardmore Avenue**
**Bakersfield, California  93309**
Phone **(805) 834-4814**
FAX **(805) 834-0972**

### Client And Consultant Agree As Follows:

Client intends to:

See letter dated March 18, 1992, attached and made a part hereof.

hereinafter called "project."

A.  Consultant agrees to perform the following scope of services:

Design Services, broken down into three (3) phases:

1) Conceptual Plan
2) Develop Master Plans for water, sewer and drainage, etc.
3) Survey
as stated in letter dated March 18, 1992, attached and made a part hereof.

B.  Client agrees to compensate consultant for such services as follows:

Phase 1 - $ 15,200.00 , Phase 2 - $54,800.00 , Phase 3 -$19,100.00
plus costs of printing and reproductions to be billed at cost plus 10%, as stated
in letter dated March 18, 1992, attached and made a part hereof.

* Martin-McIntosh will proceed with each Phase upon written authorization.

C.  This Agreement is subject to provisions 1 through 48 contained herein, and the terms and conditions contained in
initialed exhibits attached herewith and made a part hereof. (List exhibits below.)

## Provisions of Agreement

Client and consultant agree that the following provisions shall
be part of their agreement:
1.  This agreement shall be binding upon the heirs, executors, ad-
ministrators, successors and assigns of client and consultant.
2.  This agreement shall not be assigned by either client or
consultant without the prior written consent of the other.
3.  This agreement contains the entire agreement between client
and consultant relating to the project and the provision of services
to the project. Any prior agreements, promises, negotiations or rep-
resentations not expressly set forth in this agreement are of no force

or effect. Subsequent modifications to this agreement shall be in
writing and signed by both client and consultant.
4.  Consultant's waiver of any term, condition, or covenant, or
breach of any term, condition, or covenant, shall not constitute the
waiver of any other term, condition, or covenant, or the breach of any
other term, condition, or covenant.
5.  If any term, condition, or covenant of this agreement is held by
a court of competent jurisdiction to be invalid, void or unenforceable,
the remaining provisions of this agreement shall be valid and binding
on client and consultant.

EXHIBIT
J-24

Case 1:07-cv-01080-LJO-GSA  Document 397-3  Filed 01/06/10  Page 54 of 79

6. This agreement shall be governed by and construed in accordance with the laws of the State of California.

7. Consultant shall only act as an advisor in all governmental relations.

All original papers, documents, drawings and other work product of consultant, and copies thereof, produced by consultant pursuant to this agreement shall remain the property of consultant and may be used by consultant without the consent of client. Upon request and payment of the costs involved, client is entitled to a copy of all papers, documents and drawings provided client's account is paid current.

9. Client acknowledges that its right to utilize the services and work product provided pursuant to this agreement will continue only so long as client is not in default pursuant to the terms and conditions of this agreement and client has performed all obligations under this agreement. Client further acknowledges that consultant has the unrestricted right to use the services provided pursuant to this agreement as well as all work product provided pursuant to this agreement.

10. Client and consultant agree to cooperate with each other in every way on the project.

11. Upon request, client shall execute and deliver, or cause to be executed and delivered, such additional instruments, documents, governmental fees and charges which are necessary to perform the terms of this agreement.

12. Consultant makes no representations concerning soil conditions unless specifically included in writing in this agreement, and he is not responsible for any liability that may arise out of the making or failure to make soil surveys, or sub-surface soil tests, or general soil testing.

13. Client agrees not to use or permit any other person to use plans, drawings, or other work product prepared by consultant, which plans, drawings, or other work product are not final and which are not signed, and stamped or sealed by consultant. Client agrees to be liable and responsible for any such use of nonfinal plans, drawings, or other work product not signed and stamped or sealed by consultant and waives liability against consultant for their use. Client further agrees that final plans, drawings or other work product are for the exclusive use of client and may be used by client only for the project described on the face hereof. Such final plans, drawings or other work product may not be changed nor used on a different project without the written authorization or approval by consultant. If consultant's work product exists in electronic or computerized format, or is transferred in electronic or computerized format, the stamp, seal and signature shall be original and may not be a computer-generated copy, photocopy, or facsimile transmission of the original.

14. Consultant has a right to complete all services agreed to be rendered pursuant to this contract. In the event this agreement is terminated before the completion of all services, unless consultant is responsible for such early termination, client agrees to release consultant from all liability for services performed. In the event all or any portion of the services or work product prepared or partially prepared by consultant be suspended, abandoned, or terminated, client shall pay consultant for all fees, charges, and services provided for the project, not to exceed any contract limit specified herein. Client acknowledges if the project services are suspended and restarted, there will be additional charges due to suspension of the services which shall be paid for by client as extra services.

15. If the scope of services to be provided by consultant pursuant to the terms of this agreement include an ALTA survey, client agrees that consultant may sign one of the two ALTA Survey Statements

attached hereto and incorporated herein by reference. In the event that consultant is required to sign a statement or certificate which



differs from the ALTA Survey Statements contained in the attachment, client hereby agrees to indemnify and hold consultant harmless from any and all liability arising from or resulting from the signing of any statement which differs from those statements contained in the attachment.

16. If the scope of services to be provided by consultant pursuant to the terms of this agreement include the preparation of grading plans but exclude construction staking services, client acknowledges that such staking services normally include coordinating civil engineering services and the preparation of as-built drawings pursuant to Uniform Building Code Chapter 70 or local grading ordinances and client will be required to retain such services from another consultant or pay consultant pursuant to this agreement for such services as extra work in accordance with Provision 26.

17. Consultant shall be entitled to immediately, and without notice, suspend the performance of any and all of its obligations pursuant to this agreement if client files a voluntary petition seeking relief under the United States Bankruptcy Code or if there is an involuntary bankruptcy petition filed against client in the United States Bankruptcy Court, and that petition is not dismissed within fifteen (15) days of its filing. Any suspension of services made pursuant to the provisions of this paragraph shall continue until such time as this agreement has been fully and properly assumed in accordance with the applicable provisions of the United States Bankruptcy Code and in compliance with the final order or judgment issued by the Bankruptcy Court.

18. This agreement shall not be construed to alter, affect or waive any lien or stop notice right which consultant may have for the performance of services pursuant to this agreement. Client agrees to separately provide to consultant the present name and address of the record owner of the property on which the project is to be located. Client also agrees to separately provide consultant with the name and address of any and all lenders who would loan money on the project and who are entitled to receive a preliminary notice.

19. If payment for consultant's services is to be made on behalf of client by a third-party lender, client agrees that consultant shall not be required to indemnify the third-party lender, in the form of an endorsement or otherwise, as a condition of receiving payment for services.

20. If client fails to pay consultant within thirty (30) days after invoices are rendered, client agrees consultant shall have the right to consider such default in payment a material breach of this entire agreement, and, upon written notice, the duties, obligations, and responsibilities of consultant under this agreement are suspended or terminated. In such event, client shall promptly pay consultant for all fees, charges, and services provided by consultant.

21. All fees and other charges will be billed monthly and shall be due at the time of billing unless otherwise specified in this agreement.

22. Client agrees that the periodic billings from consultant to client are correct, conclusive, and binding on client unless client, within ten (10) days from the date of receipt of such billing, notifies consultant in writing of alleged inaccuracies, discrepancies, or errors in billing.

23. Client agrees to pay a monthly late payment charge, which will be the lesser of, one and one-half percent (1 1/2%) per month or a monthly charge not to exceed the maximum legal rate, which will be applied to any unpaid balance commencing thirty (30) days after the date of the original billing.

BP000426

further acknowledges that field and other conditions may change by the time project construction occurs and clarification, adjustments, modifications, discrepancies or other changes may be necessary to reflect changed field or other conditions. If the scope of services pursuant to this agreement does not include on-site construction review, construction management, supervision of construction of engineering structures, or other construction supervision for this project, or if subsequent to this agreement client retains other persons or entities to provide such services, client acknowledges that such services will be performed by others and client will defend, indemnify and hold consultant harmless from any and all claims arising from or resulting from the performance of such services by other persons or entities except claims caused by the sole negligence or willful misconduct of consultant; and from any and all claims arising from or resulting from clarifications, adjustments, modifications, discrepancies or other changes necessary to reflect changed field or other conditions, except claims caused by the sole negligence or willful misconduct of consultant.

42. Client agrees that in accordance with generally accepted construction practices, construction contractor will be required to assume sole and complete responsibility for job site conditions during the course of construction of the project, including safety of all persons and property; that this requirement shall be made to apply continuously and not be limited to normal working hours, and client further agrees to defend, indemnify and hold consultant harmless from any and all liability, real or alleged, in connection with the performance of services on this project, excepting liability arising from the sole negligence of consultant.

43. In the event client discovers or becomes aware of changed field or other conditions which necessitate clarification, adjustments, modifications or other changes during the construction phase of the project, client agrees to notify consultant and engage consultant to prepare the necessary clarifications, adjustments, modifications or other changes to consultant's services or work product before construction activities commence or further activity proceeds. Further, client agrees to have a provision in its construction contracts for the project which requires the contractor to notify client of any changed field or other conditions so that client may in turn notify consultant pursuant to the provisions of this paragraph.

44. Client agrees to limit the liability of consultant, its principals and employees, to client and to all contractors and subcontractors on the project, for any claim or action arising in tort or contract, to the sum of $50,000 or consultant's fee, whichever is greater. However, if consultant's fee exceeds $250,000, liability to client and to all contractors and subcontractors shall not exceed $250,000.

45. Client agrees to purchase and maintain, during the course of construction, builder's risk "all risk" insurance which will name consultant as an additional insured as their interest may appear.

46. Consultant hereby advises client and client acknowledges that consultant has no professional liability insurance for claims arising out of the performance of or failure to perform professional services, including, but not limited to the preparation of reports, designs, drawings and specifications, related to the investigation, detection, abatement, replacement, use or specification, or removal of products, materials or processes containing asbestos, asbestos cement pipe, and/or hazardous waste materials. Accordingly, the client hereby agrees to bring no claim for negligence, breach of contract, indemnity or otherwise against the consultant, its principals, employees, and agents if such claim, in any way, would involve the consultant's services for the investigation, detection, abatement, replacement, use or specification, or removal of products, materials or processes containing asbestos, asbestos cement pipe, and/or hazardous waste materials. Client further agrees to defend, indemnify and hold harmless consultant, its officers, directors, principals, employees and agents from any asbestos and/or hazardous waste material related claims that may be brought by third parties as a result of the services provided by the consultant pursuant to this agreement except claims caused by the sole negligence or willful misconduct of the consultant.

47. Client acknowledges that consultant's scope of services for this project do not include any services related in any way to asbestos and/or hazardous waste. Should consultant or any other party encounter such materials on the job site, or should it in any other way become known that such materials are present or may be present on the job site or any adjacent or nearby areas which may affect consultant's services, consultant may, at its option, terminate work on the project until such time as client retains a specialist contractor to abate and/or remove the asbestos and/or hazardous waste materials and warrant that the job site is free from any hazard which may result from the existence of such materials.

48. (a) Notwithstanding any other provision of this Agreement and except for the provisions of (b) and (c), if a dispute arises regarding consultant's fees pursuant to this contract, and if the fee dispute cannot be settled by discussions between client and consultant, both client and consultant agree to attempt to settle the fee dispute by mediation through the American Arbitration Association [or other mediation service] before recourse to arbitration.

If mediation does not resolve the fee dispute, such dispute shall be settled by binding arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the Arbitrator(s) may be entered in any court having jurisdiction thereof.

(b) Subdivision (a) does not preclude or limit consultant's right to elect to file an action for collection of fees if the amount in dispute is within the jurisdiction of the small claims court.

(c) Subdivision (a) does not preclude or limit consultant's right to elect to perfect or enforce applicable mechanics lien remedies.

IN WITNESS WHEREOF, the parties hereby execute this agreement dated _____ upon the terms and conditions stated above.

Client  MICHAEL S. Brown  
*Print or Type*  
By _____  
*Signature*  
Name/Title _____  
Date Signed 3/25/92  
Project Number 92-22  

Consultant  Martin-McIntosh - Eugene P. Martin  
*Print or Type*  
By _____  
*Signature*  
Name/Title Eugene P. Martin - Partner  
Date Signed 3/26/92  
Project Number 92-22  

Client should mail completed contract to the address shown for consultant.

BP000427

Client's initials ~~~~

24. If consultant, pursuant to this agreement, produces plans, specifications, or other documents and/or performs field services, and such plans, specifications, and other documents and/or field services are required by one or more governmental agency, and one or more such governmental agency changes its ordinances, policies, procedures or requirements after the date of this agreement, any additional office or field services thereby required shall be paid for by client as extra services.

25. In the event consultant's fee schedule changes due to any increase of costs such as the granting of wage increases and/or other employee benefits to field or office employees due to the terms of any labor agreement, or rise in the cost of living, during the lifetime of this agreement, a percentage increase shall be applied to all remaining compensation.

26. Client agrees that if client requests services not specified pursuant to the scope of services description within this agreement, client agrees to pay for all such additional services as extra work.

27. In the event that any staking is destroyed, damaged or disturbed by an act of God or parties other than consultant, the cost of restaking shall be paid for by client as extra services.

28. Client acknowledges that the design services performed pursuant to this agreement are based upon field and other conditions existing at the time these services were performed. Client further acknowledges that field and other conditions may change by the time project construction occurs and clarification, adjustments, modifications and other changes may be necessary to reflect changed field or other conditions. If the scope of services pursuant to this agreement does not include construction staking services by consultant for this project, or if subsequent to this agreement client retains other persons or entities to provide such staking services, client acknowledges that such staking services will be performed by others and that client will defend, indemnify, and hold consultant harmless from any and all claims arising from or resulting from the performance of such staking services by other persons or entities except claims caused by the sole negligence or willful misconduct of consultant; and from any and all claims arising from or resulting from clarifications, adjustments, modifications or other changes which may be necessary to reflect changed field or other conditions except claims caused by the sole negligence or willful misconduct of consultant.

29. Client shall pay the costs of checking and inspection fees, zoning and annexation application fees, assessment fees, soils engineering fees, soils testing fees, aerial topography fees, and all other fees, permits, bond premiums, title company charges, blueprints and reproductions, and all other charges not specifically covered by the terms of this agreement.

30. Client acknowledges and agrees that if consultant provides surveying services, which services require the filing of a Record of Survey in accordance with Business and Professions Code Section 8762, that all of the costs of preparation, examination and filing for the Record of Survey will be paid by client as extra work in accordance with Provision 26.

31. Consultant is not responsible for delay caused by activities or factors beyond consultant's reasonable control, including but not limited to, delays by reason of strikes, lockouts, work slowdowns or stoppages, accidents, acts of God, failure of client to furnish timely information or approve or disapprove of consultant's services or work product promptly, faulty performance by client or other contractors or governmental agencies. When such delays beyond consultant's reasonable control occur, client agrees consultant is not responsible in damages nor shall consultant be deemed to be in default of this agreement.

32. Consultant shall not be liable for damages resulting from the ac-

tions or inactions of governmental agencies including, but not limited to, permit processing, environmental impact reports, dedications, general plans and amendments thereto, zoning matters, annexations or consolidations, use or conditional use permits, project or plan approvals, and building permits. The client agrees that it is the responsibility of the client to maintain in good standing all government approvals and permits and to apply for any extensions thereof.

33. In the event that client institutes a suit against consultant, either directly by complaint or by way of cross-complaint, including a cross-complaint for indemnity, for alleged negligence, error, omission, or other failure to perform, and if client fails to obtain a judgment in client's favor, the lawsuit is dismissed, or if judgment is rendered for consultant, client agrees to pay consultant all costs of defense, including attorneys' fees, expert witness fees, court costs, and any and all other expenses of defense. Client agrees such payments shall be made immediately following dismissal of the case or upon entry of judgment.

34. If any action at law or equity, including an action for declaratory relief, is brought to enforce or interpret the provisions of this agreement, the prevailing party shall be entitled to reasonable attorneys' fees, which fees may be set by the court in the same action or in a separate action brought for that purpose, in addition to any other relief to which he may be entitled.

35. Client agrees that in the event client institutes litigation to enforce or interpret the provisions of this agreement, such litigation is to be brought and adjudicated in the appropriate court in the county in which consultant's principal place of business is located, and client waives the right to bring, try or remove such litigation to any other county or judicial district.

36. Consultant makes no representation concerning the estimated quantities and probable costs made in connection with maps, plans, specifications, reports or drawings other than that all such costs are estimates only and actual costs will vary. It is the responsibility of client to verify costs.

37. Client acknowledges that consultant is not responsible for the performance of work by third parties including, but not limited to, the construction contractor and its subcontractors.

38. Consultant makes no warranty, either expressed or implied, as to his findings, recommendations, plans, specifications, or professional advice except that the services or work product were performed pursuant to generally accepted standards of practice in effect at the time of performance.

39. Estimates of land areas provided under this agreement are not to be considered precise unless consultant specifically agrees to provide the precise determination of such areas.

40. In the event the client agrees to, permits, authorizes, constructs or permits construction of changes in the plans, specifications, and documents or does not follow recommendations or reports prepared by consultant pursuant to this agreement, which changes are not consented to in writing by consultant, client acknowledges that the changes and their effects are not the responsibility of consultant and client agrees to release consultant from all liability arising from the use of such changes and further agrees to defend, indemnify and hold harmless consultant, its officers, directors, principals, agents and employees from and against all claims, demands, damages or costs arising from the changes and their effects.

41. Client acknowledges that the design services performed pursuant to this agreement are based upon field and other conditions existing at the time of preparation of consultant's services. Client

Form A 91.

BP000428

# EXHIBIT  16



### Martin-McIntosh
LAND SURVEYING • CIVIL ENGINEERING

**VALLEY ROSE SUBDIVISION**
**WEEKLY STATUS REPORT**
**MARTIN-MCINTOSH PROJECT # 92-22** *Billing*
**May 4, 1992**

1.      Tentative Tract #5472 was presented to the Planning Commission on Monday April 27, 1992 and was approved by unanimous vote.

2.      The project schedule was revised to reflect the 30 day review times needed by the City instead of 45 days as originally scheduled.

3.      The Master Land Use Plan is continuing. It is scheduled to be sent to the City by Thursday May 7, 1992.

4.      The second monthly status meeting is set for Monday May 4, 1992 at Martin-McIntosh's office at 9:30 A.M.

5.      Tentative Parcel Map #9572 was submitted to the City. Wally Cairns returned comments and informed us that it will not need to be heard by the Planning Commission.

8.      **Cost to date:**                                    **$ 63,718**

Respectfully Submitted,

Ronald L. Staub, PE

RJS/pm
cc:     Chris Christensen
        Roger McIntosh
        Gene Martin
        Bob Swanson

**4130 ARDMORE AVE., SUITE 101 • BAKERSFIELD, CA. 93309 •**

**EXHIBIT J-32**

# EXHIBIT  17



**LAND SURVEYING • CIVIL ENGINEERING**

## VALLEY ROSE SUBDIVISION
## WEEKLY STATUS REPORT
## MARTIN-MCINTOSH PROJECT # 92-22
## JULY 6, 1992

1.      Parcel Map # 9572 was revised (except for geometrics) and forwarded to Kent Davis for his final check.  Since no decision on alignments was received from John Hendrickson, we may run into problems with Mr. Davis.

2.      The Flow Network Analysis has  been completed for the Water Master Plan. The text and drawings need to be completed.

3.      As of this date, I have been unable to reach Richard Hargrove, the Bond Counsel.  A meeting is scheduled for Tuesday, July 7, 1992 to discuss the assessment district.

4.      The revised fee letter has been signed by Michael Brown.  Gene Martin advised him that for us to get through the schematic design phase for bonding, he estimated the fee to be $50,000. to $100,000.

5.      **Cost to date:**                              **$ 146,435**

Respectfully Submitted,

Ronald J. Staub, PE

RJS/pm
cc:    Chris Christensen
        Roger McIntosh
        Gene Martin
        Bob Swanson

**4130 ARDMORE AVE., SUITE 101 • BAKERSFIELD, CA. 93309 • 80**



EXHIBIT
J-41

# EXHIBIT   18



**MME** *Martin-McIntosh*

LAND SURVEYING • CIVIL ENGINEERING

### VALLEY ROSE SUBDIVISION
### WEEKLY STATUS REPORT
### MARTIN-MCINTOSH PROJECT # 92-22
### AUGUST 17, 1992

1.     The monthly team meeting was held on Tuesday August 11, 1992.  The main topic was the Conditions of Approval for Tentative Tract # 5618.  As a result of the meeting, John Hendrickson called on Wednesday and informed us that Terry Schroepfer of Quad would be reviewing our work and Kent Davis will assume a # 2 position.

2.     Improvement Plans for Tract # 5472 are nearly  complete.  In-house review should be done next week.

3.     Master Sewer, Water and Drainage studies were submitted to the City for their review and comment.

4.     Work on Landscape Plans is continuing.

5.     Tentative Tract # 5618 is scheduled before the Planning Commission on Thursday, August 20, 1992.

6.     Cost to date:                                  $ 202,527

                        Respectfully Submitted,

                        Ronald J. Staub, P.E.

RJS/pm
cc:     Chris Christensen
        Roger McIntosh
        Gene Martin
        Bob Swanson

**4130 ARDMORE AVE., SUITE 101 • BAKERSFIELD, CA. 93309 •**



EXHIBIT
J-44

# EXHIBIT   19



## VALLEY ROSE SUBDIVISION
## WEEKLY STATUS REPORT
## MARTIN-MCINTOSH PROJECT # 92-22
## AUGUST 24, 1992

1.      I met with Terry Schroepher to discuss Quad's involvement in reviewing our Improvement Plans.   From that meeting, I believe that processing will be greatly improved.

2.      Tentative Tract #5618 was approved by a unanimous vote of the Planning Commission on Thursday, August 20, 1992. Work on improvement plans will begin in order to keep on schedule with the bonding process.

3.      On Tuesday August 18, 1992, the City Council approved Quad as the Engineer of Record for the Assessment District.   Since Martin-McIntosh had been previously authorized to do the assessment work, Quad has agreed, through the City, to subcontract the assessment portion of the work to Martin-McIntosh.   I will meet with Terry at Quad to work out the details.  A contract will need to be signed.

4.      Work on the Final Map for Tract #5472 has started.

5.      Plans for the required improvements along Rte 46 have been started. Schematics should be ready to send to Quad and Caltrans next week.

6.      Cost to date:                              $ 217,926

Respectfully Submitted,

Ronald J. Staub, P.E.

RJS/pm
cc:     Chris Christensen
        Roger McIntosh
        Gene Martin
        Bob Swanson

EXHIBIT
J-46

# EXHIBIT  20



**Martin-McIntosh**
LAND SURVEYING • CIVIL ENGINEERING

## VALLEY ROSE SUBDIVISION
## WEEKLY STATUS REPORT
## MARTIN-MCINTOSH PROJECT # 92-22
## NOVEMBER 16, 1992

1.     The Development Agreement was unanimously approved by the City Council on Nov. 3, 1992.

2.     The Master Land Use Plan was also approved by the City Council on Nov. 3, 1992.

3.     The Alternative Water Study has been reviewed and commented upon by John Hendrickson in a letter dated October 29, 1992 in which he is asking for an additional $80,000 for use of the golf course well.  An addendum was prepared and a meeting held on Friday Nov. 13, 1992 to reach an agreement with the City.  The proposal will be presented to the City Council on Nov. 17, 1992.

4.     A meeting was held with Walter Cairns and Bud Kopp regarding irrigation systems.  They are asking for a drip system.  Both Gregg Polubinsky and I oppose it due to the inability to troubleshoot and repair.

5.     Sewer and Drainage Master Studies were reviewed by Quad.  Several of the same comments are still on the studies despite previous discussions and memos to Quad.  Water study has not yet been reviewed from Quad.

6.     Street, water and sewer plans for Tract #5472 are nearly complete. Second check plots being run for in-house review.

7.     Earthwork has been run on Tract #5618.  With that balance, final street grades as well as water and sewer can proceed into final improvement plans.

8.     **Cost to date:**
                         $ 455,910

                    Respectfully Submitted,

                    Ronald J. Staub, P.E.

RJS/pm
cc:   Chris Christensen
        Roger McIntosh
        Gene Martin

2001 WHEELAN COURT • BAKERSFIELD, CA 93309 • 805/834-4814



EXHIBIT
J·47

# EXHIBIT  21



**Martin-McIntosh**

LAND SURVEYING • CIVIL ENGINEERING

VALLEY ROSE SUBDIVISION
WEEKLY STATUS REPORT
MARTIN-MCINTOSH PROJECT # 92-22
NOVEMBER 23, 1992

1.     The Alternate Water Study was presented to the City Council on November 17, 1992.  The Council requested time to review it for their consideration on December 1, 1992.

2.     A meeting was held with Quad on November 17, 1992 to discuss the Sewer and Storm Drain Master Studies.  The outstanding items were discussed and agreed to.  The final revisions will be sent to Quad for approval this week.

3.     Final plots for Tract 5472 Improvement Plans being run ready for first submittal to Quad later this week.

4.     Client has requested to reduce the number of R-2 lots in Tract 5618.  We will prepare a draft of proposed modifications for his review and approval.  Wally Cairns has stated that the proposed change is acceptable and would be considered "substantial conformance" to the Tentative Map.

5.     Gregg Polubinsky and myself have reviewed the City's request to use drip irrigation.  It is our conclusion that we will not recommend drip systems due to on going maintenance problems.  Gregg will submit a letter to the City stating our position.

6.     **Cost to date:**

$ 475,239

Respectfully Submitted,

Ronald J. Staub, P.E.

RJS/pm
cc:     Chris Christensen
        Roger McIntosh
        Gene Martin

2001 WHEELAN COURT • BAKERSFIELD, CA 93309 • 805/834-4814



EXHIBIT
J-48

# EXHIBIT   22



*Martin-McIntosh*

LAND SURVEYING • CIVIL ENGINEERING

## VALLEY ROSE SUBDIVISION
## WEEKLY STATUS REPORT
## MARTIN-MCINTOSH PROJECT # 92-22
## DECEMBER 7, 1992

*√ Billing*

1.    The Alternate Water System was again presented to the City Council on Tuesday, December 1, 1992.  The motion to approve died due to lack of a second.  The meeting was continued until Thursday, December 3, 1992 where it was discussed and approved.

2.    The Sewer and Storm Drain Master Studies were sent to Quad on Monday, November 30, 1992.  Bill Black again had comments and wants additional changes.  The pages containing changes will be sent to Quad for insertion since the Studies have already been signed and sealed.

3.    The change of a number of R-2 lots to R-1 lots as requested by the client has been made in the base and approved by the client.  Those changes will now be incorporated into street, sewer, water and grading plans.

4.    Plots of streets, sewer, water and grading plans have been run.  Upon final review and signature, they will be sent to Quad.  However, they cannot be sent until Quad has approved all Master Studies.

5.    **Cost to date:**

$ 503,922

Respectfully Submitted,

Ronald J. Staub, P.E.

RJS/pm
cc:    Chris Christensen
        Roger McIntosh
        Gene Martin

2001 WHEELAN COURT • BAKERSFIELD, CA 93309 • 805/834-4814



EXHIBIT
J-49

# EXHIBIT   23



**Martin-McIntosh**

LAND SURVEYING • CIVIL ENGINEERING

### VALLEY ROSE SUBDIVISION
### WEEKLY STATUS REPORT
### MARTIN-MCINTOSH PROJECT # 92-22
### DECEMBER 14, 1992

1.      Street, Sewer, Water and Grading plans for Tract #5472 were reviewed and sent to Gene Martin and Roger McIntosh for signature.  These plans will be sent to Quad as soon as Quad approves the Master Studies.

2.      Chris Conway made a site visit with Kent Davis to determine the location of the new water storage tank and the 12" inter-tie along Rte 46.  Terry Schroepfer was invited to attend, but did not show up.

3.      No comment from Quad on status of Master Water Study and Alternative Study.

4.      A summary of engineering costs was prepared and sent to Michael Brown.  Costs were spread as to benefit per lot and per acre.  The method of spreading was verified by Bob Haight.  Bob recommended that Dick Hargrove review the spread, since Dick is Bond Counsel for the project.

5.      Cost to date:

                    $ 520,571

                    Respectfully Submitted,

                    Ronald J. Staub, P.E.

RJS/pm
cc:     Chris Christensen
        Roger McIntosh
        Gene Martin

2001 WHEELAN COURT • BAKERSFIELD, CA 93309 • 805/834-4814



EXHIBIT
J-50

# EXHIBIT  24



**LAND SURVEYING • CIVIL ENGINEERING**

## VALLEY ROSE SUBDIVISION
## WEEKLY STATUS REPORT
## MARTIN-MCINTOSH PROJECT # 92-22
### February 1, 1993

1.      Results from water tests were received from SA Kamp on the Ag well.  Water quality and quantity appear to be good.  Test results were forwarded to Kern County for their review and recommendations.

2.      Master Water, Sewer and Drainage Studies were signed and approved by the City on January 18, 1993.

3.      Chris Conway and I met with Quad to review comments on sewage pump station. A number of Quad requirements need to be resolved so that plans can be completed.

4.      An Acquisition Schedule was prepared for Tom Keene's office to become a part of the Acquisition Agreement.  A special meeting of the City Council was held on January 28, 1993.  The Acquisition Agreement was approved and the first reimbursement check was issued to the client.

5.      **Cost to Date:**                                   $632,603.91

Respectfully Submitted,

Ronald J. Staub, P.E.

RJS:yr

cc:    Chris Christensen
       Roger McIntosh
       Gene Martin

2001 WHEELAN COURT • BAKERSFIELD, CA 93309 • 805/834-4814



EXHIBIT
J-53

# EXHIBIT  25



**Martin-McIntosh**

LAND SURVEYING • CIVIL ENGINEERING

March 8, 1993

Legacy Group, LP
C/O Scapa & Brown
16000 Ventura Blvd.
Suite 1200
Encino, CA  91436

ATTN: Mr. Michael S. Brown

RE:   Valley Rose Estates - Cost Update
      Martin-McIntosh Project No. 92-22

Dear Mr. Brown:

The purpose of this letter is to bring you up to date regarding costs on the above project.
As you are aware, your contract with Martin-McIntosh is hourly based on our current rate
schedule.  On March 18, 1992, and June 24, 1992, you were provided with the scope of
the work and estimates of cost as they were known at that time.  Since then, the scope of
the project has increased requiring additional design services.

The following is a list of tasks and contract items which changed in scope or were added
to the project at the request of the Legacy Group since the June 24, 1992 letter.  The costs
shown are in addition to the original budget estimates.

    1. Route 46 Offsite Survey - Work was required to perform
    design for Route 46 Improvements.  (No original budget.)    $  4,550.00

    2. Offsite Sewer Survey - Work was required as a result of
    the City's decision to require construction of sewer lines to
    existing Waste Water Treatment Plant.
    (No original budget.)    $  6,570.00

    3. Offsite Water Survey - Work was required for design of
    Route 46 water main, water storage tank and booster
    station.  (No original budget.)

    $ 11,860.00

2001 WHEELAN COURT • BAKERSFIELD, CA 93309 • 805/834-4814



EXHIBIT
J-54

23

Legacy Group, LP
March 8, 1993
Page 2

4. <u>Development Agreement</u> - Time was originally budgeted
only for review of engineering issues in the document. At
the request of the Legacy Group, we were involved in
writing and editing of a number of technical sections in
addition to the review of the entire document.
(Original budget - $5,000)                                    $  16,100.00

5. <u>Parcel Map #9572</u> -  Original budget estimated
completion of a Final Map based on a previously approved
Tentative Map. Upon approval of the Land Plan, Legacy
Group authorized a revised Tentative Parcel Map to be
prepared based on the Land Plan to obtain City approval of
the revised Map. The City then limited the number of
parcels after submittal of the Tentative Map, requiring
redesign. In addition, Legacy Group requested preparation
of legal descriptions for drilling islands and research into the
mineral rights ownership, surface waiver processing and
research of waiver statutes. (Original budget - $10,000)       $  16,040.00

6. <u>Williamson Act Cancellation</u> - Work was required to
process Tentative Map No. 5618. Corrected previous land
owner's cancellation legal descriptions on the property. (No
original budget.)                                             $    4,280.00

7. <u>Master Studies (Water, Sewer, Drainage)</u> - Original
budget estimate included revisions to previously approved
studies necessary to reflect changes in roadway alignments.
The City then required a rewrite of all studies, and re-
analysis of the systems per the standards provided. Multiple
City reviews occurred over a five month period requiring a
number of changes and refinements.
(Original budget - $15,000)                                   $  40,720.00

8. <u>Revisions to Tract 5618</u> - At the request of Legacy
Group, we revised the Tract to increase the number of R-1
lots, reducing the number of R-2 lots, including changes to
the Tentative Map, Grading Plan, Street Plans, Plot Plan
and Final Map. (No original budget.)                          $  12,660.00

24

Legacy Group, LP
March 8, 1993
Page 3

*9.  Offsite Sewer - After early concurrence from the City
to allow an on-site WWTP, the City then reversed their
thinking  and required a pump station and force main
connection to the City's existing WWTP south of the
project.  (Original budget - $25,000)                      $ 22,060.00

*10.  Oversizing Pump Station - The City authorized
oversizing of the pump station, gravity sewers and force
main.  (City has agreed to reimburse Legacy Group for this
work.)  (No original budget.)                              $  2,000.00

*11.  Offsite Water - Legacy Group authorized an alternate
water study and the design of an offsite water main and a
storage tank.  Also, investigation of the use of existing Ag
wells and coordination with well driller.  Original budget
allowed only for the development of a well site and on-site
storage tanks.  (Original budget - $25,000)               $ 18,430.00

*12.  Offsite Highway (Caltrans) - CalTrans has required
that the Legacy Group provide a Project Study Report (not
originally required). Also modification of required
improvements on Route 46 following the first plan check.
(Original budget - $25,000)                               $ 12,570.00

*13.  Plot Plans for Tracts 5472 & 5618 - Legacy Group
requested our review of floor plans and development of Plot
Plans and matrices to show lot availability.  Also, a Special
Planning District is required to provide flexibility in setbacks
to accommodate models and meet stated project objectives.
(No original budget.)                                     $  6,600.00

Total Additional Cost Through February 22, 1993           $174,440.00

The costs shown above represent our services through February 26, 1993.  The work
noted with an asterisk (*) is on-going and additional costs will be incurred.  It should also
be noted that our experience with Quad Consultants to date has been difficult.  Their
review process is very slow and many times we find that their review comments represent
personal views and are not necessarily the requirements of City Codes and Ordinances
presently in place.

25

Legacy Group, LP
March 8, 1992
Page 4


While some personal opinion is expected, a meeting of the minds usually resolves issues. In this case we are finding a lack of commitment by City staff to the Codes and Standards provided to us early in the project. Unless this procedure is modified, we expect the costs for completion of plans currently in process to exceed our best estimates.

I hope this brings you up to date on the status of the various phases of the project. If you have any questions or comments, please call me.

Sincerely,
Martin-McIntosh

Gene Martin

GM:RJS:yr

cc:    R. Staub
       C. Christensen
       J. Higgins