sd

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>        Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No. 1:07-CV- 01080 LJO-GSA<br><br>CHART ATTACHED TO DECLARATION OF JEFFREY A. TRAVIS IN SUPPORT OF OPPOSITION TO MOTION TO ALTER/AMEND |
| CITY OF WASCO,<br><br>        Cross-Complaint,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>        Cross-Defendant. | |

/ / /

/ / /

H:\PUBLIC\054493\060971
McIntosh v.
Northern\CHART FOR DCL
OF JAT ISO PLTFS
OPP.wpd

1

CHART ATTACHED TO DECLARATION OF JAT

Attached hereto is a table that correlates each trial exhibit attached to the Declaration of Jeffrey A. Travis, and referenced directly in Plaintiff's Opposition to Northern, Lotus's, and DeWalt's Motions, with its corresponding authenticating paragraph and declaration exhibit number. For example, Trial Exhibit J-16 referenced in the opposition, is authenticated by Par. 11 of the Declaration and can be found as Exhibit 42 attached to the Declaration:

| TRIAL EXHIBIT | DECLARATION |
|---|---|
| P-108 | Exhibit 1, par. 3 |
| P-112 | Exhibit 2, par. 4 |
| P-113 | Exhibit 3, par. 5 |
| P-114 | Exhibit 4, par. 6 |
| P-115 | Exhibit 5, par. 7 |
| D-217 | Exhibit 6, par. 8 |
| J-1 | Exhibit 7, par. 9 |
| J-3 | Exhibit 8, par. 10 |
| J-4 | Exhibit 9, par. 11 |
| J-8, pages 224 - 230 | Exhibit 10, par. 12 |
| J-10 | Exhibit 11, par. 13 |
| J-16 | Exhibit 12, par. 14 |
| J-18 | Exhibit 13, par. 15 |
| J-19, page 4 - 5 | Exhibit 14, par. 16 |
| J-24 | Exhibit 15, par. 17 |
| J-32 | Exhibit 16, par. 18 |
| J-41 | Exhibit 17, par. 19 |
| J-44 | Exhibit 18, par. 20 |
| J-46 | Exhibit 19, par. 21 |
| J-47 | Exhibit 20, par. 22 |
| J-48 | Exhibit 21, par. 23 |
| J-49 | Exhibit 22, par. 24 |
| J-50 | Exhibit 23, par. 25 |
| J-53 | Exhibit 24, par. 26 |

H:\PUBLIC\054493\060971
McIntosh v.
Northern\CHART FOR DCL
OF JAT ISO PLTFS
OPP.wpd

2
CHART ATTACHED TO DECLARATION OF JAT

| TRIAL EXHIBIT | DECLARATION |
|---|---|
| J-54 | Exhibit 25, par. 27 |
| J-55 | Exhibit 26, par. 28 |
| J-56 | Exhibit 27, par. 29 |
| J-57 | Exhibit 28, par. 30 |
| J-58 | Exhibit 29, par. 31 |
| J-59 | Exhibit 30, par. 32 |
| J-60 | Exhibit 31, par. 33 |
| J-73 | Exhibit 32, par. 34 |
| J-87 | Exhibit 33, par. 35 |
| J-133 | Exhibit 34, par. 36 |
| J-134 | Exhibit 35, par. 37 |
| J-135 | Exhibit 36, par. 38 |
| Special Jury Instructions Nos. 32 and 34, filed as Document No. 320 | Exhibit 37, par. 39 |
| Plaintiff's Third Amended Complaint filed as Document No. 76. | Exhibit 38, par. 40 |
| Summary Judgment/Adjudication Order, page 28, filed as Document No. 186 | Exhibit 39, par. 41 |
| Jointly Proposed Jury Instructions Instruction nos. 17.0 and 17.20 filed as Document No. 259, | Exhibit 40, par. 42 |
| Jointly Proposed Verdict Form, Nos. 19 - 24 filed as Document No. 299 | Exhibit 41, par. 43 |
| Jury Verdict, Nos. 17 - 22, and 32 - 33, filed as Document No. 328 | Exhibit 42 par. 44 |
| Trial Transcript, (Relevant portions underlined and ordered chronologically) | Exhibit 43, par. 45 |

///

///

1  DATED: July 2, 2010

2  Respectfully submitted,

3  BORTON PETRINI, LLP

5  By: /s/ James J. Braze /s/ Jeffrey A. Travis
6  James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff/Appellee, Roger McIntosh dba McIntosh & Associates

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **July 2, 2010**, I served the foregoing document described as **CHART ATTACHED TO DECLARATION OF JEFFREY A. TRAVIS IN SUPPORT OF OPPOSITION TO MOTION TO ALTER/AMEND** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo, Esq.<br>**GCR, LLP**<br>520 S. Grand Ave, Suite 695<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Def./Appellant, City of Wasco<br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| Ann T. Schwing, Esq.<br>**McDonough Holland & Allen PC**<br>500 Capitol Mall, 18th Floor<br>Sacramento, CA 95814-4704<br>email address: | Attorneys for Def./Appellant, City of Wasco<br>Tel:  916/444-3900<br>**Fax: 916/444-8334** |
| William L. Alexander, Esq.<br>**Alexander & Associates**<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

X   **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

X   **BY MAIL:**  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **July 2, 2010**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

|  |  |
|---|---|
| Vanessa J. Claridge | /s/ Vanessa J. Claridge |

H:\PUBLIC\054493\060971
McIntosh v.
Northern\CHART FOR DCL
OF JAT ISO PLTFS
OPP.wpd

5

CHART ATTACHED TO DECLARATION OF JAT