James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>         Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>         Defendants. | Case No. 1:07-CV- 01080 LJO-GSA<br><br>PLAINTIFF'S STATEMENT OF ACCEPTANCE OF JUDGMENT |
| CITY OF WASCO,<br><br>         Cross-Complaint,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>         Cross-Defendant. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

1  plaintiff, Roger McIntosh hereby submits his response to this Court's July 7, 2010 Order
2  requiring him to either accept the Court's amended judgment or elect a new trial.

3  WHEREFORE, a jury trial was held on March 1st through March 4th and March 8th through
4  March 9th, 2010 before th Hon. Lawrence J. O'Neill of the Eastern District of California;

5  WHEREFORE, the jury returned a verdict in favor of plaintiff on both liability and damages
6  in a total amount of $6.8 million against all defendants;

7  WHEREFORE, McIntosh reached a settlement with the City of Wasco after all defendants'
8  Rule 59 motions were stayed;

9  WHEREFORE, this Court after consideration of defendants', Northern California Universal
10 Enterprises Co., ("Northern") Lotus Developments, LP; ("Lotus") and Dennis W. De Walt, Inc. Rule
11 59 motions to alter or amend judgment or, to grant a new trial, amended the judgment of actual
12 damages to $161,500, and reduced plaintiff's profit award against Northern and Lotus to $0, or,
13 alternatively, granted a new trial on damages.

14 WHEREFORE, this Court has required plaintiff, Roger McIntosh to submit a statement by
15 July 15, 2010 either accepting the amended judgment or electing a new trial;

16 THEREFORE, PLEASE TAKE NOTICE that plaintiff, Roger McIntosh, after careful review
17 of this Court's order hereby elects to accept the amended judgment in lieu of a new trial on damages.
18 Plaintiff also hereby submits contemporaneously with this statement a proposed judgment reflecting
19 the amended judgment on damages and the declaratory relief previously stayed by this Court.

21 DATED:   July 15, 2010

22                                  Respectfully submitted,

23                                  BORTON PETRINI, LLP

25                                  By:   /s/ James J. Braze /s/ Jeffrey A. Travis
26                                      James J. Braze, Jeffrey A. Travis, Attorneys for Plaintiff,
                                        Roger McIntosh

H:\PUBLIC\054493\060971
McIntosh v.
Northern\PLTF'S
STATEMENT OF
ACCEPTANCE OF
JUDGMENT.wpd

2
PLAINTIFF'S STATEMENT OF ACCEPTANCE OF JUDGMENT

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **July 15, 2010**, I served the foregoing document described as **PLAINTIFF'S STATEMENT OF ACCEPTANCE OF JUDGMENT** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo, Esq.<br>**GCR, LLP**<br>520 S. Grand Ave, Suite 695<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Def./Appellant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| Ann T. Schwing, Esq.<br>**McDonough Holland & Allen PC**<br>500 Capitol Mall, 18th Floor<br>Sacramento, CA  95814-4704<br>email address: | Attorneys for Def./Appellant, City of Wasco<br><br>Tel:  916/444-3900<br>**Fax:  916/444-8334** |
| William L. Alexander, Esq.<br>**Alexander & Associates**<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

X    **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

X    **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **July 15, 2010**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____Vanessa J. Claridge_____          _____/s/ Vanessa J. Claridge_____

H:\PUBLIC\054493\060971
McIntosh v.
Northern\PLTF'S
STATEMENT OF
ACCEPTANCE OF
JUDGMENT.wpd

3

PLAINTIFF'S STATEMENT OF ACCEPTANCE OF JUDGMENT