nr

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700 (93309)
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh dba McIntosh & Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>   Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>   Defendants. | Case No.  1:07-CV- 01080 LJO-GSA<br><br>[PROPOSED] AMENDED FINAL JUDGMENT<br><br>Hon. Lawrence J. O'Neill<br><br>Date of Trial and Verdict: March 10, 2010 |
| CITY OF WASCO,<br><br>   Cross-Complaint,<br><br>   vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>   Cross-Defendant. | |

/ / /

A jury trial and Special Verdict being delivered by the jury in the above-referenced matter on March 10, 2010, the Court hereby enters judgment as follows:

1. Actual damages against defendants, Dennis W. De Walt, Inc., Northern California Universal Enterprises, Co., and Lotus Developments, L.P., jointly and severally, in favor of plaintiff, in the amount of $161,500;

2. The return of all hard copies by all defendants, Dennis W. De Walt, Inc., Northern California Universal Enterprises, Co., and Lotus Developments, L.P. of the 5472 Maps and Improvement Plans to plaintiff within 10 days after entry of judgment;

3. The removal of all electronic copies by defendants, Dennis W. De Walt, Inc., Northern California Universal Enterprises, Co., and Lotus Developments, L.P. of the 5472 Maps and Improvement Plans within 10 days after entry of judgment;

4. A written report by each defendant within 20 days after entry of judgment, under oath and in writing setting forth in detail the manner and form in which defendants have complied with this injunction.

IT IS SO ORDERED.

DATED: _____, 2010

                                           Hon. Lawrence J. O'Neill
                                           United States District Court Judge

# PROOF OF SERVICE
## (FRCP No. 5(b)(2)(E))

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **July 15, 2010**, I served the foregoing document described as **[PROPOSED] AMENDED FINAL JUDGMENT** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:    916/677-1776<br>**Fax:    916/677-1770** |
| Chaka Okadigbo<br>**GCR, LLP**<br>520 S. Grand Ave, Suite 695<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>Alexander & Associates<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

X   **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

X   **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **July 15, 2010**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____             _____
Vanessa J. Claridge                                                 /s/ Vanessa J. Claridge