Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California*
*Universal Enterprise Company and Lotus*
*Developments, L.P.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                                          Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL<br>ENTERPRISES COMPANY, ET AL.,<br><br>                                          Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**NORTHERN'S AND LOTUS'S OBJECTION TO FORM OF PLAINTIFF'S PROPOSED AMENDED FINAL JUDGMENT**<br><br>**HONORABLE LAWRENCE J. O'NEILL**<br><br>**DATE OF VERDICT; MARCH 10, 2010** |

Plaintiff has proposed that the Amended Final Judgment against Northern, Lotus

and DeWalt reflect an amount of $161,500.  (Pg 2; lines 3-5 PAFJ).  Although the

amount is in technical compliance with this court's July 7, 2010 order, Northern and

Lotus suggest that the Amended Judgment be $11,500.  As noted by this court on page 19

of its July 7 order, $150,000 of the $161,500 is, by stipulation and order, to be paid by

City of Wasco, not Northern, Lotus or DeWalt.  As the court noted on page 20 of the

1

1  order, that leaves only $11,500 remaining.  There is no cause to file a judgment against

2  the remaining defendants in an amount exceeding that to which they are obligated.

3

4         Accordingly, Northern and Lotus ask that the judgment against them (and

5  DeWalt) reflect the $11,500 actually owed by them and not the $161,500; $150,000 of

6  which Plaintiff has agreed to collect from City of Wasco.

7

8

9   Dated this 15th day of July, 2010                    _____/s/ Steven J. Hassing_____
                                                         Steven J Hassing, Attorney for
10                                                       defendants, Northern and Lotus

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

1.  On July 15th, 2010, I served the following document:

**NORTHERN'S AND LOTUS'S OBJECTION TO FORM OF PLAINTIFF'S PROPOSED AMENDED FINAL JUDGMENT**

2.  The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
5060 California Ave, Suite 700
Bakersfield 93309

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of July, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing