AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| Roger McIntosh | ) |
| | ) |
| v. | ) |
| Northern California Universal Enterprises, et al. | ) |
| | ) |

Case No.: 1:07-CV-01080 LJO-GSA

## BILL OF COSTS

*Dennis W. DeWalt, Inc.
Lotus Developments, LLc.
Northern Ca. Univ. Ent. Co.*

Judgment having been entered in the above entitled action on __03/23/2010__ against _____
                                                                                              Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 120.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,762.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 10,507.95 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,806.30 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,156.53 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| | TOTAL   $ | 17,352.78 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other:          _____

s/ Attorney:   __s/Jeffrey A. Travis/_____

Name of Attorney: __Jeffrey A. Travis_____

For: _____ Roger McIntosh, Plaintiff _____         Date: __07/21/2010__
                    *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
    *Clerk of Court*                          *Deputy Clerk*                          *Date*

# UNITED STATES DISTRICT COURT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Page 1 | | 440.10 | | | | | $440.10 |
| Page 2 | | 719.60 | | | | | $719.60 |
| Page 3 | | 646.60 | | | | | $646.60 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $1,806.30 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain    inds of Service.

    When a party may or must act within a specified time after service and service is made under Rule   (b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule   (a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule   4(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate   rocedure 4(a)(4) as a timely motion under Rule   9.

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| Keith Woodcock (Wasco CA) | 1 | 40.00 | | | 213 | 106.70 | $146.70 |
| Robert Wren (Wasco CA) | 1 | 40.00 | | | 213 | 106.70 | $146.70 |
| James Zervis (Wasco CA) | 1 | 40.00 | | | 213 | 106.70 | $146.70 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $440.10 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain  inds of Service.

    When a party may or must act within a specified time after service and service is made under Rule  (b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule  (a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule  4(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate  rocedure 4(a)(4) as a timely motion under Rule  9.

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Greg Black (Bakersfield CA) | 1 | 40.00 | | | 239 | 119.90 | $159.90 |
| Sara Burgi (Tehachapi CA) | 1 | 40.00 | | | 319 | 159.90 | $199.90 |
| Jeff Gutierrez (Bakersfield CA) | 1 | 40.00 | | | 239 | 119.90 | $159.90 |
| Gerald Helt (Bakersfield CA) | 1 | 40.00 | | | 239 | 119.90 | $159.90 |
| Kevin Lam (San Francisco CA) | 1 | 40.00 | | | | | $40.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $719.60 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
      "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
      "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
      Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain   inds of Service.

      When a party may or must act within a specified time after service and service is made under Rule  (b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule  (a).

**RULE 58(e)**

Cost or Fee Awards:

      Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule  4(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate   rocedure 4(a)(4) as a timely motion under Rule  9.

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Dennis McNamara (Wasco CA) | 1 | 40.00 | | | | 106.70 | $146.70 |
| Terry Schroepfer (Bakersfield CA) | 1 | 40.00 | | | | 119.90 | $159.90 |
| Joshua Woodard (Redding CA) | 1 | 40.00 | 1 | 300.00 | | | $340.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $646.60 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain  inds of Service.

    When a party may or must act within a specified time after service and service is made under Rule  (b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule  (a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule  4(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate  rocedure 4(a)(4) as a timely motion under Rule  9.

**McIntosh v. Northern California Universal Ent. Co., et al.**
(Post-Trial Cost Itemization Summary)

| EXHIBIT | DESCRIPTION | TOTAL |
|---|---|---|
| **EXHIBIT A** | **SUBPOENA AND SERVICE FEES** | **Local Rule 292(f)(2)**; 28 U.S.C. §1920; *Afflex Corp. v. Underwriters Lab. Inc.*, 914 F.2d 175, 178 (9th Cir. 1990) ( |
| | Wasco (summons/complaint) | $100.00 |
| | Greg Black (subpoena) | $60.00 |
| | Heath James (subpoena for trial) (unable to locate for trial) (former De Walt employee excluded via motion in limine) | $105.00 |
| | Joe Wu (subpoena for trial) | $65.00 |
| | DeWalt (subpoena) | $35.00 |
| | DeWalt CM (subpoena) | $166.00 |
| | Josh Woodard (subpoena) | $379.75 |
| | Terry Schroepfer (subpoena – unable to serve) | $90.50 |
| | Terry Schroepfer (subpoena – served) | $71.00 |
| | Dennis W. De Walt, Inc. (complaint) | $35.50 |
| | Josh Woodard (subpoena for trial) | $164.00 |
| | Terry Schroepfer (subpoena for trial) | $188.00 |
| | Sara Burgi, Dennis McNamara, Greg Black, Gerald Helt, Jim Zervis | $ 302.25 |

| | | |
|---|---|---|
| | (subpoena for trial) | |
| | **TOTAL** | **$ 1,762.00** |
| **Exhibit B** | **Witness Fees** | **Local Rule 292(f)(8)**; 28 U.S.C. §1821; *Spanish Action Comm. of Chicago v. City of Chicago* (811 F.2d 1129, 1138-1139 (7th Cir. 1987) (Witness fees also includes fees for those who do not testify to reward readiness at trial) |
| | Sara Burgi Witness Fees (deposition) | $40.00 |
| | Trial Witness Fees (Woodcock, Black, Schroepfer, McNamara, Zervis, Wren, Burgi, Gutierrez, Helt, Lam, Woodard) | $ 1466.30 |
| | Josh Woodard Travel and Lodging Fees (From Redding to Fresno) | $300.00 |
| | **TOTAL** | **$ 1,806.30** |
| **Exhibit C** | **Deposition Transcripts** | **Local Rule 292(f)(3)**; 28 U.S.C. §1920(2); *Manildra Milling Corp. v. Ogilvie Mills, Inc.* 76 F.3d 1178, 1180-1181 (Fed. Cir. 1996) (Deposition transcripts are recoverable when used or introduced at trial) |
| | Joe Wu/James Zervis/Gerald Helt/Bob Wren/Dennis McNamara (Combined invoice) | $1,010.00 |
| | Jeff Gutierrez | $315.25 |
| | Joe Wu, (Vol. II) | $201.50 |
| | Roger McIntosh (Vol. I) | $1,045.07 |
| | Greg Black, James | $799.75 |

|  |  |  |
|---|---|---|
|  | Zervis |  |
|  | Roger McIntosh (Vol. II) | $374.74 |
|  | Keith Woodcock (Single invoice with three other deponents and not used at trial so the invoice was divided by 4) | $750.60 / 4 = $187.65 |
|  | Exhibit Copies to McIntosh deposition by reporter | $1,008.07 |
|  | James Delmarter | $903.15 |
|  | Roger McIntosh | $150.00 |
|  | Jeff Gutierrez (Vol. II) | $421.19 |
|  | Sarah Burgi | $390.23 |
|  | Stephen Wong / Terry Schroepfer (combined invoice) | $2,199.29 |
|  | Josh Woodard | $218.85 |
|  | Joe Wu (Vol. III) | $1,283.21 |
|  | **TOTAL** | **$ 10,507.95** |
| **Exhibit D** | **Exemplification of Costs for Copying** | **Local Rule 292(f)(5);** *Maxwell v. Hapag-Lloyd Aktiengesellschaft* (9th Cir. 1988) 862 F.2d 767, 770; *Haagen Dazs Co. v. Double Rainbow Gourmet Ice Creamsm Inc.* (9th Cir. 1990) 920 F.2d 587, 588. |
|  | Blueprint copying (copies of all document production sent to Wasco per 2/4/2009 order of court on leave to amend) | $93.93 |
|  | Copies of Records from City of Wasco (5/28/2008 – 1881280) | $92.00 |
|  | Blueprint (Exhibit and | $386.30 |

| | | |
|---|---|---|
| | Trial Binders) 2/23/2010 | |
| | Blueprint (Exhibit and Trial Binders) 2/18/2010 | $360.42 |
| | Blueprint (Exhibit and Trial Binders) 2/14/2010 | $333.56 |
| | Blueprint (Copies of Maps to Accompany Deposition Transcripts) 10/06/2009 | $3.22 |
| | Enlarged copies and trial exhibits (McIntosh invoice nos. AP00006105 3/4/10 AP00006106 3/4/10 AP00006111 3/4/10 | $43.15 $260.39 $97.53 |
| | Copies of 5472 Project filed produced to all parties UN00000006 (12/16/08-12/23/08) | $ 1217.54 (Total) |
| | Additional Discovery Documents produced to all parties UN00000066, 20, 94, 72, 153, 36 | $ 192.48 (Total) |
| | Trial Exhibit (Enlarged 6451 Map) | $76.01 |
| | **TOTAL** | **$3,156.53** |
| | **TOTAL (All Costs)** | **$ 17,232.78** |

# EXHIBIT "A"



**Attorney's Certified SERVICES**

RECEIVED
JUN 2 7 2008
ACCOUNTING
2008 JUN 25 A 11: 55

1731 16th Street, Suite H
Bakersfield, CA 93301
www.attorneyscertified.com
CAPPS Pouch #E-042
**(661) 327-8022**
(60971)

**INVOICE DATE: 06/18/2008**

**INVOICE NUMBER:** ACS125437-1

Client No. 6613223051
Client Borton Petrini, LLP - Bakersfield
Address 1600 Truxtun Avenue
Bakersfield, CA 93301
Route#: 0
Phone: (661) 322-3051    Fax: (661) 322-4628
Client File No.: 30833/62069

Contact: **Vanessa Claridge**

Case No.: 1:07-CV-01080-LJO-GSA
Court: UNITED STATES DISTRICT COURT
Plaintiff: McIntosh, Roger
Defendant: Northern California Universal Enterprises Company, et al.
Servee: City of Wasco

Documents:
    summons;complaint;

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: City of Wasco at 746 8th Street, Wasco, CA 93280. | Process - Service Fee - ZONE 2 | 45.00 |
| | Process - RUSH Fee - ZONE 2 | 35.00 |
| | Process - On Demand | 20.00 |

Office: 01    Matter # 60971
Matter Des: MCINTOSH V. SKY
Client Name: MCINTOSH
Atty. Approval: [signature]    Date 6/25/08

Thank you for choosing Attorney's Certified Services!!!

**INVOICE TOTAL** | $ 100.00

Invoices are due upon receipt of statement. Accounts over 30 days past due are subject to a 1.5% finance charge ($5.00 minimum) per month.    Order#: ACS125437-1/GINV

297367



1731 16th Street, Suite H
Bakersfield, CA 93301
www.attorneyscertified.com
CAPPS Pouch #E-042
**(661) 327-8022**

**INVOICE NUMBER: ACS140084-1**

**INVOICE DATE:** 12/31/2008

Client No. 6613223051
Client Borton Petrini, LLP - Bakersfield
Address Stockdale Towers: 5060 California Avenue, Suite 700   Contact: Connie
Bakersfield, CA 93309
Route#: 0
Phone: (661) 322-3051   Fax: (661) 322-4628
Client File No.: 054493/060971

Case No.: 1:07-CV-01080-LJO-GSA
Court: UNITED STATES DISTRICT COURT
Plaintiff: McIntosh, Roger
Defendant: Northern California Universal
Servee: Greg Black

Documents:
Subpoena in a Civil Case

RECEIVED
JAN 0 6 2009
ACCOUNTING

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: Greg Black at 1118 Sungro Way, Bakersfield, CA 93311. | Process - Service Fee - ZONE 1 | 35.00 |
| | Process - RUSH Fee - ZONE 1 | 25.00 |

#113

Office: 01   Matter # D60971

Matter Des. Mc Intosh

Client Name: McIntosh

Atty. Approval _____ Date: _____

305040

| | INVOICE TOTAL | $ 60.00 |
|---|---|---|

Thank you for choosing Attorney's Certified Services!!!

Invoices are due upon receipt of statement   Accounts over 30 days past due are subject to a 1.5% finance charge ($5.00 minimum) per month   Order#: ACS140084-1/GINV



**Attorney's Certified**
S E R V I C E S

FEB 17 2009

1731 16th Street, Suite H
Bakersfield, CA 93301
www.attorneyscertified.com
CAPPS Pouch #E-042
**(661) 327-8022**

INVOICE DATE: 01/27/2009     INVOICE NUMBER: ACS140085-1

Client No. 6613223051
Client **Borton Petrini, LLP - Bakersfield**
Address **Stockdale Towers: 5060 California Avenue, Suite 700**   Contact: Connie
**Bakersfield, CA 93309**
Route#: 0
Phone: (661) 322-3051    Fax: (661) 322-4628
Client File No.: 054493/060971

Case No.: **1:07-CV-01080-LJO-GSA**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **McIntosh, Roger**
Defendant: **Northern California Universal**
Servee: **Please perform skip trace on Heath James**

2009 JAN 30 A 10: 56

Documents:
**Subpoena in a Civil Case**

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Not Found - Returned Unserved. Regarding: Please perform skip trace on Heath James at 1930 22nd St., Bakersfield, CA 93301. | Process - Non Service - ZONE 1 | 35.00 |
| | Process - RUSH Fee - ZONE 1 | 25.00 |
| | Process - Skip Trace - Basic (California) | 45.00 |

Office: _01_   Matter # _06004V_
Matter Des: _McIntosh v. Nathan_
Client Name: _McIntosh_
Atty. Approval: _(M)_   Date: _2/6/_

F 113

| | | |
|---|---|---|
| Thank you for choosing Attorney's Certified Services!!! | **INVOICE TOTAL** | **$ 105.00** |

306562



**Attorney's Certified**
S E R V I C E S

1731 16th Street, Suite H
Bakersfield, CA 93301
www.attorneyscertified.com
CAPPS Pouch #E-042
**(661) 327-8022**

FEB 1 7 2009

**INVOICE DATE: 01/27/2009**   2009 JAN 29 P 1:07   **INVOICE NUMBER: ACS141312-1**

Client No. 6613223051
Client **Borton Petrini, LLP - Bakersfield**
Address **Stockdale Towers: 5060 California Avenue, Suite 700**   Contact: **Connie**
**Bakersfield, CA 93309**
Route#: 0
Phone: **(661) 322-3051**   Fax: **(661) 322-4628**
Client File No.: **054493/060971**

Case No.: **1:07-CV-01080-LJO-GSSA**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **McIntosh, Roger**
Defendant: **Northern California Universal**
Servee: **Please perform skip trace on Joseph Wu**

Documents:
**Subpoena in a Civil Case**

Office: _01_   Matter #: _060971_
Matter Des: _mc Intosh v. Northern_
Client Name: _mc Intosh_
Atty. Approval: _ATR_   Date: _2/6_
_F113_

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: **Please perform skip trace on Joseph Wu at 2099 Fortune Dr., San Jose, CA 95131.** | Process - Skip Trace - Basic (California)<br>Process - RUSH Fee | 45.00<br>20.00 |

| | | |
|---|---|---|
| Thank you for choosing Attorney's Certified Services!!! | INVOICE TOTAL | $ 65.00 |

Invoices are due upon receipt of statement. Accounts over 30 days past due are subject to a 1.5% finance charge ($5.00 minimum) per month   Order#: ACS141312-1/GINV

_306563_





1731 16th Street, Suite H
Bakersfield, CA 93301
www.attorneyscertified.com
CAPPS Pouch #E-042
**(661) 327-8022**

INVOICE DATE: 11/11/2008                    INVOICE NUMBER: ACS136406~1

Client No. 6613223051
    Client Borton Petrini, LLP - Bakersfield
    Address Stockdale Towers: 5060 California Avenue, Suite 700   Contact Gina Fonato
           Bakersfield, CA 93309
    Route# 0
    Phone: (661) 322-3051     Fax: (661) 322-4628
Client File No.: 054493/060971

Case No.: 1:07-CV-01080-LJO-GSSA                            FEB 25 2009
    Court: UNITED STATES DISTRICT COURT
    Plaintiff: McIntosh, Roger
Defendant: Northern California Universal
    Servec: De Walt Corporation's Person Most Knowledgeable

Documents:
    Subpoena in a Civil Case; Notice of Deposition and Production of Documents of De Walt
    Corp.'s Person Most Knowledgeable

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: De Walt Corporation's Person Most Knowledgeable at 5619 Rexroth Ave., Bakersfield, CA 93306. | Process - Service Fee - ZONE 1 | 35.00 |
| | Office: _BPLL_  Matter # _60971_ | |
| | Matter Des: _____ NoCA. | |
| | Client Name: _McIntosh_ | |
| | Atty. Approval: _FAP_  Date:_____ | |

| | | |
|---|---|---|
| Thank you for choosing Attorney's Certified Services!!! | **INVOICE TOTAL** | **$ 35.00** |

Invoices are due upon receipt of statement. Accounts over 30 days past due are subject to a 1.5% finance charge ($5.00 minimum) per month.        Order#. ACS136406-1/02INV

306798

# INVOICE

# RUSH!

**Attorney's Diversified Services**
www.attorneysdiversified.com
IRS NO. 20-0709641

P.O. BOX 17038
741 N. FULTON STREET
FRESNO, CA, 93744
PHONE (559) 233-1475 FAX (559) 486-4119

FEB 2 6 2009

| Customer | Date | Invoice |
|----------|------|---------|
| 3223051 | 02/19/09 | 0C275227-01 |

**Ship To:**

BORTON PETRINI LLP

**ATTN: ROXANNE L. FLOM**
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051    Client Type: 01
Fax: (661) 322-4664

**Ordered By:**

BORTON PETRINI LLP

**ATTN: ROXANNE L. FLOM**
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309
Phone: (661) 322-3051    Client Type: 01

## CASE INFORMATION

Court: UNITED STATES DISTRICT COURT
Depo Date:
Case #: 107CV01080LJOGSA
Case Name: ROGER MCINTOSH
vs NO. CALIF. UNIVERSAL, ET AL

## VITAL INFORMATION

SERVEE: **DEWALT CM, INC., A CALIFO**
ADDRESS: **1930 22ND ST**
**BAKERSFIELD, CA 93301**
FIRM'S FILE NUMBER: 30833/62069
CLAIM NUMBER:
POLICY ID NUMBER:
INSURED:
DATE OF LOSS:

| Description | Units | Rate | Amount | Tax |
|------------|-------|------|--------|-----|
| Service Fee A/1930 22ND STREET | 1 | 35.50 | 35.50 | N |
| Rush Handling A | 1 | 35.00 | 35.00 | N |
| Not Found Return/5619 REX ROTH | 1 | 35.50 | 35.50 | N |
| Rush Handling A | 1 | 35.00 | 35.00 | N |
| Locate fee | 1 | 25.00 | 25.00 | N |

Office: _Bkfld_    Matter # _60971_

Matter Des: _McIntosh_

Client Name: _NCUE_

Atty. Approval: _TAR_    Date: _#113_

Regarding: DEWALT CM, INC., A CALIFORNIA CORPORATION ALSO at 1930 22ND ST, BAKERSFIELD CA 933010000. SUMMONS IN A CIVIL CASE; ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT; ORDER VACATING PREVIOUSLY SCHEDULED FILING DEADLINES AND HEARING DATES; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL; SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

SUBTOTAL    $    166.00

TOTAL DUE    $    166.00

**Bill to:**    BORTON PETRINI LLP

**ATTN: ROXANNE L. FLOM**
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

| Customer | Date | Invoice |
|----------|------|---------|
| 3223051 | 02/19/09 | 0C275227-01 |

TOTAL DUE $    166.00
PAYMENT DUE DATE: 03/01/09

**Remit Payment to:**
Attorney's Diversified Services
PO Box 2799
Sacramento, CA  95812

916 441-4396 FAX 916 443-1162.
IRS NO. 20-0709641

To pay by credit card, mail, fax or call (916) 441-4396

CARD NUMBER: _____

NAME ON CARD: _____

TYPE OF CARD:  VISA   MASTERCARD   AMERICAN EXPRESS
(CIRCLE ONE)

EXPIRATION DATE: _____/_____

TERMS: 10 DAYS NET OF INVOICE DATE - ACCOUNTS OVER 30 DAYS WILL BE SUBJECT TO 3.0% MONTHLY INTEREST - IN THE EVENT OF DEFAULT, COLLECTION FEES AND/OR ATTORNEY FEES WILL BE ASSESSED.

306840

TEAM LEGAL, INC.
25876 The Old Road
Suite 314
Valencia, CA 91381
Phone:  661-948-4515
Fax:     661-948-4517
Federal ID No.: 20-5348217

2009 AUG 28  A 11: 56

Jeffrey A. Travis
Borton Petrini, LLP
5060 California Avenue, Suite 700
Bakersfield, CA 93309

Ordered By:  Vanessa Claridge

| | |
|---|---|
| Date: | 8/26/2009 |
| Invoice No: | 0019683 |
| TL Work Order #'s: | 15942 |

RECEIVED
AUG 28 2009
ACCOUNTING

Regarding:        Borton/McIntosh/Northern California Universal

Case Reference:   McIntosh vs. Northern Ca

| Start Date | Staff | Description | Quantity | Price | Charges |
|---|---|---|---|---|---|
| 8/26/2009 | SO | Rush attempted service upon Josh Woodard at 1039 Edgewater Court, Redding, CA 96003. This is a bad address for service. Per current occupant, the Subject does not live at this address. Upon address verification, we were able to locate a new viable address for service at 3550 Orion Way, Redding, CA 96002. | 1.00 | $99.50 | $99.50 |
| 8/26/2009 | SO | Rush attempted service upon Josh Woodard at business address of 1567 Yuba Street, Redding, CA 96001. This is a bad address for service. Per current employee, the Subject no longer works at this address. | 1.00 | $99.50 | $99.50 |
| 8/26/2009 | SO | Field Locate - Located a new viable address for service at 3550 Orion Way, Redding, CA 96002. | 1.00 | $36.25 | $36.25 |
| 8/26/2009 | SO | Rush Service of Process upon Josh Woodard located at 3550 Orion Way, Redding, CA 96002 completed as requested on August 26, 2009 at 11:54am. | 1.00 | $99.50 | $99.50 |
| 8/26/2009 | SO | Fees Advanced for statutory witness fees. | 1.00 | $45.00 | $45.00 |
| | | | | Subtotal | $379.75 |

Total New Charges                                                                                         $379.75

Office: 01   Matter # 6-77 1

Matter Des: McIntosh v Nche

Client Name: Roger McIntosh

Atty. Approval: JAN   Date: 8/28/09

FU3

313593

AO 88  (Rev.01/09)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*      Josh Woodard

was received by me on *(date)*    08/25/2009

  ☑ I personally served the subpoena on the individual at *(place)*   3550 Orion Way, Redding, CA 96002

                                                  on *(date)*    08/26/2009    ; or

  ☐ I left the subpoena at the individual's residence or usual place of abode with *(name)*

                                           , a person of suitable age and discretion who resides there,

on *(date)*      , and mailed a copy to the individual's last known address; or

  ☐ I served the subpoena on *(name of individual)*                           , who is

  designated by law to accept service of process on behalf of *(name of organization)*

                                          on *(date)*      ; or

  ☐ I returned the subpoena unexecuted because                         ; or

  ☐ Other *(specify):*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$      45.00

My fees are $    0.00    for travel and $    99.50    for services, for a total of $    99.50

I declare under penalty of perjury that this information is true.

Date:    08/26/2009

                                     *Server's signature*

                                 Randall Abbe, Process Server
                                     *Printed name and title*
                                   2395 Bechelli Lane, Suite C
                                   Redding, CA 96002

                                     *Server's address*

Additional information regarding attempted service, etc:

09/11/2009  12:48  5593542928                                    PAGE  03/11



# INVOICE

**ATTORNEY'S DIVERSIFIED SERVICES**

**Attorney's Diversified Services**
www.attorneysdiversified.com
IRS NO. 20-0709641

1424 21st. Street
Sacramento, CA 95814
(916) 441-4396 FAX: (916) 443-1182

| Customer | Date | Invoice |
|---|---|---|
| 3223051 | 06/09/2009 | 0C276668-01 |

**Ship To:**

SEP 11 2009

BORTON PETRINI LLP

ATTN: JOANNE BALDUC
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051    Client Type: 01

**Ordered By:**
BORTON PETRINI LLP

ATTN: JOANNE BALDUC
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051    Client Type: 01

## CASE INFORMATION

Court:  UNITED STATES DISTRICT COURT
Case #:  107CV01080LJOGSA
Case Name:  ROGER MCINTOSH
    vs NORTHERN CALIFORNIA UNIVERS

## VITAL INFORMATION

RE:  TERRY SCHROEPFER
LOCATION:
ADDRESS:  5060 CALIFORNIA AVE., STE 400
    BAKERSFIELD, CA
FIRM'S FILE NUMBER:  054493
CLAIM NUMBER:
INSURED:
Date of Injury:

| Description | Units | Rate | Amount | Tax |
|---|---|---|---|---|
| Not Found Return | | 55.50 | 55.50 | N |
| Rush Handling A | 1 | 35.00 | 35.00 | N |

Office:  01    Matter #  60971

Matter Des: McIntosh v. Northern CA Universal Enterprises, Co

Client Name: McIntosh & Associates #54493

Atty. Approval: JAP    Date:

#113

Not Found - Returned Unserved. Regarding: TERRY SCHROEPFER at 5060
CALIFORNIA AVE., STE 400, BAKERSFIELD CA 933091697 on
06/09/2009 @ 04:00pm. SUBPOENA IN A CIVIL CASE: DEPOSITION
NOTICE OF TERRY SCHROEPFER
,SUBPOENA IN A CIVIL CASE: DEPOSITION NOTICE OF TERRY
,SCHROEPFER

| | |
|---|---|
| SUBTOTAL | $  90.50 |

from Edith    **received**
9/11/09

| | |
|---|---|
| TOTAL DUE | $  90.50 |

**Remit Payment to:**

Attorney's Diversified Services
PO Box 2799
Sacramento, CA 95812
916 441-4396 FAX 916 443-1182
IRS NO. 20-0709641

| Customer | Date | Invoice |
|---|---|---|
| 3223051 | 06/09/2009 | 0C276668-01 |
| | Claim #: | File #: 054493 |

**TOTAL DUE   $   90.50**

**Bill to:**

BORTON PETRINI LLP

ATTN: JOANNE BALDUC
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone:  (661) 322-3051
Fax: (661) 322-4664
Client Type: 01

TERMS: DUE UPON RECEIPT OF INVOICE - PAST DUE ACCOUNTS MAY BE SUBJECT TO A $20.00 SERVICE CHARGE AND/OR 3.0% MONTHLY INTEREST - IN THE EVENT OF DEFAULT,
COLLECTION FEES AND/OR ATTORNEY FEES WILL BE ASSESSED.

314253

09/11/2009  12:49   5593542928                                              PAGE  04/11



# INVOICE

**ATTORNEY'S DIVERSIFIED SERVICES**
1424 21st. Street
Sacramento, CA 95814
(916) 441-4396 FAX: (916) 443-1162

## Attorney's Diversified Services
www.attorneysdiversified.com
IRS NO. 20-0709641

SEP 11 2009

| Customer | Date | Invoice |
|---|---|---|
| 3228051 | 06/15/2009 | 0C276699 01 |

**Ship To:**

BORTON PETRINI LLP

ATTN: JOANNE BALDUC
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051    Client Type: 01

*Ordered By:*
BORTON PETRINI LLP

ATTN: JOANNE BALDUC
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309
Phone: (661) 322-3051    Client Type: 01

### CASE INFORMATION
Court: UNITED STATES DISTRICT COURT
Case #: 107CV01081OLJOGSA
Case Name: ROGER MCINTOSH
        vs NORTHERN CALIFORNIA UNIVERS

### VITAL INFORMATION
RE: TERRY SCHROEPFER
LOCATION:
ADDRESS: 1800 30TH STREET, STE 280
         BAKERSFIELD, CA
FIRM'S FILE NUMBER: 054493
CLAIM NUMBER:
INSURED:
Date of Injury:

| Description | Units | Rate | Amount | Tax |
|---|---|---|---|---|
| Service Fee A | 1 | 35.50 | 35.50 | N |
| Not Found Return | 1 | 35.50 | 35.50 | N |

Office:  01   Matter #  60971

Matter Des: McIntosh v Northern CA Universal Enterprizes, Co.

Client Name: McIntosh & Assoc.

Atty. Approval: _____   Date: 7/1/13

SERVED: TERRY SCHROEPFER at 1800 30TH STREET, STE 280,
BAKERSFIELD CA 933010000 on 06/12/2009 @ 10:35am,
DOCUMENT78: SUBPOENA IN A CIVIL CASE  SUBCC

**received**
from Edith   9/11/09

| | | |
|---|---|---|
| **SUBTOTAL** | $ | 71.00 |
| **TOTAL DUE** | $ | 71.00 |

**Remit Payment to:**

Attorney's Diversified Services
PO Box 2799
Sacramento, CA  95812
916 441-4396  FAX 916 443-1162,
IRS NO. 20-0709641

| Customer | Date | Invoice |
|---|---|---|
| 3228051 | 06/15/2009 | 0C276699-01 |

Claim #:     File #: 054493

**TOTAL DUE  $    71.00**

**Bill to:**

BORTON PETRINI LLP

ATTN: JOANNE BALDUC
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051
Fax: (661) 322-4664
Client Type: 01

TERMS: DUE UPON RECEIPT OF INVOICE - PAST DUE ACCOUNTS MAY BE SUBJECT TO A $20.00 SERVICE CHARGE AND/OR 2.0% MONTHLY INTEREST - IN THE EVENT OF DEFAULT, COLLECTION FEES AND/OR ATTORNEY FEES WILL BE ASSESSED.

314252

# INVOICE



**ATTORNEY'S DIVERSIFIED SERVICES**
741 N. FULTON STREET
FRESNO, CA, 93728
PHONE (559) 233-1475 FAX (559) 486-4119

**Attorney's Diversified Services**
www.attorneysdiversified.com
IRS NO. 20-0709841

RECEIVED
AUG 1 1 2009

RECEIVED
SEP 04 2009
ACCOUNTING

| Customer | Date | Invoice |
|----------|------|---------|
| 3223051 | 05/28/2009 | 0C276537-01 |

## CASE INFORMATION

**Ship To:**

BORTON PETRINI LLP

ATTN: VANESSA J. CLARIDGE
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051   Client Type: 01

*Ordered By:*
BORTON PETRINI LLP

ATTN: VANESSA J. CLARIDGE
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051   Client Type: 01

Court: UNITED STATES DISTRICT COURT
Case #: 107CV01080LJOGSA
Case Name: ROGER MCINTOSH
vs NO. CALIF. UNIVERSAL, ET AL

## VITAL INFORMATION

RE: DENNIS W. DE WALT, INC.
LOCATION:
ADDRESS: 1930 22ND STREET
BAKERSFIELD, CA
FIRM'S FILE NUMBER: 054493/060971
CLAIM NUMBER:
INSURED:
Date of Injury:

| Description | Units | Rate | Amount | Tax |
|-------------|-------|------|--------|-----|
| Service Fee A | 1 | 35.50 | 35.50 | N |

Office: _01_   Matter # _60971_

Matter Des: _McIntosh v. Northern CA Universal Enterprises Co._

Client Name: _McIntosh & Associates_

Atty. Approval: _OAT_   Date: _9/3/09_
_F 113_

DIDN'T F
already sign this?

SERVED: DENNIS W. DE WALT, INC. at 1930 22ND STREET,
BAKERSFIELD CA 933010000 on 05/28/2009 @ 11:05am. SUMMONS
IN A CIVIL ACTION; SCHEDULING CONFERENCE ORDER; THIRD AMENDED
COMPLAINT                                    ,SUMMONS I N A
CIVIL ACTION; SCHEDULING CONFERENCE ORDER;   ,THIRD AMENDED
COMP LAINT

SUBTOTAL        $        35.50

TOTAL DUE        $        35.50

**Remit Payment to:**

Attorney's Diversified Services
PO Box 2799
Sacramento, CA 95812
916 441-4396 FAX 916 443-1162.
IRS NO. 20-0709841

| Customer | Date | Invoice |
|----------|------|---------|
| 3223051 | 05/28/2009 | 0C276537-01 |
| Claim #: | File #: 054493/060971 | |

**TOTAL DUE   $   35.50**

**Bill to:**

BORTON PETRINI LLP

ATTN: VANESSA J. CLARIDGE
5060 CALIFORNIA AVENUE, 7TH FLOOR
BAKERSFIELD, CA 93309

Phone: (661) 322-3051
Fax: (661) 322-4664
Client Type: 01

received
from fault 9/3/09

INVOICE DUE AND PAYABLE UPON RECEIPT. ACCOUNTS 30 DAYS OR MORE PAST DUE SUBJECT TO SERVICE CHARGE OF 1 1/2% PER MONTH (18% APR).

313862



RECEIVED
FEB - 1 2010
ACCOUNTING

2010 JAN 28  A 11: 10

TEAM LEGAL, INC.
25876 The Old Road
Suite 314
Valencia, CA 91381
Phone:  (661) 964-0154
Fax:     (661) 255-7484
Federal ID No.: 20-5348217

Jeffrey A. Travis
Borton Petrini, LLP
5060 California Avenue, Suite 700
Bakersfield, CA 93309

Date:                    1/26/2010

Invoice No:              0020444

TL Work Order #'s:
15942

Ordered By:  Vanessa Claridge

Regarding:          Borton/McIntosh/Northern California Universal

Case Reference:     McIntosh vs. Northern Ca

| Start Date | Staff | Description | Quantity | Price | Charges |
|------------|-------|-------------|----------|-------|---------|
| 1/25/2010 | SO | Attempted service upon Josh Woodard at 3550 Orion, Redding, CA 96002. Per the Subject's Wife, he was not available during the time of service. She provided us with his work address and helped set up for us to meet him for service. | 1.00 | $69.50 | $69.50 |
| 1/25/2010 | SO | Service of Process upon Josh Woodard located at 17698 Aarly Drive, Redding, CA completed as requested on January 25, 2010 at 11:30am. | 1.00 | $69.50 | $69.50 |
| 1/25/2010 | SO | Field Locate - Located a viable address for service upon Josh Woodard at 17698 Aarly Drive, Redding, CA. | 1.00 | $25.00 | $25.00 |

|  |  |  | Subtotal | | $164.00 |

Total New Charges                                                                $164.00

Office: 01   Matter # 6057 1

Matter Des: McIntosh v. NCUS

Client Name: Kaysa Melntosh.

Atty. Approval: ___   Date: _____

319 11

TEAM LEGAL, INC.
25876 The Old Road
Suite 314
Valencia, CA 91381
Phone:  (661) 964-0154
Fax:       (661) 255-7484
Federal ID No.: 20-5348217

2010 FEB 24  A 11: 23

Jeffrey A. Travis
Borton Petrini, LLP
5060 California Avenue, Suite 700
Bakersfield, CA 93309

| | |
|---|---|
| Date: | 2/23/2010 |
| Invoice No: | 0020556 |

TL Work Order #'s:
17331

Ordered By:  Vanessa Claridge

RECEIVED

MAR - 0 2010

ACCOUNTING

Regarding:        Borton/McIntosh/Northern California Universal

Case Reference:   McIntosh vs. Northern Ca

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 2/10/2010 | SO | Waiting Time to completed service upon Terry W. Schroepfer, P.E. at 1800 30th Street, Suite 280, Bakersfield, CA 93301 on February 10, 2010. | 0.50 | $55.00 | $27.50 |
| | | | | Subtotal | $27.50 |

| Start Date | Staff | Description | Quantity | Price | Charges |
|---|---|---|---|---|---|
| 2/04/2010 | SO | Attempted service upon Terry W. Schroepfer at 7025 Luke Avenue, Bakersfield, CA 93308. Unable to get an answer at the door during any of the attempts. Received a new address for service from your office on February 4, 2010. | 1.00 | $45.50 | $45.50 |
| 2/10/2010 | SO | Service of Process upon Terry W. Schroepfer, P.E. located at 1800 30th Street, Suite 280, Bakersfield, CA 93301 completed as requested on February 10, 2010 at 11:55am. | 1.00 | $45.50 | $45.50 |
| 2/11/2010 | SO | Service of Process upon Robert Wren located at City of Wasco, 748 8th Street, Wasco, CA 93280 completed as requested on February 11, 2010 at 2:01pm. | 1.00 | $69.50 | $69.50 |
| | | | | Subtotal | $160.50 |

Total New Charges

$188.00

Office: SO      Matter # 5559 1

Matter Des: McIntosh

Client Name: Kruger McIntosh

Atty. Approval:          Date:

7113      320207

**TEAM LEGAL, INC.**
25876 The Old Road
Suite 314
Valencia, CA 91381
Phone: (661) 964-0154
Fax:   (661) 255-7484
Federal ID No.: 20-5348217

RECEIVED
MAR 1 2 2010
ACCOUNTING

Jeffrey A. Travis
Borton·Petrini, LLP
5060 California Avenue, Suite 700
Bakersfield, CA 93309

Date:                1/28/2010
Invoice No:          0020454
TL Work Order #'s:
17331

Ordered By:  Vanessa Claridge

Office: _O1_ Matter # _60771_

Matter Des: _McIntosh v. Northern CA Universa_

Regarding:          Borton/McIntosh/Northern California Universal

Case Reference:     McIntosh vs. Northern Ca

Client Name: _McIntosh v. Northern_
_CA Universa_

Atty. Approval: _____   Date: _____   #W3

| Start Date | Staff | Description | Quantity | Price | Charges |
|---|---|---|---|---|---|
| 1/26/2010 | JW | Service of Process upon Sarah Burgi located at 5001 California Avenue, Suite 120, Bakersfield, CA 93309 completed as requested on January 26, 2010 at 11:33am. | 1.00 | $45.50 | $45.50 |
| 1/26/2010 | JW | Attempted service upon Sarah Burgi at 3124 Bank Street, Bakersfield, CA 93304. Per female occupant, the Subject was at work and she provided us with the location. | 1.00 | $45.50 | $45.50 |
| 1/26/2010 | JW | Field Locate - Located a viable address for service upon Sarah Burgi of: Cannon, 5001 California Avenue, Suite 120, Bakersfield, CA 93309. | 1.00 | $25.00 | $25.00 |
| 1/26/2010 | JW | Service of Process upon Gregg Black located at 1118 Sungro Way, Bakersfield, CA 93311 completed as requested on January 26, 2010 at 10:47am. | 1.00 | $45.50 | $45.50 |
| 1/26/2010 | JW | Service of Process Gerald Helt located at 2930 Union Avenue, Bakersfield, CA 93305 completed as requested on January 26, 2010 at 10:12am. | 1.00 | $45.50 | $45.50 |
| ~~1/26/2010~~ | ~~JW~~ | ~~Service of Process upon Larry Pennell located at 1103 Cypress Avenue, Wasco, CA 93280 completed as requested on January 26, 2010 at 7:17am.~~ | ~~1.00~~ | ~~$69.50~~ | ~~$69.50~~ |
| 1/26/2010 | JW | Service of Process upon Dennis McNamara located at City of Wasco, 746 8th Street, Wasco, CA 93280 completed as requested on January 26, 2010 at 7:37am. | 1.00 | $69.50 | $69.50 |
| 1/26/2010 | JW | Service of Process - Multiple Part - 2nd Service of | 1.00 | $25.75 | $25.75 |

320620

TEAM LEGAL
Page No.

Process upon Jim Zervis located at City of Wasco,
746 8th Street, Wasco, CA 93280 completed as
requested on January 26, 2010 at 7:44am.

Subtotal

Total New Charges

# EXHIBIT "B"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

LAW OFFICES OF
**BORTON PETRINI, LLP**
Post Office Box 2026
5060 California Ave. Suite 700
Bakersfield, CA 93303-2026
Phone (661) 322-3051

Wells Fargo
General Operating Account
5401 California Ave. Suite 200
Bakersfield, CA 93309

**353897**

11-24
1210(8)

CHECK DATE
07-16-2009

CHECK AMOUNT

573583520  07-30-09  5774  07

$40.00*******

**PAY** FORTY AND 00/100 Dollar

BORTON PETRINI, LLP

VOID AFTER 120 DAYS

PAY TO THE
ORDER OF

**Sarah Burgi**
**c/o Cannon**
**5100 California Avenue**
**Bakersfield, CA 93309**

TWO SIGNATURES REQUIRED OVER $25,000.00

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE • RED IMAGE DISAPPEARS WITH HEAT

⑈353897⑈ ⑆121000248⑆ 4000 048314⑈ ⑈0000004000⑈

PROC. CTR - EL SEGUNDO CA
573583520 3535 5774 04 60 0000

WAMU BK  CA
>322271627<
07-30-09
573583520

NFB LA, CA 07312009
TRACE2 # 0986  PKT 046
122105278
072243579Q

| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | CD Volume |
|---|---|---|---|---|---|
| 7/31/2009 | 4000048314 | $40.00 | 353897 | 722435790 | 20090731085301 |

Office: _S1_   Matter # _2597-1_

Matter Des: _McIntosh v. Nuec_

Client Name: _Roger McIntosh_ .

Atty. Approval _NT_ Date: _2/10/10_

_I   U3_   2010 FEB 11   A 11: 41

TEAM LEGAL, INC.
25876 The Old Road
Suite 314
Valencia, CA 91381
Phone:   (661) 964-0154
Fax:      (661) 255-7484
Federal ID No.: 20-5348217

Jeffrey A. Travis
Borton Petrini, LLP
5060 California Avenue, Suite 700
Bakersfield, CA 93309

Date:                    2/08/2010
Invoice No:           0020497
TL Work Order #'s:
17331

Ordered By:  Vanessa Claridge

RECEIVED
FEB 1 8 2010
ACCOUNTING

Regarding:          Borton/McIntosh/Northern California Universal

Case Reference:     McIntosh vs. Northern Ca

| Start Date | Staff | Description | Quantity | Price | Charges |
|---|---|---|---|---|---|
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Keith Woodcock in Wasco, CA. | 1.00 | $146.70 | $146.70 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Alan Peeke in Bakersfield, CA. | 1.00 | $159.90 | $159.90 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Gregg Black in Bakersfield, CA. | 1.00 | $159.90 | $159.90 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Terry W. Schroepfer, P.E. in Bakersfield, CA. | 1.00 | $159.90 | $159.90 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Dennis McNamara in Wasco, CA. | 1.00 | $146.70 | $146.70 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Jim Zervis in Wasco, CA. | 1.00 | $146.70 | $146.70 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Robert Wren in Wasco, CA. | 1.00 | $146.70 | $146.70 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Larry Pennell in Wasco, CA. | 1.00 | $146.70 | $146.70 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Sarah Burgi in Bakersfield, CA. | 1.00 | $159.90 | $159.90 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Jeff Gutierrez in Bakersfield, CA. | 1.00 | $159.90 | $159.90 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Gerald Helt in Bakersfield, CA. | 1.00 | $159.90 | $159.90 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Kevin V. Lam in San Francisco, CA. | 1.00 | $40.00 | $40.00 |
| 1/29/2010 | SO | Fees Advanced for witness fees to serve Josh Woodard in Redding, CA. | 1.00 | $40.00 | $40.00 |

TEAM LEGAL, INC.
Page No.:    2

|  | Subtotal | $1,772.90 |
|---|---|---|
| Total New Charges | | $1,772.90 |
| Previous Balance | | $379.75 |
| Previous Balance of Retainer | | $0.00 |
| 1/26/2010  Deposit to account | | $1,772.90 |
| 2/08/2010  Retainer Applied | | $-1,772.90 |
| New Balance of Retainer | | $0.00 |
| Balance Due | | $0.00 |



## Stops - Images - Search®                                                    Close

**Image**

**Image Front:**



**Image Back:**

**Item Details**

Amount: $ 300.00
Check Number: 357751
Posting Date: 03/02/2010
As Of Date: 03/02/2010

Account Name:  FIRM GENERAL ACCOUNT
Account Number: 4000048314
Routing Number: 121000248
Type Code/Description: 475/CHECK PAID
Item Sequence Number: 008245680125

© Copyright 2002 - 2010 Wells Fargo. All rights reserved.

# EXHIBIT "C"

# INVOICE

## KELEHER'S
### Certified Shorthand Reporters
3400 Unicorn Road, Suite 101
Bakersfield, California 93308
1-800-635-6044

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8963 | 11/14/2008 | 6861 |
| **Job Date** | **Case No.** | |
| 10/28/2008 | 107CV 01080 LJO-WMW | |
| **Case Name** | | |
| McINTOSH VS. NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY | | |
| **Payment Terms** | | |
| Net 30 | | |

JAMES BRAZE
BORTON, PETRINI
5060 CALIFORNIA AVENUE, 7TH FLOOR
Bakersfield, CA 93309

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| JOE WU | 87.00 Pages | @ | 4.25 | 369.75 |
| Exhibit | 4.00 Pages | @ | 0.50 | 2.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| JAMES LEE ZERVIS | | | | |
| Exhibit | 13.00 Pages | @ | 0.50 | 6.50 |
| MINIMUM CHARGE (25 PGS OR LESS) | | | 125.00 | 125.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| GERALD FRANK HELT | 55.00 Pages | @ | 4.25 | 233.75 |
| Exhibit | 10.00 Pages | @ | 0.50 | 5.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| ROBERT EDWARD WREN | | | | |
| MINIMUM CHARGE (25 PGS OR LESS) | | | 125.00 | 125.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| DENNIS MICHAEL McNAMARA | | | | |
| MINIMUM CHARGE (25 PGS OR LESS) | | | 125.00 | 125.00 |
| DELIVERY CHARGE | | | 18.00 | 18.00 |

JAN 2? 2009

**TOTAL DUE >>>**   **$1,010.00**

Tax ID: 95-3829175

Phone: 661-322-3051   Fax:322-4628

*Please detach bottom portion and return with payment.*

JAMES BRAZE
BORTON, PETRINI
5060 CALIFORNIA AVENUE, 7TH FLOOR
Bakersfield, CA 93309

Office: __01__  Matter # __00971__

Matter Des: __McIntosh__

Client Name: __McIntosh__

Atty. Approval: __(signature)__ Date:__1-16-09__

Remit To:  **KELEHER'S CERTIFIED SHORTHAND
REPORTERS
3400 UNICORN ROAD, SUITE 101
BAKERSFIELD, CA 93308**

Job No.      : 6861            BU ID      : 1-MAIN
Case No.    : 107CV 01080 LJO-WMW
Case Name : McINTOSH VS. NORTHERN CALIFORNIA
                   UNIVERSAL ENTERPRISES COMPANY

Invoice No. : 8963            Invoice Date :11/14/2008
Total Due  : $ 1,010.00

**PAYMENT WITH CREDIT CARD**      AMEX   MASTERCARD   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

305452

# INVOICE

**KELEHER'S**
Certified Shorthand Reporters
3400 Unicorn Road, Suite 101
Bakersfield, California 93308
1-800-635-6044

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9134 | 12/10/2008 | 7100 |
| **Job Date** | **Case No.** | |
| 11/24/2008 | 107CV 01080 LJO-WMW | |
| **Case Name** | | |
| McINTOSH VS. NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY | | |
| **Payment Terms** | | |
| Net 30 | | |

JAMES BRAZE
BORTON, PETRINI
5060 CALIFORNIA AVENUE, 7TH FLOOR
Bakersfield, CA 93309

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| JEFFREY GUTIERREZ | 61.00 Pages | @ | 4.25 | 259.25 |
| Exhibit | 20.00 Pages | @ | 0.50 | 10.00 |
| BLUEPRINTS | 4.00 | @ | 2.00 | 8.00 |
| CD/VIDEO/DVD | 2.00 | @ | 10.00 | 20.00 |
| DELIVERY CHARGE | | | 18.00 | 18.00 |
| | | **TOTAL DUE >>>** | | **$315.25** |

FRESNO - VISALIA - BAKERSFIELD — We have the Valley covered to serve you!
100% ACCESS to your transcripts, calendar, invoices, 24/7. www.kelehers.com.
A finance charge of 1% (12% a.p.r.) will be charged to past-due accounts.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 315.25 |

Office: 01   Matter #: 60871

Matter Des: McIntosh

Client Name: McIntosh

Approval: _____ Date: 1/16/09

JAN 2 6 2009

Tax ID: 95-3829175

Phone: 661-322-3051   Fax:322-4628

*Please detach bottom portion and return with payment.*

JAMES BRAZE
BORTON, PETRINI
5060 CALIFORNIA AVENUE, 7TH FLOOR
Bakersfield, CA 93309

| Job No. | : 7100 | BU ID | :1-MAIN |
|---|---|---|---|
| Case No. | : 107CV 01080 LJO-WMW | | |
| Case Name | : McINTOSH VS. NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY | | |
| Invoice No. | : 9134 | Invoice Date | :12/10/2008 |
| Total Due | : $ 315.25 | | |

30545 )

| PAYMENT WITH CREDIT CARD | AMEX | MASTERCARD | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **KELEHER'S CERTIFIED SHORTHAND**
**REPORTERS**
**3400 UNICORN ROAD, SUITE 101**
**BAKERSFIELD, CA 93308**

# INVOICE

## KELEHER'S
### Certified Shorthand Reporters

3400 Unicorn Road, Suite 101
Bakersfield, California 93308
1-800-635-6044

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9171 | 12/16/2008 | 7169 |
| **Job Date** | **Case No.** | |
| 12/4/2008 | 107CV 01080 LJO-WMW | |
| **Case Name** | | |
| McINTOSH VS. NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY | | |
| **Payment Terms** | | |
| Net 30 | | |

JAMES BRAZE
BORTON, PETRINI
5060 CALIFORNIA AVENUE, 7TH FLOOR
Bakersfield, CA 93309

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

JOSEPH WU - VOL II

| | | | | | |
|---|---|---|---|---|---|
| | 27.00 Pages | @ | 0.50 | 13.50 |
| Exhibit | | | 170.00 | 170.00 |
| MINIMUM CHG - ORIG. & 1 | | | 18.00 | 18.00 |
| DELIVERY CHARGE | | | | |

**TOTAL DUE >>>        $201.50**

FRESNO - VISALIA - BAKERSFIELD -- We have the Valley covered to serve you!
100% ACCESS to your transcripts, calendar, invoices, 24/7. www.kelehers.com.
A finance charge of 1% (12% a.p.r.) will be charged to past-due accounts.

JAN 15 2009

Office: 01   Matter # 60971
Matter Des: 60971 McIntosh
Client Name: McIntosh
Atty. Approval: _____ Date: 1.6.09

F115

Tax ID: 95-3829175

Phone: 661-322-3051    Fax: 322-4628

*Please detach bottom portion and return with payment.*

JAMES BRAZE
BORTON, PETRINI
5060 CALIFORNIA AVENUE, 7TH FLOOR
Bakersfield, CA 93309

| | | |
|---|---|---|
| Job No. | : 7169 | BU ID    :1-MAIN |
| Case No. | : 107CV 01080 LJO-WMW | |
| Case Name | : McINTOSH VS. NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY | |
| Invoice No. | : 9171 | Invoice Date :12/16/2008 |
| **Total Due** | **: $ 201.50** | |

305437

**Remit To:** **KELEHER'S CERTIFIED SHORTHAND REPORTERS**
**3400 UNICORN ROAD, SUITE 101**
**BAKERSFIELD, CA 93308**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |



*060971*

**ESQUIRE** | **PAULSON**
DEPOSITION SERVICES | REPORTING & LITIGATION SERVICES, LLC

Esquire Paulson - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.paulsonreporting.com

2009 JAN 27 A 12: 53

**Invoice # PL125354**

| Invoice Date | Terms |
|---|---|
| 01/15/2009 | NET 30 |

JEFFREY TRAVIS ,ESQ.
THE LAW OFFICES OF BORTON PETRINI
SUITE 700
5060 CALIFORNIA AVE.
BAKERSFIELD, CA 93309

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | PL File | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/18/2008 | MCINTOSH, ROGER vs. NORTHERN CALIF | 22316 | 01/12/2009 | F-S-O |

**Description**

Copy Transcript of ROGER McINTOSH

JAN 27 2009

*FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.*
*CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.*
Office: _01_ Matter # _06097_
*THANK YOU FOR YOUR BUSINESS!*
Matter Des: _Mc Intoshv. Northern_

Client Name: _Mc Intosh_

Atty. Approval: _JAY_ Date:_____

Tax Number: 20-4667049

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 928.95 |
| Paid: | $ 0.00 |
| Balance Due | $ 928.95 |
| Payment Due: | 02/14/2009 |

After Due Date Pay This Amount:   $ 1,045.07

## Method of Payment

Company: Esquire Paulson - Bakersfield
Invoice Number: PL125354
Invoice Date: 01/15/2009
Balance: $ 928.95
Due Date: 02/14/2009
Late Date: 02/15/2009
Late Amount: $ 1,045.07

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Paulson Reporting & Litigation Services, LLC

Amount Authorized

Credit Card Number                                      Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Paulson Reporting & Litigation Services, LLC    PO Box 79509,    City of Industry CA 91716-9509

015 0000125354 01152009 2 000092895 7 02142009 02152009 5 000104507 72

*305747*

# INVOICE

RECEIVED
FEB 09 2009
ACCOUNTING

2009 FEB -6 A 11: 51

## KELEHER'S
Certified Shorthand Reporters
3400 Unicorn Road, Suite 101
Bakersfield, California 93308
1 800-635-6044

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9461 | 2/4/2009 | 7435 |

| Job Date | Case No. |
|---|---|
| 1/22/2009 | 107CV 01080 LJO-WMW |

| Case Name |
|---|
| MCINTOSH VS. NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY |

| Payment Terms |
|---|
| Net 30 |

JEFFREY A. TRAVIS
BORTON, PETRINI
5060 CALIFORNIA AVENUE, 7TH FLOOR
Bakersfield, CA 93309

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| GREG BLACK | 97.00 Pages | @ | 4.25 | 412.25 |
| Exhibit | 89.00 Pages | @ | 0.35 | 31.15 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| JAMES LEE ZERVIS | | | | |
| Exhibit | 481.00 Pages | @ | 0.35 | 168.35 |
| MINIMUM CHG - ORIG. & 1 | | | 170.00 | 170.00 |
| DELIVERY CHARGE | | | 18.00 | 18.00 |
| | | TOTAL DUE >>> | | $799.75 |

FRESNO - VISALIA - BAKERSFIELD — We have the Valley covered to serve you!
100% ACCESS to your transcripts, calendar, invoices, 24/7, www.kelehers.com.
A finance charge of 1% (12% a.p.r.) will be charged to past-due accounts.

Office: _Bill_ Matter # _60971_

Matter Des: _# Northern Ca_

Client Name: _MC Intosh_

Atty. Approval: _JPK_  Date: _2/8/9_

Phone: 661-322-3051   Fax:322-4628

**Tax ID:** 95-3829175

*Please detach bottom portion and return with payment.*

JEFFREY A. TRAVIS
BORTON, PETRINI
5060 CALIFORNIA AVENUE, 7TH FLOOR
Bakersfield, CA 93309

| | | |
|---|---|---|
| Job No. | : 7435 | BU ID   :1-MAIN |
| Case No. | : 107CV 01080 LJO-WMW | |
| Case Name | : MCINTOSH VS. NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY | |
| Invoice No. | : 9461 | Invoice Date : 2/4/2009 |
| **Total Due** | : **$ 799.75** | |

Remit To: **KELEHER'S CERTIFIED SHORTHAND**
**REPORTERS**
**3400 UNICORN ROAD, SUITE 101**
**BAKERSFIELD, CA 93308**

### PAYMENT WITH CREDIT CARD   AMEX   MASTERCARD   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:        _306315_



**ESQUIRE**

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

**ESQUIRE**
an Alexander Gallo company

2009 MAR -6  P 12: 11

### Invoice # PL132168

| Invoice Date | Terms |
|---|---|
| 02/19/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Assignment | Case | PL File | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/28/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 22316 | 02/17/2009 | F-S-O |

| Description |
|---|

Copy Transcript of ROGER McINTOSH

RECEIVED

MAR  0 2  09

ACCOUNTING

FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK
CREDIT CARD PAYMENTS ARE ACCEPTED UPON REQUEST

THANK YOU FOR YOUR BUSINESS!

Matter # _60971_

Matter Des: _NCUE_

Client Name: _Mc Intosh_

Atty. Approval: _____ Date: _____

| Tax: | $ 0.00 |
|---|---|
| Amount Due: | $ 333.10 |
| Paid: | $ 0.00 |

| Balance Due : | $ 333.10 |
|---|---|
| Payment Due: | 03/21/2009 |

After Due Date Pay This Amount:    $ 374.74

Tax Number:  20-4667049

### Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL132168
Invoice Date: 02/19/2009
Balance: $ 333.10
Due Date: 03/21/2009
Late Date: 03/22/2009
Late Amount: $ 374.74

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 79509,    City of Industry CA 91716-9509

015 0000132168 02192009 9 000033310 0 03212009 03222009 2 000037474 19

307376



**ESQUIRE**

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

2009 MAR 13  A 11: 45    **Invoice # PL134350**

| Invoice Date | Terms |
|---|---|
| 02/27/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP – BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Assignment | Case | PL File | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/29/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 22316 | 02/26/2009 | F-S-O |

**Description**

Copy Transcript of KEITH WOODCOCK
Copy Transcript of DANNY ESPITIA
Copy Transcript of ALAN PEAKE
Copy Transcript of LARRY PENNELL

Office: *Bkfd*    Matter # *60924*

Matter Des: *McIntosh*

Client Name: *NCUE*

Atty. Approval: *(JP)*   Date: *2/13/09*

*FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.*
*CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.*

*THANK YOU FOR YOUR BUSINESS!*

MAR 16 2009

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 750.60 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 750.60** |
| **Payment Due:** | **03/29/2009** |

After Due Date Pay This Amount:     $ 844.43

Tax Number: 20-4657049

## Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL134350
Invoice Date: 02/27/2009
Balance: $ 750.60
Due Date: 03/29/2009
Late Date: 03/30/2009
Late Amount: $ 844.43

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

015  0000134350  02272009  9  000075060  7  03292009  03302009  6  000084443  38

307507

# KELEHER'S CERTIFIED SHORTHAND REPORTERS

*3400 UNICORN ROAD, SUITE 101*
*BAKERSFIELD, CA 93308*
*Phone #: (661)393-1856  Fax #: (661)393-0851*

Employer I.D. No. 95-3829175

| | |
|---|---|
| **Invoice Date:** | 3/05/2009 |
| **Invoice No.** | 22,977 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

To:

**JEFF TRAVIS**
**BORTON-PETRINI**
5060 CALIFORNIA AVENUE
7th FLOOR
BAKERSFIELD, CA  93309

MAR 0 . . . 1

RE: McINTOSH vs. N.C.U.E.

Records Pertain To:

Case No.                                          County: KERN

| Description | Qty | Amount | Charges |
|---|---|---|---|
| COPIES @ .12 | 6,978 | 0.12 | 837.36 |
| SALES TAX | 1 | 60.71 | 60.71 |
| BLUEPRINTS | 2 | 10.00 | 20.00 |
| CD'S | 8 | 10.00 | 80.00 |
| DELIVERY CHARGE | 1 | 10.00 | 10.00 |

3,489 PAGES @ 2 COPIES

Office: *Bkfd*  Matter # *60971*

Matter Desc: *NCUE*

Client Name: *McIntosh*

Atty. Approval: _____  Date: _____

*F102*

## TERMS: NET 30 DAYS

To insure proper credit, please enclose a copy of this invoice with payment. We accept MC/Visa &
AMEX. A finance charge of 1% (12% apr) will be charged on past-due accounts.

**Total:** 1,008.07

**TOTAL BALANCE DUE:** 1,008.07

*307194*

**ESQUIRE**

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

2009 MAR 23

**Invoice # PL136500**

| Invoice Date | Terms |
|---|---|
| 03/10/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Assignment | Case | PL File | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/02/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 22316 | 03/05/2009 | F-P-O |

| Description |
|---|

Copy Transcript of JAMES DELMARTER

Office: ____    Matter # _____

Matter Des: _____        MAR 24 2009

Client Name: _____

Atty. Approval: _____ Date: _____   F115

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
*FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.*
*CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.*

*THANK YOU FOR YOUR BUSINESS!*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 802.80 |
| Paid: | $ 0.00 |

| Balance Due : | $ 802.80 |
|---|---|
| Payment Due: | 04/09/2009 |

After Due Date Pay This Amount:    $ 903.15

Tax Number:  20-4667049

---

## Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL136500
Invoice Date: 03/10/2009
Balance: $ 802.80
Due Date: 04/09/2009
Late Date: 04/10/2009
Late Amount: $ 903.15

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 79509,    City of Industry CA 91716-9509

015 0000136500 03102009 4 0000802A0 6 04092009 04102009 6 000090315 29

367770

# INVOICE

## Wood RANDALL

Certified Shorthand Reporters

(661) 395-1050 • TOLL FREE (800) 322-4595

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10885 | 7/13/2009 | 6494 |
| Job Date | Case No. | |
| 6/24/2009 | 107CV 01080 LJO-GSA | |
| Case Name | | |
| McIntosh vs. Northern California Universal Enterprises Company | | |
| Payment Terms | | |
| Due upon receipt | | |

Mr. James J. Braze
Borton Petrini LLP
Stockdale Tower
5060 California Avenue
Suite 700
Bakersfield, CA 93309

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Roger Alan McIntosh                                                    150.00

                                        TOTAL DUE >>>        $150.00

Thank you!  Your business is appreciated.

~We accept Visa, MasterCard and now American Express.~

1.2% Finance Charge assessed on accounts 30 days past due.

Office: _____ Matter # _6-097-1_

Matter Des: _McIntosh v. NCUE_

Client Name: _McIntosh_

Atty. Approval: _____ Date: _7/22/09_

                        F15

Tax ID: 77-0034815

---

*Please detach bottom portion and return with payment.*

Mr. James J. Braze
Borton Petrini LLP
Stockdale Tower
5060 California Avenue
Suite 700
Bakersfield, CA 93309

Job No.    : 6494          BU ID        : 4 - Web
Case No.   : 107CV 01080 LJO-GSA
Case Name  : McIntosh vs. Northern California Universal
             Enterprises Company

Invoice No. : 10885        Invoice Date : 7/13/2009
Total Due  : $ 150.00

Remit To: **Wood & Randall**
          **Certified Shorthand Reporters**
          **A Professional Corporation**
          **423 Truxtun Avenue**
          **Bakersfield, CA 93301**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | 312057 |

ESQUIRE

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



an Alexander Gallo Company

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com



RECEIVED
JUL 16 2009

2009 JUL 13 P 1:32

**Invoice # PL162327**

| Invoice Date | Terms |
|---|---|
| 06/29/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/19/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 230630 | 06/26/2009 | F-S-O |

| Description | Amount |
|---|---|

Original Transcript of JEFFREY GUTIERREZ
ORIGINAL & 1 COPY — $ 258.00
EXHIBITS — $ 43.15
E-DEPO MULTI MEDIA CD — $ 30.00
ORIGINAL & 1 HANDLING FEE — $ 20.00
CONDENSED TRANSCRIPT — $ 0.00
$ 351.15

DEL-STANDARD — $ 31.75
$ 31.75

Officer __ Matter # 6 SPH
Matter Des: McIntosh v. NCUE
Client Name: Roger McIntosh
Atty. Approval: JAT   Date: 7/13/09

We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.
CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.

THANK YOU FOR YOUR BUSINESS!

Tax Number: 20-4667049

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 382.90 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 382.90** |
| **Payment Due:** | **07/29/2009** |
| After 08/13/2009 Pay This Amount: | $ 421.19 |

## Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL162327
Invoice Date: 06/29/2009
Balance: $ 382.90
Due Date: 07/29/2009
Late Date: 08/13/2009
Late Amount: $ 421.19

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

015 0000162327 06292009 2 000038290 8 07292009 08132009 6 000042119 52

311862



**ESQUIRE**

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

**ESQUIRE**
an Alexander Gallo Company

2009 JUL 20  P 1: 19

**Invoice # PL166013**

| Invoice Date | Terms |
|---|---|
| 07/14/2009 | NET 30 |

RECEIVED
JUL 2 0 2009
ACCOUNTING

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/03/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 230631 | 07/09/2009 | F-S-O |

| Description | Amount |
|---|---|

Original Transcript of SARAH BURGI

| | |
|---|---|
| ORIGINAL & 1 COPY | $ 258.00 |
| E-DEPO MULTI MEDIA CD | $ 30.00 |
| ORIGINAL & 1 HANDLING FEE | $ 20.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| HOLD ORIGINAL FEE | $ 15.00 |
| | $ 323.00 |
| DEL-STANDARD | $ 31.75 |
| | $ 31.75 |

Office: 01   Matter # 6097?
Matter Des: McINTOSH v. NCIR
Client Name: McINTOSH
Atty. Approval: JAT   Date: 7/20/09

F115

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.*
*CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.*

*THANK YOU FOR YOUR BUSINESS!*

Tax Number: 20-4667049

| Tax: | $ 0.00 |
|---|---|
| Amount Due: | $ 354.75 |
| Paid: | $ 0.00 |
| Balance Due : | $ 354.75 |
| Payment Due: | 08/13/2009 |
| After 08/28/2009 Pay This Amount: | $ 390.23 |

## Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL166013
Invoice Date: 07/14/2009
Balance: $ 354.75
Due Date: 08/13/2009
Late Date: 08/28/2009
Late Amount: $ 390.23

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

015 0000166013 07142009 8 000035475 4 08132009 08282009 2 000039023 10

311941

Page 1 of 2



**ESQUIRE**
an Alexander Gallo Company

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

2009 JUL 27 P 1:56

### Invoice # PL166593



| Invoice Date | Terms |
|---|---|
| 07/16/2009 | NET 30 |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

**RECEIVED**
**JUL 29 2009**
**ACCOUNTING**

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/02/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 233182 | 07/16/2009 | F-S-O |

| Description | Amount |
|---|---|

Original Transcript of STEPHEN WONG

| | |
|---|---|
| ORIGINAL & 1 COPY | $ 863.90 |
| EXHIBITS | $ 413.80 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| E-DEPO MULTI MEDIA CD | $ 30.00 |
| ORIGINAL & 1 HANDLING FEE | - $ 20.00 |
| | $ 1,327.70 |

Office: ___   Matter # 66971

Matter Des: McINTOSH V. NCWE

Client Name: McINTOSH

Atty. Approval: ___ Date: 7/27/09

#115

Original Transcript of TERRY SCHROEPFER

| | |
|---|---|
| ORIGINAL & 1 COPY | $ 530.00 |
| EXHIBITS | $ 24.90 |
| ORIGINAL & 1 HANDLING FEE | $ 20.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| HOLD ORIGINAL FEE | $ 15.00 |
| E-DEPO MULTI MEDIA CD | $ 30.00 |

### CONTINUED ON NEXT PAGE ...

Tax Number:  20-4667049

### Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL166593
Invoice Date: 07/16/2009
Balance: $ 1,999.35
Due Date: 08/15/2009
Late Date: 08/30/2009
Late Amount: $ 2,199.29

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card Number                                   Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

015 0000166593 07162009 9 000199935 7 08152009 08302009 1 000219929 87

3( 2331



**ESQUIRE**
an Alexander Gallo Company

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (661) 322-2202
Toll Free (800) 300-1214
Fax (866) 590-3205

www.esquiresolutions.com

2009 JUL 27 P 1:56

### Invoice # PL166593

| Invoice Date | Terms |
|---|---|
| 07/16/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/02/2009 | MCINTOSH, ROGER vs. NORTHERN CALIF | 233182 | 07/16/2009 | F-S-O |

| Description | Amount |
|---|---|
| Original Transcript of TERRY SCHROEPFER | $ 17.50 |
| OVERTIME APPEARANCE FEE | $ 637.40 |
| | |
| DEL-STANDARD | $ 34.25 |
| | $ 34.25 |

We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.
CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.

THANK YOU FOR YOUR BUSINESS!

Tax Number: 20-4667049

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,999.35 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 1,999.35** |
| **Payment Due:** | **08/15/2009** |
| After 08/30/2009 Pay This Amount: | $ 2,199.29 |

## Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL166593
Invoice Date: 07/16/2009
Balance: $ 1,999.35
Due Date: 08/15/2009
Late Date: 08/30/2009
Late Amount: $ 2,199.29

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

015 0000166593 07162009 9 000199935 7 08152009 08302009 1 000219929 87



**J.V. KILLINGSWORTH & ASSOCIATES**
CERTIFIED SHORTHAND REPORTERS

1422 OREGON STREET
REDDING, CALIFORNIA 96001
(530) 241-2224  (800) 995-0447
FAX (530) 241-5992

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 264417 | 09/15/2009 | 01-28424 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/11/2009 | ANDESH | 1:07-CV-01080- |

**CASE CAPTION**

McIntosh v Northern California Universal

JEFFREY A. TRAVIS, Esq.
Borton Petrini Law Offices
5060 California Avenue, Suite 700
Bakersfield, CA 93309



RECEIVED
SEP 24 2009
ACCOUNTING

**TERMS**

Due upon receipt

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Joshua Woodard

| | | |
|---|---|---|
| | 35 Pages | 127.75 |
| EXHIBITS | 57 Pages | 17.10 |
| REPORTER ATTENDANCE | | 60.00 |
| SHIPPING CHARGE | | 7.00 |
| RETURN ORIGINAL | | 7.00 |

TOTAL DUE >>>>   218.85

CONDENSED & WORD INDEX provided at no charge.
THANK YOU FOR THE WORK!!

Office **21**   Matter # **6097 1**

Matter Des: **McIntosh v NCUS**

Client Name: **Roger McIntosh**

Atty. Approval: **JN**   Date: **9/17/09**

**7 115**

TAX ID NO.: 94-2715214

(661) 322-3051   Fax (661) 322-4628

*Please detach bottom portion and return with payment.*

JEFFREY A. TRAVIS, Esq.
Borton Petrini Law Offices
5060 California Avenue, Suite 700
Bakersfield, CA 93309

| | | |
|---|---|---|
| Invoice No.: | 264417 |
| Date | : | 09/15/2009 |
| **TOTAL DUE** | : | **218.85** |

| | | |
|---|---|---|
| Job No. | : | 01-28424 |
| Case No. | : | 1:07-CV-01080-LJO-GSSA |
| | McIntosh v Northern California Unive |

Remit To:   **J.V. Killingsworth & Associates**
1422 Oregon Street
Redding, CA 96001

314712



Page 1 of 2

**ESQUIRE**

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (661) 322-2202
Toll Free (800) 875-5071
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # PL206581

| Invoice Date | Terms |
|---|---|
| 01/21/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjuster | |
| Claim Number | |

JEFFREY TRAVIS ,ESQ.
BORTON PETRINI, LLP - BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93909

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/07/2010 | MCINTOSH, ROGER vs. NORTHERN CALIF | 286597 | 01/20/2010 | UPS |

| Description | Amount |
|---|---|

Services Provided on 01/07/2010, JOE WU

| | |
|---|---|
| COMPLEX ORIGINAL & 1 CERTIFIED TRANSCRIPT/WORD INDEX (153 Pages) | $ 589.05 |
| EXHIBITS | $ 344.50 |
| ORIGINAL HANDLING FEE | $ 20.00 |
| CONDENSED TRANSCRIPT | $ 15.00 |
| APPEARANCE FEE HOURLY (4.50 Hours) | $ 135.00 |
| LITIGATION SUPPORT DISK | $ 30.00 |
| | $ 1,133.55 |
| | $ 33.00 |
| | $ 33.00 |

Office: _01_   Matter # _60971_

Matter Desc: McIntosh v. Northern California Universal Enterprises Co.

Client Name: McIntosh & Esq.

Atty. Approval: _____ Date: _____

F 115

DEL-STANDARD

**RECEIVED**

MAR 12 2010

**ACCOUNTING**

Tax Number: 20-4867049

**CONTINUED ON NEXT PAGE ...**

## Method of Payment

Company: Esquire - Bakersfield
Invoice Number: PL206581
Invoice Date: 01/21/2010
Balance: $ 1,199.55
Due Date: 02/20/2010
Late Date: 03/07/2010
Late Amount: $ 1,283.21

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 79509,   City of Industry CA 91716-9509

015 0000206581 01212010 5 000116655 0 02202010 03072010 6 000128321 99

320621



⊛ESQUIRE

**ESQUIRE**

an Alexander Gallo Company

Esquire - Bakersfield
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (661) 322-2202
Toll Free (800) 675-5071
Fax (866) 590-3205

www.esquiresolutions.com

**Invoice # PL206581**

| Invoice Date | Terms |
|---|---|
| 01/21/2010 | NET 30 |

JEFFREY TRAVIS ,ESQ,
BORTON PETRINI, LLP • BAKERSFIELD
SUITE 700
5060 CALIFORNIA AVENUE
BAKERSFIELD, CA 93309

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/07/2010 | MCINTOSH, ROGER vs. NORTHERN CALIF | 286397 | 01/20/2010 | UPS |

| Description | Amount |
|---|---|

RECEIVED

MAR 12

ACCOUNTING

Office: ___01___   Matter # _60971_

Matter Des: _McIntosh, Northern CA_

Client Name: _McIntosh & Assoc._

Atty. Approval: _JAT_   Date: ___

FEES/AND CHARGES TYPICALLY INCLUDE TRANSCRIPTIONS FEES, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT FILE, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
A surety is responsible for payment of all charges incurred
Payment due in 30 days
FOR PROMPT CREDIT, PLEASE INCLUDE YOUR INVOICE NUMBER ON CHECK.
CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.

Tax Number: 20-4667043

| | |
|---|---|
| Tax | $ 0.00 |
| Amount Due: | $ 1,166.55 |
| Paid: | $ 0.00 |
| Balance Due : | $ 1,166.55 |
| Payment Due: | 02/20/2010 |
| After 03/07/2010 Pay This Amount: | $ 1,283.21 |

═══════════════════════════════════════════

**Method of Payment**

Company: Esquire - Bakersfield
Invoice Number: PL206581
Invoice Date: 01/21/2010
Balance: $ 1,166.55
Due Date: 02/20/2010
Lite Date: 03/07/2010
Lite Amount $ 1,283.21

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized ☐☐☐☐☐

Credit Card Number ☐☐☐☐☐☐☐☐☐☐☐☐

Exp. Date ☐☐☐☐

☐ Check Enclosed
Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 79509,    City of Industry CA 91716-9509

015 0000206581 01212010 5 000116655 0 02202010 03072010 6 000128321 99

# EXHIBIT "D"

**LAW OFFICES OF**
**BORTON PETRINI, LLP**
Post Office Box 2026
1600 Truxtun Avenue
Bakersfield, CA 93303-2026
Phone (661) 322-3051

Wells Fargo
General Operating Account
5401 California Ave, Suite 200
Bakersfield, CA 93309

346227

11-24
7210(8)

**CHECK DATE**
05-28-2008

**CHECK AMOUNT**

$92.00*******

PAY**NINETY-TWO AND 00/100 Dollar

BORTON PETRINI, LLP

VOID AFTER 120 DAYS

PAY TO THE
ORDER OF

City of Wasco
Attn.: Vickie Hight
746 8th Street
Wasco, CA 93280

TWO SIGNATURES REQUIRED OVER $25,000.00

⑈346227⑈ ⑆121000248⑆ 4000 048314⑈          ⑈0000009200⑈

PAY TO THE ORDER OF
BANK OF AMERICA
WASCO, CA 93280
FOR DEPOSIT ONLY
CITY OF WASCO
0004060201

BANK OF AMERICA, N.A. LAC
#1229956315 E1934 04 18
06/03/08

6560210039

PAY TO THE ORDER OF
BANK OF AMERICA
WASCO, CA 93280
FOR DEPOSIT ONLY
CITY OF WASCO
0004060201

| Posting Date | Posting Account | Amount | Serial No. | Bank Reference No. | CD Volume |
|---|---|---|---|---|---|
| 6/4/2008 | 4000048314 | $92.00 | 346227 | 8840593154 | 20080630111801 |



**SERVICE CO. INC.**

1100 18th Street        I.D. #58-3064112
Bakersfield, CA 93301
PHONE (661) 327-2501
FAX (661) 327-9265
www.blueprintservice.net      INVOICE

SERVING KERN COUNTY SINCE 1954
• **BLUEPRINTS** •
• LARGE COPIOUS PROCESS CAMERA • XEROX COPIES •
• OCE 9000 PRINTER/PLOTTER/SCANNER • HP650C COLOR PLOTTER •
• DRAFTING • ENGINEERING SUPPLIES •
• COLOR COPIER • INKJET SUPPLIES & MEDIA •
• LARGE FORMAT COLOR PRINTER •
• LARGE COLOR SCANNER •

| DATE | NUMBER |
|------|--------|
| 02/23/10 | 690532 |

Time: 08:35:19

B
I   Borton Petrini, LLP
L   Suite 700, Stockdale Tower
    5060 California Avenue
T   Bakersfield  CA  93309
O

S   Borton Petrini, LLP
H   Suite 700, Stockdale Tower
I   5060 California Avenue
P   Bakersfield  CA  93309
T   (661)322-3051        UPS: 0
O   Ordered by: TOM KAPSTROM

Job name: MCINTOSH VS NORTHERN

TERMS:   Net 30 days

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER # | SALESPERSON | ORDER DATE |
|---------------|-------------|-----------|---------|-------------|------------|
| 107CV01080 LJO-WMW | Hold | 01649 | 581092 | Esteban | 02/22/10 |

| ORDERED | SHIPPED | BO | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---------|---------|----|------|-------------|-------------|-----------|--------|
| 1 | 1 | | EACH | BLU-TERRY | | 356.86 | 356.86 |
| | | | | 1ST BINDER J-1 THRU J-20 | | | |
| | | | | 2ND BINDER J-21 THRU J-52 | | | |
| | | | | 3RD BINDER J-53 THRU J-114 | | | |
| | | | | 4TH BINDER J-115 THRU J-132 | | | |
| | | | | MCINTOSH V NORTHERN ET AL | | | |

------------------ Notes ------------------

Tracking #: 23924

Office: __O1__   Matter # __60971__
Matter Des: __McIntosh v. Northern California Universal Enterprises Co.__
Client Name: __McIntosh & Associates__
Atty. Approval: _____   Date: _____

#124

THANK YOU FOR YOUR ORDER

Sale amount        356.86
         Tax        29.44

**RECEIVED**
MAR 12 2010
**ACCOUNTING**

Balance due        386.30

SIGNED BY: _____

The Purchaser Agrees to Pay a FINANCE CHARGE OF 1.5% PER MONTH which is an ANNUAL PERCENTAGE RATE OF 18%, if not Paid when Due, and all Costs of Collection, including a Reasonable Attorney's Fee.

320619

# Blueprint SERVICE CO. INC.

1100 18th Street
Bakersfield, CA 93301
PHONE (661) 327-2501
FAX (661) 327-9265
www.blueprintservice.net

I.D. # 95-3064112

**SERVING KERN COUNTY SINCE 1954**
• **BLUEPRINTS** •
• LARGE COPIOUS PROCESS CAMERA • XEROX COPIES •
• OCE 9800 PRINTER/PLOTTER/SCANNER • HP650C COLOR PLOTTER •
• DRAFTING • ENGINEERING SUPPLIES •
• COLOR COPIER • INKJET SUPPLIES & MEDIA •
• LARGE FORMAT COLOR PRINTER •
• LARGE COLOR SCANNER •

**INVOICE**

Time: 16:30:23

02/18/10    690302

BILL TO:
Borton Petrini, LLP
Suite 700, Stockdale Tower
5060 California Avenue
Bakersfield CA 93309

Job name: MCINTOSH

TERMS:  Net 30 days

SHIP TO:
Borton Petrini, LLP
Suite 700, Stockdale Tower
5060 California Avenue
Bakersfield CA 93309
(661)322-3051
Ordered by: TOM KAPSTROM

| CUSTOMER P.O. | | SHIPPED VIA | | | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|---|
| | | Delivery | 01649 | 580699 | Misty | 02/18/10 |

| | | | | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 1 | EACH | BPS-2 | PICKUP/DELIVERY BASE CHARGE | 7.75 | 7.75 |
| 2535 | 2535 | EACH | BPS-3010 | COPY 8.5 X 11 | 0.07 | 177.45 |
| 66 | 66 | EACH | BPS-3094 | 5 copies of 507 originals | 0.50 | 33.00 |
| 5 | 5 | EACH | BPS-3179 | TAB 8.5X11 PRINTED/BLANK/LABEL | 22.95 | 114.75 |
| | | | | VIEW BINDER SLANT 4" | | |

------ Notes ------

2/18/10 @ 320PM
HECTOR INSERTED EXHIBIT STICKERS
ON 8 PAGES AFTER TAB
EXCEPT TABS P106;P107;P109

Office: 01    Matter # 6097 1

Matter Des: McIntosh v. Ncue

Client Name: Koger McIntosh

Atty. Approval: _____    Date: _____

F102

THANK YOU FOR YOUR ORDER

RECEIVED
FEB 22 2010
ACCOUNTING

Sale amount        332.95

Tax        27.47

Balance due        360.42

BY: _Hector Soehr_

user agrees to Pay a FINANCE CHARGE of 1.5% PER MONTH which is an ANNUAL PERCENTAGE RATE OF 18%, if not Paid when Due, and all Costs of Collection, including a Reasonable Fee.

320 005



## *Lee's* Printing Center

4410 Easton Drive • Bakersfield, CA 93309
(661) 322-3450 • (800) 865-3326 • FAX (661) 327-9653
E-Mail: info@leesprintingcenter.com
• Federal Tax I.D. #95-2868382 •

**INVOICE**

97196

| CUSTOMER NO |
| --- |
| 1053 |

| SOLD TO | SHIP TO |
| --- | --- |
| Borton, Petrini & Conron<br>5060 California Ave. Ste 700<br>Bakersfield, CA<br>93309 | Borton, Petrini & Conron<br>Jeff / Cindi<br>5060 California Ave. Ste 700<br>Bakersfield, CA<br>93309 |

| INVOICE DATE | SHIP VIA | F.O.B. | PAYMENT TERMS |
| --- | --- | --- | --- |
| 02/08/10 | del | debbie | Fin.Chg of 1 1/2% net 30 days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALESPERSON | OUR ORDER NUMBER |
| --- | --- | --- | --- |
| MCINTOSH | | General Sale | |

| QTY ORDERED | QTY SHIPPED | QTY BO | ITEM NUMBER | DESCRIPTION | UNIT PRICE | DISC % | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 4336.00 | 4336.00 | 1 | | 8.5 x 11 ss copies | 0.07 | | 303.52 |

**RECEIVED** FEB 09 2010 **ACCOUNTING**

# 60971

**RECEIVED** FEB ᵃⁱ **ACCOUNTING**

Office O L   Matter # 60971

Matter Des: McIntosh v. Northern California Universal Enterprises Co.

Client Name: McIntosh & Associates

Atty. Approval: _____   Date: 2/17/10

F102

| | | | | Subtotal | 303.52 |
| --- | --- | --- | --- | --- | --- |
| | | Taxable | 303.52 | Freight | 5.00 |
| | | Non-Taxable | 5.00 | Sales Tax | 25.04 |
| | | | | **Total** | 333.56 |
| | | | | | 0.00 |
| | | | | | 333.56 |

319808

# Blueprint SERVICE CO. INC.

1100 18th Street   I.D. # 95-3064112
Bakersfield, CA  93301
PHONE (661) 327-2501
FAX (661) 327-9265
www.blueprintservice.net

SERVING KERN COUNTY SINCE 1954
• **BLUEPRINTS** •
• LARGE COPIOUS PROCESS CAMERA • XEROX COPIES •
• OCE 9800 PRINTER/PLOTTER/SCANNER • HP650C COLOR PLOTTER •
• DRAFTING • ENGINEERING SUPPLIES •
• COLOR COPIER • INKJET SUPPLIES & MEDIA •
• LARGE FORMAT COLOR PRINTER •
• LARGE COLOR SCANNER •

**INVOICE**

| DATE | NUMBER |
|------|--------|
| 10/06/09 | 679393 |

Time: 13:04:52

| B I L L T O | Borton, Petrini, & Conron<br>Suite 700, Stockdale Tower<br>5060 California Avenue<br>Bakersfield  CA  93309<br><br>Job name: 60971<br>Net 30 days | S H I P T O | Borton, Petrini, & Conron<br>Suite 700, Stockdale Tower<br>5060 California Avenue<br>Bakersfield  CA  93309<br>(661)322-3051<br>Ordered by: VANESSA |
|---|---|---|---|

TERMS:

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER # | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|
| | Wait | 01649 | 568087 | Stacy | 10/06/09 |

| ORDERED | SHIPPED | B O | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|
| | 1 | | EACH | BPS-11 | BASE CHARGE - OVER THE COUNTER | 0.00 | 0.00 | |
| 10.50 | 10.50 | | SQ. FT. | BPS-2120 | BOND DIGITAL | 0.18 | 1.89 | |
| | | | | | 1 set of 3(18x25) 10.5 sq ft | | | |
| 6.00 | 6.00 | | SQ. FT. | BPS-2120 | BOND DIGITAL | 0.18 | 1.08 | |
| | | | | | 1 set of 1(24x35) 6 sq ft | | | |

Office: _____   Matter # _____

Matter Des: _____

Client Name: _____

Atty. Approval: _____ Date: _____

*handwritten: CONES OF MAPS TOYOTO CONUCT WITH AEROS.*

RECEIVED
ACCOUNTING

THANK YOU FOR YOUR ORDER

*handwritten: 7102*

| | |
|---|---|
| Sale amount | 2.97 |
| Tax | 0.25 |
| Balance due | 3.22 |

SIGNED BY: _____

*handwritten: 31620*

The Purchaser Agrees to Pay a FINANCE CHARGE of 1.5% PER MONTH which is an ANNUAL PERCENTAGE RATE of 18%, if not Paid when Due, and all Costs of Collection, including a Reasonable Attorney's Fee.

SERVING KERN COUNTY SINCE 1954

# Blueprint SERVICE CO. INC.

**BLUEPRINTS** •
• LARGE COPIOUS PROCESS CAMERA • XEROX COPIES •
• OCE 9800 PRINTER/PLOTTER/SCANNER • HP650C COLOR PLOTTER •
• DRAFTING • ENGINEERING SUPPLIES •
• COLOR COPIER • INKJET SUPPLIES & MEDIA •
• LARGE FORMAT COLOR PRINTER •
• LARGE COLOR SCANNER •

1100 18th Street
I.D. # 95-3064112
Bakersfield, CA 93301
PHONE (661) 327-2501
FAX (661) 327-9265
www.blueprintservice.net

*LEAVE WHITE COPY*

INVOICE

| DATE | NUMBER |
|------|--------|
| 02/24/09 | 659584 |

Time: 11:40:16

**BILL TO**
Borton, Petrini, & Conron
Suite 700, Stockdale Tower
5060 California Avenue
Bakersfield  CA  93309
Job name: CD ROM

**SHIP TO**
Borton, Petrini, & Conron
Suite 700, Stockdale Tower
5060 California Avenue
Bakersfield  CA 93309
(661)322-3051
Ordered by: ROXANNE

TERMS: Net 30 days

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT | ORDER | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|
| | Delivery | 01649 | 544224 | Tanya | 02/24/09 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | EACH | BPS-6354 | WRITE TO CD INCLUDE DISK | 10.00 | 10.00 |
| 420 | 420 | | SQ. FT. | BPS-6310 | PLOTTING B/W BOND FR PLOT FILE | 0.18 | 75.60 |
| | | | | | 1 set of 70(24x36) 420 sq ft | | |
| 11 | 11 | | SQ. FT. | BPS-6310 | PLOTTING B/W BOND FR PLOT FILE | 0.18 | 1.98 |
| | | | | | 1 set of 1(18x88) 11 sq ft | | |

Office: _BYFLP_ Matter # _60971_

Matter Des: _McIntosh_

Client Name: _NCUE_

Atty. Approval _JA_   Date: _____

FEB 25 2009
ACCOUNTING

THANK YOU FOR YOUR ORDER

| | |
|---|---|
| Sale amount | 87.58 |
| Tax | 6.35 |
| Balance due | 93.93 |

SIGNED BY: _____

306797

The Purchaser Agrees to Pay a FINANCE CHARGE of 1.5% PER MONTH which is an ANNUAL PERCENTAGE RATE of 18%, if not Paid when Due, and all Costs of Collection, including a Reasonable Attorney's Fee.

# Project Status Detail Rpt.

Thursday, March 25, 2010

**McIntosh & Associates**          Transactions for 1/1/06 through 3/25/10          11:16:49 AM

| Show Unposted | | Total | |
|---|---|---|---|
| **Description** | **Labor Category** | **Hours** | **T&M** |

**Project Number: 092-022-017 Valley Rose Legal & research**

| | | | |
|---|---|---|---|
| Principal: | Roger McIntosh | Percent Compl: | Compensation: |
| Project Manager: | | Labor Pct Compl: | Consultant Fee: |
| Client: | Michael S. Brown | Expense Pct Compl: | Reimburs Allow: |
| Organization: | BU:01 | Start Date: 1/9/96 | |
| Status: | Active | Est Compl Date: | |
| Type: | Regular | | |
| Billing Type: | | | |
| Memo: | | | |

**Project Long Name: BROWN: Corporate - Valley Rose Legal & research**

**Phase Number: 000 Archived Phase**

| | | | |
|---|---|---|---|
| Principal: | Roger McIntosh | Percent Compl: | Compensation: |
| Project Manager: | | Labor Pct Compl: | Consultant Fee: |
| Client: | Michael S. Brown | Expense Pct Compl: | Reimburs Allow: |
| Organization: | BU:01 | Start Date: 1/9/96 | Budgeted OH Rate: |
| Status: | Inactive | Est Compl Date: | Multiplier/Amount: |
| Billing Type: | | Unit Table: 1 | Revenue Method: B |
| Memo: | | | |

**Phase Number: 001 Legal Research**

| | | | |
|---|---|---|---|
| Principal: | Roger McIntosh | Percent Compl: | Compensation: |
| Project Manager: | | Labor Pct Compl: | Consultant Fee: |
| Client: | Michael S. Brown | Expense Pct Compl: | Reimburs Allow: |
| Organization: | BU:01 | Start Date: 1/9/96 | Budgeted OH Rate: |
| Status: | Active | Est Compl Date: | Multiplier/Amount: |
| Billing Type: | | Unit Table: 1 | Revenue Method: B |
| Memo: | | | |

**Labor**

| | | | | | | Hours | T&M |
|---|---|---|---|---|---|---|---|
| 074 | B | 048 | Burdette, Kathy | 1/4/10 | SECRETARY | .30 | 16.80 |
| PICK UP FROM BORTON PETRINI.. VALLE ROSE APPRASIAL | | | | | | | |
| 074 | B | 048 | Burdette, Kathy | 2/12/10 | SECRETARY | .30 | 16.80 |
| DEL. TO BORTON PETRINI.. VALLEY ROSE PAVING DESIGN PHASE 1 | | | | | | | |
| 074 | B | 048 | Burdette, Kathy | 2/17/10 | SECRETARY | .60 | 33.60 |
| PICK-UP FROM BORTON PETRINI AND DEL TO JIM DELMARTER.. WONG DEPOSITION | | | | | | | |
| 074 | B | 048 | Burdette, Kathy | 2/25/10 | SECRETARY | .30 | 16.80 |
| DEL. TO JIM DELMARTER.. TR 5472 GRADING PLAN | | | | | | | |
| 074 | B | 048 | Burdette, Kathy | 2/26/10 | SECRETARY | .30 | 16.80 |
| DEL. TO JIM DELMARTER.. TR 5472 GRADING PLAN AND AERIAL | | | | | | | |
| 315 | B | 048 | Burdette, Kathy | 3/5/10 | SECRETARY | 1.20 | 67.20 |
| VALLEY ROSE LEGAL RESEARCH AND COPIES | | | | | | | |
| 006 | B | 058 | Clasen, Colleen | 3/3/10 | ADMINISTRATIVE ASSISTANT | .50 | 32.50 |
| Asst. RAM in Fresno w/finding printing co w/ability to reproduce. mount & deliver ASAP.  Follow through. | | | | | | | |
| 111 | B | 200 | Johnson, Ronald | 2/2/10 | SENIOR PROJECT MGR | .50 | 95.00 |
| overlay exhibits | | | | | | | |
| 111 | B | 200 | Johnson, Ronald | 2/8/10 | SENIOR PROJECT MGR | 4.50 | 855.00 |
| exhibits | | | | | | | |
| 111 | B | 200 | Johnson, Ronald | 2/18/10 | SENIOR PROJECT MGR | 1.50 | 285.00 |
| overly exhibits068-003-017 | | | | | | | |
| 111 | B | 200 | Johnson, Ronald | 2/22/10 | SENIOR PROJECT MGR | 3.00 | 570.00 |
| exhibits for trial | | | | | | | |
| 111 | B | 200 | Johnson, Ronald | 2/25/10 | SENIOR PROJECT MGR | 1.00 | 190.00 |
| exhibits for trial | | | | | | | |
| 111 | B | 200 | Johnson, Ronald | 2/26/10 | SENIOR PROJECT MGR | 1.00 | 190.00 |
| exhibits for trial | | | | | | | |
| 091 | B | 269 | Luttrell, Donna | 2/19/10 | AERIAL DRAFTER | 1.00 | 95.00 |
| VALLEY ROSE LEGAL-Michael S. Brown-Working with Scott Mavo on Display Boards. | | | | | | | |

| | | | | | | | Total | |
|---|---|---|---|---|---|---|---|---|
| Project Status Detail Rpt. | | | | Transactions for 1/1/06 through 3/25/10 | | *Thursday, March 25, 2010 - 11:16:49 AM* | | |

**Show Unposted**

| Description | | | | | Labor Category | | Hours | T&M |
|---|---|---|---|---|---|---|---|---|

**Project Number: 092-022-017 Valley Rose Legal & research (continued)**

**Phase Number: 001 Legal Research (continued)**

| Description | | | | | Labor Category | Hours | T&M |
|---|---|---|---|---|---|---|---|
| 091 | *B* | 269 | Luttrell, Donna | 2/25/10 | AERIAL DRAFTER | 4.00 | 380.00 |
| VALLEY ROSE LEGAL-Michael S. Brown-Per Ron Johnson-Preparing Display Boards for Court. | | | | | | | |
| 091 | *B* | 269 | Luttrell, Donna | 2/26/10 | AERIAL DRAFTER | 3.00 | 285.00 |
| VALLEY ROSE LEGAL-Michael S. Brown-Per Ron Johnson-Preparing Display Boards for Court. | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/4/10 | OFFICE ENGINEER | 7.50 | 982.50 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/5/10 | OFFICE ENGINEER | 5.00 | 655.00 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/8/10 | OFFICE ENGINEER | 8.70 | 1,139.70 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/9/10 | OFFICE ENGINEER | .50 | 65.50 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/11/10 | OFFICE ENGINEER | .40 | 52.40 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/12/10 | OFFICE ENGINEER | 2.00 | 262.00 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/16/10 | OFFICE ENGINEER | 1.00 | 131.00 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/18/10 | OFFICE ENGINEER | 5.50 | 720.50 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/19/10 | OFFICE ENGINEER | .50 | 65.50 |
| exhibits | | | | | | | |
| 111 | *B* | 315 | Mayo, Scott | 2/26/10 | OFFICE ENGINEER | .50 | 65.50 |
| plotting exhibits | | | | | | | |
| 318 | *B* | 329 | Mitchell, Patricia | 3/4/10 | PLANNER | .80 | 92.00 |
| Research for RAM | | | | | | | |
| 318 | *B* | 329 | Mitchell, Patricia | 3/5/10 | PLANNER | 2.00 | 230.00 |
| Research for RAM | | | | | | | |
| 318 | *B* | 329 | Mitchell, Patricia | 3/10/10 | PLANNER | 3.00 | 345.00 |
| Research and summary for RAM all Section 4 owners | | | | | | | |
| 318 | *B* | 329 | Mitchell, Patricia | 3/11/10 | PLANNER | 1.00 | 115.00 |
| Hardcopies for RAM back-up/scan and save to file/email to RAM | | | | | | | |
| 111 | *B* | 372 | Niz, Yelena | 2/3/10 | DRAFTSPERSON | 1.50 | 123.00 |
| Adobe Photoshop Exhibit | | | | | | | |
| 111 | *B* | 372 | Niz, Yelena | 2/4/10 | DRAFTSPERSON | 7.75 | 635.50 |
| Adobe Photoshop Exhibit | | | | | | | |
| 111 | *B* | 372 | Niz, Yelena | 2/5/10 | DRAFTSPERSON | 5.00 | 410.00 |
| Adobe Photoshop Exhibit | | | | | | | |
| 111 | *B* | 372 | Niz, Yelena | 2/8/10 | DRAFTSPERSON | 6.50 | 533.00 |
| Adobe Photoshop - Exhibits | | | | | | | |
| 111 | *B* | 372 | Niz, Yelena | 2/16/10 | DRAFTSPERSON | 1.50 | 123.00 |
| Adobe Photoshop | | | | | | | |
| 111 | *B* | 483 | Uy, Sanny | 3/1/10 | OFFICE ENGINEER | .50 | 65.50 |
| Prepare exhibit drawings for legal research. | | | | | | | |
| 111 | *B* | 483 | Uy, Sanny | 3/2/10 | OFFICE ENGINEER | 3.00 | 393.00 |
| Continued preparing exhibit dwg. for legal research. | | | | | | | |
| 074 | *F* | 048 | Burdette, Kathy | 4/7/09 | SECRETARY | .30 | 16.80 |
| PICK UP FROM BORTON PETRINI VALLEY ROSE CD | | | | | | | |
| 074 | *F* | 048 | Burdette, Kathy | 8/12/09 | SECRETARY | .30 | 16.80 |
| PICK UP FROM BORTON PETRINI VALLEY ROSE LEGAL DOCUMENTS | | | | | | | |
| 000 | *N* | 440 | Riley, Yvonne | 11/3/06 | ADMINISTRATIVE ASSISTANT | .10 | |
| 5 | | | | | | | |
| 074 | *X* | 048 | Burdette, Kathy | 4/17/08 | SECRETARY | 1.00 | 56.00 |
| PICK UP FROM CITY OF WASCO CD WITH TR 6451 AND TR 5472 INFORMATION | | | | | | | |
| 074 | *X* | 048 | Burdette, Kathy | 12/10/08 | SECRETARY | .20 | 11.20 |
| DEL. TO BORTON PETRINI VALLEY ROSE TENTATIVE TR MAPS 5472 AND 6451 | | | | | | | |
| 315 | *X* | 048 | Burdette, Kathy | 12/15/08 | SECRETARY | 2.00 | 112.00 |
| MAKING COPIES OF JOB FILES | | | | | | | |
| 315 | *X* | 048 | Burdette, Kathy | 12/16/08 | SECRETARY | 2.00 | 112.00 |
| MAKING COPIES OF VALLEY ROSE FILES | | | | | | | |

| Project Status Detail Rpt. | Transactions for 1/1/06 through 3/25/10 | Thursday, March 25, 2010 - 11:16:49 AM |
|---|---|---|

**Show Unposted**

| Description | | | | Labor Category | Total Hours | T&M |
|---|---|---|---|---|---|---|

Project Number: 092-022-017 Valley Rose Legal & research (continued)

Phase Number: 001 Legal Research (continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| 074 | X | 048 | Burdette, Kathy | 12/16/08 SECRETARY | .30 | 16 80 |
| DEL. TO DELMARTER & DEIFEL VALLEY ROSE APPROVED PLANS | | | | | | |
| 315 | X | 048 | Burdette, Kathy | 12/17/08 SECRETARY | 1.50 | 84.00 |
| MAKING COPIES OF VALLEY ROSE JOB FILES | | | | | | |
| 315 | X | 048 | Burdette, Kathy | 12/22/08 SECRETARY | 3.20 | 179.20 |
| MAKING COPIES OF VALLEY ROSE FILES | | | | | | |
| 074 | X | 048 | Burdette, Kathy | 12/30/08 SECRETARY | .30 | 16.80 |
| DEL. TO BORTON COPIES OF FILES REQUESTED FROM MR. HESSING | | | | | | |
| 074 | X | 048 | Burdette, Kathy | 1/12/09 SECRETARY | .30 | 16.80 |
| PICK UP FROM BORTON PETRINI VALLEY ROSE DOCUMENTS | | | | | | |
| 074 | X | 048 | Burdette, Kathy | 2/2/09 SECRETARY | .30 | 16.80 |
| DEL. TO BORTON PETRINI TRANSCRIPT OF 12-18-08 DEPOSITION | | | | | | |
| 074 | X | 048 | Burdette, Kathy | 2/18/09 SECRETARY | .30 | 16.80 |
| DEL. TO BORTON PETRINI TR 6451 SALES DETAIL AND ASSESSOR'S MAPS | | | | | | |
| 074 | X | 048 | Burdette, Kathy | 5/8/09 SECRETARY | .30 | 16.80 |
| DEL. TO BORTON,PETRINI & CONRON | | | | | | |
| 074 | X | 048 | Burdette, Kathy | 6/9/09 SECRETARY | .30 | 16.80 |
| DEL. TO BORTON PETRINI RESPONSES TO CITY OF WASCO | | | | | | |
| 315 | X | 180 | Green, Julie | 12/16/08 ADMINISTRATIVE ASSISTANT | 4.50 | 292.50 |
| Copy Billing files for Roger | | | | | | |
| 315 | X | 180 | Green, Julie | 12/17/08 ADMINISTRATIVE ASSISTANT | 4.50 | 292.50 |
| Copy billing files for Roger | | | | | | |
| 006 | X | 180 | Green, Julie | 12/22/08 ADMINISTRATIVE ASSISTANT | 4.00 | 260.00 |
| Copy Invoices | | | | | | |
| 315 | X | 180 | Green, Julie | 5/8/09 ADMINISTRATIVE ASSISTANT | .50 | 32.50 |
| Copies of infromation on Develoment Agreement to Jeff Travis | | | | | | |
| 006 | X | 180 | Green, Julie | 6/12/09 ADMINISTRATIVE ASSISTANT | 2.00 | 130.00 |
| Look for info on street names for Roger | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/3/09 PLANNER | 4.00 | 460.00 |
| Wasco Tr 6451 research | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/4/09 PLANNER | 3.80 | 437.00 |
| Research Tr 6451 | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/5/09 PLANNER | 2.00 | 230.00 |
| Finalize Tr 6451 Research and Spreadsheet | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/9/09 PLANNER | 1.20 | 138.00 |
| Wasco - research and calc profit column | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/10/09 PLANNER | 1.00 | 115.00 |
| Wasco - research and calc profit column | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/11/09 PLANNER | 2.30 | 264.50 |
| Wasco - research and calc profit column | | | | | | |
| 224 | X | 329 | Mitchell, Patricia | 2/18/09 PLANNER | 1.80 | 207.00 |
| Revisions to Wasco spreadsheet per RAM/copy for file | | | | | | |
| Total for Labor | | | | | 131.45 | 13,914.70 |

Expenses

Direct Expenses

Consultants

623-00 Misc. Direct Expense

| | | | | | |
|---|---|---|---|---|---|
| B | AP | 00005771 | 11/30/09 | Invoice: 586393, 11/30/09 / Borton, Petrini & Conron, LLP, The Law O / 5816 Valley Rose Estates | 196.00 *Cost re* |
| B | AP | 00006181 | 2/28/10 | Invoice: 588133, 2/28/10 / Borton, Petrini & Conron, LLP, The Law O / vs Norther Calfornia Universal Ent | 23,599.99 *figure from Borton Petrini* |
| B | AP | 00006191 | 3/18/10 | Invoice: 2-24, 3/2/10 / Delmarter and Deifel / Expert Witness vs Northern California | 4,280.70 |
| B | AP | 00006201 | 3/19/10 | Invoice: 17292-10, 2/25/10 / Merati Economic Group, Inc / v City of Wasco | 20,540.00 |
| B | AP | 00006193 | 3/18/10 | Invoice: 17292-2, 3/5/10 / Merati Economic Group, Inc / vs City of Wasco | 11,760.00 |
| F | AP | 00000303 | 2/14/07 | Invoice: 606991, 1/31/07 / Goodwin Proctor LLP | 6,861.85 *refunded.* |
| F | AP | 00000444 | 3/16/07 | Invoice: 613563, 3/7/07 / Goodwin Proctor LLP / Legal Fees | 4,614.72 |

**Project Status Detail Rpt.**   Transactions for 1/1/06 through 3/25/10   Thursday, March 25, 2010 - 11:16:49 AM

| Show Unposted Description | | | Labor Category | Total Hours | T&M |
|---|---|---|---|---|---|

Project Number: 092-022-017 Valley Rose Legal & research (continued)
Phase Number: 001 Legal Research (continued)

| | | | | | |
|---|---|---|---|---|---|
| F | JE 00070214 | 2/28/07 | / To reclassify Goodwin to actual @ 2/07 / Misc direct expense | | ‹460.00› |
| N | HE 00000000 | 11/3/06 | / / Airbills | | 30.00 |
| X | AP 00001070 | 5/1/07 | Invoice: 620685, 5/1/07 / Goodwin Proctor LLP / Svcs thru 3/31/07 for client #122375 | | ‹5,393.71› |
| X | AP 00001071 | 5/16/07 | Invoice: 625338, 5/16/07 / Goodwin Proctor LLP / Svcs thru 4/30/07 for client# 122375 | | ‹320.58› |
| X | AP 00001098 | 6/13/07 | Invoice: 629907, 6/13/07 / Goodwin Proctor LLP / Thru 5/31/07 | | ‹578.69› |
| X | AP 00001293 | 7/19/07 | Invoice: 636969, 7/19/07 / Goodwin Proctor LLP / Thru 6/30/07 | | ‹2,056.70› |
| X | AP 00001507 | 8/16/07 | Invoice: 642912, 8/16/07 / Goodwin Proctor LLP / City of Wasco Purchase of Real Property | | ‹4,758.80› |
| X | AP 00001686 | 9/16/07 | Invoice: 646725, 9/16/07 / Goodwin Proctor LLP / City of Wasco | | ‹4,772.87› |
| X | AP 00002386 | 12/17/07 | Invoice: 659171, 12/17/07 / Vendor-- Not on File / Goodwin/Procter - legal | | ‹8,906.23› |
| X | AP 00003211 | 4/1/08 | Invoice: 4/1/08, 4/1/08 / Vendor-- Not on File / City of Wasco-Documents | | 2.00 |
| | Total for 523-00 | | | | 99,132.84 |
| | Total for Consultants | | | | 99,132.84 |
| | Total for Direct Expenses | | | | 99,132.84 |

Reimbursable Expenses
Consultants

523-00 Misc Reimbursables Expense

| | | | | | |
|---|---|---|---|---|---|
| B | UN 00000029 | 1/4/10 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | 1.95 |
| B | UN 00000060 | 2/12/10 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | 1.95 |
| B | UN 00000093 | 2/17/10 | Mileage / / 8.0 Mileage @ 0 | 8.0 Mileage @ 0.65 | 5.20 |
| B | UN 00000124 | 2/25/10 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | 1.95 |
| F | UN 00000093 | 4/7/09 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | 1.95 |
| F | UN 00000068 | 8/12/09 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | 1.95 |
| N | HE 00000000 | 11/3/06 | / / Airbills | | 30.00 |
| X | UN 00000161 | 4/17/08 | Mileage / / 40.0 Mileage @ 0 | 40.0 Mileage @ 0.65 | 26.00 |
| X | UN 00000067 | 12/10/08 | Mileage / / 2.0 Mileage @ 0 | 2.0 Mileage @ 0.65 | 1.30 |
| X | UN 00000121 | 12/16/08 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | 1.95 |
| X | UN 00000053 | 12/30/08 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | 1.95 |
| X | UN 00000128 | 1/12/09 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | 1.95 |
| X | UN 00000026 | 2/2/09 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | 1.95 |
| X | UN 00000080 | 2/18/09 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | 1.95 |
| X | UN 00000041 | 5/8/09 | Mileage / / 2.5 Mileage @ 0 | 2.5 Mileage @ 0.65 | 1.63 |
| X | UN 00000020 | 6/9/09 | Mileage / / 3.0 Mileage @ 0 | 3.0 Mileage @ 0.65 | 1.95 |
| | Total for 523-00 | | | | 85.58 |

526-00 Reproduction / Bluelines

| | | | | | |
|---|---|---|---|---|---|
| B | AP 00006105 | 3/4/10 | Invoice: 690222, 2/18/10 / Blueprint Services Co. | | 43.15 |
| B | AP 00006106 | 3/4/10 | Invoice: 690373, 2/19/10 / Blueprint Services Co. | | 260.39 |
| B | AP 00006111 | 3/4/10 | Invoice: 690980, 2/26/10 / Blueprint Services Co. | | 97.53 |
| X | UN 00000006 | 12/16/08 | Blueline/Repro D-Bond / / 116.0 D-Bonds @ 0 | 116.0 D-Bonds @ 1.50 | 174.00 |
| X | UN 00000006 | 12/16/08 | B&W Copies-Letter / / 893.0 Copies @ 0 | 893.0 Copies @ 0.16 | 142.88 |
| X | UN 00000006 | 12/17/08 | B&W Copies-Letter / / 168.0 Copies @ 0 | 168.0 Copies @ 0.16 | 26.88 |
| X | UN 00000006 | 12/23/08 | B&W Copies-Letter / / 5,466.0 Copies @ 0 | 5,466.0 Copies | 874.56 |
| X | UN 00000066 | 1/12/09 | B&W Copies-Letter / / 16.0 Copies @ 0 | 16.0 Copies @ 0.16 | 2.56 |
| X | UN 00000020 | 2/9/09 | B&W Copies-Letter / / 316.0 Copies @ 0 | 316.0 Copies @ 0.16 | 50.56 |
| X | UN 00000094 | 2/21/09 | B&W Copies-Letter / / 9.0 Copies @ 0 | 9.0 Copies @ 0.16 | 1.44 |

**Project Status Detail Rpt.**     Transactions for 1/1/06 through 3/25/10     *Thursday, March 25, 2010 - 11:16:50 AM*

| Show Unposted | | | | | Total | |
|---|---|---|---|---|---|---|
| Description | | | Labor Category | | Hours | T&M |

Project Number: 092-022-017 Valley Rose Legal & research (continued)
Phase Number: 001 Legal Research (continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| X | UN 00000072 | 5/15/09 | B&W Copies-Letter / / 222.0 Copies @ 0 | 222.0 Copies @ 0.16 | | 35.52 |
| X | UN 00000153 | 5/29/09 | B&W Copies-Letter / / 448.0 Copies @ 0 | 448.0 Copies @ 0.16 | | 71.68 |
| X | UN 00000036 | 6/22/09 | B&W Copies-Letter / / 192.0 Copies @ 0 | 192.0 Copies @ 0.16 | | 30.72 |
| | Total for 526-00 | | | | | 1,811.87 |
| | 529-00 Office Equipment | | | | | |
| B | UN 00000023 | 2/4/10 | Computer / / 7.5 Computers @ 0 | 7.5 Computers | | 285.00 |
| B | UN 00000023 | 2/5/10 | Computer / / 5.0 Computers @ 0 | 5.0 Computers | | 190.00 |
| B | UN 00000093 | 2/19/10 | Computer / / 1.0 Computer @ 0 | 1.0 Computer @ 38.00 | | 38.00 |
| B | UN 00000041 | 3/1/10 | Computer / / 0.5 Computers @ 0 | 0.5 Computers | | 19.00 |
| B | UN 00000041 | 3/2/10 | Computer / / 3.0 Computers @ 0 | 3.0 Computers | | 114.00 |
| | Total for 529-00 | | | | | 646.00 |
| | Total for  Consultants | | | | | 2,543.45 |
| | Total for Reimbursable Expenses | | | | | 2,543.45 |
| Total for Expenses | | | | | | 101,676.29 |
| Total for 001 | | | | | 131.45 | 115,690.99 |
| | Total for BROWN: Corporate - Valley Rose Legal | | | | 131.45 | 115,590.99 |
| Total for 092-022-017 | | | | | 131.45 | 115,590.99 |

---

*v5.1.8 (JKINDIG) - Cost and Billing Selected By: Projects, Phases with Job-to-Date Activity*

Case 1:07-cv-01080-LJO-GSA   Document 405   Filed 07/27/10   Page 61 of 61

**OPEN**

<u>View Billing Statements</u>

CARD ACTIVITY for ROGER A MC INTOSH     TIME PERIOD

Business Gold Card 52004 (All Cards)     Current Statement     Feb 22, 2010 to Mar 24, 2010

<u>View Tutorial</u> <u>Download</u> <u>Print</u>  <u>Year-End Summary</u>

NARROW RESULTS

Search Transactions          <u>Other Filters</u>

TRANSACTION DETAILS | VIEW BY:     <u>CATEGORY</u>  <u>MERCHANT</u>  <u>CARDMEMBER</u>   <u>DUE IN FULL/FLEXIBLE</u>

GRAPH ON

1 - 30 of 30 Transactions

| | Date | Description | Cardmember | Amount $ |
|---|---|---|---|---|
| ☐ | _03/20/2010 | Sat ▓▓▓▓▓▓ 6847 BAKERSFIELD | ROGER A MC INTOSH ▓▓ | |
| ☐ | _03/20/2010 | Sat ▓▓▓▓▓▓ #1050 BAKERSFIELD | ROGER A MC INTOSH ▓▓ | |
| ☐ | _03/18/2010 | Thu ▓▓▓▓▓▓ 143 TN BAKERSFIELD | ROGER A MC INTOSH ▓▓ | |
| ☐ | _03/17/2010 | We ▓▓▓▓▓S 22650-591-4707 | ROGER A MC INTOSH ▓▓ | |
| ☐ | _03/13/2010 | Sat ▓▓▓▓▓ 6 STINGSCOTTSDALE | ROGER A MC INTOSH ▓▓ | |
| ☐ | _03/12/2010 | Fri  5% OPEN Savings at Courtyard by Marriott | ROGER A MC INTOSH | -8.35 |
| ☐ | _03/12/2010 | Fri ▓▓▓▓▓▓. WWW.DELL.COM | ROGER A MC INTOSH ▓▓ | |
| ☐ | _03/11/2010 | Thu  5% OPEN Savings at Courtyard by Marriott | ROGER A MC INTOSH | -21.64 |
| ☐ | _03/10/2010 | Wed COURTYRD-2 1J2 FRESNO | ROGER A MC INTOSH | 166.96 |
| ☐ | _03/10/2010 | We ▓▓▓▓▓ THANK YOU | ROGER A MC INTOSH ▓▓ | |
| ☐ | _03/09/2010 | Tue BJS RESTAURANTS 435 FRESNO | ROGER A MC INTOSH | 108.66 |
| ☐ | _03/09/2010 | Tue COURTYRD-2 1J2 FRESNO | ROGER A MC INTOSH | 432.70 |
| ☐ | _03/07/2010 | Su ▓▓▓▓▓▓ 6364 | ROGER A MC INTOSH ▓▓ | |
| ☐ | _03/07/2010 | Sun SHELL OIL 5744109190 BAKERSFIELD | ROGER A MC INTOSH | 62.60 |
| ☐ | _03/06/2010 | Sat  5% OPEN Savings at Courtyard by Marriott | ROGER A MC INTOSH | -32.58 |
| ☐ | _03/04/2010 | Thu COURTYRD-2 1J2 FRESNO | ROGER A MC INTOSH | 651.52 |
| ☐ | _03/03/2010 | Wed FRESNO REPROGRAPHICS FRESNO | ROGER A MC INTOSH | 76.01 |
| ☐ | _03/02/2010 | T ▓▓▓▓▓ N BAKERSFIELD | ROGER A MC INTOSH ▓▓ | |
| ☐ | _03/01/2010 | Mon SILVER DOLLAR FRESNO | ROGER A MC INTOSH | 35.89 |
| ☐ | 02/28/2010 | Sun Can Thru Evennic O Bakarsfiald | ROGER A MC INTOSH | 9.00 |

*(handwritten)* VRE expenses since 2-22

*(handwritten adding machine tape)*

```
 >  >  >  >  > > > > > ? ? ?

        `0·00  *

        8·35 -
       21·64  -
      166·96  +
      108·66  +
      432·70  +
       62·60  +
       32·58  -
      651·52  +
       76·01  +
       35·89  +

  010
   X     1,471·77  *
```