# Exhibit "A"

609U

vja

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
1600 Truxtun Avenue
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051

Attorneys for Plaintiff, Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

|  |  |
|---|---|
| ROGER McINTOSH,<br><br>              Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL<br>ENTERPRISES COMPANY, et al,<br><br>              Defendants. | Case No.  107CV 01080 LJO-WMW<br><br>REQUESTS FOR ADMISSION (SET NO.<br>ONE) TO LOTUS DEVELOPMENTS,<br>LLC |

PROPOUNDING PARTY     :     PLAINTIFF ROGER MCINTOSH

RESPONDING PARTY     :     DEFENDANT LOTUS DEVELOPMENTS, LLC

SET NO.     :     ONE (1)

**PRELIMINARY STATEMENT**

        Plaintiff, Roger McIntosh, requests defendant Lotus Developments, LLC ("Lotus")

respond  within 30 days of this request to admit the following:

/ / /

/ / /

/ / /

1  **REQUEST FOR ADMISSION NO. 1**:

2         Admit that you had Tentative Tract Map No. 6451 (a copy of which is attached to this

3  request as Exhibit "1," Bates No. BP001314) prepared by Dewalt CM, Inc., also known as Dewalt

4  Corporation  ("Dewalt").

5  **REQUEST FOR ADMISSION NO. 2**:

6         Admit that you had Vesting Tentative Tract Map No. 6451 (a copy of which is

7  attached to this request as Exhibit "2," and previously produced as BP000155 and A01918) prepared

8  by Dewalt.

9  **REQUEST FOR ADMISSION NO. 3**:

10         Admit that the 6451 Tentative and Final Maps include the same lot numbering as

11  Tentative Map No. 5472.

12  **REQUEST FOR ADMISSION NO. 4**:

13         Admit that, except for the street formerly named as "Olympic Close" on Tentative

14  Map No. 5472, the 6451 Tentative and Final Maps include the same street names as Tentative Map

15  No. 5472.

16  **REQUEST FOR ADMISSION NO. 5**:

17         Admit that the 6451 Tentative and Final Maps include the same parcel boundaries

18  as Tentative Map No. 5472.

19  **REQUEST FOR ADMISSION NO. 6**:

20         Admit that the 6451 Tentative and Final Maps include the same lot boundaries as

21  Tentative Map No. 5472.

22  **REQUEST FOR ADMISSION NO. 7**:

23         Admit that the 6451 Tentative and Final Maps include the same subdivision design

24  as Tentative Map No. 5472.

25  **REQUEST FOR ADMISSION NO. 8**:

26         Admit that the 6451 Tentative and Final Maps are substantially similar to Tentative

27  Map No. 5472.

28  **REQUEST FOR ADMISSION NO. 9**:

1   Admit that you had the authority to stop the preparation of Tentative Map No. 6451

2   any time prior to its acceptance by the City of Wasco.

3   **REQUEST FOR ADMISSION NO. 10**:

4   Admit that you wanted the improvement plans prepared by Martin-McIntosh to

5   complete repairs for the Valley Rose Estates subdivision.

6   **REQUEST FOR ADMISSION NO. 11**:

7   Admit that the improvement plans for Tract No. 6451 are the improvement plans

8   prepared by Martin-McIntosh for Tract No. 5472.

9   **REQUEST FOR ADMISSION NO. 12**:

10   Admit that you received from the City of Wasco improvement plans prepared by

11   Martin-McIntosh for completing repairs to the Valley Rose Estates subdivision.

12   **REQUEST FOR ADMISSION NO. 13**:

13   Admit that you received improvement plans prepared by Martin-McIntosh from the

14   City of Wasco.

15   **REQUEST FOR ADMISSION NO. 14**:

16   Admit that you received improvement plans prepared by Martin-McIntosh from

17   Dewalt.

18   **REQUEST FOR ADMISSION NO. 15**:

19   Admit that you knew previous Tentative Map No. 5472 had expired.

20   **REQUEST FOR ADMISSION NO. 16**:

21   Admit that you knew Tentative Map No. 6451 replaced expired Tentative Map No.

22   5472.

23   **REQUEST FOR ADMISSION NO. 17**:

24   Admit that you called Roger McIntosh to inquire about the pump station design for

25   the Valley Rose Estates subdivision.

26   **REQUEST FOR ADMISSION NO. 18**:

27   Admit that you called Roger McIntosh to discuss re-processing Tract No. 5472.

28   **REQUEST FOR ADMISSION NO. 19**:

1    Admit that your purpose in developing Tract No. 6451 was to make a profit on the

2    sale of homes built on the lots on that tract.

3    **REQUEST FOR ADMISSION NO. 20**:

4    Admit that Roger McIntosh asked you to pay money to him for the use of his

5    improvement plans.

6    **REQUEST FOR ADMISSION NO. 21**:

7    Admit that you have not paid Roger McIntosh for the improvement plans for the

8    Valley Rose Estates subdivision.

9    **REQUEST FOR ADMISSION NO. 22**:

10    Admit that Northern California Universal Enterprises Company was the developer

11    of Tract No. 6451.

12    **REQUEST FOR ADMISSION NO. 23**:

13    Admit that Lotus Developments, LP was the developer of Tract No. 6451.

14    **REQUEST FOR ADMISSION NO. 24**:

15    Admit that Tentative Map No. 6451 for the Valley Rose Estates subdivision replaced

16    expired Tentative Map No. 5472.

17    **REQUEST FOR ADMISSION NO. 25**:

18    Admit that Tentative Map No. 6451 is a portion of the southeast quarter of southwest

19    quarter of Section 4, Township 27 South, Range 24 East, Mt. Diablo base and meridian, City of

20    Wasco.

21    **REQUEST FOR ADMISSION NO. 26**:

22    Admit that Tentative Map No. 6451 comprises a subdivision with a road named St.

23    Andrews Crescent intersecting Valley Rose Parkway, Olympic Court (formerly Olympic Close) and

24    Pebble Beach Way.

25    **REQUEST FOR ADMISSION NO. 27**:

26    Admit that Tentative Map No. 6451 contains consecutively numbered lots from 1 to

27    68.

28

**REQUEST FOR ADMISSION NO. 28**:

Admit that the Tentative Map No. 5472 contains consecutively numbered lots from 1 to 68.

**REQUEST FOR ADMISSION NO. 29**:

Admit that the "Associative Approved Improvement Plans" referenced in the "Notes" section of Tentative Map No. 6451 refers to the improvement plans prepared by Martin-McIntosh.

**REQUEST FOR ADMISSION NO. 30**:

Admit that the numbered lots on the Wall Improvement Plans (Nos. BP000452-BP000456) refers to the buildable lots on Tentative Map No. 6451.

**REQUEST FOR ADMISSION NO. 31**:

Admit that the numbered lots on the Wall Improvement Plans (Plaintiff's Bates Nos. BP000452-BP000456) refers to the lots on Tentative Map No. 5472.

**REQUEST FOR ADMISSION NO. 32**:

Admit that Tentative Map No. 6451 has three places on the Tentative Map that are referred to as "Designated Remainder" and which refer to the same portion(s) of land on Tentative Map No. 5472 referenced as "Not a Part".

**REQUEST FOR ADMISSION NO. 33**:

Admit that you were granted a $25,000 Zone of Benefit credit for installing a power generator at the wastewater lift station at the Valley Rose Estates.

**REQUEST FOR ADMISSION NO. 34**:

Admit that you obtained an appraisal for the Valley Rose Estates which enabled you to get a loan to purchase the Valley Rose Estates golf course.

DATED:  December 2̲4̲ , 2008

BORTON PETRINI, LLP

By: _____
Jeffrey A. Travis, Attorney for Plaintiff,
Roger McIntosh

**PROOF OF SERVICE (FRCP Rule No. 5)**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1600 Truxtun Avenue, Bakersfield, California 93301.

On **December** _29_ , **2008**, I served the foregoing document described as **REQUESTS FOR ADMISSION (SET NO. ONE) TO LOTUS DEVELOPMENTS, LLC** on the other parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>**Law Offices of Steven J. Hassing**<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:    916/677-1776 |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |

**BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below; and

**BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.:

Executed on **December** _29_ , **2008**, at **Bakersfield**, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
**Gina Pomato**
Type or Print Name

_____
Signature

Exhibit "1"



TENTATIVE TRACT MAP NO. 6451

TENTATIVE TRACT NO. 6451
CITY OF WASCO, CALIFORNIA

DEWALT Corporation

SHEET 1

BP001314

Exhibit "2"

BP000155

A 01918



## VERIFICATION

I, the undersigned, declare:

I am president of Northern California Universal Enterprise Company, the general partner of Lotus Developments, LP which is a party to the action herein and I have read the foregoing responses to Plaintiff, Roger McIntosh's Requests for Admissions – set one above and know the contents thereof.  The same are true of my own knowledge, except as to those matters therein stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Date:                                                                          5/13/09

                          Joe Wu

# Exhibit "B"

06097

Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendants, Northern California Universal Enterprise Company and Lotus Developments*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH, | No. 1:07-CV-01080-LJO-GSA |
| Plaintiff(s); | **DEFENDANT, LOTUS DEVELOPMENTS, LP'S RESPONSE TO ROGER MCINTOSH'S REQUEST FOR ADMISSIONS** |
| v. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL., | **SET ONE** |
| Defendant(s). | |

PROPOUNDING PARTY:            PLAINTIFF ROGER MCINTOSH

RESPONDING PARTY:            Defendant, LOTUS DEVELOPMENTS, LP

SET NO.            ONE

      Defendant, Lotus Development, LP responds to Roger McIntosh's Request for Admissions, Set One as follows:

///

///

///

**REQUEST FOR ADMISSION NO. 1:**

Admit that you had Tentative Tract Map No. 6451 (a copy of which is attached to this request as Exhibit "1," Bates No. BP001314) prepared by Dewalt CM, Inc., also know as Dewalt Corporation ("Dewalt").

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 2:**

Admit that you had Vesting Tentative Tract Map No. 6451 (a copy of which is attached to this request as Exhibit "2," and previously produced as BP000155 and A01918) prepared by Dewalt.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 3:**

Admit that the 6451 Tentative and Final Maps include the same lot numbering as Tentative Map No. 5472.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 4:**

Admit that, except for the street formerly named as "Olympic Close" on Tentative Map No. 5472, the 6451 Tentative and Final Maps include the same street names as Tentative Map No. 5472.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 5:**

Admit that the 6451 Tentative and Final Maps include the same parcel boundaries as Tentative Map No. 5472.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 6:**

Admit that the 6451 Tentative and Final Maps include the same lot boundaries as Tentative Map No. 5472.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 7:**

Admit that the 6451 Tentative and Final Maps include the same subdivision design as Tentative Map No. 5472.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 8:**

Admit that the 6451 Tentative and Final Maps are substantially similar to Tentative Map No. 5472.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 9:**

Admit that you had the authority to stop the preparation of Tentative Map No. 6451 any time prior to its acceptance by the City of Wasco.

**RESPONSE**

Denied.

**REQUEST FOR ADMISSION NO. 10:**

Admit that you wanted the improvement plans prepared by Martin-McIntosh to complete repairs for the Valley Rose Estates subdivision.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 11:**

Admit that the improvement plans for Tract No. 6451 are the improvement plans prepared by Martin-McIntosh for Tract No. 5472.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 12:**

Admit that you received from the City of Wasco improvement plans prepared by Martin-McIntosh for completing repairs to the Valley Rose Estates subdivision.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 13:**

Admit that you received improvement plans prepared by Martin-McIntosh from the City of Wasco.

**RESPONSE**

Denied

///

**REQUEST FOR ADMISSION NO. 14:**

Admit that you received improvement plans prepared by Martin-McIntosh from Dewalt.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 15:**

Admit that you knew previous Tentative Map No. 5472 had expired.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 16:**

Admit that you knew Tentative Map No. 6451 replaced expired Tentative Map No. 5472.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 17:**

Admit that you called Roger McIntosh to inquire about the pump station design for the

Valley Rose Estates subdivision.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 18:**

Admit that you called Roger McIntosh to discuss re-processing Tract No. 5472.

**RESPONSE**

Denied

///

///

**REQUEST FOR ADMISSION NO. 19:**

Admit that your purpose in developing Tract No. 6451 was to make a profit on the sale of homes built on the lots on that tract.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 20:**

Admit that Roger McIntosh asked you to pay money to him for the use of his improvement plans.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 21:**

Admit that you have not paid Roger McIntosh for the improvement plans for the Valley Rose Estates subdivision.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 22:**

Admit that Northern California Universal Enterprises Company was the developer of Tract No. 6451.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 23:**

Admit that Lotus Developments, LP was the developer of Tract No. 6451.

///

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 24:**

Admit that Tentative Map No. 6451 for the Valley Rose Estates subdivision replaced expired Tentative Map No. 5472.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 25:**

Admit that Tentative Map No. 6451 is a portion of the southeast quarter of southwest quarter of Section 4, Township 27 South, Range 24 East, Mt. Diablo base and meridian, City of Wasco.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 26:**

Admit that Tentative Map No. 6451 comprises a subdivision with a road named St. Andrews Crescent intersecting Valley Rose Parkway, Olympic Court (formerly Olympic Close) and Pebble Beach Way.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 27:**

Admit that Tentative Map No. 6451 contains consecutively numbered lots from 1 to 68.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 28:**

Admit that the Tentative Map No. 5472 contains consecutively numbered lots from 1 to 68.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 29:**

Admit that the "Associative Approved Improvement Plans" referenced in the "Notes" section of Tentative Map No. 6451 refers to the improvement plans prepared by Martin-McIntosh.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 30:**

Admit that the numbered lots on the Wall Improvement Plans (Nos. BP000452-BP000456) refers to the buildable lots on Tentative Map No. 6451.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 31:**

Admit that the numbered lots on the Wall Improvement Plans (Plaintiff's Bates Nos. BP000452-BP000456) refers to the lots on Tentative Map No. 5472.

**RESPONSE**

Denied

///

///

**REQUEST FOR ADMISSION NO. 32:**

Admit that Tentative Map No. 6451 has three places on the Tentative Map that are referred to as "Designated Remainder" and which refer to the same portion(s) of land on Tentative Map No. 5472 referenced as "Not a Part".

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 33:**

Admit that you were granted a $25,000 Zone of Benefit credit for installing a power generator at the wastewater lift station at the Valley Rose Estates.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 34:**

Admit that you obtained an appraisal for the Valley Rose Estates which enabled you to get a loan to purchase the Valley Rose Estates golf course.

**RESPONSE**

Denied

Dated this 30th day of January, 2009

Steven J Hassing, Attorney
for defendants

**PROOF OF SERVICE**

**Case No. 1:07-CV-01080-LJO-GSA**

I, the undersigned, declare:

I am employed in the County of Placer, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 425 Calabria Court, Roseville, CA 95747. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 2, 2009 I served the foregoing described as:

**DEFENDANT, LOTUS DEVELOPMENTS, LP'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE**

on the parties in this action.

___ placing an original or true copy thereof enclosed in a sealed envelope with postage fully prepaid, placed for collection and mailing in Roseville, California, on said date, following ordinary business practice, and addressed as follows:

XX   by hand delivery to:

Jeffrey A. Travis
Borton Petrini, LLP
5001 E. Commercenter Drive, Suite 170
Bakersfield 93309

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
5001 E. Commercenter Drive, Suite 170
Bakersfield 93309

___   Emailed to:   James Braze @jbraze@bortonpetrini.com and
Chaka Okadigbo @cokadigbo@gcrlegal.com

___   Overnight service via UPS to:

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 2, 2009.

_____
Steven J. Hassing

PROOF OF SERVICE - 1

# Exhibit "C"

vja

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   1600 Truxtun Avenue
3  Post Office Box 2026
   Bakersfield, CA 93303
4  Telephone (661) 322-3051

5  Attorneys for Plaintiff, Roger McIntosh

6

7

8              UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  ROGER McINTOSH,                    | Case No.  107CV 01080 LJO-WMW
12            Plaintiff,               | REQUESTS FOR ADMISSION (SET NO.
                                       | ONE) TO NORTHERN CALIFORNIA
13  v.                                 | UNIVERSAL ENTERPRISES COMPANY
14  NORTHERN CALIFORNIA UNIVERSAL
    ENTERPRISES COMPANY, et al,
15
              Defendants.
16

17

18  PROPOUNDING PARTY    :    PLAINTIFF ROGER MCINTOSH

19  RESPONDING PARTY     :    DEFENDANT NORTHERN CALIFORNIA UNIVERSAL
                              ENTERPRISES COMPANY
20
    SET NO.              :    ONE (1)
21

22              **PRELIMINARY STATEMENT**

23        Plaintiff, Roger McIntosh, requests defendant Northern California Universal

24  Enterprises Company ("Northern") respond  within 30 days of this request to admit the following:

25  / / /

26  / / /

27  / / /

28  / / /

H:\PUBLIC\054493\060971
McIntosh v. Northern\RQA
#1 TO DF NCUE
12-23-08.wpd

1

1  **REQUEST FOR ADMISSION NO. 1**:

2      Admit that you had Tentative Tract Map No. 6451 (a copy of which is attached to this

3  request as Exhibit "1," Bates No. BP001314) prepared by Dewalt CM, Inc., also known as Dewalt

4  Corporation ("Dewalt").

5  **REQUEST FOR ADMISSION NO. 2**:

6      Admit that you had Vesting Tentative Tract Map No. 6451 (a copy of which is

7  attached to this request as Exhibit "2," and previously produced as BP000155 and A01918) prepared

8  by Dewalt.

9  **REQUEST FOR ADMISSION NO. 3**:

10      Admit that the 6451 Tentative and Final Maps include the same lot numbering as

11  Tentative Map No. 5472.

12  **REQUEST FOR ADMISSION NO. 4**:

13      Admit that, except for the street formerly named as "Olympic Close" on Tentative

14  Map No. 5472, the 6451 Tentative and Final Maps include the same street names as Tentative Map

15  No. 5472.

16  **REQUEST FOR ADMISSION NO. 5**:

17      Admit that the 6451 Tentative and Final Maps include the same parcel boundaries

18  as Tentative Map No. 5472.

19  **REQUEST FOR ADMISSION NO. 6**:

20      Admit that the 6451 Tentative and Final Maps include the same lot boundaries as

21  Tentative Map No. 5472.

22  **REQUEST FOR ADMISSION NO. 7**:

23      Admit that the 6451 Tentative and Final Maps include the same subdivision design

24  as Tentative Map No. 5472.

25  **REQUEST FOR ADMISSION NO. 8**:

26      Admit that the 6451 Tentative and Final Maps are substantially similar to Tentative

27  Map No. 5472.

28  **REQUEST FOR ADMISSION NO. 9**:

1       Admit that you had the authority to stop the preparation of Tentative Map No. 6451

2  any time prior to its acceptance by the City of Wasco.

3  **REQUEST FOR ADMISSION NO. 10**:

4       Admit that you wanted the improvement plans prepared by Martin-McIntosh to

5  complete repairs for the Valley Rose Estates subdivision.

6  **REQUEST FOR ADMISSION NO. 11**:

7       Admit that the improvement plans for Tract No. 6451 are the improvement plans

8  prepared by Martin-McIntosh for Tract No. 5472.

9  **REQUEST FOR ADMISSION NO. 12**:

10       Admit that you received from the City of Wasco improvement plans prepared by

11  Martin-McIntosh for completing repairs to the Valley Rose Estates subdivision.

12  **REQUEST FOR ADMISSION NO. 13**:

13       Admit that you received improvement plans prepared by Martin-McIntosh from the

14  City of Wasco.

15  **REQUEST FOR ADMISSION NO. 14**:

16       Admit that you received improvement plans prepared by Martin-McIntosh from

17  Dewalt.

18  **REQUEST FOR ADMISSION NO. 15**:

19       Admit that you knew previous Tentative Map No. 5472 had expired.

20  **REQUEST FOR ADMISSION NO. 16**:

21       Admit that you knew Tentative Map No. 6451 replaced expired Tentative Map No.

22  5472.

23  **REQUEST FOR ADMISSION NO. 17**:

24       Admit that you called Roger McIntosh to inquire about the pump station design for

25  the Valley Rose Estates subdivision.

26  **REQUEST FOR ADMISSION NO. 18**:

27       Admit that you called Roger McIntosh to discuss re-processing Tract No. 5472.

28  **REQUEST FOR ADMISSION NO. 19**:

1           Admit that your purpose in developing Tract No. 6451 was to make a profit on the

2    sale of homes built on the lots on that tract.

3    **REQUEST FOR ADMISSION NO. 20**:

4           Admit that Roger McIntosh asked you to pay money to him for the use of his

5    improvement plans.

6    **REQUEST FOR ADMISSION NO. 21**:

7           Admit that you have not paid Roger McIntosh for the improvement plans for the

8    Valley Rose Estates subdivision.

9    **REQUEST FOR ADMISSION NO. 22**:

10          Admit that Northern California Universal Enterprises Company was the developer

11    of Tract No. 6451.

12    **REQUEST FOR ADMISSION NO. 23**:

13          Admit that Lotus Developments, LP was the developer of Tract No. 6451.

14    **REQUEST FOR ADMISSION NO. 24**:

15          Admit that Tentative Map No. 6451 for the Valley Rose Estates subdivision replaced

16    expired Tentative Map No. 5472.

17    **REQUEST FOR ADMISSION NO. 25**:

18          Admit that Tentative Map No. 6451 is a portion of the southeast quarter of southwest

19    quarter of Section 4, Township 27 South, Range 24 East, Mt. Diablo base and meridian, City of

20    Wasco.

21    **REQUEST FOR ADMISSION NO. 26**:

22          Admit that Tentative Map No. 6451 comprises a subdivision with a road named St.

23    Andrews Crescent intersecting Valley Rose Parkway, Olympic Court (formerly Olympic Close) and

24    Pebble Beach Way.

25    **REQUEST FOR ADMISSION NO. 27**:

26          Admit that Tentative Map No. 6451 contains consecutively numbered lots from 1 to

27    68.

28    **REQUEST FOR ADMISSION NO. 28**:

1          Admit that the Tentative Map No. 5472 contains consecutively numbered lots from

2  1 to 68.

3  **REQUEST FOR ADMISSION NO. 29**:

4          Admit that the "Associative Approved Improvement Plans" referenced in the "Notes"

5  section of Tentative Map No. 6451 refers to the improvement plans prepared by Martin-McIntosh.

6  **REQUEST FOR ADMISSION NO. 30**:

7          Admit that the numbered lots on the Wall Improvement Plans (Nos. BP000452-

8  BP000456) refers to the buildable lots on Tentative Map No. 6451.

9  **REQUEST FOR ADMISSION NO. 31**:

10          Admit that the numbered lots on the Wall Improvement Plans (Plaintiff's Bates

11  Nos. BP000452-BP000456) refers to the lots on Tentative Map No. 5472.

12  **REQUEST FOR ADMISSION NO. 32**:

13          Admit that Tentative Map No. 6451 has three places on the Tentative Map that are

14  referred to as "Designated Remainder" and which refer to the same portion(s) of land on Tentative

15  Map No. 5472 referenced as "Not a Part".

16  **REQUEST FOR ADMISSION NO. 33**:

17          Admit that you were granted a $25,000 Zone of Benefit credit for installing a power

18  generator at the wastewater lift station at the Valley Rose Estates.

19  **REQUEST FOR ADMISSION NO. 34**:

20          Admit that you obtained an appraisal for the Valley Rose Estates which enabled you

21  to get a loan to purchase the Valley Rose Estates golf course.

22  DATED:   December 20, 2008

                BORTON PETRINI, LLP

23

24

25  By: _____

26        Jeffrey A. Travis, Attorney for Plaintiff,
      Roger McIntosh

27

28

1

## PROOF OF SERVICE (FRCP Rule No. 5)

2

## STATE OF CALIFORNIA, COUNTY OF KERN

3

    I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1600 Truxtun Avenue, Bakersfield, California 93301.

4

5

    On **December** _29_ , **2008**, I served the foregoing document described as **REQUESTS FOR ADMISSION (SET NO. ONE) TO NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY** on the other parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

6

7

8  Steven John Hassing, Esq.
  **Law Offices of Steven J. Hassing**

9  425 Calabria Court
Roseville, CA 95747

10 email address: **stevehassing@yahoo.com**

Attorneys for Attorneys for Defendants, Northern California Universal Enterprises Company and Lotus Developments
Tel:   916/677-1776

11 Chaka Okadigbo
  **Garcia Calderon Ruiz, LLP**

12 500 South Grand Ave Suite 1100
Los Angeles, CA 90071

13 email address: **cokadigbo@gcrlegal.com**

Attorneys for Defendant, City of Wasco
Tel: 213/347-0210
**Fax: 213-347-0216**

14

    **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below; and

15

16

17

    **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.:

18

19

20

    Executed on **December** _29_ , **2008**, at **Bakersfield**, California.

21

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

22

23

24      **Gina Pomato**
    Type or Print Name

    Signature

25

26

27

28

H:\PUBLIC\054493\060971 McIntosh v. Northern\RQA #1 TO DF NCUE 12-23-08.wpd

Exhibit "1"

TENTATIVE

# TRACT MAP NO. 6451

TENTATIVE TRACT NO. 6451
CITY OF WASCO, CALIFORNIA

DEWALT
Corporation

1830 32nd STREET   BAKERSFIELD, CA. 93301
PH. (661) 323-4600   FAX (661) 323-4674

ENGINEERING · PLANNING · SURVEYING · LAND DEVELOPMENT · CONSTRUCTION MANAGEMENT

Exhibit "2"

A 01918



VESTING TENTATIVE TRACT NO. 6451
CITY OF WASCO, CALIFORNIA

# Exhibit "D"

06097/

Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:  (916) 677-1770

Attorney *for Defendants, Northern California
Universal Enterprise Company and Lotus
Developments*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL<br>ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**DEFENDANT, NORTHERN<br>CALIFORNIA UNIVERSAL<br>ENTERPRISE COMPANY'S<br>RESPONSE TO ROGER MCINTOSH'S<br>REQUEST FOR ADMISSIONS**<br><br>**SET ONE** |

PROPOUNDING PARTY:          PLAINTIFF ROGER MCINTOSH

RESPONDING PARTY:           Defendant, NORTHERN CALIFORNIA
                            UNIVERSAL ENTERPRISE COMPANY

SET NO.                     ONE

    Defendant, Northern California Universal Enterprise Company responds to Roger

McIntosh's Request for Admissions, Set One as follows:

///

///

**REQUEST FOR ADMISSION NO. 1:**

Admit that you had Tentative Tract Map No. 6451 (a copy of which is attached to this request as Exhibit "1," Bates No. BP001314) prepared by Dewalt CM, Inc., also know as Dewalt Corporation ("Dewalt").

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 2:**

Admit that you had Vesting Tentative Tract Map No. 6451 (a copy of which is attached to this request as Exhibit "2," and previously produced as BP000155 and A01918) prepared by Dewalt.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 3:**

Admit that the 6451 Tentative and Final Maps include the same lot numbering as Tentative Map No. 5472.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 4:**

Admit that, except for the street formerly named as "Olympic Close" on Tentative Map No. 5472, the 6451 Tentative and Final Maps include the same street names as Tentative Map No. 5472.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 5:**

Admit that the 6451 Tentative and Final Maps include the same parcel boundaries as Tentative Map No. 5472.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 6:**

Admit that the 6451 Tentative and Final Maps include the same lot boundaries as Tentative Map No. 5472.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 7:**

Admit that the 6451 Tentative and Final Maps include the same subdivision design as Tentative Map No. 5472.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 8:**

Admit that the 6451 Tentative and Final Maps are substantially similar to Tentative Map No. 5472.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 9:**

Admit that you had the authority to stop the preparation of Tentative Map No. 6451 any time prior to its acceptance by the City of Wasco.

**RESPONSE**

Denied.

**REQUEST FOR ADMISSION NO. 10:**

Admit that you wanted the improvement plans prepared by Martin-McIntosh to complete repairs for the Valley Rose Estates subdivision.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 11:**

Admit that the improvement plans for Tract No. 6451 are the improvement plans prepared by Martin-McIntosh for Tract No. 5472.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 12:**

Admit that you received from the City of Wasco improvement plans prepared by Martin-McIntosh for completing repairs to the Valley Rose Estates subdivision.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 13:**

Admit that you received improvement plans prepared by Martin-McIntosh from the City of Wasco.

**RESPONSE**

Denied

///

4

Defendant, Northern California Universal Enterprise Company's Response to Roger McIntosh's Request for Admissions Set One

**REQUEST FOR ADMISSION NO. 14:**

Admit that you received improvement plans prepared by Martin-McIntosh from Dewalt.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 15:**

Admit that you knew previous Tentative Map No. 5472 had expired.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 16:**

Admit that you knew Tentative Map No. 6451 replaced expired Tentative Map No. 5472.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 17:**

Admit that you called Roger McIntosh to inquire about the pump station design for the

Valley Rose Estates subdivision.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 18:**

Admit that you called Roger McIntosh to discuss re-processing Tract No. 5472.

**RESPONSE**

Denied

///

///

**REQUEST FOR ADMISSION NO. 19:**

Admit that your purpose in developing Tract No. 6451 was to make a profit on the sale of homes built on the lots on that tract.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 20:**

Admit that Roger McIntosh asked you to pay money to him for the use of his improvement plans.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 21:**

Admit that you have not paid Roger McIntosh for the improvement plans for the Valley Rose Estates subdivision.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 22:**

Admit that Northern California Universal Enterprises Company was the developer of Tract No. 6451.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 23:**

Admit that Lotus Developments, LP was the developer of Tract No. 6451.

///

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 24:**

Admit that Tentative Map No. 6451 for the Valley Rose Estates subdivision replaced expired Tentative Map No. 5472.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 25:**

Admit that Tentative Map No. 6451 is a portion of the southeast quarter of southwest quarter of Section 4, Township 27 South, Range 24 East, Mt. Diablo base and meridian, City of Wasco.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 26:**

Admit that Tentative Map No. 6451 comprises a subdivision with a road named St. Andrews Crescent intersecting Valley Rose Parkway, Olympic Court (formerly Olympic Close) and Pebble Beach Way.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 27:**

Admit that Tentative Map No. 6451 contains consecutively numbered lots from 1 to 68.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 28:**

Admit that the Tentative Map No. 5472 contains consecutively numbered lots from 1 to 68.

**RESPONSE**

Admit

**REQUEST FOR ADMISSION NO. 29:**

Admit that the "Associative Approved Improvement Plans" referenced in the "Notes" section of Tentative Map No. 6451 refers to the improvement plans prepared by Martin-McIntosh.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 30:**

Admit that the numbered lots on the Wall Improvement Plans (Nos. BP000452-BP000456) refers to the buildable lots on Tentative Map No. 6451.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 31:**

Admit that the numbered lots on the Wall Improvement Plans (Plaintiff's Bates Nos. BP000452-BP000456) refers to the lots on Tentative Map No. 5472.

**RESPONSE**

Denied

///

///

**REQUEST FOR ADMISSION NO. 32:**

Admit that Tentative Map No. 6451 has three places on the Tentative Map that are referred to as "Designated Remainder" and which refer to the same portion(s) of land on Tentative Map No. 5472 referenced as "Not a Part".

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 33:**

Admit that you were granted a $25,000 Zone of Benefit credit for installing a power generator at the wastewater lift station at the Valley Rose Estates.

**RESPONSE**

Denied

**REQUEST FOR ADMISSION NO. 34:**

Admit that you obtained an appraisal for the Valley Rose Estates which enabled you to get a loan to purchase the Valley Rose Estates golf course.

**RESPONSE**

Denied

Dated this 30th day of January, 2009

Steven J Hassing, Attorney
for defendants

**PROOF OF SERVICE**

**Case No. 1:07-CV-01080-LJO-GSA**

I, the undersigned, declare:

I am employed in the County of Placer, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 425 Calabria Court, Roseville, CA 95747.  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On February 2, 2009 I served the foregoing described as:

**DEFENDANT, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE COMPANY, INC.'S RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS, SET ONE**

on the parties in this action.

\_\_\_\_   placing an original or true copy thereof enclosed in a sealed envelope with postage fully prepaid, placed for collection and mailing in Roseville, California, on said date, following ordinary business practice, and addressed as follows:

_XX_   by hand delivery to:

Jeffrey A. Travis
Borton Petrini, LLP
5001 E. Commercenter Drive, Suite 170
Bakersfield 93309

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
5001 E. Commercenter Drive, Suite 170
Bakersfield 93309

\_\_\_\_   Emailed to:    James Braze @jbraze@bortonpetrini.com and
Chaka Okadigbo @cokadigbo@gcrlegal.com

\_\_\_\_   Overnight service via UPS to:

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 2, 2009.

_____
Steven J. Hassing

PROOF OF SERVICE - 1

# Exhibit "E"

60971

nr

1    James J. Braze, Esq.; SBN 75911
     Jeffrey A. Travis, Esq.; SBN 235507
2    BORTON PETRINI, LLP
     5060 California Avenue, Suite 700 (93309)
3    Post Office Box 2026
     Bakersfield, CA 93303
4    Telephone (661) 322-3051
     email: jbraze@bortonpetrini.com
5    email: jtravis@bortonpetrini.com

6    Attorneys for Plaintiff, Roger McIntosh dba
     McIntosh & Associates
7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11   ROGER McINTOSH,                          Case No.  1:07-CV- 01080 LJO-GSA

12                Plaintiff,                   REQUEST FOR ADMISSIONS
                                              (SET NO. ONE) TO DENNIS W.
13   v.                                       DeWALT, INC.

14   NORTHERN CALIFORNIA UNIVERSAL
     ENTERPRISES COMPANY, a California
15   corporation; LOTUS DEVELOPMENTS,
     LLP; THE CITY OF WASCO, a municipal
16   corporation; DEWALT CM, INC., a California
     corporation also doing business as DEWALT
17   CORPORATION; and DOES 1 through 10,
     inclusive
18
                  Defendants.
19

20

21   PROPOUNDING PARTY:          PLAINTIFF,   ROGER   MCINTOSH DBA
                                 MCINTOSH & ASSOCIATES
22
     RESPONDING PARTY:           DEFENDANT, DENNIS W. DeWALT, INC.
23
     SET NO.:                    ONE
24

25   **REQUEST FOR ADMISSION NO. 1**:

26          Admit that you requested a copy of Tentative Map No. 5472 from the City of Wasco.

27   (You refers to Dennis W. De Walt, Inc. or any of its agents or subsidiaries that engaged in the

28   preparation of  Tentative Map No. 6451 and City of Wasco refers to those who you worked with at

H:\PUBLIC\054493\060971
McIntosh v. Northern\RQA
#1 TO DEWALT
5-19-09.wpd

                                        1

ORIGINAL

1  the City of Wasco or communicated while working on the preparation of Tentative Map No. 6451.)

2  **REQUEST FOR ADMISSION NO. 2**:

3         Admit that you received emails from Dennis McNamara from the City of Wasco with

4  copies of Roger McIntosh's improvement plans attached to those emails.

5  **REQUEST FOR ADMISSION NO. 3**:

6         Admit that you knew Martin-McIntosh prepared the improvement plans for Tract

7  No. 5472.

8  **REQUEST FOR ADMISSION NO. 4**:

9         Admit that you reviewed Tentative Map No. 5472 before you prepared Tentative Map

10  No. 6451.  (Reviewed means that you looked at and used Tentative Map No. 5472 to assist you in

11  the preparation of Tentative Map No. 6451.)

12  **REQUEST FOR ADMISSION NO. 5**:

13         Admit that you reviewed the improvement plans for Tract No. 5472 before you

14  prepared Tentative Map No. 6451.  (Reviewed means that you looked at and used the improvement

15  plans for Tract No. 5472 to assist you in the preparation of Tentative Map No. 6451.)

16  **REQUEST FOR ADMISSION NO. 6**:

17         Admit that you saw Tentative Map No. 5472 before you prepared Tentative Map

18  No. 6451.

19  **REQUEST FOR ADMISSION NO. 7**:

20         Admit that you saw the improvement plans for Tract No. 5472 before you prepared

21  Tentative Map No. 6451.

22  **REQUEST FOR ADMISSION NO. 8**:

23         Admit that the "Associative Improvement Plans" referred to in the Notes section of

24  Tentative Map No. 6451 refers to the improvement plans originally created by Martin-McIntosh for

25  Tract No. 5472.

26  **REQUEST FOR ADMISSION NO. 9**:

27         Admit that you prepared Vesting Tentative Tract Map No. 6451

28  .

**REQUEST FOR ADMISSION NO. 10:**

Admit that the 6451 Tentative and Final Maps included the same lot numbering as Tentative Map No. 5472.

**REQUEST FOR ADMISSION NO. 11:**

Admit that except for the street formerly known as Olympic on Tentative Map No. 5472, the Tentative and Final Maps include the same street names as Tentative Map No. 5472.

**REQUEST FOR ADMISSION NO. 12:**

Admit that the 6451 Tentative and Final Maps include the same parcel boundaries as Tentative Map No. 5472.

**REQUEST FOR ADMISSION NO. 13:**

Admit that the 6451 Tentative and Final Maps include the same lot boundaries as Tentative Map No. 5472.

**REQUEST FOR ADMISSION NO. 14:**

Admit that the 6451 Tentative and Final Maps include the subdivision design as Tentative Map No. 5472.

**REQUEST FOR ADMISSION NO. 15:**

Admit that the 6451 Tentative and Final Maps are substantially similar to Tentative Map No. 5472.

**REQUEST FOR ADMISSION NO. 16:**

Admit that you received improvement plans prepared by Martin-McIntosh for Tract No. 5472 from the City of Wasco.

**REQUEST FOR ADMISSION NO. 17:**

Admit that you received improvement plans prepared by Martin-McIntosh for Tract No. 5472 from Northern California Universal Enterprises Company ("NCUE").

**REQUEST FOR ADMISSION NO. 18:**

Admit that you prepared Tentative Map No. 6451 based on direction from NCUE.

**REQUEST FOR ADMISSION NO. 19:**

Admit that you prepared Tentative Map No. 6451 based on direction from the City

1  of Wasco.

2  **REQUEST FOR ADMISSION NO. 20**:

3  Admit that you were paid $26,000 to prepare Tentative Map No. 6451 according to

4  the contract between you and NCUE.

5  **REQUEST FOR ADMISSION NO. 21**:

6  Admit that you did not prepare any improvement plans for Tract No. 6451.

7  **REQUEST FOR ADMISSION NO. 22**:

8  Admit that a bond did not need to be posted for Tract No. 6451 because the

9  improvements were already in place.

10  **REQUEST FOR ADMISSION NO. 23**:

11  Admit that Martin-McIntosh prepared the improvement plans for Tract No. 5472.

12  **REQUEST FOR ADMISSION NO. 24**:

13  Admit that Martin-McIntosh prepared Tentative Map No. 5472 for Tract No. 5472

14  in the Valley Rose Estates.

15  **REQUEST FOR ADMISSION NO. 25**:

16  Admit that in order to get the City of Wasco to accept Final Map No. 6451, Final Map

17  No. 6451 needed to conform to the improvement plans created by Martin-McIntosh for Tract

18  No. 5472. (Conform to the improvement plans means that the Tentative Map had to incorporate the

19  placement of streets of division layout street names, lot numbering and basis of bearing as shown

20  on the improvement plans.)

21  **REQUEST FOR ADMISSION NO. 26**:

22  Admit that improvement plans for Tract No. 6451 were submitted to the City of

23  Wasco prior to approval of Final Map No. 6451.

24  **REQUEST FOR ADMISSION NO. 27**:

25  Admit that Dennis W. DeWalt, Inc. was the corporation doing business as DeWalt

26  Corporation on the September 7, 2004 Contract between NCUE and DeWalt Corporation.

27  **REQUEST FOR ADMISSION NO. 28**:

28  Admit that DeWalt CM, Inc. assumed some of the obligations of the September 2004

1   contract between NCUE and DeWalt Corporation for the preparation of Tentative Map No. 6451.

2   **REQUEST FOR ADMISSION NO. 29**:

3         Admit that DeWalt CM, Inc. assumed some of the benefits of the September 2004

4   contract between NCUE and DeWalt Corporation for the preparation of Tentative Map No. 6451.

5   **REQUEST FOR ADMISSION NO. 30**:

6         Admit that the "plans referred to in Part II, second paragraph of the 2007 Subdivision

7   Agreement attached hereto as Exhibit "2," refers to the improvement plans originally prepared by

8   Martin-McIntosh for the Valley Rose Estates subdivision.

9   **REQUEST FOR ADMISSION NO. 31**:

10         Admit that without the prior approval of Tentative Map No. 5472 by the City of

11   Wasco you could not have processed Tentative Map. No. 6451.

12   **REQUEST FOR ADMISSION NO. 32**:

13         Admit that without the prior approval of the Martin-McIntosh improvement plans by

14   the City of Wasco for Tract No. 5472 you could not have processed Tentative Map No. 6451.

15   **REQUEST FOR ADMISSION NO. 33**:

16         Admit that you never contacted Roger McIntosh or McIntosh & Associates to prepare

17   Tentative Map No. 6451.

18   **REQUEST FOR ADMISSION NO. 34**:

19         Admit that you never paid Roger McIntosh or McIntosh & Associates for the rights

20   to prepare Tentative Map No. 6451

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    **REQUEST FOR ADMISSION NO. 35**:

2           Admit that you could have redesigned the Valley Rose subdivision to include a

3    different subdivision layout of streets and lots if there were no previous conditions for the Valley

4    Rose subdivision preventing such a redesign.

5

6    DATED:   June  11 , 2009

7                        BORTON PETRINI, LLP

8

9

10                       By: _____
                           Jeffrey A. Travis, Attorney for Plaintiff,
                           Roger McIntosh dba McIntosh & Associates

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

H:\PUBLIC\054493\060971
McIntosh v. Northern\RQA
#1 TO DEWALT
5-19-09.wpd

REQUEST FOR ADMISSIONS (SET NO. ONE)

## PROOF OF SERVICE
### (FRCP No. 5(b)(2)(E))

## STATE OF CALIFORNIA, COUNTY OF KERN

I, Joanne Balduc, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **June 12, 2009**, I served the foregoing document described as **REQUEST FOR ADMISSIONS (SET NO. ONE) TO DENNIS W. DEWALT, INC.** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br> Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br><br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants, Northern California Universal Enterprises Company and Lotus Developments<br>Tel:    916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**Garcia Calderon Ruiz, LLP**<br>500 South Grand Ave Suite 1100<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>Alexander & Associates<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

X    **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

X    **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **June 12, 2009**, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
**Joanne Balduc**

H:\PUBLIC\054493\060971
McIntosh v. Northern\RQA
#1 TO DEWALT
5-19-09.wpd

REQUEST FOR ADMISSIONS (SET NO. ONE)

# Exhibit "F"

1   **William L. Alexander** (State Bar Number 126607)
    Alexander & Associates
2   1925 G Street
    Bakersfield, CA  93301                    2009 SEP 18  P 12: 13
3   Phone: (661) 316-7888
4   Fax: (661) 316-7890

5   **Attorneys for defendant Dennis W. De Walt, Inc.**

6

7

8                  UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10  ROGER McINTOSH,                    Case No.  107CV 01080 LJO-GSA

11               Plaintiff,       )  **SUPPLEMENTAL RESPONSES TO**
                                  )  **REQUEST FOR ADMISSIONS, SET ONE**
12  vs.                            )
                                  )
13                                 )
    NORTHERN CALIFORNIA UNIVERSAL )
14  ENTERPRISES COMPANY, et al.    )
                                  )
15               Defendants.      )
                                  )
16                                 )
                                  )
17                                 )

18       **PROPOUNDING PARTY:**    **Plaintiff Roger McIntosh**

19       **RESPONDING PARTY:**     **Defendant Dennis W. De Walt, Inc.**

20       **SET NO.:**              **One**

21       Defendant Dennis W. De Walt, Inc. ("Responding Party") responds to Requests for

22  Admissions, Set One, propounded by plaintiff Roger McIntosh.  This response is based only upon

23  such information presently available to and specifically known to Responding Party as a result of a

24  diligent and reasonable inquiry.  This response is given without prejudice to Responding Party's

25  right to present evidence at the time of trial of any subsequently discovered information.  Responding

26  Party expressly reserves the right to change this response as additional information becomes

27  available.  This response is made in a good faith effort to state all information presently available and

28  specifically known to Responding Party, but should in no way be to the prejudice of Responding

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1

SUPPLEMENTAL RESPONSES TO REQUEST FOR ADMISSIONS, SET ONE
Case No.: 1:07-cv-01080-LJO-GSA

1 | Party in relation to further discovery, independent investigation, and analyses.

2 |     RESPONSE TO REQUEST FOR ADMISSION NO. 1: Responding party admits that a

3 | request was made to the City of Wasco for any and all documents which would reveal pertinent

4 | information about the subject property. Responding party lacks sufficient information and belief on

5 | which to either admit or deny that a specific request for Tentative Tract Map No. 5472 was made.

6 |     RESPONSE TO REQUEST FOR ADMISSION NO. 2: Responding party lacks sufficient

7 | information and belief on which to either admit or deny this request and, therefore, denies this

8 | request on that basis.

9 |     RESPONSE TO REQUEST FOR ADMISSION NO. 3: Responding party admits that it

10 | believes Martin-McIntosh prepared those plans.

11 |     RESPONSE TO REQUEST FOR ADMISSION NO. 4: Responding party admits that it

12 | reviewed multiple documents, which likely included Tentative Map No. 5472, before preparing

13 | Tentative Map No. 6451.

14 |     RESPONSE TO REQUEST FOR ADMISSION NO. 5: Responding party lacks sufficient

15 | information and belief on which to either admit or deny this request and, therefore, denies this

16 | request on that basis.

17 |     RESPONSE TO REQUEST FOR ADMISSION NO. 6: Admitted.

18 |     RESPONSE TO REQUEST FOR ADMISSION NO. 7: Responding party lacks sufficient

19 | information and belief on which to either admit or deny this request and, therefore, denies this

20 | request on that basis.

21 |     RESPONSE TO REQUEST FOR ADMISSION NO. 8: Responding party admits that the

22 | note refers to the approved improved plans on record with the City of Wasco.

23 |     RESPONSE TO REQUEST FOR ADMISSION NO. 9: Admitted.

24 |     RESPONSE TO REQUEST FOR ADMISSION NO. 10: Admitted.

25 |     RESPONSE TO REQUEST FOR ADMISSION NO. 11: Admitted.

26 |     RESPONSE TO REQUEST FOR ADMISSION NO. 12: Denied. While the boundary refers

27 | to the same property description, responding party's measurements of the subject property were

28 | slightly different.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1  RESPONSE TO REQUEST FOR ADMISSION NO. 13: Denied. Lots for Tentative Tract

2  Map and Final Map 6451 were created using information gathered from topographic and boundary

3  surveys, legal descriptions, title reporting, existing available mapping and approved plans, zoning

4  and city regulatory ordinance.

5  RESPONSE TO REQUEST FOR ADMISSION NO. 14: Denied.

6  RESPONSE TO REQUEST FOR ADMISSION NO. 15: Objection(s): calls for speculation,

7  vague and ambiguous. Without waiving and subject to such objection(s): denied. However, there

8  are obviously similarities between the maps.

9  RESPONSE TO REQUEST FOR ADMISSION NO. 16: Responding party lacks sufficient

10  information and belief on which to either admit or deny this request and, therefore, denies this

11  request on that basis.

12  RESPONSE TO REQUEST FOR ADMISSION NO. 17: Responding party lacks sufficient

13  information and belief on which to either admit or deny this request and, therefore, denies this

14  request on that basis.

15  RESPONSE TO REQUEST FOR ADMISSION NO. 18: Admitted in part and denied in

16  part. Responding party admits that Tentative Map No. 6451 was prepared with input from multiple

17  sources, including direction from NCUE.

18  RESPONSE TO REQUEST FOR ADMISSION NO. 19: Admitted in part and denied in

19  part. Responding party admits that Tentative Map No. 6451 was prepared with input from multiple

20  sources, including direction from NCUE.

21  RESPONSE TO REQUEST FOR ADMISSION NO. 20: Denied.

22  RESPONSE TO REQUEST FOR ADMISSION NO. 21: Admitted.

23  RESPONSE TO REQUEST FOR ADMISSION NO. 22: Responding party admits that no

24  improvement bond was required, and assumes that no bond was required because the improvements

25  were largely or completed in place.

26  RESPONSE TO REQUEST FOR ADMISSION NO. 23: Responding party admits that it

27  believes Martin-McIntosh prepared those plans.

28  RESPONSE TO REQUEST FOR ADMISSION NO. 24: Responding party admits that it

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3

SUPPLEMENTAL RESPONSES TO REQUEST FOR ADMISSIONS, SET ONE
Case No.: 1:07-cv-01080-LJO-GSA

1 | believes Martin-McIntosh prepared those plans.

2 |     RESPONSE TO REQUEST FOR ADMISSION NO. 25: Denied. Tentative Map and Final

3 | Map No. 6451 needed to conform to any and all of the requirements of any other tentative and final

4 | maps prepared and recorded in the City of Wasco.

5 |     RESPONSE TO REQUEST FOR ADMISSION NO. 26: Denied.

6 |     RESPONSE TO REQUEST FOR ADMISSION NO. 27: Admitted.

7 |     RESPONSE TO REQUEST FOR ADMISSION NO. 28: Denied.

8 |     RESPONSE TO REQUEST FOR ADMISSION NO. 29: Denied.

9 |     RESPONSE TO REQUEST FOR ADMISSION NO. 30: Objection(s): lacks foundation, as

10 | no exhibits were attached. Responding party lacks sufficient information and belief on which to

11 | either admit or deny this request and, therefore, denies this request on that basis.

12 |     RESPONSE TO REQUEST FOR ADMISSION NO. 31: Denied.

13 |     RESPONSE TO REQUEST FOR ADMISSION NO. 32: Denied.

14 |     RESPONSE TO REQUEST FOR ADMISSION NO. 33: Admitted.

15 |     RESPONSE TO REQUEST FOR ADMISSION NO. 34: Admitted.

16 |     RESPONSE TO REQUEST FOR ADMISSION NO. 35: Objection(s): lacks foundation,

17 | assumes facts that do not exist. Without waiving and subject to such objection(s): any physical

18 | redesign was possible if a person was willing to tear out and remove the improvements.

19 | As to any objections, only.

20 | Dated: September 17, 2009

ALEXANDER & ASSOCIATES

By: _____

WILLIAM L. ALEXANDER
Attorneys for defendant
Dennis W. De Walt, Inc.

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

4

## PROOF OF SERVICE

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On September 17, 2009, I served the foregoing document entitled **SUPPLEMENTAL RESPONSES TO REQUEST FOR ADMISSIONS, SET NO. ONE** on interested parties in this action

___   by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

_X_   by placing __ the original, _x_ a true copy thereof, enclosed in sealed envelopes addressed as follows:

James J. Braze, Esq.
Jeffrey A. Travis, Esq.
Borton Petrini & Conron
5060 California Avenue, Suite 700
Bakersfield, CA 93303-2026

Steven John Hassing, Esq.
Law Offices of Steven J. Hassing
Five Sierragate Plaza, Suite 330
Roseville, CA 95678

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071

_X_   **BY MAIL**

___   I deposited such envelope in the mail at Bakersfield, California, with postage thereon fully prepaid.

_x_   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

___   BY FACSIMILE

I caused the foregoing document to be served by facsimile transmission to the facsimile machine telephone number last given by the person so served.

___   BY PERSONAL SERVICE

I caused such envelope to be hand delivered to the office(s) of the addressee(s).

Executed on September 17, 2009, at Bakersfield, California.

_X_ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Diane Ruff_
DIANE RUFF

# Exhibit "G"

1

2

3

4

5

6

7

8

9

10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

11  ROGER McINTOSH,                               CASE NO. CV F 07-1080 LJO GSA

12                    Plaintiff,                   **VERDICT**

            vs.

13

14  NORTHERN CALIFORNIA
    UNIVERSAL ENTERPRISES,
    INC., LOTUS DEVELOPMENTS,

15  LP, THE CITY OF WASCO,
    AND DENNIS W. DeWALT,

16  INC.,

17                    Defendants.

18  _____/

19        We, the jury, unanimously find the following, by a **preponderance of the evidence**:

20

21

22                         **COPYRIGHT INFRINGEMENT**

23  **Question No. 1:**

24        Did defendant Dennis W. DeWalt, Inc. copy plaintiff Roger McIntosh's Tentative Map for Tract

25  5472?

26  YES_____✓_____

27  NO_____

28  Proceed to Question No. 2.

                                        1

1   **Question No. 2:**

2          Did defendant Dennis W. DeWalt, Inc. copy plaintiff Roger McIntosh's Improvement Plans for

3   Tract 5472?

4   YES_____

5   NO_____ ✓

6   Proceed to Question No. 3.

7   **Question No. 3:**

8          Did defendant Northern California Universal Enterprises, Inc. copy plaintiff Roger McIntosh's

9   Tentative Map for Tract 5472?

10   YES_____ ✓

11   NO_____

12   Proceed to Question No. 4.

13   **Question No. 4:**

14          Did defendant Northern California Universal Enterprises, Inc. copy plaintiff Roger McIntosh's

15   Improvement Plans for Tract 5472?

16   YES_____

17   NO_____ ✓

18   Proceed to Question No. 5.

19   **Question No. 5:**

20          Did defendant Lotus Developments, LP copy plaintiff Roger McIntosh's Tentative Map for Tract

21   5472?

22   YES_____ ✓

23   NO_____

24   Proceed to Question No. 6.

25   / / /

26   / / /

27   / / /

28   / / /

2

**Question No. 6:**

Did defendant Lotus Developments, LP copy plaintiff Roger McIntosh's Improvement Plans for Tract 5472?

YES_____

NO_____✓_____

Proceed to Question No. 7.

**Question No. 7:**

Did defendant City of Wasco copy plaintiff Roger McIntosh's Tentative Map for Tract 5472?

YES_____✓_____

NO_____

Proceed to Question No. 8.

**Question No. 8:**

Did defendant City of Wasco copy plaintiff Roger McIntosh's Improvement Plans for Tract 5472?

YES_____✓_____

NO_____

If you answered "yes" to any of Question Nos. 1-8, proceed to Question No. 9.

If you answered "no" to all of Question Nos. 1-8, stop here, answer no further questions, and have your presiding juror date and sign this form.

**CONTRIBUTORY COPYRIGHT INFRINGEMENT**

**BY DEFENDANT CITY OF WASCO**

**Question No. 9:**

Did defendant City of Wasco know or have reason to know of the infringing activity by the other defendants, if any?

YES_____✓_____

NO_____

If you answered "yes" to Question No. 9, proceed to Question No. 10.

If you answered "no" to Question No. 9, proceed to Question No. 11.

3

**Question No. 10:**

Did defendant City of Wasco intentionally and materially contribute to any infringement by any of the other defendants?

YES_____✓_____

NO_____

Proceed to Question No. 11.

## VICARIOUS COPYRIGHT INFRINGEMENT

**Question No. 11:**

Did defendant City of Wasco profit directly from any copying of plaintiff Roger McIntosh's work (either the Tentative Map for Tract 5472 or Improvement Plans for Tract 5472) done by any of the other defendants?

YES_____✓_____

NO_____

If you answered "yes" to Question No. 11, proceed to Question No. 12.

If you answered "no" to Question No. 11, proceed to Question No. 14.

**Question No. 12:**

Did defendant City of Wasco have the right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES_____✓_____

NO_____

If you answered "yes" to Question No. 12, proceed to Question No. 13.

If you answered "no" to Question No. 12, proceed to Question No. 14.

**Question No. 13:**

Did defendant City of Waco fail to exercise that right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES_____✓_____

NO_____

Proceed to Question No. 14.

4

1    **Question No. 14:**

2        Did defendant Dennis W. DeWalt, Inc. profit directly from any copying of plaintiff Roger

3   McIntosh's work done by any of the other defendants?

4   YES_____

5   NO_____✓_____

6   If you answered "yes" to Question No. 14, proceed to Question No. 15.

7   If you answered "no" to Question No. 14, proceed to Question No. 17.

8   **Question No. 15:**

9        Did defendant Dennis W. DeWalt, Inc. have the right and ability to supervise or control the other

10   defendants' copying of plaintiff Roger McIntosh's work?

11   YES_____

12   NO_____

13   If you answered "yes" to Question No. 15, proceed to Question No. 16.

14   If you answered "no" to Question No. 15, proceed to Question No. 17.

15   **Question No. 16:**

16        Did defendant Dennis W. DeWalt, Inc. fail to exercise that right and ability to supervise or

17   control the other defendants' copying of plaintiff's work?

18   YES_____

19   NO_____

20   Proceed to Question No. 17.

21   **Question No. 17:**

22        Did defendant Northern California Universal Enterprises, Inc. profit directly from any copying

23   of plaintiff Roger McIntosh's work done by any of the other defendants?

24   YES_____✓_____

25   NO_____

26   If you answered "yes" to Question No. 17, proceed to Question No. 18.

27   If you answered "no" to Question No. 17, proceed to Question No. 20.

28   / / /

**Question No. 18:**

Did defendant Northern California Universal Enterprises, Inc. have the right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES_____✓_____

NO_____

If you answered "yes" to Question No. 18, proceed to Question No. 19.

If you answered "no" to Question No. 18, proceed to Question No. 20.

**Question No. 19:**

Did defendant Northern California Universal Enterprises, Inc. fail to exercise that right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES_____✓_____

NO_____

Proceed to Question No. 20.

**Question No. 20:**

Did defendant Lotus Developments, LP profit directly from any copying of plaintiff Roger McIntosh's work done by any of the other defendants?

YES_____✓_____

NO_____

If you answered "yes" to Question No. 20, proceed to Question No. 21.

If you answered "no" to Question No. 20, proceed to Question No. 23.

**Question No. 21:**

Did defendant Lotus Developments, LP have the right and ability to supervise or control the other defendants' copying of plaintiff Roger McIntosh's work?

YES_____✓_____

NO_____

If you answered "yes" to Question No. 21, proceed to Question No. 22.

If you answered "no" to Question No. 21, proceed to Question No. 23.

///

6

1  **Question No. 22:**

2       Did defendant Lotus Development, LP fail to exercise that right and ability to supervise or

3  control the other defendants' copying of plaintiff Roger McIntosh's work?

4  YES_____✓_____

5  NO_____

6  Proceed to Question No. 23.

7  **DAMAGES**

8  **Question No. 23:**

9       What is the total amount of actual damages plaintiff Roger McIntosh is entitled to? (This is the

10  amount of money you will be awarding plaintiff Roger McIntosh.)

11  $ __1.4 million_____

12  Proceed to Question No. 24.

13  **Question No. 24:**

14       Did defendant Dennis W. DeWalt, Inc. obtain a profit from its infringing activity?

15  YES_____

16  NO_____✓_____

17  If you answered "yes" to Question No. 24, proceed to Question No. 25.

18  If you answered "no" to Question No. 24, proceed to Question No. 26.

19  **Question No. 25:**

20       What was the amount of defendant Dennis W. DeWalt, Inc.'s profit?

21  $ _____

22  Proceed to Question No. 26.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

7

1  **Question No. 26:**

2        Did defendant Northern California Universal Enterprises, Inc. obtain a profit from its infringing

3  activity?

4  YES_____✓_____

5  NO_____

6  If you answered "yes" to Question No. 26, proceed to Question No. 27.

7  If you answered "no" to Question No. 26, proceed to Question No. 28.

8  **Question No. 27:**

9        What was the amount of defendant Northern California Universal Enterprises, Inc.'s profit?

10  $ 1,992,107.50_____

11  Proceed to Question No. 28.

12  **Question No. 28:**

13        Did defendant Lotus Developments, LP obtain a profit from its infringing activity?

14  YES_____✓_____

15  NO_____

16  If you answered "yes" to Question No. 28, proceed to Question No. 29.

17  If you answered "no" to Question No. 28, proceed to Question No. 29.

18  **Question No. 29:**

19        What was the amount of defendant Lotus Developments, LP's profit?

20  $ 1,992,107.50_____

21  Proceed to Question No. 30.

22  **Question No. 30:**

23        Did defendant City of Wasco obtain a profit from its infringing activity?

24  Yes_____✓_____

25  No_____

26  If you answered "yes" to Question No. 30, proceed to Question No. 31.

27  If you answered "no" to Question No. 30, proceed to Question No. 32.

28  ///

8

**Question No. 31:**

What was the amount of defendant City of Wasco's profit?

$ _1.5 million_

**Question No. 32:**

If you entered an amount more than $0 in response to Question No. 27, answer Question No. 32.

If you did not enter an amount in response to Question No. 27, proceed to Question No. 33.

In committing infringing activity, did defendant Northern California Universal Enterprises, Inc. act as a partner or practically partner with defendant Lotus Developments, LP?

Yes_____✓_____

No_____

Proceed to Question No. 33.

**Question No. 33:**

If you entered an amount more than $0 in response to Question No. 29, answer Question No. 33.

If you did not enter an amount in response to Question No. 29, stop here, answer no further questions, and have your presiding juror date and sign this form.

In committing infringing activity, did defendant Lotus Developments, LP act as a partner or practically partner with defendant Northern California Universal Enterprises, Inc.?

Yes_____✓_____

No_____

Please have the presiding juror date and sign this form.

DATED:      March _10_, 2010                          _____

                                                                PRESIDING JUROR

After this form has been dated and signed, please use a "Note From The Jury" to inform the Court that you have reached a unanimous verdict.

9

# Exhibit "H"

McIntosh v. Northern California Universal Enterprises Co.
1:07-CV-01080 LJO-GSA

| Material Issues Chart | | | | | |
|---|---|---|---|---|---|
| **Issues** | **Dewalt RQA** | **Lotus RQA** | **Northern RQA** | **Denied** | **Jury Verdict #** |
| **Defendant had access to the copyrighted work** | | | | | |
| Admit that you received emails from Dennis McNamara from the City of Wasco with copies of Roger McIntosh's improvement plans attached to those emails. | 2 | | | 9/17/2009 | 1,3,5,7,8 |
| Admit that you received improvement plans prepared by Martin-McIntosh for Tract No. 5472 from the City of Wasco. | 16 | | | 9/17/2009 | 1,3,5,7,8 |
| Admit that you received from the City of Wasco improvement plans prepared by Martin-McIntosh for completing repairs to the Valley Rose Estates subdivision. | | 12 | 12 | 2/4/2009 | 1,3,5,7,8 |
| Admit that you received improvement plans prepared by Martin-McIntosh from the City of Wasco. | | 13 | 13 | 2/4/2009 | |

McIntosh v. Northern California Universal Enterprises Co.
1:07-CV-01080 LJO-GSA

| | | | | |
|---|---|---|---|---|
| Admit that you received improvement plans prepared by Martin-McIntosh from Dewalt. | | 14 | 14 | 2/4/2009 | 1,3,5,7,8 |
| **Substantial similarities between defendant's work and plaintiff's copyrighted work** | | | | | 1,3,5,7,8, |
| Admit that the 6451 Tentative and Final Maps include the subdivision design as Tentative Map No. 5472. | 14 | | | 9/17/2009 | 1,3,5,7,8, |
| Admit that the 6451 Tentative and Final Maps are substantially similar to Tentative Map No. 5472. | 15 | | | 9/17/2009 | 1,3,5,7,8, |
| Admit that the 6451 Tentative and Final Maps are substantially similar to Tentative Map No. 5472. | | 8 | 8 | 2/4/2009 | 1,3,5,7,8, |
| Admit that Tentative Map No. 6451 for the Valley Rose Estates subdivision replaced expired Tentative Map No. 5472. | | 24 | 24 | 2/4/2009 | 1,3,5,7,8, |

McIntosh v. Northern California Universal Enterprises Co.
1:07-CV-01080 LJO-GSA

| | | | | |
|---|---|---|---|---|
| Admit that the "Associative Approved Improvement Plans" referenced in the "Notes" section of Tentative Map No. 6451 refers to the improvement plans prepared by Martin-McIntosh | 29 | 29 | 2/4/2009 | 1,3,5,7,8, |
| Admit that the numbered lots on the Wall Improvement Plans (Nos. BP000452-BP000456) refers to the buildable lots on Tentative Map No. 6451. | 30 | 30 | 2/4/2009 | 1,3,5,7,8, |
| Admit that the numbered lots on the Wall Improvement Plans (Plaintiff's Bates Nos. BP000452-BP000456) refers to the lots on Tentative Map No. 5472. | 31 | 31 | 2/4/2009 | 1,3,5,7,8, |

# Exhibit "I"

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER McINTOSH,                              CASE NO. CV F 07-1080 LJO GSA

            Plaintiff,                **AMENDED FINAL JUDGMENT**

    vs.

NORTHERN CALIFORNIA
UNIVERSAL ENTERPRISES,
INC., et al,

            Defendants.
_____/

      Plaintiff Roger McIntosh ("Mr. McIntosh") pursued to trial copyright infringement claims against defendants Northern California Universal Enterprises Company ("NCUE"), Lotus Developments, L.P. ("Lotus"), Dennis W. DeWalt, Inc. ("DeWalt"), and City of Wasco ("Wasco")[1] arising from use of Mr. McIntosh's subdivision tentative map and improvement plans. This Court entered a March 23, 2010 Final Judgment on the jury verdict awarding Mr. McIntosh a combined $6,884,215 against defendants. With defense motions to alter or amend the judgment or for new trial pending, Mr. McIntosh and Wasco settled for $750,000. This Court's June 29, 2010 order determined that the settlement was in good faith and allocated $150,000 of the settlement to Mr. McIntosh's actual damages and the remaining $600,000 to infringing profits.

      Wasco's settlement rendered moot its post-trial motions. Nonetheless, NCUE, Lotus and

_____

[1]    NCUE, Lotus, DeWalt and Wasco will be referred to collectively as "defendants."

1

DeWalt's post-trial motions remained pending for decision. This Court's July 7, 2010 order on NCUE, Lotus and DeWalt's post-trial motions:

1.     Concluded that there is an absence of sufficient evidence to support awards of $1.4 million actual damages against defendants and $1,992,107.50 profits against NCUE and Lotus each and that the evidence supports an award of only $161,500 actual damages and $0 infringing profits; and

2.     Granted a new trial on the issues of actual damages and infringing profits unless Mr. McIntosh, no later than July 15, 2010, filed and served his statement that he accepts an amended judgment of $161,500 actual damages and $0 profits.

On July 15, 2010, Mr. McIntosh filed his statement to accept an amended judgment of $161,500 actual damages and $0 profits. As such, this Court:

1.     ENTERS this amended judgment in favor of Mr. McIntosh in the amount of $161,500 actual damages against all defendants, jointly and severally, of which $150,000 has been paid by Wasco to leave a $11,500 outstanding net balance;

2.     ORDERS defendants, no later than August 23, 2010, to:

    A.     Return to Mr. McIntosh all hard copies of his Tract 5472 Maps and improvement plans subject to his copyright claims; and

    B.     Remove all electronic copies of Mr. McIntosh's Tract 5472 Maps and improvement plans subject to his copyright claims; and

3.     ORDERS defendants, no later than August 30, 2010, to file and serve their respective declarations under penalty of perjury to explain in detail the measures taken to return and remove Mr. McIntosh Tract 5472 Maps and improvement plans subject to his copyright claims.

IT IS SO ORDERED.

Dated:    **July 21, 2010**          **/s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE

# Exhibit "J"

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
## Borton Petrini, LLP

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No. 580503
February 10, 2009
Client No. 054493
Matter No. 060971

FOR PROFESSIONAL SERVICES RENDERED
for the period through January 31, 2009

Re: McIntosh v. Northern California Universal Enterprises Co.

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 01/02/2009 | 0806 | Revision of Trial Claim chart with updates from Depositions and Discovery; correspondence to client regarding Responses to Interrogatories and Admissions. | 1.80 | 280.00 | 504.00 |
| 01/02/2009 | 0806 | Email correspondences with opposing counsel (Northern California Universal Enterprise) regarding Deposition scheduling. | 0.20 | 280.00 | 56.00 |
| 01/02/2009 | 0004 | Review of email and responses to Requests for Admission; brief meeting with Jeff Travis regarding same. | 0.50 | 525.00 | 262.50 |
| 01/06/2009 | 0806 | Email correspondences with opposing counsel regarding re-Noticed Depositions, abstention from voluntary dispute resolution, and rebuttal expert disclosures. | 0.50 | 280.00 | 140.00 |
| 01/06/2009 | 0806 | Preparation of trial claim chart and review related evidence in support thereof. | 2.50 | 280.00 | 700.00 |

BORTON PETRINI, LLP                                  Invoice        580503
                                                     Matter No.  060971
IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    2


| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 01/06/2009 | 0004 | Review of email and chart; meeting with Jeff Travis regarding same and Mediation. | 0.40 | 525.00 | 210.00 |
| 01/07/2009 | 0806 | Email Correspondence to opposing counsel regarding rescheduling of depositions and deadlines. | 0.20 | 280.00 | 56.00 |
| 01/08/2009 | 0805 | Receipt and review of correspondence regarding designation of expert witnesses; receipt and review of Minute Order regarding Hearing on Motion to Amend. | 0.20 | 380.00 | 76.00 |
| 01/09/2009 | 0806 | Research regarding Scope of Rebuttal experts and effect of discovery cut-offs; correspondence to client regarding Denial of extension for expert discovery. | 0.50 | 280.00 | 140.00 |
| 01/09/2009 | 0806 | Preparation of correspondence to client regarding Response to potential Mediation with City of Wasco. | 0.40 | 280.00 | 112.00 |
| 01/09/2009 | 0805 | Conference regarding Wasco's refusal to timely disclose expert witness reports and information; receipt and review of correspondence regarding Deposition of Wu. | 0.60 | 380.00 | 228.00 |
| 01/09/2009 | 0004 | Review of email regarding Mediation, experts and Discovery; brief meeting with Jeff Travis. | 0.30 | 525.00 | 157.50 |
| 01/12/2009 | 0806 | Preparation of correspondence to client regarding response to deposition objections; Preparation of correspondence to opposing counsel and client regarding new depositions and rebuttal expert; preparation of Deposition Notices and subpoenas for Larry Pennell and Northern California Universal Enterprise. | 1.50 | 280.00 | 420.00 |
| 01/13/2009 | 0806 | Research regarding rebuttal expert opinion regarding propriety of Northern California Universal Enterprise's rebuttal expert.; preparation of and send email correspondence to opposing counsel (Northern California Universal | 0.80 | 280.00 | 224.00 |

BORTON PETRINI, LLP

Invoice        580503
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    3

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| | | Enterprise) regarding scheduling of expert and rebuttal experts. | | | |
| 01/13/2009 | 0004 | Review of emails regarding Discovery issues and brief meeting with Jeff Travis regarding same. | 0.30 | 525.00 | 157.50 |
| 01/14/2009 | 0806 | Email correspondence to opposing counsel (Northern California Universal Enterprise) regarding scheduling of Depositions. | 0.20 | 280.00 | 56.00 |
| 01/15/2009 | 0806 | Revise and finalization of Response to City of Wasco regarding Objections to Deposition. | 0.30 | 280.00 | 84.00 |
| 01/16/2009 | 0805 | Receipt and review of correspondence regarding Deposition of Mr. Gutierrez, Mr. Wu, Mr. Ferns, Mr. Heot, Mr. Wren and Mr. McNamara; memorandum regarding further handling; receipt and review of Notice from Court regarding EEW; conference regarding designation and Deposition of experts. | 0.60 | 380.00 | 228.00 |
| 01/20/2009 | 0806 | Review, preparation and finalization of Discovery Responses and send to client for verification. | 1.20 | 280.00 | 336.00 |
| 01/20/2009 | 0806 | Review of McIntosh Deposition Transcript. | 0.40 | 280.00 | 112.00 |
| 01/21/2009 | 0806 | Preparation of deposition notes, exhibits and outlines (Black, James, Pennell). | 2.50 | 280.00 | 700.00 |
| 01/22/2009 | 0806 | Attendance at and take deposition of Greg Black. | 3.10 | 280.00 | 868.00 |
| 01/22/2009 | 0806 | Attendance at and take deposition of James Zervis regarding Valley Rose Estates Golf Course. | 1.60 | 280.00 | 448.00 |
| 01/22/2009 | 0806 | Email correspondence to opposing counsel (Hassing) regarding Joe Wu deposition cancellation and rescheduling of McIntosh deposition. | 0.30 | 280.00 | 84.00 |

BORTON PETRINI, LLP

Invoice        580503
Matter No.  060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   4

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 01/26/2009 | 0806 | Email correspondence to opposing counsel regarding Exhibits to McIntosh deposition; preparation of Rule 26 disclosure of exhibit to opposing counsel. | 0.40 | 280.00 | 112.00 |
| 01/27/2009 | 0806 | Update McIntosh claim chart. | 0.60 | 280.00 | 168.00 |
| 01/28/2009 | 0806 | Revision and preparation of claim chart in preparation for depositions. | 1.50 | 280.00 | 420.00 |
| 01/28/2009 | 0806 | Attendance at deposition of Roger McIntosh (Volume II) at Esquire. | 3.50 | 280.00 | 980.00 |
| 01/28/2009 | 0806 | Preparation of exhibits and questions for January 29, 2009 depositions (Espitia, Peake, Pennell, Woodcock). | 2.60 | 280.00 | 728.00 |
| 01/29/2009 | 0806 | Attendance at depositions (Pennell, Peake, Espitia, Woodcock). | 5.20 | 280.00 | 1,456.00 |
| 01/29/2009 | 0806 | Research regarding Direct and indirect profits for avoiding bond estimates and sale of house lots. | 2.90 | 280.00 | 812.00 |
| 01/29/2009 | 0806 | Email correspondence to client regarding damages estimates and request for documents. | 0.30 | 280.00 | 84.00 |
| 01/29/2009 | 0004 | Review of email and documents regarding deposition and damages; brief meeting with Jeff Travis regarding same. | 0.30 | 525.00 | 157.50 |
| 01/29/2009 | 0805 | Receipt and review of correspondence from court regarding Motion to Amend; memorandum. | 0.10 | 380.00 | 38.00 |
| 01/30/2009 | 0806 | Receipt of and review City of Wasco's Response to Northern California Universal Enterprise's Request for Admissions and Request for Special Interrogatories; update claim chart with applicable responses. | 1.20 | 280.00 | 336.00 |
| 01/30/2009 | 0806 | Finish research and preparation of memorandum to file regarding Indirect profits; email correspondence to opposing counsel regarding Authority for indirect profits in response to objections to production. | 1.50 | 280.00 | 420.00 |

BORTON PETRINI, LLP

Invoice     580503
Matter No.  060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   5

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 01/30/2009 | 0004 | Review of email regarding deposition and copy write issues; brief meeting with Jeff Travis regarding same. | 0.30 | 525.00 | 157.50 |

**TOTAL FEES**                                                   **$12,228.50**

### T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | LOC | ATTY # | HOURS | RATE | AMOUNT |
|------------|-------|-----|--------|-------|------|--------|
| George Martin | Of Counsel | BKF | 0004 | 2.10 | 525.00 | 1,102.50 |
| James J Braze | Senior Counsel | BKF | 0805 | 1.50 | 380.00 | 570.00 |
| Jeffrey A Travis | Associate | BKF | 0806 | 37.70 | 280.00 | 10,556.00 |

### E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 01/20/2009 | E101 | Copying (In-House) | 0.15 | 124 | 18.60 |
| 01/20/2009 | E101 | Copying (In-House) | 0.15 | 962 | 144.30 |
| 01/30/2009 | E106 | Online Research - West Group Payment Center; Invoice # 817521038 dated January 1, 2009; Online research and related charges, including document retrieval and printing, etc., for December 2008. | 19.32 | 1 | 19.32 |
| 01/26/2009 | E107 | Delivery/Messenger Services - Attorney's Certified Services Invoice # ACS141040-1 dated January 21, 2009; Served: Larry Pennell in Wasco, California. | 80.00 | 1 | 80.00 |
| 01/06/2009 | E113 | Subpoena Fees - Attorney's Certified Services Invoice # ACS140084-1 dated December 31, 2008; Served: Greg Black in Bakersfield, Documents: Civil Subpoena. | 60.00 | 1 | 60.00 |
| 01/20/2009 | E115 | Deposition Transcripts - Keleher's Certified Shorthand Reporters Invoice # 9171 dated December 16, 2008; One original and one certified copy Transcripts of: Joseph Wu taken on December 4, 2008. | 201.50 | 1 | 201.50 |

BORTON PETRINI, LLP

Invoice No.      580503
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    6

## E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 01/20/2009 | E115 | Deposition Transcripts - Keleher's Certified Shorthand Reporters Invoice # 9134 dated December 10, 2008; One original and one certified copy Transcripts of: Jeffrey Gutierrez taken on November 24, 2008. | 315.25 | 1 | 315.25 |
| 01/20/2009 | E115 | Deposition Transcripts - Keleher's Certified Shorthand Reporters Invoice # 8963 dated November 14, 2008; One original and one certified copy Transcripts of: Joe Wu, James Lee Zervis, Gerald Frank Helt, Robert Edward Wren, and Dennis Michael McNamara taken on October 28, 2008. | 1,010.00 | 1 | 1,010.00 |
| 01/27/2009 | E115 | Deposition Transcripts - Paulson Reporting Service, Inc. - SD Invoice # PL125354 dated January 15, 2009; On set of Deposition Transcripts of Roger McIntosh taken on December 18, 2008. | 928.95 | 1 | 928.95 |

TOTAL EXPENSES                                                          2,777.92
TOTAL FEES AND EXPENSES                                               $15,006.42

    Less Retainer                                                   .00

    *Total Amount Due*                                             *15,006.42*
                                                                  ============

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

## ACCOUNT STATEMENT
### For Professional Service Rendered

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No 580503
February 10, 2009
Client No. 054493
Matter No. 060971

| | |
|---|---:|
| **Total Fees and Expenses** | **$15,006.42** |
| Less Unallocated Cash Applied | .00 |
| **Total This Invoice** | **$15,006.42** |
| | |
| Balance Due From Previous Statement | $31,532.57 |
| Payments Received Since Previous Statement | (12,352.56) |
| *(Payments received after the above date will not be reflected on this statement)* | |
| | |
| Outstanding Balance | 19,180.01 |
| | |
| Less Retainer | .00 |
| | |
| Remaining Retainer Balance | $.00 |
| | |
| ***Total Amount Due*** | ***34,186.43*** |

## OUTSTANDING STATEMENT

| | | | | |
|---|---|---|---|---|
| 01/07/2009 | 579846 | 19,180.01 | .00 | 19,180.01 |

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

February 10, 2009
Client No. 054493
Matter No. 060971

| Date | Invoice | Amount | Received | Balance |
|------|---------|--------|----------|---------|
| 01/07/2009 | 579846 | 19,180.01 | .00 | 19,180.01 |
| 02/10/2009 | 580503 | 15,006.42 | 0.00 | 15,006.42 |
| | TOTAL OUTSTANDING | | | 34,186.43 |

# CREDIT CARD AUTHORIZATION

VISA __   MASTERCARD __   AMERICAN EXPRESS __   DISCOVER CARD __

ACCOUNT#: ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___

NAME AS PRINTED ON CARD _____

EXPIRATION DATE ____ / ____

I authorize Borton, Petrini & Conron LLP to withdraw payment in the amount of

$_____._____ from the above referenced credit card for services rendered.

SIGNATURE_____ DATE_____

YOU MAY FAX TO 661-322-4231

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No. 581089
March 9, 2009
Client No. 054493
Matter No. 060971

FOR PROFESSIONAL SERVICES RENDERED
for the period through February 28, 2009

Re: McIntosh v. Northern California Universal Enterprises Co.

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 02/02/2009 | 0806 | Preparation and attendance at Deposition of Jim Delmarter; Telephone conference with J. Delmarter regarding Scope of Deposition testimony. | 4.60 | 280.00 | 1,288.00 |
| 02/02/2009 | 0806 | Receipt and review of Responses from Northern California University Enterprise to Request for Admissions (Set One) and Request for Production (Set Two); update claim chart to include applicable responses to elements of Causes of Actions. | 2.10 | 280.00 | 588.00 |
| 02/04/2009 | 0806 | Preparation of documents and exhibits; review of Order granting Motion to add Dewalt. | 0.50 | 280.00 | 140.00 |
| 02/04/2009 | 0806 | Review of Responses by City of Wasco to Admissions; update claim chart with responsive admissions by City of Wasco. | 0.80 | 280.00 | 224.00 |
| 02/05/2009 | 0806 | Review of Deposition of Greg Black and incorporate elements into claim chart. | 2.50 | 280.00 | 700.00 |

```
BORTON PETRINI, LLP                          Invoice          581089
                                              Matter No.  060971
IN RE: McIntosh v. Northern California Universal Enterprises Co.  Page    2
```

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 02/05/2009 | 0805 | Receipt and review of Defendant, Lotus Development's Responses to Request for Production of Documents; receipt and review of Defendant, Lotus Development's Responses to Request for Admissions; receipt and review of Defendant, Northern California Universal Enterprise's Responses to Request for Admissions; receipt and review of Defendant, City of Wasco's Responses to Request for Admissions; receipt and review of Order granting Leave to Amend Complaint; memorandum regarding service of Complaint. | 0.60 | 380.00 | 228.00 |
| 02/06/2009 | 0806 | Email correspondence to opposing counsel and client regarding Production of Buyout Agreement and Exhibits. | 0.40 | 280.00 | 112.00 |
| 02/06/2009 | 0806 | Review of Zervis Deposition and update claim chart. | 0.50 | 280.00 | 140.00 |
| 02/06/2009 | 0806 | Review and preparation of Second Amended Complaint and accompanying papers; review and revise correspondence to opposing counsel (Hassing) regarding responses to document objections. | 0.70 | 280.00 | 196.00 |
| 02/06/2009 | 0806 | Telephone conference with client regarding profits from sale of home and response to request for Buyout Agreement and memorandum to file. | 0.30 | 280.00 | 84.00 |
| 02/06/2009 | 0004 | Review of email regarding Protective Order, Discovery and assignment issue; meeting with Jeff Travis regarding same and damages issue. | 0.50 | 525.00 | 262.50 |
| 02/16/2009 | 0806 | Review and revise Joint Statement for Motion to Compel documents by Northern California Universal Enterprise; preparation of email correspondence to opposing counsel regarding Motion to Compel. | 1.20 | 280.00 | 336.00 |
| 02/16/2009 | 0004 | Review of email regarding Motion to Compel and discovery issues; meeting with Jeff Travis regarding same. | 0.30 | 525.00 | 157.50 |

BORTON PETRINI, LLP

Invoice        581089
Matter No.    060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page     3

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 02/17/2009 | 0806 | Finish incorporating G. Black deposition testimony into claim chart. | 0.50 | 280.00 | 140.00 |
| 02/17/2009 | 0806 | Research and preparation of legal contention against Motion to Compel. | 0.80 | 280.00 | 224.00 |
| 02/17/2009 | 0004 | Review of email and proposed Protective Order and brief meeting with Jeff Travis regarding same. | 0.30 | 525.00 | 157.50 |
| 02/18/2009 | 0806 | Preparation of Joint Statement for Motion to Compel and Opposition to Motion to Compel; Declaration in support of and exhibits for opposition to Motion to Compel; review full contents of Redemption and Dissolution Agreement; correspondence to opposing counsel (Northern) regarding final request for Protective Order. | 3.80 | 280.00 | 1,064.00 |
| 02/18/2009 | 0806 | Review of Delmarter, Peake, Woodcock, Pennell, and Espitia depositions and update claim chart. | 1.50 | 280.00 | 420.00 |
| 02/18/2009 | 0806 | Review of Profits evidence for Northern California Universal Enterprise sales of homes; preparation of Request for Admissions (Set Two) to Northern California Universal Enterprise. | 1.80 | 280.00 | 504.00 |
| 02/18/2009 | 0004 | Review of email on Protective Order and brief meeting with Jeff Travis. | 0.20 | 525.00 | 105.00 |
| 02/19/2009 | 0806 | Telephone call to and preparation of correspondence to opposing counsel (Dewalt) regarding coordinate document production pursuant to Court Order. | 0.40 | 280.00 | 112.00 |
| 02/19/2009 | 0806 | Review and revise declaration ISO Opposition to Motion to Compel. | 0.30 | 280.00 | 84.00 |
| 02/20/2009 | 0806 | Preparation of exhibits for Dewalt production. | 0.50 | 280.00 | 140.00 |
| 02/23/2009 | 0806 | Electronically file Certificate of Service for Summon to add Dewalt. | 0.20 | 280.00 | 56.00 |
| 02/23/2009 | 0805 | Receipt and review of correspondence from Court regarding Defendant, DeWalt Engineering. | 0.10 | 380.00 | 38.00 |

BORTON PETRINI, LLP

Invoice        581089
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   4

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 02/24/2009 | 0806 | Telephone conference with Copyright Office regarding missing Copyright records; preparation of correspondence to Copyright Office regarding replacement records. | 0.50 | 280.00 | 140.00 |
| 02/24/2009 | 0806 | Revise and finalize Joint Statement for Motion to Compel and corresponding declaration. | 1.10 | 280.00 | 308.00 |
| 02/24/2009 | 0004 | Review of email and brief meeting with Jeff Travis regarding replacement copy from Copywrite Office. | 0.30 | 525.00 | 157.50 |
| 02/25/2009 | 0806 | Research and preparation of M&P to Opposition to Motion to Compel. | 2.20 | 280.00 | 616.00 |
| 02/26/2009 | 0806 | Telephone conference with J. Gutierrez regarding document production and attorney information. | 0.30 | 280.00 | 84.00 |
| 02/26/2009 | 0806 | Preparation of email correspondence to opposing counsel regarding response with redacted version; preparation of Joint Stipulation. | 1.20 | 280.00 | 336.00 |
| 02/26/2009 | 0805 | Receipt and review of Proposed Protective Order regarding Buy-Sell Agreement; conference regarding admissibility of documents. | 0.50 | 380.00 | 190.00 |
| 02/27/2009 | 0805 | Receipt and review of Motion to Compel Production of Documents. | 0.30 | 380.00 | 114.00 |

**TOTAL FEES**                                                                        **$9,446.00**

T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | LOC | ATTY # | HOURS | RATE | AMOUNT |
|------------|-------|-----|--------|-------|------|--------|
| George Martin | Of Counsel | BKF | 0004 | 1.60 | 525.00 | 840.00 |
| James J Braze | Senior Counsel | BKF | 0805 | 1.50 | 380.00 | 570.00 |
| Jeffrey A Travis | Associate | BKF | 0806 | 28.70 | 280.00 | 8,036.00 |

BORTON PETRINI, LLP

Invoice No.     581089
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    5

E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 02/04/2009 | E101 | Copying (In-House) | 0.15 | 134 | 20.10 |
| 02/17/2009 | E101 | Copying (In-House) | 0.15 | 198 | 29.70 |
| 02/25/2009 | E102 | Copying/Printing (Outside) - Blueprint Service Company, Inc.; Invoice # 659584 dated February 24, 2009. Various copies. | 93.93 | 1 | 93.93 |
| 02/25/2009 | E106 | Online Research -  West Group Payment Center; Invoice # 817716629 dated February 1, 2009; Online research and related charges, including document retrieval and printing, etc., for January 2008. | 39.59 | 1 | 39.59 |
| 02/10/2009 | E107 | Delivery/Messenger Services - Golden State Overnight; Invoice # 1734118 dated January 31, 2009; Overnight delivery of documents to the Law Offices of Steve in Roseville on January 21, 2009. | 14.53 | 1 | 14.53 |
| 02/10/2009 | E107 | Delivery/Messenger Services - Golden State Overnight; Invoice # 1734118 dated January 31, 2009; Overnight delivery of documents to Garcia Calderon Ruiz in Los Angeles on January 21, 2009. | 14.53 | 1 | 14.53 |
| 02/18/2009 | E113 | Subpoena Fees -  Attorney's Certified Services; Invoice # ACS140085-1 dated January 27, 2009. Attempted to serve documents to James Heath. | 105.00 | 1 | 105.00 |
| 02/18/2009 | E113 | Subpoena Fees -  Attorney's Certified Services; Invoice # ACS141312-1 dated January 27, 2009. Served documents to Joseph Wu. | 65.00 | 1 | 65.00 |
| 02/25/2009 | E113 | Subpoena Fees -  Attorney's Certified Services; Invoice # ACS136406-1 dated November 11, 2008. Served documents to De Walt Corporation. | 35.00 | 1 | 35.00 |
| 02/26/2009 | E113 | Subpoena Fees -  Attorney's Diversified Services, Inc.; Invoice # 0C275227-01 dated February 19, 2009. Served documents to Dewalt CM, Incorporated, in Bakersfield, California. | 166.00 | 1 | 166.00 |

BORTON PETRINI, LLP

Invoice No.       581089
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page     6

## E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 02/10/2009 | E115 | Deposition Transcripts - Keleher's Certified Shorthand Reporters; Invoice # 9461 dated February 4, 2009; One set of Deposition Transcripts of Greg Black and James Lee Zervis. | 799.75 | 1 | 799.75 |
| 03/04/2009 | E123 | Other Professionals - Hall, Estill, Hardwick, Gable, Golden & Nelson; Invoice # 223589 dated February 10, 2009. Professional services rendered through January 31, 2009. | 400.00 | 1 | 400.00 |

| | |
|---|---:|
| **TOTAL EXPENSES** | 1,783.13 |
| **TOTAL FEES AND EXPENSES** | $11,229.13 |
| Less Retainer | .00 |
| *Total Amount Due* | 11,229.13 |

| FRESNO | THE LAW OFFICES OF | SAN BERNARDINO |
|---|---|---|

## Borton Petrini, LLP

LOS ANGELES

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

MODESTO

SAN LUIS OBISPO

SACRAMENTO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

## ACCOUNT STATEMENT
### For Professional Service Rendered

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No 581089
March 9, 2009
Client No. 054493
Matter No. 060971

| | |
|---|---|
| **Total Fees and Expenses** | $11,229.13 |
| Less Unallocated Cash Applied | .00 |
| **Total This Invoice** | $11,229.13 |
| | |
| Balance Due From Previous Statement | $34,186.43 |
| Payments Received Since Previous Statement | (19,180.01) |
| *(Payments received after the above date will not be reflected on this statement)* | |
| | |
| Outstanding Balance | 15,006.42 |
| | |
| Less Retainer | .00 |
| | |
| Remaining Retainer Balance | $.00 |
| | |
| ***Total Amount Due*** | ***26,235.55*** |
| | ============ |

## OUTSTANDING STATEMENT

| 02/10/2009 | 580503 | 15,006.42 | .00 | 15,006.42 |
|---|---|---|---|---|

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

March 9, 2009
Client No. 054493
Matter No. 060971

| Date | Invoice | Amount | Received | Balance |
|------|---------|--------|----------|---------|
| 02/10/2009 | 580503 | 15,006.42 | .00 | 15,006.42 |
| 03/09/2009 | 581089 | 11,229.13 | 0.00 | 11,229.13 |
| | TOTAL OUTSTANDING | | | 26,235.55 |

## CREDIT CARD AUTHORIZATION

VISA __   MASTERCARD __   AMERICAN EXPRESS __   DISCOVER CARD __

ACCOUNT#: __ __ __ __   __ __ __ __   __ __ __ __   __ __ __ __

NAME AS PRINTED ON CARD _____

EXPIRATION DATE ____ / ____

I authorize Borton, Petrini & Conron LLP to withdraw payment in the amount of

$_____.____ from the above referenced credit card for services rendered.

SIGNATURE_____ DATE_____

YOU MAY FAX TO 661-322-4231

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF

# Borton Petrini, LLP

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

---

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No.581755
April 9, 2009
Client No. 054493
Matter No. 060971

FOR PROFESSIONAL SERVICES RENDERED
for the period through March 31, 2009

Re: McIntosh v. Northern California Universal Enterprises Co.

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 03/02/2009 | 0806 | Research and preparation of memorandum to George F. Martin/James J. Braze regarding issues relating to successor liability of Dewalt. | 1.20 | 280.00 | 336.00 |
| 03/03/2009 | 0806 | Review, revision and finalization of memorandum to George F. Martin/James J. Braze regarding Successor liability of Dewalt CM Incorporated. | 0.80 | 280.00 | 224.00 |
| 03/04/2009 | 0806 | Preparation of correspondence to client (William Alexander) regarding Response to Dewalt Corporation liability issue. | 0.40 | 280.00 | 112.00 |
| 03/06/2009 | 0806 | Telephone conference with Copyright Office general counsel regarding misplaced copies of documents and request for information. | 0.20 | 280.00 | 56.00 |
| 03/06/2009 | 0806 | Telephone call to Forrest Hainline and preparation of email correspondence regarding request for information from Copyright Office. | 0.20 | 280.00 | 56.00 |

BORTON PETRINI, LLP                          Invoice        581755
                                             Matter No.   060971
IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page     2


| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 03/06/2009 | 0004 | Review of email and status; meeting with Jeff Travis regarding Goodwin Procter. | 0.30 | 525.00 | 157.50 |
| 03/16/2009 | 0004 | Review of Answer of DeWalt; telephone call to Jeff Travis regarding same. | 0.20 | 525.00 | 105.00 |
| 03/17/2009 | 0004 | Review of email to Hainline and Stipulations; telephone call to Jeff Travis regarding same. | 0.20 | 525.00 | 105.00 |
| 03/25/2009 | 0806 | Preparation of declaration regarding Replacement copyright registration for Goodwin Proctor. | 0.60 | 280.00 | 168.00 |
| 03/25/2009 | 0806 | Review of Answer and Amended Answers by City of Wasco and Dewalt and compare with second Amended Complaint. | 0.50 | 280.00 | 140.00 |
| 03/25/2009 | 0806 | Preparation of correspondence to George F. Martin/James J. Braze regarding strategy to handle copyright registration issue. | 0.50 | 280.00 | 140.00 |
| 03/25/2009 | 0004 | Review of emails regarding Copyright Office issues and conference with Jeff Travis regarding same. | 0.20 | 525.00 | 105.00 |
| 03/26/2009 | 0806 | Research and review cases regarding Copyright Registration presumptions for trial. | 1.50 | 280.00 | 420.00 |
| 03/27/2009 | 0004 | Review of email and Answer to Complaint. | 0.20 | 525.00 | 105.00 |
| 03/30/2009 | 0806 | Research regarding 17 USC 410 issues (Publication, corrections to copyright); Preparation of memorandum to George F. Martin/James J. Braze regarding recommendations for lost copyright deposit issues. | 3.20 | 280.00 | 896.00 |
| 03/31/2009 | 0806 | Research, preparation of and finalization of memorandum regarding recommendations in light of missing copyright deposit. | 1.80 | 280.00 | 504.00 |
| 03/31/2009 | 0806 | Telephone conference with client and follow-up research regarding Requirement of Supplementary Registration. | 0.40 | 280.00 | 112.00 |

BORTON PETRINI, LLP

Invoice     581755
Matter No.  060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.  Page   3

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 03/31/2009 | 0805 | Review and analysis of Answer to Complaint of Defendant, Noue. | 0.20 | 380.00 | 76.00 |

**TOTAL FEES**                                                     $3,817.50

### T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | LOC | ATTY # | HOURS | RATE | AMOUNT |
|------------|-------|-----|--------|-------|------|--------|
| George Martin | Of Counsel | BKF | 0004 | 1.10 | 525.00 | 577.50 |
| James J Braze | Senior Counsel | BKF | 0805 | 0.20 | 380.00 | 76.00 |
| Jeffrey A Travis | Associate | BKF | 0806 | 11.30 | 280.00 | 3,164.00 |

### E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 03/05/2009 | E102 | Copying/Printing (Outside) - Keleher's Certified Shorthand Reporters; Invoice # 22,977 dated March 5, 2009. Various copies, Blueprints and CD's. | 1,008.07 | 1 | 1,008.07 |
| 03/23/2009 | E106 | Online Research - West Group Payment Center; Invoice # 817890988 dated March 1, 2009. Online research and related charges, including document retrieval and printing, etc., for February 2009. | 4.20 | 1 | 4.20 |
| 03/23/2009 | E107 | Delivery/Messenger Services - Federal Express Corp.; Invoice # 9-113-68857 dated March 6, 2009. Delivery of documents to Denise Garrott, Copyright Office in Washington, DC on February 26, 2009. | 63.40 | 1 | 63.40 |
| 03/24/2009 | E107 | Delivery/Messenger Services - Golden State Overnight; Invoice # 1747308 dated February 28, 2009. Delivery of documents to Mr. Van Roberts in Tehachapi on February 23, 2009. | 9.39 | 1 | 9.39 |
| 03/10/2009 | E115 | Deposition Transcripts - Esquire; Invoice # PL132168 dated February 19, 2009. One set of deposition transcripts of Roger McIntosh. | 333.10 | 1 | 333.10 |

BORTON PETRINI, LLP

Invoice No.     581755
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   4

### E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 03/16/2009 | E115 | Deposition Transcripts - Esquire; Invoice # PL134350 dated February 27, 2009. One set of deposition transcripts of Keith Woodcock, Danny Espitia, Alan Peake and Larry Pennell. | 750.60 | 1 | 750.60 |
| 03/24/2009 | E115 | Deposition Transcripts - Esquire; Invoice # PL136500 dated March 10, 2009. One set of deposition transcripts of James Delmarter. | 802.80 | 1 | 802.80 |

TOTAL EXPENSES                                     2,971.56
TOTAL FEES AND EXPENSES                   $6,789.06

    Less Retainer                               .00

    *Total Amount Due*                   6,789.06
                                    ============

<table>
<tr><td>FRESNO</td><td rowspan="7">THE LAW OFFICES OF<br>**Borton Petrini, LLP**<br><br>P.O. Box 2026<br>BAKERSFIELD, CA 93303<br>(661) 322-3051<br><br>E-Mail: bpcbak@bortonpetrini.com<br><br>FEDERAL ID 95-2024819</td><td>SAN BERNARDINO</td></tr>
</table>

| FRESNO | SAN BERNARDINO |
|---|---|
| LOS ANGELES | SAN DIEGO |
| MODESTO | SAN FRANCISCO |
| SAN LUIS OBISPO | SAN JOSE |
| SACRAMENTO | SANTA ANA |

**THE LAW OFFICES OF**
# Borton Petrini, LLP

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

## ACCOUNT STATEMENT
### For Professional Service Rendered

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No 581755
April 9, 2009
Client No. 054493
Matter No. 060971

| | |
|---|---:|
| **Total Fees and Expenses** | **$6,789.06** |
| Less Unallocated Cash Applied | .00 |
| **Total This Invoice** | **$6,789.06** |
| | |
| Balance Due From Previous Statement | $11,229.13 |
| Payments Received Since Previous Statement | .00 |
| *(Payments received after the above date will not be reflected on this statement)* | |
| | |
| Outstanding Balance | 11,229.13 |
| | |
| Less Retainer | .00 |
| | |
| Remaining Retainer Balance | $.00 |
| | |
| *Total Amount Due* | *18,018.19* |

## OUTSTANDING STATEMENT

| 03/09/2009 | 581089 | 11,229.13 | .00 | 11,229.13 |
|---|---|---|---|---|

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF

**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

April 9, 2009
Client No. 054493
Matter No. 060971

| Date | Invoice | Amount | Received | Balance |
|------|---------|--------|----------|---------|
| 03/09/2009 | 581089 | 11,229.13 | .00 | 11,229.13 |
| 04/09/2009 | 581755 | 6,789.06 | 0.00 | 6,789.06 |
| | TOTAL OUTSTANDING | | | 18,018.19 |

# CREDIT CARD AUTHORIZATION

VISA __  MASTERCARD __  AMERICAN EXPRESS __  DISCOVER CARD __

ACCOUNT#: __ __ __ __  __ __ __ __  __ __ __ __  __ __ __ __

NAME AS PRINTED ON CARD _____

EXPIRATION DATE ____ / ____

I authorize Borton, Petrini & Conron LLP to withdraw payment in the amount of

$_____._____ from the above referenced credit card for services rendered.

SIGNATURE_____  DATE_____

**YOU MAY FAX TO 661-322-4231**

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No. 582484
May 19, 2009
Client No. 054493
Matter No. 060971

FOR PROFESSIONAL SERVICES RENDERED
for the period through April 30, 2009

Re: McIntosh v. Northern California Universal Enterprises Co.

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 04/06/2009 | 0806 | Review and revision of Amended Joint Case Management Statement. | 0.50 | 280.00 | 140.00 |
| 04/06/2009 | 0806 | Research and review regarding Implied license and meger doctrine cases cited by defendant. | 0.80 | 280.00 | 224.00 |
| 04/07/2009 | 0806 | Trade email correspondence with opposing counsel regarding trial dates and revisions to Joint Case Management Conference Statement. | 0.30 | 280.00 | 84.00 |
| 04/07/2009 | 0806 | Revision and finalization for filing Joint Case Management Conference Statement with input from opposing counsel. | 0.50 | 280.00 | 140.00 |
| 04/07/2009 | 0806 | Review, revision and finalization of memorandum to George F. Martin/James J. Braze regarding recommendation for copyright documents at trial. | 0.60 | 280.00 | 168.00 |
| 04/07/2009 | 0004 | Review of email and research; brief meeting with Jeff Travis regarding same and Amended Case Management Conference. | 0.60 | 525.00 | 315.00 |

BORTON PETRINI, LLP

Invoice     582484

Matter No.  060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.  Page   2

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 04/08/2009 | 0806 | Email correspondences with opposing counsels regarding coordination and revisions to Case Management Conference. | 0.40 | 280.00 | 112.00 |
| 04/08/2009 | 0806 | Revision, finalization and send proposed declaration to Goodwin Proctor. | 0.30 | 280.00 | 84.00 |
| 04/08/2009 | 0004 | Review of email; response thereto; meeting with Jeff Travis regarding same and registration issue. | 0.40 | 525.00 | 210.00 |
| 04/09/2009 | 0806 | Revision of Joint Case Management Statement with input from Bill Alexander and opposing counsel; correspondence to opposing counsel regarding final draft of Joint Statement. | 0.80 | 280.00 | 224.00 |
| 04/09/2009 | 0806 | Conference with James J. Braze regarding Copyright ownership issues at Trial and inclusion of witnesses. | 0.40 | 280.00 | 112.00 |
| 04/09/2009 | 0004 | Review of email regarding Declaration and documents; brief meeting with Jeff Travis regarding same. | 0.40 | 525.00 | 210.00 |
| 04/10/2009 | 0806 | Research regarding Lost copyright deposits cases; conference with James J. Braze/George F. Martin regarding Dewalt strategy. | 0.80 | 280.00 | 224.00 |
| 04/10/2009 | 0806 | Preparation of correspondence to client regarding missing copyright issue and strategy for trial. | 0.30 | 280.00 | 84.00 |
| 04/13/2009 | 0806 | Research regarding Alad and successor liability for Dewalt, Incorporated; email correspondence to George F. Martin/James J. Braze regarding recommendation for adding in Dennis W. Dewalt, Incorporated. | 1.50 | 280.00 | 420.00 |
| 04/13/2009 | 0004 | Review of email regarding Discovery and adding defendant; brief meeting with Jeff Travis. | 0.30 | 525.00 | 157.50 |
| 04/14/2009 | 0806 | Email correspondence to opposing counsel: proposed agreement to add Dennis W. Dewalt, Incorporated and response to Dewalt. | 0.30 | 280.00 | 84.00 |

BORTON PETRINI, LLP

Invoice        582484
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page     3

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 04/14/2009 | 0806 | Preparation of Third Amended Complaint, Motion and memorandum to amend to include Dennis W. Dewalt Incorporated, proposed Order, Declaration and exhibits in support thereof. | 2.20 | 280.00 | 616.00 |
| 04/14/2009 | 0004 | Review of correspondence to client and brief meeting with Jeff Travis regarding same. | 0.30 | 525.00 | 157.50 |
| 04/15/2009 | 0806 | Attendence at Case Management Conference; correspondence to opposing counsel (Alexander) regarding Meet and Confer regarding addition of Dennis W. Dewalt Incorporated. | 0.80 | 280.00 | 224.00 |
| 04/16/2009 | 0806 | Receipt of and review correspondence from GoodWin Proctor regarding proposed declaration; review and revision of Goodwin Proctor declaration and send for signature. | 0.50 | 280.00 | 140.00 |
| 04/17/2009 | 0806 | Telephone call with James Delmarter regarding scheduling for trial. | 0.10 | 280.00 | 28.00 |
| 04/21/2009 | 0806 | Revision and finalization of Motion to Amend, declaration and exhibits. | 1.20 | 280.00 | 336.00 |
| 04/21/2009 | 0806 | Email correspondence with counsel for DeWalt CM, Incorporated regarding review of documents for dismissal. | 0.20 | 280.00 | 56.00 |
| 04/23/2009 | 0806 | Electronically file Third Amended Complaint. | 0.40 | 280.00 | 112.00 |
| 04/28/2009 | 0806 | Revision of Declaration of Kevin Lam and preparation of exhibits and correspondence to GoodWin Proctor. | 0.60 | 280.00 | 168.00 |
| 04/29/2009 | 0806 | Research and preparation of claim chart regarding affirmative defenses and review of exhibits. | 1.80 | 280.00 | 504.00 |
| 04/30/2009 | 0806 | Research and review affirmative defenses and update claim chart with rebuttal evidence. | 1.50 | 280.00 | 420.00 |

**TOTAL FEES**                                                                    **$5,754.00**

BORTON PETRINI, LLP

Invoice No.     582484
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    4

## T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | LOC | ATTY # | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| TIMEKEEPER | TITLE | LOC | ATTY # | HOURS | RATE | AMOUNT |
| George Martin | Of Counsel | BKF | 0004 | 2.00 | 525.00 | 1,050.00 |
| Jeffrey A Travis | Associate | BKF | 0806 | 16.80 | 280.00 | 4,704.00 |

## E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|---|---|
| 02/26/2009 | E101 | Copying (In-House) | 0.15 | 178 | 26.70 |
| 03/02/2009 | E101 | Copying (In-House) | 0.15 | 556 | 83.40 |
| 04/27/2009 | E106 | Online Research - West Group Payment Center; Invoice # 818086916 dated April 1, 2009. Online research and related charges, including document retrieval and printing, etc., for March 2009. | 37.59 | 1 | 37.59 |

TOTAL EXPENSES                                      147.69
TOTAL FEES AND EXPENSES                          $5,901.69

   Less Retainer                                      .00

   *Total Amount Due*                            *5,901.69*
                                              ============

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
## Borton Petrini, LLP

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

## ACCOUNT STATEMENT
### For Professional Service Rendered

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No 582484
May 19, 2009
Client No. 054493
Matter No. 060971

| | |
|---|---:|
| **Total Fees and Expenses** | $5,901.69 |
| Less Unallocated Cash Applied | .00 |
| **Total This Invoice** | $5,901.69 |
| | |
| Balance Due From Previous Statement | $18,018.19 |
| Payments Received Since Previous Statement | (18,174.19) |
| *(Payments received after the above date will not be reflected on this statement)* | |
| | |
| Outstanding Balance | .00 |
| | |
| Less Retainer | .00 |
| | |
| Remaining Retainer Balance | $.00 |
| | |
| ***Total Amount Due*** | *5,901.69* |

THE LAW OFFICES OF

**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

May 19, 2009
Client No. 054493
Matter No. 060971

| Date | Invoice | Amount | Received | Balance |
|------|---------|--------|----------|---------|
| 05/19/2009 | 582484 | 5,901.69 | 0.00 | 5,901.69 |
| | TOTAL OUTSTANDING | | | 5,901.69 |

# CREDIT CARD AUTHORIZATION

VISA __   MASTERCARD __   AMERICAN EXPRESS __   DISCOVER CARD __

ACCOUNT#: ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___

NAME AS PRINTED ON CARD _____

EXPIRATION DATE ____ / ____

I authorize Borton, Petrini & Conron LLP to withdraw payment in the amount of

$_____.____ from the above referenced credit card for services rendered.

SIGNATURE_____ DATE_____

YOU MAY FAX TO 661-322-4231

| FRESNO | THE LAW OFFICES OF | SAN BERNARDINO |
|---|---|---|
| LOS ANGELES | **Borton Petrini, LLP** | SAN DIEGO |
| MODESTO | P.O. Box 2026<br>BAKERSFIELD, CA 93303<br>(661) 322-3051 | SAN FRANCISCO |
| SAN LUIS OBISPO | E-Mail: bpcbak@bortonpetrini.com | SAN JOSE |
| SACRAMENTO | FEDERAL ID 95-2024819 | SANTA ANA |

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No. 584044
July 31, 2009
Client No. 054493
Matter No. 060971

FOR PROFESSIONAL SERVICES RENDERED
for the period through June 30, 2009

Re: McIntosh v. Northern California Universal Enterprises Co.

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 05/04/2009 | 0806 | Research and review of remaining Affirmative Defenses and update claim chart. | 2.70 | 280.00 | 756.00 |
| 05/08/2009 | 0806 | Receipt and review of documents from client regarding knowledge of Development Agreement and compare with evidence. | 2.60 | 280.00 | 728.00 |
| 05/13/2009 | 0806 | Preparation of Request for Admission (Set One) to DeWalt. | 0.80 | 280.00 | 224.00 |
| 05/14/2009 | 0806 | Preparation of Special Interrogatories (Set One) to DeWalt. | 1.20 | 280.00 | 336.00 |
| 05/15/2009 | 0806 | Preparation of and finalize request for admissions and special interrogatories (set one) to DeWalt. | 0.00 | 280.00 | 0.00 |
| 05/15/2009 | 0806 | Receipt and review of Declaration and exhibits from Goodwin Proctor; preparation of correspondence to Copyright Office regarding request for replacement copies. | 1.70 | 280.00 | 476.00 |

BORTON PETRINI, LLP

Invoice   584044
Matter No.  060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   2

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 05/15/2009 | 0004 | Review of correspondence and Declaration and brief meeting with Jeff Travis regarding same. | 0.30 | 525.00 | 157.50 |
| 05/20/2009 | 0806 | Review, revision and preparation of exhibits for and send correspondence and exhibits to Copyright Office regarding replacement copies. | 0.30 | 280.00 | 84.00 |
| 05/22/2009 | 0806 | Receipt and review of Orders granting Amendment to Complaint and cross-claim, Verifications and Amended cross-claim. | 0.60 | 280.00 | 168.00 |
| 05/22/2009 | 0004 | Review of email and correspondence regarding copyright registration; brief meeting with Jeff Travis regarding Interrogatories. | 0.40 | 525.00 | 210.00 |
| 05/25/2009 | 0806 | Preparation of Responses to City of Wasco's Special Interrogatories (Set One). | 1.10 | 280.00 | 308.00 |
| 05/25/2009 | 0806 | Telephone conference with client and receipt and review of materials regarding knowledge of copying; preparation of Summons for Third Amended Complaint. | 0.60 | 280.00 | 168.00 |
| 05/26/2009 | 0806 | Preparation of revised Expert Witness Disclosure; preparation of Notice of Deposition and Request for Production of Documents for Dennis.W. De Walt, Incorporated. | 1.60 | 280.00 | 448.00 |
| 05/27/2009 | 0806 | Finish Request for Production of Documents attached to Notice of Deposition for Dennis W. De Walt Person Most Knowledgeable. | 0.30 | 280.00 | 84.00 |
| 05/27/2009 | 0806 | Research regarding witnesses who drafted tentative Map #6451. | 0.70 | 280.00 | 196.00 |
| 05/30/2009 | 0004 | Review of email and discovery. | 0.30 | 525.00 | 157.50 |
| 06/04/2009 | 0806 | Research for and prepare Request for Judicial Notice regarding property tax and sales information for Trial. | 1.20 | 280.00 | 336.00 |
| 06/04/2009 | 0806 | Revision and add damages and supporting testimony and documents to claim chart. | 1.20 | 280.00 | 336.00 |

BORTON PETRINI, LLP

Invoice          584044
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page     3

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 06/05/2009 | 0806 | Revision and finalization of Response to Special Interrogatories by City of Wasco (Set One). | 0.80 | 280.00 | 224.00 |
| 06/05/2009 | 0806 | Evaluation of damages and consider damages expert on calculating reasonability of profits and damages and retaining new expert for infringers profits. | 0.60 | 280.00 | 168.00 |
| 06/05/2009 | 0806 | Update claim chart on damages and review of Deposition of Keith Woodcock in support of damage calculations. | 1.60 | 280.00 | 448.00 |
| 06/05/2009 | 0806 | Review of Expert Disclosure of City of Wasco and begin drafting questions for the expert. | 0.80 | 280.00 | 224.00 |
| 06/05/2009 | 0806 | Preparation of Request for Admission (Set Two) to Lotus and NCUE regarding profits from home sales. | 0.80 | 280.00 | 224.00 |
| 06/05/2009 | 0004 | Review of emails and status of case. | 0.50 | 525.00 | 262.50 |
| 06/08/2009 | 0806 | Preparation and finalization of Notice of Depositions of Stephen Wong, Dennis W. De Walt and Terry Schroepfer; receipt and review of Deposition Notice of Roger McIntosh by DeWalt CM Incorporated; telephone call to Dr. Marati regarding retained damages expert. | 1.20 | 280.00 | 336.00 |
| 06/08/2009 | 0806 | Conference with CBIZ and Jubin Merati experts regarding damages. | 0.70 | 280.00 | 196.00 |
| 06/08/2009 | 0806 | Preparation of Notices of Depositions for Lotus Development and NCUE for July 6, 2009 regarding profits from lot sales. | 0.60 | 280.00 | 168.00 |
| 06/08/2009 | 0806 | Additions to Request for Admissions to DeWalt Corporation (Dennis W. DeWalt, Incorporated). | 0.20 | 280.00 | 56.00 |
| 06/09/2009 | 0806 | Receipt of and review and finalized response to special interrogatories (Set One) to City of Wasco. | 0.00 | 280.00 | 0.00 |
| 06/09/2009 | 0806 | Preparation of damages claims and exhibits for Trial and Depositions. | 1.40 | 280.00 | 392.00 |

BORTON PETRINI, LLP

Invoice          584044
Matter No.  060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    4

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 06/09/2009 | 0806 | Preparation for Deposition of DeWalt CM, Incorporated's Person Most Knowledgeable for June 19, 2009. | 0.40 | 280.00 | 112.00 |
| 06/09/2009 | 0806 | Preparation of Deposition Outlines regarding Dennis W. Dewalt, Incorporated and DeWalt CM, Incorporated. | 2.10 | 280.00 | 588.00 |
| 06/10/2009 | 0806 | Preparation of motion for summary judgment re: Statement of undisputed facts and conclusions of law. | 0.00 | 280.00 | 0.00 |
| 06/11/2009 | 0806 | Finalization of Special Interrogatories and Admissions to Dennis W. DeWalt and DeWalt CM, Incorporated. | 0.20 | 280.00 | 56.00 |
| 06/11/2009 | 0733 | Review of interrogatories and request for admissions to DeWalt sets number one. | 0.00 | 125.00 | 0.00 |
| 06/11/2009 | 0806 | Preparation of Statement of Undisputed Facts and conclusions of law in support of Motion for Summary Judgment. | 1.30 | 280.00 | 364.00 |
| 06/12/2009 | 0806 | Receipt and preparation of email correspondence to client regarding Names of street in 5472 map. | 0.30 | 280.00 | 84.00 |
| 06/12/2009 | 0806 | Preparation and finalization of Request for Admissions to Lotus and NCUE (Set Two) and Request for Production of Documents (Set Three). | 0.20 | 280.00 | 56.00 |
| 06/12/2009 | 0806 | Preparation of exhibits, review of Depositions and Discovery for Separate Statement of Undisputed Facts in support of Motion for Summary Judgment. | 3.30 | 280.00 | 924.00 |
| 06/12/2009 | 0806 | Email correspondence with opposing counsel regarding compelling documents for profits of subdivision, pursuant to February 9, 2009 Agreement. | 0.20 | 280.00 | 56.00 |
| 06/13/2009 | 0806 | Preparation of Memorandum of Points and Authorities in support of Motion for Summary Judgment; research regarding issues relating to first sale, implied license and publication. | 3.60 | 280.00 | 1,008.00 |

BORTON PETRINI, LLP                              Invoice        584044
                                                 Matter No.    060971
IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page     5


| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 06/15/2009 | 0806 | Review of Wasco Municipal Codes 12 and 16 in preparation for Deposition of Steve Wong | 0.60 | 280.00 | 168.00 |
| 06/15/2009 | 0806 | Review of 6451 and 5472 map and 5472 Grading plans in preparation for Deposition of Steven Wong. | 0.80 | 280.00 | 224.00 |
| 06/15/2009 | 0806 | Email correspondence with opposing counsel regarding coordination and re-scheduling of experts and deponents. | 0.20 | 280.00 | 56.00 |
| 06/15/2009 | 0806 | Preparation of Implied License Argument in Motion for Summary Judgment and revise introduction. | 0.80 | 280.00 | 224.00 |
| 06/16/2009 | 0806 | Preparation of Notice of Motion for Motion for Summary Judgment as to Affirmative Defenses. | 0.40 | 280.00 | 112.00 |
| 06/16/2009 | 0806 | Preparation of Affirmative Defenses for Memorandum in support of Motion for Summary Judgment regarding merger, independent creation, misuses, fair use, invalidity, consent and forfeiture. | 1.40 | 280.00 | 392.00 |
| 06/16/2009 | 0806 | Preparation for Depositions of Dennis W DeWalt and DeWalt, CM Incorporated. | 1.40 | 280.00 | 392.00 |
| 06/16/2009 | 0004 | Review of email and Discovery Schedule; brief meeting with Jeff Travis regarding same. | 0.30 | 525.00 | 157.50 |
| 06/17/2009 | 0806 | Correspondences to attorney Alexander regarding emails with Discovery, Depositions and Pleadings, pursuant to Court Order. | 0.60 | 280.00 | 168.00 |
| 06/17/2009 | 0806 | Finalization of Declaration of Jeff Travis in support of Motion for Summary Judgment and exhibits. | 0.80 | 280.00 | 224.00 |
| 06/18/2009 | 0806 | Preparation of Supplemental Expert Witness Disclosure regarding Jubin Merati. | 0.40 | 280.00 | 112.00 |
| 06/18/2009 | 0806 | Finish preparation of exhibits for Declaration of J. Travis in support of Motion for Summary Judgment. | 0.40 | 280.00 | 112.00 |

BORTON PETRINI, LLP                              Invoice          584044
                                                 Matter No.  060971
IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page      6

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 06/18/2009 | 0806 | Preparation of Declaration of Roger McIntosh and exhibits in support of Motion for Summary Judgment. | 1.30 | 280.00 | 364.00 |
| 06/19/2009 | 0806 | Preparation and research procedure for Voluntary Dismissal. | 1.30 | 280.00 | 364.00 |
| 06/19/2009 | 0806 | Preparation and attend Deposition of DeWalt CM, Incorporated and Dennis W. DeWalt, Incorporated. | 2.80 | 280.00 | 784.00 |
| 06/19/2009 | 0806 | Email correspondence with opposing counsel (William Alexander) regarding Voluntary Dismissal, Answer due and rescind Deposition Notice of McIntosh. | 0.20 | 280.00 | 56.00 |
| 06/20/2009 | 0806 | Revision and finalization of Supplemental Expert Declaration of J. Merati. | 0.20 | 280.00 | 56.00 |
| 06/20/2009 | 0806 | Revision and edit Summary Judgment regarding implied license and publication sections. | 0.70 | 280.00 | 196.00 |
| 06/22/2009 | 0806 | Telephone conference with S. Hassing regarding additional Rule 26 Disclosure and Developer's marketing aid; preparation of email correspondence to opposing counsel regarding confirmation of Rule 26 Disclosure and no necessity for additional Document Production. | 0.60 | 280.00 | 168.00 |
| 06/22/2009 | 0806 | Electronically file Voluntary Dismissal of DeWalt CM, Incorporated. | 0.30 | 280.00 | 84.00 |
| 06/22/2009 | 0806 | Email correspondence with opposing counsel (Alexander, Okadigbo) regarding Rule 26 Supplemental Disclosures and Noticed Depositions. | 0.30 | 280.00 | 84.00 |
| 06/23/2009 | 0806 | Telephone conferences and interviews with Sarah Burgi regarding original drawing of 6451 map. | 0.60 | 280.00 | 168.00 |
| 06/23/2009 | 0806 | Preparation of Deposition of memorandum of Sarah Burgi to JJB regarding potential Burgi Deposition on June 24, 2009. | 0.00 | 280.00 | 0.00 |
| 06/23/2009 | 0806 | Preparation of subpoena for Sarah Burgi. | 0.10 | 280.00 | 28.00 |

BORTON PETRINI, LLP

Invoice          584044
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    7

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 06/23/2009 | 0806 | Preparation of Stipulation of Voluntary Dismissal of DeWalt CM, Incorporated, per Order of Court. | 0.40 | 280.00 | 112.00 |
| 06/23/2009 | 0806 | Preparation of Order to Dismiss and electronically file with Eastern District; preparation of e-file correspondence to Judge with Proposed Order. | 0.40 | 280.00 | 112.00 |
| 06/24/2009 | 0805 | Attendance at Deposition of client, Roger McIntosh, taken by Defendant, DeWalt. | 2.10 | 380.00 | 798.00 |

**TOTAL FEES**                                                         $16,835.00

### T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | LOC | ATTY # | HOURS | RATE | AMOUNT |
|------------|-------|-----|--------|-------|------|--------|
| George Martin | Of Counsel | BKF | 0004 | 1.80 | 525.00 | 945.00 |
| James J Braze | Senior Counsel | BKF | 0805 | 2.10 | 380.00 | 798.00 |
| Jeffrey A Travis | Associate | BKF | 0806 | 53.90 | 280.00 | 15,092.00 |

### E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 05/27/2009 | E106 | Online Research - West Group Payment Center; Invoice # 818287471 dated May 1, 2009. Online research and related charges, including document retrieval and printing, etc., for April 2009. | 29.38 | 1 | 29.38 |
| 06/22/2009 | E106 | Online Research - West Group Payment Center; Invoice # 818472729 dated June 1, 2009. Online research and related charges, including document retrieval and printing, etc., for May 2009. | 41.79 | 1 | 41.79 |
| 07/27/2009 | E106 | Online Research - West Group Payment Center; Invoice # 818659012 dated July 1, 2009. Online research and related charges, including document retrieval and printing, etc., for June 2009. | 35.52 | 1 | 35.52 |

BORTON PETRINI, LLP

Invoice No.     584044
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page      8

## E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 05/15/2009 | E107 | Delivery/Messenger Services - Golden State Overnight; Invoice # 1773892 dated April 30, 2009. Delivery of documents to Goodwin Proctor, LLP in San Francisco on April 30, 2009. | 6.78 | 1 | 6.78 |
| 05/11/2009 | E112 | Court Fees - Telephonic Hearing Account; Invoice # 4505BKF dated April 10, 2009. Court Call fee. | 25.00 | 1 | 25.00 |
| 07/16/2009 | E114 | Witness Fees - Terry Schropfer; Invoice # 071609CR dated July 16, 2009. Standard witness fees plus mileage. | 45.50 | 1 | 45.50 |
| 07/16/2009 | E114 | Witness Fees - Sarah Burgi; Invoice # 071609CR dated July 16, 2009. Witness fee. | 40.00 | 1 | 40.00 |
| 07/16/2009 | E115 | Deposition Transcripts - Esquire; Invoice # PL162327 dated June 29, 2009. One set of Depositions Transcripts of Jeffrey Gutierrez. | 382.90 | 1 | 382.90 |
| 07/20/2009 | E115 | Deposition Transcripts - Esquire; Invoice # PL166013 dated July 14, 2009. One set of Depositions Transcripts of Sarah Burgi. | 354.75 | 1 | 354.75 |
| 07/23/2009 | E115 | Deposition Transcripts - Wood & Randall, Incorporated; Invoice # 10885 dated July 13, 2009. One set of Depositions Transcript of Roger Alan McIntosh. | 150.00 | 1 | 150.00 |
| 07/29/2009 | E115 | Deposition Transcripts - Esquire; Invoice # PL166593 dated July 16, 2009. One set of Depositions Transcripts of Stephen Wong and Terry Schroepfer. | 1,999.35 | 1 | 1,999.35 |
| 06/30/2009 | E119 | Expert - Stephen Wong; Invoice # 070209CR dated June 30, 2009. Payment to opposing counsel's expert, Wong, for his Deposition fee. | 1,680.00 | 1 | 1,680.00 |

**TOTAL EXPENSES**                                                         4,790.97
**TOTAL FEES AND EXPENSES**                                            $21,625.97

Less Retainer                                                                      .00

*BORTON PETRINI, LLP*                          Invoice No.      584044
                                               Matter No.   060971
*IN RE: McIntosh v. Northern California Universal Enterprises Co.*  Page     9


       Total Amount Due                                    21,625.97
                                                        ============

LESS UNALLOCATED CASH APPLIED                           (   156.00)

TOTAL THIS INVOICE                                      $21,469.97

| FRESNO | THE LAW OFFICES OF | SAN BERNARDINO |
|---|---|---|

### THE LAW OFFICES OF
## Borton Petrini, LLP

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

## ACCOUNT STATEMENT
### For Professional Service Rendered

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No 584044
July 31, 2009
Client No. 054493
Matter No. 060971

| | |
|---|---|
| **Total Fees and Expenses** | $21,625.97 |
| Less Unallocated Cash Applied | ( 156.00) |
| **Total This Invoice** | $21,469.97 |
| | |
| Balance Due From Previous Statement | $5,901.69 |
| Payments Received Since Previous Statement | (5,745.69) |
| *(Payments received after the above date will not be reflected on this statement)* | |
| | |
| Outstanding Balance | .00 |
| | |
| Less Retainer | .00 |
| | |
| Remaining Retainer Balance | $.00 |
| | |
| **Total Amount Due** | **21,469.97** |
| | ============ |

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF

**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

July 31, 2009
Client No. 054493
Matter No. 060971

| Date | Invoice | Amount | Received | Balance |
|------|---------|--------|----------|---------|
| 07/31/2009 | 584044 | 21,625.97 | 0.00 | 21,625.97 |
| | TOTAL OUTSTANDING | | | 21,625.97 |

## CREDIT CARD AUTHORIZATION

VISA __  MASTERCARD __  AMERICAN EXPRESS __  DISCOVER CARD __

ACCOUNT#: ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___

NAME AS PRINTED ON CARD _____

EXPIRATION DATE ____ / ____

I authorize Borton, Petrini & Conron LLP to withdraw payment in the amount of

$_____._____ from the above referenced credit card for services rendered.

SIGNATURE_____ DATE_____

### YOU MAY FAX TO 661-322-4231

| FRESNO | THE LAW OFFICES OF | SAN BERNARDINO |
|---|---|---|

### THE LAW OFFICES OF
# Borton Petrini, LLP

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

---

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No. 584648
August 31, 2009
Client No. 054493
Matter No. 060971

FOR PROFESSIONAL SERVICES RENDERED
for the period through July 31, 2009

Re: McIntosh v. Northern California Universal Enterprises Co.

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 07/02/2009 | 0806 | Preparation for and attendance at Deposition of Terry Szhroepfer. | 2.80 | 280.00 | 784.00 |
| 07/02/2009 | 0806 | Attendance at the Deposition of Stephen Wong. | 4.10 | 280.00 | 1,148.00 |
| 07/03/2009 | 0806 | Preparation for and attendance at deposition of Sarah Burgi. | 1.20 | 280.00 | 336.00 |
| 07/03/2009 | 0806 | Preparation of email correspondence to client regarding review of Burgi deposition. (No Charge) | 0.00 | 280.00 | 0.00 |
| 07/03/2009 | 0806 | Review and revision of Separate Statement for Motion for Summary Judgment. | 1.20 | 280.00 | 336.00 |
| 07/07/2009 | 0806 | Receipt of, research and preparation of response to email communication from opposing counsel regarding cut off deadline for written discovery and overcoming blanket objection. | 0.30 | 280.00 | 84.00 |

BORTON PETRINI, LLP

Invoice                584648
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   2

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 07/10/2009 | 0806 | Preparation of Motion for Summary Judgment memorandum regarding Introduction and revise statement of facts and law. | 1.90 | 280.00 | 532.00 |
| 07/11/2009 | 0806 | Preparation of Memorandum of Points and Authorities in Support of Summary Judgment regarding Sections A.4-7. | 1.80 | 280.00 | 504.00 |
| 07/14/2009 | 0806 | Receipt of and review of profit statements from Northern and revise calculation of lost profits. | 0.40 | 280.00 | 112.00 |
| 07/16/2009 | 0806 | Preparation of declaration, Motion, and memorandum in support of Motion to Extend discovery for limited purposes. | 1.70 | 280.00 | 476.00 |
| 07/16/2009 | 0806 | Revision and finalization of Motion for Extension (declaration, Notice, memorandum, and Order). | 0.40 | 280.00 | 112.00 |
| 07/17/2009 | 0806 | Receipt of and review additional expert disclosures from Stephen Wong regarding Substantial similarity copyright law. | 0.20 | 280.00 | 56.00 |
| 07/17/2009 | 0806 | Telephone conference with opposing counsel (Hassing) regarding profit documentation and deposition of Wu. | 0.10 | 280.00 | 28.00 |
| 07/18/2009 | 0806 | Preparation of Rule 26 supplemental disclosure regarding email from Mike Jones. | 0.20 | 280.00 | 56.00 |
| 07/21/2009 | 0806 | Receipt of and review Responses to Request for Production, Special Interrogatories, and Admission (DeWalt). | 0.70 | 280.00 | 196.00 |
| 07/23/2009 | 0806 | Review of McIntosh Deposition Transcript. | 0.30 | 280.00 | 84.00 |
| 07/23/2009 | 0806 | Correspondence with opposing counsel, (Hassing) regarding profit loss statements and requests for discoverable items. | 0.20 | 280.00 | 56.00 |
| 07/24/2009 | 0806 | Review of deposition of Terry Schroepfer and incorporate essential testimony into claim chart. | 0.30 | 280.00 | 84.00 |

BORTON PETRINI, LLP

Invoice          584648
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   3

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 07/24/2009 | 0806 | Review of notes and exhibits of Stephen Wong provided at deposition (expert for City of Wasco). | 0.50 | 280.00 | 140.00 |
| 07/25/2009 | 0806 | Review of deposition of Stephen Wong (expert for Wasco) and update Separate Statement and Claim Chart with key deposition elements. | 1.70 | 280.00 | 476.00 |
| 07/25/2009 | 0806 | Review and finalization of first draft Motion for Summary Judgment and preparation of exhibits. | 0.60 | 280.00 | 168.00 |
| 07/27/2009 | 0806 | Preparation of Joint Stipulation to extend discovery and partial withdrawal of Motion. | 0.20 | 280.00 | 56.00 |
| 07/27/2009 | 0806 | Preparation of Notice of Partial Withdrawal of Motion to Extend Discovery for limited purposes. | 0.20 | 280.00 | 56.00 |
| 07/30/2009 | 0761 | Preparation of Separate Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment; preparation of Declaration of Roger McIntosh in support of Motion for Partial Summary Judgment; preparation of Declaration of Jeffrey A. Travis in support of Motion for Partial Summary Judgment. | 3.40 | 280.00 | 952.00 |

**TOTAL FEES**                                                                    **$6,832.00**

T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | LOC | ATTY # | HOURS | RATE | AMOUNT |
|------------|-------|-----|--------|-------|------|--------|
| Jeffrey A Travis | Associate | BKF | 0806 | 21.00 | 280.00 | 5,880.00 |
| Matthew Malerich | Associate | BKF | 0761 | 3.40 | 280.00 | 952.00 |

BORTON PETRINI, LLP

Invoice No.     584648
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   4

E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 08/28/2009 | E113 | Subpoena Fees - Team Legal, Inc.; Invoice # 0019683 dated August 26, 2009. Multiple attempts to serve documents to Josh Woodard and advanced witness fees ($45.00). | 379.75 | 1 | 379.75 |

TOTAL EXPENSES                                            379.75
TOTAL FEES AND EXPENSES                              $7,211.75

   Less Retainer                                          .00

   *Total Amount Due*                              7,211.75
                                                         =============

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
## Borton Petrini, LLP

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpchak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

## ACCOUNT STATEMENT
**For Professional Service Rendered**

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No 584648
August 31, 2009
Client No. 054493
Matter No. 060971

| | |
|---|---:|
| **Total Fees and Expenses** | **$7,211.75** |
| Less Unallocated Cash Applied | .00 |
| **Total This Invoice** | **$7,211.75** |
| Balance Due From Previous Statement | $21,469.97 |
| Payments Received Since Previous Statement | .00 |
| *(Payments received after the above date will not be reflected on this statement)* | |
| Outstanding Balance | 21,469.97 |
| Less Retainer | .00 |
| Remaining Retainer Balance | $.00 |
| ***Total Amount Due*** | ***28,681.72*** |
| | ============ |

## OUTSTANDING STATEMENT

| | | | | |
|---|---|---|---|---|
| 07/31/2009 | 584044 | 21,625.97 | (156.00) | 21,469.97 |

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

August 31, 2009
Client No. 054493
Matter No. 060971

| Date | Invoice | Amount | Received | Balance |
|------|---------|--------|----------|---------|
| 07/31/2009 | 584044 | 21,625.97 | (156.00) | 21,469.97 |
| 08/31/2009 | 584648 | 7,211.75 | 0.00 | 7,211.75 |
| | TOTAL OUTSTANDING | | | 28,681.72 |

# CREDIT CARD AUTHORIZATION

VISA __  MASTERCARD __  AMERICAN EXPRESS __  DISCOVER CARD __

ACCOUNT#: ___ ___ ___ ___  ___ ___ ___ ___  ___ ___ ___ ___  ___ ___ ___ ___

NAME AS PRINTED ON CARD _____

EXPIRATION DATE ____ / ____

I authorize Borton, Petrini & Conron LLP to withdraw payment in the amount of

$_____.____ from the above referenced credit card for services rendered.

SIGNATURE_____  DATE_____

### YOU MAY FAX TO 661-322-4231

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

---

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No. 585332
October 9, 2009
Client No. 054493
Matter No. 060971

FOR PROFESSIONAL SERVICES RENDERED
for the period through September 30, 2009

Re: McIntosh v. Northern California Universal Enterprises Co.

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 08/04/2009 | 0806 | Review and finalization of Declaration and Separate Statement regarding exhibits and references by documents. | 0.20 | 280.00 | 56.00 |
| 08/05/2009 | 0761 | Preparation of memorandums to Steven Hassing regarding Verifications to Responses to Roger McIntosh's Requests for Production of Documents propounded to Northern California Universal Enterprises Company and Lotus Developments, LP and signed Declarations to various Deposition Transcripts; preparation of memorandum to Chaka Okadigbo regarding Responses to Roger McIntosh's Requests for Production of Documents propounded to City of Wasco. | 0.20 | 280.00 | 56.00 |
| 08/10/2009 | 0806 | Email correspondence to client regarding receipt of and review of profit documentation. | 0.10 | 280.00 | 28.00 |
| 08/14/2009 | 0806 | Preparation of Special Interrogatories #3 to Wasco regarding confirmation of Developer's Information Package. | 0.10 | 280.00 | 28.00 |

BORTON PETRINI, LLP                                    Invoice         585332
                                                       Matter No.      060971
IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    2


| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 08/14/2009 | 0806 | Preparation of Request for Admission (Set Three) to City of Wasco regarding limited discovery relating to Developer's Information Package. | 0.10 | 280.00 | 28.00 |
| 08/15/2009 | 0806 | Preparation and send correspondence to Copyright Office regarding response and argue for replacement copies. | 0.30 | 280.00 | 84.00 |
| 08/15/2009 | 0806 | Research addresses and contact information for and preparation of subpoena for Josh Woodard. | 0.20 | 280.00 | 56.00 |
| 08/15/2009 | 0806 | Memorandum to JJB regarding necessity of Deposition of Josh Burgi. | 0.10 | 280.00 | 28.00 |
| 08/15/2009 | 0806 | Receipt, review and incorporate Responses to Claim Chart regarding Lotus/Northern's Responses to Request for Production #3 and Requests for Admissions #2. | 0.80 | 280.00 | 224.00 |
| 08/17/2009 | 0806 | Insert additional Affirmative Defense (independent creation) into Motion for Summary Judgment. | 0.60 | 280.00 | 168.00 |
| 08/18/2009 | 0806 | Receipt, review and preparation of correspondence to client regarding second offer of settlement by Wasco. | 0.20 | 280.00 | 56.00 |
| 08/18/2009 | 0004 | Review of memorandum regarding settlement issues and brief meeting with Jeff Travis. | 0.40 | 525.00 | 210.00 |
| 08/19/2009 | 0806 | Telephone conference with Roger McIntosh re: Profit loss issues and Wasco settlement response. | 0.00 | 280.00 | 0.00 |
| 08/19/2009 | 0806 | Research regarding profits as taxes and impact fees in preparation of response to settlement offer to Wasco. | 0.60 | 280.00 | 168.00 |
| 08/19/2009 | 0806 | Research regarding Joint and Several liability in preparation of response to settlement offer to Wasco. | 0.40 | 280.00 | 112.00 |
| 08/19/2009 | 0806 | Preparation of detailed response to Wasco with renewed settlement demand regarding renewed offer of $650,000. | 0.70 | 280.00 | 196.00 |

BORTON PETRINI, LLP

| Invoice | 585332 |
|---|---|
| Matter No. | 060971 |

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   3

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 08/19/2009 | 0806 | Preparation of correspondence to client regarding Deposition of Josh Woodard. | 0.20 | 280.00 | 56.00 |
| 08/20/2009 | 0806 | Receipt and review of Order from Judge regarding Ruling granting Motion to Extend Discovery. | 0.10 | 280.00 | 28.00 |
| 08/20/2009 | 0806 | Receipt, review and final discovery to Wasco regarding Special Interrogatories and Requests for Admissions. | 0.00 | 280.00 | 0.00 |
| 08/21/2009 | 0761 | Preparation of Separate Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment. | 0.80 | 280.00 | 224.00 |
| 08/21/2009 | 0806 | Review and revision of counter-offer to Wasco. | 0.20 | 280.00 | 56.00 |
| 08/21/2009 | 0806 | Preparation of correspondence to client regarding draft counter-offer to Wasco. | 0.10 | 280.00 | 28.00 |
| 08/24/2009 | 0761 | Preparation of Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment; preparation of Declaration of Roger A. McIntosh in support of Motion for Summary Judgment. | 0.60 | 280.00 | 168.00 |
| 08/26/2009 | 0806 | Review and revision of Separate Statements to include updated exhibits and coordinate with Declarations. | 0.80 | 280.00 | 224.00 |
| 08/26/2009 | 0806 | Review and revision of McIntosh's Declaration regarding add and modify exhibits and new statements in support of Motion for Summary JUdgment and coordinate with new Separate Statement numbering. | 0.70 | 280.00 | 196.00 |
| 08/26/2009 | 0806 | Review and revision of JAT's Declaration regarding addition of exhibit and revise numbering to conform to Separate Statement. | 0.60 | 280.00 | 168.00 |

TOTAL FEES                                                             $2,646.00

BORTON PETRINI, LLP                                    Invoice No.      585332
                                                       Matter No.  060971
IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    4


### T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | LOC | ATTY # | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| George Martin | Of Counsel | BKF | 0004 | 0.40 | 525.00 | 210.00 |
| Jeffrey A Travis | Associate | BKF | 0806 | 7.10 | 280.00 | 1,988.00 |
| Matthew Malerich | Associate | BKF | 0761 | 1.60 | 280.00 | 448.00 |


### E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|---|---|
| 08/31/2009 | E106 | Online Research - West Group Payment Center; Invoice # 818853149 dated August 1, 2009. Online research and related charges, including document retrieval and printing, etc., for July 2009. | 9.08 | 1 | 9.08 |
| 08/31/2009 | E106 | Online Research - West Group Payment Center; Invoice # 818853149 dated August 1, 2009. Online research and related charges, including document retrieval and printing, etc., for July 2009. | 5.20 | 1 | 5.20 |
| 09/25/2009 | E106 | Online Research - West Group Payment Center; Invoice # 819031539 dated September 1, 2009. Online research and related charges, including document retrieval and printing, etc., for August 2009. | 12.09 | 1 | 12.09 |
| 09/21/2009 | E110 | Travel - Out of Town - Jeffrey Travis; Invoice # 39369 dated September 18, 2009. Taxi Fee incurred while in Redding on September 10, 2009 and September 11, 2009 to attend the Deposition of Josh Woodard. | 15.00 | 1 | 15.00 |
| 09/21/2009 | E110 | Out of Town - Jeffrey Travis; Invoice # 39369 dated September 18, 2009. Hotel charges incurred while in Redding on September 10, 2009 and September 11, 2009 to attend the Deposition of Josh Woodard. | 146.78 | 1 | 146.78 |
| 09/25/2009 | E110 | Travel - Out of Town - Uniglobe Golden Empire Travel; Invoice # 090909449 dated September 9, 2009. Airfare fee incurred during travel to/from Bakersfield to Redding to attend the Deposition of Josh Woodard. | 766.20 | 1 | 766.20 |

BORTON PETRINI, LLP

Invoice No.     585332
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.  Page    5

E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 09/21/2009 | E111 | Meals - Jeffrey Travis; Invoice # 39369 dated September 18, 2009. Dinner at the Red Lion while in Redding to attend the Deposition of Josh Woodard. | 16.47 | 1 | 16.47 |
| 09/04/2009 | E113 | Subpoena Fees - Attorney's Diversified Services, Incorporated; Invoice # 0C276537-01 dated May 28, 2009. Served documents upon W. De Walt, Incorporated. | 35.50 | 1 | 35.50 |
| 09/17/2009 | E113 | Subpoena Fees - Attorney's Diversified Services, Incorporated; Invoice # 0C276699-01 dted June 15, 2009. Served documents upon Terry Schroepfer on June 12, 2009. | 71.00 | 1 | 71.00 |
| 09/17/2009 | E113 | Subpoena Fees - Attorney's Diversified Services, Incorporated; Invoice # 0C276668-01 dated June 9, 2009. Attempted to served documents upon Terry Schroepfer on June 9, 2009. | 90.50 | 1 | 90.50 |
| 09/30/2009 | E115 | Deposition Transcripts - J.V. Killingsworth & Associates; Invoice # 264417 dated September 15, 2009. One set of Depositions Transcript of Joshua Woodard. | 218.85 | 1 | 218.85 |

| | | |
|---|---|---|
| **TOTAL EXPENSES** | | 1,386.67 |
| **TOTAL FEES AND EXPENSES** | | $4,032.67 |
| Less Retainer | | .00 |
| *Total Amount Due* | | *4,032.67* |
| | | ============ |

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

## ACCOUNT STATEMENT
### For Professional Service Rendered

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No 585332
October 9, 2009
Client No. 054493
Matter No. 060971

| | |
|---|---|
| Total Fees and Expenses | $4,032.67 |
| Less Unallocated Cash Applied | .00 |
| **Total This Invoice** | $4,032.67 |
| | |
| Balance Due From Previous Statement | $28,681.72 |
| Payments Received Since Previous Statement | (28,681.72) |
| *(Payments received after the above date will not be reflected on this statement)* | |
| | |
| Outstanding Balance | .00 |
| | |
| Less Retainer | .00 |
| | |
| Remaining Retainer Balance | $.00 |
| | |
| *Total Amount Due* | 4,032.67 |
| | ============ |

| FRESNO | THE LAW OFFICES OF | SAN BERNARDINO |
| | **Borton Petrini, LLP** | |
| LOS ANGELES | | SAN DIEGO |
| MODESTO | P.O. Box 2026<br>BAKERSFIELD, CA 93303<br>(661) 322-3051 | SAN FRANCISCO |
| SAN LUIS OBISPO | E-Mail: bpcbak@bortonpetrini.com | SAN JOSE |
| SACRAMENTO | FEDERAL ID 95-2024819 | SANTA ANA |

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

October 9, 2009
Client No. 054493
Matter No. 060971

| Date | Invoice | Amount | Received | Balance |
|------|---------|--------|----------|---------|
| 10/09/2009 | 585332 | 4,032.67 | 0.00 | 4,032.67 |
| | TOTAL OUTSTANDING | | | 4,032.67 |

## CREDIT CARD AUTHORIZATION

VISA __   MASTERCARD __   AMERICAN EXPRESS __   DISCOVER CARD __

ACCOUNT#: ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___

NAME AS PRINTED ON CARD _____

EXPIRATION DATE ____ / ____

I authorize Borton, Petrini & Conron LLP to withdraw payment in the amount of

$_____._____ from the above referenced credit card for services rendered.

SIGNATURE_____ DATE_____

YOU MAY FAX TO 661-322-4231

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No.585827
October 31, 2009
Client No. 054493
Matter No. 060971

FOR PROFESSIONAL SERVICES RENDERED
for the period through October 27, 2009

Re: McIntosh v. Northern California Universal Enterprises Co.

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 09/02/2009 | 0806 | Revision and modify revision regarding Summary Judgment, Separate Statement, Declaration and Memorandum. | 2.70 | 280.00 | 756.00 |
| 09/04/2009 | 0806 | Revision and correct Separate Statement and Declarations in support of Motion for Summary Judgment. | 1.20 | 280.00 | 336.00 |
| 09/08/2009 | 0806 | Telephone correspondence with client regarding updated copyright registrations and profit documentation meeting. | 0.10 | 280.00 | 28.00 |
| 09/08/2009 | 0806 | Preparation of Motion for Summary Judgment regarding addition of independent creation (Section 8) to memorandum. | 1.60 | 280.00 | 448.00 |
| 09/09/2009 | 0806 | Revision of Separate Statement to include facts for independent creation. | 1.20 | 280.00 | 336.00 |
| 09/09/2009 | 0310 | Review and revision of Separate Statement of Material Facts (and handling). | 0.40 | 320.00 | 128.00 |

BORTON PETRINI, LLP

Invoice    585827
Matter No.  060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    2

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 09/09/2009 | 0310 | Review and revision of Declaration of attorney Travis as to Federal format/pleading style. | 0.30 | 320.00 | 96.00 |
| 09/10/2009 | 0806 | Preparation of outline and exhibits for the Deposition of Josh Woodard. | 1.70 | 280.00 | 476.00 |
| 09/10/2009 | 0806 | Travel to Deposition of Josh Woodard from Bakersfield to Redding, California. | 4.20 | 100.00 | 420.00 |
| 09/11/2009 | 0806 | Attendance at Deposition of Josh Woodard. | 2.10 | 280.00 | 588.00 |
| 09/11/2009 | 0806 | Travel time from Deposition of Josh Woodard. | 5.10 | 100.00 | 510.00 |
| 09/16/2009 | 0806 | Revision and preparation of Motion for Summary Judgment, revise and compile exhibits, Separate Statement, Declarations and addition of supporting facts. | 4.10 | 280.00 | 1,148.00 |
| 09/17/2009 | 0806 | Revision and finalization of Motion for Summary Judgment regarding finish all Declarations, Separate Statement and gathering and identifying supporting exhibits; finalize Request for Judicial Notice and send all for review. | 4.80 | 280.00 | 1,344.00 |
| 09/21/2009 | 0825 | Review and revision of Motion for Summary Judgment. | 2.80 | 320.00 | 896.00 |
| 09/22/2009 | 0806 | Revision and make corrections to Declarations, Separate Statement and additional supporting exhibit. | 1.80 | 280.00 | 504.00 |
| 09/22/2009 | 0825 | Meeting with Travis regarding Motion for Summary Judgment. | 0.00 | 320.00 | 0.00 |
| 09/23/2009 | 0806 | Receipt and review of Supplemental Responses by DeWalt and email correspondence for verifications. | 0.40 | 280.00 | 112.00 |
| 09/23/2009 | 0806 | Revision of Separate Statement, Declaration and Motion to Include Supplemental Responses and Admissions from Defendant. | 0.70 | 280.00 | 196.00 |

*(handwritten annotations: "2861 9.45", "Sub", "Only Northern/Lotus", "Dewalt", "Northern/Lotus")*

BORTON PETRINI, LLP

Invoice        585827
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.    Page    3

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 09/23/2009 | 0806 | Receipt and review of Supplemental Responses to Request for admissions and incorporate into Declaration, Separate Statement and Motion. | 0.80 | 280.00 | 224.00 N\L |
| 09/24/2009 | 0806 | Preparation and finalization of Motion. | 0.70 | 280.00 | 196.00 N\L |
| 09/25/2009 | 0806 | Revision of Declaration and Separate Statement in light of comments and new exhibits. | 0.70 | 280.00 | 196.00 N\L |
| 09/26/2009 | 0806 | Finalization of all document and preparation of Notice of Motion and Proposed Order; send for signatures and preparation for e-filing. | 0.90 | 280.00 | 252.00 N\L |
| 09/28/2009 | 0806 | Email correspondence with opposing counsel regarding coordination of Motion for Summary Judgment Hearing. | 0.20 | 280.00 | 56.00 |
| 09/28/2009 | 0806 | Receipt and review of Motion for Summary Judgment filed by Northern and supporting documents. | 0.20 | 280.00 | 56.00 N\L |
| 09/29/2009 | 0806 | Meeting and review of Motion for Summary Judgment and assignment regarding Bob Sherify to prepare Opposition to Motion to Summary Judgment filed by Northern. | 0.00 | 280.00 | 0.00 N\L |
| 09/29/2009 | 0806 | Preparation of exhibits and finalize and e-file Motion. | 1.20 | 280.00 | 336.00 N\L |
| 09/29/2009 | 0825 | Research Opposition to Motion for Summary Judgment filed by Northern California. | 1.80 | 320.00 | 576.00 N\L |
| 09/30/2009 | 0806 | Meeting with Bob Sherify regarding Opposition to first sale doctrine facts and law. | 0.00 | 280.00 | 0.00 |
| 09/30/2009 | 0806 | Meeting with client regarding review of Separate Statement with client and Bob Sherify and review of profit documentation. | 2.70 | 280.00 | 756.00 |
| 09/30/2009 | 0825 | Preparation for and meeting with client. | 2.80 | 320.00 | 896.00 |

TOTAL FEES                                                                    $11,866.00

BORTON PETRINI, LLP

Invoice No.       585827
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    4

### T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | LOC | ATTY # | HOURS | RATE | AMOUNT |
|------------|-------|-----|--------|-------|------|--------|
| Jeffrey A Travis | Associate | BKF | 0806 | 29.80 | 280.00 | 8,344.00 |
| Jeffrey A Travis | Associate | BKF | 0806 | 9.30 | 100.00 | 930.00 |
| Robert M Sherfy | Senior Counsel | BKF | 0825 | 7.40 | 320.00 | 2,368.00 |
| Steve Karcher | Senior Counsel | BKF | 0310 | 0.70 | 320.00 | 224.00 |

| | |
|---|---|
| **TOTAL EXPENSES** | .00 |
| **TOTAL FEES AND EXPENSES** | $11,866.00 |
| Less Retainer | .00 |
| *Total Amount Due* | *11,866.00* |
| | ============ |

| FRESNO | THE LAW OFFICES OF | SAN BERNARDINO |
|---|---|---|
| LOS ANGELES | **Borton Petrini, LLP** | SAN DIEGO |
| MODESTO | P.O. Box 2026<br>Bakersfield, CA 93303<br>(661) 322-3051 | SAN FRANCISCO |
| SAN LUIS OBISPO | E-Mail: bpcbak@bortonpetrini.com | SAN JOSE |
| SACRAMENTO | FEDERAL ID 95-2024819 | SANTA ANA |

## ACCOUNT STATEMENT
### For Professional Service Rendered

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No 585827
October 31, 2009
Client No. 054493
Matter No. 060971

| | |
|---|---|
| **Total Fees and Expenses** | $11,866.00 |
| Less Unallocated Cash Applied | .00 |
| **Total This Invoice** | $11,866.00 |
| | |
| Balance Due From Previous Statement | $4,032.67 |
| Payments Received Since Previous Statement | .00 |
| *(Payments received after the above date will not be reflected on this statement)* | |
| | |
| Outstanding Balance | 4,032.67 |
| | |
| Less Retainer | .00 |
| | |
| Remaining Retainer Balance | $.00 |
| | |
| *Total Amount Due* | *15,898.67* |
| | ============ |

## OUTSTANDING STATEMENT

| 10/09/2009 | 585332 | 4,032.67 | .00 | 4,032.67 |
|---|---|---|---|---|

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF

**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

October 31, 2009
Client No. 054493
Matter No. 060971

| Date | Invoice | Amount | Received | Balance |
|------|---------|--------|----------|---------|
| 10/09/2009 | 585332 | 4,032.67 | .00 | 4,032.67 |
| 10/31/2009 | 585827 | 11,866.00 | 0.00 | 11,866.00 |
| | TOTAL OUTSTANDING | | | 15,898.67 |

# CREDIT CARD AUTHORIZATION

VISA __   MASTERCARD __   AMERICAN EXPRESS __   DISCOVER CARD __

ACCOUNT#: ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___   ___ ___ ___ ___

NAME AS PRINTED ON CARD _____

EXPIRATION DATE ____ / ____

I authorize Borton, Petrini & Conron LLP to withdraw payment in the amount of

$_____._____ from the above referenced credit card for services rendered.

SIGNATURE_____ DATE_____

**YOU MAY FAX TO 661-322-4231**

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
**Borton Petrini, LLP**

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No.585873
November 5, 2009
Client No. 054493
Matter No. 060971

FOR PROFESSIONAL SERVICES RENDERED
for the period through October 31, 2009

Re: McIntosh v. Northern California Universal Enterprises Co.

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 10/01/2009 | 0825 | Meeting with Travis to discuss drafting Opposition to Defendant's Motion for Summary Judgment. (Dewalt) | 0.20 | 320.00 | 64.00 |
| 10/01/2009 | 0825 | Research of Motion for Summary Judgment issues and review file. | 4.80 | 320.00 | 1,536.00 |
| 10/01/2009 | 0825 | Further discussions with Travis regarding same issues. (Dewalt) | 0.20 | 320.00 | 64.00 |
| 10/01/2009 | 0806 | Receipt and review of Motion for Motion for Summary Judgment. | 0.40 | 280.00 | 112.00 |
| 10/01/2009 | 0806 | Receipt and review of Motion for Summary Judgment against Northern on the Cross-Complaint. | 0.30 | 280.00 | 84.00 |
| 10/01/2009 | 0806 | Review of Separate Statement of Material Facts and Memorandum of Points and Authorities. | 0.80 | 280.00 | 224.00 |
| 10/02/2009 | 0806 | Receipt of and review of Declaration and memorandum in response to Order to Show Cause regarding Northern California Universal Enterprises. | 0.20 | 280.00 | 56.00 |

BORTON PETRINI, LLP

Invoice        585873
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   2

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 10/04/2009 | 0806 | Preparation of Opposition to Motion for Summary Judgment filed by Wasco regarding opposing Memorandum of Points and Authorities. | 3.20 | 280.00 | 896.00 |
| 10/05/2009 | 0806 | Preparation of depositions for filing and depositing with Federal Court. | 0.20 | 280.00 | 56.00 |
| 10/05/2009 | 0806 | Preparation and finalization of first draft of Opposition to Summary Judgment filed by Wasco. | 4.20 | 280.00 | 1,176.00 |
| 10/05/2009 | 0825 | Research regarding Opposition to Motion for Summary Judgment.  (DeWalt) | 4.40 | 320.00 | 1,408.00 |
| 10/05/2009 | 0825 | Research regarding legal status of City of Wasco. | 0.40 | 320.00 | 128.00 |
| 10/06/2009 | 0825 | Research file and law in preparation for Opposition to Motion for Summary Judgment.  (DeWalt) | 4.60 | 320.00 | 1,472.00 |
| 10/06/2009 | 0825 | Telephone call to client regarding Deposition Transcripts. | 0.10 | 320.00 | 32.00 |
| 10/06/2009 | 0825 | Review of email and documents from client and sent email requesting clarification of documents sent. | 0.30 | 320.00 | 96.00 |
| 10/07/2009 | 0825 | Review of emails to and from client regarding copyright issue. | 0.20 | 320.00 | 64.00 |
| 10/07/2009 | 0825 | Review and summarization of McIntosh's Deposition in preparation for preparing Opposition to Defendant's Motion for Summary Judgment.  (DeWalt) | 5.80 | 320.00 | 1,856.00 |
| 10/08/2009 | 0806 | Preparation of Opposition and evidence opposing separate statement of undisputed facts. | 2.30 | 280.00 | 644.00 |
| 10/08/2009 | 0806 | Preparation of objection to declaration of Bob Wren. | 0.30 | 280.00 | 84.00 |
| 10/08/2009 | 0806 | Preparation of objections to declaration of Dennis McNamara. | 0.30 | 280.00 | 84.00 |
| 10/08/2009 | 0806 | Preparation of objections to the declaration of James Zervis. | 0.30 | 280.00 | 84.00 |

BORTON PETRINI, LLP

Invoice          585873
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   3

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 10/08/2009 | 0806 | Preparation of declaration of C. Okadigbo in support of Motion for Summary Judgment. | 0.30 | 280.00 | 84.00 |
| 10/09/2009 | 0806 | Revise and preparation of Opposition to Wasco's Separate Statement and review and incorporate opposing evidence into opposing statements. | 2.70 | 280.00 | 756.00 |
| 10/09/2009 | 0806 | Revise and preparation of memorandum in opposition to Wasco's Motion for Summary Judgment regarding vicarious infringement. | 0.70 | 280.00 | 196.00 |
| 10/09/2009 | 0825 | Meetings with Travis to discuss issues relating to drafting of Opposition to Motion for Summary Judgment. (Dewitt) | 0.40 | 320.00 | 128.00 |
| 10/09/2009 | 0825 | Review and summarization of Deposition Transcript. (Dewitt) | 0.60 | 320.00 | 192.00 |
| 10/09/2009 | 0825 | Review of documents in preparation of Opposition to Motion for Summary Judgment. (Dewitt) | 1.00 | 320.00 | 320.00 |
| 10/12/2009 | 0806 | Revision and finalization of first draft of memorandum opposing Wasco's Summary Judgment. | 3.20 | 280.00 | 896.00 |
| 10/12/2009 | 0825 | Research and begin drafting Opposition to Northern California University Enterprise's Motion for Summary Judgment. Meetings with Travis to coordinate efforts on all Motion for Summary Judgment Pleadings. | 4.30 | 320.00 | 1,376.00 |
| 10/13/2009 | 0806 | Receipt, review, revision and finalization of objections to declarations of Okadigbo, McNamara, and Zervis. | 0.40 | 280.00 | 112.00 |
| 10/13/2009 | 0806 | Receipt, revision and finalization of objections to the declaration of Bob Wren. | 0.10 | 280.00 | 28.00 |
| 10/13/2009 | 0806 | Review with Bob Sherfy factual and legal support for Opposition to Northern's Motion for Summary Judgment. | 0.60 | 280.00 | 168.00 |

BORTON PETRINI, LLP

Invoice       585873
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   4

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 10/13/2009 | 0825 | Research and preparation of Opposition to Northern California University Enterprise's Motion for Summary Judgment; meetings with Travis to coordinate responses to all Defendant's Motions for Summary Judgment. | 5.20 | 320.00 | 1,664.00 |
| 10/14/2009 | 0825 | Research and preparation of Opposition to Northern California University Enterprise's Motion for Summary Judgment. | 4.80 | 320.00 | 1,536.00 |
| 10/15/2009 | 0825 | Research and preparation of Opposition to Northern California University Enterprise's Motion for Summary Judgment. | 5.30 | 320.00 | 1,696.00 |
| 10/16/2009 | 0806 | Receipt and review, from Bob Sherfy and make corrections to Opposition to Northern's Separate Statement of Undisputed Facts. | 1.20 | 280.00 | 336.00 |
| 10/16/2009 | 0806 | Receipt from Bob Sherfy, revise, and finalize Memorandum of Points and Authorities in opposition to Northern's Motion for Summary Judgment. | 3.30 | 280.00 | 924.00 |
| 10/17/2009 | 0806 | Preparation of Memorandum of Points and Authorities of opposition to Northern's Motion for Summary Judgment. | 1.80 | 280.00 | 504.00 |
| 10/19/2009 | 0806 | Preparation and finalization of all drafts of opposition memorandum's to Northern and Wasco's Motion for Summary Judgment; preparation of declarations of Roger McIntosh and Jeff Travis in opposition to Motions; and revise and finalize documents and exhibits for filing. | 6.10 | 280.00 | 1,708.00 |
| 10/19/2009 | 0825 | Review and revision of McIntosh's Response to Motion for Summary Judgment and Undisputed Facts of Northern and Wasco. Conferences with Travis. | 4.80 | 320.00 | 1,536.00 |
| 10/20/2009 | 0806 | Receipt, review and revision of Objections to Declarations. | 0.80 | 280.00 | 224.00 |

BORTON PETRINI, LLP

Invoice          585873
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   5

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 10/20/2009 | 0825 | Review and revision of McIntosh's Opposition to Motions for Summary Judgment; review and revision of McIntosh's Motion for Summary Judgment. | 2.70 | 320.00 | 864.00 |
| 10/21/2009 | 0806 | Review, correct, finalize and electronically file all documents (Opposition to Wasco and Northern's Motions for Summary Judgment). | 4.80 | 280.00 | 1,344.00 |
| 10/21/2009 | 0806 | Receipt, review and preparation of outline to responses to Northern's Opposition to Motion for Summary Judgment. | 0.90 | 280.00 | 252.00 |
| 10/21/2009 | 0806 | Receipt and review of Answer to Third Amended Complaint and Opposition to Motion for Summary Judgment. | 0.40 | 280.00 | 112.00 |
| 10/22/2009 | 0806 | Receipt and preparation of outline to single reply to all parties oppositions to our Motion and research cited cases. | 2.70 | 280.00 | 756.00 |
| 10/22/2009 | 0825 | Discussion with Travis regarding how to respond to Defendant's Opposition Papers to our Motion for Summary Judgment. | 0.00 | 320.00 | 0.00 |
| 10/23/2009 | 0806 | Preparation of objections to Wasco's separate statement; Research and shepardize cases cited by Wasco and Northern in their Oppositions and preparation and finalization of outline in reply. | 2.80 | 280.00 | 784.00 |
| 10/23/2009 | 0806 | Continued preparation of Reply to oppositions to all defendant's oppositions regarding Merger, Laches, Statute of Limitations, and implied license. | 3.70 | 280.00 | 1,036.00 |
| 10/25/2009 | 0806 | Revision and finalization of first draft of reply and double-check exhibits supporting the draft. | 2.70 | 280.00 | 756.00 |
| 10/25/2009 | 0806 | Preparation of Judicial Notice in support of reply to Northern's opposition regarding Wasco City Council agendas. | 0.20 | 280.00 | 56.00 |

BORTON PETRINI, LLP

Invoice                585873
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   6

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 10/26/2009 | 0806 | Receipt, review, cut and finalize reply to conform to size limitations of Federal Standing Order. | 3.70 | 280.00 | 1,036.00 |
| 10/27/2009 | 0806 | Preparation and finalization of reply, request for Judicial Notice, and separate statement in reply to all defendants oppositions to Plaintiff's Motion for Summary Judgment. | 3.10 | 280.00 | 868.00 |
| 10/27/2009 | 0806 | Receipt and review of corrections from Bob Sherfy and finalization of Reply and related documents for filing. | 1.30 | 280.00 | 364.00 |
| 10/27/2009 | 0825 | Discussion with Travis to assist in preparing response to Wasco's Motion for Summary Judgment. | 0.00 | 320.00 | 0.00 |
| 10/27/2009 | 0825 | Review and revision of our reply to Wasco's Opposition to our Motion for Summary Judgment. | 0.90 | 320.00 | 288.00 |
| 10/28/2009 | 0806 | Electronic filing of reply to defendants' Oppositions to Motion for Summary Judgment. | 0.80 | 280.00 | 224.00 |
| 10/28/2009 | 0806 | Receipt and review of Order denying Motion for Wasco's Motion for Summary Judgment against Northern for indemnity. | 0.20 | 280.00 | 56.00 |
| 10/28/2009 | 0806 | Receipt, review and preparation of Response to correspondence from opposing counsel (Hassing) regarding Proposal for stipulated facts at Trial. | 0.20 | 280.00 | 56.00 |
| 10/28/2009 | 0806 | Revise and file Amended Separate Statements in reply to defendants' oppositions. | 0.40 | 280.00 | 112.00 |
| 10/30/2009 | 0806 | Receipt and review of Order granting Motion for Summary Judgment on affirmative defenses. | 0.80 | 280.00 | 224.00 |
| 10/30/2009 | 0806 | Preparation of correspondence to client regarding Order on Motion for Summary Judgment and offers to settle. | 0.20 | 280.00 | 56.00 |
| 10/30/2009 | 0806 | Preparation of correspondence to opposing counsel (Wasco) regarding renewed offer of settlement. | 0.20 | 280.00 | 56.00 |

BORTON PETRINI, LLP

Invoice                585873
Matter No.    060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.    Page    7

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 10/30/2009 | 0806 | Preparation of correspondence to opposing counsel (DeWalt) regarding Request for Offer of Settlement. | 0.20 | 280.00 | 56.00 |
| 10/30/2009 | 0806 | Preparation of correspondence to opposing counsel (Northern) regarding Request for Offer of Settlement. | 0.30 | 280.00 | 84.00 |
| 10/30/2009 | 0004 | Review of email and short conference with Jeff Travis regarding S/J. | 0.50 | 525.00 | 262.50 |

**TOTAL FEES**                                                          $34,306.50

## T I M E K E E P E R    S U M M A R Y

| TIMEKEEPER | TITLE | LOC | ATTY # | HOURS | RATE | AMOUNT |
|------------|-------|-----|--------|-------|------|--------|
| George Martin | Of Counsel | BKF | 0004 | 0.50 | 525.00 | 262.50 |
| Jeffrey A Travis | Associate | BKF | 0806 | 63.30 | 280.00 | 17,724.00 |
| Robert M Sherfy | Senior Counsel | BKF | 0825 | 51.00 | 320.00 | 16,320.00 |

## E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 10/12/2009 | E107 | Delivery/Messenger Services - Golden State Overnight; Invoice # 1838976 dated September 30, 2009. Delivery of documents to the Law Offices of Steve in Roseville on September 30, 2009. | 14.07 | 1 | 14.07 |
| 10/12/2009 | E107 | Delivery/Messenger Services - Golden State Overnight; Invoice # 1838976 dated September 30, 2009. Delivery of documents to Garcia Calderon Ruiz in Los Angeles on September 30, 2009. | 14.07 | 1 | 14.07 |
| 10/12/2009 | E107 | Delivery/Messenger Services - Golden State Overnight; Invoice # 1838976 dated September 30, 2009. Delivery of documents to Alexander and Associates in Bakersfield on September 30, 2009. | 14.07 | 1 | 14.07 |

BORTON PETRINI, LLP

Invoice No.      585873
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page      8

## E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 10/12/2009 | E107 | Delivery/Messenger Services - Golden State Overnight; Invoice # 1838976 dated September 30, 2009. Delivery of documents to Eastern District in Fresno on September 30, 2009. | 14.07 | 1 | 14.07 |

| | | |
|---|---|---:|
| TOTAL EXPENSES | | 56.28 |
| TOTAL FEES AND EXPENSES | | $34,362.78 |
| Less Retainer | | .00 |
| Total Amount Due | | 34,362.78 |
| | | ============ |

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
**Borton Petrini, LLP**
P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No.586992
December 29, 2009
Client No. 054493
Matter No. 060971

FOR PROFESSIONAL SERVICES RENDERED
for the period through November 30, 2009

Re: McIntosh v. Northern California Universal Enterprises Co.

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 11/02/2009 | 0806 | Receipt, review and finalization of correspondence to client and settlement offers to opposing counsel. | 0.40 | 280.00 | 112.00 |
| 11/04/2009 | 0806 | Conference with Jim Braze regarding strategy for compelling settlement and review of Northern's position and needs for Trial. | 0.30 | 280.00 | 84.00 |
| 11/04/2009 | 0806 | Receipt and respond to email by Northern's counsel regarding Indemnification issues against Wasco and DeWalt. | 0.10 | 280.00 | 28.00 |
| 11/06/2009 | 0806 | Email correspondence with opposing counsel (Hassing) regarding coordination of deposition of Joe Wu on financial statements and documents. | 0.10 | 280.00 | 28.00 |
| 11/06/2009 | 0806 | Review of profit documentation and case law supporting profit estimations. | 0.80 | 280.00 | 224.00 |
| 11/10/2009 | 0806 | Receipt and review of First Amended Complaint from Northern, Wasco and cross-claim from Northern against defendants and related exhibits. | 0.60 | 280.00 | 168.00 |

BORTON PETRINI, LLP

Invoice          586992
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page     2

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 11/10/2009 | 0806 | Meeting with Jim Braze regarding issues necessary for Trial and pre-Trial Statement and necessary Motions. | 0.30 | 280.00 | 84.00 |
| 11/10/2009 | 0806 | Preparation of outline for pre-Trial Statement and email correspondences to opposing counsels for stipulation for same. | 1.20 | 280.00 | 336.00 |
| 11/10/2009 | 0806 | Continued preparation of pre-Trial Statement. | 1.70 | 280.00 | 476.00 |
| 11/10/2009 | 0805 | Conference regarding Pre-Trial Hearing and Documents. | 0.90 | 380.00 | 342.00 |
| 11/11/2009 | 0806 | Continued preparation of Joint pre-Trial Statement regarding relevant points of law and explanation for same. | 0.80 | 280.00 | 224.00 |
| 11/12/2009 | 0806 | Pre-Trial preparation regarding review of relevant Discovery Responses and continued preparation of pre-Trial Statement. | 2.20 | 280.00 | 616.00 |
| 11/13/2009 | 0806 | Receipt of Answer to Third Amended Complaint by Wasco and compare with Third Amended Complaint. | 0.40 | 280.00 | 112.00 |
| 11/16/2009 | 0806 | Receipt of and review Declaration by opposing counsel (Hassing) in response to Order to Show Cause. | 0.20 | 280.00 | 56.00 |
| 11/16/2009 | 0806 | Continued preparation of Joint pre-Trial Statement. | 1.10 | 280.00 | 308.00 |
| 11/17/2009 | 0806 | Preparation and finalization of first draft of pre-Trial Statement. | 0.60 | 280.00 | 168.00 |
| 11/19/2009 | 0806 | Receipt, review and revision of proposed Separate Statement of Undisputed Facts. | 1.10 | 280.00 | 308.00 |
| 11/20/2009 | 0806 | Preparation and finalization of first draft of pre-Trial Statement and separate statement and review of records, necessary witnesses, and discovery necessary for Trial. | 3.70 | 280.00 | 1,036.00 |

BORTON PETRINI, LLP

Invoice          586992
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   3

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 11/24/2009 | 0806 | Receipt and review of email correspondences from opposing counsel regarding schedule meet and confer regarding pre-Trial Statement. | 0.20 | 280.00 | 56.00 |
| 11/24/2009 | 0806 | Research and preparation of proposed Motion in Limine regarding preclusion of deductible expenses. | 1.10 | 280.00 | 308.00 |
| 11/25/2009 | 0806 | Conference with James J. Braze regarding further discussion regarding evidentiary issues for pre-Trial Statement. | 0.30 | 280.00 | 84.00 |
| 11/25/2009 | 0806 | Telephone conference with copyright office regarding follow-up to Request for Replacement Copies. | 0.20 | 280.00 | 56.00 |
| 11/25/2009 | 0806 | Telephone conference with client regarding account summary for work done on Valley Rose. (No Charge) | 0.00 | 280.00 | 0.00 |
| 11/25/2009 | 0806 | Preparation of separate statement and review supporting documents, exhibits and depositions. | 5.80 | 280.00 | 1,624.00 |
| 11/25/2009 | 0806 | Telephone and email correspondences with opposing counsel regarding coordination of separate statements and disputed and undisputed facts and coordination of meet and confer. | 0.40 | 280.00 | 112.00 |
| 11/25/2009 | 0806 | Telephone conference with client regarding accounting summary of costs for completing subdivision and also new potential copyright case. (No Charge) | 0.00 | 280.00 | 0.00 |
| 11/28/2009 | 0806 | Finalization of third draft of Separate Statement of Undisputed Facts. | 0.30 | 280.00 | 84.00 |
| 11/30/2009 | 0806 | Research regarding points of law and cases presented by defendants in pre-Trial Statement. | 2.10 | 280.00 | 588.00 |
| 11/30/2009 | 0806 | Email correspondences with opposing counsel regarding coordination of PT meet and confer. | 0.40 | 280.00 | 112.00 |
| 11/30/2009 | 0806 | Receipt and review of revisions to Separate Statement of Undisputed Facts and revision of pre-Trial Statement. | 1.50 | 280.00 | 420.00 |

BORTON PETRINI, LLP

Invoice        586992
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    4

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 11/30/2009 | 0806 | Receipt and respond to emails from opposing counsel regarding discussion on additional facts and revisions to Separate Statement and pre-Trial Statement. | 0.20 | 280.00 | 56.00 |
| 11/30/2009 | 0806 | Telephone meet and confer with opposing counsel and James J. Braze regarding Pre-Trial Statement and Separate Statement of Undisputed Facts. | 1.60 | 280.00 | 448.00 |
| 11/30/2009 | 0806 | Revision of Separate Statement based on meet and confer with opposing counsel. | 0.20 | 280.00 | 56.00 |
| 11/30/2009 | 0806 | Review and research copyright proof of facts and 9th Circuit Model Jury Instructions and statutory right to Jury Trial. | 1.70 | 280.00 | 476.00 |
| 11/30/2009 | 0805 | Preparation for and conference with all counsel regarding Pre-Trial Conference Documents. | 1.70 | 380.00 | 646.00 |

**TOTAL FEES**                                                      $9,836.00

### T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | LOC | ATTY # | HOURS | RATE | AMOUNT |
|-----------|-------|-----|--------|-------|------|--------|
| James J Braze | Senior Counsel | BKF | 0805 | 2.60 | 380.00 | 988.00 |
| Jeffrey A Travis | Associate | BKF | 0806 | 31.60 | 280.00 | 8,848.00 |

### E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 11/30/2009 | E106 | Online Research - West Group Payment Center; Invoice # 819424338 dated November 1, 2009. Online research and related charges, including document retrieval and printing, etc., for October 2009. | 40.85 | 1 | 40.85 |
| 12/23/2009 | E106 | Online Research - West Group Payment Center; Invoice # 819605871 dated December 1, 2009. Online research and related charges, including document retrieval and printing, etc., for November 2009. | 67.43 | 1 | 67.43 |

BORTON PETRINI, LLP

Invoice No.      586992
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page     5

## E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 11/06/2009 | E107 | Delivery/Messenger Services - Golden State Overnight; Invoice # 1845494 dated October 15, 2009. Shipment of documents to Eastern District in Fresno on October 7, 2009. | 24.35 | 1 | 24.35 |
| 11/12/2009 | E107 | Delivery/Messenger Services - Golden State Overnight; Invoice # 1851999 dated October 31, 2009. Delivery of documents to Eastern District in Fresno on October 29, 2009. | 9.61 | 1 | 9.61 |
| 12/15/2009 | E112 | Court Fees - Telephonic Hearing Account; Invoice # 121509CR dated December 15, 2009. Court Call Fee. | 30.00 | 1 | 30.00 |
| 11/10/2009 | E124 | Other - Blueprint Service Company, Inc.; Invoice # 679393 dated October 6, 2009. Bond Digital. | 3.22 | 1 | 3.22 |

TOTAL EXPENSES                                          175.46
TOTAL FEES AND EXPENSES                            $10,011.46

  Less Retainer                                                 .00

  *Total Amount Due*                                      *10,011.46*
                                                     ============

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
## Borton Petrini, LLP

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

## ACCOUNT STATEMENT
### For Professional Service Rendered

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No 586992
December 29, 2009
Client No. 054493
Matter No. 060971

| | |
|---|---:|
| **Total Fees and Expenses** | $10,011.46 |
| Less Unallocated Cash Applied | .00 |
| **Total This Invoice** | $10,011.46 |
| | |
| Balance Due From Previous Statement | $50,261.45 |
| Payments Received Since Previous Statement | (4,032.67) |
| *(Payments received after the above date will not be reflected on this statement)* | |
| Outstanding Balance | 46,228.78 |
| Less Retainer | .00 |
| Remaining Retainer Balance | $.00 |
| ***Total Amount Due*** | *56,240.24* |

## OUTSTANDING STATEMENT

| 10/31/2009 | 585827 | 11,866.00 | .00 | 11,866.00 |
| 11/05/2009 | 585873 | 34,362.78 | .00 | 34,362.78 |

| FRESNO | THE LAW OFFICES OF | SAN BERNARDINO |
|---|---|---|
| LOS ANGELES | **Borton Petrini, LLP** | SAN DIEGO |
| MODESTO | P.O. Box 2026<br>BAKERSFIELD, CA 93303<br>(661) 322-3051 | SAN FRANCISCO |
| SAN LUIS OBISPO | E-Mail: bpcbak@bortonpetrini.com | SAN JOSE |
| SACRAMENTO | FEDERAL ID 95-2024819 | SANTA ANA |

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No. 587258
January 20, 2010
Client No. 054493
Matter No. 060971

FOR PROFESSIONAL SERVICES RENDERED
for the period through December 31, 2009

Re: McIntosh v. Northern California Universal Enterprises Co.

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE | |
|---|---|---|---|---|---|---|
| 09/17/2009 | 0825 | Review of draft Motion (Motion for Summary Judgment) for J. Travis. | 0.40 | 320.00 | 128.00 | |
| 12/02/2009 | 0806 | Revision of Points of Law in pre-Trial Statement to include relevant legal law and standards per agreement between counsel. | 0.70 | 280.00 | 196.00 | |
| 12/02/2009 | 0806 | Preparation for deposition of Joe Wu regarding review of Standards for damages/profits. | 0.60 | 280.00 | 168.00 | |
| 12/02/2009 | 0806 | Preparation of Points of Law in pre-Trial Statement and review and annotate with supporting legal authority. | 1.30 | 280.00 | 364.00 | |
| 12/02/2009 | 0806 | Receipt, review, and incorporate changes to the Separate Statement received from DeWalt. | 0.30 | 280.00 | 84.00 | *DeWa H* |
| 12/02/2009 | 0806 | Receipt, review and revision of Separate Statement based on revisions by Northern California Universal Enterprises. | 0.20 | 280.00 | 56.00 | *L|N* |

BORTON PETRINI, LLP

Invoice          587258
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   2

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 12/02/2009 | 0806 | Receipt, review and revision of additional revisions to Separate Statement of Undisputed Facts. | 0.80 | 280.00 | 224.00 |
| 12/03/2009 | 0806 | Receipt of changes to, revisions to, and incorporate Points of Law and evidentiary issues into Joint pre-Trial Statement; correspondences with opposing counsel regarding preparation of first draft of pre Trial Joint Statement. | 4.10 | 280.00 | 1,148.00 |
| 12/04/2009 | 0806 | Preparation for pre-Trial Motion regarding Opposition to Motion to Have Request for Admission Stricken. | 1.10 | 280.00 | 308.00 *DeWalt* |
| 12/04/2009 | 0806 | Preparation of re-Noticed Deposition Notice for Lotus/Northern regarding profit documentation. | 0.20 | 280.00 | 56.00 |
| 12/05/2009 | 0806 | Review and preparation of Document Summary of Wasco production and review all client production in preparation for complete exhibit list. | 4.70 | 280.00 | 1,316.00 |
| 12/07/2009 | 0806 | Telephone conference with Tenielle Cooper (DeWalt) regarding dispute regarding Admission #4. | 0.10 | 280.00 | 28.00 *DeWalt* |
| 12/07/2009 | 0806 | Finalization and review of all exhibits (Wasco/Northern/McIntosh) and revise Joint Statement, Exhibits and Points of Law. | 5.10 | 280.00 | 1,428.00 |
| 12/07/2009 | 0806 | Review of Depositions of Greg Black and Jeff G. regarding Motion to Exclude evidence of additional witnesses. | 0.20 | 280.00 | 56.00 *DeWalt* |
| 12/07/2009 | 0806 | Receipt, review, respond and reject proposed revision by DeWalt. | 0.30 | 280.00 | 84.00 |
| 12/07/2009 | 0806 | Preparation of Disputed Facts for Joint Statement. | 0.30 | 280.00 | 84.00 |
| 12/08/2009 | 0806 | Research regarding whether copying a non-copyrightable expression of a copyrighted work is an act of independent creation. | 0.70 | 280.00 | 196.00 |

BORTON PETRINI, LLP                              Invoice          587258
                                                     Matter No.   060971
IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   3


| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 12/08/2009 | 0806 | Review of Subpoena Logs and Deposition Logs for correct Subpoena addresses and proper procedure for same at Trial. | 0.20 | 280.00 | 56.00 |
| 12/08/2009 | 0806 | Finalize and research relevant Points of Law regarding damages and profits for Joint pre-Trial Statement. | 0.80 | 280.00 | 224.00 |
| 12/08/2009 | 0806 | Receipt of and review proposed Separate Statement of Facts; preparation and finalization of disputed facts; and finalization and review of pre-Trial Statement and send to James J. Braze for final review. | 2.60 | 280.00 | 728.00 |
| 12/08/2009 | 0825 | Assist Travis in locating Jury Instructions. (No Charge) | 0.00 | 320.00 | 0.00 |
| 12/10/2009 | 0806 | Receipt, review, and respond to email from opposing counsel on changes to the Joint pre-Trial Statement regarding evidence in support of laches/estoppel/unclean hands and preclusive effect at Trial. | 0.40 | 280.00 | 112.00 |
| 12/10/2009 | 0806 | Receipt and review of Joint Statement and related attachments A-E for final review and edits. | 0.70 | 280.00 | 196.00 |
| 12/10/2009 | 0806 | Receipt and review of finally filed pre-Trial Statement and Exhibits. | 0.20 | 280.00 | 56.00 |
| 12/10/2009 | 0733 | Review and analyze file regarding causes of action and defenses in preparation for production of Trial Page Line Deposition Summaries. | 0.70 | 125.00 | 87.50 |
| 12/11/2009 | 0806 | Telephone correspondence from the courthouse regarding possible coordination of Early Settlement Conference. | 0.10 | 280.00 | 28.00 |
| 12/15/2009 | 0806 | Preparation of correspondences with opposing counsel regarding settlement discussions and Wu deposition. | 0.20 | 280.00 | 56.00 |
| 12/17/2009 | 0806 | Meeting with client regarding review of profit documentation from defendant. | 1.10 | 280.00 | 308.00 |

BORTON PETRINI, LLP

Invoice     587258
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    4

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 12/21/2009 | 0806 | Receipt and review of Document Production from Wasco regarding Documents relating to impact fees. | 0.40 | 280.00 | 112.00 |
| 12/22/2009 | 0806 | Preparation of outline for review of Joe Wu Deposition and preparation of exhibits. | 2.30 | 280.00 | 644.00 |
| 12/22/2009 | 0806 | Preparation of our Special Exhibit on damages for Trial. | 0.80 | 280.00 | 224.00 |
| 12/28/2009 | 0806 | Receipt, review, and send Confidential Settlement Offer to client. | 0.10 | 280.00 | 28.00 |
| 12/31/2009 | 0806 | Telephone conference with client regarding proposed settlement concerning Valley Rose Golf Course. (No Charge) | 0.00 | 280.00 | 0.00 |
| 12/31/2009 | 0806 | Preparation of Appraisal for client and correspondence with additional Request for Deposition Notes for Joe Wu. | 0.10 | 280.00 | 28.00 |

**TOTAL FEES**                                           $8,811.50

### T I M E K E E P E R    S U M M A R Y

| TIMEKEEPER | TITLE | LOC | ATTY # | HOURS | RATE | AMOUNT |
|------------|-------|-----|--------|-------|------|--------|
| Jeffrey A Travis | Associate | BKF | 0806 | 30.70 | 280.00 | 8,596.00 |
| Robert M Sherfy | Senior Counsel | BKF | 0825 | 0.40 | 320.00 | 128.00 |
| Tom Kapstrom | Law Clerk | BKF | 0733 | 0.70 | 125.00 | 87.50 |

### E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 09/25/2009 | E106 | Online Research - West Group Payment Center; Invoice # 819031539 dated September 1, 2009. Online research and related charges, including document retrieval and printing, etc., for August 2009. | 2.20 | 1 | 2.20 |

BORTON PETRINI, LLP

Invoice No.    587258
Matter No.  060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.  Page   5

E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|------|-----------|-------------|------|-----|--------|
| 10/30/2009 | E106 | Online Research - West Group Payment Center; Invoice # 819221786 dated October 1, 2009. Online research and related charges, including document retrieval and printing, etc., for September 2009. | 23.33 | 1 | 23.33 |
| 01/07/2010 | E107 | Delivery/Messenger Services - Golden State Overnight; Invoice # 1870877 dated December 15, 2009. Delivery of documents to Mr. Nick Stankovich in Carlsbad on December 11, 2009. | 9.65 | 1 | 9.65 |

TOTAL EXPENSES    35.18
TOTAL FEES AND EXPENSES    $8,846.68

Less Retainer    .00

Total Amount Due    8,846.68
============

<table>
<tr><td>FRESNO</td><td rowspan="1"></td><td>SAN BERNARDINO</td></tr>
</table>

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

THE LAW OFFICES OF
# Borton Petrini, LLP

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

## ACCOUNT STATEMENT
### For Professional Service Rendered

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No 587258
January 20, 2010
Client No. 054493
Matter No. 060971

| | |
|---|---|
| **Total Fees and Expenses** | $8,846.68 |
| Less Unallocated Cash Applied | .00 |
| **Total This Invoice** | $8,846.68 |
| | |
| Balance Due From Previous Statement | $56,240.24 |
| Payments Received Since Previous Statement | (46,228.78) |
| *(Payments received after the above date will not be reflected on this statement)* | |
| | |
| Outstanding Balance | 10,011.46 |
| | |
| Less Retainer | .00 |
| | |
| Remaining Retainer Balance | $.00 |
| | |
| ***Total Amount Due*** | ***18,858.14*** |
| | ============ |

## OUTSTANDING STATEMENT

| | | | | |
|---|---|---|---|---|
| 12/29/2009 | 586992 | 10,011.46 | .00 | 10,011.46 |

| FRESNO | THE LAW OFFICES OF | SAN BERNARDINO |
|---|---|---|

**Borton Petrini, LLP**

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No.588133
February 28, 2010
Client No. 054493
Matter No. 060971

FOR PROFESSIONAL SERVICES RENDERED
for the period through January 31, 2010

Re: McIntosh v. Northern California Universal Enterprises Co.

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 01/04/2010 | 0806 | Receipt and review of Valley Neuro's appraisal and annotations from client. | 0.40 | 280.00 | 112.00 |
| 01/04/2010 | 0806 | Telephone call with client regarding Valley Neuro appraisal. | 0.10 | 280.00 | 28.00 |
| 01/04/2010 | 0806 | Finalization of Joe Wu Deposition outline and preparation of exhibits regarding profits. | 1.40 | 280.00 | 392.00 |
| 01/05/2010 | 0806 | Telephone, email conference and correspondence to opposing counsel (Hassing) regarding Request for documents relating to Deposition of Joe Wu. | 0.10 | 280.00 | 28.00 |
| 01/05/2010 | 0806 | Telephone conference with opposing counsel regarding Valley Golf Course Documents and Deposition of Joe Wu. | 0.20 | 280.00 | 56.00 |
| 01/06/2010 | 0806 | Telephone conference with counsel for DeWalt regarding Request for offer of settlement. | 0.30 | 280.00 | 84.00 |

BORTON PETRINI, LLP

Invoice       588133
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   2

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 01/06/2010 | 0806 | Telephone conference with client regarding deposition of Joe Wu and update on case status. (No Charge) | 0.00 | 280.00 | 0.00 |
| 01/06/2010 | 0806 | Preparation for deposition of Joe Wu regarding review of costs summaries, closing statements, Loan Agreements and modifications to Loan Agreements; revise outline to include loan documents and profit-loss statements. | 1.30 | 280.00 | 364.00 |
| 01/07/2010 | 0806 | Attendance at Pre-Trial Conference with client and James J. Braze. | 0.60 | 280.00 | 168.00 |
| 01/07/2010 | 0806 | Travel to deposition of Joe Wu in Fresno, California. | 1.60 | 100.00 | 160.00 |
| 01/07/2010 | 0806 | Attendance at deposition of Joe Wu in Fresno, California. | 7.60 | 280.00 | 2,128.00 |
| 01/07/2010 | 0805 | Preparation for and telephonic court appearance at Pre-Trial Conference; conference regarding Trial preparation. | 1.70 | 380.00 | 646.00 |
| 01/08/2010 | 0806 | Telephone conference with counsel for DeWalt regarding settlement discussions. | 0.20 | 280.00 | 56.00 |
| 01/08/2010 | 0806 | Telephone conference with client regarding settlement talks with DeWalt and actual value of map and plans. (No Charge) | 0.00 | 280.00 | 0.00 |
| 01/08/2010 | 0806 | Review of Exhibit 17 to McIntosh deposition regarding Valley Rose account summary to determine values linked to 5472 Map and plans. | 0.20 | 280.00 | 56.00 |
| 01/09/2010 | 0806 | Preparation of Trial Notebook regarding witness lists, exhibit lists, Pre-Trial Documents, Pleading Documents. | 1.10 | 280.00 | 308.00 |
| 01/11/2010 | 0806 | Receipt, review and compare recently produced Closing Statements with construction cost estimates. | 0.20 | 280.00 | 56.00 |
| 01/12/2010 | 0806 | Telephone call to expert (Delmarter) regarding Trial date. | 0.10 | 280.00 | 28.00 |
| 01/12/2010 | 0806 | Preparation of Order of Trial and witnesses and review evidence and discovery in support thereof. | 2.30 | 280.00 | 644.00 |

BORTON PETRINI, LLP

Invoice          588133
                 Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   3

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 01/13/2010 | 0806 | Telephone conference with expert (DelMarter) regarding review of expert testimony and schedule Trial review. | 0.20 | 280.00 | 56.00 |
| 01/13/2010 | 0806 | Continued preparation of Order of Trial and witness Trial and evidence schedule. | 1.70 | 280.00 | 476.00 |
| 01/13/2010 | 0806 | Research and preparation of Motion in Limine #1: regarding exclusion of Wasco expert (Wong) testimony. | 0.80 | 280.00 | 224.00 |
| 01/13/2010 | 0806 | Research and preparation of Motion in Limine #2 regarding exclusion of testimony and evidence relating to 1990 litigation. | 0.60 | 280.00 | 168.00 |
| 01/13/2010 | 0806 | Research and preparation of Motion in Limine's #2 and #3 regarding exclusion of testimony from Heath Hames and other witnesses surrounding the preparation of the 6451 Map. | 1.70 | 280.00 | 476.00 |
| 01/13/2010 | 0806 | Preparation of Motion in Limine #5 regarding exclusion of testimony for matters already adjudicated. | 0.70 | 280.00 | 196.00 |
| 01/14/2010 | 0806 | Telephone and email correspondence with rebuttal expert (Merati) regarding Damages issues. | 0.20 | 280.00 | 56.00 |
| 01/14/2010 | 0806 | Finalize Motion in Limine #5 and review exhibits list for statement of facts. | 0.60 | 280.00 | 168.00 |
| 01/15/2010 | 0806 | Review of depositions (Wu, Black, Gutierrez, McNamara, Nelt and Schroepfer) for liability and damages testimony for Trial. | 6.80 | 280.00 | 1,904.00 |
| 01/18/2010 | 0806 | Finalize Motion in Limine #1 and #2. (No Charge) | 0.00 | 280.00 | 0.00 |
| 01/19/2010 | 0806 | Finalize preparation of Motion in Limine #3, exclude additional testimony as to the preparation of the 6451 maps. (No Charge) | 0.00 | 280.00 | 0.00 |
| 01/19/2010 | 0806 | Continued preparation of Trial Order regarding damages issues for each witness. | 1.30 | 280.00 | 364.00 |

*DeWalt* (handwritten annotation)

BORTON PETRINI, LLP

Invoice            588133
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page      4

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 01/20/2010 | 0806 | Preparation and finalize Motion in Limine #4, exclusion of already adjudicated issues. (No Charge) | 0.00 | 280.00 | 0.00 |
| 01/20/2010 | 0806 | Preparation and finalize Subpoenas and list of witnesses; preparation of email correspondence to opposing counsel regarding acceptance of service for client and employees. | 0.30 | 280.00 | 84.00 |
| 01/20/2010 | 0806 | Preparation of Proof of Claim checklists (liability and ownership). | 0.80 | 280.00 | 224.00 |
| 01/20/2010 | 0806 | Continued preparation of Order of Trial and witnesses and coordination of all evidence and deposition testimony. | 2.90 | 280.00 | 812.00 |
| 01/21/2010 | 0806 | Preparation of email correspondence to client regarding special exhibit for Trial. | 0.10 | 280.00 | 28.00 |
| 01/21/2010 | 0806 | Conference with James J. Braze regarding Trial strategy as to Motions in Limine and evidence to be presented at Trial. | 0.00 | 280.00 | 0.00 |
| 01/21/2010 | 0806 | Preparation of Motion in Limine #4 to exclude expenses for willfulness. | 0.60 | 280.00 | 168.00 |
| 01/21/2010 | 0806 | Preparation of Motion in Limine #6 regarding exclusion of bond debt by Wasco. | 0.60 | 280.00 | 168.00 |
| 01/21/2010 | 0806 | Finalize Motion in Limine #7 regarding exclude testimony of Heath James. | 0.00 | 280.00 | 0.00 Dewait |
| 01/21/2010 | 0806 | Finalize Motions in Limine #1-6. | 0.00 | 280.00 | 0.00 |
| 01/21/2010 | 0806 | Preparation of Proposed Jury Instructions - 1-14 and 16-22. | 2.40 | 280.00 | 672.00 |
| 01/22/2010 | 0806 | Conference with A. Morgan regarding research on independent creation issue and memorandum for directed verdict. | 0.00 | 280.00 | 0.00 |
| 01/22/2010 | 0806 | Receipt and review of deposition and exhibits of Joe Wu Volume III and preparation of same for rebuttal expert. | 2.70 | 280.00 | 756.00 |

BORTON PETRINI, LLP

Invoice        588133
                          Matter No.   060971
IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    5

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 01/25/2010 | 0806 | Preparation of detailed correspondence and factual summary to expert, Merati, relating to deductible expenses of Northern for development. | 0.40 | 280.00 | 112.00 |
| 01/25/2010 | 0806 | Telephone conference with client regarding special and map exhibits. (No Charge) | 0.00 | 280.00 | 0.00 |
| 01/25/2010 | 0806 | Telephone call to Kevin Lam regarding witness testimony. | 0.10 | 280.00 | 28.00 |
| 01/25/2010 | 0806 | Telephone conference with witness (Kevin Lam) regarding additional factual inquiry regarding filing of copyright deposit. | 0.10 | 280.00 | 28.00 |
| 01/25/2010 | 0806 | Preparation of Witness Subpoenas and coordination with service agency; research regarding witness fees for witnesses in San Francisco and Redding. | 0.30 | 280.00 | 84.00 |
| 01/25/2010 | 0733 | Preparation of Trial page line deposition summary of Robert Wren. | 0.60 | 125.00 | 75.00 |
| 01/25/2010 | 0733 | Preparation of Trial page line deposition summary of Dennis McNamara. | 0.80 | 125.00 | 100.00 |
| 01/25/2010 | 0733 | Preparation of Trial page line deposition summary of Jeffrey Gutierrez. | 1.20 | 125.00 | 150.00 |
| 01/25/2010 | 0813 | Conduct legal research, with analysis, (including review of over 20 cases) regarding infringement of copyright based on observation of non copyrightable expression of copyrighted work, in preparation for preparation of Motion for Directed Verdict. | 4.90 | 280.00 | 1,372.00 |
| 01/26/2010 | 0806 | Preparation of exhibits and exhibit exchange with opposing counsel. | 2.20 | 280.00 | 616.00 |
| 01/26/2010 | 0806 | Telephone call with Gerald Helt regarding availability for Trial. | 0.10 | 280.00 | 28.00 |
| 01/26/2010 | 0806 | Receipt, review and respond to subpoena service issues regarding Team Legal. | 0.10 | 280.00 | 28.00 |

BORTON PETRINI, LLP

Invoice       588133
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   6

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 01/26/2010 | 0806 | Preparation of email correspondence to opposing counsel (Cooper) regarding acceptance of subpoena for Jeff Gutierrez and fees. | 0.10 | 280.00 | 28.00 |
| 01/26/2010 | 0806 | Further preparation of exhibit list for joint exhibit exchange. | 0.30 | 280.00 | 84.00 |
| 01/26/2010 | 0813 | Conduct legal research, with analysis, (including review of over 15 cases) regarding the legal extension of copyright's protection to "copies" and "derivative works," which are used to create unauthorized works of a copyrighted work, in preparation for preparation of Motion for Directed Verdict. | 4.60 | 280.00 | 1,288.00 |
| 01/26/2010 | 0813 | Preparation of memorandum regarding research and analysis of copyright infringement via the creation of an infringing work that is based on the observation of a non copyrightable expression and the extension of copyright protection to "copies" and "derivative works," in preparation for preparation of Motion for Directed Verdict. | 2.40 | 280.00 | 672.00 |
| 01/27/2010 | 0806 | Receipt and review memorandum from A. Morgan regarding directed verdict on direct evidence of copyright infringement. | 0.10 | 280.00 | 28.00 |
| 01/27/2010 | 0806 | Telephone conference with Josh Woodard regarding necessity for Trial and signing of on-call basis. | 0.20 | 280.00 | 56.00 |
| 01/27/2010 | 0806 | Continued preparation and review of evidence and Order of Trial regarding damages exhibits and calculations. | 1.80 | 280.00 | 504.00 |
| 01/28/2010 | 0806 | Review and revise all copyright Jury Instructions except for substantial similarity. | 0.60 | 280.00 | 168.00 |
| 01/28/2010 | 0806 | Preparation of email correspondence to opposing counsel regarding proposed meet and confer schedules. | 0.20 | 280.00 | 56.00 |

BORTON PETRINI, LLP

Invoice          588133
Matter No.  060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page   7

| DATE | ATTY | DESCRIPTION | HOURS | RATE | VALUE |
|------|------|-------------|-------|------|-------|
| 01/28/2010 | 0806 | Preparation and finalize all Trial Exhibits and Order of Trial and deposition testimony for Trial. | 2.30 | 280.00 | 644.00 |
| 01/28/2010 | 0806 | Preparation of proposed Special Verdict Form. | 1.20 | 280.00 | 336.00 |
| 01/29/2010 | 0806 | Receipt and preparation of Opposition to Motion in Limine #1 by Northern and DeWalt.   (Similarity) | 1.30 | 280.00 | 364.00 |
| 01/29/2010 | 0806 | Receipt and preparation of Opposition to Motion in Limine #2 by Northern and DeWalt regarding preclude evidence of copying of improvement plans.   (Infringement) | 1.10 | 280.00 | 308.00 |
| 01/29/2010 | 0806 | Receipt of and review Motion in Limine #3 by Northern and DeWalt regarding evidence of pump station and landscape plans.   (Infringement) | 0.60 | 280.00 | 168.00 |
| 01/29/2010 | 0806 | Receipt and review of Motion in Limine #1-3 by De Walt. | 0.70 | 280.00 | 196.00 |
| 01/29/2010 | 0806 | Preparation of opposition to Wasco's Motion in Limine #1. | 0.60 | 280.00 | 168.00 |
| 01/29/2010 | 0805 | Review and analysis of proposed Motions in Limine. | 2.40 | 380.00 | 912.00 |
| 01/30/2010 | 0806 | Receipt and review of declaration by Wasco and Request for Judicial Notice in support of Motions in Limine. | 0.20 | 280.00 | 56.00 |
| 01/30/2010 | 0806 | Research and preparation of Opposition to Motion in Limine #1 by DeWalt regarding joint and several liability. | 1.10 | 280.00 | 308.00 |
| 01/30/2010 | 0806 | Preparation of request to have matters deemed admitted at Trial. | 0.60 | 280.00 | 168.00 |
| 01/30/2010 | 0806 | Research and begin preparation of Opposition to Motion in Limine #2 by Dewalt.   (Hearsay to establish access on infringement) | 0.30 | 280.00 | 84.00 |

TOTAL FEES                                                                    $21,531.00

BORTON PETRINI, LLP

Invoice No.      588133
Matter No.   060971

IN RE: McIntosh v. Northern California Universal Enterprises Co.   Page    8

## T I M E K E E P E R   S U M M A R Y

| TIMEKEEPER | TITLE | LOC | ATTY # | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| Andrew M Morgan | Associate | BKF | 0813 | 11.90 | 280.00 | 3,332.00 |
| James J Braze | Senior Counsel | BKF | 0805 | 4.10 | 380.00 | 1,558.00 |
| Jeffrey A Travis | Associate | BKF | 0806 | 57.70 | 280.00 | 16,156.00 |
| Jeffrey A Travis | Associate | BKF | 0806 | 1.60 | 100.00 | 160.00 |
| Tom Kapstrom | Law Clerk | BKF | 0733 | 2.60 | 125.00 | 325.00 |

## E X P E N S E S

| DATE | COST CODE | DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|---|---|
| 01/31/2010 | E106 | Online Research - West Group Payment Center; Invoice # 819805988 dated January 1, 2010. Online research and related charges, including document retrieval and printing, etc., for December 2009. | 12.19 | 1 | 12.19 |
| 01/27/2010 | E110 | Travel - Out of Town - Jeffrey Travis; Invoice # 39474 dated January 7, 2010. Mileage incurred during travel to/from Bakersfield to Fresno to attend the deposition of Joe Wu. | 0.55 | 218 | 119.90 |
| 01/31/2010 | E113 | Subpoena Fees - Team Legal, Inc.; Invoice # 0020444 dated January 26, 2010. Multiple attempts to serve documents upon Josh Woodard. | 164.00 | 1 | 164.00 |
| 01/25/2010 | E114 | Witness Fees - Team Legal, Inc.; Invoice # 012510CR dated January 25, 2010. Witness fees on service of subpoenas. | 1,772.90 | 1 | 1,772.90 |

TOTAL EXPENSES                                                              2,068.99
TOTAL FEES AND EXPENSES                                                  $23,599.99

Less Retainer                                                                   .00
                                                                    _____

Total Amount Due                                                        23,599.99
                                                                    ============

FRESNO

LOS ANGELES

MODESTO

SAN LUIS OBISPO

SACRAMENTO

## THE LAW OFFICES OF
# Borton Petrini, LLP

P.O. Box 2026
BAKERSFIELD, CA 93303
(661) 322-3051

E-Mail: bpcbak@bortonpetrini.com

FEDERAL ID 95-2024819

SAN BERNARDINO

SAN DIEGO

SAN FRANCISCO

SAN JOSE

SANTA ANA

## ACCOUNT STATEMENT
### For Professional Service Rendered

McIntosh & Associates
Attn: Roger McIntosh
2001 Wheelan Court
Bakersfield, CA  93309

Invoice No 588133
February 28, 2010
Client No. 054493
Matter No. 060971

| | |
|---|---:|
| **Total Fees and Expenses** | $23,599.99 |
| Less Unallocated Cash Applied | .00 |
| **Total This Invoice** | $23,599.99 |
| Balance Due From Previous Statement | $18,858.14 |
| Payments Received Since Previous Statement | (10,011.46) |
| *(Payments received after the above date will not be reflected on this statement)* | |
| Outstanding Balance | 8,846.68 |
| Less Retainer | .00 |
| Remaining Retainer Balance | $.00 |
| *Total Amount Due* | *32,446.67* |
| | ============ |

## OUTSTANDING STATEMENT

| | | | | |
|---|---|---:|---:|---:|
| 01/20/2010 | 587258 | 8,846.68 | .00 | 8,846.68 |

73416.95

Unbilled Time - [060971 - McIntosh v. Northern California Universal Enterprises Co.]
Client:054493 - McIntosh & Associates   3/25/2010 2:08:13 PM

| Date | Initials | Name | Hours | Amount | Description | Matter Number |
|------|----------|------|-------|--------|-------------|---------------|
| 02/01/10 | 0806 | Jeffrey A Travis | 1.30 | 364.00 | Research, preparation and finalization of Opposition to Motion in Limine #'s 1 & 2 by Dewalt. | 060971 |
| 02/01/10 | 0806 | Jeffrey A Travis | 3.80 | 1,064.00 | Preparation of Opposition to Dewalt's Motion in Limine #3 regarding exclusion of Admissions. | 060971 Dewalt |
| 02/01/10 | 0806 | Jeffrey A Travis | 0.50 | 140.00 | Preparation of Opposition to Wasco's Motion in Limine #2 regarding exclude evidence for FMV of works. | 060971 |
| 02/01/10 | 0806 | Jeffrey A Travis | 1.70 | 476.00 | Research and preparation of Opposition to Wasco's Motion in Limine #3 regarding exclusion of improvement plans. | 060971 |
| 02/01/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Research and preparation of Opposition to Wasco's Motion in Limine #4 regarding exclusion of attorney's fees. | 060971 |
| 02/01/10 | 0806 | Jeffrey A Travis | 0.30 | 84.00 | Research regarding profits analysis relative to Wasco's Motion in Limine | 060971 |
| 02/02/10 | 0733 | Tom A. Kapstrom | 1.30 | 162.50 | Attend office conference regarding strategy for preparing case for Trial. | 060971 |
| 02/02/10 | 0733 | Tom A. Kapstrom | 1.60 | 200.00 | Partial review of Motions in Limine regarding preparation of Motions in Limine Trial Binder. | 060971 |
| 02/02/10 | 0733 | Tom A. Kapstrom | 3.20 | 400.00 | Receipt and review entire file regarding preparation of trial exhibits, Trial Binders, and relevant portions of deposition transcripts. | 060971 |
| 02/02/10 | 0805 | James J Braze | 3.60 | 1,368.00 | Trial preparation, including conference regarding Trial organization and requirements. | 060971 |
| 02/02/10 | 0806 | Jeffrey A Travis | 0.70 | 196.00 | Conference regarding Trial strategy and items needed for Trial. | 060971 |
| 02/02/10 | 0806 | Jeffrey A Travis | 0.70 | 196.00 | Review of Trial tasks in conference and review of exhibits needed for | 060971 |
| 02/02/10 | 0806 | Jeffrey A Travis | 0.90 | 252.00 | Preparation of opposition to Wasco's motion in limine no. 5 re: exclusion of impact fees. | 060971 |
| 02/02/10 | 0806 | Jeffrey A Travis | 1.10 | 308.00 | Preparation of opposition to wasco's motion in limine no. 6 re: exclusion based on substantial dissimilarity and expert testimony of j. delmarter. | 060971 |
| 02/02/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Research and preparation of opposition to wasco's motion in limine no. 7 re: exclusion of hearsay statements. | 060971 |
| 02/02/10 | 0806 | Jeffrey A Travis | 0.30 | 84.00 | Preparation of non-opposition to wasco's motion in limine no. 8 re: testimony/evidence relating to tax sale. | 060971 |
| 02/03/10 | 0733 | Tom A. Kapstrom | 1.70 | 212.50 | Further review of Motions in Limine; Partial preparation of Motions in Limine Trial Binder. | 060971 |
| 02/03/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Telephone conference with client regarding review of Trial issues and special exhibits. | 060971 |
| 02/03/10 | 0806 | Jeffrey A Travis | 0.10 | 28.00 | Telephone conference with opposing counsel regarding damages | 060971 |
| 02/03/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Preparation and finalization of Opposition to Motion in Limine #1 by Northern regarding exclude evidence of copying. | 060971 |
| 02/03/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Preparation and finalization of Opposition to Motion in Limine #2 by Northern regarding exclude evidence of certificate and copying. | 060971 |
| 02/03/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Research and preparation of Proposed Special Jury Instruction #1 regarding Acts of copying. | 060971 |
| 02/03/10 | 0806 | Jeffrey A Travis | 1.20 | 336.00 | Research and preparation of Proposed Special Jury Instruction #2 regarding indirect copying from a common source. | 060971 |
| 02/03/10 | 0806 | Jeffrey A Travis | 0.80 | 224.00 | Research and preparation of Opposition to Northern's Motion in Limine #3 regarding exclude evidence of Wu's testimony. | 060971 |
| 02/03/10 | 0806 | Jeffrey A Travis | 0.80 | 224.00 | Preparation of Trial Brief outline. | 060971 |
| 02/04/10 | 0733 | Tom A. Kapstrom | 2.70 | 337.50 | Partial review of file regarding preparation of Trial Discovery Binders. | 060971 |
| 02/04/10 | 0806 | Jeffrey A Travis | 0.80 | 224.00 | Research and preparation of special jury instruction No. 3 re: joint liability for acting as practically partners. | 060971 |
| 02/04/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Preparation of special jury instruction No. 5 re: 17 USC 101. | 060971 |
| 02/04/10 | 0806 | Jeffrey A Travis | 2.60 | 728.00 | Continued preparation of and finalize first draft of trial brief. | 060971 |
| 02/04/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Preparation of proposed special jury instruction no. 6 re: inverse ration | 060971 |
| 02/04/10 | 0806 | Jeffrey A Travis | 0.90 | 252.00 | Research and preparation of non-copyright jury instructions 1-9. | 060971 |
| 02/04/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Conference regarding Motion in limine and damages issue relating to actual value. | 060971 |
| 02/04/10 | 0806 | Jeffrey A Travis | 0.00 | 0.00 | Review, revise and finalize opposition to dewalt's motion in limine no. 1. | 060971 |
| 02/04/10 | 0813 | Andrew M Morgan | 2.60 | 728.00 | Further research and preparation of memorandum regarding copyright protection extending to scope of tentative map as expressed at subdivision site, in preparation for preparation of Motion for Directed Verdict. | 060971 |
| 02/05/10 | 0733 | Tom A. Kapstrom | 0.20 | 25.00 | Telephone conference with Mr. McIntosh regarding schedule of events during trial and items restricted from courthouse. | 060971 |
| 02/05/10 | 0806 | Jeffrey A Travis | 2.80 | 784.00 | Revise and finalize opposition to motion in limines by DeWalt (1-2) and Wasco (1-5). | 060971 |
| 02/05/10 | 0806 | Jeffrey A Travis | 4.30 | 1,204.00 | Review and finalize remaining oppositions to Motions in Limine and file electronically; Preparation of Travis Decl. and supporting exhibit in support of oppositions. | 060971 |
| 02/05/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Preparation of Proposed Jury Instructions #'s 22-30. | 060971 |
| 02/06/10 | 0806 | Jeffrey A Travis | 1.20 | 336.00 | Review, revise and finalize jury instructions and transmittal to all parties in advance of Meet and Confer Conference. | 060971 |
| 02/06/10 | 0806 | Jeffrey A Travis | 0.70 | 196.00 | Receipt, review and preparation of Reply from Wasco and Northern's Opposition to Motion in Limine #'s 1 & 2. | 060971 |
| 02/08/10 | 0733 | Tom A. Kapstrom | 2.60 | 325.00 | Partial preparation of Trial Exhibits for submittal to opposing counsel for review, as per the Pre-Trial Order. | 060971 |

Unbilled Time - 060971 - McIntosh V. Northern California Universal Enterprises Co.    Page 2
Client:054493 - McIntosh & Associates   3/25/2010 2:08:13 PM

| Date | Initials | Name | Hours | Amount | Description | Matter Number |
|---|---|---|---|---|---|---|
| 02/08/10 | 0806 | Jeffrey A Travis | 2.40 | 672.00 | Review and preparation of all Trial Exhibits in conference and confirm all improvement plans and documents. | 060971 |
| 02/08/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Preparation of correspondence to opposing counsel re: Proposed | 060971 |
| 02/08/10 | 0806 | Jeffrey A Travis | 0.10 | 28.00 | Telephone conference with Kevin Lam re: Review of issues and trial preparation. | 060971 |
| 02/08/10 | 0806 | Jeffrey A Travis | 2.20 | 616.00 | Preparation of outline of Reply to Opposition to our Motion in Limine #'s 3, 5 & 6. | 060971 |
| 02/08/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Telephone conference with opposing counsel (Wasco) re: settlement | 060971 |
| 02/08/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Review, revision and finalization of first draft of Proposed Verdict Form. | 060971 |
| 02/08/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Revise and finalize Request for Matters to be deemed Admitted re: City of Wasco and Northern/Lotus. | 060971 |
| 02/09/10 | 0733 | Tom A. Kapstrom | 3.60 | 450.00 | Final preparation of Motions in Limine Trial Binder. | 060971 |
| 02/09/10 | 0733 | Tom A. Kapstrom | 3.40 | 425.00 | Partial preparation of Witness Trial binders. | 060971 |
| 02/09/10 | 0733 | Tom A. Kapstrom | 0.20 | 25.00 | Telephone calls with Mr. Woodard regarding scheduling appearance at trial. | 060971 |
| 02/09/10 | 0805 | James J Braze | 3.20 | 1,216.00 | Trial preparation; review of Proposed Jury Instructions, Proposed Exhibit List and conference with client. | 060971 |
| 02/09/10 | 0806 | Jeffrey A Travis | 0.90 | 252.00 | Telephone conference with opposing counsel (Cooper) re: Proposed jury instructions and special verdicts. | 060971 |
| 02/09/10 | 0806 | Jeffrey A Travis | 1.60 | 448.00 | Finalize special jury instructions (4-8) and send to opposing counsel per pre trial order. | 060971 |
| 02/09/10 | 0806 | Jeffrey A Travis | 0.70 | 196.00 | Conference regarding added Special Jury Instructions, needed witnesses and preparation of expert witness, James Delmarter. | 060971 |
| 02/09/10 | 0806 | Jeffrey A Travis | 1.20 | 336.00 | Meeting with client re: review of special and opposing parties' exhibits. | 060971 |
| 02/09/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Finalize and preparation of correspondence to opposing counsel re: Damages exhibit. | 060971 |
| 02/09/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Receipt and review of Defendants (DeWalt/Northern/Lotus) Proposed Special Jury Instructions and Verdict Forms. | 060971 |
| 02/10/10 | 0004 | George Martin | 0.40 | 210.00 | Review of email and Orders regarding Motions in Limine; brief meeting with Jeff Travis regarding same. | 060971 |
| 02/10/10 | 0733 | Tom A. Kapstrom | 0.70 | 87.50 | Preparation of Special Verdict Forms and Jury Instructions in preparation of meeting to review with all parties as per the Trial Order. | 060971 |
| 02/10/10 | 0733 | Tom A. Kapstrom | 0.30 | 37.50 | Telephone conference with Mr. Woodard regarding scheduling his appearance at trial, rental car and lodging. | 060971 |
| 02/10/10 | 0733 | Tom A. Kapstrom | 7.50 | 937.50 | Attendance at office conference and assist with issues relating to Jury Instructions, Special Jury Instructions, Trial Exhibits and Verdict Forms. | 060971 |
| 02/10/10 | 0805 | James J Braze | 7.00 | 2,660.00 | Conference with all counsel regarding review and approval of Jury Instructions, Trial Exhibits and Special Verdict Form. | 060971 |
| 02/10/10 | 0806 | Jeffrey A Travis | 0.10 | 28.00 | Receipt and review of Special Jury Instructions from the City of Wasco. | 060971 |
| 02/10/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Receipt, review and respond to emails by opposing counsel (Okadigbo/Hassing) re: Proposed modifications to jury instructions. | 060971 |
| 02/10/10 | 0806 | Jeffrey A Travis | 7.60 | 2,128.00 | Attendendace at pretrial meet and confer between parties re: Proposed verdict forms, special and normal jury instructions, and agreement to joint exhibits. | 060971 |
| 02/10/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Receipt of and review incoming orders on motions in limines for plaintiff and defendants. | 060971 |
| 02/11/10 | 0733 | Tom A. Kapstrom | 0.70 | 87.50 | Preparation of Joe Wu documents for review and explanation by opposing counsel. | 060971 |
| 02/11/10 | 0733 | Tom A. Kapstrom | 0.20 | 25.00 | Telephone call to opposing counsel regarding Dewalt's trial exhibits. | 060971 |
| 02/11/10 | 0805 | James J Braze | 3.50 | 1,330.00 | Trial preparation, including conference with expert witness, Merati. | 060971 |
| 02/11/10 | 0806 | Jeffrey A Travis | 0.70 | 196.00 | Conference with opposing counsel (Hassing) re: review of jury instructions and verdict forms in light of recent rulings on motions. | 060971 |
| 02/11/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Preparation of correspondence to opposing counsel regarding evidence of Redemption and dissolution agreement at trial. | 060971 |
| 02/11/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Telephone conference and preparation of email to all parties re: Global settlement. | 060971 |
| 02/11/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Preparation for and outline for issues for accounting expert (Merati) and conference with JJB. | 060971 |
| 02/11/10 | 0806 | Jeffrey A Travis | 1.00 | 280.00 | Telephone conference with expert witness (Merati) regarding profits and damages to which he will testify at Trial. | 060971 |
| 02/12/10 | 0733 | Tom A. Kapstrom | 1.40 | 175.00 | Attend office conference regarding joint exhibits and jury instructions. | 060971 |
| 02/12/10 | 0733 | Tom A. Kapstrom | 2.40 | 300.00 | Partial preparation of Joint Trial Exhibits. | 060971 |
| 02/12/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Telephone conference with opposing counsel (DeWalt) regarding bifurcation issues and Modified Jury Instructions. | 060971 |
| 02/12/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Preparation for follow-up meeting with opposing counsel regarding reserved instructions and verdict forms. | 060971 |
| 02/12/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Receipt of and review stipulations of facts and telephone conference with opposing counsel (Hassing) re: Proposed joint stipulations of facts and agreement to foundation for damages exhibits. | 060971 |
| 02/12/10 | 0806 | Jeffrey A Travis | 0.80 | 224.00 | Receipt, reivew and edit Proposed Joint Stipulation of Facts. | 060971 |
| 02/12/10 | 0806 | Jeffrey A Travis | 2.90 | 812.00 | Telephone conference with opposing counsel (Wasco/Northern/DeWalt) re: Further meet and confer conference finalizing all regular jury | 060971 |

Unbilled Time - 060971 - McIntosh v. Northern California Universal Enterprises Co.   Page 3
Client:054493 - McIntosh & Associates   3/25/2010 2:08:13 PM

Case 1:07-cv-01080-LJO-GSA   Document 406-1   Filed 07/27/10   Page 167 of 188

| Date | Initials | Name | Hours | Amount | Description | Matter Number |
|------|----------|------|-------|--------|-------------|---------------|
| 02/12/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Receipt and review of Proposed Verdict Forms from Defendants. | 060971 |
| 02/12/10 | 0806 | Jeffrey A Travis | 0.00 | 0.00 | Receipt and review of proposed second draft of Jury Instructions proposed by Defendants in advance of second Meet and Confer Conference, per Court Order. | 060971 |
| 02/12/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Telephone conference with James Delmarter re: Review of tentative mapping process as proposed by Wasco and acceptance thereof. | 060971 |
| 02/12/10 | 0806 | Jeffrey A Travis | 0.30 | 84.00 | Continued preparation of trial brief re: Part 4, matters to be deemed admitted. | 060971 |
| 02/13/10 | 0806 | Jeffrey A Travis | 0.50 | 140.00 | Review and revision of proposed final version of Verdict Forms. | 060971 |
| 02/13/10 | 0806 | Jeffrey A Travis | 2.60 | 728.00 | Further telephonic meet and confer with opposing counsel regarding verdict form, jury instructions, joint statement of case, and stipulated facts. | 060971 |
| 02/13/10 | 0806 | Jeffrey A Travis | 0.80 | 224.00 | Preparation of opposition to objections to the testimony of Jubin Merati. | 060971 |
| 02/13/10 | 0806 | Jeffrey A Travis | 0.90 | 252.00 | Revise, add, and finalize all special jury instructions. | 060971 |
| 02/13/10 | 0806 | Jeffrey A Travis | 0.70 | 196.00 | Review all Wasco exhibits and preparation of objections to Wasco's exhibits. | 060971 |
| 02/13/10 | 0806 | Jeffrey A Travis | 0.30 | 84.00 | Receipt of and Preparation of email correspondence to opposing counsel re: Damages verdict form and actual damages, and Inclusion of emails from Wasco to client. | 060971 |
| 02/14/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Preparation of Special Jury Instruction No. 10 re: Copyright of Tentative Maps and plans. | 060971 |
| 02/14/10 | 0806 | Jeffrey A Travis | 0.30 | 84.00 | Correspondence with all counsel regarding finalized stipulated facts and Verdict Forms. | 060971 |
| 02/14/10 | 0806 | Jeffrey A Travis | 0.90 | 252.00 | Preparation of deposition page and line number designations per pretrial order. | 060971 |
| 02/14/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Review exhibits and preparation of discovery docment submission per pretrial order. | 060971 |
| 02/14/10 | 0806 | Jeffrey A Travis | 0.30 | 84.00 | Preparation of joint written voir dire. | 060971 |
| 02/15/10 | 0733 | Tom A. Kapstrom | 5.20 | 650.00 | Further preparation of Trial Exhibits. | 060971 |
| 02/15/10 | 0806 | Jeffrey A Travis | 2.70 | 758.00 | Review of deposition of Joe Wu (Volume 3) and all exhibits in preparation of page line summary to be used at trial. | 060971 |
| 02/15/10 | 0806 | Jeffrey A Travis | 0.30 | 84.00 | Receipt, review of email correspondences from opposing counsel and response thereto re: Meet and confer regarding use of rebuttal expert and request for deposition. | 060971 |
| 02/15/10 | 0806 | Jeffrey A Travis | 3.50 | 980.00 | Review of depositions (Shcroepfer, McNamara, Peake, Pennell, Black, Burgi, Woodard, Helt, Gutierrez, Wren, Woodcock and Zervis) and preparation of page line deposition summary to be used at trial. | 060971 |
| 02/15/10 | 0806 | Jeffrey A Travis | 0.30 | 84.00 | Continued preparation of deposition page line summary regarding deposition testimony of Wasco expert, Stephen Wong. | 060971 |
| 02/15/10 | 0806 | Jeffrey A Travis | 0.70 | 196.00 | Continued prepatation of pre-trial docs re: Discovery documents and discovery exhibits for use at trial. | 060971 |
| 02/15/10 | 0806 | Jeffrey A Travis | 0.10 | 28.00 | Receipt, review and respond to email correspondence from Wasco regarding confirmation of contested exhibits. | 060971 |
| 02/15/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Preparation of special verdict form re: question 9, joint and several | 060971 |
| 02/16/10 | 0733 | Tom A. Kapstrom | 0.80 | 100.00 | Preparation of Joint and Individual Trial Exhibit Log. | 060971 |
| 02/16/10 | 0805 | James J Braze | 1.50 | 570.00 | Trial preparation; review and analysis of Proposed Jury Questionnaire. Receipt and review of correspondence from all counsel regarding Trial Exhibits and Jury Instructions. | 060971 |
| 02/16/10 | 0806 | Jeffrey A Travis | 0.10 | 28.00 | Receipt, review and approve final joint jury questionnaire. | 060971 |
| 02/16/10 | 0806 | Jeffrey A Travis | 0.30 | 84.00 | Preparation of and finalize objections to discovery documents filed by defendants. | 060971 |
| 02/16/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Finalize discovery documents list (pre-trial documents). | 060971 |
| 02/16/10 | 0806 | Jeffrey A Travis | 1.20 | 336.00 | Review, finalization and e-file all Pre-Trial Documents. | 060971 |
| 02/17/10 | 0733 | Tom A. Kapstrom | 4.70 | 587.50 | Preparation of Joint Trial Exhibits and Plaintiff's Trial Exhibits for copying. | 060971 |
| 02/17/10 | 0733 | Tom A. Kapstrom | 1.80 | 225.00 | Preparation of deposition transcripts for lodging with the court as per the Case Management Order. | 060971 |
| 02/17/10 | 0733 | Tom A. Kapstrom | 1.60 | 200.00 | Update Joint Exhibits as per requests from all parties; Preparation of correspondence to all counsel confirming changes. | 060971 |
| 02/17/10 | 0733 | Tom A. Kapstrom | 0.70 | 87.50 | Review trial exhibits and prepare multiple responses to inquiries from all opposing counsel. | 060971 |
| 02/17/10 | 0806 | Jeffrey A Travis | 0.90 | 252.00 | Interview Pam McBrearty re: escrow instructions. | 060971 |
| 02/17/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Preparation of correspondence to Court re: Depositions to be lodged. | 060971 |
| 02/17/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Receipt of and review pre-trial filings by City of Wasco. | 060971 |
| 02/17/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Receipt of and review pre-trial filings by Northern/Lotus/DeWalt. | 060971 |
| 02/18/10 | 0733 | Tom A. Kapstrom | 2.60 | 325.00 | Further preparation of Joint Exhibits and Plaintiff's Exhibits; Meet with copy service to delivery exhibits and ensure exhibits are copied in conformance with the Pre Trial Order. | 060971 |
| 02/18/10 | 0733 | Tom A. Kapstrom | 1.80 | 225.00 | Partial preparation of Trial Discovery Binder. | 060971 |
| 02/18/10 | 0805 | James J Braze | 1.00 | 380.00 | Trial preparation; review of Proposed Trial Exhibits. | 060971 |
| 02/18/10 | 0806 | Jeffrey A Travis | 1.00 | 280.00 | Conference with client re: Review of special and joint enlarged exhibits. | 060971 |
| 02/18/10 | 0806 | Jeffrey A Travis | 1.80 | 504.00 | Review of deposition designation by Northern/Lotus (McIntosh) and preparation of objections. | 060971 |

| Date | Initials | Name | Hours | Amount | Description | Matter Number |
|---|---|---|---|---|---|---|
| 02/18/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Review special overlay exhibit preparation of correspondence to client. | 060971 |
| 02/18/10 | 0806 | Jeffrey A Travis | 3.10 | 868.00 | Receipt of and review Wasco deposition designations (Peake/Schroepfer/McIntosh/Delmarter/Gutierrez/ Wu/Woodard/Burgi) and review same for objections; Preparation of objections to Wasco deposition designations. | 060971 |
| 02/18/10 | 0806 | Jeffrey A Travis | 1.40 | 392.00 | Continued preparation of trial brief re: Sections IV-VI. | 060971 |
| 02/19/10 | 0004 | George Martin | 0.50 | 262.50 | Conference with Jeff Travis regarding experts and evidence issues. | 060971 |
| 02/19/10 | 0733 | Tom A. Kapstrom | 0.20 | 25.00 | Research local federal court rules  regarding redacted documents. | 060971 |
| 02/19/10 | 0733 | Tom A. Kapstrom | 0.10 | 12.50 | Telephone call to Mr. McIntosh  regarding the Redemption and Dissolution Agreement. | 060971 |
| 02/19/10 | 0733 | Tom A. Kapstrom | 1.60 | 200.00 | Copy and insert Redemption and Dissolution Agreement into all six Plaintiff's Trial Exhibit Binders. | 060971 |
| 02/19/10 | 0733 | Tom A. Kapstrom | 0.40 | 50.00 | Telephone conference with  opposing counsel from Wasco regarding Joint Trial Exhibits. | 060971 |
| 02/19/10 | 0733 | Tom A. Kapstrom | 0.20 | 25.00 | Preparation of correspondence to court regarding lodging Plaintiff's Exhibits as per the Pre Trial Order. | 060971 |
| 02/19/10 | 0733 | Tom A. Kapstrom | 0.40 | 50.00 | Preparation of Trial Exhibits for lodging with Court as per the Pre Trial | 060971 |
| 02/19/10 | 0733 | Tom A. Kapstrom | 3.40 | 425.00 | Partial preparation of Defendant Dewalt's Exhibits D-200 through D-217. | 060971 |
| 02/19/10 | 0805 | James J Braze | 1.30 | 494.00 | Trial preparation; review and revision of Trial Brief; conference regarding documents and witnesses. | 060971 |
| 02/19/10 | 0806 | Jeffrey A Travis | 3.10 | 868.00 | Preparation of and finalize trial brief and include sections on directed verdict for indirect copying, responses to and address expected | 060971 |
| 02/19/10 | 0806 | Jeffrey A Travis | 0.80 | 224.00 | Revision of Trial Brief based on conference in preparation for Trial. | 060971 |
| 02/19/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Telephone conference with witness (Kevin Lam) re: trial times and testimony. | 060971 |
| 02/19/10 | 0806 | Jeffrey A Travis | 0.90 | 252.00 | Preparation of order of witnesses and coordination of witness testimony. | 060971 |
| 02/22/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Receipt of and preparation of email correspondence with opposing counsel (Wasco) re: Addition of demonstrative exhibit (mapping process) to joint exhibit list. | 060971 |
| 02/22/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Telephone conference with Jim DelMarter re: Clarification on Wong deposition. | 060971 |
| 02/23/10 | 0004 | George Martin | 0.30 | 157.50 | Review of email and brief meeting with Jeff Travis regarding expert issue. | 060971 |
| 02/23/10 | 0733 | Tom A. Kapstrom | 0.70 | 87.50 | Prepare Joint Trial Exhibit Binders for delivery to all  opposing counsel and the court. | 060971 |
| 02/23/10 | 0733 | Tom A. Kapstrom | 0.10 | 12.50 | Telephone conference with Blue Print Services regarding invoicing for trial exhibits. | 060971 |
| 02/23/10 | 0733 | Tom A. Kapstrom | 0.40 | 50.00 | Compare Joint Trial Exhibit list prepared and served by plaintiff to Joint Trial Exhibit list prepared and filed by Wasco's opposing counsel. | 060971 |
| 02/23/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Receipt and review of Defendant, Wasco's Trial Brief. | 060971 |
| 02/23/10 | 0806 | Jeffrey A Travis | 1.70 | 476.00 | Preparation for conference with expert witness, Jim DelMarter; preparation of witness opinion script and Deposition review. | 060971 |
| 02/24/10 | 0733 | Tom A. Kapstrom | 6.70 | 837.50 | Partial review and preparation of Dewalt's Trial Exhibit binders. | 060971 |
| 02/24/10 | 0805 | James J Braze | 8.10 | 3,078.00 | Trial preparation; review and analysis of deposition testimony of expert witness James DelMarter; conference with James DelMarter re trial testimony; review and analysis of defendant Wu's summary of profit and losses; conference with expert witness Jubin Merati re trial testimony. | 060971 |
| 02/24/10 | 0806 | Jeffrey A Travis | 2.70 | 756.00 | Meeting with expert (Jim Delmarter) re: Review of opinions and trial testimony. | 060971 |
| 02/24/10 | 0806 | Jeffrey A Travis | 0.30 | 84.00 | Preparation for meeting with expert (Jubin Merati) re: damages charts and engineering estimates. | 060971 |
| 02/24/10 | 0806 | Jeffrey A Travis | 0.70 | 196.00 | Preparation of trial witnesses and telephone calls to witnesses (Black, Burgee). | 060971 |
| 02/24/10 | 0806 | Jeffrey A Travis | 3.60 | 1,008.00 | Conference with expert (Merati) re: Review opinions and deposition preparation. | 060971 |
| 02/25/10 | 0733 | Tom A. Kapstrom | 0.10 | 12.50 | Telephone call from  opposing counsel Hassing's office  regarding missing exhibits. | 060971 |
| 02/25/10 | 0733 | Tom A. Kapstrom | 4.30 | 537.50 | Further preparation of Dewalt and Northern's Trial Exhibit Binders. | 060971 |
| 02/25/10 | 0733 | Tom A. Kapstrom | 0.60 | 75.00 | Attend office conference  regarding scheduling witnesses. | 060971 |
| 02/25/10 | 0733 | Tom A. Kapstrom | 0.40 | 50.00 | Multiple telephone calls to all witnesses regarding scheduling testimony. | 060971 |
| 02/25/10 | 0733 | Tom A. Kapstrom | 0.10 | 12.50 | Telephone conference with Mr. Merati  regarding scheduling his | 060971 |
| 02/25/10 | 0733 | Tom A. Kapstrom | 3.20 | 400.00 | Partial preparation of Discovery Trial Binders. | 060971 |
| 02/25/10 | 0805 | James J Braze | 3.60 | 1,368.00 | Trial preparation; telephone conference with Judge O'Neill's clerk regarding Trial; conference regarding Order and timing of witnesses; conference regarding testimony and documents; telephone conference with expert witness, DelMarter, regarding differences between tentative and final maps; review and analysis of exhibits. | 060971 |
| 02/25/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Telephone conference with Jubin Merati re: Scheduling of telephonic deposition. | 060971 |
| 02/25/10 | 0806 | Jeffrey A Travis | 1.40 | 392.00 | Preparation of trial testimony for witnesses (Black, Gutierrez, Burgee, Woodard) | 060971 |
| 02/25/10 | 0806 | Jeffrey A Travis | 0.10 | 28.00 | Preparation of correspondence to Josh Woodard regarding witness fees. | 060971 |

| Date | Initials | Name | Hours | Amount | Description | Matter Number |
|------|----------|------|-------|--------|-------------|---------------|
| 02/25/10 | 0806 | Jeffrey A Travis | 2.50 | 700.00 | Trial preparation: Preparation of trial proof lists for McIntosh/Gutierrez/Black; Coordination of witnesses for trial; Telephone conferences with numerous witnesses. | 060971 |
| 02/26/10 | 0004 | George Martin | 0.80 | 420.00 | Review of email and meeting with Jeff Travis regarding experts and damages issues for next weeks Trial. | 060971 |
| 02/26/10 | 0733 | Tom A. Kapstrom | 5.50 | 687.50 | Travel to Fresno to inspect the court room, meet the court staff, establish court utilities for use during trial, arrange for use of loading dock to deliver trial documents to court room and address other trial date issues. | 060971 |
| 02/26/10 | 0733 | Tom A. Kapstrom | 0.10 | 12.50 | Telephone call to Mr. Merati to confirm deposition and trial testimony | 060971 |
| 02/26/10 | 0733 | Tom A. Kapstrom | 0.10 | 12.50 | Telephone call from Mr. Black confirming his trial testimony date. | 060971 |
| 02/26/10 | 0733 | Tom A. Kapstrom | 1.20 | 150.00 | Preparation of all parties jury instructions and trial brief portions of Trial Binders. | 060971 |
| 02/26/10 | 0805 | James J Braze | 5.50 | 2,090.00 | Trial preparation; travel to and from Fresno; conference with court clerk regarding Trial and moving and storage of documents. | 060971 |
| 02/26/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Telephone conference with Kevin Lam re: Testimony preparation for trial. | 060971 |
| 02/26/10 | 0806 | Jeffrey A Travis | 1.80 | 504.00 | Finalize proofs of claim and exhibit documents for each witness. | 060971 |
| 02/26/10 | 0806 | Jeffrey A Travis | 0.80 | 224.00 | Trial preparation re:finalize proof checklists and revise order of trial. | 060971 |
| 02/27/10 | 0004 | George Martin | 0.40 | 210.00 | Conference with Jeff Travis regarding evidence issues for next weeks | 060971 |
| 02/27/10 | 0733 | Tom A. Kapstrom | 5.80 | 725.00 | Final preparation of Trial Binders; Partial preparation of Witness Binders and Discovery Binders. | 060971 |
| 02/27/10 | 0805 | James J Braze | 4.60 | 1,748.00 | Trial preparation; telephone conference with opposing counsel; telephone conference with client. | 060971 |
| 02/27/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Email correspondences with the City of Wasco re: Settlement talks. | 060971 |
| 02/27/10 | 0806 | Jeffrey A Travis | 3.20 | 896.00 | Pretrial preparation re: Review and summarize witness testimony (Black, Gutierrez, Woodard, Burgi, Lam). | 060971 |
| 02/28/10 | 0733 | Tom A. Kapstrom | 1.60 | 200.00 | Travel to Fresno to assist Mr. Braze and Mr. Travis with Trial. | 060971 |
| 02/28/10 | 0733 | Tom A. Kapstrom | 4.00 | 500.00 | Attendance at meeting with Mr. McIntosh and assist Mr. Braze and Mr. Travis with Trial exhibits, Trial Binders and Pre-Trial Testimony review with Mr. McIntosh. | 060971 |
| 02/28/10 | 0733 | Tom A. Kapstrom | 4.30 | 537.50 | Final preparation of Trial Witness Binders, Trial Discovery Binders and miscellaneous federal civil trial reference materials. | 060971 |
| 02/28/10 | 0805 | James J Braze | 10.00 | 3,800.00 | Trial preparation; travel time to Fresno for Trial; conference with client regarding Trial and testimony; preparation for voir dire and opening statement. | 060971 |
| 02/28/10 | 0806 | Jeffrey A Travis | 4.90 | 1,372.00 | Travel to Fresno for trial and pre-trial witness preparation | 060971 |
| 03/01/10 | 0733 | Tom A. Kapstrom | 1.10 | 137.50 | Transport all trial boxes and exhibits to court; Set up same in courtroom. | 060971 |
| 03/01/10 | 0733 | Tom A. Kapstrom | 9.00 | 1,125.00 | Attend trial and assist Mr. Braze with exhibits and Trial Binders. | 060971 |
| 03/01/10 | 0733 | Tom A. Kapstrom | 1.00 | 125.00 | Assist Mr. Braze and Mr. Travis with Expert Delmarter and Expert Lam witness preparation. | 060971 |
| 03/01/10 | 0805 | James J Braze | 14.60 | 5,548.00 | Attendance at trial of matter in United States District Court, jury selection, and opening statements; direct examination of plaintiff Roger McIntosh; further preparation during trial. | 060971 |
| 03/01/10 | 0806 | Jeffrey A Travis | 8.60 | 2,408.00 | Attendance at Trial (Day One). | 060971 |
| 03/02/10 | 0733 | Tom A. Kapstrom | 9.00 | 1,125.00 | Attend trial and assist Mr. Braze and Mr. Travis. | 060971 |
| 03/02/10 | 0733 | Tom A. Kapstrom | 1.50 | 187.50 | Meet with Mr. McIntosh, Mr. Braze and Mr. Travis regarding the days trial testimony and further trial strategy. | 060971 |
| 03/02/10 | 0733 | Tom A. Kapstrom | 1.80 | 225.00 | Review Mr. Delmarter's deposition regarding his testimony as it relates to the three objections and cite to objection rebutal evidence as per the Court's order. | 060971 |
| 03/02/10 | 0805 | James J Braze | 14.40 | 5,472.00 | Attendance at further trial of matter and presentation of witnesses on direct examination; further preparation during trial. | 060971 |
| 03/02/10 | 0806 | Jeffrey A Travis | 8.20 | 2,296.00 | Attendance at Trial (Day Two). | 060971 |
| 03/02/10 | 0806 | Jeffrey A Travis | 1.10 | 308.00 | Trial preparation of Kevin Lam. | 060971 |
| 03/02/10 | 0806 | Jeffrey A Travis | 0.80 | 224.00 | Trial preparation of James D. | 060971 |
| 03/03/10 | 0733 | Tom A. Kapstrom | 6.50 | 812.50 | Attendance at Trial and assist Mr. Braze and Mr. Travis. | 060971 |
| 03/03/10 | 0733 | Tom A. Kapstrom | 0.40 | 50.00 | Conduct statutory and case law research regarding Federal Rule of Civil Procedure 403 precluding testimony in a copyright infringement case. | 060971 |
| 03/03/10 | 0733 | Tom A. Kapstrom | 2.30 | 287.50 | Attendance at the Deposition of Plaintiff's expert, Meradi and assist Mr. Braze. | 060971 |
| 03/03/10 | 0805 | James J Braze | 14.50 | 5,510.00 | Attendance at further trial of the matter; cross-examination of defendant Joe Wu; conference with expert witness Jubin Merati in preparation for deposition; attendance at deposition of Jubin Merati; preparation for examination of witnesses. | 060971 |
| 03/03/10 | 0806 | Jeffrey A Travis | 6.10 | 1,708.00 | Attendance at Trial (Day Three). | 060971 |
| 03/03/10 | 0806 | Jeffrey A Travis | 2.30 | 644.00 | Attendance at Deposition of J. Merati. | 060971 |
| 03/04/10 | 0733 | Tom A. Kapstrom | 7.50 | 937.50 | Attend trial and assist Mr. Braze and Mr. Travis. | 060971 |
| 03/04/10 | 0733 | Tom A. Kapstrom | 1.90 | 237.50 | Return from trial in Fresno. | 060971 |

Case 1:07-cv-01080-LJO-GSA Document 406-1 Filed 07/27/10 Page 170 of 188

Unbilled Time - [060971 - McIntosh v. Northern California Universal Enterprises Co.] Page 6
Client:054493 - McIntosh & Associates    3/25/2010 2:08:13 PM

| Date | Initials | Name | Hours | Amount | Description | Matter Number |
|---|---|---|---|---|---|---|
| 03/04/10 | 0805 | James J Braze | 12.10 −1.10 11.00 | 4,598.00 | Conference with expert witness economist Jubin Merati in preparation for trial testimony; attendance at further trial of the matter; presentation of direct testimony of expert witness Merati; attendance at trial during testimony by witnesses presented by defendant City of Wasco; attendance at trial during testimony by witnesses presented by defendant DeWalt Engineering; cross-examination of expert witness Jeff Gutirez; travel to Bakersfield from Fresno. | 060971 |
| 03/04/10 | 0806 | Jeffrey A Travis | 1.10 | 308.00 | Meeting with expert, Jubin Merati, regarding Pre-Trial preparation. | 060971 |
| 03/04/10 | 0806 | Jeffrey A Travis | 6.90 | 1,932.00 | Attendance at Trial. | 060971 |
| 03/04/10 | 0806 | Jeffrey A Travis | 1.70 | 476.00 | Travel from Trial. | 060971 |
| 03/05/10 | 0733 | Tom A. Kapstrom | 2.60 | 325.00 | Office conference with Mr. McIntosh, Mr. Braze and Mr. Travis regarding further trial strategy, closing argument discussion and analysis of jury verdict related issues. | 060971 |
| 03/05/10 | 0733 | Tom A. Kapstrom | 0.70 | 87.50 | Assist Mr. Braze with retrieval and analysis of documents for use during closing argument. | 060971 |
| 03/05/10 | 0733 | Tom A. Kapstrom | 0.70 | 87.50 | Research Wasco Municipal Code regarding code sections cited to during trial for inclusion in closing argument. | 060971 |
| 03/05/10 | 0805 | James J Braze | 6.50 | 2,470.00 | Further preparation during Trial; conference with client regarding further handling of Trial and closing argument; organization of documents for closing summation. | 060971 |
| 03/05/10 | 0806 | Jeffrey A Travis | 2.20 | 616.00 | Conference with client re: Preparation for closing arguments and trial review. | 060971 |
| 03/05/10 | 0806 | Jeffrey A Travis | 0.10 | 28.00 | Telephone conference with expert (Merati) re: new home sales and additional testimony if needed. | 060971 |
| 03/05/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Preparation of opposition to motion to renew merger defense. | 060971 |
| 03/05/10 | 0806 | Jeffrey A Travis | 1.20 | 336.00 | Review Wong deposition in preparation for trial. | 060971 |
| 03/06/10 | 0004 | George Martin | 0.50 | 262.50 | Review of email and calculations and conference with Jeff Travis regarding same and evidence issues. | 060971 |
| 03/06/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Review Wasco Mun. Code Section 13, and preparation of correspondence to client re: first sale defense potential. | 060971 |
| 03/07/10 | 0733 | Tom A. Kapstrom | 1.90 | 237.50 | Travel to Fresno to assist Mr. Braze at trial. | 060971 |
| 03/07/10 | 0805 | James J Braze | 10.50 | 3,990.00 | Further preparation during Trial; preparation of closing summation; travel to Fresno for Trial. | 060971 |
| 03/08/10 | 0733 | Tom A. Kapstrom | 8.00 | 1,000.00 | Attendance at Trial and assist Mr. Braze. | 060971 |
| 03/08/10 | 0733 | Tom A. Kapstrom | 1.80 | 225.00 | Assist Mr. Braze with modification of closing argument and preparation of counter-arguments to issues expected to be raised by defense counsel. | 060971 |
| 03/08/10 | 0805 | James J Braze | 11.50 | 4,370.00 | Court appearance at further trial of matter; examination of witnesses Warner and Wooner; examination of expert witness Wong; arguing post evidence motions and jury instructions; attendance at instruction of the jury; preparation for closing summation | 060971 |
| 03/08/10 | 0806 | Jeffrey A Travis | 8.20 | 2,296.00 | Attend trial (Day 5), McIntosh v. Northern. | 060971 |
| 03/09/10 | 0733 | Tom A. Kapstrom | 9.00 | 1,125.00 | Assist Mr. Braze with trial. | 060971 |
| 03/09/10 | 0805 | James J Braze | 10.00 | 3,800.00 | Court appearance at further trial of matter; delivery of closing summation and rebuttal; waiting for jury questions and verdict | 060971 |
| 03/09/10 | 0806 | Jeffrey A Travis | 8.30 | 2,324.00 | Attend trial (Day 6), McIntosh v. Northern. | 060971 |
| 03/10/10 | 0733 | Tom A. Kapstrom | 7.30 | 912.50 | Attend trial and assist Mr. Braze. | 060971 |
| 03/10/10 | 0733 | Tom A. Kapstrom | 1.80 | 225.00 | Return from trial in Fresno. | 060971 |
| 03/10/10 | 0805 | James J Braze | 9.50 | 3,610.00 | Court appearance at further trial of matter and acceptance of jury verdict; travel to Bakersfield | 060971 |
| 03/10/10 | 0806 | Jeffrey A Travis | 9.00 | 2,520.00 | Attend Trial (Day 7), McIntosh v. Northern; Travel from trial. | 060971 |
| 03/11/10 | 0004 | George Martin | 0.50 | 262.50 | Review of emails regarding Proposed Stipulation and attorney's fees issues; brief meeting with Jeff Travis regarding same. | 060971 |
| 03/11/10 | 0733 | Tom A. Kapstrom | 0.70 | 87.50 | Return entire file to Bakersfield office and store in preparation of potential appeal. | 060971 |
| 03/11/10 | 0733 | Tom A. Kapstrom | 2.30 | 287.50 | Conduct statutory and case law research regarding Rule 37(C) motion for attorney's fees. | 060971 |
| 03/11/10 | 0733 | Tom A. Kapstrom | 1.20 | 150.00 | Conduct statutory and case law research regarding time for court to enter a final judgment. | 060971 |
| 03/11/10 | 0733 | Tom A. Kapstrom | 0.90 | 112.50 | Conduct statutory and case law research regarding Bill of Costs and which costs are allowed to be claimed. | 060971 |
| 03/11/10 | 0805 | James J Braze | 1.20 | 456.00 | Conference regarding Post-Trial handling and Motions; memorandum regarding costs and attorney fees; receipt and review of Proposed Stipulation and various correspondence regarding same. | 060971 |
| 03/11/10 | 0806 | Jeffrey A Travis | 0.10 | 28.00 | Email correspondence with client re: Proposed stipulation for declaratory relief. | 060971 |
| 03/11/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Preparation of email correspondence to client and opposing counsel re: Proposed stipulation for declaratory relief. | 060971 |
| 03/11/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Preparation of email correspondence to client re: 37c motion and declaratory relief. | 060971 |
| 03/11/10 | 0806 | Jeffrey A Travis | 0.30 | 84.00 | Review standards for motion for attorneys fees and costs. | 060971 |
| 03/11/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Research re: Declaratory relief and entry of judgment. | 060971 |
| 03/12/10 | 0733 | Tom A. Kapstrom | 1.70 | 212.50 | Further statutory and case law research regarding 37(C) motions. | 060971 |

Unbilled Time - [060971 - McIntosh v. Northern California Universal Enterprises Co.]
Client:054493 - McIntosh & Associates   3/25/2010 2:08:13 PM

| Date | Initials | Name | Hours | Amount | Description | Matter Number |
|---|---|---|---|---|---|---|
| 03/12/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Finalize joint stipulation for declaratory relief and send to all parties for approval. | 060971 |
| 03/15/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Research and preparation of email re: permanent injunction and response to opposing counsel for clarification on arguments against injunction. | 060971 |
| 03/16/10 | 0805 | James J Braze | 1.30 | 494.00 | Telephone conference with client regarding settlement; telephone conference with attorney Alexander regarding settlement; telephone conference with attorney Hassing; conference regarding further handling and obtaining Judgment on the Verdict. | 060971 |
| 03/16/10 | 0806 | Jeffrey A Travis | 1.80 | 504.00 | Continued research and preparation of email to client re: Further recommendation as to declaratory relief against defendants. | 060971 |
| 03/16/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Conference re: Ramifications of declaratory relief and enforcement of judgments. | 060971 |
| 03/17/10 | 0733 | Tom A. Kapstrom | 2.40 | 300.00 | Partial review of cost incurred regarding preparation of Bill of Costs. | 060971 |
| 03/17/10 | 0733 | Tom A. Kapstrom | 1.20 | 150.00 | Further statutory and case law research regarding Rule 37(C) motions. | 060971 |
| 03/17/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Telephone conferences with USDC (Gary Green) re: entry of judgment on verdict. | 060971 |
| 03/17/10 | 0806 | Jeffrey A Travis | 0.40 | 112.00 | Preparation for request to enter judgment on special verdict. | 060971 |
| 03/18/10 | 0806 | Jeffrey A Travis | 0.70 | 196.00 | Preparation of plaintiffs request for entry of final judgment. | 060971 |
| 03/19/10 | 0733 | Tom A. Kapstrom | 1.20 | 150.00 | Review file for all Requests for Admissions and responses to same propounded by plaintiff regarding preparation of motion for attorney's fees under Rule 37 (c). | 060971 |
| 03/19/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Preparation of and finalize request for entry of final judgment. | 060971 |
| 03/22/10 | 0805 | James J Braze | 1.40 | 532.00 | Receipt and review of Motion by Northern requesting Court to make determinations left unresolved by the jury; review of Proposed Motion for Entry of Judgment; conference regarding further handling; review and revision of Proposed Judgment. | 060971 |
| 03/22/10 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Review and conference re: declaratory relief request and opposition to Rule 58 motion. (JJB) | 060971 |
| 03/22/10 | 0806 | Jeffrey A Travis | 0.80 | 224.00 | Preparation of proposed order for entry of final judgment; Finalize request for entry of final judgment. | 060971 |
| 03/23/10 | 0805 | James J Braze | 2.50 | 950.00 | Receipt and review of Final Judgment; conference regarding Cost Bill and Motion for Award of Attorneys' Fees; conference regarding Motion for Award of Attorney's Fees for failure to admit Requests for Admissions; conference regarding Cost Bill documentation; memorandum regarding Notice of Entry of Judgment; review and analysis of protesting attacks on Judgment. | 060971 |
| 03/23/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Receipt of, review, and preparation of correspondence to client regarding: entry of final judgment. | 060971 |
| 03/23/10 | 0806 | Jeffrey A Travis | 0.70 | 196.00 | Preparation and research re: 37c and bad faith motion for attorneys | 060971 |
| 03/23/10 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Preparation of correspondences to client re: recovery of fees and costs. | 060971 |
| | | GRAND TOTAL | 548.30 | 141,848.00 | | |

Billed and Unbilled Recap Of Time Detail - [050973] McIntosh & Associates - Wasco v. Northern California Universal Enterprise Co
Client:054493 - McIntosh & Associates   4/8/2010 8:41:20 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 03/23/2010 | 0805 | James J Braze | 2.50 | 950.00 | Receipt and review of Final Judgment; conference regarding Cost Bill and Motion for Award of Attorneys' Fees; conference regarding Motion for Award of Attorney's Fees for failure to admit Requests for Admissions; conference regarding Cost Bill documentation; memorandum regarding Notice of Entry of Judgment; review and analysis of protesting attacks on Judgment. | 060971 | 6032324 |
| 03/23/2010 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Receipt of, review, and preparation of correspondence to client regarding: entry of final judgment. | 060971 | 6031295 |
| 03/23/2010 | 0806 | Jeffrey A Travis | 0.70 | 196.00 | Preparation of and research re: 37c and bad faith motion for attorneys fees. | 060971 | 6031314 |
| 03/23/2010 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Preparation of correspondences to clients re: recovery of fees and costs. | 060971 | 6031365 |
| 03/23/2010 | 0733 | Tom A. Kapstrom | 2.80 | 350.00 | Review billing and supportive documents regarding preparation of Bill of Costs. | 060971 | 6031420 |
| 03/25/2010 | 0733 | Tom A. Kapstrom | 3.70 | 462.50 | Final preparation of documents in support of Motion for Attorney's Fees pursuant to FRCP 37(c). | 060971 | 6032664 |
| 03/25/2010 | 0733 | Tom A. Kapstrom | 3.20 | 400.00 | Final preparation of documents in support of Bill of Costs. | 060971 | 6032668 |
| 03/25/2010 | 0806 | Jeffrey A Travis | 0.10 | 28.00 | Review of costs and email to client re: Request for costs paid separately. | 060971 | 6032384 |
| 03/25/2010 | 0806 | Jeffrey A Travis | 0.90 | 252.00 | Preparation of opposition to motion to for the Court to make factual determinations. | 060971 | 6032831 |
| 03/26/2010 | 0733 | Tom A. Kapstrom | 0.60 | 75.00 | Preparation of Bill of Costs. | 060971 | 6033586 |
| 03/26/2010 | 0806 | Jeffrey A Travis | 0.70 | 196.00 | Continued preparation of and finalize opposition to request for factual determination motion by Northern. | 060971 | 6032957 |
| 03/26/2010 | 0806 | Jeffrey A Travis | 0.10 | 28.00 | receipt of and review order re: post trial motions. | 060971 | 6032966 |
| 03/26/2010 | 0733 | Tom A. Kapstrom | 4.60 | 575.00 | Preparation of itemization for requested costs for all categories  regarding the Bill of Costs. | 060971 | 6032974 |
| 03/29/2010 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Receipt of and respond to correspondence from opposing counsel re: extension of time to file post trial motions. | 060971 | 6033826 |
| 03/30/2010 | 0806 | Jeffrey A Travis | 0.30 | 84.00 | Receipt of, review, and finalize bill of costs. | 060971 | 6034292 |
| 03/30/2010 | 0806 | Jeffrey A Travis | 0.30 | 84.00 | E-file of Bill of Costs (Parts 1, 2, and 3) | 060971 | 6034308 |
| 03/30/2010 | 0806 | Jeffrey A Travis | 0.20 | 56.00 | Revise and finalize opposition to motion to make factual determinations. | 060971 | 6034376 |
| 03/31/2010 | 0733 | Tom A. Kapstrom | 1.30 | 162.50 | Review Request for Admissions for all four defendants  regarding preparation of Rule 37(c) motion. | 060971 | 6035070 |
| 03/31/2010 | 0733 | Tom A. Kapstrom | 2.60 | 325.00 | Partial preparation of Rule 37(c) motion. | 060971 | 6035071 |
| 03/31/2010 | 0805 | James J Braze | 1.50 | 570.00 | Review and analysis of Request for Admissions propounded to Defendants, Lotus, NCUE, DeWalt and City of Wasco and their respective responses and selection of Requests for Admissions for inclusion in Motion for Award of Attorney's Fees. | 060971 | 6035675 |
| 04/05/2010 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Review, revise and efile Plaintiff's opposition to northern's motion for factual determination. | 060971 | 6037883 |
| 04/06/2010 | 0806 | Jeffrey A Travis | 0.60 | 168.00 | Receipt of, review, and annotations in | 060971 | 6039863 |

Billed and Unbilled Recap Of Time [080 - [80073 SMcIntosh - Northern California Universal Enterprises Co.]
Client:054493 - McIntosh & Associates   4/8/2010 8:41:20 AM                                                                    Page 2

Case 07-cv-01080-JSW-Document 108-3   Filed 07/27/10   Page 173 of 188

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | opposition to re: Motion for order shortening | | |
| | | | | | time, supporting papers, and order of court. | | |
| | | | | | | | |
| | | UNBILLED TOTALS:  WORK: | 27.90 | 5,298.00 | 22 records | | |
| | | UNBILLED TOTALS:  BILL: | 27.90 | 5,298.00 | | | |
| | | | | | | | |
| | | GRAND TOTALS:       WORK: | 27.90 | 5,298.00 | 22 records | | |
| | | GRAND TOTALS:       BILL: | 27.90 | 5,298.00 | | | |

1ˢᵗ Sub total = $28,619.45

2ⁿᵈ Sub total = $118,340.00

Grand Total = $146,959.45

# EXHIBIT "K"

799

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. LAWRENCE J. O'NEILL


ROGER McINTOSH,                  )
                                 )   1:07-cv-1080 LJO
          Plaintiff,             )
                                 )   JURY TRIAL, DAY 5
     vs.                         )
                                 )
NORTHERN CALIFORNIA              )
UNIVERSAL ENTERPRISES            )
COMPANY, a California            )
corporation, et al.,             )
                                 )
          Defendants.            )
_____ )

Fresno, California               Monday, March 8, 2010



REPORTER'S TRANSCRIPT OF PROCEEDINGS












Vol. 5, pgs. 799 to 999, inclusive



REPORTED BY:  PEGGY J. CRAWFORD, RDR, CRR, Official Reporter

800

APPEARANCES OF COUNSEL:

For the Plaintiff:              LAW OFFICES OF BORTON PETRINI, LLP
                                 5060 California Avenue
                                 Suite 700
                                 Bakersfield, CA  93309
                                 BY:  **JAMES J. BRAZE**
                                         **JEFFREY A. TRAVIS**


For the Defendants:

(Northern/Lotus)              LAW OFFICES OF STEVEN J. HASSING
                                 425 Calabria Court
                                 Roseville, CA  95747
                                 BY:  **STEVEN J. HASSING**

(DeWalt)                      ALEXANDER & ASSOCIATES, PLC
                                 1925 G Street
                                 Bakersfield, CA  93301
                                 BY:  **WILLIAM L. ALEXANDER**

(City of Wasco)              GCR, LLP
                                 520 South Grand Avenue
                                 Suite 695
                                 Los Angeles, CA  90071
                                 BY:  **CHAKA C. OKADIGBO**
                                         **SUSAN GRAHAM BARNES**

801

## INDEX

**PLAINTIFF'S WITNESSES:**


  **ROGER MCINTOSH (Rebuttal)**      933
  DIRECT EXAMINATION BY MR. BRAZE      933
  CROSS-EXAMINATION BY MR. ALEXANDER      938

**DEFENDANTS' WITNESSES:**


  **WARREN CRAIG**      818
  DIRECT EXAMINATION BY MS. BARNES      819
  CROSS-EXAMINATION BY MR. HASSING      825
  CROSS-EXAMINATION BY MR. BRAZE      826

  **JOHN WOONER**      826
  DIRECT EXAMINATION BY MR. OKADIGBO      827
  CROSS-EXAMINATION BY MR. BRAZE      830

  **STEPHEN WONG**      834
  DIRECT EXAMINATION BY MR. OKADIGBO      835
  CROSS-EXAMINATION BY MR. BRAZE      867
  CROSS-EXAMINATION BY MR. ALEXANDER      885
  REDIRECT EXAMINATION BY MR. OKADIGBO      885

  **ROGER MCINTOSH**      887
  DIRECT EXAMINATION BY MR. HASSING      887
  CROSS-EXAMINATION BY MR. BRAZE      892
  REDIRECT EXAMINATION BY MR. HASSING      893

  **JOE WU**      894
  DIRECT EXAMINATION BY MR. HASSING      894
  CROSS-EXAMINATION BY MR. BRAZE      921
  REDIRECT EXAMINATION BY MR. HASSING      930
  RECROSS-EXAMINATION BY MR. BRAZE      931

* * * * *

802

## EXHIBITS

| DEFENDANT'S | MARKED |
|---|---|
| D 502 | 849 |
| D 503 | 850 |
| D 504 | 853 |

* * * * *

| DEFENDANT'S | RECEIVED |
|---|---|
| D 504 | 854 |
| D 221-A | 891 |
| D 221-B | 892 |
| D 500 through D 504 | 974 |

876

1    Q.   Yes.

2    A.   The answer is yes.

3    Q.   And with respect to DeWalt, could they have laid it out in

4    a different manner?

5    A.   Not with the existing improvements in place.

6    Q.   Why not?

7    A.   Because they were existing.  The streets were completed.

8    The utilities were installed.  The street lights and the fire

9    hydrants were in place, all helping to define the limits of

10   where these streets needed to be.

11   Q.   So are you saying they had no latitude as to how they drew

12   the tentative map, they had to make it conform to

13   Mr. McIntosh's tentative map?

14   A.   Without having to tear out existing improvements, yes.

15   Q.   Now, you had -- where are the little ones?  The lots.

16        Now, you were shown lot 46.  And we have been through

17   this exercise before, but the dimensions on these maps are

18   expressed in hundredths of a foot, correct?

19   A.   Yes.

20   Q.   And a hundredth of a foot is slightly less than one-eighth

21   of an inch, correct?

22   A.   Yes.

23   Q.   Now, Map [sic] 46 has dimensions on the DeWalt map of

24   113.33 and on the McIntosh map of 113.28.  That's five

25   hundredths of an inch, correct --

# EXHIBIT "L"

466

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. LAWRENCE J. O'NEILL


ROGER McINTOSH,                )
                               )   1:07-cv-1080 LJO
          Plaintiff,           )
                               )   JURY TRIAL, DAY 3
     vs.                       )
                               )
NORTHERN CALIFORNIA            )
UNIVERSAL ENTERPRISES          )
COMPANY, a California          )
corporation, et al.,           )
                               )
          Defendants.          )
_____)

Fresno, California                  Wednesday, March 3, 2010


          REPORTER'S TRANSCRIPT OF PROCEEDINGS










Vol. 3, pgs. 466 to 623, inclusive



REPORTED BY:  PEGGY J. CRAWFORD, RDR, CRR, Official Reporter

877

1   A.   Yes.

2   Q.   -- difference.  So that's about a half an inch?

3   A.   Yes.

4   Q.   In 113 feet?

5   A.   Yes.

6   Q.   And the eastern boundary has dimensions on the McIntosh

7   map of 100.83 inches, and on the DeWalt map, 100.82 inches, a

8   difference of one hundredth of a foot?

9   A.   One correction.  That's in feet, not inches.  And that's

10  correct.  One hundredth of a foot.

11  Q.   Correct.  Sorry.  Is that difference significant to you?

12  A.   It's just different.  That means it's not copied.

13  Q.   So for you to think it was copied, the dimensions would

14  have to be exact to the hundredth of a foot?

15  A.   I can't quite understand copying a different number.  If

16  you were to copy it, why not copy the same number?

17  Q.   So if we had maps that had the same number, you would

18  believe that was evidence of copying, wouldn't you?

19  A.   At least potentially, it could have been.

20  Q.   Now, you told us about some of the differences in the two

21  tract maps, but did you note all the similarities?

22  A.   I did note some similarities, yes.

23  Q.   Did you note that Lots 31 through 36 on both maps are

24  exactly 66 feet wide?

25  A.   I probably did, yes.

467

APPEARANCES OF COUNSEL:

For the Plaintiff:              LAW OFFICES OF BORTON PETRINI, LLP
                               5060 California Avenue
                               Suite 700
                               Bakersfield, CA  93309
                               BY:  **JAMES J. BRAZE**
                                    **JEFFREY A. TRAVIS**


For the Defendants:

(Northern/Lotus)               LAW OFFICES OF STEVEN J. HASSING
                               425 Calabria Court
                               Roseville, CA  95747
                               BY:  **STEVEN J. HASSING**


(DeWalt)                       ALEXANDER & ASSOCIATES, PLC
                               1925 G Street
                               Bakersfield, CA  93301
                               BY:   **WILLIAM L. ALEXANDER**


(City of Wasco)                GCR, LLP
                               520 South Grand Avenue
                               Suite 695
                               Los Angeles, CA  90071
                               BY:   **CHAKA C. OKADIGBO**
                                     **SUSAN GRAHAM BARNES**

468

## INDEX

**PLAINTIFF'S WITNESSES:**

**KEITH WOODCOCK**                                        476
DIRECT EXAMINATION BY MR. TRAVIS                          476
CROSS-EXAMINATION BY MR. OKADIGBO                         494
REDIRECT EXAMINATION BY MR. TRAVIS                        499
CROSS-EXAMINATION BY MR. HASSING                          504
RECROSS-EXAMINATION BY MR. OKADIGBO                       505
FURTHER REDIRECT EXAMINATION BY MR. TRAVIS                505

**ROBERT WREN**                                           506
DIRECT EXAMINATION BY MR. TRAVIS                          507
CROSS-EXAMINATION BY MR. OKADIGBO                         515
REDIRECT EXAMINATION BY MR. TRAVIS                        521

**DENNIS MCNAMARA**                                       526
DIRECT EXAMINATION BY MR. TRAVIS                          527
CROSS-EXAMINATION BY MR. OKADIGBO                         536

**GERALD HELT**                                           537
DIRECT EXAMINATION BY MR. TRAVIS                          538

**JAMES ZERVIS**                                          543
DIRECT EXAMINATION BY MR. TRAVIS                          543
CROSS-EXAMINATION BY MR. OKADIGBO                         550

**JOE WU**                                                553
DIRECT EXAMINATION BY MR. BRAZE                           553
CROSS-EXAMINATION BY MR. HASSING                          595
REDIRECT EXAMINATION BY MR. BRAZE                         595

**ROGER MCINTOSH**                                        596
DIRECT EXAMINATION BY MR. BRAZE                           596
CROSS-EXAMINATION BY MR. HASSING                          601

**DEFENDANT NORTHERN/LOTUS' WITNESSES:**

**JOE WU**                                                607
DIRECT EXAMINATION BY MR. HASSING                         607

* * * * *

469

## EXHIBITS

**DEFENDANT'S**                                              Received

D 411                                                        517

1   developer who -- Northern, and also the City of Wasco?

2   A.   The subdivision agreement related to the final map.

3   Q.   Okay.   And as a condition of that subdivision agreement,

4   wasn't there a condition that any repairs or works be done in

5   accordance with the approved plans?

6   A.   That is a standard condition or statement in subdivision

7   agreements.

8   Q.   And what were the approved plans?

9   A.   In this case, that the subdivider was not required to

10  submit improvement plans.

11          MR. TRAVIS:   I object and move to strike as

12  nonresponsive.   I didn't ask whether or not the subdivider was

13  required.

14          THE COURT:   The question is:   And what were the

15  approved plans?

16          His answer is that the subdivider was not required to

17  submit improvement plans.   It's responsive.   Overruled.

18          MR. TRAVIS:   I am going to read from Mr. Woodcock's

19  deposition, paragraph 18 -- sorry.   Page 18, line 16 through

20  25.

21          Well, before I go there.

22  Q.   Mr. Woodcock, had you ever seen the tentative map for

23  6451?

24  A.   Yes.

25  Q.   And on the tentative map for 6451 there is a note section,

484

1    right?  I will have you read this.

2    A.  Notes --

3         THE COURT:  You mean you want him to read it out loud

4    or to himself.

5    BY MR. TRAVIS:

6    Q.  If you can refresh your recollection, but go ahead and

7    read it out loud.  First, Notes Section 1?

8    A.  It says, quote:

9         "This development contains existing improvements built

10            per Valley Rose Planned Community, expired Tentative

11            Map 5472, and associative improvement plans."

12   Q.  And associative approved improvement plans, right?

13   A.  Right.

14   Q.  What were the approved improvement plans, if that helps

15   you remember?

16   A.  Those were the plans that related to the expired map.

17   Q.  McIntosh's plans, right?

18   A.  That's correct.

19   Q.  In fact, isn't it Wasco's own municipal code that requires

20   improvement plans capable of being reproduced in order for a

21   project to be completed?

22   A.  Yes, to the best of my recollection.

23   Q.  To the best of your recollection, did DeWalt ever submit

24   electronic copies of improvement plans --

25   A.  No.

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **July __, 2010,** I served the foregoing document described as **NOTICE OF MOTION AND MOTION BY ROGER MCINTOSH FOR AN ORDER DECLARING HIM THE PREVAILING PARTY AND FOR ATTORNEY FEES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(c); MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF JAMES J. BRAZE; [PROPOSED ORDER]** on the other party(ies) in this action as follows:

Steven John Hassing, Esq.
 Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747
email address: **stevehassing@yahoo.com**

Attorneys for Attorneys for Defendants,
Northern California Universal Enterprises
Company and Lotus Developments
Tel:   916/677-1776
**Fax:   916/677-1770**

Chaka Okadigbo
**GCR, LLP**
520 S. Grand Ave, Suite 695
Los Angeles, CA 90071
email address: **cokadigbo@gcrlegal.com**

Attorneys for Defendant, City of Wasco

Tel: 213/347-0210
**Fax: 213-347-0216**

William L. Alexander, Esq.
Alexander & Associates
1925 "G" Street
Bakersfield, CA 93301
email address: **walexander@alexander-law.com**

Attorneys for Defendant, DeWalt CM, Inc.

Tel: 661/316-7888
**Fax: 661/316-7890**

**BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

Executed on July __, 2010, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____          _/s/ Vanessa Claridge____
     Vanessa Claridge

16