nr:tat

1 | James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
2 | BORTON PETRINI, LLP
5060 California Avenue, Suite 700 (93309)
3 | Bakersfield, CA 93303
Telephone (661) 322-3051
4 | Facsimile (661) 322-4628
email: jbraze@bortonpetrini.com
5 | email: jtravis@bortonpetrini.com

6 | Attorneys for Plaintiff, Roger McIntosh dba
McIntosh & Associates
7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | ROGER McINTOSH,                           Case No.  1:07-CV- 01080 LJO-GSA

12 |            Plaintiff,
                                             [PROPOSED] ORDER
13 | v.

14 | NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, a California
15 | corporation; LOTUS DEVELOPMENTS,
LLP; THE CITY OF WASCO, a municipal
16 | corporation; DEWALT CM, INC., a California
corporation also doing business as DEWALT
17 | CORPORATION; and DOES 1 through 10,       Hon. Lawrence J. O'Neill
inclusive                                    Date of Trial and Verdict: March 10, 2010
18

19 |            Defendants.

20 | CITY OF WASCO,

21 |            Cross-Complaint,

22 |     vs.

23 | NORTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, INC.,
24

25 |            Cross-Defendant.

26 | / / /

27 | / / /

28 | / / /

14

1    THIS CAUSE came before the United States District Court judge, The Honorable

2  Lawrence J. O'Neill, on plaintiff's motion for attorney's fees pursuant to Federal Rule of Civil

3  Procedure 37(c).  Having reviewed the motion, supporting papers and any response thereto, it is

4  hereby:

5        ORDERED, plaintiff is the prevailing party; and

6        ORDERED,  pursuant to Federal Rule of Civil Procedure 37(c), attorney fees are

7  awarded to plaintiff according to the following:

8        1.    Against defendant, Northern California Universal Enterprises Co., in the

9  amount of $110,764.00;

10        2.    Against defendant, Lotus Developments, LLC, in the amount of $110,764.00;

11  and

12        3.    Against Dennis W. De Walt, Inc., in the amount of $87,632.55.

13  IT IS SO ORDERED.

14

15

16  DATED: _____, 2010

   _____
17  Hon. Lawrence J. O'Neill
   United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**(FRCP No. 5(b)(2)(E))**

**STATE OF CALIFORNIA, COUNTY OF KERN**

I, Vanessa Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **July __, 2010**, I served the foregoing document described as **NOTICE OF MOTION AND MOTION BY ROGER MCINTOSH FOR AN ORDER DECLARING HIM THE PREVAILING PARTY AND FOR ATTORNEY FEES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(c); MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF JAMES J. BRAZE; [PROPOSED ORDER]** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo<br>**GCR, LLP**<br>520 S. Grand Ave, Suite 695<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Defendant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| William L. Alexander, Esq.<br>Alexander & Associates<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

**BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

Executed on July __, 2010, at Bakersfield, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____ Vanessa Claridge _____                    _____ /s/ Vanessa Claridge _____