Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROGER MCINTOSH,<br><br>                           Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                           Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**NOTICE OF MOTION AND MOTION BY NORTHERN AND LOTUS SEEKING REVIEW AND DENIAL OR PARTIAL DENIAL OF COSTS SOUGHT BY PLAINTIFF**<br><br>**DATE: SEPTEMBER, 2, 2010**<br>**TIME: 8:30 A.M.**<br>**DEPT.: 4 (LJO)**<br><br>**HONORABLE LAWRENCE J. O'NEILL**<br><br>**FRCP Rule 54(d)** |

TO PLAINTIFF AND YOUR ATTORNEYS:

Please take notice that Northern and Lotus will, and hereby does, move this court for an order denying--or at least partially denying--your application to tax costs. Hearing on the motion will take place on **September 2, 2010, at 8:30 a.m. in Department 4** of the above entitled court located at 2500 Tulare Street, Fresno, CA. The motion is based

upon Rule 54(d) of the Fed. Rules of Civ. Proc, the memorandum of points and

authorities and the declaration of Steven J Hassing filed herewith.


Dated this 3rd day of August, 2010            _____/s/ Steven J. Hassing_____

Steven J Hassing, Attorney for
Northern and Lotus

Notice of Motion and Motion by Northern and Louts Seeking Review and Denial or Partial Denial of Costs Sought by
Plaintiff

## CERTIFICATE OF SERVICE

1.       On August 3rd, 2010, I served the following document:

**NOTICE OF MOTION AND MOTION BY NORTHERN AND LOTUS
SEEKING REVIEW AND DENIAL OR PARTIAL DENIAL OF COSTS
SOUGHT BY PLAINTIFF**

2.       The above-named document was served by the following means to the persons as
listed below:

 XX       United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
5060 California Ave, Suite 700
Bakersfield 93309

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed
below. No error was reported by the fax machine that I used. A copy of the record
of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 3rd day of August, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing

Notice of Motion and Motion by Northern and Louts Seeking Review and Denial or Partial Denial of Costs Sought by
Plaintiff