FILED

UNITED STATES COURT OF APPEALS

AUG 09 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROGER MCINTOSH, DBA McIntosh and Associates, | No. 10-15999 |
| Plaintiff - Appellee, | D.C. No. 1:07-cv-01080-LJO-GSA Eastern District of California, Fresno |
| and | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; et al., | ORDER |
| Defendants., | |
| and | |
| CITY OF WASCO, a municipal corporation, | |
| Defendant - Appellant. | |

Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

The assessment conference previously scheduled for August 24, 2010, is canceled.

LJE/Mediation

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Lisa J. Evans
Circuit Mediator

LJE/Mediation

2