Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF STEVEN J. HASSING IN SUPPORT OF NORTHERN'S AND LOTUS'S OPPOSITION TO ATTORNEY'S FEES**<br><br>DATE:  AUGUST 25, 2010<br>TIME:    8:30 A.M.<br>DEPT.:  4 (LJO)<br><br>**HONORABLE LAWRENCE J. O'NEILL**<br><br>**LOCAL RULES 230 (c); 293**<br>**Rule 37 (c) FRCP** |

   I, Steven J Hassing, declare;

1.   I am licensed to practice before this court and represent Northern and Lotus in this matter.

1

2.     I was the attorney who advised Northern and Lotus on how to respond to Plaintiff's requests for admissions.

3.     In responding to request number 8 which asked for an admission that certain maps were substantially similar, I was of the belief that Northern and Lotus would have a good chance of defeating substantial similarity because of the many differences in the maps. In fact, in support of Northern's summary judgment motion, I color coded map 5472 and 6451 to show the various differences, of which there were over 200.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 11th day of August, 2010              /s/ Steven J. Hassing
                                                 Steven J Hassing, Attorney for
                                                 Northern and Lotus

**CERTIFICATE OF SERVICE**

1. On August 11th, 2010, I served the following document:

    **DECLARATION OF STEVEN J. HASSING IN SUPPORT OF NORTHERN'S AND LOTUS'S OPPOSITION TO MOTION FOR ATTORNEY'S FEES**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

   James Braze
   Jeffrey Travis
   Borton, Petrini, LLP
   5060 California Ave, Suite 700
   Bakersfield 93309

   Chaka Okadigbo
   Garcia Calderon Ruiz, LLP
   520 South Grand Avenue, Ste. 695
   Los Angeles, CA  90071

   William L. Alexander
   Alexander & Associates
   1925 G Street
   Bakersfield, CA  93301

   By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 11th day of August, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing

3