Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                                   Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                                   Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**NORTHERN'S NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO RULE 11(b), FEDERAL RULES OF CIVIL PROCEDURE**<br><br>DATE:  SEPTEMBER 13, 2010<br>TIME:   8:30 A.M.<br>DEPT.:  4 (LJO)<br><br>HONORABLE LAWRENCE J. O'NEILL<br><br>**Rule 11(b) & (c)** |

TO: JEFF TRAVIS, JAME BRAZE AND BORTON PETRINI, ATTORNEYS FOR PLAINTIFF, ROGER McINTOSH;

   Please take notice that Northern will, and hereby does, move this court for an order requiring you to pay sanctions to Northern in the amount of $4,800.00 for its attorney's fees incurred in opposing the frivolous attorney's fees motion filed by you on

1

July 27, 2010.  The hearing is scheduled for 8:30 a.m. on September 13, 2010 in courtroom 4 of the Federal Courthouse located at 2500 Tulare Street, Fresno, CA.

      Northern also seeks $900.00 in fees incurred in drafting this motion, notice of motion, points and authorities, declaration and request for judicial notice upon which the motion is based.

Dated this 12th day of August, 2010          /s/ Steven J. Hassing
                                                                Steven J Hassing, Attorney for
                                                                 Northern and Lotus

# CERTIFICATE OF SERVICE

1. On August 12th, 2010, I served the following document:

**NORTHERN'S NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO RULE 11(b), FEDERAL RULES OF CIVIL PROCEDURE**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
5060 California Ave, Suite 700
Bakersfield 93309

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

_____   By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of August, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing