Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF STEVEN J. HASSING IN SUPPORT OF NORTHERN'S MOTION SEEKING SANCTIONS PURSUANT TO RULE 11(b)**<br><br>DATE: SEPTEMBER 13, 2010<br>TIME:  8:30 A.M.<br>DEPT.:  4 (LJO)<br><br>HONORABLE LAWRENCE J. O'NEILL |

I, Steven J Hassing, declare;

1. I am licensed to practice before this court and represent Northern and Lotus in the above entitled matter.

2. I have personal knowledge of each fact stated herein.

3.   I have spent a total of 16 hours researching the law, (4.5), reviewing Plaintiff's motion and supporting papers, (3.0), analyzing the billing invoices (2.5), and drafting and editing an opposition to Plaintiff's motion, (6.0).

4.   I have spent another 3 hours in drafting Northern's motion for sanctions, this declaration, the memorandum of points and authorities and the request for judicial notice filed herewith in support of the motion for sanctions.

5.   I have charged Northern and Lotus $300.00 per hour throughout this case, the amount of my standard billing rate for all clients.

6.   I graduated from Gonzaga University School of Law in 1975 with a J.D. degree.

7.   I have 33 years of experience as a trial attorney, 19 of those years as a licensed California attorney. Prior to becoming licensed in California I practiced in Washington State for 11 years and Arizona for 2 or 3 years.

8.   I estimate that I have tried over 100 cases including jury trials in State courts and numerous Bench Trials in various Federal Courts.

9.   Each and every task performed by me in opposing Plaintiff's attorney's fees motion was necessary to defeating same.  Further, the time spent in preparing the motion for sanctions and related supporting papers was all necessary in order to present a clear case for sanctions against Plaintiff's attorneys.

10.   Attached hereto, as Exhibit "A" is a true and correct copy of an email I sent to Mr. Travis and Mr. Braze on August 6, 2010, warning of the frivolous nature of their attorney fee motion and warning of an 11(b) motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 12th day of August, 2010    /s/ Steven J. Hassing
Steven J Hassing, Attorney for Northern and Lotus

## CERTIFICATE OF SERVICE

1. On August 12th, 2010, I served the following document:

**DECLARATION OF STEVEN J. HASSING IN SUPPORT OF NORTHERN'S MOTION SEEKING SANCTIONS PURSUANT TO RULE 11(b)**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
5060 California Ave, Suite 700
Bakersfield 93309

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA 90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA 93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of August, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing

# EXHIBIT "A"

Plaintiff's Motion for Attorney's Fees - Yahoo! Mail                                    Page 1 of 1

Case 1:07-cv-01080-LJO-GSA   Document 414-2   Filed 08/12/10   Page 6 of 6



**Plaintiff's Motion for Attorney's Fees**                          Friday, August 6, 2010 8:55 AM

From: "Steve Hassing" <stevehassing@yahoo.com>
To: "Jeff" <jtravis@bortonpetrini.com>
Cc: "Bill Alexander" <walexander@alexander-law.com>, "Chaka Okadigbo"
    <cokadigbo@gcrlegal.com>, "James Braze" <jbraze@bortonpetrini.com>
Bcc: "gloria wu" <gloriawu999@sbcglobal.net>, "Kim Hassing" <kah@hassinglaw.com>

Mr. Travis,

    I have now had an opportunity to review and consider plaintiff's motion for $221,528 in attorney's fees claimed due from my clients and have concluded that the motion is completely without merit---in fact outrageous. I am putting you, Mr. Braze and your entire firm on notice that I will be filing a motion for monetary sanctions pursuant to Rule 11(b)(2) and (3) if forced to perform further work in opposing the bad faith motion. To date, I have only performed around 3 hours on the matter but anticipate spending up to an additional 60 hours in opposing the motion and preparing my own Rule 11(b) motion.

Steve Hassing