Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California
Universal Enterprise Company and Lotus
Developments, L.P.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH, <br><br> Plaintiff(s); <br><br> v. <br><br> NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL., <br><br> Defendant(s). | No. 1:07-CV-01080-LJO-GSA <br><br> **NORTHERN'S REQUEST FOR JUDICIAL NOTICE** <br><br> **DATE:  SEPTEMBER 13, 2010** <br> **TIME:  8:30 A.M.** <br> **DEPT.:  4 (LJO)** <br><br> **HONORABLE LAWRENCE J. O'NEILL** <br><br> **Rule 201, Federal Rules of Evidence** |

Northern hereby requests that this court take judicial notice of the following documents previously filed in this action;

1.      Declaration of Steven J Hassing submitted in support of Northern's Summary Judgment Motion filed September 29, 2009 as document number 106 with Exhibits "A" and "B" thereto.  Copy of declaration and Exhibits "A" and "B" attached hereto.

2.    DeWalt's opposition to Plaintiff's Attorney's Fee Motion filed August 11, 2010.  (Doc number 411).

3.    Declaration of William Alexander filed August 11, 2010 in support of DeWalt's opposition to Plaintiff's motion for attorney's fees (Doc number 411 with Exhibits).

4.    Northern's opposition to Plaintiff's Attorney's Fee Motion filed August 11, 2010.  (Doc number 412).


Dated this 12th day of August, 2010          _____/s/ Steven J. Hassing_____
                                                  Steven J Hassing, Attorney for
                                                  Northern and Lotus

## CERTIFICATE OF SERVICE

1.  On August 12th, 2010, I served the following document:

    **NORTHERN'S REQUEST FOR JUDICIAL NOTICE**

2.  The above-named document was served by the following means to the persons as listed below:

 XX    United States Mail, first class postage fully prepaid and addressed to:

    James Braze
    Jeffrey Travis
    Borton, Petrini, LLP
    5060 California Ave, Suite 700
    Bakersfield 93309

    Chaka Okadigbo
    Garcia Calderon Ruiz, LLP
    520 South Grand Avenue, Ste. 695
    Los Angeles, CA  90071

    William L. Alexander
    Alexander & Associates
    1925 G Street
    Bakersfield, CA  93301

    By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    I declare under penalty of perjury that the foregoing is true and correct.

    Dated this 12th day of August, 2010.


                        /s/ Kimberley A. Hassing
                        Kimberley A. Hassing

Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:  (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH, <br><br> Plaintiff(s); <br><br> v. <br><br> NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL., <br><br> Defendant(s). | No.  1:07-CV-01080-LJO-GSA <br><br> **DECLARATION OF STEVEN J. HASSING IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION** <br><br> **DATE:  OCTOBER 28, 2009** <br> **TIME:  8:30 A.M.** <br> **PLACE:  COURTROOM 4** <br><br> **JUDGE: Lawrence J. O'Neill** |

I, Steven J. Hassing, declare:

1.    I am an attorney licensed to practice before this Court and represent the moving parties in this summary judgment motion.

2.    I have personal knowledge of each fact set forth herein.

3.    Attached hereto as Exhibit "A" is a true and correct copy of Tentative Map 6451 and attached as Exhibit "B" is a true and correct copy of Tentative Map 5472.  I have examined both maps very carefully and have highlighted in yellow, the items on Map

6451 that are not contained on Map 5472. I have highlighted in pink, items on Map 5472 which are not on Map 6451.

4.     Attached to the Declaration of Michael Brown, as Exhibit "A" thereto, is a true and correct copy of a "draft guidance package" prepared by Martin-McIntosh in association with The City and Legacy.

5.     Page 4 of the draft guidance package, Exhibit "A" to the Declaration of Michael Brown, provides that MM was to prepare a Master Development Plan in close cooperation with The City.

6.     Page 4 of the draft guidance package, Exhibit "A" to the Declaration of Michael Brown, provides that MM was to serve as the planner, engineer and consultant.

7.     Attached hereto as Exhibit "U" is a true and correct copy of an excerpt from the December 18, 2008 deposition of Roger McIntosh, (p 156; 2-22).

8.     Page 4 of the draft guidance package, Exhibit "A" thereto, provides that Legacy was to serve as the project applicant.

9.     Attached hereto as Exhibit "D" is a true and correct copy of a sworn declaration of Eugene Martin filed with the Kern County Superior Court on January 5, 2001 in case 227661-JES.

10.     Attached hereto as Exhibit "E" is a true and correct copy of excerpts from the December 18, 2008 deposition of Roger McIntosh, (p 80; 1-25).

11.     Attached hereto as Exhibit "F" is a true and correct copy of recorded Parcel Map 9572.

12.     Attached hereto as Exhibit "I" is a true and correct copy of Parcel 1 of Parcel Map 9572.

13.     Attached hereto as Exhibit "B" is a true and correct copy of Tentative Map 5472.

14.     Attached hereto as Exhibit "G" is a true and correct copy of Final Map 6451.

15.     Attached hereto as Exhibits "H" and "I" are true and correct copies of tax deeds to Parcels 1 and 2 of Parcel Map 9572.

16.     Attached hereto as Exhibit "J" is a true and correct copy of excerpts from the January 28, 2008 deposition of Roger McIntosh.  (pp 310; 24- 311; 17).

17.     Attached hereto as Exhibit "K" is a true and correct copy of excerpts from the December 18, 2008 deposition of Roger McIntosh.  (p 312; 2-22).

18.     Attached hereto as Exhibit "L" is a true and correct copy of excerpts from the January 28, 2009 deposition of Roger McIntosh.  (pp 312; 23- 314; 17).

19.     Attached hereto as Exhibit "M" is a true and correct copy of excerpts from the December 18, 2008 deposition of Roger McIntosh.  (pp 186; 8- 188; 13).

20.     Attached hereto as Exhibit "N" is a true and correct copy of excerpts from the December 18, 2008 deposition of Roger McIntosh.  (pp 191; 12- 192; 12).

21.     Attached hereto as Exhibit "O" is a true and correct copy of excerpts from the December 18, 2008 deposition of Roger McIntosh.  (198; 12-16).

22.     Attached hereto as Exhibit "P" is a true and correct copy of an excerpt both the December 18, 2008 deposition of Roger McIntosh.  (pp 196; 22- 197; 22).

23.     Attached hereto as Exhibit "Q" is a true and correct copy of excerpts from the January 28, 2009 deposition of Roger McIntosh.  (315; 3-8).

24.     Attached hereto as Exhibit "R" is a true and correct copy of excerpts from the

December 18, 2008 deposition of Roger McIntosh. (197; 17-22).

25.     Attached hereto as Exhibit "S" is a true and correct copy of excerpts from the

January 28, 2009 deposition of Roger McIntosh. (pp 314; 10- 315;1).

26.     Attached hereto as Exhibit "T" is a true and correct copy of excerpts from the

January 29, 2009 deposition of Keith Woodcock, City of Wasco Planning Director for the

period July 2005 to May, 2007. (29; 2-8).

27.     Attached hereto as Exhibit "U" is a true and correct copy of excerpts from the

December 18, 2008 deposition of Roger McIntosh. (156; 1-22).

28.     Attached hereto as Exhibit "V" is a true and correct copy of excerpts from the

January 29, 2009 deposition of Keith Woodcock, City of Wasco Planning Director for the

period July 2005 to May, 2007. (p 15; 7-18).

30.     Attached hereto as Exhibit "X" is a true and correct copy of excerpts from the

December 18, 2008 deposition of Roger McIntosh. (pp 210; 21- 211; 9).

31.     Attached hereto as Exhibit "Y" are true and correct copies of excerpts from the

July 2, 2009 deposition of Steven Wong. (pp 67; 4-79; 8 and 103; 22- 120; 2).

32.     Attached hereto as Exhibit "Z" are true and correct copies of excerpts from the

January 20, 2009 deposition of Keith Woodcock. (pp 13; 18- 14; 12).

        I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.


Dated this ____ day of September, 2009                    _____

                                                          Steven J. Hassing

Declaration of Steven J. Hassing in Support of Defendant's Summary Judgment Motion

**CERTIFICATE OF SERVICE**

1.    On September 28, 2009, I served the following document:

- **DECLARATION OF STEVEN J. HASSING IN SUPPORT OF DEFENDANT'S SUMMARY JUDGMENT MOTION**

2.    The above-named document was served by the following means to the persons as listed below:

XX    Overnight service via UPS and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
1600 Truxtun Avenue
Bakersfield, CA  93301

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
500 South Grand Avenue, Ste. 1100
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.
Dated this 28th Day of September, 2009.


/s/ Kimberley A. Hassing
Kimberley A. Hassing

# EXHIBIT "A"



# EXHIBIT "B"



"REVISED" TENTATIVE TRACT MAP No. 54,2