Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                    Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                    Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**NOTICE OF WITHDRAWAL OF RULE 11(b) MOTION FOR SANCTIONS**<br><br>**DATE: SEPTEMBER 13, 2010**<br>**TIME:  8:30 A.M.**<br>**DEPT.: 4 (LJO)**<br><br>**HONORABLE LAWRENCE J. O'NEILL** |

Northern California Universal Enterprise Company and Lotus Developments, L.P. hereby **WITHDRAW** the Rule 11(b) motion for sanctions filed on August 12, 2010 as Doc # 414.

Dated this 13th day of August, 2010           /s/ Steven J. Hassing

                                                                                Steven J Hassing, Attorney for
                                                                                Northern and Lotus

1


# CERTIFICATE OF SERVICE

1. On August 13th, 2010, I served the following document:

   **NOTICE OF WITHDRAWAL OF RULE 11 MOTION FOR SANCTIONS**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
5060 California Ave, Suite 700
Bakersfield 93309

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

_____ By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of August, 2010.

                                            /s/ Kimberley A. Hassing
                                            Kimberley A. Hassing