Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendants, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that Defendants, Northern California Universal Enterprise Company and Lotus Developments, LP hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Amended Final Judgment of the District Court for the Eastern District of California, Fresno Division (Document No. 403), dated July 21, 2010 and entered July 23, 2010 and the order that gave rise to that amended final judgment (Document No. 399), signed and entered on July 7, 2010.

Dated this 22nd day of August, 2010          /s/ Steven J. Hassing
                                                         Steven J Hassing, Attorney for
                                                         Northern and Lotus

**CERTIFICATE OF SERVICE**

1. On August 22nd, 2010, I served the following document:

   **NOTICE OF APPEAL**

2. The above-named document was served by the following means to the persons as listed below:

   XX   United States Mail, first class postage fully prepaid and addressed to:

   James Braze
   Jeffrey Travis
   Borton, Petrini, LLP
   5060 California Ave, Suite 700
   Bakersfield 93309

   Chaka Okadigbo
   Garcia Calderon Ruiz, LLP
   520 South Grand Avenue, Ste. 695
   Los Angeles, CA  90071

   William L. Alexander
   Alexander & Associates
   1925 G Street
   Bakersfield, CA  93301

   By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

   I declare under penalty of perjury that the foregoing is true and correct.

   Dated this 22nd day of August, 2010.

                                                 /s/ Kimberley A. Hassing
                                                 Kimberley A. Hassing