Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendants, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                              Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                              Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**NOTICE OF WITHDRAWAL OF APPEAL** |

　　　Northern California Universal Enterprise Company and Lotus Developments, L.P. hereby **Withdraw** the Notice of Appeal filed August 22, 2010 as Document No. 418.  In checking with the clerk's office counsel has learned that the notice of appeal will not be "processed" without payment of the $455 filing fee.  Upon reviewing this court's ruling on Plaintiff's motion for attorney's fees Defendants have decided not to pay the filing fee necessary to complete the notice of appeal and to simply file this withdrawal of notice of appeal.

Dated this 23rd day of August, 2010             /s/ Steven J. Hassing
　　　　　　　　　　　　　　　　　　　　　　Steven J Hassing, Attorney for
　　　　　　　　　　　　　　　　　　　　　　Northern and Lotus

# CERTIFICATE OF SERVICE

1. On August 23rd, 2010, I served the following document:

**NOTICE OF WITHDRAWAL OF APPEAL**

2. The above-named document was served by the following means to the persons as listed below:

 XX    United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
5060 California Ave, Suite 700
Bakersfield 93309

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301


By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of August, 2010.

                                        /s/ Kimberley A. Hassing
                                        Kimberley A. Hassing