Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments LP*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>                    Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>                    Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF STEVEN J. HASSING PURSUANT TO REQUIREMENTS OF AMENDED FINAL JUDGMENT**<br><br><br>**JUDGE: Lawrence J. O'Neill** |

   I, Steven J Hassing, declare;

1.   I represent Northern and Lotus herein and have personal knowledge of each fact stated below.

2.   On August 22, 2010, I searched my entire office to locate all 5472 maps and related improvement plans which had come into my possession during this litigation.

3.   In my search, I found numerous copies of map 5472 and various improvement plans related thereto.  I boxed them all up and mailed them to Jeff Travis on August 23.

1

4. I also advised Mr. Travis that I would destroy any mounted blowups of map 5472 used at trial and today I have done so.

5. I advised Mr. Travis via telephone that I intended to retain all copies of trial exhibits admitted into evidence for my files and he agreed that would be permissible. Those exhibits include a copy of map 5472 and the improvement plans.

6. I have advised my clients of the importance of providing all copies of map 5472 and the related plans, have had numerous discussions with them regarding same, and believe that they have complied in full. The declarations of Joe and Gloria Wu are filed herewith which detail their efforts in locating the relevant documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 25th day of August, 2010        /s/ Steven J. Hassing
                                           Steven J Hassing, Attorney for
                                           Northern and Lotus

**CERTIFICATE OF SERVICE**

1. On August 26th, 2010, I served the following document:

   **DECLARATION OF STEVEN J. HASSING PURSUANT TO REQUIREMENTS OF AMENDED FINAL JUDGMENT**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

   James Braze
   Jeffrey Travis
   Borton, Petrini, LLP
   5060 California Ave, Suite 700
   Bakersfield 93309

   Chaka Okadigbo
   Garcia Calderon Ruiz, LLP
   520 South Grand Avenue, Ste. 695
   Los Angeles, CA  90071

   William L. Alexander
   Alexander & Associates
   1925 G Street
   Bakersfield, CA  93301

   By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 26th day of August, 2010.

   /s/ Kimberley A. Hassing
   Kimberley A. Hassing