Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments LP*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH, <br><br> Plaintiff(s); <br><br> v. <br><br> NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL., <br><br> Defendant(s). | No. 1:07-CV-01080-LJO-GSA <br><br> **DECLARATION OF JOE WU PURSUANT TO REQUIREMENTS OF AMENDED FINAL JUDGMENT** <br><br> JUDGE: Lawrence J. O'Neill |

I, Joe Wu, declare;

1. I am president of Northern California Universal Enterprise Company, throughout this litigation, the general partner of Lotus Developments, L.P., and have personal knowledge of each fact stated below.

2. Northern California Universal Enterprise Company and Lotus Developments, L.P. are both defendants herein.

3. In July of this year I was advised of the provisions of the amended final judgment in this case and the requirement detailed at page 2, lines 15-23 thereof.

4. I am the person most knowledgeable at Northern and Lotus regarding possession of 5472 maps and improvement plans and I am the one who searched for any copies of them.

5. Northern and Lotus operate out of my San Jose office. Additionally, Northern operates out of my "B" Street office in Turlock. All maps and plans related to the Wasco project are contained in my Turlock office.

6. In July, I made a complete search at my Turlock office for any 5472 maps and any improvement plans related thereto. No 5472 maps nor any related improvement plans were located.

7. At one time I had one 5472 map and part of the plans for the pump station. During litigation, these documents were sent to Steven J Hassing, attorney for Northern and Lotus.

8. Neither Northern, Lotus or I have ever received any electronic versions of map 5472 or any improvement plans related thereto. Notwithstanding this fact, I instructed my wife, Gloria, the person in charge of our computer system, to make sure that there were no electronic files containing the 5472 map or related improvement plans. She later reported to me that there were none.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 25th day of August, 2010

_____
Joe Wu

## CERTIFICATE OF SERVICE

1. On August 26th, 2010, I served the following document:

**DECLARATION OF JOE WU PURSUANT TO REQUIREMENTS OF AMENDED FINAL JUDGMENT**

2. The above-named document was served by the following means to the persons as listed below:

__XX__  United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
5060 California Ave, Suite 700
Bakersfield 93309

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 26th day of August, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing