Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA 95747
Telephone: (916) 677-1776
Facsimile: (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments LP*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>　　　　　　　　　　　Plaintiff(s);<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>　　　　　　　　　　　Defendant(s). | No. 1:07-CV-01080-LJO-GSA<br><br>**DECLARATION OF GLORIA WU PURSUANT TO REQUIREMENTS OF AMENDED FINAL JUDGMENT**<br><br>**JUDGE: Lawrence J. O'Neill** |

I, Gloria Wu, declare;

1. I am married to Joe Wu and have personal knowledge of each fact stated below.

2. I examined our computer systems, of which I am custodian, and have not located any copies of map 5472 or any related improvement plans.

3. To my knowledge, our computer system has never received any electronic files related to the Wasco subdivision including map 5472 or any related improvement plans.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 25th day of August, 2010

_____
Gloria Wu

## CERTIFICATE OF SERVICE

1. On August 26th, 2010, I served the following document:

   **DECLARATION OF GLORIA WU PURSUANT TO REQUIREMENTS OF AMENDED FINAL JUDGMENT**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
5060 California Ave, Suite 700
Bakersfield 93309

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 26th day of August, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing