**William L. Alexander** (State Bar Number 126607)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for Defendant, Dennis W. DeWalt, Inc.**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | Case No.  1:07-CV-01080 LJO-GSA |
| Plaintiff, | **DECLARATION OF WILLIAM L. ALEXANDER  PURSUANT TO REQUIREMENTS OF AMENDED FINAL JUDGMENT** |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation, et al, | |
| Defendants. | |

I, WILLIAM L. ALEXANDER, declare:

1.      I am an attorney at law duly admitted to practice in the United States District Court, Eastern District of California, and am the attorney of record on behalf of defendant DENNIS W. DeWALT, INC. ("DeWALT") in the above-entitled matter.

2.      I am personally familiar with all of the pleadings and papers in this case, and I have personal knowledge of the facts stated herein.  If called as a witness, I could and would competently testify to the matters stated in this Declaration.

3.      On August 22, 2010, I searched my entire office to locate all 5472 maps and related improvement plans which had come into my possession during this litigation.

4.      Other than for admitted trial exhibits, which I intend to keep similar to other parties in

1   Case No. 1:07-CV-01080 LJO-GSA

**Alexander & Associates**
**Attorneys at Law**
**1925 G Street**
**Bakersfield, CA 93301**
**(661) 316-7888**

DECLARATION OF WILLIAM L. ALEXANDER PURSUANT TO
REQUIREMENTS OF AMENDED FINAL JUDGMENT

this litigation, I found no copies of Map 5472 or the various improvement plans related thereto. I am informed and believe and thereon state that I am aware of no objections of plaintiff to my retention of the trial exhibits.

5. To the extent I previously had any mounted blowups of Map 5472 used at trial or in preparation for trial or post-trial motions, I have already destroyed the same.

6. I have advised my client of the importance of providing all copies of Map 5472 and the related improvement plans, and of locating and destroying all digital versions of the same. I believe that my client has complied in full with the obligations of the Amended Judgment. The declaration of Jeff Gutierrez is filed herewith which details my client's efforts in locating the relevant documents and destroying any digital versions of the same.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 30, 2010 at Bakersfield, California.

                                              /S/ William L. Alexander

2   Case No. 1:07-CV-01080 LJO-GSA

**Alexander & Associates**
**Attorneys at Law**
**1925 G Street**
**Bakersfield, CA 93301**
**(661) 316-7888**

DECLARATION OF WILLIAM L. ALEXANDER PURSUANT TO
REQUIREMENTS OF AMENDED FINAL JUDGMENT

**PROOF OF SERVICE**

I am employed in the County of Kern, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On August 30, 2010, I served the foregoing document entitled **DECLARATION OF WILLIAM L. ALEXANDER PURSUANT TO REQUIREMENTS OF AMENDED FINAL JUDGMENT** on interested parties in this action:

| | |
|---|---|
| James J. Braze, Esq. | Steven John Hassing, Esq. |
| Jeffrey A. Travis, Esq. | Law Offices of Steven J. Hassing |
| Borton Petrini & Conron | 425 Calabria Court |
| 5060 California Avenue, Suite 700 | Roseville, CA 95747 |
| Bakersfield, CA 93303-2026 | Email address:  stevehassing@yahoo.com |
| Email address: jbraze@bortonpetrini.com | |
| Email address: jtravis@bortonpetrini.com | |

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address:  cokadigbo@gerlegal.com

___   BY MAIL.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business.  The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX   BY ELECTRONIC SERVICE.  Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF.  Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on August 30, 2010, at Bakersfield, California.

 X   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/      Diane Ruff
DIANE RUFF

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

DECLARATION OF WILLIAM L. ALEXANDER PURSUANT TO
REQUIREMENTS OF AMENDED FINAL JUDGMENT