**William L. Alexander** (State Bar Number 126607)
Alexander & Associates, PLC
1925 G Street
Bakersfield, CA  93301
Phone:  (661) 316-7888
Fax:  (661) 316-7890

**Attorneys for Defendant, Dennis W. DeWalt, Inc.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | Case No.  1:07-CV-01080 LJO-GSA |
| Plaintiff, | **DECLARATION OF JEFFREY A. GUTIERREZ PURSUANT TO REQUIREMENTS OF AMENDED FINAL JUDGMENT** |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California Corporation, et al, | |
| Defendants. | |

I, JEFFREY A. GUTIERREZ, declare:

1. I the president and owner of defendant DENNIS W. DeWALT, INC. ("DeWALT") in the above-entitled matter.

2. I have personal knowledge of the facts stated herein.  If called as a witness, I could and would competently testify to the matters stated in this Declaration.

3. I am the person most knowledgeable about the location of physical and digital versions of Tentative Tract No. 5472 maps and related improvement plans.

4. Both through my company's attorney and by reviewing the Amended Judgment, I am aware of the requirements imposed upon DeWalt with regard to the Tentative Tract No. 5472 maps and related improvement plans.

1    Case No. 1:07-CV-01080 LJO-GSA

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

DECLARATION OF JEFFREY A. GUTIERREZ PURSUANT TO
REQUIREMENTS OF AMENDED FINAL JUDGMENT

5. Concluding on August 22, 2010, I conducted a search of my entire office to locate all physical and digital copies of the 5472 maps and related improvement plans which had come into my possession during this litigation or beforehand.

6. With regard to digital versions of the 5472 maps and related improvement plans, I have either personally destroyed the same or supervised and confirmed the destruction of the same. To my knowledge, there are no digital versions of the 5472 maps and related improvement plans remaining on DeWalt's computers.

7. With regard to the few physical versions of the 5472 maps and related improvement plans that were not turned over to DeWalt's attorneys, I have personally gathered those documents together and delivered them to my attorneys. I am informed and believe and thereon state that my attorneys have delivered the same to Mr. McIntosh's attorneys. To my knowledge, there are no physical versions of the 5472 maps and related improvement plans remaining in possession of DeWalt.

8. I believe that DeWalt has now complied in full with the obligations of the Amended Judgment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 30, 2010 at Bakersfield, California.

            /s/  Jeffrey A. Gutierrez

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

2   Case No. 1:07-CV-01080 LJO-GSA

DECLARATION OF JEFFREY A. GUTIERREZ PURSUANT TO
REQUIREMENTS OF AMENDED FINAL JUDGMENT

**PROOF OF SERVICE**

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 G Street, Bakersfield, California.

On August 30, 2010, I served the foregoing document entitled **DECLARATION OF JEFFREY A. GUTIERREZ PURSUANT TO REQUIREMENTS OF AMENDED FINAL JUDGMENT** on interested parties in this action:

| | |
|---|---|
| James J. Braze, Esq. | Steven John Hassing, Esq. |
| Jeffrey A. Travis, Esq. | Law Offices of Steven J. Hassing |
| Borton Petrini & Conron | 425 Calabria Court |
| 5060 California Avenue, Suite 700 | Roseville, CA 95747 |
| Bakersfield, CA 93303-2026 | Email address: stevehassing@yahoo.com |
| Email address: jbraze@bortonpetrini.com | |
| Email address: jtravis@bortonpetrini.com | |

Chaka Chuba Okadigbo, Esq.
Garcia Caledron Ruiz
50 S. Grand Avenue, Suite 1100
Los Angeles, CA 90071
Email address: cokadigbo@gerlegal.com

____ BY MAIL. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. The above sealed envelopes were placed for collection and mailing on the above date following ordinary business practice.

 XX  BY ELECTRONIC SERVICE. Pursuant to Fed. R. Civ.P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated above.

Executed on August 30, 2010, at Bakersfield, California.

 X  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/      Diane Ruff
DIANE RUFF

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3                              Case No. 1:07-CV-01080 LJO-GSA

DECLARATION OF JEFFREY A. GUTIERREZ PURSUANT TO
REQUIREMENTS OF AMENDED FINAL JUDGMENT