nr

James J. Braze, Esq.; SBN 75911
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Bakersfield, CA 93303
Telephone (661) 322-3051
Facsimile (661) 322-4628
email: jbraze@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH,<br><br>        Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No.  1:07-CV- 01080 LJO-GSA<br><br>NOTICE OF CROSS-APPEAL BY PLAINTIFF, ROGER McINTOSH |
| CITY OF WASCO,<br><br>        Cross-Complaint,<br><br>vs.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC.,<br><br>        Cross-Defendant. | |

Notice is hereby given that Plaintiff, Roger McIntosh (hereinafter "Plaintiff"), hereby

H:\PUBLIC\054493\060971
McIntosh v. Northern\9TH
CIRCUIT\CROSS-APPEAL\
NT OF X-APPEAL
8-30-10.wpd

1
NOTICE OF CROSS-APPEAL BY APPELLEE ROGER McINTOSH

1  appeals to the United States Court of Appeals in and for the Ninth Circuit, and from the *Amended
2  Final Judgment* of the United States District Court in and for the Eastern District of California,
3  Fresno Division dated July 21, 2010 and entered July 23, 2010 (Document No. 403), and from the
4  order that gave rise to that amended judgment [*Order on Defendants' F.R.Civ.P. 59 Alternative
5  Motions to Alter or Amend Judgment or for New Trial*], an order of the United States District Court
6  in and for the Eastern District of California signed and entered on July 7, 2010 (Document No. 399).

7  Plaintiff's cross-appeal includes, but is not limited to, an appeal of the District Court's
8  determination that, as a matter of law, an insufficient nexus existed between the defendants'
9  infringement of copyright and the indirect profits earned by the defendants ($3,984,215) and awarded
10 to plaintiff by the jury. (*See*, Document No. 399, at pp. 11:3-13:28.)

11 Plaintiff's cross-appeal is timely pursuant to Federal Rules of Appellate Procedure, rule
12 4(a)(3), in light of the *Notice of Appeal* filed August 22, 2010 by Defendants Northern California
13 Universal Enterprises Company and Lotus Developments, L.P. (Document No. 418).

14 DATED: September 7, 2010

BORTON PETRINI, LLP

By:___/s/James J. Braze/ - /s/ Jeffrey A. Travis_____
   James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff,
   Roger McIntosh

H:\PUBLIC\054493\060971
McIntosh v. Northern\9TH
CIRCUIT\CROSS-APPEAL\
NT OF X-APPEAL
8-30-10.wpd

2
NOTICE OF CROSS-APPEAL BY APPELLEE ROGER McINTOSH

PROOF OF SERVICE
(FRCP No. 5(b)(2)(E))
STATE OF CALIFORNIA, COUNTY OF KERN

I, Vanessa J. Claridge, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **September 7, 2010**, I served the foregoing document described as **NOTICE OF CROSS-APPEAL BY APPELLEE ROGER McINTOSH** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:    916/677-1776<br>**Fax:    916/677-1770** |
| Chaka Okadigbo, Esq.<br>**GCR, LLP**<br>520 S. Grand Ave, Suite 695<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Def./Appellant, City of Wasco<br><br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| Ann T. Schwing, Esq.<br>**McDonough Holland & Allen PC**<br>500 Capitol Mall, 18th Floor<br>Sacramento, CA 95814-4704<br>email address: | Attorneys for Def./Appellant, City of Wasco<br><br>Tel: 916/444-3900<br>**Fax: 916/444-8334** |
| William L. Alexander, Esq.<br>**Alexander & Associates**<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br><br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

X    **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

X    **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **September 7, 2010**, at Bakersfield, California.
I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Joanne Balduc                                                            /s/ Joanne Balduc

H:\PUBLIC\054493\060971
McIntosh v. Northern\9TH
CIRCUIT\CROSS-APPEAL\
NT OF X-APPEAL
8-30-10.wpd

3
NOTICE OF CROSS-APPEAL BY APPELLEE ROGER McINTOSH