nr

1  James J. Braze, Esq.; SBN 75911
   Jeffrey A. Travis, Esq.; SBN 235507
2  BORTON PETRINI, LLP
   5060 California Avenue, Suite 700
3  Bakersfield, CA 93303
   Telephone (661) 322-3051
4  Facsimile (661) 322-4628
   email: jbraze@bortonpetrini.com
5  email: jtravis@bortonpetrini.com

6  Attorneys for Plaintiff, Roger McIntosh

7

8              UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| 11 | ROGER McINTOSH, | Case No. 1:07-CV- 01080 LJO-GSA |
|---|---|---|
| 12 | Plaintiff, | PLAINTIFF/APPELLEE ROGER McINTOSH'S REPRESENTATION STATEMENT |
| 13 | v. | |
| 14 | NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |
| 20 | CITY OF WASCO, | |
| 21 | Cross-Complaint, | |
| 22 | | |
| 23 | vs. | |
| 24 | NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., | |
| 25 | Cross-Defendant. | |

26

27      Plaintiff/Appellee Roger McIntosh is represented by the following counsel:

28  / / /

1 | Borton Petrini, LLP
2 | James J. Braze, Esq.
  | Jeffrey A. Travis, Esq.
  | 5060 California Avenue
3 | Suite 700
  | Bakersfield, CA 93309
4 | Tel.: (661) 322-3051
  | Fax: (661) 322-4628
5 |
6 | Defendants/Appellants Northern California Universal Enterprises Company, Inc. and
7 | Lotus Developments, LLP are represented by the following counsel:
8 | Law Offices of Steven J. Hassing
  | Steven J. Hassing, Esq.
9 | 425 Calabria Court
  | Roseville, CA 95747
10 | Tel.: (916) 677-1776
   | Fax: (916) 677-1770
11 |
12 | DATED:   September 7, 2010
   |                                        BORTON PETRINI, LLP
13 |
14 |
15 |                                        By:     /s/James J. Braze/ - /s/ Jeffrey A. Travis
   |                                             James J. Braze, Jeffrey A. Travis, Attorney for Plaintiff,
16 |                                             Roger McIntosh


# PROOF OF SERVICE
### (FRCP No. 5(b)(2)(E))
### STATE OF CALIFORNIA, COUNTY OF KERN

I, Joanne Balduc, declare:

I am a citizen of the United States. I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 5060 California Avenue, Suite 700, Bakersfield, California 93309.

On **September 7, 2010**, I served the foregoing document described as **PLAINTIFF/APPELLEE ROGER McINTOSH'S REPRESENTATION STATEMENT** on the other party(ies) in this action as follows:

| | |
|---|---|
| Steven John Hassing, Esq.<br>Law Offices of Steven J. Hassing<br>425 Calabria Court<br>Roseville, CA 95747<br>email address: **stevehassing@yahoo.com** | Attorneys for Attorneys for Defendants,<br>Northern California Universal Enterprises<br>Company and Lotus Developments<br>Tel:   916/677-1776<br>**Fax:   916/677-1770** |
| Chaka Okadigbo, Esq.<br>**GCR, LLP**<br>520 S. Grand Ave, Suite 695<br>Los Angeles, CA 90071<br>email address: **cokadigbo@gcrlegal.com** | Attorneys for Def./Appellant, City of Wasco<br>Tel: 213/347-0210<br>**Fax: 213-347-0216** |
| Ann T. Schwing, Esq.<br>**McDonough Holland & Allen PC**<br>500 Capitol Mall, 18th Floor<br>Sacramento, CA  95814-4704<br>email address: | Attorneys for Def./Appellant, City of Wasco<br>Tel:  916/444-3900<br>**Fax:  916/444-8334** |
| William L. Alexander, Esq.<br>**Alexander & Associates**<br>1925 "G" Street<br>Bakersfield, CA 93301<br>email address: **walexander@alexander-law.com** | Attorneys for Defendant, DeWalt CM, Inc.<br>Tel: 661/316-7888<br>**Fax: 661/316-7890** |

X    **BY ELECTRONIC SERVICE:** Pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Court Rule(s), the foregoing document will be served by the court via CM/ECF. Pursuant to the CM/ECF docket for this case proceeding the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

X    **BY MAIL:**  As follows: I a+m "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at , California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **September 7, 2010**, at Bakersfield, California.
I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____Joanne Balduc_____                    _____/s/ Joanne Balduc_____