**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**

**ROGER MCINTOSH,**
        Plaintiff

    v.                                                            **CASE NO. 1:07–CV–01080–LJO–GSA**

**NOTHERN CALIFORNIA UNIVERSAL**
**ENTERPRISES COMPANY, ET AL.,**
        Defendant

      You are hereby notified that a Notice of Appeal was filed on **September 07, 2010**
in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant
to FRAP 3(d).

September 9, 2010

**VICTORIA C. MINOR**
**CLERK OF COURT**

**by:**  /s/  A. Bradley

Deputy Clerk