UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

TO: CLERK, U.S. COURT OF APPEALS

FROM: CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **1:07–CV–01080–LJO–GSA** |
| USDC Judge: | **DISTRICT JUDGE LAWRENCE J. O'NEILL** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **ROGER MCINTOSH vs. NOTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY** |
| Type: | **CIVIL** |
| Complaint Filed: | **7/26/2007** |
| Appealed Order/Judgment Filed: | **7/23/2010** |
| Court Reporter Information: | **P. Crawford** |

FEE INFORMATION

**Fee Status: Not Paid – Billed**

Information prepared by: /s/ **A. Bradley , Deputy Clerk**