UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**Victoria C. Minor**
Clerk of Court

**BILL FOR FEES DUE**

**To:  Roger McIntosh**

**RE:  ROGER MCINTOSH vs.  NOTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY**

   **USDC:            1:07−CV−01080−LJO−GSA**

   A Notice of Appeal has been filed in the above−referenced case without the appropriate fee paid.   You are hereby notified that the filing fee of $455.00 is due immediately.

**VICTORIA C. MINOR
CLERK OF COURT**

By:  /s/  **A. Bradley**

Deputy Clerk