UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**ROGER MCINTOSH,**
    Plaintiff

   v.                         **CASE NO. 1:07–CV–01080–LJO–GSA**

**NOTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **September 10, 2010** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

September 13, 2010

                    **VICTORIA C. MINOR
                    CLERK OF COURT**

              **by:** /s/ A. Bradley

                    Deputy Clerk