Steven J. Hassing
California SBN 152125
LAW OFFICES OF STEVEN J. HASSING
425 Calabria Court
Roseville, CA  95747
Telephone:  (916) 677-1776
Facsimile:   (916) 677-1770

Attorney *for Defendant, Northern California Universal Enterprise Company and Lotus Developments, L.P.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MCINTOSH,<br><br>Plaintiff(s);<br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, ET AL.,<br><br>Defendant(s). | No.  1:07-CV-01080-LJO-GSA<br><br>**NOTICE OF CROSS-APPEAL BY DEFENDANTS, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE COMPANY AND LOTUS DEVELOPMENTS, L.P.** |

   Notice is hereby given that Defendants, Northern California Enterprise Company and Lotus Developments, L.P., hereby appeal to the United States Court of Appeals, Ninth Circuit, from the Amended Final Judgment of the United States District Court, Eastern District of California, dated July 21, 2010 and entered July 23, 2010 (Doc No. 403), and from the order that gave rise to that Amended Final Judgment which was

1

entered July 7, 2010 (Doc No. 399; Order on Defendants'; F.R.Civ.P. 59 Alternative Motions to Alter or Amend Judgment or for New Trial).

    This Cross-Appeal seeks remand with order to grant that part of Defendants' Rule 59 Motion seeking to reduce the Judgment against them to zero based on Plaintiff's failure to establish liability, either of direct copying/infringement or vicarious infringement, as to Defendants.

    This Cross-Appeal, filed outside of the 30 days from entry of Judgment and outside of the additional 14 days provided for in FRAP 4(a)(3), is based upon the facts and legal arguments contained in Defendants' motion to dismiss Plaintiff's appeal or to provide alternative relief which will be filed in the Court of Appeals on September 14, 2010.

Dated this 10th day of September, 2010         /s/ Steven J. Hassing  
                                                              Steven J Hassing, Attorney for Northern and Lotus

# CERTIFICATE OF SERVICE

1. On September 10th, 2010, I served the following document:

   **NOTICE OF CROSS-APPEAL BY DEFENDANTS, NORTHERN CALIFORNIA UNIVERSAL ENTERPRISE COMPANY AND LOTUS DEVELOPMENTS, L.P.**

2. The above-named document was served by the following means to the persons as listed below:

__XX__   United States Mail, first class postage fully prepaid and addressed to:

James Braze
Jeffrey Travis
Borton, Petrini, LLP
5060 California Ave, Suite 700
Bakersfield 93309

Chaka Okadigbo
Garcia Calderon Ruiz, LLP
520 South Grand Avenue, Ste. 695
Los Angeles, CA  90071

William L. Alexander
Alexander & Associates
1925 G Street
Bakersfield, CA  93301

_____ By fax transmission. I faxed the document to the persons at the fax number listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of September, 2010.

/s/ Kimberley A. Hassing
Kimberley A. Hassing

3