# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED SEP 27 2010**



Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 10-16981   U.S. District Court Case No. CV F 07-1080 LJO GSA

Short Case Title: Roger McIntosh vs. Northern California Universal Ent.

Date Notice of Appeal Filed by Clerk of District Court September 7, 2010

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Please Specify) |
|---|---|---|
| March 1, 2010 | Peggy J. Crawford, RDR, CR | Trial proceedings; all reported proceedings. |
| March 2, 2010 | Peggy J. Crawford, RDR, CR | Trial proceedings; all reported proceedings. |
| March 3, 2010 | Peggy J. Crawford, RDR, CR | Trial proceedings; all reported proceedings. |
| March 4, 2010 | Peggy J. Crawford, RDR, CR | Trial proceedings; all reported proceedings. |
| March 8, 2010 | Peggy J. Crawford, RDR CR | Trial proceedings; all reported proceedings. |
| March 9, 2010 | Peggy J. Crawford, RDR, CR | Trial proceedings; all reproted proceedings. |
| March 10, 2010 | Peggy J. Crawford, RDR, CR | Trial proceedings; all reported proceedings. |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
☐ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered September 23, 2010

Type or Print Name Michael J. Stump, Esq.

Signature of Attorney /s/ Michael J. Stump, Esq.   Phone Number (661) 322-3051

Address: 5060 California Avenue, Suite 700 Bakersfield, CA 93309 mstump@bortonpetrini.com

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(Signature of court reporter)

☐ Arrangements for payment were made on _____

☐ Arrangements for payment have not been made pursuant to FRAP 10(b). _____

_____ Approximate Number of Pages in Transcript - Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this copy and submit it to the U.S. District Court with the completed transcript. District Court will not file the transcript without this completed form.

Date Transcript Filed 3/25/10   Court Reporter's Signature /s/ Peggy Crawford

**SECTION D**

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Victoria C. Minor   9-27-10   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK