UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**ROGER MCINTOSH,**
     Plaintiff

    v.                              **CASE NO. 1:07−CV−01080−LJO−GSA**

**NOTHERN CALIFORNIA UNIVERSAL
ENTERPRISES COMPANY, ET AL.,**
     Defendant

    You are hereby notified that a Notice of Appeal was filed on **August 22, 2010** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

September 29, 2010

                        **VICTORIA C. MINOR
CLERK OF COURT**

                **by:**  /s/  A. Bradley

                    Deputy Clerk