**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**

TO:           **CLERK, U.S. COURT OF APPEALS**

FROM:       **CLERK, U.S. DISTRICT COURT**

SUBJECT:   **NEW APPEALS DOCKETING INFORMATION**

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **1:07–CV–01080–LJO–GSA** |
| USDC Judge: | **DISTRICT JUDGE LAWRENCE J. O'NEILL** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **ROGER MCINTOSH vs. NOTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY** |
| Type: | **CIVIL** |
| Complaint Filed: | **7/26/2007** |
| Appealed Order/Judgment Filed: | **7/23/2010** |
| Court Reporter Information: | **P. Crawford** |

FEE INFORMATION

**Fee Status: Paid on 9/23/2010 in the amount of $455.00**

Information prepared by: /s/  **A. Bradley , Deputy Clerk**