nr

Michael J. Stump, Esq.; SBN 193542
Jeffrey A. Travis, Esq.; SBN 235507
BORTON PETRINI, LLP
5060 California Avenue, Suite 700
Post Office Box 2026
Bakersfield, CA 93303
Telephone (661) 322-3051
email: mstump@bortonpetrini.com
email: jtravis@bortonpetrini.com

Attorneys for Plaintiff, Roger McIntosh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ROGER McINTOSH, | Case No. 1:07-CV- 01080 LJO-GSA |
| Plaintiff, | |
| v. | PLAINTIFF'S AND DEFENDANT'S JOINT STATEMENT REGARDING TRIAL EXHIBITS |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation; LOTUS DEVELOPMENTS, LLP; THE CITY OF WASCO, a municipal corporation; DEWALT CM, INC., a California corporation also doing business as DEWALT CORPORATION; and DOES 1 through 10, inclusive | |
| Defendants. | |
| CITY OF WASCO, | |
| Cross-Complaint, | |
| vs. | |
| NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, INC., | |
| Cross-Defendant. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, plaintiff, Roger McIntosh and counsel for Northern and Lotus hereby jointly submit this response

to this Court's September 20, 2010 minute order requiring direction as to how the parties desire to handle the custody of the trial exhibits.

As the only parties to the appeal, counsel for Northern/Lotus and Plaintiff have jointly elected to have Plaintiff's counsel take control and custody of the trial exhibits at their office pending the appeal. Northern/Lotus will have access to these exhibits at their request. Plaintiff will be contacting the Court this week to make arrangements to have them picked up for removal.

DATED: October 4, 2010

Respectfully submitted,

BORTON PETRINI, LLP

By:   /s/ Michael J. Stump /s/ Jeffrey A. Travis
Michael J. Stump, Jeffrey A. Travis, Attorneys for Plaintiff, Roger McIntosh

DATED: October 4, 2010

LAW OFFICES OF STEVEN J. HASSING

By:   /s/Steven J. Hassing
Steven J. Hassing, Attorney for Defendants, Northern California Universal Enterprises Company and Lotus Development, LP