UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 TULARE STREET
FRESNO CA 93720

**RECEIPT FOR TRIAL EXHIBITS**

**FILED**
OCT 27 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**CASE NUMBER:** _____ 1:07cv1080 LJO_____

**CASE NAME:** ___ ROGER McINTOSH vs NORTHERN CA ___

**DATE EXHIBITS RETURNED:** _____ 10/26/10 _____

**EXHIBITS RETURNED:** ___ JOINT STATEMENT FILED 10/04/2010 ___

___ DOC. 445 _____

Date: _10 - 26-10_        _Tom Gr_____
                         Tom KAPStrom

Courtroom Clerk: _Michelle Means Rooney_