**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 23 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROGER MCINTOSH, d/b/a McIntosh and Associates,<br><br>    Plaintiff - Appellee - Cross-Appellant,<br><br>  v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation, and LOTUS DEVELOPMENTS, LLP,<br><br>    Defendants - Appellants - Cross-Appellees,<br><br>  and<br><br>CITY OF WASCO, a municipal corporation and DENNIS W. DE WALT, INC., a/k/a DeWalt Corporation,<br><br>    Defendants. | No. 11-15665<br><br>D.C. No. 1:07-cv-01080-LJO<br>Eastern District of California, Fresno |
| ROGER MCINTOSH, d/b/a McIntosh and Associates,<br><br>    Plaintiff - Appellee - Cross-Appellant, | No. 10-16981<br><br>D.C. No. 1:07-cv-01080-LJO<br>Eastern District of California, Fresno |

rb/MOATT                                                                11-15665, 10-16981, 10-17006

| | |
|---|---|
| v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation, and LOTUS DEVELOPMENTS, LLP,<br><br>      Defendants - Appellants - Cross-Appellees,<br><br>and<br><br>CITY OF WASCO, a municipal corporation, and DENNIS W. DE WALT, INC., a/k/a DeWalt Corporation,<br><br>      Defendants. | |
| ROGER MCINTOSH, d/b/a McIntosh and Associates,<br><br>      Plaintiff - Appellee - Cross-Appellant,<br><br>v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation, and LOTUS DEVELOPMENTS, LLP,<br><br>      Defendants - Appellants - Cross-Appellees,<br><br>and | No. 10-17006<br><br>D.C. No. 1:07-cv-01080-LJO<br>Eastern District of California, Fresno<br><br><br>ORDER |

| CITY OF WASCO, a municipal corporation, and DENNIS W. DE WALT, INC., a/k/a DeWalt Corporation, |
|---|
| Defendants. |

Before: Peter L. Shaw, Appellate Commissioner

The court has received the parties' responses to its November 24, 2010 order to show cause. The order to show cause is discharged. The August 22, 2010 Notice of Appeal is opened as appeal No. 11-15665.

The court sua sponte consolidates appeal No. 11-15665 with appeal No. 10-17006. Appeal No. 10-16981 is a cross-appeal of appeal Nos. 11-15665 and 10-17006.

Appellant - cross-appellee's motion to dismiss appeal No. 10-17006 is denied.

Appellees - cross-appellants' motion for damages and costs pursuant to Fed. R. App. Proc. 38 and 28 U.S.C. § 1927 is denied without prejudice to raising the arguments in the merits briefing, or in a renewed motion upon disposition of these cross-appeals.

The briefing schedule for these cross-appeals is amended as follows: appellants' principal brief is due May 2, 2011; appellee's principal/response brief

is due June 1, 2011; appellants' response/reply brief is due July 1, 2011; and appellee's optional reply brief is due within 14 days after service of the response/reply brief.