FILED

UNITED STATES COURT OF APPEALS

JUN 09 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROGER MCINTOSH, DBA McIntosh and Associates,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation and LOTUS DEVELOPMENTS, LLP,<br><br>    Defendants - Appellees,<br><br> and<br><br>CITY OF WASCO, a municipal corporation and DENNIS W. DE WALT, INC., AKA DeWalt Corporation,<br><br>    Defendants. | No. 10-16981<br><br>D.C. No. 1:07-cv-01080-LJO-GSA<br>Eastern District of California,<br>Fresno<br><br><br>ORDER |

RGA/Mediation

| | |
|---|---|
| ROGER MCINTOSH, DBA McIntosh and Associates,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation and LOTUS DEVELOPMENTS, LLP,<br><br>　　　　　Defendants - Appellants,<br><br>　and<br><br>CITY OF WASCO, a municipal corporation and DENNIS W. DE WALT, INC., AKA DeWalt Corporation,<br><br>　　　　　Defendants. | Nos. 10-17006; 11-15665<br><br>D.C. No. 1:07-cv-01080-LJO-GSA<br>Eastern District of California, Fresno |

　　　Appellants' motion to dismiss consolidated appeal nos. 10-17006 and 11-15665 is granted. Fed. R. App. P. 42(b).

　　　This order served on the district court shall act as and for the mandate of this court.

　　　　　　　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　　　　　　　By: Roxane G. Ashe
　　　　　　　　　　　　　　　　　Circuit Mediator

RGA/Mediation