**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 10 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROGER MCINTOSH, d/b/a McIntosh and Associates,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation and LOTUS DEVELOPMENTS, LLP,<br><br>        Defendants - Appellants,<br><br> and<br><br>CITY OF WASCO, a municipal corporation and DENNIS W. DE WALT, INC., a/k/a DeWalt Corporation,<br><br>        Defendants. | Nos. 10-17006, 11-15665<br><br>D.C. No. 1:07-cv-01080-LJO<br>Eastern District of California, Fresno<br><br>ORDER |

Before: SCHROEDER and THOMAS, Circuit Judges.

    Appellee's motion for damages and costs is denied. No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in these closed cases.

SL/MOATT