FILED

OCT 15 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROGER MCINTOSH, DBA McIntosh and Associates,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>NORTHERN CALIFORNIA UNIVERSAL ENTERPRISES COMPANY, a California corporation and LOTUS DEVELOPMENTS, LLP,<br><br>        Defendants - Appellees,<br><br>  and<br><br>CITY OF WASCO, a municipal corporation and DENNIS W. DE WALT, INC., AKA DeWalt Corporation,<br><br>        Defendants. | No. 10-16981<br><br>D.C. No. 1:07-cv-01080-LJO-GSA<br>Eastern District of California, Fresno<br><br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed.

Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on

appeal.

RGA/Mediation

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT


By:  Roxane G. Ashe
Circuit Mediator